# Exhibit 15

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCT MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>*This Document Relates to All Cases* | **Civil Action** No. 3:16-md-2738-MAS-RLS<br><br>**MDL** No. 2738 |

### THIRD AMENDED EXPERT REPORT OF
### ANNE MCTIERNAN, MD, Ph.D.

Dated:     May 28, 2024

Anne McTiernan, MD, Ph.D.

# Table of Contents

Mandate................................................................................................................................3

Credentials, Expertise, and Experience .........................................................................................3

Overall Approach ...................................................................................................................7

Executive Summary.................................................................................................................8

The Science of Epidemiology .......................................................................................................11

    Terminology in Epidemiological Studies ......................................................................................12

Types of Epidemiologic Studies on Ovarian Cancer and Exposure to Talcum Powder Products............20

    Critical Components to Both Case-control and Cohort Studies............................................................21

    Case-control Studies ...........................................................................................................22

    Cohort Studies.................................................................................................................23

    Meta-analyses and Pooled Analyses...........................................................................................24

Possible Sources of Bias in Epidemiologic Studies Reviewed.................................................................25

Causal Inference in Epidemiology ................................................................................................28

Methods Used for this Review.....................................................................................................33

Epidemiologic Evidence on the Association between Talcum Powder Products Use and Ovarian Cancer
Risk ...............................................................................................................................35

    Case-control Studies ..........................................................................................................35

    Prospective Cohort Studies....................................................................................................47

    Meta-Analyses and Pooled Analyses .........................................................................................62

Asbestos, Fibrous Talc, and Heavy Metals in Talcum Powder Products .............................................84

Biological Mechanisms.............................................................................................................88

    Evidence of Migration of Talcum Powder Products (Talc, Asbestos, Other Minerals) to the Ovary and
    Fallopian Tubes ................................................................................................................88

    Inflammation in the Causal Pathway between Talcum Powder Product Use and Ovarian Cancer
    Development....................................................................................................................89

    Additional Evidence of Biological Mechanisms ..............................................................................91

Systematic Reviews by Governmental and Inter-governmental Organizations ...................................94

Summary of Findings: Weight of the Evidence/Bradford Hill Analysis ................................................96

CONCLUSION ...................................................................................................................102

Tables: Epidemiological Studies of Talcum Powder Product Use and Risk of Ovarian Cancer ............103

    Table 1: Case-Control Studies ..............................................................................................103

    Table 2: Prospective Cohort Studies .......................................................................................107

    Table 3: Meta-analyses ......................................................................................................109

Table 4: Pooled Analyses ..................................................................................................... 111

**Figure 1: Meta-Analyses and Pooled Analyses**.............................................................**112**

**Figure 2: Case-Control and Cohort Studies** ................................................................**113**

**References**.............................................................................................................................**114**

**Additional Materials and Data Considered**................................................................**126**

## Mandate

I have been retained to review the current state of the scientific literature regarding talcum powder products and opine on whether those products cause ovarian cancer. When I refer to talc or talcum powder products in this report, I am referring to commercially available talcum powder products and all constituent elements contained within. All my opinions in this report are based upon a reasonable degree of scientific and medical certainty. My time is billed at $500 per hour for the literature review and preparation of this report. A list of prior depositions and testimony is included.


## Credentials, Expertise, and Experience

I am a Full Professor at the Fred Hutchinson Cancer Center in Seattle, Washington, Division of Public Health Sciences, Program in Epidemiology. I am also a Full Research Professor at the University of Washington School of Public Health, Department of Epidemiology, and the University of Washington School of Medicine, Department of Medicine, Division of Geriatrics. I am an elected member of the American College of Epidemiology, the Obesity Society, and the American College of Sports Medicine. From 2002-2012, I directed the Fred Hutchinson Cancer Center's Prevention Center.

I have received several prestigious awards for my research work including: the American College of Sports Medicine Wolffe Lecture, 2018,  the American College of Sports Medicine Citation Award, 2012; the McDougall Mentoring Award, Fred Hutchinson Cancer Research Center, 2011; Komen for the Cure Scientific Advisory Council/Komen Scholars, 2010-2012; the University of Washington Roger E. Moe Award for Translational Research 2009; and the Joan P. Liman MD Award, Recipient, New York Medical College, 1989.

I received my PhD in Epidemiology in 1982 from the University of Washington, and my MD degree in 1989 from New York Medical College. I completed Internal Medicine residency training from the University of Washington in 1992. For the past 25 years, I have focused on epidemiologic research, primarily in cancer and women's health. My research studies used the methodology employed in the talcum powder products and ovarian cancer studies, namely, case-control studies, cohort studies, pooled analyses, and meta-analyses. In addition, I have had leadership positions for several randomized

3

controlled trials testing interventions to prevent cancer. I have published over 450 scientific manuscripts in peer-reviewed medical and scientific journals, have contributed to several academic texts, and have edited two academic texts.

I have held several leadership positions in scientific U.S. Government work. Most recently, I was a member of the 2018 U.S. Department of Health and Human Services Physical Activity Guidelines Advisory Committee and was a member of the 2008 U.S. Department of Health and Human Services Physical Activity Guidelines Advisory Committee. I served as chair of the Cancer subcommittees for both Committees. I have served on, or chaired, grant review panels for the U.S. Department of Defense Congressionally Directed Medical Research Programs and the National Institutes of Health, and served as a program reviewer for the National Cancer Institute intramural epidemiologic research branches, for National Cancer Institute comprehensive cancer centers, and for other National Institutes of Health institutes.

I have served on editorial boards for the American Association for Cancer Research Cancer Prevention Journal, the Journal of Women's Health, and Medscape Women's Health. I have reviewed manuscripts for over a dozen prestigious journals including: Journal of the American Medical Association, Journal of the National Cancer Society, Archives of Internal Medicine, American Journal of Epidemiology, Annals of Internal Medicine, European Journal of Cancer, British Journal of Cancer, Cancer Causes & Control, Cancer Epidemiology Biomarkers & Prevention, Annals of Epidemiology, Epidemiology, Nutrition, and Clinical Cancer Research.

My research funding has been provided by the U.S. National Cancer Institute, the National Institutes of Health, the National Heart Lung & Blood Institute, Komen for the Cure, the Breast Cancer Research Foundation, National Cancer Institute Canada, and various pharmaceutical companies and other foundations. I have been Principal Investigator of several randomized clinical trials testing effects of various agents in relation to prevention of breast and other cancers, including exemestane, raloxifene, tamoxifen, aspirin, and vitamin D. In addition, I have been Principal Investigator of six randomized clinical trials testing effects of weight loss and exercise on biomarkers of breast and other cancers. I am co-investigator of a National Cancer Institute funded trial testing the effect of exercise on quality of life in women with ovarian cancer. I was Principal Investigator of the Seattle site of a prospective cohort study of 1100 breast cancer survivors that investigated associations of hormones, inflammation, diet,

4

exercise, obesity, and breast cancer survival. I was Principal Investigator of a case-control study of thyroid cancer and hormones in women, and co-investigator of a case-control study of breast cancer in men. I have published on data from other case-control studies including studies on breast cancer, pituitary tumors, melanoma, and colorectal adenomas. I have collaborated in several prospective cohort studies, resulting in lead, senior, and co-authorship of several epidemiologic manuscripts. These included the Women's Health Initiative Observational Study, the Tromso study, the Carotene and Retinol Efficacy Trial cohort, the VITAL cohort, and the Pancreatic Cancer Cohort Consortium. I have also collaborated on pooled analyses of cancer epidemiology studies.

While my major focus is in epidemiology of breast cancer, I have also published on ovarian cancer, on gynecologic cancers in general, and on women's cancers, as described below, as well as on colorectal, pancreas, melanoma, prostate, thyroid, and lung cancers. In my randomized clinical trials and prospective cohort studies, I have investigated the effects of weight loss and exercise on biomarkers of inflammation, and associations of inflammation-related biomarkers with risk of various cancers. This is highly relevant to the topic of this report, because inflammation may be one mechanism linking talcum powder products exposure and risk of ovarian cancer.

My international work in epidemiology has included work with the International Association for Research in Cancer (IARC), the World Cancer Research Fund, and the Norwegian Tromso and EBBA studies. For IARC, I chaired a working group on mechanisms for a monograph on obesity, physical activity, and cancer risk (IARC Handbook of Cancer Prevention 2002: Physical Activity and Weight Control, 2000-1). For the World Cancer Research Fund, I was a member of the advisory panel of experts that guides interpretation of meta-analyses and systematic reviews of nutrition, physical activity, obesity, and risk for many cancers including ovarian cancer (http://wcrf.org/sites/default/files/Ovarian-Cancer-2014-Report.pdf).

From 1992 to 1997, I was the Project Director for clinical work at the Women's Health Initiative Clinical Coordinating Center. I held this role from the inception of the Women's Health Initiative, and therefore directed all aspects of development and implementation of the three clinical trials and observational study. This included development of questionnaires and protocols. Of interest to ovarian cancer and talcum powder products, one of the Women's Health Initiative questionnaires includes questions about use of talcum powder products. Furthermore, ovarian cancer was one of the primary cancers included

5

as an outcome in this study. As Project Director, I oversaw development of the protocol and procedures for ascertainment and adjudication of cancer outcomes, including ovarian cancer. When I stepped down as Project Director (to lead my own National Cancer Institute funded studies), I retained leadership of the outcomes work for the Women's Health Initiative through 2005. This outcomes work entailed identifying cases of specific diseases such as cancer (including ovarian), collecting medical records, and classifying cases according to standardized criteria.

Although I have not personally conducted research on talcum powder products use and risk for ovarian cancer, I have published several manuscripts on gynecologic cancers, including prevention of ovarian cancer in women at high genetic risk, as well as effects of weight and exercise on risk for ovarian cancer and on survivorship in ovarian cancer patients.  In addition, I am co-investigator of a National Cancer Institute grant to test an exercise intervention on quality of life in women with ovarian cancer.

While my expertise is in the area of epidemiology, primarily in women's health and cancer research, I regularly consider the reports and studies from different scientific and medical fields including pathology, oncology, gynecology, physiology, molecular biology, and toxicology, and therefore, I have experience and expertise to consider evidence presented by experts in these fields, as I do when I prepare scientific manuscripts and grant proposals, when I review grants and manuscripts for government and private funding agencies, and when I do peer-reviewing for scientific and medical journals. Attached as Exhibit A to this report is a current copy of my curriculum vitae.

## Overall Approach

The foundation for this report is based upon my education, expertise, and years of experience in designing, conducting, and interpreting epidemiologic studies, as well as my medical training. I drew upon my years of experience with synthesizing and interpreting large numbers of epidemiologic studies for comprehensive reports including work for the U.S. government, the World Health Organization International Agency for Research on Cancer (IARC), and the World Cancer Research Fund. Some descriptions of general epidemiological methods are based on descriptions in general epidemiology texts and in World Cancer Research Fund reports. (Thompson, Mitrou et al. 2018, Celentano 2019, Research Washington DC: AICR, 2007)

 My opinions are based on the published epidemiologic evidence including original case-control and cohort studies, systematic reviews, meta-analyses, and pooled analyses on the topic of talcum powder products exposure and risk of ovarian cancer. In reviewing the epidemiologic literature, I used my experience as a researcher in evaluating study quality, and in determining evidence of association between talcum powder products and ovarian cancer in terms of estimated size of the effect and statistical significance. I drew upon my 41 years as a PhD-trained epidemiologist and 31 years as an MD-trained clinical scientist.

In developing my opinions in this report, I applied the same rigor and standards as I utilize in my academic and research work. In addition to my review of epidemiologic studies, I also considered and reviewed clinical, pathological, and biologic and mechanistic evidence regarding talcum powder product exposure and ovarian cancer development.

# Executive Summary

This review assessed relevant published epidemiologic evidence on the association between use of talcum powder products in the genital/perineal area and risk of developing epithelial ovarian cancer. My review, as discussed more fully in this report, included 42 publications in Medline referenced scientific journals. Of these papers, 28 presented data from case-control studies (Cramer, Welch et al. 1982, Hartge, Hoover et al. 1983, Whittemore, Wu et al. 1988, Booth, Beral et al. 1989, Harlow and Weiss 1989, Chen, Wu et al. 1992, Harlow, Cramer et al. 1992, Rosenblatt, Szklo et al. 1992, Tzonou, Polychronopoulou et al. 1993, Cramer and Xu 1995, Purdie, Green et al. 1995, Shushan, Paltiel et al. 1996, Chang and Risch 1997, Cook, Kamb et al. 1997, Green, Purdie et al. 1997, Godard, Foulkes et al. 1998, Cramer, Liberman et al. 1999, Wong, Hempling et al. 1999, Ness, Grisso et al. 2000, Mills, Riordan et al. 2004, Merritt, Green et al. 2008, Moorman, Palmieri et al. 2009, Wu, Pearce et al. 2009, Rosenblatt, Weiss et al. 2011, Kurta, Moysich et al. 2012, Wu, Pearce et al. 2015, Cramer, Vitonis et al. 2016, Schildkraut, Abbott et al. 2016), 5 presented results from 3 cohort studies (Gertig, Hunter et al. 2000, Gates, Tworoger et al. 2008, Gates, Rosner et al. 2010, Houghton, Reeves et al. 2014, Gonzalez, et al 2016, O'Brien et al. 2024), 8 were meta-analyses of all epidemiologic studies up to a set date (Harlow, Cramer et al. 1992, Gross and Berg 1995, Cramer, Liberman et al. 1999, Huncharek, Geschwind et al. 2003, Langseth, Hankinson et al. 2008, Berge, Mundt et al. 2017, Penninkilampi and Eslick 2018, Kadry Taher, Farhat et al. 2019),  one was a meta-analysis of studies with data on high-frequency genital exposure to talcum powder products and ovarian cancer risk, (Woolen, Lazar et al. 2022), one was a pooled analysis of 8 case-control studies (Terry, Karageorgi et al. 2013),  one was a pooled analysis of four cohort studies, (O'Brien, Tworoger et al. 2021), one was a pooled analysis of four case-control and one cohort studies with high proportions of African-American women (Davis, Bandera et al. 2021), and one was a pooled analysis of eight case-control studies with data on history of endometriosis (Phung, Muthukumar et al. 2022). I also considered systematic reviews on talcum powder products and ovarian cancer risk, including those from the International Agency for Research on Cancer (IARC) and, later, the Canadian Government's Screening Assessment on Talc, Health Canada. (IARC is the cancer branch of the World Health Organization, an inter-governmental organization). All of these form the basis for the conclusions below. The meta-analyses, which included data summarized from all published case-control and cohort studies, consistently showed that ever use of talcum powder products in the genital/perineal area is associated with a statistically significant 22 - 31% increased risk of developing epithelial ovarian cancer overall compared with never-users. Further, the meta-analyses found a statistically significant 24

8

– 32% increased risk of developing serous ovarian cancer—the most common subtype of epithelial ovarian cancer—in women who had ever used talcum powder products compared with never-users. The Terry et al. pooled case-control analysis, which included data from 5 previously published and 3 unpublished case-control studies, found similar statistically significant increased risks for overall epithelial ovarian cancer and serous ovarian cancer (24%). (Terry, Karageorgi et al. 2013) The pooled cohort analysis found a statistically significant 13% increased risk of ovarian cancer in women with patent genital tracts who ever used genital talcum powder products (O'Brien, Tworoger et al. 2020); and a nonstatistically significant 8% increased risk in women overall. The most recent meta-analyses (Berge, Mundt et al. 2017, Penninkilampi and Eslick 2018, Kadry Taher, Farhat et al. 2019, Taher, Farhat et al. 2020, Woolen, Lazar et al. 2022), and the Terry et al. pooled case-control analysis, found evidence of relationships between increasing amount of exposure to talcum powder products in the perineal/genital area (including frequency, years of use, and estimates of lifetime applications) and increased risk of developing epithelial ovarian cancer (i.e., dose-response relationships). In addition, the Davis et al pooled analysis found that both African-American and White women were at increased ovarian cancer risk if they had genital exposure to talcum powder products (Davis, Bandera et al. 2021), and the Phung et al paper found that risk of ovarian cancer with genital exposure to talcum powder products was elevated both in women with and without histories of endometriosis. (Phung, Muthukumar et al. 2022) Phung et al. explain that endometriosis is an established risk factor for ovarian cancer. In addition, they state that endometriosis is an inflammatory disease, inflammation plays a role in ovarian cancer development, and inflammation is a possible biological mechanism for talc's association with ovarian cancer. In support of this, an analysis of Brieger et al included talc exposure in an inflammation-related risk score composed of established risk factors for ovarian cancer, and compared the score to survival in ovarian cancer patients. (Brieger, Phung et al. 2022)

Based on their systematic review, IARC classified talc-based body powder without asbestos as a 2B (possibly) carcinogen. (IARCtalc 2010) Talc with asbestos was classified as group 1 ("carcinogenic to humans"), as was talc containing asbestiform fibers. In 2021, the Health Canada screening report concluded that talc constitutes or may constitute a danger in Canada to human life or health. (HealthCanada 2021) It concluded that the current data (as of 2021) on talc and ovarian cancer are indicative of a causal effect. The Health Canada assessment was on talc itself without considering whether or not talcum powder contained asbestos.

Published laboratory and clinical studies on talc exposure and ovarian carcinogenesis have shown that in humans, talc can migrate from the perineum to the ovaries and that it can cause an inflammatory response. Elevated levels of biomarkers of inflammation (such as cytokines), as well as oxidative stress, provide biologically plausible pathways by which talcum powder product exposure can induce neoplastic transformation and result in ovarian cancer.

Given the frequency with which asbestos, a known carcinogen has been found in cosmetic and personal-use talc products, I reviewed the literature on the epidemiology of asbestos and risk of ovarian cancer. Due to the presence of not only asbestos but fibrous talc, heavy metals, and fragrance, I also reviewed literature on the carcinogenic properties of these constituents. IARC noted in its 2012 report that a causal association between exposure to asbestos and cancer of the ovary was clearly established. IARC(2012)  IARC has classified asbestos and talc containing asbestiform fibers grown in an asbestiform habit as Class 1 carcinogens. IARC(2010, 2012) Talc fibers grown in an asbestiform habit are often referred to as "fibrous talc." The elongated features of fibrous talc have many of the carcinogenic properties of asbestos that are known to cause an inflammatory process. IARC(2012) contributing to the biologically plausible mechanisms to explain the carcinogenic effects of talcum powder products.

The epidemiologic evidence in total, along with the biological and pathological evidence, fits virtually all of the Bradford Hill aspects of causation (Hill 1965), namely: strength, consistency across populations, temporality, biologic gradient (dose-response), plausibility, coherence, and analogy. The weight of the evidence related to genital use of talcum powder products and ovarian cancer development demonstrates a consistent increased risk. There are many instances in which relative risks less than 1.5 are widely accepted within the scientific community as being causative and have strong public health and clinical ramifications, as I point out in the report. Given the high prevalence of use of talcum powder products (as much as half of women in some studies), a relative risk/odds ratio in the range observed in these studies can have profound effects on clinical events and public health.

In my opinion, as an epidemiologist and physician, stated to a reasonable degree of medical and scientific certainty, use of talcum powder products, including Johnson & Johnson Baby Powder and Shower to Shower, in the genital/perineal area can cause ovarian cancer. I base this opinion on the statistically significant elevated risk estimates (relative risk, odds ratios) seen when the epidemiologic data are combined, the pathological evidence, the consistency of results across geographic areas and in

different race/ethnic groups, the evidence of a positive dose-response effect, and the plausible biological mechanisms.

## The Science of Epidemiology

Epidemiology is the science of diseases in human populations. Epidemiologists study patterns of disease occurrence to determine causes of disease, in order to determine ways to prevent the disease from occurring. Epidemiological research studies distribution of health and disease in populations. This type of research is observational, as opposed to experimental. By relating health conditions, exposures, and behaviors to differences in the incidence of disease, associations are identified that may be causal.

In epidemiological research, an exposure is something that may influence the risk of disease. This can be something ingested such as medication, applied such as a cosmetic, breathed in, or, in the case of talc and ovarian cancer, applied to the genital area. To assess effects of exposures that have possible adverse effects with little known benefit, it would be unethical to conduct an experiment to determine effects of an exposure. For example, the effects of vitamin supplements have been tested in large-scale clinical trials to determine effects on risk for several cancers. This was considered ethical because the expectation was that the vitamin supplements could have benefit, and were unlikely to have risk, for study participants. For other exposures, however, with little expectation of benefit to offset possible adverse effects, observational studies will usually be the only available epidemiological evidence.

Much public health knowledge derives from epidemiological studies. For example, observational epidemiological studies show us that individuals who drink excessive amounts of alcohol have a high risk for developing liver failure and other diseases. Such studies have shown that persons with obesity have a high risk for developing diabetes and that smokers have high risk for developing lung cancer. Similarly, the effects of toxic agents on risk for several diseases have been identified through observational epidemiological studies. Examples include the effect of lead paint on cognitive development in children; the effect of radium exposure on bone health, blood abnormalities, and cancers; and the effect of second-hand smoke on risk for lung cancer in nonsmokers.

11

The associations between talcum powder product use and risk for ovarian cancer have been studied in two types of epidemiologic studies—case-control and cohort—and therefore this description of epidemiologic methodology below is limited to those types of studies.

## Terminology in Epidemiological Studies

**Disease incidence**:  The incidence of a disease is the number of new cases that occur in a population. An incidence rate is the number of new cases that occur per number of persons over an interval of time. Typically, for cancer, incidence rates per 100,000 individuals per year are determined. The incidence rate for ovarian cancer in the U.S. is approximately 11.7/100,000 women/year (https://seer.cancer.gov/statfacts/html/ovary.html).

**Risk**: The risk of a disease refers to likelihood of its occurrence. In epidemiological studies, risk is usually used in relative terms, that is, the risk of developing cancer in one group versus the risk in another group. In cancer epidemiology, the risk almost exclusively refers to risk of incident cancer, that is, risk of a new cancer occurrence.

**Risk factor**: The World Health Organization defines a risk factor as any attribute, characteristic or exposure of an individual that increases the likelihood of developing a disease or injury (http://www.who.int/topics/risk_factors/en/). Risk factors can be inherent, such as sex, age, and genetics; lifestyle-related such as diet, physical activity, or smoking; health related such as menstrual factors, reproductive history, or history of infectious diseases; toxic exposures such as minerals, metals, chemicals, or radiation; or medical, such as use of particular medications.

**Exposures**: In epidemiological studies, an 'exposure' is a factor or condition that may increase or decrease the risk of disease. In this report, use of talcum powder products is the 'exposure' investigated. Self-reporting of exposure could result in incomplete information. Some women may over-report use of personal products, while others may not recall whether they used the products, how often or at what quantity they used them, or for how long they continued using them. Studies in which participants are queried by trained interviewers may be able to obtain information in greater detail than when participants complete questions on a form. (Bowling 2005) However, women may be reluctant to relay sensitive personal information to an interviewer as opposed to a self-administered form. (Bowling 2005)

12

This type of systematic bias, however, would underestimate the relative risk, suggesting that effects of talcum powder product use in the perineal area may be stronger than reported in epidemiologic studies.

**Association**: Epidemiologists use the term association to describe how a disease occurrence varies as a result of the effect of an exposure. A positive association indicates that the exposure increases risk of the outcome; a negative association indicates that the exposure decreases risk of the outcome.

**Etiology**: The etiology is the cause or origin of a disease or condition.

**Multi-factorial etiology**: Very few cancers occur as a result of only one cause. Most, on the other hand, have several likely causes, each with different levels of effect. The most common risk factor for cancer is age, as older persons have increased risk for developing most of the common cancers. So, even though certain human papilloma viruses increase risk for head and neck cancers, their effect is most often seen with increasing age despite individuals acquiring the virus at a young age. For some cancers, exposures add to the effects of other exposures, or even multiply their effects. For example, both smoking and alcohol use increase risk for squamous cell carcinoma of the esophagus, but individuals who both smoke and drink have a risk of this cancer that is greater than what would be expected by adding the effects of the two exposures.

**Latency period**: The length of time between when a person is exposed to a causal agent and when their cancer is first diagnosed is called the latent period. This period is typically years to decades. For exposures that continue over time, it may not be possible to determine the latency period of that cancer.

**Relative risk, odds ratio, and hazard ratio**: The strength of a relationship between an exposure and the occurrence of disease is commonly expressed in terms of relative risk. In cohort studies, relative risk is the ratio of risk (or incidence) of a disease among people with an exposure to that among people without that exposure. In cohort studies, the hazard ratio can be used, and is the chance of an event occurring in one group (exposed) divided by the chance of the event occurring in another group (non-exposed). In case-control studies, the odds ratio is used, which is the ratio of the odds of exposure among cases to the odds of exposure among controls. Relative risks, odds ratios, and hazard ratios

13

above 1.0 indicate an increased risk, while those below 1.0 imply a protective effect. Therefore, a relative risk of 1.3 represents a 30% increased risk.

**Statistical analyses**: Epidemiologists use several types of statistical analyses to determine the size and significance of relationships among variables in sets of data. The most common in observational studies are the relative risk, odds ratio, and hazard ratio. These estimates are based on individual studies, or on pooled studies, or on meta-analyses, which are based on data from multiple studies. To determine the likelihood of these being true estimates of risk, rather than just occurring by chance, epidemiologists determine the statistical significance. For the relative risk, odds ratio, and hazard ratio, we calculate a confidence interval (CI), which shows the range of values that the true risk estimate likely represents. Most commonly, we use 95% CI, which means we are 95% sure that a true relative risk or odds ratio lies within that interval of numbers. If a confidence interval includes the number 1.0, then we say the association between the exposure and the disease could be null. Some epidemiologists consider a CI that has 1.0 at one end of the range to be of "marginal statistical significance." A similar statistic is the p-value, which estimates how likely the observed association is likely due to chance. Epidemiologists often consider a p-value less than or equal to 0.05 as "statistically significant," and often describe p-values between 0.05 and 0.09 as "marginally statistically significant." However, the term just refers to the likelihood of a chance finding.

It is important to note that "statistical significance" does not determine size of relative risk, nor does it determine whether a study provides valid and reliable information for causality. The term just refers to the likelihood of a chance finding, and should not be used to decide whether or not an exposure is causally related to disease occurrence. (Amrhein, Greenland et al. 2019)  In recent years, the American Statistical Association has provided leadership on the issue of statistical testing. The association provided a statement on statistical significance and p-values, that "a p-value is the probability under a specified statistical model that a statistical summary of the data (e.g., the sample mean difference between two compared groups) would be equal to or more extreme than its observed value." (Wasserstein, Schirm et al. 2019) The statement provides several principles: 1) P-values can indicate how incompatible the data are with a specified statistical model; 2) P-values do not measure the probability that the studied hypothesis is true, or the probability that the data were produced by random chance alone; 3) Scientific conclusions and business or policy decisions should not be based only on whether a p-value passes a specific threshold; 4) Proper inference requires full reporting and transparency; 5) A p-value, or statistical

14

significance, does not measure the size of an effect or the importance of a result; and 6) By itself, a p-value does not provide a good measure of evidence regarding a model or hypothesis. (Wasserstein and Lazar 2016)

Both confidence intervals and p-values depend largely on the size of the population studied.  If a relative risk/odds ratio indicates an effect that is consistent across studies, or that is large, we are less likely to reject the likelihood of true association, even if the confidence interval includes 1.0 or if the p-value is greater than 0.05.

**Sample size:** Because development of cancer can be a random event, epidemiologists strive to determine whether an association between an exposure and disease could have occurred by chance. If the study is designed appropriately, the chance of random-ness explaining observed associations is lessened. The number of cases of cancer within the study is a critical element to determining likelihood of causality.

**Standardized incidence ratio and standardized mortality ratio**: In some epidemiologic studies, only highly exposed persons are available for study. This is a common occurrence in studies of occupations with high levels of exposures to carcinogens, such as asbestos. Researchers typically then compare the incidence (or mortality) in the exposed cohort with the general population from which the exposed cohort is drawn. The standardized incidence ratio compares the actual versus expected number of cases of a disease, using the population data to determine expected numbers. Similarly, the standardized mortality ratio compares actual versus expected numbers of cause-specific or overall deaths. The standardized incidence ratio and standardized mortality ratio are similar to relative risks, and 95% confidence intervals are often presented.

**Dose-response**: "Dose response" began as a medical concept where it denotes a change in the effect of a medication or treatment according to the dose used. This concept can be applied to any exposure, including potentially toxic agents such as talcum powder products.  The demonstration of a biological gradient adds weight to evidence that an exposure may be causal.

Dose response effects may be linear, where an increase in the exposure increases risk of disease at each level of increase in the exposure. A common example is the relationship between average packs/day

15

and years of cigarette smoking and risk for lung cancer. Alternatively, there may be a 'threshold' below which there is no effect seen, but above which there is an effect.  An example is the association between exposure to menopausal hormone therapy; use for short periods has little effect on risk of breast cancer, but risk consistently increases for five years' or longer use.

Alternatively, the effect may be to influence risk one way at both low and high levels of exposure, but the other way at intermediate levels of exposure, shown as 'J'- or 'U'-shaped curves. In such cases, the exposure is evidently beneficial or harmful only within certain ranges. For example, intake of alcohol at small amounts has been related in some studies to lower risk of cardiovascular disease, whereas heavy intake increases risk.

Some exposures that are continuous variables are often reported in discrete categories. Although this is done for statistical reasons and can make effects easier to detect, the number and location of category boundaries may obscure the true relationship between exposure and the outcome, and non-linear effects of exposure may be missed if inappropriate categories are used.

**Bias**: A systematic error in the design, recruitment, data collection or analysis that results in a mistaken estimation of the true effect of the exposure and the outcome.

**Confounding**: This type of bias occurs when a third variable interferes with a true relationship between an exposure and an outcome. A confounding variable is one that is related to the risk of disease and to the exposure. It is not by itself a cause of the disease and does not lie in the pathway between the exposure and disease. The epidemiologic studies reviewed for this report all adjusted for potential confounding factors.

**Effect modification**: In some persons, an exposure increases risk of disease while in others it has no effect or has a smaller effect. This is called effect modification. An example is that obesity has a larger effect on risk for colon cancer in men than in women.

**Generalizability**: The goal for epidemiologic research is to identify causes of disease that can be applicable to all populations. Most modern-day case-control studies attempt to do this by conducting population-based studies. That is, they identify all cases of a cancer occurring in a population and

16

attempt to interview as many of those cases as possible. They also identify a similar sample of persons from the same population who do not have cancer and attempt to interview as many of those as possible. Many of the case-control studies of talcum powder products identified cases through population-based cancer registries, which register almost 100% of cases of cancer occurring in the population served by the registry. These population-based studies are better able to produce results that are generalizable to the whole population.  Hospital-based case-control studies of ovarian cancer include all cases of the cancer that present to a hospital and compare them to a comparable group of hospitalized patients without cancer. While the comparisons between cases and controls can be valid, the generalizability of the results to the population can be low if patients from the recruiting hospital differ from the population as a whole.

Generalizability can be more of an issue for cohort studies, depending on how the study participants were recruited. Three cohort studies have reported on talcum powder product use and ovarian cancer risk. The Women's Health Initiative recruited from the general population of postmenopausal women from 40 clinical centers around the U.S. The rate of response was only around 1-2%, however, and therefore the cohort is unlikely to represent the population of American postmenopausal women. The Nurses' Health Study recruited nurses from around the U.S. Their rate of response was higher than for the Women's Health Initiative, but they are all nurses, and therefore have different health knowledge, income, and socioeconomic status compared with the general U.S. population. The Sister Study recruited from the general population, targeting women who had at least one sister with breast cancer. The responding participants therefore represent only women with a family history of breast cancer, and given their self-selection, likely differ from the general population in vulnerability to cancer and other characteristics.

**Exposure measurement**: Defining whether a person is exposed to a potentially causal agent is critical to the science of epidemiology. For many exposures, we must rely on what the individual can tell us about their health habits, lifestyle, work history, and use of products and medications. Recall of these variables can be challenging. Epidemiologists, therefore, often have interviewers use tools to jog participants' memories, such as anchoring around particular ages and life events. The most thorough case-control studies queried about both frequency and duration of use of talcum powder products, as well as brand and type of product, and areas of exposure (e.g., perineal, sanitary napkin, other body areas, diaphragm, etc.) The ascertainment of use of talcum powder products is difficult, especially in determining dose of

17

exposure, because women may have been using powders without being aware of what the product contained. Furthermore, information on the variable contents of talcum powder products (talc, fibrous talc, asbestos, other metals, fragrance) was not available to the scientists conducting the epidemiologic studies. While many epidemiologic case-control studies of talcum powder products and ovarian cancer risk asked women for brand names and dates of use, and analyzed data separately by likely powder contents, these analyses will not have been able to identify the various constituents of talcum powder products.

The Women's Health Initiative asked women about duration of use of talcum powder products but did not ask about frequency of use. (Houghton, Reeves et al. 2014) The Nurses' Health Study asked about frequency of use but did not query regarding duration of use. (Gertig, Hunter et al. 2000) The Nurses' Health II study (part of the cohort pooled analysis) asked about duration of use but not frequency of use. (O'Brien, Tworoger et al. 2020) The Sister Study asked participants about use and frequency of talcum powder products in the 12 months before study enrollment (and age 10-13). (Gonzalez, O'Brien et al. 2016) None of the cohorts, therefore was able to estimate total lifetime dose of talcum powder product exposure.

Issues in talcum powder product exposure measurement are shown clearly in a new publication of genital talc exposure patterns in the Sister Study "Douching and Genital Talc Use: Patterns of Use and Reliability of Self-Reported Exposure". (O'Brien, Ogunsina et al. 2023) This study collected additional data during follow-up from a subset of 36,202 women in the Sister Study cohort. Cohort women had been asked to report use of talc in the genital area in the year before study entry and at ages 10-13. In the follow-up data collection, women were asked about their use of talc in the genital area over their lifetimes. They were asked whether they ever used talc in the genital area, how old they were when they first used the product and when they last used the product, with an option to indicate current use. Women were then asked about use of talc in genital areas during each decade of life, including frequency of use (1 per year or less, 2-11 times per year, 1-3 times per month, or once a week or more). When analyzing these data and comparing to the original Sister Study questions on year-before-study-entry data, 87% of responses about genital talc exposure agreed. This represents a very high level of agreement and shows that women report talc exposure to genital areas with high reliability.

18

However, this paper also points out the amount of under-reported genital talc exposure if a study fails to ask about lifetime exposure. The original Sister Study reported on associations between women's genital talc use in the year before entering the cohort (2003-2009) and development of ovarian cancer. (O'Brien, Tworoger et al. 2020) Of the 41,500 women in the cohort, only 14% reported ever using talc in the genital area during that one year. In contrast, the Sister Study patterns of use survey asked about <u>lifetime</u> use of talc in the genital area, to which 32% of women reported ever having used talc in the genital area. This shows the greater than 2-fold under-reporting of talc exposure in the genital area in the original Sister study that asked only about talc use in the year before study entry. For the pooled cohort study, the Sister Study genital talc exposure was calculated from both the year-before-study entry data and the exposure at ages 10-13 years, and a reported 27% of women had every used talc in the genital area. (O'Brien, Tworoger et al. 2021) Note this 27% is still less than the 32% reported by the Sister Study patterns of use survey. This level of under-reporting of talc exposure to genital areas shows considerable misclassification of exposure.

Under-reporting (or over-reporting) of exposures, a type of misclassification, will <u>underestimate</u> a true relative risk if the misclassification does not depend on whether it occurred in cases or non-cases. (Flegal, Brownie et al. 1986) Therefore, the estimated relative risks in studies that looked at effects of talcum powder product use and risk of ovarian cancer are likely to be under-estimates of true relative risks. This is important for both cohort and case-control studies, but will especially affect cohort studies since they either have data only from a short period of time (e.g. one year in Sister Study) (Gonzalez, O'Brien et al. 2016) or do not update exposure after baseline data collection (e.g. Women's Health Initiative, Nurses' Health Studies, Sister Study). (Gertig, Hunter et al. 2000, Houghton, Reeves et al. 2014, Gonzalez, O'Brien et al. 2016)

**Diagnosis and classification of disease outcome:** "Outcome" refer to the disease or health condition of interest; in this report, any type of epithelial ovarian cancer is the outcome. In some reports, cancers of the fallopian tubes and peritoneum are combined with epithelial ovarian cancer, as they are believed to be the same biological process and are treated the same as ovarian cancer with surgery and chemotherapy (https://www.cancer.gov/types/ovarian/hp/ovarian-epithelial-treatment-pdq).

Determination of outcomes (sometimes called "events") is a critical part of epidemiologic research. If cases of a disease are over- or under-counted, results of exposure-disease associations will be skewed. If

the source of cases differs from the source of controls, comparisons between cases and controls may be biased. In case-control studies, researchers try to include all cases that were newly diagnosed with the disease in a defined population within a set period. Population-based cancer studies often identify cases through population-based cancer registries. Hospital-based studies, conversely, identify cases that were newly diagnosed in one or more hospitals. Whichever method is used, researchers try to include and interview as high a proportion as possible of identified cases, to reduce chances of biased results.

For epidemiologic studies of cancer, it is important to identify, at the minimum, the type of cancer, stage of cancer at diagnosis, and subtype of cancer. Using pathologists' reports from medical records, trained coders classify patients into the correct categories depending on the pathology and other medical records. There are several different subtypes of cancer of the ovary. Over 90% originate in epithelial tissues and are called "epithelial ovarian cancers." The remaining 10% originate in other ovarian tissues (germ cell or sex-cord stromal). Of the epithelial ovarian cancers, approximately 70% are serous, 10% are endometrioid, 12% are clear cell, 3% are mucinous, 1% are Malignant Brenner, and the remaining are mixed histologies. (Rojas, Hirshfield et al. 2016) Epithelial ovarian cancer may be invasive or borderline. Only epithelial ovarian cancer has been studied in relation to use of talcum powder products. Therefore, in this report, "ovarian cancer" refers to "epithelial ovarian cancer."

## Types of Epidemiologic Studies on Ovarian Cancer and Exposure to Talcum Powder Products

Epidemiologists have assessed the relationships between use of talcum powder products and risk of ovarian cancer development, using several types of epidemiologic studies. The studies with the greatest number of cases of ovarian cancer used case-control designs. Most of these were designed specifically to address use of talcum powder products as a potential cause of ovarian cancer. Three cohort studies have also reported on associations between talcum powder product use and risk of ovarian cancer. These cohort studies were designed to test hypotheses relating hundreds of exposures to scores of disease outcomes including common cancers, cardiovascular disease, cerebrovascular disease, musculoskeletal diseases, and others.  Finally, after several epidemiologic studies were published, researchers combined data from these studies using either meta-analyses or pooled analyses. The pooled analysis also included data from previously unpublished studies, and therefore provide

additional information beyond just summarizing results of published studies. All of these studies contribute to the science of the epidemiologic evidence relating use of talcum powder products to risk of ovarian cancer development. The totality of evidence on the causal effect of talcum powder product use on ovarian cancer development relies on data from epidemiologic studies, pathological evidence of migration to the ovaries of talc and other constituents of talcum powder products (such as asbestos), and laboratory evidence.

## Critical Components to Both Case-control and Cohort Studies

1) The accurate and complete ascertainment of cases. In case-control studies, this means that all cases of ovarian cancer should be identified in a given population and as high percent of them should be included in the study as possible. The controls should be free of ovarian cancer and should be as similar as possible to the cases except for the exposure under study. In cohort studies, this means that all individuals should be followed over time to determine how many did or did not develop ovarian cancer. For both types of studies, cases should be confirmed by medical record and pathological report review.

2) Precise determination of exposure. In both case-control and cohort studies, both cases and non-cases should have completed questionnaires about their current and past history of use of talcum powder products, including how often they used the products, when they began use, and number of years used. In case-control studies, this is often done with the help of a trained interviewer. In cohort studies, which typically involve larger numbers of participants because only a small fraction will go on to develop specific diseases, questionnaires are usually self-administered without the assistance of an interviewer. In cohort studies, exposures should be updated after the baseline assessments, to ensure that changes in exposure can be captured. For an exposure like talcum powder product use, lifetime use would be relevant for determining total exposure. For both case-control and cohort studies, determining early life exposures depend on participants' ability to recall typical use patterns. Interviewer-administered surveys would typically include prompts to help participants recall past habits. Self-administered questionnaires may include some printed prompts, but these are usually minimal.

For a rare endpoint like ovarian cancer, a cohort must be followed for decades in order for a sufficient number of cases to accrue to determine effects of particular exposures. Therefore, there is the possibility of bias towards the null via changes in behavior over the course of the decades of follow-up.

A woman who was originally classified as an "ever" talc user will remain an "ever" user even if she subsequently discontinued talc use. A "never" user who subsequently begins talc use will always be misclassified as a never user unless a follow-up survey records her change in status.

In ideal situations, the precise nature of the exposure would be verified. Despite habitual use, however, quantification of exposure is difficult.

(3) For both case-control and cohort studies, the populations should be well-characterized, so that any potential confounding variables can be accounted for in comparing exposure rates of cases and non-cases.

## Case-control Studies

In case-control studies, individuals diagnosed with a specific type of cancer (cases) are compared with otherwise similar individuals who have not been diagnosed with cancer (controls). The control group is a sample of the population from which the cases arose and provides an estimate of how the exposures being studied are distributed in that population. In the ideal case, the controls will be similar to the cases on all variables other than the exposure under question. Therefore, epidemiologists often match controls to cases on such variables as age, race, and ethnicity, or they include a large enough sample of participants that they can adjust for these variables.

Case-control studies can enroll a large number of cases, are usually less expensive than cohort studies, and can be completed over shorter periods of time. Relevant to this report, case-control studies also can be designed to answer specific questions related to one outcome, and participants can be queried in detail about certain exposures. Selection bias is an increasing problem if participation rates among case and control groups is substantially less than 100 percent, and where participation may be related (in different ways) to various exposures.

Case-control studies are subject to their own limitations, including recall bias, which can occur when participants' reports of various exposures are differentially affected by whether they are cases or controls in the study. This is a theoretical bias however; studies that have investigated other sources of data on exposures have failed to confirm the presence of differential recall between cases and controls. (Coughlin 1990)

One of the case-control studies of talcum powder product use and ovarian cancer risk (Schildkraut, Abbott et al. 2016) addressed this issue by counting as "users" only women who had used talcum powder products for at least six months, on at least a monthly basis. This procedure minimizes the potential over-reporting of minimal exposure by cases versus controls.

For this report, I reviewed 28 case-control studies, for most of which the association between use of talcum powder products and risk of ovarian cancer was a primary research questions.

## Cohort Studies

In prospective cohort studies (usually called cohort studies), the exposures of a large group (cohort) of people who are assumed to be healthy are assessed, and the group is followed over a period of time. During the follow-up period, some members of the cohort will be diagnosed with cancer, while others will not, and comparisons are then made between these two groups. Cohort studies may need to be very large (up to hundreds of thousands of participants) to have sufficient statistical power to identify factors that may increase cancer risk by on the order of 20 or 30 percent.  In addition, meaningful comparisons between cases and non-cases can be made only for factors that vary sufficiently within the cohort. Importantly, cohort studies must identify exposures of interest when participants are enrolled into the study, in order to determine effect of the exposures on eventual development of the outcome of interest. Alternatively, if an exposure is ascertained some time after enrollment (as in the Nurses' Health Study ascertainment of talcum powder product use), the researchers will consider the date of collection of that exposure data to be the start date for follow-up of study participants. Because cohort studies typically are designed to look at multiple outcomes such as cancers, cardiovascular diseases, mortality, and other diseases, information collected on exposures tends to be minimal, to pertain to current levels of exposure, and may not be updated during follow-up.

Cohort studies provide the opportunity to obtain repeated assessments of participants' exposures at regular intervals, which may improve the assessment of the exposures. However, for this to happen, the investigators need to have planned for repeated measures of the exposure. In published cohort studies of talcum powder products and ovarian cancer risk, no repeated measures of talcum powder products were reported.

In cohort studies, the ascertainment and adjudication of cancer outcomes can be accomplished by directly asking participants about illnesses and hospitalizations, and requesting medical records for reviewing these events. In some cases, ascertainment of disease events may be accomplished by linking to a cancer registry.

For this report, I reviewed results of 3 cohort studies, published in 5 papers. None were designed specifically to look at the association between talcum powder product use and risk of ovarian cancer. Further, none of these studies fully ascertained exposure to talc, as will be discussed below.

## Meta-analyses and Pooled Analyses

Because there can be random variations within individual epidemiologic studies, and because very large sample sizes may be needed to see effects on rare diseases, epidemiologists rarely make causal inferences based on results of one study. Rather, we look at the totality of epidemiologic studies to determine patterns of exposure-disease relationships. Meta-analysis is a method used to combine the statistical results of several studies to produce an average estimate of effect of an exposure on an outcome of interest. These summary estimates can provide evidence regarding the presence or absence of an association and can allow examination of dose-response relationships. In the area of talcum powder products use and ovarian cancer, 8 comprehensive meta-analyses have been published on studies up to dates of publications (Harlow, Cramer et al. 1992, Gross and Berg 1995, Cramer, Liberman et al. 1999, Huncharek, Geschwind et al. 2003, Langseth, Hankinson et al. 2008, Berge, Mundt et al. 2017, Penninkilampi and Eslick 2018, Kadry Taher, Farhat et al. 2019), three of which are more recent and covered all studies contained in the previous meta-analyses. (Berge, Mundt et al. 2017, Penninkilampi and Eslick 2018, Kadry Taher, Farhat et al. 2019) The Woolen et al. meta-analysis (Woolen, Lazar et al. 2022) focused on high-frequency use of talcum powder products, which was not available for all studies.

In pooled analyses, original individual-level data from various published and/or unpublished epidemiological studies are combined and re-analyzed. The combination of data from multiple studies creates a larger data set and increased statistical power. One earlier pooled analysis was published on the relationship between talcum powder product use and risk of ovarian cancer, and is heavily cited in

this report because of its significance in including very high numbers of women with ovarian cancer and controls, thereby providing a high degree of statistical power. (Terry, Karageorgi et al. 2013) Two additional pooled analyses were published more recently, that focused on subgroups of women: 1) African-American women (Davis, Bandera et al. 2021) and 2) women with and without a history of endometriosis. (Phung, Muthukumar et al. 2022)

The meta-analyses that I reviewed for this report included data from available cohort and case-control studies. I also reviewed the pooled analysis of 8 case-control studies (Terry, Karageorgi et al. 2013), the pooled analysis of cohort studies (O'Brien, Tworoger et al. 2020), and the pooled analyses by Davis et al. and Phung et al. (Davis, Bandera et al. 2021, Phung, Muthukumar et al. 2022) In addition to effect measures (relative risks, odds ratios, hazard ratios) and their confidence intervals (or other test of statistical significance such as p-value), I reviewed the number of people with and without disease for each exposure category, method of exposure ascertainment, estimated exposure categories, assessment of dose-response effects, and effect sizes for all epithelial ovarian cancer and for subtypes of epithelial ovarian cancer (invasive, borderline, serous, endometrioid, mucinous, clear cell).

## Possible Sources of Bias in Epidemiologic Studies Reviewed

All studies of all types must be critically evaluated for both strengths and potential limitations in order to determine the totality of evidence. Limitations in epidemiologic studies are often characterized as biases. These include the biases listed below. It is important to note that the presence of bias does not render an epidemiologic study invalid. Rather, biases are issues that should be carefully considered when assessing how much weight should be given to individual studies, and what conclusions can be drawn from them.

**Missing data:** Both case-control and cohort studies can suffer from missing data. If the missing data items are related to the use of talcum powder products, then the estimated relative risks/odds ratios will likely be artificially low. If, in cohort studies, the cases of ovarian cancer are not identified, i.e., the cancer data are missing, the statistical power to detect statistically significant effects will be lessened. Both of these conditions would likely mean the true association between use of talcum powder products and risk of ovarian cancer is actually higher than what is observed in the epidemiologic studies.

**Poor precision of exposure measurement:** Determining whether, how much, and for how long women were exposed to talcum powder products is difficult. Women may not remember the brand of powder products they used, and contents of personal powder products may not be clear or may change over time. Women may not remember the amount of products used, frequency of use, and years of use. The underestimation of talcum powder product exposure to the genitals will result in bias to the null. (Copeland, Checkoway et al. 1977) If a study collects information in such a way that exposure is overestimated regardless in both cases and non-cases, that will also drive the relative risk toward the null value. (Copeland, Checkoway et al. 1977). This type of nondifferential misclassification, i.e., underestimating (or overestimating) exposure to talcum powder product, biases the relative risk toward the null value. That is, it would likely underestimate the relative risk, suggesting that true effects of talcum powder product exposure is stronger than reported in epidemiologic studies.

**Publication bias:** The publication of epidemiologic studies depends on several factors. The investigators must have developed hypotheses about certain questions and designed the study accordingly, including asking the correct questions about the exposure and potential confounding variables, and collecting information from a sufficient number of participants. The investigators then need to perform statistical analyses, develop scientific manuscripts, and submit for journal publication. It may be difficult to find a journal that will accept null results (i.e. where an exposure is shown to not be related to an outcome). (Rising, Bacchetti et al. 2008, Sridharan and Greenland 2009) The pooled analysis of case-control studies provides some reassurance that publication bias is less likely for this association. (Terry, Karageorgi et al. 2013) Of the 8 studies included in that analysis, 3 had not been previously published. Ever use of talcum powder products in the genital area produced odds ratios of 1.37 (95% CI 1.07–1.67), 1.36 (95% CI (1.06–1.74), and 0.99 (95% CI 0.70–1.41) for the 3 individual studies. That the confidence intervals overlapped, and that 2 of the 3 studies showed statistically significant associations, suggest low publication bias for the association between use of talcum powder products in the genital area and risk of developing ovarian cancer.

**Cancer process affecting likelihood of exposure:** If women used talcum powder products in the perineal area due to symptoms from an early cancer process, results of studies could be biased. Cohort studies often guard against this by eliminating cases that develop within a short time of study enrollment. Case-

26

control studies guard against this by asking participants to recall exposures one or more years prior to their cancer diagnosis (and similarly ask controls to recall exposures at least one year prior to interview).

**Confounding:** Variables related to both use of talcum powder products and risk of ovarian cancer could mask the true relationship between these variables. Epidemiologists handle this by adjusting in the analysis for these potential confounding variables. All of the studies reviewed performed adjustment for several potential confounding variables. Those studies that presented both adjusted and unadjusted odds ratios/relative risks found little effect of confounding variables on these relationships.

**Recall bias:** For the case-control studies, media reports of associations between talc and ovarian cancer could have influenced cases such that they recalled use of talcum powder products to a greater degree than controls. However, the studies for which data collection pre-dated news reports of this association showed similar effects to those for which data were collected afterward. Thus, "recall bias" is unlikely to be an issue. As mentioned above, recall bias is a theoretical bias; studies that have investigated other sources of data on exposures have failed to confirm the presence of differential recall between cases and controls. (Coughlin 1990)

**Non-response bias:** Case-control studies with low levels of response in cases or controls can be biased, in that the non-responding cases and controls could differ with respect to use of talcum powder products.

**Differential results of cohort versus case-control studies:** Ideally, results of case-control and cohort studies would be similar for the relationship between an exposure and risk of disease. However, there could be several reasons for discrepancy in results between case-control and cohort studies. The exposure measurement may differ in the two types of studies. For example, cohort studies may measure exposure at study entry without updating and without ascertaining lifetime exposure. The study would then have only one time point of an exposure that could significantly attenuate the observed associations between exposure and disease.

**Population-based case-control versus hospital-based case-control studies:** For some exposure-disease relationships, population-based case control studies are the most valid method of comparing risk for exposed versus non-exposed persons because the risks to public health can better be estimated. For

others, however, hospital-based case control studies may provide important information because controls with illnesses may be more likely to recall exposures compared with healthy controls from the community, and therefore recall bias can be reduced.

## Causal Inference in Epidemiology

The overarching goal of epidemiologic research is to determine likely causes of disease, in order to determine who is at risk for that disease and how to prevent the disease in individuals and populations. Much of epidemiologic observational research in cancer focuses on determining the *associations* between an exposure and an outcome. In other words, in a sample of individuals, are the number of persons exposed to an agent more likely to develop a cancer than those who are not exposed? There are several related questions. For example, will the persons who are exposed to a higher dose have an even greater risk than persons with little exposure? Will those exposed for a longer period of time have greater risk than those exposed for only a short time? Epidemiologists follow guidelines and logic in determining likelihood of an exposure causing cancer. (Rothman and Greenland 2005) In addition to epidemiologic data, epidemiologists also consider plausible biological mechanisms to explain observed associations. The weight of evidence depends on the validity of the data as well as the clinical and biological evidence, if available, to explain these associations.

In epidemiology, and therefore in this report, a positive association means that the exposure in question increases risk for a disease or outcome. A negative association refers to an exposure decreasing risk for the outcome.

In 1965, English epidemiologist Sir Austin Bradford Hill attempted to describe several aspects of the causal relationship in a speech to the Royal Society of Medicine's newly-established Section of Occupational Medicine. (Hill 1965)  As  Bradford Hill explained, this is not a checklist of factors to be counted: "What I do not believe—and this has been suggested—is that we can usefully lay down some hard-and-fast rules of evidence that must be obeyed before we accept cause and effect. None of my nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as a *sine qua non*."

**These aspects of a causal relationship are:**

***Strength of the association.*** If the risk of developing cancer is several times higher in persons exposed to a toxic agent, that increases the likelihood of causality. It is not a necessary condition for establishing causality and providing recommendations for avoiding a potential cancer-causing agent, however. Indeed, several known carcinogens raise risk of cancer to less than doubling of risk. As Bradford Hill pointed out in his address: "We must not be too ready to dismiss a cause-and-effect hypothesis merely on the grounds that the observed association appears to be slight. There are many occasions in medicine when this is in truth so."(Hill 1965)

Several examples follow:

Alcohol and risk for postmenopausal breast cancer: Risk for postmenopausal breast cancer increases by approximately 10% (a relative risk of 1.1) for each 10 gram/day intake of alcohol (the amount in a four-ounce glass of wine). (Thompson, Mitrou et al. 2018) Women are advised to avoid alcohol or minimize alcohol intake to no more than one alcoholic drink per day to reduce risk for this cancer. (Thompson, Mitrou et al. 2018)

Air pollution and risk for cardiovascular disease: A 2013 meta- analysis found that for each 10 µg/m3 rise in $PM_{2.5}$, the air pollution caused by motor vehicles, yields an 15% increase in risk of cardiovascular disease (similar to a relative risk of 1.15). Given the widespread prevalence of exposure to ambient pollution, even modest contributions to cardiovascular disease risk can have a substantial effect on population health. (Cosselman, Navas-Acien et al. 2015)

Outdoor particulate matter air pollution and lung cancer: A 2014 meta-analysis including 18 studies showed a relative risk of 1.09 (95% CI 1.04-1.14) per 10-µg/m$^3$ of exposure to particulate matter ($PM_{2.5}$). (Hamra, Guha et al. 2014) This is highly significant, because 10-µg/m$^3$ of exposure to $PM_{2.5}$ is the lowest recommended limit set by IARC for minimizing health effects of air pollution.

Benzene at work and risk of leukemia: In 2010, a meta-analysis of 15 epidemiologic studies found that worksite benzene exposure increased risk of any leukemia by 40% (relative risk 1.40, 95% CI 1.23-1.57). (Khalade, Jaakkola et al. 2010)

29

Estrogen-progestin menopausal hormone therapy and breast cancer risk: The Women's Health Initiative clinical trial showed that this type of hormone therapy increases risk of breast cancer by 26% after an average 5 years of use. That level of risk was sufficient for clinical interest groups and governmental agencies to advise women to use hormone therapy for limited periods of time, if at all, because of risk for breast cancer and other adverse events with similar levels of increased risk (29% increase in coronary heart disease, and 41% increase in stroke). (Rossouw, Anderson et al. 2002) A meta-analysis of clinical trials and observational studies in 2018 found that use of this therapy increased risk of breast cancer by 59% (relative risk 1.59, 95% CI 1.40-1.81). (Kim, Ko et al. 2018) These results led to FDA-required label warnings on estrogen and progesterone therapy preparations (Key, Appleby et al. 2003), and to clinical warnings against use of estrogen plus progesterone for prevention of chronic conditions. (Grossman, Curry et al. 2017)

Trichloroethylene and risk of kidney cancer: In 2012, a meta-analysis was published showing that occupational exposure to trichloroethylene was associated with an approximately 30% increased risk for kidney cancer (relative risk 1.32, 95% CI 1.17-1.50). (Karami, Lan et al. 2012)

Regular physical activity is associated with reduced risk for cardiovascular disease, diabetes, and various cancers in persons who meet national physical activity guidelines of 150 minutes/week of moderate-intensity aerobic activity. (U.S. Physical Activity Guidelines Advisory Committee 2018 report) (2018)  In one large pooled analysis of 6 cohorts with 661,137 men and women, investigators found a 20% lower mortality risk among those performing less than the recommended minimum of 7.5 metabolic-equivalent hours per week (hazard ratio, 0.80 [95% CI, 0.78-0.82]), a 31% lower risk at 1 to 2 times the recommended minimum (hazard ratio, 0.69 [95% CI, 0.67-0.70]), and a 37% lower risk at 2 to 3 times the minimum (hazard ratio, 0.63 [95% CI, 0.62-0.65]). (Arem, Moore et al. 2015) To compare with the relative risks for adverse exposure, one would look at the inverse of the hazard ratios, i.e., 1.25, 1.45, and 1.59.

Intermittent intense sun exposure and risk of melanoma: A 2005 meta-analysis included data from 57 epidemiologic studies with 38,671 cases of melanoma, and found a relative risk of 1.61 (95% CI 1.31-1.99) for intermittent intense sun exposure. (Gandini, Sera et al. 2005)

30

Prevention of skin cancer with use of sunscreen has also been observed, with similar effect sizes. In a 4.5-year trial with an additional 8-years follow-up, individuals randomly assigned to daily sunscreen use had almost a 40% reduced risk of squamous cell carcinoma (rate ratio, 0.62; 95% confidence interval, 0.38-0.99). (van der Pols, Williams et al. 2006) To compare with the relative risks for adverse exposure, one would look at the inverse of the risk ratio, i.e., 1.6.

It is critical to note that there are no standardized definitions of what relative risk (or odds ratio or hazard ratio) that defines "weak," "moderate," or "strong" associations. These are subjective categories, and the use of these or similar words varies among authors. For a cosmetic product, the observed increased relative risks of ovarian cancer, a life-threatening disease, seen in the epidemiologic studies is not an acceptable risk, and should not be characterized as "weak" or "small."

***Consistency of the association.*** A consistent association would be observed in various populations, places, circumstances, and times. Has the association been found in different countries, in persons from various race/ethnic groups, and of different ages? This is also not a requirement, as there could be occasions when an exposure only increases risk for specific categories of individuals. An example, again from the breast cancer field, is that obesity increases risk for breast cancer occurring after menopause but decreases it for women who have not yet undergone menopause. Relevant to the association between ovarian cancer risk and use of talcum powder products, the association has been observed in the U.S., Canada, China, Australia, Israel, and the UK. While most data have been collected in Whites, a positive association between use of talcum powder products and risk for ovarian cancer has also been found in Blacks and Asians.

***Specificity of the association:*** This suggests that if an exposure causes only one type of disease, that its causal link to that disease is strengthened. However, Bradford Hill recognized the limits of this aspect. One noxious agent, such as tobacco smoke, is an accepted cause of multiple cancers as well as cardiovascular disease. Similarly, one disease can have multiple causes. For example, lung cancer risk is increased with exposure to radon and asbestos, even in persons who do not smoke. In support of this, Bradford Hill stated, "One-to-one relationships are not frequent. Indeed I believe that multi-causation is generally more likely than single causation…"(Hill 1965)

31

**Temporality:** The time course between exposure and disease occurrence is an important consideration. Bradford Hill was referring to the need to document that the exposure came before the disease, rather than something about the disease causing a person to come into contact with the exposure. This is why, for case-control studies, researchers have often queried women about their lifetime history of use of talcum powder products, beginning from young ages. Some cohort studies, on the other hand, asked about current use of these products when the women were first enrolled in the cohort. However, for all of these studies, only talcum powder product use prior to the cases' diagnoses (and prior to a comparable time point for controls, in case-control studies) was counted as "exposure."

**Biologic gradient**: This refers to the dose-response curve or the shape of the association between exposure and risk as the amount of exposure changes. If risk for a disease increases with increasing amount of exposure, the likelihood of a causal relationship is often increased. The exposure can be classified by total duration of exposure, by usual amount of exposure, or by a combination of these two. For use of talcum powder products, dose has been estimated by total years of use, by frequency of use, and by a combination of these two variables. It should be noted that ovarian talc particle burden may not be influenced by number of applications of perineal talc usage (Heller, Westhoff et al. 1996), and therefore the typical dose-response relationship may not be necessary for establishing causality between perineal talcum powder product use and risk for ovarian cancer. Indeed, there are numerous substances, such as asbestos, for which there is no safe dose.

**Plausibility:** The association is strengthened if it is biologically plausible. However, Bradford Hill recognized that "What is biologically plausible depends upon the biological knowledge of the day." It is important to note that biologic plausibility does not require proof of mechanism.

**Coherence:** The cause-and-effect interpretation of the data should not significantly conflict with the known facts about the natural history and biology of the disease. Therefore, for example, the concurrent rise in tobacco smoking rates and rise in lung cancer incidence in the 20th century in the U.S., as well as the more recent concurrent decrease in smoking rates and decrease in lung cancer occurrence, strengthen the association between smoking and lung cancer as causal. For the case of use of talcum powder products and ovarian cancer risk, the prevalence of other risk and protective factors (e.g., use of oral contraceptives, hysterectomy, and tubal ligation as protective factors, obesity as risk factor) changed over time in the general population. Therefore, it would be difficult to determine if ovarian

32

cancer incidence time trends vary by changes in use of talcum powder products. The biology involves, as described below, the migration of talc to the ovaries, the inflammatory process which talc elicits, and the carcinogenetic effects of inflammation.

*Experiment:* The evidence from randomized controlled trials can provide strong support to observational evidence. However, in many situations, randomized controlled trials are not feasible. In the case of talcum powder products and ovarian cancer risk, a trial would have to be very large, involving 50,000 women or more, followed for decades, to determine effects of use of talcum powder products on risk for ovarian cancer. This is because ovarian cancer is a rare disease and typically takes many years to develop to be clinically diagnosable. In addition, because the effects of genital talcum powder product use could be harmful, it would be unethical to conduct a trial of this type.

*Analogy:* Bradford Hill states that in some circumstances it would be fair to judge by analogy. Therefore, since some toxic agents such as thalidomide or rubella have been shown to cause birth defects, other drugs or viral exposures may be recognizable as possibly leading to harmful effects to a fetus. Regarding talcum powder products use and ovarian cancer use: since increased inflammation has been associated with increased ovarian cancer risk, and since talc causes an inflammatory response in tissues, this strengthens the link between talcum powder products use and ovarian cancer risk.

## Methods Used for this Review

In performing this evidence review and for purposes of my opinions, I first conducted a review of the relevant literature on the epidemiology of ovarian cancer risk in relation to use of talcum powder products, using the same process I use for systematic review articles I write for my academic work. (Chan, Vieira et al. 2014, 2018) I triaged articles by title, then by abstract, and finally by complete paper. As I read the epidemiologic literature, I considered the "Bradford Hill" aspects of causal inference (Hill 1965), as well as causal inference as defined by Rothman (Rothman and Greenland 2005), and weighed the evidence. My search identified studies that both support and do not support my eventual opinion on whether use of talcum powder products can cause ovarian cancer.

I also searched for systematic reviews on the issue of talcum powder product use and risk of ovarian cancer.

I searched in the PubMed database for research studies published in peer-reviewed, PubMed indexed journals, using the following search terms: ("talc" OR "talcum powder") AND ("ovarian cancer" OR "ovarian carcinoma").

The initial search produced 110 references, of which 7 included meta-analyses (Harlow, Cramer et al. 1992, Gross and Berg 1995, Cramer, Liberman et al. 1999, Huncharek, Geschwind et al. 2003, Langseth, Hankinson et al. 2008, Berge, Mundt et al. 2017, Penninkilampi and Eslick 2018), one was a pooled analysis (Terry, Karageorgi et al. 2013), and 33 were reports of original epidemiologic studies that tested the association between talcum powder products and risk of ovarian cancer. In addition, a pooled analysis of four cohort studies was published in 2020 (O'Brien, Tworoger et al. 2020), after the original version of this expert report was prepared, and is now summarized in this version. More recently, two additional meta-analyses were published (Kadry Taher, Farhat et al. 2019, Taher, Farhat et al. 2020, Woolen, Lazar et al. 2022) as well as two additional pooled analyses (Davis, Bandera et al. 2021, Phung, Muthukumar et al. 2022). For this amended report, I repeated the above search to November 2023.

I did not perform a meta-analysis, because excellent meta-analyses of all available studies have been recently published, (Berge, Mundt et al. 2017, Penninkilampi and Eslick 2018, Kadry Taher, Farhat et al. 2019, Taher, Farhat et al. 2020) and all of the published meta-analyses showed similar relative risk estimates for use of talcum powder products and risk of ovarian cancer. For all of the reviewed studies, I performed data extraction using a standardized data extraction table (see Tables 1-4). I recorded information on the publication year, study design, number of cases, number of controls (for case-control studies), total sample size (for cohort studies), population type, country, risk estimates, confidence intervals, and the type of ovarian cancer. I also indicated whether dose-response relationships were assessed, method used, and results.

In this report, I provide descriptions of the study methods and main study results including risk estimates (odds ratio, relative risk, or hazard ratio). All studies included control for some confounders and presented the risk estimates with adjustment for the confounders. I present below the results from adjustment with the greatest number of variables.

34

# Epidemiologic Evidence on the Association between Talcum Powder Products Use and Ovarian Cancer Risk

## Case-control Studies

Schildkraut *et al*. (Schildkraut, Abbott et al. 2016) investigated the association between body powder use and ovarian cancer in African American women in 11 geographic areas of the U.S. Included were 584 cases and 745 controls, in a population-based study. Cases were identified through state or SEER cancer registries, or through hospital gynecologic oncology departments. Controls were randomly selected from the same populations as the cases. Participants were asked in a phone interview whether they had ever regularly used talc, cornstarch, baby, or deodorizing powders. Women were classified as "regular users" if they reported using any of these powders at least monthly for at least 6 months, and "never users" otherwise. Regular users were asked about frequency and duration of use; use on genital areas, underwear, sanitary napkins, or diaphragms; and use on non-genital areas. Lifetime number of applications was estimated as number of applications per month times number of months used. Occupational exposure (yes/no) was ascertained for a subset of participants. Use of genital powder was associated with a statistically significant 44% increased risk for ovarian cancer (odds ratio 1.44, 95% CI 1.11-1.86).

A dose-response trend was noted: compared with never-users, women who used genital powder less than daily had a 12% increased risk for ovarian cancer, while women who used genital powder daily had a 71% increased risk. The statistical test for trend was significant (p < 0.01). Furthermore, a greater number of years used increased risk further: compared with never-users, women who used genital powders for less than 20 years had a 33% increased risk of ovarian cancer, while those who used genital powders for 20 years or more had a 52% increased risk of ovarian cancer. The statistical test for trend was significant (p = 0.02). Estimated lifetime number of applications was also related to risk in a dose-dependent manner. Compared with never users, those who used few than 3600 genital powder applications had a 16% increased risk for ovarian cancer, while those who used 3600 or more applications had a 67% increased risk. The statistical test for trend was significant (p < 0.01). Risk of both serous and non-serous ovarian cancer increased statistically significantly with any genital powder use by 38% and 63%, respectively (odds ratios, 1.38, 95% CI 1.03-1.85, and 1.63, 95% CI 1.04-2.55, respectively).

35

Cramer *et al.* (Cramer, Vitonis et al. 2016) reported on association between genital talc use and risk of ovarian cancer in 2,041 cases of ovarian cancer and 2100 controls. Cases were combined from three case-control studies interviewed in 1992-97, 1998-2002, and 2003-2008. Cases were identified from tumor boards and registries in Eastern Massachusetts and Massachusetts. Controls were identified from the same populations as controls. Interviewers asked participants if they "regularly" or "at least monthly" applied powder to the genital or rectal area, sanitary napkins or tampons, underwear, or non-genital areas. Type of powder, age begun, years used, and applications per month were ascertained. Lifetime exposure was estimated by multiplying frequency of applications per month by months used, and talc-years were calculated. Participants were then divided into quartiles according to these variables. Participants were also asked if their partners dusted or sprayed powder to their genital or rectal areas. Condom and diaphragm use were ascertained as potential sources of genital talc exposure.

Genital talc use was associated with a statistically significant 33% increased risk of ovarian cancer (odds ratio 1.33, 95%CI 1.16-1.52). Risk decreased with increasing time since last use. There was a clear trend to increasing risk for ovarian cancer with increasing frequency of use: compared with never users, risks for 1-7 per month, 8-29 days per month, and 30 or more days per month were increased by 17%, 37%, and 46%, respectively, and the trend was statistically significant (p<0.0001). Furthermore, as months per year of use increased, risk increased, and the trend was statistically significant (p=0.006).

Risk for serous invasive, endometroid invasive, and serous borderline were increased with any genital talc use, by approximately 40%, and all were statistically significant. Risks of serous invasive and endometroid also increased significantly with increased talc-years of use. Risks of serous invasive were increased in both premenopausal and postmenopausal women who used genital products, but the results were only statistically significant in premenopausal women. Premenopausal women and postmenopausal women using hormone therapy had the largest risks associated with talcum powder product use for most types of ovarian cancers.

Wu *et al.* (Wu, Pearce et al. 2015) investigated the associations of risk of ovarian cancer and talcum powder products use and other risk factors. Cases were identified through the SEER population-based University of Southern California cancer registry. A total of 1,701 patients were included; and 2,319 controls were recruited from the cases' neighborhoods using random selection from population lists. In-

person interviews were conducted. To determine use of talcum powder products, women were asked if they ever used talc at least once per month for 6 months or more. (Wu, Pearce et al. 2009) If the response was positive, they were asked whether they had ever used talc in non-perineal areas (feet, arms, chest or back), perineal areas, or on underwear or sanitary pads/diaphragm. Questions on talc use included age at first use, frequency of use (times per month) and years of talc use. Use of genital talc for one year or more was associated with a statistically significant 46% increased risk for ovarian cancer (odds ratio 1.46, 95% CI 1.27-1.69). Similar relative risks were seen in non-Hispanic white, Hispanic, and African-American women. A dose-response analysis found that for each 5-year use of genital talc products, risk for ovarian cancer increased by a statistically significant 14% (95% CI 1.09-1.20).

Kurta *et al.* (Kurta, Moysich et al. 2012) published results of a population-based case-control study based in Western Pennsylvania, Eastern Ohio, and Western New York State. A total of 902 cases were enrolled, and 1,802 controls were randomly selected from the general population of those areas. Perineal talc use was defined as ever using dusting powder or deodorizing spray on the genital or rectal areas, on sanitary napkins, on underwear, or on diaphragms or cervical caps. Use of perineal talc increased risk for ovarian cancer by a statistically significant 40% (odds ratio 1.40, 95% CI 1.16–1.69).

Rosenblatt *et al.*  (Rosenblatt, Weiss et al. 2011) published results of a population case-control study set in western Washington that investigated the association between genital powder exposure and risk of ovarian cancer. A total of 812 women with ovarian cancer were identified through a population-based cancer registry and interviewed. A total of 1,313 controls were selected at random from the western Washington population. Sources of genital powder were ascertained, including direct perineal application, use on sanitary napkins and diaphragms, and use of deodorant vaginal spray. For powder use on sanitary napkins and use of vaginal deodorant sprays, the authors recorded the total number of months or years in which these products were used. For use of perineal powder, the investigators recorded the age began and ended, number of weeks or months of use per year, and average days per week used. Study participants were also asked about the types of powder used, including talcum, baby, cornstarch, deodorant, body/bath, and other or unknown. The authors then calculated the lifetime duration of use, and estimated lifetime number of applications. Perineal use of powder was associated with a non-statistically significant 27% increased risk for ovarian cancer (odds ratio 1.27, 95% CI 0.97-1.66). The risk for borderline ovarian tumors was statistically significantly raised by 55% (odds ratio, 1.55, 95% CI 1.02-2.37), whereas risk for invasive ovarian cancers was increased by a non-statistically

significant 27% (odds ratio 1.27, 95% CI 0.87-1.58). Use of powder on either sanitary napkins or diaphragms did not increase risk. Use of vaginal deodorant spray increased risk by a non-statistically significant 15% (odds ratio 1.15, 95% CI 0.85-1.56). None of the dose-response or time variables (years of use, lifetime number of applications, age at first use, age at last use, calendar year of first use, time since first and last uses) showed evidence of increasing relative risk of ovarian cancer with increasing level of exposure to talcum powder products. Similarly, there was no evidence of increased risk for ovarian cancer with increasing dose of powder use on sanitary napkins, or of vaginal deodorant sprays. Use of perineal powder increased risk for mucinous borderline, serous borderline, endometrioid, and other non-mucinous ovarian cancers by 47% to 78%, but none of the odds ratios was statistically significant.

Wu *et al.* (Wu, Pearce et al. 2009) presented results of a case-control study of ovarian cancer with 609 cases and 688 controls. Risk of ovarian cancer among users of talcum powder products in the perineal area was increased by 53% (odds ratio 1.53, 95% CI 1.13-2.09). Risk of serous ovarian cancer was also significantly elevated (odds ratio 1.70, 95% CI 1.27-2.28). A statistically significant trend to increased risk with lifetime numbers of applications was observed. Compared with no use, odds ratios for those with $\leq$ 5200, >5200 - $\leq$15,600, >15,600 - $\leq$52,000, and > 52,000 applications were 1.2, 1.38, 1.34, and 1.99, respectively ($p_{trend}$ = 0.0004).

Moorman *et al.* (Moorman, Palmieri et al. 2009) published data from a population-based case-control study in White and Black women. In total, 1114 cases and 1086 controls were interviewed. They found no association of genital talcum powder product use and risk for ovarian cancer in Whites (odds ratio 1.04, 95% CI 0.82-1.33), and a non-statistically significant increased risk in Blacks (odds ratio 1.19, 95% CI 0.68-2.09). Neither dose-response nor effects by histologic subtype were addressed.

Merritt *et al.* (Merritt, Green et al. 2008) published results from an Australian-wide population-based case-control study on talcum powder products and risk of ovarian cancer. Included were 1,576 women with ovarian cancer and 1,509 population-based controls. Women provided information on self-administered questionnaires. They were asked if they had ever used powder or talc in the genital area, on underwear, or on sanitary pads or diaphragms. They were also asked about age at first use and years of talc use in these areas. Duration of talcum powder use prior to and after surgical sterilization was calculated, and all analyses were limited to the time when the fallopian tubes would have been patent.

Use of talc elsewhere was also collected. Ever use of talc in the perineal region was associated with a statistically significant 17% increased risk for ovarian cancer (odds ratio 1.17, 95% 1.01-1.36). The increase was strongest for serous (odds ratio 1.21, 95% CI 1.03-1.44), but was also seen for endometrioid (odds ratio 1.18, 95% CI 0.81-1.70). A statistically significant dose-response trend for years of perineal talcum powder use prior to surgical sterilization was seen for all cases combined (p=0.021) and for serous ovarian cancer (p=0.022). While not statistically significant, increasing years of use was associated with increased risk of mucinous and endometrioid ovarian cancers.

Mills *et al*. (Mills, Riordan et al. 2004) reported on a population-based case-control study in 22 counties of Central California. A total of 256 cases were recruited from cancer registries and interviewed, and 1,122 population-based controls were randomly selected and interviewed. Women were asked the following about use of talcum powder: use in the genital area, years of use, frequency of use, and total duration of use. Ever use of perineal talc statistically significantly increased risk for ovarian cancer by 37% (odds ratio 1.37, 95% CI 1.02-1.85). There was a statistically significant trend found in the dose-response analysis of frequency of use; women using talc 4-7 times per week had a 74% increased risk for ovarian cancer (p=0.015). There was an indication of trend with duration of use up to 4-12 years, although number of years beyond that did not increase risk further. A similar relationship was found for cumulative dose (frequency times duration). Risk of serous ovarian cancer was also statistically significantly elevated (odds ratio 1.77, 95% CI 1.12-2.81).

Ness *et al*. (Ness, Grisso et al. 2000) recruited women with ovarian cancer ascertained from 39 hospitals in Eastern Pennsylvania, Southern New Jersey, and Delaware. A total of 767 cases of ovarian cancer were interviewed, along with 1,367 population-based controls. Women were asked if they ever used talc, baby, or deodorizing powder at least once per month for 6 or more months in their genital or rectal area, on sanitary napkins, on underwear, on a diaphragm or cervical cap, or on non-genital areas. They also were asked about male partner use of talc to the genital area or underwear. Compared with never-users, women who used talc in genital/rectal areas had a statistically significant 50% increased risk for ovarian cancer (odds ratio 1.5, 95% CI 1.1-2.0). Those who used it on sanitary napkins had a statistically significant 60% increased risk for ovarian cancer (odds ratio 1.6, 95% CI 1.1-2.3). Use on underwear increased risk by a statistically significant 70% (odds ratio 1.7, 95% CI 1.2-2.4). Use on a diaphragm/cervical cap or by a male partner did not increase risk. Among those who used in the

genital/rectal or other body areas, there was no evidence of increasing risk with increasing numbers of years of use.

Cramer *et al.* (Cramer, Liberman et al. 1999) published results of a population-based case-control study with 563 cases of ovarian cancer and 523 controls. Risk of ovarian cancer among women with perineal talcum powder product exposure was increased 60% compared with non-exposed (odds ratio 1.6, 95% CI 1.18-2.15). Risk of invasive serous ovarian cancer was significantly increased (odds ratio 1.7, 95% CI 1.22-2.39). No dose-response effect, as defined by duration, was seen.

Wong *et al.* (Wong, Hempling et al. 1999) conducted a hospital-based case-control study in Buffalo, NY, comparing 499 patients with ovarian cancer and 755 patients with non-gynecological malignancies. No details were given on how talcum powder product use was ascertained, but women were queried on site of talc use (sanitary napkin vs. genital/thigh area) and duration of use. Compared with non-users, those who used on sanitary napkins or genital/thigh areas had no increase in risk for ovarian cancer. Furthermore, there was no apparent trend toward greater risk with longer duration of use. Finally, there was a non-statistically significant 20% increased risk of serous ovarian cancer with talcum powder product use (odds ratio 1.2, 95% CI 0.7-2.1).

Godard *et al.* (Godard, Foulkes et al. 1998) studied risk of sporadic (101 cases) or familial (51 cases) ovarian cancer according to perineal talc use compared with 152 control in Montreal, Canada. Cases were diagnosed at one of two teaching hospitals; controls were randomly selected from the population. Talc use questions were not detailed in the paper, but the variable of "ever" versus "never" perineal use of talc was reported. Women who had ever used perineal talc had a 2.49 times greater risk of developing any ovarian cancer (relative risk 2.49, 95% CI 0.94-6.58, p=.066), which was marginally statistically significant. The relative risk for sporadic ovarian cancer was 2.45 (95% CI 0.85-7.07, p=0.098), and for familial ovarian cancer it was 3.25 (95% CI 0.85-12.4, p=.084).

Green *et al.* (Green, Purdie et al. 1997) included 824 Australian women with ovarian cancer who were identified through cancer registries, as well as 855 population-based controls. No details were provided on the specific questions posed regarding talc use, but perineal use was ascertained, as well as duration and ages/years used. Women who had ever used talc in the perineal region had a statistically significant 30% increased risk for ovarian cancer (relative risk 1.3, 95% CI 1.1-1.6).  The authors investigated

whether a history of surgical sterilization affected this relative risk (the rationale being that women who are surgically sterilized would have lower chance of talc migrating up to the ovaries). They found that compared with women who had neither used talc nor had surgical sterilization, risk was highest among talc users without surgery (relative risk 1.3, 95% CI 1.0-1.7) and lowest among women with a history or tubal sterilization or hysterectomy who had not applied talc to the perineum (relative risk 0.6, 95% CI 0.5-0.84). No dose-response relationship by duration of use was found.

Cook *et al*. (Cook, Kamb et al. 1997) reported on a population-based case-control study including 313 cases of ovarian cancer identified through a cancer registry and 422 population-based controls in Western Washington. Women were queried about storing diaphragms in powder, dusting perineal areas with powder after bathing, powdering sanitary napkins, and using genital deodorant sprays (which may contain aerosolized powder). Women were further asked about duration and frequency of powder application and about types of powder applied. There was a statistically significant 50% increase in risk of ovarian cancer associated with use of any of the genital powder applications (perineal application, sanitary napkins, genital deodorant sprays, diaphragms) (relative risk 1.5, 95% CI 1.1-2.0). The risk was highest, and statistically significant, in those women who dusted perineal areas with powder (relative risk 1.8, 95% CI 1.2-2.9). Compared with never users of genital deodorant sprays, women who used these products for 12 months or less had a relative risk for ovarian cancer of 1.5, while those who used them for more than 12 months had a relative risk of 2.7. Compared with never users of genital deodorant sprays, women who used 500 lifetime applications or less of genital deodorant sprays had a relative risk for ovarian cancer of 1.7, while those who used more than 500 applications had a relative risk of 2.6. Both of these dose-response trends were statistically significant (p < 0.05). None of the other types of perineal talcum powder product use showed trends to greater risk with greater estimated duration used or applications. The authors then categorized powders into specific types: cornstarch, talcum powder, baby powder, deodorant powder, and scented body/bath powder (assuming talcum powder was likely a constituent of the latter three as well). Exclusive use of cornstarch, or of deodorizing powder, was not associated with increased risk for ovarian cancer, but the numbers of cases were very small (5 and 9, respectively). Exclusive use of other types of powder increased risk between 20 and 60 percent, but the results were not statistically significant. Risk for serous ovarian cancers was statistically significantly increased by 70% in women who ever used any genital powder (relative risk 1.7, 95% CI 1.1-2.5). The relative risk for "other tumors" among ever users was 1.8 (95% CI 1.1-2.8), while risks for mucinous or endometrioid tumors were not increased in genital powder users.

41

Chang *et al*. (Chang and Risch 1997) reported on the association between talcum powder product use and risk of ovarian cancer in a population-based case-control study in Ontario, Canada. A total of 450 patients with borderline or invasive ovarian cancer and 564 population controls were interviewed. Women were asked about regular talc use and type of talc used, as well about duration and frequency of use. Women were queried about regular application of talc to the perineum and about use of talc on sanitary napkins. Use of cornstarch on the perineum and sanitary napkins was also ascertained. Women with any regular talc exposure had a statistically significant 42% increased risk of developing ovarian cancer (odds ratio 1.42, 95% CI 1.08-1.86). Use of cornstarch was not associated with increased risk, although this was a very uncommon exposure in this study. Use of talc on sanitary napkins increased risk to a lesser degree (odds ratio 1.26, 95% CI 0.81-1.96), as did use of talc only in the perineal area (odds ratio 1.31, 95% CI 1.00-1.73). A dose-response trend was seen: per 10 years of use of talc to the perineal area, risk of ovarian cancer increased by 6% (odds ratio 1.06, 95% CI 0.99-1.14). Frequency of use per month, however, did not show a dose-response trend. Use before and after 1970 showed almost identical odds ratios. Risk was higher prior to tubal ligation/hysterectomy than after either procedure. Risk was increased for all types of ovarian cancer included (invasive, borderline, serous, mucinous, and endometrioid). Only for invasive cancer was the odds ratio statistically significant, likely due to the larger numbers of cases in that category.

Shushan *et al*. (Shushan, Paltiel et al. 1996) published results of a population-based case-control study in Israel, looking at the association between talcum powder product use and risk of invasive or borderline ovarian cancer. A total of 200 cases, identified through a cancer registry, were interviewed, as were 408 controls selected randomly from the same population. Details of the talcum powder product use on the standardized questionnaire were not provided. Women who reported using talc "moderate to a lot" versus "never or seldom" had twice the risk of developing ovarian cancer, and the result was statistically significant (odds ratio 2.0, p=0.04).

Purdie *et al*. (Purdie, Green et al. 1995) studied the association between talcum powder product use and ovarian cancer risk in 3 Australian states. Cases were recruited from registries at three oncology treatment centers, and controls were chosen randomly from the general population. The details of the interview items on talc were not provided. Women who used talc around the perineum or abdomen had a statistically significant 27% increased risk for ovarian cancer (odds ratio 1.27, 95% CI 1.04-1.54).

42

Cramer et al. (Cramer and Xu 1995) published results of two case-control studies, in which a total of 450 women diagnosed with ovarian cancer in Boston, MA area hospitals, and 454 controls selected from the general population, were interviewed. Use of talc "in genital hygiene" was associated with a 60% increased risk for ovarian cancer (odds ratio 1.6, 95% CI 1.2-2.1).

Tzonou et al. (Tzonou, Polychronopoulou et al. 1993) conducted a hospital-based case-control study in Athens, which included 189 women with ovarian cancer and 200 hospital visitor controls. No information was provided on how talcum powder product use was ascertained, other than that women were interviewed about whether or not they used of talc in the perineal area. There was little evidence of an association: the relative risk for ovarian cancer in those who said "yes" versus "no" to perineal talc use was 1.05 (95% CI 0.28-3.98). However, only 6 cases and 7 controls reported using talc in the perineal area.

Rosenblatt et al. (Rosenblatt, Szklo et al. 1992) published results of a hospital-based case-control from the Baltimore, MD area. A total of 77 cases of ovarian cancer and 46 controls, who were treated for non-gynecologic/non-malignant diseases, were included. Participants were interviewed about presence and length of genital fiber and respiratory fiber exposure. Fiber exposure was defined as exposure to asbestos, talc, and fiberglass. Dose of exposure was calculated as number of years of each type of genital or respiratory exposures from all sources, and only exposure prior to tubal ligation (for women who had that procedure) was counted. Use of genital talc was associated with a 70% increased risk (odds ratio 1.7, 95% CI 0.7-3.9). Use of talc on sanitary napkins resulted in almost a 5-fold statistically significant increase in risk of ovarian cancer (odds ratio 4.8, 95% CI 1.3-17.8). Talc use on diaphragms tripled risk for ovarian cancer (odds ratio 3.0, 95% CI 0.8-10.8). The odds ratios for these latter two exposures were not statistically significant. Women who had exposure years above the median had more than double the risk of ovarian cancer compared with women with lower exposure years (odds ratio 2.4, 95% CI 1.0-5.8).

Chen et al. (Chen, Wu et al. 1992) interviewed 112 women with ovarian cancer and 224 community controls in China. No information was provided about how women were asked about talcum powder product use prior to 3 years before diagnosis (for cases) and a comparable date in controls. Seven cases

and 5 controls reported using "dusting powder" to the lower abdomen and perineum for 3 or more months, giving a relative risk of 3.9 (95% CI 0.9-10.6).

Harlow *et al.* (Harlow, Cramer et al. 1992)published a case-control study with 235 cases of ovarian cancer and 239 controls. The authors found a 50% increased risk of ovarian cancer in women who had ever versus never used talcum powder products in the perineal area with marginal statistical significance (odds ratio 1.5, 95% CI 1.00-2.1). Risk of serous cancer was similarly increased (odds ratio 1.4, 95% CI 0.9-2.2). Risk by number of lifetime applications indicated a dose response effect. Compared with no use, odds ratios for those with < 1000, 1000 – 10,000, and > 10,000 were 1.3, 1.5, and 1.8, respectively ($p_{trend}$ = 0.09).

Booth *et al*. (Booth, Beral et al. 1989) reported on a hospital-based case-control study conducted in 15 hospitals in the UK. A total of 235 cases with ovarian cancer and 451 controls were interviewed and asked about monthly experiences from age 16 to 45 years. Frequency of exposure to perineal talc was ascertained. Compared with never-users, women who used genital talc rarely, monthly, weekly, and daily, respectively, had relative risks for ovarian cancer of 0.9, 0.7, 2.0, and 1.3, respectively, and the trend was statistically significant (p=0.05). Cases and controls did not differ by percentage who stored diaphragms in talc.

Harlow *et al*.  (Harlow and Weiss 1989) interviewed 116 women with serous or mucinous borderline ovarian cancer identified through a Western Washington population-based cancer registry, as well a population-based sample of 158 control women. The authors used an open-ended question asking women to specify the types of powder they used for perineal application after bathing, on sanitary napkins, and on diaphragms. Powder was categorized as baby, deodorizing, other/unspecified talcum, or cornstarch. There was no association between perineal use in general and risk for borderline ovarian cancer, but women who reported using powder on sanitary napkins had a relative risk of 2.2 (95% CI 0.8-19.8) compared with nonusers. Women who used deodorizing powders had a statistically significant relative risk of 2.8 (95%CI 1.1-11.7). No data were presented on frequency or duration of use.

Whittemore *et al* (Whittemore, Wu et al. 1988) included 188 ovarian cancer cases (identified through 7 hospitals in the San Francisco, CA area, and 539 controls (of which approximately half were hospital controls and half were population-based controls). Women were asked whether they had ever use

talcum powder on the perineum, on sanitary pads, or on diaphragms, and about frequency and duration of use. Women who reported using talcum powder to the perineum had a non-statistically significant 45% increased risk for ovarian cancer (relative risk 1.45, 95% CI 0.81-2.60). Use on sanitary pads was associated with a non-statistically significant 38% reduced risk, and use on diaphragms was associated with a non-statistically significant 50% increased risk. The relative risk for ovarian cancer increased with increasing applications of talc per month; relative to nonusers, the relative risk for 1-20 times per month was 1.27, and the relative risk for 20 or more times per month was 1.45. None of these values was statistically significant. The increased relative risk was apparent for women who had never had tubal ligation or hysterectomy, but not for women who had had one of these procedures. Compared with non-users, women with 1-9 years of use had a relative risk of 1.6 (95% CI 1.00-2.57), but women with greater years of use had only a relative risk of 1.11 (95% CI 0.74-1.65).

Hartge *et al*. (Hartge, Hoover et al. 1983) provided a brief report on a small hospital based case-control study of ovarian cancer, which included 135 cases and 171 controls from the Washington, DC area. No information was provided on how the talc exposure was ascertained. The authors found that women who reported genital talc use had a relative risk of 2.5 compared with never users (95% CI 0.70-10.0), but this analysis was based on only 7 cases and 3 controls.

Cramer *et al.* (Cramer, Welch et al. 1982) published the first study to look at the association between talcum powder product use and risk of ovarian cancer. This population-based study found an odds ratio of 1.92 (95% CI 1.27-2.89) for ever use of perineal talcum powder products in the perineal area. Dose-response was not addressed.

**Summary of Case-control Studies**

These 28 case-control studies included population-based and hospital-based studies from a diverse geographic area across the U.S., as well as Australia, Canada, the UK, Israel, Greece, and China. Sample sizes ranged from 77 to 2041 cases, with comparable numbers of controls. Of the 28 studies, 24 found odds ratio greater than 1.1 for ovarian cancer in women who had any perineal exposure to talcum powder products, compared with never users (Cramer, Welch et al. 1982, Hartge, Hoover et al. 1983, Whittemore, Wu et al. 1988, Booth, Beral et al. 1989, Chen, Wu et al. 1992, Harlow, Cramer et al. 1992, Rosenblatt, Szklo et al. 1992, Cramer and Xu 1995, Purdie, Green et al. 1995, Shushan, Paltiel et al. 1996,

Chang and Risch 1997, Cook, Kamb et al. 1997, Green, Purdie et al. 1997, Godard, Foulkes et al. 1998, Cramer, Liberman et al. 1999, Ness, Grisso et al. 2000, Mills, Riordan et al. 2004, Merritt, Green et al. 2008, Wu, Pearce et al. 2009, Rosenblatt, Weiss et al. 2011, Kurta, Moysich et al. 2012, Wu, Pearce et al. 2015, Cramer, Vitonis et al. 2016, Schildkraut, Abbott et al. 2016). Of these 24 odds ratio estimates, 16 were statistically significant (95% confidence intervals excluded 1.0 or p value $\leq$ 0.05) (Cramer, Welch et al. 1982, Cramer and Xu 1995, Purdie, Green et al. 1995, Shushan, Paltiel et al. 1996, Chang and Risch 1997, Cook, Kamb et al. 1997, Green, Purdie et al. 1997, Cramer, Liberman et al. 1999, Ness, Grisso et al. 2000, Mills, Riordan et al. 2004, Merritt, Green et al. 2008, Wu, Pearce et al. 2009, Kurta, Moysich et al. 2012, Wu, Pearce et al. 2015, Cramer, Vitonis et al. 2016, Schildkraut, Abbott et al. 2016). Among the 8 studies which were not statistically significant, 7 had a sample size lower than that estimated to be needed to have power to detect a statistically significant result (Hartge, Hoover et al. 1983, Whittemore, Wu et al. 1988, Booth, Beral et al. 1989, Chen, Wu et al. 1992, Harlow, Cramer et al. 1992, Rosenblatt, Szklo et al. 1992, Godard, Foulkes et al. 1998). It is important to note that while the 8 studies did not have statistically significant results, they provide relevant data because their relative risk estimates were consistent with the 16 studies that showed statistically significant results. (Rothman and Greenland 2005)

Both population-based and hospital-based studies were represented in the literature on use of talcum powder products and risk of ovarian cancer, and odds ratios/relative risks were similar across the two classes of studies. Earlier studies were less likely to address dose-response relationships, or to investigate effects of talcum powder product use on specific histologic subtypes of ovarian cancer. Most studies were limited to white women; later studies included larger numbers of Black women as well as Asian and Latina women.

The larger, and more recent studies, however, added important information on dose-response relationships and on risk of particular histologic subtypes of ovarian cancer. Many of the 28 studies found evidence of a dose-response effect (Whittemore, Wu et al. 1988, Booth, Beral et al. 1989, Harlow, Cramer et al. 1992, Rosenblatt, Szklo et al. 1992, Cramer, Liberman et al. 1999, Merritt, Green et al. 2008, Wu, Pearce et al. 2009, Wu, Pearce et al. 2015, Cramer, Vitonis et al. 2016, Schildkraut, Abbott et al. 2016). Most often, this took the form of lifetime numbers of applications of talcum powder products or years of use. The later studies determined that some risk of some subtypes, particularly serous ovarian cancer, were more highly related to use of talcum powder products.

46

Taken together, the case-control studies, conducted over 40 years, provide consistent and replicated evidence of increased risk of ovarian cancer with perineal exposure to talcum powder products, with evidence of a dose-response. They support the conclusion that talcum powder products can cause ovarian cancer.

## Prospective Cohort Studies

**The Sister Study**

The first Sister Study cohort analysis included 135 cases of women with ovarian cancer, 7 cases of fallopian tube cancer, 4 cases of peritoneal cancer, and 8 cases with unknown primary site. (Gonzalez, O'Brien et al. 2016) Of the total 154 cases, only 96 were confirmed by medical records or death certificate.  Women were recruited to the cohort from across the United States from 2003-2009. An analysis of talcum powder products use and ovarian cancer risk, published in 2016, included 41,654 women who reported having at least one ovary and no history of ovarian cancer at study entry, from among 50,884 women aged 35-74 years at study enrollment with at least one sister who had been diagnosed with breast cancer.

Talcum powder products use for the 12 months prior to study entry was ascertained by self-administered questionnaires. Questions included frequency of genital talcum powder products use in the form of powder or spray applied to a sanitary napkin, underwear, diaphragm, cervical cap, or vaginal area. Response categories were: did not use, used less than once a month, used 1-3 times/month, used 1-5 times/week, or used more than 5 times/week. Only a dichotomous variable—use/nonuse—was used in the analysis. Ovarian cancer cases were identified by yearly follow-up questionnaires; no updates on talc use were included. The median follow-up of study participants was only 6.6 years.

Contrary to all of the other epidemiologic studies, perineal talc use was associated with a non-statistically significant 27% decreased risk of developing ovarian cancer (hazard ratio 0.73, 95% CI 0.44 - 1.2). Of note, the 95% CI's included 1.2, so the true relative risk in this cohort could have been in the range of the other studies. Use of talcum powder products during ages 10-13 years showed a non-

47

statistically significant 10% increase in risk (hazard ratio 1.1, 95% CI 0.74, 1.7). No data on risk by ovarian cancer subtype were presented.

As noted above, the misclassification of exposure in the Sister Study (because adult talcum powder product use was ascertained only for the year prior to study entry resulted in significant under-estimation of exposure) likely caused significant bias in the estimated hazard ratio of ovarian cancer associated with genital exposure to talcum powder products.

Updated Sister Study Analyses

On May 15, 2024, the Journal of Clinical Oncology (the official journal of the American Society of Clinical Oncology) published a new investigation from the NIH Sister Study cohort of genital exposure and ovarian cancer risk (O'Brien, Wentzensen et al. 2024) as well as an accompanying editorial. (Harris, Davis et al. 2024)

O'Brien and colleagues at the NIH National Institute for Environmental Health Sciences stated that the objective of their study was to "re-evaluate the associations between intimate care product use and incidence of hormone-related cancers, expanding on previous analyses, by incorporating newly diagnosed ovarian and uterine cancers, adding breast cancer as an outcome, and integrating new data on lifetime use of douche and genital talc." They go on to state, "Because the newly acquired exposure data were susceptible to differential missingness by cancer status, we used quantitative bias analysis to estimate effects under several missingness assumptions. When examining the association between genital talc use and ovarian cancer, we additionally evaluated the potential impact of recall bias."

The authors laid out the premises that led to this objective: 1) Intimate care products may contain endocrine-disrupting chemicals, other known or suspected carcinogens such as volatile organic compounds, and asbestos; 2) Genital powder is of concern because of "the natural co-occurrence of talc and asbestos," "..recent surveillance identified asbestos particles in certain talc products," and "Use of powder in the genital area could plausibly promote carcinogenesis through mechanisms other than direct contact with asbestos, including exposure to other chemicals or irritation and inflammation of the reproductive tract;" and 3) "…prospective studies tend to have small case numbers and simplified

48

exposure assessments, resulting in low statistical precision and increased likelihood of nondifferential exposure misclassification."

As described in my original report, the Sister Study includes 50,884 women without breast cancer, enrolled at age 35-74 years between 2003-9, who had a sister previously diagnosed with breast cancer. Women were excluded from the new analyses if there were missing data for key covariates. Also excluded from the new analyses were women who had suspected ovarian cancer before enrollment or had a history of removal of both ovaries (who would then have little risk for ovarian cancer).

The first questionnaire completed by participants when they enrolled in the Sister Study collected data on exposure to genital talc focused on the 12 months before enrollment and on use during ages 10-13 years. Women were asked how frequently they applied talcum powder to a sanitary napkin, underwear, diaphragm, cervical cap, or directly to the vaginal areas. During follow-up, between 2017-2019, women completed another set of questionnaire items related to talc exposure. They were asked if they ever used talc, and if yes, their age at first and most recent use, and their frequency of use during each decade. Therefore, this second round of questioning collected lifetime exposure to genital talc, which is the first time that a cohort study has collected this information. (In contrast, many of the case-control studies did collect lifetime exposure, for example: Chang and Risch 1997, Cook, Kamb et al. 1997, Mills, Riordan et al. 2004, Wu, Pearce et al. 2009, Rosenblatt, Weiss et al. 2011, Cramer, Vitonis et al. 2016, Schildkraut, Abbott et al. 2016.

The investigators calculated relative risks (hazard ratios) for use of genital talc in several ways. First they looked at risk with ever use versus never use. Then they considered effects of frequent use, long-term use, and use in particular life periods (teens, 20s, 30s, and in the 12 months prior to enrollment).

Women were followed through September 2021 for incidence of ovarian cancer (uterine and breast cancers were additional outcomes in this paper). A total of 35% of women reported ever using genital talc during their lifetime. (This compares with the 14% of the cohort reporting ever use in the first Sister Study publication which relied on only data for the year before enrollment to classify women as users or nonusers.) During this period a total of 292 cases of ovarian cancer occurred. Of these 292, 30 occurred after they completed the follow-up questionnaire, and therefore provided prospective information for both pre-enrollment and follow-up questions on genital talcum powder exposure.

49

The investigators corrected for missing data with a technique called "multiple imputation," which is a standard statistical technique to correct for missing data. (Li, Stuart et al. 2015) O'Brien used a standard statistical program for multiple imputation and provides the exact program used (SAS PROC MI). This is the same program that was used to account for missing data in several of my studies. (Mason, Xiao et al. 2013) (Imayama, Ulrich et al. 2012) As described in a JAMA Guide to Statistics and Methods article, "it is important to not exclude cases with missing information." (Li, Stuart et al. 2015) Furthermore, the guide states that multiple imputation corrects for problems introduced when investigators analyze only participants without missing values. For example, excluding cases with missing information makes the assumption that those missing were completely at random. As these JAMA statistical authors state, multiple imputation is not "making up data" but rather "Multiple imputation fills in missing values by generating plausible numbers derived from distributions of and relationships among observed variables in the data set." Furthermore, they point out that through multiple imputation, the problems of reduced sample size from missing data can be overcome, which increases study power to detect statistically significant associations. Regarding their analyses using multiple imputation to estimate genital talc exposure, O'Brien et al. authors state, "…we consider it our best estimate of the true association in the absence of recall or other unknown biases." (O'Brien, Wentzensen et al. 2024)

Out of the 49,806 women in the analytic cohort, 292 developed ovarian cancer during follow-up [note this is larger than previous publications - 154 in 2016 (Gonzalez, O'Brien et al. 2016) and 220 in the 2020 pooled analysis (O'Brien, Tworoger et al. 2020), which gives this study greater power to detect statistically significant associations. With all lifetime genital talc exposure data included from both questionnaires, and multiple imputation to correct for missing data, ever use of genital powder was positively associated with ovarian cancer (hazard ratio = 1.82, 95% CI 1.36-2.43). This indicates almost a doubling of risk of ovarian cancer with exposure to genital talc, a finding that was statistically significant. Risk for neither breast nor uterine cancer was increased with genital talc powder exposure. The authors presented other scenarios: 1) no correction for missing data, hazard ratio 1.07 (95% CI 0.84-1.35); 2) assume unexposed if reported no use at enrollment and missing in follow-up, hazard ratio 1.17 (95% CI 0.92-1.49); and 3) assume exposed if unexposed at enrollment and missing data from follow-up (hazard ratio 3.34, 95% CI 2.51-4.44).

With the additional data collection, the authors were able to assess dose-response relationships between genital talc exposure and ovarian cancer risk. For dose-response, they looked at frequency of use, duration of use, and use during specific life periods (teens, 20s, 30s, and the 12 months before enrollment into the Sister Study). They also looked at associations of ever use of genital talc with risk of specific ovarian cancer subtypes.

Data on dose-response were presented with: 1) multiple imputation to correct for missing data plus no recall bias correction; and 2) multiple imputation with recall bias correction. Risk of ovarian cancer increased regardless of type of analyses. With multiple imputation correction, compared with never use, those with "sometimes use" and "frequent use" had hazard ratios of 1.56 and 1.99, respectively. Confidence intervals did not include 1.0, and therefore were deemed statistically significant. This means that frequent use of genital talcum powder products doubled risk of ovarian cancer. The p test for trend (a statistical test for dose-response) was highly significant at p<0.001. Similarly, dose-response analyses with multiple imputation with recall bias correction yielded hazard ratios of 1.18 and 1.81 for "sometimes use" and "frequent use" respectively, with a p test for trend of 0.001. Therefore, with recall bias corrected the elevated risk for ovarian cancer is almost as high as for the recall bias uncorrected analyses.

The authors looked at short-term use (1 decade only) and long-term use (2 or more decades of use). Data on duration were presented with: 1) multiple imputation to correct for missing data plus no recall bias correction; and 2) multiple imputation with recall bias correction. Risk of ovarian cancer increased regardless of type of analyses. With multiple imputation correction, compared with never use, those with "short-term use" and "long-term use" had hazard ratios of 1.48 and 2.20, respectively. Confidence intervals did not include 1.0, and therefore were deemed statistically significant. This means that long-term use of genital talcum powder products more than doubled risk of ovarian cancer. The p test for trend (a statistical test for dose-response) was highly significant at p<0.001. Similarly, duration of use analyses with multiple imputation with recall bias correction yielded hazard ratios of 1.17 and 2.01 for "short-term use" and "long-term use" respectively, with a p test for trend of 0.001. Therefore, with recall bias corrected the elevated risk for ovarian cancer is almost as high as for the recall bias uncorrected analyses.

The investigators looked at risk of ovarian cancer with genital talc exposure by histologic type. They looked separately at serous versus nonserous tumors. Similar to results in other studies, risk of serous tumors was increased to a higher degree with genital talc than were nonserous tumors (although both were increased. Correcting for recall bias, the risk for serous cancer was 62% increased in women who ever used genital talc (hazard ratio 1.62, 95% CI 1.06-2.48), and the risk for nonserous tumors was increased by 29% (hazard ratio 1.29, 95% CI 0.79-2.09).

The investigators also compared results of ovarian cancer risk for the cancers overall and for those that were medically confirmed. The risk for medically confirmed ovarian cancer was even higher than for the ovarian cancers overall. Specifically, the risk for medically confirmed cancers (226 women) was increased 46% in those who had used genital talc (hazard ratio 1.46, 95% CI 1.06-2.02); the risk for all ovarian cancers combined (292 women) was increased 40% in genital talc users (hazard ratio 1.40, 95% CI 1.04-1.89).

Patency of the reproductive tract has been assessed as a factor that can modify the association between genital talcum powder exposure and ovarian cancer. Talc applied to the genital area can move through the vagina, cervix, uterus, and fallopian tubes to reach the ovaries and fallopian tubes (ovarian cancers can begin in either structure). Procedures and conditions that close off one or more parts of this route would reduce the chance of talc being moved upward, including surgical removal of the fallopian tubes, tubal ligation for contraception, and hysterectomy. The investigators looked at ever versus never use of genital talc while the reproductive tract was patent and found a hazard ratio (relative risk) of 1.55 (95% CI 1.14-2.09). The investigators looked at ever versus never use of genital talc after hysterectomy or tubal ligation and found a hazard ratio (relative risk) of 1.38 (95% CI 0.69-2.75). Therefore, risk was elevated for both situations, but was higher with patent reproductive tracts.

The investigators also adjusted analyses of genital talc exposure for douche exposure, and found no change in hazard ratio (relative risk) compared with non-adjusted analyses, although the confidence intervals moved from non-significant 38% increased risk with genital talc use but no douche use (hazard ratio 1.38 (95% CI 0.90 -2.13) to significant with douche adjustment (hazard ratio 1.4 (95% CI 1.04-1.90). The difference in statistical significance was likely due to numbers of cases included in the analyses (20 versus 54), with larger number of cases driving the confidence intervals to not include 1.0. Of note, the Sister Study investigators have opined that douching may propel talc products up through the

reproductive tract for those women who use both products: "We speculate that the process of douching may help the ascension of talc particles further up into the reproductive tract..." (Ogunsina, Sandler et al. 2023)

In contrast to the hazard ratios (relative risks) observed for ever use during lifetime, or for specific periods of use by decade (e.g. 20s, 30s), use in the year before enrollment was not associated with increased ovarian cancer risk (hazard ratios with and without recall bias correction were 0.83 and 0.91, respectively). These results highlight the critical importance of ascertaining use over a woman's lifetime in order to determine risk of ovarian cancer with genital exposure to talcum powder products.

These new data and analyses from the Sister Study cohort do several things:

1) These analyses are an update of the Sister Study cohort, with more cases accrued over a longer period of follow-up than its previous publications. This results in a more stable estimate of hazard ratios (relative risks), with more power to detect statistically significant associations. The relative risk now shows an 82% statistically significant increased risk of ovarian cancer with genital talc exposure in this cohort, i.e., almost a doubling of risk;

2) The analyses assessed ovarian cancer risk from lifetime exposure to genital talc, whereas previously the data referred only to the one year before study entry when women were 35-74 years of age, and/or that at age 10-13 years;

3) These analyses proved that recall bias does not explain the relative risks seen for ovarian cancer with genital talc exposure over decades of research around the world;

4) The resulting hazard ratio (relative risk) for ever vs never use during lifetime (1.82, 95% confidence interval 1.36 to 2.43, statistically significant) is consistent and even higher than that seen in case-control studies which when combined in pooled studies and meta-analyses show relative risks of 1.24-1.35 (statistically significant). (Terry, Karageorgi et al. 2013, Davis, Bandera et al. 2021)(Penninkilampi and Eslick 2018, Kadry Taher, Farhat et al. 2019)

The authors state that "Overall, our findings support the hypothesis that there is a positive association between genital talc use and ovarian cancer incidence. If the underlying biological mechanisms and causal agents can be confirmed, interventions and policies designed to limit exposure to the harmful components of intimate care products have the potential to reduce ovarian cancer incidence."

These new data and analyses from the Sister Study prospective cohort study add strength to aspects of my Bradford-Hill causal analysis, including:

**Strength of the association and statistical significance**: The analyses for this study correct for potential biases and missing data by using standard statistical techniques. In analyses that corrected for recall bias, the authors found almost a doubling of risk (hazard ratio [relative risk] 1.81, 95% CI 1.29-2.53) in women who frequently used genital talc (p for trend = 0.001). Hazard ratios close to or over 2.0 were observed with use of genital talc for 2 or more decades (hazard ratio 2.01, 95% CI 1.39-2.91), and with use of genital talc in the women's 20s (hazard ratio 1.88, 95% CI 1.37-2.57) and in their 30s (hazard ratio 2.08, 95% CI 1.5-2.89).

**Consistency of the association:** The results of this cohort study show high consistency with results from case-control, pooled analyses, and meta-analyses, in showing increased risk of ovarian cancer with genital talc exposure. Similar to these other studies that had sufficient power (driven by numbers of cases in the studies), results were statistically significant (i.e., confidence intervals did not include 1.0). Further consistency was seen with the high risks of serous ovarian cancer, although elevated risks were also seen for nonserous cancers.

**Specificity of the association:** In this study, genital talc exposure was not associated with risks for breast or uterine cancer. If the results were due to recall bias with the follow-up questionnaire, it would be expected that the relative risks for these cancers would also be elevated, but the increased risks were limited to ovarian cancer.

**Biologic gradient/ dose-response:** Because this study included data on lifetime use of genital talc, including frequency and duration, a more accurate picture of dose-response was possible. With correction for recall bias, the results showed that compared with never use, those with "short-term use" and "long-term use" had hazard ratios of of 1.17 and 2.01, respectively, with a p test for trend of 0.001. This shows clearly that increased exposure to genital talc showed increased risk, which was statistically significant.

54

**Biologic Plausibility:** This study showed higher risk of ovarian cancer in women who had patent reproductive systems (e.g. did not have tubal ligation or fallopian tube removal or hysterectomy). This is consistent with the biology of the reproductive tract of women in which talc, as a foreign body, can be transported up through the reproductive tract to reach the fallopian tubes and ovaries (both of which can be the initial sites of ovarian cancers). That the risk in women without patent tubes was not zero could be due to talc exposure before such surgeries occurred, or to incomplete lack of patency. (Pregnancies can occur in a small percent of tubal ligation patients due to incomplete blockage of tubes for example.)(Lawrie, Kulier et al. 2016)

The American Society of Clinical Oncology, which represents almost 50,000 oncology professionals, issued a press release on this study and quoted Dr. O'Brien: "Despite challenges in assessing exposure history and biases inherent in retrospective data, our findings are robust, showing a consistent association between genital talc use and ovarian cancer," said lead study author Katie M. O'Brien, Ph.D., researcher at the Epidemiology Branch of the National Institute of Environmental Health Sciences. "This study leverages detailed lifetime exposure histories, and the unique design of the Sister Study, to provide more reliable evidence that supports a potential association between long-term and frequent genital talc use and ovarian cancer."

Other medical and research institutions and organizations that discussed the new Sister Study findings include the National Institute of Health (to which both the National Cancer Institute and the National Institute of Environmental Health Sciences belong) (https://www.niehs.nih.gov/health/topics/population/whealth accessed 5/25/24).

An accompanying editorial by Harris et al. published in the same journal noted several factors that are important to my report and this litigation (Harris, Davis et al. 2024):

1) The published cohort studies on ovarian cancer and exposure to genital talcum powder are likely to suffer from nondifferential misclassification because only limited information was obtained on use of genital talcum powder products -- "... cohort studies, which have less detailed on powder exposure (leading to nondifferential misclassification), have provided more ambiguous results, with limited power to detect modest associations even when data are pooled across studies."

55

2) This new O'Brien et al. publication on the Sister Study highlights the <u>critical window of risk</u>, as O'Brien found the highest relative risks with exposures that occurred when women were in the 20s and 30s. They state that this window of time is <u>consistent</u> with other risk factors which also have their greatest impact when they occur during that same window (e.g. contraception, parity, and breastfeeding).

3) These new analyses "illustrated a method for addressing the potential <u>role of exposure misclassification</u> when reporting results in epidemiologic studies." Harris et al. point out that even with misreporting of genital powder use in half of the cases, a significant increase in ovarian cancer risk was seen, "adding support to the plausibility of a true association between genital powder use and ovarian cancer risk."

4) The new O'Brien study <u>addresses recall bias</u>. As Harris et al. explain, the authors "considered a range of possible exposure misclassifications by both the cases and controls and recalculated the results to show that even with a fairly large degree of exposure misclassification the association persists (although attenuated), suggesting that <u>this type of bias cannot fully explain the results</u>." Further, Harris et al. state that recall bias, if in effect, should have resulted in increased relative risks for uterine cancer, and state, "the lack of an association between genital powder use and uterine cancer provides additional support that recall bias does not fully explain the genital powder and ovarian cancer association."

5) Harris et al. state that the O'Brien et al. data suggest that people at risk of ovarian cancer, particularly those in their 20s and 30s, should be made aware of the potential risks.

In summary, these new data from the National Institution of Environmental Health Sciences Sister Study shows clear evidence that genital talc exposure increases risk of ovarian cancer. Risks were high, with a doubling or more of risk with high exposure. There was clear evidence of a dose-response effect. These data from a prospective cohort study now include lifetime exposure, making it the only cohort study with such comprehensive data, and the results are consistent with case-control studies' lifetime exposure results. The increased risk with patent reproductive systems is consistent with the known biology of ovarian cancer. This study confirms my causal analysis finding from the totality of epidemiologic research that exposure to talcum powder products can cause ovarian cancer.

**Women's Health Initiative**

In 2014, a report on the use of perineal powder in relation to ovarian cancer risk was published, using a total of 429 cases of women with ovarian cancer  from the Women's Health Initiative cohort study. (Houghton, Reeves et al. 2014) Women were aged 50-79 years at study entry, and were recruited from 40 clinical centers across the United States between 1993-1998. While over 93,000 women were enrolled in the Women's Health Initiative cohort, this analysis included only 61,576. The largest number, 20,960, were excluded because they reported previously having had both ovaries removed or did not know whether they had any ovaries at the time of enrollment. Also excluded were 10,622 women with a history of any invasive cancer at enrollment. A further 516 were missing follow-up information. At study entry, women reported use of perineal powder on self-administered standardized questionnaires, in which they were asked if they had ever used powder on their genital areas. Those who responded yes were then asked to indicate if they used them for less than 1 year, 1-4 years, 5-9 years, or 20 or more years. Women who reported ever using a diaphragm were asked if they used powder on the diaphragm, and for what duration. Women were also asked if they used powder on a sanitary napkin/pad, again with questions about duration. Because of the relatively small number of ovarian cancer cases (429) that occurred during the study, the investigators combined the duration categories into never, 9 years or less, or 10 years or more. The investigators then created one variable by combining the perineal use, diaphragm use, and sanitary napkin use, with duration as the maximum duration for any of the 3 application areas. Cases of ovarian cancer were identified by participants on annual follow-up questionnaires; no updates on talc use were included. Medical records and pathology reports were requested for each self-reported case and were adjudicated by clinic physicians and central cancer adjudicators. A total of 429 cases were included in the analysis.

Ever use of perineal powder was associated with a non-statistically significant 6% increased risk of ovarian cancer compared with never use (hazard ratio 1.06, 95% confidence interval 0.87 - 1.28).  Risk of serous invasive cancer was increased by a non-statistically significant 13% (hazard ratio 1.13, 95% CI 0.84 - 1.51). Both of these results, while not statistically significant, are consistent with an association between talcum powder product use and risk of ovarian cancer overall and of serous ovarian cancer.

57

**Nurses' Health Study**

The Nurses' Health Study is a cohort established in 1976 that had 307 cases of ovarian cancer at its initial publication in 2000; further data with a total of 210 cases were published in 2008; and an unknown number of cases were analyzed for publication in 2010.  The study initially enrolled 121,700 registered nurses between the ages of 30-55 years from across the United States. Use of talcum powder was ascertained on the self-administered 1982 questionnaire only, by asking women if they had ever commonly used talcum, baby powder, or deodorizing powder on their perineal areas. Possible responses were: no, daily, 1-6 times per week, or less than once per week. Women were also asked if they had applied these products to sanitary napkins. "Ever talc use" was classified as ever talc use on either the perineal area or sanitary napkins. Every two years, participants reported health updates; no updates on talc use were included, but self-reported cases of ovarian cancer were adjudicated through medical record reviews. Women were excluded from talcum powder products analyses if they did not complete the information on the 1982 questionnaire, if they reported having had both ovaries removed, if they had had a hysterectomy but did not report whether or not they had at least one ovary remaining, or if they had a history of radiation therapy.

There have been three publications from the Nurses' Health Study on the relationship between talcum powder products and risk for ovarian cancer. (Gertig, Hunter et al. 2000, Gates, Tworoger et al. 2008, Gates, Rosner et al. 2010) The first, published in 2000, included 78,630 women, of whom 307 cases of ovarian cancer were diagnosed during a 14 year follow-up period. Ever use of talc was reported by 40.4% of the cohort; 14.5% ever used talc daily. (Gertig, Hunter et al. 2000)

The risk of ovarian cancer was not statistically significantly associated with epithelial ovarian cancer overall (relative risk 1.09, 95% CI 0.86-1.37), and risk did not increase with increasing frequency of use. Risk of serous ovarian cancer, however, was statistically significantly increased by 40% in women who had ever used talc (relative risk 1.4, 95% CI 1.02-1.91).

The second report from the Nurses' Health Study was in 2008. (Gates, Tworoger et al. 2008) In this study, 210 cases and a random sample of 600 controls from the Nurses' Health Study were combined with cases and controls from other case-control studies. Among the Nurses' Health Study cases and controls, the relative risk for ovarian cancer was 1.24 (95% CI 0.83-1.83). Daily use was associated with a

44% increase in risk (relative risk 1.44, 95% CI 0.88-2.37), although neither association was statistically significant. Given that only 210 Nurses' Health Study cases were included, the lack of statistical significance is likely due to this insufficient sample size. Importantly, for the Woolen et al. meta-analysis of high-frequency exposure to talc in the genital areas, the Nurses' Health Study provided updated data on daily use after a median 33.2 years' follow-up. (O'Brien, Tworoger et al. 2020, Woolen, Lazar et al. 2022) Woolen et al. divided these Nurses' Health Study participants into never-users, daily users, and less frequent users. A total of 706 ovarian cancer cases reported no use, 216 used daily, and 302 used less frequently. Women who were daily users had a statistically significant increased risk of ovarian cancer compared with never-users (hazard ratio 1.27, 95% CI1.09-1.49). Among women with patent fallopian tubes, the risk of ovarian cancer was increased by a statistically significant 40% (hazard ratio 1.40, 95% CI 1.17-1.68). That an elevation in risk with daily use was reported with the 210 cases in the 2008 Gates et al study as seen in the 2022 publication with 1226 in the Woolen et al analysis, but only the latter was statistically significant, points to the strong influence of the number of cases on whether or not a result has a confidence interval that excludes 1.0 (a common definition of "statistical significance"). Note that the lack of "statistical significance" does not mean that a study is unreliable. Rather, it simply reflects the smaller number of cases in the first Nurses' Health Study of daily use of talc in the genital area in relation to ovarian cancer risk (see above for discussion of the American Statistical Association's perspective on "statistical significance").

The third Nurses' Health Study report was published in 2010. (Gates, Rosner et al. 2010) This report looked at multiple menstrual, hormonal, health habits, and familial risk factors for ovarian cancer; the variable on use of talc to the perineal area was limited to a dichotomous "greater than or equal to once per week vs. less than once per week)".

Use of talc one or more times per week compared with less use was not statistically significantly related to risk for epithelial ovarian cancer (relative risk 1.06, 95% CI 0.89-1.28), serous invasive (relative risk 1.06, 95% CI 0.84-1.35), or for other subtypes including endometrioid, or mucinous ovarian cancer.

It is difficult to compare the results of these three Nurses' Health Study publications. The first and third used different categories of use as the referent (comparison) group. The first publication used "never use" as the comparison and found a statistically significant effect for risk of serous ovarian cancer with any use of talcum powder products. The third publication combined "never use" and "less than once per

week" into one referent category. If low frequency use increases risk of ovarian cancer, which is entirely plausible, combining such women with never users will seriously underestimate the true relative risk associated with use of talcum powder products. The second publication found increased risks of total and serous ovarian cancer with use of talcum powder products, but the numbers were small and therefore the results were not statistically significant.

**Cohort Studies Analysis**

All of the three cohort studies found increases in risk of ovarian cancer overall among women who used talcum powder products in the perineal areas. The updated Sister Study, however, showed statistically significant increased risk of ovarian cancer with genital talc use when lifetime use was ascertained. This study also found strong dose-response relationships between frequency and duration of genital talc use with ovarian cancer risk, that were statistically significant. The results of the Women's Health Initiative and the Nurses' Health Study were not statistically significant for ovarian cancer overall, likely due to insufficient sample size or incomplete ascertainment of talc exposure. The first Nurses' Health Study publication found a statistically significant association between ever versus never use and risk of serous ovarian cancer. The updated Sister Study found statistically significant increased risk of serous ovarian cancers with ever use of genital talc. The first Sister Study analysis found a reduced risk of ovarian cancer but did not report data by histologic subtype of ovarian cancer. Similar to the Nurses' Health Study, the Women's Health Initiative found an increase, albeit non-statistically significant, in risk of serous ovarian cancer in users versus nonusers of talcum powder products.

There were serious limitations to these cohort study analyses. None of the studies were specifically designed to investigate the relationship of talcum powder product use and risk of ovarian cancer. Rather, the cohorts were designed to study a large number of outcomes and a wide variety of exposures. Only the Sister Study obtained detailed lifetime histories of talcum powder product use, although two did ask about duration of use for current users. Only the updated Sister Study was able to accurately measure dose of exposure. The sample sizes (numbers of cases) of the Nurses Health Study and Women's Health Initiative publications were likely too small to be able to detect a relative risk in the order of 1.24 (the value found in the Terry pooled analysis (Terry, Karageorgi et al. 2013)) with reasonable power, especially for different histologic subtypes.

To assess likelihood of inadequate sample sizes in these cohort studies, I used an online calculator: http://www.openepi.com/SampleSize/SSCohort.htm.  I used WHI data (Houghton, Reeves et al. 2014) to estimate the cohort sizes needed to determine a true relative risk of 1.24 (i.e. the relative risk from Terry et al pooled analysis (Terry, Karageorgi et al. 2013)) with 50% exposure to talcum powder products in non-cases, and an assumption of 0.5% occurrence of ovarian cancer in unexposed women (Anderson, Judd et al. 2003) over 12 years' follow-up (the mean number of years of follow-up in the WHI publication). My calculations show that to have sufficient power to identify a statistically significant relative risk of 1.24, the necessary cohort size would be over 140,000. None of the 3 cohorts had this large a sample size for these publications. Sample size ultimately rests on the numbers of cases that occur, rather than the actual cohort size. While the third Nurses' Health Study publication (Gates, Rosner et al. 2010)—had a large sample size of cases, the authors' choice to combine never users with less than once per week users could have significantly attenuated the relative risk estimates.

Results of the Nurses' Health Study and Women's Health Initiative cohort studies were overall attenuated compared with results of the case-control studies. However, the trend for all of the cohort studies was a positive relative risk of talcum powder product use and risk of ovarian cancer. In the Nurses' Health Study, women who used these products had a statistically significant 40% increased risk of developing serous invasive ovarian cancer compared with non-users. (Gertig, Hunter et al. 2000) In that study, use in the perineal area directly or on sanitary napkins increased risk of ovarian cancer overall by a non-statistically significant 15%. In the Women's Health Initiative, use of talcum powder products to the genital area (or on sanitary napkins or diaphragm) increased risk overall by a non-statistically significant 6%, and risk of serous invasive ovarian cancer by a non-statistically significant 13%.

The first Sister Study asked only about use of talcum powder product use in the 12 months prior to enrollment; just 14% of the cohort used these products in that period. The cohort included only women at high risk for breast cancer recruited beginning in 2003—this may have been a group of women who were aware of the potential carcinogenic effect of talc, and therefore avoided use. The first analysis of this cohort study found a non-statistically significant 27% lower risk of developing ovarian cancer in users versus non-users. Given the likely 30-50-year latency of ovarian cancer development after exposure to a carcinogen (Purdie, Bain et al. 2003), however, these results of the Sister Study are not likely reflective of risk from exposure to talcum powder products. The updated Sister Study data, which

61

asked women about their lifetime use of genital talc, showed a statistically significant 40% increased risk of ovarian cancer with ever use of genital talc. This increased risk was even stronger, and was statistically significant, with the most frequent use, and the longest duration of use.

Taken together, the epidemiologic data, including cohort and case-control studies, show a remarkably consistent increase in risk of ovarian cancer with exposure to genital talcum powder products. The recall bias analyses in the Sister Study show that recall bias is unlikely to explain all of the elevation in risk seen in case-control studies. Therefore, the results bolster my confidence in the observations from the 28 case-control studies described above.

In summary, while two of the cohort studies showed more attenuated relative risks of ovarian cancer in relation to use of talcum powder product use, it was likely due to systematic misclassification of genital talc exposure which underestimates relative risk. (O'Brien, Wentzensen et al. 2024) The strong, consistent, and statistically significant results of the Sister Study cohort, the case-control studies, and as described below, the meta-analyses and pooled analyses support the positive association between genital talcum powder product use and risk ovarian cancer.

## Meta-Analyses and Pooled Analyses

I reviewed 9 meta-analyses (Harlow, Cramer et al. 1992, Gross and Berg 1995, Cramer, Liberman et al. 1999, Huncharek, Geschwind et al. 2003, Langseth, Hankinson et al. 2008, Berge, Mundt et al. 2017, Penninkilampi and Eslick 2018, Kadry Taher, Farhat et al. 2019, Taher, Farhat et al. 2020, Woolen, Lazar et al. 2022) and four  pooled analyses (Terry, Karageorgi et al. 2013, O'Brien, Tworoger et al. 2020, Davis, Bandera et al. 2021, Phung, Muthukumar et al. 2022) All of the meta-analyses, and the pooled analyses, found elevated summary risks for ovarian cancer associated with use of talcum powder products. All but the pooled cohort studies' overall results' relative risks were statistically significant. Although many of the source studies from which they performed their meta-analyses had elevated risks for ovarian cancer with use of talcum powder products, the relative risks or odds ratios were not all statistically significant. I interpret the lack of statistical significance in some source studies as being due to the small sample sizes of many of these studies. I calculated the sample size required for a study in which 40% of controls used talcum powder products, in which there is good power (80%) to detect a relative risk of 1.3, and that had low chance of estimated a particular relative risk by chance

(http://www.openepi.com/SampleSize/SSCC.htm). The calculation showed that the minimum number of cases and controls would need to be 931 each, for a total sample size of 1862. Almost none of the case-control or cohort studies had sample sizes this large. Lack of statistical significance found in the various studies is likely due to their small sample sizes. For this reason, evaluation of the meta-analyses and pooled analysis, with their larger sample sizes, is critical to understanding the state of epidemiologic evidence linking use of talcum powder products to risk of ovarian cancer. Note, none of the meta-analyses or pooled analyses included the most recent, updated, data from the Sister Study.

**Critical Review of the Association between Perineal Use of Talc Powder and Risk of Ovarian Cancer (Kadry Taher, Farhat et al. 2019, Taher, Farhat et al. 2020)**

The most recent meta-analysis of the association of perineal use of talc powder and ovarian cancer risk was published by Canadian researchers in 2019 (with data published in 2020). (Kadry Taher, Farhat et al. 2019, Taher, Farhat et al. 2020) The investigators conducted a standardized systematic search and meta-analysis, following PRISMA and Cochrane systematic review guidelines. They searched multiple databases using standardized search terms for both human epidemiological studies and animal studies. Multi-level screening and text examination yielded 30 epidemiological studies for inclusion, of which 24 were case-control and 4 were cohort studies. Numbers of cases per study ranged from 46 to 2,041. The investigators evaluated study quality using the Newcastle Ottawa system.

Overall meta-analysis indicated that risk of ovarian cancer with ever use of talc in the perineal area increased ovarian cancer risk by a statistically significant 28% (odds ratio 1.28, 95% CI 1.2-1.37, p<0.0001). The authors state that this finding is similar to previous meta-analyses results. The authors investigated associations in subgroups for those studies with data. They found that risk was more apparent in Hispanic and White women, in those applying talc to underwear, in pre-menopausal women, in postmenopausal women on menopausal hormone therapy, and for serous and endometroid types of ovarian cancer. The odds ratios differed by mode of exposure. For application to underwear it was a statistically significant 1.7 (95% CI 1.27-2.28) and to sanitary napkins it was 1.12 (95% CI 0.91-1.39). Risk for application to diaphragms and condoms was not increased, which makes sense since women would be told to use spermicidal gel inside the diaphragm which would impede any talc remaining after dusting and rinsing before use, and talc dusting of condoms is variable by manufacturer and time.

63

For serous cancer, the meta-analysis odds ratio was a statistically significant 1.38 (95% CI 1.22-1.56), and for endometroid it was 1.39 (95% CI 1.09-1.82). The odds ratio for mucinous was 1.05 (95% CI 0.85-1.29), although for invasive mucinous it was 1.34 (95% CI 0.48-3.79). The authors noted low heterogeneity among studies (which points to consistency across studies). Risk estimates were higher for case-control studies (odds ratio 1.32, 95% CI 1.24-1.4) than cohort studies (odds ratio 1.06, 95% CI 0.9-1.25). There were no differences by Newcastle-Ottawa scale, showing study quality did not affect results. Nor did any one study affect results when removed from analysis.

The meta-analysis showed a dose-response effect for frequency. Low (1-<10 days/month), medium (1/day for 10-25 days/month), and high (1/day for > 25 days/month) frequency use categories yielded odds ratios of 1.22, 1.22, and 1.39 versus nonusers was found. The odds ratio for the highest frequency was statistically significant. Increased duration of use did not increase risk, however. The authors assessed a composite of frequency times duration exposure as "talc-years," and state that "Overall, the graphical results …suggest a possible increasing trend in ovarian cancer risk with increasing cumulative exposure to talc…" but state that there was a high degree of uncertainty with individual risk estimates.

The results of this 2019 meta-analysis give strong support for an association between perineal talcum powder product use and risk for ovarian cancer. A significant number of the aspects of the causal relationship that Bradford Hill describes in his address are present in these data, including strength, consistency, temporality, and biologic gradient. Bradford Hill did not define his first aspect—strength—other than to say that the likelihood of causality is greater if the agent causes a "several fold higher" increase in risk in exposed persons. The Canadian government used the results of this work in their weight-of-evidence analysis Screening Assessment on Talc, and determined that the current data on talc and ovarian cancer are indicative of a causal effect (see description of the Canada Screening Assessment on Talc later in this report).

**Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-analysis (R. Penninkilampi, Eslick GD, 2018)**

In this meta-analysis and systematic review, the authors searched 6 electronic databases, and selected observational studies with at least 50 cases of ovarian cancer. (Penninkilampi and Eslick 2018) They

64

analyzed the association between ovarian cancer, including specific sub-types, and the following variables regarding talcum powder products: any perineal talc use, long-term (> 10 years) use, total lifetime applications, and use on diaphragms or sanitary napkins. Included were 24 case-control studies, with 13,421 ovarian cancer cases. Also included were three cohort studies, with 890 cases and a comparison of 181,860 person-years [numbers of non-cases multiplied by the years of follow-up]).

The authors found that any perineal talc use was associated with a statistically significant 31% increased risk for ovarian cancer (odds ratio 1.31, 95% CI 1.24-1.39).

There was evidence of a dose-response effect by number of lifetime applications. Women whose lifetime applications totaled less than 3600 had a statistically significant 32% increased risk of developing ovarian cancer (odds ratio 1.32, 95% CI 1.15-1.50), while those whose lifetime applications totaled over 3600 had a statistically significant 42% increased risk for ovarian cancer (odds ratio 1.42, 95% CI 1.25-1.61).

Increased risks were seen for all types of ovarian cancer, as well as specific subtypes: all serous (odds ratio 1.32, 95% CI 1.22-1.43), serous invasive (odds ratio 1.32, 95% CI 1.13-1.54), serous borderline (odds ratio 1.39, 95% CI 1.09-1.78), and endometrioid (odds ratio 1.35, 95% CI 1.14-1.6). For all of these subtypes, the confidence intervals did not include 1.0, and therefore are considered statistically significant and unlikely to be due to chance findings. For other subtypes, the following non-statistically significant associations were seen: all mucinous (odds ratio 1.12), mucinous invasive (odds ratio 1.34), mucinous borderline (odds ratio 1.18), and clear cell (odds ratio 1.02).

The association between ever use of talc and overall ovarian cancer risk was higher in case-control studies (odds ratio 1.35, 95% CI 1.27-1.43) than in cohort studies (odds ratio 1.06, 95% CI 0.90-1.25). However, the results for case-control and cohort studies were similar for serous ovarian cancer. In cohort studies, risk for serous invasive cancer was statistically significantly increased by 25% with any perineal talc use (odds ratio 1.25, 95% CI 1.01-1.55), and in case-control studies, it was statistically significantly increased by 36% (odds ratio 1.05-1.75). There was insufficient information from the cohort studies to calculate the dose-response variable (total lifetime applications).

65

In my opinion, the results of this 2018 meta-analysis give strong support for an association between perineal talcum powder product use and risk for ovarian cancer. A significant number of the aspects of the causal relationship that Bradford Hill describes in his address are present in these data, including strength, consistency, temporality, and biologic gradient. Bradford Hill did not define his first aspect— strength—other than to say that the likelihood of causality is greater if the agent causes a "several fold higher" increase in risk in exposed persons. However, for agents like perineal talcum powder products that have such high prevalence of use (over 50% in some populations), the odds ratio/relative risk/hazard ratio for perineal talc use is of great importance for both public health and clinical medicine because it means that perineal talc use causes a significant number of ovarian cancer cases every year.

The corollary example of combined estrogen plus progesterone menopausal hormone therapy and breast cancer risk is helpful here.  The Women's Health Initiative clinical trial showed that this type of hormone therapy increases risk of breast cancer by 26% after an average 5 years of use. That level of risk was sufficient for clinical interest groups and governmental agencies to advise women to use hormone therapy for limited periods of time, if at all, because of risk for breast cancer and other adverse events with similar levels of increased risk (29% increase in coronary heart disease, and 41% increase in stroke). (Rossouw, Anderson et al. 2002)  Further examples of relative risks less than 1.5 that have significant public health impact because of high prevalence of exposure in the population or in specific subgroups are shown on pages 26-27.

**Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis (Berge W, Mundt K, Luu H, Boffetta P, 2017)**

The authors of this meta-analysis performed a systematic search of PubMed, Embase, and Scopus databases(Berge, Mundt et al. 2017). After quality assurance and redundancy checks, they included in their analysis 24 case-control studies and 3 cohort studies that reported on the association between talcum powder products and risk of developing ovarian cancer. The main meta-analysis compared ever versus never use of genital talc. Additional analyses looked at use of powder on sanitary napkins and diaphragms. Stratified analyses were conducted for tumor types.

From the meta-analysis, the authors observed a statistically significant 22% increased risk of developing ovarian cancer in women who had ever used genital talc versus never users (relative risk 1.22, 95% CI 1.13-1.30).

Significant results were found for dose-response relationships, both for number of years of use and for number of applications. Each 10-year increase in genital talc use was associated with a 16% increase in risk for developing ovarian cancer (relative risk 1.16, 95% CI 1.07-1.26). Furthermore, each increase of one application per week was associated with a 5% increase in risk (relative risk 1.05, 95% CI 1.04-1.07).

Risk of serous carcinoma was the only subtype of ovarian cancer for which risk was elevated, and it was statistically significant (relative risk 1.24, 95% CI 1.15-1.34). "Late" exposure, which the authors hypothesized could be less likely to include asbestos, conferred a higher risk (relative risk 1.31, 95% CI 1.03-1.61) than did "early" exposure (relative risk 1.18, 95% 0.99-1.37). Neither specific use on a sanitary napkin nor on a diaphragm increased risk.  Ever use of genital talc on a diaphragm was associated with decreased risk (relative risk 0.75, 95% CI 0.63-0.88).

The association of talcum powder use with increased risk of ovarian cancer was seen in case-control studies (relative risk 1.26, 95% confidence interval 1.17-1.35) but not in cohort studies (relative risk 1.02, 95% confidence interval 0.85-1.2). Furthermore, hospital-based case-control studies had a higher summary relative risk compared with population-based case-control studies (relative risks 1.34 and 1.24, respectively, both statistically significant).

In my opinion, the results of this meta-analysis are very similar to those of the later ones described above, and further support the causal effect on ovarian cancer of talcum powder products applied in the perineal area.

**Perineal Use of Talc and Risk of Ovarian Cancer (Langseth, Hankinson, Siemiatycki, Weiderpass, 2017)**

In a meta-analysis conducted by some of the researchers who had investigated the epidemiologic research on talc exposure and ovarian cancer risk for IARC, data from 20 case-control studies were combined into a meta-analysis. (Langseth, Hankinson et al. 2008) The authors found an overall odds

ratio of 1.35 (95% CI 1.26-1.46) for ever- versus never-use of talcum powder products. The authors did not perform dose-response analyses.

**Perineal Application of Cosmetic Talc and Risk of Invasive Epithelial Ovarian Cancer: A Meta-analysis of 11,933 Subjects from Sixteen Observational Studies. (Huncharek, Geschwind, Kupelnick, 2003)**

This meta-analysis included fifteen case-control and two cohort studies that had been published between 1966 and early 2001, and that fit eligibility criteria, including documenting type of talc exposure (e.g. dusting perineum vs. sanitary napkins).  The meta-analysis  produced a statistically significant relative risk of 1.33 (95% confidence intervals 1.16-1.45) for ever versus never use of talc in the perineal area. (Huncharek, Geschwind et al. 2003)

The investigators addressed dose-response in the seven studies with information on years of talc exposure or numbers of talc applications per month. However, the authors combined categories of dose (applications per month) and duration of use (years) into one variable, and treated the dose-response analysis as if dose and duration were measuring the same construct. Their statement of lack of dose-response effect, therefore, is misleading in my opinion. The authors suggest that perhaps talc use has a similar carcinogenic effect as asbestos, and cites research showing that asbestos does not show a clear dose-response effect on risk of mesothelioma.

The authors also separated the results of hospital-based (e.g. both cases and controls from the same hospitals) from non-hospital-based (controls selected from the general population) and found a lower relative risk for ovarian cancer (1.19, not statistically significant) for the hospital-based studies and 1.38 (statistically significant) for population-based studies. The authors state that the hospital-based studies would be more accurate because they eliminate bias from case referral patterns to particular hospitals. However, many of the non-hospital-based studies used population-based case ascertainment (e.g. cancer registries) and selected population-based controls, which also eliminates the potential bias of hospital referral patterns.

**Genital Talc Exposure and Risk of Ovarian Cancer (Cramer, Liberman, Titus-Ernstoff, Welch, Greenberg, Baron, Harlow, 1999)**

In a paper that presented data for a case-control study of genital talc exposure and risk of ovarian cancer, Cramer et al. presented results of a meta-analysis of previous publications on the relationship between talcum powder product use and risk of ovarian cancer. (Cramer, Liberman et al. 1999) The authors included results from 14 case-control studies, from which they found a statistically significant combined odds ratio of 1.36 (95% confidence interval 1.24-1.49).

**A Meta-Analytical Approach Examining the Potential Relationship between Talc Exposure and Ovarian Cancer (Gross and Berg, 1995)**

In a meta-analysis sponsored by the Johnson and Johnson company, Gross and Berg included nine case-control and one cohort study in a meta-analysis, and found that the relative risk for women "exposed" versus "non-exposed" to talc was a statistically significant 1.27 (95% confidence interval 1.09-1.48). (Gross and Berg 1995) Eliminating studies that included non-epithelial ovarian tumors, and studies that did not adjust for potential confounders, the relative risk remained statistically significant (relative risk 1.29, 95% confidence interval 1.02-1.63).

**Perineal Exposure to Talc and Ovarian Cancer Risk (Harlow, Cramer, Bell, Welch, 1992)**

Harlow and colleagues presented results of a meta-analysis of previous publications on the relationship between talcum powder product use and risk of ovarian cancer (in the same paper in which they presented data on a case-control study of ovarian cancer risk in relation to perineal talcum powder product exposure). (Harlow, Cramer et al. 1992) The authors included results from 6 case-control studies, from which they found a statistically significant combined odds ratio of 1.3 (95% confidence interval 1.1-1.6).

**Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 8,525 Cases and 9,859 Controls (Terry KL *et al.*, 2013)**

This pooled analysis used resources and data from the Ovarian Cancer Association Consortium, including 8 population-based case-control studies with relevant data on talcum powder product use. (Terry,

Karageorgi et al. 2013) Six of the studies were conducted in the U.S. (Cramer, Liberman et al. 1999, Pike, Pearce et al. 2004, Goodman, Lurie et al. 2008, Moorman, Palmieri et al. 2009, Rosenblatt, Weiss et al. 2011, Lo-Ciganic, Zgibor et al. 2012), one in Australia(Merritt, Green et al. 2008), and one in Canada (Chang and Risch 1997). The analysis included 8,525 cases of ovarian, fallopian tube, or peritoneal cancer and 9,859 controls selected from the general population. Five of the studies had previously reported on use of talcum powder product and risk for ovarian cancer (Chang and Risch 1997, Cramer, Liberman et al. 1999, Merritt, Green et al. 2008, Moorman, Palmieri et al. 2009, Rosenblatt, Weiss et al. 2011). To harmonize data on genital powder use across the studies, Terry *et al*. defined genital powder use as any type of powder (talc, baby, deodorizing, cornstarch, or unspecified/unknown) applied directly or indirectly (by application to sanitary pads, tampons, or underwear) to the genital, perineal, or rectal area. Study-specific powder questions varied in detail about type and method of application. However, the authors were able to classify women into those who "ever used" genital powders vs. those who "never used" powders in the genital area. The included studies also had extensive data on other suspected risk factors for ovarian cancer that were adjusted for in the analyses. To measure cumulative dose of genital powder use, the authors estimated lifetime number of powder applications by multiplying total months of use by frequency of use per month.

Genital powder use was reported by 25% of controls and 31% of cases. In the pooled analysis, ever use of genital powder was associated with a statistically significant 24% increased risk of ovarian cancer (odds ratio 1.24, 95% CI 1.15-1.33) versus women who never used these products. In contrast, women who had used powders only in non-genital areas had no increase in risk for ovarian cancer. Risk for several subtypes of ovarian cancer was statistically significantly increased in women who had used genital powders. Risk for invasive serous cancer was increased by 24% (1,952 cases; odds ratio 1.24, 95% CI 1.13-1.35). Risk for endometroid cancer was increased by 20% (568 cases; odds ratio 1.2, 95% CI 1.03-1.4), and risk for clear cell cancer was increased by 26% (327 cases; odds ratio 1.26, 95% CI 1.04-1.52). Risk of serous borderline cancer was increased by 45% (odds ratio 1.45, 95% CI 1.24-1.69). Risk of mucinous cell invasive cancer and mucinous cell borderline cancer were not statistically significantly associated with use of genital powder products (206 cases; odds ratios 1.06, 95% CI 0.82-1.26; and 409 cases; 1.19, 95% CI 0.98-1.43, respectively).

There was a striking similarity in findings across studies, and the statistical test for heterogeneity was not significant (p > 0.61). All but one study showed odds ratios greater than 1.0, of which 5 were statistically significant (i.e., the confidence intervals did not contain 1.0).

To assess dose-response effects, the authors categorized participants who had used genital powder into 4 equal groups by lowest to highest level of use (quartiles), and compared their risk for ovarian cancer to that in non-users. A clear dose-response trend was evident. Compared with never users of genital powder, women in quartile 1 had a 14% increased risk for ovarian cancer (odds ratio 1.14, 95% CI 1.00-1.31), women in quartile 2 had a 23% increased risk for ovarian cancer (odds ratio 1.23, 95% CI 1.08-1.41), women in quartile 3 had a 22% increased risk for ovarian cancer (odds ratio 1.22, 95% CI 1.07-1.40), and women in quartile 4 had a 32% increased risk for ovarian cancer (odds ratio 1.32, 95% CI 1.16-1.52). Slightly higher odds ratios were seen when the cancers were restricted to non-mucinous subtypes (i.e., serous invasive, endometroid invasive, clear cell invasive, and serous invasive): 1.18, 1.22, 1.22, and 1.37, respectively, for increasing levels of use by quartiles. When all 5 categories were included, the trend was highly statistically significant ($p_{trend}$ < 0.0001).

The authors performed some additional analyses to make sure that the results were not biased. First, they excluded cases and controls who only began to use genital powders after undergoing tubal ligation or hysterectomy (after which powder likely would not migrate to the ovaries). This had no effect on the odds ratios—the increased risks for ovarian cancer remained virtually identical in each quartile. They then looked at effect of genital powder use and ovarian cancer risk by subgroups of women according to other ovarian cancer risk factors. They found no significant interactions between genital powder use and parity, reported history of endometriosis, tubal ligation/hysterectomy, or menopausal status. They did find that the effect of genital powder use was higher in normal/overweight women (odds ratio 1.28, 95% CI 1.17-1.39) than it was in women with obesity (odds ratio 1.14, 95% CI 0.98-1.32).

Finally, the authors looked at associations between genital powder use and ovarian cancer by years of beginning use. They found that the association between genital powder use and ovarian cancer risk was similar for women who started use between 1952 and 1961 (odds ratio 1.36, 95% CI 1.19–1.56), between 1962 and 1972 (odds ratio 1.27, 95% CI 1.11–1.46), and after 1972 (odds ratio 1.31 95% CI 1.15–1.51). However, they observed an attenuated association for women who started genital powder use before 1952 (odds ratio 1.08, 95% CI 0.93–1.25).

The Terry *et al.* pooled analysis provides strong evidence that perineal talcum powder product use causes ovarian cancer. "Strong" here does not pertain to size of the odds ratio/relative risk. Rather, it refers to the fact that the number of cases included was larger than any previous study, the 8 case-control studies included showed similar effect sizes for association of genital powder use and ovarian cancer risk (consistency), the dose-response effect was clear, and there were enough numbers of cases to determine effects on subtypes of ovarian cancer.

**Association of powder use in the genital area with risk of ovarian cancer. (Pooled analysis of four cohorts) (O'Brien, Tworoger et al. 2020)**

A 2020 paper presented results of an analysis of pooled data using individual patient data from four cohort studies on the relationship between use of powder in the genital area and risk for ovarian cancer. (O'Brien, Tworoger et al. 2020) Three of the cohorts have previously published papers on this topic: Nurses' Health Study (NHS)(Gertig, Hunter et al. 2000, Gates, Tworoger et al. 2008, Gates, Rosner et al. 2010), Women's Health Initiative (WHI)(Houghton, Reeves et al. 2014), and the Sister Study (Gonzalez, O'Brien et al. 2016). The 2020 pooled study followed these three cohorts for longer periods than in their previous papers, and therefore they have included a larger number of women who had developed ovarian cancer. The pooled data consisted of 252,745 women. A total of 2168 developed ovarian cancer, of which 1884 were confirmed by medical record review. (Note, the 2024 updated Sister Study was not included in this pooled analysis.)

 None of the studies updated information on exposure to talcum powder product use. The fourth cohort study, the Nurses' Health Study II (NHSII), is an offshoot of the Nurses' Health Study but collected information on powder use at a later date and used a different set of questions to ascertain powder use.

Information collected on exposure to talcum powder products varied across the cohorts. Three of the cohort studies are described above: the Nurses' Health Study, the Women's Health Initiative, and the Sister Study. The fourth, the Nurses' Health Study II, was patterned after the Nurses' Health Study, but included different aged nurses and collected data differently. In a 2013 questionnaire, the Nurses' Health Study II queried women on genital powder use: "Have you ever used talcum, baby, or deodorizing powder AT LEAST WEEKLY in the genital/rectal area or on sanitary napkins, tampons, or

72

underwear? Options were: never, less than 1 year, 1- < 10 years, 10-<20 years, 20-<30 years, 30+ years. Ever use therefore was defined as using at least weekly for any time period. Since the Nurses' Health Study II asked these questions only in 2013, data were missing on 41,141 cohort participants. Ever use and frequent use were both defined as using at least weekly at any time. Long-term use was defined as using at least weekly for 20 or more years.

In the pooled analysis sample, 38% reported having ever used powder in the genital area. The authors state that one purpose of the analysis was "to better examine the association between use of powder in the genital area and risk of ovarian cancer…"(1) They stated also that "…individual cohort studies are not sufficiently powered to detect modest associations, particularly if restricted to susceptible subgroups, such as women with patent reproductive tracts (i.e., having an intact uterus and no tubal ligation)'. They further state that "Because patency is required for there to be a direct physical pathway between the powder application area and the ovaries, we hypothesized *a priori* that women with patent reproductive tracts would be more susceptible to the effects of powder use in the genital area on ovarian cancer. We therefore conducted analyses restricted to this subgroup." This statement of an *a priori* hypothesis is important because it indicates that the authors realized the fact that talc moves through the reproductive tract to settle in the ovaries, fallopian tubes, and surrounding areas to cause cancer development. As described below, the data supported this hypothesis which is a key finding of this study.

The authors attempted to harmonize data on use of talcum powder products. Because the questions were asked in several ways, this meant that "ever use" was an underestimate of true ever use: 1) Nurses Health Study II participants who used less often than weekly would be classified as "never users;" 2) Sister Study participants who used between ages 14 and before 12 months prior to study enrollment, or who used after study enrollment would be classified as "never users." Nurses' Health Study participants' personal interpretation of the word "commonly" could put some actual "ever users" into the "never users" category. Women's Health Study participants who sprinkled powder on underwear but did not use directly on genital areas, diaphragms, or sanitary napkins would not have been classified as "users." All of these issues with data collection would serve to underestimate talcum powder product use and therefore underestimate the relative risks of ovarian cancer associated with use of these products. (Copeland, Checkoway et al. 1977)

73

Main analyses: 1) ever vs never use; 2) use in women with patent reproductive tracts

The authors calculated relative risks of the association between "ever use" and "never use" of genital powders and ovarian cancer along with 95% confidence intervals. They adjusted for several potential confounding factors: race/ethnicity, education, number of live births, ever use of oral contraceptives, history of tubal ligation, history of hysterectomy, menopausal status, and ever use of hormone therapy. They also calculated risk differences (e.g. incidence rate in women who "ever used" powder minus incidence rate in those who "never used ").

The summary relative risk (for all four cohorts together) for "ever use" vs. "never use" of powder in the genital area was 1.08 (or an 8% increased risk) with confidence intervals 0.99-1.17. A test for heterogeneity among the 4 cohorts showed low likelihood of heterogeneity. When the authors tested their *a priori* hypothesis of an elevated risk in women with patent reproductive tracts, they found a 13% increased risk of "ever use" vs. "never use". The relative risk was 1.13 and the 95% confidence interval was 1.01-1.26. The authors interpreted this as a statistically significant finding. In a later response to comments, the authors stated that "...our results, particularly the analyses limited to women with intact reproductive tracts, should not be discounted because of lack of statistical significance... we never equated the lack of statistical significance to evidence of no association". (O'Brien, Sandler et al. 2020) A test of heterogeneity between the four cohorts for this finding also showed low likelihood of heterogeneity.

Dose-response relationships were explored via frequency and duration, where available. Frequency of use was available for three cohorts (Nurses' Health Study, Nurses' Health Study II, Sister). The authors categorized women into never users, infrequent users, and use once per week or more. For all women combined, the relative risk for use at least weekly was 1.09 (95% CI 0.97-1.23). For women with patent genital tracts, however, frequent use was associated with a 19% increased risk (relative risk 1.19, 95% CI 1.03-1.37). The p test for trend was 0.03 for this latter finding, which the authors defined as statistically significant. This is highly relevant—the authors had an *a priori* hypothesis that women with patent genital tracts would have greater risk of ovarian cancer associated with genital powder use.

Length of use was available only for Nurses' Health Study II, Women's Health Initiative, and Sister. For Nurses' Health Study II, long-term use was defined as use at least weekly for 20 years or more. For

Sister, long-term use was defined as using both at age 10-13 and in the 12 months prior to cohort enrollment. For Women's Health Initiative, long-term use was defined as use for 20 or more years for any of 3 categories of questions: use on private parts (genital area), use on a diaphragm, or use on a sanitary napkin or pad. The relative risk for "long-term use" in all women combined was 1.01. For women with patent reproductive tracts, the relative risk for long-term use was 1.09 (95% CI 0.97-1.23).

Additional subgroups:

The relative risks of ovarian cancer were 1.28 for race/ethnicities other than non-Hispanic whites and 1.14 for women who had ever used hormone therapy. Risk of invasive ovarian cancer was increased by 21% in women who were frequent (weekly or greater) users of genital powders (relative risk 1.21, 95% CI 1.02-1.44). The relative risk of epithelial ovarian cancer for frequent use of genital powder was 1.21 (95% CI 1.02-1.45). The relative risk for serous ovarian cancer with frequent use of genital powders was 1.18 ( 95% CI 0.95-1.46). Elevated relative risks for other subtypes were also seen, including endometroid, mucinous, and clear cell, all with much smaller numbers of cases and subsequently with 95% confidence intervals including 1.0. This is an issue of sample size driving the confidence intervals, rather than a finding to be dismissed.

While this pooled analysis included a larger number of cases than did the individual cohorts, the authors state in the abstract that "...the study may have been underpowered to identify a small increase in risk." In the Key Points box, they state, "...the study may have been underpowered...".  In the text they state, "...individual cohort studies are not sufficiently powered to detect modest associations, particularly if restricted to susceptible subgroups, such as women with patent reproductive tracts (i.e. having an intact uterus and no tubal ligation)." In the conclusions, they state, "...the study was underpowered to detect small changes in risk," although nowhere do they define what they consider to be "small changes in risk." Further on in the discussion, they state, "...the dose-response analyses are underpowered compared with the main results and thus difficult to interpret." The concluding statement of the paper states that, "...the study may have been underpowered...".  Clearly, and by the authors' own admission, several of the analyses had insufficient power to show statistical significance in the relative risks observed. Therefore, one strength of the paper is that the authors acknowledge serious deficiencies in sample size for many of the analyses.

The cohort studies all relied exclusively on self-administered forms to collect information on talcum powder product use exposure. Self-administered paper forms are the most burdensome of types of questionnaire administration (compared with in person or telephone interviews, or computer-assisted self-administered forms). (Bowling 2005) There is a resulting high potential for missing data. The cohorts included in this pooled study provided snapshots of women's exposure to genital talcum powder products. That is, none collected information on lifetime use.  Global misclassification of the scale seen in this study would bias the relative risk toward the null value (that is, would reduce the relative risk closer to 1.0 than what the true relative risk actually is). (Flegal, Brownie et al. 1986)

**Recent Meta-Analyses and Pooled Analyses of Genital Powder Product Use and Ovarian Cancer Risk**

Since 2021, three papers in addition to the Sister Study update above have been published that provide additional analyses on associations between genital talcum powder product exposure and risk of ovarian cancer. These analyses have focused on subgroups of women (e.g. women with and without a history of endometriosis (Phung, Muthukumar et al. 2022), African-American women (Davis, Bandera et al. 2021), and women with high-frequency exposure to genital talcum powder product (Woolen, Lazar et al. 2022).

**Genital Powder Use and Risk of Epithelial Ovarian Cancer in the Ovarian Cancer in Women of African Ancestry Consortium (pooled analysis of 4 case-control studies and 1 nested case-control study within a cohort, from the Ovarian Cancer in Women of African Ancestry consortium) (Davis, Bandera et al. 2021)**

Investigators from the Ovarian Cancer in Women of African Ancestry Consortium analyzed data in women from four population-based case-control studies of ovarian cancer and one nested case-control study from the Women's Health Initiative cohort study. (Davis, Bandera et al. 2021) The objective of the analysis was to evaluate the association between genital powder use and epithelial ovarian cancer among African-American and White women in the consortium overall, and by histotype, and to evaluate associations between ovarian cancer risk and genital powder use by frequency and duration. To be included in the analysis, the women's interviews had to have occurred prior to 2014. (The authors state that this is "to reduce recall bias following the class action lawsuits that were filed in 2014.") Included were 620 African-American women with ovarian cancer (cases), 1146 African-American women without cancer (controls), 2800 White cases, and 6735 White controls. Women completed

questionnaires either through interview or self-administered forms. Genital powder exposure was defined as any type of powder (baby, talc, deodorizing, cornstarch, or unspecified/unknown) applied directly to the genital, perineal, or rectal area or applied indirectly on sanitary pads, tampons, or underwear. Ever use and duration of use (no use; <20 years; $\geq$20 years) were available for all five studies, while frequency of use (never; $\leq$once per week; >once per week) was available for four studies. Several risk factors were included as potential confounders, and patency of women's reproductive tracks was assessed by hysterectomy and tubal ligation status.

Ever-use of genital powder was reported in 35.8% of African-American women and 29.5% of White women. In African-American women, ever use of genital powder increased risk of ovarian cancer by 22% (odds ratio 1.22, 95% 0.97-1.53). In White women, ever use of genital powder increased risk of ovarian cancer by 36% (odds ratio 1.36, 95% 1.19-1.57). In African-American women, ever use of genital powder increased risk of high-grade serous ovarian cancer by 31% (odds ratio 1.31, 95% 1.01-1.71). In African-American women, ever use of genital powder increased risk of all other histotypes of ovarian cancer by 5% (odds ratio 1.05, 95% 0.75-1.47). In White women, ever use of genital powder increased risk of high-grade serous ovarian cancer by 33% (odds ratio 1.33, 95% 1.12-1.56). In White women, ever use of genital powder increased risk of all other histotypes of ovarian cancer by 38% (odds ratio 1.38, 95% 1.15-1.66). Similar odds ratios were observed for lower and higher frequency of use in both African-American and White women. Among all women combined, the odds ratio for long-term use (odds ratio 1.28, 95% CI 1.08-1.51) was not higher than for shorter-term use (odds ratio 1.43, 95% CI 1.22-1.68). Strengths: 1) There were relatively large numbers of African-American and White cases and controls, which increases ability to detect statistically significant associations and allows comparison of talcum powder product use and ovarian cancer risk between African-American and White women; 2) The numbers of African-American cases and controls were larger than any previous study or pooled analysis; 2) Histotype of the ovarian cancers was assessed, and numbers were sufficient to analyze data separately regarding risk of high-grade serous tumors (the most common type of epithelial ovarian cancer); 3) The case-control studies were population-based, which increases generalizability of results; 4) Genital powder exposure as well as potential confounding variables were harmonized across the five studies, which allowed for consistent adjustment for potential confounders.

Limitations: 1) Four of the studies were case-control, which have a theoretical risk of recall bias. However, the study only included women interviewed before 2014, when talc-related lawsuits were

filed, which reduces chance of bias due to cases learning of possible associations. Furthermore, the authors state: "It is likely that with the exclusion of interviews conducted in 2014 and later, any misclassification would be non-differential with respect to outcome, resulting in bias toward the null.";  2) There were some differences across studies on how genital talc use was queried. However, cases and controls from each study were asked the same questions and therefore the studies were internally consistent; 3) The investigators report that they did not observe heterogeneity across the included studies, and state that "…the results from our included prospective study (WHI) were not materially different from the 4 retrospective case-control studies."; 4) The authors state that "there was not a dose-response relationship between frequency or duration of genital powder use and ovarian cancer risk…" However, the authors chose broad dichotomies of exposure, and it is not clear if dose-response relationships would be observed with finer categorization of exposure level.

Summary: This analysis provided additional information on risk of ovarian cancer in African-American women, as well as a comparison of African-American and White women. The separate assessment for high-grade serous ovarian cancer versus all other histotypes, separately for African-American and White women provided new data for African-American women. The study adds to the already strong data showing that exposure to genital talcum powder products increases risk for ovarian cancer, and adds strength to the causality analysis on genital talcum powder product use and ovarian cancer.

**Effects of Risk Factors for Ovarian Cancer in Women with and without Endometriosis (pooled analysis of 8 case-control studies in the Ovarian Cancer Association Consortium) (Phung, Muthukumar et al. 2022)**

The analysis was conducted because endometriosis is a risk factor for ovarian cancer, and the authors investigated whether other ovarian cancer risk factors similarly affected women with and without a diagnosis of endometriosis.  The authors state that their objective for the paper was: "To evaluate the associations between 10 well-established ovarian cancer risk factors and risk of ovarian cancer among women with vs. without endometriosis." They further state, "Our analysis considers 10 well-established ovarian cancer risk factors, including body mass index (BMI), talcum powder (i.e., talc) use, family history of ovarian cancer, nonsteroidal anti-inflammatory drug (NSAID) use, breastfeeding, hormonal oral contraceptive use, parity, tubal ligation, menopausal hormone therapy (HT) use (estrogen-only therapy and estrogen-progestin therapy), and age at menarche."  The analysis included 4851 women

with ovarian cancer and 7919 control women without cancer who had complete information on talcum powder product use. The analysis limited risk factors of interest to 10: genital talcum powder, body mass index, menopausal estrogen use (with or without progestin), family history of ovarian cancer, nonsteroidal anti-inflammatory drug use, breastfeeding, hormonal oral contraceptive use, parity, tubal ligation, and age at menarche. Cases and controls had been enrolled in their original studies between 1992 and 2010. Women completed questionnaires either through interview or self-administered forms. All variables were tested as potential confounding variables. Analyses were also adjusted for age, race/ethnicity, and education. Among women with a history of endometriosis, genital talc use was positively associated with risk for ovarian cancer (odds ratio 1.38, 95% CI 1.04-1.84). Among women with no history of endometriosis, genital talc use was also positively associated with risk for ovarian cancer (odds ratio 1.12, 95% CI 1.01-1.25). In discussing the odds ratios associated with talc exposure to genital areas in women with endometriosis history, the authors state that, "…inflammation has been proposed as a possible biologic mechanism for talc's association with ovarian cancer."

Strengths: 1) There were relatively large numbers of women with a history of endometriosis, which increases ability to detect statistically significant associations and allows comparison of talcum powder product use and ovarian cancer risk between women with versus without endometriosis; 2) The numbers of cases and controls were larger than any previous analysis examining the effect modification of endometriosis , which provided higher statistical power than any previous work to examine associations of talcum powder product exposure and ovarian cancer risk in these women; 3) The case-control studies were population-based, which increases generalizability of results; 4) Genital powder exposure as well as potential confounding variables were harmonized across the studies, which allowed for consistent adjustment for potential confounders.

Limitations: 1) The studies were case-control, which have a theoretical risk of recall bias. However, the analysis only included women interviewed 1992-2010, before when talc-related lawsuits were filed, which reduces chance of bias due to cases learning on possible associations; 2) There were some differences across studies on how genital talc use was queried. However, cases and controls from each study were asked the same questions and therefore the studies were internally consistent; 3) The authors did not assess associations of genital talc use with ovarian cancer risk by amount of talc (frequency, duration, or frequency multiplied by duration); 4) The authors state that there were

insufficient numbers of participants to examine influence of endometriosis history on associations between risk factors and ovarian cancer by histotype.

Summary: This paper adds information to the literature on genital exposure to talcum powder product use and risk of ovarian cancer. It confirms the consistency of associations across groups of women between talcum powder product use and ovarian cancer risk. The analysis adds to the already strong data showing that exposure to genital talcum powder products increases risk for ovarian cancer, and adds strength to the causality analysis on genital talcum powder product use and ovarian cancer. The paper also provides strong support for inflammation as a biological mechanisms linking genital exposure to talc and risk of ovarian cancer.

**Association between the Frequent Use of Perineal Talcum Powder Products and Ovarian Cancer: a Systematic Review and Meta-Analysis (10 case-control studies, 1 cohort study) (Woolen, Lazar et al. 2022)**

In 2022, a systematic review and meta-analysis of observational studies was published that focused on association between frequent genital exposure to talcum powder products and risk for ovarian cancer. (Woolen, Lazar et al. 2022) The authors state that previous meta-analyses on talc exposure and ovarian cancer risk harmonized exposure across studies by focusing on "ever" versus "never" use of genital talcum powder products. They then state that "ever use is a non-specific exposure that could dilute or obscure a meaningful association as ever use would combine women with low and high exposures to talcum powder." For this meta-analysis, the authors defined "frequent" perineal talcum powder use as at least two times per week. The meta-analysis included 66,872 women, of whom 6542 were cases of ovarian cancer. The included cohort study (Nurses' Health Study) had not previously published data on daily exposure to talcum powder products and ovarian cancer risk, but it shared data for this meta-analysis. Data were also requested from the Sister Study but were not provided because of very small numbers of women with frequent talcum powder product exposure. Other cohort studies (Nurses' Health Study II and Women's Health Initiative) did not have frequency data and so were not included in this meta-analysis.

The summary pooled odds ratio assessing the association between frequent use of perineal talcum powder products and ovarian cancer was 1.47 (95% CI 1.31-1.65, p<0.0001). There was no significant

publication bias, and the studies were homogeneous. When examined by type of study, the summary polled odds ratio for case-control studies was 1.49 (95% CI 1.29-1.72). The odds ratio for the cohort study was 1.4 (95% CI 1.17-1.68). One of the case-control studies included other body exposures of talcum powder product use with perineal powder use. Exclusion of this study did not change results (summary odds ratio 1.44, 95% CI 1.29-1.6). When the meta-analysis was limited to 10 studies with high quality assessment on the Newcastle-Ottawa Scale, the summary odds ratio also did not change: odds ratio 1.48 (95% CI 1.31-1.69, p<0.0001).

Strengths: 1) The analysis focused on frequent use of perineal talcum powder products. Previous meta-analyses have focused on all use ("ever use"), which can dilute size of relative risks/odds ratios if lower-dose exposure does not raise risk to the same degree as high-level exposure; 2) The analysis compared case-control summary odds ratio (1.47) to the Nurses' Health cohort study odds ratio (1.4), which shows strong consistency between results using these two epidemiologic study methodologies. The remarkable similarity between high frequency odds ratios in the cohort and case-control studies indicates that recall bias in the case-control studies is not a likely explanation for the consistent findings of elevated risk of ovarian cancer in women exposed to talcum powder products in the perineal area; 3) The included studies were high quality, with 10 of the 11 studies having scores of 7 or more on the Newcastle-Ottawa scale; 4) The meta-analysis showed low heterogeneity among studies and low probability of publication bias.

Limitations: 1) Other cohort and case-control studies did not meet inclusion criteria because their data did not capture frequent use of perineal talcum product use; 2) Some included studies were unable to differentiate between perineal talcum powder product and cornstarch users. However, other research shows only 1-2% of perineal powder users reported using cornstarch. (Cramer, Vitonis et al. 2016)

Summary: This analysis shows strong data that women who used perineal talcum powder products two or more times per week had a statistically significant 47% increased risk of developing ovarian cancer. This information adds to the previously published literature which shows a consistent elevated risk of ovarian cancer with genital exposure to talcum powder product. It adds to the dose-response effect seen in previous studies. That is, previous meta-analyses showed that "ever use" versus "never use" increased ovarian cancer risk by 22 - 31%. (Berge, Mundt et al. 2017, Penninkilampi and Eslick 2018, Kadry Taher, Farhat et al. 2019) The Woolen et al meta-analysis, focused on high-frequency use, found a

higher odds ratio - 47% increased risk – of ovarian cancer, which supports a dose-response effect. This study provides strong support to the causal relationship between perineal talcum powder product use and risk of ovarian cancer by providing focused analyses on frequent use of these products and risk for ovarian cancer.

**Summary of Meta-analyses/Pooled Analysis Results**

All of the meta-analyses and the pooled analyses demonstrate increased risk of ovarian cancer in women who used talcum powder products in the genital or perineal area compared with nonusers. The earlier meta-analyses included fewer studies, primarily case-control studies. The most recent meta-analyses included three cohort studies and 24 case-control studies. (Berge, Mundt et al. 2017, Penninkilampi and Eslick 2018, Kadry Taher, Farhat et al. 2019) The summary relative risks were quite consistent across the meta-analyses and the pooled analysis, ranging from 1.22 to 1.4 for any versus no use of perineal talcum powder products. The pooled cohort analysis found that among women with patent reproductive tracts, the relative risk for ovarian cancer was 1.13. while the overall relative risk was 1.08. (O'Brien, Tworoger et al. 2020) Furthermore, all but one of the summary results were statistically significant. Importantly, the later meta-analyses (Berge, Mundt et al. 2017, Penninkilampi and Eslick 2018, Kadry Taher, Farhat et al. 2019) and the case-control pooled analysis (Terry, Karageorgi et al. 2013) assessed dose-response relationships, while earlier meta-analyses did not (Harlow, Cramer et al. 1992, Cramer, Liberman et al. 1999, Langseth, Hankinson et al. 2008), or did so inaccurately (Huncharek, Geschwind et al. 2003).

The newer pooled analyses and meta-analysis confirmed the earlier publication results. The Davis et al. pooled analysis confirmed that the associations between perineal talcum powder product use and ovarian cancer risk are present for African-American as well as White women. (Davis, Bandera et al. 2021) The Phung et al. pooled analysis confirms the association between talcum powder product use and ovarian cancer holds both for women with and without a history of endometriosis (another ovarian cancer risk factor). (Phung, Muthukumar et al. 2022) The Woolen et al. meta-analysis confirms the dose-response effect of talcum powder product use and ovarian cancer risk, as it shows strong and consistent associations of frequent exposure and risk. (Woolen, Lazar et al. 2022)

These findings of increased risk of ovarian cancer with perineal exposure to talcum powder products show that the observed associations overall and those for dose-response are robust.

One striking observation across the meta-analyses and pooled analysis is that the total sample sizes (numbers of cases) in all of the meta-analyses and the pooled analyses were sufficient to detect statistically significant relative risks of 1.3 for an overall "exposed" versus "non-exposed" variable with prevalence of 40 percent (see page 48 for a calculation of needed sample size). As shown in Tables 3 and 4, the numbers of cases in the meta-analyses and pooled analysis ranged from 1106 to 16,005, with controls of equal or greater number. All of these, therefore, exceed the sample size I estimated that is needed to have statistical power to determine relative risks of 1.3. In contrast, many of the individual case-control or cohort studies did not have large enough samples of cases to have statistical power to determine a relative risk of 1.3.

Summary data from the reviewed meta-analyses of risk of ovarian cancer associated with talc exposure to perineal areas are presented in Figure 1 at the end of this report. For each meta-analysis or pooled analysis publication, the following data are provided: number of studies included, number of cases in total, whether a dose-response (DR) analysis was conducted and the result, the relative risk (RR) (here used as a term for any of relative risk, odds ratio, or hazard ratio), lower limit of confidence interval (CIL), and upper limit of confidence interval (UIL). The graph shows, for each study, the relative risk for "ever" versus "never" exposure to perineal talc, depicted by filled-in squares. The bar lines around the square represent the upper and lower confidence intervals around the respective relative risk.

Data from individual case-control and cohort studies are presented in Figure 2 at the end of this report. For each study publication, the following data are provided: number of cases in total, number of controls (case-control studies), number of non-cases (cohort studies), whether population-based or hospital-based (case-control studies), length of follow-up (cohort studies), whether a dose-response (DR) analysis was conducted and the result, the relative risk (RR) (here used as a term for any of relative risk, odds ratio, or hazard ratio), lower limit of confidence interval (CIL), and upper limit of confidence interval (UIL). The graph shows, for each study, the relative risk for "ever" versus "never" exposure to perineal talc, depicted by filled-in squares. The bar lines around the square represent the upper and lower confidence intervals around the respective relative risk.

**Other Reviews of Talcum Powder Product Exposure and Ovarian Cancer Risk**

Some systematic reviews on talc exposure and ovarian cancer risk have been published. (Wentzensen and O'Brien 2021) (Goodman, Kerper et al. 2020, Lynch, Lauer et al. 2023) as well as one umbrella study of systematic reviews/meta-analyses of multiple ovarian cancer risk factors. (Tanha, Mottaghi et al. 2021)  However, these other reviews did not present summarized data such as were presented in the several comprehensive and focused meta-analyses, and therefore they did not add to my causal analysis.

# Asbestos, Fibrous Talc, and Heavy Metals in Talcum Powder Products

It is important to note that talc is not asbestos-free. Talcum powder products contain other, potentially carcinogenic substances; of greatest concern is the presence of asbestos in talc, and the presence of talc with asbestiform fibers (fibrous talc), in these products. The presence of any one of these constituents add to evidence of biologic plausibility that would support the consistent increased risk seen in the epidemiologic studies.

In December 2021, the U.S. FDA published a white paper on the U.S. Interagency Working Group on Asbestos in Consumer Products (IWGACP) entitled "IWGACP Scientific Opinions on Testing Methods for Asbestos in Cosmetic Products Containing Talc." (https://www.regulations.gov/document/FDA-2020-N-0025-0053 accessed 11/12/23) Talc is specified in the report as "including talc intended for use in cosmetics." The report states that "Some talc deposits may also contain asbestos…", that "asbestos is a known human carcinogen" (citing IARC, U.S. EPA, and U.S. National Toxicology Program 14th Report on Carcinogens.") Importantly, the report notes that "recent testing of cosmetics by a private laboratory under contract with FDA using transmission electron microscopy revealed the presence of asbestos in samples that had negative findings for the same products using PLM, highlighting the shortcomings of optical microscopy methods." The report also states that "Exposure to asbestos may also lead to diseases in other parts of the body that are remote from the sites of primary exposure, including cancers of the larynx, gastrointestinal tract, and ovaries."

Asbestos can take several forms. Proven carcinogenic forms include serpentine (chrysotile) and amphibole (actinolite, amosite, anthophyllite, crocidolite, and tremolite) minerals. IARC(2012) Both

84

serpentine and amphibole asbestos forms are classified by IARC as Class 1 carcinogens. In their 2012 report, IARC stated that talc deposits may include tremolite, anthophyllite, and actinolite forms of asbestos.

Talc may form true mineral fibers that are asbestiform in habit. This form of talc is also referred to as fibrous talc and classified by IARC as a Class 1 human carcinogen. The IARC report also noted that "talc containing asbestiform fibers" is not the same as "talc contaminated by asbestos". IARC (2012) The conclusions reached in the 100c monograph about asbestos apply to fibrous talc. IARC has classified platy (non-fibrous) talc as a 2B "possible" carcinogen IARC (2010).

The primary route of exposure to asbestos is respiratory in the general population, although exposure through drinking water and exposure to hair or clothing of asbestos workers has also occurred. IARC (2012) For talc, the primary exposures listed by the IARC report are respiratory and perineal. IARC (2012)

Asbestos has been established as a cause of several types of cancer including epithelial ovarian cancer. In order to assess the causal relationship between asbestos and ovarian cancer, I conducted a literature search.  My search yielded a total of 30 studies that have investigated the epidemiology of asbestos exposure and risk of ovarian cancer.  Three of these were meta-analyses: two published in 2011 (Camargo, Stayner et al. 2011, Reid, de Klerk et al. 2011) and one published in 2021 described below (Nowak, Schmalfeldt et al. 2021). Several were s pooled analyses of cohorts with high asbestos exposure. (Ferrante, Chellini et al. 2017) and additional studies presented below. In addition, IARC published monographs on the carcinogenic role of asbestos, and conducted a systematic review through 2009 of asbestos and risk of ovarian cancer. IARC (1987, Straif, Benbrahim-Tallaa et al. 2009, 2012) IARC concluded that asbestos, fibrous talc, chromium, and nickel are Group 1 human carcinogens. IARC (2012) IARC also classified cobalt as a 2B "possible" carcinogen.

**Asbestos Exposure and Ovarian Cancer – a Gynaecological Occupational Disease. Background, Mandatory Notification, Practical Approach. (Nowak, Schmalfeldt et al. 2021)**

A 2021 report and meta-analysis from Germany stated that in 2017, ovarian cancer due to asbestos exposure was designated a new, and thereby the first, gynecological occupational disease in Germany. (Nowak, Schmalfeldt et al. 2021) In their consideration, the authors considered systematic reviews from

IARC, the meta-analyses by Camargo (Camargo, Stayner et al. 2011), Reid (Reid, de Klerk et al. 2011), and Bounin (Bounin, Charbotel et al. 2014). In addition, they expanded the Camargo meta-analysis with new study data from studies published prior to 9/16. (Langseth and Kjaerheim 2004, Ferrante, Bertolotti et al. 2007, Wang, Lin et al. 2013, Oddone, Ferrante et al. 2014, Pira, Romano et al. 2016, Oddone, Ferrante et al. 2017)

With the new studies included, the authors calculated a standardized mortality ratio (similar to relative risk) of 1.88 (95% CI 1.47-2.39). This states that there is close to a doubling - an 88% higher chance - of dying of ovarian cancer in persons with occupational asbestos exposure compared to the general populations.

The authors describe how asbestos fibers can be inhaled and reach distant organs to induce carcinogenesis: "Inhaled asbestos fibres have proven fibrogenic effects in humans as well as local tumourigenic characteristics. The carcinogenicity for the target organs lungs, larynx, pleura including pericardium, and peritoneum including tunica vaginalis testis  has been clearly established for many years. IARC(2012) It is only in the last few years that the data have become more conclusive to the effect that ovarian cancer is also caused by asbestos. (Camargo, Stayner et al. 2011) Asbestos fibres are primarily inhaled with the air we breathe. Mucociliary clearance transports most of the deposited fibres first into the gastrointestinal tract and parts of it from there apparently into the abdominal cavity. In addition, lymphogenic and haematogenic transport as well as the penetration of asbestos fibres into the serous cavities of the chest and abdominal cavity are under discussion. The body's own defensive reaction of coating the incorporated fibres with ferroproteins sometimes leads to the formation of asbestos bodies. (Grossgarten and Woitowitz 1991) These can be detected not only in the lungs but also in numerous extrapulmonary and extrathoracic organs. (Marten, Dirksen et al. 1989)"

The authors state the following with regard to causality: "It is only in the last few years that the data have become more conclusive to the effect that ovarian cancer is also caused by asbestos. (Camargo, Stayner et al. 2011)"

Strengths: 1) This is the most up-to-date paper that includes a meta-analysis of studies on occupational asbestos exposure and risk for ovarian cancer; 2) The paper was produced as part of a German government evaluation of inclusion of ovarian cancer among other asbestos-related cancers; 3) The

paper discusses how asbestos fibers can migrate through the body to induce carcinogenesis. Of particular interest is their statement on inhaled asbestos reaching the peritoneum in men including tunica vaginalis testis, which is the membrane surrounding the testes and a site of testicular cancer because this supports additional routes for asbestos to reach intra-peritoneal organs including fallopian tubes and ovaries; 4) The paper discusses causality of ovarian cancer in women exposed to asbestos.

Limitations: 1) The authors provide only brief information on their statistical analyses for the meta-analyses presented in the figure in the paper; 2) The review only includes studies to 9/16.

Summary: This study provides information through 9/2016 from additional studies on the association between asbestos exposure and risk for ovarian cancer. This adds to the causal analysis of talcum powder product use and ovarian cancer risk, because of the established asbestos content in talc products. This adds to the biological mechanisms aspects of a causal analysis, since asbestos is a known carcinogen, including ovarian cancer, with proven carcinogenic effects.

Following the Nowak et al. cut-off date of studies published through 2016, several additional publications have presented updates of cohorts of individuals exposed to asbestos. In a pooled analysis of 21 asbestos cement cohorts in Italy, the standardized mortality ratio for ovarian cancer was 2.40 (95% CI 1.28-4.1) for the highest exposure class (>6200 ff/ml-year). (Luberto, Ferrante et al. 2019) In an Italian pooled study of asbestos workers cohorts, 5741 women were included, in whom there were 43 observed ovarian cancer deaths versus 31.1 expected from population rates. This yielded a standardized mortality ratio of 1.38 (95% CI 1.0-187). (Magnani, Silvestri et al. 2020) In a more recent study, 6346 women asbestos workers were followed for cancer mortality. (Ferrante, Angelini et al. 2023) The ovarian cancer standardized mortality ratio 1.42, (95% CI 1.08-1.84).

Published data as recently as 2014 have shown that present-day talcum powder products include several types of asbestos. (Blount 1991, Gordon, Fitzgerald et al. 2014) Company documents and testimony also provide further evidence of the presence of asbestos, fibrous talc, and heavy metals in talcum powder products. (Pier) {Pier,  #6;Hopkins, 2018 #7} Dr. William Longo tested historical samples provided in litigation. Test results reveal the presence of asbestos in approximately half of the samples tested. Additionally, fibrous talc was found at varying levels in all samples. {Longo, 2017 #8;Longo, 2017 #9;Longo, 2017 #10;Longo, 2018 #11;Longo, 2018 #12}

Finally, I have reviewed the report of Dr. Michael Crowley that discusses the different chemicals added to the fragrance constituents contained in Johnson's Baby Powder and Shower to Shower products. (Crowley 2018) Based on his review, he has concluded that these chemicals may contribute to the potential carcinogenicity of talcum powder products.

Therefore, based on the scientific literature and testing results, it is my opinion that the presence of asbestos, heavy metals, fibrous talc, and fragrances are all biologically plausible explanations for talcum powder products causing ovarian cancer.

# Biological Mechanisms

## Evidence of Migration of Talcum Powder Products (Talc, Asbestos, Other Minerals) to the Ovary and Fallopian Tubes

Clinical and laboratory studies have shown that talcum powder products can migrate to the ovaries and fallopian tubes. An early surgical study in healthy premenopausal women found that inert particles placed in women's vaginas moved to their fallopian tubes within 30 minutes in two of the three patients studied. (Egli and Newton 1961) Henderson et al. found talc particles in 10 of 13 (75%) of ovarian tumors studied using an extraction-replication technique. (Henderson, Joslin et al. 1971) The findings were replicated 8 years later, with all surgeons removing the ovaries wearing gloves with no talc, to ensure that surgical contamination was not the cause of the observed talc within ovaries. (Henderson, Hamilton et al. 1979) This replication study found talc in all 9 samples studied—3 normal ovaries, 3 cystic ovaries, and 3 adenocarcinomas.

In another relevant clinical experiment regarding migration, the researchers placed 3 ml of $^{90m}$Tc-labelled human albumin microspheres in women's vaginas one day before pelvic surgery. (Venter and Iturralde 1979) Of the 21 women for whom the materials moved up from the cervical area, ovaries and fallopian tubes could be counted separate from the uterus in 14. Of these 14, 9 showed radioactivity in the fallopian tubes and ovaries, and 5 showed no radioactivity. In a pathological study as part of a case-control study of benign ovarian conditions, ovaries from 24 women were tested for presence of talc and asbestos by both electron microscopy and light microscopy. (Heller, Westhoff et al. 1996) All tested

88

ovaries were found to have talc present. Only half of the 24 women reported a history of perineal talc exposure, which suggests additional routes of exposure to talc, such as inhaled powder. The presence of talc was not due to surgical gloves as all surgeons wore talc-free gloves in this study. In another study employing microscopy (Raman), the study authors found talc particles in ovarian tissue samples from a woman with known perineal talc exposure that were not visible with other methods. (Campion, Smith et al. 2018)

Another study demonstrated migration of talc evaluated powder on medical gloves used to perform pelvic examinations (with gloved hand inserted into the vagina). (Sjosten, Ellis et al. 2004) This study detected powder in the peritoneal fluid, fallopian tubes, and ovaries the following day after the pelvic examination in women exposed to powdered gloves but almost none in women exposed to unpowdered gloves.  The differences between the two groups were statistically significant.

In 2007, Cramer described the presence of talc particles observed in a pelvic lymph node of a 68 year old woman with stage III serous ovarian carcinoma. (Cramer, Welch et al. 2007) The authors used scanning electron microscopy to identify plate-like particulates in the 5-10 μm range within the lymph node, and energy dispersive X-ray spectroscopy revealed a magnesium and silicate signature compatible with talc. The authors also noted that talc could migrate through transport of the lymphatic system.

The results of these studies demonstrate talcum powder products can migrate from the perineal area to the ovaries and fallopian tube through both genital tract migration and inhalation. In my opinion it is biologically plausible that talcum powder products can reach the ovaries via migration from the perineum and via inhalation into the lungs, blood stream, and lymphatic system.

## Inflammation in the Causal Pathway between Talcum Powder Product Use and Ovarian Cancer Development

The literature suggests that a likely pathway through which use of talcum powder products increases risk of ovarian cancer is through talc-induced inflammatory response. (Maccio and Madeddu 2012) As described above, it is well supported that talc can migrate through the female genital tract and settle in the area of the ovaries, fallopian tubes, and peritoneum (Henderson, Joslin et al. 1971, Henderson, Hamilton et al. 1979, Longo and Young 1979, Venter and Iturralde 1979, Heller, Westhoff et al. 1996,

89

Cramer, Welch et al. 2007). Increased blood levels of biomarkers of inflammation have been linked to increased risk for ovarian cancer. A recent meta-analysis of 8 cohort studies found that women with high blood levels of c-reactive protein (a marker of increased systemic inflammation) had almost double the risk of developing ovarian cancer compared with women with low levels.
(Zeng, Wei et al. 2016)

Further evidence of the inflammation mechanism comes from studies which evaluate anti-inflammatories, like aspirin and NSAIDs, and reduction of risk of ovarian cancer. A pooled analysis of case-control studies published in 2014 showed that long-term daily use of aspirin (which blocks inflammation) decreased risk of ovarian cancer (odds ratio = 0.91; 95% CI = 0.84-0.99) Similar, but not statistically significant, results were shown for use of other nonsteroidal anti-inflammatory medications. (Trabert, Ness et al. 2014) A 2018 meta-analysis found an 11% reduced risk of ovarian cancer with aspirin use (relative risk 0.89, 95% CI 0.83-0.95). (Qiao, Yang et al. 2018) Aspirin and other nonsteroidal anti-inflammatory medications inhibit the inflammation-mediating enzyme, COX-1(Trabert, Ness et al. 2014); COX-1 is frequently overexpressed in ovarian cancer tissue. (Khunnarong, Tangjitgamol et al. 2010, Wilson, Fadare et al. 2015)

Chronic inflammation may result in cell proliferation, inhibition of apoptosis, and secretion of mediators, that may promote tumorigenesis. (Maccio and Madeddu 2012) Factors related to the inflammation of the ovarian surface and tubal epithelium, such as incessant ovulation, endometriosis, and pelvic inflammatory disease, provide further evidence of inflammation and ovarian carcinogenicity. (Pearce, Templeman et al. 2012, Rasmussen, Kjaer et al. 2017, Reid, Permuth et al. 2017)

Talc exposure has also been linked to increased inflammation. It can induce granulomas and other inflammatory responses in vivo. (Harlow and Hartge 1995, Keskin, Teksen et al. 2009) Injected into the pleural cavity to treat pneumothorax, talc stimulates an intra-pleural inflammatory reaction that causes pleural fibrosis and scarring, leading to obliteration of the pleural space and prevention of recurrent pneumothoraces. (Caesar, Jordan et al. 2017) In humans, elevated interleukin 8 (a chemotactic cytokine) occurs after pleural injection of talc . (van den Heuvel, Smit et al. 1998) In a study of over 227 patients treated with talc pleurodesis; about half received small particle talc, and half received large-particle talc. Patients who received small particle talc had significantly higher proinflammatory cytokines, particularly interleukin 8, in pleural fluid and serum after talc application. (Arellano-Orden, Romero-Falcon et al.

2013) In animal models, injection of talc into the pleura can cause local and systemic inflammatory responses {Genofre, 2009 #18} including elevated inflammation-related biomarkers c-reactive protein and interleukin 8 (Rossi, Vargas et al. 2010) as well as VEGF, and TGF-beta. (Acencio, Vargas et al. 2007) This type of inflammation can induce neoplastic changes. (Buz'Zard and Lau 2007)

Other authors identify inflammation as a likely mechanism linking genital talc exposure to ovarian cancer risk. Phung et al. explain that endometriosis is an established risk factor for ovarian cancer. Endometriosis is an inflammatory disease, inflammation plays a role in ovarian cancer development, and inflammation is a possible biological mechanism for talc's association with ovarian cancer. In additional support of this mechanistic pathway, an analysis of Brieger et al included talc exposure in an inflammation-related risk score composed of established risk factors for ovarian cancer, and compared the score to survival in ovarian cancer patients. (Brieger, Phung et al. 2022)

## Additional Evidence of Biological Mechanisms

Exposing human ovarian stromal and epithelial cells to talc resulted in increases reactive oxygen species (oxidative stress), cell proliferation and neoplastic transformation of cells. (Buz'Zard and Lau 2007) Similarly, in a recent *in vitro* study by Fletcher et al., talc was applied in different concentrations, for varying numbers of hours, to epithelial ovarian cancer cell lines and normal ovarian epithelial cells. (Fletcher, Harper et al. 2019) As early as 24 hours post-treatment, they found increases in mRNA (gene expression) of pro-oxidant enzymes iNOS and MPO in talc-treated epithelial ovarian cancer cells and normal ovarian cells, compared with non-treated controls. Marked decreases in several antioxidant enzymes in talc-treated cells were also seen. This study supports the role of talc in inducing oxidative stress, providing a molecular basis for epidemiologic studies demonstrating an increased risk of ovarian cancer with perineal talcum powder product exposure. (Saed, Diamond et al. 2017)  In addition, Fletcher et al. also found that talc induced a biological effect by enhancing CA-125 in ovarian cancer cells and in normal cells. (Fletcher, Harper et al. 2019) A recent study found that talcum powder induced malignant transformation in normal human primary ovarian epithelial cells, in a dose-dependent manner. (Harper, Wang et al. 2023) The result was specific to normal ovarian cells, as there was no effect on normal peritoneal fibroblasts. Furthermore, talcum powder treatment increased expression of Ki67 (a marker of proliferation) as well as p53 mutant type. Other researchers have exposed epithelial ovarian cells to talc and have found similar results. (Mandarino, Gregory et al. 2020, Emi, Rivera et al. 2021)

Talc application to human mesothelial cells in cell culture has also been shown to increase gene expression in 30 genes that are relevant to carcinogenesis, and asbestos application increased gene expression in over 200 genes. (Shukla, MacPherson et al. 2009) In the same study, asbestos application to human ovarian epithelial cells increased gene expression in two genes at 8 hours and 16 genes at 24 hours. Many of the expressed genes are relevant to the carcinogenic process. Results from this experimental study show that talc causes a statistically significant increase in gene expression in mesothelial cells in several genes related to carcinogenesis, including activating transcription factor 3 (ATF3), which controls production of several markers of inflammation. (Shukla, MacPherson et al. 2009)

 Asbestos, which has been found in talcum powder products, has been classified by IARC as a known ovarian carcinogen after a systematic review of the epidemiologic and biological science. IARC(2012) Meta-analyses and one pooled analysis have addressed the association between asbestos exposure and risk of ovarian cancer. (Camargo, Stayner et al. 2011, Reid, de Klerk et al. 2011, Ferrante, Chellini et al. 2017, Nowak, Schmalfeldt et al. 2021) The studies of asbestos and ovarian cancer were typically studies of cohorts with high levels of occupational or home asbestos exposure, and comparisons were made to the general population as controls. One meta-analysis found that women exposed to asbestos had a relative risk dying of ovarian cancer of 1.77 (95% CI 1.37-2.28) compared with unexposed populations (Camargo, Stayner et al. 2011). Another meta-analysis found that women exposed to asbestos had a relative risk of developing or dying of ovarian cancer of 1.75 (95% CI 1.45-2.10) compared with unexposed women (Reid, de Klerk et al. 2011). Nowak et al conducted a meta-analysis of studies of asbestos-exposed women, and found a standardized mortality ratio of 1.88 (95% CI 1.47-2.39) for ovarian cancer deaths in women with asbestos exposure at work. (Nowak, Schmalfeldt et al. 2021) This states that there is close to a doubling - an 88% higher chance - of dying of ovarian cancer in persons with occupational asbestos exposure compared to the general populations. Additional cohort studies (Reid, Franklin et al. 2013, Wang, Lin et al. 2013, Pira, Romano et al. 2016, Ferrante, Chellini et al. 2017, Oddone, Ferrante et al. 2017) , which were published after the date of the most recent meta-analyses (Camargo, Stayner et al. 2011, Nowak, Schmalfeldt et al. 2021), as well as the pooled analyses (Ferrante, Chellini et al. 2017, Luberto, Ferrante et al. 2019, Magnani, Silvestri et al. 2020, Ferrante, Angelini et al. 2023) found similar elevated risks of ovarian cancer in women with asbestos exposure. In a pooled analysis of 21 asbestos cement cohorts in Italy, the standardized mortality ratio for ovarian cancer was 2.40 (95% CI 1.28-4.1) for the highest exposure class (>6200 ff/ml-year). (Luberto, Ferrante et al. 2019)

92

IARC also lists mechanisms through which asbestos can cause cancer including: impaired fiber clearance leading to macrophage activation, inflammation, generation of reactive oxygen and nitrogen species, tissue injury, genotoxicity, aneuploidy and polyploidy, epigenetic alteration, activation of signaling pathways, and resistance to apoptosis. (Straif, Benbrahim-Tallaa et al. 2009) Asbestos is another biologically plausible explanation for talcum powder products causing ovarian cancer.

It is my opinion, based on these studies, that talc and asbestos induce inflammation which results in cell proliferation, inhibition of apoptosis, and secretion of mediators, that may promote tumorigenesis. This adds to the weight of evidence and provides a plausible biological explanation for the association between genital talcum powder product use and ovarian cancer.

Another line of experiments in support of the biologically plausible mechanism for talcum powder products causing ovarian cancer were conducted in animals. A study with female rats showed that talc is absorbed through the pleural surface and rapidly disseminated throughout internal organs and lymph nodes. (Werebe, Pazetti et al. 1999) Henderson et al found that talc placed in the uteruses or vaginas of female rats moved to the animals' ovaries by four days post-administration. (Henderson, Hamilton et al. 1986)

In another study, exposure of rat ovaries to talc led to cyst formation and epithelial changes. (Hamilton, Fox et al. 1984) A methodology study discovered that talc caused superoxide anion generation and release from mouse macrophages. (Van Dyke, Patel et al. 2003)

Animal experiments conducted by the National Toxicology Program (NTP) of the U.S. Department of Health and Human Services are highly relevant to the role of talc in carcinogenesis.  An NTP rat study  provided important "signal " information  of talc toxicity relevant to talc and development of ovarian cancer. (1993) In an inhalation study, male and female F344/N rats were exposed to daily talc aerosols of non-asbestiform talc, with appropriate controls. NTP concluded that there was clear evidence of carcinogenic activity of talc in female F344/N rats based on increased incidences of alveolar/bronchiolar adenomas and carcinomas of the lung, and benign and malignant pheochromocytoma of the adrenal gland. The NTP also concluded that there was some evidence of

carcinogenic activity of talc in male F344 /N rats based on an increased incidence of benign and malignant pheochromocytoma of the adrenal gland.

In my opinion, these animal studies further demonstrate that talcum powder products and its attendant inflammation can induce carcinogenesis. This provides further evidence of a biologically plausible mechanism supporting causation of ovarian cancer from the use of talcum powder products.

# Systematic Reviews by Governmental and Inter-governmental Organizations

## Canada Screening Assessment on Talc

In 2021, Health Canada, department of the Canadian government, published its final screening assessment on talc. (HealthCanada 2021) The screening assessment was conducted by the Minister of the Environment and the Minister of Health. They considered talc's chemical properties, environmental fate, hazards, uses, and exposures, including additional information submitted by stakeholders. The data were identified up to October 2020. The assessment focused on health effects associated with cosmetic- and pharmaceutical-grade talc, and not on potential carcinogenic constituents including asbestos.

The assessment considered toxicokinetics (routes of exposure in humans) and determined that perineal application of talc results in migration to ovaries and fallopian tubes. They reviewed the epidemiologic data on talcum powder product use and risk of ovarian cancer, including case-control, cohort, pooled, and meta-analysis studies. The studies reviewed largely mirrored those included in this report. They also reviewed animal studies and human pathological studies to evaluate biological plausibility. They then conducted a causal analysis, similar to mine, based on the Bradford-Hill considerations. (Hill 1965) This included evaluating strength of association, consistence, biological gradient (dose-response), biological plausibility, bias and confounding. Finally, they examined the weight of evidence on the causal association between talc and ovarian cancer.

After considering all data, and weighing the available lines of evidence, Health Canada's assessment concluded that the current data on talc and ovarian cancer are indicative of a causal effect. It further

concluded that talc meets criteria under Canadian law that talc constitutes or may constitute a danger in Canada to human life or health.

International Agency for Research on Cancer (IARC)

IARC is part of the World Health Organization, and has a focus on identifying the causes of cancer through its own research and by convening expert working groups and producing scientific reports. In several reports, IARC has reviewed the health effects of talc and its constituents. IARC {, 2012 #53724;IARCtalc, 2010 #44414;IARC, 1987 #1;, 1987 #43799}

In 2006, IARC convened an expert working group to evaluate the carcinogenicity of several agents including carbon black, titanium dioxide, and talc, by reviewing the scientific literature to that date. The report of that working group was published in the IARC Monograph 93 in 2010 (IARCtalc 2010) The aim was to review talc without asbestiform fibers, as that had been covered in a previous Monograph supplement in which talc with asbestiform fibers was classified as Group 1 "carcinogenic to humans." IARC(1987) From the studies that had been published up through 2006, the working group determined that perineal use of talc-based body powder is possibly carcinogenic to humans (Group 2B carcinogen). After completion of the working group evaluation, a subset of members published a review in 2008 of epidemiologic studies on genital exposure to talcum powder products and ovarian cancer risk. (Langseth, Hankinson et al. 2008) These authors concluded that, on balance, the epidemiologic evidence suggested that use of cosmetic talc in the perineal area may be associated with ovarian cancer risk.

In 2012, IARC published a report of an expert working group that reviewed the scientific literature on several agents to determine their carcinogenicity. This was done as part of the IARC Monographs, the ongoing work of IARC to determine the carcinogenicity of agents with which humans come in contact. The group of agents reviewed for this Monograph (numbered 100C) was: arsenic, metal, fibers (including asbestos), and dust. In this report, IARC classified asbestos as a Group 1 "carcinogenic to humans." The Monograph stated (page 256): "The Working Group noted that a causal association between exposure to asbestos and cancer of the ovary was clearly established…".

Given the considerable number of individual, pooled, and meta-analytic studies published subsequent to the 2008 Monograph, IARC has determined that the re-review of carcinogenicity of domestic talc

95

products is high priority and has scheduled a comprehensive review in 2024. IARC(2019)
(https://monographs.iarc.who.int/iarc-monographs-volume-136/ accessed 11/14/23).

The epidemiologic studies reviewed in these IARC reports are included in the present expert report.


## Summary of Findings: Weight of the Evidence/Bradford Hill Analysis

The summary relative risk estimates from the most recent meta-analyses (Berge, Mundt et al. 2017, Penninkilampi and Eslick 2018, Kadry Taher, Farhat et al. 2019) and the pooled analysis (Terry, Karageorgi et al. 2013) indicate that women who have ever used talcum powder products in the perineal/genital areas have approximately 22-31% increased risk of developing ovarian cancer compared with never-users. Additional analyses from a meta-analysis focused on high-frequency exposure (2 or more times/week) to talcum powder products in the genital areas found a 47% increased risk of ovarian cancer (odds ratio 1.47, 95% CI 1.31-1.65, p<0.0001). (Woolen, Lazar et al. 2022)


This review of the association between talcum powder products in the perineal/genital area produced several clear findings. Below, they are outlined according to the aspects of causality as described by Bradford Hill. (Hill 1965)  The epidemiologic evidence in total, along with the biological and pathological evidence, fits virtually all of the Bradford Hill aspects for causation, namely: the strength of the association, consistency across populations, specificity, temporality, biologic gradient (dose-response), plausibility, coherence, experiment, and analogy.


***Strength of the association and statistical significance***: The meta-analyses and pooled analysis showed that risk of ovarian cancer among ever users of talcum powder products is 22-31% higher than in women who never used these products. A total of 28 case-control studies, 3 prospective cohort studies, 4 meta-analyses, and 4 pooled analyses were reviewed in depth. The most recent meta-analysis found a statistically significant 38% increased risk of developing serous ovarian cancer (odds ratio 1.38, 95% CI 1.22-1.56) (Kadry Taher, Farhat et al. 2019)—representing 52% of epithelial ovarian cancer cases (Torre, Trabert et al. 2018) —in women who had ever used talcum powder products compared with never-users. The pooled case-control analysis, which included data from 5 previously published and 3 unpublished case-control studies, found similar statistically significant increased risks for overall

epithelial ovarian cancer and serous ovarian cancer (24% and 20%, respectively). The pooled cohort study found a 13% increased risk for ovarian cancer with talcum powder product use in women with patent genital tracts. The recent Woolen et al. analysis found a statistically significant 47 % increased risk for ovarian cancer with frequent use of talcum powder products to the genital areas. Thus, when combining these studies through meta-analyses, the totality of the evidence shows a statistically significant increased risk of ovarian cancer with use of perineal talcum powder products. In addition, the updated Sister Study analyses, with recall bias correction, showed a 40%, statistically significant, increased risk with lifetime assessment of genital talc use. Furthermore, risk of ovarian cancer was greater than 2 times higher in women with high frequency and/or high duration of use of genital talc, results that were statistically significant.

Viewed in the context of the high consistency of the study results across time, diverse study populations, and strong study designs, bias and chance as explanation for the increased risk are unlikely. Further, my confidence in the reliability of the data on magnitude of the risk is enhanced. Therefore, my analysis of these studies strongly supports a causal association and, given the high prevalence of use of talcum powder products in this population, these levels of risk present a clinically significant public health concern. I placed high weight on this aspect of determination of causality.

**Consistency of the association:** Across the case-control and cohort studies, the association between use of talcum powder products and risk of ovarian cancer was highly consistent. As indicated above, the case-control studies included population-based and hospital-based studies from a diverse geographic area across the U.S., as well as Australia, Canada, the UK, Israel, Greece, and China. Of the 28 studies, 24 found odds ratio greater than 1.1 for ovarian cancer in women who had any perineal exposure to talcum powder products, compared with never users (Cramer, Welch et al. 1982, Hartge, Hoover et al. 1983, Whittemore, Wu et al. 1988, Booth, Beral et al. 1989, Chen, Wu et al. 1992, Harlow, Cramer et al. 1992, Rosenblatt, Szklo et al. 1992, Cramer and Xu 1995, Purdie, Green et al. 1995, Shushan, Paltiel et al. 1996, Chang and Risch 1997, Cook, Kamb et al. 1997, Green, Purdie et al. 1997, Godard, Foulkes et al. 1998, Cramer, Liberman et al. 1999, Ness, Grisso et al. 2000, Mills, Riordan et al. 2004, Merritt, Green et al. 2008, Wu, Pearce et al. 2009, Rosenblatt, Weiss et al. 2011, Kurta, Moysich et al. 2012, Wu, Pearce et al. 2015, Cramer, Vitonis et al. 2016, Schildkraut, Abbott et al. 2016). Of these 24 odds ratio estimates, 16 were statistically significant (95% confidence intervals excluded 1.0 or p value $\leq$ 0.05). Among the 8 studies which were not statistically significant, 7 had a sample size lower than that estimated to be

needed to have power to detect a statistically significant result. Furthermore, the increased risk of ovarian cancer with use of talcum powder products has been seen in various race/ethnic groups as well as in diverse geographic areas around the world. The recent analysis of African-American and White women by Davis et al. showed that both African-American and White women have elevated risk of ovarian cancer if they had used talcum powder products in the genital area. (Davis, Bandera et al. 2021) While two of the cohort studies on average showed more attenuated relative risks of ovarian cancer in relation to use of talcum powder product use, these studies were not well designed to determine true risk for ovarian cancer and perineal talc use. Therefore, their results as a group do not negate the significant case-control study findings and the significant results of the meta-analyses and the pooled analyses. The Sister Study, with its updated lifetime exposure data and recall bias correction, found relative risks of ovarian cancer that were similar to or higher than those seen in many of the case-control studies. Therefore, on average, the cohort studies show considerable consistency with the case-control studies.

The comprehensive meta-analysis by Penninkilampi *et al.*, assessed consistency across the studies included in their analysis by measuring heterogeneity with Cochran's $Q$ statistic, with $P < 0.10$ indicating heterogeneity. (Penninkilampi and Eslick 2018) They then quantified the degree of heterogeneity using the $I^2$ statistic. The $I^2$ statistic represents the fraction of the total variability across studies that is due to heterogeneity. The authors categorized $I^2$ values of 25%, 50%, and 75% as corresponding to low, moderate, and high degrees of heterogeneity, respectively, which is typical for meta-analyses. (Higgins and Thompson 2002) The authors found that there was no heterogeneity in the relative risk estimates for exposure to talcum powder products in the perineal area, or on diaphragms or sanitary napkins. Even though the 95% confidence intervals contained 1.0 in the cohort studies, given the clearly increased relative risk across the case-control studies, the trend toward increased risk in two of the three cohort studies, and the results from the Penninkilampi et al. meta-analysis, it is my opinion that this did not occur by chance but is, in fact, a true causal relationship.

The consistency across studies, led by many investigators, using different study designs, and in diverse ethnic, racial, and geographic populations over a period of nearly 35 years weighs heavily as to the consistency and reliability of the data in favor of a causal risk. Accordingly, I placed high weight on this factor in my causation analysis.

**Specificity of the association:** Use of talcum powder products is strongly associated with epithelial ovarian cancer. Analyses by histologic subtype of epithelial ovarian cancer found that serous ovarian cancer appeared to be most strongly and consistently related to talc exposure, although the pooled case-control project found associations some other subtypes of ovarian cancer. Mucinous cancers have been consistently found to be unrelated to use of these products. Therefore, the specificity aspect is present for epithelial ovarian cancer and certain subtypes. The Sister Study updated cohort analyses showed no increased risk of breast or uterine cancer, which supports specificity for ovarian cancer and genital talc exposure. However, because many carcinogens have been shown to cause diverse and nonspecific morbidities, such as smoking, I weighed this aspect moderately in my causal analysis as compared to other Bradford Hill factors.

**Temporality**: The epidemiologic studies that looked at lifetime talcum powder product use supported that exposure to these products predated the diagnosis of ovarian cancer. I did not find any evidence of 'reverse causation', e.g., using talcum powder products to alleviate symptoms associated with ovarian cancer, nor do any investigators report finding reverse causation. Importantly, symptoms related to ovarian cancer (bloating, increased abdominal size, abdominal pain, pelvic pain, difficulty eating, feeling full quickly) (Goff, Mandel et al. 2007) are not vaginal or perineal in origin, and would be unlikely to induce women to increase use of talcum powder products. The finding of temporality is an important component in the causal analysis and, as such, I place high weight in its applicability to the determination of causality.

**Biologic gradient/ dose-response:** The earlier studies were less likely to address dose-response associations. The larger, and more recent studies, however, collected important data that inform dose-response relationships. Many of the 28 case control studies found evidence of a dose-response effect. Most often, this took the form of lifetime numbers of applications of talcum powder products or years of use. Thus, while there were studies that did not look for or find a dose-response, the body of literature when taken as a whole does indicate a dose-response effect. Some studies did not gather detailed dose data such as frequency of use or length of use. Others gathered either frequency of the use or duration of use, but not both. As with smoking, ascertainment of frequency x duration of exposure (cumulative exposure) is an optimal metric to determine true dose-response effects.  The meta-analyses and the pooled analysis also found evidence of relationships between increasing amount of exposure to talcum powder products in the perineal/genital area (including frequency, years of use,

and estimates of lifetime applications) and increased risk of developing epithelial ovarian cancer (i.e., dose-response relationships). The Sister Study cohort, with its lifetime genital talc exposure data, found strong, statistically significant increased risk of ovarian cancer with increasing frequency and with increasing duration of exposures, with p-trend tests that were statistically significant.

The most recent meta-analysis found that the highest frequency of exposure to talc in the perineal area was associated with the highest relative risk, which is indicative of dose-response.(Kadry Taher, Farhat et al. 2019) The authors, Taher et al, also estimated cumulative exposure with talc-years and stated that: "Overall, the graphical results …suggest a possible increasing trend in ovarian cancer risk with increasing cumulative exposure to talc…" The recent meta-analysis of Woolen et al found a statistically significant 47% increased risk of ovarian cancer in women who had frequent exposure to talc in the perineal area (2 or more times per week); (Woolen, Lazar et al. 2022) this strongly supports a dose-response effect since lower levels of exposure across studies show lower levels of elevated risk.

Thus, the studies that accurately determined use of talcum powder products revealed evidence of dose-response effects. When present, the finding of a biologic gradient/dose-response is helpful in determining causation. The findings within the study data, particularly meta-analyses and the pooled analysis, thus, supports my causal analysis and I placed high weight on this factor.

**Plausibility**: In my consideration of whether talcum powder products can cause cancer, I considered the data for biologically plausible mechanisms by which exposure to talc could result in ovarian cancer. In that regard, I assessed data and determined that talcum powder products can migrate from the perineum through the female genital tract to the ovaries; talcum powder products are found in ovarian and fallopian tube tissues; talcum powder products can induce an inflammatory response; and because of the inflammatory response, malignant transformation can occur.  Support for these finding comes from reliable, peer-reviewed scientific literature which indicates that talcum powder products can migrate from the perineum up the genital tract to the fallopian tubes and ovaries and become imbedded in the ovarian tissue.  Thus, it is biologically plausible that genital exposure to talcum powder products can result in exposure to the ovaries. The findings that ovarian cancer risk is highest in women with patent reproductive tracts supports the biological plausibility also.

Data also plausibly indicates that inhalation of talcum powder products can result in exposure leading to cancer, including mesothelioma.  Studies also show that talcum powder products can be absorbed and transported via the lymphatic system or blood stream. Therefore, inhalation of talcum powder products could result in similar ovarian exposure.   Published scientific data shows that talc reaches the ovary and becomes imbedded in the ovarian tissue.  There are reliable data to support that talc induces an inflammatory response which mediates oxidative stress, release of cytokines and resulting genotoxicity which can induce malignant transformation. Further, the presence of asbestos and other constituents in the talcum powder products such as asbestos, heavy metals, and fragrance have been shown to induce cancer by similar mechanisms.

While I have considered the data that do not support the plausibility of talcum powder products' carcinogenicity, otherwise overwhelming and reliable evidence indicates that there are biologically plausible mechanisms by which talcum powder products can induce ovarian carcinogenicity. Talc and its constituents can reach the ovaries, induce an inflammatory response that leads to genotoxicity and to development of ovarian cancer. While this mechanism of carcinogenicity is not proven, it is highly biologically plausible based on the present scientific information and understanding. Therefore, I placed high weight on this aspect of determination of causality.

**Coherence**: The cause-and-effect interpretation of the data on talcum powder product use and risk of ovarian cancer clearly do not significantly conflict with the known facts about the natural history and biology of the disease. Increased inflammation has been linked to risk of ovarian cancer, and talc and other contents of talcum powder products elicit inflammatory responses within areas of the body in which they have been found (i.e. ovary, peritoneum, lymph nodes, etc.). These mechanisms are consistent with one another and the accepted understanding of the role of inflammation in carcinogenesis. While these factors support a causal association and my opinions in this regard, I do not weigh them quite as heavily as the strength and consistency of the association.

**Experiment**: As discussed above, the evidence from randomized controlled trials can provide strong support to observational evidence. However, here, randomized controlled trials are neither feasible nor ethical, similar to smoking and lung cancer. This is because ovarian cancer is a rare disease and typically takes decades to develop to be clinically diagnosable. In addition, because the effects of genital talcum powder product use could be harmful, it would be unethical to conduct a trial of this type. Furthermore,

101

the studies involving migration of talc, the inflammatory process and its association with carcinogenesis all contribute in a compelling manner to the causal analysis. While there are experimental data supporting causation from cell studies and animal models, given the inability to conduct experimental studies in humans to test effects of talcum powder products on ovarian cancer development, there are no human experimental data. Despite this, data from reliable observational studies as described in this report strongly support causation. Therefore, I placed slight weight to this aspect of determination of causality.

**Analogy:** As analogy to talc carcinogenesis, there is strong evidence of carcinogenic fibers, e.g. asbestos, causing ovarian cancer as determined by IARC and government agencies. (Nowak, Schmalfeldt et al. 2021) A mechanism proposed for talc carcinogenesis to the ovary, e.g., inflammation, is also a proposed mechanism for asbestos' carcinogenic effect on mesothelium to cause mesothelioma (IARC 2010 100C). (2010) I placed high weight on this aspect of causality determination.

## CONCLUSION

In conclusion, it is my professional opinion, stated to a medical and scientific degree of certainty, that based on the totality of the evidence, which includes epidemiological, biological, pathological and mechanistic data, perineal use of talcum powder products can cause ovarian cancer.

## Tables: Epidemiological Studies of Talcum Powder Product Use and Risk of Ovarian Cancer

## Table 1: Case-Control Studies

| Study | Country | No. Cases | No. Non-cases | Source of participants | Odds Ratio All Ovarian Ca, Any Perineal Talc Use (95% CI) | Odds Ratio Serous Ovarian Ca, Any Perineal Talc Use (95% CI) | Dose-response? |
|---|---|---|---|---|---|---|---|
| Schildkraut 2016 (Schildkraut, Abbott et al. 2016) | U.S. | 584 | 745 | Population | 1.44 (1.11-1.86) | 1.38 (1.03-1.85) | Yes, OR's: < 3600 apps 1.16 $\geq$ 3600 apps 1.67 $p_{trend}$ < 0.01 |
| Cramer 2016 (Cramer, Vitonis et al. 2016) | U.S. | 2041 | 2100 | Population | 1.33 (1.16-1.52) | 1.42 (a) (1.19-1.69) | Yes > 24 talc-years: OR 1.49 $p_{trend}$ = 0.02 |
| Wu 2015 (Wu, Pearce et al. 2015) | U.S. | 1701 | 2391 | Population | 1.46 (1.27-1.69) | Not addressed | Yes, per 5-years talc: OR 1.14 (95% CI 1.09-1.20) |
| Kurta 2012 (Kurta, Moysich et al. 2012) | U.S. | 902 | 1802 | Population | 1.4 (1.16–1.69) | Not addressed | Not addressed |
| Rosenblatt 2011 (Rosenblatt, Weiss et al. 2011) | U.S. | 812 | 1313 | Population | 1.27 (0.97-1.66) | 1.47 (borderline) (0.84-2.56) 1.01 (invasive) (0.69-1.47) | No (lifetime number of apps, years of use) |
| Wu 2009 (Wu, Pearce et al. 2009) | U.S. | 609 | 688 | Population | 1.53 (1.13-2.09) | 1.70 (1.27-2.28) | Yes, lifetime apps OR: <=5200: 1.20 >5200 to <=15600: 1.38 >15,600 to |

103

| | | | | | | | <=52000: 1.34<br>>52000: 1.99<br>$p_{trend}$ = 0.0004 |
|---|---|---|---|---|---|---|---|
| Moorman 2009 (Moorman, Palmieri et al. 2009) | U.S. | 1114 | 1086 | Population | Whites: 1.04 (0.82-1.33)<br>Blacks: 1.19 (0.68-2.09) | Not addressed | Not addressed |
| Merritt 2008 (Merritt, Green et al. 2008) | Australia | 1576 | 1509 | Population | 1.17 (1.01-1.36) | 1.21 (1.03-1.44) | Yes, OR:<br>None 1.0<br>> 0-10 yrs 1.13<br>> 10-25 yrs 1.08<br>> 25 yrs 1.29<br>$p_{trend}$ = 0.02<br>(similar stat sign trend for serous) |
| Mills 2004 (Mills, Riordan et al. 2004) | U.S. | 256 | 1122 | Population | 1.37 (1.02-1.85) | 1.77 (1.12-2.8) | No (freq X dur), OR<br>Never 1.0<br>Q1 1.03<br>Q2 1.81<br>Q3 1.74<br>Q4 1.06<br>$p_{trend}$ = 0.05 |
| Ness 2000 (Ness, Grisso et al. 2000) | U.S. | 767 | 1367 | Population | 1.5 (1.1-2.0) | Not addressed | No (duration only) |
| Cramer 1999 (Cramer, Liberman et al. 1999) | U.S. | 563 | 523 | Population | 1.60 (1.18 - 2.15) | 1.38 (borderline) (0.82, 2.31)<br><br>1.70 (invasive) (1.22, 2.39) | Yes, lifetime apps when fallopian tubes patent: OR<br>< 3000: 1.54<br>3000-10,000: 1.72<br>>10,000: 1.80 |
| Wong | U.S. | 499 | 755 (non- | Hospital | 0.92 (.24-3.62) | 1.2 (0.7-2.1) | No (duration only) |

| 1999 (Wong, Hempling et al. 1999) | | | GYN cancer patients) | | | | |
|---|---|---|---|---|---|---|---|
| Godard 1998 (Godard, Foulkes et al. 1998) | Canada | 170 | 170 | Population | 2.49 (0.94-6.58) | Not addressed | Not addressed |
| Green 1997 (Green, Purdie et al. 1997) | Australia | 824 | 855 | Population | 1.3 (1.1-1.6) | Not addressed | No (duration only, data not shown) |
| Cook 1997 (Cook, Kamb et al. 1997) | U.S. | 313 | 422 | Population | 1.5 (1.1-2.3) | 1.70 (1.1-2.50) | No (cumulative lifetime days) |
| Chang 1997 (Chang and Risch 1997) | Canada | 450 | 564 | Population | 1.42 (1.08-1.86) | 1.34 (0.96-1.85) | No (frequency or duration) |
| Shushan 1996 (Shushan, Paltiel et al. 1996) | Israel | 200 | 408 | Population | 2.0 (p=0.04) | Not addressed | Not addressed |
| Cramer 1995 (Cramer and Xu 1995) | U.S. | 450 | 454 | Population | 1.6 (1.2-2.1) | Not addressed | Not addressed |
| Purdie 1995 (Purdie, Green et al. 1995) | Australia | 824 | 860 | Population | 1.27 (1.04-1.54) | Not addressed | Not addressed |
| Tzonou 1993 (Tzonou, Polychronopoulou et al. 1993) | Greece | 189 | 200 | Hospital | 1.05 (0.28-3.98) | Not addressed | Not addressed |
| Rosenblatt 1992 (Rosenblatt, Szklo et al. 1992) | U.S. | 77 | 46 | Hospital | 1.7 (0.7-3.9) | Not addressed | Yes: >= 37.4 years vs. < 37.4 years: OR 2.4 |
| Chen | China | 112 | 224 | Population | 3.9 (0.9-10.63) | Not addressed | Not addressed |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1992 (Chen, Wu et al. 1992) | | | | | | | |
| Harlow 1992 (Harlow, Cramer et al. 1992) | U.S. | 235 | 239 | Population | 1.5 (1.0-2.1) | 1.4 (.9-2.2) | Yes, lifetime applications, OR: < 1000: 1.3 1000-10,000: 1.5 > 10,000: 1.8 $p_{trend}$ = 0.09 |
| Booth 1989 (Booth, Beral et al. 1989) | U.K. | 235 | 451 | Hospital | Daily 1.3 (0.8-1.0) Weekly 2.0 (1.3-3.4) | Not addressed | Yes, RR: Never 1.0 Rarely 0.9 Monthly 0.7 Weekly 2.0 Daily 1.3 $p_{trend}$ = 0.05 |
| Harlow 1989 (Harlow and Weiss 1989) | U.S. | 116 border-line only | 158 | Population | 1.1 (0.7-2.1) | Not addressed | Not addressed |
| Whittemore 1988 (Whittemore, Wu et al. 1988) | U.S. | 188 | 539 | Hospital + population | 1.45 (p=0.06) | Not addressed | 1-20 applications/ mo RR 1.27 (0.82-1.96) > 20 apps/mo RR 1.45 (0.94-2.22) No $p_{trend}$ provided |
| Hartge 1983 (Hartge, Hoover et al. 1983) | U.S. | 135 | 171 | Hospital | 2.5 (0.7-10.0) | Not addressed | Not addressed |
| Cramer 1982 (Cramer, Welch et al. 1982) | U.S. | 215 | 215 | Population | 1.92 (1.27-2.89) | Not addressed | Not addressed |

Table 2: Prospective Cohort Studies

| Study Year Published | Country | No. Cases | No. Non-cases | Baseline Age | Years of Follow-up | RR All Ovarian Ca, Any Perineal Talc Use (95% CI) | RR Serous Invasive Ovarian Ca, Any Perineal Talc Use | Dose-response |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Sister Study Gonzalez, 2016 (Gonzalez, O'Brien et al. 2016) | U.S. | 154 | 41,500 | 54.8 | Median 6.6 years | 0.73 (0.44-1.21) | Not addressed | Not addressed |
| | | | | | | | | |
| Sister Study Update (O'Brien, Wentzensen et al. 2024) | U.S. | 292 | 40,536 | Mean years of age: By genital talc use: No 55.6 Yes 55.8 Missing 53 | Mean f/u years: By genital talc use: No: 12.9 Yes: 13.2 Missing: 9.4 | Recall bias corrected: 1.4 (1.04-1.89 | Recall bias corrected: 1.62 (1.06-2.48) | Yes, RRs Frequency use: Sometimes: 1.18 Frequent: 1.81 p-trend 0.001 Duration use: 1 decade: 1.17 2+ decades: 2.01 p-trend 0.001 |
| | | | | | | | | |
| Women's Health Initiative Houghton, 2014 (Houghton, Reeves et al. 2014) | U.S. | 429 | 61,147 | 63.3 | Mean 12.4 years | 1.06 (0.87-1.28) | 1.13 (0.84-1.51) | No (< 9 vs. 10+ years); no frequency data collected |

107

| Nurses Health Study Gertig, 2000 (Gertig, Hunter et al. 2000) | U.S. | 307 | 78,323 | 36-61 years in 1982 (year of talcum powder product use data collected) | Not provided | 1.09 (0.86-1.37) (ever use perineal talc vs. never use) | 1.40 (1.02-1.91) | No (only frequency data collected, no duration data) |
|---|---|---|---|---|---|---|---|---|
| Nurses Health Study Gates, 2008 (Gates, Tworoger et al. 2008) | U.S. | 210 | 600 | 36-61 years in 1982 (year of talcum powder product use data collected) | Not provided | 1.24 (0.83-1.83) (≥1/wk vs. < 1/wk) | 1.48 (0.82-2.68) (≥1/wk vs. < 1/wk) | Yes: RR's < 1/wk 0.98 1-6/wk 1.01 > 6/wk 1.44 |
| Nurses Health Study Gates, 2010 (Gates, Rosner et al. 2010) | U.S. | 797 | 78,323?? | 6-61 years in 1982 (year of talcum powder product use data collected) | Not provided | 1.06 (0.89-1.28) (≥1/wk vs. < 1/wk) | 1.06 (0.84-1.35) | Not addressed |
| | | | | | | | | |

108

Table 3: Meta-analyses

| Study | Number of Studies | Number of Cases | Relative Risk All Ovarian Ca, Any Perineal Talc Use (95% CI) | Relative Risk Serous Ovarian Ca, Any Perineal Talc Use (95% CI) | Dose-Response |
|---|---|---|---|---|---|
| Woolen (Woolen, Lazar et al. 2022) | 11 | 6542 | 1.47 (1.31-1.65) | Not addressed | Yes (only frequent talc use vs. none was analyzed): |
| Taher 2019 (Kadry Taher, Farhat et al. 2019) | 27 | 16,005 | 1.28 (1.20–1.37) | 1.38 (1.22-1.56) | Yes, frequency: Low: 1.22 Medium: 1.22 High: 1.39 |
| Penninkilampi 2018 (Penninkilampi and Eslick 2018) | 27 | 14,311 | 1.31 (1.24-1.39) | 1.32 (1.22-1.43) | Yes: OR 1.32 for < 3600 applications; OR 1.42 for > 3600 applications |
| Berge 2017 (Berge, Mundt et al. 2017) | 27 | Not provided, should be same as Penninkilami above | 1.22 (1.13–1.30) | 1.24 (1.15–1.34) | Yes for duration and frequency: 1) RR per 10-year use 1.16 (95% CI 1.07-1.26); 2) RR per weekly use 1.05 (95% CI 1.04-1.07) |
| Langseth 2008 (Langseth, Hankinson et al. 2008) | 20 | Not provided | 1.35 (1.26-1.46) | Not addressed | Not addressed |
| Huncharek 2003 (Huncharek, Geschwind et al. 2003) | 16 | 5260 | 1.33 (1.16-1.45) | Not addressed | No summary estimates calculated. Dose response addressed in 9/16 source studies: no dose-response apparent |
| Cramer 1999 (Cramer, Liberman et al. 1999) | 14 | 3834 | 1.4 (1.2-1.5) | Not addressed | Not addressed |

| Gross 1995 (Gross and Berg 1995) | 10 (N=5 studies with adjusted data and limited to epithelial ovarian cancers) | 1509 | 1.29 (1.02-1.63) | Not addressed | Not addressed |
| Harlow 1992 (Harlow, Cramer et al. 1992) | 6 | 1106 | 1.3 (1.1-1.6) | Not addressed | Not addressed |

Table 4: Pooled Analyses

| | Number of Studies | Number of Cases | Odds Ratio All Ovarian Ca, Any Perineal Talc Use (95% CI) | Odds Ratio Serous Ovarian Ca, Any Perineal Talc Use (95% CI) | Dose-Response All Ovarian Cancer |
|---|---|---|---|---|---|
| Davis 2021 (Davis, Bandera et al. 2021) | 5 | 620 African-American; 2800 White | AA: 1.22 (0.97-1.53) Wh: 1.36 (1.19–1.57) | AA: 1.31 (1.01–1.71) Wh:1.33 (1.12–1.56) | No: similar associations for frequency (≤ 1/wk vs >1/wk) or duration (≤20 vs >20 yrs.) |
| Phung 2022 (Phung, Muthukumar et al. 2022) | 9 | 8500 | Without endometriosis: 1.12 (1.01-1.25) With endometriosis: 1.38 (1.04-1.84) | Not addressed | Not addressed |
| Terry 2013 (Terry, Karageorgi et al. 2013) | 8 | 8,525 | 1.24 (1.15–1.33) | 1.20 (invasive) (1.09–1.32) | Yes. OR (95% CI) by quartiles of lifetime applications vs. never use, non-mucinous cases only: Q1 1.18 (1.02-1.36) Q2 1.22 (1.06-1.41) Q3 1.22 (1.06-1.40) Q4 1.37 (1.19-1.58) |
| O'Brien 2020 (O'Brien, Tworoger et al. 2020) | 4 | 2168 | Overall: 1.08 (.99-1.17) Patent genital tract: 1.13 (1.01-1.26) | 1.10 (0.97-1.25) | Unable to assess across all cohorts |

## Figure 1: Meta-Analyses and Pooled Analyses

| Meta-Analyses | Studies | Cases | DR | RR | CI L | CI U | ▼Decreased Risk▼ | ▲Increased Risk▲ |
|---|---|---|---|---|---|---|---|---|
| Woolen (2022) | 11 | 6,542 | Yes | 1.47 | 1.31 | 1.65 | | |
| Taher (2018) | 27 | 17,149 | Yes | 1.28 | 1.2 | 1.37 | | |
| Penninkilampi (2018) | 27 | 14,311 | Yes | 1.31 | 1.24 | 1.39 | | |
| Berge (2018) | 27 | N/A[1] | Yes | 1.22 | 1.13 | 1.3 | | |
| Langseth (2008) | 20 | N/A[1] | N/A | 1.35 | 1.26 | 1.46 | | |
| Huncharek (2003) | 16 | 5,260 | No[2] | 1.33 | 1.16 | 1.45 | | |
| Cramer (1999) | 14 | 3,834 | N/A | 1.4 | 1.2 | 1.5 | | |
| Gross (1995) | 10[3] | 1,509 | N/A | 1.29 | 1.02 | 1.63 | | |
| Harlow (1992) | 6 | 1,106 | N/A | 1.3 | 1.1 | 1.6 | | |
| **Pooled Analyses** | **Studies** | **Cases** | **DR** | **RR** | **CI L** | **CI U** | | |
| Terry (2013) | 8 | 8,525 | Yes | 1.24 | 1.15 | 1.33 | | |
| O'Brien (2020) | 4 | 2,168 | No | 1.08 | 0.99 | 1.17 | | |
| ↳ Patent Reproductive Tract | 4 | 1,384 | Yes | 1.13 | 1.01 | 1.26 | | |
| Davis (2021) | 5 | AA:620[4] | No | 1.22 | 0.97 | 1.53 | | |
| | | Wh:2,800[5] | | 1.36 | 1.19 | 1.57 | | |



```
0.5                         1                         2
```

[1] Number of cases not provided.

[2] No summary estimates calculated. Dose response addressed in 9/16 source studies: no dose-response apparent.

[3] N=5 studies with adjusted data and limited to epithelial ovarian cancers.

[4] African American

[5] White

## Figure 2: Case-Control and Cohort Studies

| Case-Control Studies | Natl | Cases | Controls | Pop | DR | RR | CI L | CI U | ▼Decreased Risk▼ ▲Increased Risk▲ |
|---|---|---|---|---|---|---|---|---|---|
| Schildkraut (2016) | US | 584 | 745 | Pop. | Yes | 1.44 | 1.11 | 1.86 | |
| Cramer (2016) | US | 2041 | 2100 | Pop. | Yes | 1.33 | 1.16 | 1.52 | |
| Wu (2015) | US | 1791 | 2391 | Pop. | Yes | 1.46 | 1.27 | 1.69 | |
| Kurta (2012) | US | 902 | 1802 | Pop. | N/A | 1.4 | 1.16 | 1.69 | |
| Rosenblatt (2011) | US | 812 | 1313 | Pop. | No | 1.27 | 0.97 | 1.66 | |
| Wu (2009) | US | 609 | 688 | Pop. | Yes | 1.53 | 1.13 | 2.09 | |
| Moorman (2009) - Wh | US | 1114 | 1086 | Pop. | N/A | 1.04 | 0.82 | 1.33 | |
| Moorman (2009) - AA | US | 1114 | 1086 | Pop. | N/A | 1.19 | 0.68 | 2.09 | |
| Merritt (2008) | Aus | 1576 | 1509 | Pop. | Yes | 1.17 | 1.01 | 1.36 | |
| Mills (2004) | US | 256 | 1122 | Pop. | No | 1.37 | 1.02 | 1.85 | |
| Ness (2000) | US | 767 | 1367 | Pop. | Incpl | 1.5 | 1.1 | 2.0 | |
| Cramer (1999) | US | 563 | 523 | Pop. | Yes | 1.6 | 1.18 | 2.15 | |
| Wong (1999) | US | 499 | 755 | Hosp. | Incpl | 0.92 | 0.24 | 3.62 | |
| Godard (1998) | Can | 170 | 170 | Pop. | N/A | 2.49 | 0.94 | 6.58 | |
| Green (1997) | Aus | 824 | 855 | Pop. | Incpl | 1.3 | 1.1 | 1.6 | |
| Cook (1997) | US | 313 | 422 | Pop. | No | 1.5 | 1.1 | 2.0[6] | |
| Chang (1997) | Can | 450 | 564 | Pop. | No | 1.42 | 1.08 | 1.86 | |
| Shushan (1996) | Isr | 200 | 408 | Pop. | N/A | 2 | 1.06[7] | 3.66[2] | |
| Cramer (1995) | US | 450 | 454 | Pop. | N/A | 1.6 | 1.2 | 2.1 | |
| Purdie (1995) | Aus | 824 | 860 | Pop. | N/A | 1.27 | 1.04 | 1.54 | |
| Tzonou (1993) | Gre | 189 | 200 | Hosp. | N/A | 1.05 | 0.28 | 3.98 | |
| Rosenblatt (1992) | US | 77 | 46 | Hosp. | Yes | 1.7 | 0.7 | 3.9 | |
| Chen (1992) | Chn | 112 | 224 | Pop. | N/A | 3.9 | 0.9 | 10.63 | |
| Harlow (1992) | US | 235 | 239 | Pop. | Yes | 1.5 | 1.0 | 2.1 | |
| Booth (1989) – daily | UK | 235 | 451 | Hosp. | Yes | 1.3 | 0.8 | 1.9[1] | |
| Booth (1989) – wkly | UK | 235 | 451 | Hosp. | Yes | 2.0 | 1.3 | 3.4 | |
| Harlow (1989) | US | 116 | 158 | Pop. | N/A | 1.1 | 0.7 | 2.1 | |
| Whittemore (1988) | US | 188 | 539 | H&P | Yes | 1.45 | 0.81[1] | 2.60[1] | |
| Hartge (1983) | US | 135 | 171 | Hosp. | N/A | 2.5 | 0.7 | 10.0 | |
| Cramer (1982) | US | 215 | 215 | Pop. | N/A | 1.92 | 1.27 | 2.89 | |
| **Cohort Studies** | **Natl** | **Cases** | **Non** | **Flw Up** | **DR** | **RR** | **CI L** | **CI U** | |
| O'Brien (2024) | US | 292 | 40,536 | 13 | Yes | 1.4 | 1.04 | 1.89 | |
| Gonzalez (2016) | US | 154 | 41,500 | 6.6 | N/A | 0.73 | 0.44 | 1.2[1] | |
| Houghton (2014) | US | 429 | 61,147 | 12.4 | Incpl | 1.06 | 0.87 | 1.28 | |
| Gertig (2000) | US | 307 | 78,323 | N/A | Incpl | 1.09 | 0.86 | 1.37 | |
| Gates (2008) | US | 210 | 600 | N/A | Yes | 1.24 | 0.83 | 1.83 | |
| Gates (2010) | US | 797 | 78,323? | N/A | N/A | 1.06 | 0.89 | 1.28 | |

0.1        1        10

[6] Corrected data-point from study text (report figure: Cook 1997 CI Upper 2.3; Gonzalez CI Upper 1.21; Booth 1989 CI Upper 1.0; Whittemore CI p=0.06).

[7] Corrected data-point from defense expert report(s) (report figure: p=0.04).

# References

Chang, S. and H. A. Risch (1997). "Perineal talc exposure and risk of ovarian carcinoma." Cancer **79**(12): 2396-2401.

Cook, L. S., M. L. Kamb and N. S. Weiss (1997). "Perineal powder exposure and the risk of ovarian cancer." Am J Epidemiol **145**(5): 459-465.

Cramer, D. W., A. F. Vitonis, K. L. Terry, W. R. Welch and L. J. Titus (2016). "The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." Epidemiology **27**(3): 334-346.

Davis, C. P., E. V. Bandera, T. N. Bethea, F. Camacho, C. E. Joslin, A. H. Wu, A. Beeghly-Fadiel, P. G. Moorman, E. R. Myers, H. M. Ochs-Balcom, L. C. Peres, W. T. Rosenow, V. W. Setiawan, L. Rosenberg, J. M. Schildkraut and H. R. Harris (2021). "Genital powder use and risk of epithelial ovarian cancer in the Ovarian Cancer in Women of African Ancestry Consortium." Cancer Epidemiol Biomarkers Prev.

Gonzalez, N. L., K. M. O'Brien, A. A. D'Aloisio, D. P. Sandler and C. R. Weinberg (2016). "Douching, Talc Use, and Risk of Ovarian Cancer." Epidemiology **27**(6): 797-802.

Harris, H. R., C. P. Davis and K. L. Terry (2024). "Epidemiologic Methods to Advance Our Understanding of Ovarian Cancer Risk." J Clin Oncol: Jco2400602.

Imayama, I., C. M. Ulrich, C. M. Alfano, C. Wang, L. Xiao, M. H. Wener, K. L. Campbell, C. Duggan, K. E. Foster-Schubert, A. Kong, C. E. Mason, C. Y. Wang, G. L. Blackburn, C. E. Bain, H. J. Thompson and A. McTiernan (2012). "Effects of a caloric restriction weight loss diet and exercise on inflammatory biomarkers in overweight/obese postmenopausal women: a randomized controlled trial." Cancer Res **72**(9): 2314-2326.

Li, P., E. A. Stuart and D. B. Allison (2015). "Multiple Imputation: A Flexible Tool for Handling Missing Data." JAMA **314**(18): 1966-1967.

Mason, C., L. Xiao, I. Imayama, C. R. Duggan, K. E. Foster-Schubert, A. Kong, K. L. Campbell, C. Y. Wang, A. Villasenor, M. L. Neuhouser, C. M. Alfano, G. L. Blackburn and A. McTiernan (2013). "Influence of diet, exercise, and serum vitamin d on sarcopenia in postmenopausal women." Med Sci Sports Exerc **45**(4): 607-614.

Mills, P. K., D. G. Riordan, R. D. Cress and H. A. Young (2004). "Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California." Int J Cancer **112**(3): 458-464.

O'Brien, K. M., S. S. Tworoger, H. R. Harris, G. L. Anderson, C. R. Weinberg, B. Trabert, A. M. Kaunitz, A. A. D'Aloisio, D. P. Sandler and N. Wentzensen (2020). "Association of Powder Use in the Genital Area With Risk of Ovarian Cancer." Jama **323**(1): 49-59.

O'Brien, K. M., N. Wentzensen, K. Ogunsina, C. R. Weinberg, A. A. D'Aloisio, J. K. Edwards and D. P. Sandler (2024). "Intimate Care Products and Incidence of Hormone-Related Cancers: A Quantitative Bias Analysis." J Clin Oncol: Jco2302037.

Ogunsina, K., D. P. Sandler, J. D. Murphy, Q. E. Harmon, A. D'Aloisio A, D. D. Baird and M. O'Brien K (2023). "Association of genital talc and douche use in early adolescence or adulthood with uterine fibroids diagnoses." Am J Obstet Gynecol.

Rosenblatt, K. A., N. S. Weiss, K. L. Cushing-Haugen, K. G. Wicklund and M. A. Rossing (2011). "Genital powder exposure and the risk of epithelial ovarian cancer." Cancer Causes Control **22**(5): 737-742.

Schildkraut, J. M., S. E. Abbott, A. J. Alberg, E. V. Bandera, J. S. Barnholtz-Sloan, M. L. Bondy, M. L. Cote, E. Funkhouser, L. C. Peres, E. S. Peters, A. G. Schwartz, P. Terry, S. Crankshaw, F. Camacho, F. Wang and P. G. Moorman (2016). "Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES)." Cancer Epidemiol Biomarkers Prev **25**(10): 1411-1417.

Terry, K. L., S. Karageorgi, Y. B. Shvetsov, M. A. Merritt, G. Lurie, P. J. Thompson, M. E. Carney, R. P. Weber, L. Akushevich, W. H. Lo-Ciganic, K. Cushing-Haugen, W. Sieh, K. Moysich, J. A. Doherty, C. M. Nagle, A. Berchuck, C. L. Pearce, M. Pike, R. B. Ness, P. M. Webb, M. A. Rossing, J. Schildkraut, H. Risch and M. T. Goodman (2013). "Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls." Cancer Prev Res (Phila) **6**(8): 811-821.

Wu, A. H., C. L. Pearce, C. C. Tseng, C. Templeman and M. C. Pike (2009). "Markers of inflammation and risk of ovarian cancer in Los Angeles County." Int J Cancer **124**(6): 1409-1415.

(1987). "Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42." IARC Monogr Eval Carcinog Risks Hum Suppl **7**: 1-440.

(1987). "Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42." IARC Monogr Eval.Carcinog.Risks Hum.Suppl **7**: 1-440.

(1993). "NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)(Non-Asbestiform) in F344/N Rats and B6C3F1 Mice (Inhalation Studies)." Natl Toxicol Program Tech Rep Ser **421**: 1-287.

(2010). "Carbon Black, Titanium Dioxide, and Talc." IARC MONOGRAPHS ON THE EVALUATION OF CARCINOGENIC RISKS TO HUMANS **93**.

(2012). "ARSENIC, METALS, FIBRES, AND DUSTS VOLUME 100 C A REVIEW OF HUMAN CARCINOGENS." IARC MONOGRAPHS ON THE EVALUATION OF CARCINOGENIC RISKS TO HUMANS **100**.

(2019). "Advisory Group recommendations on priorities for the IARC Monographs." Lancet Oncol **20**(6): 763-764.

Acencio, M. M., F. S. Vargas, E. Marchi, G. G. Carnevale, L. R. Teixeira, L. Antonangelo and V. C. Broaddus (2007). "Pleural mesothelial cells mediate inflammatory and profibrotic responses in talc-induced pleurodesis." Lung **185**(6): 343-348.

Amrhein, V., S. Greenland and B. McShane (2019). "Scientists rise up against statistical significance." Nature **567**(7748): 305-307.

Anderson, G. L., H. L. Judd, A. M. Kaunitz, D. H. Barad, S. A. Beresford, M. Pettinger, J. Liu, S. G. McNeeley and A. M. Lopez (2003). "Effects of estrogen plus progestin on gynecologic cancers and associated diagnostic procedures: the Women's Health Initiative randomized trial." Jama **290**(13): 1739-1748.

Arellano-Orden, E., A. Romero-Falcon, J. M. Juan, M. Ocana Jurado, F. Rodriguez-Panadero and A. Montes-Worboys (2013). "Small particle-size talc is associated with poor outcome and increased inflammation in thoracoscopic pleurodesis." Respiration **86**(3): 201-209.

Arem, H., S. C. Moore, A. Patel, P. Hartge, A. Berrington de Gonzalez, K. Visvanathan, P. T. Campbell, M. Freedman, E. Weiderpass, H. O. Adami, M. S. Linet, I. M. Lee and C. E. Matthews (2015). "Leisure time

physical activity and mortality: a detailed pooled analysis of the dose-response relationship." JAMA Intern Med **175**(6): 959-967.

Berge, W., K. Mundt, H. Luu and P. Boffetta (2017). "Genital use of talc and risk of ovarian cancer: a meta-analysis." Eur J Cancer Prev.

Blount, A. M. (1991). "Amphibole content of cosmetic and pharmaceutical talcs." Environ Health Perspect **94**: 225-230.

Booth, M., V. Beral and P. Smith (1989). "Risk factors for ovarian cancer: a case-control study." Br J Cancer **60**(4): 592-598.

Bounin, A., B. Charbotel, B. Fervers and A. Bergeret (2014). "[Professional risk factors associated with the cancer of the ovary. Literature review]." Bull Cancer **101**(12): 1089-1108.

Bowling, A. (2005). "Mode of questionnaire administration can have serious effects on data quality." J Public Health (Oxf) **27**(3): 281-291.

Brieger, K. K., M. T. Phung, B. Mukherjee, K. M. Bakulski, H. Anton-Culver, E. V. Bandera, D. D. L. Bowtell, D. W. Cramer, A. DeFazio, J. A. Doherty, S. Fereday, R. T. Fortner, A. Gentry-Maharaj, E. L. Goode, M. T. Goodman, H. R. Harris, K. Matsuo, U. Menon, F. Modugno, K. B. Moysich, B. Qin, S. J. Ramus, H. A. Risch, M. A. Rossing, J. M. Schildkraut, B. Trabert, R. A. Vierkant, S. J. Winham, N. Wentzensen, A. H. Wu, A. Ziogas, L. Khoja, K. R. Cho, K. McLean, J. Richardson, B. Grout, A. Chase, C. M. Deurloo, K. Odunsi, B. H. Nelson, J. D. Brenton, K. L. Terry, P. D. P. Pharoah, A. Berchuck, G. E. Hanley, P. M. Webb, M. C. Pike and C. L. Pearce (2022). "High Prediagnosis Inflammation-Related Risk Score Associated with Decreased Ovarian Cancer Survival." Cancer Epidemiol Biomarkers Prev **31**(2): 443-452.

Buz'Zard, A. R. and B. H. Lau (2007). "Pycnogenol reduces talc-induced neoplastic transformation in human ovarian cell cultures." Phytother Res **21**(6): 579-586.

Caesar, J., M. Jordan and M. Hills (2017). "Case report: A rare case of eosinophilic cholecystitis presenting after talc pleurodesis for recurrent pneumothorax." Respir Med Case Rep **20**: 16-18.

Camargo, M. C., L. T. Stayner, K. Straif, M. Reina, U. Al-Alem, P. A. Demers and P. J. Landrigan (2011). "Occupational exposure to asbestos and ovarian cancer: a meta-analysis." Environ Health Perspect **119**(9): 1211-1217.

Campion, A., K. J. Smith, A. V. Fedulov, D. Gregory, Y. Fan and J. J. Godleski (2018). "Identification of Foreign Particles in Human Tissues using Raman Microscopy." Anal Chem.

Celentano, D., Szklo, M., & Gordis, Leon. (2019). Gordis epidemiology (6th ed.). Philadelphia, PA, Elsevier.

Chan, D. S., A. R. Vieira, D. Aune, E. V. Bandera, D. C. Greenwood, A. McTiernan, D. Navarro Rosenblatt, I. Thune, R. Vieira and T. Norat (2014). "Body mass index and survival in women with breast cancer--systematic literature review and meta-analysis of 82 follow-up studies." Ann Oncol.

Chang, S. and H. A. Risch (1997). "Perineal talc exposure and risk of ovarian carcinoma." Cancer **79**(12): 2396-2401.

Chen, Y., P. C. Wu, J. H. Lang, W. J. Ge, P. Hartge and L. A. Brinton (1992). "Risk factors for epithelial ovarian cancer in Beijing, China." Int J Epidemiol **21**(1): 23-29.

Committee", P. A. G. A. (2018). 2018 Physical Activity Guidelines Advisory Committee Scientific Report. U. S. D. o. H. a. H. Services. Washington, DC.

Cook, L. S., M. L. Kamb and N. S. Weiss (1997). "Perineal powder exposure and the risk of ovarian cancer." Am J Epidemiol **145**(5): 459-465.

Copeland, K. T., H. Checkoway, A. J. McMichael and R. H. Holbrook (1977). "Bias due to misclassification in the estimation of relative risk." Am J Epidemiol **105**(5): 488=495.

Cosselman, K. E., A. Navas-Acien and J. D. Kaufman (2015). "Environmental factors in cardiovascular disease." Nat Rev Cardiol **12**(11): 627-642.

Coughlin, S. S. (1990). "Recall bias in epidemiologic studies." J Clin Epidemiol **43**(1): 87-91.

Cramer, D. W., R. F. Liberman, L. Titus-Ernstoff, W. R. Welch, E. R. Greenberg, J. A. Baron and B. L. Harlow (1999). "Genital talc exposure and risk of ovarian cancer." Int J Cancer **81**(3): 351-356.

Cramer, D. W., A. F. Vitonis, K. L. Terry, W. R. Welch and L. J. Titus (2016). "The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." Epidemiology **27**(3): 334-346.

Cramer, D. W., W. R. Welch, R. S. Berkowitz and J. J. Godleski (2007). "Presence of talc in pelvic lymph nodes of a woman with ovarian cancer and long-term genital exposure to cosmetic talc." Obstet Gynecol **110**(2 Pt 2): 498-501.

Cramer, D. W., W. R. Welch, R. E. Scully and C. A. Wojciechowski (1982). "Ovarian cancer and talc: a case-control study." Cancer **50**(2): 372-376.

Cramer, D. W. and H. Xu (1995). "Epidemiologic evidence for uterine growth factors in the pathogenesis of ovarian cancer." Ann Epidemiol **5**(4): 310-314.

Crowley, M. (2018). Report of Michael M. Crowley, PhD. Rule 26 Report Regarding the Fragrance Chemical Constituents in Johnson & Johnson Talcum Powder Products. .

Davis, C. P., E. V. Bandera, T. N. Bethea, F. Camacho, C. E. Joslin, A. H. Wu, A. Beeghly-Fadiel, P. G. Moorman, E. R. Myers, H. M. Ochs-Balcom, L. C. Peres, W. T. Rosenow, V. W. Setiawan, L. Rosenberg, J. M. Schildkraut and H. R. Harris (2021). "Genital powder use and risk of epithelial ovarian cancer in the Ovarian Cancer in Women of African Ancestry Consortium." Cancer Epidemiol Biomarkers Prev.

Egli, G. E. and M. Newton (1961). "The transport of carbon particles in the human female reproductive tract." Fertil Steril **12**: 151-155.

Emi, T., L. M. Rivera, V. C. Tripathi, N. Yano, A. Ragavendran, J. Wallace and A. V. Fedulov (2021). "Transcriptomic and epigenomic effects of insoluble particles on J774 macrophages." Epigenetics **16**(10): 1053-1070.

Ferrante, D., A. Angelini, F. Barbiero, F. Barbone, L. Bauleo, A. Binazzi, M. Bovenzi, C. Bruno, V. Casotto, A. Cernigliaro, M. Ceppi, D. Cervino, E. Chellini, S. Curti, M. De Santis, L. Fazzo, U. Fedeli, G. Fiorillo, A. Franchi, M. Gangemi, M. Giangreco, P. G. Rossi, P. Girardi, F. Luberto, S. Massari, S. Mattioli, S. Menegozzo, D. F. Merlo, P. Michelozzi, E. Migliore, L. Miligi, E. Oddone, R. Pernetti, P. Perticaroli, S. Piro, S. P. Addario, E. Romeo, F. Roncaglia, S. Silvestri, C. Storchi, A. Zona, C. Magnani and A. Marinaccio (2023). "Cause specific mortality in an Italian pool of asbestos workers cohorts." Am J Ind Med.

Ferrante, D., M. Bertolotti, A. Todesco, D. Mirabelli, B. Terracini and C. Magnani (2007). "Cancer mortality and incidence of mesothelioma in a cohort of wives of asbestos workers in Casale Monferrato, Italy." Environ Health Perspect **115**(10): 1401-1405.

Ferrante, D., E. Chellini, E. Merler, V. Pavone, S. Silvestri, L. Miligi, G. Gorini, V. Bressan, P. Girardi, L. Ancona, E. Romeo, F. Luberto, O. Sala, C. Scarnato, S. Menegozzo, E. Oddone, S. Tunesi, P. Perticaroli, A. Pettinari, F. Cuccaro, S. Mattioli, A. Baldassarre, F. Barone-Adesi, T. Cena, P. Legittimo, A. Marinaccio, D. Mirabelli, M. Musti, R. Pirastu, A. Ranucci and C. Magnani (2017). "Italian pool of asbestos workers cohorts: mortality trends of asbestos-related neoplasms after long time since first exposure." Occup Environ Med **74**(12): 887-898.

Flegal, K. M., C. Brownie and J. D. Haas (1986). "The effects of exposure misclassification on estimates of relative risk." Am J Epidemiol **123**(4): 736-751.

Fletcher, N. M., A. K. Harper, I. Memaj, R. Fan, R. T. Morris and G. M. Saed (2019). "Molecular Basis Supporting the Association of Talcum Powder Use With Increased Risk of Ovarian Cancer." Reprod Sci **26**(12): 1603-1612.

Gandini, S., F. Sera, M. S. Cattaruzza, P. Pasquini, O. Picconi, P. Boyle and C. F. Melchi (2005). "Meta-analysis of risk factors for cutaneous melanoma: II. Sun exposure." Eur J Cancer **41**(1): 45-60.

Gates, M. A., B. A. Rosner, J. L. Hecht and S. S. Tworoger (2010). "Risk factors for epithelial ovarian cancer by histologic subtype." Am J Epidemiol **171**(1): 45-53.

Gates, M. A., S. S. Tworoger, K. L. Terry, L. Titus-Ernstoff, B. Rosner, I. De Vivo, D. W. Cramer and S. E. Hankinson (2008). "Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian cancer." Cancer Epidemiol Biomarkers Prev **17**(9): 2436-2444.

Gertig, D. M., D. J. Hunter, D. W. Cramer, G. A. Colditz, F. E. Speizer, W. C. Willett and S. E. Hankinson (2000). "Prospective study of talc use and ovarian cancer." J Natl Cancer Inst **92**(3): 249-252.

Godard, B., W. D. Foulkes, D. Provencher, J. S. Brunet, P. N. Tonin, A. M. Mes-Masson, S. A. Narod and P. Ghadirian (1998). "Risk factors for familial and sporadic ovarian cancer among French Canadians: a case-control study." Am J Obstet Gynecol **179**(2): 403-410.

Goff, B. A., L. S. Mandel, C. W. Drescher, N. Urban, S. Gough, K. M. Schurman, J. Patras, B. S. Mahony and M. R. Andersen (2007). "Development of an ovarian cancer symptom index: possibilities for earlier detection." Cancer **109**(2): 221-227.

Gonzalez, N. L., K. M. O'Brien, A. A. D'Aloisio, D. P. Sandler and C. R. Weinberg (2016). "Douching, Talc Use, and Risk of Ovarian Cancer." Epidemiology **27**(6): 797-802.

Goodman, J. E., L. E. Kerper, R. L. Prueitt and C. M. Marsh (2020). "A critical review of talc and ovarian cancer." J Toxicol Environ Health B Crit Rev **23**(5): 183-213.

Goodman, M. T., G. Lurie, P. J. Thompson, K. E. McDuffie and M. E. Carney (2008). "Association of two common single-nucleotide polymorphisms in the CYP19A1 locus and ovarian cancer risk." Endocr Relat Cancer **15**(4): 1055-1060.

Gordon, R. E., S. Fitzgerald and J. Millette (2014). "Asbestos in commercial cosmetic talcum powder as a cause of mesothelioma in women." Int J Occup Environ Health **20**(4): 318-332.

118

Green, A., D. Purdie, C. Bain, V. Siskind, P. Russell, M. Quinn and B. Ward (1997). "Tubal sterilisation, hysterectomy and decreased risk of ovarian cancer. Survey of Women's Health Study Group." Int J Cancer **71**(6): 948-951.

Gross, A. J. and P. H. Berg (1995). "A meta-analytical approach examining the potential relationship between talc exposure and ovarian cancer." J Expo Anal Environ Epidemiol **5**(2): 181-195.

Grossgarten, K. and H. J. Woitowitz (1991). "[Fatal peritoneal mesothelioma disease in women caused by asbestos exposure at the work place]." Gynakologe **24**(5): 261-264.

Grossman, D. C., S. J. Curry, D. K. Owens, M. J. Barry, K. W. Davidson, C. A. Doubeni, J. W. Epling, Jr., A. R. Kemper, A. H. Krist, A. E. Kurth, C. S. Landefeld, C. M. Mangione, M. G. Phipps, M. Silverstein, M. A. Simon and C. W. Tseng (2017). "Hormone Therapy for the Primary Prevention of Chronic Conditions in Postmenopausal Women: US Preventive Services Task Force Recommendation Statement." Jama **318**(22): 2224-2233.

Hamilton, T. C., H. Fox, C. H. Buckley, W. J. Henderson and K. Griffiths (1984). "Effects of talc on the rat ovary." Br J Exp Pathol **65**(1): 101-106.

Hamra, G. B., N. Guha, A. Cohen, F. Laden, O. Raaschou-Nielsen, J. M. Samet, P. Vineis, F. Forastiere, P. Saldiva, T. Yorifuji and D. Loomis (2014). "Outdoor particulate matter exposure and lung cancer: a systematic review and meta-analysis." Environ Health Perspect **122**(9): 906-911.

Harlow, B. L., D. W. Cramer, D. A. Bell and W. R. Welch (1992). "Perineal exposure to talc and ovarian cancer risk." Obstet Gynecol **80**(1): 19-26.

Harlow, B. L. and P. A. Hartge (1995). "A review of perineal talc exposure and risk of ovarian cancer." Regul Toxicol Pharmacol **21**(2): 254-260.

Harlow, B. L. and N. S. Weiss (1989). "A case-control study of borderline ovarian tumors: the influence of perineal exposure to talc." Am J Epidemiol **130**(2): 390-394.

Harper, A. K., X. Wang, R. Fan, T. Kirsch Mangu, N. M. Fletcher, R. T. Morris and G. M. Saed (2023). "Talcum powder induces malignant transformation in normal human primary ovarian epithelial cells." Minerva Obstet Gynecol **75**(2): 150-157.

Harris, H. R., C. P. Davis and K. L. Terry (2024). "Epidemiologic Methods to Advance Our Understanding of Ovarian Cancer Risk." J Clin Oncol: Jco2400602.

Hartge, P., R. Hoover, L. P. Lesher and L. McGowan (1983). "Talc and ovarian cancer." Jama **250**(14): 1844.

HealthCanada. (2021). "Screening Assessment Talc." 2021, from https://www.canada.ca/en/environment-climate-change/services/evaluating-existing-substances/screening-assessment-talc.html.

Heller, D. S., C. Westhoff, R. E. Gordon and N. Katz (1996). "The relationship between perineal cosmetic talc usage and ovarian talc particle burden." Am J Obstet Gynecol **174**(5): 1507-1510.

Henderson, W. J., T. C. Hamilton, M. S. Baylis, C. G. Pierrepoint and K. Griffiths (1986). "The demonstration of the migration of talc from the vagina and posterior uterus to the ovary in the rat." Environ Res **40**(2): 247-250.

Henderson, W. J., T. C. Hamilton and K. Griffiths (1979). "Talc in normal and malignant ovarian tissue." Lancet **1**(8114): 499.

Henderson, W. J., C. A. Joslin, A. C. Turnbull and K. Griffiths (1971). "Talc and carcinoma of the ovary and cervix." J Obstet Gynaecol Br Commonw **78**(3): 266-272.

Higgins, J. P. and S. G. Thompson (2002). "Quantifying heterogeneity in a meta-analysis." Stat Med **21**(11): 1539-1558.

Hill, A. B. (1965). "THE ENVIRONMENT AND DISEASE: ASSOCIATION OR CAUSATION?" Proc R Soc Med **58**: 295-300.

Houghton, S. C., K. W. Reeves, S. E. Hankinson, L. Crawford, D. Lane, J. Wactawski-Wende, C. A. Thomson, J. K. Ockene and S. R. Sturgeon (2014). "Perineal powder use and risk of ovarian cancer." J Natl Cancer Inst **106**(9).

Huncharek, M., J. F. Geschwind and B. Kupelnick (2003). "Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: a meta-analysis of 11,933 subjects from sixteen observational studies." Anticancer Res **23**(2c): 1955-1960.

IARCtalc (2010). "Carbon black, titanium dioxide, and talc." IARC Monogr Eval Carcinog Risks Hum **93**: 1-413.

Kadry Taher, M., N. Farhat, N. A. Karyakina, N. Shilnikova, S. Ramoju, C. A. Gravel, K. Krishnan, D. Mattison, S. W. Wen and D. Krewski (2019). "Critical review of the association between perineal use of talc powder and risk of ovarian cancer." Reprod Toxicol **90**: 88-101.

Karami, S., Q. Lan, N. Rothman, P. A. Stewart, K. M. Lee, R. Vermeulen and L. E. Moore (2012). "Occupational trichloroethylene exposure and kidney cancer risk: a meta-analysis." Occup Environ Med **69**(12): 858-867.

Keskin, N., Y. A. Teksen, E. G. Ongun, Y. Ozay and H. Saygili (2009). "Does long-term talc exposure have a carcinogenic effect on the female genital system of rats? An experimental pilot study." Arch Gynecol Obstet **280**(6): 925-931.

Key, T., P. Appleby, G. Reeves, A. Roddam, J. Dorgan, C. Longcope, F. Stanczyk, H. Stephenson Jr, R. Falk, R. Miller, A. Schatzkin, D. Allen, I. Fentiman, T. Key, D. Wang, M. Dowsett, H. Thomas, S. Hankinson, P. Toniolo, A. Akhmedkhanov, K. Koenig, R. Shore, A. Zeleniuch-Jacquotte, F. Berrino, P. Muti, A. Micheli, V. Krogh, S. Sieri, V. Pala, E. Venturelli, G. Secreto, E. Barrett-Connor, G. Laughlin, M. Kabuto, S. Akiba, R. Stevens, K. Neriishi, C. Land, J. Cauley, L. Kuller, S. Cummings, K. Helzlsouer, A. Alberg, T. Bush, G. Comstock, G. Gordon, S. Miller, C. Longcope and Endogenous Hormones Breast Cancer Collaborative Group (2003). "Body mass index, serum sex hormones, and breast cancer risk in postmenopausal women." J Natl Cancer Inst **95**(16): 1218-1226.

Khalade, A., M. S. Jaakkola, E. Pukkala and J. J. Jaakkola (2010). "Exposure to benzene at work and the risk of leukemia: a systematic review and meta-analysis." Environ Health **9**: 31.

Khunnarong, J., S. Tangjitgamol, S. Manusirivithaya, K. Pataradool, T. Thavaramara and S. Leelahakorn (2010). "Expression of Cyclooxygenase-1 and 2 in Epithelial Ovarian Cancer: A Clinicopathologic Study." World J Oncol **1**(1): 19-27.

Kim, S., Y. Ko, H. J. Lee and J. E. Lim (2018). "Menopausal hormone therapy and the risk of breast cancer by histological type and race: a meta-analysis of randomized controlled trials and cohort studies." Breast Cancer Res Treat **170**(3): 667-675.

Kurta, M. L., K. B. Moysich, J. L. Weissfeld, A. O. Youk, C. H. Bunker, R. P. Edwards, F. Modugno, R. B. Ness and B. Diergaarde (2012). "Use of fertility drugs and risk of ovarian cancer: results from a U.S.-based case-control study." Cancer Epidemiol Biomarkers Prev **21**(8): 1282-1292.

Langseth, H., S. E. Hankinson, J. Siemiatycki and E. Weiderpass (2008). "Perineal use of talc and risk of ovarian cancer." J Epidemiol Community Health **62**(4): 358-360.

Langseth, H. and K. Kjaerheim (2004). "Ovarian cancer and occupational exposure among pulp and paper employees in Norway." Scand J Work Environ Health **30**(5): 356-361.

Lawrie, T. A., R. Kulier and J. M. Nardin (2016). "Techniques for the interruption of tubal patency for female sterilisation." Cochrane Database Syst Rev **2016**(8): Cd003034.

Lo-Ciganic, W. H., J. C. Zgibor, C. H. Bunker, K. B. Moysich, R. P. Edwards and R. B. Ness (2012). "Aspirin, nonaspirin nonsteroidal anti-inflammatory drugs, or acetaminophen and risk of ovarian cancer." Epidemiology **23**(2): 311-319.

Longo, D. L. and R. C. Young (1979). "Cosmetic talc and ovarian cancer." Lancet **2**(8150): 1011-1012.

Luberto, F., D. Ferrante, S. Silvestri, A. Angelini, F. Cuccaro, A. M. Nannavecchia, E. Oddone, M. Vicentini, F. Barone-Adesi, T. Cena, D. Mirabelli, L. Mangone, F. Roncaglia, O. Sala, S. Menegozzo, R. Pirastu, D. Azzolina, S. Tunesi, E. Chellini, L. Miligi, P. Perticaroli, A. Pettinari, V. Bressan, E. Merler, P. Girardi, L. Bisceglia, A. Marinaccio, S. Massari and C. Magnani (2019). "Cumulative asbestos exposure and mortality from asbestos related diseases in a pooled analysis of 21 asbestos cement cohorts in Italy." Environ Health **18**(1): 71.

Lynch, H. N., D. J. Lauer, O. M. Leleck, R. D. Freid, J. Collins, K. Chen, W. J. Thompson, A. M. Ierardi, A. Urban, P. Boffetta and K. A. Mundt (2023). "Systematic review of the association between talc and female reproductive tract cancers." Front Toxicol **5**: 1157761.

Maccio, A. and C. Madeddu (2012). "Inflammation and ovarian cancer." Cytokine **58**(2): 133-147.

Magnani, C., S. Silvestri, A. Angelini, A. Ranucci, D. Azzolina, T. Cena, E. Chellini, E. Merler, V. Pavone, L. Miligi, G. Gorini, V. Bressan, P. Girardi, L. Bauleo, E. Romeo, F. Luberto, O. Sala, C. Scarnato, S. Menegozzo, E. Oddone, S. Tunesi, P. Perticaroli, A. Pettinari, F. Cuccaro, S. Mattioli, A. Baldassarre, F. Barone-Adesi, M. Musti, D. Mirabelli, R. Pirastu, A. Marinaccio, S. Massari and D. Ferrante (2020). "Italian pool of asbestos workers cohorts: asbestos related mortality by industrial sector and cumulative exposure." Ann Ist Super Sanita **56**(3): 292-302.

Mandarino, A., D. J. Gregory, C. C. McGuire, B. W. Leblanc, H. Witt, L. M. Rivera, J. J. Godleski and A. V. Fedulov (2020). "The effect of talc particles on phagocytes in co-culture with ovarian cancer cells." Environ Res **180**: 108676.

Marten, M., M. Dirksen, K. Püschel and K. Lieske (1989). "[Distribution of asbestos bodies in human organs]." Pathologe **10**(2): 114-117.

Merritt, M. A., A. C. Green, C. M. Nagle and P. M. Webb (2008). "Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer." Int J Cancer **122**(1): 170-176.

Mills, P. K., D. G. Riordan, R. D. Cress and H. A. Young (2004). "Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California." Int J Cancer **112**(3): 458-464.

Moorman, P. G., R. T. Palmieri, L. Akushevich, A. Berchuck and J. M. Schildkraut (2009). "Ovarian cancer risk factors in African-American and white women." Am J Epidemiol **170**(5): 598-606.

Ness, R. B., J. A. Grisso, C. Cottreau, J. Klapper, R. Vergona, J. E. Wheeler, M. Morgan and J. J. Schlesselman (2000). "Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer." Epidemiology **11**(2): 111-117.

Nowak, D., B. Schmalfeldt, A. Tannapfel and S. Mahner (2021). "Asbestos Exposure and Ovarian Cancer - a Gynaecological Occupational Disease. Background, Mandatory Notification, Practical Approach." Geburtshilfe Frauenheilkd **81**(5): 555-561.

O'Brien, K. M., D. P. Sandler and N. Wentzensen (2020). "Genital Powder Use and Ovarian Cancer-Reply." Jama **323**(20): 2096-2097.

O'Brien, K. M., S. S. Tworoger, H. R. Harris, G. L. Anderson, C. R. Weinberg, B. Trabert, A. M. Kaunitz, A. A. D'Aloisio, D. P. Sandler and N. Wentzensen (2020). "Association of Powder Use in the Genital Area With Risk of Ovarian Cancer." Jama **323**(1): 49-59.

O'Brien, K. M., S. S. Tworoger, H. R. Harris, B. Trabert, C. R. Weinberg, R. T. Fortner, A. A. D'Aloisio, A. M. Kaunitz, N. Wentzensen and D. P. Sandler (2021). "Genital powder use and risk of uterine cancer: A pooled analysis of prospective studies." Int J Cancer **148**(11): 2692-2701.

O'Brien, K. M., N. Wentzensen, K. Ogunsina, C. R. Weinberg, A. A. D'Aloisio, J. K. Edwards and D. P. Sandler (2024). "Intimate Care Products and Incidence of Hormone-Related Cancers: A Quantitative Bias Analysis." J Clin Oncol: Jco2302037.

Oddone, E., D. Ferrante, T. Cena, S. Tùnesi, P. Amendola and C. Magnani (2014). "[Asbestos cement factory in Broni (Pavia, Italy): a mortality study]." Med Lav **105**(1): 15-29.

Oddone, E., D. Ferrante, S. Tunesi and C. Magnani (2017). "Mortality in asbestos cement workers in Pavia, Italy: A cohort study." Am J Ind Med **60**(10): 852-866.

Pearce, C. L., C. Templeman, M. A. Rossing, A. Lee, A. M. Near, P. M. Webb, C. M. Nagle, J. A. Doherty, K. L. Cushing-Haugen, K. G. Wicklund, J. Chang-Claude, R. Hein, G. Lurie, L. R. Wilkens, M. E. Carney, M. T. Goodman, K. Moysich, S. K. Kjaer, E. Hogdall, A. Jensen, E. L. Goode, B. L. Fridley, M. C. Larson, J. M. Schildkraut, R. T. Palmieri, D. W. Cramer, K. L. Terry, A. F. Vitonis, L. J. Titus, A. Ziogas, W. Brewster, H. Anton-Culver, A. Gentry-Maharaj, S. J. Ramus, A. R. Anderson, D. Brueggmann, P. A. Fasching, S. A. Gayther, D. G. Huntsman, U. Menon, R. B. Ness, M. C. Pike, H. Risch, A. H. Wu and A. Berchuck (2012). "Association between endometriosis and risk of histological subtypes of ovarian cancer: a pooled analysis of case-control studies." Lancet Oncol **13**(4): 385-394.

Penninkilampi, R. and G. D. Eslick (2018). "Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis." Epidemiology **29**(1): 41-49.

Phung, M. T., A. Muthukumar, B. Trabert, P. M. Webb, S. J. Jordan, K. L. Terry, D. W. Cramer, L. J. Titus, H. A. Risch, J. A. Doherty, H. R. Harris, M. T. Goodman, F. Modugno, K. B. Moysich, A. Jensen, S. K. Kjaer, H. Anton-Culver, A. Ziogas, A. Berchuck, L. Khoja, A. H. Wu, M. C. Pike, C. L. Pearce and A. W. Lee (2022). "Effects of risk factors for ovarian cancer in women with and without endometriosis." Fertil Steril **118**(5): 960-969.

Pier, J. Deposition of Julie Pier, Exhibit 47 (September 13, 2018).

Pike, M. C., C. L. Pearce, R. Peters, W. Cozen, P. Wan and A. H. Wu (2004). "Hormonal factors and the risk of invasive ovarian cancer: a population-based case-control study." Fertil Steril 82(1): 186-195.

Pira, E., C. Romano, F. S. Violante, A. Farioli, G. Spatari, C. La Vecchia and P. Boffetta (2016). "Updated mortality study of a cohort of asbestos textile workers." Cancer Med 5(9): 2623-2628.

Purdie, D., A. Green, C. Bain, V. Siskind, B. Ward, N. Hacker, M. Quinn, G. Wright, P. Russell and B. Susil (1995). "Reproductive and other factors and risk of epithelial ovarian cancer: an Australian case-control study. Survey of Women's Health Study Group." Int J Cancer 62(6): 678-684.

Purdie, D. M., C. J. Bain, V. Siskind, P. M. Webb and A. C. Green (2003). "Ovulation and risk of epithelial ovarian cancer." Int J Cancer 104(2): 228-232.

Qiao, Y., T. Yang, Y. Gan, W. Li, C. Wang, Y. Gong and Z. Lu (2018). "Associations between aspirin use and the risk of cancers: a meta-analysis of observational studies." BMC Cancer 18(1): 288.

Rasmussen, C. B., S. K. Kjaer, V. Albieri, E. V. Bandera, J. A. Doherty, E. Hogdall, P. M. Webb, S. J. Jordan, M. A. Rossing, K. G. Wicklund, M. T. Goodman, F. Modugno, K. B. Moysich, R. B. Ness, R. P. Edwards, J. M. Schildkraut, A. Berchuck, S. H. Olson, L. A. Kiemeney, L. F. Massuger, S. A. Narod, C. M. Phelan, H. Anton-Culver, A. Ziogas, A. H. Wu, C. L. Pearce, H. A. Risch and A. Jensen (2017). "Pelvic Inflammatory Disease and the Risk of Ovarian Cancer and Borderline Ovarian Tumors: A Pooled Analysis of 13 Case-Control Studies." Am J Epidemiol 185(1): 8-20.

Reid, A., N. de Klerk and A. W. Musk (2011). "Does exposure to asbestos cause ovarian cancer? A systematic literature review and meta-analysis." Cancer Epidemiol Biomarkers Prev 20(7): 1287-1295.

Reid, A., P. Franklin, N. Olsen, J. Sleith, L. Samuel, P. Aboagye-Sarfo, N. de Klerk and A. W. Musk (2013). "All-cause mortality and cancer incidence among adults exposed to blue asbestos during childhood." Am J Ind Med 56(2): 133-145.

Reid, B. M., J. B. Permuth and T. A. Sellers (2017). "Epidemiology of ovarian cancer: a review." Cancer Biol Med 14(1): 9-32.

Research, W. C. R. F. A. I. f. C. (Washington DC: AICR, 2007). Food, Nutrition, Physical Activity, and the Prevention of Cancer: A Global Perspective.

Rising, K., P. Bacchetti and L. Bero (2008). "Reporting bias in drug trials submitted to the Food and Drug Administration: review of publication and presentation." PLoS Med 5(11): e217; discussion e217.

Rojas, V., K. M. Hirshfield, S. Ganesan and L. Rodriguez-Rodriguez (2016). "Molecular Characterization of Epithelial Ovarian Cancer: Implications for Diagnosis and Treatment." Int J Mol Sci 17(12).

Rosenblatt, K. A., M. Szklo and N. B. Rosenshein (1992). "Mineral fiber exposure and the development of ovarian cancer." Gynecol Oncol 45(1): 20-25.

Rosenblatt, K. A., N. S. Weiss, K. L. Cushing-Haugen, K. G. Wicklund and M. A. Rossing (2011). "Genital powder exposure and the risk of epithelial ovarian cancer." Cancer Causes Control 22(5): 737-742.

Rossi, V. F., F. S. Vargas, E. Marchi, M. M. Acencio, E. H. Genofre, V. L. Capelozzi and L. Antonangelo (2010). "Acute inflammatory response secondary to intrapleural administration of two types of talc." Eur Respir J 35(2): 396-401.

Rossouw, J. E., G. L. Anderson, R. L. Prentice, A. Z. LaCroix, C. Kooperberg, M. L. Stefanick, R. D. Jackson, S. A. Beresford, B. V. Howard, K. C. Johnson, J. M. Kotchen and J. Ockene (2002). "Risks and benefits of estrogen plus progestin in healthy postmenopausal women: principal results From the Women's Health Initiative randomized controlled trial." Jama **288**(3): 321-333.

Rothman, K. J. and S. Greenland (2005). "Causation and causal inference in epidemiology." Am J Public Health **95 Suppl 1**: S144-150.

Saed, G. M., M. P. Diamond and N. M. Fletcher (2017). "Updates of the role of oxidative stress in the pathogenesis of ovarian cancer." Gynecol Oncol **145**(3): 595-602.

Schildkraut, J. M., S. E. Abbott, A. J. Alberg, E. V. Bandera, J. S. Barnholtz-Sloan, M. L. Bondy, M. L. Cote, E. Funkhouser, L. C. Peres, E. S. Peters, A. G. Schwartz, P. Terry, S. Crankshaw, F. Camacho, F. Wang and P. G. Moorman (2016). "Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES)." Cancer Epidemiol Biomarkers Prev **25**(10): 1411-1417.

Shukla, A., M. B. MacPherson, J. Hillegass, M. E. Ramos-Nino, V. Alexeeva, P. M. Vacek, J. P. Bond, H. I. Pass, C. Steele and B. T. Mossman (2009). "Alterations in gene expression in human mesothelial cells correlate with mineral pathogenicity." Am J Respir Cell Mol Biol **41**(1): 114-123.

Shushan, A., O. Paltiel, J. Iscovich, U. Elchalal, T. Peretz and J. G. Schenker (1996). "Human menopausal gonadotropin and the risk of epithelial ovarian cancer." Fertil Steril **65**(1): 13-18.

Sjosten, A. C., H. Ellis and G. A. Edelstam (2004). "Retrograde migration of glove powder in the human female genital tract." Hum Reprod **19**(4): 991-995.

Sridharan, L. and P. Greenland (2009). "Editorial policies and publication bias: the importance of negative studies." Arch Intern Med **169**(11): 1022-1023.

Straif, K., L. Benbrahim-Tallaa, R. Baan, Y. Grosse, B. Secretan, F. El Ghissassi, V. Bouvard, N. Guha, C. Freeman, L. Galichet and V. Cogliano (2009). "A review of human carcinogens--Part C: metals, arsenic, dusts, and fibres." Lancet Oncol **10**(5): 453-454.

Taher, M. K., N. Farhat, N. A. Karyakina, N. Shilnikova, S. Ramoju, C. A. Gravel, K. Krishnan, D. Mattison, S. W. Wen and D. Krewski (2020). "Data on systematic review and meta-analysis of epidemiologic evidence on the association between perineal use of talc powder and risk of ovarian cancer." Data Brief **29**: 105277.

Tanha, K., A. Mottaghi, M. Nojomi, M. Moradi, R. Rajabzadeh, S. Lotfi and L. Janani (2021). "Investigation on factors associated with ovarian cancer: an umbrella review of systematic review and meta-analyses." J Ovarian Res **14**(1): 153.

Terry, K. L., S. Karageorgi, Y. B. Shvetsov, M. A. Merritt, G. Lurie, P. J. Thompson, M. E. Carney, R. P. Weber, L. Akushevich, W. H. Lo-Ciganic, K. Cushing-Haugen, W. Sieh, K. Moysich, J. A. Doherty, C. M. Nagle, A. Berchuck, C. L. Pearce, M. Pike, R. B. Ness, P. M. Webb, M. A. Rossing, J. Schildkraut, H. Risch and M. T. Goodman (2013). "Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls." Cancer Prev Res (Phila) **6**(8): 811-821.

Thompson, R., G. Mitrou, S. Brown, E. Almond, I. Bandurek, N. Brockton, M. Kälfors, D. McGinley-Gieser, B. Sinclair, L. Meincke, M. Wiseman and K. Allen (2018). "Major new review of global evidence on diet, nutrition and physical activity: A blueprint to reduce cancer risk." Nutrition Bulletin **43**(3): 269-283.

Torre, L. A., B. Trabert, C. E. DeSantis, K. D. Miller, G. Samimi, C. D. Runowicz, M. M. Gaudet, A. Jemal and R. L. Siegel (2018). "Ovarian cancer statistics, 2018." CA Cancer J Clin 68(4): 284-296.

Trabert, B., R. B. Ness, W. H. Lo-Ciganic, M. A. Murphy, E. L. Goode, E. M. Poole, L. A. Brinton, P. M. Webb, C. M. Nagle, S. J. Jordan, H. A. Risch, M. A. Rossing, J. A. Doherty, M. T. Goodman, G. Lurie, S. K. Kjaer, E. Hogdall, A. Jensen, D. W. Cramer, L. A. Terry, A. Vitonis, E. V. Bandera, S. Olson, M. G. King, U. Chandran, H. Anton-Culver, A. Ziogas, U. Menon, S. A. Gayther, S. J. Ramus, A. Gentry-Maharaj, A. H. Wu, C. L. Pearce, M. C. Pike, A. Berchuck, J. M. Schildkraut and N. Wentzensen (2014). "Aspirin, nonaspirin nonsteroidal anti-inflammatory drug, and acetaminophen use and risk of invasive epithelial ovarian cancer: a pooled analysis in the Ovarian Cancer Association Consortium." J Natl Cancer Inst 106(2): djt431.

Tzonou, A., A. Polychronopoulou, C. C. Hsieh, A. Rebelakos, A. Karakatsani and D. Trichopoulos (1993). "Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer." Int J Cancer 55(3): 408-410.

van den Heuvel, M. M., H. J. Smit, S. B. Barbierato, C. E. Havenith, R. H. Beelen and P. E. Postmus (1998). "Talc-induced inflammation in the pleural cavity." Eur Respir J 12(6): 1419-1423.

van der Pols, J. C., G. M. Williams, N. Pandeya, V. Logan and A. C. Green (2006). "Prolonged prevention of squamous cell carcinoma of the skin by regular sunscreen use." Cancer Epidemiol Biomarkers Prev 15(12): 2546-2548.

Van Dyke, K., S. Patel and V. Vallyathan (2003). "Lucigenin chemiluminescence assay as an adjunctive tool for assessment of various stages of inflammation: a study of quiescent inflammatory cells." J Biosci 28(1): 115-119.

Venter, P. F. and M. Iturralde (1979). "Migration of a particulate radioactive tracer from the vagina to the peritoneal cavity and ovaries." S Afr Med J 55(23): 917-919.

Wang, X., S. Lin, I. Yu, H. Qiu, Y. Lan and E. Yano (2013). "Cause-specific mortality in a Chinese chrysotile textile worker cohort." Cancer Sci 104(2): 245-249.

Wasserstein, R. L. and N. A. Lazar (2016). "The ASA Statement on p-Values: Context, Process, and Purpose." The American Statistician 70(2): 129-133.

Wasserstein, R. L., A. L. Schirm and N. A. Lazar (2019). "Moving to a World Beyond "p < 0.05"." The American Statistician 73(sup1): 1-19.

Wentzensen, N. and K. M. O'Brien (2021). "Talc, body powder, and ovarian cancer: A summary of the epidemiologic evidence." Gynecol Oncol 163(1): 199-208.

Werebe, E. C., R. Pazetti, J. R. Milanez de Campos, P. P. Fernandez, V. L. Capelozzi, F. B. Jatene and F. S. Vargas (1999). "Systemic distribution of talc after intrapleural administration in rats." Chest 115(1): 190-193.

Whittemore, A. S., M. L. Wu, R. S. Paffenbarger, Jr., D. L. Sarles, J. B. Kampert, S. Grosser, D. L. Jung, S. Ballon and M. Hendrickson (1988). "Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee." Am J Epidemiol 128(6): 1228-1240.

Wilson, A. J., O. Fadare, A. Beeghly-Fadiel, D. S. Son, Q. Liu, S. Zhao, J. Saskowski, M. J. Uddin, C. Daniel, B. Crews, B. D. Lehmann, J. A. Pietenpol, M. A. Crispens, L. J. Marnett and D. Khabele (2015). "Aberrant

over-expression of COX-1 intersects multiple pro-tumorigenic pathways in high-grade serous ovarian cancer." Oncotarget **6**(25): 21353-21368.

Wong, C., R. E. Hempling, M. S. Piver, N. Natarajan and C. J. Mettlin (1999). "Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study." Obstet Gynecol **93**(3): 372-376.

Woolen, S. A., A. A. Lazar and R. Smith-Bindman (2022). "Association Between the Frequent Use of Perineal Talcum Powder Products and Ovarian Cancer: a Systematic Review and Meta-analysis." J Gen Intern Med.

Wu, A. H., C. L. Pearce, C. C. Tseng and M. C. Pike (2015). "African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates." Cancer Epidemiol Biomarkers Prev **24**(7): 1094-1100.

Wu, A. H., C. L. Pearce, C. C. Tseng, C. Templeman and M. C. Pike (2009). "Markers of inflammation and risk of ovarian cancer in Los Angeles County." Int J Cancer **124**(6): 1409-1415.

Zeng, F., H. Wei, E. Yeoh, Z. Zhang, Z. F. Ren, G. A. Colditz, S. S. Tworoger and X. Su (2016). "Inflammatory Markers of CRP, IL6, TNFalpha, and Soluble TNFR2 and the Risk of Ovarian Cancer: A Meta-analysis of Prospective Studies." Cancer Epidemiol Biomarkers Prev **25**(8): 1231-1239.

# Additional Materials and Data Considered

1. 21 CFR 740.1(a)
2. American Cancer Society - Ovarian Cancer
3. Begg, March. Cause and association: missing the forest for the trees
4. Boorman G, J Seely. The lack of an ovarian effect of lifetime talc exposure in F344/N Rats and B6C3F1 Mice
5. Carr CJ. Talc: consumer uses and health perspectives
6. Chang, et al. Occupational exposure to talc increases the risk of lung cancer: a meta-analysis of occupational cohort studies
7. CIR Final Report - Safety assessment of talc as used in cosmetics
8. Cralley, Key et al. Fibrous and mineral content of cosmetic talcum products
9. Current Intelligence Bulletin 62 - Asbestos fibers and other elongate mineral particles: state of the science and roadmap for research
10. Deposition Transcript - Shripal Sharma (Berg v. J&J)
11. Deposition Transcript & Exhibits - John Hopkins (8/16/18, 8/17/18, 10/26/18, 11/5/18)
12. Deposition Transcript & Exhibits - Joshua Muscat (9/25/18)
13. Deposition Transcript & Exhibits - Julie Pier (9/12/18, 9/13/18)
14. Deposition Transcript & Exhibits - Linda Loretz (7/17/18, 10/1/18, 10/2/18)
15. Deposition Transcript of Alice Blount, April 2018
16. Deposition Transcript of Patricia Moorman (Ingham)
17. Expert Report of Jack Siemiatycki
18. Fair warning TalcDoc 15
19. Fair warning TalcDoc 5 - Exhibit 113 (JNJNL91_000022019)
20. Fiber exposure during use of baby powders - Dement, Shuler, Zumwalde - NIOSH

21.   First Amended Master Long Form Complaint & Exhibits
22.   Fiume et al. Safety assessment of talc as used in cosmetics
23.   Fedak, Kristen M., Autumn Bernal, Zachary A. Capshaw, and Sherilyn Gross. 2015. "Applying the Bradford Hill Criteria in the 21st century: how data integration has changed causal inference in molecular epidemiology." Emerging Themes in Epidemiology 12 (14). https://doi.org/10.1186/s12982-015-0037-4
24.   Fletcher, Belotte, Saed et al. Specific point mutations in key redox enzymes are associated with chemoresistance in epithelial ovarian cancer
25.   Fletcher, Memaj, Saed. Talcum powder enhances oxidative stress in ovarian cancer cells - Abstract
26.   Fletcher, Saed. Talcum powder enhances cancer antigen 125 levels in ovarian cancer cells - Abstract
27.   Folkins, Ann K., Elke A., Jarboe, Jonathan L. Hecht, Michael G. Muto, and Christopher P. Crum. 2018. "Chapter 24 - assessing pelvic epithelial cancer risk and intercepting early malignancy." In diagnostic gynecologic and obstetric pathology (third edition)), 844-64. Philadelphia: content repository only! https://doi.org/10.1016/B978-0-323-44732-4.00024-8.
28.   Galea, Rogers. Moving beyond the cause constraint: a public health of consequence, May 2018
29.   Gloyne. Two cases of squamous carcinoma of the lung occurring in asbestosis
30.   Harper A, G Saed. Talc induces a pro-oxidant state in normal and ovarian cancer cells through gene point mutations in key redox enzymes - Abstract, Society of Gynecologic Oncology, 2018, in press.
31.   Hartge et al. Talc and ovarian cancer
32.   Heller et al. The relationship between perineal cosmetic talc usage and ovarian talc particle burden
33.   Henderson et al. Talc and Carcinoma of the Ovary and Cervix
34.   Henderson et al. Talc in normal and malignant ovarian tissue
35.   Hernan.  The C-Word: scientific euphemisms do not improve causal inference from observational data
36.   Hopkins Chart - Exhibit 24
37.   Huncharek et al. Use of cosmetic talc on contraceptive diaphragms and risk of ovarian cancer: a meta-analysis of nine observational studies
38.   IARC - Monograph Vol. 93 - Carbon black, titanium dioxide, and talc, 2010
39.   IOM (National Academies of Sciences, Engineering and Medicine). Ovarian Cancers: Evolving paradigms in research and care
40.   IMERYS210236-IMERYS210137
41.   IMERYS241039
42.   IMERYS241994-IMERYS242004
43.   IMERYS242050
44.   IMERYS322241-IMERYS322242
45.   IMERYS422289-IMERYS422290
46.   IMERYS422289-IMERYS422290
47.   JNJ000087166-JNJ000087230
48.   JNJ000251888-JNJ000251890
49.   JNJ000261010-JNJ000261027
50.   JNJ000526231-JNJ000526676
51.   JNJ000637879-JNJ000637881
52.   JNJAZ55_000000577-JNJAZ55_000000596
53.   JNJAZ55_000003357

54.    JNJAZ55_000012423-JNJAZ55_000012430
55.    JNJAZ55_000012423-JNJAZ55_000012430
56.    JNJI4T5_000004099-JNJI4T5_000004100
57.    JNJMX68_000004996-JNJMX68_000005044
58.    JNJMX68_000004996-JNJMX68_000005044
59.    JNJNL61_000001534-JNJNL61_000001535
60.    JNJNL61_000006431-JNJNL61_000006432
61.    JNJNL61_000020359
62.    JNJNL61_000052427
63.    JNJNL61_000052427
64.    JNJNL61_000061857
65.    JNJNL61_000063473
66.    Joseph, et al. Genomic profiling of malignant peritoneal mesothelioma reveals recurrent alterations in epigenetic regulatory genes BAP1, SETD2, and DDX3X
67.    Kasper CS., Chandler PJ, Jr. Possible morbidity in women from talc on condoms. JAMA (Journal of the American Medical Association 273 (11):846-47
68.    Letter from Cancer Prevention Coalition to FDA re: Citizen's petition seeking cancer warning on cosmetics talc products, May 13, 2008
69.    Letter From Cancer Prevention Coalition to FDA re: Citizen's petition seeking cancer warning on cosmetics talc products, November 17, 1994
70.    Letter from Personal Care Products Council to FDA re: Comments on citizen's petition to the Commissioner of the Food and Drug Administration seeking a cancer warning on Talc products
71.    "Levin. ""Baby powder battles: Johnson & Johnson internal documents reveal asbestos worries""
72.    https://www.fairwarning.org/2018/01/talc-documents-reveal/print"
73.    Lockey. Nonasbestos fibrous minerals
74.    Longo, Young. Cosmetic talc and ovarian cancer
75.    Loretz Exhibit 105
76.    Loretz Exhibit 106
77.    Loretz Exhibit 107
78.    Loretz Exhibit 108
79.    Lundin, Dossus, Clendenen et al.  C-reactive protein and ovarian cancer: a prospective study nested in three cohorts (Sweden, USA, Italy)
80.    Mallen, Townsend, Tworoger. Risk factors for ovarian carcinoma
81.    MBS-CRE000271
82.    Mayer P., Talc and Condoms-Reply, JAMA. 1995; 274(16):1269-1270. doi:10.1001/jama.1995.03530160021025
83.    Medscape - Chustecka, Zosia "Talc use in genital area linked to increased risk of ovarian cancer"
84.    Moller P, P Danielsen, K Jantsen, M Roursgaard & S Loft. Oxidatively damaged DNA in animals exposed to particles, Critical Reviews in Toxicology, 43:2, 96-118
85.    Moller, Jacobsen et al. Role of oxidative damage in toxicity of particulates, Free Radical Research 44:1, 1-46
86.    Moon, Park, Choi,et al. Risk assessment of baby powder exposure through inhalation
87.    Moorman et al. Ovarian cancer risk factors in African-American and White Women
88.    Narod, Steven A. 2016. "Talc and Ovarian Cancer." Gynecologic Oncology 141(3):410-12. https://doi.org/10.1016/j.ygyno.2016.04.011.
89.    Ness, Cottreau. Possible role of ovarian epithelial inflammation in ovarian cancer
90.    Ness. Does talc exposure cause ovarian cancer?
91.    New York Times - Lawsuits over baby powder raise questions about cancer risk

92.  NTP Technical Report on the Toxicology and Carcinogenesis of studies in talc (CAS No. 14807-96-6)

93.  Paoletti, Caiazza, Donelli, Pocchiari. Evaluation of Electron Microscopy Techniques of Asbestos: Contamination in industrial, cosmetic, and pharmaceutical talcs

94.  Park, Schildkraut, et al. Benign gynecologic conditions are associated with ovarian cancer risk in African-American women:  a case-control study

95.  Reference Manual on Scientific Evidence (rev 2011)

96.  Reuters, Talc linked to OCVA risk in African American women

97.  Rohl, Langer, Selikoff, et al. Consumer talcums and powders: mineral and chemical characterization

98.  Rohl. Asbestos in Talc

99.  Ross. Geology, asbestos and health

100. Rothman, Greenland, Lash. Modern Epidemiology, 3rd Edition

101. Rothman, Pastides, Samet. Interpretation of epidemiologic studies of talc and ovarian cancer

102. Sjoesten, A.C.E., J.Ellis, and G.a.B. Edelstam. 2004. "Retrograde Migration of Glove Powder in the human female genital tract." Human Reproduction 19 (4):991-95. Https://doi.org/10.1093/humrep/deh156

103. Trabert, Britton, Elizabeth M. Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L. Anderson, Theodore M. Brasky, et al. 2019."Analgesic use and ovarian cancer risk: an analysis in the ovarian cancer cohort consortium." Journal of the National Cancer Institute 111(2). Https//doi.org/10.1093/jnci/djy100

104. Trial Testimony of John Hopkins, Berg v. J&J  (Oct. 2013)

105. US Dept. of Health & Human Service - Public Health Service, Agency for Toxic Substances and Disease Registry - "Toxicological profile for asbestos"

106. Van Gosen, Lowers et al. Using the geologic setting of talc deposits as an indicator of amphibole asbestos content

107. Virta. The phase relationship of talc and amphiboles in a fibrous talc sample

108. WCD000254-WCD000255

109. Wehner, Hall et al. Do particles translocate from the vagina to the oviducts and beyond?

110. Werner. Presence of asbestos in talc samples

111. Whysner, J., and M. Mohan. 2000. "Perineal application of talc and cornstarch powders: evaluation of ovarian cancer risk." American Journal of Obstetrics and Gynecology 182 (3):720-24

112. Wu, Song, Wei Zhu, Patricia Thompson, and Yusuf A. Hannun. 2018. "Evaluating intrinsic and non-intrinsic cancer risk factors." Nature Communications 9(1):3490. Https://doi.org/10.1038/s41467-078-05467-z

113. Zuckerman D, D Shapiro. Talcum powder and ovarian cancer, National Center for Health Research, May 7, 2018. http//www.center4research.org/talcum-powder-ovarian-cancer/

# EXHIBIT A

**Curriculum Vitae**

**ANNE MCTIERNAN, M.D., PH.D.**
Office:  Fred Hutchinson Cancer Center
1100 Fairview Ave North, M4-B874
P.O. Box 19024
Seattle, WA 98109-1024
206-667-5000 phone
206-667-4787 fax
amctiern@fredhutch.org

## EDUCATIONAL BACKGROUND
**Residency, Primary Care Internal Medicine,** 6/92, University of Washington School of Medicine, Seattle, WA
**M.D.,** 6/89, New York Medical College, Valhalla, NY
**Ph.D. in Epidemiology,** 12/82, University of Washington, Seattle, WA
**M.A. in Medical Sociology,** 6/76, State University of New York at Buffalo,
**B.A. in Sociology,** 1/74, Boston University, Boston, MA

## PROFESSIONAL POSITIONS
Division of Public Health Sciences, Fred Hutchinson Cancer Center, Seattle, WA
      Director, FHCRC Prevention Center (2002 - 2012)
      Full Professor (2001 - present)
      Associate Member (1997 – 2001)
      Assistant Member (1996 - 1997)
      Senior Staff Scientist, Associate in (1983 – 1985; 1992 - 1996)
Department of Epidemiology, University of Washington School of Public Health, Seattle, WA
      Research Professor (2003 - )
      Research Associate Professor (1999 – 2003)
      Research Assistant Professor (1996 - 1999)
      Clinical Instructor (1992 - 1996)
Department of Medicine, Division of Geriatrics
      Adjunct Research Professor (2003 - )
      Adjunct Research Associate Professor (1999 - 2003)
Department of Medicine, Division of General Internal Medicine
      Clinical Instructor (1992 – 1996)
Clinical Nutrition Research Unit, University of Washington, Seattle WA
      Affiliate Investigator (1996 – present)
Harborview Medical Center, Adult Medicine Clinic, Seattle, WA
      Attending Physician (1992 - 1995)
University of Washington, Women's Primary Care Clinic, Seattle, WA
      Attending Physician (1996)

## HONORS and TRAINEESHIPS
- American College of Sports Medicine Citation Award, 2012
- McDougall Mentoring Award, Fred Hutchinson Cancer Research Center, 2011
- Komen for the Cure Scientific Advisory Council/Komen Scholars, 2010-2012
- University of Washington Roger E. Moe Award for Translational Research 2009
- The Joan P. Liman MD Award, Recipient, New York Medical College, 1989
- National Institute for Dental Research, Fellowship Award in Behavioral Dental Research, 1983
- National Cancer Institute Traineeship, 1980-1982
- University of Washington Public Health Traineeship, 1978-1979

Anne McTiernan

## PROFESSIONAL ACTIVITIES
*Committee Memberships and Academic Consulting*

- 2018 U.S. Dept. Health and Human Services Physical Activity Guidelines Advisory Committee, 2016-2018
- Member, External Advisory Board, Pennington Biomedical Research Center, Louisiana, 2018
- Reviewer, NIEHS Sisters Study, 2018
- Patient-Centered Outcomes Research Institute Advisory Panel on Clinical Trials, 2014-2016
- University of Alabama, Center for Exercise Medicine External Advisory Committee, 2016
- Program Committee Member, American Institute for Cancer Research 2016 Conference on Nutrition, Physical Activity, Obesity and Cancer
- Consortium Member: NCI Randomized Controlled Trials of Lifestyle Weight Loss Interventions for Genome-Wide Association Studies, 2016-
- AACR Cancer Prevention Committee, 2010-2015
- World Cancer Research Fund (WCRF) Continuous Update Project Panel, 2010-2021
- 2008 U.S. Dept. Health and Human Services Physical Activity Guidelines Advisory Committee, 2007- 2008 (Chair, Cancer Working Group)
- Cancer Prevention Research Institute of Texas, Prevention Review Committee, 2009-2015
- Chair, Transdisciplinary Research on Energetics and Cancer (TREC) Steering Committee 2006-7
- Chair, Cancer Interest group, the Obesity Society, 2006-7
- Steering Committee for International Position Paper and Consensus Conference on Women's Health and the Menopause, NHLBI-Lorenzi Foundation sponsors, 1998 – 2002
- International Advisory Board to the 4th International Symposium on Women's Health and Menopause, 2000 – 2001 and 2004
- Professional Advisory Committee, Breastcancer.org, 2003 –2017
- Women's Health Research Coalition, 2002
- Women's Health Initiative Committee Membership: Morbidity and Mortality (Co-Chair); Performance Monitoring Outcomes Committee (Chair); Coordinating Center Outcomes Scientific Committee (Chair); Coordinating Center Representative to WHI Program Advisory Committee, 1994-1995; Genetics Working Group; Cancer Biomarkers Working Group
- Consultant, *Moving Forward Study*, University of Illinois, Chicago (PI, Melinda Stolley), 2013-
- Consultant, *The Energy Balance and Breast Cancer Aspects studies: EBBA-I and EBBA-II*, Oslo University Hospital, Oslo, Norway (PI, Inger Thune), 2013-
- American Institute of Cancer Research Meeting Program Committee member, 2010, 2016
- Cancer Prevention Expert Panel, Pennington Biomedical Research Center (Baton Rouge, LA), 2010
- External Advisory Committee, Cooper Clinic, Dallas, Tx, April 2006
- Steering Committee, LISA Trial of Weight Loss for Breast Cancer Patients, Novartis Canada 2005 – 2007
- Chair, Breast Clinical Endpoints Committee, DANCE trial of testosterone patch safety, Proctor & Gamble, 2006-7
- External Reviewer for NCI Nutritional Epidemiology Program, 2005, 2013
- Data and Safety Monitoring Board, "Project Alive", Kaiser Oakland (B. Sternfeld, PI)
- Member, NCI Transdisciplinary Research Working Group, co-Chair section on Lifestyle, 2006
- Panels for American Cancer Society Guidelines on *Diet, Nutrition and Cancer Prevention* and Guidelines for Cancer Patients and Survivors (2001, 2003, 2005)
- Working Group for International Agency for Research on Cancer Handbook of Cancer Prevention: Volume 6 – Weight control and physical activity, 2000 – 2001
- Advisory Board for the Tomorrow Study (Alberta, Canada, Cancer Cohort Study), 1999 - 2001
- Advisor to The effects of weight loss and exercise on biomarkers of breast cancer risk- a randomized pilot trial (M. Harvie, A. Howell, Manchester, England)
- Participant, "Workshop on Physical Activity and Breast Cancer", National Action Plan on Breast Cancer, Nov. 1997
- Invitee, "Beyond Hunt Valley: Research on Women's Health for the 21st Century", Nov. 1997
- Participant, "Breast Cancer in Minorities", National Action Plan on Breast Cancer, March 1999

11/3/2023

- 2005 ASPO Annual Meeting Program Committee
- Member, Steering Committee for International Position Paper and Consensus Conference on Women's Health and the Menopause, NHLBI-Lorenzi Foundation sponsors, 1998

*Editorial Boards*
- AACR, Cancer Prevention Research, 2008 - 2014
- Journal of Women's Health, 1998 –
- Medscape Women's Health and Ob/Gyn & Women's Health, 2001 – 2002

*Grant Reviewing*
- Co-Chair, Breast Cancer Research Foundation Precision Prevention Initiative, 2023
- Chair, Department of Defense (DOD) United States Army Medical Research and Materiel Command (USAMRMC) Congressionally Directed Medical Research Programs (CDMRP) Breast Cancer Research Program - Prevention, January 2017
- Member, Department of Defense (DOD) United States Army Medical Research and Materiel Command (USAMRMC) Congressionally Directed Medical Research Programs (CDMRP) Breast Cancer Research Program - Prevention, January 2018
- Florida Department of Health Research Program Peer Review, 2017
- Department of Defense (DOD) United States Army Medical Research and Materiel Command (USAMRMC) Congressionally Directed Medical Research Programs (CDMRP) Breast Cancer Research Program - Epidemiology, February, 2016
- NCI Omnibus: Biomarkers R03 & R21 SEP-12 Review Committee 2015
- NCI Omnibus: Cancer Management & Behavior 2014
- MD Anderson NCI CCSG Review 2013
- Department of Defense (DOD) United States Army Medical Research and Materiel Command (USAMRMC) Congressionally Directed Medical Research Programs (CDMRP) Breast Cancer Research Program Breakthrough Award, Epidemiology/Prevention 2013
- Department of Defense (DOD) United States Army Medical Research and Materiel Command (USAMRMC) Congressionally Directed Medical Research Programs (CDMRP) Breast Cancer Research Program Training-Epidemiology - Prevention (2 cycles) 2013
- NIH Special Emphasis Panel Member September 2012
- NIH PRDP Study Section Member 2008-2012 (ad hoc 2006-2008)
- Susan G. Komen for the Cure 2009 - 2013
- Cancer Prevention & Research Institute of Texas 2009 – 2015
- Qatar National Priorities Research Program 2010-2013
- Catalan TV3 Marató Call 2005, 2013
- San Diego State/UC San Diego Pilot Grant Reviewer 2012
- FHCRC and UW Pilot Grant Reviews yearly
- NCI Cancer Centers Review Group Ad Hoc Member May 2007
- Pennsylvania Interim Performance Review 2007, 2008, 2010, 2012
- Marsha Rivkin Center for Ovarian Cancer Research Grants 2012
- Memorial Sloan Kettering Cancer Center NCI CCSG Review 2007
- Department of Defense Breast Cancer Program Predoctoral Fellowship Grants, 2006
- Chair, NIH Special Study Section "Mechanisms of Physical Activity Behavior Change" 3/04
- NIH EDC-2 Special Study Section, Sept. 9-10, 1997
- Alberta Cancer Board Grants, 1998-2002 and other Canadian agencies, and for Spanish and Italian Foundations
- NCI Administrative Supplements for Disseminating Evidence-based Research Products 8/04
- Member, ACSM Research Review Committee 2004 – 2006

*Journal Reviewing*
- JAMA, Journal of Clinical Oncology, Obesity, Archives of Internal Medicine, American Journal of Epidemiology, Journal of the National Cancer Institute, Annals of Internal Medicine, European Journal of Cancer,

Anne McTiernan

British Journal of Cancer, Cancer Causes & Control, Cancer Epidemiology Biomarkers & Prevention, Annals of Epidemiology, Epidemiology, Nutrition, American Journal of Clinical Nutrition, Cancer Prevention Research, Nature, Breast Cancer Research, Journal of Women's Health, Clinical Cancer Research

*College Fellowship and Membership*
- The Obesity Society (Fellow 2003 -)
- American College of Sports Medicine (Fellow 2003 -)
- American College of Epidemiology (Fellow 1999 -)

*Professional Licenses and Certification*
- Board Certified, American Board of Internal Medicine, 1992
- Physician & Surgeon License, State of Washington, 7/21/91-2/18/21
- DEA License, Expires 2023, Schedules 2, 2N, 3, 3N, 4, 5

## LEADERSHIP
- Director, FHCRC Prevention Center, 2002-2012
- Chair, TREC Steering Committee 2006-7
- Chair, Cancer Interest Group, Obesity Society 2007-8
- Chair, Cancer Subcommittee, DHHS Physical Activity Guidelines Advisory Committee 2016-18
- Member, Leadership Group, DHHS Physical Activity Guidelines Advisory Committee 2016-18
- Chair, Cancer Working Group, DHHS Physical Activity Guidelines Advisory Committee 2007-8
- Chair, Section on Mechanisms, IARC Handbook of Cancer Prevention 2002: Physical Activity and Weight Control, 2000-1
- Organized and Chaired Symposium on Physical Activity and Cancer, American College of Sports Medicine, St. Louis, June 2002

## REFEREED PUBLICATIONS
(** refers to student papers under my supervision; ^ denotes papers from studies on which I was PI)

**1983**
1. Shy K, **McTiernan A**, Daling J, and Weiss N: Oral contraceptive use and the occurrence of pituitary prolactinoma. Journal of the American Medical Association 249:2204-2207, 1983.

**1984**
2. ^**McTiernan A**, Weiss N, and Daling J: Incidence of thyroid carcinoma in women in relation to reproductive and hormonal factors. American Journal of Epidemiology 120:423-435, 1984.
3. ^**McTiernan A**, Weiss N, and Daling J: Incidence of thyroid carcinoma in women in relation to radiation exposure and history of thyroid disease. Journal of the National Cancer Institute 73:575-581, 1984.

**1985**
4. **McTiernan A**, Chu J, and Thomas D: Cancer in whites in the Pacific Basin. In Fourth Symposium on Epidemiology and Cancer Registries in the Pacific Basin. National Cancer Institute Monograph 69:65-72, 1985.

**1986**
5. ^**McTiernan A**, Weiss N, and Daling J: Bias resulting from using the card-back system to contact patients in epidemiologic studies. American Journal of Public Health 76:71-73, 1986.
6. **McTiernan A**, Whitehead A, Thomas D, and Noonan E: Efficient selection of controls for multi-centered collaborative studies of rare diseases. American Journal of Epidemiology 123:901-904, 1986.
7. **McTiernan A**, Thomas D, Johnson L, and Roseman D: Risk factors for estrogen receptor-rich and estrogen receptor-poor breast cancers. Journal of the National Cancer Institute 77:849-854, 1986.
8. **McTiernan A** and Thomas D: Evidence for a protective effect of long-term lactation on risk of breast cancer: results from a case-control study. American Journal of Epidemiology 124:353-358, 1986.
9. ^Mueller B, **McTiernan A**, and Daling J: Level of response in epidemiologic studies using the card-back system to contact patients. American Journal of Public Health 76:1331-1332, 1986.
10. Vaughan T, and **McTiernan A**: Diet in the etiology of cancer. Sem. Oncol. Nursing 2:3-13, 1986.

11/3/2023

Anne McTiernan

**1987**

11. ^**McTiernan A**, Weiss N, and Daling J: Incidence of thyroid cancer in women in relation to known or suspected risk factors for breast cancer. Cancer Research 47:292-295, 1987.

**1991**

12. Rosenblatt KA, Thomas DB, **McTiernan A**, et al: Breast cancer in men: aspects of familial aggregation. Journal of the National Cancer Institute 83:849-54, 1991.

13. Demers PA, Thomas DB, Rosenblatt KA, **McTiernan A**, et al: Occupational exposure to electromagnetic fields and breast cancer in men. American Journal of Epidemiology 134:340-47, 1991.

**1992**

14. Thomas DB, Jiminez LM, **McTiernan A**, et al: Breast cancer in men: risk factors with hormonal implications. American Journal of Epidemiology 135:734-48, 1992.

**1993**

15. Stalsberg H, Thomas DB, Rosenblatt KA, Jiminez LM, **McTiernan A**, et al: Histologic types and hormone receptors in breast cancer in men--a population-based study in 282 North American men. Cancer Causes and Control 4:143-51, 1993.

**1994**

16. Thomas DB, Rosenblatt K, Jiminez LM, **McTiernan A**, et al: Ionizing radiation and breast cancer in men. Cancer Causes and Control 5:9-14, 1994.

**1995**

17. Bowen D, Green P, Kestin M, **McTiernan A**, Carroll D: Effects of decreasing dietary fat on psychological well-being. Cancer Epidemiology, Biomarkers, and Prevention 4:555-59, 1995.

18. **McTiernan A**, Rossouw J, Manson J, et al:  Informed consent in the Women's Health Initiative. Journal of Women's Health 5:519-529, 1995.

**1996**

19. Prentice R, Rossouw JR, Johnson, SR, Freedman LS, **McTiernan A**.  The role of randomized controlled trial in assessing the benefits and risks of long-term hormone replacement therapy: example of the Women's Health Initiative.  Menopause, 1996;3:71-76.

20. **McTiernan A**, Stanford JL, Weiss NS, Daling JR, Voigt LF: Occurrence of breast cancer in relation to recreational exercise in women age 50-64 years. Epidemiology 1996;7:598-604.

**1997**

21. Burke W, Peterson G, Lynch P, Botkin J, Daly M, Garber J, Kahn MJE, **McTiernan A**, Offitt K, Thomson E, Varricchio C, for the Cancer Genetics Studies Consortium.  Recommendations for follow-up care of individuals with an inherited predisposition to cancer. 1. Hereditary nonpolyposis colon cancer. JAMA 1997;277:915-919.

22. Burke W, Daly M, Garber J, Botkin J, Kahn MJE, Lynch P, **McTiernan A**, Offitt K, Perlman J, Petersen G, Thomson E, Varricchio C, for the Cancer Genetics Studies Consortium.  Recommendations for follow-up care of individuals with an inherited predisposition to cancer. 2. BRCA1 and BRCA2. JAMA 1997;277:997-1003.

23. **McTiernan A**, Gilligan M, Redmond C: Assessing individual risk for breast cancer: risky business. J Clinical Epidemiology 1997;50:547-556.

24. **McTiernan, A**. Physical activity and breast cancer – time to get moving? (editorial) NEJM 336:1311-1312, 1997.

25. **McTiernan, A**. Commentary on: Thune I, Brenn T, Lund E, Gaard M. Physical activity and the risk of breast cancer. Clin J Sport Med 1997;7 (4) 315

**1998**

26. Women's Health Initiative Study Group. Design of the Women's Health Initiative Clinical Trial and Observational Study. Controlled Clinical Trials 1998;19:61-109.

27. **McTiernan A**, Stanford J, Daling J, Voigt L: Prevalence and correlates of physical activity in women aged 50-64 years. Menopause 1998;5:95-101.

28. ^**McTiernan A**, Kumai C, Bean D, Hastings R, Schwartz R, Ulrich N, Gralow J, Potter J. Anthropometric and hormone effects of an 8-week exercise-diet intervention in breast cancer patients: results of a feasibility pilot study. Cancer Epidemiology Biomarkers Prevention  1998;7:477-81.

29. Hoffman-Goetz L, Apter D, Demark-Wahnefried W, Goran M, **McTiernan A**, Reichman M. Mechanisms for an association between physical activity and breast cancer. Cancer (supplement) 1998;83:621-628.

30. **McTiernan A**, Ulrich N, Slate S, Potter J. Physical activity and cancer etiology: associations and mechanisms. Cancer Causes and Control 1998;9(5)487-509.

Anne McTiernan

## 1999

31. Cheblowski RT, **McTiernan A.** Elements of informed consent for Hormone Replacement Therapy in patients with diagnosed breast cancer. Journal of Clinical Oncology 1999;17(1):130-42.

32. ^Negri E, Ron E, Franceschi S, DalMaso L, Mark SD, Preston-Martin S, **McTiernan A**, et al. A pooled analysis of thyroid cancer case-control studies: Methods. Cancer Causes and Controls 1999:10:131-142.

33. ^Negri E, DalMaso L, Ron E, LaVecchia C, Mark SD, Preston-Martin S, **McTiernan A**, et al. Menstrual and reproductive factors and thyroid cancer. Cancer Causes and Controls 1999:10:143-155.

34. ^LaVecchia C, Ron E, Franceschi S, DalMaso L, Mark SD, Chatenoud L, Braga C, Preston-Martin S, **McTiernan A**. Oral contraceptives, menopausal replacement treatment and other female hormones and thyroid cancer. Cancer Causes and Controls 1999:10:157-166.

35. Durfy S, Bowen D, Burke W, **McTiernan A,** et al. Attitudes and interest in genetic testing for breast and ovarian cancer susceptibility in diverse groups of women in Western Washington. Cancer Epidemiology Biomarkers and Prevention 1999:8;369-376.

36. ^**McTiernan A**, Ulrich CM, Yancey D, Slate S, Nakamura H, Oestreicher N, Bowen D, Yasui Y, Potter J, and Schwartz R. The Physical Activity for Total Health (PATH) Study: rationale and design. Medicine and Science in Sports and Exercise 1999;31:1307-1312.

37. **McTiernan A**, Potter J, Bowen D, Schwartz R. Exercise clinical trials in cancer prevention research: a call to action. Cancer Epidemiology Biomarkers and Prevention 1999; 8:201-207.

38. Bowen D, **McTiernan A**, Burke W, Powers D, Pruski J, Durfy S, Gralow J, Malone K. Participation in breast cancer risk counseling among women with a family history. Cancer Epidemiology Biomarkers and Prevention 1999; 8:581-586.

39. Rosenblatt KA, Thomas DB, Jimeneq LM, Fish B, **McTiernan A**, et al. Diet and breast cancer in men. Cancer Causes and Control 1999:10:107-113.

40. ^Franceschi S, Preston-Martin S, DalMaso L, Negri E, LaVecchia C, **McTiernan A**, et al. A pooled analysis of thyroid cancer case-control studies. IV. Benign thyroid diseases. Cancer Causes and Control 1999;10:583-595.

41. ^LaVecchia C, Ron E, Franceschi S, DalMaso L, Mark SD, Chatenoud L, Braga C, Preston-Martin S, **McTiernan A**. A pooled analysis of thyroid cancer studies. Anthropometric factors. Cancer Causes and Control 1999;10:583-595.

## 2000

42. Burke W, Culver JB, Bowen D, Lowry D, Durfy S, **McTiernan A**, Anderson, MR. Genetic counseling for women with an intermediate family history of breast cancer. American Journal of Medical Genetics 2000;90(5):361-8.

43. **McTiernan A.** The associations of energy balance and body mass index with breast cancer risk in United States women from diverse racial and ethnic backgrounds. Cancer 2000;88:1248-1255.

44. Bowen DJ, **McTiernan A**, , Rosenberg E, Powers P, Feng Z: Recruiting women into a smoking cessation program to control weight: who might quit? Women and Health 2000;31(4):41-58.

45. Wingo PA, Calle EE, **McTiernan A**. How does breast cancer mortality compare with other cancers and cardiovascular disease at different ages in U.S. women? Journal of Women's Health 2000;9:999-1006.

46. **McTiernan A.** Physical Activity and the Prevention of Breast Cancer. Medscape. Invited as Expert Opinion. October 2000; 5(5). Available at http://www.medscape.com/Medscape/WomensHealth/journal/2000/v05.n05/wh7419.mcti/wh7419.mcti-01.html

## 2001

47. **\*\*Young SYN**, Gunzenhauser JD, Malone KE, **McTiernan A.** The relationship between body mass index and asthma in the military population of the northwestern United States. Archives Internal Medicine 2001;161:1605-1611.

48. Davidoff R, **McTiernan A**, Constantine G, Davis KD, Balady GJ, Mendes LA, Rudolph RE, Bowen, DJ. Echocardiographic evaluation of women previously treated with fenfluramine: Long-term follow-up of a randomized, double-blind, placebo-controlled trial. Archives of Internal Medicine. 2001;161:1429-1436.

49. Marrett L, Theis B, Ashbury FD, and an Expert Panel. Workshop report: physical activity and cancer prevention. (member of the expert panel). Chronic Diseases in Canada 2001;21:143-149.

50. La Vecchia C, Brinton L, **McTiernan A**. Menopause, hormone replacement therapy and cancer. Maturitas 2001; 39: 97-115.

51. **McTiernan A,** Burke W, Bars J, et al. Comparison of two breast cancer risk estimates in women with a family history of breast cancer. Cancer Epidemiology Biomarkers and Prevention 2001;10: 333-338.

52. ^Bosetti C, Kolonel L, Negri E, Ron E, Franceschi S, Dal Maso L, Galanti MR, Mark SD, Preston-Martin S, **McTiernan A**, Land C, Mabuchi K, Jin F, Wingren G, Hallquist H, Glattre E, Lund E, Levi F, Linos D, La Vecchia

Anne McTiernan

C. A pooled analysis of case-control studies of thyroid cancer: fish and shellfish consumption. <u>Cancer Causes and Control</u> 2001;12:375-382.

53. Shors AR, Solomon C, **McTiernan A**, White E. Melanoma risk in relation to height, weight, and exercise (United States) <u>Cancer Causes and Control</u> 2001; 12(7):599-606. <u>Cancer Causes Control</u>. 2001 Sep;12(7):599-606.

54. Tavani A, La Vecchia C, Brinton LA, **McTiernan A.** Hormone replacement therapy and risk of endometrial cancer. <u>Tumori.</u> 2001 Sep-Oct;87(5):S20-1.

55. LaVecchia C, Brinton LA, **McTiernan A**. Hormone replacement therapy and breast cancer risk: epidemiology. <u>Journal fur Menopause</u> 2001;8:5-7.

56. Friedenreich C, Marrett LD, Members of the Canadian Breast Cancer Initiative Working Group on Primary Prevention of Breast Cancer and an Expert Panel. Workshop report: identification of research needs in breast cancer etiology. <u>Chronic Diseases in Canada</u> 2001;22:41-49  (member of the Expert Panel).

**2002**

57. ^\*\*Irwin ML, **McTiernan A**. Exercise effect on body weight in postmenopausal women: the Physical Activity for Total Health Study. In RA Lobo, PG Crosignani, R Paoletti, F Bruschi (eds). <u>Women's Health and Menopause: New Strategies – Improved Quality of Life,</u>  Dordrecht, Kluwer Academic Pub. 2002, pp. 345-352.

58. Chlebowski RT, Aiello E, **McTiernan A.** Weight loss in breast cancer patient management. <u>J. Clinical Oncology</u> 2002;20(4):1128-1143.

59. ^\*\*Slate S, Yasui Y, Ulrich C, **McTiernan A**. Mailing strategies and recruitment into an intervention trial of the exercise effect on breast cancer biomarkers. <u>Cancer Epidemiology Biomarkers and Prevention</u> 2002; 11: 73-77.

60. Hendrix S, Clark A, Nygaard I, Aragaki A, Barnabei V, **McTiernan A**.  Pelvic organ prolapse in the Women's Health Initiative: gravity and gravidity. <u>Am J. Obstet Gynecol</u> 2002 Jun;186(6):1160-6.

61. Wenger NK, Paoletti R, Lenfant CJM, Pinn VW, Barrett-Connor E, Birkhauser MH, Brinton LA, Collins A, Collins P, Crosignani PG, Dennerstein L, Ettinger B, Gustafson JA, Guthrie J, Henderson VW, Hendrix S, Klein BEK, LaVecchia C, Lindsay R, Maggi A, McGowan JA, **McTiernan A,** Nilsson S, Redford M, Resnick SM, Rossouw JE, Santoro N, Sherman SS. Executive summary. In International Position Paper on Women's Health and Menopause: a Comprehensive Approach. Wenger NK, Paoletti R, Lenfant CJM, Pinn VW (eds). NIH Publication No. 02-3284. 2002, pp. 1-22.

62. LaVecchia C, Brinton L, **McTiernan, A** Hormone replacement therapy, related therapies, and cancer. In International Position Paper on Women's Health and Menopause: a Comprehensive Approach. Wenger NK, Paoletti R, Lenfant CJM, Pinn VW (eds). NIH Publication No. 02-3284. 2002, pp.223-250.

63. Barrett-Connor E, Hendrix S, Ettinger B, Wenger NK, Paoletti R, Lenfant CJM, Pinn VW, Birkhauser MH, Brinton LA, Collins A, Collins P, Crosignani PG, Dennerstein L, Gustafson JA, Guthrie J, Henderson VW, Klein BEK, LaVecchia C, Lindsay R, Maggi A, McGowan JA, **McTiernan A,** Nilsson S, Redford M, Resnick SM, Rossouw JE, Santoro N, Sherman SS. Best clinical practices: a comprehensive approach. In International Position Paper on Women's Health and Menopause: a Comprehensive Appoach. Wenger NK, Paoletti R, Lenfant CJM, Pinn VW (eds). NIH Publication No. 02-3284. 2002, pp. 271-288.

64. Byers T, Thun M, **McTiernan A**, Doyle C, et al. American Cancer Society Guidelines for Nutrition and Physical Activity and Prevention of Cancer. <u>CA: Cancer J Clin</u> 2002;52:92-119.

65. Morimoto L, White E, Zhao C, Chlebowski R, Hays J, Kuller L, Lopez AM, Manson J, Margolis K, Muti P, Stefanick M, **McTiernan A**. Obesity, body size, and risk of postmenopausal breast cancer: the Women's Health Initiative. <u>Cancer Causes and Control.</u> 2002;13:741-751.

66. ^Bossetti C, Kolonel L, Negri E, Ron E, Franceschi S, Dal Maso L, Galanti MR, Mark SD, Preston-Martin S, **McTiernan A**, Land C, Mabuchi K, Jin F, Wingren G, Hallquist H, Glattre E, Lund E, Levi F, Linos D, La Vecchia C. A pooled analysis of case-control studies of thyroid cancer. VII. Cruciferous and other vegetables. <u>Cancer Causes and Control</u> 2002;13:765-775.

67. LaVecchia C, Brinton LA, **McTiernan A.** Cancer risk in postmenopausal women. <u>Bailliere's  Best Practice and Research - Clinical Obstetrics & Gynaecology</u> 2002 Jun;16(3):293-307.

68. Andersen R, Bowen D, Yasui Y, **McTiernan A**. Awareness and concern about ovarian cancer among women at risk due to a family history of breast or ovarian cancer. <u>Clinical Journal of Women's Health</u> 2002;2:5-12. (also reprinted in <u>Am J Obstet Gynecol.</u> 2003 Oct;189(4 Suppl):S42-7.)

69. Bowen D, Burke W, Yasui Y, **McTiernan A**, McLaren D. Effects of risk counseling on interest in genetic testing in lower risk women. <u>Genetics in Medicine</u> 2002; 4:359-365.

Anne McTiernan

70. Evenson K, Wilcox S, Pettinger M, Brunner R, King AC, **McTiernan A**. Vigorous leisure activity through women's adult life: The Women's Health Initiative Observational Cohort Study. <u>American Journal of Epidemiology</u> 2002;156:945-953.

**2003**

**71.** Bowen D, Powers D, Anderson R, Burke W, **McTiernan A,** Durfy S, Helmes A. Predicting breast cancer screening with emotion and cognition. <u>Journal of Social and Clinical Psychology</u> 2003;22(2):213-232.

72. ^\*\*Irwin M, Yasui Y, Ulrich CM, Bowen D, Rudolph RE, Schwartz RS, Yukawa M, Aiello E, Potter JD, **McTiernan A**. Effect of exercise on total and intra-abdominal body fat in postmenopausal women: a randomized controlled trial. <u>JAMA</u> 2003;289: 323-330.

73. ^**McTiernan A**, Rajan KB, Tworoger S, Irwin M, Bernstein L, Baumgartner R, Gilliland F, Stanczyk F, Yasui Y, Ballard-Barbash R. Adiposity and sex hormones in postmenopausal breast cancer survivors. <u>Journal of Clinical Oncology</u> 2003;21(10):1961-1966.

74. Curb D, **McTiernan A**, Heckbert S, Kooperberg C, Stanford J, Nevitt M, Johnson K, Proulx-Burns L, Pastore L, Criqui M, Dougherty S. Outcomes ascertainment and adjudication methods in the Women's Health Initiative. <u>Annals of Epidemiology </u>2003;13(9, Suppl 1):S122-S128.

75. ^\*\*Irwin M, Crumley D, **McTiernan A**, Bernstein L, Baumgartner R, Gilliland F, Kriska A, Ballard-Barbash R. Physical activity levels before and after a diagnosis of breast cancer: The Health, Eating, Activity, and Lifestyle (HEAL) Study. <u>Cancer</u> 2003;97:1746-57.

76. Mitchell BL, Ulrich CM, **McTiernan A**. Vitamin supplementation and immune function: can the elderly benefit? (review) <u>Nutrition Research</u> 2003; 23:1117-39

77. Chlebowski R, Cyr M, Gass M, Gilligan M, Hendrix S, Handek CJ, Lane D, Langer RD, Petrovich H, Stefanick M, Thomson C, **McTiernan A.** Influence of estrogen plus progestin on breast cancer and mammography in healthy postmenopausal women: the Women's Health Initiative Randomized Trial. <u>JAMA</u> 2003;289: 3243-53.

78. **McTiernan A.** Intervention studies in exercise and cancer prevention. (American College of Sports Medicine Symposium paper) <u>Medicine and Science in Sports and Exercise.</u> 2003;35(11):1841-1845.

79. ^\*\*Tworoger S, Yasui Y, Ulrich CM, Vitiello M, Bowen D, Irwin M, Aiello EJ, Schwartz RS, Potter J, **McTiernan A**. Effect of a yearlong moderate to vigorous intensity exercise or low intensity stretching intervention on self-reported sleep quality measures in postmenopausal women. <u>Sleep</u> 2003;26(7): 830-6.

80. **McTiernan A.** Behavioral risk factors in breast cancer: can risk be modified? <u>The Oncologist</u>. 2003;8(4):326-34.

81. Harris RE, Chlebowski RT, Jackson RD, Frid DJ, Ascenseo JL, Anderson G, Loar A, Rodabough RJ, White E, **McTiernan A**; Women's Health Initiative. Breast cancer and nonsteroidal anti-inflammatory drugs: prospective results from the Women's Health Initiative. <u>Cancer Res.</u> 2003 Sep 15;63(18):6096-101.

82. Brown JK, Byers T, Doyle C, Courneya KS, Demark-Wahnefried  W, Kushi LH, **McTiernan A,** et al, Nutrition and physical activity during and after cancer treatment:  an American Cancer Society guide for informed choices. <u>CA Cancer J Clin.</u> 2003 Sep-Oct;53(5):268-91.

83. **McTiernan A**, Kooperberg C, White E, Wilcox S, Coates R, Adams-Campbell L, Woods N, Ockene J. Recreational physical activity and the risk of breast cancer in postmenopausal women.  The Women's Health Initiative Cohort Study. <u>JAMA</u> 2003; 290: 1331-1336.

84. ^Mack WJ, Preston-Martin S, Dal Maso L, Galanti R, Xiang M, Franceschi S, A Hallquist A, Jin F, Kolonel L, La Vecchia C, Levi F, Linos A, Lund E, **McTiernan A**, Mabuchi K, Negri E, Wingren G, Ron E. A pooled analysis of case–control studies of thyroid cancer: cigarette smoking and consumption of alcohol, coffee, and tea. <u>Cancer Causes and Control</u> 2003;14 (8): 773-785.

85. Chlebowski R, **McTiernan A**. Biological significance of interventions that change breast density. <u>J Natl Cancer Inst.</u> 2003 Jan 1;95(1):4-5.

86. **McTiernan A.** Physical Activity, Exercise, and Cancer: Prevention to Treatment-Symposium Overview. <u>Medicine and Science in Sports and Exercise.</u> 2003;35(11):1821-22.


**2004**

87. ^\*\*Aiello EJ, Yasui Y, Tworoger SS, Ulrich CM, Irwin M, Bowen D, Schwartz RS, Kumai C, Potter JD, **McTiernan A.** Effect of a yearlong moderate-intensity exercise intervention on the occurrence and severity of menopausal symptoms in postmenopausal women.  <u>Menopause: the Journal of the North American Menopause Society</u> 2004; 11(4):382-8.

88. ^\*\*Tworoger SS, Chubak J, Aiello EJ, Ulrich CM, Atkinson C, Potter JD, Yasui Y, Stapleton PL, Lampe JW, Farin FM, Stanczyk FZ, **McTiernan A**.  Association of *CYP17, CYP19, CYP1B1*, and *COMT* polymorphisms with serum

8                                                                                                                      11/3/2023

Anne McTiernan

and urinary sex hormone concentrations in postmenopausal women. <u>Cancer Epidemiol Biomarkers Prev</u> 2004 13: 94-101.

89. **McTiernan A**. Physical activity after cancer: physiologic outcomes. <u>Cancer Investigation</u> 2004;22:68-81.

90. Bowen DJ, Burke W, **McTiernan A**, Yasui Y, Andersen MR. Breast cancer risk counseling improves women's functioning. <u>Patient Education and Counseling</u> 2004;53(1);79-86.

91. ^Atkinson C, Lampe JW, Tworoger SS, Ulrich CM, Bowen D, Irwin ML, Schwartz RS, Rajan BK, Yasui Y, Potter JD, **McTiernan A**. Effects of a moderate intensity exercise intervention on estrogen metabolism in postmenopausal women. <u>Cancer Epidemiology, Biomarkers & Prevention</u> 2004;13(5):1-7.

92. ^**McTiernan A**, Tworoger S, Schwartz RS, Ulrich CM, Yasui Y, Irwin M, Rajan B, Rudolph R, Bowen D, Stanczyk F, Potter JD. Effect of exercise on serum estrogens in postmenopausal women: a 12-month randomized controlled trial. <u>Cancer Research</u> 2004;64(8):2923-8.

93. ^Frankenfeld CL, **McTiernan A**, Tworoger SS, Atkinson C, Thomas WK, Stanczyk F, Marcinova S, Weigle S, Weiss NS, Holt VL, Schwartz SM, Lampe JW. Serum hormone and sex hormone binding globulin concentrations and urinary hydroxylated estrogen metabolites in postmenopausal women in relation to daidzein-metabolizing phenotypes. J Steroid Biochem Mol Biol, 2004; 88(4-5):399-408.

94. ^**McTiernan A**, Tworoger SS, Rajan B, Yasui Y, Sorenson B, Ulrich CM, Chubak J, Stanczyk FZ, Bowen D, Irwin ML, Rudolph RE, Potter JD, Schwartz RS. Effect of exercise on serum androgens in postmenopausal women: a 12-month randomized clinical trial. <u>Cancer Epidemiology, Biomarkers & Prevention</u> 2004;13(7):1-7.

95. Tworoger SS, Davis S, Mirick D, Emerson S, Lentz M, **McTiernan A** The effect of a nighttime magnetic field exposure on sleep patterns in young women. <u>Am. J. Epidemiology</u> 2004;160(3):224-9.

96. ^**Tworoger SS, Chubak J, Aiello EJ, Yasui Y, Ulrich CM, Farin FM, Stapleton PL, Irwin ML, Potter JD, Schwartz RS, **McTiernan A.** The effect of *CYP19* and *COMT* polymorphisms on exercise-induced fat loss in postmenopausal women. <u>Obesity Research</u> 2004;12(6):972-81.

97. Frankenfeld CL, **McTiernan A,** Aiello EJ, Thomas WK, LaCroix K, Schramm J, Schwartz SM, Holt VL, Lampe JW. Mammographic density in overweight, postmenopausal women in relation to daidzein-metabolizing phenotypes. <u>Cancer, Epidemiology, Biomarkers and Prevention.</u> 2004;13(7):1156-1162.

98. ^**Tworoger SS,Yasui Y,Chang L, Stanczyk FZ, **McTiernan A**. Specimen allocation in longitudinal biomarker studies: controlling subject-specific levels by design. <u>Cancer Epidemiology, Biomarkers & Prevention</u> 2004;13(7):1257-1260.

99. McGregor, B.A., Bowen, D.J., Ankerst, D., Andersen, M.R., Yasui, Y., **McTiernan, A**. Optimism, perceived risk of breast cancer, and cancer worry among a community-based sample of women. <u>Health Psychology</u>. 2004;23:339-44

100. Prentice R, Willett W, Greenwald P, Alberts D Bernstein L, Boyd N, Byers T, Clinton S, Fraser G, Freedman L, Hunter D, Kipnis V, Kolonel L, Kristal B, Kristal A, Lampe J, **McTiernan A**, Milner J, Patterson R, Potter J, Riboli E, Schatzkin A, Yates A. Nutrition, physical activity and chronic disease prevention: research strategies and recommendations. <u>J Natl Cancer Inst.</u> 2004; 96(17):1276-87.

101. ^Shade ED, **McTiernan A**, Wener MH, Wood B, Yasui Y, LaCroix K, Potter JD, Ulrich CM. Frequent intentional weight loss, duration of weight stability, and possible long-term effects on immune function. <u>J American Dietetic Association</u> June 2004; 104(6): 903-12.

102. ^Irwin M, **McTiernan A**, Bernstein L, Baumgartner R, Gilliland FD, Ballard-Barbash R. Physical activity levels among breast cancer survivors. <u>Medicine and Science in Sports and Exercise</u> 2004; 36(9): 1484-1491.

103. Alfano CM, Klesges RC, Murray DM, Bowen DJ, **McTiernan A**, Vander Weg MW, Robinson LA, Cartmel B, Thornquist MD, Barnett M, Goodman GE, Omenn GS. Physical activity in relation to all-site and lung cancer incidence and mortality in current and former smokers. <u>Cancer Epidemiol Biomarkers Prev</u> 2004;13(12):2233-2241.

104. Heckbert SR, Kooperberg C, Stafford MM, Psaty BM, Hsia J, **McTiernan A**, Barbour A, Gaziono M, Frishman WH, Curb D, for the WHI Morbidity and Mortality Committee. Comparison of self-report, hospital discharge codes, and adjudication of cardiovascular events in the Women's Health Initiative. <u>Amer J Epidemiol</u> 2004;160(12):1152-1158.

105. ^**Chubak J, Tworoger S, Yasui Y, Ulrich C, Stanczyk F, **McTiernan A**. Associations between reproductive and menstrual factors and postmenopausal sex hormone concentrations. <u>Cancer Epidemiology, Biomarkers & Prevention</u> 2004; 13(8):1296-301.

106. ^Baumgartner KB, Baumgartner RN, WC Hunt WC, Crumley DD, FD Gilliland FD, **McTiernan A**, Bernstein L, Ballard-Barbash R. Association of body composition and weight history with breast cancer prognostic markers: a divergent pattern between Hispanic and non-Hispanic white women. <u>Am J Epidemiology</u> 2004 160(11):1087-97.

11/3/2023

Anne McTiernan

107. ^**Sparks R, Ulrich CM, Bigler J, Tworoger SS, Yasui Y, Rajan KB, Porter P, Stanczyk FZ, McVarish L, Aiello E, **McTiernan A.** UDP-glucuronosyltransferase and sulfotransferase polymorphisms, sex hormone concentrations, and tumor characteristics in breast cancer patients. Breast Cancer Research 2004;6(5):R488-98.

108. Chlebowski R, Pettinger M, Stefanick M, Howard M, Mossavar-Rahmani Y, **McTiernan A**. Insulin, physical activity, and caloric intake in postmenopausal women: breast cancer implications. J Clin Oncol 2004;22(22):4507-13.

109. ^Irwin ML, Tworoger SS, Yasui Y, Rajan K, McVarish L, LaCroix K, Ulrich C, Bowen D, Shwartz RS, Potter J, **McTiernan A.** Influence of demographic, physiologic, and psychosocial variables on adherence to a yearlong moderate-intensity exercise trial in postmenopausal women. Preventive Medicine 2004;39:1080-86.

## 2005

110. ^Foster-Schubert KE, **McTiernan A**, Frayo RS, Schwartz RS, Rajan KB, Yasui Y, Tworoger SS, Cummings DE. Human plasma ghrelin levels increase during a one-year exercise program. J Clin Endoc Metab 2005; 90(2):820-5.

111. ^Irwin ML, **McTiernan A**, Baumgartner R, Baumgartner K, Bernstein L, Gilliland FD, Ballard-Barbash R. Changes in body fat and weight after a breast cancer diagnosis: Influence of demographic, prognostic and lifestyle factors. J Clin Oncol 2005;23(4):774-782.

112. Cheblowski R, Chen Z, Anderson GL, Rohan T, Aragaki A, Lane D, Nolan NC, Paskett ED, **McTiernan A**, Hubbell FA, Adams-Campbell LL, Prentice R. Ethnicity and breast cancer: factors influencing differences in incidence and outcome. J Natl Cancer Inst. 2005;97:439-448.

113. ^**Frank LL, Rajan KB, Yasui Y, Tworoger SS, Ulrich CM, **McTiernan A**. Effects of physical activity on metabolic risk variables in overweight postmenopausal women. A randomized clinical trial. Obesity Research 2005; 13: 615-25.

114. ^**McTiernan A**, Sorensen B, Yasui Y, Tworoger SS, Ulrich CM, Irwin ML, Rudolph RE, Stanczyk FZ, Schwartz RS, Potter JD. No effect of exercise on insulin-like growth factor 1 and insulin-like growth factor binding protein 3 in postmenopausal women: a 12-month randomized clinical trial. Cancer Epidemiol Biomarkers Prev. 2005 Apr;14(4):1020-1

115. ^**Aiello EJ, Yasui Y, Tworoger SS, Ulrich CM, Potter JD, Bowen D, Irwin M, Stanczyk F, **McTiernan A** Associations among circulating sex hormones, insulin-like growth factor, lipids, and breast density in postmenopausal women. Cancer Epidemiol Biomarkers Prev. 2005;14(6):1411-1417.

116. Tworoger SS, Davis S, Vitiello MV, Lentz MJ, **McTiernan A**. Factors associated with objective (actigraphic) and subjective sleep quality in young adult women. J Psychosomatic Res. 2005;59:11-19.

117. **McTiernan A**, Martin C, Peck JD, Aragaki A, Chlebowski R, Pisano E, Wang CY, Brunner R, Johnson KC, Manson JE, Lewis CE, Kotchen JM, Hulka B, for the Women's Health Initiative Mammogram Density Study Investigators. Estrogen plus progestin influence on mammogram density in healthy postmenopausal women in the Women's Health Initiative Randomized Trial. J Natl Cancer Inst.2005;97: 1366-1376.

118. ^Chubak J, Tworoger SS, Yasui Y, Ulrich CM, Stanczyk FZ, **McTiernan A**. Associations between reproductive and menstrual factors and postmenopausal androgen concentrations. J Womens Health (Larchmt) 2005;14:704-12.

119. ^Irwin M, **McTiernan A**, Bernstein L, Gilliland F, Baumgartner R, Baumgartner K, Ballard-Barbash R. Relationship of obesity and physical activity with c-peptide, leptin, and insulin-like growth factors in breast cancer survivors. Cancer Epidemiol Biomarkers Prev. 2005; 14(12):2881-8.

120. **McTiernan A.** Obesity and cancer: the risks, the science and potential management strategies. Oncology 2005;19(7):871-81; discussion 881-2, 885-6. Review.

121. Meyers JA, **McTiernan A**, Ulrich CM. Leptin and immune function – integrating the evidence. Nutrition Research 2005;9:791-803.

## 2006

122. ^Troen AM, Mitchell B, Sorensen B, Wener MH, Johnston A, Wood B, Selhub J, **McTiernan A**, Yasui Y, Potter JD, Ulrich CM. Unmetabolized folic acid in plasma is associated with reduced natural killer cell cytotoxicity among postmenopausal women. The Journal of Nutrition 2006; 136(1):189-94.

123. Rosenberg C, Khandekar J, Greenberg P, Rodabough RJ, **McTiernan A**. Cutaneous melanoma in postmenopausal women after nonmelanoma skin carcinoma: the Women's Health Initiative Observational Study. Cancer 2006;106(3):654-663.

Anne McTiernan

124. ^Frankenfeld CL, **McTiernan A**, Schramm JK, Yasui Y, McVarish L, Ulrich CM, Thomas WK, Lampe JW. Bone mineral density in relation to soy isoflavone-metabolizing phenotypes in 92 postmenopausal women. Maturitas 2006;53:315-324.

125. ^^Mohanka MR, Heckbert SR, Yasui Y, Sorensen B, Chubak J, Tworoger SS, Ulrich CM, **McTiernan A.** Randomized trial: No evidence of change in blood lipids in overweight postmenopausal women after 1-year moderate intensity exercise. Medicine and Science in Sports and Exercise 2006;38(2):231-9.

126. Mustian, KM, Griggs JJ, Morrow GR, **McTiernan A**, Roscoe JA, Atkins JN, Issel B Exercise and side effects among 749 patients during and after treatment for cancer: a University of Rochester Cancer Center Community Clinical Oncology Program study. Supportive Care in Cancer 2006; Feb 16; 14(7):732-41

127. Alfano, C. M., McGregor, B.A., Kuniyuki, A., Reeve, B. B., Bowen DJ, Baumgartner KB, Bernstein L, Ballard-Barbash R, Malone K, Ganz PA, **McTiernan A**. Psychometric properties of a tool for measuring hormone-related symptoms in breast cancer survivors. Psycho-Oncology 2006; Nov;15(11):985-1000.

128. ^Irwin ML, Aiello E, **McTiernan A**, Baumgartner R, Baumgartner KB, Bernstein L, Gilliland F, Ballard-Barbash R. Pre-diagnosis physical activity and mammographic density in breast cancer survivors. Breast Cancer Research and Treatment 2006 Jan;95(2):171-8.

129. Cauley J, Margolis K, **McTiernan A,** Vitolins M, Furberg C, Bauer D, LaCroix A, Chlebowski R. HMG co-A reductase inhibitor (statin) use and the risk of breast cancer in the Women's Health Initiative Observational Study. J Natl Cancer Inst. 2006;98:700-7.

130. ^Alfano, C.M., McGregor, B.A., Kuniyuki, A., Reeve, B., Bowen, D.J., Smith, A. W., Baumgartner, K., Bernstein, L., Ballard-Barbash, R., Malone, K., Ganz, P., **McTiernan, A**. Psychometric evaluation of the Brief Cancer Impact Assessment among breast cancer survivors. Oncology 2006; 70: 190-202.

131. Anderson GL, Chlebowski RT, Rossouw J, Rodabough RJ, **McTiernan A**, Margolis K, Aggerwal A, Curb JD, Hendrix SL, Hubbell FA, Khandekar J, Lane D, Lasser N, Lopez AM, Potter JN, Ritenbaugh C. Prior hormone therapy and breast cancer risk in the Women's Health Initiative Randomized Trial of Estrogen plus Progestin. Maturitas 2006 Sep 20;55(2):103-15.

132. ^**Chubak J, Ulrich CM, Tworoger SS, Sorensen B, Yasui Y, Irwin ML, Stanczyk FZ, Potter JD, **McTiernan A.** Effect of exercise on bone density and lean mass in postmenopausal women. Medicine and Science in Sports and Exercise. 2006;38(7):1236-1244.

133. ^**Palomares MR, Machia JRB, Lehman CD, Aiello EJ, Daling J, **McTiernan A**. Mammographic density correlation with Gail model breast cancer risk estimates and component risk factors. Cancer Epidemiol Biomarkers Prev. 2006; 15(7):1324-30.

134. Allison M, Langer R, Garland C, Criqui MH, **McTiernan A**, et al. Effect of aspirin supplementation on rates of colorectal cancer. Am J Epidemiology 2006; 164(6):567-75.

135. ^Fan J, McKean-Cowdin R, Bernstein L, Stanczyk FZ, Ballard-Barbash R, **McTiernan A**, Baumgartner R, Gilliland F. An association between a common variant (G972R) in the IRS-1 gene and sex hormone levels in post-menopausal breast cancer survivors. Breast Cancer Research Treatment 2006;99(3): 323-31.

136. ^**Littman AJ, Vittielo MV, Foster-Schubert K, Ulrich CM, Tworoger SS, Potter JD, Weigle DS, **McTiernan A**. Sleep, ghrelin, leptin, and changes in body weight during a 1-year moderate-intensity physical activity intervention. Int J Obesity 2007 Mar;31(3):466-75.

137. ^**McTiernan A**, Yasui Y, Sorensen B, Irwin ML, Morgan A, Rudolph RE, Surawicz C, Lampe JW, Ayub K, Potter J, Lampe P. Effect of a 12-month exercise intervention on patterns of cellular proliferation in colonic crypts: a randomized controlled trial. Cancer Epidemiol Biomarker Prev 2006; 15: 1588-1597.

138. ^**McTiernan A**, Wu LL, Chen C, Chlebowski R, Mossavar-Rahmani Y, Modugno F, Perri MG, Stanczyk FZ, Van Horn L, Wang CY, Women's Health Initiative Investigators. Relation of BMI and physical activity to sex hormones in postmenopausal women Obesity 2006;14(9):1662-77.

139. ^ Abrahamson PE, Tworoger SS, Aiello EJ, Bernstein L, Ulrich CM, Gilliland FD, Stanczyk FZ, Baumgartner R, Baumgartner K, Sorensen B, Ballard-Barbash R, **McTiernan A**. Associations between the CYP17, CYPIB1, COMT and SHBG polymorphisms and serum sex hormones in post-menopausal breast cancer survivors. Breast Cancer Res Treat. 2007 Sep;105(1):45-54.

140. ^**Chubak J, **McTiernan A**, Sorensen B, Wener MH, Yasui Y, Velasquez M, Wood B, Rajan KB, Wetmore CM, Potter JD, Ulrich CM. Moderate-intensity exercise reduces the incidence of colds among postmenopausal women. American J of Medicine 2006;119(11):937-42.

11/3/2023

Anne McTiernan

141. ^Bowen DJ, Fesinmeyer MD, Yasui Y, Tworoger SS, Ulrich CM, Irwin ML, Rudolph RE, LaCroix KL, Schwartz RR, **McTiernan A.** Effects of physical activity on quality of life in sedentary middle aged women. <u>Int J Nutrition and Physical Activity Behavior</u> 2006 Oct 4;3:34.

142. Doyle C, Kushi LH, Byers T, Courneya KS, Demark-Wahnefried W, Grant B, **McTiernan A,** Rock CL, Thompson C, Gansler T, Andrews KS. The American Cancer Society 2006 Nutrition and Physical Activity Guidelines Advisory Committee. American Cancer Society guidelines on nutrition and physical activity for cancer survivors <u>CA Cancer J Clin.</u> 2006 Nov-Dec;56(6):323-53.

143. Kushi LH, Byers T, Doyle C, Bandera EV, McCullough M, **McTiernan A,** Gansler T, Andrews KS, Thun, MJ. American Cancer Society 2006 Nutrition and Physical Activity Guidelines Advisory Committee. American Cancer Society guidelines on nutrition and physical activity for cancer prevention: reducing the risk of cancer with healthy food choices and physical activity. <u>CA Cancer J Clin.</u> 2006 Sep-Oct;56(5):254-81.

**2007**

144. Campbell KL, **McTiernan A**. Exercise and biomarkers for cancer prevention studies. <u>J. of Nutrition</u> 2007 Jan;137(1):161S-9S.

145. ^Tworoger SS, Sorensen B, Chubak J, Irwin M, Stanczyk FZ, Ulrich CM, Potter J, McTiernan A. Effect of a 12 month randomized clinical trial of exercise on serum prolactin concentrations in postmenopausal women. <u>Cancer Epidemiol Biomarker Prev</u> 2007; 16(5):895-899.

146. ^Rhew I, Yasui Y, Sorensen B, Ulrich CM, Neuhouser M, Potter JD, Tworoger SS, Chubak, Bowen DJ, **McTiernan A**. Effects of an exercise intervention on other health behaviors in overweight/obese post-menopausal women. <u>Contemporary Clinical Trials</u> 2007 Jul;28(4):472-81.

147. ^Bowen DJ, Alfano CM, McGregor BA, Kuniyuki A, Bernstein L, Meeske K, Baumgartner KB, Fetherolf J, Reeve BB, Wilder Smith A, Malone K, Ganz P, **McTiernan A,** Ballard-Barbash R. Possible socioeconomic and ethnic disparities in quality of life in a cohort of breast cancer survivors. <u>Br Ca Res Treat</u> 2007 Nov;106(1):85-95.

148. ^McKean-Cowdin R, Li X, Bernstein L, **McTiernan A**, Ballard-Barbash R, Gauderman WJ, Gilliland F. The ADRB3 Trp64Arg variant and obesity in African American breast cancer cases. <u>Int J Obesity</u> 2007 Jul;31(7):1110-8.

149. ^Meeske K, Smith A, McGregor BA, **McTiernan A**, Baumgartner KB, Malone KE, Alfano C, Reeve BB, Ballard-Barbash R, Bernstein L. Fatigue in breast cancer survivors two to five years post diagnosis: a HEAL Study report. <u>Quality of Life Research</u> 2007;16:947-960.

150. ^Irwin ML, Aiello E, **McTiernan A**, Bernstein L, Gilliland F, Baumgartner RN, Baumgartner KB, Ballard-Barbash R. Physical activity, body mass index and mammographic density in postmenopausal breast cancer survivors. <u>JCO</u> 2007 Mar 20;25(9):1061-6.

151. ^**McTiernan A**, Sorensen B, Irwin M, Morgan A, Yasui Y, Lampe J, Lampe P, Rudolph R, Surawicz C, Ayub K, Potter J. Exercise effect on weight and body fat in men and women. <u>Obesity</u> 2007;25(6)1496-1512.

152. ^**Campbell KL, McTiernan A,** Li SS, Sorensen BE, Yasui Y, Lampe JW, King IB, Ulrich CM, Rudolph RE, Irwin ML, Surawicz C, Ayub K, Potter JD, Lampe PD. Effect of a 12-month exercise intervention on apoptotic regulating proteins Bax and Bcl-2 in colon crypts: A randomized controlled trial. <u>Cancer Epidemiol Biomarkers Prev.</u> 2007 16(9):1767-74.

153. ^**Abrahamson P, King I, Bess Sorensen B, Potter J, Lampe J, Yasui Y, Ulrich C, **McTiernan A.** No effect of exercise on colon mucosal prostaglandin concentrations: A 12-month randomized controlled trial. <u>Cancer Epidemiol Biomarkers Prev.</u> 2007; 16(11):2351-6.

154. ^Wayne SJ, Neuhouser ML, Ulrich CM, Koprowski C, Baumgartner KB, Baumgartner RN, **McTiernan A**, Bernstein L, Ballard-Barbash R. Dietary fiber is associated with serum sex hormones and insulin-related peptides in postmenopausal breast cancer survivors. <u>Breast Cancer Res Treat</u> 2007 Nov;112(1):149-58.

155. ^Boynton A, Neuhouser ML, Wener MH, Wood B, Sorensen B, Chen-Levy Z, Kirk EA, Yasui Y, LaCroix K, **McTiernan A,** and Ulrich CM. Associations between healthy eating patterns and immune function or inflammation in overweight or obese postmenopausal women. <u>Am J Clin Nutr.</u> 2007; 86(5):1445-55.

156. Margolis KL, Rodabough RJ, Thomson CA, Lopez AM, **McTiernan A**. A prospective study of leukocyte count as a predictor of incident breast, colorectal and endometrial cancer and mortality in postmenopausal women. <u>Archives Internal Medicine</u> 2007; 167(17):1837-44.

157. ^Alfano CM, Smith AW, Irwin ML, Bowen DJ, Sorensen B, Reeve BB, Meeske KA, Bernstein L, Baumgartner KB, Ballard-Barbash R, Malone KE, **McTiernan A.** Physical activity, long-term symptoms, and physical health-

Anne McTiernan

related quality of life among breast cancer survivors: A prospective analysis. <u>Journal of Cancer Survivorship:</u> <u>Research and Practice</u> (2007) 1:116–128.

158. Chia VM, Newcomb PA, Lampe JW, White EJ, Mandelson MT, **McTiernan A**, Potter JD. Leptin concentrations, leptin receptor polymorphisms, and colorectal adenoma risk. <u>Cancer Epidemiol Biomarkers Prev.</u> 2007; 16, 2697-2703.

159. Ballard-Barbash R, **McTiernan A**. Is the Whole Larger Than the Sum of the Parts? The Promise of Combining Physical Activity and Diet to Improve Cancer Outcomes. Editorial on "Greater Survival After Breast Cancer in Physically Active women with High Vegetable-Fruit Intake Regardless of Obesity" by John Pierce et al. <u>J Clin Oncol.</u> 2007 Jun 10;25(17):2335-7.

## 2008

160. ^Boynton A, Neuhouser ML, Sorensen B, **McTiernan A**, Ulrich CM. Predictors of diet quality among postmenopausal women. <u>J Am Diet Assoc</u>  2008 Jan;108(1):125-30.

161. ^**Hawkins V, Foster-Schubert K, Chubak J, Sorensen B, Ulrich CM, Stancyzk FZ, Plymate S, Stanford J, White E, Potter JD, **McTiernan A.** Effect of exercise on serum sex hormones in men: a 12-month randomized clinical trial. <u>Medicine & Science in Sports & Exercise</u> 2008 Feb;40(2):223-233.

162. Prentice R, Chlebowski R, Stefanick M, Manson J, Langer R, Pettinger M, Hendrix S, Hubbell A, Kooperberg C, Kuller L, Lane D, **McTiernan A**, O'Sullivan MJ, Anderson G. Estrogen plus progestin  therapy and breast cancer among recently postmenopausal women. <u>Am J Epidemiology</u> 2008 Jun 15;167(12):1407-15.

163. Chlebowski RT, Anderson G, Pettinger M, Lane D, Langer RD, Gillian MA, Walsh BW, Chen C, PhD, **McTiernan A**. Estrogen plus progestin and breast cancer detection with mammography and breast biopsy.  <u>Arch Intern Med.</u> 2008 Feb 25;168(4):370-7

164. ^Meeske KA, Sullivan-Halley J, Smith AW, **McTiernan A**, Baumgartner KB, Harlan LC, Bernstein L. Risk factors for arm lymphedema following breast cancer diagnosis in Black women and White women. <u>Breast Cancer Res Treat.</u> 2008 Jan;113(2):383-91.

165. **McTiernan A**, Wu L, Barnabei VM, Chen C, Hendrix S, Modugno F, Rohan T, Stanczyk FZ, Wang CY. Relation of demographic factors, menstrual history, reproduction and medication use to sex hormone levels in postmenopausal women. <u>Breast Cancer Res Treat</u> 2008 Mar;108(2):217-231.

166. **McTiernan A.** Mechanisms linking physical activity with cancer. <u>Nat Rev Cancer.</u> 2008 Mar;8(3):205-11.

167. Prentice R, Chlebowski R, Stefanick M, Manson JE, Langer RD, Pettinger M, Hendrix S, Hubbell A, Kooperberg C, Kuller LH, Lane DS, **McTiernan A**, O'Sullivan MJ, Rossouw JE, Anderson GL. Conjugated equine estrogens and breast cancer in the Women's Health Initiative Clinical Trial and Observational Study. <u>Am J Epidemiology</u> 2008 Jun 15;167(12):1407-15.

168. ^Pierce BL, Neuhouser ML, Wener MH, Bernstein L, Baumgartner RN, Ballard-Barbash R, Gilliland FD, Baumgartner KB, Sorensen B, **McTiernan A**, Ulrich CM. Correlates of circulating C-reactive protein and serum amyloid A concentrations in breast cancer survivors. <u>Breast Cancer Res Treat</u> 2008 Mar;114(1):155-67.

169. ^Campbell PT, Wener MH, Sorensen B, Wood B, Potter JD, **McTiernan A**, Ulrich CM. Effect of exercise on in vitro immune function: a 12-month randomized controlled trial among postmenopausal women. <u>Journal of Applied Physiology</u> 2008 Jun;104(6):1648-55.

170. Rohan T, Negassa A, Chlebowski RT, Lasser N, **McTiernan A**, Schenken R, Wassertheil-Smoller S, Page DL. Estrogen and risk of benign proliferative breast disease. <u>J Natl Cancer Inst.</u> 2008; 100(8):563-71.

171. ^Neuhouser ML, Sorensen B, Hollis BW, Ambs A, Ulrich CM, **McTiernan A,** Bernstein L, Wayne S, Gilliland F, Baumgartner K, Baumgartner R, Ballard-Barbash R.  Vitamin D insufficiency in a multiethnic cohort of breast cancer survivors. <u>Am J Clin Nutr.</u>2008; 28:133-139.

172. Ready A, White E, Velicer C, **McTiernan A.** NSAID use and breast cancer risk in the VITAL cohort. <u>Breast Cancer Research & Treatment</u> 2008; 109: 533-43

173. ^Irwin ML, Smith AW, **McTiernan A**, Ballard-Barbash R, Cronin K, Gilliland FD, Baumgartner RN, Baumgartner KB, Bernstein L. Association of pre- and post-diagnosis physical activity with mortality in breast cancer survivors: The Health Eating Activity and Lifestyle (HEAL) Study. <u>J Clin Onc</u> 2008;26:3958-3964.

174. Rohan T, Negassa A, Chlebowski RT, Lasser N, **McTiernan A**, Schenken R, Wassertheil-Smoller S, Page DL. Estrogen plus progestin and risk of benign proliferative breast disease. <u>Cancer Epidemiol Biomarkers Prev.</u> 2008 Sep;17(9):2337-43.

175. Hall KL, Stokols D, Moser RP, Taylor BK, Thornquist M, Nebeling L, Ehret C, Barnett M, **McTiernan A**, Berger NA, Goran M, Jeffery R.  The collaboration readiness of transdisciplinary research teams and centers:  findings from

Anne McTiernan

the National Cancer Institute TREC Year – One Evaluation Study. <u>Am J Prev Med</u> (Suppl) 2008 Aug;35(2 Suppl):S161-72.

176. ^Campbell KL, Campbell PT, Ulrich CM, Wener MW, Alfano CM, Foster-Schubert KE, Rudolph RE, Potter JD, **McTiernan A**. Effect of a 12-month randomized controlled trial of exercise on C-reactive protein among men and women. <u>Cancer Epidemiol Biomarkers Prev.</u> 2008 Jul;17(7):1714-8.

177. Hawk ET, Greenwood A, Gritz ER, **McTiernan A**, Sellers T, Hursting SD, Leischow S, Grad O, for the Translational Research Working Group. The Translational Research Working Group developmental pathway for lifestyle alterations. <u>Clin Cancer Res</u> 2008;14 5707-5713.

178. ^Meyers JA, Liu, A.Y, **McTiernan A**, Wener MH, Wood B, Weigle DS, Sorensen B, Chen-Levy Z, Yasui Y, Boynton A, LaCroix K, Potter JD, Ulrich CM. Serum leptin concentrations and markers of immune function in overweight and obese postmenopausal women. <u>Journal of Endocrinology</u> 2008; 199: 51-60.

179. Yip C-H, Smith RA, Anderson BO, Miller AB, Thomas DB, Ang E-S, Cafarella RS, Corbex M, Kreps GL, **McTiernan A.**, on behalf of the BHGI Early Detection Panel. Early detection and resource allocation in low and middle income countries. <u>Cancer</u> 2008;113(8):2244-2256.

180. **McTiernan A**, Porter P, Potter JD. Breast cancer prevention in countries with diverse resources. <u>Cancer</u> 2008; 113(8):2325-2330.

181. ^Wayne S, Neuhouser ML, Ulrich CM, Koprowski C, Wiggins C, Baumgartner KB, Bernstein L, Baumgartner RN, Gilliland FD, **McTiernan A**, Ballard-Barbash R. The association between alcohol intake and serum sex hormones and peptides differs by tamoxifen use in breast cancer survivors. <u>Cancer Epidemiol Biomarkers Prev.</u> 2008;17(11):3224-32.

182. Rhew IC, Richardson LP, Lymp JF, **McTiernan A**, McCauley E, Vander Stoep A. Measurement matters in the association between early adolescent depressive symptoms and body mass index <u>General Hospital Psychiatry</u> 2008 Sep-Oct;30(5):458-66.

**2009**

183. Duffy CM, Assaf A, Cyr M, Burkholder G, Coccio E, Rohan T, **McTiernan A**, Paskett E, Lane D, Chetty VK. Alcohol and folate intake and breast cancer risk in the WHI Observational Study. <u>Breast Cancer Research & Treatment.</u> 2009 Aug;116(3):551-62.

184. ^Wayne SJ, Neuhouser ML, Koprowski C, Ulrich CM, Wiggins C, Gilliland F, Baumgartner KB, Baumgartner RN, **McTiernan A**, Bernstein L, Ballard-Barbash R. Breast cancer survivors who use estrogenic botanical supplements have lower serum estrogen levels than non users**.** <u>Breast Cancer Res Treat</u> 2009 Sep;117(1):111-9. Epub 2008 Oct 18.

185. Ness RB, Albano JD, **McTiernan A**, Cauley JA. Influence of estrogen plus testosterone supplementation on breast cancer. <u>Archives of Internal Medicine</u> 2009 Jan 12;169(1):41-6.

186. ^**Campbell KL, Makar KW, Kratz M, Foster-Schubert KE, **McTiernan A**, Ulrich CM. A pilot study of sampling subcutaneous adipose tissue to examine biomarkers of cancer risk. <u>Cancer Prev Res (Phila Pa).</u> 2009 Jan;2(1):37-42

187. Millen AE, Pettinger M, Freudenheim JL, Langer RD, Rosenberg CA, Mossavar-Rahmani Y, Duffy CM, Lane DS, **McTiernan A,** Kuller LH, Lopez AM, Wactawski-Wende J. Incident invasive breast cancer, geographic location of residence, and reported average time spent outside. <u>Cancer Epidemiol Biomarkers Prev.</u> 2009 Feb;18(2):495-507. Epub 2009 Feb 3.

188. ^Smith AW, Alfano CM, Reeve BB, Irwin ML, Bernstein L, Baumgartner K, Bowen D, **McTiernan A**, Ballard-Barbash R. Race/ethnicity, physical activity, and quality of life in breast cancer survivors. <u>Cancer Epidemiol Biomarkers Prev.</u> 2009 Feb;18(2):656-63. Epub 2009 Feb 3.

189. ^Williams LA, Ulrich CM, Larson T, Wener MH, Wood B, Campbell PT, Potter JD, **McTiernan A,** De Roos AJ. Proximity to traffic, inflammation, and immune function among women in the Seattle, Washington, area. <u>Environ Health Perspect.</u> 2009 Mar;117(3):373-8. Epub 2008 Oct 16.

190. Ballard-Barbash R, Hunsberger S, Alciati MH, Blair SN, Goodwin PJ, **McTiernan A**, Wing R, Schatzkin A. Physical activity, weight control and breast cancer risk and survival: clinical trial rationale and design considerations. <u>J Natl Cancer Inst.</u> 2009 May 6;101(9):630-43. Epub 2009 Apr.

191. ^**McTiernan A**, Wang CY, Sorenson B, Xiao L, Buist D, Aiello-Bowles E, White E, Rossing MA, Potter J, Urban N. No effect of aspirin on mammographic density in randomized controlled clinical trial. <u>Cancer Epidemiol Biomarkers Prev.</u> 2009 May;18(5):1524-30.

192. **McTiernan A**, Wactawski-Wende J, Wu L, Rodabough RJ, Watts NB, Tylavsky F, Freeman R, Hendrix S, Jackson R; Women's Health Initiative Investigators. Low-fat, increased fruit, vegetable, and grain dietary pattern, fractures,

14                                                                                              11/3/2023

Anne McTiernan

and bone mineral density: the Women's Health Initiative Dietary Modification Trial. <u>Am J Clin Nutr.</u> 2009 Jun;89(6):1864-76. Epub 2009 Apr 29.

193. ^Pierce BL, Ballard-Barbash R, Bernstein L, Baumgartner RN, Neuhouser ML, Wener MH, Baumgartner KB, Gilliland FD, Sorensen BE, **McTiernan A**, Ulrich CM. Elevated biomarkers of inflammation are associated with reduced survival among breast cancer patients. <u>J Clin Oncol.</u> 2009 Jul 20;27(21):3437-44. Epub 2009 May 26.

194. ^Harlan LC, Klabunde CN, Ambs AH, Gibson T, Bernstein L, **McTiernan A**, Meeske K, Baumgartner KB, Ballard-Barbash R. Comorbidities, therapy, and newly diagnosed conditions for women with early stage breast cancer. <u>J Cancer Surviv.</u> 2009 Jun;3(2):89-98. Epub 2009 May 13.

195.     ^Campbell PT, Campbell KL, Wener MH, Wood BL, Potter JD, **McTiernan A**, Ulrich CM. A yearlong exercise intervention decreases CRP among obese postmenopausal women. <u>Med Sci Sports Exerc.</u> 2009 Aug;41(8):1533-9.

196. Kabat GC, Kim M, Chlebowski RT, Khandekar J, Ko MG, **McTiernan A**, Neuhouser ML, Parker DR, Shikany JM, Stefanick ML, Thomson CA, Rohan TE. A longitudinal study of the metabolic syndrome and risk of postmenopausal breast cancer. <u>Cancer Epidemiol Biomarkers Prev.</u> 2009 Jul;18(7):2046-53. Epub 2009 Jun 30.

197. Crandall CJ, Aragaki A, Chlebowski RT, **McTiernan A**, Anderson G, Hendrix SL, Cochrane BB, Kuller LH, Cauley JA. New-onset breast tenderness after initiation of estrogen plus progestin therapy and breast cancer risk. <u>Arch Intern Med.</u> 2009 Oct; 169(18):1684-91.

198. **McTiernan A**, Chlebowski RT, Martin C, Peck JD, Aragaki A, Pisano ED, Wang CY, Johnson KC, Manson JE, Wallace RB, Vitolin MZ, Heiss G. Conjugated equine estrogen influence on mammographic density in postmenopausal women in a substudy of the Women's Health Initiative Randomized Trial. <u>J Clin Oncol.</u>2009 Dec 20;27(36):6135-43. Epub 2009 Nov 9.

199. ^**Kong A, Neuhouser ML, Xiao L, Ulrich CM, **McTiernan A**, Foster-Schubert KE. Higher habitual intake of dietary fat and carbohydrates are associated with lower leptin and higher ghrelin concentrations in overweight and obese postmenopausal women with elevated insulin levels. <u>Nutr Res.</u> 2009 Nov;29(11):768-76.

## 2010

200. ^Neuhouser ML, Bernstein L, Hollis BW, Xiao L, Ambs A, Baumgartner K, Baumgartner R, **McTiernan A**, Ballard-Barbash R. Serum vitamin D and breast density in breast cancer survivors. <u>Cancer Epidemiol Biomarkers Prev.</u> 2010 Feb;19(2):412-7. Epub 2010 Jan 19.

201. ^Neuhouser ML, Nojomi M, Baumgartner RN, Baumgartner KB, Gilliland F, Bernstein L, Stanczyk F, Ballard-Barbash R, **McTiernan A**. Dietary fat, tamoxifen use and circulating sex hormones in postmenopausal breast cancer survivors. <u>Nutr Cancer.</u> 2010;62(2):164-74.

202. Baker LD, Frank LL, Foster-Schubert K, Green PS, Wilkinson CW, **McTiernan A**, Plymate SR, Fishel MA, Watson GS, Cholerton BA, Duncan GE, Mehta PD, Craft S. Effects of aerobic exercise on mild cognitive impairment: a controlled trial. <u>Arch Neurol.</u> 2010 Jan;67(1):71-9.

203. De Roos AJ, Ulrich CM, Ray RM, Mossavar-Rahmani Y, Rosenberg CA, Caan BJ, Thomson CA, **McTiernan A**, Lacroix AZ. Intentional weight loss and risk of lymphohematopoietic cancers. <u>Cancer Causes Control.</u> 2010 Feb;21(2):223-36. Epub 2009 Oct 23.

204. ^**Campbell PT, Gross MD, Potter JD, Schmitz KH, Duggan C, **McTiernan A**, Ulrich CM. Effect of exercise on oxidative stress: a 12-month randomized, controlled trial. <u>Med Sci Sports Exerc.</u> 2010 Aug;42(8):1448-53.

205. Friedenreich CM, Woolcott CG, **McTiernan A**, Ballard-Barbash R, Brant RF, Stanczyk FZ, Terry T, Boyd NF, Yaffe MJ, Irwin ML, Jones CA, Yasui Y, Campbell KL, McNeely ML, Karvinen KH, Wang Q, Courneya KS. Alberta physical activity and breast cancer prevention trial: sex hormone changes in a year-long exercise intervention among postmenopausal women. <u>J Clin Oncol.</u> 2010 Mar 20;28(9):1458-66. Epub 2010 Feb 16.

206. Woolcott CG, Courneya KS, Boyd NF, Yaffe MJ, Terry T, **McTiernan A**, Brant RF, Ballard-Barbash R, Irwin ML, Jones CA, Brar S, Campbell KL, McNeely ML, Karvinen KH, Friedenreich CM. Mammographic density change with 1 year of aerobic exercise among postmenopausal women: a randomized controlled trial. <u>Cancer Epidemiol Biomarkers Prev.</u> 2010 Apr;19(4):1112-21. Epub 2010 Mar 23.

207. Mann PB, Jiang W, Zhu Z, Wolfe P, **McTiernan A**, Thompson HJ. Wheel running, skeletal muscle aerobic capacity and 1-Methyl-1-Nitrosourea induced mammary carcinogenesis in the rat. <u>Carcinogenesis.</u> 2010 Jul;31(7):1279-83. Epub 2010 Mar 18.

208. **McTiernan A.** Diet, physical activity, and obesity in the prevention and recurrence of breast cancer: relevance to Saudi Arabian women. <u>Pan Arab Journal of Oncology</u> 2010;3(1):32-43.

209. Arslan AA, Helzlsouer KJ, Kooperberg C, Shu XO, Steplowski E, Bueno-de-Mesquita HB, Fuchs CS, Gross MD, Jacobs EJ, Lacroix AZ, Petersen GM, Stolzenberg-Solomon RZ, Zheng W, Albanes D, Amundadottir L, Bamlet

11/3/2023

Anne McTiernan

WR, Barricarte A, Bingham SA, Boeing H, Boutron-Ruault MC, Buring JE, Chanock SJ, Clipp S, Gaziano JM, Giovannucci EL, Hankinson SE, Hartge P, Hoover RN, Hunter DJ, Hutchinson A, Jacobs KB, Kraft P, Lynch SM, Manjer J, Manson JE, **McTiernan A**, McWilliams RR, Mendelsohn JB, Michaud DS, Palli D, Rohan TE, Slimani N, Thomas G, Tjønneland A, Tobias GS, Trichopoulos D, Virtamo J, Wolpin BM, Yu K, Zeleniuch-Jacquotte A, Patel AV; Pancreatic Cancer Cohort Consortium (PanScan). Anthropometric measures, body mass index, and pancreatic cancer: a pooled analysis from the Pancreatic Cancer Cohort Consortium (PanScan). <u>Arch Intern Med.</u> 2010 May 10;170(9):791-802.

210. Chlebowski R, Anderson G, Manson JE, Pettinger M, Yasmeen S, Lane D, Langer RD, Hubbell FA, **McTiernan A**, Hendrix S, Schenken R, Stefanick ML. Estrogen alone in postmenopausal women and breast cancer detection by means of mammography and breast biopsy. <u>J Clin Oncol.</u> 2010 Jun 1;28(16):2690-7. Epub 2010 May 3.

211. ^Hooper LE, Foster-Schubert KE, Weigle DS, Sorensen B, Ulrich CM, **McTiernan A**. Frequent intentional weight loss is associated with higher ghrelin and lower glucose and androgen levels in postmenopausal women. <u>Nutr Res.</u> 2010 Mar;30(3):163-70.

212. Chlebowski RT, Chen Z, Cauley JA, Anderson G, Rodabough RJ, **McTiernan A**, Lane DS, Manson JE, Snetselaar L, Yasmeen S, O'Sullivan MJ, Safford M, Hendrix SL, Wallace RB. Oral bisphosphonate use and breast cancer incidence in postmenopausal women. <u>J Clin Oncol.</u> 2010 Aug 1;28(22):3582-90. Epub 2010 Jun 21.

213. Bertone-Johnson ER, Chlebowski RT, Manson JE, Wactawski-Wende J, Aragaki AK, Tamimi RM, Rexrode KM, Thomson CA, Rohan TE, Peck JD, Pisano ED, Martin CF, Sarto G, **McTiernan A**. Dietary vitamin D and calcium intake and mammographic density in postmenopausal women. <u>Menopause</u> 2010 Nov-Dec;17(6):1152-60. doi: 10.1097/gme.0b013e3181e102d9.

214. **McTiernan A**, Irwin M, VonGruenigen V. Weight, physical activity, diet, and prognosis in breast and gynecologic cancers. <u>J Clin Oncol.</u> 2010;28(26):4074-80. Epub 2010 Jul 19. Review.

215. ^**Reding KW, Doody DR, **McTiernan A**, Hsu L, Davis S, Daling JR, Porter PL. Malone KE. Age-related variation in the relationship between menopausal hormone therapy and the risk of dying from breast cancer. <u>Breast Cancer Research and Treatment.</u> 2011 Apr;126(3):749-61. doi: 10.1007/s10549-010-1174-7. Epub 2010 Sep 29.

216. Thompson HJ, Wolfe P, **McTiernan A**, Jiang W, Zhu Z. Wheel running induced changes in plasma biomarkers and the carcinogenic response in the 1-Methyl-1-Nitrosourea induced rat model for breast cancer. <u>Cancer Prevention Research</u> 2010;3(11):1484-92.

217. Baker LD, Frank LL,Karen Foster-Schubert K,Green PS, Wilkinson CW, **McTiernan A**, Plymate SR, Fishel MA, Watson GS,  Cholerton BA, Duncan GE, Mehta PD, Craft S. Aerobic exercise improves cognition for older adults with glucose intolerance – a risk factor for Alzheimer's disease. <u>J. of Alzheimer's Disease</u> 2010;22(2):569-79 Epub 2010 Aug 30.

218. Friedenreich CM**, Woolcott CG, **McTiernan A**, Terry T, Ballard-Barbash R, Jones CA, Boyd NF, Yaffe MJ, Campbell KL, McNeely ML, Karvinen KH, Courneya KS. Adiposity changes after a one year aerobic exercise intervention among postmenopausal women: randomised controlled trial. <u>Int J Obesity</u> 2011 Mar;35(3):427-35. Epub 2010 Sep 7.

219. ^George SM, Neuhouser ML, Mayne ST, Irwin ML, Albanes D, Gail MH, Alfano CM, Bernstein L, **McTiernan A**, Reedy J, Smith AW, Ulrich CM, Ballard-Barbash R. Postdiagnosis diet quality is inversely related to a biomarker of inflammation among breast cancer survivors. <u>Cancer Epidemiol Biomarkers Prev.</u> 2010 Sep;19(9):2220-8. Epub 2010 Aug 17.

220. **McTiernan A**. Physical Activity, Weight, Diet and Breast Cancer Risk Reduction. Invited Commentary on Eliassen et al. Physical activity and risk of breast cancer among postmenopausal women. <u>Arch Int Med</u> 2010 Nov 8;170(20):1792-3

**2011**

221. ^Duggan C., Irwin M.L. Xiao L., Henderson K.D., Smith A.W., Baumgartner R.N., Baumgartner K.B., Bernstein L., Ballard-Barbash R., **McTiernan A**. Associations of insulin resistance and adiponectin with mortality in women with breast cancer. <u>J Clin Oncol.</u> 2011 Jan 1;29(1):32-9.

222. Woolcott CG, Cook LS, Courneya KS, Boyd NF, Yaffe MJ, Terry T, Brant R, **McTiernan A**, Bryant HE, Magliocco AM, Friedenreich CM. Associations of overall and abdominal adiposity with area and volumetric mammographic measures among postmenopausal women. <u>International Journal of Cancer</u> 2011;129(2):440-8.

223. ^Irwin ML,  Catherine Duggan C, Smith AW, **McTiernan A,** Baumgartner RN, Baumgartner KB, Bernstein L, Ballard-Barbash R. Fasting C-peptide levels and death due to all causes and breast cancer: The Health Eating Activity and Lifestyle (HEAL) Study. <u>J Clin Oncol</u> 2011 Jan 1;29(1):47-53. Epub 2010 Nov 29.

224. ^**Reding KW, Xiao L, Duggan CR, Ulrich C, **McTiernan A.** A 12-month moderate-intensity exercise intervention does not alter serum prolactin concentrations. Cancer Epidemiology 2011 Dec;35(6):569-73. Epub 2011 Feb 10.

225. ^**Littman AJ, Cadmus L, Ceballos R, Ulrich N, Ramaprasad J, McGregor B, **McTiernan A**. Randomized controlled trial of yoga in breast cancer survivors: effects on quality of life and anthropometric measures. Supportive Care in Cancer 2010 Feb;20(2):267-77. Epub 2010 Jan 5.

226. Courneya KS, Tamburrini A-L, Woolcott CG, McNeely ML, Karvinen KH, Campbell KL, **McTiernan A**, Friedenreich CM. The Alberta Physical Activity and Breast Cancer Prevention (ALPHA) Trial: quality of life outcomes. Preventive Medicine 2011;52:26-32. Epub 2010 Nov 8.

227. ^George, S.M., Irwin, M. L., Smith, A. W., Neuhouser, M.L., **McTiernan, A.**, Alfano, C.M., Bernstein, L., Ulrich, C.M., Baumgartner, K.B., Albanes, D., Reedy, J., Mayne, S.T., Gail, M., Ballard-Barbash, R. Postdiagnosis diet quality, the combination of diet quality and recreational physical activity, and prognosis after early-stage breast cancer. Cancer Causes Control 2011 Apr;22(4):589-98. Epub 2011 Feb 22.

228. Phipps AI, Chlebowski RT, Prentice R, **McTiernan A**, Wactawski-Wende J, Kuller LH, Adams-Campbell LL, Lane D, Stefanick ML, Vitolins M, Kabat G, Rohan TE, Li CI. Reproductive history and oral contraceptive use in relation to risk of triple-negative breast cancer. J Natl Cancer Inst. 2011 Mar 16;103(6):470-7. Epub 2011 Feb 23

229. Phipps AI, Chlebowski RT, Prentice R, **McTiernan A**, Stefanick ML, Jean Wactawski-Wende J, Kuller LH, Adams-Campbell LL, Lane D, Vitolins M, Kabat GC, Rohan TE, Li CI. Body size, physical activity, and risk of triple-negative and estrogen receptor-positive breast cancer. Cancer Epidemiol Biomarkers Prev. 2011 Mar;20(3):454-63. Epub 2011 Mar 1.

230. ^**Imayama I, Alfano CM, Cadmus LA, Wang C, Duggan CR, Campbell KL, Foster-Schubert KE, **McTiernan A**. Effects of 12-month exercise on health-related quality of life: a randomized controlled trial. Preventive Medicine 2011 May 1;52(5):344-51. Epub 2011 Feb 28.

231. ^Belle FN, Kampman E, **McTiernan A**, Bernstein L, Baumgartner K, Baumgartner R, Ambs A, Ballard-Barbash R, Neuhouser ML. Dietary fiber, carbohydrates, glycemic index and glycemic load in relation to breast cancer prognosis in the HEAL cohort. Cancer Epidemiol Biomarkers Prev. 2011 May;20(5):890-9. Epub 2011 March 23.

232. Iversen A, Thune I, Emaus A, Finstad SE, Flote V, Wilsgaard T, Lipson S, Ellison PT, Jasienska G, **McTiernan A**, Furberg AS. 17ß-estradiol and progesterone and reproductive factors in young women. The Norwegian EBBA-I study. Reproductive Medicine 2011 Jun;26(6):1519-29. Epub 2011 April 5.

233. ^**Foster-Schubert KE, Duggan CR, Xiao L, Campbell KL, Kong A, Bain C, Wang CY, Blackburn G, **McTiernan A**. Effect of diet and exercise, alone or combined, on weight and body composition in overweight-to-obese post-menopausal women. Obesity 2012 Aug;20(8):1628-38 Epub 2011 April 20.

234. Irwin ML, **McTiernan A**, Manson JE, Thomson CA, Sternfeld B, Stefanick ML, Wactawski-Wende J, Craft L, Lane D, Martin LW, Chlebowski R. Physical activity and survival in postmenopausal women with breast cancer: Results from the Women's Health Initiative. Cancer Prevention Research 2011 Apr;4(4):522-9.

235. ^Villaseñor A, Ambs A, Ballard-Barbash, R, Baumgartner KB, **McTiernan A**, Ulrich CM and Neuhouser ML. Dietary fiber is associated with circulating concentrations of C-reactive protein in breast cancer survivors: the HEAL study. Breast Cancer Res Treat 2011;129(2):485-94. Epub 2011 Apr 1.

236. Friedenreich CM, Neilson HK, Woolcott CG, **McTiernan A**, Wang Q, Ballard-Barbash R, Jones CA, Stanczyk FZ, Brant RF, Yasui Y, Irwin ML, Campbell KL, McNeely ML, Karvinen KH, Courneya KS. Changes in insulin resistance indicators, insulin-like growth factors, and adipokines in a year-long trial of aerobic exercise in postmenopausal women. Endocrine Related Cancer 2011; 18(3):357-69. Epub 2011 Apr 11.

237. Chacko SA, Song Y, Manson JE, Van Horn L, Eaton C, Martin L, **McTiernan A**, Curb JD, Wylie-Rosett J, Phillips L, Plodkowski RA, Liu S. Serum 25(OH)D concentrations in relation to cardiometabolic risk factors among postmenopausal women. Amer J Clin Nutr 2011 Jul;94(1):209-17. Epub 2011 May 25.

238. ^**Mason C, Xiao L, Imayama I, Duggan CR, Bain C, Foster-Schubert KE, Kong A, Campbell KL, Wang CY, Neuhouser ML, Li L, Jeffery R, Robien K, Alfano CM, Blackburn GL, **McTiernan A.** Effects of weight loss on serum vitamin D in post-menopausal women. Amer J Clin Nutr 2011 Jul;94(1):95-103. Epub 2011 May 25.

239. ^Alfano CM, Lichstein KL, Vander Wal GS, Smith AW, Reeve BB, **McTiernan A**, Bernstein L, Baumgartner KB, Ballard-Barbash R. Sleep duration change across breast cancer survivorship: associations with symptoms and health-related quality of life. Breast Cancer Research & Treatment 2011 Nov;130(1):243-54. Epub 2011 May 13.

240. Goss PE, Ingle JN, Ales-Martinez J, Cheung A, Chlebowski RT, Wactawski-Wende J, **McTiernan A**, Robbins J, Johnson KC, Martin L, Winquist E, Sarto G, Garber JE, Fabian CJ, Pujol P, Maunsell E, Farmer P, Gelmon KA, Tu D, Richardson H, for the NCIC CTG MAP.3 Study Investigators. Placebo-controlled randomized trial of

Anne McTiernan

exemestane for breast cancer prevention in postmenopausal women:  The NCIC CTG MAP.3 Trial. N Engl J Med. 2011 Jun 23;364(25):2381-91. Epub 2011 Jun 4.

241.  Huang Y, Ballinger DG, Dai JY, Peters U, Hinds DA, Cox DR, Beilarz E, Chlebowski RT, Rossouw JE, **McTiernan A**, Rohan T, Prentice RL. Genetic variants in the MRPS30 region and postmenopausal breast cancer risk. Genome Med. 2011 Jun 24;3(6):42.

242.  ^Williams L, Ulrich CM, Larson T, Wener MH, Wood B, Campbell PT, Chen-Levy Z, Potter J, **McTiernan A**, De Roos AJ. Fine particulate matter (PM2.5) air pollution and immune function among women in the Seattle area. Archives of Environmental and Occupational Health 2011July-September;66(3):155-165.

243.  Courneya  KS, Karvinen KH, McNeely ML, Campbell KL, Brar S, Woolcott CG, **McTiernan A,** Ballard-Barbash R, Friedenreich CM. Predictors of adherence to supervised and unsupervised exercise in the Alberta Physical Activity and Breast Cancer Prevention Trial. Journal of Physical Activity & Health 2012 Aug;9(6):857-66. Epub 2011 Sep 13.

244.  ^**Mason C, Foster-Schubert KE, Imayama I, Kong A, Xiao L, Bain C, Campbell KL, Wang CY, Duggan CR, Ulrich CM, Alfano CM, Blackburn GL, **McTiernan A**. Dietary weight loss and exercise effects on insulin resistance in postmenopausal women. Am J Prev Med. 2011 Oct;41(4):366-75.

245.  Eaton CB, Young A, Allison M, Robinson J, Martin LW, Kuller L, Johnson K, Curb JD, Van Horn L, **McTiernan A**, Liu S, Ockene I, Manson JE. Prospective association of vitamin D concentrations with mortality in postmenopausal women: results from the Women's Health Initiative (WHI). American Journal of Clinical Nutrition. 2011 Dec;94(6):1471-8.

246.  Nan H, DeVivo I, Manson J, Liu S, **McTiernan A**, Curb JD, Lessin L, Bonner M, Guo Q, Du M, Qureshi A, Hunter DJ, Han J. Telomere length and risk of incident cutaneous melanoma. Cancer Research 2011 Nov 1;71(21):6758-6763. Epub 2011 Oct 25.

247.  ^**Imayama I, Alfano CM, Kong A, Foster-Schubert KE, Bain CE, Xiao L, Duggan C, Wang C-Y, Campbell KL, **McTiernan A.** Dietary weight loss and exercise interventions effects on quality of life in overweight/obese postmenopausal women: a randomized controlled trial. International Journal of Behavioral Nutrition and Physical Activity 2011Oct 25;8(1):118.

248.  Friedenreich  CM, Neilson HK, Woolcott CG, Wang Q, Stanczyk FZ, **McTiernan A**, Jones CA,  Irwin ML,Yasui Y, Courneya KS. Alberta Physical Activity and Breast Cancer Prevention Trial: inflammatory marker changes in a year-long exercise intervention among postmenopausal women.  Cancer Prevention Research  2012 Jan;5(1):98-108. Epub 2011 Oct 7.

249.  Thompson HJ, **McTiernan A**. Weight cycling and cancer: weighing the evidence of intermittent caloric restriction and cancer risk. Cancer Prevention Research 2011 Nov;4(11):1736-42. Epub 2011 Oct 7.

250.  Crandall CJ, Aragaki AK, Cauley JA, **McTiernan A**, Manson JE, Anderson G, Chlebowski RT. Breast tenderness and breast cancer risk in the estrogen plus progestin and estrogen-alone women's health initiative clinical trials. Breast Cancer Research & Treatment 2012 Feb;132(1):275-85. Epub 2011 Nov 1.

251.  Crandall CJ, Aragaki AK, Cauley JA, **McTiernan A**, Manson JE, Anderson G, Wactawski-Wende J, Chlebowski RT. Breast tenderness after initiation of conjugated equine estrogens and mammographic density change. Breast Cancer Research & Treatment 2012 Feb;131(3):969-79. Epub 2011 Oct 7.

252.  Ma H, Sullivan-Halley J, Smith AW, Neuhouser ML, Alfano CM,  Meeske K, George SM, **McTiernan A**, McKean-Cowdin R, Baumgartner KB, Ballard-Barbash R, Bernstein L. Estrogenic botanical supplements, health-related quality of life, fatigue, and hormone-related symptoms in breast cancer survivors: a HEAL Study report. BMC Complementary and Alternative Medicine 2011; Nov 8;11(1):109

253.  Cash SW, Beresford SAA, Henderson JA, Xiao L, Wang CY, Patrick DL. Obesity risk in relation to quality of life: baseline results from a worksite trial. Br J Nutr 2011 Dec 6:1-9.

254.  ^**Kong A, Beresford SAA, Alfano CM**, Foster-Schubert KE, Neuhouser ML, Johnson DB, Duggan C, Wang CY, Xiao L, Jeffery RW, Bain CE, **McTiernan A**. Associations between snacking and weight loss and nutrient intake among postmenopausal overweight-to-obese women in a dietary weight loss intervention. J Am Diet Assoc. 2011 Dec;111(12):1898-903.

**2012**

255.  Bertone-Johnson ER, **McTiernan A**, Thomson CA, Wactawski-Wende J, Aragaki AK, Rohan TE, Vitolins MZ , Tamimi RM, Johnson KC, Lane D, Rexrode KM, Peck JD, Chlebowski RT, Sarto G, Manson JE. Vitamin D and calcium supplementation and one-year change in mammographic density in the Women's Health Initiative Calcium and Vitamin D Trial. CEBP 2012 Mar;21(3):462-73. Epub 2012 Jan 17.

11/3/2023

Anne McTiernan

256.    ^**Campbell KL, Foster-Schubert KE, Alfano CM, Duggan CR, Xiao L, Irwin ML, **McTiernan A**. Injuries in sedentary individuals enrolled in a 12-month randomized controlled exercise trial.  Journal of Physical Activity and Health. 2012; 9:198-207.

257.    ^Alfano CM, Imayama I, Neuhouser ML, Kiecolt-Glaser JK, Smith AW, Meeske KA, **McTiernan A**, Bernstein L, Baumgartner KB,  Ulrich CM, Ballard-Barbash R.  Fatigue, inflammation, and omega-3 and -6 fatty acid intake among breast cancer survivors. Journal of Clinical Oncology. 2012 Apr 20;30(12):1280-7. Epub 2012 Mar 12.

258.    Iversen A, Thune I, **McTiernan A**, Makar KW, Wilsgaard T, Ellison PT, Jasienska G, Flote V, Poole EM, Furberg A-S. Genetic polymorphism in CYP17 rs2486758 and metabolic risk factors predict daily 17<beta>-estradiol in young healthy women. The EBBA-I study. Journal of Clinical Endocrinology & Metabolism 2012 May;97(5):E852-7. Epub 2012 Mar 14.

259.    ^**Imayama I,  Ulrich CM, Alfano CM, Wener MH, Campbell KL, Duggan CR, Foster-Schubert KE, , Kong A, Mason CE, Wang C, Wang C-Y, Blackburn GL, Bain CE, Thompson HJ, **McTiernan A**. Effects of dietary weight loss and exercise on inflammation in postmenopausal women: a randomized controlled trial. Cancer Research 2012; 72(9); 2314–26.

260.    ^**Kong A, Beresford SAA, Imayama I, Duggan C, Alfano CM, Foster-Schubert KE, Neuhouser ML, Johnson DB, Wang CY, Xiao L, Bain CE, **McTiernan A**. Adoption of diet-related self-monitoring behaviors varies by race/ethnicity, education, and baseline binge eating score among overweight-to-obese postmenopausal women in a 12-month dietary weight loss intervention. Nutrition Research 2012 Apr;32(4):260-5. Epub 2012 Apr 30.

261.    Ballard-Barbash R, Friedenreich CM, Courneya KS, Siddiqi SM, **McTiernan A**, Alfano CM.  Physical activity, biomarkers, and disease outcomes in cancer survivors: A systematic review. J Natl Cancer Inst. 2012 Jun 6;104(11):815-40.

262.    ^**Campbell KL, Foster-Schubert KE, Alfano CM, Wang C-C, Wang C-Y, Duggan CR, Mason C, Imayama I, Kong A, Bain CE, Blackburn GL, Stanczyk FZ, **McTiernan A**.  Independent and combined effects of dietary weight loss and exercise on sex hormones in overweight and obese postmenopausal women: A randomized controlled trial. Journal of Clinical Oncology 2012 Jul 1;30(19):2314-26.

263.    ^De Roos AJ, Ulrich CM, Sjodin A, **McTiernan A**.  Adiposity, body composition, and weight loss episodes in relation to organochlorine pollutant plasma concentrations. Journal Of Exposure Science And Environmental Epidemiology 2012 Nov;22(6):617-24.

264.    Demark-Wahnefried W, Platz EA, Ligibel J, Blair CK, Courneya KS, Meyerhardt JA, Ganz PA, Rock CL, Schmitz K, Wadden T, Philip EJ, Wolfe B, Gapstur SM, Ballard-Barbash R, **McTiernan A**, Minasian L, Nebeling L, Goodwin PJ. The association of obesity in cancer survival and recurrence. Cancer Epidemiol Biomarkers Prev. 2012 Aug;21(8):1244-59.

265.    Chlebowski RT, **McTiernan A**,Wactawski-Wende J, Manson JE,[4] Aragaki A, Rohan T, Ipp E,  Kaklamani VG, Mara Vitolins M, Wallace R, Gunter M, Phillips L, Strickler H, Margolis K, Euhus DM. Diabetes, metformin and breast cancer in postmenopausal women. Journal of Clinical Oncology. 2012 Aug 10;30(23):2844-52.

266.    ^Duggan C, Wang C-Y, Neuhouser ML, Xiao L,  Smith AW, Reding K,  Baumgartner RN, Baumgartner KB, Bernstein L,  Ballard-Barbash R,  **McTiernan A**.  Associations of insulin-like growth factor and insulin-like growth factor binding protein-3 with mortality in women with breast cancer. International J of Cancer. 2013 Mar 1;132(5):1191-200.

267.    ^**Kong A, Beresford SAA, Foster-Schubert KE, Neuhouser ML, Johnson DB, Alfano CM, Duggan C, Wang CY, Xiao L, Jeffery RW, Bain CE, **McTiernan A**. Self-monitoring and eating-related behaviors associated with 12-month weight loss among postmenopausal overweight-to-obese women in a dietary weight loss intervention. Journal of the Academy of Nutrition and Dietetics 2012 Sep;112(9):1428-35. Epub 2012 Jul 13.

268.    ^**Mason C, Foster-Schubert KE, Xiao L, Imayama I, Kong A, Bain C, Campbell KL, Duggan CR, Wang CY, Ulrich CM, Alfano CM, Blackburn GL, **McTiernan A**. Past weight cycling does not impede future weight loss or metabolic improvements. Metabolism: Clinical & Experimental. 2012 Jan;62(1):127-36. Epub 2011 August 13.

269.    ^Dee A, McKean-Cowdin R, Neuhouser ML, Ulrich C, Baumgartner RN, **McTiernan A**, Baumgartner K, Alfano CM, Ballard-Barbash R, Bernstein L. DEXA measures of body fat percentage and acute phase proteins among breast cancer survivors: A cross-sectional analysis. BMC Cancer. 2012 Aug 8;12(1):343.

270.    ^Ulrich CM, Toriola AT, Koepl LM, Sandifer T, 3, Poole EM, Duggan C, **McTiernan A***, Issa J-PJ* (co-senior authors). Metabolic, hormonal, and immunological associations with global DNA methylation among postmenopausal women. Epigenetics 2012 Sep 1;7(9): 1020-8.

Anne McTiernan

271.     ^Villaseñor A, Ballard-Barbash R, Baumgartner K, Baumgartner R, Bernstein L, **McTiernan A**, Neuhouser ML. Prevalence and prognostic effect of sarcopenia in breast cancer survivors; the HEAL Study. Journal of Cancer Survivorship. 2012 October [Epub]; Dec;6(4):398-406.

272.     ^Reeve BB, Stover AM, Alfano CM, Smith AW, Ballard-Barbash R, Bernstein L, **McTiernan A**, Baumgartner KB, Piper BF. The Piper Fatigue Scale-12 (PFS-12): Psychometric findings and item reduction in a cohort of breast cancer survivors. Breast Cancer Research and Treatment 2012 Nov;136(1):9-20.

273.     Saltzman BS, Weiss NS, Sieh W, Fitzpatrick AL, **McTiernan A**, Daling JR, Li CI. Use of antihypertensive medications and breast cancer risk. Cancer Causes Control. 2013 Feb;24(2):365-71.

**2013**

274.     ^Forsythe LP, Alfano CM, George SM, **McTiernan A**, Baumgartner KB, Bernstein L, Ballard-Barbash R. Pain in long-term breast cancer survivors: The role of physical activity, sedentary behavior, and body mass index. Breast Cancer Research & Treatment 2013 Jan;137(2):617-30.

275.     ^George SM, Alfano CM, Smith AW, Irwin ML, **McTiernan A**, Bernstein L, Baumgartner KB, Ballard-Barbash R. Sedentary behavior, physical functioning, fatigue, and vitality among a cohort of early-stage breast cancer survivors. Journal of Physical Activity & Health. 2013 Mar;10(3):350-8.

276.     ^**Imayama I, Alfano CM, Mason CE, Wang C, Xiao L, Duggan CR, Campbell KL, Foster-Schubert KE, Wang CY, **McTiernan A**. Exercise adherence, cardiopulmonary fitness and anthropometric changes improve exercise self-efficacy and health-related quality of life. Journal of Physical Activity and Health 2013 Jul;10(5):676-89.

277.     ^**Mason C, Xiao L, Imayama I, Duggan CR, Foster-Schubert KE, Kong A, Campbell KL, Wang CY, Villasenor A, Neuhouser ML, Alfano CM, Blackburn GL, **McTiernan A**. Influence of diet, exercise and serum vitamin D on sarcopenia in post-menopausal women. Med Sci Sports Exerc 2013;45(4):607-14.

278.     ^**Campbell KL, Foster-Schubert KE, Makar KW, Kratz M, Hagman D, Schur EA, Habermann N, Horton M, Abbenhardt C, Kuan L, Xiao L, Davison J, Morgan M, Wang CY, Duggan C, **McTiernan A*,** Ulrich CM*(*co-senior authors). Gene expression changes in adipose tissue with diet- and/or exercise-induced weight loss: a pilot study. Cancer Prevention Research 2013 Mar;6(3):217-31. Epub 2013 Jan 22.

279.     ^Kent EE, Alfano CM, Smith AW, Bernstein L, **McTiernan A**, Baumgartner KB, Ballard-Barbash R. The roles of support seeking and race/ethnicity in posttraumatic growth among breast cancer survivors. Journal of Psychosocial Oncology 2013 Jul-Aug;31(4):393-412.

280.     ^George SM, Smith AW, Alfano CM, Bowles HR, Irwin ML, **McTiernan A**, Bernstein L, Baumgartner KB, Ballard-Barbash R. The association between television watching time and all-cause mortality after breast cancer. Journal of Cancer Survivorship. 2013;7(2):247-52.

281.     ^Villaseñor A, Ballard-Barbash R, Ambs A, Bernstein L, Baumgartner K, Baumgartner R, Ulrich CM, Hollis BW, **McTiernan A**, Neuhouser ML. Associations of serum 25-Hydroxyvitamin D with overall and breast cancer-specific mortality in a multi-ethnic cohort of breast cancer survivors. Cancer Causes Control 2013;24(4):759-67. Epub 2013 Jan. 30.

282.     ^Stover AM, Reeve BB, Piper B, Alfano C, Wilder Smith A., Mitchell S, Bernstein L, Baumgartner KB, **McTiernan A**, & Ballard-Barbash R. Deriving clinically meaningful cut-scores for fatigue in a cohort of breast cancer survivors: a Health, Eating, Activity, and Lifestyle (HEAL) study. Quality of Life Research 2013 Nov;22(9):2279-92. doi: 10.1007/s11136-013-0360-6. Epub 2013 Feb 19.

283.     ^Abbenhardt C, **McTiernan A*,** Alfano CM, Wener MH, Campbell KL, Duggan C, Foster-Schubert KE, Kong A, Toriola AT, Potter JD, Mason C, Xiao L, Blackburn GL, Bain C, Ulrich CM*(*co-senior authors). Effects on adiponectin and leptin after individual and combined dietary weight loss and exercise interventions in postmenopausal women. J of Internal Medicine 2013 Aug;274(2):163-75.

284.     Cash SW, Duncan GE, Beresford SAA, **McTiernan A**, Patrick DL. Changes in body mass index and physical activity related to changes in obesity-specific quality of life. Quality of Life Research 2013 ;22(9):2381-8.

285.     *^Mason C, Alfano CM, Smith AW, Wang CY, Neuhouser ML, Duggan CR, Bernstein L, Baumgartner KB, Baumgartner RN, Ballard-Barbash R, **McTiernan A**. Long-term physical activity trends in breast cancer survivors. Cancer Epidemiol Biomarkers Prev. 2013 ;22(6):1153-61.

286.     Woolcott CG, Courneya KS, Boyd NF, Yaffe MJ, **McTiernan A**, Brant R, Jones CA, Stanczyk FZ, Terry T, Cook LS, Wang Q, Friedenreich CM. Association between sex hormones, glucose homeostasis, adipokines, and inflammatory markers and mammographic density among postmenopausal women. Breast Cancer Research and Treatment 2013 May;139(1):255-65. doi: 10.1007/s10549-013-2534-x. Epub 2013 Apr 21.PMID: 23605145

287.     ^**Mason C, Risques R, Xiao L, Duggan CR, Imayama I, Campbell KL, Kong A, Foster-Schubert KE, Wang

Anne McTiernan

CY, Alfano CM, Blackburn GL, Rabinovitch PS, **McTiernan A**. Independent and combined effects of dietary weight loss and exercise on leukocyte telomere length in post-menopausal women. Obesity 2013;21(12):E549-54.

288.     ^**Cadmus L, **McTiernan A**, Ulrich C, Stovall R, Ceballos R, McGregor B, Wang CY, Ramaprasad J, Littman AJ. Predictors of adherence to a 26-week yoga intervention among post-treatment breast cancer survivors. Journal of Alternative and Complementary Medicine. 2013;19(9):751-8.

289.     Pressler M, Rosenberg CA, Derman BA, Greenland P, Khandekar J, Rodabough RJ, **McTiernan A**, Simon MS. Breast cancer in postmenopausal women after nonmelanoma skin carcinoma: The Women's Health Initiative Observational Study. Breast Cancer Research & Treatment 2013;139(3):821-31.

290.     *^Mason C, Xiao L, Duggan C, Imayama I, Foster-Schubert KE, Kong A, Campbell KL, Wang CL, Alfano CM, Blackburn GL, Pollack M, **McTiernan A**. Effects of dietary weight loss and exercise on insulin-like growth factor-1 and insulin-like growth factor binding protein-3 in postmenopausal women: a randomized controlled trial. Cancer Epidemiol Biomarkers Prev. 2013;22(8):1457-63.

291.     Wright JL, Plymate S, D'Oria-Cameron A, Bain C, Haugk K, Xiao L, Lin DW, Stanford JL, **McTiernan A.** A study of caloric restriction versus standard diet in overweight men with newly diagnosed prostate cancer: a randomized controlled trial. The Prostate 2013;73(12):1345-51.

292.     *^Imayama I, Alfano CM, Neuhouser ML, George SM, Smith AW, Baumgartner RN, Baumgartner KB, Bernstein L, Wang CY, Duggan C, Ballard-Barbash R, **McTiernan A**. Weight, inflammation, cancer-related symptoms and health-related quality of life among breast cancer survivors. Breast Cancer Research & Treatment. 2013;140(1):159-76.

293.     Wolpin BM, Bao Y, Qian ZR, Wu C, Kraft P, Ogino S, Stampfer MJ, Sato K, Ma J, Buring JE, Sesso HD, Lee I-M, Gaziano JM, **McTiernan A**, Phillips LS, Cochrane BB, Pollak MN, Manson JE, Giovannucci EL,  Fuchs CS. Hyperglycemia, insulin resistance, impaired pancreatic beta-cell function and risk of pancreatic cancer. Journal of the National Cancer Institute 2013 Jul 17;105(14):1027-1035.

294.     ^**Imayama, I, Alfano, C.M., Mason, C.E., Wang, C., Duggan, C.R., Campbell, K.L., Kong A, Foster-Schubert, K.E., Blackburn GL, Wang, C.Y., **McTiernan, A**. Weight and metabolic effects of dietary weight loss and exercise interventions in postmenopausal antidepressant medication users and non-users: a randomized controlled trial. Preventive Medicine 2013 ;57(5):525-32.

295.     Ganz PA, Yip CH, Gralow JR, Distelhorst SR, Albain KK, Andersen BL, Bevilacqua JLB,  deAzambuja  E, Saghir NSE, Kaur R, **McTiernan A**, Partridge AH, Rowland JH, Singh-Carlson S, Vargo M, Thompson B, Anderson BO. Supportive care after curative treatment for breast cancer (survivorship care): Resource allocations in low- and middle-income countries. A Breast Health Global Initiative 2013 consensus statement. Breast 2013 Oct;22(5):606-15.

296.     ^Duggan C, Ballard-Barbash R, Baumgartner RN,  Baumgartner KB, Bernstein L, **McTiernan A**. Associations between null mutations in *GSTT1* and *GSTM1* the *GSTP1* Ile[105]Val polymorphism and mortality in the HEAL cohort. SpringerPlus 2013;2:450.

297.     Woolcott CG, Courneya KS, Boyd NF, Yaffe MJ, **McTiernan A**, Brant R, Jones CA, Stanczyk FZ, Terry T, Cook LS, Wang Q, Friedenreich CM. Longitudinal changes in IGF1 and IGFBP3, and mammographic density among postmenopausal women. Cancer Epidemiol Biomarkers Prev. 2013 Nov;22(11):2116-20. doi: 10.1158/1055-9965.EPI-13-0401. Epub 2013 Sep 9.

298.     Tang JY, Henderson MT, Boussard-Hernandez  T, Kubo J, Desai M, Sims S, Aroda V, Thomas F, **McTiernan A**, Stefanick ML. Lower skin cancer risk in women with higher body mass index: The Women's Health Initiative Observational Study. Cancer Epidemiol Biomarkers Prev. 2013 Dec;22(12):2412-5.

299.     ^**Cadmus-Bertram L, Irwin ML, Alfano CM, Campbell KL, Duggan C, Foster-Schubert KE, **McTiernan A**. Predictors of adherence to a yearlong exercise intervention among previously sedentary adults.  Journal of Physical Activity and Health 2013 Oct 31. [Epub]. 2014 Sep;11(7):1304-12.

300.     ^George SM, **McTiernan A**, Villasenor A, Alfano CM, Irwin ML, Neuhouser ML, Baumgartner RN, Baumgartner KB, Bernstein L, Smith AW, Ballard-Barbash R. Disentangling the body weight-bone mineral density association among breast cancer survivors: An examination of the independent roles of lean mass and fat mass. BMC Cancer. 2013 Oct 25;13(1):497.

301.     Finstad SE, **McTiernan A**, Wist E, Furberg A-S,  Alhaidari G, Perera ND, Fagerland MW, Schlichting E, Sauer T,  Lømo J, Thune I. Insulin and IGF-1 in breast cancer patients are associated with tumor cell proliferation (Ki67) in their breast tumors. Advanced Studies in Medical Sciences. 2013:1(3):95-110.

302.     Cossor FI, Adams-Campbell LL, Chlebowski RT, Gunter MJ, Johnson K, Martell RE, **McTiernan A**, Simon MS, Rohan T, Wallace RB, Paulus JK. Diabetes, metformin use, and colorectal cancer survival in postmenopausal women. Cancer Epidemiology 2013 Oct;37(5):742-9.

**2014**

303.     ^Duggan C, Xiao L, Wang C-Y, **McTiernan A**. Effect of a 12-month exercise intervention on serum biomarkers of angiogenesis in postmenopausal women: a randomized controlled trial. Cancer Epidemiol Biomarkers Prev 2014 Apr;23(4):648-57.

304.     Kwan K, Rowan T. Chlebowski RT, **McTiernan A**,  Rodabough R, La Monte MJ, Martin LW, Christina Bell C, Lane DS, Kaplan RC, Irwin ML. Timed walking speed, self-reported physical activity and breast cancer incidence in postmenopausal women. European Journal of Cancer Prevention  2014;23(1):49-52.

305.     ^Duggan C, Risques R, Alfano C, Prunkard D, Imayama I, Baumgartner K, Baumgartner R, Bernstein L, Ballard-Barbash R, Rabinovitch P, **McTiernan A**. Peripheral blood leukocyte telomere length and mortality in breast cancer survivors. Journal of the National Cancer Institute. 2014 Apr;106(4): dju035.

306.     ^**Mason C, Xiao L, Imayama I, Duggan C, Wang C-Y, Korde L, **McTiernan A**. Vitamin D$_3$ supplementation during weight loss: A double-blind randomized controlled trial. Amer J Clin Nutr 2014  May;99(5):1015-25.

307.     ^Spector JT, DeRoos AJ, Ulrich CM, Sheppard L, Sjodin A, Wener MH, Wood B, **McTiernan A**. Plasma Polychlorinated biphenyl concentrations and immune function in postmenopausal women. Environmental Research. 2014 May;131:174-80.

308.     Chan DSM, Vieira AR, Aune D, Bandera EV, Geenwood DC, **McTiernan A**, Navarro Rosenblatt D, Thune I, Vieira R, Norat T. Body mass index and survival in women with breast cancer – systematic literature review and meta-analysis of 82 follow-up studies. Annals of Oncology 2014;25(10):1901-14.

309.     ^Thrift AP, Xiao L, Patel SR, Tworoger SS, **McTiernan A**, Duggan C. Effects of physical activity on melatonin levels in previously sedentary men and women. Cancer Epidemiol Biomarkers Prev. 2014 ;23(8):1696-9.

310.     ^Duggan  DR, Xiao L, Terry MB, **McTiernan A**. No effect of weight loss on LINE-1 methylation levels in peripheral blood leukocytes in postmenopausal overweight women. Obesity. 2014;22(9):2091-6.

311.     ^Duggan C, Wang CY, Xiao L, **McTiernan A**. Aspirin and serum estrogens in postmenopausal women: a randomized controlled clinical trial. Cancer Prevention Research. 2014 Sep;7(9):906-12.

312.     Togawa K, Ma H, Sullivan-Halley J, Neuhouser ML, Imayama I, Smith AW, Alfano CM, **McTiernan A**, Ballard-Barbash R, Bernstein L. Risk factors for self-reported arm lymphedema among female breast cancer survivors: a prospective cohort study. Breast Cancer Research. 2014;16:414.

313.     Flote VG, Furberg A, **McTiernan A**, Frydenberg H, Ursin G, Iversen A, Lofteroed T, Ellison PT, Wist EA, Egeland T, Wilsgaard T, Makar KW, Chang-Claude J, Thune I. Gene variations in oestrogen pathways, *CYP19A1*, daily 17β-estradiol, and mammographic density phenotypes in premenopausal women. Breast Cancer Research. 2014 Dec 19;16(6):499.

**2015**

314.     Iversen A, Frydenberg H, Furberg AS, Flote V, Finstad SE, **McTiernan A**, Ursin G, Wilsgaard T, Ellison PT, Jasienska G, Thune I. Cycling endogenous sex steroid hormones vary by mammographic density phenotypes in premenopausal women. European Journal of Cancer Prevention 2015 Feb 23. [Epub] 2016 Jan;25(1):9-18.

315.     Habermann N, Makar KW, Abbenhardt C, Xiao X, CY Wang CY, Utsugi HK, Alfano CM, Campbell KL, Duggan C, Foster-Schubert KE, Mason CE, Imayama I, Lampe J, Blackburn GL, Potter JD, **McTiernan A**,$^{¥}$ Ulrich CM, PhD$^{¥}$. No effect of caloric restriction or exercise on radiation repair capacity. Medicine and Science in Sports and Exercise. 2015 ;47(5):896-904.

316.     ^**Mason C, Xiao L, Imayama I, Duggan CR, Campbell KL, Kong A, Wang CY, Alfano CM, Blackburn GL, Foster-Schubert KE, **McTiernan A**. Independent and combined effects of dietary weight loss and exercise on fasting ghrelin concentrations in overweight and obese women: a randomized controlled trial. Clinical Endocrinology 2015;82(3):369-76.

317.     Flote VG, Frydenberg H, Ursin G, Iversen A,, Fagerland MW , Ellison PT, Wist EA,, Egeland T, Wilsgaard T, , **McTiernan A**, Furberg A-S, Thune I. High-Density Lipoprotein-Cholesterol, daily estradiol and progesterone and mammographic density phenotypes in premenopausal women. Cancer Prevention Research 2015 Mar 24 [Epub]. 2015 Jun;8(6):535-44.

318.     Duggan C, De Dieu Tapsoba J, Mason C, Imayama I, Korde L, Wang C-Y, **McTiernan A**. Effect of Vitamin D$_3$ supplementation in combination with weight loss on inflammatory biomarkers in postmenopausal women: a randomized controlled trial.  Cancer Prevention Research 2015; 8(7):628-35.

Anne McTiernan

319.    Gunter MJ, Wang T, Cushman M, Xue X, Wassertheil-Smoller S, Strickler SD, Rohan TE, Manson JE, **McTiernan A**, Kaplan RC, Scherer PE, Chlebowski RT, Snetselaar L, Kakani K, Wang D, Ho GYF. Circulating adipokines and inflammatory markers and postmenopausal breast cancer risk. J Natl Cancer Inst. 2015 Jul 16;107(9).

320.    Frydenberg H, Flote VG, Fjeldheim FN, Larsson IM, Barrett ES, Furberg A-S, Ursin G, Wilsgaard T, Ellison PT, **McTiernan A**, Hjartåker A, Thune I. Alcohol consumption, endogenous estrogen and mammographic density among premenopausal women. Breast Cancer Research. 2015;17(103).

321.    Distelhorst SR, Cleary JF, Ganz PA, Bese N, Camacho-Rodriguez R, Cardoso F, Ddungu H, Gralow JR, Yip CH, Anderson BO; Breast Health Global Initiative Global Summit on Supportive Care and Quality of Life Consensus Panel Members. Optimisation of the continuum of supportive and palliative care for patients with breast cancer in low-income and middle-income countries: executive summary of the Breast Health Global Initiative, 2014. Lancet Oncology 2015 Mar;16(3):e137-47.

322.    Wang C-Y, Tapsoba JdeD, Duggan C, Campbell KL, **McTiernan A**. Methods to adjust for misclassification in the quantiles for the generalized linear models with measurement error in continuous exposures. Statistics in Medicine 2016 May 10;35(10):1676-88. doi: 10.1002/sim.6812. Epub 2015 Nov 22.

323.    Irwin ML, Fabian C, **McTiernan A**. Risk reduction from weight management and physical activity interventions. Adv Exp Med Biol. 2015;862:193-212.

**2016**

324.    Thompson HJ, Neuhouser ML, Lampe JW, Zhu Z, Jiang W, McGinley JN, Neil ES, Schwartz Y, **McTiernan A**. A co-clinical approach reveals that human low or high in glycemic load diets differentially affect experimentally induced mammary carcinogenesis in rats. Molecular Nutrition and Food Research. 2016 Jan 17 [Epub ahead of print].

325.    Frydenberg H, Thune I, Lofterød T, Mortensen ES, Eggen AE, Risberg T, Wist EA, Flote VG, Furberg A-S, Wilsgaard T, Akslen LA, **McTiernan A**. Pre-diagnostic high-sensitive C – reactive protein and breast cancer risk, recurrence and survival. Breast Cancer Research & Treatment. 2016 Jan;155(2):345-54. doi: 10.1007/s10549-015-3671-1. Epub 2016 Jan 6.

326.    Mason C, Tapsoba JdeD, Duggan C, Imayama I, Wang CY, Korde L, Stanczyk F, **McTiernan A**. Effects of weight loss and vitamin D supplementation on sex hormones in postmenopausal women: A randomized controlled trial. Menopause 2016 Feb. 2 [Epub]. Jun;23(6):645-52

327.    Duggan C, Stanczyk F, Campbell K, Neuhouser M, Baumgartner RN, Baumgartner KB, Bernstein K, Ballard R, **McTiernan A**.  Associations of sex-steroid hormones with mortality in women with breast cancer. Breast Cancer Research & Treatment. 2016 Feb;155(3):559-67

328.    Flote VG, Riyas Vettukattil R, Bathen TF, Egeland T, **McTiernan A**, Frydenberg H, Husøy A, Finstad SE, Lømo J,  Schlichting E, Wist EA, Thune I. Lipoprotein subfractions by nuclear magnetic resonance are associated with progesterone receptor in breast cancer. Lipids in Health and Disease 2016 Mar 12;15(1):56.

329.    Mason C, De Dieu Tapsoba J, Duggan C, Imayama I, Wang CY, Korde L, **McTiernan A**. Effects of vitamin $D_3$ supplementation on lean mass, muscle strength and bone mineral density during weight loss: A double-blind randomized controlled trial. Journal of the American Geriatrics Society 2016 April;64(4):769-78.

330.    Bandera EV, Fay SH, Giovannucci E, Leitzmann MF, Marklew R, **McTiernan A**, Mullee A, Romieu I, Thune I, Uauy R, Wiseman MJ on behalf of the World Cancer Research Fund International Continuous Update Project Panel. The use and interpretation of anthropometric measures in cancer epidemiology: A perspective from the World Cancer Research Fund International Continuous Update Project. International Journal of Cancer  2016 Dec 1;139(11):2391-7. doi: 10.1002/ijc.30248. Epub 2016 Jul 13.

331.    Duggan C, De Dieu Tapsoba J, Wang C-Y, **McTiernan A**. Dietary weight-loss and exercise effects on serum biomarkers of angiogenesis in overweight postmenopausal women: a randomized controlled trial. Cancer Research 2016 Jul 15;76(14):4226-35.

332.    Fjeldheim FN, Frydenberg H, Flote VG, **McTiernan A**, Furberg A-S, Ellison P, Barrett ES, Wilsgaard T, Jasienska G, Ursin G, Wist EA, Thune I. Polymorphisms in the estrogen receptor alpha gene (ESR1), daily cycling estrogen and mammographic density phenotypes.  The Energy Balance Breast cancer Aspects (EBBA)-I study. BMC Cancer. 2016;16:776.

333.    Duggan C, de Dieu Tapsoba J, Wang CY, Campbell KL, Foster-Schubert K, Gross M, **McTiernan A**. Dietary weight loss and exercise effects on serum biomarkers of oxidative stress in overweight postmenopausal women: a randomized controlled trial. Cancer Prevention Research 2016 Nov;9(11):835-843.

334.    Mason C, De Dieu Tapsoba J, Duggan C, Imayama I, Wang C-Y, Korde L, **McTiernan A**. Repletion of vitamin D associated with deterioration of sleep quality among postmenopausal women. Preventive Medicine 2016

11/3/2023

Anne McTiernan

Dec;93:166-170.

335.    Neuhouser ML, Wilder-Smith A, George SM, Gibson T, Baumgartner KB, Baumgartner R, Duggan C, Bernstein L, **McTiernan A**, Ballard R. Use of complementary and alternative medicine and breast cancer survival in the Health, Eating Activity and Lifestyle Study. Breast Cancer Research and Treatment 2016 Dec;160(3):539-546.

336.    Duggan C, Gross MD, **McTiernan A**. Diet and Exercise and Serum Markers of Oxidative Stress-Response. Cancer Prev Res (Phila). 2017 Aug;10(8):487.

**2017**

337.    Byrne C, Ursin G, Martin CF, Peck JD, Cole E, Zeng D, Kim E, Yaffe M, Boyd N, Heiss G, **McTiernan A**, Chlebowski R, Lane D, Manson J, Wactawski-Wende J, Yasmeen S, Pisano ED. Change in mammographic density with estrogen and progestin therapy: A measure of breast cancer risk in the Women's Health Initiative. Journal of the National Cancer Institute 2017 Sep 1;109(9).

338.    Mason C, Wang L, Duggan C, Imayama I, Thomas SS, Wang C-Y, **McTiernan A** (dual senior author), Korde LA (dual senior author). Gene Expression in Breast and Adipose Tissue after 12 months of Weight Loss and Vitamin D Supplementation in Postmenopausal Women. npj Breast Cancer 2017 Apr 21;3:15.

339.    Vaysse C, Lømo J, Garred Ø, Fjeldheim F, Lofteroed T, Schlichting E, **McTiernan A**, Frydenberg H, Husøy A, Lundgren S, Fagerland MW, Wist EA, Muller C, Thune I, Richardsen E. Inflammation of mammary adipose tissue occurs in overweight and obese patients exhibiting early-stage breast cancer. npj Breast Cancer 2017; May 3;3:19.

340.    Duggan C, Tapsoba Jde D, Wang CY, Foster-Schubert K, **McTiernan A**. Long-term effects of weight loss and exercise on biomarkers associated with angiogenesis. Cancer Epidemiology, Biomarkers & Prevention 2017 Dec;26(12):1788-1794.

**2018**

341.    Pennington K, **McTiernan A**. The role of physical activity in breast and gynecologic cancer survivorship. Gynecologic Oncology 2018 Apr;149(1):198-204.

342.    Duggan C, Neuhouser M, George S, Barbash R, Baumgartner R, Baumgartner K, **McTiernan A**. Genetic variation in TNFa, PPARg and IRS-1 genes and association with breast cancer survival in the HEAL cohort. Breast Cancer Research and Treatment 2018 Apr;168(2):567-576.

343.    **McTiernan A**. Weight, physical activity, and breast cancer survival. Proceedings of the Nutrition Society (Royal Society of Medicine). 2018 Feb 26:1-9.

344.    Friedenreich C**, McTiernan A**. Combining variables for cancer risk estimation: is the sum better than the parts? Cancer Prevention Research 2018 Jun;11(6):313-316.

345.    Lofterød T, Mortensen ES, Nalwoga H, Wilsgaard T, Frydenberg H, Risberg T, Eggen AE, **McTiernan A**, Aziz S, Wist EA, Stensvold A, Reitan JB, Akslen LA, Thune I. Impact of pre-diagnostic triglycerides and HDL-cholesterol on breast cancer recurrence and survival by breast cancer subtypes. BMC Cancer 2018 Jun 15;18(1):654

346.    de Roon M, May AM, **McTiernan A**, Scholten RJPM, Peeters PHM, Friedenreich CF, Monninkhof EM. Effect of exercise and/or reduced calorie dietary interventions on breast cancer related endogenous sex hormones in healthy postmenopausal women. Breast Cancer Research 2018 Aug 2;20(1):81

347.    Gielen M. et al. for the **TELOMAAS group**. BMI is negatively associated with telomere length: a collaborative cross-sectional meta-analysis of 87 observational studies. American Journal of Clinical Nutrition 2018;108(3):453-475.

348.    Powell KE, King AC, Buchner DM, Campbell WW, DiPietro L, Erickson KI, Hillman CH, Jakicic JM, Janz KF, Katzmarzyk PT, Kraus WK, Macko RF, Marquez DX, **McTiernan A**, Pate RR, Pescatello LS, Whitt-Glover MC. The scientific foundation for *Physical Activity Guidelines for Americans*, *2ⁿᵈ Edition*. Journal of Physical Activity and Health 2018 Dec 17:1-11. doi: 10.1123/jpah.2018-0618. [Epub]

**2019**

349.    Duggan C, Tapsoba Jde D, Stanczyk F, Wang CY, Foster-Schubert K, **McTiernan A**. Long-term effects of weight loss on sex steroid hormones and sex hormone binding globulin. Menopause 2019 Apr;26(4):417-422.

350.    **McTiernan A**, Friedenreich C, Katzmarzyk PT, Powell KE, Macko R, Buchner D, Pescatello LS, Bloodgood B, Tennant B, Vaux-Bjerke A, George SM, Troiano RP, Piercy KL; 2018 PHYSICAL ACTIVITY GUIDELINES ADVISORY COMMITTEE*. Physical Activity in Cancer Prevention and Survival: A Systematic Review. Medicine and Science in Sports and Medicine 2019 Jun;51(6):1252-1261. doi: 10.1249/MSS.0000000000001937

Anne McTiernan

351. Ligibel JA, Dillon D, Giobbie-Hurder A, **McTiernan A**, Frank E, Cornwell M, Pun M, Campbell N, Dowling RJO, Chang MC, Tolaney S, Chagpar AB, Yung RL, Freedman RA, Dominici LS, Golshan M, Rhei E, Taneja K, Huang Y, Brown M, Winer EP, Jeselsohn R, Irwin ML. Impact of a pre-operative exercise intervention on breast cancer proliferation and gene expression: Results from the Pre-Operative Health and Body (PreHAB) Study. <u>Clinical Cancer Research</u> 2019 Sep 1;25(17):5398-5406.

352. Pescatello LS, Buchner DM, Jakicic JM, Powell KE, Kraus WE, Bloodgood B, Campbell WW, Dietz S, Dipietro L, George SM, Macko RF, McTiernan A, Pate RR, Piercy KL; 2018 PHYSICAL ACTIVITY GUIDELINES ADVISORY COMMITTEE*. Physical Activity to Prevent and Treat Hypertension: A Systematic Review. Med Sci Sports Exerc. 2019 Jun;51(6):1314-1323. doi: 10.1249/MSS.0000000000001943.

353. King AC, Whitt-Glover MC, Marquez DX, Buman MP, Napolitano MA, Jakicic J, Fulton JE, Tennant BL; 2018 PHYSICAL ACTIVITY GUIDELINES ADVISORY COMMITTEE*.Physical Activity Promotion: Highlights from the 2018 Physical Activity Guidelines Advisory Committee Systematic Review. Med Sci Sports Exerc. 2019 Jun;51(6):1340-1353. doi: 10.1249/MSS.0000000000001945.

354. Kraus VB, Sprow K, Powell KE, Buchner D, Bloodgood B, Piercy K, George SM, Kraus WE; 2018 PHYSICAL ACTIVITY GUIDELINES ADVISORY COMMITTEE*.Effects of Physical Activity in Knee and Hip Osteoarthritis: A Systematic Umbrella Review. Med Sci Sports Exerc. 2019 Jun;51(6):1324-1339. doi: 10.1249/MSS.0000000000001944.

355. Dipietro L, Campbell WW, Buchner DM, Erickson KI, Powell KE, Bloodgood B, Hughes T, Day KR, Piercy KL, Vaux-Bjerke A, Olson RD; 2018 PHYSICAL ACTIVITY GUIDELINES ADVISORY COMMITTEE*. Physical Activity, Injurious Falls, and Physical Function in Aging: An Umbrella Review. Med Sci Sports Exerc. 2019 Jun;51(6):1303-1313. doi: 10.1249/MSS.0000000000001942.

356. Dipietro L, Evenson KR, Bloodgood B, Sprow K, Troiano RP, Piercy KL, Vaux-Bjerke A, Powell KE; 2018 PHYSICAL ACTIVITY GUIDELINES ADVISORY COMMITTEE*. Benefits of Physical Activity during Pregnancy and Postpartum: An Umbrella Review. Med Sci Sports Exerc. 2019 Jun;51(6):1292-1302. doi: 10.1249/MSS.0000000000001941.

357. Pate RR, Hillman CH, Janz KF, Katzmarzyk PT, Powell KE, Torres A, Whitt-Glover MC; 2018 PHYSICAL ACTIVITY GUIDELINES ADVISORY COMMITTEE*. Physical Activity and Health in Children Younger than 6 Years: A Systematic Review. Med Sci Sports Exerc. 2019 Jun;51(6):1282-1291. doi: 10.1249/MSS.0000000000001940.

358. Kraus WE, Powell KE, Haskell WL, Janz KF, Campbell WW, Jakicic JM, Troiano RP, Sprow K, Torres A, Piercy KL; 2018 PHYSICAL ACTIVITY GUIDELINES ADVISORY COMMITTEE*. Physical Activity, All-Cause and Cardiovascular Mortality, and Cardiovascular Disease. Med Sci Sports Exerc. 2019 Jun;51(6):1270-1281. doi: 10.1249/MSS.0000000000001939.

359. Jakicic JM, Powell KE, Campbell WW, Dipietro L, Pate RR, Pescatello LS, Collins KA, Bloodgood B, Piercy KL; 2018 PHYSICAL ACTIVITY GUIDELINES ADVISORY COMMITTEE*. Physical Activity and the Prevention of Weight Gain in Adults: A Systematic Review. Med Sci Sports Exerc. 2019 Jun;51(6):1262-1269. doi: 10.1249/MSS.0000000000001938.

360. Katzmarzyk PT, Powell KE, Jakicic JM, Troiano RP, Piercy K, Tennant B; 2018 PHYSICAL ACTIVITY GUIDELINES ADVISORY COMMITTEE*.Sedentary Behavior and Health: Update from the 2018 Physical Activity Guidelines Advisory Committee. Med Sci Sports Exerc. 2019 Jun;51(6):1227-1241. doi: 10.1249/MSS.0000000000001935.

361. Campbell WW, Kraus WE, Powell KE, Haskell WL, Janz KF, Jakicic JM, Troiano RP, Sprow K, Torres A, Piercy KL, Bartlett DB; 2018 PHYSICAL ACTIVITY GUIDELINES ADVISORY COMMITTEE*.High-Intensity Interval Training for Cardiometabolic Disease Prevention. Med Sci Sports Exerc. 2019 Jun;51(6):1220-1226. doi: 10.1249/MSS.0000000000001934.

362. Jakicic JM, Kraus WE, Powell KE, Campbell WW, Janz KF, Troiano RP, Sprow K, Torres A, Piercy KL; 2018 PHYSICAL ACTIVITY GUIDELINES ADVISORY COMMITTEE*. Association between Bout Duration of Physical Activity and Health: Systematic Review. Med Sci Sports Exerc. 2019 Jun;51(6):1213-1219. doi: 10.1249/MSS.0000000000001933.

363. Kraus WE, Janz KF, Powell KE, Campbell WW, Jakicic JM, Troiano RP, Sprow K, Torres A, Piercy KL; 2018 PHYSICAL ACTIVITY GUIDELINES ADVISORY COMMITTEE*.Daily Step Counts for Measuring Physical Activity Exposure and Its Relation to Health. Med Sci Sports Exerc. 2019 Jun;51(6):1206-1212. doi: 10.1249/MSS.0000000000001932.

364. Chan DS, Abar L, Cariolou M, Nanu N, Greenwood DC, Bandera EV, **McTiernan A**, Norat T. World Cancer

11/3/2023

Anne McTiernan

Research Fund International – Continuous Update Project: systematic literature review and meta-analysis of cohort studies on physical activity, adiposity, and weight change and breast cancer risk. Cancer Causes & Control.  2019 Nov;30(11):1183-1200. doi: 10.1007/s10552-019-01223-w. Epub 2019 Aug 30.

365.    Stikbakke E, Richardsen E, Knutsen T, Wilsgaard T, Giovannucci EL, McTiernan A, Eggen AE, Haugnes HS, Thune I. Inflammatory serum markers and risk and severity of prostate cancer. The PROCA-*life* Study. Int J Cancer 2020 Jul 1;147(1):84-92 2019 Oct 3. [Epub]

366.    Mason C, deDieu Tapsoba J, Duggan C, Wang CY, Alfano CM, **McTiernan A**. Disordered eating behaviors and weight loss outcomes in a 12-month randomized trial of diet and/or exercise intervention in postmenopausal women. International Journal of Physical Activity and Health 2019 Nov 27;16(1):113.

**2020**

367.    Lofterød T, Frydenberg H, Flote V, Eggen AE,  **McTiernan A**, Mortensen ES,  Akslen LA , Reitan JB, Wilsgaard T, Thune I. Exploring the effects of lifestyle on breast cancer risk, age at diagnosis, and survival: the EBBA-Life study. Breast Cancer Research & Treatment. 2020 Jul;182(1):215-227.

368.    Brunvoll  SH, Thune I, Bertheussen GF,  Fjeldheim F, Flote VG, Frydenberg H, Lundgren S, Skjerven H, Lømo J, Fagerland MW, **McTiernan A**, Schlichting E, Hjartåker A. Dietary changes in breast cancer patients from pre-surgery and over the 12 months post-surgery. Br J Nutr 2020 Aug 19;1-11.

369.    **McTiernan A**. Dose finding in physical activity and cancer risk reduction. J Clin Oncol 2020; Mar 1;38(7):657-659.

370.    Brown JC, **McTiernan A**. Obesity and Cancer: It's Causal and…Reversible? Obesity (Silver Spring). 2020 Sep;28(9):1575.

**2021**

371.    Duggan C, Tapsoba JDD, Shivappa N, Harris H, Hébert JR, Wang C-Y, **McTiernan A**. Changes in dietary inflammatory index patterns with weight loss in women: a randomized controlled trial. Cancer Prev Res 2021;14(1):85-94.

372.    **McTiernan A**. Diet and prognosis in women with breast cancer. Cancer Epidemiology, Biomarkers & Prevention 2021 Feb;30(2):252-254

373.    **McTiernan A**. Dietary prevention of breast cancer in high risk women: role of carotenoids. American Journal of Clinical Nutrition 2021;113(3) March; 499–500.

374.    Togawa K, Ma H, Sullivan-Halley J, Smith AW, Neuhouser ML, George SM, Baumgartner KB, **McTiernan A**, Baumgartner R, Ballard R, Bernstein L. Self-reported symptoms of arm lymphedema and health-related quality of life among breast cancer survivors: Health, Eating, Activity, and Lifestyle (HEAL) Study. Scientific Reports. 2021 May 21;11(1):10701.

375.    Duggan C, Yu M, Willbanks AR, Tapsoba JD, Wang C-Y, Grady WM, **McTiernan A**. Exercise effects on DNA methylation in *EVL, p14ARF*, and *ESR1* in colon tissue from healthy men and women. Epigenetics 2021 Sep 22

376.    Knoerl R, Giobbie-Hurder A, Sannes TS, Chagpar AB, Dillon D, Dominici LS, Frank ES, Freedman RA, Golshan M, **McTiernan A**, Rhei E, Tolaney SM, Winer EP, Yung RL, Irwin ML, Ligibel JA. Exploring the impact of exercise and mind–body prehabilitation interventions on physical and psychological outcomes in women undergoing breast cancer surgery. Support Care Cancer 2021 Mar;30(3):2027-2036.

377.    Stikbakke E, Schirmer H, Knutsen T, Støyten M, Wilsgaard T, Giovannucci EL, **McTiernan A,** Eggen AE, Haugnes HS, Richardsen E, Thune I. Systolic and diastolic blood pressure, prostate cancer risk, treatment and survival. The PROCA-*life* Study. Cancer Medicine 2021 Dec 22;11:1005–1015.

**2022**

378.    Duggan C, Tapsoba JdD, Scheel J, Wang C-Y, **McTiernan A**. Weight loss reduces circulating micro RNA related to obesity and breast cancer in postmenopausal women. Epigenetics 2022;August 8;1-14.

379.    Chan, Doris; Vieira, Ana Rita; Abar, Leila; Aune, Dagfinn; Balducci, Katia; Cariolou, Margarita; Greenwood, Darren; Markozannes, Georgios ; Nanu, Neesha; Becerra-Tomás, Nerea; Giovannucci, Edward; Gunter, Marc; Jackson, Alan A; Kampman, Ellen; Lund, Vivien; Allen, Kate ; Brockton, Nigel ; Crocker , Helen; Katsikioti,

Anne McTiernan

Daphne; McGinley-Gieser, Deirdre; Mitrou, Panagiota; Wiseman, Martin; Cross, Amanda; Riboli, Elio; Clinton, Steven K; **McTiernan, Anne**; Norat, Teresa; Tsilidis, Konstantinos. Body fatness, weight change and outcomes after breast cancer: World Cancer Research Fund/American Institute for Cancer Research (WCRF/AICR) Continuous Update Project systematic literature review and meta-analysis. <u>International Journal of Cancer</u> 2023 Feb 15;152(4):572-599. doi: 10.1002/ijc.34322. Epub 2022 Oct 24.

380.    Becerra-Tomás N; Balducci, Katia; Abar, Leila; Aune, Dagfinn; Cariolou, Margarita; Greenwood, Darren; Markozannes, Georgios ; Nanu, Neesha; Vieira, Ana Rita; Giovannucci, Edward; Gunter, Marc; Jackson, Alan A; Kampman, Ellen; Lund, Vivien; Allen, Kate ; Brockton, Nigel ; Crocker , Helen; Katsikioti, Daphne; McGinley-Gieser, Deirdre; Mitrou, Panagiota; Wiseman, Martin; Cross, Amanda; Riboli, Elio; Clinton, Steven K; **McTiernan, Anne**; Norat, Teresa; Tsilidis, Konstantinos; Chan, Doris. Dietary factors, supplement use and outcomes after breast cancer: World Cancer Research Fund/American Institute for Cancer Research (WCRF/AICR) Continuous Update Project systematic literature review and meta-analysis. <u>International Journal of Cancer</u> 2023 Feb 15;152(4):616-634. doi: 10.1002/ijc.34321. Epub 2022 Oct 24.

381.    Tsilidis, Konstantinos; Cariolou, Margarita; Becerra-Tomás, Nerea; Balducci, Katia; Vieira, Ana Rita; Abar, Leila; Aune, Dagfinn; Markozannes, Georgios ; Nanu, Neesha; Greenwood, Darren; Giovannucci, Edward; Gunter, Marc; Jackson, Alan A; Kampman, Ellen; Lund, Vivien; Allen, Kate ; Brockton, Nigel ; Crocker , Helen; Katsikioti, Daphne; McGinley-Gieser, Deirdre; Mitrou, Panagiota; Wiseman, Martin; Cross, Amanda; Riboli, Elio; Clinton, Steven K; **McTiernan, Anne**; Norat, Teresa; Chan, Doris. Body fatness, physical activity, dietary factors and outcomes after breast cancer: World Cancer Research Fund/American Institute for Cancer Research (WCRF/AICR) Continuous Update Project summary of evidence grading. <u>International Journal of Cancer</u> 2023 Feb 15;152(4):635-644. doi: 10.1002/ijc.34320. Epub 2022 Oct 24.

382.    Cariolou, Margarita; Abar, Leila; Aune, Dagfinn; Balducci, Katia; Becerra-Tomás, Nerea; Greenwood, Darren; Markozannes, Georgios ; Nanu, Neesha; Vieira, Ana Rita; Giovannucci, Edward; Gunter, Marc; Jackson, Alan A; Kampman, Ellen; Lund, Vivien; Allen, Kate ; Brockton, Nigel ; Crocker , Helen; Katsikioti, Daphne; McGinley-Gieser, Deirdre; Mitrou, Panagiota; Wiseman, Martin; Cross, Amanda; Riboli, Elio; Clinton, Steven K; **McTiernan, Anne**; Norat, Teresa; Tsilidis, Konstantinos; Chan, Doris. Physical activity and outcomes after breast cancer: World Cancer Research Fund/American Institute for Cancer Research (WCRF/AICR) Continuous Update Project systematic literature review and meta-analysis. <u>International Journal of Cancer</u> 2023 Feb 15;152(4):600-615. doi: 10.1002/ijc.34324. Epub 2022 Oct 24.

383.    Aune D, Markozannes G, Abar L, Balducci K, Cariolou M, Nanu N, Vieira R, Anifowoshe L, Greenwood DC, Clinton SK, Giovannucci E, Gunter MJ, Jackson A, Kampman E, Lund V, **McTiernan A**, Cross AJ, Riboli E, Allen K, Brockton NT, Croker H, Katsikioti D, McGinley-Gieser D, Mitrou P, Wiseman M, Velikova G, Demark-Wahnefried W, Norat T, Tsilidis KK, Chan DSM. Physical activity and health-related quality of life in women diagnosed with breast cancer: Systematic review and meta-analysis of randomized controlled trials. <u>JNCI Cancer Spectrum</u> 2022 Nov 1;6(6):pkac072. doi: 10.1093/jncics/pkac072.

## 2023

384.    Bricker JB, Kristin E. Mull KE, Sullivan BM, Forman EM, Lillis J, **McTiernan A,** Santiago-Torres M. Telehealth Acceptance and Commitment Therapy for Weight Loss: Protocol of the WeLNES Full Scale Randomized Controlled Trial. <u>Contemporary Clinical Trials</u> 2023; vol. 126, March (Epub).

385.    Hiba Jebeile; Natalie Lister; Sol Libesman; Kylie Hunter; Caitlin McMaster; Brittany Johnson; Louise Baur; Susan Paxton; Sarah Garnett; Amy Ahern; Denise Wilfley; Sarah Maguire; Amanda Sainsbury; Katharine Steinbeck; Lisa Askie; Caroline Braet; Andrew Hill; Dasha Nicholls; Rebecca Jones; Genevieve Dammery; Alicia Grunseit; Kelly Cooper; Theodore Kyle; Faith Newsome; Fiona Quigley; Rachel Barnes; Melanie Bean; Kristine Beaulieu; Maxine Bonham; Kerri Boutelle; Braulio Henrique Magnani Branco; Simona Calugi; Michelle Cardel; Kelly Carpenter; Hoi Lun Cheng; Riccardo Dalle Grave; Yngvild Danielsen; Marcelo Demarzo; Aimee Dordevic; Dawn Eichen; Andrea Goldschmidt; Anja Hilbert; Katrijn Houben; Mara Lofrano do Prado; Corby Martin; **Anne McTiernan**; Janell Mensinger; Carly Pacanowski; Wagner Prado; Sofia Ramalho; Hollie Raynor; Elizabeth Rieger; Eric Robinson; Vera Salvo; Nancy Sherwood; Sharon Simpson; Hanna Skjåkødegård; Evelyn Smith; Stephanie Partridge; Marian Tanofsky-Kraff; Rachael Taylor; Annelies Van Eyck; Kristina Varady; Alaina Vidmar; Victoria Whitelock; Jack Yanovski; Anna Lene Seidler. Eating Disorders In weight-related Therapy (EDIT): Protocol for a systematic review with individual participant data meta-analysis of eating disorder risk in behavioural weight management. <u>PLOS ONE</u>. 2023. (in press) (preprint MedRxiv

Anne McTiernan

https://www.medrxiv.org/content/10.1101/2022.12.13.22283385v1)

**In Invited Revision or Available in Preprint Form**

1. Natalie B. Lister, Hiba Jebeile, Rabia Khalid, Anna L. Seidler, Samantha Pryde, Caitlin M. McMaster, Kylie E. Hunter, Louise A. Baur, Susan J. Paxton, Sarah P. Garnett, Amy L Ahern, Denise E. Wilfley, Sarah Maguire, Amanda Sainsbury, Katharine Steinbeck, Lisa Askie, Rebecca Golley, Caroline Braet, Kelly Cooper, Genevieve Dammery, Alicia M. Grunseit, Andrew J Hill, Rebecca A Jones, Theodore K. Kyle, Faith Newsome, Dasha Nicholls, Milan Piya, Fiona Quigley, Jackie Yourell, Rachel D. Barnes, Melanie K. Bean, Kristine Beaulieu, Maxine Bonham, Kerri N. Boutelle, Braulio Henrique Magnani Branco, Simona Calugi, Michelle I. Cardel, Kelly Carpenter, Hoi Lun Cheng, Yngvild S Danielsen, Katherine Darling, Marcelo Demarzo, Angela Doyle, Aimee Dordevic, Dawn M. Eichen, Andrea B. Goldschmidt, Riccardo Dalle Grave, Amy Gross, Anja Hilbert, Katrijn Houben, Elissa Jelalian, Mara Lofrano do Prado, Corby K. Martin, **Anne McTiernan**, Janell L. Mensinge, Carly Pacanowski, Stephanie Partridge, Wagner Prado, Sofia M. Ramalho, Hollie A. Raynor, Kyung Rhee, Elizabeth Rieger, Eric Robinson, Vera Salvo, Nancy E. Sherwood, Sharon A. Simpson, Hanna F. Skjakodegard, Evelyn Smith, Marian Tanofsky-Kraff, Rachael W. Taylor, Annelies Van Eyck, Krista A. Varady, Alaina P. Vidmar, Victoria Whitelock, Jack Yanovski, Brittany J. Johnson, on behalf of the Eating Disorders In weight-related Therapy (EDIT) Collaboration. Delivery features and intervention strategies of trials in the Eating Disorders in Weight-related Therapy (EDIT) Collaboration: intervention coding. Open Science Framework 2023 (unloaded online, paper submitted).

**Women's Health Initiative Group-Authored Manuscripts**

386. Rossouw JE, Anderson GL, Prentice RL, LaCroix AZ, Kooperberg C, Stefanick ML, Jackson RD, Beresford SA, Howard BV, Johnson KC, Kotchen JM, Ockene J; Writing Group for the Women's Health Initiative Investigators. Risks and benefits of estrogen plus progestin in healthy postmenopausal women: principal results From the Women's Health Initiative randomized controlled trial. JAMA. 2002 Jul 17;288(3):321-33.

387. Hays J, Ockene JK, Brunner RL, Kotchen JM, Manson JE, Patterson RE, Aragaki AK, Shumaker SA, Brzyski RG, LaCroix AZ, Granek IA, Valanis BG; Women's Health Initiative Investigators.Effects of estrogen plus progestin on health-related quality of life. N Engl J Med. 2003 May 8;348(19):1839-54. Epub 2003 Mar 17.

388. Wassertheil-Smoller S, Hendrix SL, Limacher M, Heiss G, Kooperberg C, Baird A, Kotchen T, Curb JD, Black H, Rossouw JE, Aragaki A, Safford M, Stein E, Laowattana S, Mysiw WJ; WHI Investigators. Effect of estrogen plus progestin on stroke in postmenopausal women: the Women's Health Initiative: a randomized trial. JAMA. 2003 May 28;289(20):2673-84.

389. Hsia J, Barad D, Margolis K, Rodabough R, McGovern PG, Limacher MC, Oberman A, Smoller S; Women's Health Initiative Research Group.Usefulness of prior hysterectomy as an independent predictor of Framingham risk score (The Women's Health Initiative). Am J Cardiol. 2003 Aug 1;92(3):264-9.

390. Manson JE, Hsia J, Johnson KC, Rossouw JE, Assaf AR, Lasser NL, Trevisan M, Black HR, Heckbert SR, Detrano R, Strickland OL, Wong ND, Crouse JR, Stein E, Cushman M; Women's Health Initiative Investigators.Estrogen plus progestin and the risk of coronary heart disease. N Engl J Med. 2003 Aug 7;349(6):523-34.

391. Smoller JW, Pollack MH, Wassertheil-Smoller S, Barton B, Hendrix SL, Jackson RD, Dicken T, Oberman A, Sheps DS; Women's Health Initiative Investigators. Prevalence and correlates of panic attacks in postmenopausal women: results from an ancillary study to the Women's Health Initiative. Arch Intern Med. 2003 Sep 22;163(17):2041-50.

392. Cauley JA, Robbins J, Chen Z, Cummings SR, Jackson RD, LaCroix AZ, LeBoff M, Lewis CE, McGowan J, Neuner J, Pettinger M, Stefanick ML, Wactawski-Wende J, Watts NB; Women's Health Initiative Investigators.Effects of estrogen plus progestin on risk of fracture and bone mineral density: the Women's Health Initiative randomized trial. JAMA. 2003 Oct 1;290(13):1729-38.

393. Anderson GL, Judd HL, Kaunitz AM, Barad DH, Beresford SA, Pettinger M, Liu J, McNeeley SG, Lopez AM; Women's Health Initiative Investigators. Effects of estrogen plus progestin on gynecologic cancers and associated diagnostic procedures: the Women's Health Initiative randomized trial. JAMA. 2003 Oct 1;290(13):1739-48.

11/3/2023

Anne McTiernan

394.    Hsia J, Criqui MH, Rodabough RJ, Langer RD, Resnick HE, Phillips LS, Allison M, Bonds DE, Masaki K, Caralis P, Kotchen JM; Women's Health Initiative Investigators. Estrogen plus progestin and the risk of peripheral arterial disease: the Women's Health Initiative. Circulation. 2004 Feb 10;109(5):620-6.

395.    Hsia J, Aragaki A, Bloch M, LaCroix AZ, Wallace R; WHI Investigators. Predictors of angina pectoris versus myocardial infarction from the Women's Health Initiative Observational Study. Am J Cardiol. 2004 Mar 15;93(6):673-8.

396.    Women's Health Initiative Study Group. Dietary adherence in the Women's Health Initiative Dietary Modification Trial. J Am Diet Assoc. 2004 Apr;104(4):654-8.

397.    Margolis KL, Bonds DE, Rodabough RJ, Tinker L, Phillips LS, Allen C, Bassford T, Burke G, Torrens J, Howard BV; Women's Health Initiative Investigators. Effect of oestrogen plus progestin on the incidence of diabetes in postmenopausal women: results from the Women's Health Initiative Hormone Trial. Diabetologia. 2004 Jul;47(7):1175-87. Epub 2004 Jul 14.

398.    Cushman M, Kuller LH, Prentice R, Rodabough RJ, Psaty BM, Stafford RS, Sidney S, Rosendaal FR; Women's Health Initiative Investigators. Estrogen plus progestin and risk of venous thrombosis. JAMA. 2004 Oct 6;292(13):1573-80.

399.    Hsia J, Wu L, Allen C, Oberman A, Lawson WE, Torrens J, Safford M, Limacher MC, Howard BV; Women's Health Initiative Research Group. Physical activity and diabetes risk in postmenopausal women. Am J Prev Med. 2005 Jan;28(1):19-25.

400.    Margolis KL, Manson JE, Greenland P, Rodabough RJ, Bray PF, Safford M, Grimm RH Jr, Howard BV, Assaf AR, Prentice R; Women's Health Initiative Research Group. Leukocyte count as a predictor of cardiovascular events and mortality in postmenopausal women: the Women's Health Initiative Observational Study. Arch Intern Med. 2005 Mar 14;165(5):500-8.

401.    Howard BV, Kuller L, Langer R, Manson JE, Allen C, Assaf A, Cochrane BB, Larson JC, Lasser N, Rainford M, Van Horn L, Stefanick ML, Trevisan M; Women's Health Initiative. Risk of cardiovascular disease by hysterectomy status, with and without oophorectomy: the Women's Health Initiative Observational Study. Circulation. 2005 Mar 29;111(12):1462-70. Epub 2005 Mar 21.

402.    Barnabei VM, Cochrane BB, Aragaki AK, Nygaard I, Williams RS, McGovern PG, Young RL, Wells EC, O'Sullivan MJ, Chen B, Schenken R, Johnson SR; Women's Health Initiative Investigators. Menopausal symptoms and treatment-related effects of estrogen and progestin in the Women's Health Initiative. Obstet Gynecol. 2005 May;105(5 Pt 1):1063-73.

403.    Prentice RL, Langer R, Stefanick ML, Howard BV, Pettinger M, Anderson G, Barad D, Curb JD, Kotchen J, Kuller L, Limacher M, Wactawski-Wende J; Women's Health Initiative Investigators. Combined postmenopausal hormone therapy and cardiovascular disease: toward resolving the discrepancy between observational studies and the Women's Health Initiative clinical trial. Am J Epidemiol. 2005 Sep 1;162(5):404-14. Epub 2005 Jul 20.

404.    Brunner RL, Gass M, Aragaki A, Hays J, Granek I, Woods N, Mason E, Brzyski R, Ockene J, Assaf A, LaCroix A, Matthews K, Wallace R; Women's Health Initiative Investigators. Effects of conjugated equine estrogen on health-related quality of life in postmenopausal women with hysterectomy: results from the Women's Health Initiative Randomized Clinical Trial. Arch Intern Med. 2005 Sep 26;165(17):1976-86.

405.    Prentice RL, Caan B, Chlebowski RT, et al. Low-fat dietary pattern and risk of invasive breast cancer. The Women's Health Initiative Randomized Controlled Dietary Modification Trial. JAMA 2006;295:629-642.

406.    Beresford SAA, Johnson KC, Ritenbaugh C, et al. Low-fat dietary pattern and risk of colorectal cancer. The Women's Health Initiative Randomized Controlled Dietary Modification Trial. JAMA 2006;295:643-654.

407.    Howard BV, Van Horn L, Manson JE, et al. Low-fat dietary pattern and risk of cardiovascular disease. The Women's Health Initiative Randomized Controlled Dietary Modification Trial. JAMA 2006;295:655-666.

408.    de Boer IH, Tinker LF, Connelly S, Curb JD, Howard BV, Kestenbaum B, Larson JC, Manson JE, Margolis KL, Siscovick DS, Weiss NS; Women's Health Initiative Investigators. Calcium plus vitamin D supplementation and the risk of incident diabetes in the Women's Health Initiative. Diabetes Care. 2008 Apr;31(4):701-7. Epub 2008 Jan 30.

409.    Chlebowski RT, Johnson KC, Kooperberg C, Pettinger M, Wactawski-Wende J, Rohan T, Rossouw J, Lane D, O'Sullivan MJ, Yasmeen S, Hiatt RA, Shikany JM, Vitolins M, Khandekar J, Hubbell FA; Women's Health Initiative Investigators. Calcium plus vitamin D supplementation and the risk of breast cancer. J Natl Cancer Inst. 2008 Nov 19;100(22):1581-91. Epub 2008 Nov 11.

410.    Lederle FA, Larson JC, Margolis KL, Allison MA, Freiberg MS, Cochrane BB, Graettinger WF, Curb JD; Women's Health Initiative Cohort Study. Abdominal aortic aneurysm events in the women's health initiative: cohort study. BMJ. 2008 Oct 14;337:a1724.

Anne McTiernan

411.    McCall-Hosenfeld JS, Jaramillo SA, Legault C, Freund KM, Cochrane BB, Manson JE, Wenger NK, Eaton CB, Rodriguez BL, McNeeley SG, Bonds D; Members of Women's Health Initiative-Observational Study. Correlates of sexual satisfaction among sexually active postmenopausal women in the Women's Health Initiative-Observational Study. J Gen Intern Med. 2008 Dec;23(12):2000-9. Epub 2008 Oct 7.

412.    Ritenbaugh C, Stanford JL, Wu L, Shikany JM, Schoen RE, Stefanick ML, Taylor V, Garland C, Frank G, Lane D, Mason E, McNeeley SG, Ascensao J, Chlebowski RT; Women's Health Initiative Investigators. Conjugated equine estrogens and colorectal cancer incidence and survival: the Women's Health Initiative randomized clinical trial. Cancer Epidemiol Biomarkers Prev. 2008 Oct;17(10):2609-18. Epub 2008 Sep 30.

413.    Brunner RL, Cochrane B, Jackson RD, Larson J, Lewis C, Limacher M, Rosal M, Shumaker S, Wallace R; Women's Health Initiative Investigators. Calcium, vitamin D supplementation, and physical function in the Women's Health Initiative. J Am Diet Assoc. 2008 Sep;108(9):1472-9.

414.    Chen Z, Arendell L, Aickin M, Cauley J, Lewis CE, Chlebowski R; Women's Health Initiative Program, National Heart, Lung and Blood Institute, US Department of Health and Human Services. Hip bone density predicts breast cancer risk independently of Gail score: results from the Women's Health Initiative. Cancer. 2008 Sep 1;113(5):907-15.

415.    Tinker LF, Bonds DE, Margolis KL, Manson JE, Howard BV, Larson J, Perri MG, Beresford SA, Robinson JG, Rodríguez B, Safford MM, Wenger NK, Stevens VJ, Parker LM; Women's Health Initiative. Low-fat dietary pattern and risk of treated diabetes mellitus in postmenopausal women: the Women's Health Initiative randomized controlled dietary modification trial. Arch Intern Med. 2008 Jul 28;168(14):1500-11.

416.    LaCroix AZ, Lee JS, Wu L, Cauley JA, Shlipak MG, Ott SM, Robbins J, Curb JD, Leboff M, Bauer DC, Jackson RD, Kooperberg CL, Cummings SR; Women's Health Initiative Observational. Cystatin-C, renal function, and incidence of hip fracture in postmenopausal women. J Am Geriatr Soc. 2008 Aug;56(8):1434-41. Epub 2008 Jul 24.

417.    Wright NC, Riggs GK, Lisse JR, Chen Z; Women's Health Initiative. Self-reported osteoarthritis, ethnicity, body mass index, and other associated risk factors in postmenopausal women-results from the Women's Health Initiative. J Am Geriatr Soc. 2008 Sep;56(9):1736-43. Epub 2008 Jul 17.

418.    Johnson KC, Margolis KL, Espeland MA, Colenda CC, Fillit H, Manson JE, Masaki KH, Mouton CP, Prineas R, Robinson JG, Wassertheil-Smoller S; Women's Health Initiative Memory Study and Women's Health Initiative Investigators. A prospective study of the effect of hypertension and baseline blood pressure on cognitive decline and dementia in postmenopausal women: the Women's Health Initiative Memory Study. J Am Geriatr Soc. 2008 Aug;56(8):1449-58. Epub 2008 Jul 15.

419.    Cauley JA, Wampler NS, Barnhart JM, Wu L, Allison M, Chen Z, Hendrix S, Robbins J, Jackson RD; Women's Health Initiative Observational Study. Incidence of fractures compared to cardiovascular disease and breast cancer: the Women's Health Initiative Observational Study. Osteoporos Int. 2008 Dec;19(12):1717-23. Epub 2008 Jul 16.

420.    Luo J, Margolis KL, Adami HO, LaCroix A, Ye W; Women's Health Initiative Investigators. Obesity and risk of pancreatic cancer among postmenopausal women: the Women's Health Initiative (United States). Br J Cancer. 2008 Aug 5;99(3):527-31. Epub 2008 Jul 15.

421.    Zheng Z, Margolis KL, Liu S, Tinker LF, Ye W; Women's Health Initiative Investigators. Effects of estrogen with and without progestin and obesity on symptomatic gastroesophageal reflux. Gastroenterology. 2008 Jul;135(1):72-81. Epub 2008 Mar 25.

422.    Bray PF, Larson JC, Lacroix AZ, Manson J, Limacher MC, Rossouw JE, Lasser NL, Lawson WE, Stefanick ML, Langer RD, Margolis KL; Women's Health Initiative Investigators. Usefulness of baseline lipids and C-reactive protein in women receiving menopausal hormone therapy as predictors of treatment-related coronary events. Am J Cardiol. 2008 Jun 1;101(11):1599-1605. Epub 2008 Apr 2.

423.    Allison MA, Manson JE, Langer RD, Carr JJ, Rossouw JE, Pettinger MB, Phillips L, Cochrane BB, Eaton CB, Greenland P, Hendrix S, Hsia J, Hunt JR, Jackson RD, Johnson KC, Kuller LH, Robinson J; Women's Health Initiative and Women's Health Initiative Coronary Artery Calcium Study Investigators. Oophorectomy, hormone therapy, and subclinical coronary artery disease in women with hysterectomy: the Women's Health Initiative coronary artery calcium study. Menopause. 2008 Jul-Aug;15(4 Pt 1):639-47.

424.    LaCroix AZ, Gray SL, Aragaki A, Cochrane BB, Newman AB, Kooperberg CL, Black H, Curb JD, Greenland P, Woods NF; Women's Health Initiative. Statin use and incident frailty in women aged 65 years or older: prospective findings from the Women's Health Initiative Observational Study. J Gerontol A Biol Sci Med Sci. 2008 Apr;63(4):369-75.

425.    Moeller SM, Voland R, Tinker L, Blodi BA, Klein ML, Gehrs KM, Johnson EJ, Snodderly DM, Wallace RB, Chappell RJ, Parekh N, Ritenbaugh C, Mares JA; CAREDS Study Group; Women's Health Initiative Associations

Anne McTiernan

between age-related nuclear cataract and lutein and zeaxanthin in the diet and serum in the Carotenoids in the Age-Related Eye Disease Study, an Ancillary Study of the Women's Health Initiative. <u>Arch Ophthalmol</u>. 2008 Mar;126(3):354-64.

426.    Chlebowski RT, Schwartz AG, Wakelee H, Anderson GL, Stefanick ML, Manson JE, Rodabough RJ, Chien JW, Wactawski-Wende J, Gass M, Kotchen JM, Johnson KC, O'Sullivan MJ, Ockene JK, Chen C, Hubbell FA; Women's Health Initiative Investigators. Oestrogen plus progestin and lung cancer in postmenopausal women (Women's Health Initiative trial): a post-hoc analysis of a randomised controlled trial. <u>Lancet</u>. 2009 Oct 10;374(9697):1243-51. Epub 2009 Sep 18.

427.    Kabat GC, Kim M, Adams-Campbell LL, Caan BJ, Chlebowski RT, Neuhouser ML, Shikany JM, Rohan TE; WHI Investigators. Longitudinal study of serum carotenoid, retinol, and tocopherol concentrations in relation to breast cancer risk among postmenopausal women. <u>Am J Clin Nutr</u>. 2009 Jul;90(1):162-9. Epub 2009 May 27.

428.    Chlebowski RT, Kuller LH, Prentice RL, Stefanick ML, Manson JE, Gass M, Aragaki AK, Ockene JK, Lane DS, Sarto GE, Rajkovic A, Schenken,  Hendrix SL, Ravdin PM, Rohan TE, Yasmeen S, Anderson G; WHI Investigators. Breast cancer after use of estrogen plus progestin in postmenopausal women. <u>N Engl J Med</u>. 2009 Feb 5;360(6):573-87.

429.    Chen Z, Thomson CA, Aickin M, Nicholas JS, Van Wyck D, Lewis CE, Cauley JA, Bassford T; Short list of Women's Health Initiative Investigators. The relationship between incidence of fractures and anemia in older multiethnic women. <u>J Am Geriatr Soc</u>. 2010 Dec;58(12):2337-44.

430.    Chlebowski RT, Anderson GL, Gass M, Lane DS, Aragaki AK, Kuller LH, Manson JE, Stefanick ML, Ockene J, Sarto GE, Johnson KC, Wactawski-Wende J, Ravdin PM, Schenken R, Hendrix SL, Rajkovic A, Rohan TE, Yasmeen S, Prentice RL; WHI Investigators. Estrogen plus progestin and breast cancer incidence and mortality in postmenopausal women. <u>JAMA</u>. 2010 Oct 20;304(15):1684-92

431.    Manson JE, Allison MA, Carr JJ, Langer RD, Cochrane BB, Hendrix SL, Hsia J, Hunt JR, Lewis CE, Margolis KL, Robinson JG, Rodabough RJ, Thomas AM; Women's Health Initiative and Women's Health Initiative-Coronary Artery Calcium Study Investigators. Calcium/vitamin D supplementation and coronary artery calcification in the Women's Health Initiative. <u>Menopause</u>. 2010 Jul;17(4):683-91.

432.    Wright NC, Lisse JR, Walitt BT, Eaton CB, Chen Z; Women's Health Initiative Investigators. Arthritis increases the risk for fractures--results from the Women's Health Initiative. <u>J Rheumatol</u>. 2011 Aug;38(8):1680-8. Epub 2011 May 15.

433.    LaCroix AZ, Chlebowski RT, Manson JE, Aragaki AK, Johnson KC, Martin L, Margolis KL, Stefanick ML, Brzyski R, Curb JD, Howard BV, Lewis CE, Wactawski-Wende J; WHI Investigators. Health outcomes after stopping conjugated equine estrogens among postmenopausal women with prior hysterectomy: a randomized controlled trial. <u>JAMA</u>. 2011 Apr 6;305(13):1305-14.

## **BOOKS**

1.    **McTiernan A**. *Cured: A Doctor's Journey from Panic to Peace*. Central Recovery Press. February 2021.
2.    **McTiernan A**. *Starved: A Nutrition Doctor's Journey from Empty to Full*. Central Recovery Press. November 2016.
3.    **McTiernan A**, Gralow J, Talbott L. *Breast Fitness: An Optimal Exercise and Health Plan for Reducing Your Risk of Breast Cancer*. St. Martin's Press, New York. October 2000 (hardcover), October 2001 (softcover)
4.    International Agency for Research on Cancer. <u>IARC Handbooks of Cancer Prevention, Vol. 6, Weight Control and Physical Activity</u>, Lyon, IARC Press, 2002 (member of writing group)
5.    **McTiernan A.** (Editor) <u>Cancer Prevention and Management Through Exercise and Weight Control</u> CRC Press LLL, 2006.
6.    **McTiernan A.** (Editor) <u>Physical Activity, Dietary Calorie Restriction, and Cancer (Energy Balance and Cancer)</u>. Springer; 1st Edition. November 19, 2010.

## **REPORTS, EDITORIALS, BOOK CHAPTERS, LETTERS, AND INVITED REVIEWS**

1.    <u>**McTiernan A:** Does breastfeeding prevent breast cancer? (editorial) Breastfeeding Abstracts 6:19, 1987.</u>
2.    Henderson M and **McTiernan A**.  Clinical Programs for Breast Cancer Protection.  <u>Reducing Breast Cancer in Women</u>.  B. Stoll, ed.  The Netherlands.  Kluwer Acad. Pub. 177-183, 1995.
3.    Chlebowski RT, **McTiernan A**. Hormone Replacement Therapy and Breast Cancer: Limitations of Current Evidence. <u>American Society of Clinical Oncology Education Book (Fall) 1998</u>:87-91.

Anne McTiernan

4. Wingo P, **McTiernan A**. Hormone Replacement Therapy. In <u>Women and Health</u>. MB Goldman and MC Hatch, eds. San Diego, Academic Press. 2000. Pages 1169-81.
5. **McTiernan A.** Cancer Prevention. In <u>Medical and Psychological Aspects of Sport and Exercise</u>. DI Mostofsky and L Zaichkowsky, (eds.) Morgantown, WV, Fitness Information Technology, Inc. 2002
6. **McTiernan A.** Recent Controversies in Mammography Screening for Breast Cancer. <u>Medscape Women's Health eJournal</u> 2002;7(2).
7. **McTiernan A**. Lifestyle Factors in Breast Cancer. <u>Breast Cancer Online.</u> 2003 http://www.bco.org/article.asp?article=105
8. **McTiernan A.** Obesity and Cancer: Potential Management Strategies. <u>American Society for Clinical Oncology Proceedings,</u> 2004.
9. **McTiernan A.** Obesity in the Breast Cancer Survivor. In <u>Nutritional Oncology</u>. Heber D. and Blackburn G. (Eds). San Diego, Academic Press, 2005.
10. **McTiernan A.** Low carb diets:  will they be effective in reducing breast cancer risk? <u>American Society for Clinical Oncology Proceedings</u>, 2005.
11. **McTiernan A**. Mechanisms associating physical activity with cancer incidence: exercise and sex hormones. In **McTiernan A.** (Editor) <u>Cancer Prevention and Management Through Exercise and Weight Control</u> CRC Press LLL, 2005.
12. **McTiernan A**. Mechanisms associating physical activity with cancer incidence: intervention studies in humans. In **McTiernan A.** (Editor) <u>Cancer Prevention and Management Through Exercise and Weight Control</u> CRC Press LLL, 2005.
13. Kaaks R and **McTiernan A**. Mechanisms associating obesity with cancer incidence: obesity and sex hormones. In **McTiernan A.** (Editor) <u>Cancer Prevention and Management Through Exercise and Weight Control</u> CRC Press LLL, 2005.
14. **McTiernan A.** Breast Cancer Prevention. <u>Consultant</u> 2006; 46(4): 407-14
15. Ulrich CM, Chubak J, **McTiernan A.** Re: Exercise, vitamins and respiratory tract infections. <u>American Journal of Medicine.</u> [December 2007].
16. **McTiernan A.** Diet, Exercise, and Lifestyle in the Prevention and Recurrence of Breast Cancer. In Sanchez- Basurto C & Sanchez-Forgach ER. Tratado de Enfermedades de la Glandula Mamaria, Mexico City, Mexico, 2007
17. Physical Activity Guidelines Advisory Committee. *Physical Activity Guidelines Advisory Committee Report, 2008*. Washington, DC: U.S. Department of Health and Human Services, 2008. (Member of Committee)
18. Chan D, Thune I, **McTiernan A**. Invited commentary on Chan et al., Body Mass Index and Survival in Women With Breast Cancer–Systematic Literature Review and Meta-Analysis of 82 Follow-Up Studies. <u>Practice Update</u>. http://www.practiceupdate.com/explore/  May, 2014.

## MANUSCRIPTS SUBMITTED FOR PUBLICATION

1. **McTiernan A.** Diet Matters in Breast Cancer Prognosis: Clinical Trial Evidence and Questions. <u>Clinical Cancer Research</u> 2023 (invited commentary)

## INVITED SCIENTIFIC PRESENTATIONS (does not include conference abstracts)

1. "Women's Health and the Women's Health Initiative." Fred Hutchinson Cancer Research Center, WHI Clinical Center Staff Trainings, 1993-1997.
2. "The Women's Health Initiative:  An Overview." University of Washington, Department of Epidemiology Seminars, February 8, 1994.
3. "Risk Assessment for Breast Cancer." University of Washington, Department of Surgery Breast Cancer Conference, April 26, 1994.
4. "Risk Assessment for Breast Cancer." Breast Cancer in Young Women, University of Washington Continuing Education Conference, August 6, 1994.
5. "Assessing Individual Risk for Breast Cancer." Cancer in Lesbians Symposium, Fred Hutchinson Cancer Research Center, December 2, 1994.
6. "Breast Cancer in High Risk Populations:  Women's Health Initiative." Fred Hutchinson Cancer Research Center Scientific Retreat, December 7, 1994.
7. "The Women's Health Initiative." Invited presentation at American Society for Preventive Oncology, Women's Cancers Study Group Meeting, March 11, 1995.

Anne McTiernan

8. "Prevention in Practice and Trials."  Current Concepts in the Early Detection of Breast Cancer, Multicare, Madigan Army Medical Center, and American Cancer Society 3rd Annual Oncology Conference, April 11, 1995.

9. "Exercise and Breast Cancer." Beating Breast Cancer in the '90's: What Everyone Needs to Know about Breast Cancer, University of Washington/Fred Hutchinson Cancer Research Center, April 23, 1996.

10. "Women's Health Initiative." Women's Health Grand Rounds, University of Washington Medical Center-Roosevelt, January 6, 1996.

11. "Exercise and Cancer." Interdisciplinary Cancer Course, Fred Hutchinson Cancer Research Center, March 26, 1997.

12. "Exercise and Breast Cancer." Nutrition Seminar, Department of Nutrition, University of Washington School of Public Health, April 10, 1997.

13. Panel Discussant, "Epidemiologic Issues", NAPBC Workshop on Physical Activity and Breast Cancer, Nov 13-14, 1997.

14. "Diet and Exercise" Breast Cancer Forum: Clinical Implications of Current Research, FHCRC, October 7, 1998.

15. "Exercise and Breast Cancer" American College of Sports Medicine, Seattle, WA, June 2, 1999.

16. "Physical Activity and Reproductive Hormones" Cooper Institute Conference on Physical Activity and Cancer, Dallas, Texas, November 5-7, 2000

17. "Weight Matters in Breast Cancer Prevention and Rehabilitation" Oncology Grand Rounds. Southwest Cancer Center at University Medical Center, Lubbock, Texas, March 2001

18. "Body mass, physical activity, and sex hormones in postmenopausal breast cancer patients". American Cancer Society Science Writers Conference, April 2001

19. "Obesity and Women's Cancer" Keynote Lecture, North American Association for the Study of Obesity, October 2001.

20. "Physical Activity and Breast Cancer ", Women's Sports International, St. Louis, June 2002.

21. "Exercise and Breast Cancer", FHCRC Oncology Grand Rounds, October 2002.

22. "Physical Activity after Cancer: Physiologic Outcomes" in Exercise and the Cancer Survivor: What Should we Recommend?, American Dietetic Association Food and Nutrition Conference and Exhibition, Philadephia, October 2002.

23. ** "Exercise and the Prevention of Colorectal Cancer" European School of Oncology Second Colorectal Cancer Conference, Rome, Italy, October 2002.

24. "Energy Balance – an Etiologic Factor in Human Cancer: Randomized Trial of Exercise Effect on Breast Cancer Biomarkers." Oslo Norway, July 2002.

25. "Exercise and Breast Cancer: Impact on Prevention and Recurrence" The Gibson Lecture in Cancer Prevention Endowed Lectureship, University of Virginia School of Medicine, February 26, 2003

26. "Exercise, Body Fat, and Breast Cancer" Florence Ettelson Memorial Lectureship Medicine Grand Rounds, Providence St. Vincent Medical Center, Portland, OR October 2003

27. "Exercise and Breast Cancer" U. Washington Geriatrics Grand Rounds October 2003

28. "Body Mass Index & Breast Cancer Risk" Challenges & Controversies in Breast Cancer, U Washington School of Medicine CME, October 2003

29. "Diet and Physical Activity" 2nd Emerging Trends in Adjuvant Therapy of Breast Cancer Conference, New York City, October 2003.

30. "Exercise in the Prevention of Breast and Colon Cancer" New England American College of Sports Medicine, November, 2003.

31. "Managing Toxicities of Therapy: Weight Loss and Exercise" School of Breast Oncology, November 2003

32. "Exercise and Breast Cancer Prevention" U. Hawaii, January 2004

33. ** "Obesity and Cancer" 2nd International Conference on the Future of Supportive Therapy in Oncology, St. Kitts, Carribean, February 2004

34. "Exercise and Breast Cancer" University of Alabama at Birmingham, CNRC/Nutrition Sciences Seminar Series, March 2004

35. "WHI Estrogen plus Progestin and Breast Cancer Results" FHCRC Gynecologic Cancer Research Program, March 2004

36. ** "Exercise Effects on Total Body Fat, Intra-Abdominal Fat, Insulin, Leptin, and the Metabolic Syndrome in Menopause" Plenary Session, 5th International Symposium on Women's Health and Menopause, Florence, Italy, April 2005

37. "Exercise and Women's Health" University of Virginia, May 2004

38. "Colon ca, biomarkers, and exercise" American College of Sports Medicine, 2004

Anne McTiernan

39. "Obesity Management in Cancer Patients" ASCO, June 2004
40. ** "Effect of Physical Activity on Breast and Colon Cancer Biomarkers" Ireland/Northern Ireland/NCI Cancer Consortium Seminar on Obesity and Cancer, Dublin, Ireland, September 2004
41. "Exercise Trials in Cancer Prevention" AACR Frontiers in Cancer Prevention, Seattle, WA October 2004
42. "Physical Activity, Endogenous Hormones, and Cancer Etiology" Plenary Session AACR Frontiers in Cancer Prevention, Seattle, WA October 2004
43. "Obesity in Breast Cancer Patients" School of Breast Oncology, Atlanta, Georgia, November 2004
44. "Nutrition, Physical Fitness, and Cancer " Aultman Cancer Center, Canton, Ohio, November 2004
45. "Effects of Menopausal Hormone Therapy and Tamoxifen on Mammographic Density" University of Virginia, Department of Radiology, Februrary 2005.
46. "Optimizing Health Outcomes" in Oncology Care in the 21st Century: Integrating Care along the Health Care Continuum, Arthur G. James Cancer Hospital Ohio State University, February 2005
47. "Obesity, Exercise, and Breast Cancer", Tyler, Texas Breast Cancer Conference (talks to oncologists and lay audiences) March 2005
48. "Breast Fitness" talk to women's health providers, Anchorage, Alaska, May 2005
49. "Low Carb Diets:  Will They Be Effective in Reducing Breast Cancer Risk?" ASCO, Orlando 2005.
50. ** "Biologic mechanisms involved in the association between physical activity and cancer: results from recent randomized controlled intervention trials" Eurocancer, Paris, June 2005.
51. ** "Exploring Mechanisms Relating Energy Balance and Cancer" IARC, Lyon, France, June 2005.
52. "Prevention of New and Recurrent Cancers: Lifestyle and Chemoprevention" and "Cancer Screening and Management: The PCP's Role" Issues in Aging Conference, New Orleans, July 2005
53. "Exercise and Cancer Prevention" Rockefeller, NYC, September 2005
54. ** "Open Forum of Breast Health", Mexico City, Mexico, October 2005
55. "Breast Fitness: Exercise for Breast Cancer Patients and Survivors", Cancer Wellness Center Northbrook,IL, November 2005
56. "Obesity in Breast Cancer Patients", School of Breast Oncology, Atlanta GA, November 2005
57. "Insulin Resistance Syndrome and Cancer Risk", International Conference on Metabolic Syndrome, San Francisco, November 2005
58. "Selected Major Findings from the OS Results: Breast Cancer", WHI Conference, Bethesda, February 2006.
59. "Intermediate Endpoints in Energy Balance and Physical Activity Trials" NCI Workshop on State of the Evidence for a Weight Control Trial to Prevent Breast Cancer, Bethesda, March 2006.
60. "Physical Activity and Cancer Recurrence and Survival", Symposium: "Physical Activity across the Cancer Continuum" for the CDC International Congress on Physical Activity and Public Health, Atlanta, April 2006
61. "Exercise, Estrogens, and Breast Cancer: Physical Activity Trials" American College of Sports Medicine, May 2006.
62. "Exercise and Nutrition in Chemoprevention" WCRF/AICR International Research Conference, Washington DC, July 2006.
63. ** "Exercise and Cancer Prevention". National University of Singapore, Singapore, July 2006.
64. ** "Breast Cancer Prevention", "Lifestyle, Diet, and Breast Cancer ", "Lifestyle changes may reduce the risk of recurrence" Mexican Association of Breast Diseases 5th Annual Meeting, Leon, Mexico, August 2006.
65. "WHI and Breast Cancer" Seattle Gynecological Society, Seattle, September, 2006
66. "Physical Activity, Weight Control, and Cancer Prevention" Dana Farber Cancer Center Channing Laboratory and Harvard School of Public Health Seminar Series Speaker, October 2006.
67. "Obesity in Breast Cancer Patients", School of Breast Oncology, Atlanta GA, November 2006
68. "Energy Balance and Cancer: Human Intervention Studies" NCI Energy Balance Working Group, Bethesda, MD, January 2007
69. "Overweight, Obesity, and Sedentary Lifestyle in Breast Cancer Prognosis". Interdisciplinary Science, Health Promotion, and Disease Prevention. Pasadena, CA. May 2, 2007.
70. "Transdisciplinary Research to Elucidate the Pathways Linking Components of Energy Balance to the Cancer Process" Transatlantic Research and Innovation Symposium. Research Triangle Park, North Carolina, May 3, 2007.
71. "Obesity, Physical Activity, & Breast Cancer" University of Washington CNRU May 11, 2007
72. "Women's Health Initiative Clinical Trials" Northwestern University Clinical Research Educational Conference, Chicago, May 18, 2007.
73. "Exercise and Weight Loss in Women and Men" Northwestern University Dept of Preventive Medicine, May 18, 2007.

Anne McTiernan

74. FASEB Energy Balance, Body Fat & Disease, "Exercise and Cancer Prevention", and chair of session "Exercise and Cancer Prevention & Prognosis" Indian Wells, CA, August 2007

75. MD Anderson Cancer Prevention Grand Rounds, "Overweight, Obesity, Physical Activity, and Breast Cancer Prevention" Houston, Sept 2007

76. MD Anderson Integrative Medicine Program Lecture Series talk "Obesity, Weight Loss, and Physical Activity for Cancer Patients and Survivors" Houston, Sept 2007

77. **Breast Health Global Initiative "Primary prevention of breast cancer: lifestyle changes, diet, western lifestyle", Budapest, Hungary, October 2007

78. "Obesity in Breast Cancer Patients", School of Breast Oncology, Atlanta GA, November 2007

79. "Breast Cancer: Women at Risk and New Strategies for Prevention", Practicing Clinicians Exchange, San Francisco, CA November 2007

80. "Exercise Effect on Inflammation and Other Cancer Biomarkers", Southeast ACSM, Birmingham, AL, February 2008

81. "Professional Development for Women", Southeast ACSM, Birmingham, AL, February 2008

82. "Exercise and Body Composition Change Effects on Sex Hormones in Postmenopausal Women", AACR – TREC Markers & Mediators, Virginia, February 2008

83. "Obesity in Breast Cancer Risk and Prognosis", Case Western University, Cleveland, OH, March 2008

84. "Exercise Interventions in Breast Cancer Prevention and Outcomes", Cleveland, OH, March 2008

85. "TREC Talk", Cancer Prevention and Research Center Retreat, Coeur d' Alene, ID, March 2008

86. ** "Fitness vs. Fatness: Evidence from Epidemiologic and Intervention Studies on the Separate and Combined Effects of Physical Activity and Obesity on Cancer Risk", International Physical Activity Meeting, Amsterdam, April 2008

87. "Influence of Exercise on Immune Function: Possible Link to Breast Cancer", ACSM, Indianapolis, May 2008

88. "Breast Cancer Prevention and Survivorship through Lifestyle and Chemoprevention", Memorial Sloan Kettering Cancer Center, New York City, NY, September 2008

89. ** "Early Detection, Diet, Physical Activity, and Cancer", Women in High Places meeting, Riyadh, Saudia Arabia, October 2008

90. **"Diet and Breast Cancer", Saudi Arabian Cancer Conference, Riyadh, Saudia Arabia, October 2008

91. "Physical Activity & Weight Control in Breast Cancer Prevention & Prognosis", Alaska Conference: "Reducing the Risk, Advancing the Cure: New Recommendations, New Options for Primary Care Providers and Survivors." Televised from Seattle, October 2008

92. "Lessons Learned from Real-Life Lifestyle Interventions", The Obesity Society, Phoenix, AZ, October 2008

93. "Breast Cancer: Weight Loss and Exercise", School of Breast Oncology, Atlanta, GA, November 2008

94. "Fitness vs. Fatness in Breast Cancer Risk and Prognosis", Frontiers of Cancer Prevention, Washington, DC, November 2008

95. "Effects of Exercise and Obesity on Inflammation and Cancer Risk", University of Washington, DERC Seminar Series, February 2009

96. "Does Weight Loss Reduce Cancer Risk?" The Obesity Society, October 2009.

97. Roger E. Moe Award for Translational Research Lecture "Effects of Weight and Physical Activity on Breast Cancer Prognosis" University of Washington *Current Concepts and Challenges in Breast Cancer* October 2009

98. "Lessons learned from physical activity (exercise) interventions" AICR Annual Research Conference on Food, Nutrition, Physical Activity and Cancer, Washington, DC, November 2010

99. "Weight Loss and Exercise" School of Breast Oncology, Atlanta GA, November 2010

100. "Transdisciplinary studies of weight loss and exercise interventions in women at increased risk for breast cancer", AACR, Washington, DC, April 2010

101. "Exercise Effects on Breast Cancer Biomarkers", International Society for Behavioral Nutrition & Physical Activity, Minneapolis, MN, June 2010

102. **"Physical Activity & Cancer" Lecture, Helsedirektoratet (Directory of Health), Oslo, Norway, December 2010

103. "Physical Activity, Weight Control and Cancer Prevention" Physical Activity and Nutrition seminar series University of Michigan. The School of Kinesiology, February 2011.

104. "Physical Activity in Cancer Prevention" American College of Sports Medicine President's Talk, Denver, CO, June 2011

105. "Breast Cancer Prevention" Foundation for Care Management, Lakewood, WA, January 2011

106. "Breast Cancer Prevention" Foundation for Care Management, Coupeville, WA, February 2011

107. "Inflammation, Insulin, & Obesity  in Breast Cancer Survival", University of Texas Southwestern Medical Center, Dallas, Texas, September 2011

Anne McTiernan

108.    "Interventions in cancer survivors; issues and challenges in this population", Institute of Medicine Workshop "The Role of Obesity in Cancer Survival and Recurrence", Washington, DC, October 31-November 1, 2011
109.    "Weight Loss and Exercise" School of Breast Oncology, Atlanta GA, November 2011
110.    **"Obesity, Physical Activity, & Related Mechanisms in Breast Cancer Survival", Norwegian Congress in Oncology, Oslo, Norway, November 2011
111.    "Impact of Obesity on Cancer "Swedish Hospital Medical Center CME, Seattle, WA May 2012
112.    "Effects of Weight Loss and Physical Activity on Cancer Risk Factors: Evidence from Randomized Trials", University of Hawaii, July 2012
113.    "The Impact of Intentional Weight Loss on Cancer Risk", The Obesity Society, San Antonio, Texas,  September 2012
114.    "Dietary Weight Loss and Exercise Effects on Metabolic Hormones in Postmenopausal Women", Fred Hutchinson Cancer Research Center Symposium on Metabolism and Cancer, September 2012
115.    **"Lifestyle Modifications to Reduce Cancer Risk and Improve Overall Health", Global Summit on International Breast Health, Vienna, Austria, October 2012
116.    **" Medical Perspective on the Influential Role of Obesity in the Risk and Prognosis of Breast Cancer" and "Obesity, chronic diseases and cancer, a common link with lifestyle" Mexican Association of Mastology, Villahermosa, Tabasco, Mexico, October 2012
117.    "Effects of Weight Loss and Physical Activity on Cancer Risk Factors: Evidence from Randomized Trials" Oregon Health Sciences University, October 2012
118.    "Weight Loss and Exercise" School of Breast Oncology, Atlanta GA, November 2012
119.    "Dietary weight loss and exercise effects on metabolic and sex hormones in postmenopausal women." American Association for Cancer Research, Washington, DC, April 2013
120.    "Obesity, Weight Loss, Vitamin D, and Cancer Biomarkers" Fred Hutchinson Cancer Research Center Joint Cancer Prevention/Epidemiology Seminar Series, May 2013
121.    **"The WCRF/AICR Continuous Update Project – Systematic Reviews on Nutrition, Physical Activity & Health Outcomes in Cancer Survivors" International Union of Nutrition Scientists (IUNS) 20th International Congress of Nutrition, Granada, Spain, 2013
122.    **"Appraisal of Evidence for Obesity Effects on Cancer" IASO/WCRF Obesity, Physical Activity and Cancer, London, 2013
123.     "Weight Loss & Exercise Effects on Breast Cancer Biomarkers" University of Illinois Symposium, Chicago, October 2013
124.    **"Obesity, Physical Activity and Cancer" State Institute of Diabetes and Endocrinology & Catholic University Post Graduation course on Endocrinology and Metabolism. Rio de Janeiro, Brazil, October  2013
125.    "Weight Loss and Exercise" School of Breast Oncology, Atlanta GA, November 2013
126.    "Obesity, Physical Activity and Cancer" Keynote Speaker, The Center for Energy Balance in Cancer Prevention & Survivorship Research Retreat, MD Anderson Cancer Center, February 2014
127.    **"Exercise in Cancer Prevention & Survivorship", Athens Institute for Education and Research, 10th Annual International Conference on Kinesiology and Exercise Sciences, Athens, Greece, August 2014
128.    **"Weight Loss & Exercise Effects on Cancer Biomarkers," University of Tromso, Norway, September 2014
129.    "Breast Cancer Survivors: Findings from the Continuous Update Project," American Institute for Cancer Research Annual Conference, October, 2014.
130.    "Weight Loss and Exercise" School of Breast Oncology, Atlanta GA, November 2014
131.    "Obesity, Weight Loss, & Breast Cancer," University of Iowa Diabetes and Obesity Talks Seminar Series, November, 2014
132.    "Weight Loss & Exercise Effects on Breast Cancer Biomarkers," Memorial Sloan Kettering Cancer Center, New York, February, 2015.
133.    "Physical Activity & Weight Loss Effects on Cancer Biomarkers", NCI Schatzkin Talk, May 2015
134.    "Obesity, Weight Loss, Exercise & Breast Cancer" Seattle Cancer Care Alliance, May 2015
135.    **"Associations of Weight, Physical Activity, & Diet with Breast Cancer Survival", International Society for Behavioral Nutrition & Physical Activity, Edinburg Scotland, June 2015
136.    "Weight Loss and Exercise" School of Breast Oncology, Atlanta GA, November 2015
137.    **"The role of physical activity on cancer risk: epidemiology & molecular mechanisms" WCRF International and World Obesity Federation Joint Conference, September 2016
138.    **"Anthropometry: What Can We Measure & What Does It Mean?" WCRF International and World Obesity

11/3/2023

Anne McTiernan

Federation Joint Conference, September 2016

139.　""Exercise, Weight, and Cancer Risk" University of Alabama Center for Exercise Medicine, Birmingham, September 2016

140.　**"Long-term Effects of Exercise & Weight on Breast Cancer Biomarkers" University of Tromso, Norway, October 2016

141.　"Exercise, Weight, and Cancer Risk" Roswell Park Prevention Grand Rounds, Buffalo, NY, October 2016

142.　"Modifiable Health Behaviors for Cancer Survivors // Health Promotion: Exercise, Physical Rehab" SCCA Cancer Survivorship for Physicians CME, October 2016

143.　"Weight Loss and Exercise" School of Breast Oncology, Atlanta GA, November 2016

144.　"Physical Activity & Cancer – What We Know, What We Don't Know" American Institute for Cancer Research AICR's 25th Research Conference, November 2016

145.　**"Screening for Breast Cancer: Pro", EuroMedLab, Athens, Greece, June 2017

146.　**"Weight Control and Exercise for Breast Cancer Pts & Survivors", Mexican Association of Mastology, 14th National Congress, Guadalajara – México, August, 2017

147.　"Weight Loss and Exercise" School of Breast Oncology, Atlanta GA, November 2017

148.　**"Effects of Weight Loss on Cancer Biomarkers," Canadian Cancer Research Conference, Vancouver, BC, Canada, November 2017

149.　"Physical Activity and Diet for Cancer Prevention and Treatment: State of the Evidence," Arizona State University, Tempe, Arizona, February, 2018

150.　"Physical Activity for Cancer Prevention and Treatment: State of the Evidence," Wolffe Lecture, American College of Sports Medicine, May 2018

151.　** Diet, Weight & Exercise in Cancer Prevention & Survival: the World Cancer Research Fund Report," Oncology Grand Rounds, BC Cancer, Vancouver, BC, Canada, September 2018

152.　**"Physical Activity and Cancer Prevention," National Center for Sport and Exercise Medicine, University of Loughborough, England, July 2018

153.　"Weight Control and Exercise for Breast Cancer Prevention," National Cancer Institute, Stars in Nutrition and Cancer lecture, October, 2018

154.　"Weight Control and Exercise for Breast Cancer Prevention" The Ohio State University Comprehensive Cancer Center, January 2019

155.　"Weight Loss and Exercise" School of Breast Oncology, Atlanta GA, November 2018

156.　 "Talcum Powder Products and Ovarian Cancer," appearance before Congress of the United States, House of Representatives, Subcommittee on Economic and Consumer Policy Hearing on Examining the Public Health Risk on Carcinogens and Consumer Products, March 2019

157.　"Weight Loss and Exercise" School of Breast Oncology, Atlanta GA, November 2019

158.　**"Physical Activity for Cancer Prevention & Treatment: Keynote Talk," Canadian Society for Exercise Physiology, Kelowna, BC, Canada, November 2019

159.　"Weight Loss & Exercise for Breast Cancer Survivors" Breast and Ovarian Cancer Translational Incubator, Fred Hutchinson, UW Medicine, Seattle Cancer Care Alliance, August 2020

160.　"Weight Loss and Exercise" School of Breast Oncology, Atlanta GA, November 2020 (virtual)

161.　"Weight Control and Exercise for Breast Cancer Prevention & Prognosis" Jean Andrews Centennial Visiting Professorship in Human Nutrition, University of Texas, Austin, April 2, 2021 (virtual)

162.　"What Do Weight and Exercise Have to Do with Breast Cancer?" Jean Andrews Centennial Visiting Professorship in Human Nutrition, University of Texas, Austin, April 3, 2021 (virtual)

163.　"Cancer Biomarker Changes in Weight Loss Studies: Prevention" Trans-NIH Consortium: RCTs of Lifestyle Weight Loss Interventions for GWAS. August 26-27, 2021 (virtual)

164.　"Weight Loss Effects on microRNA Related to Breast Cancer and Obesity" Breast Cancer Research Foundation Annual Scientific Meeting, October, 2021 (virtual)

165.　"Weight Loss and Exercise" School of Breast Oncology, Atlanta GA, November 2021 (virtual)

166.　"Weight, Physical Activity and Cancer Prevention" Grand Rounds, University of Washington, School of Medicine, Division of Gerontology & Geriatric Medicine, April 15, 2022 (virtual)

167.　"Physical Activity and Nutrition," Implementing Clinic-Based Cancer Prevention Strategies, National Academies (Medicine) National Cancer Policy Forum workshop, *Advancing Progress in Cancer Prevention and Risk Reduction.* June 27-28, 2022 (virtual)

Anne McTiernan

168. "Exercise Before and During Cancer Treatment," NIH Pathways to Prevention Workshop, *Nutrition as Prevention for Improved Cancer Health Outcomes*, July 26-28, 2022 (virtual)
169. "Acute Exercise in Women with Breast Cancer Study – ACE2," Breast Cancer Research Foundation Play for Pink, November 10, 2022 (virtual)

** International Presentations

## FUNDED RESEARCH PROJECTS (total dollars unless otherwise noted)
Completed

- A Case-Control Study of Thyroid Cancer in Women, **PI: Anne McTiernan**, American Cancer Society Institutional Grant 1N-26-U, 1979-1982.
- Counseling Strategies for Breast Cancer Risk, PI: Deborah Bowen, PhD, NIH Grant #HG/CA01190-01, 1994-97, $654,409.00.
- Fenfluramine as an Adjunct to Smoking Cessation Therapy, PI: Deborah Bowen, PhD, NIH Grant #R29CA50858, 1990-94.
- Feasibility Study of an Exercise-Diet Program for Breast Cancer Patients, PI: Anne McTiernan, FHCRC Bid and Proposal funds, 1995-1996, $10,000 (direct)
- Echocardiographic Follow-up to a Randomized Trial of Fenfluramine in Women Smokers, PI: Deborah Bowen, PhD, Wyeth Ayerst research contract, 1998, $1,957,627.
- A Randomized Controlled Trial of Fat Reduction and Risk of Proliferative Forms of Benign Breast Disease, WHI Ancillary Study, PI: Tom Rohan, MD; **PI of FHCRC subcontract to U. Toronto: Anne McTiernan,** $13,699.
- Effect of Exercise on Mammogram Densities, **PI: Anne McTiernan,** FHCRC Bid and Proposal funds, 1999-2000.
- SEER Special Studies RFP Interaction of Genetic Susceptibility and Hormonal Exposures in Breast Cancer Prognosis, **PI: Anne McTiernan,** 1999-2001, $137,465.
- SEER Special Studies RFP Mammographic Breast Density and Breast Cancer Prognosis, **PI: Anne McTiernan,** 1999-2001, $123,558.
- Genetic Risk Information for a Defined Populations, PI: Deborah Bowen, PhD, NIH grant #HG/CA1190-01, 1998-2001, $1,143,890.
- Effect of Hormone Replacement Therapy on Mammographic Density, WHI Ancillary Study, PI: Barbara Hulka, MD, MPH; **PI of FHCRC subcontract to UNC Chapel Hill: Anne McTiernan,** 1998-2003, $876,824.
- Effect of Exercise on Sex Hormones in Postmenopausal Women, **PI: Anne McTiernan,** NIH R01CA/AG69334-01A2, 1997-2003, $1,562,811.
- Effect of Exercise on Immune Function in Postmenopausal Women: Supplement to Effect of Exercise on Sex Hormones in Postmenopausal Women, **PI: Anne McTiernan,** NIH R01CA/AG69334-01A2, 1998-2003, $439,112.
- Women's Intervention Nutrition Study (WINS) FHCRC Clinical Center, PI: Alan Kristal; Past-PI, $28,400.
- Exercise Intervention Trial for Colorectal Polyp Patients, **PI: Anne McTiernan,** R01 CA77572-01, 2000-2007, $4,046,212.
- Clinical Coordinating Center, Women's Health Initiative Trial & Observational Study, PI: Ross Prentice; **Role on project: Co-Investigator**, NIH N01-WH-2-2110, 1992-2007+, $112,336,577.
- Randomized, Double-Blind, Placebo Controlled Trial of 4-OH Tamoxifen Gel in Premenopausal Women with 50-80% Density in Breast tissue Based on Digitized Analysis of Screening Mammography, Besins International U.S. Inc. **PI: Anne McTiernan,** 2002-2003, $116,165.
- Seattle Cancer & Aging Program – Pilot: Effect of Exercise on Prostate Cancer Biomarkers: An Ancillary Study to a Randomized Controlled Clinical Trial, PI: Peter Rabinovitch; **PI of Pilot Study: Anne McTiernan**, P20 CA103728, 2004-2006, $39,049.
- Study of Tamoxifen vs. Raloxifene (STAR), PI: R. Clarfeld; **Role on project: Co-Principal Investigator.**
- Exercise and Fitness in Childhood Cancer Survivors, PI: Debra Friedman; **PI of FHCRC Subcontract: Anne McTiernan,** NCI R21, 2004-2006, $23,904 (direct).
- Proteomic Markers of Health Behaviors, PI: Paul Lampe/Yutaka Yasui; **Role on project: Co-Investigator**, NCI-5 R03 CA108339-02, 2004-2006, $173,000.

Anne McTiernan

- Randomized placebo-controlled biomarker modulation trial using Celecoxib in premenopausal women at high risk for breast cancer, SWOG, PI: Powell Brown; **PI of FHCRC subcontract: Anne McTiernan**, NIH/NCI CA37429, 2005-2006, $37,799.
- Effects of Aspirin on Biomarkers of Breast Cancer Risk (Avon Progress for Patients Funds), PI: Nicole Urban**; Role on project: Project Leader, wrote proposal and directed trial**, 2004-2007, $496,238.
- ALPHA Trial: Alberta Physical Activity and Breast Cancer Prevention Trial. Canadian Breast Cancer Research Initiative, PIs: Christine Friedenreich and Kerry Courneya; **Role on project: Co-Investigator**, 2002-2007, $1,104,147.
- Mammographic Density and Invasive Breast Cancer, PI: Etta Pisano, **PI of FHCRC Subcontract: Anne McTiernan**, R01 CA105007-01, 2004-2007, $50,524 (direct).
- Cognitive Effects of Aerobic Exercise for Adults with Impaired Glucose Tolerance: A Controlled Trial (American Diabetes Association), PI: Laura Baker; **Role on project: Co-Investigator**, 2004-2007.
- Cognitive Effects of Aerobic Exercise for Adults with Mild Cognitive Impairment: A Controlled Trial (Alzheimer's Association), PI: Laura Baker; **Role on project: Co-Investigator**, 2004-2007.
- Social and Physical Activity of Childhood Cancer Survivors, PI: Debra Friedman; **Role on project: Co-Investigator**, NIH/NCI CA 104123-01A2, 2005-2007, $107,500.
- UW Multidisciplinary Research Training Grant, PI: R Deyo; Role on project: **Co-Investigator, Mentor**, 1 K12 HD 49100-01, 2004-2009, $1,172,239.
- Epidemiology of Gallbladder Sludge and Stones in Pregnancy, PI: Sum Lee; **Role on project: Co-Investigator**, RO1 DK46890, 2003-2008, $372,840.
- Breast Cancer Prognostic Factors/Pathobiology by Age, PI: Kathi Malone; **Role on project: Co-Investigator**, NCI-1 R01 CA098858-01A2, 2004-2009.
- Seattle TREC Center, **PI: Anne McTiernan**, NIH/NCI U54 CA116847, 09/23/2005 – 08/31/2011, $12,612,045.
- Exercise, Diet, and Postmenopausal Sex Hormones, **PI: Anne McTiernan,** NIH/NCI R01 CA105204, 09/01/2004 – 06/30/2011, $3,348,605.
- Reducing Obesity at the Workplace: A Randomized Trial, PI: Shirley Beresford; **Role on project: Co-Investigator**, NIH/NHLBI R01 HL079491, 7/1/2004-6/30/2011.
- Effect of Exercise and Weight Loss on Adipose Tissue Biology, **PI: Anne McTiernan**, NIH/NCI R21 *CA131676*, 05/01/2008 – 04/30/2011, $435,600.
- Effect of Dietary Intervention on Insulin and IGF-1 Receptors in Prostate Cancer (Pacific NW Prostate SPORE pilot project), **PI: Anne McTiernan**, NIH/NCI P50 CA97186, 09/01/2009 – 08/31/2011, $48,836.
- Alberta Physical Activity (ALPHA) and Breast Cancer Prevention Trial: an ancillary study examining androgens, biomarkers of obesity, and inflammation. Alberta Breast Cancer Research Initiative, PI: CM Friedenreich; **Role on project: Co-Investigator**, $170,000.
- Bid & Proposal Funds to Assess Baseline Body Composition, by Dual X-ray Absorptiometry (DXA), in Participants of an Ongoing Clinical Trial (Vitamin D, Diet & Activity Study, ViDA) **PI: Anne McTiernan,** 12/1/2010 – 06/30/2011, $16,000 (direct).
- A Phase III Randomized Controlled Study of Exemestane Versus Placebo in Postmenopausal Women at Increased Risk of Developing Breast Cancer. **PI of FHCRC Clinic: Anne McTiernan**, National Cancer Institute of Canada**, 10/2004 – 11/2012, $1,631,150.
- Komen Scientific Advisory Council Award "Vitamin D, Weight Loss, and Breast Cancer Biomarker," **PI: Anne McTiernan,** SAC110024, 07/01/2010 – 06/30/2012, $500,000.
- Weight Loss & Exercise Effects on Telomere Length in Postmenopausal Women, **PI: Anne McTiernan,** NIH/NCI R21 CA155823**, 12/14/10 – 11/30/12, $428,705.
- Oxidative Stress in Chronic Kidney Disease, University of UW PI: Jonathan Himmelfarb; **Role on project: PI of FHCRC subcontract**, NIH/NHLBI R01 HL070938, 01/01/2011 – 12/31/2012, $197,630 (FHCRC only).
- Komen Scientific Advisory Council Award "Vitamin D, Weight Loss, and Breast Cancer Biomarker," **PI: Anne McTiernan,** SAC110024, 07/01/2012 – 06/30/2013, $225,000.
- NCI: Exercise Effects on Serum Biomarkers of Angiogenesis, PI: Catherine Duggan, PhD; **Role on Project: Co-Investigator & Mentor**, NIH/NCI R03 CA152847, 04/01/2011 – 03/31/2013, $176,000.
- HEAL Follow-up, NIH/NCI Contract. Manuscript Development for the HEAL Study of Breast Cancer Prognosis, **PI: Anne McTiernan,** NCI contract, 10/2012-9/201/3

11/3/2023

- Vitamin D Effect on Body Composition During Behavioral Weight Loss in Women, **PI: Anne McTiernan**, NIH 1R03CA162482, 04/01/12 – 03/31/14, $175,000
- Effect of Vitamin D and Weight Loss on Biomarkers of Breast Cancer Risk, **PI: Anne McTiernan**, Breast Cancer Research Foundation, 10/1/13-9/30/14, $230,378.
- Effect of Weight Loss & Exercise on Biomarkers of Breast Cancer Risk, **PI: Anne McTiernan**, Breast Cancer Research Foundation, 10/1/14-9/30/15, $250,000.
- Weight Loss & Cancer Biomarkers in Women: Oxidative Stress & Inflammation, **PI: Anne McTiernan**, NIH/NCI, 1R01CA161131, 04/15/2012 – 9/30/2015, $863,179.
- Safeway Foundation Assessing Vitamin D, Weight Loss and Breast Cancer Risk Factors, Safeway Foundation, PI: Catherine Duggan, PhD; **Role on Project: Co-Investigator & Mentor**, 7/1/2013 – 6/30/2014, $36,000 (in NCE).
- Effect of Weight Loss & Exercise on Biomarkers of Breast Cancer Risk, **PI: Anne McTiernan**, Breast Cancer Research Foundation, 10/1/15-9/30/16, $250,000.
- Effect of Weight Loss & Exercise on Biomarkers of Breast Cancer Risk, **PI: Anne McTiernan**, Breast Cancer Research Foundation, 10/1/16-9/30/17, $250,000.
- Methods for Measurement Error in Physical Activity & Diet, PI: CY Wang; **Role on Project: Co-Investigator**, NIH/NHLBI  R21HL121347, 12/1/13-12/31/16, $494,493.
- Effect of Weight Loss & Exercise on Biomarkers of Breast Cancer Risk, **PI: Anne McTiernan**, Breast Cancer Research Foundation, 10/1/17-9/30/18, $250,000.
- Effect of Weight Loss & Exercise on Biomarkers of Breast Cancer Risk, **PI: Anne McTiernan**, Breast Cancer Research Foundation, 10/1/18-9/30/19, $250,000.
- Impact of an exercise program in cancer patients on chemotherapy treatment, **PI's: Anne McTiernan** & Blair Irwin, Ben Greer SCCA Pilot Study Funds, 9/17-8/18, $50,000.
- Effect of Weight Loss & Exercise on Biomarkers of Breast Cancer Risk, **PI: Anne McTiernan**, Breast Cancer Research Foundation, 10/1/19-9/30/20, $250,000.
- Effect of Weight Loss & Exercise on Biomarkers of Breast Cancer Risk, **PI: Anne McTiernan**, Breast Cancer Research Foundation, 10/1/20-9/30/21, $175,000.
- INTense Exercise foR surVivAL among men with Metastatic Castrate-Resistant Prostate Cancer (INTERVAL – MCRPC): A Multicenter, Randomized, Controlled, Phase III Study, PI: Jonathan Wright; **Role on Project: Co-Investigator,** Movember, 2016 –2021
- Exercise Effects in Men & Women on Colon DNA Methylation, **PI: Anne McTiernan**, NIH/NCI 1R21CA209203-01A1, 3/15/17 – 2/28/20, $421,080
- Exercise Effects in Men & Women on Colon DNA Methylation, **PI: Anne McTiernan,** NIH/NCI 1R21CA209203-01A1, 3/15/17 – 2/28/20, Administrative supplement, $176,000
- Effect of Weight Loss & Exercise on Biomarkers of Breast Cancer Risk, **PI: Anne McTiernan**, Breast Cancer Research Foundation, 10/1/21-9/30/22, $190,000.
- The effects of moderate exercise on distress, quality of life, and biomarkers of angiogenesis and chronic stress in ovarian cancer survivors, NCI R21CA215662-01A1, 9/5/2018 – 8/31/2020, PI: Kathryn Pennington; **Role on Project: Co-Investigator** (in no-cost extension)
- An AHEI Dietary Intervention to Reduce Pain in Women with Endometriosis, R01 NR017951-01A1, 2/11/2019 – 12/31/2022, PI: Holly Harris; **Role on Project: Co-Investigator**
- Joint Modeling of Longitudinal Physical Activity and Diet Data and Survival, R21 CA215674-01, 2/2020-1/2022, PI: CY Wang; **Role on Project: Co-Investigator**
- Longitudinal Weight Data from Two Behavioral Weight Loss Randomized Controlled Trial, **PI: Anne McTiernan**, FHCRC Bid & Proposal Funds, 10/17-9/18, $15,000.

**Active**
- Telephone delivered acceptance and commitment therapy for weight loss, R01 DK124114, 7/1/2020-6/30/2025, PI: Jonathan Bricker; **Role on Project: Co-Investigator**
- Effect of Weight Loss & Exercise on Biomarkers of Breast Cancer Risk, "Exercise-Stimulated Signaling Pathways Associated with Cancer Development and Progression", **PI: Anne McTiernan**, Breast Cancer Research Foundation, 10/1/22-9/30/23, $225,000.
- Effect of Weight Loss & Exercise on Biomarkers of Breast Cancer Risk, "Exercise-Stimulated Signaling Pathways

Anne McTiernan

Associated with Cancer Development and Progression", **PI: Anne McTiernan**, Breast Cancer Research Foundation, 10/1/23-9/30/24, $225,000.

**Pending**

**TEACHING/MENTORING**
Junior Faculty
    Kathryn Pennington, MD (School of Medicine, OB/GYN, University of Washington)
    Holly Harris, PhD (Epidemiology Program, PHS, FHCRC)
    Catherine Duggan, PhD (Epidemiology Program, PHS, FHCRC)
    Blair Irwin, MD (Multi-Care, Tacoma, SCCA affiliate)
    Jonathan Wright, MD, MPH (School of Medicine, Urology, University of Washington & Epidemiology Program, PHS, FHCRC)
Postdoctoral Fellows
    1. Melinda Irwin, PhD (current Professor, Epidemiology, School of Public Health Associate Dean of Research, Yale University)
    2. Melanie Palomares, MD, MPH (current Senior Medical Director, Exact Sciences, Redwood City, California)
    3. Laura Frank, PhD (current Alexion Pharmaceuticals, Inc.)
    4. Page Abramson, PhD
    5. Karen Foster-Schubert, MD (current Associate Professor, Endocrinology, U. of Washington)
    6. Kristin Campbell, PhD (current Professor, Associate Head Research, Physical Therapy, U. British Columbia)
    7. Lisa Cadmus-Bertram, PhD (current Associate Professor, Kinesiology, University of Wisconsin-Madison)
    8. Ikuyo Imayama, MD (current Assistant Professor, Pulmonology, University of Illinois, Chicago)
    9. Caitlin Mason, PhD

Additional Postdoctoral Fellows Working with My Studies' Data
    10. Jean De Dieu Tapsoba, PhD (Staff Scientist, FHCRC; primary mentor, CY Wang, PhD)
    11. Aaron Thrift, PhD (primary mentor, T. Vaughan, MD)

PhD Committees and Predoctoral Trainee Mentoring
    1. Lisa Godefroy Johnson (member of PhD committee, current Staff Scientist, FHCRC)
    2. Shelley Slate Tworoger (member of PhD committee, current Associate Center Director of Population Science & Senior Member Moffitt Cancer Center, Tampa, Florida)
    3. Cara Frankenfeld (member of PhD committee, current Program Director for the Master of Public Health Program at the University of Puget Sound)
    4. Victoria M. Chia (member of PhD committee, current Amgen)
    5. Lori Williams (member of PhD committee)
    6. Angela Kong, PhD (co-chair of PhD committee, current Assistant Professor University of Illinois, Chicago)
    7. Babbette Saltzman (member of PhD committee, current research data analyst, Seattle Childrens Medical Center)
    8. Anita Iverson, PhD (visiting Norwegian predoctoral student 2009-10, advising)
    9. Adriana Villasenor, PhD (member of PhD committee, current faculty University of California San Diego)
    10. Sissi Espetvedt Finstad, MD (Norwegian PhD student, advising)

MS and MPH Committees
1. Margaret Krieg, MD (member of MPH committee)
2. Sylvia Young, MD (chair of MPH committee)
3. Jana Pruski (chair of MPH committee)
4. Melanie Palomares, MD (chair of MPH committee)
5. Susan Stanford (member of MPH committee)
6. Melinda Irwin, PhD (chair of MPH committee)
7. Andrew Shors, MD (member of MPH committee)
8. Libby Morimoto (member of M.S. committee)
9. Breanna Mitchell (member of M.S. committee)

11/3/2023

Anne McTiernan

10. Erin Aiello (chair of MPH committee; current Manager, Collaborative Science, Kaiser Permanente Washington Health Research Institute, Seattle)
11. Erin Shade (member of M.S. committee)
12. Julie Meyers (member of M.S. committee)
13. Manish Mohanka, MD (chair of MPH committee; current Associate Professor in UT Southwestern Medical Center, Pulmonary)
14. Vivian Hawkins, PhD (chair of MPH committee; current Epidemiologist in the Washington State Department of Health Office of Communicable Disease Epidemiology)
15. Isaac Rhew, PhD (member of MPH committee; current Research Associate Professor, Psychiatry and Behavioral Sciences, University of Washington)
16. Ann Ready (member of MPH committee)
17. Alanna Boynton (member of MS committee)
18. Heather Hildebrant (member of MPH committee)
19. Jo Henderson (chair of MPH committee)
20. Laura Hooper (member of MPH committee)
21. Kristen Sipsma (member of MPH committee)
22. Karen Foster-Schubert (chair of MS committee; current Associate Professor, Endocrinology, U. of Washington)
23. Winnie Yeung (member of MPH committee)


Advising: Medical Students Research (University of Washington ISMS): Jennifer Rupert, Erin Griffith, Kelley D. Pratt, Maegan  Ashworth
Post-Graduate Physician Training in Cancer Prevention & Control (FHCRC): Elliott Rosenberg, MD, MPH, Mary Ann Gilligan, MD, MPH, Maureen Brown, MD
Formal Career Development Mentoring: Karen Foster- Schubert, MD, University of Washington NIH K-12 Fellow 2005-2010; Karen Mustian, PhD University of Rochester NCI Cancer Control Clinical Research Training Program 2004-
FHCRC scientists mentoring: Neli Ulrich, PhD, Rebecca Rudolph, MD, MPH, AnneClaire DeRoos, PhD, Alyson Littman, PhD, Jonathan Wright, MD, MPH, Catherine Duggan, PhD, Larissa Korde, MD
Individual Study Credits

| Course | Title | Credits | Years |
|---|---|---|---|
| Epi 499 | Undergraduate Research | Var | 1997-2005 |
| Epi 600 | Graduate Study/Research | Var | 1997-2005 |
| Epi 700 | Masters Research | Var | 1998-2005 |
| Cancer Epi | guest lecture | 1999, 2002-2005 | |


Continuing Medical Education Teaching
- Breast Cancer in Young Women, University of Washington Continuing Education Conference, August 6, 1994, Depts. of Surgery and Medicine.
- Current Concepts in the Early Detection of Breast Cancer, Multicare, Madigan Army Medical Center, and American Cancer Society 3rd Annual Oncology Conference, April 11, 1995.
- Current Concepts in Breast Cancer – 1997, University of Washington Continuing Medical Education, October, 1997, 1999, 2000 (session moderator), 2001, 2003, 2009, 2010
- "Update to the Women's Health Initiative" March 18, 2001, University of Washington talk to IM, GYN, FM residents.
Clinical Teaching (U. of Washington School of Medicine)
- Attending Physician, Adult Medical Center, Harborview Medical Center, 1992-95 – supervised internal medicine residents in primary care setting.
- Mentoring and training geriatric fellow, Dr. Michi Yukawa, in exercise tolerance testing and testing VO2 max (1999)
Other Academic
- Primary Opponent, PhD Thesis Defense, Aina Emaus, University of Oslo, Norway (thesis chair, Inger Thune) 2009


**FHCRC SERVICE**
- Director, Prevention Center Shared Resource, 2001-2012

Anne McTiernan

- Chair or Member of several faculty promotion committees and 5-year review committees (including 3 within the past year)
- Reviewer for CCSG renewal: 2013, 2018
- Member, Cancer Consortium Scientific Review Committee 2015, 2018
- Member, Scientific Advisory Committee for the Seattle Cancer Care Alliance Prevention Clinic
- Member, Research Trials Office Oversight Committee, 2003 – 2005
- Member, Fred Hutchinson Cancer Research Center Institutional Review Board, 1984-5; 2002 - 2003
- Member, FHCRC Health Care Task Force, 1996
- Member, Clinical Protocol Scientific Review and Monitoring Committee, 1996- 1997
- Organizer, FHCRC Public Health Sciences Hormone Special Interest Group 1995-96
- Member, Seattle Breast Cancer Program Executive Committee, 1998 - 2000
- Member, Ad-Hoc Committee on Improvements in Public Health Sciences Procedures, 1998
- Member, CSS Advisory Committee, 1999 – 2000
- Nutritional/Hormonal Biomarkers group, 2001 – 2002
- Member, CDS Users Group, 2001 – 2002

**UNIVERSITY OF WASHINGTON SERVICE**
- Reviewer, Royalty Research Fund, Spring, 1997
- U. Washington Breast Cancer Update 2000 Continuing Medical Education – session moderator

**PROFESSIONALLY-RELATED COMMUNITY SERVICE**
- Medical Advisory Board, Team Survivor Northwest 1997-
- Professional Advisory Committee, Breastcancer.org, 2003-

**LAY AUDIENCE PRESENTATIONS**
- National Council of Jewish Women, Seattle Section, "Women's Health Initiative", Nov 1992
- Nordstrom's "Face of Breast Cancer" breast cancer awareness seminar, October 1997
- Danskin Women's Triathalon, 8/15/98
- Afternoon of Hope, Horizon of Hope National Charity Campaign, Longaberger Co., FHCRC, 8/29/98
- Media roundtable, Women's Health Initiative, December, 1995
- Breast Cancer Forum: Clinical Implications of Current Research, FHCRC, 10/8/98
- Women's Health Issues Panel, The Healthy Living Expo, Seattle, WA, 2/7/99
- Virginia Mason Hospital Breast Cancer Support Group "Weight Control and Cancer Survival" September 1999.
- FHCRC Volunteer Conference "Breast Cancer Risk Factors" May 2000.
- FHCRC Women's Health Series "Exercise and Breast Cancer" April 2000.
- Bellevue Rotary Club, "Exercise and Breast Cancer" October 2000.
- Cardio Pulmonary Rehabilitation InstituteOncology Rehabilitation, Lubbock Texas, "Exercise for Breast Cancer Prevention and Rehabilitation", March 2001
- Greater Cincinnati Breast Cancer Association, October 2001.
- FHCRC Community Lecture "Exercise for Breast and Colon Cancer Prevention" November 2001
- Providence/St. Vincent Medical Center, Portland, OR October 2003
- Women's Health Day, Anchorage, Alaska 2005
- Cancer Wellness Center, Northbrook, IL 2005
- Additional lay audience talks yearly

**MEDIA**
- Media (TV) interviews on physical activity, obesity, vitamin D, sleep, cancer: Today Show (NBC); MSNBC News Show; ABC News w/Peter Jennings; ABC World News Tonight; CBS Evening News; CBS News; Seattle KOMO, KIRO, KING, FOX13; WZTV-FOX, KOCO-ABC, WFLA-NBC, WBTV-CBS, WLUK-FOX
- Media (radio): KJZZ, Canadian health radio talk show; numerous Seattle-area radio interviews

Anne McTiernan

- Media (print) –Prevention Magazine, American Health Magazine, Time Magazine, Parents' Magazine, Family Circle, Associated Press, Time, Women's World, Cosmopolitan, Glamour, Self, Reader's Digest, New York Times, Wall Street Journal, LA Times, Parade Magazine, Seattle Times Pacific Magazine, USA Today, U.S. News and World Report, Health Magazine, Seattle Magazine, Self, More and others
- Several on-line news media each year
- "Preventing Breast Cancer" written commentary for ABC.com, April 2002
- Ivanhoe National TV Productions specials on Breastfeeding, Breast Cancer, and Breast Gel Study September 2002
- Reuters, "Weight loss possible with psychiatric drugs" September 2019
- Washington Post Live Saving Cancer, October 2019
- Forbes "A New Study Says Hair Dyes And Chemical Straighteners May Cause Breast Cancer December" 2019
- Medscape "Lifestyle Intervention Curbs Risk of Obesity-Related Cancers in T2D Patients in Look AHEAD" August 2020
- Gizmodo, "How Will Our Bodies Change From Being Inside for Months?" May 2020
- Yahoo, "Viral TikTok reveals pressures women face to weigh '120 pounds.' Here's why the number on the scale doesn't matter" October 2021
- U.S. Masters Swimming "How Swimming Might Prevent Cancer" February 2022
- Yahoo "'The end of dieting': How new health trackers claim to improve your health by offering insight into your body" February 2022
- Mother's Blog "Vitamin D: Does it help with weight loss?" May 2023
- MedPage Today, "Cardiorespiratory Fitness Levels May Influence Cancer Risk in Men," June 2023
- The Wall Street Journal, "Lower Your Cancer Risk with Just Four Minutes of Exercise," July 2023
- Eating Well, "What Happens to Your Body When You Eat Enough Fruits & Vegetables" December 2022

## U.S. GOVERNMENT

- Testimony, on the hazards of talc, asbestos, and reports that consumer products containing these substances cause cancer, to U.S. Congress, Subcommittee on Economic and Consumer Policy, hearing on "Examining the Public Health Risks of Carcinogens in Consumer Products (https://oversight.house.gov/legislation/hearings/examining-the-public-health-risks-of-carcinogens-in-consumer-products)." March 12, 2019.

**EXHIBIT B**

## PRIOR DEPOSITION, TRIAL AND HEARING TESTIMONY OF
## ANNE MCTIERNAN, MD, PhD

### Deposition Testimony

1. US District Court, New Jersey, *In re Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation,* MDL No. 2738, January 28, 2019.

2. City of St. Louis, *Vickie Forrest, et al. v. Johnson & Johnson, et al.,* Cause No. 1522-CC00419-01, November 22, 2019.

3. US District Court, New Jersey, *In re Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2738, August 19, 2021,

4. US District Court, Southern District of Florida, *In re: Zantac (Ranitidine) Products Liability Litigation,* MDL No. 2924, April 28, April 29, May 31, and October 24, 2022.

5. Chancery Court, First Judicial District of Hinds County, Mississippi, *State of Mississippi v. Johnson & Johnson,* 25CH1:14-cv-001207, October 3, 2023

6. US District Court, New Jersey, In re Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation, MDL No. 2738, April 2, 2024

### Trial/Hearing Testimony

1. *Daubert* Hearing, US District Court, New Jersey, *In re Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation,* MDL No. 3:16-md-2738, July 25, 2019.

2. Trial Testimony, City of St. Louis, *Vickie Forrest, et al. v. Johnson & Johnson, et al.,* Cause No. 1522-CC00419-01, December 12 and 13, 2019.

3. Trial Testimony, City of St. Louis, *Victoria Giese, et al. v. Johnson & Johnson, et al.,* Cause No. 1522-CC00419-02, September 15, 2021.

Exhibit 16

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY
LITIGATION

MDL NO. 16-2738 (FLW) (LHG)

*THIS DOCUMENT RELATES TO ALL CASES*

RULE 26 EXPERT REPORT OF
PATRICIA G. MOORMAN, MSPH, PHD

Date:   November 16, 2018

Patricia G. Moorman, MSPH, PhD



**Scientific Review of the Epidemiologic Evidence on Talc Use and Ovarian Cancer**

Patricia G. Moorman, MSPH, PhD

Professor, Department of Community and Family Medicine

Cancer Control and Population Sciences, Duke Cancer Institute

Duke University School of Medicine

Durham, NC

**Table of Contents**

Background and Qualifications of Patricia G. Moorman, MSPH, PhD ............................................ 3

Education ................................................................................................................................. 3

Professional Experience ........................................................................................................... 3

Compensation and Testimony ................................................................................................... 4

Research Interests and Experience ............................................................................................ 4

Purpose .................................................................................................................................. 7

Role and Importance of Epidemiologic Studies ........................................................................... 7

Methodology ........................................................................................................................... 9

Epidemiologic Studies Reviewed ............................................................................................. 11

Strength and Consistency of the Association ............................................................................ 11

Temporality ........................................................................................................................... 29

Biological Gradient ................................................................................................................. 29

Biologic Plausibility ................................................................................................................ 32

Specificity .............................................................................................................................. 37

Coherence ............................................................................................................................. 37

Experiment ............................................................................................................................ 38

Analogy ................................................................................................................................. 38

Conclusion ............................................................................................................................. 38

References ......................................................................................................................... 41

Additional Materials and Data Considered ........................................................................... 50

**Background and Qualifications of Patricia G. Moorman, MSPH, PhD**

I am a tenured professor in the Department of Community and Family Medicine, Duke University School of Medicine, Durham, NC and a member of the Cancer Control and Population Sciences Program in the Duke Cancer Institute. I am an epidemiologist with more than 25 years of experience in conducting research on women's health issues including ovarian cancer, breast cancer and menopause. Attached as Exhibit A to this report is a current copy of my curriculum vitae.

**Education**

I received a Bachelor of Science degree with distinction in pharmacy from the University of Kansas in 1980. I pursued graduate studies in epidemiology in the School of Public Health at the University of North Carolina-Chapel Hill, earning a Master of Science in Public Health (MSPH) in 1989 and a Doctor of Philosophy (PhD) degree in 1993.

**Professional Experience**

I have held positions in academic institutions since I completed my PhD, beginning as a research assistant professor in the Department of Epidemiology at the University of North Carolina-Chapel Hill from 1994 through 1996. From 1997 to 2000, I was an associate research scientist in the Chronic Disease Epidemiology division of the Yale University School of Public Health. I came to Duke University School of Medicine as an assistant professor in 2000, progressing through the academic ranks from associate professor, associate professor with tenure to my current position as professor in Community and Family Medicine. I also serve as the director of the Clinical Research Unit for the Department of Community Medicine and am a member of the Senior Faculty Advisory Committee for the Office for Research Mentoring in the School of Medicine. In addition, I am an adjunct faculty member in the Department of Epidemiology at the University of North Carolina-Chapel Hill.

**Compensation and Testimony**

My hourly billing is $400. I have given deposition testimony in one case (Gail Ingham, et al., v. Johnson & Johnson, et al., Case No. 1522-CC10417-01, Circuit Court of the City of St. Louis, Division 10) and have not testified at trial in the last four years.

**Research Interests and Experience**

My primary research interests are in the area of women's health issues, with a particular focus on studying racial differences in risk factors and outcomes. I have had funding from the National Institutes of Health (NIH) for more than 20 years, which has supported my research in ovarian cancer, breast cancer and ovarian function after hysterectomy. Three of the key studies in my research career are: 1) the African American Cancer Epidemiology Study (AACES), a multi-center, case-control study of ovarian cancer in African American women,[1] 2) the Carolina Breast Cancer Study, which is one of the largest studies focused on understanding racial differences in breast cancer risk and outcomes,[2] and 3) the Prospective Research on Ovarian Function (PROOF) Study, a cohort study designed to examine risk for ovarian failure after premenopausal hysterectomy.[3]

Each of these studies involved primary data collection, meaning that the investigative team designed the data collection procedures, developed the surveys, recruited study participants and obtained questionnaire data and biological specimens from the participating women. Each study has made unique contributions to the scientific literature.

AACES has enrolled more than four times as many African-American women with ovarian cancer than any other study and is providing the most comprehensive epidemiologic data on ovarian cancer risk factors in this population to date.[4-6] The Carolina Breast Cancer Study likewise provided key data on risk factors in African American women and was the first study to describe the markedly higher prevalence of the poor-prognosis basal subtype of breast cancer in young African American women.[7-11] The PROOF study is the largest prospective study of ovarian function after pre-menopausal hysterectomy and demonstrated that women

4

undergoing hysterectomy with ovarian conservation were at significantly increased risk for earlier menopause as compared to women who did not have a hysterectomy.[3,12]

Our study team published an analysis of talc exposure and ovarian cancer in 2016, using data from AACES. [13] This peer-reviewed paper, published in *Cancer Epidemiology, Biomarkers and Prevention*, was the first epidemiologic study of talc use and ovarian cancer that was focused exclusively on African American women. Our analyses found both a high prevalence of talc use in this study population and a statistically significantly increased risk for ovarian cancer among talc users. This paper was published prior to my involvement in litigation related to talc and ovarian cancer.

I have also been a co-investigator on the North Carolina Ovarian Cancer Study, which was a precursor to the AACES study. Data from this study were included in Terry, et al.'s [14] 2013 analysis of genital powder use and ovarian cancer that pooled from data from eight case-control studies. I am currently an investigator in the Ovarian Cancer in Women of African Ancestry (OCWAA) consortium. The OCWAA consortium, which was initiated in 2016, is a multi-center collaboration that aims to bring together data from case-control and cohort studies to evaluate similarities and differences between African American and white women in ovarian cancer risk factors and outcomes.

In addition to these studies, I am an investigator with the Evidence Synthesis Group in the Duke Clinical Research Institute, a team of researchers that conducts evidence reviews of the scientific literature. I have worked with this group on a number of systematic reviews and meta-analyses on women's health issues including an evaluation of the benefits and risks of oral contraceptive use for primary prevention of ovarian cancer [15-17] funded by the Agency for Healthcare Research Quality, and an evaluation of the benefits and harms of breast cancer screening[18] funded by the American Cancer Society to help inform their screening mammography recommendations.[19]

I am an author on more than 130 scientific publications, with more than 50 of them directly related to ovarian cancer. The ovarian cancer papers address a wide variety of risk factors including reproductive and hormonal factors, lifestyle characteristics, genetic factors, and talcum powder products. The main focus of the manuscripts on which I have been the lead

author has been ovarian cancer risk factors in African American women and the effects of reproductive characteristics, hormones and other medications on risk for ovarian cancer.[5,17,20-23] The papers have been published in some of the leading journals in the field of epidemiology, gynecology and cancer including the *American Journal of Epidemiology, Cancer Epidemiology Biomarkers and Prevention, Obstetrics & Gynecology* and *Journal of Clinical Oncology*.

My teaching experience includes courses in Cancer Epidemiology for graduate students in public health and Evidence-Based Medicine for physician assistant students. A primary emphasis of these courses has been for the students to gain an understanding of the advantages and disadvantages of different types of studies used in clinical and epidemiologic research. In particular, the Evidence-Based Medicine course is designed to help the students learn how to critically appraise the medical literature and apply findings to clinical practice. In addition, I have mentored at the individual level public health graduate students and medical students.

I serve as an editorial reviewer for numerous journals and have served as a peer reviewer of grant applications on several dozen study sections over that past twenty years. I have reviewed NIH grants for a variety of funding mechanisms ranging from small grants (R03) to large multi-project applications (SPORE grants and Program Projects). I also have served as both peer reviewer and study section chair for the Susan G. Komen for the Cure Foundation and the Department of Defense Ovarian Cancer and Breast Cancer Research Programs.

In summary, in a career spanning more than 25 years, I have devoted my efforts to understanding factors that affect risk for ovarian cancer, breast cancer and menopause. I have conducted original research, giving me a deep appreciation of the advantages and disadvantages of different study designs and the challenges of collecting high-quality data for making etiologic inferences. I also have conducted research involving synthesis of the published literature, with the goal of informing decisions based on the best available evidence. A large proportion of my publications have focused on the epidemiology of ovarian cancer, and many of the others focused on breast cancer or menopause have relevance to ovarian cancer because of shared risk factors for the conditions. Based on my education, experience, and expertise, I

6

am highly qualified to assess the literature on the use of talc in relation to ovarian cancer and provide an expert opinion to a reasonable degree of medical certainty.

**Purpose**

The purpose of this report is to summarize the epidemiologic evidence related to talc use and ovarian cancer risk and to make a judgment as to whether there is sufficient evidence, based on the totality of evidence from epidemiologic investigations as well as laboratory and mechanistic studies, to conclude with a reasonable degree of scientific certainty that talcum powder use Is a causal factor for ovarian cancer.

Throughout the report, the term "talc" will be used to refer to talcum powder products, recognizing that commercial talc products can contain asbestos, talc containing asbestiform fibers (e.g., talc occurring in a fibrous habit), heavy metals such as nickel, chromium and cobalt and fragrances.

**Role and Importance of Epidemiologic Studies**

It is important to bear in mind that epidemiologic research on factors that are thought to increase risk for cancer in human populations will consist of observational rather than experimental studies. As with most other now-known carcinogens, including cigarette smoke, it is both ethically wrong and pragmatically impossible to conduct randomized controlled trials to investigate whether a given exposure increases risk for cancer in humans. The judgment as to whether talc causes ovarian cancer will be based on epidemiologic studies in which the investigators collected and analyzed information on exposures (i.e., talc use and other risk factors) that the study participants chose to use, rather than studies in which exposures were randomly assigned to the study subjects in an experimental setting.

Observational study designs used in the study of talc and ovarian cancer include cohort and case-control studies, both of which are well-established and generally accepted methods for studying cancer etiology. In a prospective cohort study, a large group of individuals (the cohort) is identified and exposure to various factors hypothesized to affect risk of disease is

7

assessed at the time of enrollment (baseline). The cohort is followed over time and the analyses focus on whether the exposed group is more or less likely to develop the outcome of interest than the unexposed group. Some of the prominent advantages of cohort studies are that multiple outcomes/diseases can be assessed within the cohort and exposure assessment precedes the development of the disease, limiting recall bias. However, a primary disadvantage of cohort studies, particularly in relation to cancer etiology studies, is that they must enroll tens of thousands of subjects and follow them for long periods of time to accrue enough cases to have a well-powered study. In addition, if cohort studies do not update exposure information after the baseline assessment, the exposure of some individuals in the cohort may be misclassified.

Case-control studies identify individuals with the disease of interest and an appropriate control group of individuals without the disease and assess exposures that are thought to increase or decrease the risk of the disease. The investigators then analyze whether cases are more likely than the controls to have a given exposure. Case-control studies focus on a single disease, therefore they typically collect more detailed risk factor information for that disease than cohort studies. A major advantage of case-control studies is that they are a more efficient design for studying diseases that are less common or have a long latency period. Therefore, they are very commonly used for etiologic studies of cancer. A disadvantage of case-control studies is that they collect exposure information for the cases after they have already been diagnosed with the disease, which raises concerns that cases may recall exposures differently from controls.

Cohort studies and case-control studies each have advantages and disadvantages for assessing talc as a risk factor for ovarian cancer, and one study design is not clearly superior to the other. In addition, specific details related to the conduct of the study such as methods of exposure assessment, length of follow-up and choice of control group can impact the validity of the findings and the interpretation of results. Therefore, rather than making a judgment based only on the overall study design, the evaluation and interpretation of the findings of the studies must consider the strengths and weaknesses of the individual studies. As the results of the

studies are described and evaluated in this report, specific advantages and disadvantages of individual studies will be discussed in more detail.

In contrast to studies on laboratory animals, studies on humans are subject to more variation in exposure assessment and it is impossible to control all other factors that may contribute to disease risk. For these reasons, judgments on causality from epidemiologic research typically are not based on a single study or even a few studies, but are based on the totality of evidence from multiple studies conducted in different study populations, in different locations and across different time periods. Evidence from the epidemiologic investigations is combined with relevant studies from other disciplines, including pathology, animal and mechanistic studies, to make an assessment of the evidence for a causal association between genital exposure to talcum powder and ovarian cancer.

**Methodology**

The methodology I used to assess the epidemiologic evidence on talc use as a causal risk factor for ovarian cancer involved conducting a literature search on PubMed using the terms "ovarian cancer" and "talc" to identify all relevant original studies, systematic reviews, meta-analyses, editorials and commentaries (search most recently updated on October 29, 2018). The search I did returned 131 articles, all of which were systematically considered and assessed as to their relevance to talc as a risk factor for ovarian cancer. Twenty-nine articles were not directly relevant to the question at hand (mostly addressing talc in the treatment of malignant pleural effusions). Of the remaining 101 articles, 36 were reports of original epidemiologic studies directly addressing genital talc exposure and ovarian cancer or meta-analyses of such studies.[14,24-56] Other articles retrieved included studies of occupational talc exposure,[57-62] other original research articles that were not specifically epidemiologic studies of genital talc and ovarian cancer (e.g., studies of endometrial cancer, pathology studies, animal studies, etc.)[63-80] and reviews, commentaries and letters [60,81-120] I also examined reference lists from key articles to identify any additional relevant studies. In addition, I reviewed relevant studies as well as documents provided during the course of discovery process.

The primary focus of my review is the epidemiologic studies of genital talc exposure and ovarian cancer and the meta-analyses, with supporting information from other types of publications, including animal, pathology and mechanistic studies used as appropriate to address biological mechanisms underlying the association between talc use and ovarian cancer.

As I evaluated the individual epidemiologic studies (case-control and cohort studies) that described the risk for ovarian cancer associated with talc use, I did not weight one design more heavily than the other because there are advantages and disadvantages to each design for evaluating talc as a cause of ovarian cancer. I considered the potential biases of individual studies, both those that supported and those that did not support an association between talc and ovarian cancer, and how those biases may have impacted the findings. As I describe in this report, some biases have the potential to lead to an overestimate of the relative risk (e.g. recall bias in case-control studies) while others could result in an underestimate of the relative risk (e.g. incomplete ascertainment of talc use in the cohort studies).

I also considered the studies that combined data from multiple studies – meta-analyses or pooled analyses from multiple case-control studies. These types of analyses are often considered to be some of the strongest evidence for a causal association between an exposure and disease as they provide an estimate of the relative risk that is more statistically robust than individual studies. Data from meta-analyses are particularly important for evaluating exposure-disease relationships such as talc and ovarian cancer where the relative risks from most individual studies are approximately 1.2 to 1.5.

As is standard in epidemiologic research, my assessment of whether there is a causal association between talc use and ovarian cancer was guided by the aspects of a causal relationship described by Bradford Hill during the 1960's. Sir Austin Bradford Hill's writings on causal inference provide an accepted framework for assessing whether a given exposure is a cause of a specific outcome.[121] The aspects of the associations that Hill described are: Strength, Consistency, Specificity, Temporality, Biological Gradient, Plausibility, Coherence, Experiment and Analogy. As his writings clearly state, these viewpoints or perspectives should be taken into account when assessing causality, but are not to be considered absolute criteria and not all must be checked off to make a conclusion of a causal relationship. Specifically, he states "What

10

I do not believe is that we can usefully lay down some hard-and-fast rules of evidence that must be obeyed before we accept cause and effect. None of my nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as a *sine qua non*." This list of viewpoints was used to guide my assessment of the scientific literature on talc use and ovarian cancer.

It is important to point out that, in the end of this process, the assessment of whether a substance is or is not a causal risk factor for a given disease or condition involves scientific judgment that is made by considering and weighing the evidence. In any given case, it is not unusual for scientists and epidemiologists to weigh the Hill factors differently in reaching a conclusion on the causal inference in question. For example, scientists for many years debated the evidence that cigarette smoking causes lung cancer or asbestos causes lung disease.

**Epidemiologic Studies Reviewed**

Since 1982, when the first case-control study describing an increased risk for ovarian cancer associated with talc use was reported by Cramer, et al., [50] more than two dozen additional reports of epidemiologic studies have been published.[13,14,24-36,38-44,46-49,51-55,122,123] In some instances, data from a particular study were included in more than one publication, due either to an additional analysis of data from a cohort study with longer duration of follow-up (e.g., [31,34]) or to analyses that combined data from more than one study (e.g., [14,25]). Included in these publications are seven meta-analyses published between 1992and 2018 that combined overall results from nine to 27 studies [35,51,52,54-56]and a pooled analysis published in 2013 that combined individual level data from eight case-control studies.[14]

**Strength and Consistency of the Association**

The first two aspects of the causal relationship described by Bradford Hill, strength and consistency of association, are deeply intertwined. While Bradford Hill referenced the assumption that a larger relative risk is more likely to reflect a causal association, Hill also clearly stated that we should not be "too quick to dismiss a cause-and-effect hypothesis merely

on the grounds that the observed association appears to be slight. There are many occasions in medicine when this is in truth so." [121]

Seven meta-analyses of genital talc exposure and ovarian cancer [35,44,51,52,54-56] calculated summary relative risks that were very consistent across the publications, ranging from 1.22 to 1.36, all with 95% confidence intervals excluding 1, indicating that women who reported talc use were at statistically significant increased risk for ovarian cancer. Similarly, the pooled analysis of eight case-control studies reported an overall odds ratio of 1.24 (95% confidence interval (CI) 1.15 – 1.33).[14]

To put this in context, it is useful to compare the epidemiologic data related to the strength of the association between genital talc use and ovarian cancer with some other well-accepted exposure-disease associations that have relative risks of similar magnitude and are generally accepted to be causal associations. Some examples of such associations and the relative risks from these exposures estimated from meta-analyses are:

1. Oral contraceptive use and breast cancer, relative risk 1.08 (95% CI 1.003-1.165) for ever versus never use and relative risk 1.21 (95% CI 1.04-1.41) for current or recent use versus never use[16]

2. Menopausal estrogen use and breast cancer, relative risk 1.20 (95% CI 1.06-1.37) for more than 5 years use versus no use[124]

3. Passive smoking (also referred to as environmental tobacco exposure or secondhand smoke) and lung cancer, relative risk 1.27 (95% CI 1.17-1.37) for ever versus never exposure to a spouse who smoked[125]

4. Residential radon exposure and lung cancer, relative risk 1.29 (95% CI 1.10-1.51) for highest versus lowest exposure[126]

5. Trichloroethylene exposure and kidney cancer, relative risk 1.32 (95% CI 1.17-1.50) for occupational exposure.[127]

Each of these exposure/disease associations is widely accepted as a causal relationship in the scientific community and has been judged to be a causal association by the International Agency for Research on Cancer (IARC). [128-130] [131] The estimates of the relative risks for these associations from meta-analyses or pooled analyses are approximately 1.25,[16,124-126,132,133]

12

which is in the range of estimates of the relative risk from meta-analyses and pooled analyses for the association between genital talc use and ovarian cancer. Therefore, we have evidence of well-established causal associations in which the magnitude of the relative risk is very similar to what has been reported for genital talc use and ovarian cancer.

It is instructive to compare in more detail the epidemiologic data on passive smoke exposure to that of talc and ovarian cancer. Passive smoke exposure, like talc, is a very common exposure in the population that can only be assessed retrospectively through self-report, therefore it is difficult to determine the precise level of exposure. In a meta-analysis of 55 studies published between 1981 and 2006 that examined the risk for lung cancer in never smoking women with passive smoke exposure from their spouses, Taylor, et al. [125] reported a pooled relative risk of 1.27 (95% CI 1.17-1.37). The relative risks from individual studies ranged from 0.66 to 2.57, with 44 of the 55 (80%) individual studies reporting a relative risk or odds ratio >1. In the individual studies, only 10 of 55 (18%) reported statistically significant associations (2 of 7 cohort studies, 3 of 25 case-control studies with population-based controls and 5 of 23 case-control studies). These data show that among the many epidemiologic studies that assessed passive smoke exposure as a risk factor for lung cancer, not all had statistically significant findings and some even reported relative risks less than one, yet the overall conclusion from the totality of the evidence is that passive smoke exposure is causally associated with lung cancer.

The most recent meta-analysis published in 2018 on talc and ovarian cancer by Pennikilampi et al. reported a pooled relative risk of 1.31 (95% CI 1.24-1.39) with values from individual studies ranging from 0.73 to 3.90.[56] This result is consistent with other meta-analyses performed. Twenty-four of the 26 (92%) studies reported a relative risk or odds ratio >1, and statistically significant associations were reported in 14 of the 26 (54%) studies. This comparison illustrates that as compared to the well-established causal association between passive smoke exposure and lung cancer, the association between talc and ovarian cancer has a pooled relative risk estimate of similar magnitude with a greater proportion of the studies reporting relative risks >1 and a greater proportion reporting statistically significant

13

associations suggesting the evidence for talc and ovarian cancer is as significant as for passive smoke exposure and lung cancer.

These comparisons also illustrate the importance of meta-analyses in epidemiologic research when considering exposures for which the strength of association is approximately 1.5 or less. Individual studies, especially those with smaller samples sizes, may not detect a statistically significant increased risk. When the increased risks in this range are seen repeatedly, even when individual studies are not statistically significant, meta-analysis allows the data to be aggregated to make a conclusion that is more robust statistically. When combining these studies through meta-analysis, the totality of the data shows that there is indeed a statistically significant link between genital talc use and ovarian cancer. This observation has been quite consistent, with findings replicated in studies conducted by different teams of investigators, in different geographic locations within and outside the United States, in different race/ethnic groups and over a span of several decades.

In conjunction with the strength of the association, it is also critical to consider the prevalence of the exposure in the population when evaluating its public health impact. A risk factor that is less strongly associated with a disease but has a high prevalence in the population can be responsible for more cases of the disease than a risk factor that is more strongly associated with the disease but has a low prevalence in the population. A measure of the contribution of a risk factor to a disease is the population attributable fraction (PAF), which is defined as the proportion by which the incidence rates of the outcome in the population would be reduced if the exposure was eliminated.[134] Wu et al. [26] calculated the PAF for ovarian cancer related to talc exposure in their multi-ethnic case-control study in Los Angeles. The odds ratio for genital talc use was 1.46 (95% CI 1.27 – 1.69) and the prevalence of use was 41% among the cases and 31% among the controls. The PAFs for the different ethnic groups ranged from 12.2 to 15.1%, which is interpreted as the proportion of ovarian cancer cases that theoretically could be prevented if genital talc use in the population could be eliminated and there were no changes in other risk factors. In other words, of the estimated 22,440 cases of ovarian cancer diagnosed in 2017,[135] approximately 3,300 of them could theoretically have been prevented if women had not used genital talc. The PAF calculation demonstrates that even with an

14

estimated relative risk for genital talc use of less than 1.5, its high prevalence of use means that it contributes to a substantial proportion of the ovarian cancer cases in the population.

The overall associations seen in the talc-ovarian cancer meta-analyses as well as in many of the individual studies are statistically significant, indicating an increase in risk of approximately 25 to 30%. While not as high as other relationships like smoking and lung cancer, these relative risks are in line with other generally accepted causal relationships (e.g., second hand smoke and lung cancer). I consider the strength of the association seen in the talc-ovarian cancer epidemiologic studies, to be an important factor in favor of a causal relationship between talc and ovarian cancer, particularly when considered along with the consistency of the association sees across these studies.

As described above, among the more than two dozen studies that have reported on the association between talc use and ovarian cancer, the vast majority of them reported relative risks or odds ratios greater than one, indicating strong consistency in the direction of the effect. The findings from the multiple studies are summarized in seven meta-analyses published since 1992, including two published in 2017-18, that combined overall results from six to 27 studies assessing genital talc exposure and ovarian cancer [35,51,52,54,55 56 44] and in a pooled analysis published in 2013 that combined individual level data from eight case-control studies. [14] Of the 27 studies included in Berge et al.'s 2017 meta-analysis [51], 24 were case-control studies (18 population-based,[13,23,25,29,30,32,33,38,39,41,42,44,45,47,50,123,136,137] 5 hospital based, [36,43,46,49,122] and 1 with both hospital and population controls [48]) and three were prospective cohort studies [24,27,31]. The calculated overall relative risks for all studies combined in these meta-analyses were 1.3 (95% CI 1.1 – 1.6),[44] 1.27 (95% CI 1.09-1.48),[55] 1.36 (95% CI 1.24-1.49),[35] 1.33 (95% CI 1.16-1.45),[54] 1.35 (95% CI 1.26 - 1.46),[52] 1.22 (95% CI 1.13-1.30)[51] and 1.31 (95% CI 1.24-1.39)[56] and 1.24 (95% CI 1.15-1.33) in the pooled analysis of eight case-control studies.[14] The conclusions from these analyses were quite consistent, even with additional data accumulating over time, indicating that women who used talc products as compared to women who reported no talc use were at 22 to 36% increased risk for ovarian cancer.

When considering the consistency from a number of different studies and meta-analysis, an epidemiologist should evaluate potential sources of bias including but not limited

15

to publication bias, recall bias, selection bias and information bias. I discuss each of these below.

Publication Bias: When considering a body of epidemiologic evidence from multiple studies, several concerns arise about the completeness of the published data and whether there is selective publishing of studies that find significant positive associations. These concerns were addressed by two distinct analyses conducted in the most recent meta-analyses by Berge, et al. (2017) and Penninkilampi and Eslick (2018).[51,56] The first approach reported was a funnel plot, which is a graphical technique that plots the relative risks derived from the studies on one axis and the standard error of the relative risk (an indicator of the size of the study) on the other. The concept driving this approach is that studies should cluster around the "true" relative risk in the population. Due to random statistical variation, some studies will have relative risks that are higher than the true relative risk and some will be lower than the true relative risk. As sample sizes increase, there should be more precise estimates of the relative risk, therefore larger studies would be expected to produce estimates closer to the true relative risk whereas smaller studies may produce results that deviate further from the relative risk in the overall population. When the study results are plotted, one would expect them to fall into a funnel shape, with the larger studies at the point of the funnel, clustered around the true relative risk in the population, and smaller studies, with more variation in results, showing greater deviation from the average, forming the wide part of the funnel. Notably, in these meta-analyses, the two studies with the highest relative risk estimates (Chen, et al [45] with a relative risk of 3.90 and Godard, et al. [38] with a relative risk of 2.49) and the two studies with the lowest relative risks (Hartge, et al. [49] and Gonzalez, et al. [24]) all had a modest number of cases (<=170).

A funnel plot provides a method for assessing publication bias, i.e., the bias that results from studies with statistically significant findings being more likely to be published than studies that show no association. If one is concerned that studies that showed no association between the exposure and outcome are less likely to be published, the funnel plot allows the visual assessment of this potential bias. A lack of symmetry in the funnel plot, with a deficit of studies showing no association between the exposure and outcome, would be an indication of

16

publication bias. The papers by Berge, et al. [51] and Penninkilampi and Eslick [56] which are the only meta-analyses that specifically addressed publication bias, concluded that there was no serious publication bias based on both visual inspection of the funnel plot and a statistical assessment of the data from the funnel plot. Therefore, there is a high level of confidence that there has not been preferential publication of studies that found a positive association between talc and ovarian cancer.

A second approach used by Berge, et al. [51] was a cumulative meta-analysis, in which they showed the estimated summary relative risks over time from the first published report in 1982 through the most recently published studies in 2016. The plot showed that after the first initial reports, the overall summary estimates stabilized with estimates in the range of 1.2 to 1.25 over the last 25 years even as more and more data accrued from additional published studies.

These quantitative analyses indicate that it is unlikely that there is publication bias in the talc and ovarian cancer literature (i.e., the analyses do not suggest that studies that found talc use to be a risk factor for ovarian cancer were more likely to be published than those that found no association). Furthermore, from a qualitative perspective, it is also unlikely that there is a substantial risk for publication bias. Given the considerable public health interest in the risk for ovarian cancer associated with a widely-used cosmetic product, it is probable that any well-designed and conducted study that addressed this question would be published, even if it had null findings. Notably, one of the most recent studies, the Sister Study,[24] was published even though it found no increased risk for ovarian cancer associated with talc use.

While the overall conclusions from the meta-analysis and pooled analyses are quite consistent, with an overall statistically significant estimate of the relative risk in the range of approximately 1.2 to 1.3, it is important to consider possible reasons for heterogeneity of the estimates between individual studies.

Among the individual studies that have examined the association between talc use and ovarian cancer, the majority have been case-control studies, with only three prospective cohort studies addressing this research question. The meta-analysis by Berge, et al.[51] noted that the summary relative risk was driven by the stronger associations observed for case-control studies

(relative risk = 1.26 (95%CI 1.17 – 1.35) than for cohort studies (relative risk = 1.02 (95% CI 0.85 – 1.20), which leads one to try to understand possible reasons for the differences by study design and to consider the relative advantages and disadvantages of the different study designs, specifically in relation to the study of talc and ovarian cancer. While the cohort studies do not show a statistically significant association for ever use of talc and ovarian cancer overall, the recent meta-analysis by Penninkilampi and Eslick[56] reported a statistically significant association with the invasive serous subtype of ovarian cancer, which is both the most common subtype and the one with the worst prognosis.

<u>Case-Control Studies – Strengths and Weaknesses</u>: Case-control studies, which are very commonly used in cancer epidemiology, have particular advantages for studying a relatively uncommon cancer like ovarian cancer, which has an annual incidence (number of new cases) in the United States of approximately 11 cases per 100,000 women.[138] In this study design, women with ovarian cancer (the case group) are identified by the research team, typically through a cancer registry, shortly after receiving their diagnosis. A control group of women who do not have the disease are also identified and recruited for the study. Both the cases and the controls provide information on their past exposure history. In a typical case-control study, the study participants complete an extensive questionnaire focusing on a broad range of exposures that are hypothesized to either increase or decrease the risk for cancer. In regard to ovarian cancer, a typical questionnaire will include questions on demographic characteristics, reproductive characteristics like pregnancy and contraception, medical characteristics, family history of cancer and lifestyle characteristics such as dietary factors, smoking history, physical activity and talc use. Notably, some of the factors queried about are expected to increase risk (e.g., family history of ovarian or breast cancer, estrogen use during menopause, talc), whereas others are associated with reduced risk (e.g., oral contraceptive use, pregnancies).

One major advantage of a case-control study is that it is possible to identify and recruit a large number of cases within a relatively short timeframe. To illustrate this point, I will use the example of AACES, the case-control study that my colleagues and I initiated in 2010 to study ovarian cancer in African American women and which was the source of the data we used for our 2016 paper on talc and ovarian cancer.[1,13] We have enrolled more than 600 women with

ovarian cancer and more than 700 control women over a period of approximately 6 years, making it by far the largest study of ovarian cancer in African American women. When the grant application was originally submitted to the National Cancer Institute, one reviewer expressed the opinion that a cohort study would be preferable to the case-control design we proposed. In our response to the review, we pointed out that a prospective cohort study was not feasible for studying ovarian cancer in this population if we hoped to obtain meaningful information in a reasonable timeframe. The Black Women's Health Study, a large prospective cohort study, enrolled approximately 60,000 women starting in 1995 with the goal of studying a wide variety of health outcomes in this population.(https://www.bu.edu/bwhs/) In regard to ovarian cancer, after 18 years of follow-up, only 115 cases of ovarian cancer had been diagnosed among women in the cohort.[139] Although a cohort of 60,000 women is a very large epidemiologic cohort, it is still inadequate to study a relatively uncommon disease like ovarian cancer in a time-efficient manner. We successfully made the argument to the reviewers that a case-control study was the only feasible way to investigate the etiology of ovarian cancer in a timely manner in the African American population. This example illustrates why it is to be expected that the majority of the epidemiologic studies of ovarian cancer would be case-control studies.

Although case-control studies are commonly used in epidemiologic studies of cancer, there are potential biases associated with this study design, including selection bias and recall bias. In this study design, the investigator must select a control group of individuals without the disease being studied as a comparison group to determine the relative frequency of the exposures in the case group as compared to the control group. The goal of selecting a control group is to identify a group that is representative of the population from which the cases arose. This is often stated in textbooks as if someone in the control group were to develop the disease being studied, s/he would have been selected as a case for the study. There are many possible strategies for identifying and recruiting population-based controls, including the use of town registry books,[25,50] telephone recruitment through random digit dialing [13,25,29], neighborhood recruitment,[30] driver's license records [25] and electoral rolls.[123] In hospital-based case-control studies, controls are typically selected from other hospitalized patients, with different studies

applying different criteria for eligible diagnoses among the controls, including other cancer diagnoses or specific non-cancer diagnoses. [36,43,46,49,122]

Among the studies included in the recent meta-analyses, six were hospital-based case-control studies.[36,43,46,48,49,122] The individuals that comprised the control group varied between these studies including patients with non-gynecologic malignancies,[36] patients treated for conditions other than gynecologic or malignant diseases,[122] patients treated for conditions other than those related to reproductive history or oral contraceptive use,[46] patients treated for conditions other than gynecologic, psychiatric, or malignant diseases or pregnancy,[49] both hospital patients and population-based controls [48] and hospital visitors.[43] While the use of hospital controls may be efficient, concerns are often raised as to whether the controls are representative of the population from which the cases arose in terms of the exposures they experienced or their underlying risk for cancer. This is a particular concern with the study by Wong, et al, [36] which is the largest of the hospital-based case-control studies and one that found no association between talc use and ovarian cancer (OR=0.92, 95% CI 0.24-3.62). The control group in this study was "female patients treated for non-gynecologic malignancies during the same period". Standard epidemiologic textbooks (e.g., Rothman, *Modern Epidemiology[140]*) state that controls should be selected from the same source population or study base that gives rise to the cases. It is difficult to make the argument that other cancer patients represent the source population from which the ovarian cancer cases arose, which suggests that this was a poor choice of a control group that could have led to biased findings.

Another of the hospital-based studies, the study by Tzonou et al.[43] which reported a relative risk of 1.05, also had a significant limitation. This study was conducted in Greece, and the overall prevalence of talc use in the study population was 3.5%. Given the small sample size and the low prevalence of exposure, this population was ill-suited to study the relation between talc use and ovarian cancer.

As noted in the meta-analysis by Penninkilampi and Eslick, [56] the hospital-based studies were older (published before 2000) and with the exception of the Wong study [36], all were smaller studies that included fewer than 200 cases. The summary odds ratios from the hospital-based studies was lower but not significantly different than the summary odds ratio from

20

population-based studies (OR 1.22 versus 1.33, respectively),[56] a result that is not surprising given the important limitations in some of the hospital-based studies.

While there is no ideal method for control selection, arguably population-based control recruitment is more likely to result in a control group that is representative of the population from which cases arose. All of the larger case-control studies that investigated talc use and ovarian cancer (i.e., those with more than 500 cases) were population-based,[13,23,25,29,30,33,42,123,137] which should have minimized selection bias.

Recall Bias: Recall bias is another possible bias in case-control studies. Recall bias is defined as systematic error due to differences in accuracy or completeness of recall of prior events or experiences.[134] It is a concern with case-control studies because information on exposures is obtained through interviews or questionnaires completed after the cases have already been diagnosed with the disease. It is thought that people affected with a disease may have given more thought to possible causes of that disease and have more accurate recall of risk factors than a person serving as a control in the study.

A distinction is made between *recall bias*, which arises from cases recalling exposures differently than controls, and *inaccurate recall* of an exposure that is difficult to remember with precision. Recall bias, which is considered differential misclassification between cases and controls, can result in either an overestimate or underestimate of the true relative risk. Inaccurate recall that occurs to a similar degree in cases and controls is considered non-differential misclassification, and for a dichotomous outcome (e.g., ever vs. never use of talc) will typically result in an underestimate of the true relative risk. An exposure like talc use, especially when assessing use over many years, is clearly one that is subject to a certain amount of inaccurate recall. However, inaccurate recall alone would not result in the consistently increased relative risks observed in the vast majority of the case-control studies of talc use and ovarian cancer.

Therefore, recall bias, which theoretically could result in a biased estimate of the relative risk, must be considered. Situations where recall bias would be considered a particular threat to a study's validity would be: 1) the exposure of interest is one that could be considered sensitive (e.g., illicit drug use, induced abortions), 2) the study hypotheses are known to the

study subjects or interviewers, or 3) there has been considerable media attention focused on an exposure.

In regard to the first situation, genital talc use, while addressing a rather personal topic, would not be considered a particularly sensitive topic. One would not expect that women would be disinclined to report its use out of embarrassment or a desire to report what is perceived to be more socially acceptable as has been reported for exposures like induced abortion.[141]

As to the second point regarding the blinding of the interviewers and the study participants to the study hypotheses, this is standard practice in epidemiologic research. In addition, in the typical case-control study, the investigators are collecting a tremendous amount of questionnaire data to address numerous hypotheses and there is not a particular focus on a single exposure. As an example, the questionnaires from AACES and the North Carolina Ovarian Cancer study each took approximately 1 - 1.5 hours to administer and collected information on a large number of exposures including pregnancy history, contraceptive and hormone use, family history of cancer, medical history, psychosocial factors and lifestyle factors. Data were collected on factors that were expected to be associated with increased risk (e.g., family history of cancer, history of infertility, menopausal hormone use, talc use) as well as those expected to be associated with decreased risk (e.g., oral contraceptive use, pregnancies, physical activity). Given the broad range of hypotheses and the numerous exposures that the cases and controls were queried about and the fact that neither cases nor controls were told in advance of the interview about the specific topics that would be covered, it is unlikely that the women with ovarian cancer would have given more thought to their talc use resulting in substantial systematic over-reporting of talc use among cases. This is supported by studies of other cancers that used empirical data to assess the likely effect of recall bias on relative risk estimates when investigators examined numerous exposures and concluded that recall bias did not consistently lead to increased estimates of the relative risk. [142-144]

Further evidence that recall bias in case-control studies does not inevitably lead to an overestimate of the association between a risk factor and exposure comes from a recent review of meta-analyses of observational studies by Lanza et al.[145] This review analyzed a random

22

sample of 23 meta-analyses of observational studies addressing different exposure/disease associations published in 2013 and compared findings from case-control studies and cohort studies within individual meta-analyses to determine if conclusions from case-control studies were significantly different from those from cohort studies. The authors concluded that there was no significant difference in effect estimates between the case-control and cohort studies, suggesting that the study design did not have an important impact on the conclusions of the meta-analyses. Although recall bias *theoretically* could lead to an overestimate of the association between a risk factor and disease, the empirical evidence indicates that in practice the effect is small in most situations.

The third situation of the effect of media attention on an exposure deserves consideration as there has been reporting in the lay press in recent years about lawsuits involving talc and ovarian cancer. This concern is not relevant to the vast majority of the studies as virtually all of the data collection in the epidemiologic studies of talc and ovarian cancer occurred prior to such litigation. However one notable exception is AACES,[13] which began enrollment in 2010 and included data collected up through August, 2015. At the recommendation of the reviewer who critiqued the manuscript when it was submitted for publication, our group examined the association between talc and ovarian cancer stratified by the date of enrollment. The odds ratio for genital talc use and ovarian cancer was 1.44 for the overall study population and 1.19 for the participants interviewed before 2014. These data do give some credence to the idea that recall bias could have led to the higher odds ratios when including women interviewed during the time when there was more media attention focused on this exposure, however the fact that the association was attenuated but not eliminated when considering the full study population suggests that the association is not due entirely to recall bias.

Another way to approach the issue of whether recall bias is a likely explanation for the association between talc use and ovarian cancer is to consider whether the association was observed for other gynecologic cancers. The data are admittedly very sparse in this regard, however the only published case-control study of talc use and endometrial cancer reported an odds ratio of 0.88 (95% CI 0.68 – 1.14).[67] A study of ovarian cancer that was conducted by

several of the same investigators as the endometrial cancer study used similar methodology, was conducted in a similar timeframe (early to mid-2000s) in the same geographic region (Australia) and reported a similar prevalence of talc use in the study population. In contrast to their endometrial cancer study in which the investigators observed a non-significant inverse association with talc use, the investigators found a statistically significant increased risk for ovarian cancer associated with talc use (odds ratio=1.17, 95% CI 1.01 – 1.36).[123] While this comparison clearly needs to be interpreted cautiously because there is only a single published case-control study of talc use and endometrial cancer, it does provide evidence to suggest that the association between talc and ovarian cancer observed in most case-control studies is not due simply to recall bias.

Cohort Studies – Strengths and Weaknesses: In contrast to the case-control study, the prospective cohort study design is less susceptible to the selection bias and recall bias described above. Women who develop cancer and the comparison group are from the same population (the cohort) so the bias that could arise from improperly selecting a control group is minimized. Similarly, because the exposure information is collected before the diagnosis of cancer, one would not expect that recall of exposures would differ between the women who went on to develop cancer and those who remained free of cancer.

Despite these advantages, cohort studies do have some important disadvantages in relation to studying cancer etiology. The first is that even with large cohorts, it takes many years for a reasonable number of cancers to develop within the cohort, especially for an uncommon cancer like ovarian cancer. When considering the statistical power of a study to assess the association between an exposure and a disease, the size of the cohort is not the only driver of study power. A more critical consideration is the number of cases that develop within the cohort, which in turn is dependent on the length of follow-up of the larger cohort. Therefore, a large cohort with a relatively short duration of follow-up during which time a small number of cases developed among cohort will have low statistical power. In contrast, the total sample size of a case-control study is likely to be much smaller than a cohort study, but if it has a larger number of cases, it will have greater statistical power than the cohort study.

24

Among the three cohort studies included in the most recent meta-analysis,[56] the Nurses'
Health Study reported 307 cases in a cohort of 78,630 women after approximately 14 years of
follow-up;[34,146] the Women's Health Initiative reported 429 cases in a cohort of 61,576 women
after a mean of 12.4 years of follow-up[27] and the Sister Study reported 154 cases in a cohort of
41,654 women after a mean of 6.6 years of follow-up.[24] Even with tens of thousands of women
in these studies, the number of ovarian cancer cases within each cohort is smaller than the
number of ovarian cancer cases in many of the case-control studies. In particular, the number
of cases within the Sister Study is smaller than the number of cases in any of the case-control
studies published since 1993. As described in a commentary by Narod[81], the lack of a significant
overall association between ever use of talc and ovarian cancer in the cohort studies may be
due to the fact that the despite the large size of the cohorts, the studies were not adequately
powered to detect a relative risk of approximately 1.2.

Another limitation of cohort studies that is of greater relevance to the question of talc
use and ovarian cancer is information bias related to exposure assessment. Cohort studies are
typically designed to examine many different outcomes that develop within the study
population over time. The Nurses' Health Study (http://www.nurseshealthstudy.org/selected-
publications) and Women's Health Initiative (https://www.nhlbi.nih.gov/whi/references.htm)
have reported on many different outcomes including, but not limited to, multiple types of
cancer, cardiovascular diseases, fractures, gastrointestinal conditions and mental health. In
contrast, case-control studies focus on a single disease, such as ovarian cancer. Because cohort
studies are designed to examine diverse outcomes, the questionnaires must obtain data on risk
factors that are relevant to a wider variety of diseases. To keep the questionnaire to a
manageable length, a cohort study will typically query about more risk factors but in less detail
than a case-control study that is focused on a single disease. This is the case with the talc
questions, with the cohort studies collecting less detailed information on talc use, especially in
regard to duration and frequency of use, than most of the case-control studies.

It is also worth noting that cohort studies are also subject to recall errors, especially
when assessing exposures that began early in life. When the cohort studies assessed talc use,
they were asking women to recall their past use of the products up to the point of interview,

similar to how exposure is assessed in the case-control studies. In the Nurses' Health Study, the cohort members were aged 36 to 61 at the time talc use was assessed in 1982, and in the Women's Health Initiative, the mean age at enrollment was 63. Because many women initiate use of talc at a young age, the study participants would have been recalling exposures over several decades, and it stands to reason that there would be some errors in recall. Therefore, in cohort studies as in case-control studies, reported talc use was subject to some degree of inaccurate recall. This likely resulted in non-differential misclassification of the exposure, which usually results in an underestimate of the true relative risk.

Another concern with exposure assessment in cohort studies that is highly relevant to the question of talc use in relation to ovarian cancer is that risk factor information can change over time. If the questionnaire data that were collected when the cohort was assembled do not include a comprehensive exposure history to that time point and are not updated over time, the information may not reflect the complete exposure history of an individual in the time before she was diagnosed with cancer. This could result in some talc users being incorrectly identified as non-users or in incorrect estimates of the duration of exposure.

Incomplete exposure assessment is a potential problem for each of the three cohort studies that have reported on talc use and ovarian cancer, however it is a particular issue for the Sister Study [24] which reported a non-significant inverse association between talc use and ovarian cancer (relative risk of 0.73, 95% CI 0.44 – 1.20). Each of the cohort studies assessed talc use at a single point in time and did not update the information at subsequent follow-up interviews. The Nurses' Health Study collected limited information on talc exposure in 1982, and did not collect additional data on talc use in subsequent questionnaires between 1982 and when the results were described in papers published in 2000 [34] and 2010. [146] Similarly, the Women's Health Initiative collected information on talc exposure when the women were enrolled into the study and did not obtain updated information during the years the cohort was followed. Therefore, any use of talc after that single exposure assessment was not captured, and there would be a certain amount of misclassification of the exposure in both the women who subsequently developed ovarian cancer and those who did not. If the misclassification was non-differential, meaning that the degree of misclassification was similar between the women

who developed ovarian cancer and those who did not, the predicted effect would be a bias towards the null.[140] In other words, non-differential misclassification of talc exposure (as a dichotomous variable) would mean that the observed relative risk was not as strong as it would have been if there had been not misclassification.

The degree of misclassification of exposure in the Sister Study [24] is apparently much greater than in the other cohort studies. Use of talc was assessed through questions about personal care products used only in the 12 months prior to enrollment, including genital talc use in the form of powder or spray applied to a sanitary napkin, underwear, diaphragm, cervical cap or vaginal area. This assessment is essentially a "snapshot" of talc use during a short period of time, capturing neither the cumulative use of talc up to that point nor any subsequent use of talc after the baseline interview. Not surprisingly, the reported prevalence of talc use was quite low in this study. The 14% prevalence reported in the Sister Study was markedly lower than the other two cohort studies (40.2% in the Nurses' Health Study [34] and 52.6% in the Women's Health Initiative [27]) as well as in nearly all of the case-control studies. In addition to underestimating the prevalence of talc use in their population, their assessment of talc only during the year prior to enrollment probably did not capture exposure during the most relevant period of the woman's life. As the authors acknowledged in their paper, if latency (the time between exposure and diagnosis of cancer) is 15 to 20 years, the exposure assessments do not accurately reflect the period of risk. The limitations in the assessment of talc use raise serious questions about the validity of the findings from the Sister Study for this particular exposure. It is impossible to predict the direction or the magnitude of the association between talc use and ovarian cancer if the Sister Study had conducted a more complete assessment of the exposure.

A further limitation of the exposure assessment in the Nurses' Health Study and Women's Health Initiative is that neither assessed both the frequency and duration of use of talc. This additional limitation has ramifications for assessing dose-response gradients, which will be discussed in a later section of this report.

While cohort studies are often considered a stronger study design for assessing causal relationships between an exposure and outcome, this is not absolutely true for all exposures and outcomes. Rather than making a judgement about the quality of evidence based solely on

study design, it is important to consider study design from a more nuanced perspective and consider whether a cohort or case-control study provides the most optimal assessment of the exposure and outcome. As described above, each of the three cohort studies that has addressed talc use and ovarian cancer risk had substantial limitations in their assessment of talc use within their study population, which weakens their conclusions that talc use is not significantly associated with ovarian cancer risk.

In addition, the Sister Study,[24] which is a study that was designed primarily to examine breast cancer outcomes among women who had a sister with breast cancer, the small number of ovarian cancer cases despite the large size of the cohort and the inadequate assessment of talc exposure arguably make it a much weaker study than some of the larger, well-designed population-based, case-control studies. Notably, this study, with a relative risk estimate of 0.73 (95% CI 0.44 – 1.20) [24] could be considered an outlier as it is only one of two studies that reported a relative risk substantially less than 1, the other being Hartge's 1983 hospital-based case-control study.[49]

Uncontrolled Confounding in Observational Studies: Uncontrolled confounding is a potential concern in both case-control and cohort studies since they are observational studies. If a factor is associated with talc use *and* is a risk factor for ovarian cancer and is not accounted for in the statistical analysis, it could confound the association between talc use and ovarian cancer. In other words, if there is confounding, the increased risk observed with talc use could be due to the failure to account for the other risk factor. Vaginal douching, which was found to be associated with ovarian cancer risk in the Sister Study, was examined as a potential confounder of the association between talc use and ovarian cancer.[24] Their analyses showed that adjusting for douching using statistical modelling had a negligible effect on the association between talc use and ovarian cancer, providing no evidence of confounding. Other studies have either found an association between talc and ovarian cancer when controlling for douching [44] or found no association between douching and ovarian cancer,[49] thus the available data do not support that douching is a confounder of the association between talc and ovarian cancer. Although uncontrolled confounding is a theoretical possibility, to my knowledge, in the more

than 30 years of research on talc and ovarian cancer no such confounder has been identified that could account for the increased risk associated with talc use.

Overall, the meta-analyses indicate a high level of consistency in findings, especially from the case-control studies. Although weaker associations were observed in the cohort studies, the most recent meta-analysis did report statistically significant associations with invasive serous ovarian cancer in the cohort studies as well as in the case-control studies that reported on histologic subtype.[56] As a whole, the weaker associations observed for the cohort studies could be plausibly explained by limited methods used for talc exposure assessment, the limitations described above, including the most recent cohort study by Gonzalez, et al.,[24] which will have the predicted effect of biasing the results towards the null (i.e., showing an effect that is weaker than the true effect).

Taken as a whole, the overwhelming statistical strength of these studies, whose results are replicated over decades across a wide variety of populations and investigators, further supported by consistent meta-analysis, weighs very heavily in favor of a causal inference.

**Temporality**

Temporality is the only consideration that is an absolute criterion when making a judgment of causality. This criterion states that a cause (the exposure) must precede the effect (the outcome of interest) in time. Both the cohort and case-control studies that examined talc use in relation to ovarian cancer assessed talc exposure that preceded the diagnosis. In cohort studies, the questionnaire data are obtained before any women in the cohort have a diagnosis of ovarian cancer, and in the case-control studies, women with ovarian cancer are asked to report on exposures that occurred before their diagnosis and controls are asked to report on exposures that occurred in a similar time frame. Therefore, there is no question that the exposure assessment captured talc exposure that preceded the diagnosis of ovarian cancer. Nevertheless, this factor is not highly weighted; while its absence would be fatal to a causal inference, its presence is not particularly compelling support for causation.

**Biological Gradient**

Associations that show evidence of a biological gradient, or dose-response relationship, are considered to have stronger evidence of causality. While the inconsistencies in reported dose-response trends for talc and ovarian cancer have been noted in some meta-analyses and reviews, e.g.,[51,54] there are several considerations about this exposure that should be taken into account.

First, for an association like talc and ovarian cancer, the dose that is most relevant is the amount of talc that actually reaches the fallopian tubes and ovaries. The epidemiologic data rely on measures of external application as a surrogate of the level of exposure, not the actual exposure in the upper genital tract.

Second, there is some inherent inaccuracy in the measurement of the exposure, as the participants in most studies were asked to recall their duration and/or frequency of use over many years.

Third, the dose of talc exposure has been assessed differently across the studies. Some studies assessed only duration of use (months or years), some assessed only frequency of use (e.g., number of days per month) and some used measures of both duration and frequency to come up with a measure of total dose (estimated lifetime number of applications). The limitations of relying on duration or frequency alone as a measure of talc dose are apparent. For certain exposures, oral contraceptive use for example, duration of use is a good measure of total exposure because the pills are taken once daily. In contrast, patterns of talc exposure may be more inconsistent. Some women may use it daily, others only during their menstrual periods, others may apply it only during certain times of the year and others may have still different patterns of use. Measures of exposure based only on duration of use or only on frequency of use could result in inaccurate estimates of total exposure and obscure a dose-response relationship.

Some of the meta-analyses have cited the lack of a clear dose-response relationship as an argument against talc being a cause of ovarian cancer, and when considering measures of either years of talc use or number of applications of talc per month, there is considerable heterogeneity across studies. When considering the studies that examined dose-response associations considering both dose and frequency to estimate the total number of applications

30

of talc,[13,14,25,29,30,32,35,41], the majority [13,14,25,30,32] did find significant trends of higher risk with more lifetime applications of talc.

Terry, et al. [14] noted in the pooled analysis of eight case-control studies that the trend for increasing risk for non-mucinous ovarian cancers with an increasing number of genital powder applications was significant when non-users were included in the analysis, but the trend was not significant when the analysis was restricted to ever users. The authors therefore concluded that the significant trend was largely due to the comparison of women who had ever used talc versus those who had never used it, suggesting that the dose-response relationship was not a simple linear increase in risk with greater exposure to talc.

While there is evidence of a dose response relationship in the majority of the studies that considered both frequency and duration of use (i.e., total number of applications), these observations are less consistent than the overall association between talc and ovarian cancer. There are several possible reasons why not all studies observed dose-response relationships, even when an overall association was observed in the study. First, there is likely to be greater inaccuracy in the recall of duration of use as compared to ever/never use, which would tend to obscure a dose-response relationship. Second, when "ever-users" were stratified into duration of use categories, it often resulted in strata with small numbers of women, resulting in less stable relative risk estimates within the duration categories. Third, as noted by Terry, et al.[14], the dose-response relationship may not be a simple linear trend. In many of the studies, even the women in the lowest exposed category had hundreds of episode of talc exposure. Because there could have been considerable exposure even among the women in the "low" exposure categories, greater exposure may not have resulted in substantially increased risk and thus a linear trend may not have been apparent.

Overall, biological gradient was given lesser weight in my assessment of the literature, based on: 1) some of the studies that assessed a dose-response relationship evaluated only duration or frequency of use and not total number of applications, 2) duration and frequency of use are subject to more misclassification than ever use of talc, 3) small sample sizes within strata lead to unstable estimates, and 4) there is the possibility of a non-linear dose-response relationship. Nonetheless, even with these limitations, there was still evidence of a dose-

31

response relationship in the majority of studies that evaluated it based on the total number of applications.

**Biologic Plausibility**

Biological plausibility refers to whether there is a reasonable biological mechanism through which the exposure could lead to the disease. Hill is quick to point out that biological plausibility depends on the current state of scientific knowledge. Specifically, Hill wrote "It will be helpful if the causation we suspect is biologically plausible. But this is a feature I am convinced we cannot demand. What is biologically plausible depends upon the biological knowledge of the day." It is clear that from these statements that the consideration of biological plausibility does not require that that there is a *proven* biological mechanism to make a judgment of causality between an exposure and disease. Therefore, for this Hill consideration, a scientist looks for biological evidence that might explain the associations that are observed in the epidemiologic studies. In other words, one has to see whether the observed association "makes sense" biologically. In this case, I have considered both clinical plausibility and biological plausibility. Both of these show that the association seen in the epidemiologic studies "makes sense."

It is probably safe to say that our understanding of the complex biological processes that lead from exposure to disease is incomplete for all cancers. In some instances, the precise biological mechanisms by which an exposure leads to disease remain unclear and in others, some mechanisms are well-established but there is not a complete understanding of why some exposed individuals develop the disease and others do not. An example of the former is alcohol consumption as a cause of breast cancer. While alcohol is considered by IARC to be an established cause of breast cancer, [128] recent publications still describe the association as one in which the exact biological pathways are unclear, even though several possible mechanisms have been hypothesized (i.e., metabolism to acetaldehyde or effects on estrogen levels).[147,148] An example of the latter is smoking and lung cancer. Mechanisms of carcinogenesis from constituents of tobacco smoke have been well-described,[149] however it remains unclear as to why some smokers are more susceptible to developing lung cancer. In short, it is important to

32

recognize that biological plausibility depends on the current state of knowledge and may evolve over time as new evidence emerges.

When considering the likelihood of talcum powder products causing ovarian cancer, there is robust data that leads to the conclusion that there are biologically plausible mechanisms by which this exposure could lead to ovarian cancer. Specifically, 1) talcum powder products can migrate from the perineum through the genital tract to the ovaries and fallopian tubes, 2) talcum powder products can become imbedded in the ovarian tissue; 3) talcum powder products can induce an inflammatory response, and 4) the inflammatory response can result in increased oxidative stress and expression of cytokines, mutagenesis, and cell proliferation.

Pathology studies have demonstrated that particles may ascend the female genital tract from the vagina to the fallopian tubes and ovaries,[150,151] and talc particles have been identified in ovarian tissue.[71,76,78,79] In fact, the FDA's 2014 response to the Citizen's Petition requesting a cancer warning label on cosmetic talc products states that "the potential for particulates to migrate from the perineum and vagina to the peritoneal cavity is indisputable".[152] Therefore, it is highly plausible that application of talcum powder products to the genital area can result in exposure to the ovaries.

It is also plausible that inhalation of talc products could also be a route of exposure leading to cancer. Studies of asbestos exposure indicate that inhalation of asbestos fibers can result in exposures to the peritoneal tissue, through transport through the lymphatic system and/or blood.[153-155] There is strong evidence that such exposure can result in cancer, most notably mesothelioma. Inhalation of talcum powder products could result in similar peritoneal exposure.

Given the evidence that external application of talcum powder products can reach the ovaries either through upward migration through the genital tract or through inhalation and subsequent transport through the lymphatic system and/or blood, there are plausible biological pathways by which talc could lead to the development of ovarian cancer.

It is well-established through several lines of evidence that talc can cause inflammation. The inflammatory properties of talc are exploited for clinical use in talc pleurodesis, a treatment

33

for malignant pleural effusions or pneumothorax that involves instillation of talc into the pleural space.(https:www.uptodate.com/contents/talc-pleurodesis) The resultant inflammation and fibrosis result in adhesion of the layers of the pleura, closing the pleural space. The inflammatory properties of talc are also evident in that chronic or acute exposure to talc through inhalation which can result in pulmonary talcosis, a chronic inflammation of the lower respiratory tract.[156,157] Animal studies also confirm that talc causes inflammation, as experiments in rats treated with intra-vaginal or perineal talc showed inflammatory changes in the genital tract.[70] Although neoplastic changes were not observed in this experiment, this could be explained by the small number of animals (n=7) in each group or the duration of the experiment (3 months).

Inflammation has been identified as one of the hallmarks of cancer, with both extrinsic and intrinsic pathways described.[158,159] Talc would be characterized as being involved in an extrinsic pathway, in which an exposure or condition results in chronic, non-resolving inflammatory responses. Chronic inflammation can lead to a cascade of cellular events that could result in damage to DNA, increased cell division and generation of inflammatory mediators.

Recent work by Saed, Fletcher, et al. [160,161] describes the role of oxidative stress in the pathogenesis of ovarian cancer and the effects of talc on the oxidative state of ovarian cancer cell lines. Oxidative stress results when the balance between oxidant and anti-oxidant enzymes and molecules in cells is altered, resulting in an excess of reactive oxygen species or reactive nitrogen species. Oxidative stress, which can result from numerous factors including exposure to carcinogens, infection and chronic inflammation, has been shown to affect the initiation, promotion and progression of several types of cancer. Saed, et al. have reported that talc can generate a pro-oxidant state in both normal ovarian epithelial cells and ovarian cancer cells. Exposure to talc resulted in an increase in mRNA levels of certain pro-oxidant enzymes and a decrease in the mRNA of several anti-oxidant enzymes, suggesting a possible cellular mechanism by which exposure to talc could contribute to the development of ovarian cancer.

There is also evidence in the medical literature that talc products contain additional constituents that are known ovarian carcinogens, particularly asbestos.[162-166]

34

Asbestos is one of the most established carcinogens in our environment, and is associated with a variety of cancers including mesothelioma, lung, larynx and ovarian.[167,168] IARC has stated that "a causal association between exposure to asbestos and cancer of the ovary was clearly established," based on strongly positive cohort mortality studies of women with occupational exposure to asbestos as well as studies of women with environmental exposure to asbestos.[169] The Occupational Safety and Health Administration has stated that "there is no safe level of asbestos exposure for any type of asbestos fiber" and that asbestos exposures as short as a few days have resulted in cancer (mesothelioma), indicating that even low levels of exposure may be carcinogenic. (https://www.osha.gov/SLTC/asbestos/)

Although it has been often stated that talc products manufactured after 1976 are asbestos-free, evidence from published scientific reports, [57,162] analyses performed on samples manufactured and packaged at different time points after 1976,[170-173] and internal documents and testimony from the defendants demonstrate that statement is inaccurate.[174,175] There is evidence that products manufactured after 1976 are not asbestos-free. Studies from Longo, et al. show that talc products can contain asbestos and talc containing asbestiform fibers (e.g., talc occurring in a fibrous habit).[170,171] Therefore it is reasonable to conclude that women who regularly used talc products, both before and after 1976, were likely exposed to asbestos and talc containing asbestiform fibers through their use of these products.

Analyses of talcum powder products also demonstrate the presence of other constituents such as chromium and nickel which are well established carcinogens, and cobalt which is considered a possible carcinogen.[169,174] I have also reviewed a report analyzing the 150+ known fragrance ingredients in talcum powder products, many of which have been determined harmful to humans.[176] The presence of these substances provide further evidence that exposure to talc products could result in cancer

It is also plausible that even among women recently diagnosed with ovarian cancer, exposure to the pre-1976 talc products, which are generally understood to have contained asbestos and talc containing asbestiform fibers, increased their risk for ovarian cancer. It is well-established that many cancer risk factors have a long latency, which the National Cancer Institute defines as "the time that passes between being exposed to something that can cause

35

disease and having symptoms". Numerous examples of cancer risk factors with prolonged latency periods exist. For example, lung cancer typically is not diagnosed among cigarette smokers for several decades after initial exposure [177] and having severe sunburns during childhood is a risk factor for melanoma,[178] which has a median age of diagnosis of 63 years. [135]

It has also been reported that the latency period between exposure to asbestos and mesothelioma (the cancer most strongly linked to asbestos exposure), ranges from 15 to more than 70 years.[179,180] The median latency has been estimated at 22 to 32 years, with longer latency periods estimated for women than for men.[179,180] Thus, it is not unreasonable to conclude that exposure to talc products early in a woman's life could result in ovarian cancer decades later.

Further, other established risk factors for ovarian cancer also demonstrate long latency periods. Oral contraceptive use and history of pregnancy are two of the factors that are most consistently reported in association with ovarian cancer (both of which reduce risk). Although, these are "exposures" that typically occur when women are in their teens, twenties or thirties, the median age of diagnosis of ovarian cancer is 61 years, suggesting that events and exposures from early in a woman's reproductive life can influence her risk for ovarian cancer decades later.

The totality of this evidence indicates that there are plausible biological pathways by which use of talc products could lead to ovarian cancer. There is clear evidence that external applications of these products can result in exposure to the ovaries, through upward migration through the genital tract or inhalation exposure. Once exposed, there are plausible biological mechanisms, by which talc itself or constituents of the talcum powder product could lead to carcinogenic transformation of ovarian cells. This includes credible evidence that talc products contain asbestos fibers, a known ovarian carcinogen, regardless of whether they were manufactured before or after 1976. While it is likely that advances in scientific knowledge may further refine our understanding of how talc exposure can lead to ovarian cancer, our current knowledge is adequate to conclude that there are plausible biological pathways leading from talc exposure to ovarian cancer.

I have considered the biologic plausibility that would support and detract from the hypothesis that talcum powder products can cause ovarian cancer. The more persuasive evidence is that talc can migrate to the ovaries through the genital tract and become imbedded in ovarian tissue. It is also plausible that talc could reach the peritoneal cavity through an inhalation route. Regardless of the route of exposure, it is clear that talcum powder products, including constituents like asbestos and fibrous talc, may cause an inflammatory response and oxidative stress that could lead to cell damage. These biologically plausible mechanisms are a persuasive explanation for the consistent increased risk we have observed in the epidemiologic studies. *Simply put, the observed association "makes sense" biologically.* Along with consistency and strength, I considered this a strong factor favoring a causal inference.

**Specificity**

As described by Hill,[121] if specificity exists between an exposure characteristic and disease, it provides strong evidence of causality. However, he also stated that "one-to-one relationships are not frequent …multi-causation of disease is generally more likely that single causation". Clearly, ovarian cancer has multiple causes, with talc exposure among many known risk factors. From the standpoint of there being a "one-to-one relationship" between talc and ovarian cancer, there is not a high level of specificity. However, given that talcum powder products are particularly associated with epithelial ovarian cancer, especially serous ovarian cancer, it does support that it is a fairly specific relationship. This aspect was given only modest weight, because talc is one of many possible causes of ovarian cancer.

**Coherence**

It is recognized that the plausibility depends on the current state of biological knowledge. Knowledge of the biological mechanisms for ovarian carcinogenesis (and virtually any other disease) is incomplete and will continue to evolve as further research continues. Coherence, as described by Hill, means that, even if the knowledge of biology of the disease is not well-defined, the "data should not seriously conflict with the generally known facts of the natural history and biology of the disease".[121] Given the current state of knowledge of ovarian

37

carcinogenesis, the postulated mechanisms by which talc exposure leads to ovarian cancer do not conflict with the current state of knowledge on ovarian carcinogenesis. This aspect was given considerable weight as it is important that the overall evidence fit together in a coherent manner. Taking into account the plausible pathways by which talc products could reach the target tissue, the expected latency period between exposure and disease, and biological mechanisms that are consistent with our knowledge of carcinogenesis, the data are consistent with the natural history and biology of ovarian cancer.

**Experiment**

As described above, the epidemiologic data on talc use and ovarian cancer are from observational studies, therefore there are no clear cut experimental data on which a causal assessment can be made. Hill acknowledged that experimental data are often not available for the exposure/disease associations under study, but in some circumstances, experimental or semi-experimental evidence is available.[121] For example, if a preventive action is taken to remove the exposure and the incidence of disease declines, there is strong support for a causal relationship. No such experimental evidence is available for talc use and ovarian cancer.

**Analogy**

The final viewpoint defined by Hill [121] is analogy, whereby evidence of an association with one risk factor would suggest that a similar risk factor could also plausibly be associated with the disease. Because this viewpoint is rather vague, it is often not incorporated into causal assessments. Nevertheless, while I did not weight it heavily, the similarity between asbestos and asbestiform talc – both of which are widely accepted as causing ovarian cancer – is supportive of this viewpoint.

**Conclusion**

Epidemiologic evidence linking genital talc use to ovarian cancer has been accruing since 1982.[50] As I evaluated this evidence, I considered the results from individual studies with different designs (case-control and cohort) as well as meta-analyses and a pooled analysis of

38

multiple case-control studies. In my evaluation of the data, I considered the strengths and weaknesses of individual studies, recognizing that there are advantages and disadvantages of both case-control and cohort studies for evaluating talc as a risk factor for ovarian cancer. I used the Bradford Hill framework as a guide for making my weight of the evidence assessment of whether there is evidence for a causal association between talc use and ovarian cancer.

The epidemiologic evidence I evaluated was derived from more than two dozen studies conducted in many different settings. The vast majority of studies reported relative risks or odds ratios greater than one, indicating that women with ovarian cancer were more likely to have used talc products than women without ovarian cancer. Meta-analyses, which combine findings across multiple studies to come up with an overall estimate of risk that is more statistically robust, have consistently reported that there is a statistically significant increased risk for ovarian cancer among women who reported genital talc use. While meta-analyses have noted that the relative risk estimates from case-control studies have been larger than from cohort studies, limitations in all of the cohort studies could explain the weaker associations observed in these studies. It is also noteworthy that the most recent meta-analysis [56] reported significantly increased risks for invasive serous ovarian cancer, which is the most common subtype as well as the one with the worst prognosis, in both cohort and case-control studies.

The epidemiologic studies that have examined talc use in relation to ovarian cancer risk have been conducted in very diverse populations, both within and outside the United States and in women of different race/ethnicities. The consistency of the findings across populations adds credibility to the findings of increased risk of ovarian cancer among talc users.

The relative risk estimates in most studies and the summary relative risk estimates from the meta-analyses are of a magnitude (~1.25-1.30) that is comparable to other common exposures that are causally related to cancer (e.g., passive smoke exposure and lung cancer, oral contraceptive use and breast cancer, menopausal estrogen use and breast cancer, residential radon exposure and lung cancer). Additional evidence supportive of talc being an ovarian cancer risk factor are biologically plausible mechanisms based on inflammation pathways, oxidative stress and the presence of asbestos, asbestiform talc, and other known

carcinogens in talcum powder products. Evidence of a dose-response relationship exists in many of the studies that considered both duration and frequency of exposure.

Based on the evidence in total, it is my opinion with a reasonable degree of scientific certainty that use of talcum powder products can cause ovarian cancer. I reserve the right to modify or refine my opinions based on additional scientific evidence that may emerge on this topic.

## References

1. Schildkraut JM, Alberg AJ, Bandera EV, et al. A multi-center population-based case-control study of ovarian cancer in African-American women: the African American Cancer Epidemiology Study (AACES). *BMC cancer.* 2014;14:688.

2. Newman B, Moorman PG, Millikan R, et al. The Carolina Breast Cancer Study: integrating population-based epidemiology and molecular biology. *Breast Cancer Res Treat.* 1995;35(1):51-60.

3. Moorman PG, Myers ER, Schildkraut JM, Iversen ES, Wang F, Warren N. Effect of hysterectomy with ovarian preservation on ovarian function. *Obstet Gynecol.* 2011;118(6):1271-1279.

4. Alberg AJ, Moorman PG, Crankshaw S, et al. Socioeconomic Status in Relation to the Risk of Ovarian Cancer in African-American Women: A Population-Based Case-Control Study. *Am J Epidemiol.* 2016;184(4):274-283.

5. Moorman PG, Alberg AJ, Bandera EV, et al. Reproductive factors and ovarian cancer risk in African-American women. *Ann Epidemiol.* 2016;26(9):654-662.

6. Erondu CO, Alberg AJ, Bandera EV, et al. The Association Between Body Mass Index and Presenting Symptoms in African American Women with Ovarian Cancer. *J Womens Health (Larchmt).* 2016;25(6):571-578.

7. Newman B, Mu H, Butler LM, Millikan RC, Moorman PG, King MC. Frequency of breast cancer attributable to BRCA1 in a population-based series of American women. *JAMA.* 1998;279(12):915-921.

8. Moorman PG, Kuwabara H, Millikan RC, Newman B. Menopausal hormones and breast cancer in a biracial population. *Am J Public Health.* 2000;90(6):966-971.

9. Moorman PG, Millikan RC, Newman B. Oral contraceptives and breast cancer among African-american women and white women. *J Natl Med Assoc.* 2001;93(9):329-334.

10. Carey LA, Perou CM, Livasy CA, et al. Race, breast cancer subtypes, and survival in the Carolina Breast Cancer Study. *JAMA.* 2006;295(21):2492-2502.

11. Millikan RC, Newman B, Tse CK, et al. Epidemiology of basal-like breast cancer. *Breast Cancer Res Treat.* 2008;109(1):123-139.

12. Trabuco EC, Moorman PG, Algeciras-Schimnich A, Weaver AL, Cliby WA. Association of Ovary-Sparing Hysterectomy With Ovarian Reserve. *Obstet Gynecol.* 2016;127(5):819-827.

13. Schildkraut JM, Abbott SE, Alberg AJ, et al. Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES). *Cancer Epidemiol Biomarkers Prev.* 2016;25(10):1411-1417.

14. Terry KL, Karageorgi S, Shvetsov YB, et al. Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls. *Cancer prevention research.* 2013;6(8):811-821.

15. Havrilesky LJ, Moorman PG, Lowery WJ, et al. Oral contraceptive pills as primary prevention for ovarian cancer: a systematic review and meta-analysis. *Obstet Gynecol.* 2013;122(1):139-147.

16. Gierisch JM, Coeytaux RR, Urrutia RP, et al. Oral contraceptive use and risk of breast, cervical, colorectal, and endometrial cancers: a systematic review. *Cancer Epidemiol Biomarkers Prev.* 2013;22(11):1931-1943.

17. Moorman PG, Havrilesky LJ, Gierisch JM, et al. Oral contraceptives and risk of ovarian cancer and breast cancer among high-risk women: a systematic review and meta-analysis. *J Clin Oncol.* 2013;31(33):4188-4198.

18. Myers ER, Moorman P, Gierisch JM, et al. Benefits and Harms of Breast Cancer Screening: A Systematic Review. *JAMA.* 2015;314(15):1615-1634.

19. Oeffinger KC, Fontham ET, Etzioni R, et al. Breast Cancer Screening for Women at Average Risk: 2015 Guideline Update From the American Cancer Society. *JAMA.* 2015;314(15):1599-1614.

20. Moorman PG, Calingaert B, Palmieri RT, et al. Hormonal risk factors for ovarian cancer in premenopausal and postmenopausal women. *Am J Epidemiol.* 2008;167(9):1059-1069.

21. Moorman PG, Berchuck A, Calingaert B, Halabi S, Schildkraut JM. Antidepressant medication use [corrected] and risk of ovarian cancer. *Obstet Gynecol.* 2005;105(4):725-730.

22. Moorman PG, Schildkraut JM, Calingaert B, Halabi S, Berchuck A. Menopausal hormones and risk of ovarian cancer. *Am J Obstet Gynecol.* 2005;193(1):76-82.

23. Moorman PG, Palmieri RT, Akushevich L, Berchuck A, Schildkraut JM. Ovarian Cancer Risk Factors in African-American and White Women. *Am J Epidemiol.* 2009.

24. Gonzalez NL, O'Brien KM, D'Aloisio AA, Sandler DP, Weinberg CR. Douching, Talc Use, and Risk of Ovarian Cancer. *Epidemiology.* 2016;27(6):797-802.

25. Cramer DW, Vitonis AF, Terry KL, Welch WR, Titus LJ. The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States. *Epidemiology.* 2016;27(3):334-346.

26. Wu AH, Pearce CL, Tseng CC, Pike MC. African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates. *Cancer Epidemiol Biomarkers Prev.* 2015;24(7):1094-1100.

27. Houghton SC, Reeves KW, Hankinson SE, et al. Perineal powder use and risk of ovarian cancer. *J Natl Cancer Inst.* 2014;106(9).

28. Kurta ML, Moysich KB, Weissfeld JL, et al. Use of fertility drugs and risk of ovarian cancer: results from a U.S.-based case-control study. *Cancer Epidemiol Biomarkers Prev.* 2012;21(8):1282-1292.

29. Rosenblatt KA, Weiss NS, Cushing-Haugen KL, Wicklund KG, Rossing MA. Genital powder exposure and the risk of epithelial ovarian cancer. *Cancer Causes Control.* 2011;22(5):737-742.

30. Wu AH, Pearce CL, Tseng CC, Templeman C, Pike MC. Markers of inflammation and risk of ovarian cancer in Los Angeles County. *Int J Cancer.* 2009;124(6):1409-1415.

31. Gates MA, Tworoger SS, Terry KL, et al. Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian cancer. *Cancer Epidemiol Biomarkers Prev.* 2008;17(9):2436-2444.

32. Mills PK, Riordan DG, Cress RD, Young HA. Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. *Int J Cancer.* 2004;112(3):458-464.

33. Ness RB, Grisso JA, Cottreau C, et al. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. *Epidemiology.* 2000;11(2):111-117.

34.    Gertig DM, Hunter DJ, Cramer DW, et al. Prospective study of talc use and ovarian cancer. *J Natl Cancer Inst.* 2000;92(3):249-252.

35.    Cramer DW, Liberman RF, Titus-Ernstoff L, et al. Genital talc exposure and risk of ovarian cancer. *Int J Cancer.* 1999;81(3):351-356.

36.    Wong C, Hempling RE, Piver MS, Natarajan N, Mettlin CJ. Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study. *Obstet Gynecol.* 1999;93(3):372-376.

37.    Rosenblatt KA, Mathews WA, Daling JR, Voigt LF, Malone K. Characteristics of women who use perineal powders. *Obstet Gynecol.* 1998;92(5):753-756.

38.    Godard B, Foulkes WD, Provencher D, et al. Risk factors for familial and sporadic ovarian cancer among French Canadians: a case-control study. *Am J Obstet Gynecol.* 1998;179(2):403-410.

39.    Chang S, Risch HA. Perineal talc exposure and risk of ovarian carcinoma. *Cancer.* 1997;79(12):2396-2401.

40.    Green A, Purdie D, Bain C, et al. Tubal sterilisation, hysterectomy and decreased risk of ovarian cancer. Survey of Women's Health Study Group. *Int J Cancer.* 1997;71(6):948-951.

41.    Cook LS, Kamb ML, Weiss NS. Perineal powder exposure and the risk of ovarian cancer. *Am J Epidemiol.* 1997;145(5):459-465.

42.    Purdie D, Green A, Bain C, et al. Reproductive and other factors and risk of epithelial ovarian cancer: an Australian case-control study. Survey of Women's Health Study Group. *Int J Cancer.* 1995;62(6):678-684.

43.    Tzonou A, Polychronopoulou A, Hsieh CC, Rebelakos A, Karakatsani A, Trichopoulos D. Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. *Int J Cancer.* 1993;55(3):408-410.

44.    Harlow BL, Cramer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer risk. *Obstet Gynecol.* 1992;80(1):19-26.

45.    Chen Y, Wu PC, Lang JH, Ge WJ, Hartge P, Brinton LA. Risk factors for epithelial ovarian cancer in Beijing, China. *Int J Epidemiol.* 1992;21(1):23-29.

46.    Booth M, Beral V, Smith P. Risk factors for ovarian cancer: a case-control study. *Br J Cancer.* 1989;60(4):592-598.

47.    Harlow BL, Weiss NS. A case-control study of borderline ovarian tumors: the influence of perineal exposure to talc. *Am J Epidemiol.* 1989;130(2):390-394.

48.    Whittemore AS, Wu ML, Paffenbarger RS, Jr., et al. Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. *Am J Epidemiol.* 1988;128(6):1228-1240.

49.    Hartge P, Hoover R, Lesher LP, McGowan L. Talc and ovarian cancer. *JAMA.* 1983;250(14):1844.

50.    Cramer DW, Welch WR, Scully RE, Wojciechowski CA. Ovarian cancer and talc: a case-control study. *Cancer.* 1982;50(2):372-376.

51.    Berge W, Mundt K, Luu H, Boffetta P. Genital use of talc and risk of ovarian cancer: a meta-analysis. *Eur J Cancer Prev.* 2017 (published in 2018).

52.    Langseth H, Hankinson SE, Siemiatycki J, Weiderpass E. Perineal use of talc and risk of ovarian cancer. *J Epidemiol Community Health.* 2008;62(4):358-360.

53.  Huncharek M, Muscat J, Onitilo A, Kupelnick B. Use of cosmetic talc on contraceptive diaphragms and risk of ovarian cancer: a meta-analysis of nine observational studies. *Eur J Cancer Prev.* 2007;16(5):422-429.

54.  Huncharek M, Geschwind JF, Kupelnick B. Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: a meta-analysis of 11,933 subjects from sixteen observational studies. *Anticancer Res.* 2003;23(2C):1955-1960.

55.  Gross AJ, Berg PH. A meta-analytical approach examining the potential relationship between talc exposure and ovarian cancer. *J Expo Anal Environ Epidemiol.* 1995;5(2):181-195.

56.  Penninkilampi R, Eslick GD. Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis. *Epidemiology.* 2018;29(1):41-49.

57.  Gordon R, Fitzgerald S, Millette J. Asbestos in commercial cosmetic talcum powder as a cause of mesothelioma in women. *Int J Occup Environ Health.* 2015;21(4):347-348.

58.  Hartge P, Stewart P. Occupation and ovarian cancer: a case-control study in the Washington, DC, metropolitan area, 1978-1981. *J Occup Med.* 1994;36(8):924-927.

59.  Langseth H, Kjaerheim K. Ovarian cancer and occupational exposure among pulp and paper employees in Norway. *Scand J Work Environ Health.* 2004;30(5):356-361.

60.  Bulbulyan MA, Ilychova SA, Zahm SH, Astashevsky SV, Zaridze DG. Cancer mortality among women in the Russian printing industry. *Am J Ind Med.* 1999;36(1):166-171.

61.  Langseth H, Andersen A. Cancer incidence among women in the Norwegian pulp and paper industry. *Am J Ind Med.* 1999;36(1):108-113.

62.  Shen N, Weiderpass E, Antilla A, et al. Epidemiology of occupational and environmental risk factors related to ovarian cancer. *Scand J Work Environ Health.* 1998;24(3):175-182.

63.  Urban N, Hawley S, Janes H, et al. Identifying post-menopausal women at elevated risk for epithelial ovarian cancer. *Gynecol Oncol.* 2015;139(2):253-260.

64.  Trabert B, Pinto L, Hartge P, et al. Pre-diagnostic serum levels of inflammation markers and risk of ovarian cancer in the prostate, lung, colorectal and ovarian cancer (PLCO) screening trial. *Gynecol Oncol.* 2014;135(2):297-304.

65.  Williams KA, Labidi-Galy SI, Terry KL, et al. Prognostic significance and predictors of the neutrophil-to-lymphocyte ratio in ovarian cancer. *Gynecol Oncol.* 2014;132(3):542-550.

66.  Crawford L, Reeves KW, Luisi N, Balasubramanian R, Sturgeon SR. Perineal powder use and risk of endometrial cancer in postmenopausal women. *Cancer Causes Control.* 2012;23(10):1673-1680.

67.  Neill AS, Nagle CM, Spurdle AB, Webb PM. Use of talcum powder and endometrial cancer risk. *Cancer Causes Control.* 2012;23(3):513-519.

68.  Vitonis AF, Titus-Ernstoff L, Cramer DW. Assessing ovarian cancer risk when considering elective oophorectomy at the time of hysterectomy. *Obstet Gynecol.* 2011;117(5):1042-1050.

69.  Karageorgi S, Gates MA, Hankinson SE, De Vivo I. Perineal use of talcum powder and endometrial cancer risk. *Cancer Epidemiol Biomarkers Prev.* 2010;19(5):1269-1275.

70.  Keskin N, Teksen YA, Ongun EG, Ozay Y, Saygili H. Does long-term talc exposure have a carcinogenic effect on the female genital system of rats? An experimental pilot study. *Arch Gynecol Obstet.* 2009;280(6):925-931.

71.  Cramer DW, Welch WR, Berkowitz RS, Godleski JJ. Presence of talc in pelvic lymph nodes of a woman with ovarian cancer and long-term genital exposure to cosmetic talc. *Obstet Gynecol.* 2007;110(2 Pt 2):498-501.

72.  Buzzard AR, Lau BH. Pycnogenol reduces talc-induced neoplastic transformation in human ovarian cell cultures. *Phytother Res.* 2007;21(6):579-586.

73.  Muscat J, Huncharek M, Cramer DW. Talc and anti-MUC1 antibodies. *Cancer Epidemiol Biomarkers Prev.* 2005;14(11 Pt 1):2679; author reply 2680.

74.  Cramer DW, Titus-Ernstoff L, McKolanis JR, et al. Conditions associated with antibodies against the tumor-associated antigen MUC1 and their relationship to risk for ovarian cancer. *Cancer Epidemiol Biomarkers Prev.* 2005;14(5):1125-1131.

75.  Eltabbakh GH, Piver MS, Natarajan N, Mettlin CJ. Epidemiologic differences between women with extraovarian primary peritoneal carcinoma and women with epithelial ovarian cancer. *Obstet Gynecol.* 1998;91(2):254-259.

76.  Heller DS, Westhoff C, Gordon RE, Katz N. The relationship between perineal cosmetic talc usage and ovarian talc particle burden. *Am J Obstet Gynecol.* 1996;174(5):1507-1510.

77.  Boorman GA, Seely JC. The lack of an ovarian effect of lifetime talc exposure in F344/N rats and B6C3F1 mice. *Regul Toxicol Pharmacol.* 1995;21(2):242-243.

78.  Henderson WJ, Hamilton TC, Griffiths K. Talc in normal and malignant ovarian tissue. *Lancet.* 1979;1(8114):499.

79.  Henderson WJ, Joslin CA, Turnbull AC, Griffiths K. Talc and carcinoma of the ovary and cervix. *J Obstet Gynaecol Br Commonw.* 1971;78(3):266-272.

80.  Rasmussen CB, Kjaer SK, Albieri V, et al. Pelvic Inflammatory Disease and the Risk of Ovarian Cancer and Borderline Ovarian Tumors: A Pooled Analysis of 13 Case-Control Studies. *Am J Epidemiol.* 2017;185(1):8-20.

81.  Narod SA. Talc and ovarian cancer. *Gynecol Oncol.* 2016;141(3):410-412.

82.  Ness R. DOES TALC EXPOSURE CAUSE OVARIAN CANCER?: IGCS-0015 Ovarian Cancer. *Int J Gynecol Cancer.* 2015;25 Suppl 1:51.

83.  Wentzensen N, Wacholder S. Talc use and ovarian cancer: epidemiology between a rock and a hard place. *J Natl Cancer Inst.* 2014;106(9).

84.  Hunn J, Rodriguez GC. Ovarian cancer: etiology, risk factors, and epidemiology. *Clin Obstet Gynecol.* 2012;55(1):3-23.

85.  Cramer DW. The epidemiology of endometrial and ovarian cancer. *Hematol Oncol Clin North Am.* 2012;26(1):1-12.

86.  Huncharek M, Muscat J. Perineal talc use and ovarian cancer risk: a case study of scientific standards in environmental epidemiology. *Eur J Cancer Prev.* 2011;20(6):501-507.

87.  Cramer DW, Finn OJ. Epidemiologic perspective on immune-surveillance in cancer. *Curr Opin Immunol.* 2011;23(2):265-271.

88.  Sueblinvong T, Carney ME. Current understanding of risk factors for ovarian cancer. *Curr Treat Options Oncol.* 2009;10(1-2):67-81.

89.  Ainsworth S. Not safe for babies' bottom? *Pract Midwife.* 2009;12(4):42.

90.  Sueblinvong T, Carney ME. Ovarian cancer: risks. *Hawaii Med J.* 2009;68(2):40-46.

91. Muscat JE, Huncharek MS. Perineal talc use and ovarian cancer: a critical review. *Eur J Cancer Prev.* 2008;17(2):139-146.

92. Salehi F, Dunfield L, Phillips KP, Krewski D, Vanderhyden BC. Risk factors for ovarian cancer: an overview with emphasis on hormonal factors. *J Toxicol Environ Health B Crit Rev.* 2008;11(3-4):301-321.

93. Horiuchi A, Konishi I. [Prevention of ovarian cancer development]. *Nihon Rinsho.* 2004;62 Suppl 10:597-600.

94. Tamaya T. [Epidemiology of ovarian cancer]. *Nihon Rinsho.* 2004;62 Suppl 10:435-440.

95. Wehner AP. Cosmetic talc should not be listed as a carcinogen: comments on NTP's deliberations to list talc as a carcinogen. *Regul Toxicol Pharmacol.* 2002;36(1):40-50.

96. Sagae S, Mori M, Moore MA. Risk Factors for Ovarian Cancers: Do Subtypes Require Separate Treatment in Epidemiological Studies? *Asian Pac J Cancer Prev.* 2002;3(1):5-16.

97. La Vecchia C. Epidemiology of ovarian cancer: a summary review. *Eur J Cancer Prev.* 2001;10(2):125-129.

98. Meisler JG. Toward optimal health: the experts discuss ovarian cancer. *J Womens Health Gend Based Med.* 2000;9(7):705-710.

99. Whysner J, Mohan M. Perineal application of talc and cornstarch powders: evaluation of ovarian cancer risk. *Am J Obstet Gynecol.* 2000;182(3):720-724.

100. Ness RB, Cottreau C. Possible role of ovarian epithelial inflammation in ovarian cancer. *J Natl Cancer Inst.* 1999;91(17):1459-1467.

101. Daly M, Obrams GI. Epidemiology and risk assessment for ovarian cancer. *Semin Oncol.* 1998;25(3):255-264.

102. Muscat JE, Wynder EL. Re: "Perineal powder exposure and the risk of ovarian cancer". *Am J Epidemiol.* 1997;146(9):786.

103. Cramer DW, Xu H. Epidemiologic evidence for uterine growth factors in the pathogenesis of ovarian cancer. *Ann Epidemiol.* 1995;5(4):310-314.

104. Harlow BL, Hartge PA. A review of perineal talc exposure and risk of ovarian cancer. *Regul Toxicol Pharmacol.* 1995;21(2):254-260.

105. Kasper CS, Chandler PJ, Jr. Possible morbidity in women from talc on condoms. *JAMA.* 1995;273(11):846-847.

106. Tortolero-Luna G, Mitchell MF. The epidemiology of ovarian cancer. *J Cell Biochem Suppl.* 1995;23:200-207.

107. Wehner AP. Biological effects of cosmetic talc. *Food Chem Toxicol.* 1994;32(12):1173-1184.

108. Shoham Z. Epidemiology, etiology, and fertility drugs in ovarian epithelial carcinoma: where are we today? *Fertil Steril.* 1994;62(3):433-448.

109. Baker TR, Piver MS. Etiology, biology, and epidemiology of ovarian cancer. *Semin Surg Oncol.* 1994;10(4):242-248.

110. Herbst AL. The epidemiology of ovarian carcinoma and the current status of tumor markers to detect disease. *Am J Obstet Gynecol.* 1994;170(4):1099-1105; discussion 1105-1097.

111. Lauchlan SC. The secondary mullerian system revisited. *Int J Gynecol Pathol.* 1994;13(1):73-79.

112. Natow AJ. Talc: need we beware? *Cutis.* 1986;37(5):328-329.

113.    Greene MH, Clark JW, Blayney DW. The epidemiology of ovarian cancer. *Semin Oncol.* 1984;11(3):209-226.

114.    Longo DL, Young RC. Cosmetic talc and ovarian cancer. *Lancet.* 1979;2(8138):349-351.

115.    Newhouse ML. Cosmetic talc and ovarian cancer. *Lancet.* 1979;2(8141):528.

116.    Longo DL, Young RC. Cosmetic talc and ovarian cancer. *Lancet.* 1979;2(8150):1011-1012.

117.    Pelfrene A, Shubik P. [Is talc a carcinogen? Review of current data]. *Nouv Presse Med.* 1975;4(11):801-803.

118.    Griffiths K, Chandler JA, Henderson WJ, Joslin CA. Ovarian cancer: some new analytical approaches. *Postgrad Med J.* 1973;49(568):69-72.

119.    Reid BM, Permuth JB, Sellers TA. Epidemiology of ovarian cancer: a review. *Cancer Biol Med.* 2017;14(1):9-32.

120.    Oncology L. When is a carcinogen not a carcinogen? *1.     Lancet Oncology.* 2016;17:681.

121.    Hill AB. The environment and disease: association or causation? 1965. *J R Soc Med.* 2015;108(1):32-37.

122.    Rosenblatt KA, Szklo M, Rosenshein NB. Mineral fiber exposure and the development of ovarian cancer. *Gynecol Oncol.* 1992;45(1):20-25.

123.    Merritt MA, Green AC, Nagle CM, Webb PM, Australian Cancer S, Australian Ovarian Cancer Study G. Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. *Int J Cancer.* 2008;122(1):170-176.

124.    Shah NR, Borenstein J, Dubois RW. Postmenopausal hormone therapy and breast cancer: a systematic review and meta-analysis. *Menopause.* 2005;12(6):668-678.

125.    Taylor R, Najafi F, Dobson A. Meta-analysis of studies of passive smoking and lung cancer: effects of study type and continent. *Int J Epidemiol.* 2007;36(5):1048-1059.

126.    Zhang ZL, Sun J, Dong JY, et al. Residential radon and lung cancer risk: an updated meta-analysis of case-control studies. *Asian Pac J Cancer Prev.* 2012;13(6):2459-2465.

127.    Karami S, Lan Q, Rothman N, et al. Occupational trichloroethylene exposure and kidney cancer risk: a meta-analysis. *Occup Environ Med.* 2012;69(12):858-867.

128.    IARC IAfRoC. *A review of human carcinogens. Part E: Personal habits and indoor combustions / IARC Working Group on the Evaluation of Carcinogenic Risks to Humans.* Vol 100E. Lyon, France2009.

129.    IARC IAfRoC. *A review of human carcinogens. Part A: Pharmaceuticals / IARC Working Group on the Evaluation of Carcinogenic Risks to Humans* Vol 100A. Lyon, France2008.

130.    IARC IAfRoC. A review of human carcinogens. Part D Radiation. 2012;100D:241-283.

131.    International Agency for Research on Cancer I. *Tricholorethylene, tetrachloroethylene and some other chlorinated agents.* Vol 106. Lyon, France: International Agency for Research on Cancer; 2016.

132.    Collaborative Group on Hormonal Factors in Breast C. Breast cancer and hormonal contraceptives: collaborative reanalysis of individual data on 53 297 women with breast cancer and 100 239 women without breast cancer from 54 epidemiological studies. *Lancet.* 1996;347(9017):1713-1727.

133.    Chan DS, Lau R, Aune D, et al. Red and processed meat and colorectal cancer incidence: meta-analysis of prospective studies. *PLoS One.* 2011;6(6):e20456.

134.    Porta M. *A dictionary of epidemiology.* 6th edition ed: Oxford University Press; 2014.

135. Siegel RL, Miller KD, Jemal A. Cancer Statistics, 2017. *CA Cancer J Clin.* 2017;67(1):7-30.

136. Goodman MT, Lurie G, Thompson PJ, McDuffie KE, Carney ME. Association of two common single-nucleotide polymorphisms in the CYP19A1 locus and ovarian cancer risk. *Endocrine-related cancer.* 2008;15(4):1055-1060.

137. Lo-Ciganic WH, Zgibor JC, Bunker CH, Moysich KB, Edwards RP, Ness RB. Aspirin, nonaspirin nonsteroidal anti-inflammatory drugs, or acetaminophen and risk of ovarian cancer. *Epidemiology.* 2012;23(2):311-319.

138. Howlader N NA, Krapcho M, Garshell J, Miller D, Altekruse SF, Kosary CL, Yu M, Ruhl J, Tatalovich Z,Mariotto A, Lewis DR, Chen HS, Feuer EJ, Cronin KA (eds). . SEER Cancer Statistics Review, 1975-2012. In: Institute NC, ed. Bethesda, MD2015.

139. Bethea TN, Palmer JR, Adams-Campbell LL, Rosenberg L. A prospective study of reproductive factors and exogenous hormone use in relation to ovarian cancer risk among Black women. *Cancer Causes Control.* 2016.

140. Rothman KJ GS. *Modern Epidemiology.* Philadelphia, PA: Lippincott-Raven; 1998.

141. Lindefors-Harris BM, Eklund G, Adami HO, Meirik O. Response bias in a case-control study: analysis utilizing comparative data concerning legal abortions from two independent Swedish studies. *Am J Epidemiol.* 1991;134(9):1003-1008.

142. Parr CL, Hjartaker A, Laake P, Lund E, Veierod MB. Recall bias in melanoma risk factors and measurement error effects: a nested case-control study within the Norwegian Women and Cancer Study. *Am J Epidemiol.* 2009;169(3):257-266.

143. Gefeller O. Invited commentary: Recall bias in melanoma -- much ado about almost nothing? *Am J Epidemiol.* 2009;169(3):267-270; discussion 271-262.

144. Infante-Rivard C, Jacques L. Empirical study of parental recall bias. *Am J Epidemiol.* 2000;152(5):480-486.

145. Lanza A, Ravaud P, Riveros C, Dechartres A. Comparison of Estimates between Cohort and Case-Control Studies in Meta-Analyses of Therapeutic Interventions: A Meta-Epidemiological Study. *PLoS One.* 2016;11(5):e0154877.

146. Gates MA, Rosner BA, Hecht JL, Tworoger SS. Risk factors for epithelial ovarian cancer by histologic subtype. *Am J Epidemiol.* 2010;171(1):45-53.

147. Liu Y, Nguyen N, Colditz GA. Links between alcohol consumption and breast cancer: a look at the evidence. *Womens Health (Lond).* 2015;11(1):65-77.

148. Ratna A, Mandrekar P. Alcohol and Cancer: Mechanisms and Therapies. *Biomolecules.* 2017;7(3).

149. Hecht SS. Lung carcinogenesis by tobacco smoke. *Int J Cancer.* 2012;131(12):2724-2732.

150. Sjosten AC, Ellis H, Edelstam GA. Retrograde migration of glove powder in the human female genital tract. *Hum Reprod.* 2004;19(4):991-995.

151. Mostafa SA, Bargeron CB, Flower RW, Rosenshein NB, Parmley TH, Woodruff JD. Foreign body granulomas in normal ovaries. *Obstet Gynecol.* 1985;66(5):701-702.

152. FDA Response to Citizen's Petition (April 1, 2014), JNJ00049048-JNJ000489054

153. Bunderson-Schelvan M, Pfau JC, Crouch R, Holian A. Nonpulmonary outcomes of asbestos exposure. *J Toxicol Environ Health B Crit Rev.* 2011;14(1-4):122-152.

154. Suzuki Y, Kohyama N. Translocation of inhaled asbestos fibers from the lung to other tissues. *Am J Ind Med.* 1991;19(6):701-704.

155. Miserocchi G, Sancini G, Mantegazza F, Chiappino G. Translocation pathways for inhaled asbestos fibers. *Environ Health.* 2008;7:4.

156. Marchiori E, Lourenco S, Gasparetto TD, Zanetti G, Mano CM, Nobre LF. Pulmonary talcosis: imaging findings. *Lung.* 2010;188(2):165-171.

157. Frank C LJ. An uncommon hazard: pulmonary talcosis as a result of recurrent aspiration of baby powder. *Respiratory Med CME.* 2011;4:109-111.

158. Balkwill FR, Mantovani A. Cancer-related inflammation: common themes and therapeutic opportunities. *Semin Cancer Biol.* 2012;22(1):33-40.

159. Colotta F, Allavena P, Sica A, Garlanda C, Mantovani A. Cancer-related inflammation, the seventh hallmark of cancer: links to genetic instability. *Carcinogenesis.* 2009;30(7):1073-1081.

160. Saed GM, Diamond MP, Fletcher NM. Updates of the role of oxidative stress in the pathogenesis of ovarian cancer. *Gynecol Oncol.* 2017;145(3):595-602.

161. Saed GM MR, Fletcher NM. . New insights into the pathogenesis of ovarian cancer: oxidative stress. In: Devaja O PA, ed. *Ovarian Cancer*. Rijeka: IntechOpen; 2018:83-110.

162. Blount AM. Amphibole content of cosmetic and pharmaceutical talcs. *Environ Health Perspect.* 1991;94:225-230.

163. Paoletti L, Caiazza S, Donelli G, Pocchiari F. Evaluation by electron microscopy techniques of asbestos contamination in industrial, cosmetic, and pharmaceutical talcs. *Regul Toxicol Pharmacol.* 1984;4(3):222-235.

164. Cralley LJ, Key MM, Groth DH, Lainhart WS, Ligo RM. Fibrous and mineral content of cosmetic talcum products. *Am Ind Hyg Assoc J.* 1968;29(4):350-354.

165. Rohl AN, Langer AM, Selikoff IJ, et al. Consumer talcums and powders: mineral and chemical characterization. *J Toxicol Environ Health.* 1976;2(2):255-284.

166. Deposition of Alice Blount, *Ingham v. Johnson & Johnson, et al.* (Circuit Court of the City of St. Louis, Missouri) (April 13, 2018).

167. International Agency for Research on Cancer  I. Overall evaluations of carcinogenicity: an updating of IARC Monographs Volumes 1 to 42. 1987.

168. International Agency for Research on Cancer I. A review of human carcinogens: arsenic, metals, fibres and dusts. 2012;100C.

169. IARC IAfRoC. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans-Arsenic, Metals, Fibres and Dusts. 2012;100C:219-310.

170. Analysis of Johnson & Johnson Baby Powder & Valiant Shower to Shower Products for Amphibole (Tremolite) Asbestos, Expert Report of William Longo, PhD and Mark Rigler, PhD (August 2, 2017).

171. Expert Report of William Longo, PhD and Mark Rigler, PhD, *In re: Talcum Power Prod. Liab. Litig.,* MDL No. 2738 (November 14, 2018).

172. TEM Analysis of Historical 1978 Johnson's Baby Powder Sample for Amphibole Asbestos, Expert Report of William Longo, PhD and Mark Rigler, PhD (February 16, 2018).

173. MAS Project #14-1683, Analysis of William Longo, PhD and Mark Rigler, PhD (April 28, 2017).

174. Deposition and Exhibits of Julie Pier, *In re: Talcum Power Prod. Liab. Litig.,* MDL No. 2738 (September 12 and 13, 2018).

175. Deposition and Exhibits of John Hopkins, PhD, *In re: Talcum Power Prod. Liab. Litig.,* MDL No. 2738 (August 16 and 17, 2018; October 26, 2018; and November 5, 2018).

176. Expert Report of Michael Crowley, PhD, *In re: Talcum Power Prod. Liab. Litig.,* MDL No. 2738 (November 12, 2018).

177. Weiss W. Cigarette smoking and lung cancer trends. A light at the end of the tunnel? *Chest.* 1997;111(5):1414-1416.

178. Dennis LK, Vanbeek MJ, Beane Freeman LE, Smith BJ, Dawson DV, Coughlin JA. Sunburns and risk of cutaneous melanoma: does age matter? A comprehensive meta-analysis. *Ann Epidemiol.* 2008;18(8):614-627.

179. Lanphear BP, Buncher CR. Latent period for malignant mesothelioma of occupational origin. *J Occup Med.* 1992;34(7):718-721.

180. Frost G. The latency period of mesothelioma among a cohort of British asbestos workers (1978-2005). *Br J Cancer.* 2013;109(7):1965-1973.

**Additional Materials and Data Considered**

1.    21 CFR 740.1(a)

2.    Affidavit of Gregory Diette, MD, in support of Defendants' Motion to Exclude Plaintiffs' Experts' General Causation Opinions, April 2018

3.    Begg, March. Cause and association: missing the forrest for the trees

4.    Bouvard, et al. Carcinogenicity of consumption of red and processed meat.

5.    Camargo, et al. Occupational Exposure to Asbestos and Ovarian Cancer: A Meta-analysis

6.    Cancer Prevention Coalition Citizen's Petition, May 13, 2008

7.    "Cancer Prevention Coalition Citizen's Petiton to FDA, 11/17/1994

8.    http://www.preventcancer.com/press/petitions/nov17_94.htm"

9.    Cancer.gov - A Snapshot of Ovarian Cancer

10.    Carr CJ. Talc: consumer uses and health perspectives

11.    CIR - Final Report - Safety assessment re Talc

12.    Coldtiz Highest Ranking Researcher 2016; http://www.webometrics.info/en/node/58

13.    Cramer, et al. Determinants of ovarian cancer risk. II. Inferences regarding pathogenesis.

14.    Current Intelligence Bulletin 62 - Asbestos fibers and other elongate mineral particles: state of the science and roadmap for research

15.    Cuzick, et al. Aspirin and non-steriodal anti-inflammatory drugs for cancer prevention: an international consensus statement

16.    Czul, et al. An uncommon hazard: pulmonary talcosis as a result of recurrent aspiration of baby powder.

17.    Dement, Shuler, Zumwalde - NIOSH - "Fiber exposure during use of baby powders"

18.    Denise Simpson - Filed Complaint, DC Superior Court

19.    Doll R, Hill A. Smoking and Carcinoma of the lung: preliminary report. BMJ 1950; 2:739-48

20.    Egli, G. E., and M. Newton. 1961. "The transport of carbon particles in the human female reproductive tract." Fertility and Steritity 12 (April): 151-55

21.    John Hopkins - Deposition Exhibit 28

22.    Julie Pier - Deposition Exhibit 47

23.    Deposition Transcript - Shripal Sharma

24.    Deposition Transcript & Exhibits - Joshua Muscat

25.    Deposition Transcript of Alice Blount

26.    Dydek, Thomas - Educational Report

27.    EPA. Risk Assessment Forum, US EPA. "Guidelines for Carcinogen Risk Assessment"

28.    Expert Report of Jack Siemiatycki, Oules v. Johnson & Johnson

29.    Fair warning TalcDoc 15

30.    Fair warning TalcDoc 5 - Exhibit 113 (JNJNL91_000022019)

31.    Fathalla, et al. Incessant ovulation and ovarian cancer - a hypothesis re-visited

32.    Fathalla, et al. Incessant ovulation--a factor in ovarian neoplasia?

33.    FDA Letter from Stephen Musser to Samuel Epstein re: Docket Numbers 94P-0420 and FDA-2008-P-0309-0001/CP

34.    Fedak, Kristen M., Autumn Bernal, Zachary A. Capshaw, and Sherilyn Gross. 2015. "Applying the Bradford Hill Criteria in the 21st century: how data intergration has changed causal inference in molecular epidemiology." Emerging Themes in Epidemiology 12 (14). https://doi.org/10.1186/s12982-015-0037-4

35.    Ferrante, et al. Cancer Mortality and Incidence of Mesothelioma in a Cohort of Wives of Asbestos Workers in Casale Monferrato, Italy

36.    Finnish Institute of Occupational Health. Asbestos, Asbestosis, and Cancer; Helsinki Criteria

37.    Fiume M, Boyer I et al. Safety assessment of talc used in cosmetics

38.    Fletcher, Belotte, Saed et al. Specific point mutations in key redox enzymes are associated with chemoresistance in epithelial ovarian cancer

39.    Fletcher, Memaj, Saed. Talcum powder enhances oxidative stress in ovarian cancer cells - Abstract

40.    Fletcher, Saed. Talcum powder enhances cancer antigen 125 levels in ovarian cancer cells - Abstract

41.    Folkins, Ann K., Elke A., Jarboe, Jonathan L. Hecht, Michael G. Muto, and Christopher P. Crum. 2018. "Chapter 24 - assessing pelvic epithelial cancer risk and intercepting early malignacny." In diagnostic gynecologic and obstetric pathology (third edition)), 844-64. Philadelphia: content repository only! https://doi.org/10.1016/B978-0-323-44732-4.00024-8.

42.    Galea, Rogers. Moving beyond the cause constraint: a public health of consequence, May 2018

43.    Germani. Cohort Mortality Study of Women Compensated for Asbestosis in Italy

44.    Gloyne. Two cases of squamous carcinoma of the lung occurring in asbestosis

45.    Gordon, et al. Asbestos in commercial cosmetic talcum powder as a cause of mesothelioma in women

46.    Hamilton et al. Effects of talc on the rat ovary. British journal of experimental pathology

47.    Haque, et al. Assessment of Asbestos Burden in the Placenta and Tissue Digests of Stillborn Infants in South Texas

48.    Haque, et al. Is there transplacental Transfer of Asbestos: A Study of 40 Still born infants

49.    Harper A, G Saed. Talc induces a pro-oxidant state in normal and ovarian cancer cells through gene point mutations in key redox enzymes - Abstract, Society of Gynecologic Oncology, 2018, in press.

50.     Heller, et al. Asbestos Exposure and Ovarian Fiber Burden

51.     Heller, et al. Correlation of asbestos fiber burdens in fallopian tubes and ovarian tissue

52.     Hernan. The C-Word: scientific euphemisms do not improve causal inference from observational data

53.     Hunn, et al. Ovarian cancer: etiology, risk factors, and epidemiology.

54.     IARC - Table 2.8 - Epidemiologic studies of asbestos exposure and ovarian cancer

55.     IARC Monograph - Arsenic, Metals, Fibers, and Dust

56.     IARC Monograph 42 - Evaluation of the Carcinogenic risk of chemicals to humans (1987)

57.     IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 93, Carbon Black, Titanium Dioxide and Talc (2010)

58.     IARC. Asbestos

59.     IARC. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans-Arsenic, Metals, Fibres and Dusts. (2012)

60.     IARC. Mechanisms of Mineral Fiber Carcinogensis

61.     IOM (National Academies of Sciences, Engineering and Medicine). Ovarian Cancers: Evolving paradigms in research and care

62.     Kemp Hearing Transcript (Carl & Balderrama) - Curtis Omiencinski

63.     Kemp Hearing Transcript (Carl & Balderrama) - Douglas Weed

64.     Kemp Hearing Transcript (Carl & Balderrama) - Graham Colditz

65.     Letter from Personal Care Products Council to FDA re: Commnets on citizen's petition to the Commissioner of the Food and Drug Administration seeking a cancer warning on Talc products

66.     "Levin. ""Baby powder battles: Johnson & Johnson internal documents reveal asbestos worries""

67.     https://www.fairwarning.org/2018/01/talc-documents-reveal/print"

68.     Lockey. Nonasbestos fibrous minerals

69.     Longo, Reigler, Egeland. MAS Project 14-1852: Below the Waist Application of Johnson & Johnson Baby Powder, Sept. 2017

70.     Lu, et al. Inflammation, a key event in cancer development

71.     Lundin, Dossus, Clendenen et al. C-reactive protein and ovarian cancer: a prospective study nested in three cohorts (Sweden, USA, Italy)

72.     Magnani, et al. Cancer risk after cessation of asbestos exposure: a cohort study of Italian asbestos cement workers

73.     Mallen, Townsend, Tworoger. Risk factors for ovarian carcinoma

74.     Mayer P.Talc and Condoms-Reply, JAMA. 1995; 274(16):1269-1270. doi:10.1001/jama.1995.03530160021025

75.     Medscape - Chustecka, Zosia "Talc use in genital area linked to increased risk of ovarian cancer"

76.     Moller, et al. Oxidatively damaged DNA in animals exposed to particles, Critical Reviews in Toxicology, 43:2, 96-118

77.     Moller, et al. Role of oxidative damage in toxicity of particulates, Free Radical Researchm 44:1, 1-46

78.     Moon, Park, Choi,et al. Risk assessment of baby powder exposure through inhalation

79.     Ness. Does talc exposure cause ovarian cancer?

80.     NTP Technical Report on the Toxicology and Carcinogenesis  Studies of Talc (CAS No. 14807-96-6) in F3344/N Rats and B6C3F, Mice (Inhalation Studies) June 23-24, 1992

81.     P-0920 Photo of Spring Fresh with Lavendar, purchased in Montgomery, AL

82.     P-0922 Photo of Angel of Mine purchased in Montgomery, AL

83.     Paoletti, Caiazza, Donelli, Pocchiari. Evaluation of Electron Microscopy Techniques of Asbestos: Contamination in industrial, cosmetic, and pharmaceutical talcs

84.     Park, Schildkraut, et al. Benighn gynecologic conditions are associated with ovarian cancer risk in African-American women:  a case-control study

85.     Patricia Moorman Affidavit re Ingham, et al. executed May 2018

86.     Pira, et al. Updated mortality study of a cohort of asbestos textile workers

87.     Purdie, David M., Christopher Bain, Victor Siskind, Penelope M. Webb, and Adele C. Green. 2003. "Ovulation and risk of epithelial ovarian cancer". International Journal of Cancer. Journal International du Cancer 104(2):228-32

88.     Reference Manual on Scientific Evidence (rev 2011)

89.     Reid, de Klerk, Musk. Does exposure to asbestos cause ovarian cancer? A systematic literature review and meta-analysis

90.     Reuters, et al. - Talc linked to OCVA risk in Africam American women

91.     Risch, et al. Hormonal etiology of epithelial ovarian cancer, with a hypothesis concerning the role of androgens and progesterone.

92.     Ristesund Trial Transcript - Daniel Cramer

93.     Ristesund Trial Transcript - Graham Colditz

94.     Ristesund Trial Transcript - John Godleski

95.     Rohl. Asbestos in Talc

96.     Ross. Geology, asbestos and health

97.     Rothman, Pastides, Samet. Interpretation of epidemiologic studies of talc and ovarian cancer

98.     Sanford Health. Ovarian Cancer Prevention (PDQ):  Prevention- Patient Information (NCI) (Sanford Health website). (06/12/2013)

99.     Shukla, MacPherson, et al. Alterations in gene expression in human mesothelial cells correlated with mineral pathogenicity

100.    Shushan et al. Human menopausal gonadotropin and the risk of epithelial ovarian cancer

101.    Siteman Cancer Center - Siteman (WUSTL Cancer Center - Your disease risk

102.    Siteman Cancer Center - Siteman (WUSTL) Cancer News in Context

103.    Sjoesten, A.C.E., J.Ellis, and G.a.B. Edelstam. 2004. "Retrograde Migration of Glove Powder in the human female genital tract." Human Reproduction 19 (4):991-95. Https://doi.org/10.1093/humrep/deh156

104.    Straif. Update of the scientific evidence on asbestos and cancer (Powerpoint)

105.    Tossavainen, et al. Retention of Asbestos Fibers in the Human Body

106.    Trabert et al. Aspirin, nonaspirin nonsteriodal anti-inflammatory drug, and acetaminophen use and risk of invasive epithelial ovarian cancer: a pooled analysis in the Ovarian Cancer Association Consortium

107.    Trabert, Britton, Elizabeth M. Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L. Anderson, Theodore M. Brasky, et al. 2019."Analgesic use and ovarian cancer risk: an

analysis in the ovarian cancer cohort consortium." Journal of the National Cancer Institute 111(2). Https//doi.org/10.1093/jnci/djy100

108.   Trial Transcript of John Hopkins, Berg v. Johnson & Johnson, et al. (Oct. 2013)

109.   US Dept. of Health & Human Service - Public Health Service, Agency for Toxic Substances and Disease Registry - "Toxicological profile for asbestos"

110.   Van Gosen, Lowers et al. Using the geologic setting of talc deposits as an indicator of amphibole asbestos content

111.   Vasama-Neuvonen, et al. Ovarian Cancer and Occupational Exposures in Finland

112.   Venter, Iturralde. Migration of a particulate radioactive tracer from the vagina to the peritoneal cavity and ovaries

113.   Virta. The phase relationship of talc and amphiboles in a fibrous talc sample

114.   Wang. \Cause-specific mortality in a Chinese chrysotile textile worker cohort

115.   webometrics - Coldtiz Highest Ranking Researcher 2016; http://www.webometrics.info/en/node/58

116.   Wehner, Hall et al. Do particles translocate from the vagina to the oviducts and beyond?

117.   Werner. Presence of asbestos in talc samples

118.   Wignall, et al. Mortality of Female Gas Mask Assemblers

119.   Wu, et al. Timing of births and oral contraceptive use influences ovarian cancer risk

120.   Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, and Malcom C. Pike. 2015. "Afican Americans and Hispanics remain at lower risk of ovarian cancer than non-hispanic whites after considering nongenetic risk factors and oophorectomy rates." Cancer Epidemiology, Biomakers & Prevention: A Publicationb of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology 24(7): 1094-1100

121.   Wu, Song, Wei Zhu, Patricia Thompson, and Yusuf A. Hannun. 2018. "Evaluating intrisic and non-intrinsic cancer risk factors." Nature Communications 9(1):3490. Https//doi.org/10.1038/s41467-078-05467-z

122.   Wynder E, Graham E. Tobacco smoking as a possible etiologic factor in bronchogenic carcinoma, JAMA 1950;143:329-36.

123.   Zhang, et al. Residential radon and lung cancer risk: an updated meta- analysis of case-control studies.

124.   Zuckerman D, D Shapiro. Talcum powder and ovarian cancer, National Center for Health Research, May 7, 2018. http//www.center4research.org/talcum-powder-ovarian-cancer/

125.   IMERYS210136-IMERYS210144

126.   IMERYS210236-IMERYS210137

127.   IMERYS211157-IMERYS211165

128.   IMERYS219720-IMERYS219722

129.   IMERYS241994-IMERYS242004

130.   IMERYS241039

131.   IMERYS242050

132.   IMERYS287251-IMERYS287255

133.   IMERYS299323

134.   IMERYS322241-IMERYS322242

135.   IMERYS325084

136.   IMERYS422289-IMERYS422290

137. IMERYS-A0021350
138. JNJ000066174-WIND-04055-0452
139. JNJ000087166-JNJ000087230
140. JNJ000087166-JNJ000087230
141. JNJ000089413-JNJ000089414
142. JNJ000089413-JNJ000089417
143. JNJ000251888-JNJ000251890
144. JNJ000261010-JNJ000261027
145. JNJ000270070-JNJ000270071
146. JNJ000270588-JNJ000270591
147. JNJ000294461
148. JNJ000346006-JNJ000346014
149. JNJ000375379-JNJ000375380
150. JNJ000375383-JNJ000375384
151. JNJ000526231-JNJ000526676
152. JNJ000637879-JNJ000637881
153. JNJAZ55_000003357
154. JNJMX68_000004996-JNJMX68_000005044
155. JNJNL61_000006431-JNJNL61_000006432
156. JNJNL61_000020359
157. JNJNL61_000052427
158. JNJNL61_000061857
159. JNJNL61_000063473
160. JNJTALC000090136
161. MBS-CRE000271
162. PFE-HUG00007079
163. PFE-HUG00007124
164. PFE-HUG00007194
165. WCD000254-WCD000255

# EXHIBIT A

### *Duke University Medical Center*
### *Curriculum Vitae*

*Date Prepared: October 2018*

**Patricia Gripka Moorman, M.S.P.H., Ph.D.**

| | |
|---|---|
| **Primary academic department:** | Department of Community and Family Medicine<br>Duke University Medical Center |
| **Present academic rank and title:** | Professor with tenure, September 2014 |
| **Date and rank of first Duke faculty appointment:** | July 1, 2000, Assistant Professor |
| **Medical licensure:** | N/A |
| **Date of birth:** | December 19, 1957 |
| **Place of birth:** | Kansas City, Kansas, USA |
| **Citizen of:** | United States of America |

## EDUCATION

| | Institution | Year | Degree |
|---|---|---|---|
| **High School** | Bishop Ward High School<br>Kansas City, KS | 1975 | Diploma |
| **College** | University of Kansas<br>Lawrence, KS | 1980 | B.S. with distinction,<br>Pharmacy |
| **Graduate School** | University of North Carolina – Chapel Hill<br>Chapel Hill, NC | 1989 | M.S.P.H., Epidemiology |
| | University of North Carolina – Chapel Hill<br>Chapel Hill, NC | 1993 | Ph.D., Epidemiology |

**PROFESSIONAL TRAINING AND ACADEMIC CAREER**

| Institution | Position/Title | Dates |
| --- | --- | --- |
| Shalinsky Drugs, Kansas City, KS | Pharmacist | 1980-1981 |
| Community Pharmacy, Wrentham, MA | Pharmacist, Manager | 1981-1982 |
| Revco Drugs, Durham/Raleigh, NC | Pharmacist, Manager | 1983-1993 |
| Department of Epidemiology University of North Carolina - Chapel Hill | Graduate Research Assistant Teaching Assistant | 1987-1993 |
| Burroughs Wellcome Research Triangle Park, NC | Epidemiology Research Associate Summer Intern | 1988 |
| Department of Epidemiology Lineberger Comprehensive Cancer Center University of North Carolina - Chapel Hill | Research Assistant Professor | 1994-1996 |
| Dept. of Epidemiology and Public Health Yale Comprehensive Cancer Center Yale University School of Medicine New Haven, CT | Associate Research Scientist | 1997-2000 |
| Department of Epidemiology University of North Carolina - Chapel Hill | Adjunct Assistant Professor Adjunct Associate Professor | 2000-2005 2005-present |
| Dept. of Community and Family Medicine Duke University Medical Center | Assistant Professor Associate Professor (non-tenured) Associate Professor (tenured) Professor (tenured) Clinical Research Unit Director (formerly Site-Based Research Director) | 2000-2004 2004-2008 2008-2014 2014-present 2009-present |

**PUBLICATIONS**

**Refereed Publications**

1. Aldrich TE, Vann D, **Moorman PG**, Newman B. Rapid reporting of cancer incidence in a population-based study of breast cancer: one constructive use of a central cancer registry. *Breast Cancer Res Treat.* 1995; 35: 61-64.

2. Newman B, **Moorman PG**, Millikan R, Qaqish BF, Geradts J, Aldrich TE, Liu ET. The Carolina Breast Cancer Study: integrating population-based epidemiology and molecular biology. *Breast Cancer Res Treat.* 1995: 51-60.

3. Newman B, Mu H, Butler L, Millikan RC, **Moorman PG**, King M-C. Frequency of breast cancer attributable to BRCA1 in a population-based series of American women. *JAMA.* 1998; 279: 915-21.

4. Millikan RC, Pittman GS, Newman B, Tse C-K J, Rockhill B, Savitz D, **Moorman PG**, Bell DA. Cigarette smoking, N-acetyltransferases 1 (NAT1) and 2 (NAT2) and breast cancer risk. *Cancer Epidemiol Biomarkers Prev*. 1998; 7: 371-8.

5. **Moorman PG**, Hulka BS, Hiatt RA, Krieger N, Newman B, Vogelman JH, Orentreich N. Association between high-density lipoprotein cholesterol and breast cancer varies by menopausal status. *Cancer Epidemiol Biomarkers Prev* 1998; 7: 483-8.

6. Rockhill B, **Moorman PG**, Newman B. Age at menarche, time to regular cycling, and breast cancer. *Cancer Causes Control.* 1998; 9: 447-53.

7. Millikan RC, Pittman GS, Tse C-K J, Duell E, Newman B, Savitz D, **Moorman PG**, Boissy RJ, Bell DA. Catechol-O-Methyltransferase (COMT) and breast cancer risk. *Carcinogenesis.* 1998; 19: 1943-7.

8. Marcus PM, Baird DD, Millikan RC, **Moorman PG**, Qaqish B, Newman B. Adolescent reproductive events and subsequent breast cancer risk. *Am J Public Health.* 1999; 89: 1244-7. (PMCID: PMC1508686)

9. Marcus PM, Newman B, **Moorman PG**, Millikan RC, Baird DD, Sternfeld B, Qaqish B. Physical activity at age 12 and adult breast cancer risk (United States). *Cancer Causes Control.* 1999; 10: 293-302.

10. Furberg H, Newman B, **Moorman PG**, Millikan RC. Lactation and breast cancer risk. *Int J Cancer.* 1999; 28; 396-402.

11. **Moorman PG**, Newman B, Millikan RC, Tse C-K, Sandler DP. Participation rates in a case-control study: the impact of age, race, and race of interviewer. *Ann Epidemiol.* 1999; 9: 188-95.

12. Hall IJ, Newman B, Millikan RC, **Moorman PG**. Body size and breast cancer risk in black and white women: the Carolina Breast Cancer Study. *Am J Epidemiol.* 2000; 151: 754-64.

13. Huang W-Y, Newman B, Millikan RC, Schell MJ, Hulka BS, **Moorman PG**. Hormone-related factors and risk of breast cancer by estrogen receptor and progesterone receptor status. *Am J Epidemiol.* 2000; 151: 703-14.

14. Kinney AY, Millikan RC, Lin YH, **Moorman PG**, Newman B. Lifetime alcohol consumption and breast cancer among black and white women in North Carolina. *Cancer Causes Control*, 2000; 11: 345-57.

15. **Moorman PG**, Kuwabara H, Millikan RC, Newman B. Menopausal hormones and breast cancer in a biracial population. *Am J Public Health*. 2000; 90: 966-70. (PMCID: PMC1446270)

16. Marcus PM, Newman B, Millikan RC, **Moorman PG**, Baird DD, Qaqish B. The associations of adolescent cigarette smoking, alcoholic beverage consumption, environmental tobacco smoke, and ionizing radiation with subsequent breast cancer risk. *Cancer Causes Control*. 2000; 11: 271-8.

17. **Moorman PG**, Jones BA, Millikan RC, Hall IJ, Newman B. Race, anthropometric factors, and stage at diagnosis of breast cancer. *Am J Epidemiol*. 2001; 153: 284-91.

18. **Moorman PG,** Ricciuti MF, Millikan RC, Newman B. Vitamin supplement use and breast cancer in a North Carolina population. *Public Health Nutrition*. 2001; 4: 821-8.

19. **Moorman PG**, Hamza A, Marks JR, Olson JA, Jr. Prognostic significance of the number of lymph nodes examined in patients with node negative breast carcinoma. *Cancer.* 2001; 91: 2258-62.

20. **Moorman PG,** Millikan RC, Newman B. Oral contraceptives and breast cancer among black women and white women. *J Natl Med Assoc*. 2001; 93: 329-34. (PMCID: PMC2593962)

21. Schildkraut JM, Calingaert B, Marchbanks PA, **Moorman PG**, Rodrigues GC. The impact of progestin and estrogen potency in oral contraceptives on ovarian cancer risk. *J Natl Cancer Inst*. 2002; 94: 32-8.

22. Plummer P, Jackson S, Konarski J, Mahanna E, Dunmore C, Regan G, Mattingly D, Parker B, Williams S, Andrews C, Vannappagari V, Hall S, Deming S, Hodgson E, **Moorman P**, Newman B, Millikan R.  Making epidemiologic studies responsive to the needs of participants and communities: the Carolina Breast Cancer Study. *Environ Mol Mutagen*. 2002; 39: 96-101.

23. **Moorman PG**, Schildkraut JM, Calingaert B, Halabi S, Vine MF, Berchuck A.  Ovulation and ovarian cancer: a comparison of two methods for calculating lifetime ovulatory cycles.  *Cancer Causes Control*. 2002; 13: 807-811.

24. Lancaster JM,  Wenham RM, Halabi S, Calingaert B, Marks JR, **Moorman PG**, Bentley RC, Berchuck A, Schildkraut JM.  No relationship between ovarian cancer risk and progesterone receptor gene polymorphism (PROGINS) in a population-based, case-control study in North Carolina. *Cancer Epidemiol Biomarkers Prev*. 2003; 12: 226-7.

25. **Moorman PG**, Grubber JM, Millikan RC, Newman B. The relationships between antidepressant medications and invasive breast cancer and carcinoma *in situ* of the breast. *Epidemiology*. 2003; 14: 307-314.

26. **Moorman PG**, Grubber JM, Millikan RC, Newman B. Association between non-steroidal anti-inflammatory drugs (NSAIDs) and invasive breast cancer and carcinoma *in situ* of the breast. *Cancer Causes Control*. 2003; 14: 915-22.

27. Millikan RC, Player J, de Cotret AR, **Moorman P**, Pittman G, Vannappagari V, Tse C-KJ, Keku T. Manganese superoxide dismutase Ala-9Val polymorphism and risk of breast cancer in a population-based case-control study of African Americans and whites. *Breast Cancer Res*. 2004; 6: 264-74.

28. **Moorman PG**, Terry PD.  Consumption of dairy products and the risk of breast cancer: a review of the literature.  *Am J Clin Nutr*. 2004; 80: 5-14.

29. **Moorman PG**, Skinner CS, Evans JP, Newman B, Sorenson JR, Calingaert B, Susswein L, Steadman TS, Hoyo C, Schildkraut JM. Racial differences in enrolment in a cancer genetics registry. *Cancer Epidemiol Biomarkers Prev*. 2004; 13: 1349-54.

30. Hall IJ, **Moorman PG,** Millikan RC, Newman B. Comparative analysis of breast cancer risk factors among African-American women and white women.  *Am J Epidemiol*. 2005; 161: 40-51.

31. Schildkraut JM, Demark-Wahnefried W, Wenham RW, Grubber J, Jeffreys AS, Grambow SC,  Marks J, **Moorman PG**, Hoyo C, Ali S, Walther PJ.  IGF1 (CA)19 repeat and IGFBP3 -202 A/C genotypes and the risk of prostate cancer in black and white men.  *Cancer Epidemiol Biomarkers Prev*. 2005;14: 403-8

32. **Moorman PG**, Berchuck A, Calingaert B, Halabi S, Schildkraut JM. Antidepressant medication use and risk of ovarian cancer.  *Obstet Gynecol*. 2005; 105: 725-30.

33. Spillman MA, Schildkraut JM, Halabi S, **Moorman P**, Calingaert B, Bentley RC, Marks JR, Murphy S, Berchuck A,. Transforming growth factor beta receptor I polyalanine repeat polymorphism does not increase ovarian cancer risk.  *Gynecol Oncol.* 2005; 97: 543-9.

34. Hoyo C, Yarnall KSH, Skinner CS, **Moorman PG**, Sellers D, Reid L. Pain predicts non-adherence to Pap smear screening among middle aged African American women.  *Prev Med*. 2005; 41: 439-45.

35.  **Moorman PG**, Schildkraut JM, Calingaert B, Halabi S, Berchuck A. Menopausal hormones and risk of ovarian cancer. *Am J Obstet Gynecol.* 2005; 193: 76-82.

36.  Hoyo C, Berchuck A, Halabi S, Bentley RC, **Moorman P**, Calingaert B, Schildkraut J. Anthropometric measurements and epithelial ovarian cancer risk in African American and white women. *Cancer Causes Control.* 2005; 16: 955-63.

37.  Sansbury LB, Millikan RC, Schroeder JC, **Moorman PG**, North KE, Sandler RS. Use of nonsteroidal anti-inflammatory drugs and risk of colon cancer in a population-based, case-control study of African Americans and Whites. *Am J Epidemiol.* 2005; 162: 548-58.

38.  **Moorman PG**, Sesay J, Nwosu V, Grubber-Kane J, René de Cotret A, Worley K, Millikan R. COX2 polymorphism (Val511Ala), NSAID use and breast cancer in African-American women. *Cancer Epidemiol Biomarkers Prev.* 2005;14: 3013-4.

39.  Schildkraut JM, **Moorman PG**, Halabi S, Calingaert B, Marks JR, Berchuck A. Analgesic drug use and ovarian cancer. *Epidemiology.* 2006; 17: 104-7.

40.  Sansbury LB, Millikan RC, Schroeder JC, North KE, **Moorman PG**, Keku TO, René de Cotret A, Player J, Sandler RS. COX-2 polymorphism, use of nonsteroidal anti-inflammatory drugs, and risk of colon cancer in African Americans (United States). *Cancer Causes Control.* 2006; 17: 257-66.

41.  Carey LA, Perou CM, Livasy CA, Dressler LG, Cowan D, Conway K, Karaca G, Troester MA, Tse CK, Edmiston S, Deming SL, Geradts J, Cheang MCU, Nielsen TO, **Moorman PG**, Earp HS, Millikan RC. Race, breast cancer subtypes, and survival in the Carolina Breast Cancer Study, *JAMA.* 2006; 295: 2492-502.

42.  Schildkraut JM, Murphy SK, Palmieri RT, Iversen E, **Moorman PG**, Huang Z, Halabi S, Calingaert B, Gusberg A, Marks J, Berchuck A. Trinucleotide repeat polymorphisms in the androgen receptor gene and risk of ovarian cancer. *Cancer Epidemiol Biomarkers Prev.* 2007;16: 473-480.

43.  Shantakumar S, Terry MB, Teitelbaum SL, Britton JA, Millikan RC, **Moorman PG**, Neugut AI, Gammon MD. Reproductive factors and breast cancer risk among older women. *Breast Cancer Res Treat.* 2007; 102:365-74.

44.  Trivers KF, Gammon MD, Abrahamson PE, Lund MJ, Flagg EW, Kaufman JS, **Moorman PG**, Cai J, Olshan AF, Porter PL, Brinton LA, Eley JW, Coates RJ. Association between reproductive factors and breast cancer survival in younger women. *Breast Cancer Res Treat.* 2007; 103: 93-102.

45.  Shantakumar S, Terry MB, Paykin A, Teitelbaum SL, Britton JA, Millikan RC, **Moorman PG**, Kritchevsky SB, Neugut AI, Gammon MD. Age and menopausal effects of hormonal birth control and hormone replacement therapy in relation to breast cancer risk. *Am J Epidemiol.* 2007; 165: 1187-98.

46.  Coniglio D, Menezes P, **Moorman P**, Morgan P, Schmidt M. Evaluation of student confidence in utilizing EBM skills following completion of an EBM curriculum. *J Physician Assistant Educ.* 2007; 18: 7-13.

47.  Trivers KF, Gammon MD, Abrahamson PE, Lund MJ, Flagg EW, **Moorman PG**, Kaufman JS, Cai J, Porter PL, Brinton LA, Eley JW, Coates RW. Oral contraceptives and breast cancer survival in younger women. *Cancer Epidemiol Biomarkers Prev.* 2007; 16: 1822-7.

48.  Conway K, Parrish E, Edmiston SN, Tolbert D, Tse C-K, **Moorman P**, Newman B, Millikan RC. Risk factors for breast cancer characterized by the estrogen receptor alpha A908G (K303R) Mutation. *Breast Cancer Res.* 2007; 9: R36.

49. Schildkraut JM, **Moorman PG**, Bland AE, Halabi S, Calingaert, Whitaker R, Lee PS, Elkins-Williams T, Bentley RC, Marks JR, Berchuck A. Cyclin E Overexpression in epithelial ovarian cancer characterizes an etiologic subgroup. *Cancer Epidemiol Biomarkers Prev.* 2008; 17; 585-93.

50. Millikan RC, Newman B, Tse C-K, **Moorman P**, Conway K, Smith LV, Labbok M, Geradts J, Bense JT, Jackson S, Nyante S, Livasy C, Carey L, Earp HS, Perou CM.  Epidemiology of basal-like breast cancer. *Breast Cancer Res Treat.* 2008; 109: 123-39. (PMCID: PMC2443103)

51. Ramus SJ, Vierkant RA, Johnatty S, Pike MC, Van Den BergDJ, Wu AH, Pearce CL, Menon U, Gentry-Maharaj A, Gayther SA, DiCioccio R, McGuire V, Whittemore AS, Song H, Easton DF, Pharoah PDP, Chanock S, Lissowska J, Brinton L, Garcia-Closas M, Terry KL, Cramer DW, Tworoger SS, Hankinson SE, Berchuck A, **Moorman PG**, Schildkraut J, Cunningham JM, Kruger Kjaer S, Blaeker J, Hogdall C, Hogdall E, Moysich KB, Edwards RP, Ness RB, Carney ME, Lurie G, Goodman MT, Wang-Gohrke S, Kropp S, Chang-Claude J, The Australian Ovarian Cancer Study Group, The Australian Cancer Study (Ovarian Cancer), Webb PM, Chen X, Beesley J, Chenevix-Trench G, Goode EL, on behalf of the Ovarian Cancer Association Consortium (OCAC).  Consortium analysis of seven candidate SNPs for ovarian cancer. *Int J Cancer.* 2008; 123: 380-8. (PMCID: PMC2667795)

52. **Moorman PG**, Calingaert B, Palmieri RT, Iversen ES, Bentley RC, Halabi S, Berchuck A, Schildkraut JM. Hormonal risk factors for ovarian cancer in pre-menopausal and postmenopausal women. *Am J Epidemiol.* 2008; 167: 1059-69. (PMCID: PMC18303003)

53. Palmieri RT, Wilson MA, Iversen ES, Clyde MA, Calingaert B, **Moorman PG**, Poole C, Anderson R, Anderson S, Anton-Culver H, Australian Cancer Study (Ovarian Cancer Group), Australian Ovarian Cancer Study Group, Beesley J, Hogdall E, Brewster W, Carney ME, Chen X, Chenevix-Trench G, Chang-Claude J, Cunningham JM, DiCioccio RA, Doherty JA, Easton DF, Edlund CK, Gayther SA, Gentry-Maharaj A, Goode EL, Goodman MT, Kruger Kjaer S, Hogdall CK, Hopkins MP, Jenison EL, Blaakaer J, Lurie G, McGuire V, Menon U, Moysich KB, Ness RB, Pearce CL, Pharoah PDP, Pike MC, Ramus SJ, Rossing MA, Song H, Terada KY, Van Den Berg D, Vierkant RA, Wang-Gohrke S, Webb PM, Whittemore AS, Wu AH, Ziogas A, Berchuck A, Schildkraut JM, on behalf of the Ovarian Cancer Association Consortium.  Polymorphism in the *IL18* gene and epithelial ovarian cancer in non-Hispanic white women. *Cancer Epidemiol Biomarkers Prev.* 2008;17:3567-72. (PMCID: PMC2667795)

54. **Moorman PG**, Schildkraut JM, Iversen ES, Myers ER, Gradison M, Warren-White N, Wang F.  A prospective study of weight gain after pre-menopausal hysterectomy. *J Women's Health*. 2009; 18: 699-708. (PMCID: PMC2851025)

55. Song H, Ramus SJ, Kjaer SK, DiCioccio RA, Chenevix-Trench G, Pearce CL, Hogdall E, Whittemore AS, McGuire V, Hogdall C, Blaakaer J, Wu AH, Van Den Berg DJ, Stram DO, Menon U, Gentry-Maharaj A, Jacobs IJ, Webb PM, Beesley J, Chen X; Australian Cancer (Ovarian) Study; Australian Ovarian Cancer Study Group, Rossing MA, Doherty JA, Chang-Claude J, Wang-Gohrke S, Goodman MT, Lurie G, Thompson PJ, Carney ME, Ness RB, Moysich K, Goode EL, Vierkant RA, Cunningham JM, Anderson S, Schildkraut JM, Berchuck A, Iversen ES, **Moorman PG**, Garcia-Closas M, Chanock S, Lissowska J, Brinton L, Anton-Culver H, Ziogas A, Brewster WR, Ponder BA, Easton DF, Gayther SA, Pharoah PD; Ovarian Cancer Association Consortium (OCAC). Association between invasive ovarian cancer susceptibility and 11 best candidate SNPs from breast cancer genome-wide association study. *Hum Mol Genet*. 2009: 18: 2297-304. (PMCID: PMC2685754)

56. Il'yasova D, McCarthy B, Marcello J, Schildkraut JM, **Moorman PG**, Krishnamachari B, Ali-Osman F, Bigner DD, Davis F.  Association between glioma and history of allergies, asthma and eczema: a

case-control study with three groups of controls. *Cancer Epidemiol Biomarkers Prev*. 2009; 18:1232-8. (PMCID: PMC2700947)

57.  Schildkraut JM, Goode EL, Clyde MA, Iversen ED, **Moorman PG**, Berchuck A, Marks JR, Lissowska J, Brinton L, Peplonska B, Cunningham JM, Vierkant RA, Rider DN, Australian Cancer Study (Ovarian Cancer), Australian Ovarian Cancer Study Group, Chenevix-Trench G, Webb PM, Beesley J, Chen X, Phelan C, Sutphen R, Sellers TA, Pearce L, Wu AH, Van Den Berg D, Conti D, Elund CK, Anderson R, Goodman MR, Lurie G, Carney ME, Thompson PJ, Gayther SA, Ramus SJ, Jacobs I, Kruger Kjaer S, Hogdal E, Blaakaer J, Hogdall C, Easton DF, Song H, Pharoah PDP, Whittemore AS, McGuire V, Quaye L, Shadforth D, Anton-Culver H, Ziogas A, Terry KL, Cramer DW, Hankinson SE, Tworoger SS, Calingaert B, Chanock S, Garcia-Closas M on behalf of the Ovarian Cancer Association Consortium. Single Nucleotide Polymorphisms in the TP53 Region and Susceptibility to Invasive Epithelial Ovarian Cancer. *Cancer Research*. 2009, 69: 2349-57. (PMCID: PMC2666150)

58.  Pearce CL, Near AM, Van Den Berg DJ, Ramus SJ, Gentry-Maharaj A, Menon U, Gayther SA, Anderson AR, Edlund CK, Wu AH, Chen X, Beesley J, Webb PM, Holt SK, Chen C, Doherty JA, Rossing MA, Whittemore AS, McGuire V, Dicioccio RA, Goodman MT, Lurie G, Carney ME, Wilkens LR, Ness RB, Moysich KB, Edwards R, Jennison E, Kjaer SK, Hogdall E, Hogdall CK, Goode EL, Sellers TA, Vierkant RA, Cunningham JC, Schildkraut JM, Berchuck A, **Moorman PG**, Iversen ES, Cramer DW, Terry KL, Vitonis AF, Titus-Ernstoff L, Song H, Pharoah PD, Spurdle AB, Anton-Culver H, Ziogas A, Brewster W, Galitovskiy V, Chenevix-Trench G; Australian Cancer Study (Ovarian Cancer)6; Australian Ovarian Cancer Study Group627. Validating genetic risk associations for ovarian cancer through the international Ovarian Cancer Association Consortium. *Br J Cancer*. 2009; 100: 412-20. (PMCID: PMC2634713)

59.  **Moorman PG**, Palmieri RT, Akushevich L, Berchuck A, Schildkraut JM. Ovarian cancer risk factors in African-American and white women. *Am J Epidemiol*. 2009; 170: 598-606. (PMCID: PMC2732987)

60.  Song H, Ramus SJ, Tyrer J, Bolton KL, Gentry-Maharaj A, Wozniak E, Anton-Culver H, Chang-Claude J, Cramer DW, DiCioccio R, Dörk T, Goode EL, Goodman MT, Schildkraut JM, Sellers T, Baglietto L, Beckmann MW, Beesley J, Blaakaer J, Carney ME, Chanock S, Chen Z, Cunningham JM, Dicks E, Doherty JA, Duerst M, Ekici AB, Fenstermacher D, Fridley BL, Giles G, Gore ME, De Vivo I, Hillemanns P, Hogdall C, Hogdall E, Iversen ES, Jacobs IJ, Jakubowska A, Li D, Lissowska J, Lubiński J, Lurie G, McGuire V, McLaughlin J, Mędrek K, **Moorman PG**, Moysich K, Narod S, Phelan C, Pye C, Risch H, Runnebaum IB, Severi G[1], Southey M, Stram DO, Thiel FC, Terry KL, Tsai Y, Tworoger SS, Van Den Berg DJ, Vierkant RA, Wang-Gohrke S, Webb PM, Wilkens LR, Wu AH, Yang H, Brewster W, Ziogas A, Australian Cancer (Ovarian) Study, The Australian Ovarian Cancer Study Group, The Ovarian Cancer Association Consortium, Houlston R, Tomlinson I, Whittemore AS, Rossing MA, Ponder BAJ, Pearce CL, Ness RB, Menon U, Krüger Kjaer S, Gronwald J, Garcia-Closas M, Fasching PA, Easton DF, Chenevix-Trench G, Berchuck A, Pharoah PDP, Gayther SA. A genome-wide association study identified a novel ovarian cancer susceptibility locus on 9p22.2. *Nature Genetics*. 2009; 41: 996-1000. (PMCID: PMC2844110)

61.  Doherty JA, Rossing MA, Cushing-Haugen KL, Chen C, Van Den Berg DJ, Wu AH, Pike MC, Ness RB, Moysich K, Chenevix-Trench G, Webb PM, Chang-Claude J, Wang-Gohrke S, Goodman MT, Lurie G, Hogdall E, Kruger Kjaer S, Goode EL, Cunningham JM, Berchuck A, **Moorman PG**, Schildkraut JM, Cramer DW, Terry KL, Garcia-Closas M, Lissowska J, Song H, Pharoah PDP, McGuire V, Whittemore AS, Gayther SA, Ramus SJ, Anton-Culver H, The Australian Ovarian Cancer Study Group, The Australian Cancer Study (Ovarian Cancer), and Pearce CL on behalf of the Ovarian Cancer Association Consortium (OCAC). ESR1/SYNE1 polymorphism and invasive epithelial ovarian cancer

risk: an Ovarian Cancer Association Consortium study. *Cancer Epidemiol Biomarkers Prev*. 2010; 19: 245-50. (PMCID: PMC2863004)

62. Grant DJ, **Moorman PG**, Akushevich L, Palmieri RT, Bentley RC, Schildkraut JM. Primary peritoneal and ovarian cancers: an epidemiological comparative analysis. *Cancer Causes Control*. 2010; 21: 991-8. (PMCID: PMC2883093)

63. Schildkraut J, Iversen E, Williams M, Clyde M, **Moorman P**, Palmieri R, Whitaker R, Bentley R, Marks J, Berchuck A. Association between DNA damage response and repair genes and risk of invasive serous ovarian cancer. *Plos One*. 2010; 5: e10061. (PMCID: PMC2851649)

64. **Moorman PG**, Iversen ES, Marcom PK, Marks JR, Wang F, Kathleen Cunningham Consortium for Research into Familial Breast Cancer (kConFab), Lee E, Ursin G, Rebbeck TR, Domchek SM, Arun B, Susswein L, Isaacs C, Garber JE, Visvanathan K, Griffin CA, Sutphen R, Brzosowicz J, Gruber S, Finkelstein DM, Schildkraut JM. Evaluation of established breast cancer risk factors as modifiers of BRCA1 or BRCA2: a multi-center case-only analysis. *Breast Cancer Research Treat*. 2010; 124: 441-51. (PMCID: PMC2925060)

65. Kelemen L, Goodman M, McGuire V, Rossing MA, Webb P, Kobel M, Anton-Culver H, Beesley J, Berchuck A, Brar S, Carney M, Chang-Claude J, Chenevix-Trench G, Cramer D, Cunningham J, DiCioccio R, Doherty J, Easton D, Fredericksen Z, Fridley B, Gates M, Gayther S, Genry-Maharaj A, Hogdall E, Kjaer S, Lurie G, Menon U, **Moorman P**, Moysich K, Ness R, Palmieri R. Pearce C, Pharoah P, Ramus S, Song H, Stram D, Tworoger S, Van Den Berg D, Vierkant R, Wang-Gohrke S, Whittemore A, Wilkens L, Wu A, Schildkraut J, Sellers T, Goode E. Genetic variation in TYMS in the one-carbon transfer pathway is associated with ovarian carcinoma types in the Ovarian Cancer Association Consortium (OCAC). *Cancer Epidemiol Biomarkers Prev*. 2010; 19: 1822-30. (PMCID: PMC3013232)

66. Warren-White N, **Moorman P**, Dunn MJ, Mitchell CS, Fisher A, Floyd MF. Southeast Raleigh minority faith-based health promotion project. *Calif J Health Promotion*. (Special Issue, Obesity Prevention) 2009; 7: 87-98.

67. Witt KL, **Moorman PG**, Kovalchuk O, Holland N, Block G, Andreassen PR. Genetics and women's health issues – the commitment of EMS to women scientists and gender-associated disease topics. *Environ Mol Mutagen*. 2010; 51: 774-80.

68. Johnatty SE, Beesley J, Chen Z, Macgregor S, Duffy DL, Spurdle AB, DeFazio A, Gava N, Webb PM, Australian Ovarian Cancer Study Group, Australian Cancer Study (Ovarian Cancer), Rossing MA, Doherty JA, Goodman MT, Lurie G, Thompson PJ, Wilkens LR, Ness RB, Moysich KB, Chang-Claude J, Wang-Gohrke S, Cramer DW, Terry KL, Hankinson SE, Tworoger SS, Garcia-Closas M, Yang H, Lissowska J, Chanock SJ, Pharoah PD, Song H, Whittemore AS, Pearce CL, Stram DO, Wu AH, Pike MC, Gayther SA, Ramus SJ, Menon U, Gentry-Maharaj A, Anton-Culver H, Ziogas A, Hogdall E, Kjaer SK, Hogdall C, Berchuck A, Schildkraut JM, Iversen ES, **Moorman PG**, Phelan CM, Sellers TA, Cunningham JM, Vierkant RA, Rider DN, Goode EL, Haviv I, Chenevix-Trench G, Ovarian Cancer Association Consortium. Evaluation of candidate stromal epithelial cross-talk genes identifies association between risk of serous ovarian cancer and TERT, a cancer susceptibility "hot spot". *PLoS Genetics*. 2010; 6: e1001016. (PMCID: PMC2900295)

69. Bolton KL, Tyrer J, Song H, Ramus SJ, Notaridou M, Jones C, Sher T, Gentry-Maharaj A, Wozniak E, Tsai YY, Weidhaas J, Paik D, Van Den Berg DJ, Stram DO, Pearce CL, Wu AH, Brewster W, Anton-Culver H, Ziogas A, Narod SA, Levine DA, Kaye SB, Brown R, Paul J, Flanagan J, Sieh W, McGuire V, Whittemore AS, Campbell I, Gore ME, Lissowska J, Yang HP, Medrek K, Gronwald J, Lubinski J,

Jakubowska A, Le ND, Cook LS, Kelemen LE, Brook-Wilson A, Massuger LF, Kiemeney LA, Aben KK, van Altena AM, Houlston R, Tomlinson I, Palmieri RT, **Moorman PG**, Schildkraut J, Iversen ES, Phelan C, Vierkant RA, Cunningham JM, Goode EL, Fridley BL, Kruger-Kjaer S, Blaeker J, Hogdall E, Hogdall C, Gross J, Karlan BY, Ness RB, Edwards RP, Odunsi K, Moyisch KB, Baker JA, Modugno F, Heikkinenen T, Butzow R, Nevanlinna H, Leminen A, Bogdanova N, Antonenkova N, Doerk T, Hillemanns P, Dürst M, Runnebaum I, Thompson PJ, Carney ME, Goodman MT, Lurie G, Wang-Gohrke S, Hein R, Chang-Claude J, Rossing MA, Cushing-Haugen KL, Doherty J, Chen C, Rafnar T, Besenbacher S, Sulem P, Stefansson K, Birrer MJ, Terry KL, Hernandez D, Cramer DW, Vergote I, Amant F, Lambrechts D, Despierre E, Fasching PA, Beckmann MW, Thiel FC, Ekici AB, Chen X; Australian Ovarian Cancer Study Group; Australian Cancer Study (Ovarian Cancer); Ovarian Cancer Association Consortium, Johnatty SE, Webb PM, Beesley J, Chanock S, Garcia-Closas M, Sellers T, Easton DF, Berchuck A, Chenevix-Trench G, Pharoah PD, Gayther SA. Common variants at 19p13 are associated with susceptibility to ovarian cancer. *Nat Genet*. 2010;42:880-4. (PMCID: PMC3125495).

70.    Notaridou M, Quaye L, Dafou D, Jones C, Song H, Høgdall E, Kjaer SK, Christensen L, Høgdall C, Blaakaer J, McGuire V, Wu AH, Van Den Berg DJ, Pike MC, Gentry-Maharaj A, Wozniak E, Sher T, Jacobs IJ, Tyrer J, Schildkraut JM, **Moorman PG**, Iversen ES, Jakubowska A, Medrek K, Lubiński J, Ness RB, Moysich KB, Lurie G, Wilkens LR, Carney ME, Wang-Gohrke S, Doherty JA, Rossing MA, Beckmann MW, Thiel FC, Ekici AB, Chen X, Beesley J, Gronwald J, Fasching PA, Chang-Claude J, Goodman MT, Chenevix-Trench G, Berchuck A, Pearce CL, Whittemore AS, Menon U, Pharoah PD, Gayther SA, Ramus SJ; The Australian Ovarian Cancer Study Group/Australian Cancer Study (Ovarian Cancer); on behalf of the Ovarian Cancer Association Consortium.  Common alleles in candidate susceptibility genes associated with risk and development of epithelial ovarian cancer. *Int J Cancer*. 2011; 128: 2063-74. (PMCID: PMC3098608)

71.    Near AM, Wu AH, Templeman C, Van Den Berg DJ, Doherty JA, Rossing MA, Goode EL, Cunningham JM, Vierkant RA, Fridley BL, Chenevix-Trench G, Webb PM; the Australian Cancer Study (Ovarian Cancer) (ACS).,; the Australian Ovarian Cancer Study Group (AOCS)., Kjær SK, Hogdall E, Gayther SA, Ramus SJ, Menon U, Gentry-Maharaj A, Schildkraut JM, **Moorman PG**, Palmieri RT, Ness RB, Moysich K, Cramer DW, Terry KL, Vitonis AF, Pike MC, Berchuck A, Pearce CL; on behalf of the Ovarian Cancer Association Consortium. Progesterone receptor gene polymorphisms and risk of endometriosis: results from an international collaborative effort. *Fertil Steril*. 2011; 95: 40-5. (PMCID: PMC3176720)

72.    **Moorman PG**, Jones LW, Akushevich L, Schildkraut JM.  Recreational physical activity and ovarian cancer risk and survival.  *Annals Epidemiol*. 2011; 21: 178-87. (PMCID: PMC3035989)

73.    Pearce CL, Doherty JA, Van Den Berg DJ, Moysich K, Hsu C, Cushing-Haugen KL, Conti DV, Ramus SJ, Gentry-Maharaj A, Menon U, Gayther SA, Pharoah PD, Song H, Kjaer SK, Hogdall E, Hogdall C, Whittemore AS, McGuire V, Sieh W, Gronwald J, Medrek K, Jakubowska A, Lubinski J, Chenevix-Trench G; AOCS/ACS Study Group, Beesley J, Webb PM, Berchuck A, Schildkraut JM, **Moorman PG**, Edlund CK, Stram DO, Pike MC, Ness RB, Rossing MA, Wu AH. Genetic variation in insulin-like growth factor 2 may play a role in ovarian cancer risk. *Hum Mol Genet*. 2011; 20: 2263-72. (PMCID: PMC3090188)

74.    **Moorman PG,** Myers ER, Schildkraut JM, Wang F.  Reported symptoms before and one year after hysterectomy in African American and White women. *J Women's Health*. 2011; 20: 1035-42. (PMCID: PMC3130512)

75. Ziogas A, Horick NK, Kinney AY, Lowery JR, Domchek SM, Isaacs C, Griffin CA, **Moorman PG**, Edwards KL, Hill DA, Berg JS, Tomlinson GE, Anton-Culver H, Strong LC, Kasten CH, Finkelstein DM, Plon SE. Clinically relevant changes in family history of cancer over time. *JAMA.* 2011; 306: 172-8. (PMCID: PMC3367662)
(Article was selected by Epidemiology and Genomics Research Program (EGRP) of the National Cancer Institute as one of their Research Highlights from EGRP Grantees 2011.)

76. **Moorman PG**, Myers ER, Schildkraut JM, Iversen ES, Wang F, Warren N.  Effect of hysterectomy with ovarian preservation on ovarian function. *Obstet Gynecol.* 2011; 118: 1271-9. (PMCID: PMC3223258)
(Article was selected by journal as "Breaking News" and a journal club article for December 2011 issue.)

77. **Moorman PG**, Leppert P, Myers ER, Wang F. Comparison of characteristics of fibroids in African American and white women undergoing pre-menopausal hysterectomy. *Fertil Steril.* 2013; 99: 768-76. (PMCID: PMC3632655)

78. Havrilesky LJ, Gierisch JM, **Moorman PG**, Coeytaux RR, Peragallo Urrutia  R, Lowery WJ, Dinan M, McBroom AJ, Wing L, Musty MD, Lallinger KR, Hasselblad V, Sanders GD, Myers ER. Oral Contraceptive Use for the Primary Prevention of Ovarian Cancer. Evidence Report/Technology Assessment No. 212. (Prepared by the Duke Evidence-based  Practice Center under Contract No. 290-2007-10066-I.) *AHRQ Publication No. 13-E002-EF.* Rockville, MD: Agency for Healthcare Research and Quality. June 2013. www.effectivehealthcare.ahrq.gov/reports/final.cfm. (PMCID: PMC4781074)

79. Olsen CM, Nagle CM, Whiteman DC, Ness R, Pearce CL, Pike MC, Rossing MA, Terry KA, Wu AH, the Australian Cancer Study (Ovarian Cancer), Australian Ovarian Cancer Study Group, Risch HA, Yu H, Doherty JA, Chang-Claude J, Hein R, Nickels S, Wang-Gohrke S, Goodman MT, Carney ME, Matsuno RK, Lurie G, Moysich K, Kjaer SK, Jensen A, Hogdall E, Goode EL, Fridley BL, Vierkant RA, Larson MC, Schildkraut J, Hoyo C, **Moorman P**, Weber RP, Cramer DW, Vitonis AF, Bandera EV, Olson SH, Rodriguez-Rodriguez L, King M, Brinton LA, Yang H, Garcia-Closas M, Lissowska J, Anton-Culver H, Ziogas A, Gayther SA, Ramus SJ, Menon U, Gentry-Maharaj A, Webb PM on behalf of the Ovarian Cancer Association Consortium.  Obesity and risk of ovarian cancer subtypes: evidence from the Ovarian Cancer Association Consortium. *Endocrine Related Cancer.* 2013; 20: 251-62. (PMCID:  PMC3857135)

80. Pearce CL, Rossing MA, Lee A, Ness R, Webb PM for Australian Cancer Study (Ovarian Cancer) and Australian Ovarian Cancer Study Group, Nagle CM, Stram D, Chang-Claude J, Hein R, Lurie G, Thompson PJ, Carney ME, Goodman MT,  Moysich K, Hogdall E, Jensen A, Goode EL, Fridley BL, Cunningham J,  Vierkant RA, Palmieri RT, Ziogas A, Anton-Culver H, Gayther SA, Gentry-Maharaj A, Menon U, Ramus SJ, Berchuck A, Doherty JA, Iversen E, McGuire V, **Moorman P**, Pharoah P, Pike MC, Risch H, Sieh W, Stram D, Terry KL,  Whittemore A, Wu AH, Schildkraut JM, Kjaer SK on behalf of the Ovarian Cancer Association Consortium. Combined and interactive effects of environmental and GWAS-identified risk factors in ovarian cancer. *Cancer Epidemiol Biomarkers Prev.* 2013; 22: 880-90. (PMCID:  PMC3963289)

81. Havrilesky LJ, **Moorman PG**, Lowery WJ, Gierisch JM, Coeytaux RR, Peragallo Urrutia R, Dinan M, McBroom AJ, Hasselblad V, Sanders GD, Myers ER. Oral contraceptive pills as primary prevention for ovarian cancer: A systematic review and meta-Analysis. *Obstet Gynecol.* 2013; 122: 139-47.

82. Peragallo Urrutia R, Coeytaux RR, Gierisch JM, Havrilesky LJ, **Moorman PG**, Lowery WJ, Dinan M, McBroom AJ, Wing E, Musty MD, Lallinger KR, Hasselblad V, Sanders GD, Myers ER.

Thromboembolic events and association with oral contraceptive use: a systematic review and meta-analysis. *Obstet Gynecol* 2013; 122: 380-9.

83. Gierisch JM, Coeytaux RR, Urrutia RP, Havrilesky LJ, **Moorman PG**, Lowery WJ, Dinan M, McBroom AJ, Hasselblad V, Sanders GD, Myers ER. Oral contraceptive use and risk of breast, cervical,colorectal and endometrial cancer: a systematic review. *Cancer Epidemiol Biomarkers Prev* 2013; 22: 1931-43.

84. Fish LJ, **Moorman PG**, Wordlaw-Stinson L, Vidal A, Smith JS, Hoyo C. HPV and cervical cancer knowledge associated with greater adherence to follow-up colposcopy. *Am J Health Education* 2013; 44: 293-8. (PMCID: PMC4075768)

85. **Moorman PG**, Havrilesky LJ, Gierisch JM, Coeytaux RR, Lowery WJ, Urrutia RP, McBroom AJ, Wing E, Musty MD, Lallinger KR, Hasselblad V, Sanders GD, Myers ER. A systematic review and meta-analysis of the association between Oral contraceptives and risk of ovarian and breast cancer among high-risk women: a systematic review and meta-analysis. *J Clin Oncology* 2013; 31: 4188-98.

86. Allott EH, Abern MR, Gerber L, Keto CJ, Aronson WJ, Terris MK, Kane CJ, Amling CL, Cooperberg MR, **Moorman PG**, Freedland SJ. Metformin does not affect risk of biochemical recurrence following radical prostatectomy: results from the SEARCH database. *Prostate Cancer Prostatic Diseases* 2013; 16: 391-7. (PMCID: PMC3830588)

87. Wordlaw-Stinson L, Jones S, Little S, Fish L, Vidal A, Smith JS, Hoyo C, **Moorman PG**. Challenges and recommendations to recruiting women who do not adhere to follow-up gynecological care. *Open J Prev Med* 2014; 4: 123-8. (PMCID: PMC4075769)

88. Hill DA, Horick NK, Isaacs C, Domchek SM, Tomlinson GE, Lowery JT, Kinney AY, Berg JS, Edwards KL, **Moorman PG**, Plon SE, Strong LC, Ziogas A, Griffin CA, Kasten CH, Finkelstein DM for the Cancer Genetics Network. Long-term risk of medical conditions associated with breast cancer treatment. *Breast Cancer Res Treat* 2014: 145: 233-43. (PMCID: PMC4096572)

89. Gaines AR, Turner EL, **Moorman PG,** Freedland SJ, Keto CJ, McPhail ME, Grant DJ, Vidal AC, Hoyo C. The association between race and prostate cancer risk on initial biopsy in an equal access, multiethnic cohort. *Cancer Causes Control* 2014; 25: 1029-35. (PMCID: PMC4117308)

90. Davidson BA, **Moorman PG.** Risk-benefit assessment of the combined oral contraceptive pill in women with a family history of cancer. *Expert Opinion Drug Safety* 2014; 10: 1375-82.

91. Allott EH, Tse CK, Olshan AF, Carey LA, **Moorman PG**, Troester MA. Non-steroidal anti-inflammatory drug use, hormone receptor status, and breast cancer-specific mortality in the Carolina Breast Cancer Study. *Breast Cancer Res Treat* 2014; 147: 415-21. (PMCID: PMC4462196)

92. Schildkraut JM, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy M, Cote ML, Funkhouser E, Peters E, Schwartz AG, Terry P, Wallace K, Akushevich L, Wang F, Crankshaw S, **Moorman PG**. A Multi-Center Population-Based Case-Control Study of Ovarian Cancer in African-American Women: The African American Cancer Epidemiology Study (AACES). *BMC Cancer* 2014; 14: 688. (PMCID: PMC4182887)

93. Myers ER, **Moorman P**, Gierisch JM, Havrilesky LJ, Grimm LJ, Ghate S, Davidson B, Chatterjee Montgomery R, Crowley MJ, McCrory DC, Kendrick A, Sanders GD. Benefits and Harms of Breast Cancer Screening: A Systematic Review. *JAMA* 2015; 314: 1615-34.

94. Qin B, **Moorman PG**, Alberg AJ, Barnholtz-Sloan JS, Bondy M, Cote ML, Funkhouser E, Peters ES,

Schwartz AG, Terry P, Schildkraut JM, Bandera EV. Dietary carbohydrate intake, glycemic load, glycemic index and ovarian cancer risk in African-American women. *Br J Nutr* 2016, 115: 694-702. (PMCID: PMC4844174)

95. Erondu CO, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy M, Cote ML, Funkhouser E, Peters E, Schwartz AG, Terry PD, Wallace K, Akushevich L, Wang F, Crankshaw S, Berchuck A, Schildkraut JM, **Moorman PG**. The association between body mass index and presenting symptoms in African American women with ovarian cancer. *J Women's Health* 2016; 25: 571-8. (PMCID: 4900212)

96. Alberg AJ, **Moorman PG**, Crankshaw S, Wang F, Bandera EV, Barnholtz-Sloan J, Bondy M, Cartmell KB, Cote ML, Ford ME, Funkhouser E, Keleman L, Peters ES, Schwartz AG, Sterba KR, Terry P, Wallace K, Schildkraut JM. Socioeconomic status in relation to the risk of ovarian cancer in African American women: a population-based case-control study. *Am J Epidemiol* 2016, 184: 274-83. (PMCID: PMC4983652)

97. Peres L, Camacho F, Abbott S, Alberg A, Bandera E, Barnholtz-Sloan JS, Bondy M, Cote M, Crankshaw S, Funkhouser E, **Moorman P**, Peters E, Schwartz AG, Terry P, Wang F, Schildkraut J. Analgesic medication use and risk of epithelial ovarian cancer in African American women. *Br J Cancer* 2016; 114: 819-25.

98. Abbott SE, Bandera EV, Qin B, **Moorman PG**, Barnholtz-Sloan J, Schwartz AG, Funkhouser E, Peters ES, Cote ML, Alberg AJ, Terry P, Bondy M, Crankshaw S, Wang F, Camacho F, Schildkraut JM. Recreational physical activity and ovarian cancer risk in African American women. *Cancer Med* 2016; 5: 1319-27.(PMCID: PMC4924390)

99. Trabuco E, **Moorman PG**, Algeciras-Schimnich A, Weaver AL, Cliby W. Association of ovary-sparing hysterectomy with ovarian reserve. *Obstet Gynecol* 2016; 127: 819-27. (PMCID: PMC5004761)

100. Bandera EV, Qin B, **Moorman PG**, Alberg AJ, Barnholtz-Sloan J, Bondy M, Cote ML, Funkhouser E, Peters ES, Schwartz AG, Terry P, Schildkraut JM. Obesity, weight gain, and ovarian cancer risk in African American women. *Int J Cancer* 2016; 139: 593-600. (PMCID: PMC4982766)

101. Schildkraut JM, Abbott SE, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy M, Cote M, Funkhouser E, Peres LC, Peters ES, Schwartz AG, Terry P, Crankshaw S, Camacho F, Wang F, **Moorman PG**. Association between body powder use and ovarian cancer: the African American Cancer Epidemiology Study (AACES). *Cancer Epidemiol Biomarkers Prev* 2016; 25: 1411-17. (PMCID: PMC5050086)

102. **Moorman PG**, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy M, Cote ML, Funkhouser E, Peters ES, Schwartz AG, Terry P, Crankshaw S, Wang F, Schildkraut JM. Reproductive factors and ovarian cancer risk in African American Women. *Ann Epidemiol* 2016: 26: 654-62. (PMCID: PMC5035608)

103. Qin B, **Moorman PG**, Alberg AJ, Barnholtz-Sloan JS, Bondy M, Cote ML, Funkhouser E, Peters ES, Schwartz AG, Terry P, Schildkraut JM, Bandera EV. Dietary quality and ovarian cancer risk in African-American women. *Am J Epidemiol* 2017; 185: 1281-89.

104. Peres LC, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy M, Cote ML, Funkhouser E, **Moorman PG**, Peters ES, Schwartz AG, Terry P, Abbott SE, Camacho F, Wang F, Schildkraut JM. Premenopausal hysterectomy and risk of ovarian cancer in African American women. *Am J Epidemiol* 2017; 186: 46-53.

105. Qin B, **Moorman PG**, Alberg AJ, Barnholtz-Sloan JS, Bondy M, Cote ML, Funkhouser E, Peters ES, Schwartz AG, Terry P, Schildkraut JM, Bandera EV. Dairy, calcium, vitamin D and ovarian cancer risk in African American women. *Br J Cancer* 2016; 115: 1122-1130. (PMCID: PMC5117784)

106. Horick NK, Manful A, Lowery J, Domchek S, **Moorman P**, Griffin C, Visvanathan K, Isaacs C, Kinney A, Finkelstein DM. Physical and psychological health in rare cancer survivors. *J Cancer Surviv* 2017; 11: 158-65.

107. Peres LC, Bandera EV, Qin B, Guertin KA, Shivappa N, Hebert JR, Abbott SE, Alberg AJ, Barnholtz-Sloan J, Bondy M, Cote ML, Funkhouser E, **Moorman PG**, Peters ES, Schwartz AG, Terry PD, Camacho F, Wang F, Schildkraut JM.  Dietary inflammatory index and risk of epithelial ovarian cancer in African American women.  *Int J Cancer* 2017; 140: 535-43. (PMCID: PMC5159198)

108. Peres LC, **Moorman PG**, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy M, Cote ML, Funkhouser E, Peters ES, Schwartz AG, Terry PD, Abbott SE, Camacho F, Wang F, Schildkraut JM.  Lifetime number of ovulatory cycles and epithelial ovarian cancer risk in African American women.  *Cancer Causes Control* 2017; 28: 405-14. (PMCID: PMC5410663)

109. Terry PD, Qin B, Camacho F, **Moorman PG**, Alberg AJ, Barnholtz-Sloan JS, Bondy M, Cote ML, Funkhouser E, Guertin KA, Peters ES, Schwartz AG, Schildkraut JM, Bandera EV. Supplemental selenium may decrease ovarian cancer risk in African-American women. *J Nutrition* 2017; 147: 621-7. (PMCID: PMC5368582)

110. Kelemen LE, Abbott S, Qin B, Peres LC, **Moorman P**, Wallace K, Bandera E, Barnholtz-Sloan J, Bondy M, Cartmell K, Cote M, Funkhouser E, Paddock L, Peters E, Schwartz A, Terry P, Alberg A, Schildkraut J. Cigarette smoking and the association with serous ovarian cancer in African American women:  African American Cancer Epidemiology Study (AACES).  *Cancer Causes Control* 2017; 28: 699-708.

111. Wang Y, Freedman JA, Liu H, **Moorman P**, Hyslop T, George D, Lee NH, Patierno SR, Wei Q. Associations between RNA splicing regulatory variants of stemness-related genes and racial disparities in susceptibility to prostate cancer.  *Int J Cancer* 2017; 141: 731-43.(PMCID: PMC5512873)

112. McNamara C, Abbott SE, Bandera EV, Qin B, Peres LC, Camacho F, **Moorman PG**, Alberg A, Barnholtz-Sloan JS, Bondy M, Cote ML, Funkhouser E, Peters ES, Schwartz AG, Schildkraut JM, Terry P. Tubal ligation and ovarian cancer risk in African-American women.  *Cancer Causes Control* 2017; 28: 1033-41.(PMCID: PMC5635599)

113. Barrett NJ,  Ingraham KL, Vann Hawkins T, **Moorman PG**.  Engaging African Americans in research: the recruiter's perspective.  *Ethn Dis* 2017; 27: 453-462. (PMCID: PMC5720956)

114. DeBono NL, Robinson WR, Lund J, Tse CK, **Moorman PG**, Olshan AF, Troester MA.  Race, menopausal hormone therapy and invasive breast cancer in the Carolina Breast Cancer Study.  *J Women's Health* 2018; 27: 3770386.

115. Abbott SE, Camacho F, Peres LC, Alberg AJ, Bandera EV, Bondy M, Cote ML, Funkhouser E, **Moorman PG**, Peters ES, Qin B, Schwartz AG, Barnholtz-Sloan J, Terry P, Schildkraut JM. Recreational physical activity and survival in African American women with ovarian cancer.  *Cancer Causes Control*  2018; 29: 77-86.

116. Peres LC, Risch H, Terry KL, Webb PM, Goodman MT, Wu AH, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy M, Cote ML, Funkhouser E, **Moorman PG**, Peters ES, Schwartz AG, Terry PD, Manichaikul A, Abbott SE, Camacho F, Jordan SJ, Nagle CM, Australian Ovarian Cancer Study Group, Rossing MA, Doherty JA, Modugno F, Moysich K, Ness R, Berchuck A, Cook L, Le N,  Brooks-Wilson A, Sieh W, Whittemore A, McGuire V, Rothstein J, Anton-Culver H, Ziogas A, Pearce CL, Tseng C, Pike M, Schildkraut JM, on behalf of the African American Cancer Epidemiology Study and the Ovarian Cancer Association Consortium. Racial/ethnic differences in the epidemiology of

ovarian cancer: A pooled analysis of 12 case-control studies. *Int J Epidemiol* 2017; 47: 460-472.

117. Mills AM,  Peres LC, Meiss A, Ring KL, Modesitt SC, Abbott SE, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy ML, Cote ML, Funkhouser E, **Moorman PG**, Peters ES, Schwartz AG, Terry PD, Schildkraut JM. Targetable immune regulatory molecule expression in high-grade serous ovarian carcinomas in African-American women: a study of PD-L1 and IDO in 112 Cases from the African American Cancer Epidemiology Study (AACES), *Int J Gynecol Pathology* 2018, in press.

118. Freedman JA, Wang Y, Li X, Liu H, **Moorman PG**, George DJ, Lee NH, Hyslop T, Wei Q, Patierno SR. Single nucleotide polymorphisms of stemness pathway genes predicted to regulate RNA splicing, microRNA and oncogenic signaling are associate with prostate cancer survival. *Carcinogenesis* 2018; 39: 879-888.

119. Anderson RT, Peres LC, Camacho F, Bandera EV, Funkhouser E, **Moorman PG**, Paddock LE, Peters ES, Abbott SE, Alberg AA, Barnholtz-Sloan J, Bondy M, Cote ML, Schwartz AG, Terry P, Schildkraut JM. Individual, social and societal correlates of Health-Related Quality of Life among African-American survivors of ovarian cancer: results from the AACES Study. *J Women's Health*, 2018, in press.

120. Park HK, Schildkraut JM, Alberg AJ, Bandera EV, Barnholtz-Sloan JS, Bondy M, Crankshaw S, Funkhouser E, **Moorman PG**, Peters ES, Terry P, Wang F, Ruterbusch JJ, Schwartz AG, Cote ML. Benign gynecologic conditions are associated with ovarian cancer risk in African-American women: a case-control study. *Cancer Causes Control*, 2018, in press.

121. **Moorman PG**, Barrett NJ, Wang F, Alberg AA, Bandera EV, Barnholtz-Sloan J, Bondy M, Cote ML, Funkhouser E, Kelemen L, Peres LC, Peters ES, Schwartz AG, Terry P, Crankshaw S, Abbott SE, Schildkraut JM. Effect of cultural, folk and religious beliefs and practices on delays in diagnosis in ovarian cancer in African American women. *J Women's Health*, 2018, in press.

122. Qian D, Liu H, Wang X, Ge J, Luo S, Patz EF Jr, **Moorman PG**, Su L, Shen S, Christiani DC, Wei Q. Potentially functional genetic variants in the complement-related immunity gene-set are associated with non-small cell lung cancer survival. *Int J Cancer* 2018, in press.

---

**Letters**

1. **Moorman PG**.  Letter re:  Breast cancer risk factors. *Drug Topics*. 2002; 146: 16.

2. **Moorman PG**. Letter re: Association of frequency and duration of aspirin use and hormone receptor status with breast cancer risk. *JAMA*. 2004; 292: 1426.

3. Schildkraut JM, **Moorman PG**, Calingaert B, Berchuck A.  Letter re:  Cyclin E overexpression relates to ovarian cancer histology but not to risk factors. *Cancer Epidemiol Biomarkers Prev*. 2008; 17: 1841-2.

4. **Moorman PG**.  Letter re: Age at Menopause:  Imputing age at menopause for women with a hysterectomy with application to risk of postmenopausal breast cancer. *Annals Epidemiol*. 2011; 21: 797.

5. Myers ER, **Moorman P**, Sanders GD.  Response re:  Breast cancer screening:  benefit or harm? *JAMA* 2016; 315: 1402-3.

6. Trabuco EC, **Moorman PG**, Cliby WA. In reply re: Association of ovary-sparing hysterectomy with ovarian reserve. *Obstet Gynecol* 2016; 128: 655-6.

## Book Chapters and Invited Papers

1. **Moorman PG**, Hames CG, Tyroler HA. Socioeconomic status and morbidity and mortality in hypertensive blacks. In Brest AN and Saunders E (eds): *Cardiovascular Clinics: Cardiovascular Diseases in Blacks*. FA Davis Company, Philadelphia, 1991, 179-93.

2. **Moorman PG**, Hulka BS. Menopausal hormones and the risk of breast cancer. *Endocrinologist.* 1992; 2: 189-94. (Article was awarded annual editorial prize by journal.)

3. Hulka BS, **Moorman PG**. Breast cancer: Hormones and other risk factors, *Maturitas.* 2001; 38: 103-13.

4. **Moorman PG**, Terry PD. Dairy products and breast cancer. 2003. United Kingdom Dairy Council. (Invited paper)

5. **Moorman PG**, Berchuck A. Comment on: Hormone replacement therapy does not increase risk for ovarian cancer in women with BRCA mutations. *North American Menopause Society First to Know*. Feb. 15, 2006. www.menopause.org/news.html.

6. **Moorman PG**, Hamilton RJ. Statins and cancer risk: what do we know and where do we go from here? *Epidemiology.* 2007; 18: 194-6. (Invited paper)

7. Hulka BS, **Moorman PG**. Breast cancer: hormones and other risk factors. *Maturitas.* 2008; 61: 203-213.
   (Republished 2001 article of same title in an issue of the journal's top 10 downloaded articles for the period 2000-2008).

8. **Moorman PG**. Ovarian failure after pre-menopausal hysterectomy. *European Obstetrics & Gynecology*. 2012; 7: 35-8. (Invited paper)

9. **Moorman PG.** Genetic markers for ovarian cancer risk: are we close to seeing a clinical impact? *Personalized Medicine.* 2012; 9: 565-7. (Invited paper)

10. **Moorman PG.** Should women at high risk for cancer use oral contraceptive pills? *Personalized Medicine*. 2015, 12: 533-5. (Invited paper)

## Technical Reports

1. **Moorman PG**, Goldstein K, Coeytaux R, Myers ER, Strauss J, Van Houtven C, Shepherd-Banigan M, Brancu M, Von Isenberg M, Van Noord M, Conklin J, Lallinger K, Schmidt R, McBroom Brooks A, Sanders-Schmidler G. Topic Brief: Nutritional needs of older women. Prepared for Office of Women's Health and Agency for Healthcare Research Quality (AHRQ), 2017.

2. Myers ER, Strauss J, Van Houtven C, Goldstein K, Shepherd-Banigan M, Brancu M, **Moorman PG**, Coeytaux R, Von Isenberg M, Van Noord M, Conklin J, Lallinger K, Schmidt R, McBroom Brooks A, Sanders-Schmidler G. Topic Brief: Maternal Health. Prepared for Office of Women's Health and Agency for Healthcare Research Quality (AHRQ), 2017.

3. Strauss J, Brancu M, Myers ER, Anderson S, Van Houtven C, Goldstein K, Shepherd-Banigan M, **Moorman PG**, Coeytaux R, Von Isenberg M, Van Noord M, Conklin J, Lallinger K, Schmidt R, McBroom Brooks A, Sanders-Schmidler G. Topic Brief: Women's Mental Health. Prepared for Office of Women's Health and Agency for Healthcare Research Quality (AHRQ), 2017.

4.   Goldstein K, Coeytaux R, Myers ER, Strauss J, Van Houtven C, Shepherd-Banigan M, Brancu M, **Moorman PG**, Von Isenberg M, Van Noord M, Conklin J, Lallinger K, Schmidt R, McBroom Brooks A, Sanders-Schmidler G.  Topic Brief:  Girls' Health and Obesity.  Prepared for Office of Women's Health and Agency for Healthcare Research Quality (AHRQ), 2017.

5.   Shepherd-Banigan M, Van Houtven C,  Brancu M, Goldstein K, **Moorman PG**, Strauss J, Coeytaux R, Von Isenberg M, Van Noord M, Conklin J, Lallinger K, Schmidt R, McBroom Brooks A, Myers ER, Sanders-Schmidler G.  Topic Brief:  Family Caregivers for Older Adults.  Prepared for Office of Women's Health and Agency for Healthcare Research Quality (AHRQ), 2017.

---

### Non-authored Publications (acknowledged for contributions)

1.   Newman B, Millikan RC, King M-C. Genetic epidemiology of breast and ovarian cancers.  *Epidemiol Rev*. 1997; 19: 69-79.

2.   Millikan R, Pittman G, Tse C-K, Savitz DA, Newman B, Bell D. Glutathione S-transferases M1, Ti, and P1 and breast cancer. *Cancer Epidemiol Biomarkers Prev*. 2000; 9: 567-73.

3.   Krajcik RA, Massardo S, Orentreich N. No association between serum levels of tumor necrosis factor-α (TNF- α) or the soluble receptors sTNFR1 and sTNFR2 and breast cancer risk. *Cancer Epidemiol Biomarkers Prev*. 2003; 12: 945-6.

4.   Trivers KF, Stewart SL, Peipins L, Rim SH, White MC.  Expanding the public health research agenda for ovarian cancer. *J Womens Health*. 2009; 18: 1299-305.

5.   Soubry A, Il'yasova D, Sedjo R, Wang F, Byers T, Rosen C, Yashin A, Ukraintseva S, Haffner S, D'Agostino R Jr. Increase in circulating levels of IGF-1 and IGF-1/IGFBP-3 molar ratio over a decade is associated with colorectal adenomatous polyps. *Int J Cancer*. 2012; 131: 512-7.

---

### Presentations and Published Abstracts (selected)

**Moorman PG**, Newman B, Butler LM, Ostermeyer EA, Friedman LS, Millikan RC, Liu ET, King MC. Inherited susceptibility at BRCA1 in a population-based sample.  Society for Epidemiologic Research, Boston, MA, June 1996

Rockhill B, Newman B, **Moorman P**, Millikan R, Weinberg C. Summary attributable fraction and breast cancer risk factors. Society for Epidemiologic Research, Boston, MA, June 1996.

Furberg H, Newman B, **Moorman P**, Millikan R. Lactation and breast cancer risk. Society for Epidemiologic Research, Edmonton, Alberta, Canada, June 1997.

Marcus PM, Newman B, Millikan RC, **Moorman PG**, Baird DD, Sternfeld B, Qaqish B. The association of adolescent body mass index (BMI) and physical activity with breast cancer risk. Society for Epidemiologic Research, Edmonton, Alberta, Canada, June 1997.

Huang WY, Newman B, Millikan RC, Schell MJ, **Moorman PG**. Hormone-related factors and risk of breast cancer by estrogen receptor and progesterone receptor status. Society for Epidemiologic Research, Chicago, MD, 1998.

Hall IJ, Newman B, Millikan RC, **Moorman PG**.  Evaluating body size and breast cancer risk among black women. Society for Epidemiologic Research, Chicago, MD, 1998.

Marcus PM, Newman B, Millikan RC, Baird DD, **Moorman PG,** Qaqish B. Breast cancer epidemiology: the case for adolescent exposures. Society for Epidemiologic Research, Baltimore, MD, 1999.

**Moorman PG**. Menopausal hormones and risk of breast cancer. Carolina Breast Cancer Study Participant Symposium, Chapel Hill, NC, April 2000

**Moorman PG**, Jones BA, Millikan RC, Hall IJ, Newman B. Race, anthropometric factors, and stage at diagnosis of breast cancer. Society for Epidemiologic Research, Seattle, WA, June 2000.

Hall IJ, Newman B, Millikan RC, **Moorman PG**. Comparative analysis of breast cancer risk factors among African-American women and white women. Congress of Epidemiology, Toronto, Ontario, Canada, June 2001.

**Moorman PG**, et al. Nuts and bolts of field studies: things they didn't teach you in school. Congress of Epidemiology, Toronto, Ontario, Canada, June 2001. (Invited talk)

**Moorman PG**, Calingaert B, Vine M, Halabi S, Berchuck A, Schildkraut JM. Comparison of two methods for calculating lifetime ovulatory cycles. Congress of Epidemiology, Toronto, Ontario, Canada, June 2001.

Plummer P, Jackson S, Konarski J, Mahanna E, Dunmore C, Regan G, Mattingly D, Parker B, Williams S, Andrews C, Vannapppagari V, HallS, Deming S, Hodgson E, **Moorman P**, Newman B, Millikan R. Making epidemiologic studies responsive to the needs of participants and communities: the Carolina Breast Cancer Study experience. Conference on Breast Cancer and Environmental Mutagens, Research Triangle Park, NC, September 2001.

**Moorman PG**. Population-based study of breast cancer among African-American and White women in North Carolina. North Carolina Central University, Durham, NC, January 2003. (Invited talk)

**Moorman PG**. Medication use and breast cancer risk. Psychiatry and Behavioral Sciences Grand Rounds, Memorial Sloan-Kettering Cancer Center, New York, NY, March 2003. (Invited talk)

Sansbury L, Millikan R, Schroeder J, **Moorman P**, North K, Sandler R. Use of non-steroidal anti-inflammatory drugs, cyclooxygenase-2 Val411Ala polymorphism and association with colon cancer in a population-based study of African Americans and whites. 3rd Annual AACR International Conference, Seattle, WA, October 2004.

Schildkraut JM, Berchuck A, Murphy S, Marks J, **Moorman P**, Calingaert B, Halabi S. Trinucleotide repeat polymorphisms in the androgen receptor gene and risk of ovarian cancer. 3rd Annual AACR International Conference, Seattle, WA, October 2004.

**Moorman PG,** Sesay J, Nwosu V, Millikan R. Non-steroidal anti-inflammatory drugs, COX2 polymorphism and breast cancer: a study of gene-environment interactions. Triangle Cancer and Disparities Symposium, North Carolina Central University, Durham, NC, March 2005.

**Moorman PG.** Racial disparities in breast cancer: problem or opportunity? Johnson C. Smith University, Charlotte, NC, September 2005. (Invited talk)

Trivers K, Gammon M, Abrahamson P, Lund MJ, Kaufman J, **Moorman P**, Cai JW, Porter P, Brinton L, Eley JW. Reproductive factors and breast cancer survival in women less than 55 years of age. 4th Annual Conference on Frontiers in Cancer Prevention Research, Baltimore, MD, November 2005.

**Moorman PG.** The role of epidemiology in the drug development process. University of Ferrara, Ferrara, Italy, May 2006. (Invited talk)

17

**Moorman PG.**  Racial disparities in breast cancer:  risk factors through survival.  Women's Health Research Symposium - Untying the Pink Ribbon:  Advances in Breast Cancer.  University of Maryland School of Medicine.  Baltimore, MD, March 2008. (Invited talk)

**Moorman PG,** JM Schildkraut JM, ES Iversen ES, ER Myers ER, M Gradison M1, N Warren-White N, F Wang.  Weight gain after pre-menopausal hysterectomy.  Society for Epidemiologic Research, Chicago, IL, June 2008.

**Moorman PG.** Non-steroidal anti-inflammatory drugs (NSAIDs) as chemopreventives for cancer:  are they ready for prime time?  Genetics and Environmental Mutagenesis Society 26th Annual Fall Meeting. Research Triangle Park, NC, October 2008. (Invited talk)

**Moorman PG.**  Introduction to cancer epidemiology.  Osher Lifelong Learning Institute lecture series. Chapel Hill, NC, September 2009. (Invited talk)

**Moorman PG.**  Challenges of epidemiologic research in the genomic era:  the example of ovarian cancer. Environmental  Mutagen Society Annual Meeting, St. Louis, MO, October  2009 (Invited talk)

**Moorman PG.**  Epidemiology in clinical research:  beyond randomized controlled trials.  Duke University Health System Clinical Education and Professional Development Series, Durham, NC, January 2010. (Invited talk)

**Moorman PG.**  Epidemiology in clinical research:  beyond randomized controlled trials. Association of Clinical Research Professionals, Durham, NC, June 2010. (Invited talk)

**Moorman PG.** The role of epidemiology in understanding disparities in breast cancer.  Duke Oncology Symposium – Advances in Surgical and Treatment Options for Breast and Colorectal Cancer.  Raleigh, NC, May 2011. (Invited talk)

Østbye T, **Moorman P**. Measurement dilemmas: validity, reliability and messy data. Family Medicine Research Seminar Series, Duke University Medical Center, December 2011.

**Moorman P**, Østbye T. Research that can tell you something: internal and external validity in study design. Family Medicine Research Seminar Series, Duke University Medical Center, November 2011.

Myers ER, Havrilesky LJ, Gierisch J, **Moorman PG**, Dinan MA, Coeytaux R, Urrutia RP, Lowery WJ, Hasselblad V, McBroom AJ, Sanders GD. Using net benefits and acceptability curves to quantify uncertainty about tradeoffs between harms and benefits of oral contraceptives. Society for Medical Decision Making, Phoenix, AZ, October 2012.

Myers ER, Havrilesky LJ, Gierisch J, **Moorman PG**, Dinan MA, Coeytaux R, Urrutia RP, Lowery WJ, Hasselblad V, McBroom AJ, Sanders GD. Net effects of current patterns of oral contraceptive use on potentially fatal outcomes in the United States. Society for Medical Decision Making, Phoenix, AZ, October 2012.

Stouder A, Melcher B, Morgan PA, **Moorman PG**, Lin L, Stem J. Satisfaction Guaranteed?  An Analysis of Lecturer Characteristics Associated with Physician Assistant Student Satisfaction. Physician Assistant Education Association Annual Education Forum, Seattle, WA, November 2012.

**Moorman PG.**  The African American Cancer Epidemiology Study (AACES).  Ovarian Cancer in Women of African Ancestry Emerging Consortium Meeting.  Bethesda, MD, April 2013.

**Moorman PG.**  Ovarian Cancer:  What You Need to Know.  Duke Cancer Institute, Cancer Awareness Workshop.  Durham, NC, May, August and October 2014.

**Moorman PG.**  Ovarian Cancer in African American Women:  The Challenges of Studying a Less Common

Cancer in a Minority Population.  Duke Cancer Institute Cancer Control and Population Sciences Seminar Series.  Durham, NC, July 2014.


## CONSULTANT APPOINTMENTS

National Institutes of Health, Center for Scientific Review
- Epidemiology and Disease Control Subcommittee 2 (EDC-2):  Oct. 2000, Feb. 2001
- Special Emphasis Panels: Nov. 2001, Mar. 2002, Nov. 2002, Nov. 2003, July 2004, Nov. 2004, June 2005, Mar. 2006, Nov. 2006, Mar. 2007, July 2007, Nov. 2008, June 2009, July 2009, July 2010, Oct. 2010, Sept. 2011, Dec. 2013, Mar. 2017, Nov. 2017
- Small Grants Program for Cancer Epidemiology: Nov. 2001, Mar. 2003, June 2016, Mar. 2017, June 2017, June 2018, Nov. 2018
- National Cancer Institute, Program Project Review: Jan. 2003, Aug. 2003, Dec. 2003.
- SPORE (Specialized Program of Research Excellence) Review: Breast Cancer Feb. 2005, Ovarian Cancer June 2008, Feb. 2009.

Centers for Disease Control and Prevention.  Defining the Public Health Research Agenda for Ovarian Cancer.  Invited panel participant.  Nov. 2008.

Susan G. Komen for the Cure, Study Section Chair for Post-Doctoral Fellowship in Risk and Prevention, 2010.

Susan G. Komen Breast Cancer Foundation, Study Section Chair for Risk, Prevention and Epidemiology, Member of Programmatic Review Committee, 2005 – 2007.

Susan G. Komen for the Cure/Susan G. Komen Breast Cancer Foundation, Scientific Reviewer, 2003 - 2011.

Department of Defense Breast Cancer Research Program Scientific Peer Review, 1998, 2005, 2007, 2008, 2009, 2013.

Department of Defense Breast Cancer Research Program, Study Section Chair for Training - Epidemiology and Prevention, 2013.

Department of Defense Ovarian Cancer Research Program Scientific Peer Review, 2015, 2016.

Department of Defense Ovarian Cancer Research Program, Study Section Chair for Investigator Initiated Research II, 2018.

National Cancer Institute, Center for Global Health, Data Monitoring Committee for United States – Latin American Cancer Research Network, 2013

CODA, Inc., Research Triangle Park, NC.  IRB member, 2004.

National Institute of Environmental Health Sciences Special Emphasis Panel, Technical Evaluation of Support Services for Epidemiology, NIEHS Epidemiology Branch.  May 1998.


## PROFESSIONAL AWARDS AND SPECIAL RECOGNITIONS

Honorary Physician Assistant, Duke University Medical Center Physician Assistant Program - 2018

Certificate of Appreciation, Duke University Medical Center Physician Assistant Program – 2008

Delta Omega, Public Health Honorary – 1994

*The Endocrinologist*, Editorial Prize for Volume II – 1993

Research Service Award, National Cancer Institute - 1988-91

Edward E. Smissman Award for Medicinal Chemistry, University of Kansas – 1980

Walter F. Enz Award for Pharmaceutical Chemistry, University of Kansas – 1980

Watkins-Berger Scholarship, University of Kansas - 1975-1980

State of Kansas Scholarship, University of Kansas - 1976-1980


**ORGANIZATIONS AND PARTICIPATION**

University of North Carolina School of Public Health Alumni Association, Epidemiology Section President, 2001-2002.

Society for Epidemiologic Research

American Pharmaceutical Association


**TEACHING RESPONSIBILITIES**

**Courses Taught**

Evidence Based Medicine-I, Duke University, Department of Community and Family Medicine, Physician Assistant program.   Primary instructor, 2004-2017.

Evidence Based Medicine-II, Duke University, Department of Community and Family Medicine, Physician Assistant program.  Co-Instructor, 2003-2018.

Evidence Based Medicine-I, Duke University, Department of Community and Family Medicine, Physician Assistant program.  Lecturer and seminar instructor, 2003.

Epidemiology and Research Methods (PAP 255), Duke University, Department of Community and Family Medicine, Physician Assistant program.  Seminar instructor, 2001-2002.

Epidemiology of Cancer (CDE 532B), Yale University, Department of Epidemiology and Public Health. Course director, 1997-2000.

Co-developer of departmental Master's Comprehensive Examination, University of North Carolina-Chapel Hill, Department of Epidemiology, 1995-1996.

Cancer Epidemiology (EPID 233), University of North Carolina-Chapel Hill, Department of Epidemiology, Teaching Assistant, 1992-1993.

Principles of Epidemiology (EPID 160), University of North Carolina-Chapel Hill, Department of Epidemiology, Teaching Assistant, 1990.


**Student Mentoring**

Helena Furberg, MSPH, University of North Carolina, 1996, Committee Member

Pamela M. Marcus, PhD, University of North Carolina, 1997, Committee Member

Stella Chang, MPH, Yale University, 1997, Committee Member

Mary Riciutti, MPH, Yale University, 1999, Committee Chair

Edward A. Lew, MPH, Yale University, 1999, Committee Member

Shelley Goodstine, MPH, Yale University, 1999, Committee Member

Rupal Desai, MPH, Yale University, 1999, Committee Member

Pei-Yu Lin, MPH, Yale University, 2000, Committee Chair

Lisa Calvocoressi, Ph.D., Yale University, 2003, Dissertation Reader

Rebecca Cleveland, Ph.D., University of North Carolina, 2003, Committee Member

Leah Sansbury, Ph.D., University of North Carolina, 2004, Committee Member

Sumitra Shantakumar White, Ph.D., University of North Carolina, 2006, Committee Member

Katrina Trivers, Ph.D., University of North Carolina, 2006, Committee Member

Amy Dailey, Ph.D., Yale University, 2006, Dissertation Reader

Enid Rivera, M.D., Duke University, 2008, 3rd year Medical Student Preceptor

Alexis Gaines, Duke University, 2013, Master's Committee Member

Chioma Erondu, Duke University, 2013-14, 3rd year Medical Student Preceptor

Tolulope Teniola, Duke University 2016-17, 3rd year Medical Student Preceptor

Tengteng Wang, University of North Carolina, 2018, Committee Member


**COMMITTEES AND SERVICE**

Standing Committee on Misconduct in Research, Duke University School of Medicine, 2017-present

Senior Faculty Advisory Committee, Office for Research Mentoring, Duke University School of Medicine, 2016-present

Academy of Mentors, Office of Faculty Mentoring, Duke University School of Medicine, 2014-16

Society for Epidemiologic Research.  Reviewer for Tyroler and Lilienfeld Prize Papers, 2015

Appointments, Promotions and Tenure Committee, Department of Community and Family Medicine, Duke University Medical Center.  Committee Member, 2008-2018

Quality Assurance Sub-Committee for Clinical Research Units, Duke University Medical Center, Committee Chair, 2013-2014

Quality Assurance Sub-Committee for Clinical Research Units (formerly Site-based Research Units), Duke University Medical Center, Committee Member, 2011-2013

Path to Independence Faculty Mentoring Program, Duke University School of Medicine, Peer Reviewer, 2012-2018

Society for Epidemiologic Research.  Abstract reviewer for annual meeting, 2011

Cancer Prevention, Detection and Control Research Program, Duke University Medical Center, Cancer Control Pilot Study application reviewer,  2010, 2011

Executive Council, Department of Community and Family Medicine, Duke University Medical Center 2009-present

Education Committee, Department of Community and Family Medicine, Duke University Medical Center, 2009-2017

Faculty Search Committee, Cancer Prevention, Detection and Control Research Program, 2010

Duke Cancer Institute, Editorial Advisory Committee Member, 2010-2011

Duke Comprehensive Cancer Center Annual Meeting, Judge for poster presentations, 2009

Director Search Committee, Cancer Prevention, Detection and Control Research Program, 2009

Partners Allied in Research (PAIR) Pilot Grant application reviewer, Cancer Prevention, Detection and Control Research Program, 2005


**Editorial Reviewer**

| | |
|---|---|
| American Journal of Epidemiology | Annals of Epidemiology |
| Archives of Gynecology and Obstetrics | Breast Cancer Research and Treatment |
| Breast Diseases | British Medical Journal-Cancer |
| Cancer | Cancer Biomarkers |
| Cancer Causes and Control | Cancer Epidemiology Biomarkers and Prevention |
| Cancer Research | Clinical Breast Cancer |
| Epidemiology | Ethnicity and Disease |
| Gynecologic Oncology | International Journal of Cancer |
| International Journal of Epidemiology | JAMA |
| Journal of Community Development | Journal of the National Cancer Institute |
| J of the Women's American Medical Assn | Journal of Women's Health |
| Lancet | Lancet Oncology |
| Nutrition and Cancer | Pharmacogenomics |
| Public Health Nutrition | Trends in Molecular Medicine |
| Women and Health | |


## CURRENT RESEARCH

Epidemiology of breast and ovarian cancer
Ovarian function after hysterectomy
Racial differences in disease risk and outcomes
Medication use and cancer risk
Etiologic factors for uterine fibroids


## EXTERNAL SUPPORT - PAST

| Principal Investigator | % effort | Title of Project and Funding Source | Total Costs | Duration |
|---|---|---|---|---|
| Barbara Hulka | 25% | High-Density Lipoprotein Cholesterol and Breast Cancer, National Cancer Institute, R03, Supported dissertation research | $72,234 | 1992 – 1993 |

| Beth Newman | 100% | Carolina Breast Cancer Study, Project 2 SPORE in Breast Cancer, National Cancer Institute, P50. | $1,275,000 | 1992 – 1995 |
|---|---|---|---|---|
| Beth Newman | 50% | Carolina Breast Cancer Study, Project 2 SPORE in Breast Cancer, National Cancer Institute, P50. | $2,511,146 | 1995 - 1996 |
| Patricia Moorman | 50% | Medication Use and Breast Cancer in a Bi-racial Population, National Cancer Institute, R29-FIRST Award. | $498,302 | 1996 – 2002 |
| Patricia Moorman | 0% | Carolina Breast Cancer Study Participant Symposium, North Carolina Division of American Cancer Society Small Grant. | $2500 | 1997 |
| Patricia Moorman | 0% | Carolina Breast Cancer Study Participant Symposium, Susan G. Komen Breast Cancer Foundation Small Grant. | $5000 | 1997 |
| Joellen Schildkraut | 10% | Carolina Georgia Center, Cancer Genetics Network, National Cancer Institute, U-24. | $4,028,129 | 2002 – 2004 |
| Patricia Moorman | 0% | Non-steroidal Anti-Inflammatory Drugs and Breast Cancer: A Study of Gene-Environment Interactions among African-American and White Women, Minority Serving Institution Partnership Grant, Pilot Funds. | $28,040 | 2003 – 2004 |
| Celette Skinner | 5% | Partnerships to Eliminate Disparities in Cancer Outcomes and Research, National Cancer Institute, National Cancer Institute. | $517,743 | 2002 – 2006 |
| Patricia Moorman | 0% | Diversity Supplement to RO1 AG020162 Ovarian Failure Among Hysterectomized Women, National Institute on Aging (Note: Grant was awarded but post-doc accepted another position.) | $169,720 | 2006 |
| Andrew Berchuck | 5% | Biological Basis for Chemoprevention of Ovarian Cancer, Department of Defense. | $824,000 | 2002 – 2007 |
| Stephen Freedland | 5% | Weight Loss and Gain and Cancer Free Survival after Radical Prostatectomy in a Multiethnic Cohort. Prostate Cancer Foundation. | $100,000 | 2007-2009 |
| Joellen Schildkraut | 10% | Genetic Modifiers of BRCA1 and BRCA2, Project 3 SPORE in Breast Cancer. National Cancer Institute. | $1,795,862 | 2003 – 2009 |
| Joellen Schildkraut | 10% | Molecular Epidemiology of Ovarian Cancer. National Cancer Institute. | $3,750,000 | 2003 – 2010 |

| | | | | |
|---|---|---|---|---|
| Patricia Moorman | 40% | Ovarian Failure among Hysterectomized Women. National Institute on Aging. | $3,781,480 | 2003 - 2010 |
| Patricia Moorman (Sub-contract PI) | 3% | Cancer Genetics Network. National Cancer Institute. | ~$25,000 | 2010 – 2012 |
| Laura Havrilesky | 15% | Oral Contraceptive Use for the Primary Prevention of Ovarian Cancer. Agency for Healthcare Research and Quality | $486,476 | 2010 - 2012 |
| Jeffrey Marks | 5% | Atlantic Breast and Gynecologic Clinical Validation Center. National Cancer Institute | >$1,500,000 | 2010 - 2013 |
| Cathrine Hoyo | 5% | Disparities in Cervical Cancer Precursors and Deregulation of Imprinted Genes National Cancer Institute | ~$200,000 | 2012 – 2013 |
| Emanuel Trabuco (Moorman, Duke PI) | 2% | Anti-Müllerian Hormone as a Marker of Ovarian Reserve in Women with and without Hysterectomy. Mayo Clinic Internal Funds | $100,000 | 2012 – 2013 |
| Evan Myers | 10% | Systematic Review of Cancer Screening Literature for Updating American Cancer Society Breast Cancer Screening Guidelines American Cancer Society | ~$400,000 | 2013 - 2014 |
| Joellen Schildkraut | 9% | Cancer Education and Career Development Training Grant. National Cancer Institute | ~$1,400,000 | 2009 – 2014 |
| Patricia Moorman (Sub-contract PI) | 5% | Rare Cancer Genetics Network National Cancer Institute | ~$240,000 | 2010 – 2016 |
| Joellen Schildkraut (Moorman, co-PI) | 20% | Epidemiology of Ovarian Cancer in African American Women National Cancer Institute | ~$12,000,000 | 2010 – 2017 |
| Gillian Sanders | 10% | Management of Infertility Evidence-Based Practice Center | | 2015-2016 |
| Gillian Sanders | 10% | Management of Labor Dystocia Evidence-Based Practice Center | | 2016 |
| Gillian Sanders | 15% | Office of Women's Health – Topic Development Evidence-Based Practice Center | | 2016 |
| Evan Myers | 5% | Comparing Management Options for Management: Patient-centered Results for Uterine Fibroids (COMPARE-UF) PCORI | ~$19,000,000 | 2014 – 2018 |

**EXTERNAL SUPPORT - CURRENT**

| Principal Investigator | % effort | Title of Project and Funding Source | Total Costs | Duration |
|---|---|---|---|---|
| Joellen Schildkraut (Moorman, sub-contract PI) | 13% | Exploring Factors Related to Racial Disparities in Ovarian Cancer Incidence and Survival:  The OCWAA (Ovarian Cancer in Women of African Ancestry) Consortium National Cancer Institute | ~$450,000 | 2017 - 2021 |

**PERSONAL INFORMATION**

**Work address:** DUMC Box 2715, 2424 Erwin Road, Suite 602, Durham, NC 27705

**Work phone #:** (919) 681-4557

**E-mail address:** patricia.moorman@duke.edu

**Home address:** 3 Skipwith Court,  Durham, NC 27707

**Home phone #:** (919) 419-9301

**Marital status:** Married

**Spouse's name:** Allan R. Moorman, Ph.D.

Exhibit 17

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

IN RE JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY
LITIGATION

*THIS DOCUMENT RELATES TO ALL CASES*

MDL NO. 16-2738 (FLW) (LHG)

**RULE 26 EXPERT REPORT OF**
**ELLEN BLAIR SMITH, MD**

Date:   November 16, 2018



Ellen Blair Smith, MD

As a physician who specializes in the treatment of women with cancer (including ovarian cancer), I was asked to provide professional opinions on the question of whether the genital use of talcum powder products can cause ovarian cancer. I was also asked, if I found this to be the case, to further provide opinions on the biological mechanism(s) for this effect.

## BACKGROUND AND QUALIFICATIONS

My name is Ellen Blair Smith. My attached CV reports my education and medical training. I practiced gynecologic oncology in Charlottesville, Virginia from July 1984 until February 1987 as an assistant professor at the University of Virginia. I then left academic medicine to open my own private practice of gynecologic oncology in Austin, Texas. That practice involved care of women known or suspected to have gynecologic cancers and continued for more than 28 years. During these years, I was responsible for all aspects of the care of hundreds of women with epithelial ovarian cancer. That care involved diagnosis, preoperative, surgical, and postoperative care, chemotherapy selection and administration and post-treatment care and surveillance. All too often post-treatment surveillance led to the diagnosis of recurrent cancer and the treatment cycle resumed. All too often, after months or years (up to 21 years of care for one patient), I provided end-of-life care for my patients.

My dissatisfaction with the inadequacies of screening systems to detect ovarian cancer early led me to follow enthusiastically the discoveries of genes that increase the risk of ovarian cancer and to aggressively promote the detection of such genes. Before these tests were commercially available, I worked with geneticist-physicians at the University of Pennsylvania and Duke University to detect these genes in my patients with ovarian cancer and their daughters. I was an early advocate of risk-reducing salpingooophorectomy and lectured throughout Texas by invitation of the Texas Medical Association. In 2004, Myriad Genetics (which had patented the BRCA test) asked me to be its first gynecologic oncologist speaker. Until roughly 2011, I delivered many lectures to gynecologic colleagues throughout the US.

In November 2001, I took a leave of absence and moved to Paris, France, with my children while my husband pursued a Guggenheim fellowship there. While there, I returned to the US to attend the Society of Gynecologic Oncologists to hear the latest research in ovarian cancer presented. I also attended a European Cancer conference in Paris and was excited to first hear the results of the Scottish Randomised Trial in Ovarian Cancer (SCOTROC), a large international randomized trial comparing two different chemotherapy regimens for the treatment of epithelial ovarian cancer ovarian cancer trial in which I enrolled patients. I returned to my practice in August of 2002.

To enhance the end of life care of my gynecologic oncology patients, I pursued further education in Hospice and Palliative Care, passing the written examination to become board certified in 2010. I retired from my gynecologic oncology practice in December of 2015. In April of 2017, I returned to patient care as medical director of Halcyon Home Hospice. In my role with a hospice organization, I continue to care for patients with ovarian and other cancers.  My CV is attached as Exhibit A.

**METHODOLOGY**

In preparing this report, I began with a comprehensive review of the medical literature. I relied on PubMed searches on many topics, including talc and ovarian cancer, as well as searched authors. I then read many of the references of the articles cited in those papers. I sometimes followed this research with searches on Google or Google Scholar on the same subjects to assure that I had found all relevant references. This literature included epidemiological studies, review articles, mechanistic articles and opinion articles on this topic and related subjects. I additionally reviewed information, including Johnson & Johnson and Imerys company documents that I either requested or considered relevant to my opinions. These were provided by plaintiffs' attorneys. Finally, I drew on my own educational resources, as well as my education, training, and experience caring for patients with ovarian cancer This is the same methodology and scientific rigor that I have used regularly in my professional career and clinical practice, to explore and understand a topic of interest.

**OVERVIEW OF OVARIAN CANCER**

Cancers of the ovary may arise from the epithelium/mesothelium covering the ovary, called epithelial ovarian cancer (EOC); from the oocytes of the ovary, called germ cell tumors; or, more rarely, from the hormone-producing cells of the ovary, the sex cord-stromal tumors. This report addresses EOC, the type of ovarian cancer associated with talcum powder exposure.

*Pathogenesis*

The history as to the origin of ovarian cancer must be divided into before 2008 and after 2008. Before 2008, incessant ovulation and the repair of the monthly breaks in ovarian surface epithelium was believed to be responsible for EOC. (Fathalla 1971). That more DNA errors would be generated with more ovulation defects made intuitive sense and seemed to be supported by the epidemiologic evidence of higher parity (ovulation free windows) decreasing risk of EOC (La Vecchia 2017). Furthermore, the first generation of high estrogen oral contraceptives that blocked ovulation also decreased ovarian cancer. (Havrilesky et al. 2013) Levanon proposed that EOC is, in fact, two different diseases with two etiologies; the premalignant state of Type II was, as yet, unidentified. Budding molecular data support this division. (Levanon, Crum, and Drapkin 2008).

Until 2008, EOC was thought distinct from fallopian tube cancer and primary peritoneal cancer. While the cell of origin for all these cancers appears similar, many papers were published and conventions defined to separate them. The pioneering work of scientists/physicians at Brigham and Women's and the Dana Farber revealed that many EOCs arise in the fallopian tube and metastasize to the ovary and/or peritoneum, at least in women who harbor genetic homologous repair defects. (Levanon, Crum, and Drapkin 2008). Both Fathalla and the researchers at Brigham and Women's have updated and more clearly defined their hypotheses in light of the increased role of fallopian tube epithelium in EOC and growing molecular data. (Levanon, Crum, and Drapkin 2008; Fathalla 2013). Dubeau and Drapkin include and support the role of extrauterine Mullerian epithelium, as well as tubal and ovarian epithelium, in their hypotheses of pathogenesis of EOC. (Dubeau and Drapkin 2013). For our purposes, we consider epithelial

cancers of the ovary, fallopian tubes, and peritoneum to be a single entity. All are associated with talcum powder usage

The quest for a molecular understanding of the ways EOC arise is ongoing, but has also been described extensively. There are certain factors that can initiate the cascade of DNA changes that cause unregulated proliferation, acquisition of more DNA damage, and inhibition of programmed cell death (apoptosis) - the normal fate of abnormal cells in a healthy system. For example, loss of TP53 (a gene essential for regulating cell division and preventing tumor formation), function has been shown to appear early in the genesis of serous EOC. (Chien et al. 2015).

### *Risk Factors*

Generally accepted risk factors for EOC, in addition to talcum powder and asbestos, include inherited gene mutations, family history, obesity, nulliparity, advanced age, history of endometriosis, infertility, polycystic ovarian syndrome, intrauterine devices, pelvic inflammatory disease, early menarche and late menopause. Additionally, there are factors that are recognized as protective. These include tubal ligation/sterilization (TS), oral contraceptive use, salpingectomy, salpingo-oophorectomy, hysterectomy, and breast feeding.  (Hunn and Rodriguez 2012; Mallen, Townsend, and Tworoger 2018; Park et al. 2018; Folkins et al. 2018).  Risk factors are not mutually exclusive. They can be cumulative, additive, and synergistic. (Vitonis, Titus-Ernstoff, and Cramer 2011; S. Wu et al. 2018).

Inherited gene mutations, such as BRCA-Fanconi anemia pathway and Lynch syndrome mismatch repair genes, are discussed in another section.

The Ovarian Cohort Consortium pooled data from 21 prospective cohort studies on 1.3 million women. (Wentzensen et al. 2016).  In these studies, 5584 women were diagnosed with EOC and risk comparisons were made for parity, oral contraception use, breast feeding, age at menarche, age at menopause, menopausal HRT use, tubal ligation, endometriosis, first degree family history of breast cancer, first degree history of ovarian cancer, BMI, height, and smoking). In a group this large, histologic subclassification could be done and associations were made for serous/poorly differentiated EOC, endometrioid EOC, clear cell EOC and mucinous EOC. One thousand EOC patients had "other" or missing histologic information. Multiparity decreased risk in all ovarian cancer subtypes. Oral contraceptive use for 5 years and for 10 years decreased risk in all but mucinous tumors. Late menopause increased risk in only endometrioid and clear cell cancers.

### *Diagnosis*

The diagnosis of EOC may occur at surgery for a pelvic mass, incidentally at surgery for another reason, or by cytologic evaluation of paracentesis of ascites.

### *Staging*

Ovarian cancer, regardless of cell type, is staged surgically. By convention, we use International Federation of Gynecology and Obstetrics (FIGO) staging. The staging system changes every 10-

3

15 years as data allowing discrimination are reviewed. It was always my practice to note in a patient's chart the original stage and year of that staging versus contemporary stage.

| STAGE I: Tumor confined to ovaries | | | | | |
|---|---|---|---|---|---|
| OLD | | | NEW | | |
| IA | Tumor limited to 1 ovary, capsule intact, no tumor on surface, negative washings/ascites. | | IA | Tumor limited to 1 ovary, capsule intact, no tumor on surface, negative washings. | |
| IB | Tumor involves both ovaries otherwise like IA. | | IB | Tumor involves both ovaries otherwise like IA. | |
| IC | Tumor involves 1 or both ovaries with any of the following: capsule rupture, tumor on surface, positive washings/ascites. | | IC  Tumor limited to 1 or both ovaries | | |
| | | | IC1 | *Surgical spill* | |
| | | | IC2 | *Capsule rupture before surgery or tumor on ovarian surface.* | |
| | | | IC3 | *Malignant cells in the ascites or peritoneal washings.* | |

| STAGE II: Tumor involves 1 or both ovaries with pelvic extension (below the pelvic brim) or primary peritoneal cancer | | | | |
|---|---|---|---|---|
| OLD | | | NEW | |
| IIA | Extension and/or implant on uterus and/or Fallopian tubes | | IIA | Extension and/or implant on uterus and/or Fallopian tubes |
| IIB | Extension to other pelvic intraperitoneal tissues | | IIB | Extension to other pelvic intraperitoneal tissues |
| IIC | IIA or IIB with positive washings/ascites. | | | |

*\*\*Old stage IIC has been eliminated\*\**

4

| STAGE III: Tumor involves 1 or both ovaries with cytologically or histologically confirmed spread to the peritoneum outside the pelvis and/or metastasis to the retroperitoneal lymph nodes | | | | |
|---|---|---|---|---|
| OLD | | NEW | | |
| IIIA | Microscopic metastasis beyond the pelvis. | *IIIA ( Positive retroperitoneal lymph nodes and /or microscopic metastasis beyond the pelvis)* | | |
| | | IIIA1 | *Positive retroperitoneal lymph nodes only* | |
| | | | *IIIA1(i)* | *Metastasis ≤ 10 mm* |
| | | | *IIIA1(ii)* | *Metastasis > 10 mm* |
| | | IIIA2 | *Microscopic, extrapelvic (above the brim) peritoneal involvement ± positive retroperitoneal lymph nodes* | |
| IIIB | Macroscopic, extrapelvic, peritoneal metastasis ≤ 2 cm in greatest dimension. | IIIB | *Macroscopic, extrapelvic, peritoneal metastasis ≤ 2 cm ± positive retroperitoneal lymph nodes. Includes extension to capsule of liver/spleen.* | |
| IIIC | Macroscopic, extrapelvic, peritoneal metastasis > 2 cm in greatest dimension and/or regional lymph node metastasis. | IIIC | *Macroscopic, extrapelvic, peritoneal metastasis > 2 cm ± positive retroperitoneal lymph nodes. Includes extension to capsule of liver/spleen.* | |

| STAGE IV: Distant metastasis excluding peritoneal metastasis | | | |
|---|---|---|---|
| OLD | | NEW | |
| IV | Distant metastasis excluding peritoneal metastasis. Includes hepatic parenchymal metastasis. | *IVA* | *Pleural effusion with positive cytology* |
| | | IVB | Hepatic and/or *splenic parenchymal* metastasis, metastasis to extra-abdominal organs (including inguinal lymph nodes and lymph nodes outside of the abdominal cavity) |

FIGO Ovarian Cancer Staging Effective Jan. 1, 2014[1]

### *Treatment*

The treatment of ovarian cancer is usually straight-forward: surgically remove all the visible cancer, establish locations of invisible cancer (microscopic metastases, define best treatment and prognosis, then treat -in the majority of cases - with a taxane and a platinum chemotherapy doublet. (Vasey et al. 2004; Armstrong et al. 2006).

However, seventy-five percent of ovarian cancer cases present with metastases to the upper abdomen or beyond. Suboptimal debulking (leaving grossly visible tumor) has no survival benefit over primary chemotherapy. (Horowitz et al. 2015).  The physicians at MD Anderson established a protocol for preoperative laparoscopy and the opinions of two trained gynecologic oncologists, in concert with clinical and laboratory findings, to judge whether a tumor was resectable.  (Nick et al. 2015).  These "debulking" surgeries are quite complex, require specialized training, and often necessitate consultation from other surgical specialties.

---

[1] https://www.sgo.org/wp-content/uploads/2012/09/FIGO-Ovarian-Cancer-Staging_1.10.14.pdf

Chemotherapy with a platinum and a taxane follows. These drugs may be delivered intravenously or intraperitoneally. Usually, six cycles of chemotherapy are given. Remission occurs in over 70% of patients, as evidenced by CT scans, physical examination, and CA125 (a clinically used biomarker for screening and detection) levels. Surveillance begins.

In patients with Stage III and IV (typically 75% of patients with EOC), recurrence will follow in 5-24 months. Then we evaluate again for surgery (isolated focal recurrence versus multifocal or unresectable recurrence) and additional chemotherapy. (Rasool et al. 2010; Parmar et al. 2003).

This cycle typically continues until my patient's tumor has become resistant to platinum and two other agents. At that time, the probability of her tumor responding to any standard chemotherapy is essentially nonexistent. We discuss clinical trials and/or end-of-life care. Regardless of her treatment choices, she dies in 6-12 months. Her death is protracted, usually from starvation, due to multiple bowel obstructions. Ideally, pain is controlled.

### 5 Year Survival Rates

The following are 5-year survival rates according to the American Cancer Society Website. As the new FIGO staging just started in 2014, 5-year data is not yet available.

I 78%

IA 93%

IB 91%

IC 84%

II 61%

IIA 82%

IIB 72%

IIC 67%

III 28%

IIIA 63%

IIIB 53%

IIIC 41%

IV 19%.[2]

Modern surgery and chemotherapy have changed the natural history of ovarian cancer. Late recurrence (after 5-year) is common. Ten-year survival does not mean cure. I have personally treated late recurrences after ten years of remission. Others have reported these findings as well. (Baldwin et al. 2012; Tewari et al. 2015)

---

[2] https://www.cancer.org/cancer/ovarian-cancer/detection-diagnosis-staging/survival-rates.html

## OVARIAN CANCER GENETICS

All cancer is genetic; that is, cancer involves DNA changes occurring in the chromosomes of a cell that was initially normal.  For epithelial cancers, this is usually a series of mutations, DNA breaks, alterations (such as methylation), deletions, rearrangements or DNA amplification. These changes do not necessarily progress linearly. Watson reviewed some of these complexities in a recent article in Nature.  (Watson et al. 2013).

A Cancer Genome Atlas Research Network (TCGA) study published in 2011 analyzed 489 high grade serous ovarian cancers (HGSOC). Exon sequencing of 316 of these tumors was performed. It identified the nearly universal (96%) presence of somatic mutations in the gene TP53 in HGSOC. That mutation seems to be a first step towards the development of EOC. Ovarian cancers occur in <3% of women with germline, heritable TP53 mutations; breast cancer is much more frequently occurring.  (K. D. Gonzalez et al. 2009). Genes in homologous repair pathway were mutated in 49% (with better prognosis for those with germline mutations as opposed to somatic mutation or methylation). The FOXM1 transcription factor network was activated in 87%. This family of genes is involved in regulating cell cycle and differential gene expression. (Hannenhalli and Kaestner 2009; X. Chen et al. 2013).

Interest in the homologous repair pathway has exploded since Mary Claire King's identification of what we now know to be the tumor suppressor gene, BRCA1.  (Hall et al. 1990). Homologous DNA repair is double stranded DNA repair breaks. This pathway includes multiple genes including BRCA1, BRCA2, Rad 51B, Rad 51C, Rad 51D, BRIP1, PALB2 and others. The protein products of this family of multiple genes work together to repair DNA.  (Compton, Ozgür, and Griffith 2010; Thai et al. 1998).  Binding of BCDX2 or CX3 to Holliday Junction DNA CX3 (A) or BCDX2 (B) was incubated with Holliday junction templates, mounted onto carbon-coated copper grids, and rotary shadowcast with tungsten for visualization by EM. Images are shown in reverse contrast. (Compton, Ozgür, and Griffith 2010).

A



B



The ring structure in A is a complex of Rad 51C and Xrcc3. The ring structure in B is a complex of Rad 51B, Rad 51 C, Rad 51D and Xrcc2.

Germline deficiencies in any of these genes have been shown to result in an increased risk of EOC. Why? Knudson answered that in simple terms (Knudson 1971). To be born deficient in one half of a DNA repair enzyme is to be born one step closer to cancer; target cancers appear earlier and more frequently. Many early studies note the increased incidence of breast cancer with BRCA1 and BRCA2 germline mutations carriers: over 80% by age 70. (Ford et al. 1998). They also give the increased risks of ovarian cancer: for BRCA1, 39% by age 70, and for BRCA2, 11% by age 70 studied 1915 patients with ovarian cancer and detected germline mutations in BRCA1 and BRCA2, RAD51B, Rad51D, PALB2, BARD1, BRIP1 (the HR repair pathway), as well as the genes involved in Lynch Syndrome. (Antoniou et al. 2003; Norquist et al. 2016).

**Penetrance** is the phenotypic expression of underlying genetic aberrations. Why does one woman with a BRCA1 mutation exhibit breast and/or ovarian cancer while another woman with the SAME mutation does not? Penetrance is influenced by environmental and genetic factors. For example, epidemiologic studies have shown that breast feeding and tamoxifen use decrease the risk of manifesting breast cancer in carriers of BRCA1 mutations. (Friebel, Domchek, and Rebbeck 2014). This same review and meta-analysis shows that oral contraceptives use decreases risk for ovarian cancer in BRCA1 and BRCA2 mutation carriers. Other known risk factors can interact with individuals who have an inherited gene mutation to increase the risk. In other words, women with BRCA and other hereditary gene mutations, are at least as susceptible to other reproductive, environmental, or inflammatory risk factors as women who do not have mutations. This would be expected with BRCA mutation carriers exposed to talcum powder products.

Factors that decrease penetrance may be external or environmental factors, as mentioned above, or may be intrinsic factors, genetic, or epigenetic. Rebbeck et al. demonstrated that the location of the mutation in these huge BRCA genes is a determinant of risk of manifestation of breast and/or ovarian cancer. (Rebbeck et al. 2015). Genetic and epigenetic modifiers became the focus of the CIMBA (Consortium of Investigators of Modifiers of BRCA1/2). (CIMBA et al. 2007). This international consortium of sixty groups of researchers are identifying genetic modifiers to BRCA breast and ovarian cancer risks as single nucleotide polymorphisms (SNPs) in nonBRCA genes. (Ding et al. 2012; Ramus et al. 2012). Such SNPs modify penetrance. Epigenetic changes such as methylation in promoter regions of genes also affect risk of ovarian cancer development.

## EPIDEMIOLOGICAL STUDIES

The first epidemiological study was published in 1982 by Cramer, et al, Cancer (1982) 50:372 "Ovarian Cancer and Talc: A Case-Control Study." (D. W. Cramer et al. 1982). Since that time, there have been numerous additional epidemiological studies.

### The Meta-analyses and Pooled Study

Harlow et al, 1992:
This study (of which Cramer is a coauthor) offers the first meta-analysis of the perineal talcum powder use and risk of ovarian cancer in their case-control study of 235 Boston-area women hospitalized in ten area hospitals. Controls were selected from the population and generated from "townbooks" by random number generation selecting the book page and age matched. "Ever" perineal talcum powder use vs none generated a OR of 1.5 (95% CI 1.0-2.1). The meta-analysis follows:

Table 6. Odds Ratios With 95% Confidence Intervals of Ovarian Cancer in Relation to Any Perineal Exposure to Talc as Reported in Previous Epidemiologic Studies

| Author(s) (year) | Cases | | Controls | | Crude OR | 95% CI |
|---|---|---|---|---|---|---|
| | Total | Talc exposure | Total | Talc exposure | | |
| Cramer et al[4] (1982) | 215 | 92 (42.8%) | 215 | 61 (28.4%) | 1.9 | 1.3–2.9 |
| Hartge et al (1983)* | 135 | 67 (49.6%) | 171 | 100 (58.5%) | 0.7 | 0.4–1.1 |
| Whittemore et al[5] (1988) | 188 | 98 (52.1%) | 539 | 248 (46.0%) | 1.4 | 0.9–2.0 |
| Harlow and Weiss[6] (1989)† | 116 | 49 (42.2%) | 158 | 64 (40.5%) | 1.1 | 0.7–2.1 |
| Booth et al[7] (1989) | 217 | 141 (65.0%) | 434 | 256 (59.0%) | 1.3 | 0.9–1.9 |
| Harlow et al (1992) (current study) | 235 | 114 (48.5%) | 239 | 94 (39.3%) | 1.5 | 0.9–1.8 |
| All studies‡ | 1106 | 561 (50.7%) | 1756 | 823 (46.9%) | 1.3 | 1.1–1.6 |

The authors conclude that "there is an association, albeit modest, between ovarian cancer and peritoneal talc use" They state that this association may be due to asbestos contamination in talcum powder produced before 1976. This study was supported by an NCI grant. (Harlow et al. 1992).

Gross and Berg, 1995
These investigators analyzed 9 case-control studies (D. W. Cramer et al. 1982; Hartge et al. 1983; Whittemore et al. 1988; Booth, Beral, and Smith 1989; Harlow and Weiss 1989; Y. Chen et al. 1992; Harlow et al. 1992; Rosenblatt, Szklo, and Rosenshein 1992; Tzonou et al. 1993) and combined those studies with preliminary (and mathematically manipulated) data from Hankinson et al's 1993 report on the Nurses' Health Study. The Nurses' Health Study was not completed until 1996; talc use was not queried in the first 8 years of the study. By Gross' and Berg's estimate the RR of "ever genital talc use" vs "never" use is 0.6 (95%CI 0.38-1.02). In fact, that is a low RR as the Nurses' study showed and overall RR of ever vs never use and epithelial ovarian cancer of 1.09 (95% CI 0.86-1.37). (Gertig et al. 2000, see below).

192   *Gross and Berg*

TABLE 3.    Results of the Meta-Analyses

| Analysis | Studies used | Q (degrees of freedom) | RR (95% CI) |
|---|---|---|---|
| Crude risk, both tumor types | All | 11.884 (8) | 1.27 (1.09–1.48) |
| Adjusted risk, both tumor types | CRAM, HART, WHIT, HAR1, HAR2, CHEN, and TZON | 9.043 (6) | 1.31 (1.08–1.58) |
| Crude risk, epithelial tumors | HART, WHIT, BOOT, HAR2, ROSE, CHEN, and TZON | 7.19 (6) | 1.20 (1.01–1.44) |
| Adjusted risk, epithelial tumors | HART, WHIT, HAR2, CHEN, and TZON | 7.598 (4) | 1.29 (1.02–1.63) |

The authors demonstrated that "all meta-analyses arrive at relative risks greater than 1.0 with 95% confidence intervals excluding the null." Despite these findings, the authors conclude that "existing evidence linking talc exposure to an increased risk of ovarian cancer cannot be viewed as scientifically conclusive". A dose response relationship is not demonstrated. This study was supported by Johnson and Johnson. (Gross and Berg 1995).

Cramer et al, 1999
In 1999, Cramer et al (with Harlow as a coauthor) published a new case-control study of 563 epithelial ovarian cancers, including 86 serous borderline tumors. Controls were 523 women. No increased risk of ovarian cancer was seen in never users of powder vs non-genital powder users. For those who never used or had nongenital powder use vs any genital use, the odds ratio was 1.60 (95% CI 1.18-2.15) for development of ovarian cancer. Adjustments for age, community, parity, oral contraceptive use, BMI, and family history of breast or ovarian cancer were made.

These authors then did meta-analysis with the following results:

| | | | | | | Odds ratios and confidence | | |
|---|---|---|---|---|---|---|---|---|
| **Risk of ovarian cancer with perineal exposure to talc from key epidemiologic studies.** | | | | | | | | |
| Author | Cases Total n | Exposed (%) | Controls Total n | Exposed (%) | Crude OR (95% CI) | .1    .5    1 | 2 | |
| Cramer et al. (1982) | 215 | (42.8) | 215 | (28.4) | 1.9 (1.3-2.8) | | | |
| Hartge et al. (1983) | 135 | (49.6) | 171 | (58.5) | 0.7 (0.4-1.1) | | | |
| Whittemore et al. (1988) | 188 | (52.1) | 539 | (46.0) | 1.3 (0.9-1.8) | | | |
| Harlow and Weiss (1989) | 116 | (42.2) | 158 | (40.5) | 1.1 (0.7-1.7) | | | |
| Booth et al. (1989) | 217 | (65.0) | 434 | (59.0) | 1.3 (0.9-1.8) | | | |
| Harlow et al. (1992) | 235 | (48.5) | 239 | (39.3) | 1.4 (1.0-2.1) | | | |
| Rosenblatt et al. (1992) | 77 | (87.0) | 46 | (88.0) | 1.0 (0.3-3.0) | | | |
| Chen et al. (1992) | 112 | (6.2) | 224 | (2.2) | 2.9 (0.9-9.4) | | | |
| Tzonou et al. (1993) | 189 | (3.2) | 200 | (3.5) | 0.9 (0.3-2.7) | | | |
| Purdie et al. (1995) | 824 | (56.7) | 860 | (52.0) | 1.2 (1.0-1.5) | | | |
| Shushan et al. (1996) | 200 | (10.5) | 408 | (5.6) | 2.0 (1.0-3.6) | | | |
| Cook et al. (1997) | 313 | (50.8) | 422 | (39.3) | 1.6 (1.2-2.1) | | | |
| Chang and Rish (1997) | 450 | (44.0) | 564 | (35.6) | 1.4 (1.1-1.8) | | | |
| Cramer et al. (1999) | 563 | (27.0) | 528 | (18.2) | 1.7 (1.2-2.2) | | | |
| Summary odds ratio (95% confidence interval) | | | | | 1.4 (1.2-1.5) | | | |

Cramer et al. conclude that "a consistent association between talc and ovarian cancer appears unlikely to be explained by recall bias or confounding" (page 356). This study, too, was supported by a grant from the National Cancer Institute. (Cramer 1999).

Huncharek et al, 2003
Sixteen case control studies (Booth, Beral, and Smith 1989; C.-J. Chang et al. 2017; Y. Chen et al. 1992; Cook, Kamb, and Weiss 1997; D. W. Cramer et al. 1982; D. W. Cramer 1999; Godard et al. 1998; Harlow and Weiss 1989; Ness et al. 2000; Purdie et al. 1995; Rosenblatt, Szklo, and Rosenshein 1992; Tzonou et al. 1993; Whittemore et al. 1988; Wong 1999) were found to be homogeneous and delivered 11,933 subjects (4959 cases). Pooled meta-analysis of ever perineal talcum powder use versus no exposure "yielded a summary relative risk of 1.33 with a 95% confidence interval of 1.16-1.45, a statistically significant result suggesting a 33% increased risk of developing ovarian cancer". No dose response was found. However, the study did not collect the necessary data to permit this determination. Huncharek et al. spend the rest of the paper dismissing their result as NOT supporting an association between talc and ovarian cancer. According to the disclosure, this research was partially supported by the Marshfield Medical Research Foundation. There was no mention of financial support from Johnson & Johnson or Imerys (although disclosed in a 2007 paper by the same authors – Huncharek 2007).

11

Langseth et al 2008

The Langseth study drew data from The International Agency on Cancer Research (IARC) review of the literature, published as a Monograph in 2010 (which classified non-asbestiform talc as possibly carcinogenic)[3], but did not provide a comprehensive report on this review or the findings. IARC was founded in 1965 and comprises investigators from 25 countries who "promote international collaboration in cancer research" (IARC.fr website). Langseth found an OR of 1.35 (95% CI1.26-1.46), suggesting a statistically significant increase in ovarian cancer risk and concluded that "epidemiological evidence suggests that the use of cosmetic talc in the perineal area may be associated with ovarian cancer risk.  Langseth commented in the high degree of consistency in the studies reviewed and proposed that "the mechanism of carcinogenicity may be related to inflammation."

See insert below.

---

[3] IARC defines Group 2B as follows: Group 2B: The agent is possibly carcinogenic to humans. This category is used for agents for which there is limited evidence of carcinogenicity in humans and less than sufficient evidence of carcinogenicity in experimental animals. It may also be used when there is inadequate evidence of carcinogenicity in humans but there is sufficient evidence of carcinogenicity in experimental animals. In some instances, an agent for which there is inadequate evidence of carcinogenicity in humans and less than sufficient evidence of carcinogenicity in experimental animals together with supporting evidence from mechanistic and other relevant data may be placed in this group.  An agent may be classified in this category solely on the basis of strong evidence from mechanistic and other relevant data.  (IARC 2012).

Langseth et al, 2008



**Figure 1** Results from case-control studies contributing data on perineal talc use and ovarian cancer. Results are presented as odds ratios (ORs) and their corresponding confidence intervals (95% CIs) and represented by squares and lines, respectively. Results are separated in 14 population-based and six hospital-based case-control studies. Pooled ORs for all population-based studies combined and all hospital-based studies combined are given OR pooling by fixed effect models (Mantel-Haenszel method).

11=Cramer et al, 1982
15=Harlow and Weiss, 1989
16=Harlow et al, 1992
17=Chen et al, 1992
20=Cramer and Xu, 1995
21=Purdie et al, 1995
22=Chang and Risch, 1997
23=Cook et al, 1997
24=Green et al, 1997
25=Godard et al, 1998
26=Cramer, 1999
28=Ness et al, 2000
29=Mills, et al, 2004
30=Jordan et al, 2007
12=Hartge et al, 1983            19=Tzonou et al, 1993
13=Whittemore et al, 1988       27=Wong et al, 1999
14=Booth et al, 1989            18=Rosenblatt et al, 1992

The Langseth et al study was financed by the Cancer Registry of Norway.

Terry et al, 2013

The Ovarian Cancer Association Consortium, an international, multidisciplinary group, investigates factors related to ovarian cancer development, including case-control studies and identification and analysis of genes associated with cancer risk. It is supported, in part, by the Ovarian Cancer Research Fund, the United States National Cancer Institute, and Cancer Research UK. Raw data from the following studies were pooled and analyzed: Rosenblatt et al, 2011 (including previously unpublished additional patients and data), Goodman et al, 2008 (previous unpublished data on powder use), Lo-Ciganic et al, 2012 (previously unpublished data on powder use), Moorman et al, 2009 (adding previously unpublished patients and data), Cramer et al , 1999 (with additional patient data), Pike et al, 2004 (previously unpublished powder use data), Merritt et al, 2008 (with additional patient data), and Chang et al, 1997 (including previously unreported patient data). Cofounders adjusted for include age, oral contraceptive use and duration, parity, tubal ligation, BMI, race/ethnicity. The cases were 8525 cases of ovarian, fallopian tube, and primary peritoneal cancer, reflecting the recognition, in the decade of the 2000s, of the overlap and similarity and possible common etiology of these differently named cancers. In this study, 31% of cases used genital powder, as opposed to 25% of controls. Comparing ever users of genital powder with never users, the OR was 1.24 (95% CI 1.15-1.33). Similar results were seen for genital use vs non-genital use of powder. Risks were stronger for patient with BMI < 30. There was no association with parity, OC use, tubal ligation status, or menopausal status. Histologic break down of the cases showed significant increased risk in both borderline (OR 1.29 [95% CI 1.14-1.48]) and invasive cancers (OR 1.21, [95%CI1.12-1.32]). Significant increased odds ratios with genital powder use were seen for invasive serous, endometrioid and clear cell tumors, but not invasive mucinous tumors. (Terry et al. 2013).

Penninkilampi and Eslick, 2017

The most recent meta-analysis is from two authors at the University of Sydney in New South Wales, Australia. The authors analyzed 24 case-control studies and 3 cohort studies on perineal talcum powder use and risk of development of ovarian study, excluding studies of fewer than 50 cases and duplicated published data. A total of 14,311 cases of ovarian cancer were included. Quality of the component studies were scored on the Newcastle-Ottawa Scale; none scored perfect, but the lowest score was 5/10, so none were excluded. Long term talcum powder use was judged greater than 10 years and was associated with an increase in ovarian cancer risk of OR=1.25 (95% confidence interval (CI) 1.10-1.43). (Lifetime applications of perineal talc of 3600 times roughly correlates with 10 years use; increased risk of ovarian cancer was found with fewer and more applications than 3600.) "Any perineal talc use was associated with any serous, serous invasive, serous borderline and endometrioid subtypes of ovarian cancer (Figure 2c)." This is the largest meta-analysis to date and continues to support the association of perineal talc use with increasing the risk of epithelial ovarian cancers. (Penninkilampi and Eslick 2018).

### *The Prospective Cohort Studies*

There are three true prospective cohort studies looking at genital talcum powder use to perineum, diaphragms or menstrual pads or such use in some combination.

Gertig 2000

The Nurses' Health Study (Gertig et al, 2000) is a 20-year duration study (1976-1996) of 78,630 nurses age 30-55 (in 1976) in the USA. Perineal talcum powder use was first queried in 1982. The cohort answered questionnaires every other year. Ovarian cancer developed in 307 nurses. The relative risk (RR) for ever use of talcum powder and development of any epithelial ovarian cancer was 1.09 (95% CI 0.86-1.37). Invasive serous ovarian cancer demonstrated a statistically significant elevated multivariate RR of 1.40 (95% CI 1.02-1.9) (controlled for age, parity, duration of oral contraceptive use, BMI, tubal ligation, smoking and menopausal status). No other histologic group (all serous including borderline tumors, endometrioid or mucinous tumors) showed elevated risk with appropriate confidence intervals. Within this study there was no dose-response demonstrated, although P for trend was 0.5. For users over 45 years old in 1982 RR for serous ovarian cancer was 1.51 (95% CI 1.07-2.15). No such increased relative risk for any ovarian cancer type was seen for those under 45 in 1982. Gates (2010) continues the analysis of the NHS, finding no increased risk of any subtype. (Gertig et al. 2000).

Houghton 2014

The Women's Health Initiative Study was published by Houghton et al in 2014. This study of 61,576 postmenopausal women (age 50-79) showed ever-talc-use (perineal, diaphragm, pad) was not associated with statistically significant increased risk of development of any ovarian cancer contrasted to never-use (Hazard ratio=1.12 [95% CI 0.92-1.23]). There were 429 incident cases of ovarian cancer over the 12+ years of this study. In this study, talc use in any form was combined, no histologic information was obtained, and information on frequency of use was not obtained. (Houghton et al. 2014).

Gonzalez 2016

Gonzalez et al, 2016 studied a cohort of sisters or half-sisters of breast cancer patients in the USA. After exclusions, (BSO, missing data), 41,654 women were followed a median of 6.5 years during which 135 ovarian cancer, 5 fallopian tube cancers and 4 peritoneal cancers were diagnosed. Eight other cancers were likely from one of these three sites. (Only 96 cases of cancer were verified by medical record or death certificate review; all other were solely patient-reported at annual questionnaire responses.) At entry, the participants completed questionnaires regarding genital talc use as powders or spray and its frequency and douching. Perineal powder use was inversely associated with the development of ovarian-type cancer (Hazard ratio=0.73 (95% CI 0.42-1.1). Douching during the 12 months prior to study entry was associated with an increased risk of ovarian cancer (HR=1.8 [95% CI 1.2-2.8]), while combined talc and douching in the 12 months antecedent to study entry resulted in an HR=1.8 (95%CI 0.81-3.9). The authors acknowledge that they cannot know which powders contained talc and admit "powder has changed over time…" Additional limitations include small numbers, failure to ask questions about frequency or duration of powder usage, and short-term follow-up. With an expected latency period of over twenty years, this study would not pick up all cases. All of these deficiencies result in a failure to capture the true risk. (Gonzalez et al. 2016).

## *The Case-Control Studies*

Cramer et al.'s landmark 1982 case control study looked at perineal talcum powder use in 215 white patients with epithelial ovarian cancer matched by age, race, and residence to 215

community women.  These 215 cases included 39 borderline tumors.  All pathology was histologically reviewed.  Cases and controls were interviewed as to talc exposure from surgical glove, diaphragm use, and perineal use and/or dusting menstrual pads. Talc use varied between cases (42.8%) and controls (28.4%). Any perineal talc exposure showed an adjusted relative risk of ovarian cancer of 1.92 (95% confidence limits 1.27-2.89). (This relative risk was adjusted for parity and menopausal status.)

In the ensuing thirty-five years, at least 24 case-control studies looking at the association of talc and ovarian cancer, both invasive and borderline, have been published. Studies vary in design quality and size, but show a consistent increased risk of ovarian cancer with genital talcum powder use. That data summary follows and is attached as Exhibit B.

Based on the limitations of the cohort studies and the variances in design and size of the case-control studies, I based my opinions largely on the meta-analyses, particularly Penninkilampi's most recent study. In my opinion, meta-analysis provides the most reliable evidence in this situation. The large number of overall cases (>14,000) in this study improves the power to detect a relatively small effect size. The authors agree: "As it stands, a meta-analysis of observational studies, such as the present study provides the highest level of evidence practically feasible for this research question."  (Penninkilampi and Eslick 2018).

In my opinion, meta-analysis is the most valid and reliable way to study an issue like ovarian cancer, that is relatively rare and requires a long study period to detect. The cohort studies were not designed to specifically to look at talcum powder. Instead, the use of talcum powder is only one of many queries. All of the cohort studies are limited by failure to obtain complete information, lack of power, selection bias, and short follow-up.

When looking at epidemiological studies with a critical eye and in their totality, they demonstrate a clear, consistent, and statistically significant increased risk of EOC (approximately 20-50%) with the genital use of talcum powder products.  This risk is replicated over a large number of case-control studies, one cohort study, and all meta-analyses/pooled analyses over several decades.  Recall and confounding bias in case-control studies appear to have minimal impact. (Penninkilampi and Eslick 2018; Langseth et al. 2008).  There appears to be no significant publication bias.  (Berge et al. 2017; Penninkilampi and Eslick 2018).

**MECHANISM**

***How Talc Particles Reach the Tube, Ovary and Peritoneum***

In 1971, Henderson, et al of Cardiff, Wales published their findings of talc deeply embedded in ovarian cancers. (Henderson et al. 1971)(Talc was also demonstrated in cervical cancers, endometrial cancers and non-diseased ovaries.) Ten years previously, Egli and Newton had demonstrated that carbon particles instilled in the posterior vaginal fornix would be "flushed" from the fallopian tubes removed transabdominally (No propulsive force of talc introduction was used in this study). (Egli and Newton 1961).  Glove powder from vaginal examination can be found in the peritoneal cavity one to four days after exam.  (Sjösten, Ellis, and Edelstam 2004). Based on the studies of Egli and others, Dr. J. Donald Woodruff began to postulate that "some agent enters the peritoneal cavity through the fallopian tube, irritates the pelvic peritoneum,

produces proliferation and with an added unknown ingredient results in the development of malignancy." (Woodruff 1979). Dr. Woodruff emphatically encouraged more scientific attention to agents introduced into the vaginal canal. This paper is the text of a lecture delivered in October of 1978. Drs. Longo and Young expressed their concerns about talc and pathogenesis of ovarian cancer and also encouraged further study of the risks of cosmetic talc use in women. (D. L. Longo and Young 1979). Although I reviewed the small number of articles that dispute talcum powder's ability to reach the tubes and ovaries, I rejected these claims. It is a universally accepted phenomenon by the gynecologic medical community, well documented in the scientific and medical literature, that the female genital tract functions as a conduit for foreign material to enter the peritoneal cavity. This is the process that occurs with talcum powder.

### *How Inflammation Leads to Mutagenesis and Cancer*

"Prolonged chemical exposures, persistent foreign bodies, recurrent acute inflammation or certain pathogens are all causes of chronic inflammation." (Ferguson, Chronic inflammation and mutagenesis, 2010). In this milieu, cytokines are generated, particularly TNF-alpha and IL-1beta. These cytokines generate reactive oxygen species (ROS) and reactive nitrogen species (RNS). ROS are incompletely reduced oxygen compounds that travel through the cell hungrily seeking electrons to steal or donate. These TNF-alpha radicals are potent mutagens and are comparable to the effects of ionizing radiation. (Yan et al. 2006; Yan, Peng, and Li 2009) (Yan methods described in 2009 book chapter). These ROS radicals cause DNA breaks, DNA adducts as well as having epigenetic effects (for example, lysine acetylation in chromosomal histones). The generation of TNF-alpha is DNA synthesis dependent and occurs in the macrophage (a WBC first responder in inflammation). (Liou and Storz 2010; Ferguson 2010; Yan 2011).

Inflammation and its involvement in the etiology and development of many types of cancer, has been studied extensively. (Klampfer 2011).

The inflammatory basis for cancer development is also supported by studies showing a reduced risk of cancer with the use of anti-inflammatory agents. (Burn et al. 2011).

This inflammatory cascade has been shown to occur in the pathogenesis of EOC as well. (Shan and Liu 2009; Saed, Morris, and Fletcher 2018; Saed, Diamond, and Fletcher 2017, 2017; Saed et al. 2018; Khan et al. 2011; Trabert et al. 2014).

In the "normal" cell, DNA damage is either repaired or the damaged cell is directed via the P53 pathway to apoptosis. Yan et al (2006) found more DNA aberrations in homozygous p53-negative cells of colon cancer origin. (Yan et al. 2006). Gates et al (2008) document absence of some DNA repair mechanisms in patients who are genital talc exposed compare to controls in New England Case Control Study as well as the Nurses' Health Study. (Gates et al. 2008).

In an *in vitro* study by Shukla (2009), crocidolite asbestos and non-fibrous talc caused expression of different genes in mesothelial cells and ovarian epithelial cells producing inflammatory cytokines. (Shukla et al. 2009).

Buz'Zard transformed normal ovarian epithelial cells to malignant cells by talc exposure. (2007). (Buz'Zard and Lau 2007). Her methods are supported by the works of Yan et al and Khan et al.

Harper and Saed have recently reported a mechanism by which talc enhances the pro-oxidant state in normal [ovarian and tubal] and ovarian cancer cells, through inductions of gene point mutations (SNPs) in key oxidant enzymes, altering their activities. (Harper and Saed 2019).

Multiple investigators have looked at the effects of aspirin and nonsteroidal anti-inflammatory drugs (NSAIDs) on the risk of developing ovarian cancer. Although somewhat inconsistent, data regarding NSAID and aspirin use suggest a protective effect (results of these studies are inconsistent. (Murphy et al. 2012; Trabert et al. 2014, 2019). In a case control study, use of NSAIDs increased the risk of ovarian cancer. (A. H. Wu et al. 2009). Trabert et al pooled 12 population based case-control studies regular aspirin use decreased the risk of ovarian cancer, both low dose and high dose. Daily high dose NSAIDs decreased ovarian cancer risk. (Trabert et al. 2014). Trabert et al looked at 15 prospective cohort studies from North America and Europe and found no effect of aspirin or NSAIDs on ovarian cancer risks. (Trabert et al. 2019). No study found an effect on ovarian cancer of acetaminophen use, an analgesic, antipyretic with no anti-inflammatory properties. Dixon et al found no correlation with pre-diagnosis aspirin or NSAID use and survival duration after the diagnosis of ovarian cancer. (Dixon et al. 2017)

## ASBESTOS AND OTHER CONSTITUENTS

There is evidence from medical literature that talcum powders are not pure talc, but contain impurities including asbestos. (Cralley, Key, et al. 1968; Cralley, Keenan, et al. 1968; Rohl et al. 1976; Werner 1982; Lockey 1981; Paoletti et al. 1984; Blount 1991). I have also seen evidence of testing of Johnson and Johnson talcum powder products by Dr. William Longo demonstrating the presence of asbestos and fibrous talc in talcum powder product samples. (W. E. Longo and Rigler 2018). In addition, I have seen numerous Johnson and Johnson testing results showing the presence of asbestos in their talcum powder products. (Exhibit 28, Deposition of John Hopkins, Ph.D., MDL No. 2378, 2018; Exhibit 47, Deposition of Julie Pier, MDL No. 2738, 2018).

Asbestos is well known to be one of the most potent human carcinogens. The International Agency for Research in Cancer (IARC) has determined that asbestos causes mesothelioma and cancer of the lung, larynx, and ovary. IARC 2012. According to IARC, all forms of asbestos (chrysotile, crocidolite, amosite, tremolite, actinolite, and anthophyllite and talc containing asbestiform fibers (fibrous talc) are carcinogenic. The IARC Working Group found that a "causal association between exposure to asbestos and cancer of the ovary was clearly established, based on five strongly positive studies in women with heavy occupational exposure to asbestos. (Acheson et al. 1982; Wignall and Fox 1982; Germani et al. 1999; Berry, Newhouse, and Wagner 2000; Magnani et al. 2008; IARC 2012). The IARC 100C Working Group was convened in 2009, with results published in 2012.

In 2011, Camargo et al, published a meta-analysis of epidemiologic studies of ovarian cancer in asbestos exposed women. (Camargo et al. 2011). Their finding of a standardized mortality ratio (SMR) of 1.77 for risk of ovarian cancer mortality (95% confidence intervals 1.37-2.28) corroborate the finding of the IARC Working Group.

Distinction of peritoneal mesothelioma and ovarian carcinomatosis can be difficult. Even with such discrimination, asbestos increases ovarian cancer risk. (Alison Reid, Klerk, and Musk 2011).

"Consumer products are the primary sources of exposure to talc for the general population. Inhalation and dermal contact (i.e. through perineal application of talcum powders) are the primary routes of exposure". (IARC 2012). The mechanism of carcinogenesis of asbestos is the same as discussed above: induction of the inflammatory cascade resulting in mutagenesis either through a direct or indirect mechanism. Although migration/transport through the genital tract is the primary source of exposure with genital talcum powder use, inhalation represents a secondary exposure route. With either route, talcum powder particles can be also absorbed and transported through the lymphatics or blood system to pelvic organs and lymph nodes. The mechanism for the carcinogenicity of asbestos in the ovary and elsewhere provides a plausible biological mechanism by which it can contribute to the carcinogenicity of talcum powder products.

I have also seen evidence of the presence of heavy metals, including nickel, cadmium, and cobalt in Johnson and Johnson talcum powder products. (Exhibit 47, Deposition of Julie Pier, MDL 2738, 2018). Nickel and chromium are Group 1 carcinogens. (IARC 2012). Cobalt is identified by IARC as Group 2b possibly carcinogenic. (IARC 2012). The mechanism of action described by IARC, is inflammatory in nature. These heavy metals likely contribute to the carcinogenicity of talcum powder products by the inflammatory mechanism described at length in this report.

I have reviewed the list of fragrances chemicals contained in Johnson's Baby Powder and Shower to Shower products and the expert report of Dr. Michael Crowley. I agree with Dr. Crowley's opinion that these chemicals likely contribute to the inflammatory properties, toxicity and/or carcinogenicity of these products.

**DETERMINATION OF CAUSATION**

In 1965, epidemiologist Sir Austin Bradford Hill published his factors for determining causation from associations found in epidemiologic studies. (Hill 1965). These factors have been widely used, but are not considered absolute or required for a causal determination. These considerations have also been elaborated upon for the 21st century by Fedak et al. (Fedak et al. 2015). For a doctor treating patients, knowledge of risk factors and causes of diseases are important for diagnosis, prevention, and treatment of the diseases. In essence, risk factors (associated with a health outcome) can be considered causal when the biological and molecular mechanisms for this relationship are known or predictable based on scientific research. The following are the Bradford Hill considerations and my analysis as they relate to talcum powder products and their relationship with ovarian cancer.

Strength: There is no set magnitude or threshold for ascribing causality. I would maintain that any practice or element that increases the risk of ovarian cancer by ANY consistent percentage is significant. Ovarian cancer is, usually, a fatal disease, not a trivial inconvenience. The increased risk of ovarian cancer in perineal talc users in epidemiologic studies is 1.2-1.5, a 20-50% increased risk.

Consistency:  The consistency of the case-control epidemiologic studies the uniformity of the meta-analauses (Harlow et al, 1992, Gross and Berg, 1995, Cramer et al 1999, Huncharek et al 2003, Langseth et al, 2008, the pooled study of Terry et al 2013, and the recent Penninkilampi 2017) is impressive.  The studies are from different populations across three continents.  The seeming inconsistency with the cohort studies are likely due to lack of power and other study design limitations.  (Narod 2016).  Strength and consistency are very important to a physician involved in patient care.

Specificity:  Bradford Hill noted that different agents may cause more than one disease. Furthermore, any disease may have multiple component causes.  "One-to-one relationships are not frequent".  (Hill 1965).  Certainly, talc causes talcosis and medically induced pleural inflammation.  The body of epidemiologic work supports talcum powder's role in risk of epithelial ovarian cancer. For a physician, this consideration is less important than strength of association and consistency.

Temporality:  This requirement is met by studies of risk of ovarian cancer for those who used talcum powder versus those who did not.  It may take in vitro studies to establish threshold dose exposures.  Bradford Hill did not address latency which is another marker of temporality. In the case of talcum powder use and ovarian cancer, the average latency period exceeds twenty years. (Magnani et al. 2008; A. Reid et al. 2014; Okada 2007).  Reverse temporality is most unlikely in this case. Temporality is not particularly important to a physician as long as it has been shown to exist.

Biologic gradient:  This refers to dose response relationship which is not seen in all of the epidemiologic studies, but is demonstrated in some.  (Harlow et al. 1992; S. Chang and Risch 1997; Daniel W. Cramer et al. 2016; Schildkraut et al. 2016; Terry et al. 2013; Penninkilampi and Eslick 2018).  In the studies that failed to demonstrate a clear dose response, many simply did not have adequate data to assess. With genital talcum powder use, quantifying exposure is challenging in terms of measuring the exact amount used in each application, the amounts that migrate or are transported through the genital tract, the amount inhaled, and the amount absorbed through the vaginal mucosa. It is also impossible to measure how much of each constituent is present in any application. In vitro studies would help clarify dose response relationships and mechanisms. To a physician, dose response can be helpful when determining causality, but not essential.

Plausibility:  The growing body of evidence from in vitro studies enhance the plausibility of talcum powder's role in the causation of ovarian cancer. The talcum powder reaches the tubes, ovaries, and peritoneum by migration/transport of particles as described earlier in this report Once there, these particles create a hostile inflammatory environment of reactive oxygen and reactive nitrogen species capable of causing mutagenesis/carcinogenesis. This general mechanism is not only plausible, but accepted widely - even though the details at the molecular level are still being clarified. I placed a great deal of importance on the mechanism consideration and I find it compelling.

Coherence:  As Bradford Hill stated, assessing causation "should not seriously conflict with the generally known facts of natural history and biology of disease".  (Hill 1965).  This consideration has been satisfied, since talcum powder and its causal relationship with ovarian cancer is compatible with our knowledge of cancer and cancer processes.

Experiment:  Sir Bradford Hill discussed this point as an experimental change in the epidemiologic milieu which mitigated the statistical finding.  Fedak et al interpret this point in a more contemporary way: biochemical, in vitro experiments and laboratory investigation of genetic and epigenetic pathways.  (Fedak et al. 2015).  In this context, there is a growing body of evidence to support the biologic, genetic and epigenetic consequences to the ovarian epithelial cell with talcum powder exposure.  (Shukla et al. 2009; Fletcher, Nicole, Memaj, Ira, and Saed, Ghassan 2018; Saed, Morris, and Fletcher 2018; Buz'Zard and Lau 2007).

Analogy:  Sir Bradford Hill suggested the analogy of rubella and thalidomide causing birth defects in a similar fashion.  I would suggest the analogy of asbestos causing ovarian cancer and mesothelioma or HPV causing cervical cancer.

I give precedence to strength of association and consistency as most important factors.  If these are met, I judge plausibility and experiment next in importance.

**Cornstarch as a safer alternative**

Talc has been known to be more inflammatory and toxic than starch products for decades. (Eberl and George 1948).  In addition, there is no epidemiological evidence linking cornstarch to ovarian cancer. (S. Chang and Risch 1997; Daniel W. Cramer et al. 2015; Cook, Kamb, and Weiss 1997).  Whysner and Mohan reviewed the literature regarding talc and cornstarch and their relationship to epithelial ovarian cancer. The authors concluded that: 1) due to the chemical nature of cornstarch, a biological mechanism by which cornstarch could cause ovarian cancer is implausible; 2) epidemiologic studies have found no association between cornstarch and ovarian cancer; and 3) no increased risk of ovarian cancer from perineal cornstarch use is predicted. (Whysner and Mohan 2000).

**Conclusions**

In my opinion, talcum powder products cause epithelial ovarian cancer.  This opinion is based on my assessment of the totality of the epidemiologic data presented in the medical and scientific literature, the biologic mechanism, and the credible presence of known carcinogens in the products. This assessment was made by analyzing and weighing the extensive evidence in the context of Bradford Hill considerations.

Summary of my opinions:

1. Johnson and Johnson talcum powder products cause the development and progression of epithelial ovarian cancer.
2. There is credible evidence that Johnson and Johnson baby powder products contain asbestos.  Asbestos and fibrous talc cause epithelial ovarian cancer. Heavy metals and

fragrance chemicals added to the products can also contribute to the carcinogenicity of Johnson & Johnson Baby Powder and Shower to Shower products.

3. Talc and asbestos create an inflammatory pro-carcinogenic environment in the human body, the mechanism for epithelial ovarian cancer development and progression.

4. Perineal application of talcum powder products results in the tubal and intraperitoneal deposition of talc and asbestos by migration and transport through the genital tract. Inhalation is a secondary route of exposure.

I reserve the right to amend or modify the report as new information becomes available.

I have not testified in litigation over the previous 4 years. I am charging $600 per hour for my work on this matter. Additional materials I considered are attached as Exhibit C.

# References

Acheson, E D, M J Gardner, E C Pippard, and L P Grime. 1982. "Mortality of Two Groups of Women Who Manufactured Gas Masks from Chrysotile and Crocidolite Asbestos: A 40-Year Follow-Up." *British Journal of Industrial Medicine* 39 (4): 344–48.

Antoniou, A., P. D. P. Pharoah, S. Narod, H. A. Risch, J. E. Eyfjord, J. L. Hopper, N. Loman, et al. 2003. "Average Risks of Breast and Ovarian Cancer Associated with BRCA1 or BRCA2 Mutations Detected in Case Series Unselected for Family History: A Combined Analysis of 22 Studies." *American Journal of Human Genetics* 72 (5): 1117–30.

Armstrong, Deborah K., Brian Bundy, Lari Wenzel, Helen Q. Huang, Rebecca Baergen, Shashikant Lele, Larry J. Copeland, Joan L. Walker, Robert A. Burger, and Gynecologic Oncology Group. 2006. "Intraperitoneal Cisplatin and Paclitaxel in Ovarian Cancer." *The New England Journal of Medicine* 354 (1): 34–43. https://doi.org/10.1056/NEJMoa052985.

Baldwin, Lauren A., Bin Huang, Rachel W. Miller, Thomas Tucker, Scott T. Goodrich, Iwona Podzielinski, Christopher P. DeSimone, Fred R. Ueland, John R. van Nagell, and Leigh G. Seamon. 2012. "Ten-Year Relative Survival for Epithelial Ovarian Cancer." *Obstetrics and Gynecology* 120 (3): 612–18. https://doi.org/10.1097/AOG.0b013e318264f794.

Berge, Wera, Kenneth Mundt, Hung Luu, and Paolo Boffetta. 2017. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention*, January, 1. https://doi.org/10.1097/CEJ.0000000000000340.

Berry, G., M. L. Newhouse, and J. C. Wagner. 2000. "Mortality from All Cancers of Asbestos Factory Workers in East London 1933-80." *Occupational and Environmental Medicine* 57 (11): 782–85.

Blount, A M. 1991. "Amphibole Content of Cosmetic and Pharmaceutical Talcs." *Environmental Health Perspectives* 94 (August): 225–30.

Booth, M., V. Beral, and P. Smith. 1989. "Risk Factors for Ovarian Cancer: A Case-Control Study." *British Journal of Cancer* 60 (4): 592–98.

Burn, John, Anne-Marie Gerdes, Finlay Macrae, Jukka-Pekka Mecklin, Gabriela Moeslein, Sylviane Olschwang, Diane Eccles, et al. 2011. "Long-Term Effect of Aspirin on Cancer Risk in Carriers of Hereditary Colorectal Cancer: An Analysis from the CAPP2 Randomised Controlled Trial." *Lancet (London, England)* 378 (9809): 2081–87. https://doi.org/10.1016/S0140-6736(11)61049-0.

Buz'Zard, Amber R., and Benjamin H. S. Lau. 2007. "Pycnogenol Reduces Talc-Induced Neoplastic Transformation in Human Ovarian Cell Cultures." *Phytotherapy Research: PTR* 21 (6): 579–86. https://doi.org/10.1002/ptr.2117.

Camargo, M. Constanza, Leslie T. Stayner, Kurt Straif, Margarita Reina, Umaima Al-Alem, Paul A. Demers, and Philip J. Landrigan. 2011. "Occupational Exposure to Asbestos and Ovarian Cancer: A Meta-Analysis." *Environmental Health Perspectives* 119 (9): 1211–17. https://doi.org/10.1289/ehp.1003283.

Chang, Che-Jui, Yu-Kang Tu, Pau-Chung Chen, and Hsiao-Yu Yang. 2017. "Occupational Exposure to Talc Increases the Risk of Lung Cancer: A Meta-Analysis of Occupational Cohort Studies." *Canadian Respiratory Journal* 2017: 1270608. https://doi.org/10.1155/2017/1270608.

Chang, Stella, and Harvey A. Risch. 1997. "Perineal Talc Exposure and Risk of Ovarian Carcinoma." *Cancer* 79 (12): 2396–2401. https://doi.org/10.1002/(SICI)1097-0142(19970615)79:12<2396::AID-CNCR15>3.0.CO;2-M.

Chen, Xi, Gerd A. Müller, Marianne Quaas, Martin Fischer, Namshik Han, Benjamin Stutchbury, Andrew D. Sharrocks, and Kurt Engeland. 2013. "The Forkhead Transcription Factor FOXM1 Controls Cell Cycle-Dependent Gene Expression through an Atypical Chromatin Binding Mechanism." *Molecular and Cellular Biology* 33 (2): 227–36. https://doi.org/10.1128/MCB.00881-12.

Chen, Y., P. C. Wu, J. H. Lang, W. J. Ge, P. Hartge, and L. A. Brinton. 1992. "Risk Factors for Epithelial Ovarian Cancer in Beijing, China." *International Journal of Epidemiology* 21 (1): 23–29.

Chien, Jeremy, Hugues Sicotte, Jian-Bing Fan, Sean Humphray, Julie M. Cunningham, Kimberly R. Kalli, Ann L. Oberg, et al. 2015. "TP53 Mutations, Tetraploidy and Homologous Recombination Repair Defects in Early Stage High-Grade Serous Ovarian Cancer." *Nucleic Acids Research* 43 (14): 6945–58. https://doi.org/10.1093/nar/gkv111.

CIMBA, Georgia Chenevix-Trench, Roger L Milne, Antonis C Antoniou, Fergus J Couch, Douglas F Easton, and David E Goldgar. 2007. "An International Initiative to Identify Genetic Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: The Consortium of Investigators of Modifiers of BRCA1 and BRCA2 (CIMBA)." *Breast Cancer Research* 9 (2). https://doi.org/10.1186/bcr1670.

Compton, Sarah A., Sezgin Ozgür, and Jack D. Griffith. 2010. "Ring-Shaped Rad51 Paralog Protein Complexes Bind Holliday Junctions and Replication Forks as Visualized by Electron Microscopy." *The Journal of Biological Chemistry* 285 (18): 13349–56. https://doi.org/10.1074/jbc.M109.074286.

Cook, Linda S., Mary L. Kamb, and Noel S. Weiss. 1997. "Perineal Powder Exposure and the Risk of Ovarian Cancer." *American Journal of Epidemiology* 145 (5): 459–65.

Cralley, L. J., R. G. Keenan, J. R. Lynch, and W. S. Lainhart. 1968. "Source and Identification of Respirable Fibers." *American Industrial Hygiene Association Journal* 29 (2): 129–35. https://doi.org/10.1080/00028896809343285.

Cralley, L. J., M. M. Key, D. H. Groth, W. S. Lainhart, and R. M. Ligo. 1968. "Fibrous and Mineral Content of Cosmetic Talcum Products." *American Industrial Hygiene Association Journal* 29 (4): 350–54. https://doi.org/10.1080/00028896809343015.

Cramer, D. W. 1999. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics and Gynecology* 94 (1): 160–61.

Cramer, D. W., W. R. Welch, R. E. Scully, and C. A. Wojciechowski. 1982. "Ovarian Cancer and Talc: A Case-Control Study." *Cancer* 50 (2): 372–76.

Cramer, Daniel W., Allison F. Vitonis, Kathryn L. Terry, William R. Welch, and Linda J. Titus. 2015. "The Association between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." *Epidemiology (Cambridge, Mass.)*, December. https://doi.org/10.1097/EDE.0000000000000434.

———. 2016. "The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." *Epidemiology (Cambridge, Mass.)* 27 (3): 334–46. https://doi.org/10.1097/EDE.0000000000000434.

Ding, Yuan C., Lesley McGuffog, Sue Healey, Eitan Friedman, Yael Laitman, Shani- Paluch-Shimon, Bella Kaufman, et al. 2012. "A Nonsynonymous Polymorphism in IRS1 Modifies Risk of Developing Breast and Ovarian Cancers in BRCA1 and Ovarian Cancer

in BRCA2 Mutation Carriers." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 21 (8): 1362–70. https://doi.org/10.1158/1055-9965.EPI-12-0229.

Dixon, Suzanne C., Christina M. Nagle, Nicolas Wentzensen, Britton Trabert, Alicia Beeghly-Fadiel, Joellen M. Schildkraut, Kirsten B. Moysich, et al. 2017. "Use of Common Analgesic Medications and Ovarian Cancer Survival: Results from a Pooled Analysis in the Ovarian Cancer Association Consortium." *British Journal of Cancer* 116 (9): 1223–28. https://doi.org/10.1038/bjc.2017.68.

Dubeau, L., and R. Drapkin. 2013. "Coming into Focus: The Nonovarian Origins of Ovarian Cancer." *Annals of Oncology: Official Journal of the European Society for Medical Oncology* 24 Suppl 8 (November): viii28–35. https://doi.org/10.1093/annonc/mdt308.

Eberl, J. J., and W. L. George. 1948. "Comparative Evaluation of the Effects of Talcum and a New Absorbable Substitute on Surgical Gloves." *American Journal of Surgery* 75 (3): 493–97.

Egli, G. E., and M. Newton. 1961. "The Transport of Carbon Particles in the Human Female Reproductive Tract." *Fertility and Sterility* 12 (April): 151–55.

"Exhibit 28, Deposition of John Hopkins, Ph.D., In Re: Talcum Powder Prod. Liab. Litig., MDL No. 2378." 2018.

"Exhibit 47, Deposition of Julie Pier, In Re: Talcum Powder Prod. Liab. Litig., MDL 2738." 2018.

Fathalla, M. F. 1971. "Incessant Ovulation--a Factor in Ovarian Neoplasia?" *Lancet* 2 (7716): 163.

———. 2013. "Incessant Ovulation and Ovarian Cancer - a Hypothesis Re-Visited." *Facts, Views & Vision in ObGyn* 5 (4): 292–97.

Fedak, Kristen M., Autumn Bernal, Zachary A. Capshaw, and Sherilyn Gross. 2015. "Applying the Bradford Hill Criteria in the 21st Century: How Data Integration Has Changed Causal Inference in Molecular Epidemiology." *Emerging Themes in Epidemiology* 12 (14). https://doi.org/10.1186/s12982-015-0037-4.

Ferguson, Lynnette R. 2010. "Chronic Inflammation and Mutagenesis." *Mutation Research* 690 (1–2): 3–11. https://doi.org/10.1016/j.mrfmmm.2010.03.007.

Fletcher, Nicole, Memaj, Ira, and Saed, Ghassan. 2018. "Talcum Powder Enhances Oxidative Stress in Ovarian Cancer Cells." *Reproductive Sciences*, February. https://doi.org/10.1177/1933719118759999.

Folkins, Ann K., Elke A. Jarboe, Jonathan L. Hecht, Michael G. Muto, and Christopher P. Crum. 2018. "Chapter 24 - Assessing Pelvic Epithelial Cancer Risk and Intercepting Early Malignancy." In *Diagnostic Gynecologic and Obstetric Pathology (Third Edition)*, 844–64. Philadelphia: Content Repository Only! https://doi.org/10.1016/B978-0-323-44732-4.00024-8.

Ford, D., D.F. Easton, M. Stratton, S. Narod, D. Goldgar, P. Devilee, D.T. Bishop, et al. 1998. "Genetic Heterogeneity and Penetrance Analysis of the BRCA1 and BRCA2 Genes in Breast Cancer Families." *The American Journal of Human Genetics* 62 (3): 676–89. https://doi.org/10.1086/301749.

Friebel, Tara M., Susan M. Domchek, and Timothy R. Rebbeck. 2014. "Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: Systematic Review and Meta-Analysis."

*Journal of the National Cancer Institute* 106 (6): dju091.
https://doi.org/10.1093/jnci/dju091.

Gates, Margaret A., Shelley S. Tworoger, Kathryn L. Terry, Linda Titus-Ernstoff, Bernard
Rosner, Immaculata De Vivo, Daniel W. Cramer, and Susan E. Hankinson. 2008. "Talc
Use, Variants of the GSTM1, GSTT1, and NAT2 Genes, and Risk of Epithelial Ovarian
Cancer." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the
American Association for Cancer Research, Cosponsored by the American Society of
Preventive Oncology* 17 (9): 2436–44. https://doi.org/10.1158/1055-9965.EPI-08-0399.

Germani, D., S. Belli, C. Bruno, M. Grignoli, M. Nesti, R. Pirastu, and P. Comba. 1999. "Cohort
Mortality Study of Women Compensated for Asbestosis in Italy." *American Journal of
Industrial Medicine* 36 (1): 129–34.

Gertig, D. M., D. J. Hunter, D. W. Cramer, G. A. Colditz, F. E. Speizer, W. C. Willett, and S. E.
Hankinson. 2000. "Prospective Study of Talc Use and Ovarian Cancer." *Journal of the
National Cancer Institute* 92 (3): 249–52.

Godard, B., W. D. Foulkes, D. Provencher, J. S. Brunet, P. N. Tonin, A. M. Mes-Masson, S. A.
Narod, and P. Ghadirian. 1998. "Risk Factors for Familial and Sporadic Ovarian Cancer
among French Canadians: A Case-Control Study." *American Journal of Obstetrics and
Gynecology* 179 (2): 403–10.

Gonzalez, Kelly D., Katie A. Noltner, Carolyn H. Buzin, Dongqing Gu, Cindy Y. Wen-Fong, Vu
Q. Nguyen, Jennifer H. Han, et al. 2009. "Beyond Li Fraumeni Syndrome: Clinical
Characteristics of Families with P53 Germline Mutations." *Journal of Clinical Oncology:
Official Journal of the American Society of Clinical Oncology* 27 (8): 1250–56.
https://doi.org/10.1200/JCO.2008.16.6959.

Gonzalez, Nicole L., Katie M. O'Brien, Aimee A. D'Aloisio, Dale P. Sandler, and Clarice R.
Weinberg. 2016. "Douching, Talc Use, and Risk of Ovarian Cancer." *Epidemiology
(Cambridge, Mass.)* 27 (6): 797–802. https://doi.org/10.1097/EDE.0000000000000528.

Gross, A. J., and P. H. Berg. 1995. "A Meta-Analytical Approach Examining the Potential
Relationship between Talc Exposure and Ovarian Cancer." *Journal of Exposure Analysis
and Environmental Epidemiology* 5 (2): 181–95.

Hall, J. M., M. K. Lee, B. Newman, J. E. Morrow, L. A. Anderson, B. Huey, and M. C. King.
1990. "Linkage of Early-Onset Familial Breast Cancer to Chromosome 17q21." *Science
(New York, N.Y.)* 250 (4988): 1684–89.

Hannenhalli, Sridhar, and Klaus H. Kaestner. 2009. "The Evolution of Fox Genes and Their Role
in Development and Disease." *Nature Reviews. Genetics* 10 (4): 233–40.
https://doi.org/10.1038/nrg2523.

Harlow, B. L., D. W. Cramer, D. A. Bell, and W. R. Welch. 1992. "Perineal Exposure to Talc
and Ovarian Cancer Risk." *Obstetrics and Gynecology* 80 (1): 19–26.

Harlow, B. L., and N. S. Weiss. 1989. "A Case-Control Study of Borderline Ovarian Tumors:
The Influence of Perineal Exposure to Talc." *American Journal of Epidemiology* 130 (2):
390–94.

Harper, Amy K, and Ghassan Saed. 2019. ""Talc Induces a pro-Oxidant State in Normal and
Ovarian Cancer Cells through Genetic Point Mutations in Key Redox Enzymes,"
Accepted for Presentation at SGO Meeting."

Hartge, P., R. Hoover, L. P. Lesher, and L. McGowan. 1983. "Talc and Ovarian Cancer." *JAMA:
The Journal of the American Medical Association* 250 (14): 1844.

Havrilesky, Laura J., Patricia G. Moorman, William J. Lowery, Jennifer M. Gierisch, Remy R. Coeytaux, Rachel Peragallo Urrutia, Michaela Dinan, et al. 2013. "Oral Contraceptive Pills as Primary Prevention for Ovarian Cancer: A Systematic Review and Meta-Analysis." *Obstetrics and Gynecology* 122 (1): 139–47. https://doi.org/10.1097/AOG.0b013e318291c235.

Henderson, W. J., C. A. Joslin, A. C. Turnbull, and K. Griffiths. 1971. "Talc and Carcinoma of the Ovary and Cervix." *The Journal of Obstetrics and Gynaecology of the British Commonwealth* 78 (3): 266–72.

Hill, Austin Bradford. 1965. "The Environment and Disease: Association or Causation?" *Proceedings of the Royal Society of Medicine* 58 (5): 295–300.

Horowitz, Neil S., Austin Miller, Bunja Rungruang, Scott D. Richard, Noah Rodriguez, Michael A. Bookman, Chad A. Hamilton, Thomas C. Krivak, and G. Larry Maxwell. 2015. "Does Aggressive Surgery Improve Outcomes? Interaction between Preoperative Disease Burden and Complex Surgery in Patients with Advanced-Stage Ovarian Cancer: An Analysis of GOG 182." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 33 (8): 937–43. https://doi.org/10.1200/JCO.2014.56.3106.

Houghton, Serena C., Katherine W. Reeves, Susan E. Hankinson, Lori Crawford, Dorothy Lane, Jean Wactawski-Wende, Cynthia A. Thomson, Judith K. Ockene, and Susan R. Sturgeon. 2014. "Perineal Powder Use and Risk of Ovarian Cancer." *Journal of the National Cancer Institute* 106 (9). https://doi.org/10.1093/jnci/dju208.

Hunn, Jessica, and Gustavo C. Rodriguez. 2012. "Ovarian Cancer: Etiology, Risk Factors, and Epidemiology." *Clinical Obstetrics and Gynecology* 55 (1): 3–23. https://doi.org/10.1097/GRF.0b013e31824b4611.

IARC. 2012. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Volume 100C."

Khan, Mohd Imran, Amogh A. Sahasrabuddhe, Govil Patil, Mohd Javed Akhtar, Mohd Ashquin, and Iqbal Ahmad. 2011. "Nano-Talc Stabilizes TNF-Alpha m-RNA in Human Macrophages." *Journal of Biomedical Nanotechnology* 7 (1): 112–13.

Klampfer, Lidija. 2011. "Cytokines, Inflammation and Colon Cancer." *Current Cancer Drug Targets* 11 (4): 451–64.

Knudson, A. G. 1971. "Mutation and Cancer: Statistical Study of Retinoblastoma." *Proceedings of the National Academy of Sciences of the United States of America* 68 (4): 820–23.

La Vecchia, Carlo. 2017. "Ovarian Cancer: Epidemiology and Risk Factors." *European Journal of Cancer Prevention* 26 (1): 55–62. https://doi.org/10.1097/CEJ.0000000000000217.

Langseth, H., S. E. Hankinson, J. Siemiatycki, and E. Weiderpass. 2008. "Perineal Use of Talc and Risk of Ovarian Cancer." *Journal of Epidemiology and Community Health* 62 (4): 358–60. https://doi.org/10.1136/jech.2006.047894.

Levanon, Keren, Christopher Crum, and Ronny Drapkin. 2008. "New Insights Into the Pathogenesis of Serous Ovarian Cancer and Its Clinical Impact." *Journal of Clinical Oncology* 26 (32): 5284–93. https://doi.org/10.1200/JCO.2008.18.1107.

Liou, Geou-Yarh, and Peter Storz. 2010. "Reactive Oxygen Species in Cancer." *Free Radical Research* 44 (5): 476–96. https://doi.org/10.3109/10715761003667554.

Lockey, J. E. 1981. "Nonasbestos Fibrous Minerals." *Clinics in Chest Medicine* 2 (2): 203–18.

Longo, D. L., and R. C. Young. 1979. "Cosmetic Talc and Ovarian Cancer." *Lancet* 2 (8138): 349–51.

Longo, William E., and Mark W. Rigler. 2018. "The Analysis of Johnson & Johnson's Historical Baby Powder & Shower to Shower Products from the 1960's to the Early 1990's for Amphibole Asbestos."

Magnani, C., D. Ferrante, F. Barone-Adesi, M. Bertolotti, A. Todesco, D. Mirabelli, and B. Terracini. 2008. "Cancer Risk after Cessation of Asbestos Exposure: A Cohort Study of Italian Asbestos Cement Workers." *Occupational and Environmental Medicine* 65 (3): 164–70. https://doi.org/10.1136/oem.2007.032847.

Mallen, Adrianne R., Mary K. Townsend, and Shelley S. Tworoger. 2018. "Risk Factors for Ovarian Carcinoma." *Hematology/Oncology Clinics of North America*, September. https://doi.org/10.1016/j.hoc.2018.07.002.

Murphy, Megan A., Britton Trabert, Hannah P. Yang, Yikyung Park, Louise A. Brinton, Patricia Hartge, Mark E. Sherman, Albert Hollenbeck, and Nicolas Wentzensen. 2012. "Non-Steroidal Anti-Inflammatory Drug Use and Ovarian Cancer Risk: Findings from the NIH-AARP Diet and Health Study and Systematic Review." *Cancer Causes & Control : CCC* 23 (11): 1839–52. https://doi.org/10.1007/s10552-012-0063-2.

Narod, Steven A. 2016. "Talc and Ovarian Cancer." *Gynecologic Oncology* 141 (3): 410–12. https://doi.org/10.1016/j.ygyno.2016.04.011.

Ness, R. B., J. A. Grisso, C. Cottreau, J. Klapper, R. Vergona, J. E. Wheeler, M. Morgan, and J. J. Schlesselman. 2000. "Factors Related to Inflammation of the Ovarian Epithelium and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 11 (2): 111–17.

Nick, Alpa M., Robert L. Coleman, Pedro T. Ramirez, and Anil K. Sood. 2015. "A Framework for a Personalized Surgical Approach to Ovarian Cancer." *Nature Reviews. Clinical Oncology* 12 (4): 239–45. https://doi.org/10.1038/nrclinonc.2015.26.

Norquist, Barbara M., Maria I. Harrell, Mark F. Brady, Tom Walsh, Ming K. Lee, Suleyman Gulsuner, Sarah S. Bernards, et al. 2016. "Inherited Mutations in Women With Ovarian Carcinoma." *JAMA Oncology* 2 (4): 482–90. https://doi.org/10.1001/jamaoncol.2015.5495.

Okada, Futoshi. 2007. "Beyond Foreign-Body-Induced Carcinogenesis: Impact of Reactive Oxygen Species Derived from Inflammatory Cells in Tumorigenic Conversion and Tumor Progression." *International Journal of Cancer* 121 (11): 2364–72. https://doi.org/10.1002/ijc.23125.

Paoletti, L., S. Caiazza, G. Donelli, and F. Pocchiari. 1984. "Evaluation by Electron Microscopy Techniques of Asbestos Contamination in Industrial, Cosmetic, and Pharmaceutical Talcs." *Regulatory Toxicology and Pharmacology: RTP* 4 (3): 222–35.

Park, Hyo K., Joellen M. Schildkraut, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa Bondy, Sydnee Crankshaw, et al. 2018. "Benign Gynecologic Conditions Are Associated with Ovarian Cancer Risk in African-American Women: A Case–Control Study." *Cancer Causes & Control*, September. https://doi.org/10.1007/s10552-018-1082-4.

Parmar, M. K. B., J. A. Ledermann, N. Colombo, A. du Bois, J.-F. Delaloye, G. B. Kristensen, S. Wheeler, et al. 2003. "Paclitaxel plus Platinum-Based Chemotherapy versus Conventional Platinum-Based Chemotherapy in Women with Relapsed Ovarian Cancer: The ICON4/AGO-OVAR-2.2 Trial." *Lancet (London, England)* 361 (9375): 2099–2106.

Penninkilampi, Ross, and Guy D. Eslick. 2018. "Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis." *Epidemiology (Cambridge, Mass.)* 29 (1): 41–49. https://doi.org/10.1097/EDE.0000000000000745.

Purdie, D., A. Green, C. Bain, V. Siskind, B. Ward, N. Hacker, M. Quinn, G. Wright, P. Russell, and B. Susil. 1995. "Reproductive and Other Factors and Risk of Epithelial Ovarian Cancer: An Australian Case-Control Study. Survey of Women's Health Study Group." *International Journal of Cancer. Journal International Du Cancer* 62 (6): 678–84.

Ramus, Susan J., Antonis C. Antoniou, Karoline B. Kuchenbaecker, Penny Soucy, Jonathan Beesley, Xiaoqing Chen, Lesley McGuffog, et al. 2012. "Ovarian Cancer Susceptibility Alleles and Risk of Ovarian Cancer in BRCA1 and BRCA2 Mutation Carriers." *Human Mutation* 33 (4): 690–702. https://doi.org/10.1002/humu.22025.

Rasool, Nabila, Amanda Nickles Fader, Leigh Seamon, Nikki L. Neubauer, Fadi Abu Shahin, Heather A. Alexander, Kathleen Moore, et al. 2010. "Stage I, Grade 3 Endometrioid Adenocarcinoma of the Endometrium: An Analysis of Clinical Outcomes and Patterns of Recurrence." *Gynecologic Oncology* 116 (1): 10–14. https://doi.org/10.1016/j.ygyno.2009.10.043.

Rebbeck, Timothy R., Nandita Mitra, Fei Wan, Olga M. Sinilnikova, Sue Healey, Lesley McGuffog, Sylvie Mazoyer, et al. 2015. "Association of Type and Location of BRCA1 and BRCA2 Mutations with Risk of Breast and Ovarian Cancer." *JAMA* 313 (13): 1347–61. https://doi.org/10.1001/jama.2014.5985.

Reid, A., N. H. de Klerk, C. Magnani, D. Ferrante, G. Berry, A. W. Musk, and E. Merler. 2014. "Mesothelioma Risk after 40 Years since First Exposure to Asbestos: A Pooled Analysis." *Thorax* 69 (9): 843–50. https://doi.org/10.1136/thoraxjnl-2013-204161.

Reid, Alison, Nick de Klerk, and Arthur W. (Bill) Musk. 2011. "Does Exposure to Asbestos Cause Ovarian Cancer? A Systematic Literature Review and Meta-Analysis." *Cancer Epidemiology Biomarkers & Prevention* 20 (7): 1287–95. https://doi.org/10.1158/1055-9965.EPI-10-1302.

Rohl, A. N., A. M. Langer, I. J. Selikoff, A. Tordini, R. Klimentidis, D. R. Bowes, and D. L. Skinner. 1976. "Consumer Talcums and Powders: Mineral and Chemical Characterization." *Journal of Toxicology and Environmental Health* 2 (2): 255–84. https://doi.org/10.1080/15287397609529432.

Rosenblatt, K. A., M. Szklo, and N. B. Rosenshein. 1992. "Mineral Fiber Exposure and the Development of Ovarian Cancer." *Gynecologic Oncology* 45 (1): 20–25.

Saed, Ghassan M., Michael P. Diamond, and Nicole M. Fletcher. 2017. "Updates of the Role of Oxidative Stress in the Pathogenesis of Ovarian Cancer." *Gynecologic Oncology* 145 (3): 595–602. https://doi.org/10.1016/j.ygyno.2017.02.033.

Saed, Ghassan M., Nicole M. Fletcher, Michael P. Diamond, Robert T. Morris, Nardhy Gomez-Lopez, and Ira Memaj. 2018. "Novel Expression of CD11b in Epithelial Ovarian Cancer: Potential Therapeutic Target." *Gynecologic Oncology* 148 (3): 567–75. https://doi.org/10.1016/j.ygyno.2017.12.018.

Saed, Ghassan M., Robert T. Morris, and Nicole M. Fletcher. 2018. *New Insights into the Pathogenesis of Ovarian Cancer: Oxidative Stress*.

Schildkraut, Joellen M., Sarah E. Abbott, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa L. Bondy, Michele L. Cote, et al. 2016. "Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES)." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 25 (10): 1411–17. https://doi.org/10.1158/1055-9965.EPI-15-1281.

Shan, Weiwei, and Jinsong Liu. 2009. "Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8 (19): 3107–11. https://doi.org/10.4161/cc.8.19.9590.

Shukla, Arti, Maximilian B. MacPherson, Jedd Hillegass, Maria E. Ramos-Nino, Vlada Alexeeva, Pamela M. Vacek, Jeffrey P. Bond, Harvey I. Pass, Chad Steele, and Brooke T. Mossman. 2009. "Alterations in Gene Expression in Human Mesothelial Cells Correlate with Mineral Pathogenicity." *American Journal of Respiratory Cell and Molecular Biology* 41 (1): 114–23. https://doi.org/10.1165/rcmb.2008-0146OC.

Sjösten, A. C. E., H. Ellis, and G. a. B. Edelstam. 2004. "Retrograde Migration of Glove Powder in the Human Female Genital Tract." *Human Reproduction* 19 (4): 991–95. https://doi.org/10.1093/humrep/deh156.

Terry, Kathryn L., Stalo Karageorgi, Yurii B. Shvetsov, Melissa A. Merritt, Galina Lurie, Pamela J. Thompson, Michael E. Carney, et al. 2013. "Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 8,525 Cases and 9,859 Controls." *Cancer Prevention Research (Philadelphia, Pa.)* 6 (8): 811–21. https://doi.org/10.1158/1940-6207.CAPR-13-0037.

Tewari, Devansu, James J. Java, Ritu Salani, Deborah K. Armstrong, Maurie Markman, Thomas Herzog, Bradley J. Monk, and John K. Chan. 2015. "Long-Term Survival Advantage and Prognostic Factors Associated with Intraperitoneal Chemotherapy Treatment in Advanced Ovarian Cancer: A Gynecologic Oncology Group Study." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 33 (13): 1460–66. https://doi.org/10.1200/JCO.2014.55.9898.

Thai, T. H., F. Du, J. T. Tsan, Y. Jin, A. Phung, M. A. Spillman, H. F. Massa, et al. 1998. "Mutations in the BRCA1-Associated RING Domain (BARD1) Gene in Primary Breast, Ovarian and Uterine Cancers." *Human Molecular Genetics* 7 (2): 195–202.

Trabert, Britton, Roberta B. Ness, Wei-Hsuan Lo-Ciganic, Megan A. Murphy, Ellen L. Goode, Elizabeth M. Poole, Louise A. Brinton, et al. 2014. "Aspirin, Nonaspirin Nonsteroidal Anti-Inflammatory Drug, and Acetaminophen Use and Risk of Invasive Epithelial Ovarian Cancer: A Pooled Analysis in the Ovarian Cancer Association Consortium." *JNCI Journal of the National Cancer Institute* 106 (2). https://doi.org/10.1093/jnci/djt431.

Trabert, Britton, Elizabeth M. Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L. Anderson, Theodore M. Brasky, et al. 2019. "Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium." *Journal of the National Cancer Institute* 111 (2). https://doi.org/10.1093/jnci/djy100.

Tzonou, A., A. Polychronopoulou, C. C. Hsieh, A. Rebelakos, A. Karakatsani, and D. Trichopoulos. 1993. "Hair Dyes, Analgesics, Tranquilizers and Perineal Talc Application as Risk Factors for Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 55 (3): 408–10.

Vasey, Paul A., Gordon C. Jayson, Alan Gordon, Hani Gabra, Rob Coleman, Ronnie Atkinson, David Parkin, et al. 2004. "Phase III Randomized Trial of Docetaxel-Carboplatin versus Paclitaxel-Carboplatin as First-Line Chemotherapy for Ovarian Carcinoma." *Journal of the National Cancer Institute* 96 (22): 1682–91. https://doi.org/10.1093/jnci/djh323.

Vitonis, Allison F., Linda Titus-Ernstoff, and Daniel W. Cramer. 2011. "Assessing Ovarian Cancer Risk When Considering Elective Oophorectomy at the Time of Hysterectomy." *Obstetrics and Gynecology* 117 (5): 1042–50. https://doi.org/10.1097/AOG.0b013e318212fcb7.

Watson, Ian R., Koichi Takahashi, P. Andrew Futreal, and Lynda Chin. 2013. "Emerging Patterns of Somatic Mutations in Cancer." *Nature Reviews. Genetics* 14 (10): 703–18. https://doi.org/10.1038/nrg3539.

Wentzensen, Nicolas, Elizabeth M. Poole, Britton Trabert, Emily White, Alan A. Arslan, Alpa V. Patel, V. Wendy Setiawan, et al. 2016. "Ovarian Cancer Risk Factors by Histologic Subtype: An Analysis From the Ovarian Cancer Cohort Consortium." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 34 (24): 2888–98. https://doi.org/10.1200/JCO.2016.66.8178.

Werner, I. 1982. "Presence of Asbestos in Talc Samples." *Atemschutzinform* 21 (5).

Whittemore, A. S., M. L. Wu, R. S. Paffenbarger, D. L. Sarles, J. B. Kampert, S. Grosser, D. L. Jung, S. Ballon, and M. Hendrickson. 1988. "Personal and Environmental Characteristics Related to Epithelial Ovarian Cancer. II. Exposures to Talcum Powder, Tobacco, Alcohol, and Coffee." *American Journal of Epidemiology* 128 (6): 1228–40.

Whysner, J., and M. Mohan. 2000. "Perineal Application of Talc and Cornstarch Powders: Evaluation of Ovarian Cancer Risk." *American Journal of Obstetrics and Gynecology* 182 (3): 720–24.

Wignall, B.K., and A.J. Fox. 1982. "Mortality of Female Gas Mask Assemblers." *British Journal of Industrial Medicine* 39 (1): 34–38.

Wong, C. 1999. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics & Gynecology* 93 (3): 372–76. https://doi.org/10.1016/S0029-7844(98)00439-6.

Woodruff, J. D. 1979. "The Pathogenesis of Ovarian Neoplasia." *The Johns Hopkins Medical Journal* 144 (4): 117–20.

Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, Claire Templeman, and Malcolm C. Pike. 2009. "Markers of Inflammation and Risk of Ovarian Cancer in Los Angeles County." *International Journal of Cancer. Journal International Du Cancer* 124 (6): 1409–15. https://doi.org/10.1002/ijc.24091.

Wu, Song, Wei Zhu, Patricia Thompson, and Yusuf A. Hannun. 2018. "Evaluating Intrinsic and Non-Intrinsic Cancer Risk Factors." *Nature Communications* 9 (1): 3490. https://doi.org/10.1038/s41467-018-05467-z.

Yan, Bin, Yuanlin Peng, and Chuan-Yuan Li. 2009. "Molecular Analysis of Genetic Instability Caused by Chronic Inflammation." *Methods in Molecular Biology (Clifton, N.J.)* 512: 15–28. https://doi.org/10.1007/978-1-60327-530-9_2.

Yan, Bin, Huili Wang, Zahid Rabbani, Yulin Zhao, Wenrong Li, Yuqing Yuan, Fang Li, Mark W. Dewhirst, and Chuan-Yuan Li. 2006. "Tumor Necrosis Factor-a Is a Potent Endogenous Mutagen That Promotes Cellular Transformation." *Cancer Research* 66 (December): 11565.

# Exhibit A

CURRICULUM VITAE
Ellen Blair Smith, M.D.


PERSONAL DATA:

Birth Date:   December 9, 1951

Mailing Address:  2311 Camino Alto Road
Austin, Texas, USA 78746

Email:  ellenblairsmith@gmail.com

NPI:  15583054

Employment Status:   Retired from Texas Oncology, PA December 31, 2015
Medical director, Halcyon Home Hospice, April, 2017-present


EDUCATIONAL HISTORY:

1969:  Diploma, Grimsley High School, Greensboro, North Carolina
1971:  A.A. , St. Mary's Junior College, Raleigh, North Carolina
1973:  B.A. Biology, University of North Carolina, Greensboro. North Carolina
1977:  M.D., University of North Carolina. Chapel Hill, North Carolina

SCHOLASTIC HONORS:

1974  Mosby Award
1976  Merck Award
1976  Student Aptitude Award, North Carolina Society of Obstetrics and
Gynecology
1976  Alpha Omega Alpha, University of North Carolina School of Medicine
1977  American Medical Women's Association Citation of Scholastic
Achievement

POSTGRADUATE TRAINING:

1977-1978:  Internship, Obstetrics and Gynecology, UTHSCSA, San Antonio, Texas
1978-1981:  Residency, Obstetrics and Gynecology, UTHSCSA, San Antonio, Texas
1979:        Galloway Fellowship, Memorial Sloan-Kettering, NY, NY
1981-1984:  Fellowship, Gynecologic Oncology, Duke University Medical School,
Durham,NC (1983:  American Cancer Society Fellow)

PREVIOUS EMPLOYMENT:

1984-1987:  Assistant Professor, Gynecologic Oncology, University of Virginia Medical
School, Charlottesville, Virginia
1987-1989:  Physician and Sole Proprietor, Gynecologic Oncology, Austin, Texas
1989-1995:  Physician and President, Austin Gynecologic Oncology Associates, Austin,TX

CURRICULUM VITAE
Ellen Blair Smith, M.D.

1995-2008:  Physician and Partner, Southwest Regional Cancer Center, Austin, Texas
2008-2015:  Physician Shareholder, Texas Oncology, Austin, Texas

MEDICAL LICENSURE:

Texas Medical Board:  F0313 (active)
DEA:  AS 1121021 (active)
Texas DPS 40063099 (active)
North Carolina State:  24537 (inactive)
Virginia State: 10103669 (inactive)

BOARD CERTIFICATIONS:

1985  American Board of Obstetrics and Gynecology (lifetime certified, voluntary
       recertification 1996)
1987  American Board of Obstetrics and Gynecology, Division of Gynecologic Oncology
       (lifetime certified, voluntary recertification 1996)
2011 Hospice and Palliative Medicine (via ABOG), expires 2021

APPOINTMENTS:

1981-1982  Associate, Obstetrics and Gynecology, Duke University Medical School,
           Durham, NC
1982-1984  Assistant Professor, Obstetrics and Gynecology, Duke University Medical
           School, Durham, NC
1984-1987  Assistant Professor, Department of Obstetric and Gynecology, University
           of Virginia Medical Center, Charlottesville, VA
1997-2000  Renaissance Women's Center Advisory Board, Austin, Texas
1998-2003  Hospice Austin Medical Advisory Board, Austin, Texas
1999-2001  Mediation Committee, Travis County Medical Society, Austin, Texas
2001-2007  Gynecologic Cancer Foundation, Board of Directors
           Nominating Committee Chair 2004
2007-2008  Section Chief Ob-Gyn, Seton Medical Center, Austin, Texas
2007-2014  Member Surgical Committee, Seton Medical Center, Austin, Texas
2011-2013  Medical Director of Surgical Services, US Oncology (elected office)
2011-2013  Member, National Policy Board Executive Committee, US Oncology
2011-2015  Member, Managed Care Committee, US Oncology
2011-2015  Member, Pathways Committee, US Oncology

PROFESSIONAL SOCIETIES:

Alpha Omega Alpha (1976-current)
American Cancer Society
      1985-1987  Charlottesville-Albemarle Unit
                 Board of Directors
                 Executive Committee

      1984-1986  Virginia Unit

CURRICULUM VITAE
Ellen Blair Smith, M.D.

Board of Directors
Colorectal Cancer Control Project Steering Committee
Finance Committee 1986
Nominating Committee 1986
1987-1988  Austin, Texas Unit
Public Education Chairman
American Congress of Obstetrics and Gynecology (1988-Life Member)
Society of Gynecologic Oncology (1988-lifetime)
Program Committee 1995-1996
Coding Committee  1996-2001
Nominating Committee 2008
Palliative Care Committee 2009-current
Session Moderator-Palliative Care- SGO Annual Meeting-2014
Steering Committee, SGO Genetics Summit-2015
American Academy of Hospice and Palliative Medicine 2010-present

PUBLICATIONS (PEER-REVIEWED JOURNALS) :

**Smith, EB**, Weed, JC, Tyrey, L and Hamond, CB:  "Treatment of Nonmetastatic  GTD:  Results of Methotrexate-Folinic Acid."  *Amer J Obstet Gynecol,* 144:88, 1982.

**Smith, EB**, Szulman, AE, Hinshaw, W, Tyrey, Surti, U, and Hammond, CB: "Human Chorionic Gonadotropin Level in Complete and Partial Hydatidiform Moles and Nonmolar Abortuses." *Amer J Obstet Gynecol,* 149: 129, 1984.

**Smith, EB**, Clarke-Pearson, DL, and Creasman, WT:  "A VP-16 and Cis-Platinum Containing Regimen for Treatment of Refractory Ovarian Germ Cell Malignancies"  *Amer J Obstet Gynecol*, 150:927, 1984.

**Smith, EB**, Dunnick, R, Nelson, PA and Hammond, CB: "Renal Metastases of Malignant Gestational Trophoblastic Disease with Particular Attention to the Use of Intravenous Urography in Staging."  *Gynecol Oncol* 20: 137, 1985.

Barter, J, **Smith, EB**, Szpak,CA, et al: "Leiomyosarcoma of the Uterus: A Clinicopathologic Study of 21 Patients."  *Gynecol Oncol* 21:221, 1985.

Puleo, JG, Clarke-Pearson, DL, **Smith, EB**, Barnard, DE, and Creasman, WT: "Superior Vena Cava Syndrome Associated with Gynecologic Malignancy."  *Gynecol Oncol* 23:59, 1986.

Taylor, PT, Anderson, WA, Barber, SR, Covell, JL, **Smith, EB**, and Underwood, PB: "The Screening Papanicolau Smear:  Contribution of the Endocervical Brush."  *Obstet Gynecol* 70:734, 1987.

Anderson, WA, Found, D, Peters, W, **Smith, EB**, Bagley, C and Taylor, PT:  "Platinum-Based Combination Chemotherapy for Malignant Mixed Mesodermal Tumors of the Ovary."  *Gynecol Oncol* 32: 319, 1989.

Plante, M, **Smith, EB** et al:  "The case of a viable pregnancy post vaginal radical trachelectomy followed by combined chemoradiation."  *Gynecol Oncol* 123:421, 2011.

CURRICULUM VITAE
Ellen Blair Smith, M.D.


PUBLICATIONS (INVITED ARTICLES AND BOOK CHAPTERS):

Creasman, WT, **Smith, EB** and Clarke-Pearson, DL:  "Gestational Trophoblastic Disease."
*The Female Patient*, 9:66, 1984.

**Smith, EB**, Clarke-Pearson, DL, and Creasman, WT: "Screening of Cervical
Cancer." (Chapter10) *Screening and Monitoring of Cancer*.  Basil A Still, ed.  John Wiley &
Sons; 1985.

**Smith, EB** and Creasman, WT: "Preinvasive and Invasive Cervical Carcinoma Associated With
Pregnancy."  *Principles of Medical Therapy in Pregnancy*.  N Gleicher, ed.  Plenum Publishing
Corp.  New York,  New York.  1985.  Revision 1990.

**Smith, EB**, Hammond, CB, Gore, H and Hertig, A.  "Gestational Trophoblastic Disease".
*Management of the Patient with Cancer*.  3rd edition.  TF Nealon, ed. W. B. Saunders CO,
Philadelphia, Pa.  1986.

**Smith, EB**:  "Gynecology for the Urologist." *Adult and Pediatric Urology.*  J Gillenwater. ed.
Year Book Medical Publishers; 1987.  Revision 1991.


INVITED LECTURES:

SGO State of the Art Meeting 2011- Palliative Care

SGO Winter Meeting 2013-Palliative Care

# Exhibit B

| First author and year | Cases (%talc use) | Controls (%talc use) | OR | 95% CI | Dose Response | Comments |
|---|---|---|---|---|---|---|
| Cramer, 1982 | 215 (43%) | 215 (28%) | 1.9 | 1.27-2.89 | | |
| Hartge,1983 | 135 | 171 | 0.7 | 0.4-1.1 | | hosp, letter only. Only 10 with perineal use |
| Whittemore, 1988 | 188 (52%) | 539 (46%) | 1.45 | 0.81-2.8 | no | perineal use, mixed hosp and population |
| Harlow, 1989 | 116 | 158 | 2.8 | 1.111.7 | no | LMP only, deodorant powder +/-talc |
| Booth,1989 | 235 (68%) | 451 (61%) | rare=0.9<br>weekly=2.0<br>daily=1.3 | 0.3-2.4<br>1.3-3.4<br>0.8-1.9 | no | hosp. path reviewed |
| Rosenblatt, 1992 | 77 (91%) | 46 | 1 | 0.2-4.0 | | These nmbers are way too small. |
| Chen,1992 | 112 (6%) | 224 (2%) | 3.9 | 0.9-11.6 | | also used occupational exposure, only 7 vs 5 total perineal powder users |
| Harlow, 1002 | 235 (48.5%) | 239 (39.3) | 1.5 | 1.0-21 | trend NSS | perineal use |
| Tzounou,1993 | 189 (3%) | 200 (3.5%) | 1.05 | 0.28-3.98 | | hosp, hairdye, low usage numbers, Greece |
| Purdie,1995 | 824 (57%) | 860 (52%) | 1.25 | 1,04-1,54 | | adj for parity , 17% LMP    Austrailia |
| Shusan, 1996 | 200 (11%) | 406 (5.6%) | seems to be : simple X2= 0.4 | | | Never/seldom vs mod-a lot, Focus on fertility drugs    Israel |
| Chang, 1997 | 450 (44%) | 564 (35.6%) | all 1.42<br>LMP 1.24<br>inv 1.51 | 1.08-1.86<br>0.76-2.02<br>1.13-2.02 | duration=borderline<br>frequency=no | no assn with cornstarch, Canada |
| Cook, 1997 | 313 | 422 | 1.5 | 1.1-2.0 | no | ever powder use, looked at genital deodorant as well |
| Godard,1998 | 170 (10.6) | 170 (4.7) | 2.49 | 0.94-6.56 | | perineal use only    p=0.066    French Canadians |
| Wong, 1999 | 499 (47.8%) | 755 (44.9%) | genital+pad 1.1<br>genital 1.0<br>pad 0.9 | 0.7-1.7<br>0.8-1.3<br>0.4-2.0 | no | |

| first author, year | cases (% talc use) | controls (%talc use) | OR | 95% CI | dose-response | Comments |
|---|---|---|---|---|---|---|
| Cramer, 1999 | 563 (45%) | 523 (36%) | any genital powder 1.6<br>perineal talc 1.69 | 1.18-2.15<br>1.26-2.27 | no | |
| Ness,2000 | 767 (55%) | 1367 (47%) | genital 1.5<br>pad 1.6 | 1.1-2.0<br>1.1-2.3 | no | BTL protective, risk increased witalc on all areas body |
| Mills,2004 | 256 (43%) | 1122 (37%) | ever talc 1.37<br>serous 1.77 | 1.02-1.85<br>1.12-1.81 | no | |
| Merritt, 2008 | 1576 (46%) | 1509 (43%) | 1.17 | 1.01-1.36 | | adjusted OR, decreased with ASA, BIG NUMBERS      Australia      includes LMP, FT, PP |
| Moorman,2009 | 143 AA<br>943 white | 189 AA<br>868 white | 1.19<br>1.04 | 0.68-2.09<br>0.82-1.33) | | |
| Rosenblatt, 2011 | 812 | 1313 | all 1.27<br>LMP 1.55<br>inv 1.38 | 0.97-1.66<br>1.02-2.37<br>0.77-2.47 | no | |
| Kurtha, 2012 | 902 (22%) | 1802 (20.9%) | 1.4 | 1.16-1.69 | | The definitive fertility drug risk paper |
| Wu, 2015 | hispanics 308 (38%)<br>AA 128 (48%)<br>white 1265 (41%) | 380 (28%)<br>143 (44%)<br>1868 (30%) | 1.56<br>1.77<br>1.41 | 0.8-3.04<br>1.20-2.62<br>1.21-1.67 | | Stat sig more talc use in Aas |
| Cramer, 2016 | 2014 (51%) | 2100 (48%) | 1.33 | 1.16-1.52 | trend for freq<br>none for duration | |
| Schildkraut,2016 | 584 (63%) | 745 (53%) | 1.44 | 1.11-1.86 | yes | |

Exhibit C

"A Survey of the Long-Term Effects of Talc and Kaolin Pleurodesis." *British Journal of Diseases of the Chest* 73 (1979): 285–88. https://doi.org/10.1016/0007-0971(79)90054-8.

Acencio, Milena M. P., Evaldo Marchi, Lisete R. Teixeira, Bruna Rocha Silva, Juliana Sanchez Silva, Carlos Sergio Rocha Silva, Vanessa Adelia Alvarenga, Leila Antonangelo, Francisco Suso Vargas, and Vera Luiza Capelozzi. "Talc Particles and Pleural Mesothelium Interface Modulate Apoptosis and Inflammation." *Pathology* 46, no. S2 (2014): S76.

Acheson, E D, M J Gardner, E C Pippard, and L P Grime. "Mortality of Two Groups of Women Who Manufactured Gas Masks from Chrysotile and Crocidolite Asbestos: A 40-Year Follow-Up." *British Journal of Industrial Medicine* 39, no. 4 (November 1982): 344–48.

Akhtar, Mohd Javed, Maqsood Ahamed, M.A. Majeed Khan, Salman A. Alrokayan, Iqbal Ahmad, and Sudhir Kumar. "Cytotoxicity and Apoptosis Induction by Nanoscale Talc Particles from Two Different Geographical Regions in Human Lung Epithelial Cells." *Environmental Toxicology* 29 (2014): 394–406. https://doi.org/10.1002/tox.21766.

Akhtar, Mohd Javed, Sudhir Kumar, Ramesh Chandra Murthy, Mohd Ashquin, Mohd Imran Khan, Govil Patil, and Iqbal Ahmad. "The Primary Role of Iron-Mediated Lipid Peroxidation in the Differential Cytotoxicity Caused by Two Varieties of Talc Nanoparticles on A549 Cells and Lipid Peroxidation Inhibitory Effect Exerted by Ascorbic Acid." *Toxicology in Vitro: An International Journal Published in Association with BIBRA* 24, no. 4 (June 2010): 1139–47. https://doi.org/10.1016/j.tiv.2010.03.002.

American Cancer Society. "Key Statistics for Ovarian Cancer," n.d. https://www.cancer.org/cancer/ovarian-cancer/about/key-statistics.html.

———. "What Is Ovarian Cancer?," n.d. https://www.cancer.org/cancer/ovarian-cancer/about/what-is-ovarian-cancer.html.

Anderson, Garnet L., Howard L. Judd, Andrew M. Kaunitz, David H. Barad, Shirley A. A. Beresford, Mary Pettinger, James Liu, S. Gene McNeeley, Ana Maria Lopez, and Women's Health Initiative Investigators. "Effects of Estrogen plus Progestin on Gynecologic Cancers and Associated Diagnostic Procedures: The Women's Health Initiative Randomized Trial." *JAMA* 290, no. 13 (October 1, 2003): 1739–48. https://doi.org/10.1001/jama.290.13.1739.

Antoniou, A., P. D. P. Pharoah, S. Narod, H. A. Risch, J. E. Eyfjord, J. L. Hopper, N. Loman, et al. "Average Risks of Breast and Ovarian Cancer Associated with BRCA1 or BRCA2 Mutations Detected in Case Series Unselected for Family History: A Combined Analysis of 22 Studies." *American Journal of Human Genetics* 72, no. 5 (May 2003): 1117–30.

Arellano-Orden, Elena, Auxiliadora Romero-Falcon, Jose Martin Juan, Manuel Ocana Jurado, Francisco Rodriguez-Panadero, and Ana Montes-Worboys. "Small Particle-Size Talc Is Associated with Poor Outcome and Increased Inflammation in Thoracoscopic Pleurodesis." *Respiration* 86 (2013): 201–9. https://doi.org/10.1159/000342042.

Armstrong, Deborah K., Brian Bundy, Lari Wenzel, Helen Q. Huang, Rebecca Baergen, Shashikant Lele, Larry J. Copeland, Joan L. Walker, Robert A. Burger, and Gynecologic Oncology Group. "Intraperitoneal Cisplatin and Paclitaxel in Ovarian Cancer." *The New England Journal of Medicine* 354, no. 1 (January 5, 2006): 34–43. https://doi.org/10.1056/NEJMoa052985.

"ATSDR - Toxicological Profile: Asbestos." Accessed August 16, 2018. https://www.atsdr.cdc.gov/toxprofiles/tp.asp?id=30&tid=4.

Baldwin, Lauren A., Bin Huang, Rachel W. Miller, Thomas Tucker, Scott T. Goodrich, Iwona Podzielinski, Christopher P. DeSimone, Fred R. Ueland, John R. van Nagell, and Leigh G. Seamon. "Ten-Year Relative Survival for Epithelial Ovarian Cancer:" *Obstetrics & Gynecology* 120, no. 3 (September 2012): 612–18. https://doi.org/10.1097/AOG.0b013e318264f794.

1

Balkwill, Fran, and Alberto Mantovani. "Inflammation and Cancer: Back to Virchow?" *The Lancet* 357, no. 9255 (February 2001): 539–45. https://doi.org/10.1016/S0140-6736(00)04046-0.

Beck, B. D., H. A. Feldman, J. D. Brain, T. J. Smith, M. Hallock, and B. Gerson. "The Pulmonary Toxicity of Talc and Granite Dust as Estimated from an in Vivo Hamster Bioassay." *Toxicology and Applied Pharmacology* 87, no. 2 (February 1987): 222–34.

Begg, Melissa D., and Dana March. "Cause and Association: Missing the Forest for the Trees." *American Journal of Public Health* 108, no. 5 (May 2018): 620. https://doi.org/10.2105/AJPH.2018.304366.

Belotte, Jimmy, Nicole M. Fletcher, Awoniyi O. Awonuga, Mitchell Alexis, Husam M. Abu-Soud, Ghassan M. Saed, Michael P. Diamond, and Mohammed G. Saed. "The Role of Oxidative Stress in the Development of Cisplatin Resistance in Epithelial Ovarian Cancer." *Reproductive Sciences* 21, no. 4 (2014): 503–8. https://doi.org/10.1177/1933719113503403.

Belotte, Jimmy, Nicole M. Fletcher, Mohammed G. Saed, Mohammed S. Abusamaan, Gregory Dyson, Michael P. Diamond, and Ghassan M. Saed. "A Single Nucleotide Polymorphism in Catalase Is Strongly Associated with Ovarian Cancer Survival." *PloS One* 10, no. 8 (2015). https://doi.org/e0135739. doi:10.1371/journal. pone.0135739.

Berge, Wera, Kenneth Mundt, Hung Luu, and Paolo Boffetta. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention*, January 2017, 1. https://doi.org/10.1097/CEJ.0000000000000340.

———. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention: The Official Journal of the European Cancer Prevention Organisation (ECP)* 27, no. 3 (2018): 248–57. https://doi.org/10.1097/CEJ.0000000000000340.

Berry, G., M. L. Newhouse, and J. C. Wagner. "Mortality from All Cancers of Asbestos Factory Workers in East London 1933-80." *Occupational and Environmental Medicine* 57, no. 11 (November 2000): 782–85.

Bertolotti, Marinella, Daniela Ferrante, Dario Mirabelli, Mario Botta, Marinella Nonnato, Annalisa Todesco, Benedetto Terracini, and Corrado Magnani. "[Mortality in the cohort of the asbestos cement workers in the Eternit plant in Casale Monferrato (Italy)]." *Epidemiologia E Prevenzione* 32, no. 4–5 (October 2008): 218–28.

Blank, M M, N Wentzensen, M A Murphy, A Hollenbeck, and Y Park. "Dietary Fat Intake and Risk of Ovarian Cancer in the NIH-AARP Diet and Health Study." *British Journal of Cancer* 106, no. 3 (January 31, 2012): 596–602. https://doi.org/10.1038/bjc.2011.572.

Blount, A M. "Amphibole Content of Cosmetic and Pharmaceutical Talcs." *Environmental Health Perspectives* 94 (August 1991): 225–30.

Bluemel, Piza, and Zischka-Konorsa, W. "Animal experimental investigations of tissue reactions to starch and talcum powder after intraperitoneal application." *Wiener klinische Wochenschrift* 74, no. 1 (January 1962).

Blumenkrantz, M. J., N. Gallagher, R. A. Bashore, and H. Tenckhoff. "Retrograde Menstruation in Women Undergoing Chronic Peritoneal Dialysis." *Obstetrics and Gynecology* 57, no. 5 (May 1981): 667–70.

Boorman, G. A., and J. C. Seely. "The Lack of an Ovarian Effect of Lifetime Talc Exposure in F344/N Rats and B6C3F1 Mice." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 242–43. https://doi.org/10.1006/rtph.1995.1035.

Booth, M., V. Beral, and P. Smith. "Risk Factors for Ovarian Cancer: A Case-Control Study." *British Journal of Cancer* 60, no. 4 (October 1989): 592–98.

Bottazzi, Barbara, Elio Riboli, and Alberto Mantovani. "Aging, Inflammation and Cancer." *Seminars in Immunology*, November 5, 2018. https://doi.org/10.1016/j.smim.2018.10.011.

Bunderson-Schelvan, Melisa, Jean C. Pfau, Robert Crouch, and Andrij Holian. "Nonpulmonary Outcomes of Asbestos Exposure." *Journal of Toxicology and Environmental Health. Part B, Critical Reviews* 14, no. 1–4 (2011): 122–52. https://doi.org/10.1080/10937404.2011.556048.

Burn, John, Anne-Marie Gerdes, Finlay Macrae, Jukka-Pekka Mecklin, Gabriela Moeslein, Sylviane Olschwang, Diane Eccles, et al. "Long-Term Effect of Aspirin on Cancer Risk in Carriers of Hereditary Colorectal Cancer: An Analysis from the CAPP2 Randomised Controlled Trial." *Lancet (London, England)* 378, no. 9809 (December 17, 2011): 2081–87. https://doi.org/10.1016/S0140-6736(11)61049-0.

Buz'Zard, Amber R., and Benjamin H. S. Lau. "Pycnogenol® Reduces Talc-Induced Neoplastic Transformation in Human Ovarian Cell Cultures." *Phytotherapy Research* 21, no. 6 (June 2007): 579–86. https://doi.org/10.1002/ptr.2117.

Caldwell, Carlyle G., White Thomas Aubrey, William L. George, and James J. Eberl. Medical dusting powder. United States US2626257A, filed May 21, 1952, and issued January 20, 1953. https://patents.google.com/patent/US2626257A/en?q=medical+q=dusting+powder&oq=medical+dusting+powder.

Camargo, M. Constanza, Leslie T. Stayner, Kurt Straif, Margarita Reina, Umaima Al-Alem, Paul A. Demers, and Philip J. Landrigan. "Occupational Exposure to Asbestos and Ovarian Cancer: A Meta-Analysis." *Environmental Health Perspectives* 119, no. 9 (September 2011): 1211–17. https://doi.org/10.1289/ehp.1003283.

Carr, C.J. "Talc: Consumer Uses and Health Perspectives" 21 (1995): 211–15.

Chan, Andrew T., Edward L. Giovannucci, Jeffrey A. Meyerhardt, Eva S. Schernhammer, Gary C. Curhan, and Charles S. Fuchs. "Long-Term Use of Aspirin and Nonsteroidal Anti-Inflammatory Drugs and Risk of Colorectal Cancer." *JAMA* 294, no. 8 (August 24, 2005): 914–23. https://doi.org/10.1001/jama.294.8.914.

Chang, Che-Jui, Yu-Kang Tu, Pau-Chung Chen, and Hsiao-Yu Yang. "Occupational Exposure to Talc Increases the Risk of Lung Cancer: A Meta-Analysis of Occupational Cohort Studies." *Canadian Respiratory Journal*, 2017. https://doi.org/10.1155/2017/1270608.

Chang, Stella, and Harvey A. Risch. "Perineal Talc Exposure and Risk of Ovarian Carcinoma." *Cancer* 79, no. 12 (June 15, 1997): 2396–2401. https://doi.org/10.1002/(SICI)1097-0142(19970615)79:12<2396::AID-CNCR15>3.0.CO;2-M.

Chen, F., K. Gaitskell, M. J. Garcia, A. Albukhari, J. Tsaltas, and A. A. Ahmed. "Serous Tubal Intraepithelial Carcinomas Associated with High-Grade Serous Ovarian Carcinomas: A Systematic Review." *BJOG: An International Journal of Obstetrics and Gynaecology* 124, no. 6 (May 2017): 872–78. https://doi.org/10.1111/1471-0528.14543.

Chen, Lee-May, and Jonathan S Berek. "Overview of Epithelial Carcinoma of the Ovary, Fallopian Tube, and Peritoneum." *UpToDate*, 2018.

Chen, L-M, et al. "Epithelial Carcinoma of the Ovary, Fallopian Tube, and Peritoneum: Epidemiology and Risk Factors - UpToDate," 2018. https://www.uptodate.com/contents/epithelial-carcinoma-of-the-ovary-fallopian-tube-and-peritoneum-epidemiology-and-risk-factors?search=Epithelial%20carcinoma%20of%20the%20ovary,%20fallopian%20tube,%20and%20peritoneum:%20Epidemiology%20and%20risk%20factors&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.

Chen, Xi, Gerd A. Müller, Marianne Quaas, Martin Fischer, Namshik Han, Benjamin Stutchbury, Andrew D. Sharrocks, and Kurt Engeland. "The Forkhead Transcription Factor FOXM1

Controls Cell Cycle-Dependent Gene Expression through an Atypical Chromatin Binding Mechanism." *Molecular and Cellular Biology* 33, no. 2 (January 2013): 227–36. https://doi.org/10.1128/MCB.00881-12.

Chen, Y., P. C. Wu, J. H. Lang, W. J. Ge, P. Hartge, and L. A. Brinton. "Risk Factors for Epithelial Ovarian Cancer in Beijing, China." *International Journal of Epidemiology* 21, no. 1 (February 1992): 23–29.

Chien, Jeremy, Hugues Sicotte, Jian-Bing Fan, Sean Humphray, Julie M. Cunningham, Kimberly R. Kalli, Ann L. Oberg, et al. "TP53 Mutations, Tetraploidy and Homologous Recombination Repair Defects in Early Stage High-Grade Serous Ovarian Cancer." *Nucleic Acids Research* 43, no. 14 (August 18, 2015): 6945–58. https://doi.org/10.1093/nar/gkv111.

Chittenden, B. G., G. Fullerton, A. Maheshwari, and S. Bhattacharya. "Polycystic Ovary Syndrome and the Risk of Gynaecological Cancer: A Systematic Review." *Reproductive Biomedicine Online* 19, no. 3 (September 2009): 398–405.

Cibula, D., M. Widschwendter, O. Májek, and L. Dusek. "Tubal Ligation and the Risk of Ovarian Cancer: Review and Meta-Analysis." *Human Reproduction Update* 17, no. 1 (January 1, 2011): 55–67. https://doi.org/10.1093/humupd/dmq030.

Cibula, David, Martin Widschwendter, Michael Zikan, and Ladislav Dusek. "Underlying Mechanisms of Ovarian Cancer Risk Reduction after Tubal Ligation." *Acta Obstetricia Et Gynecologica Scandinavica* 90, no. 6 (June 2011): 559–63. https://doi.org/10.1111/j.1600-0412.2011.01114.x.

CIMBA, Georgia Chenevix-Trench, Roger L Milne, Antonis C Antoniou, Fergus J Couch, Douglas F Easton, and David E Goldgar. "An International Initiative to Identify Genetic Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: The Consortium of Investigators of Modifiers of BRCA1 and BRCA2 (CIMBA)." *Breast Cancer Research* 9, no. 2 (December 2007). https://doi.org/10.1186/bcr1670.

Cohen, Samuel M., and Lora L. Arnold. "Chemical Carcinogenesis." *Toxicological Sciences* 120, no. suppl_1 (March 1, 2011): S76–92. https://doi.org/10.1093/toxsci/kfq365.

Colditz, Graham A. "Cancer Prevention." *UpToDate*, 2018.

Collaborative Group on Epidemiological Studies of Ovarian Cancer, V. Beral, R. Doll, C. Hermon, R. Peto, and G. Reeves. "Ovarian Cancer and Oral Contraceptives: Collaborative Reanalysis of Data from 45 Epidemiological Studies Including 23,257 Women with Ovarian Cancer and 87,303 Controls." *Lancet* 371, no. 9609 (January 26, 2008): 303–14. https://doi.org/10.1016/S0140-6736(08)60167-1.

Collaborative Group On Epidemiological Studies Of Ovarian Cancer, V. Beral, K. Gaitskell, C. Hermon, K. Moser, G. Reeves, and R. Peto. "Menopausal Hormone Use and Ovarian Cancer Risk: Individual Participant Meta-Analysis of 52 Epidemiological Studies." *Lancet (London, England)* 385, no. 9980 (May 9, 2015): 1835–42. https://doi.org/10.1016/S0140-6736(14)61687-1.

Committee on Practice Bulletins–Gynecology, Committee on Genetics, Society of Gynecologic Oncology. "Practice Bulletin No 182: Hereditary Breast and Ovarian Cancer Syndrome." *Obstetrics and Gynecology* 130, no. 3 (2017): e110–26. https://doi.org/10.1097/AOG.0000000000002296.

Compton, Sarah A., Sezgin Ozgür, and Jack D. Griffith. "Ring-Shaped Rad51 Paralog Protein Complexes Bind Holliday Junctions and Replication Forks as Visualized by Electron Microscopy." *The Journal of Biological Chemistry* 285, no. 18 (April 30, 2010): 13349–56. https://doi.org/10.1074/jbc.M109.074286.

Cook, Linda S., Mary L. Kamb, and Noel S. Weiss. "Perineal Powder Exposure and the Risk of Ovarian Cancer." *American Journal of Epidemiology* 145, no. 5 (March 1, 1997): 459–65.

Cook, LS. "Erratum in 'Perineal Powder Exposure and the Risk of Ovarian Cancer'." *American Journal of Epidemiology* 148, no. 410 (1997).

Coussens, Lisa M., and Zena Werb. "Inflammation and Cancer." *Nature* 420, no. 6917 (December 19, 2002): 860–67. https://doi.org/10.1038/nature01322.

Cralley, L. J., M. M. Key, D. H. Groth, W. S. Lainhart, and R. M. Ligo. "Fibrous and Mineral Content of Cosmetic Talcum Products." *American Industrial Hygiene Association Journal* 29, no. 4 (August 1968): 350–54. https://doi.org/10.1080/00028896809343015.

Cramer, D. W. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics and Gynecology* 94, no. 1 (July 1999): 160–61.

Cramer, D. W., R. F. Liberman, L. Titus-Ernstoff, W. R. Welch, E. R. Greenberg, J. A. Baron, and B. L. Harlow. "Genital Talc Exposure and Risk of Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 81, no. 3 (May 5, 1999): 351–56.

Cramer, D. W., W. R. Welch, R. E. Scully, and C. A. Wojciechowski. "Ovarian Cancer and Talc: A Case-Control Study." *Cancer* 50, no. 2 (July 15, 1982): 372–76.

Cramer, Daniel W., Linda Titus-Ernstoff, John R. McKolanis, William R. Welch, Allison F. Vitonis, Ross S. Berkowitz, and Olivera J. Finn. "Conditions Associated with Antibodies Against the Tumor-Associated Antigen MUC1 and Their Relationship to Risk for Ovarian Cancer." *Cancer Epidemiology Biomarkers & Prevention* 14, no. 5 (May 1, 2005): 1125–31. https://doi.org/10.1158/1055-9965.EPI-05-0035.

Cramer, Daniel W., Allison F. Vitonis, Kathryn L. Terry, William R. Welch, and Linda J. Titus. "The Association between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." *Epidemiology (Cambridge, Mass.)*, December 17, 2015. https://doi.org/10.1097/EDE.0000000000000434.

———. "The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." *Epidemiology (Cambridge, Mass.)* 27, no. 3 (May 2016): 334–46. https://doi.org/10.1097/EDE.0000000000000434.

Cramer, Daniel W., William R. Welch, Ross S. Berkowitz, and John J. Godleski. "Presence of Talc in Pelvic Lymph Nodes of a Woman with Ovarian Cancer and Long-Term Genital Exposure to Cosmetic Talc." *Obstetrics and Gynecology* 110, no. 2 Pt 2 (August 2007): 498–501. https://doi.org/10.1097/01.AOG.0000262902.80861.a0.

Cramer, Daniel W., William R. Welch, Robert E. Scully, and Carol A. Wojciechowski. "Ovarian Cancer and Talc. A Case-Control Study." *Cancer* 50, no. 2 (July 15, 1982): 372–76. https://doi.org/10.1002/1097-0142(19820715)50:2<372::AID-CNCR2820500235>3.0.CO;2-S.

Crum, Christopher P, Jonathan Bijron, and Brooke E. Howitt. "Pathogenesis of Ovarian, Fallopian Tubal, and Peritoneal Serous Carcinomas." *UpToDate*, 2018.

Crusz, Shanthini M., and Frances R Balkwill. "Inflammation and Cancer: Advances and New Agents." *Nature Reviews Clinical Oncology* 12 (October 2015): 584–96. https://doi.org/1l0.1038/nrclinonc.2015.105.

Curtis D. Klaassen, and John Doull. *Casarett and Doull's Toxicology : The Basic Science of Poisons*. 8th Edition. McGraw-Hill Education, 2013. https://www.ncbi.nlm.nih.gov/nlmcatalog/101586259.

Danforth, Kim N., Shelley S Tworoger, Jonathan L. Hecht, Bernard A. Rosner, Graham A. Colditz, and Susan E. Hankinson. "Breastfeeding and Risk of Ovarian Cancer in Two Prospective

Cohorts." *Cancer Causes & Control: CCC* 18, no. 5 (June 2007): 517–23.
https://doi.org/10.1007/s10552-007-0130-2.

"Deposition & Exhibits of John Hopkins, PhD, MDL No. 2738." In re: Talcum Power Prod. Liab. Litig., August 16, 2018.

"Deposition & Exhibits of Julie Pier, MDL No. 2738." In re: Talcum Power Prod. Liab. Litig., September 12, 2018.

"Deposition of Alice M. Blount, Ph.D., Circuit Court of the City of St. Louis State of Missouri, Case No.: 1522-CC10417-01," April 13, 2018.

Devaja, Omer. *Ovarian Cancer  From Pathogenesis to Treatment*. IntechOpen, 2018.

Ding, Yuan C., Lesley McGuffog, Sue Healey, Eitan Friedman, Yael Laitman, Shani- Paluch-Shimon, Bella Kaufman, et al. "A Nonsynonymous Polymorphism in IRS1 Modifies Risk of Developing Breast and Ovarian Cancers in BRCA1 and Ovarian Cancer in BRCA2 Mutation Carriers." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 21, no. 8 (August 2012): 1362–70. https://doi.org/10.1158/1055-9965.EPI-12-0229.

Dixon, Suzanne C., Christina M. Nagle, Nicolas Wentzensen, Britton Trabert, Alicia Beeghly-Fadiel, Joellen M. Schildkraut, Kirsten B. Moysich, et al. "Use of Common Analgesic Medications and Ovarian Cancer Survival: Results from a Pooled Analysis in the Ovarian Cancer Association Consortium." *British Journal of Cancer* 116, no. 9 (April 25, 2017): 1223–28. https://doi.org/10.1038/bjc.2017.68.

Dodson, R. F., M. O'Sullivan, C. J. Corn, and S. P. Hammar. "Quantitative Comparison of Asbestos and Talc Bodies in an Individual with Mixed Exposure." *American Journal of Industrial Medicine* 27, no. 2 (February 1995): 207–15.

D.R. Petterson. "JNJ 000251888," April 26, 1973.

Dubeau, L., and R. Drapkin. "Coming into Focus: The Nonovarian Origins of Ovarian Cancer." *Annals of Oncology: Official Journal of the European Society for Medical Oncology* 24 Suppl 8 (November 2013): viii28–35. https://doi.org/10.1093/annonc/mdt308.

Eberl, J. J., and W. L. George. "Comparative Evaluation of the Effects of Talcum and a New Absorbable Substitute on Surgical Gloves." *American Journal of Surgery* 75, no. 3 (March 1948): 493–97.

Egli, G. E., and M. Newton. "The Transport of Carbon Particles in the Human Female Reproductive Tract." *Fertility and Sterility* 12 (April 1961): 151–55.

Eng, Kevin H., J. Brian Szender, John Lewis Etter, Jasmine Kaur, Samantha Poblete, Ruea-Yea Huang, Qianqian Zhu, et al. "Paternal Lineage Early Onset Hereditary Ovarian Cancers: A Familial Ovarian Cancer Registry Study." *PLoS Genetics* 14, no. 2 (February 2018): e1007194. https://doi.org/10.1371/journal.pgen.1007194.

"Expert Report of Michael Crowley, Ph.D., In Re: Talcum Powder Prod. Liab. Litig., MDL No. 2738," November 12, 2018.

Fasching, Peter A., Simon Gayther, Leigh Pearce, Joellen M. Schildkraut, Ellen Goode, Falk Thiel, Georgia Chenevix-Trench, et al. "Role of Genetic Polymorphisms and Ovarian Cancer Susceptibility." *Molecular Oncology* 3, no. 2 (April 2009): 171–81. https://doi.org/10.1016/j.molonc.2009.01.008.

Fathalla, M. F. "Incessant Ovulation and Ovarian Cancer - a Hypothesis Re-Visited." *Facts, Views & Vision in ObGyn* 5, no. 4 (2013): 292–97.

———. "Incessant Ovulation--a Factor in Ovarian Neoplasia?" *Lancet* 2, no. 7716 (July 17, 1971): 163.

FDA. "Ltr to Samuel S. Epstein, M.D., RE: Docket Numbers 94P-0420 and FDA-2008-P-0309-0001 /CP," April 1, 2017.

Fedak, Kristen M., Autumn Bernal, Zachary A. Capshaw, and Sherilyn Gross. "Applying the Bradford Hill Criteria in the 21st Century: How Data Integration Has Changed Causal Inference in Molecular Epidemiology." *Emerging Themes in Epidemiology* 12, no. 14 (2015). https://doi.org/10.1186/s12982-015-0037-4.

"Federal Register Vol. 81, No.243, December 19, 2016 FDA Ban on Surgical Gloves." Accessed August 16, 2018. https://www.gpo.gov/fdsys/search/pagedetails.action?collectionCode=FR&browsePath=2016%2 F12%2F12-19%5C%2F%2FConsumer+Product+Safety+Commission&isCollapsed=true&leafLevelBrowse =true&packageId=FR-2016-12-19&isDocumentResults=true&ycord=173&isDocumentResults=true&ycord=173.

Ferguson, Lynnette R. "Chronic Inflammation and Mutagenesis." *Mutation Research* 690, no. 1–2 (August 7, 2010): 3–11. https://doi.org/10.1016/j.mrfmmm.2010.03.007.

Fernandes, José Veríssimo, Ricardo Ney Oliveira Cobucci, Carlos André Nunes Jatobá, Thales Allyrio Araújo de Medeiros Fernandes, Judson Welber Veríssimo de Azevedo, and Josélio Maria Galvão de Araújo. "The Role of the Mediators of Inflammation in Cancer Development." *Pathology & Oncology Research* 21, no. 3 (July 2015): 527–34. https://doi.org/10.1007/s12253-015-9913-z.

Ferrante, Daniela, Marinella Bertolotti, Annalisa Todesco, Dario Mirabelli, Benedetto Terracini, and Corrado Magnani. "Cancer Mortality and Incidence of Mesothelioma in a Cohort of Wives of Asbestos Workers in Casale Monferrato, Italy." *Environmental Health Perspectives* 115, no. 10 (October 2007): 1401–5. https://doi.org/10.1289/ehp.10195.

Ferrer, Jaume, Juan F. Montes, Maria A. Villarino, Richard W. Light, and José García-Valero. "Influence of Particle Size on Extrapleural Talc Dissemination after Talc Slurry Pleurodesis." *Chest* 122, no. 3 (September 2002): 1018–27.

Fiume, Monice M., Ivan Boyer, Wilma F. Bergfeld, Donald V. Belsito, Ronald A. Hill, Curtis D. Klaassen, Daniel C. Liebler, et al. "Safety Assessment of Talc as Used in Cosmetics." *International Journal of Toxicology* 34, no. 1 suppl (July 1, 2015): 66S-129S. https://doi.org/10.1177/1091581815586797.

Fletcher, Nicole M., Jimmy Belotte, Mohammed G. Saed, Ira Memaj, Michael P. Diamond, Robert T. Morris, and Ghassan M. Saed. "Specific Point Mutations in Key Redox Enzymes Are Associated with Chemoresistance in Epithelial Ovarian Cancer." *Free Radical Biology and Medicine* 102 (2017): 122–32. https://doi.org/10.1016/j.freeradbiomed.2016.11.028.

Fletcher, Nicole M., Zhongliang Jiang, Rouba Ali-Fehmi, Nancy K. Levin, Jimmy Belotte, Michael A. Tainsky, Michael P. Diamond, Husam M. Abu-Soud, and Ghassan M. Saed. "Myeloperoxidase and Free Iron Levels: Potential Biomarkers for Early Detection and Prognosis of Ovarian Cancer." *Cancer Biomarkers* 10 (2012 2011): 267–75. https://doi.org/10.3233/CBM-2012-0255.

Fletcher, Nicole, Memaj, Ira, and Saed, Ghassan. "Talcum Powder Enhances Oxidative Stress in Ovarian Cancer Cells." *Reproductive Sciences*, February 28, 2018. https://doi.org/10.1177/1933719118759999.

Fletcher, NM, and GM Saed. "Talcum Powder Enhances Cancer Antigen 125 Levels in Ovarian Cancer Cells." *Presented at the 65th Meeting of the Society for Reproductive Investigation, San Diego, California*, 2018.

Folkins, Ann K., Elke A. Jarboe, Jonathan L. Hecht, Michael G. Muto, and Christopher P. Crum. "Chapter 24 - Assessing Pelvic Epithelial Cancer Risk and Intercepting Early Malignancy." In *Diagnostic Gynecologic and Obstetric Pathology (Third Edition)*, 844–64. Philadelphia: Content Repository Only!, 2018. https://doi.org/10.1016/B978-0-323-44732-4.00024-8.

Ford, D., D.F. Easton, M. Stratton, S. Narod, D. Goldgar, P. Devilee, D.T. Bishop, et al. "Genetic Heterogeneity and Penetrance Analysis of the BRCA1 and BRCA2 Genes in Breast Cancer Families." *The American Journal of Human Genetics* 62, no. 3 (March 1998): 676–89. https://doi.org/10.1086/301749.

Freedman, Ralph S, Michael Deavers, Jinsong Liu, and Ena Wang. "Peritoneal Inflammation – A Microenvironment for Epithelial Ovarian Cancer (EOC)." *Journal of Translational Medicine* 2, no. 23 (2004). https://doi.org/10.1186/1479-5876-2-23.

Friebel, Tara M., Susan M. Domchek, and Timothy R. Rebbeck. "Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: Systematic Review and Meta-Analysis." *Journal of the National Cancer Institute* 106, no. 6 (June 2014): dju091. https://doi.org/10.1093/jnci/dju091.

Frost, G. "The Latency Period of Mesothelioma among a Cohort of British Asbestos Workers (1978-2005)." *British Journal of Cancer* 109, no. 7 (October 1, 2013): 1965–73. https://doi.org/10.1038/bjc.2013.514.

Galea, Sandro, and Roger D. Vaughan. "Moving Beyond the Cause Constraint: A Public Health of Consequence, May 2018." *American Journal of Public Health* 108, no. 5 (May 2018): 602–3. https://doi.org/10.2105/AJPH.2018.304390.

Gates, Margaret A., Bernard A. Rosner, Jonathan L. Hecht, and Shelley S. Tworoger. "Risk Factors for Epithelial Ovarian Cancer by Histologic Subtype." *American Journal of Epidemiology* 171, no. 1 (January 1, 2010): 45–53. https://doi.org/10.1093/aje/kwp314.

Gates, Margaret A., Shelley S. Tworoger, Kathryn L. Terry, Linda Titus-Ernstoff, Bernard Rosner, Immaculata De Vivo, Daniel W. Cramer, and Susan E. Hankinson. "Talc Use, Variants of the GSTM1, GSTT1, and NAT2 Genes, and Risk of Epithelial Ovarian Cancer." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 17, no. 9 (September 2008): 2436–44. https://doi.org/10.1158/1055-9965.EPI-08-0399.

Genofre, Eduardo H., Francisco S. Vargas, Milena M. P. Acencio, Leila Antonangelo, Lisete R. Teixeira, and Evaldo Marchi. "Talc Pleurodesis: Evidence of Systemic Inflammatory Response to Small Size Talc Particles." *Respiratory Medicine* 103, no. 1 (January 2009): 91–97. https://doi.org/10.1016/j.rmed.2008.07.021.

Germani, D., S. Belli, C. Bruno, M. Grignoli, M. Nesti, R. Pirastu, and P. Comba. "Cohort Mortality Study of Women Compensated for Asbestosis in Italy." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 129–34.

Gertig, D. M., D. J. Hunter, D. W. Cramer, G. A. Colditz, F. E. Speizer, W. C. Willett, and S. E. Hankinson. "Prospective Study of Talc Use and Ovarian Cancer." *Journal of the National Cancer Institute* 92, no. 3 (February 2, 2000): 249–52.

Ghio, Andrew J., Joleen M. Soukup, Lisa A. Dailey, Judy H. Richards, Jennifer L. Turi, Elizabeth N. Pavlisko, and Victor L. Roggli. "Disruption of Iron Homeostasis in Mesothelial Cells after Talc Pleurodesis." *American Journal of Respiratory Cell and Molecular Biology* 46, no. 1 (January 1, 2012): 80–86. https://doi.org/10.1165/rcmb.2011-0168OC.

Gloyne, S. R. "Two Cases of Squamous Carcinoma of the Lung Occurring in Asbestosis." *Tubercle* 17 (1935): 5–10.

Godard, B., W. D. Foulkes, D. Provencher, J. S. Brunet, P. N. Tonin, A. M. Mes-Masson, S. A. Narod, and P. Ghadirian. "Risk Factors for Familial and Sporadic Ovarian Cancer among French Canadians: A Case-Control Study." *American Journal of Obstetrics and Gynecology* 179, no. 2 (August 1998): 403–10.

Gonzalez, Kelly D., Katie A. Noltner, Carolyn H. Buzin, Dongqing Gu, Cindy Y. Wen-Fong, Vu Q. Nguyen, Jennifer H. Han, et al. "Beyond Li Fraumeni Syndrome: Clinical Characteristics of Families with P53 Germline Mutations." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 27, no. 8 (March 10, 2009): 1250–56. https://doi.org/10.1200/JCO.2008.16.6959.

Gonzalez, Nicole L., Katie M. O'Brien, Aimee A. D'Aloisio, Dale P. Sandler, and Clarice R. Weinberg. "Douching, Talc Use, and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 27, no. 6 (2016): 797–802. https://doi.org/10.1097/EDE.0000000000000528.

Goodman, Marc T, Galina Lurie, Pamela J Thompson, Katharine E McDuffie, and Michael E Carney. "Association of Two Common Single-Nucleotide Polymorphisms in the CYP19A1 Locus and Ovarian Cancer Risk." *Endocrine-Related Cancer* 15, no. 4 (December 2008): 1055–60. https://doi.org/10.1677/ERC-08-0104.

Gordon, Ronald E., Sean Fitzgerald, and James Millette. "Asbestos in Commercial Cosmetic Talcum Powder as a Cause of Mesothelioma in Women." *International Journal of Occupational and Environmental Health* 20, no. 4 (October 2014): 318–32. https://doi.org/10.1179/2049396714Y.0000000081.

Graham, J., and R. Graham. "Ovarian Cancer and Asbestos." *Environmental Research* 1, no. 2 (October 1967): 115–28.

Graham, and Jenkins. "Value of Modified Starch as a Substitute for Talc." *Lancet (London, England)* 1, no. 6708 (March 22, 1952): 590–91.

Green, A., D. Purdie, C. Bain, V. Siskind, P. Russell, M. Quinn, and B. Ward. "Tubal Sterilisation, Hysterectomy and Decreased Risk of Ovarian Cancer. Survey of Women's Health Study Group." *International Journal of Cancer. Journal International Du Cancer* 71, no. 6 (June 11, 1997): 948–51.

Grivennikov, Sergei I., Florian R. Greten, and Michael Karin. "Immunity, Inflammation, and Cancer." *Cell* 140, no. 6 (March 19, 2010): 883–99. https://doi.org/10.1016/j.cell.2010.01.025.

Gross, A. J., and P. H. Berg. "A Meta-Analytical Approach Examining the Potential Relationship between Talc Exposure and Ovarian Cancer." *Journal of Exposure Analysis and Environmental Epidemiology* 5, no. 2 (June 1995): 181–95.

Hall, J. M., M. K. Lee, B. Newman, J. E. Morrow, L. A. Anderson, B. Huey, and M. C. King. "Linkage of Early-Onset Familial Breast Cancer to Chromosome 17q21." *Science (New York, N.Y.)* 250, no. 4988 (December 21, 1990): 1684–89.

Halme, J., M. G. Hammond, J. F. Hulka, S. G. Raj, and L. M. Talbert. "Retrograde Menstruation in Healthy Women and in Patients with Endometriosis." *Obstetrics and Gynecology* 64, no. 2 (August 1984): 151–54.

Hamilton, T. C., H. Fox, C. H. Buckley, W. J. Henderson, and K. Griffiths. "Effects of Talc on the Rat Ovary." *British Journal of Experimental Pathology* 65, no. 1 (February 1984): 101–6.

Hankinson, S. E., D. J. Hunter, G. A. Colditz, W. C. Willett, M. J. Stampfer, B. Rosner, C. H. Hennekens, and F. E. Speizer. "Tubal Ligation, Hysterectomy, and Risk of Ovarian Cancer. A Prospective Study." *JAMA* 270, no. 23 (December 15, 1993): 2813–18.

Hannenhalli, Sridhar, and Klaus H. Kaestner. "The Evolution of Fox Genes and Their Role in Development and Disease." *Nature Reviews. Genetics* 10, no. 4 (April 2009): 233–40. https://doi.org/10.1038/nrg2523.

Harlow, B. L., D. W. Cramer, D. A. Bell, and W. R. Welch. "Perineal Exposure to Talc and Ovarian Cancer Risk." *Obstetrics and Gynecology* 80, no. 1 (July 1992): 19–26.

Harlow, B. L., and P. A. Hartge. "A Review of Perineal Talc Exposure and Risk of Ovarian Cancer." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 254–60. https://doi.org/10.1006/rtph.1995.1039.

Harlow, B. L., and N. S. Weiss. "A Case-Control Study of Borderline Ovarian Tumors: The Influence of Perineal Exposure to Talc." *American Journal of Epidemiology* 130, no. 2 (August 1989): 390–94.

Harper, Amy K, and Ghassan Saed. ""Talc Induces a pro-Oxidant State in Normal and Ovarian Cancer Cells through Genetic Point Mutations in Key Redox Enzymes," Accepted for Presentation at SGO Meeting," In Press 2019.

Hartge, P., R. Hoover, L. P. Lesher, and L. McGowan. "Talc and Ovarian Cancer." *JAMA: The Journal of the American Medical Association* 250, no. 14 (October 14, 1983): 1844.

Hasselbalch, Hans Carl. "Chronic Inflammation as a Promotor of Mutagenesis in Essential Thrombocythemia, Polycythemia Vera and Myelofibrosis. A Human Inflammation Model for Cancer Development?" *Leukemia Research* 37, no. 2 (February 2013): 214–20. https://doi.org/10.1016/j.leukres.2012.10.020.

Havrilesky, Laura J., Patricia G. Moorman, William J. Lowery, Jennifer M. Gierisch, Remy R. Coeytaux, Rachel Peragallo Urrutia, Michaela Dinan, et al. "Oral Contraceptive Pills as Primary Prevention for Ovarian Cancer: A Systematic Review and Meta-Analysis." *Obstetrics and Gynecology* 122, no. 1 (July 2013): 139–47. https://doi.org/10.1097/AOG.0b013e318291c235.

Heller, D. S., R. E. Gordon, and N. Katz. "Correlation of Asbestos Fiber Burdens in Fallopian Tubes and Ovarian Tissue." *American Journal of Obstetrics and Gynecology* 181, no. 2 (August 1999): 346–47.

Heller, D. S., R. E. Gordon, C. Westhoff, and S. Gerber. "Asbestos Exposure and Ovarian Fiber Burden." *American Journal of Industrial Medicine* 29, no. 5 (May 1996): 435–39. https://doi.org/10.1002/(SICI)1097-0274(199605)29:5<435::AID-AJIM1>3.0.CO;2-L.

Heller, D. S., C. Westhoff, R. E. Gordon, and N. Katz. "The Relationship between Perineal Cosmetic Talc Usage and Ovarian Talc Particle Burden." *American Journal of Obstetrics and Gynecology* 174, no. 5 (May 1996): 1507–10.

Henderson, W. J., T. C. Hamilton, M. S. Baylis, C. G. Pierrepoint, and K. Griffiths. "The Demonstration of the Migration of Talc from the Vagina and Posterior Uterus to the Ovary in the Rat." *Environmental Research* 40, no. 2 (August 1986): 247–50.

Henderson, W. J., C. A. Joslin, A. C. Turnbull, and K. Griffiths. "Talc and Carcinoma of the Ovary and Cervix." *The Journal of Obstetrics and Gynaecology of the British Commonwealth* 78, no. 3 (March 1971): 266–72.

Hernán, Miguel A. "The C-Word: Scientific Euphemisms Do Not Improve Causal Inference From Observational Data." *American Journal of Public Health* 108, no. 5 (May 2018): 616–19. https://doi.org/10.2105/AJPH.2018.304337.

Hill, Austin Bradford. "The Environment and Disease: Association or Causation?" *Proceedings of the Royal Society of Medicine* 58, no. 5 (May 1965): 295–300.

Hillegass, Jedd M., Arti Shukla, Maximilian B. MacPherson, Jeffrey P. Bond, Chad Steele, and Brooke T. Mossman. "Utilization of Gene Profiling and Proteomics to Determine Mineral

Pathogenicity in a Human Mesothelial Cell Line (LP9/TERT-1)." *Journal of Toxicology and Environmental Health. Part A* 73, no. 5 (January 2010): 423–36. https://doi.org/10.1080/15287390903486568.

Horowitz, Neil S., Austin Miller, Bunja Rungruang, Scott D. Richard, Noah Rodriguez, Michael A. Bookman, Chad A. Hamilton, Thomas C. Krivak, and G. Larry Maxwell. "Does Aggressive Surgery Improve Outcomes? Interaction between Preoperative Disease Burden and Complex Surgery in Patients with Advanced-Stage Ovarian Cancer: An Analysis of GOG 182." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 33, no. 8 (March 10, 2015): 937–43. https://doi.org/10.1200/JCO.2014.56.3106.

Houghton, Serena C., Katherine W. Reeves, Susan E. Hankinson, Lori Crawford, Dorothy Lane, Jean Wactawski-Wende, Cynthia A. Thomson, Judith K. Ockene, and Susan R. Sturgeon. "Perineal Powder Use and Risk of Ovarian Cancer." *Journal of the National Cancer Institute* 106, no. 9 (September 2014). https://doi.org/10.1093/jnci/dju208.

Huncharek, Michael, J. F. Geschwind, and Bruce Kupelnick. "Perineal Application of Cosmetic Talc and Risk of Invasive Epithelial Ovarian Cancer: A Meta-Analysis of 11,933 Subjects from Sixteen Observational Studies." *Anticancer Research* 23, no. 2C (April 2003): 1955–60.

Huncharek, Michael, Joshua Muscat, Adedayo Onitilo, and Bruce Kupelnick. "Use of Cosmetic Talc on Contraceptive Diaphragms and Risk of Ovarian Cancer: A Meta-Analysis of Nine Observational Studies." *European Journal of Cancer Prevention: The Official Journal of the European Cancer Prevention Organisation (ECP)* 16, no. 5 (October 2007): 422–29. https://doi.org/10.1097/01.cej.0000236257.03394.4a.

Hunn, Jessica, and Gustavo C. Rodriguez. "Ovarian Cancer: Etiology, Risk Factors, and Epidemiology." *Clinical Obstetrics and Gynecology* 55, no. 1 (March 2012): 3–23. https://doi.org/10.1097/GRF.0b013e31824b4611.

IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans – IARC : Asbestos," 1977. https://monographs.iarc.fr/iarc-monographs-on-the-evaluation-of-carcinogenic-risks-to-humans-79/.

———. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Volume 58. Beryllium, Cadmium, Mercury, and Exposures in the Glass Manufacturing Industry," 1993.

———. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans Volume 93 Carbon Black, Titanium Dioxide, and Talc." *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans / World Health Organization, International Agency for Research on Cancer* 93 (2010): 1–413.

———. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Volume 100C," 2012.

———. "IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans: Silica and Some Silicates." IARC, 1987.

———. "IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans. Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1-42. Supplement 7," 1987. https://monographs.iarc.fr/wp-content/uploads/2018/06/Suppl7.pdf.

IARC, International Agency for Research on Cancer, and World Health Organization, eds. *Carbon Black, Titanium Dioxide, and Talc*. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, v. 93. Lyon, France : Geneva: International Agency for Research on Cancer ; Distributed by WHO Press, 2010.

"IMERYS 013188," n.d.

"IMERYS 088907 Rio Tinto Minerals HSE&EA Science Advisory Meeting." September 17, 2007.

"IMERYS 284935," n.d.

"IMERYS137677-IMERYS137690," 2004.

"IMERYS209971," 1972.

"IMERYS210136," n.d.

"IMERYS241866," n.d.

"IMERYS248877," n.d.

"IMERYS255101," n.d.

"IMERYS255224," n.d.

"IMERYS255384," n.d.

"IMERYS255394," n.d.

"IMERYS255395," n.d.

"IMERYS279884," n.d.

"IMERYS279968," n.d.

"IMERYS281335," n.d.

"IMERYS281776," n.d.

"IMERYS324700," n.d.

"IMERYS-A_0011817," n.d.

"Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8, no. 19 (2009): 3107–11.

Institute of Medicine (US) Committee on Asbestos: Selected Health Effects. *Asbestos: Selected Cancers*. The National Academies Collection: Reports Funded by National Institutes of Health. Washington (DC): National Academies Press (US), 2006. http://www.ncbi.nlm.nih.gov/books/NBK20332/.

Isaacs, Claudine, and Beth N Peshkin. "Management of Patients at High Risk for Breast and Ovarian Cancer." *UpToDate*, 2018.

Iturralde, M., and P. F. Venter. "Hysterosalpingo-Radionuclide Scintigraphy (HERS)." *Seminars in Nuclear Medicine* 11, no. 4 (October 1981): 301–14.

J. Lightfoot, G.A. Kingston, and F.D. Pooley. "An Examination of Italian Mine Samples and Relevant Powders," 1972.

Jaiswal, M., N. F. LaRusso, L. J. Burgart, and G. J. Gores. "Inflammatory Cytokines Induce DNA Damage and Inhibit DNA Repair in Cholangiocarcinoma Cells by a Nitric Oxide-Dependent Mechanism." *Cancer Research* 60, no. 1 (January 1, 2000): 184–90.

"JANSSEN-000056 P-23 (Pltf_MISC_00000321) Ortho Diaphragm Information," n.d.

Jaurand, M. C. "Mechanisms of Fiber-Induced Genotoxicity." *Environmental Health Perspectives* 105 Suppl 5 (September 1997): 1073–84. https://doi.org/10.1289/ehp.97105s51073.

———. "Particulate-State Carcinogenesis: A Survey of Recent Studies on the Mechanisms of Action of Fibres." *IARC Scientific Publications*, no. 90 (1989): 54–73.

Jaurand, MC. "Mechanisms of Fibre Genotoxicity." In *Mechanisms in Fibre Carcinogenesis*. New York: Plenum Press, 1991.

Jervis, Sarah, Honglin Song, Andrew Lee, Ed Dicks, Jonathan Tyrer, Patricia Harrington, Douglas F. Easton, Ian J. Jacobs, Paul P. D. Pharoah, and Antonis C. Antoniou. "Ovarian Cancer Familial Relative Risks by Tumour Subtypes and by Known Ovarian Cancer Genetic Susceptibility Variants." *Journal of Medical Genetics* 51, no. 2 (February 2014): 108–13. https://doi.org/10.1136/jmedgenet-2013-102015.

Jia, D, Y Nagaoka, S Orsulic, and M Katsumata. "Inflammation Is a Key Contributor to Ovarian Cancer Cell Seeding." *Scientific Reports* 8, no. 12394 (August 17, 2018). https://doi.org/10.1038/s41598-018-30261-8.

Jiang, Zhongliang, Nicole M. Fletcher, Rouba Ali-Fehmi, Michael P. Diamond, Husam M. Abu-Soud, Adnan R. Munkarah, and Ghassan M. Saed. "Modulation of Redox Signaling Promotes Apoptosis in Epithelial Ovarian Cancer Cells." *Gynecologic Oncology* 122, no. 2 (August 2011): 418–23. https://doi.org/10.1016/j.ygyno.2011.04.051.

"JNJ000000704 P-396," n.d.

"JNJ000011150," n.d.

"JNJ000016645," n.d.

"JNJ000019415," n.d.

"JNJ000025132," 1976.

"JNJ000025132," n.d.

"JNJ000026987," n.d.

"JNJ000046293," n.d.

"JNJ000245678," n.d.

"JNJ000245762," n.d.

"JNJ000251888," n.d.

"JNJ000260700," n.d.

"JNJ000261010," n.d.

"JNJ000265536," n.d.

"JNJ000279507," n.d.

"JNJ000348778," n.d.

"JNJ000404860," n.d.

"JNJ000460665," n.d.

"JNJ000526750," n.d.

John M. DeSesso. "Exponent Talc Defense Presentation Toxic Talc?" January 18, 2018.

Jones, Richard E., and Kristin H. Lopez. "Human Reproductive Biology - 4th Edition Chapter 9 - Gamete Transport and Fertilization." In *Human Reproductive Biology*, Third., 159–73. San Diego: Academic Press, 2006. https://doi.org/10.1016/B978-0-12-382184-3.00009-X.

Jordan, SJ, KL Cushing-Haugen, KG Wicklund, JA Doherty, and MA Rossing. "Breast Feeding and Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control : CCC* 23, no. 6 (June 2012): 919–27. https://doi.org/10.1007/s10552-012-9963-4.

Jordan, Susan J., Victor Siskind, Adèle C Green, David C. Whiteman, and Penelope M. Webb. "Breastfeeding and Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control: CCC* 21, no. 1 (January 2010): 109–16. https://doi.org/10.1007/s10552-009-9440-x.

Jordan, Susan J., David C. Whiteman, David M. Purdie, Adèle C. Green, and Penelope M. Webb. "Does Smoking Increase Risk of Ovarian Cancer? A Systematic Review." *Gynecologic Oncology* 103, no. 3 (December 2006): 1122–29. https://doi.org/10.1016/j.ygyno.2006.08.012.

Jurinski, Joseph B., and J. Donald Rimstidt. "Biodurability of Talc." *American Mineralogist* 86, no. 4 (April 2001): 392–99. https://doi.org/10.2138/am-2001-0402.

Kane, AB, P Boffetta, R Saracci, and JD Wilbourn. "Mechanisms of Fibre Carcinogenesis." IARC, 1996.

Kang, N., D. Griffin, and H. Ellis. "The Pathological Effects of Glove and Condom Dusting Powders." *Journal of Applied Toxicology* 12, no. 6 (December 1992): 443–49. https://doi.org/10.1002/jat.2550120614.

Karageorgi, Stalo, Margaret A. Gates, Susan E. Hankinson, and Immaculata De Vivo. "Perineal Use of Talcum Powder and Endometrial Cancer Risk." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 19, no. 5 (May 2010): 1269–75. https://doi.org/10.1158/1055-9965.EPI-09-1221.

Kasper, C. S., and P. J. Chandler. "Possible Morbidity in Women from Talc on Condoms." *JAMA: The Journal of the American Medical Association* 273, no. 11 (March 15, 1995): 846–47.

Kauff, Noah D., Nandita Mitra, Mark E. Robson, Karen E. Hurley, Shaokun Chuai, Deborah Goldfrank, Eve Wadsworth, et al. "Risk of Ovarian Cancer in BRCA1 and BRCA2 Mutation-Negative Hereditary Breast Cancer Families." *Journal of the National Cancer Institute* 97, no. 18 (September 21, 2005): 1382–84. https://doi.org/10.1093/jnci/dji281.

Keskin, Nadi, Yasemin Aktan Teksen, Esra Gürlek Ongun, Yusuf Ozay, and Halil Saygili. "Does Long-Term Talc Exposure Have a Carcinogenic Effect on the Female Genital System of Rats? An Experimental Pilot Study." *Archives of Gynecology and Obstetrics* 280, no. 6 (December 2009): 925–31. https://doi.org/10.1007/s00404-009-1030-3.

Khan, Mohd Imran, AmoghA. Sahasrabuddhe, Govil Patil, Mohd Javed Akhtar, Mohd Ashquin, and Iqbal Ahmad. "Nano-Talc Stabilizes TNF- $\alpha$ m-RNA in Human Macrophages." *Journal of Biomedical Nanotechnology* 7, no. 1 (January 1, 2011): 112–13. https://doi.org/10.1166/jbn.2011.1227.

King, HM. "Talc: The Softest Mineral.," n.d. https://geology.com/minerals/talc.shtml.

King, Talmadge. "Asbestos-Related Pleuropulmonary Disease." Edited by Kevin Flaherty. *UpToDate*, 2018.

Kiraly, Orsolya, Guanyu Gong, Werner Olipitz, Sureshkumar Muthupalani, and Bevin P. Engelward. "Inflammation-Induced Cell Proliferation Potentiates DNA Damage-Induced Mutations In Vivo." *PLoS Genetics*, February 3, 2015. https://doi.org/10.1371/journal.pgen.1004901.

Kissler, Stefan, Ernst Siebzehnruebl, Joachim Kohl, Anja Mueller, Nadja Hamscho, Regine Gaetje, Andre Ahr, Achim Rody, and Manfred Kaufmann. "Uterine Contractility and Directed Sperm Transport Assessed by Hysterosalpingoscintigraphy (HSSG) and Intrauterine Pressure (IUP) Measurement." *Acta Obstetricia Et Gynecologica Scandinavica* 83, no. 4 (April 2004): 369–74.

Klampfer, Lidija. "Cytokines, Inflammation and Colon Cancer." *Current Cancer Drug Targets* 11, no. 4 (May 2011): 451–64.

Knudson, A. G. "Mutation and Cancer: Statistical Study of Retinoblastoma." *Proceedings of the National Academy of Sciences of the United States of America* 68, no. 4 (April 1971): 820–23.

Kunz, G., D. Beil, H. Deiniger, A. Einspanier, G. Mall, and G. Leyendecker. "The Uterine Peristaltic Pump. Normal and Impeded Sperm Transport within the Female Genital Tract." *Advances in Experimental Medicine and Biology* 424 (1997): 267–77.

Kurman, Robert J., and Ie-Ming Shih. "Molecular Pathogenesis and Extraovarian Origin of Epithelial Ovarian Cancer. Shifting the Paradigm." *Human Pathology* 42, no. 7 (July 2011): 918–31. https://doi.org/10.1016/j.humpath.2011.03.003.

———. "The Dualistic Model of Ovarian Carcinogenesis." *The American Journal of Pathology* 186, no. 4 (April 1, 2016): 733–47. https://doi.org/10.1016/j.ajpath.2015.11.011.

———. "The Origin and Pathogenesis of Epithelial Ovarian Cancer: A Proposed Unifying Theory." *The American Journal of Surgical Pathology* 34, no. 3 (March 2010): 433–43. https://doi.org/10.1097/PAS.0b013e3181cf3d79.

Kurta, Michelle L., Kirsten B. Moysich, Joel L. Weissfeld, Ada O. Youk, Clareann H. Bunker, Robert P. Edwards, Francesmary Modugno, Roberta B. Ness, and Brenda Diergaarde. "Use of Fertility

Drugs and Risk of Ovarian Cancer: Results from a US-Based Case-Control Study." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 21, no. 8 (August 2012): 1282–92. https://doi.org/10.1158/1055-9965.EPI-12-0426.

La Vecchia. "Ovarian Cancer: Epidemiology and Risk Factors." *European Journal of Cancer Prevention* 26 (2017): 55–62.

Lancaster, Johnathan M., C. Bethan Powell, Lee-may Chen, and Debra L. Richardson. "Society of Gynecologic Oncology Statement on Risk Assessment for Inherited Gynecologic Cancer Predispositions." *Gynecologic Oncology* 136, no. 1 (January 2015): 3–7. https://doi.org/10.1016/j.ygyno.2014.09.009.

Landen, Charles N., Michael J. Birrer, and Anil K. Sood. "Early Events in the Pathogenesis of Epithelial Ovarian Cancer." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 26, no. 6 (February 20, 2008): 995–1005. https://doi.org/10.1200/JCO.2006.07.9970.

Langseth, H., S. E. Hankinson, J. Siemiatycki, and E. Weiderpass. "Perineal Use of Talc and Risk of Ovarian Cancer." *Journal of Epidemiology and Community Health* 62, no. 4 (April 2008): 358–60. https://doi.org/10.1136/jech.2006.047894.

Langseth, H., B.V. Johansen, J.M. Nesland, and K. Kjaerheim. "Asbestos Fibers in Ovarian Tissue from Norwegian Pulp and Paper Workers." *International Journal of Gynecological Cancer* 17, no. 1 (January 2007): 44–49. https://doi.org/10.1111/j.1525-1438.2006.00768.x.

Langseth, Hilde, and Kristina Kjaerheim. "Ovarian Cancer and Occupational Exposure among Pulp and Paper Employees in Norway." *Scandinavian Journal of Work, Environment & Health* 30, no. 5 (October 2004): 356–61.

Lanphear, B. P., and C. R. Buncher. "Latent Period for Malignant Mesothelioma of Occupational Origin." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 34, no. 7 (July 1992): 718–21.

Lee, Jennifer S., Esther M. John, Valerie McGuire, Anna Felberg, Kimberly L. Ostrow, Richard A. DiCioccio, Frederick P. Li, Alexander Miron, Dee W. West, and Alice S. Whittemore. "Breast and Ovarian Cancer in Relatives of Cancer Patients, with and without BRCA Mutations." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 15, no. 2 (February 2006): 359–63. https://doi.org/10.1158/1055-9965.EPI-05-0687.

Levanon, Keren, Christopher Crum, and Ronny Drapkin. "New Insights Into the Pathogenesis of Serous Ovarian Cancer and Its Clinical Impact." *Journal of Clinical Oncology* 26, no. 32 (November 10, 2008): 5284–93. https://doi.org/10.1200/JCO.2008.18.1107.

Levy-Lahad, E., and E. Friedman. "Cancer Risks among BRCA1 and BRCA2 Mutation Carriers." *British Journal of Cancer* 96, no. 1 (January 15, 2007): 11–15. https://doi.org/10.1038/sj.bjc.6603535.

Lin, Hui-Wen, Ying-Yueh Tu, Shiyng Yu Lin, Wei-Ju Su, Wei Li Lin, Wei Zer Lin, Shen-Chi Wu, and Yuen-Liang Lai. "Risk of Ovarian Cancer in Women with Pelvic Inflammatory Disease: A Population-Based Study." *The Lancet. Oncology* 12, no. 9 (September 2011): 900–904. https://doi.org/10.1016/S1470-2045(11)70165-6.

Liou, Geou-Yarh, and Peter Storz. "Reactive Oxygen Species in Cancer." *Free Radical Research* 44, no. 5 (May 2010): 476–96. https://doi.org/10.3109/10715761003667554.

Liu, D. T., and A. Hitchcock. "Endometriosis: Its Association with Retrograde Menstruation, Dysmenorrhoea and Tubal Pathology." *British Journal of Obstetrics and Gynaecology* 93, no. 8 (August 1986): 859–62.

Lo-Ciganic, Wei-Hsuan, Janice C. Zgibor, Clareann H. Bunker, Kirsten B. Moysich, Robert P. Edwards, and Roberta B. Ness. "Aspirin, Nonaspirin Nonsteroidal Anti-Inflammatory Drugs, or Acetaminophen and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 23, no. 2 (March 2012): 311–19. https://doi.org/10.1097/EDE.0b013e3182456ad3.

Lockey, J. E. "Nonasbestos Fibrous Minerals." *Clinics in Chest Medicine* 2, no. 2 (May 1981): 203–18.

"Longo - Feb 2018 MAS Report," 2018.

Longo, D. L., and R. C. Young. "Cosmetic Talc and Ovarian Cancer." *Lancet* 2, no. 8138 (August 18, 1979): 349–51.

Longo, William E., and Mark W. Rigler. "Analysis of Johnson & Johnson Baby Powder & Valiant Shower to Shower Products for Amphibole (Tremolite) Asbestos," August 2, 2017.

Longo, William E., and Rigler, Mark W. "MAS Project #14-1683, Analysis of William E. Longo, PhD and Mark W. Rigler, PhD," April 28, 2017.

———. "TEM Analysis of Historical 1978 Johnson's Baby Powder Sample for Amphibole Asbestos," February 16, 2018.

Longo, William E., and Mark W. Rigler. "The Analysis of Johnson & Johnson's Historical Baby Powder & Shower to Shower Products from the 1960's to the Early 1990's for Amphibole Asbestos," November 14, 2018.

Longo, William E., Mark W. Rigler, and William B. Egeland. "Below the Waist Application of Johnson & Johnson Baby Powder." Materials Analytical Service, LLC, September 2017.

Luan, Nan-Nan, Qi-Jun Wu, Ting-Ting Gong, Emily Vogtmann, Yong-Lai Wang, and Bei Lin. "Breastfeeding and Ovarian Cancer Risk: A Meta-Analysis of Epidemiologic Studies1234." *The American Journal of Clinical Nutrition* 98, no. 4 (October 2013): 1020–31. https://doi.org/10.3945/ajcn.113.062794.

Lundin, Eva, Laure Dossus, Tess Clendenen, Vittorio Krogh, Kjell Grankvist, Marianne Wulff, Sabina Sieri, et al. "C-Reactive Protein and Ovarian Cancer: A Prospective Study Nested in Three Cohorts (Sweden, USA, Italy)." *Cancer Causes & Control: CCC* 20, no. 7 (September 2009): 1151–59. https://doi.org/10.1007/s10552-009-9330-2.

Madsen, Cecilie, Louise Baandrup, Christian Dehlendorff, and Susanne K. Kjaer. "Tubal Ligation and Salpingectomy and the Risk of Epithelial Ovarian Cancer and Borderline Ovarian Tumors: A Nationwide Case-Control Study." *Acta Obstetricia Et Gynecologica Scandinavica* 94, no. 1 (January 2015): 86–94. https://doi.org/10.1111/aogs.12516.

Magnani, C., D. Ferrante, F. Barone-Adesi, M. Bertolotti, A. Todesco, D. Mirabelli, and B. Terracini. "Cancer Risk after Cessation of Asbestos Exposure: A Cohort Study of Italian Asbestos Cement Workers." *Occupational and Environmental Medicine* 65, no. 3 (March 2008): 164–70. https://doi.org/10.1136/oem.2007.032847.

Mäki-Nevala, Satu, Virinder Kaur Sarhadi, Aija Knuuttila, Ilari Scheinin, Pekka Ellonen, Sonja Lagström, Mikko Rönty, et al. "Driver Gene and Novel Mutations in Asbestos-Exposed Lung Adenocarcinoma and Malignant Mesothelioma Detected by Exome Sequencing." *Lung* 194, no. 1 (February 2016): 125–35. https://doi.org/10.1007/s00408-015-9814-7.

Mallen, Adrianne R., Mary K. Townsend, and Shelley S. Tworoger. "Risk Factors for Ovarian Carcinoma." *Hematology/Oncology Clinics of North America*, September 2018. https://doi.org/10.1016/j.hoc.2018.07.002.

Mannino, David M. "Cigarette Smoking and Other Possible Risk Factors for Lung Cancer." *UpToDate*, 2018.

McCullough, Marie. "Condom Makers Stop Using Talc." *Asbury Park Press*. January 16, 1996.

———. "Women's Health Concerns Prompt Condom Makers to Stop Using Talc." *Jersey Journal*. April 17, 1996, City Edition edition.

McLaughlin-Drubin, Margaret E., and Karl Munger. "Viruses Associated with Human Cancer." *Biochimica et Biophysica Acta* 1782, no. 3 (March 2008): 127–50. https://doi.org/10.1016/j.bbadis.2007.12.005.

McLemore, Miaskowski, Chen Aouizerat, and Dodd. "Epidemiological and Genetic Factors Associated With Ovarian Cancer." *Cancer Nursing* 32, no. 4 (2009): 281–88.

Melaiu, Ombretta, Federica Gemignani, and Stefano Landi. "The Genetic Susceptibility in the Development of Malignant Pleural Mesothelioma." *Journal of Thoracic Disease* 10, no. Suppl 2 (January 2018): S246–52. https://doi.org/10.21037/jtd.2017.10.41.

Meng, Qingsong, Weixue Sun, John Jiang, Nicole M. Fletcher, Michael P. Diamond, and Ghassan M. Saed. "Identification of Common Mechanisms between Endometriosis and Ovarian Cancer." *Journal of Assisted Reproduction and Genetics* 28 (2011): 917–23.

Merritt, Melissa A., Adèle C. Green, Christina M. Nagle, Penelope M. Webb, Australian Cancer Study (Ovarian Cancer), and Australian Ovarian Cancer Study Group. "Talcum Powder, Chronic Pelvic Inflammation and NSAIDs in Relation to Risk of Epithelial Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 122, no. 1 (January 1, 2008): 170–76. https://doi.org/10.1002/ijc.23017.

Miller, Diane M, and Jessica N. McAlpine. "Opportunistic Salpingectomy for Ovarian, Fallopian Tubal, and Peritoneal Carcinoma Risk Reduction." *UpToDate*, 2018.

Mills, Paul K., Deborah G. Riordan, Rosemary D. Cress, and Heather A. Young. "Perineal Talc Exposure and Epithelial Ovarian Cancer Risk in the Central Valley of California." *International Journal of Cancer. Journal International Du Cancer* 112, no. 3 (November 10, 2004): 458–64. https://doi.org/10.1002/ijc.20434.

Milne, R. L., and A. C. Antoniou. "Genetic Modifiers of Cancer Risk for BRCA1 and BRCA2 Mutation Carriers." *Annals of Oncology: Official Journal of the European Society for Medical Oncology* 22 Suppl 1 (January 2011): i11-17. https://doi.org/10.1093/annonc/mdq660.

Milne, Roger L., and Antonis C. Antoniou. "Modifiers of Breast and Ovarian Cancer Risks for BRCA1 and BRCA2 Mutation Carriers." *Endocrine-Related Cancer* 23, no. 10 (2016): T69-84. https://doi.org/10.1530/ERC-16-0277.

Moller, Danielsen, and Roursgaard Jantzen. "Oxidatively Damaged DNA in Animals Exposed to Particles." *Critical Reviews in Toxicology* 43, no. 2 (2013): 96–118.

Moon, Min Chaul, Jung Duck Park, Byung Soon Choi, So Young Park, Dong Won Kim, Yong Hyun Chung, Naomi Hisanaga, and Il Je Yu. "Risk Assessment of Baby Powder Exposure through Inhalation." *Toxicological Research* 27, no. 3 (September 2011): 137–41. https://doi.org/10.5487/TR.2011.27.3.137.

Moorman, Patricia G. "Scientific Review of the Epidemiologic Evidence on Talc Use and Ovarian Cancer," February 2018.

Moorman, Patricia G., Rachel T. Palmieri, Lucy Akushevich, Andrew Berchuck, and Joellen M. Schildkraut. "Ovarian Cancer Risk Factors in African-American and White Women." *American Journal of Epidemiology* 170, no. 5 (September 1, 2009): 598–606. https://doi.org/10.1093/aje/kwp176.

Mostafa, S. A., C. B. Bargeron, R. W. Flower, N. B. Rosenshein, T. H. Parmley, and J. D. Woodruff. "Foreign Body Granulomas in Normal Ovaries." *Obstetrics and Gynecology* 66, no. 5 (November 1985): 701–2.

Murphy, Megan A., Britton Trabert, Hannah P. Yang, Yikyung Park, Louise A. Brinton, Patricia Hartge, Mark E. Sherman, Albert Hollenbeck, and Nicolas Wentzensen. "Non-Steroidal Anti-Inflammatory Drug Use and Ovarian Cancer Risk: Findings from the NIH-AARP Diet and Health Study and Systematic Review." *Cancer Causes & Control : CCC* 23, no. 11 (November 2012): 1839–52. https://doi.org/10.1007/s10552-012-0063-2.

Muscat, J. E., and M. S. Huncharek. "Causation and Disease: Biomedical Science in Toxic Tort Litigation." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 31, no. 12 (December 1989): 997–1002.

Nadler, Diana L., and Igor G. Zurbenko. "Estimating Cancer Latency Times Using a Weibull Model," 2014, 8.

Narod, Steven A. "Talc and Ovarian Cancer." *Gynecologic Oncology* 141, no. 3 (2016): 410–12. https://doi.org/10.1016/j.ygyno.2016.04.011.

National Cancer Institute, Surveillance, Epidemiology, and End Results Program. "Cancer Stat Facts: Ovarian Cancer," 2018. https://seer.cancer.gov/statfacts/html/ovary.html.

"National Toxicology Program (NTP) Technical Report (NTP TR 421) on the Toxicology and Carcinogenesis Studies of Talc in F344/N Rats and B6C3F1 Mice." National Institutes of Health, 1993.

Nelson, Heather H., and Karl T. Kelsey. "The Molecular Epidemiology of Asbestos and Tobacco in Lung Cancer." *Oncogene* 21, no. 48 (October 21, 2002): 7284–88. https://doi.org/10.1038/sj.onc.1205804.

Ness, R. B., and C. Cottreau. "Possible Role of Ovarian Epithelial Inflammation in Ovarian Cancer." *JNCI Journal of the National Cancer Institute* 91, no. 17 (September 1, 1999): 1459–67. https://doi.org/10.1093/jnci/91.17.1459.

Ness, R. B., J. A. Grisso, C. Cottreau, J. Klapper, R. Vergona, J. E. Wheeler, M. Morgan, and J. J. Schlesselman. "Factors Related to Inflammation of the Ovarian Epithelium and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 11, no. 2 (March 2000): 111–17.

Ness, Roberta B., Daniel W. Cramer, Marc T. Goodman, Susanne Krûger Kjaer, Kathy Mallin, Berit Jul Mosgaard, David M. Purdie, Harvey A. Risch, Ronald Vergona, and Anna H. Wu. "Infertility, Fertility Drugs, and Ovarian Cancer: A Pooled Analysis of Case-Control Studies." *American Journal of Epidemiology* 155, no. 3 (February 1, 2002): 217–24.

Neutra, Raymond Richard, Carl F. Cranor, and David Gee. "The Use and Misuse of Bradford Hill in U.S. Tort Law." *Jurimetrics J.*, 2018, 127–62.

Newhouse, M. L., G. Berry, J. C. Wagner, and M. E. Turok. "A Study of the Mortality of Female Asbestos Workers." *British Journal of Industrial Medicine* 29, no. 2 (April 1972): 134–41.

Nick, Alpa M., Robert L. Coleman, Pedro T. Ramirez, and Anil K. Sood. "A Framework for a Personalized Surgical Approach to Ovarian Cancer." *Nature Reviews. Clinical Oncology* 12, no. 4 (April 2015): 239–45. https://doi.org/10.1038/nrclinonc.2015.26.

NIOSH. "Asbestos Fibers and Other Elongated Mineral Particles: State of the Science and Roadmap for Research (Revised Draft)," January 2009.

———. "Fiber Exposure during Use of Baby Powders, Report No. IWS-36-6.," July 1972. https://www.cdc.gov/niosh/nioshtic-2/00106056.html.

"NIOSH 2011 Current Intelligence Bulletin No. 62," 2011.

"NIOSHTIC-2 Publications Search - 00106056 - Fiber Exposure during Use of Baby Powders, Report No. IWS-36-6." Accessed August 16, 2018. https://www.cdc.gov/niosh/nioshtic-2/00106056.html.

"NIOSHTIC-2 Publications Search - 00106056 - Fiber .Pdf," n.d.

Norquist, Barbara M., Maria I. Harrell, Mark F. Brady, Tom Walsh, Ming K. Lee, Suleyman Gulsuner, Sarah S. Bernards, et al. "Inherited Mutations in Women With Ovarian Carcinoma." *JAMA Oncology* 2, no. 4 (April 2016): 482–90. https://doi.org/10.1001/jamaoncol.2015.5495.

NTP. "NTP Technical Report on the Toxicology and Carcinogenesis Studies of Benzophenone (CAS No. 119-61-9) In F344/N Rats and B6C3F1 Mice," February 2006.

"NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)(NonAsbestiform) in F344/N.Rats and B6C3Fl Mice (Inhalation Studies)," 1993.

Oberdörster, Günter, Eva Oberdörster, and Jan Oberdörster. "Nanotoxicology: An Emerging Discipline Evolving from Studies of Ultrafine Particles." *Environmental Health Perspectives* 113, no. 7 (July 2005): 823–39. https://doi.org/10.1289/ehp.7339.

Okada, Futoshi. "Beyond Foreign-Body-Induced Carcinogenesis: Impact of Reactive Oxygen Species Derived from Inflammatory Cells in Tumorigenic Conversion and Tumor Progression." *International Journal of Cancer* 121, no. 11 (December 1, 2007): 2364–72. https://doi.org/10.1002/ijc.23125.

Paoletti, L., S. Caiazza, G. Donelli, and F. Pocchiari. "Evaluation by Electron Microscopy Techniques of Asbestos Contamination in Industrial, Cosmetic, and Pharmaceutical Talcs." *Regulatory Toxicology and Pharmacology: RTP* 4, no. 3 (September 1984): 222–35.

Park, Hyo K., Joellen M. Schildkraut, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa Bondy, Sydnee Crankshaw, et al. "Benign Gynecologic Conditions Are Associated with Ovarian Cancer Risk in African-American Women: A Case–Control Study." *Cancer Causes & Control*, September 29, 2018. https://doi.org/10.1007/s10552-018-1082-4.

Parmar, M. K. B., J. A. Ledermann, N. Colombo, A. du Bois, J.-F. Delaloye, G. B. Kristensen, S. Wheeler, et al. "Paclitaxel plus Platinum-Based Chemotherapy versus Conventional Platinum-Based Chemotherapy in Women with Relapsed Ovarian Cancer: The ICON4/AGO-OVAR-2.2 Trial." *Lancet (London, England)* 361, no. 9375 (June 21, 2003): 2099–2106.

Parmley, T. H., and J. D. Woodruff. "The Ovarian Mesothelioma." *American Journal of Obstetrics and Gynecology* 120, no. 2 (September 15, 1974): 234–41.

*Pathology of Asbestos-Associated Diseases*, 2011. http://www.springer.com/medicine/pathology/book/978-1-4419-1894-9.

"PCPC_MDL00062175," May 25, 1999.

Pearce, Celeste Leigh, Claire Templeman, Mary Anne Rossing, Alice Lee, Aimee M Near, Penelope M Webb, Christina M Nagle, et al. "Association between Endometriosis and Risk of Histological Subtypes of Ovarian Cancer: A Pooled Analysis of Case–Control Studies." *The Lancet Oncology* 13, no. 4 (April 2012): 385–94. https://doi.org/10.1016/S1470-2045(11)70404-1.

Pejovic, Tanja, and Farr Nezhat. "Missing Link: Inflammation and Ovarian Cancer." *The Lancet. Oncology* 12, no. 9 (September 2011): 833–34. https://doi.org/10.1016/S1470-2045(11)70203-0.

Pelling, D., and J. G. Evans. "Long-Term Peritoneal Tissue Response in Rats to Mould-Release Agents and Lubricant Powder Used on Surgeons' Gloves." *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 24, no. 5 (May 1986): 425–30.

Penninkilampi, Ross, and Guy D. Eslick. "Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis." *Epidemiology (Cambridge, Mass.)* 29, no. 1 (January 2018): 41–49. https://doi.org/10.1097/EDE.0000000000000745.

Peshkin, B., and et al. "Genetic Counseling and Testing for Hereditary Breast and Ovarian Cancer - UpToDate," 2018. https://www.uptodate.com/contents/genetic-counseling-and-testing-for-hereditary-breast-and-ovarian-cancer?search=Genetic%20counseling%20and%20testing%20for%20hereditary%20breast%20and%20ovarian%20cancer&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.

———. "Overview of Hereditary Breast and Ovarian Cancer Syndromes - UpToDate," 2018. https://www.uptodate.com/contents/overview-of-hereditary-breast-and-ovarian-cancer-syndromes?search=Overview%20of%20hereditary%20breast%20and%20ovarian%20cancer%20syndromes&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.

———. "Prevalence of BRCA1 and BRCA2 Mutations and Associated Cancer Risks - UpToDate," 2018. https://www.uptodate.com/contents/prevalence-of-brca1-and-brca2-mutations-and-associated-cancer-risks?search=prevalence-of-brca1-and-brca2-mu%E2%80%A6search_result%26selectedTitle%3D1~73%26usage_type%3Ddefault%26display_rank%3D1&source=search_result&selectedTitle=2~150&usage_type=default&display_rank=2.

Phillips, J. C., P. J. Young, K. Hardy, and S. D. Gangolli. "Studies on the Absorption and Disposition of 3H-Labelled Talc in the Rat, Mouse, Guinea-Pig and Rabbit." *Food and Cosmetics Toxicology* 16, no. 2 (April 1978): 161–63.

Pira, E, C Pelucchi, L Buffoni, A Palmas, M Turbiglio, E Negri, P G Piolatto, and C La Vecchia. "Cancer Mortality in a Cohort of Asbestos Textile Workers." *British Journal of Cancer* 92, no. 3 (February 2005): 580–86. https://doi.org/10.1038/sj.bjc.6602240.

Pira, Enrico, Canzio Romano, Francesco S. Violante, Andrea Farioli, Giovanna Spatari, Carlo La Vecchia, and Paolo Boffetta. "Updated Mortality Study of a Cohort of Asbestos Textile Workers." *Cancer Medicine* 5, no. 9 (2016): 2623–28. https://doi.org/10.1002/cam4.824.

"Pltf_MISC_00000272 (JANSSEN-000001-19)," 1962.

Porro, F. W., and N. M. Levine. "Pathology of Talc Pneumoconiosis with Report of an Autopsy." *Northern New York Medical Journal* 3 (April 1946): 23–25.

Pott, R., and K. H. Friedrichs. "Tumors in Rats Following i.p. Injection of Fiberform Dusts." *Naturwissenschaften* 59 (n.d.): 318–24.

Prat, Jaime, and FIGO Committee on Gynecologic Oncology. "Abridged Republication of FIGO's Staging Classification for Cancer of the Ovary, Fallopian Tube, and Peritoneum." *Cancer* 121, no. 19 (October 1, 2015): 3452–54. https://doi.org/10.1002/cncr.29524.

Pukkala, Eero, Jan Ivar Martinsen, Elsebeth Lynge, Holmfridur Kolbrun Gunnarsdottir, Pär Sparén, Laufey Tryggvadottir, Elisabete Weiderpass, and Kristina Kjaerheim. "Occupation and Cancer - Follow-up of 15 Million People in Five Nordic Countries." *Acta Oncologica (Stockholm, Sweden)* 48, no. 5 (2009): 646–790. https://doi.org/10.1080/02841860902913546.

Purdie, D., A. Green, C. Bain, V. Siskind, B. Ward, N. Hacker, M. Quinn, G. Wright, P. Russell, and B. Susil. "Reproductive and Other Factors and Risk of Epithelial Ovarian Cancer: An Australian Case-Control Study. Survey of Women's Health Study Group." *International Journal of Cancer. Journal International Du Cancer* 62, no. 6 (September 15, 1995): 678–84.

Purdie, David M., Christopher J. Bain, Victor Siskind, Penelope M. Webb, and Adèle C. Green. "Ovulation and Risk of Epithelial Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 104, no. 2 (March 20, 2003): 228–32. https://doi.org/10.1002/ijc.10927.

Radic, I, I Vucak, J Milosevic, A Marusic, S Vukicevic, and M Marusic. "Immunosuppression Induced by Talc Granulomatosis in the Rat." *Clinical and Experimental Immunology* 73, no. 2 (August 1988): 316–21.

Ramus, Susan J., Antonis C. Antoniou, Karoline B. Kuchenbaecker, Penny Soucy, Jonathan Beesley, Xiaoqing Chen, Lesley McGuffog, et al. "Ovarian Cancer Susceptibility Alleles and Risk of Ovarian Cancer in BRCA1 and BRCA2 Mutation Carriers." *Human Mutation* 33, no. 4 (April 2012): 690–702. https://doi.org/10.1002/humu.22025.

Rasool, Nabila, Amanda Nickles Fader, Leigh Seamon, Nikki L. Neubauer, Fadi Abu Shahin, Heather A. Alexander, Kathleen Moore, et al. "Stage I, Grade 3 Endometrioid Adenocarcinoma of the Endometrium: An Analysis of Clinical Outcomes and Patterns of Recurrence." *Gynecologic Oncology* 116, no. 1 (January 2010): 10–14. https://doi.org/10.1016/j.ygyno.2009.10.043.

Rayburn, Elizabeth R., Scharri J. Ezell, and Ruiwen Zhang. "Anti-Inflammatory Agents for Cancer Therapy." *Molecular and Cellular Pharmacology* 1, no. 1 (2009): 29–43. https://doi.org/10.4255/mcpharmacol.09.05.

Rebbeck, Timothy R., Nandita Mitra, Fei Wan, Olga M. Sinilnikova, Sue Healey, Lesley McGuffog, Sylvie Mazoyer, et al. "Association of Type and Location of BRCA1 and BRCA2 Mutations with Risk of Breast and Ovarian Cancer." *JAMA* 313, no. 13 (April 7, 2015): 1347–61. https://doi.org/10.1001/jama.2014.5985.

"Reference Manual on Scientific Evidence" Third Edition (2011).

Reid, A., J. Heyworth, N. de Klerk, and A. W. Musk. "The Mortality of Women Exposed Environmentally and Domestically to Blue Asbestos at Wittenoom, Western Australia." *Occupational and Environmental Medicine* 65, no. 11 (November 2008): 743–49. https://doi.org/10.1136/oem.2007.035782.

Reid, A., N. de Klerk, and A. W. Musk. "Does Exposure to Asbestos Cause Ovarian Cancer? A Systematic Literature Review and Meta-Analysis." *Cancer Epidemiology Biomarkers & Prevention* 20, no. 7 (July 1, 2011): 1287–95. https://doi.org/10.1158/1055-9965.EPI-10-1302.

Reid, A., N. H. de Klerk, C. Magnani, D. Ferrante, G. Berry, A. W. Musk, and E. Merler. "Mesothelioma Risk after 40 Years since First Exposure to Asbestos: A Pooled Analysis." *Thorax* 69, no. 9 (September 2014): 843–50. https://doi.org/10.1136/thoraxjnl-2013-204161.

Reid, Alison, Amanda Segal, Jane S. Heyworth, Nicholas H. de Klerk, and Arthur W. Musk. "Gynecologic and Breast Cancers in Women after Exposure to Blue Asbestos at Wittenoom." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 18, no. 1 (January 2009): 140–47. https://doi.org/10.1158/1055-9965.EPI-08-0746.

Reid, Brett M., Jennifer B. Permuth, and Thomas A. Sellers. "Epidemiology of Ovarian Cancer: A Review." *Cancer Biology & Medicine* 14, no. 1 (February 2017): 9–32. https://doi.org/10.20892/j.issn.2095-3941.2016.0084.

Reuter, Simone, Subash C. Gupta, Madan M. Chaturvedi, and Bharat B. Aggarwal. "Oxidative Stress, Inflammation, and Cancer: How Are They Linked?" *Free Radical Biology and Medicine* 49, no. 11 (December 1, 2010): 1603–16.

Rice, Megan S., Susan E. Hankinson, and Shelley S. Tworoger. "Tubal Ligation, Hysterectomy, Unilateral Oophorectomy, and Risk of Ovarian Cancer in the Nurses' Health Studies." *Fertility and Sterility* 102, no. 1 (July 2014): 192-198.e3. https://doi.org/10.1016/j.fertnstert.2014.03.041.

Ring, Kari L., Christine Garcia, Martha H. Thomas, and Susan C. Modesitt. "Current and Future Role of Genetic Screening in Gynecologic Malignancies." *American Journal of Obstetrics and Gynecology* 217, no. 5 (2017): 512–21. https://doi.org/10.1016/j.ajog.2017.04.011.

Riska, A., J. I. Martinsen, K. Kjaerheim, E. Lynge, P. Sparen, L. Tryggvadottir, E. Weiderpass, and E. Pukkala. "Occupation and Risk of Primary Fallopian Tube Carcinoma in Nordic Countries." *International Journal of Cancer* 131, no. 1 (July 1, 2012): 186–92. https://doi.org/10.1002/ijc.26337.

Roggli, Victor L., Robin T. Vollmer, Kelly J. Butnor, and Thomas A. Sporn. "Tremolite and Mesothelioma." *Annals of Occupational Hygiene* 46, no. 5 (July 1, 2002): 447–53. https://doi.org/10.1093/annhyg/mef056.

Rohl, A. N. "Asbestos in Talc." *Environmental Health Perspectives* 9 (December 1974): 129–32.

Rohl, A. N., A. M. Langer, I. J. Selikoff, A. Tordini, R. Klimentidis, D. R. Bowes, and D. L. Skinner. "Consumer Talcums and Powders: Mineral and Chemical Characterization." *Journal of Toxicology and Environmental Health* 2, no. 2 (November 1976): 255–84. https://doi.org/10.1080/15287397609529432.

Roodhouse Gloyne, S. "Two Cases of Squamous Carcinoma of the Lung Occurring in Asbestosis." *Tubercle* 17, no. 1 (October 1935): 5-IN2. https://doi.org/10.1016/S0041-3879(35)80795-2.

Rosalind A. Eeles, Christine D. Berg, and Jeffery S. Tobias. *Cancer Prevention and Screening: Concepts, Principles and Controversies*. 1st ed. Accessed August 21, 2018. https://www.wiley.com/en-us/Cancer+Prevention+and+Screening%3A+Concepts%2C+Principles+and+Controversies-p-9781118990872.

Rosenblatt, K. A., M. Szklo, and N. B. Rosenshein. "Mineral Fiber Exposure and the Development of Ovarian Cancer." *Gynecologic Oncology* 45, no. 1 (April 1992): 20–25.

Rosenblatt, Karin A., Noel S. Weiss, Kara L. Cushing-Haugen, Kristine G. Wicklund, and Mary Anne Rossing. "Genital Powder Exposure and the Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control: CCC* 22, no. 5 (May 2011): 737–42. https://doi.org/10.1007/s10552-011-9746-3.

Rösler, J. A., H. J. Woitowitz, H. J. Lange, R. H. Woitowitz, K. Ulm, and K. Rödelsperger. "Mortality Rates in a Female Cohort Following Asbestos Exposure in Germany." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 36, no. 8 (August 1994): 889–93.

Ross, M. "Geology, Asbestos, and Health." *Environmental Health Perspectives* 9 (December 1974): 123–24.

Rothman, Kenneth J., Sander Greenland, and Timothy L. Lash. *Modern Epidemiology*. Lippincott Williams & Wilkins, 2008.

Saed, Ghassan M., Rouba Ali-Fehmi, Zhong L. Jiang, Nicole M. Fletcher, Michael P. Diamond, Husam M. Abu-Soud, and Adnan R. Munkarah. "Myeloperoxidase Serves as a Redox Switch That Regulates Apoptosis in Epithelial Ovarian Cancer." *Gynecologic Oncology* 116, no. 2 (February 2010): 276–81. https://doi.org/10.1016/j.ygyno.2009.11.004.

Saed, Ghassan M., Michael P. Diamond, and Nicole M. Fletcher. "Updates of the Role of Oxidative Stress in the Pathogenesis of Ovarian Cancer." *Gynecologic Oncology* 145, no. 3 (June 2017): 595–602. https://doi.org/10.1016/j.ygyno.2017.02.033.

Saed, Ghassan M., Nicole M. Fletcher, Michael P. Diamond, Robert T. Morris, Nardhy Gomez-Lopez, and Ira Memaj. "Novel Expression of CD11b in Epithelial Ovarian Cancer: Potential Therapeutic Target." *Gynecologic Oncology* 148, no. 3 (2018): 567–75. https://doi.org/10.1016/j.ygyno.2017.12.018.

Saed, Ghassan M., Robert T. Morris, and Nicole M. Fletcher. *New Insights into the Pathogenesis of Ovarian Cancer: Oxidative Stress*, 2018.

Schenken, Robert S. "Endometriosis: Pathogenesis, Clinical Features, and Diagnosis." *UpToDate*, 2018.

Schildkraut, Joellen M., Sarah E. Abbott, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa L. Bondy, Michele L. Cote, et al. "Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES)." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 25, no. 10 (2016): 1411–17. https://doi.org/10.1158/1055-9965.EPI-15-1281.

"SEER Cancer Statistics Review, 1975-2015, National Cancer Institute, Bethesda, MD, Based on November 2017 SEER Data Submission, Posted to the SEER Web Site," April 2018. https://Seer.cancer.gov/csr/1975_2015/.

Shan, Weiwei, and Jinsong Liu. "Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8, no. 19 (2009): 3107–11. https://doi.org/10.4161/cc.8.19.9590.

Shukla, Arti, Maximilian B. MacPherson, Jedd Hillegass, Maria E. Ramos-Nino, Vlada Alexeeva, Pamela M. Vacek, Jeffrey P. Bond, Harvey I. Pass, Chad Steele, and Brooke T. Mossman. "Alterations in Gene Expression in Human Mesothelial Cells Correlate with Mineral Pathogenicity." *American Journal of Respiratory Cell and Molecular Biology* 41, no. 1 (July 2009): 114–23. https://doi.org/10.1165/rcmb.2008-0146OC.

Shushan, A., O. Paltiel, J. Iscovich, U. Elchalal, T. Peretz, and J. G. Schenker. "Human Menopausal Gonadotropin and the Risk of Epithelial Ovarian Cancer." *Fertility and Sterility* 65, no. 1 (January 1996): 13–18.

Singh, Naveena, C. Blake Gilks, Lynn Hirschowitz, Sean Kehoe, Iain A. McNeish, Dianne Miller, Raj Naik, Nafisa Wilkinson, and W. Glenn McCluggage. "Primary Site Assignment in Tubo-Ovarian High-Grade Serous Carcinoma: Consensus Statement on Unifying Practice Worldwide." *Gynecologic Oncology* 141, no. 2 (2016): 195–98. https://doi.org/10.1016/j.ygyno.2015.10.022.

Sjösten, A. C. E., H. Ellis, and G. a. B. Edelstam. "Retrograde Migration of Glove Powder in the Human Female Genital Tract." *Human Reproduction* 19, no. 4 (April 1, 2004): 991–95. https://doi.org/10.1093/humrep/deh156.

Soini, Tuuli, Ritva Hurskainen, Seija Grénman, Johanna Mäenpää, Jorma Paavonen, and Eero Pukkala. "Cancer Risk in Women Using the Levonorgestrel-Releasing Intrauterine System in Finland." *Obstetrics and Gynecology* 124, no. 2 Pt 1 (August 2014): 292–99. https://doi.org/10.1097/AOG.0000000000000356.

Soong, Thing Rinda, Brooke E. Howitt, Alexander Miron, Neil S. Horowitz, Frank Campbell, Colleen M. Feltmate, Michael G. Muto, et al. "Evidence for Lineage Continuity between Early Serous Proliferations (ESPs) in the Fallopian Tube and Disseminated High-Grade Serous Carcinomas." *The Journal of Pathology*, July 25, 2018. https://doi.org/10.1002/path.5145.

Stanton, M. F., M. Layard, A. Tegeris, E. Miller, M. May, E. Morgan, and A. Smith. "Relation of Particle Dimension to Carcinogenicity in Amphibole Asbestoses and Other Fibrous Minerals." *Journal of the National Cancer Institute* 67, no. 5 (November 1981): 965–75.

Starman, Daniel H., Leslie A. Litzky, and Larry R. Kaiser. "Epidemiology of Malignant Pleural Mesothelioma." *UpToDate*, 2018.

Steiling, W., J. F. Almeida, H. Assaf Vandecasteele, S. Gilpin, T. Kawamoto, L. O'Keeffe, G. Pappa, K. Rettinger, H. Rothe, and A. M. Bowden. "Principles for the Safety Evaluation of Cosmetic Powders." *Toxicology Letters*, August 17, 2018. https://doi.org/10.1016/j.toxlet.2018.08.011.

Steiling, W., M. Bascompta, P. Carthew, G. Catalano, N. Corea, A. D'Haese, P. Jackson, et al. "Principle Considerations for the Risk Assessment of Sprayed Consumer Products." *Toxicology Letters* 227, no. 1 (May 16, 2014): 41–49. https://doi.org/10.1016/j.toxlet.2014.03.005.

Stewart, Louise M., C. D'Arcy J. Holman, Patrick Aboagye-Sarfo, Judith C. Finn, David B. Preen, and Roger Hart. "In Vitro Fertilization, Endometriosis, Nulliparity and Ovarian Cancer Risk." *Gynecologic Oncology* 128, no. 2 (February 2013): 260–64. https://doi.org/10.1016/j.ygyno.2012.10.023.

Stewart, Louise M., Katrina Spilsbury, Susan Jordan, Colin Stewart, C. D'Arcy J. Holman, Aime Powell, Joanne Reekie, and Paul Cohen. "Risk of High-Grade Serous Ovarian Cancer Associated with Pelvic Inflammatory Disease, Parity and Breast Cancer." *Cancer Epidemiology* 55 (August 2018): 110–16. https://doi.org/10.1016/j.canep.2018.05.011.

Straif, Kurt. "Update of the Scientific Evidence on Asbestos and Cancer." presented at the International Conference on Environmental and Occupational Determinants of Cancer: Interventions for Primary Prevention, Asturias (Avilés, Gijón), Spain, March 17, 2011.

"Talc." *IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans* 42 (1987): 185–224.

Tarchi, M., D. Orsi, P. Comba, M. De Santis, R. Pirastu, G. Battista, and M. Valiani. "Cohort Mortality Study of Rock Salt Workers in Italy." *American Journal of Industrial Medicine* 25, no. 2 (February 1994): 251–56.

Terry, Kathryn L., Stalo Karageorgi, Yurii B. Shvetsov, Melissa A. Merritt, Galina Lurie, Pamela J. Thompson, Michael E. Carney, et al. "Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 8,525 Cases and 9,859 Controls." *Cancer Prevention Research (Philadelphia, Pa.)* 6, no. 8 (August 2013): 811–21. https://doi.org/10.1158/1940-6207.CAPR-13-0037.

Tewari, Devansu, James J. Java, Ritu Salani, Deborah K. Armstrong, Maurie Markman, Thomas Herzog, Bradley J. Monk, and John K. Chan. "Long-Term Survival Advantage and Prognostic Factors Associated with Intraperitoneal Chemotherapy Treatment in Advanced Ovarian Cancer: A Gynecologic Oncology Group Study." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 33, no. 13 (May 1, 2015): 1460–66. https://doi.org/10.1200/JCO.2014.55.9898.

Thai, T. H., F. Du, J. T. Tsan, Y. Jin, A. Phung, M. A. Spillman, H. F. Massa, et al. "Mutations in the BRCA1-Associated RING Domain (BARD1) Gene in Primary Breast, Ovarian and Uterine Cancers." *Human Molecular Genetics* 7, no. 2 (February 1998): 195–202.

Thomas, Charles A., and Major G. Seelig. Powder lubricated surgeon's rubber glove. United States US2621333A, filed June 27, 1947, and issued December 16, 1952. https://patents.google.com/patent/US2621333/en.

Torre, Lindsey A., Britton Trabert, Carol E. DeSantis, Kimberly D. Miller, Goli Samimi, Carolyn D. Runowicz, Mia M. Gaudet, Ahmedin Jemal, and Rebecca L. Siegel. "Ovarian Cancer Statistics, 2018." *CA: A Cancer Journal for Clinicians* 68, no. 4 (July 2018): 284–96. https://doi.org/10.3322/caac.21456.

Trabert, Britton. "Body Powder and Ovarian Cancer Risk – What Is the Role of Recall Bias?" *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 25, no. 10 (October 2016): 1369–70. https://doi.org/10.1158/1055-9965.EPI-16-0476.

Trabert, Britton, Ligia Pinto, Patricia Hartge, Troy Kemp, Amanda Black, Mark E. Sherman, Louise A. Brinton, et al. "Pre-Diagnostic Serum Levels of Inflammation Markers and Risk of Ovarian

Cancer in the Prostate, Lung, Colorectal and Ovarian Cancer (PLCO) Screening Trial." *Gynecologic Oncology* 135, no. 2 (November 2014): 297–304. https://doi.org/10.1016/j.ygyno.2014.08.025.

Trabert, Britton, Elizabeth M Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L Anderson, Theodore M Brasky, et al. "Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium." *JNCI: Journal of the National Cancer Institute*, May 31, 2018. https://doi.org/10.1093/jnci/djy100.

Trabert, Britton, Elizabeth M. Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L. Anderson, Theodore M. Brasky, et al. "Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium." *Journal of the National Cancer Institute* 111, no. 2 (2019). https://doi.org/10.1093/jnci/djy100.

Tsilidis, K K, N E Allen, T J Key, L Dossus, A Lukanova, K Bakken, E Lund, et al. "Oral Contraceptive Use and Reproductive Factors and Risk of Ovarian Cancer in the European Prospective Investigation into Cancer and Nutrition." *British Journal of Cancer* 105, no. 9 (October 25, 2011): 1436–42. https://doi.org/10.1038/bjc.2011.371.

Tsilidis, Konstantinos K., Naomi E. Allen, Timothy J. Key, Laure Dossus, Rudolf Kaaks, Kjersti Bakken, Eiliv Lund, et al. "Menopausal Hormone Therapy and Risk of Ovarian Cancer in the European Prospective Investigation into Cancer and Nutrition." *Cancer Causes & Control: CCC* 22, no. 8 (August 2011): 1075–84. https://doi.org/10.1007/s10552-011-9782-z.

Tworoger, Shelley S., Kathleen M. Fairfield, Graham A. Colditz, Bernard A. Rosner, and Susan E. Hankinson. "Association of Oral Contraceptive Use, Other Contraceptive Methods, and Infertility with Ovarian Cancer Risk." *American Journal of Epidemiology* 166, no. 8 (October 15, 2007): 894–901. https://doi.org/10.1093/aje/kwm157.

Tzonou, A., A. Polychronopoulou, C. C. Hsieh, A. Rebelakos, A. Karakatsani, and D. Trichopoulos. "Hair Dyes, Analgesics, Tranquilizers and Perineal Talc Application as Risk Factors for Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 55, no. 3 (September 30, 1993): 408–10.

US EPA. "Health Assessment Document for Talc. | National Technical Reports Library - NTIS." - 600/8-91/217, 1992. https://ntrl.ntis.gov/NTRL/dashboard/searchResults/titleDetail/PB92239524.xhtml.

Van Gosen, B. S., H.A. Lowers, S.J. Sutley, and C.A. Gent. "Using the Geologic Setting of Talc Deposits as an Indicator of Amphibole Asbestos Content." *Environmental Geology* 45, no. 7 (2004): 20. https://doi.org/10.1007/s00254-003-0955-2.

Vanderhyden, Barbara C, Tanya J Shaw, and Jean-François Ethier. "Animal Models of Ovarian Cancer." *Reproductive Biology and Endocrinology : RB&E* 1 (October 7, 2003): 67. https://doi.org/10.1186/1477-7827-1-67.

VanOrden, D. "Weight Percent Compositional Analysis of Seven RTV Talc Samples. Analytical Report to R. T. Vanderbilt Company, Inc. Submitted to Public Comments Record – C. W. Jameson, National Toxicology Program, 10th ROC Nominations 'Talc (Containing Asbestiform Fibers)'. 4 December 2000., National Toxicology Program.," November 22, 2000.

Vasama-Neuvonen, K., E. Pukkala, H. Paakkulainen, P. Mutanen, E. Weiderpass, P. Boffetta, N. Shen, T. Kauppinen, H. Vainio, and T. Partanen. "Ovarian Cancer and Occupational Exposures in Finland." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 83–89.

Vasey, Paul A., Gordon C. Jayson, Alan Gordon, Hani Gabra, Rob Coleman, Ronnie Atkinson, David Parkin, et al. "Phase III Randomized Trial of Docetaxel-Carboplatin versus Paclitaxel-

Carboplatin as First-Line Chemotherapy for Ovarian Carcinoma." *Journal of the National Cancer Institute* 96, no. 22 (November 17, 2004): 1682–91. https://doi.org/10.1093/jnci/djh323.

Venkatesan, Priya. "Possible X Chromosome-Linked Transmission of Ovarian Cancer." *The Lancet. Oncology* 19, no. 4 (April 2018): e185. https://doi.org/10.1016/S1470-2045(18)30183-9.

Venter, P. F., and M. Iturralde. "Migration of a Particulate Radioactive Tracer from the Vagina to the Peritoneal Cavity and Ovaries." *South African Medical Journal = Suid-Afrikaanse Tydskrif Vir Geneeskunde* 55, no. 23 (June 2, 1979): 917–19.

Verdoodt, Freija, Christian Dehlendorff, Søren Friis, and Susanne K. Kjaer. "Non-Aspirin NSAID Use and Ovarian Cancer Mortality." *Gynecologic Oncology* 150, no. 2 (2018): 331–37. https://doi.org/10.1016/j.ygyno.2018.06.018.

Vicus, Danielle, Amy Finch, Barry Rosen, Isabel Fan, Linda Bradley, Ilana Cass, Ping Sun, et al. "Risk Factors for Carcinoma of the Fallopian Tube in Women with and without a Germline BRCA Mutation." *Gynecologic Oncology* 118, no. 2 (August 1, 2010): 155–59. https://doi.org/10.1016/j.ygyno.2010.03.009.

Vineis, Paolo, Phyllis Illari, and Federica Russo. "Causality in Cancer Research: A Journey through Models in Molecular Epidemiology and Their Philosophical Interpretation." *Emerging Themes in Epidemiology* 14, no. 7 (2017). https://doi.org/DOI 10.1186/s12982-017-0061-7.

Virta, RL. "The Phase Relationship of Talc and Amphiboles in a Fibrous Talc Sample." IH; Report of Investigations, 1985. https://www.cdc.gov/niosh/nioshtic-2/10004328.html.

Vitonis, Allison F., Linda Titus-Ernstoff, and Daniel W. Cramer. "Assessing Ovarian Cancer Risk When Considering Elective Oophorectomy at the Time of Hysterectomy." *Obstetrics and Gynecology* 117, no. 5 (May 2011): 1042–50. https://doi.org/10.1097/AOG.0b013e318212fcb7.

Wang, Chunpeng, Zhenzhen Liang, Xin Liu, Qian Zhang, and Shuang Li. "The Association between Endometriosis, Tubal Ligation, Hysterectomy and Epithelial Ovarian Cancer: Meta-Analyses." *International Journal of Environmental Research and Public Health* 13, no. 11 (November 14, 2016): 1138. https://doi.org/10.3390/ijerph13111138.

Wang, Xiaorong, Sihao Lin, Ignatius Yu, Hong Qiu, Yajia Lan, and Eiji Yano. "Cause-Specific Mortality in a Chinese Chrysotile Textile Worker Cohort." *Cancer Science* 104, no. 2 (February 2013): 245–49. https://doi.org/10.1111/cas.12060.

Watson, Ian R., Koichi Takahashi, P. Andrew Futreal, and Lynda Chin. "Emerging Patterns of Somatic Mutations in Cancer." *Nature Reviews. Genetics* 14, no. 10 (October 2013): 703–18. https://doi.org/10.1038/nrg3539.

Wehner, A. P., A. S. Hall, R. E. Weller, E. A. Lepel, and R. E. Schirmer. "Do Particles Translocate from the Vagina to the Oviducts and Beyond?" *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 23, no. 3 (March 1985): 367–72.

Wehner, A. P., R. E. Weller, and E. A. Lepel. "On Talc Translocation from the Vagina to the Oviducts and Beyond." *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 24, no. 4 (April 1986): 329–38.

Weiss, W. "Cigarette Smoking and Lung Cancer Trends. A Light at the End of the Tunnel?" *Chest* 111, no. 5 (May 1997): 1414–16.

Wentzensen, Nicolas, Elizabeth M. Poole, Britton Trabert, Emily White, Alan A. Arslan, Alpa V. Patel, V. Wendy Setiawan, et al. "Ovarian Cancer Risk Factors by Histologic Subtype: An Analysis From the Ovarian Cancer Cohort Consortium." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 34, no. 24 (20 2016): 2888–98. https://doi.org/10.1200/JCO.2016.66.8178.

Werner, I. "Presence of Asbestos in Talc Samples." *Atemschutzinform* 21, no. 5 (1982).

Whiteman, David C., Michael F. G. Murphy, Linda S. Cook, Daniel W. Cramer, Patricia Hartge, Polly A. Marchbanks, Philip C. Nasca, Roberta B. Ness, David M. Purdie, and Harvey A. Risch. "Multiple Births and Risk of Epithelial Ovarian Cancer." *Journal of the National Cancer Institute* 92, no. 14 (July 19, 2000): 1172–77. https://doi.org/10.1093/jnci/92.14.1172.

Whittemore, A. S., R. Harris, and J. Itnyre. "Characteristics Relating to Ovarian Cancer Risk: Collaborative Analysis of 12 US Case-Control Studies. IV. The Pathogenesis of Epithelial Ovarian Cancer. Collaborative Ovarian Cancer Group." *American Journal of Epidemiology* 136, no. 10 (November 15, 1992): 1212–20.

Whittemore, A. S., M. L. Wu, R. S. Paffenbarger, D. L. Sarles, J. B. Kampert, S. Grosser, D. L. Jung, S. Ballon, and M. Hendrickson. "Personal and Environmental Characteristics Related to Epithelial Ovarian Cancer. II. Exposures to Talcum Powder, Tobacco, Alcohol, and Coffee." *American Journal of Epidemiology* 128, no. 6 (December 1988): 1228–40.

Whysner, J., and M. Mohan. "Perineal Application of Talc and Cornstarch Powders: Evaluation of Ovarian Cancer Risk." *American Journal of Obstetrics and Gynecology* 182, no. 3 (March 2000): 720–24.

Wignall, B.K., and A.J. Fox. "Mortality of Female Gas Mask Assemblers." *British Journal of Industrial Medicine* 39, no. 1 (1982): 34–38.

Wild, P. "Lung Cancer Risk and Talc Not Containing Asbestiform Fibres: A Review of the Epidemiological Evidence." *Occupational and Environmental Medicine* 63, no. 1 (January 2006): 4–9. https://doi.org/10.1136/oem.2005.020750.

Wolff, Henrik, Tapio Vehmas, Panu Oksa, Jorma Rantanen, and Harri Vainio. "Asbestos, Asbestosis, and Cancer, the Helsinki Criteria for Diagnosis and Attribution 2014: Recommendations." *Scandinavian Journal of Work, Environment & Health* 41, no. 1 (January 2015): 5–15. https://doi.org/10.5271/sjweh.3462.

Wong, C., R. E. Hempling, M. S. Piver, N. Natarajan, and C. J. Mettlin. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics and Gynecology* 93, no. 3 (March 1999): 372–76.

Woodruff, J. D. "The Pathogenesis of Ovarian Neoplasia." *The Johns Hopkins Medical Journal* 144, no. 4 (April 1979): 117–20.

Wright, H. R., J. C. Wheeler, J. A. Woods, J. Hesford, P. Taylor, and R. F. Edlich. "Potential Toxicity of Retrograde Uterine Passage of Particulate Matter." *Journal of Long-Term Effects of Medical Implants* 6, no. 3–4 (1996): 199–206.

Wu, A. H., C. L. Pearce, C.-C. Tseng, and M. C. Pike. "African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates." *Cancer Epidemiology Biomarkers & Prevention* 24, no. 7 (July 1, 2015): 1094–1100. https://doi.org/10.1158/1055-9965.EPI-15-0023.

Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, and Malcolm C. Pike. "African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 24, no. 7 (July 2015): 1094–1100. https://doi.org/10.1158/1055-9965.EPI-15-0023.

Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, Claire Templeman, and Malcolm C. Pike. "Markers of Inflammation and Risk of Ovarian Cancer in Los Angeles County." *International*

*Journal of Cancer. Journal International Du Cancer* 124, no. 6 (March 15, 2009): 1409–15. https://doi.org/10.1002/ijc.24091.

Wu, Song, Wei Zhu, Patricia Thompson, and Yusuf A. Hannun. "Evaluating Intrinsic and Non-Intrinsic Cancer Risk Factors." *Nature Communications* 9, no. 1 (August 28, 2018): 3490. https://doi.org/10.1038/s41467-018-05467-z.

Yan, Bin, Yuanlin Peng, and Chuan-Yuan Li. "Molecular Analysis of Genetic Instability Caused by Chronic Inflammation." *Methods in Molecular Biology (Clifton, N.J.)* 512 (2009): 15–28. https://doi.org/10.1007/978-1-60327-530-9_2.

Yan, Bin, Huili Wang, Zahid Rabbani, Yulin Zhao, Wenrong Li, Yuqing Yuan, Fang Li, Mark W. Dewhirst, and Chuan-Yuan Li. "Tumor Necrosis Factor-a Is a Potent Endogenous Mutagen That Promotes Cellular Transformation." *Cancer Research* 66 (December 15, 2006): 11565.

"You Can Steer Clients to Condoms Free from Potentially Harmful Talc: Condom Companies Agree to Produce without the Dry Lubricant." *Contraceptive Technology Update* 16, no. 11 (November 1995): 133–44.

Zazenski, R., W. H. Ashton, D. Briggs, M. Chudkowski, J. W. Kelse, L. MacEachern, E. F. McCarthy, M. A. Nordhauser, M. T. Roddy, and N. M. Teetsel. "Talc: Occurrence, Characterization, and Consumer Applications." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 218–29.

Zervomanoklakis, I, H.W. Ott, D Hadziomerovic, V. Mattle, B.E. Seeber, I. Virgolini, D. Heute, S. Kissler, G. Leyendecker, and L. Wildt. "Physiology of Upward Transport in the Human Female Genital Tract." *Annals of New York Acadamy of Sciences* 1101, no. 1 (2007): 1–20. https://doi.org/10.1196/annals.1389.032.

Zhao, Weixing, Justin B. Steinfeld, Fengshan Liang, Xiaoyong Chen, David G. Maranon, Chu Jian Ma, Youngho Kwon, et al. "BRCA1-BARD1 Promotes RAD51-Mediated Homologous DNA Pairing." *Nature* 550, no. 7676 (19 2017): 360–65. https://doi.org/10.1038/nature24060.

Exhibit 18

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE JOHNSON & JOHNSON
TALCUM POWDER PRODUCT
MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

*This Document Relates to All Cases*

Civil Action No. 3:16-md-2738-MAS-RLS

MDL No. 2738

THIRD AMENDED EXPERT REPORT OF

JACK SIEMIATYCKI, MSc, PhD

Dated:      May 27, 2024

Jack Siemiatycki, MSc, PhD

# EXPERT REPORT OF JACK SIEMIATYCKI MSc, PhD

## on

## TALCUM POWDER USE AND OVARIAN CANCER

Jack Siemiatycki, MSc, PhD, FCAHS

Westmount, Quebec, Canada

May 2024

27 May 2024

**TABLE OF CONTENTS**

1.    EXECUTIVE SUMMARY ................................................................................................ 1

2.    MY MANDATE AND STRUCTURE OF THIS REPORT .......................................... 2

3.    MY CREDENTIALS, EXPERTISE AND EXPERIENCE ......................................... 3

4.    OVERVIEW OF MY METHODOLOGY .................................................................... 6

5.    THE SCIENCE OF EPIDEMIOLOGY ....................................................................... 7

   5.1    Some basic measures and notions used in epidemiology ................................. 8

   5.2    Bradford Hill "features" ................................................................................... 19

6.    EPIDEMIOLOGIC EVIDENCE REGARDING TALC EXPOSURE AND OVARIAN CANCER –
       GENERAL CONSIDERATIONS ............................................................................... 24

   6.1    IARC evaluation of talcum powder products ................................................. 24

   6.2    Some general considerations .......................................................................... 26

       6.2.1    What were women exposed to in body powders .................................... 26

       6.2.2    Types and routes of exposure and ascertainment of exposure information ........... 28

       6.2.3    Outcome variable – ovarian cancer ..................................................... 29

7.    META-ANALYSES REGARDING TALCUM POWDER PRODUCTS AND OVARIAN CANCER:
       MY PROCEDURES ....................................................................................................... 29

   7.1    Information consulted for the present review ................................................... 30

   7.2    Selecting studies for inclusion in reviews and meta-analyses ....................... 31

   7.3    Extraction of RR results from all informative publications ............................ 32

   7.4    Objectives and conduct of meta-analyses ...................................................... 33

8.    EPIDEMIOLOGIC EVIDENCE: STUDY RESULTS AND META-ANALYSIS RESULTS ............. 36

   8.1    Ever/Never exposure to talc and all ovarian cancers ..................................... 36

       8.1.1    Strategy for main meta-analysis and sensitivity analyses ..................... 37

       8.1.2    Results of my meta-analyses on Ever/Never exposed to talc powder for all ovarian
                cancer types combined ......................................................................... 40

       8.1.3    Other contemporaneous meta-analyses on Ever/Never exposed to talc powder for
                all ovarian cancer types combined ........................................................ 42

   8.2    Meta analysis on powdering of sanitary napkins ........................................... 43

   8.3    Dose response – cumulative exposure, duration and frequency ..................... 45

   8.4    Ever use of talc and histologic subtypes of ovarian cancer ........................... 49

   8.5    Recent evidence from other epidemiologic studies on talc and ovarian cancer ........ 50

27 May 2024

8.6    Summary of key bottom-line epidemiologic findings on the association between perineal exposure to talc powder and risk of ovarian cancer ........................................... 55

9.    MISCONCEPTIONS AND POSSIBLE BIASES ............................................................. 55

9.1    Some prominent misconceptions in reviewing the evidence ................................. 56

9.2    Alternative explanations – Biases and errors ......................................................... 61

    9.2.1    *Bias due to non-response or non-participation* ........................................... 61

    9.2.2    *Recall or reporting bias* ................................................................................. 62

    9.2.3    *Non-differential (or random) error in recall or reporting of exposure to powders* 63

    9.2.4    *Short follow-up periods for disease ascertainment* .................................... 65

    9.2.5    *Diagnostic error* ............................................................................................. 66

    9.2.6    *Initiation of powdering as a result of ovarian cancer* ................................ 66

    9.2.7    *Confounding* ..................................................................................................... 67

    9.2.8    *Publication bias* ............................................................................................... 68

    9.2.9    *Summary comments regarding biases and errors* ...................................... 69

10.    BRADFORD HILL FEATURES APPLIED TO TALC AND OVARIAN CANCER .......................... 70

11.    CONTRAST WITH IARC MONOGRAPH OF 2006 .................................................. 75

12.    RECENT REVIEWS AND OPINIONS ........................................................................ 77

13.    CONCLUSION ........................................................................................................... 81

14.    TABLES ...................................................................................................................... 82

Table 1. Component activities in my evaluation of general causation between talcum powder product use and ovarian cancer ........................................................................ 83

Table 2. Relative risk estimates between ever regular use of talcum powders products[1] in the perineal area and ovarian cancer[2], from various publications used in any of the Meta-analysis, either directly or by contributing to another publication that was used in the meta-analyses .... 84

Table 3. Main meta-analysis and sensitivity analyses conducted on the association between ever regular use of talcum powder products in the perineal area and ovarian cancer (all types combined) .................................................................................................... 88

Table 4. Comparison of results of four recent and independent meta-analyses of the association between ever regular use of talcum powder products in the perineal area and ovarian cancer. 89

Table 5. Relative risk estimates between ever regular use of talcum powder products on sanitary napkins and ovarian cancer, and results of meta-analysis ........................................ 90

Table 6. Relative risk estimates between subgroups defined by cumulative exposure measures[1] and ovarian cancer[2], from various studies ................................................ 92

27 May 2024

Table 7. Relative risk estimates between subgroups defined by duration of use[1] and ovarian cancer[2], from various studies.................................................................................................... 94

Table 8. Relative risk estimates between subgroups defined by measures of frequency of use[1] and ovarian cancer[2], from various studies.................................................................................. 96

Table 9. Relative risk estimates between ever regular use of talcum powder products in the perineal area and certain subtypes of ovarian cancer, from two pooled analyses............................ 98

Table 10. Relative risk estimates between ever regular use of talcum powder products[1] in the perineal area and invasive serous ovarian cancer, from various studies. ............................................... 99

Table 11. Some major misconceptions in reviewing evidence on talc and ovarian cancer ......... 100

Table 12. Selected examples of some of the recognized causal associations that have RR less than 2.0 ......................................................................................................................................... 101

Table 13. Bradford Hill aspects in relation to perineal talc exposure and ovarian cancer .......... 103

**15.     FIGURES**.................................................................................................................. **104**

Figure 1. Main meta-analysis conducted on the association between ever regular use of talcum powder products in the perineal area and ovarian cancer (all types combined). Corresponding to Table 3, analysis I.................................................................................................................... 105

Figure 2. Meta-analysis of relative risk of ovarian cancer (all types combined) among women who regularly used talcum powder products on sanitary napkins, based on all informative studies. Corresponding to Table 5. ........................................................................................... 106

Figure 3. Meta-analysis of relative risk of invasive serous ovarian cancer among women who regularly used talcum powder products in the perineal area, based on all informative studies. Corresponding to Table 10. .................................................................................................... 107

**16.     APPENDICES**............................................................................................................ **108**

Appendix A. Papers that contain some results on the association between exposure to perineal talc and ovarian cancer, and whether the paper was included in my meta-analyses of Ever/Never exposed variable ...................................................................................................... 109

Appendix B1. Information on the studies used in my analyses - administrative and contextual aspects.................................................................................................................................... 112

Appendix B2. Information on the studies used in my analyses - exposure variable and covariates ................................................................................................................................ 115

**17.     BIBLIOGRAPHY**....................................................................................................... **118**

**18.     EXHIBIT A** ................................................................................................................ **133**

27 May 2024

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

_____

### 1.    EXECUTIVE SUMMARY

I have reviewed the scientific evidence regarding causal links between use of talc-based powders by women and subsequent development of ovarian cancer.[1]

Evidence regarding this issue has accumulated since the 1970s and 1980s and continues to accumulate to this day. I have reviewed all of the relevant evidence from different scientific disciplines. I devoted particular attention to the key evidence from epidemiologic studies which have investigated the risk of ovarian cancer among women who had regularly used talc-based powders. There have been about 25-30 distinct informative epidemiologic studies, using different methodologies and conducted in different populations. There have also been several reviews and meta-analyses that attempted to summarize the evidence at the time of the respective review. While my focus was primarily on the epidemiological evidence documenting the associations between use of talc-based powders and ovarian cancers, there is also relevant experimental evidence concerning the nature of talc-based powders and the mechanisms by which talc-based powders can behave in the female body.

The scientific evidence, and most prominently the epidemiologic evidence, strongly supports  the conclusion that there is an association between powdering and risk of ovarian cancer. While the individual studies do not all show statistically significant evidence of an association, nearly every study shows an estimate of the relative risk greater than 1.0, which is the measure used to quantify the nature of the association. When all the informative studies are combined in a meta-analysis, the best estimate of the relative risk is in the range of 1.25 to 1.35, indicating about a 30% excess risk of ovarian cancer among women who regularly used talc-based powders. This combined evidence is highly statistically significant. When available evidence was analyzed according to the cumulative amount of exposure to talc-based powders, it was seen that the relative risk increased as the amount of exposure increased. When available evidence was analyzed

_____

[1] When I refer to talc or talcum powder products in this report, I am referring to commercially available talcum powder products and all constituent elements contained in those products.

_____

May 27 2024                                                              1

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

according to histological types of ovarian cancer, there were some variations in risk within some studies, but these variations were not consistent from study to study; there is no convincing evidence that the risks are limited to one or more specific types of ovarian cancer.

Before concluding that an association between a putative risk factor and a disease is causal, it is necessary to consider potential sources of error and bias in the body of evidence. I have carefully considered a number of potential sources of error and bias, and conclude that these are unlikely to have created the artefactual illusion of an association between talcum powders and ovarian cancer.

Further, there are biologically plausible mechanisms to explain how powdering with talc-based powders can contribute to the development of ovarian cancer.

Based on the totality of the evidence, it is my opinion, to a reasonable degree of scientific certainty, that the perineal use of talcum powder products can cause ovarian cancer.

## 2.     MY MANDATE AND STRUCTURE OF THIS REPORT

I have been retained to assess the epidemiologic evidence regarding the **general causation** between perineal (or genital) use of talcum powder products and the risk of ovarian cancer. I have specifically been asked to respond to the following questions: "Can application of talcum powder products in the perineal region cause ovarian cancer?"

This Report is designed to be informative to readers who are not familiar with me, with epidemiology and causal inference, or with the scientific evidence concerning use of talc-based powdering and risk of ovarian cancer. There is a section outlining my expertise and experience, a section outlining the essential features of epidemiology that are needed to understand the material that is germane to the topic of the mandate, a series of sections that outline the evidence regarding talc and cancer, including a meta-analysis that I have carried out, some sections devoted to the inferences that the evidence supports, and finally my own conclusion about the question posed in the mandate.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

## 3.      MY CREDENTIALS, EXPERTISE AND EXPERIENCE

I am a tenured Professor of epidemiology at the University of Montreal and an Adjunct

Professor of epidemiology at McGill University in Montreal. I have received prestigious

national research awards in Canada, such as the National Health Scientist Salary Award,

Medical Research Council of Canada Distinguished Scientist Award, the Guzzo-Cancer

Research Society Chair in Environment and Cancer and the Canada Research Chair in

Environment and Cancer. I am an elected Fellow of the Canadian Academy of Health

Sciences. I was awarded a lifetime achievement award by the Canadian Society for

Epidemiology and Biostatistics in 2011, the premier professional organisation in our

discipline.

Trained in statistics and in epidemiology, I have devoted most of my research career to

investigating links between environmental, occupational and lifestyle factors and various

types of cancer. My research has been both substantive – namely, looking at particular

factors and their possible relationship to particular cancers - and methodological –

namely, exploring how to evaluate and enhance the validity of epidemiologic research

through various prisms: study design, data collection methods and statistical analysis. Of

my approximately 340 research publications, about one quarter would be considered to

have a methodological focus.

I have held various leadership positions, including the elected presidency of the Canadian

Society for Epidemiology and Biostatistics, and elected membership on the Board of the

American College of Epidemiology.  I have been invited to serve on over 160 Boards,

Scientific Councils and Expert Panels for a host of governments, universities or research

agencies. Examples include: Board of Directors of the Canadian National Cancer Institute,

member of expert panel tasked with recommending priorities for action under the

Canadian Environmental Protection Act, member of external peer review panel of the

Epidemiology branch of the US National Cancer Institute (NCI), member of two different

expert advisory bodies to research projects at the US National Cancer Institute, consultant

to the panel on cancer research priorities that reported to President Bill Clinton, member

of external peer review panel for the Helmholtz German national medical research agency,

Chair of the Scientific Council of the largest prospective study of causes of cancer being

conducted in France, and others.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

I have been associate editor of the American Journal of Epidemiology and the International Journal of Environmental Health. In addition, I have served as reviewer for about 20 journals. I have served as a chair and as a member of grant review panels for major Canadian scientific funding agencies.

My research programme has been well funded by Canadian funding agencies for over 40 years. I have conducted research and published on the carcinogenicity of a large number of agents in the occupational environment (e.g. asbestos, silica, welding fumes, talcum powder) and in the general environment (e.g. smoke from wood stoves, urban air pollution) and lifestyle factors (e.g. smoking, alcohol, use of cell phones).

I have taught and supervised epidemiology students and many of my former trainees are now faculty members in universities around the world.

I have had a long association with the International Agency for Research on Cancer (IARC). IARC is the premier institution in the world for cancer epidemiology and for environment and cancer research. It has several mandates, including the organization and compilation of standardized high quality data on cancer incidence around the world, the conduct of original research, and the evaluation of the carcinogenicity of different agents with which humans come into contact. Since the inception of the program to systematically evaluate possible carcinogenicity of chemical agents in 1971 (widely known as the IARC Monograph program), there have been about 134 meetings held and approximately 1200 agents have been evaluated. Research results from my team have been cited as part of the information base on over 70 of the 1200 agents that have been evaluated, making my team one of the most, if not the most, cited epidemiology teams in the history of the IARC Monograph program.

My association with IARC began when I did a post-doctoral fellowship there in 1977-79. Over the intervening years I have collaborated with scientists at IARC on various research projects. I was a member of the 18-member Scientific Council of IARC from 2006 to 2010 including two years as elected Chairman of the Council. The Scientific Council oversees all of the scientific activities at IARC; its members are named by the member states of IARC. I have been invited to sit on IARC Monograph international expert panels for 5 of the 70 panels convened in the past 25 years. One of the IARC Monograph panels of which I was a

Case 3:16-md-02738-MAS-RLS    Document 33123-3    Filed 08/22/24    Page 343 of 972
PageID: 240550
Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

member was tasked with evaluating: "Carbon black, titanium dioxide and non-asbestiform talc." Out of the 16 invited experts who participated in the meeting as members of the Working Group, I was selected to chair the meeting.

Subsequent to the IARC meeting and the report of the meeting, a small subgroup of members of the IARC Working Group, of which I was a member, conducted and published a meta-analysis of the results of the studies that had been available to the IARC Working Group. (Langseth, 2008)

In addition to the above, I have participated as a co-investigator and methodological mentor in a study of ovarian cancer that a young colleague of mine at the University of Montreal, undertook a decade ago. That was a case-control study conducted in Montreal and it was intended to investigate a host of genetic, environmental and lifestyle factors in the etiology of ovarian cancer. Some results have already been published.(Leung 2019; Grundy 2020; Leung 2023) While information on use of talc was collected, that part of the dataset has not yet been analysed and published.

I am well qualified to review the epidemiologic evidence on talc use and ovarian cancer. I have participated in two published reviews of the issue. The methodologic expertise and analytical skills required to critically review and evaluate such evidence is generic to the vast area of environmental epidemiology of cancer. I am routinely asked by journals and grant agencies to provide expert opinions on topics for which I have not produced original data collection studies, but that are within the purview of my methodological expertise. While I do not claim expertise in various adjoining domains that inform this issue, including physiology, pathology, clinical oncology, experimental toxicology, geology and mineral chemistry, I have the expertise and skill to assimilate information that is provided by experts in these areas.

I have previously served as an expert witness for plaintiffs in the U.S. talc litigation in Los Angeles in 2017. (Eva Echeverria, BC628228, Johnson and Johnson Talcum Powder Cases, CA JCCP No. 4872), and I testified that talcum powder products can cause ovarian cancer.

I have previously been qualified as an expert witness by Quebec courts on behalf of both plaintiffs and defendants. Specifically, I was an expert witness for the defence, the Canadian government, in a class action lawsuit brought on behalf of residents of a town in

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

Quebec adjoining a Canadian military base where there had allegedly been a spill of trichloroethylene that seeped into the water table of the town. The residents claimed that the contamination had caused cases of cancer. (Province of Quebec Superior Court file 200-06-000038-037).

I served as an expert witness on behalf of plaintiffs and testified in 2014 in a class action on behalf of Quebec residents who contracted cancer and had been smokers, claiming that the tobacco companies were responsible for their diseases. (Province of Quebec Superior Court file 500-06-000076-980).

My curriculum vitae is attached as **Exhibit "A".** In my work as an expert for legal cases, my time is billed at the rate of $600 per hour for research, report preparation, communications with counsel, participation in depositions, and testimony in court.

I reserve the right to amend my report upon review of further scientific information. I also reserve the right to review and comment on the expert reports submitted by the defendants.


### 4.    OVERVIEW OF MY METHODOLOGY

The basis of my opinions derive from my education, training, experience, research and what is accepted within the community of leading scientists practicing in the field of epidemiology. My opinions are based on my review of the relevant materials, published in the scientific literature as well as publicly available documents, relevant depositions, reports and testimony in the talcum powder product litigation. To reach my conclusions, I have employed the same scientific methodology and rigor that I use in my research, in my publications and in the consulting and advising that I carry out on behalf of governments, public health agencies and research institutes. This includes a review of the relevant published literature, expert judgment to assess the quality and meaning of the various studies that were reviewed, and syntheses of the available evidence and any other pertinent medical and scientific evidence of which I am aware.

The methods I used to derive and present my opinions are those used in general in the assessment of causal relations in medicine and public health, and more specifically in epidemiology. The methods are based on the experience and insight I have accumulated

May 27 2024                                                                        6

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

over 40 years of research, consulting, reviewing and student supervision, from discussions and interactions with leading epidemiologists, service on multiple IARC panels, and from reading evolving ideas in the scientific literature, including such seminal works as Bradford Hill's (Hill 1965) writings on assessing causality.

## 5.    THE SCIENCE OF EPIDEMIOLOGY

This section is designed to provide a non-specialist reader with information and definitions about epidemiology and biostatistics that are needed to understand the basis of my evaluation of the relationship between talcum powder products and ovarian cancer. It is intended for readers who are not familiar with the terminology and methods of epidemiology. In this section I will not tie the concepts and definitions of epidemiology to the talc-ovarian cancer issue; that part will be left for later. Thus, the reader already familiar with epidemiology can skip over this section to go straight to the evidence that I will lay out.

Epidemiology is the science of occurrence of diseases in human populations. It is concerned with the patterns of disease occurrence and with identifying the factors that influence disease occurrence. These two sets of concerns are sometimes referred to respectively as descriptive epidemiology and analytic epidemiology. The first addresses such issues as the incidence of the disease in different geographic areas, in different time periods, or at different ages and sexes. The second addresses more focused questions on the specific environmental and/or lifestyle and/or genetic factors that might influence the incidence of disease.

Epidemiology initially grew out of the study of epidemics. Such epidemics were often of a microbial origin (e.g. viruses, bacteria, parasites). But increasingly in the 19th and especially in the 20th century, it became clear that the etiology (i.e. causation) of chronic diseases such as cancer could also be elucidated by studying their patterns of occurrence.

Epidemiology is characterized by its mainly observational and non-experimental approaches. It is a discipline that is not primarily based in the laboratory; rather it is based in society. That is the source of its strength, and its weakness. Because it deals with people in the reality of their lives, it is the most pertinent approach to understanding the links

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

between people's lifestyles and environments and their health and disease. However, because it is based in society, it by necessity confronts the extreme complexity of human lifestyles, environments and diseases. And because we cannot experiment with people's lives, we cannot control the conditions in which people are exposed. The methods of epidemiologic research are complex and differ from study to study. Statistical methods play an important role in trying to tease out the role of different variables and in determining whether the observed results may be attributable to chance, to bias or to real effects of putative risk factors. It is usually necessary to assemble evidence from several data-collection studies on a given topic before being able to draw inferences about causality.

## 5.1 Some basic measures and notions used in epidemiology

In this section I will review a number of concepts that need to be understood in order to properly understand a review of the evidence regarding talc powder and ovarian cancer.

**Prevalence of disease**. The prevalence of a disease refers to the proportion of a population who are living with the disease at any given point in time.

**Incidence of disease**. The incidence of a disease refers to the proportion of a population who are newly diagnosed with the disease during a certain period of time. The bridge between incidence rate and prevalence rate is the average duration of the disease, or how long people live with it before they are cured or pass away. In fact, while incidence and prevalence are foundational concepts in epidemiology, it is only incidence that figures prominently in the evaluation of carcinogenicity of talc.

**Risk of disease**. The risk of disease is a term that can refer to incidence or prevalence. The meaning should be clear from the context in which it is used. For studies of cancer, it almost always refers to incidence of disease. This is the way I will use the term in this report.

**"Cause" of disease.** A cause of a disease is any agent or characteristic (environmental, lifestyle or genetic) that increases the probability of getting the disease or it may simply advance or hasten the onset of the disease. It may act alone or in concert with other factors over a lifetime to cause the disease. It may act immediately (e.g, cyanide as a cause of poisoning; lack of seat belt use as a cause of car accident mortality) or it may take many

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

years for the effect to become manifest (e.g., lack of physical activity as a cause of obesity). There may be many different causes for the same disease. (See explanation of Multifactorial Etiology below.)

**Risk factor**.  As defined in the Dictionary of Epidemiology (Last 2001), a risk factor is an aspect of personal behaviour or life-style, an environmental exposure, or an inborn or inherited characteristic, that, on the basis of epidemiologic evidence, is considered to be associated with a health-related condition. The term *risk factor* is used rather loosely and depending on the context it can refer to a factor that directly causes a disease or a factor that is a strong marker for the proximal cause of the disease. As it is often used, I will mainly use the term "risk factor" as a synonym for the noun "cause" of the disease.  (e.g. "Smoking is a risk factor for lung cancer.")

**Association**.  As defined in the Dictionary of Epidemiology (Last 2001), association refers to the degree of statistical dependence between two or more events or variables. Events are said to be associated when they occur more frequently together than one would expect by chance. Association does not necessarily imply a causal relationship.

**Risk among unexposed ($R_u$)** refers to the risk of disease among persons who are not (or were not) exposed to the agent under investigation. In the context of an investigation of the association between use of talc powder and ovarian cancer, it would refer to the risk of getting ovarian cancer among women who *have never* used talc in the perineal region.

**Risk among exposed ($R_e$)** refers to the risk of disease among persons who are (or were) exposed to the agent under investigation. In this context, it would refer to the risk of getting ovarian cancer among women who *have* used talc in the perineal region.

**Relative Risk:** RR = $R_e/R_u$ = Risk among exposed/Risk among unexposed

When RR > 1.0, it indicates that exposure to the agent increases the risk of developing the disease.  When RR < 1.0, it indicates that exposure to the agent prevents the disease.

When RR = 1.0, it indicates that the exposure to the agent has no bearing on the risk of getting the disease.

**95% Confidence interval (95% CI).** This refers to the precision of an estimate of a parameter. When we estimate the 95% CI for the RR, we are saying that we are 95%

Case 3:16-md-02738-MAS-RLS     Document 33123-3     Filed 08/22/24     Page 348 of 972
PageID: 240555
Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

certain that the true parameter underlying the study is within these limits. (The mathematically true interpretation is more subtle, but this lay version is quite adequate.)

**Statistical significance of an association**: Statistical significance is a measure of the departure of a set of data from some null hypothesis. Most commonly in epidemiology, the null hypothesis would state that there is no association between a factor and a disease. The null hypothesis can be operationalized in different ways, such as that the RR = 1.0, or that there is no trend between the degree of exposure and the RR. Once a study is conducted, the results can be compared with the expected results based on the null hypothesis, and the discrepancy from the null hypothesis is measurable with probabilities. This is done either by computing a p-value or a confidence interval. If the p-value is very small or the confidence interval does not include the null value, then we say that an observed association between the putative risk factor and the disease is unlikely to be due to chance alone.

It is important to note that while statistical significance is a tool for assessing whether an observed association is attributable to chance alone, it is not a very effective tool for establishing the absence of an association. That is, the absence of statistical significance is not tantamount to proof of the absence of an association. (Rothman 2008; Amrhein 2019) The absence of statistical significance can be due to the true absence of an association, but it can also be due to the study not having sufficient statistical power or to bias or confounding in the research methods. Furthermore, it should be noted that the conventional dichotomization of results as "statistically significant" or not, based on a particular cut-point on the p-value scale (e.g., p = 0.05), is a gross simplification. The compatibility of the data with the null hypothesis of no association is in truth on a continuous scale and the dichotomization is arbitrary and potentially misleading, especially when the observed p-value is close to the arbitrary cut-point.

In practice, epidemiologists have been moving away from using and reporting p-values and statistical significance, as it has become clear that the main contribution of an individual study is to provide an estimate of the relative risk and its range of plausible values, embodied in a confidence interval. (Amrhein 2019; Wasserstein 2016)

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

**Cohort studies and case-control studies:** Epidemiologic research projects can take many different forms. The two most common types of analytic epidemiologic studies are cohort studies and case-control studies. (Rothman, Greenland, & Lash 2008)

In a cohort study, it is typical to enrol a large number of subjects, determine which ones are or have been exposed to the factor of interest (e.g., talc) and follow them for some period of time to evaluate whether those who were exposed subsequently experienced different disease rates from those who were not exposed.

In a case-control study, by contrast, we start with people who have the disease under study (e.g. ovarian cancer) and a set of controls who do not have the disease, and we collect data to determine whether the cases and the controls had different histories of exposure to the factor under study (e.g. talc).

It may be said that a cohort study proceeds from the cause to the effect, whereas a case-control study starts from the effect and backtracks to the cause. There are many variants on these basic designs.

It is sometimes claimed that a prospective cohort design produces more valid and reliable RR estimates than a case-control study. But this is incorrect as a generalization. The validity and reliability of the studies are not determined by the overall architecture of the study, but rather by the specifics of the study, including how the study subjects were assembled, the nature of the variables under study (exposure, disease, confounders), exactly how the information was collected, the statistical power, and so on. There may be many reasons why a particular case-control study is more valid than a particular cohort study.

**Relative Risk (RR) and Odds Ratio (OR).** The cohort study design leads naturally to the estimation of risk of disease among exposed, and risk of disease among unexposed, and then to the ratio of those two, which is the RR. In case-control studies, because of the way the study samples are selected, it is impossible to estimate the risk of disease or the ratio of the two risks, $R_e/R_u$. However, under certain conditions which are well met in studies of cancer, it is possible to estimate an approximation of the RR. This is called the odds ratio, referred to as OR. In the rest of this report, I will consider evidence obtained from

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

both cohort studies and case-control studies, and I will refer to the findings of these studies as RRs, even if technically speaking, the results from case-control studies are ORs.

**Bias, confounding, effect modification.** The aim in an epidemiologic investigation of a putative risk factor is to derive an accurate estimate of the RR between exposure to the agent and the disease at issue. Because the investigator does not control the conditions in which people live and are exposed to different agents and their willingness to participate in research, there are many potential sources of distortion in epidemiologic research. While there are many sources of distortion, they can be bundled into a few large families of sources of distortion. Different epidemiology textbooks bundle the sources of distortion in different ways; the choice of how to bundle them does not affect our understanding of the issues. Following is my preferred schema for organizing these issues.

*Bias* refers to a systematic distortion in study findings, resulting from the way the study was designed or the way the data are collected. Specific examples of types of bias will be discussed below as they pertain to talc and ovarian cancer.

*Confounding* is sometimes considered to be a type of bias, and sometimes it is considered a type of distortion on its own. This is merely a semantic distinction. Confounding refers to the situation where the association under study between factor F and disease D is distorted because there is a third factor X which happens to be correlated with F and which is a cause of disease D. For instance, if we want to study the association between occupational exposure to talc in mines (factor F) and lung cancer (disease D), we need to be mindful of whether cigarette smoking (factor X) is more common in talc miners than in the rest of the population. Confounding differs from other types of bias in that it depends on relationships among different variables in the population, rather than characteristics of the study design and data collection.

*Effect modification* refers to the phenomenon whereby a given factor has a different effect in one sub-population than in another. If we study the association between that factor and the disease in the entire population without distinguishing the two sub-populations, we might end up with an estimate of the association that does not convey accurately the association in either sub-population. For instance, if it were the case that a certain genetic characteristic G increases the risk of pre-menopausal ovarian cancer but

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

has no impact on post-menopausal ovarian cancer, then a study of the association between G and ovarian cancer that does not stratify the data by menopausal status, would find an RR result somewhere between the null value among post-menopausal women and the RR value among pre-menopausal women. Depending on the proportions of pre- and post-menopausal women in the sample, the overall RR might be so close to the null, that we might erroneously conclude that there is no association at all. In this example, it might actually be quite simple to detect the effect modification, since age is always recorded and menopausal status is usually recorded and investigators are sensitized to the possible effect modification of female cancers by hormonal status. Other potential effect modifiers may not be so easily available and they might not be on the radar screens of investigators. Effect modification can in some unusual circumstances completely wipe out a true causal association (as when the agent causes cancer in some people but prevents cancer in others!). But generally, if there is a causal effect of the agent in one stratum of the population and no association in another stratum, and if we fail to stratify the population according to the effect modifier, it will have the effect of producing an overall RR that is lower than it truly is in the sensitive stratum and higher than it truly is in the insensitive stratum.

Effect modification is closely related to and sometimes synonymous with interaction or synergism.

***Publication bias*** refers to the tendency for some evidence never to "see the light of day". Namely, when results are "negative" or "null", it may be that investigators never bother to submit them for publication, or alternatively that editors refuse to publish them. This happens, most likely, when the hypothesis under study is not particularly topical or controversial, and when the study is small.

In this section I have briefly outlined some potential sources of distortion of a typical epidemiologic study. I have done this in a high-level generic way. Below, after presenting results of my review of pertinent literature on powders and ovarian cancer I will return to commenting on the possible impact of such distortions in this body of literature.

May 27 2024                                                                        13

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

**Exposure variable and exposure metric**

An ***exposure variable*** can be anything that can influence the occurrence or outcome of disease. The term is used for such disparate entities as external components of what we eat, drink, breathe, hear or see and microbiological organisms, chemicals or forms of radiation.

Depending on the nature of the variable, information on an exposure variable can often be ascertained from epidemiologic study participants by questioning them. This is the case for variables like cigarette smoking or use of talc powders. For some variables, like exposure to a virus or to specific air pollutants or occupational chemicals, it is usually necessary to invoke more intensive data collection methods to ascertain exposure.

An ***exposure metric*** signifies a way of defining a variable for statistical analysis. The simplest metric is a binary variable: exposed or unexposed. For most exposure variables, like exposure to talc powder, there can be a very wide range of degree of exposure. And it is pertinent to create more nuanced exposure metrics that take into account the degree of exposure that different people have experienced, metrics such as duration of exposure, intensity or frequency of exposure and even cumulative measures of exposure over long periods of time.

**Measurement error**. Whenever we are measuring a variable in an epidemiologic study, be it smoking, or weight, or socio-economic status, or blood pressure, or any other variable, it is virtually inevitable that there will be some degree of error in the measurement. There are ways of collecting data that make them more or less likely to involve error, but it is almost impossible to ensure that variables are measured with perfect validity and precision. Even such a variable as the diagnosis of ovarian cancer is subject to differences of opinion among pathologists and oncologists and the presence or absence and the histologic type of tumour is not a guaranteed 100% perfect diagnosis. The ascertainment of the lifetime history of talc exposure by means of an interview with a woman in middle age or later in life is certainly susceptible to the caprices of memory and the way the questions are formulated may influence the validity of respondents' reports of lifetime exposure patterns. It is likely that habits that were performed regularly and recently are more reliably recalled than activities that were sporadic or that only occurred

Report on talcum powder use and ovarian cancer                          Jack Siemiatycki

many decades earlier. Similar issues arise for all other variables collected in such studies. We refer to measurement error as random (or non-differential) if the degree of measurement error does not differ between cases and controls in case-control studies or between exposed and unexposed in cohort studies. As a general rule, it can be asserted that random (or non-differential) measurement error has a predictable distorting effect on the RR. Namely, while there are some rather obscure exceptions, non-differential measurement error tends to attenuate the RR towards the null value of 1.0, and the more measurement error, the greater the attenuation. A simple explanation is that the presence of measurement error in assigning exposed vs unexposed status leads to dilution of both the exposed group and the unexposed group. That is, the ostensible exposed group (i.e., those people who will be labelled as exposed based on the study data collection) will contain some who are truly unexposed and the ostensible unexposed group will contain some who are truly exposed. If there really is a difference in risk between the true exposed group and the true unexposed group, this difference will be watered down by the inadvertent inclusion in each group of those who are really in the opposite group. An illustrative analogy is the cross-contamination of two cans of paint. Suppose we have a can of pure white paint and a can of pure red paint. Suppose we have a way of quantifying the difference in colour tone between the two paints. Then suppose we take some spoonfuls from the red can and pour them into the white can, and likewise take a few spoonfuls of the white paint and pour them into the red can. Now the colour contrast between the two cans has been attenuated. The colour contrast in this example is like the relative risk in an epidemiological study which has been attenuated because the exposed and unexposed groups have been cross-contaminated.

**Dose-response**. It is important not only to assess whether there is an association between a variable and a disease when the variable is defined in a binary (exposed vs unexposed) way, but also when the variable is defined in a quantitative or semi-quantitative way. When we analyze the risk as a function of the degree or duration or intensity of exposure, we refer to this as a dose-response (or exposure-response) analysis. The example of smoking and lung cancer is instructive about the value of different metrics, though it cannot be assumed that all risk factors act the same way. Studies using the binary metric for smoking (smoker/non-smoker) have been very consistent and persuasive in

Case 3:16-md-02738-MAS-RLS    Document 33123-3    Filed 08/22/24    Page 354 of 972
PageID: 240561
Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

demonstrating an association between smoking and lung cancer. Further, when data are collected and analyzed regarding the degree of smoking, it becomes clear that there is a monotonic dose-response relationship. That is, the more smoking, the higher the risk. And the quantitative metric that manifests the strongest association with lung cancer is the cumulative amount smoked over the lifetime. This is perfectly logical. Since the cumulative exposure metric embodies information on duration and on intensity, it can hardly be less predictive of risk than either of the dimensions alone.

However, we cannot assume that there is a universal form of a dose-response relationship for every true causal relationship. Most commonly, in toxicology and epidemiology, the relationship between exposure and risk is monotonic; that is, as one increases, so does the other. There are many possible forms of monotonic relationships; this includes linear relationships (i.e., where a straight line on a graph describes the relationship) or exponential or many other curvilinear forms. It is also possible that there may be a threshold effect (the risk only becomes apparent after a certain level of effective exposure) or some other non-standard relationship.

Both the qualitative metrics (ever/never) and quantitative metrics (a lot of use compared with a little use) are valid and useful metrics.

**Sample size** refers to the number of participants in the study. As a generalization, large studies produce more statistically stable and precise estimates than small studies. In fact, the stability of estimates or precision of estimates is not a simple function of the number of participants, or subjects, in a study. The precision of estimates depends, among other things, on the type of epidemiologic design.

In a case-control study, the main determinants of precision are the numbers of cases and controls and the prevalence of exposure in the two groups. In a cohort study, the main determinants are the numbers of participants, prevalence of exposure, and the incidence of the disease of interest over the period of follow-up in the exposed and unexposed groups.

There is sometimes confusion about the notion of sample size when we compare cohort studies with case-control studies. The operational aspect of an epidemiologic study of cancer that most influences the precision of an estimate of RR is not the total number of

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

participants; rather, it is the smaller number between the number of exposed cases of disease and the number of unexposed cases. In a typical prospective cohort study, one might need to enrol 100,000 participants in order to end up with a certain number of cases (say, 500 cases) of the disease of interest (e.g. ovarian cancer). In a case-control design we might only need to enrol around 500 cases and 1500 controls to achieve the same statistical power as would be achieved by a cohort study of 100,000. The formal justification for this assertion is quite mathematical, and has to do with the fact that a sample of a population can give very accurate estimates of the characteristics of an entire population. Thus, the simple comparison of 100,000 participants in a cohort study and 2,000 participants in a case-control study is in no way a valid marker for the relative statistical power of the two hypothetical studies.   It is definitely not appropriate to merely compare the numbers of participants as an indicator of study validity.

While precision is based on multiple factors and while different factors are considered in case-control and cohort studies, there is a parameter which embodies the different factors quite well, and which is common to both case-control and cohort studies, namely, the number of exposed cases. For this reason, in laying out the various study results below, in addition to the relative risk estimates and their confidence intervals, I will show the numbers of exposed cases.

While it may affect the precision of estimates of RR, the size of the study does not in itself systematically affect the estimates of RR. That is, it is not the case that small studies produce systematically exaggerated RR estimates or systematically low RR estimates. However, small studies can produce more wildly divergent RR estimates than large ones, in either direction, towards the null or away from the null.

**Meta-analysis and pooled analysis.** There are two distinct ways that evidence from multiple studies can be combined to derive a new overall statistical summary or synthesis of those studies, a meta-analysis and a pooled analysis.  A meta-analysis uses the published results from each study and averages those results using some optimal weighting procedures.  In order to implement a meta-analysis, it is necessary to find all relevant studies on a topic that have published results in a fairly standardized way.  The statistical algorithms typically used to average the results from different studies also

Report on talcum powder use and ovarian cancer                               Jack Siemiatycki

provide statistics that evaluate the extent to which the results from the different studies are heterogeneous. The interpretation of such heterogeneity statistics is not straightforward. If the results from different studies are homogeneous, they add to the confidence in the meta-estimate. If the results are heterogeneous, they may indicate that the association is really different in different populations, or that there are some methodological characteristics of the different studies that have influenced the results in different ways. Unless a significant methodological flaw can be identified that has caused the heterogeneity, the best overall estimate remains the meta-estimate.

A pooled analysis is one in which the investigator gets access not only to the published results from different studies, but rather to the individual data of every person in each study. The latter is harder to achieve because it requires a great deal of input, collaboration and participation of the investigators of each of the original component studies. By contrast, a meta-analysis is much easier to organize as it requires  the investigator to only assemble the publications of each study. Because a pooled analysis allows for standardization in the definition of variables and statistical models, it can be a more powerful means of summarizing data than the original studies themselves.

**Multifactorial etiology of disease**.  Chronic diseases such as cancer are multifactorial in two distinct ways.  On the one hand, each case of disease results from the unfortunate conjuncture of a combination of factors (for example, genetic predisposition, diet, environmental pollutant, occupational exposure, medical intervention, viral infection, lifestyle habits, etc.) which combine over a lifetime to initiate and promote development of the disease. In this sense, each of the factors that are part of the combination for that person was a necessary contributor to the disease process, although it was not sufficient on its own to provoke the disease. Despite the fact that none of the factors were sufficient to produce the disease on their own, each of the contributory factors may be considered to be a cause of the disease.  The disease would not have arisen if any of the contributory factors had been absent.  This is one meaning of the multifactorial etiology of disease.

The second meaning is that the combination of factors that induce cancer in one person may not be the same as the combination that induces cancer in another person. Indeed, at the population level, there may be many combinations of causal factors for the same

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

disease. Some factors may be common to different combinations. For example, it may be that in one case of lung cancer, the combination of factors included genetics, exposure to air pollution, exposure to radon in the home, and smoking; while in another person, the combination of factors included genetics, insufficient dietary consumption of anti-oxidants like carotene, exposure to asbestos, and smoking.

**Some characteristics of carcinogens and epidemiologic research on cancer:** The following characteristics of most known carcinogens provide a framework for some of the thinking behind the design and interpretation of epidemiologic studies of cancer.

- There is typically a long induction period between exposure to a carcinogen and appearance of the disease.  Thus, if a study has not allowed for a sufficient passage of time between the exposure and the disease, the result may report that there is no risk, where in fact there is a risk, but insufficient time has elapsed to make the risk visible.

- There is variability in the carcinogenic potency of different carcinogenic agents; some induce much greater relative risks than others.

- For any given carcinogen, the degree of risk due to exposure generally increases as the exposure level increases, but the shape of the dose-response curve may differ from one carcinogen to another.

- Most known human carcinogens were first discovered as such either by means of astute observation of a clinician noticing a cluster of cases among people who shared a common characteristic (such as working in a particular workplace) or by means of epidemiological research. In most cases, there was no known mechanism to explain the association at the time. Where the mechanisms have been elucidated, they were usually discovered subsequent to the epidemiologic demonstration of a causal relationship. (Siemiatycki 2014)

## 5.2     Bradford Hill "features"

Because of the complexities of epidemiologic research, there has been some concern with how epidemiologic evidence should be used to draw causal inferences. Various authors have written about the types of information that might be considered in assessing

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

whether a body of evidence demonstrates a causal relationship. A set of features, developed in the context of the Surgeon-General's Report on Smoking and Health (1964) and authored by Bradford Hill in 1965, has achieved a wide consensus in the epidemiologic community as a pedagogical guide.  Hill himself referred to these as "aspects", "features" or "characteristics" of an association, and warned against treating them as "hard-and-fast rules of evidence that must be obeyed". (Hill, 1965) He deliberately avoided referring to them as "criteria."

Since Hill wrote those thoughts at the beginning of the era of modern epidemiology, without the benefit of decades of practical experience in the way those thoughts were taken up, and how they applied to issues other than smoking and cancer, it is understandable that the practice of evaluation of causality has evolved. A first observation, often overlooked, is that Hill took as a starting point for his writings that chance (or random variation) had been considered as an explanation for the smoking-cancer association and was determined to be an unlikely explanation. This explains why the statistical significance of the association is not included in Hill's list. In the historic context of 1964-1965 and the debates around smoking and cancer, this was a reasonable assumption to make, but for any other putative associations, this must be considered. Over the years, respected authors have paraphrased and updated these aspects in various ways, and this will undoubtedly continue. For instance, leading textbooks of epidemiology as well as the Reference Guide on Epidemiology of the Manual on Scientific Evidence (2011) all have different selections and formulations of Hill's guidelines.

In the light of 50 years of practical experience after these guidelines were written, and based on my practical experience of evaluating causality in many forums and on many topics, I would paraphrase (and modernize) Hill's guidelines as follows:

Strength of the association. This can be measured by different parameters, but for cancer studies, it is usually measured by the magnitude of the relative risk or odds ratio or risk ratio.

Statistical significance of the association. While this feature was not explicitly listed by Hill, it is nonetheless in practice an implicit and distinct consideration in assessing causality.  If the estimated RR is quite high, indicating a strong association, but is based on

Report on talcum powder use and ovarian cancer                      Jack Siemiatycki

a very small study with low precision, this might be solely due to statistical variability. (For instance, when we flip a balanced coin 10 times, we do not always end up with 5 heads and 5 tails. Sometimes, by chance, we may end up with 6 heads and 4 tails. Does this prove that the coin was not balanced?) Evaluating the role of statistical chance as a possible explanation of the observed association is important. As explained above, the absence of statistical significance is not strong evidence of an absence of a real cause-effect relationship.

Dose-response relation. If the relative risk increases when the exposure increases, it enhances the likelihood that the observed association is really causal. There are some counter-examples, however, where the effect is only observed after a threshold of exposure has been crossed. There are various ways to assess whether there is a dose-response relation. As pointed out by Hill, a challenge in assessing dose-response is to establish reliable and measurable quantification of exposure. In studies of lifestyle habits like use of talcum powder products, the most common way is to estimate the RR in increasing categories of exposure metrics such as duration (years) of usage, or intensity of usage (frequency per day or per week or per month), or cumulative amount of usage (a combination of duration and frequency).

Absence of bias and confounding. There are many forms of bias and confounding that can infiltrate an epidemiologic study. The likelihood of a true causal association would be enhanced if we can confidently exclude all the plausible sources of bias and confounding as explanations for the observed findings. This guideline can also be considered as a component of a guideline to consider other possible explanations for the association.

Temporality. It is clear that the exposure should precede the outcome (i.e. the disease). To ascertain whether the cancer was a result of the exposure or the exposure occurred after the cancer onset seems like a simple thing, but sometimes it can be difficult to ascertain with certainty.

Cessation of exposure. It would add to the credibility of the association if it had been demonstrated that subjects who cease exposure to the agent experience reduced risks of disease compared with those who continue to be exposed. In practice this is an extremely difficult characteristic to demonstrate, partly because of the difficulty or even ethical

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

impossibility of changing people's habits for scientific experimentation purposes. But occasionally there may be a "natural experiment" wherein large numbers of people cease their exposure and the effects can subsequently be measured in an epidemiologic fashion.

Specificity of the association. It was believed that individual risk factors have specific pathological effects, and Hill posited that if we observe that a given agent is associated with many different pathologies, it increases the likelihood that these are somehow spurious observations, resting on some type of bias in the studies of that agent. In reality, this Hill characteristic has fallen out of usage in the intervening years with the demonstration that some agents can indeed provoke multiple different pathologies. Examples of agents that can cause multiple diseases include cigarette smoking, ionizing radiation and asbestos fibers.

Consistency of findings between studies (or replication of findings). Because epidemiologic research is susceptible to errors from random variability and from different kinds of study biases, it is important to establish that similar results are replicated in different studies, before accepting the apparent association as a generalized phenomenon. The generalizability of the inference of a causal relationship is enhanced when different studies also encompass different study populations in different communities. Generally speaking, the observation of consistent results in different studies adds to the credibility of an inference that there really is a causal relationship.

Coherence with other types of evidence. In the case of tobacco and cancer, it was seen that the historic trend in lung cancer mortality rates in the US and UK followed quite closely the national trends in consumption of tobacco, with a 20-year lag. This was interpreted by Hill as corroboration of the results observed in case-control and cohort studies. Epidemiologic evidence of coherence could conceivably take many forms, and the opportunity to assess coherence is something that is specific to the factor and the disease under investigation. Assessment of coherence with historic mortality trends would only be possible in the case of a factor whose exposure in the population changed quite rapidly and dramatically over time in a way that can be documented, and for which the attributable fraction of the disease due to that factor is very high. This was the "perfect

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

storm" of circumstances that allowed for an assessment of the tobacco-lung cancer association by means of time trend correlations.

Analogy. Hill reasoned that if a factor is somehow similar to another factor that has already been shown to be a risk factor for the disease, then it increases the plausibility of a similar impact due to that putative factor. This is such a vague guideline, with no clear implementation suggestions, that it is not often referred to and rarely implemented.

Biologic plausibility. This guideline can encompass many dimensions of information, including physiology (can the agent or its metabolites reach the organ in which the cancer occurs?), animal carcinogenesis (does the agent produce tumours in experimental animals?), cell studies that reveal mechanistic data, and other biologic information on the toxicology of the agent.

Implementing Hill's viewpoints. As Hill himself insisted, sophisticated users of these viewpoints do not use them as a formal checklist. He summarized his views as follows:

> « What I do not believe ... is that we can usefully lay down some hard-and-fast rules of evidence that must be obeyed before we accept cause and effect. None of my nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as a *sine qua non*. What they can do, with greater or less strength, is to help us to make up our minds on the fundamental question - is there any other way of explaining the set of facts before us, is there any other answer equally, or more, likely than cause and effect? »

The authors of the U.S. Reference Guide on Epidemiology of the Manual on Scientific Evidence (2011) clearly stated that Hill's viewpoints should not be interpreted as formal criteria, but rather are more in the nature of a memory aid to help us review the evidence about any given causal association. They stated it this way: "There is no formula or algorithm that can be used to assess whether a causal inference is appropriate based on these guidelines."

The ideas embodied in Hill's guidelines permeate our thinking about how to evaluate causality, but the operationalization of these guidelines is specific to the problem and to the expert making these determinations. I have served on many panels to review evidence of causality on one topic or another, including on several IARC Monograph panels that

reviewed evidence of carcinogenicity. The IARC process, like the others I have participated in, does not use the Hill features in any rigid formal way. Thus any suggestion that Hill's "aspects" or "features" or "characteristics" of an association should be used as a formal checklist of criteria is simplistic and wrong. To do so would contradict the opinions of experienced epidemiologists, many textbooks, the Reference Manual on Scientific Evidence, and Bradford Hill himself.

In this section, I have laid out and explained the Bradford Hill guidelines in a generic way. Below, in section 10, I will consider how these apply in the context of the talcum powder – ovarian cancer issue.

## 6.    EPIDEMIOLOGIC EVIDENCE REGARDING TALC EXPOSURE AND OVARIAN CANCER – GENERAL CONSIDERATIONS

Following a report that talc particles were detected in tumour tissue from women with ovarian cancer (Henderson 1971) and a report from an epidemiologic study of an association between the use of cosmetic talc powder by women and the risk of ovarian cancer (Cramer 1982) there were several subsequent epidemiologic studies on the topic. By the early 2000s the issue was garnering considerable attention in the scientific community. The International Agency for Research on Cancer, the premier agency for evaluation of carcinogens, decided to conduct a review of the issue in 2006. Following that review, there have been further studies conducted on the topic.

### 6.1    IARC evaluation of talcum powder products

As mentioned above in Section 2, the International Agency for Research on Cancer (IARC) is the premier institution in the world for cancer epidemiology and for environment and cancer research. One of its mandates is the evaluation of the carcinogenicity of different agents with which humans come into contact.  This mandate is carried out by the Monograph Programme of IARC. This is achieved through a process that involves identifying chemical or physical agents for evaluation and convening specially selected international expert panels that are mandated to review all pertinent evidence on the topic and write a thorough review culminating in an evaluation of whether the agent(s) are human carcinogens.

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

In February 2006, there was such an IARC Monograph meeting to evaluate some agents, including talc. The IARC Working Group comprised 16 highly respected and recognized scientists from around the world. I was asked to Chair the Working Group. We reviewed all the evidence that was available up to that point in time. This certainly included epidemiologic evidence, but it also included evidence from experimental toxicology, physiology, molecular biology and other domains. The IARC Monograph Programme has a formal system for classifying agents. At the time of that IARC review of talc, the Monograph Working Groups had to classify each agent under review into one of the following categories:

| | |
|---|---|
| 1 | Carcinogen |
| 2A | Probable carcinogen |
| 2B | Possible carcinogen |
| 3 | Not classifiable |
| 4 | Not carcinogenic[2] |

After reviewing the evidence on talc, the panel concluded that talc was a "possible carcinogen" (2B), based primarily on epidemiologic evidence regarding the association between dusting powders and ovarian cancer. Here is the definition of this category from the IARC Monograph:

"Group 2B: The agent is possibly carcinogenic to humans.

This category is used for agents for which there is *limited evidence of carcinogenicity* in humans and less than *sufficient evidence of carcinogenicity* in experimental animals."

This 2B categorization was based on the panel's decision that there was "limited evidence of carcinogenicity in humans", which is in turn defined by IARC as follows:

"Limited evidence of carcinogenicity in humans: A positive association has been observed between exposure to the agent and cancer for which a causal interpretation is considered by the Working Group to be credible, but chance, bias or confounding could not be ruled out with reasonable confidence."

---

[2] In 2019, IARC eliminated this category from the classification because the Monographs program has adopted the strategy of not selecting an agent for review if there is no evidence suggesting carcinogenicity. (Samet et al 2020)

Report on talcum powder use and ovarian cancer                          Jack Siemiatycki

Subsequent to the completion of the IARC Monograph on talc, a subgroup of the epidemiologists who were on the IARC Working Group, including myself, reviewed the evidence again, but with a view to producing a meta-analysis of the results from the most informative studies conducted to that time. This resulted in the paper by Langseth et al. (2008). This paper was not an IARC publication.

## 6.2     Some general considerations

### 6.2.1     *What were women exposed to in body powders*

Talc has been the main ingredient of body powders used by women over the past century. "Talc particles are normally plate-like. When viewed under the microscope in bulk samples or on air filters, they may appear to be fibers ... Talc may also form as true mineral fibers that are asbestiform; asbestiform describes the pattern of growth of a mineral that is referred to as a 'habit'. Asbestiform talc fibers are very long and thin." (IARC 2010)  The structure of platy talc is characterized by a hexagonal sheet arrangement of silicon-oxygen tetrahedral groups in a common plane which creates a double-sheeted structure.  These sheets are easily separated which accounts for the "silky" or "smooth" feel of talcum powder products (IARC, 2010).  As a mined mineral, the precise chemical and physical characteristics of talc are in part determined by the particular geological formations from which it is extracted. The local conditions can also produce "impurities" in the extracted talc including asbestos, quartz and various metals. It is claimed that cosmetic talcum powder products normally contain >98% talc (Zazenski *et al.*, 1995) but the purity may have been lower in the past. (IARC 2010)

Asbestos is a commercial term that comprises six minerals that occur in the asbestiform habit: actinolite, anthophyllite, chrysotile, grunerite, riebeckite and tremolite. Apart from chrysotile, the other types of asbestos can occur in a non-asbestiform habit, just as talc can occur in both a non-asbestiform and asbestiform habit. Some types of asbestos are found in the same geological formations as talc. (IARC 2010)

By the 1970s it was reported that asbestos fibers were found in commercial talcum powder (Cralley 1968; Rohl 1976), though there was some doubt expressed regarding the quantification of the exposure and the ability to discriminate between asbestiform and non-asbestiform talc.  (Krause 1977; IARC 2010) The talc industry was constrained to

remove asbestos from talcum powder products. Representatives of the talc industry have claimed that talcum powders have been free of asbestos and fibrous talc fibers since the 1980s, but this assertion has increasingly come under doubt as a number of labs have reported finding asbestos fibers in talcum powder products. (Paoletti 1984; Blount 1991; Gordon 2014; Longo 2018; Longo 2019) These various studies that have reported finding asbestos in historic talcum powder samples have been challenged by CIR 2013 and by Anderson 2017.  These various findings and opinions are somewhat complicated by the fact that both talc and asbestos have varied chemical and physical characteristics and various methods can be used to measure them.  Nonetheless, it appears that talc powder contained asbestos for many years after it was claimed to have been removed. There is evidence of asbestos in talc from studies and testing performed  by J&J, FDA, and consultants  who tested historic samples of JBP over 4 decades.

Asbestos, and all forms thereof, has been evaluated to be carcinogenic. It has long been recognized that inhalation of asbestos carries with it a risk of lung cancer and of mesothelioma, a cancer of the lining of the lungs, as well as larynx cancer. What has only been recognized in the early 2000s is that women who are exposed to asbestos experience an excess risk of ovarian cancer. (Straif 2009; IARC 2012) This conclusion was based on five studies; a subsequent meta-analysis reported that the RR of ovarian cancer among asbestos-exposed women was highly statistically significant 1.77 (1.37-2.28). (Camargo 2011) The route of exposure that generates risk of ovarian cancer among women exposed to asbestos is not clear;  however inhalation and migration of asbestos particles to the ovaries is a credible biologically plausible mechanism.  (Miserocchi 2008)

Among the metals detected in talcum powder products are some which are recognized carcinogens, namely nickel and chromium. The extent of the contamination of talcum powder products by these metals, during the entire period of commercial production of talcum powder products over the past several decades, is not known. Nor is it known how these exposures measure up to the exposure levels to these metals that may cause cancer. However, evidence that asbestos and some other known carcinogens have been detected in some commercial cosmetic talcum powder products and credible mechanisms that such particles can translocate to the ovaries are considerations in deriving an opinion on

Case 3:16-md-02738-MAS-RLS    Document 33123-3    Filed 08/22/24    Page 366 of 972
PageID: 240573
Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

biological plausibility, and I will consider these below in my discussion of biological plausibility of a causal link between talcum powder products and ovarian cancer.

Alternative formulations of baby powder include cornstarch formulations, which have become available in the past 40 years. Both talc-based and cornstarch-based powders have been on the market over this period of time.

### 6.2.2   *Types and routes of exposure and ascertainment of exposure information*

Body powders can be used on different parts of the body and can result in exposure via different entryways to the body. Among common types of usage are: on the perineum, on feet, on underarms, on sanitary napkins, on diaphragms or combinations of these, or "all over" or via use by male partners on condoms, and so on. Among women who used powders, there can be an enormous range of usage from a few occasions in a lifetime to profuse daily usage. Among the many dimensions of talcum powder exposure that might influence the risk of cancer are the following: manner in which the talc was applied, age at which exposure began; if it ended, age at which it ended and years since it ended, frequency of use per day, week or per month, multiple applications including to genitals, undergarments, sanitary napkins, etc., and whether and how usage varied at different ages.

In the case of exposure to cosmetic talc powder, the most common and practical way of ascertaining exposure in an epidemiologic study is to question women. There are many ways this can be done, and indeed many types of questionnaires have been used in epidemiologic studies. A very simple format that has been used is to ask a question such as "have you ever used powders on your body?" But, the validity of the response might be enhanced if the question is framed in a manner that gives a clearer explanation of what the investigator means by "ever used" and by "on your body". An example of a more pointed question would be: "Have you ever used powders that contained talc on your genital area more than once a week for at least 6 months of your life? This would include powdering your genital area directly or powdering your underwear or powdering your diaphragm or powdering your sanitary napkin. If yes, at what age did you begin? At what age did you stop? How often did you do this?" The challenge for the researcher is to strike the right

Report on talcum powder use and ovarian cancer                Jack Siemiatycki

balance in formulating questions, between simplicity of the question and clarity of what the question means.

There are scores of ways such questions can be asked, and there has been great variability in the methods of questioning among the different studies of powder use and ovarian cancer. In most studies, the questionnaire question about Ever Use was actually about Ever Regular Use, not Ever Occasional Use. Further, information on duration and amount of usage can be detailed or cursory. Some studies have used a single simple question, while others have used scores of questions to get at the lifetime history and many facets of powder use. Even if detailed information is collected on the questionnaire, this does not necessarily mean that the investigator will analyze and report results in relation to every permutation of possible usage patterns. It might just create a lot of "visual noise" to do that, and it would usually be discouraged by journal editors.

### 6.2.3   *Outcome variable – ovarian cancer*

Ovarian cancers can be diagnostically classified in different ways according to cell type and invasiveness of the tumor. *A priori*, it is not known whether a risk factor affects all subtypes of ovarian cancer or only certain ones, and even if it does affect all types, whether it affects all types equally. Thus, it is in theory desirable to examine risks in relation to each type of ovarian cancer. But there are two practical impediments to this *desideratum*. Depending on the source of clinical information, the epidemiologic investigator might not have access to information on the subject's type of ovarian cancer. The second impediment is one concerning statistical power. When information is available to an epidemiologic investigator regarding these dimensions of classification of the tumour, there is a trade-off in statistical power between "lumping" all types of ovarian cancer and "splitting" into different subtypes which might produce uninterpretable and undesirable "visual noise".

### 7.     META-ANALYSES REGARDING TALCUM POWDER PRODUCTS AND OVARIAN CANCER: MY PROCEDURES

In the context of this legal action, my mandate is to review all relevant scientific evidence available to date, in order to provide the court with my opinion regarding the link

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

between talc powder exposure and ovarian cancer. The methodology I employed is the same one I have used in my career as an internationally recognized researcher.

**Table 1** lists the components of the process I undertook to accomplish my mandate.

### 7.1    Information consulted for the present review

I carried out an up-to-date review of the scientific literature, primarily the epidemiologic literature, concerning the association between use of talc powder and risk of ovarian cancer. In fact, this was built on a platform of information I had acquired initially as a result of participating in the 2006 IARC review of talc, and then up-dated in 2017-2018 when I was involved as an expert in a US court case regarding the risk of ovarian cancer following exposure to talcum powder. In preparation for formulating my opinions in that case, I assessed, researched, reviewed, and consulted a large number of documents.

Since my involvement in that case, I have maintained an active interest in the topic and I have continued to scan the scientific literature for newly emerging publications. Cumulatively, the documentation I have considered includes, but is not limited to: the IARC Monograph Programme on talc, which reviewed all informative evidence that had been published before 2006,[3] all original epidemiological studies published on this topic, all meta-analyses and opinion pieces,  and review papers or reports on experimental toxicology, molecular biology, and mechanisms of talc toxicology. While I considered evidence from toxicology research, the central focus of my review has been on the epidemiologic evidence. I systematically reviewed the lists of references of all relevant studies referenced in the reports at my disposal to identify yet more relevant publications on talc and cancer. I recently conducted a Pubmed search and this did not produce any new informative publications that had not already been identified.  A complete listing of the publicly available documents that I consulted for the present report, as well as references cited explicitly in this report, is provided in the **Bibliography**.

---

[3] Note that although the IARC publication on talc was published in 2010, the meeting on which it is based was held in 2006.

Report on talcum powder use and ovarian cancer                                          Jack Siemiatycki

## 7.2    Selecting studies for inclusion in reviews and meta-analyses

For the purpose of preparing this report, my first task was to find the relevant publications and to set out the distinct pieces of epidemiologic evidence, namely the results of different studies. A meta-analysis should focus on original results in published studies, and should not include opinion pieces, reviews, and previous meta-analyses. After eliminating those, I reviewed each paper that presented original results and I excluded the those that I judged to be uninformative for a meta-analysis of talc and ovarian cancer, namely: Eltabakh 1998 (cases were peritoneal tumours and controls were ovarian tumours); Hankinson 1993 (no numerical results presented); Jordan 2007 (benign tumours only); Langseth 2004 (not based on perineal application of powder).

**Appendix A** provides a list of 40 publicly available publications that have included some original results that pertain to the association between powdering and ovarian cancer. The appendix shows which publications were included and which papers were excluded from my main meta-analysis. For each of the 21 excluded papers, the table also shows the reason. The primary reason for exclusion was that the results presented therein were subsumed by a subsequent publication by the same research team or as part of a pooled analysis of multiple studies.

**Appendix B1 and B2** shows the 24 studies that were ultimately included in the main meta-analysis or in one of my meta-analyses, and brief descriptions of the administrative and contextual features of each study (Appendix B1) and the variables used in the analyses (Appendix B2). Most studies were conducted in the USA. Most were case-control studies and of the case-control studies, all but four used some type of population control series. Most studies had fieldwork data collection in the 1970s and 1980s; only a few studies started data collection after 2000.

Different studies had different questions in the questionnaire regarding talc powder exposure and different studies reported different variables. The questionnaires usually elicited lifetime use that was more than very sporadic, with terms like "regular" use. The Gonzalez 2016 cohort study failed to ask about lifetime exposure before the interview; they asked about usage only in the preceding 12 months.  The Gates 2010 paper was based on the NHS cohort Study which asked about the use of talc up to 1982 but not

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

afterwards. Indeed, it was typical in the cohort studies to collect the information about talc exposure at the baseline of recruitment of the woman and to not obtain any subsequent information on talc powdering behaviour. The tacit assumption of such a procedure is that the woman's powdering behaviour did not change over the years or decades of follow-up. Some studies asked separately about different routes of exposure and then rolled them together in statistical analyses, while some rolled all routes of exposure together in their questioning. The term that I show in Appendix B2 is the term that the authors reported in their publication of results; it is sometimes rather cryptic. Appendix B2 also shows the variables that the authors reported having used as adjustment variables. Sometimes these are variables that were explicitly included in final statistical models, and sometimes these were dealt with in a more indirect way such as a staged analysis in which a screening is conducted using a change-in-estimate procedure.

### 7.3      Extraction of RR results from all informative publications

Each publication typically contains multiple results regarding powdering and risk of ovarian cancer, depending on such considerations as the type of ovarian cancer, route of exposure, the metrics of exposure and the subsets of the study population. For instance, some studies reported results based on particular ways of using the powders, such as on feet or perineal use or use after bathing or use on sanitary napkins or use on diaphragms or use by male partners, and so on.  And many studies just reported results for all routes of perineal exposure combined.

From the publications listed in the Appendices, I extracted all results showing RRs between talc powdering and ovarian cancer, and I had these results put into a Filemaker database. This was a value-free exercise. I made no judgement at that stage about relevance or quality of the study or the published results. It was only an attempt to lay out in one "place" the whole of the evidence and to prepare for subsequent analyses. There were over 750 results in this database. On average, each publication contained about 18 different RR results of various aspects of talc powder exposure and various types of ovarian cancer. Some contained fewer and some contained many more. (For instance, one study publication contained 180 results, with varying types of ovarian cancer and varying definitions of exposure to powdering.)

Report on talcum powder use and ovarian cancer                        Jack Siemiatycki

## 7.4    Objectives and conduct of meta-analyses

It is possible to conduct meta-analyses for different combinations of types of exposure to talc and types of ovarian cancer. The most important and widely cited object of meta-analyses is the estimate of the RR corresponding to the binary variable "Ever regular use" vs "Never regular use" and all types of ovarian cancer combined. This was the core meta-analysis. For this analysis, I aimed to use the reported results pertaining to all types of perineal use combined. Where the results were reported for individual routes of exposure rather than all perineal use combined, I identified the one that came closest to powdering in the perineal area from all routes. While this may seem like a simple tactic to implement, some studies were reported in such a way that in fact I had to make "judgement calls" about which of the reported results came closest to the desired metric. Analogously I aimed to use reported results for all types of ovarian cancer combined, and all degrees and amounts of exposure combined.

For "dose-response" assessment, I present results from all studies that showed results according to three pertinent metrics of exposure: duration (years), intensity/frequency (uses per day, week or per month), and cumulative number of applications, measured sometimes in absolute numbers or sometimes in quantiles. Of the three, the most meaningful is the cumulative number of applications. I carried out meta-analyses to elucidate the RR among women with relatively high levels of exposure.

I also conducted meta-analyses to estimate risk in relation to the most common, and most commonly reported, histological type of ovarian cancer – serous invasive cancer – and in relation to the most commonly reported pathway of perineal exposure to talcum powder, apart from direct powdering – application to sanitary napkins.

Because there were typically many results reported in each paper, and for some studies, multiple papers reporting results, it was important to respect, insofar as possible, the following operational principles:

- In each meta-analysis, each study should only provide one result, so as to avoid double-counting evidence.

- The decision about inclusion of a study result should in no way be influenced by whether or not a particular study demonstrated high risks or low risks or no risks.

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

There were several challenges in implementing the procedures:

-   Some studies were reported in multiple publications, sometimes the same study
    subjects were analysed and reported in different ways and sometimes different
    subsets of the study population were included in different publications. Sometimes
    the authors fail to clearly elucidate how the data used in one of their papers
    overlaps with data used in another of their papers from the same study.

-   Different studies used different questions about powder use in their
    questionnaires, and sometimes the same study reported results by different ways
    of asking about or defining exposure.

-   A given study may have presented one result or many results, each addressing a
    different definition of the talc exposure variable and different way of grouping the
    ovarian cancer cases.

-   Different studies dealt differently with the histologic sub-types of ovarian cancer,
    sometimes grouping them all, or sometimes separating them, or sometimes
    reporting both grouped and separate results for different sub-types.

-   Different studies used different metrics for analysing powder exposure and
    estimating its corresponding RR.

-   Different studies dealt differently with the challenge of adjusting powder-related
    risks for possible confounding by other factors.

Decisions had to be made regarding which types of exposure to consider, which types of
ovarian cancer to consider, which metrics of exposure to consider and which studies and
publications to consider. It is necessary to be rigorous in making such decisions ahead of
time, rather than "cherry-picking" results from different studies that appear to support
one theory or another.

Notwithstanding my intention to identify all unique studies and to extract a best "bottom
line" result from each study, the nature of the studies and how they were analysed and
reported led to many judgement calls, as mentioned above. It must be acknowledged that
there can be differences of opinion among equally competent and equally well-motivated

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

scientists in how to choose among the different publications and the different results within publications.

One objective I could not achieve was to conduct a reliable estimate of risk separately for women who used powders based on cornstarch-based formulations as opposed to talc-based. Most epidemiological studies have not tried to ascertain whether the women in their studies used talc-based or cornstarch-based formulations and many women were probably unaware of the composition of the powders they used at different times.  It is impossible to ascertain with certainty from most of the publications whether the reported epidemiologic results pertain to talc-based powders or cornstarch-based powders or both. Those studies that did report results for cornstarch had few women self-reporting use of cornstarch and the risk estimates were rather imprecise and unstable. For those studies that did report separately the findings for talc-based and cornstarch-based formulations, I used in the meta-analyses the results reported for talc-based powders. For those that did not make such distinction, I used the results combining all types of powders as reported. If in truth there is no excess risk of ovarian cancer associated with cornstarch powders but there is an excess risk associated with talc powder, the inability to discriminate the two types of powder in epidemiologic studies would have the effect of diluting the estimates of risk due to talc. That is, the RR estimates for talc would be attenuated.

While I believe there are qualitative differences between the different studies in the way talc powder data have been collected, analysed and interpreted, I have refrained from imposing my judgement about the quality of the study on the selection of studies to include in meta-analyses. Indeed, in this section, I refrain from making any critical comments about the individual studies. In later sections, when addressing possible biases and distortions, I will make some comments concerning quality of different studies.

Fortuitously, and unbeknownst to me when I first embarked on the search for relevant studies in 2017 to include in meta-analyses, three other sets of investigators (Berge et al 2018; Penninkilampi et al 2018; Taher et al 2019) were carrying out separate meta-analyses on this topic at about the same time as I was carrying out mine. This provides an opportunity to do some cross-comparison of different meta-analyses. I will comment on these after presenting the results of my meta-analyses.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

All meta-analyses were conducted using the well-known package Comprehensive Meta-Analysis Version 3. Borenstein, M., Hedges, L., Higgins, J., & Rothstein, H.  Biostat, Englewood, NJ 2013; https://www.meta-analysis.com/index.php?cart=BFZW2135997

I used a random effects model in all meta-analyses. As is commonly done, I extracted from the meta-analysis output the meta-RR estimate and the confidence interval, as well as the $I^2$ index of heterogeneity among the studies in the meta-analysis. The interpretation of heterogeneity among studies is not straightforward. In some circumstances, it might flag outlier results that may indicate questionable quality or relevance of the study in question. It some circumstances it might lead to identification of certain types of studies that provide different results from the rest, and this might lead to some understanding of which types of studies are more reliable for the purpose. And in some circumstances, it might just indicate that there are such differences in populations studied and study procedures (including exposure and outcome variables, statistical methods, and reporting procedures) that it is not really to be expected that there is a single underlying RR value that underlies all studies. In clinical research, where meta-analysis is used more regularly than in observational research, the procedures are much more standardized and homogeneous than they are in observational studies.

## 8.    EPIDEMIOLOGIC EVIDENCE: STUDY RESULTS AND META-ANALYSIS RESULTS

### 8.1    Ever/Never exposure to talc and all ovarian cancers

The most general association and the most widely reported one is that between Ever/Never use of talcum powder and any type of ovarian cancer. **Table 2** shows RR results, as well as the corresponding 95% confidence intervals, for each informative study included in the main meta-analysis or in any sensitivity analyses. As I explained in Section 4.1, the single number which reflects quite well the statistical strength of a study, be it case-control or cohort, is the number of exposed cases, and I have included this parameter in Table 2.  Table 2 shows the RR reported in each study by Ever (regular) use of powder in the perineal region (all routes of perineal exposure including direct powdering on genital area, on sanitary napkins, on underwear and on diaphragms). The table shows results for all types of ovarian cancer combined.

Report on talcum powder use and ovarian cancer                          Jack Siemiatycki

Before conducting any meta-analyses, we can peruse the results in Table 2 to observe certain patterns.

Of the 34 RR results shown in Table 2, two are below 1.0, one equals 1.0, and 31 are greater than 1.0. On the null hypothesis that there is no true association between powdering with talc and ovarian cancer, we would expect as many of the RR estimates to be below 1.0 as to be above 1.0. The observed distribution (2 below and 31 above) is clearly and strongly in defiance of the null hypothesis. Further if we rank the RR estimates from lowest to highest, the median value, the one in the middle, is 1.34.

This informal analysis does not take into account that the 34 estimates in Table 2 are not mutually independent of each other. Some are components of others. There are various ways to carve out independent sets of results from this list of results in Table 2, and the meta-analysis is designed to do that. But no matter how the studies are configured, it will be found that one or two of the RR estimates are below 1.0 and almost all are above 1.0. Such an imbalance cannot be due to chance.

### 8.1.1    *Strategy for main meta-analysis and sensitivity analyses*

An investigator typically has in mind a strategy for analyzing and presenting the results. There may be some judgement or assumptions involved in deciding on the strategy. The investigator may wish to see how the results would be affected if other judgements or assumptions were made. In other words, how robust are the results to alternative judgements and assumptions. Such alternative analyses are referred to as *sensitivity analyses*.

There were several dilemmas in selection of studies and results to include in the meta-analysis. I made decisions in each case that I believe provides the best basis for a meta-analysis. But in deference to other possible decisions that might have been made, I conducted some sensitivity analyses as well. I list what the dilemmas were and which options were selected for main analyses and for sensitivity analyses.

*a.     Terry 2013 and its component studies, and overlap with Wu 2015.*

The Terry 2013 paper brought together data from 8 different research teams. Some of those teams had previously published their results on talc and ovarian cancer and some

Report on talcum powder use and ovarian cancer                                                    Jack Siemiatycki

had not. One of those, Cramer's, contributed three studies, so the Terry 2013 paper *de facto* embodies 10 studies. Normally, a pooled analysis would take precedence over the individual component studies. In this case, however, there were complicating factors. The Los Angeles component study of Terry 2013 (Wu, Pike and colleagues) was conducted in stages and the Terry 2013 pooled analysis only had access to the early stage. Subsequently, Wu and colleagues carried on with their data collection, and published a more complete set of results from their study in Wu 2015. The Terry 2013 paper contained 208 exposed cases from the Los Angeles study, whereas the Wu 2015 paper contained 701 exposed cases. In the entire Terry 2013 paper there were 2600 exposed cases. Ideally, we would wish to exclude from the 2600 exposed cases in the Terry 2013 paper, the 208 exposed cases that came from the early Los Angeles data. But that information was not available in the papers. Thus, there is an 8% overlap between the exposed cases in the Terry 2013 paper and those in the Wu 2015 paper.

I adopted the following strategy. For the main analysis, I included both Terry 2013 and Wu 2015. The 8% overlap of exposed cases is unfortunate, but I believe its impact would be trivial, and in any case, we will have some empirical evidence of its impact from a sensitivity analysis.

I conducted sensitivity analyses using a different strategy. The Terry 2013 paper contained a table in which the individual results of the 8 component studies were reported. I used the results as reported there for 6 of the 8 component studies, for which the Terry paper contained the latest results. For the Los Angeles study, I used the result reported in Wu 2015 which was much more complete than the L.A. study result in Terry 2013. The eighth study was the study of Cramer that was one of the components of Terry 2013 but that was also reported subsequently in Cramer 2016. It is not clear whether the Cramer 2016 paper contains more up to date data than the corresponding component in Terry 2013, but it possibly does.

To summarize, the main analysis contained the pooled result from Terry 2013 and the result from Wu 2015. There was a sensitivity analysis that dropped the pooled result from Terry 2013, and included the (apparent) latest published result for each of the 8 components.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

b.      *O'Brien 2020 and its component cohort studies.*

There have been four informative prospective cohort studies, of which three have published results on talc and ovarian cancer in the past. O'Brien et al 2020, in collaboration with the investigators from all four cohorts, conducted a pooled analysis of the talc-ovarian cancer association, combining all of the individual subjects in all four studies. By contrast with previous cohort study evidence, the results in O'Brien 2020 benefit from: inclusion of the NHSII study which was previously unpublished, updating of cancer incidence in all studies, and harmonized mutually agreed statistical analysis strategy. There is little doubt that the results from the O'Brien 2020 paper are superior to and should replace the results of the individual papers that were previously published from the cohort studies. This elimination applies to the following papers listed in Table 2 or in Appendix A: Gertig 2000, Gates 2008, Gates 2010, Houghton 2014, Gonzalez 2016.

There is one dilemma in relation to the use of O'Brien 2020 results in meta-analyses. Each component cohort study team collected information regarding hysterectomy and tubal ligation history of the women at baseline of the cohort constitution. The authors argued that particles of talcum powder could not possibly migrate to the ovaries if the reproductive tract is not patent (open), and that therefore it is uninformative to include women in the ovarian cancer follow-up who do not have patent reproductive tracts. Since such information was available to the investigators of the cohort studies, O'Brien et al took advantage of the opportunity to conduct two pooled analyses, one including all women, and one including only women with patent reproductive tracts. The dilemma for my meta-analysis was which of the two estimates to use. The argument for using the result from all women is that this is mainly what was done in all the other studies (i.e. the case-control studies) that are included in the meta-analysis. The argument for using the result from women with patent reproductive tracts, paraphrasing the authors, is that this probably provides a more valid estimate of the risk, since it is not diluted by the inclusion of women in whom talc particles could not reach the ovaries. I accept the authors' argument and have used the results from women with patent reproductive tracts in the main meta-analysis. I did also conduct a sensitivity analysis using the all women estimates.

*c.*      *Schildkraut (2016).*  This was a case-control study of ovarian cancer among African American women. The fieldwork and interviewing were carried out from 2010 to 2015. The authors speculated that publicity surrounding two class action lawsuits on talc and ovarian cancer in 2014 may have subsequently induced bias in the validity of reporting of talc exposure. Consequently, in their analysis and report, they presented two sets of results, one for all women in the study, and another for those interviewed before 2014. It is impossible for me to evaluate the validity of the speculation, as it was for the authors. Consequently, I will use the results from the entire sample and those from the pre-2014 sample.  I refer to the entire Schildkraut study result as Schildkraut A and the pre-publicity result as Schildkraut B.

The main analysis included Schildkraut A. Some sensitivity analyses included Schildkraut B.

*d.*      *Shushan (1996).* This ovarian cancer case-control study, conducted in Israel, reported results on talc and ovarian cancer, but the report was quite cryptic regarding the data collection and the talc exposure variable. The main analysis excluded Shushan 1996. A sensitivity analysis included Shushan 1996.

### 8.1.2    *Results of my meta-analyses on Ever/Never exposed to talc powder for all ovarian cancer types combined*

**Figure 1** shows the printout from the Comprehensive Meta-analysis (CMA) package for the Main meta-analysis for the association between ever regular use of talc powder in the genital area and all types of ovarian cancer combined. 19 RR results were used in the Main meta-analysis.  But the Terry 2013 study represents 10 distinct studies from 8 different study teams and the O'Brien 2020 study represents 4 different studies; therefore, the 19 RR results that were meta-analyzed represent a total of 29 distinct studies. In the forest plot, I have ordered the studies in increasing magnitude of the RR estimate. As implied in Table 2, all of the RRs in Figure 1 are to the right of the null value of 1.0. The Weight column in the forest plot shows the relative influence of different studies in determining the meta-RR. As expected, the most influential studies by far were Terry 2013 and O'Brien 2020, the two papers that incorporated multiple component studies (Eight component studies in Terry 2013 and four component studies in O'Brien 2020).

Report on talcum powder use and ovarian cancer          Jack Siemiatycki

The meta-RR estimate is 1.30 with a 95% confidence limit from 1.21 to 1.40. The p-value is too small to register in 2 digits. This is a very highly statistically significant result. The probability that these results occurred simply because of statistical fluctuation (i.e., chance) is vanishingly small.

The 19 RR estimates in this Main meta-analysis had a fairly low p-value for heterogeneity, 0.15, but it was not statistically significant. There was considerable variation in RR results across the studies. This might have been due to chance. But it is more likely that there really was variability among the studies because they were conducted among different populations, using different methodologies. It would be surprising if there was no variation.  In the current state of knowledge, in my opinion, the best estimate of RR is the meta-estimate of 1.30.

**Table 3** shows the results of the Main meta-analysis again and contrasts it with the results of four sensitivity analyses that embody alternative plausible strategies for selecting studies and selecting results within studies. Panel II represents the option of using the estimate of RR from All women in the O'Brien 2020 study. The resulting meta-RR was identical to the one from using women with patent reproductive tracts.  The tactics regarding the Schildkraut 2016 and Shushan 1996 studies had no perceptible influence on the meta-RR. Using the original cohort and case-control study results instead of the two pooled analyses had a slight effect, decreasing the meta-RR estimate to 1.26. Even the lowest of these meta-RR estimates would lead to the conclusion that there is a highly significant association.

It can be affirmed, quite confidently, that the apparent overall elevated risk for women who had ever used such powders is not an artefact of chance variation. This conclusion is not new. It has been stated by the authors of previous meta-analyses. However, I believe this conclusion is based on the most current and reliable data available in Autumn 2023.

From a statistical point of view, each of the studies listed in Table 2 shows a 95% confidence interval that overlaps substantially with the confidence interval of the meta-RR estimate (1.21 – 1.40).  Further, the majority of the study-specific confidence intervals include the overall meta RR of 1.30. This shows that there are few if any studies (including the cohort studies) that are inconsistent with the overall RR estimate.

Report on talcum powder use and ovarian cancer                          Jack Siemiatycki

### 8.1.3   *Other contemporaneous meta-analyses on Ever/Never exposed to talc powder for all ovarian cancer types combined*

I started to conduct my meta-analyses in 2016 and produced successive updated versions in 2018 and now in 2023. Between 2017 and 2020 there have been three other teams that have conducted meta-analyses of the association between perineal use of talc powder and ovarian cancer. These three other recent meta-analyses can be found in publications by Berge 2018, Penninkilampi 2018, and Taher 2019. The simultaneous and independent conduct of these three meta-analyses as well as my own (decribed herein), provides a unique opportunity to cross-validate the methodologies and results. It is sometimes portrayed that meta-analysis is a fairly automated procedure which should produce identical results irrespective of who carries it out. This is far from true.

A meta-analysis usually requires two preparatory steps: identifying all informative studies on the topic and identifying the relevant result from each study to include in the meta-analysis. There are judgement calls to make in making these selections, and it is not surprising that different, equally competent, investigators may make different decisions about how to identify the studies and how to identify the most relevant results.

The four meta-analyses identified more or less the same studies and in general they extracted the same result from each study; but this was not always the case. There was some variability among the four meta-analyses in the selection of studies to include and in the selection of RR results to represent each study. Concerning the completeness of my search for studies to include in my own meta-analysis, I was comforted to note that there was no study that was identified by one of the other meta-analyses that I had missed in my search of the literature.

There are two major and several minor differences between the operational decisions of my meta-analysis and the other three.  One major point of discordance in procedure was how the Terry 2013 study was dealt with. Whereas I included the pooled Terry 2013 RR result and therefore excluded the individual component case-control studies, the other three meta-analyses did the opposite. There are trade-offs between these different approaches. I prefer to use the Terry 2013 pooled result for two reasons. First, a pooled analysis with a standard set of covariates and a standard statistical model is considered

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

superior to a meta-analysis of the components study summary results. Second, each component publication used in a meta-analysis shows a variety of results, and the author of a meta-analysis has to choose a "best" one to represent the "bottom line" from each study. In the Terry pooled analysis, it was the original data that determined how to represent each study, rather than the opinions of the meta-analysts.

The second major difference between my meta-analysis and the three others is the way that the results from the four available cohort studies were included in the respective meta-analyses. The four cohort studies were: Nurses Health Study I, Nurses Health Study II, Womens Health Initiative, and Sister Study. The other meta-analyses included the separate results from each of the constituent cohorts, sometimes combining the two NHS study cohorts.  My approach took advantage of the fact that O'Brien 2020 conducted an updated pooled analysis that combined the most recent data from each of the constituent cohorts. Analogously to the advantage that the Terry 2013 paper has for quantifying RRs from case-control studies over simply analysing the results presented in disparate publications, the results in the O'Brien 2020 pooled analysis provides the best and most up-to-date representation of the results from the four cohort studies that have been conducted. My meta-analysis used the O'Brien results.

**Table 4** shows the meta-RR results from each of the four meta-analyses. Notwithstanding the differences in choices and strategies of the four meta-analyses, the meta-RR results are very similar, ranging from 1.22 (95% CI: 1.13 – 1.30) in the Berge analysis, to 1.28 (95% CI: 1.20 – 1.37) in the Taher analysis, to 1.30 (95% CI: 1.20 – 1.41) in my analysis, to 1.31 (95% CI: 1.24-1.39) in the Penninkilampi analysis. These four sets of results are really quite close to each other.

The results shown in Table 4, are in the same "ballpark" as the meta-analysis previously conducted by Langseth 2008 and they are based on a larger pool of accumulated publications. This indicates that recent evidence is consistent with older evidence and reinforces the consistency of the evidence.

## 8.2    Meta analysis on powdering of sanitary napkins

Tables 2, 3 and 4 pertain to RRs for the combination of all routes of exposure to the perineum, including direct dusting and dusting on sanitary napkins, diaphragms,

May 27 2024                                                                                    43

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

underwear, and condoms. When such an exposure variable was not provided in the paper, I used the one that came closest, with priority to dusting on the body directly. Most studies did not report RR results for every route of exposure separately. For the studies that did so, the numbers exposed were much lower than for all routes combined and there was limited statistical power in those analyses. Of the different routes, the dusting on sanitary napkins was generally the most commonly reported route apart from direct dusting. Consequently, I assembled the data pertaining to dusting on sanitary napkins and conducted a meta-analysis of those results.

**Table 5** shows both the individual studies that had results on sanitary napkin dusting and the meta-analysis result for those studies. The meta-RR was 1.08 (95%CI 0.89 - 1.31), heterogeneity p=0.09. Given the overlap between the confidence intervals between this meta-RR estimate for sanitary napkin powdering and the meta-RR for powdering the perineal area via any route (1.30; 95%CI 1.20 - 1.41), it cannot be affirmed that the result for sanitary napkins is statistically significantly lower than the meta-RR results in Table 3 for all routes of exposure; but the tendency is in that direction.

Berge 2018, Penninkilampi 2018, and Taher 2019 also meta-analysed the data on use of powder on sanitary napkins. By contrast with my results, Berge 2018 reported an RR of 1.00 (95% CI 0.84-1.16); Penninkilampi 2018 reported an RR of 1.15 (95% CI 0.94-1.41), and Taher 2019 reported an RR of 1.12 (95% CI 0.91-1.39). Since their publications do not make it explicit which studies and which results were used in these analyses, I am unable to determine the exact reason for the discordance among the four meta-analyses for sanitary napkin powdering. In any case, it certainly appears that the RR was lower for application to sanitary napkins than it was for general perineal application. The interpretation of this finding is not self-evident. The different routes of exposure may entail very different frequency and duration of exposure. For instance, whereas use of powders on sanitary napkins might involve exposure on only a few days per month, regular use on the perineal region often involves daily or near daily application. Further, the duration of use of powders on sanitary napkins would end at the age when the woman's menstrual periods end, whereas powdering directly on the body could continue indefinitely. I am unaware of any evidence that would address the question of whether

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

powdering sanitary napkins leads to greater or lesser delivery of talc particles to the portal to the ovary than does direct powdering on the perineal region.

In any case, irrespective of the evidence regarding sanitary napkin exposure, the results in Tables 2 and 3 clearly show an association between exposure to talc in the perineal region and risk of ovarian cancer.

### 8.3    Dose response – cumulative exposure, duration and frequency

An important part of the evaluation of causality is to determine whether the results display any kind of dose-response pattern. Tables 6 to 8 show results for three quantitative metrics of exposure.

Trends by cumulative exposure.

**Table 6** shows results from five publications that presented results based on a cumulative amount metric. Four of the studies were based on counts of numbers of powderings, while the Cook 1997 result was based on counts of the number of days on which powdering occurred. As can be seen by perusing the column of numbers of exposed cases, the Terry 2013 results dwarf the others in terms of the statistical information they contain. The Schildkraut study, with about one-tenth as many subjects as the Terry study, nevertheless has as many subjects as the other three studies combined. The relative statistical power of the different studies is also manifested in the width of the confidence intervals.

The evaluation of the statistical significance of a trend is not a methodologically straightforward endeavour. Of particular concern is the question of whether or not the test for trend among subjects in different "dose" categories should include or exclude the unexposed category.  My view is that it depends on whether or not the study results for Ever/Never exposure are part of the set of results presented by the authors. Namely, if the only result presented is a dose-response analysis, then it is appropriate to include the unexposed category as part of the study results. If the Ever/Never result is presented and then a dose-response analysis is conducted, it is preferable to maintain statistical independence of the two analyses by excluding the baseline unexposed category from the dose-response analyses. I will interpret the data from these studies in light of this interpretation of trend tests. The downside of this interpretation of significance testing for

Report on talcum powder use and ovarian cancer                              Jack Siemiatycki

trend is that by excluding the unexposed category, one excludes a very large slice of the study sample and it considerably reduces the statistical power to detect a trend.

The three smallest studies in Table 6 show no evidence of a dose-response pattern. However, the estimates are so imprecise, as evidenced by the very wide confidence intervals, that they are virtually uninformative regarding the presence or the absence of dose-response.

When looking at the Terry 2013 results, which assemble data from eight teams and 10 studies, the confidence limits are much tighter and the estimates of RR much more precise. The p-value for trend (excluding the unexposed group) is 0.17. Nevertheless, with a reference value of RR=1.00 among unexposed, and with point estimates of RR in four quartiles of cumulative exposure of 1.14, 1.23. 1.22. and 1.32, these results are certainly compatible with the presence of an underlying dose-response relationship. (And the test of trend that includes the unexposed group shows a highly statistically significant trend.) Note that the absence of statistical significance of the trend among the four exposed subsets is not equivalent to the demonstration of an absence of dose-response.  Similarly, the Schildkraut 2016 study results, while based on only two lifetime cumulative "dose" categories with point estimates of 1.16 and 1.67, are also compatible with a dose-response pattern.

While the various studies used different metrics to measure cumulative exposure and different categories to present them, I conducted a meta-analysis of the RRs in the highest category of cumulative exposure as reported by the authors and transcribed in Table 6. This analysis shows that in the category of women considered most exposed in each study, the meta-RR was 1.39 (95%CI: 1.23 – 1.57).

<u>Trends by duration of exposure</u>

**Table 7** shows the results of those studies that presented RRs by duration (years) of use. The Terry 2013 pooled analysis did not report results by duration of use; however, some of its constituent studies did so and are included here. The numbers in each of the duration categories in each of these studies is quite small, and consequently the RR estimates are very imprecise, with wide confidence intervals. The categorization of duration differed quite a bit among the studies and it is not easy to compare results

Case 3:16-md-02738-MAS-RLS    Document 33123-3    Filed 08/22/24    Page 385 of 972
PageID: 240592
Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

between studies. There is no indication of a dose-response relationship in these results. Though the wide confidence intervals make it impossible to affirm that there is evidence against dose-response. Further, the largest study showing results by duration of use, Wu 2015, did find a significant increase in risk with increasing duration of exposure.

Analogous to the meta-analysis conducted on cumulative exposure, I conducted a meta-analysis on duration of exposure by using the highest category of duration that was reported by the respective authors. The Terry 2013 paper did not report on RR by duration, so I reverted to the publications from those component studies of Terry 2013 that did report such information. This explains the inclusion of some studies that had been excluded from the Ever/Never binary analysis of Table 2. This analysis shows that among those in the longest duration of exposure category, the meta-RR was 1.24 (95% CI: 1.07 – 1.45).

<u>Trends by frequency of exposure.</u>

**Table 8** shows results of those studies that reported by frequency of usage. This ignores duration of usage. Like the results in Table 7, the results in individual studies are based on rather small numbers and they entail imprecise estimates of RR. Also, like Table 7, the pattern of results is equivocal. There is no clear evidence for or against an underlying dose-response.

Analogous to the meta-analyses conducted on cumulative exposure and duration of exposure, I conducted a meta-analysis on frequency of exposure by using the highest category of frequency that was reported by the respective authors. The Terry 2013 paper did not report on RR by frequency, so we reverted to the publications from those component studies of Terry 2013 that did report such information. This explains the inclusion of some studies that had been excluded from the Ever/Never binary analysis of Table 2. This analysis shows that among those with the relatively highest frequency of exposure, the meta-RR was 1.39 (95% CI: 1.24 – 1.56).

<u>Dose-response trends reported by other meta-analysts</u>

The Berge 2018 paper considered dose-response trends by duration of usage and by frequency of usage, analogous to my Tables 7 and 8. However, they actually fitted continuous variable models by making various assumptions regarding the amounts in

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

each reported category. They found that there were significant trends in risk by duration and by frequency of exposure. They did not examine trends by cumulative exposure, and in particular, they did not use the results from the Terry 2013 pooled analysis, which in my view is the most informative evidence available on dose-response.

Penninkilampi 2018 looked at risk according to long duration of usage and found no trend. They also looked at cumulative exposure with total number of applications, and they reported a slightly higher RR for women with greater than 3600 applications (RR=1.42) compared with women who had fewer than 3600 applications (RR=1.32). I cannot determine from the paper which studies were included in this analysis and, in particular, whether the pooled Terry 2013 dataset was included. The Taher 2019 paper looked at risk by duration of exposure, but they only identified two studies with a RR estimate for over 20 years exposure, whereas I identified over 9 such studies.

As indicated above, all other things being equal, the best metric of the three quantitative ones is the cumulative exposure metric, and that is the one that happens to provide the most statistically reliable data. Thus, the evidence from Table 6 overrides the weaker evidence from Tables 7 and 8. The evidence from the Terry 2013 paper is the most important piece of evidence we have on dose-response. The evidence from the Terry 2013 paper is compatible with the presence of a dose-response relationship between use of powder and ovarian cancer. Further, the meta-analyses of highest categories on cumulative exposure, duration of exposure and frequency of exposure are all compatible with an underlying dose-response pattern.

A final piece of corroboration of dose-response comes from a recent paper by Woolen 2022. They identified those studies that had reported RR of ovarian cancer by frequency of usage of talc and they extracted the RR result among the women with the highest reported frequency in each study. They conducted a meta-analysis using those "high frequency" women. Not surprisingly, the studies they identified and the results they extracted were almost identical to the ones I identified and analysed in my presentation of "high frequency" users, and that are shown in my Table 8. The resulting RR in my analysis was 1.39 (95% CI: 1.24-1.56) whereas that reported by Woolen 2022 was 1.47 (95%CI:

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

1.31-1.55). These are for all intents and purposes identical, and confirm that these two completely independent analyses led to the same finding.

Complementing the finding that women with higher frequency of exposure experienced higher risk of ovarian cancer (my Table 8 and Woolen 2022), I have also presented in my Tables 6 and 7, evidence that RR of ovarian cancer displays dose-response patterns as a function of duration (years) of usage of talc, and most importantly as a function of total cumulative usage of talc.

### 8.4    Ever use of talc and histologic subtypes of ovarian cancer

Some authors have proposed that the different types of ovarian cancer may well have different etiologies and risk factors, and consequently, there would be a clear advantage to segregating the evidence by type of ovarian cancer and evaluating the evidence for each subtype.

Most studies that provide results on RR between talc powder and ovarian cancer provide results for all types of ovarian cancer combined.  Less than half of the published studies have also provided results of the associations between talc powder exposure and various subtypes of ovarian cancer.

The serous-invasive subgroup comprises over half of all cases, and the rest are split among several other histology-behaviour subgroups (mucinous, endometroid, clear cell, others, and these can be further subdivided by invasive or borderline).  Those latter subgroups entail very small numbers each and barely provide enough data, in most studies, to produce informative risk estimates. **Table 9** shows the RR estimates for the main histologic subtypes as derived in the two large pooled studies. Aside from serous tumours, the others have very small numbers of exposed cases and very imprecise estimates of RR.

There is no strong consistent pattern indicating that one subtype of ovarian cancer has higher risk than another. Of course, there is variability in point estimates of RR, but on the one hand the variability in RR estimates between ovarian cancer subtypes within studies is not greater than would be expected from chance variability (mostly, the confidence limits overlap considerably), and on the other hand, from study to study, it is not always the same subtype that seems to have the highest or lowest relative risks.

May 27 2024                                                              49

Report on talcum powder use and ovarian cancer                          Jack Siemiatycki

Consequently, and because there were multiple studies apart from Terry 2013 and O'Brien 2020 that presented results for serous tumours, I conducted a meta-analysis for serous/invasive ovarian cancers, but not for other subgroups.

Table 10 shows all the studies that reported results concerning the link between talc exposure and serous tumours. There were 8 informative studies, including Terry 2013 and O'Brien 2020, which carried by far the most statistical weight. The meta-RR estimate for serous tumours was 1.26 (95% CI: 1.13- 1.40).  This is very similar to meta-RR for all ovarian tumours, albeit based on a smaller number of informative studies. That is, with such a tiny difference in RRs between that for all ovarian cancers combined and that for serous invasive ovarian cancers, it can be inferred that the RR for other types of ovarian cancer (the complement of serous invasive) would not be far from the overall RR of 1.30. Thus, there is no persuasive evidence in these studies, taken as a whole, that the effect of talc differs by histologic subtype of epithelial ovarian cancer.

## 8.5    Recent evidence from other epidemiologic studies on talc and ovarian cancer

My presentation to this point has focused on the results and implications of a large number of studies and papers that presented estimates of the relative risks of ovarian cancer among women who had used talc powder in the perenial area. I synthesized that body of evidence by means of meta-analyses. I also showed results of some other published meta-analyses conducted at about the same time, and showed that notwithstanding some differences between them, all of these meta-analyses came to approximately the same conclusion of a highly statistically significant RR of about 1.30 for ovarian cancer among women who ever used talc powder. There have been some epidemiologic studies, particularly recently, that have generated evidence whose objective is not to directly estimate the RR of ovarian cancer among talc powder users, but that nevertheless help to interpret or appreciate the available evidence on talc and ovarian cancer.

*Leung (2023).* This is a case-control study of risk factors for ovarian cancer.  This paper is not listed in Table 2 and was not included in my meta-analyses because the exposure

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

variable was not perineal exposure, as in all the other papers listed in Table 2. Rather, it was occupational exposure to cosmetic talc.

This study was conducted in Montreal, Canada, where cases of ovarian cancer and control women were interviewed with a wide-ranging questionnaire that included lifetime occupational histories, reproductive and hormonal factors, history of talc powder use, and many other personal characteristics. As occupational exposure was one of the primary themes that was invoked to solicit the funding of that study, it has been one of the first topics to be analysed. The methodology for analysing occupational exposures in relation to ovarian cancer involved an attempt to infer the occupational exposure histories of the women based on their histories of jobs held. This was done by means of a Job-Exposure Matrix (JEM) that had been created by the Montreal team. Applying the JEM to each woman's job history led to the assessment of exposure to a host of occupational agents. One of the occupational agents assessed in each woman's occupational history was "cosmetic talc". It was not possible to determine what the route of exposure was, but it was likely respiratory or dermal; it certainly did not involve application of talc powder to the perineal region.

The data derived from application of the JEM allowed the authors to then estimate the RR of ovarian cancer among women who had a history of occupational exposure to cosmetic talc.  The result of this analysis was a RR for occupational exposure to cosmetic talc of 1.66 (95 % CI 0.80-3.46).  Thus, there is an indication of excess risk, but the number exposed was too small to provide precise risk estimates. Nor did the authors speculate about possible exposure pathways of occupational cosmetic talc and the women's ovaries.

It is reasonable to question whether the Leung 2023 result for cosmetic talc should be included in the meta-analysis of the various studies that are included in Table 2, and that pertain explicitly to perineal exposure to talc. Had the result of the Leung 2023 study been added to the meta-analysis, it would have resulted in a meta-RR slightly higher than the RR=1.30 that I reported. My judgement is that the Leung 2023 result reinforces the proof of a causal association between cosmetic talc and ovarian cancer, but that it would not be appropriate to simply bundle it in with the other results on perineal exposure.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

Although the Montreal study collected data on the women's use of talc powder for hygiene purposes, this data has not yet been analysed. It is up to the Principal Investigator to determine the publication strategy, in line with her obligations to the public funder of this research.

*Davis 2022.* This paper is based on a combined analysis of five epidemiological studies that had included large numbers of African American as well as white women, and that had entailed questioning about past use of talc powder. The objective was to assess the effect of race on the relationship between talc powdering and ovarian cancer. This combined analysis showed that overall there was a RR of 1.32 for ovarian cancer among talc users. In this set of studies, the overall RR was perfectly in line with the four meta-analysis results (including mine) shown in Table 4.  Furthermore the RR was elevated in both whites and blacks who used talc powder, although it was slightly higher among whites (1.36) than among blacks (1.22).

*Phung 2022.* This paper is based on a combined analysis of nine epidemiological studies that had included questions about history of endometriosis as well as talc use. This paper reported that there appeared to be some effect modification, with the estimated effect of talc on ovarian cancer being stronger among women who had endometriosis than among women who had never had endometriosis.

*Gabriel 2019.* This paper is based on a combined analysis of three case-control studies conducted in New England and previously analysed for the association between perineal talc exposure and ovarian cancer. (Cramer 2016)  The questionnaire used in the three studies included questions on douching, as well as on powdering with talc.  Previously, the results of analyses on douching and ovarian cancer had not been published, but the authors were spurred to publish results on the separate and joint effects of douching and talc use by a report that indicated an excess risk of ovarian cancer due to douching but not due to talc use (Gonzalez 2016). The Gabriel 2019 paper, based on many more cases of ovarian cancer than the Gonzalez paper, reported the opposite, namely a high risk of ovarian cancer due to talc use, and no excess risk due to douching. While there is no obvious explanation for these discrepant results, Gabriel 2019 outlined a number of

Report on talcum powder use and ovarian cancer                              Jack Siemiatycki

plausible explanations, mainly involving limitations and flaws in the Gonzalez 2016 report.

*O'Brien 2024.* This paper, which appeared just days ago, presents a new and innovative analysis of data from the so-called Sisters cohort study. The Sisters study enrolled over 50,000 women who were the sisters of patients with breast cancer. The baseline questionnaire included a few limited questions about past use of talc powder and douching. Initial statistical analyses (Gonzalez 2016) showed no elevated risk in relation to use of talc (HR = 0.73; CI: 0.44 – 1.2). Surprisingly, it did indicate some excess risk in relation to douching. But this study was criticized for several limitations, including, dubious quality of information on lifetime history of exposure to talc powdering, insufficient follow-up time, and  small numbers of ovarian cancer cases. Data from the Sister Study cohort were analysed a few years later as part of the pooled analysis of the four available cohort studies (O'Brien 2020). By this time, some of the limitations of the Gonzalez 2016 analysis were palliated. Periodic followup questionnaires permitted the investigators to collect more valid information on lifetime exposure to talc powdering. Additional years of cancer follow-up allowed for a more plausible latency period to be taken into account, and for a larger number of cases of ovarian cancer to accrue and be included in the analyses. The pooled analysis results indicated an excess relative risk estimate of 1.08, among all subjects, or 1.13 among subjects with patent urogenital tracts. These were the estimates that I used in my meta-analyses, as described in Table 2 and Table 3.

The unique contributions of the O'Brien 2024 paper, by contrast with previous reports and analysis from the Sister Study data, can be characterized as follows:

- Additional data was collected on women's exposure to talc in both prospective and retrospective modes. This provided a richer database from which to estimate women's exposure to talc.

- With the passage of time since the preceding analysis, many more incident cancers were accrued, which led to more statistically reliable estimates of relative risks.

- The investigators undertook the most systematic statistical attempt yet to estimate the talc – ovarian cancer association within a cohort study, while taking into

Report on talcum powder use and ovarian cancer                        Jack Siemiatycki

consideration some of the major methodological challenges, namely, the allegation that recall bias explains observed associations between talc and OC, the allegation of inappropriate treatment of missing data, and the impact of exposure misclassification. The authors label their methods as "a quantitative bias analysis". It can also be considered under the rubric of "sensitivity analyses". Combining the actual data collected with different "scenarios" of the magnitudes of plausible biases, the investigators found that it was unlikely that the estimated HRs for the talc -OC association were biased upwards (ie. away from the null) by the putative sources of bias that they investigated.

-    In addition to addressing risks from talc exposure on OC, the investigators also estimated risks of uterine cancer and breast cancer, providing some useful context for the estimates of OC risk.

As a result of the first three enrichments listed above, they have produced a range of estimates of the talc-OC association that are much higher than what was reported in the initial Gonzalez 2016 paper. The point estimates of the RRs derived from the bias-corrected analyses were in the range of 1.17 to 3.34, depending on the posited assumptions. Furthermore, the RR estimates were higher among long-term talc users than among short-term talc users. One implication of these results is that the various previous meta-analyses on talc and OC that included the Gonzalez 2016 results (including mine presented in Table 3) produced meta-estimates of RR that were somewhat lower than they might have been, had the new O'Brien results been available. The choice of which of the new results to choose is not an uncomplicated one. To respect the court's timetable for submission of this revised report, I must refrain from embarking on a new meta-analysis that incorporates any of these new findings. Thus the rest of my report adheres to the data that were available to me at the previous submission deadline of November 2023.One new finding from these new analyses is that they imply that exposure to talc powder in the 20s and 30s may be a critical or particularly vulnerable period in a woman's life for risk from talc exposure.

As for the results concerning risks of uterine and breast cancer in the O'Brien 2024 paper, the results indicate an absence of association between talc and these two types of female

Case 3:16-md-02738-MAS-RLS    Document 33123-3    Filed 08/22/24    Page 393 of 972
PageID: 240600
Report on talcum powder use and ovarian cancer                Jack Siemiatycki

cancers. In a sense, this may be seen as evidence of the characteristic of "specificity" of an association that Bradford-Hill referred to. But more interesting in this case is the argument made in an accompanying editorial by Harris (2024) to the effect that because uterine cancer is, like ovarian cancer , a cancer of the reproductive system, it can be easily imagined that if there is a tendency for ovarian cancer cases to over-report talc exposure, similar cognitive processes might well lead to patients. with uterine cancer also over-reporting their talc exposure. Thus the absence of an association between reported talc exposure and uterine cancer is a counter-argument to the hypothesis that cases with cancers of the reproductive system have a tendency to over-report their talc exposure histories.

### 8.6    Summary of key bottom-line epidemiologic findings on the association between perineal exposure to talc powder and risk of ovarian cancer

Based on up-to-date data (to November 2023) and meta-analyses, the RR between ever perineal use of talcum powder products and ovarian cancer (all types combined) is 1.30 (95%CI 1.20-1.41). This result is highly statistically significant. We can rule out random variability as a possible explanation for the apparent excess risks. The point estimate would likely be slightly higher if we were able to integrate some results of the O'Brien 2024 paper into the meta-analyses.

Further, the examination of results according to the "amount" of exposure, whether measured by frequency of exposure, years of exposure, or cumulative exposure, shows that the higher the exposure, the higher the risk.

Such a pattern of findings can have only two possible explanations: it must be the result of some sort of bias or confounder that operated in multiple studies or it must be the result of a real causal association. As I will show in the next sections, the most likely explanation for this set of results is the presence of a true causal association.

### 9.    MISCONCEPTIONS AND POSSIBLE BIASES

In reaching my opinions, I have objectively examined the data and scientific literature and considered the points of view of others who have expressed varying opinions.  There are generally two sources of disagreement: misconceptions of epidemiologic or statistical

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

concepts which I address below in Section 9.1 and judgement of the likelihood of errors and biases in the various epidemiological studies, which I address in Section 9.2.

## 9.1     Some prominent misconceptions in reviewing the evidence

**Table 11** lists some prominent misconceptions, and I will address them here.

*Misconception 1: "Cohort studies are more valid and informative than case-control studies."*

As can be seen in Table 2, the case-control studies tended to produce higher RR estimates than the cohort studies. It has sometimes been claimed that cohort studies are more valid than case-control studies. There is no theoretical or practical reason why such a blanket assertion should be universally true. There are many factors that influence the validity of a particular result in a particular study and it cannot be reduced to any simplistic assertion that cohort studies are more valid than case-control studies, or vice versa. In the next section, I will go through a number of potential sources of distortion of results from epidemiologic studies, and I show that some of them might occur in cohort studies, some in case-control studies, and some in both.  Some of these distortions very likely occurred in some or all of these studies that provide data on talc and ovarian cancer. On balance, I believe the results of each of these case-control studies concerning female use of powders and ovarian cancer are credible, and perhaps more so (for reasons given in section 9), than the analogous results of each of these cohort studies.

*Misconception 2: "Hospital-based case-control studies are more valid and informative than population-based case-control studies."*

In a case-control study, the design objective is to define a study base, or a population base, in which the cases might occur, and to identify representative samples of cases and of controls in that study base. The purpose of a control group is to provide an estimate of the prevalence of exposure to the factor under study in the base population that gave rise to the cases. In many instances, the best source of controls for case-control studies is a population list of some sort. But sometimes using a population list is not feasible or desirable, and an alternative can be to select controls from among hospital patients with conditions other than ovarian cancer. This was done in some of the ovarian cancer case-control studies.

Report on talcum powder use and ovarian cancer                               Jack Siemiatycki

It is generally claimed that population-based case-control studies are more valid than hospital-based case-control studies. In fact, neither this nor the opposite statement is universally correct. Validity of a case-control study depends on the specific design features and circumstances of the study.

It is possible that some types of hospital controls have patterns of usage of powders that are different from those of women in the general population, either because the powders are actually causally associated with the diseases that those women have or because their disease or condition that led them to be hospitalised induces some women to take up the use of such powders. If such a mechanism was present in a hospital-based case-control study, it would likely lead to an artificially attenuated RR.

*Misconception 3: "Counting the number of statistically significant results is a valid way of assessing consistency of results among multiple studies."*

This misconception, manifested in the tone of the reviews by Goodman 2020 and Lynch 2023, betrays a lack of understanding of statistical significance. As can be seen in Table 2, several of the individual studies listed in my meta-analysis did not find a statistically significant increase in RR. This has been cited by some as evidence that there is no real causal link.

In fact, meta-analysis is a method that was developed precisely because counting significant results is an invalid way of synthesising knowledge. Namely, a result from a single study may fail to achieve statistical significance either because there is no risk in that study, or because the statistical power of the study was limited, or because of sampling variability. Meta-analysis was developed in order to combine evidence from multiple studies that may be under-powered on their own, but when combined might show a statistically significant effect. The meta-analysis cannot conjure a statistically significant meta-RR if the individual study RRs do not systematically lean in the direction of an excess risk. In the area of talc and ovarian cancer, the Odds Ratios definitely lean in the direction of an excess risk, to a degree that cannot be explained by random fluctuation.

*Misconception 4: "You cannot prove causality with an RR less than 2.0."*

There is nothing in epidemiologic theory or practice that justifies such a statement. Indeed, this assertion about an RR $\geq$ 2.0 threshold does not exist in epidemiology. There

May 27 2024                                                                              57

Report on talcum powder use and ovarian cancer                          Jack Siemiatycki

are many well-established causal relations where the RR is less than 2.0. **Table 12** lists a number of such examples. In clinical medicine also, it is very common to strive to find therapies that reduce the risk of death from some disease by as little as 10%, and several such discoveries are well documented and have been integrated in medical practice, even though the change in risk is small. This is equivalent to accepting an RR of 1.10 as proving causality.

*Misconception 5: "If a product has been used for a long time it must be safe."*

It has been argued that since talc powder has been used for many decades by millions of women (and men and children), it has stood the test of time and should be considered safe. This is a specious argument.

Most agents in our environment or in our lifestyle which are now considered dangerous were used for decades or centuries without falling under a cloud of suspicion. These include such factors as cigarette smoking (many cancers and cardiovascular disease), asbestos (lung cancer), sunlight (skin cancer), ingesting very hot liquids (esophageal cancer), and many others.

*Misconception 6: "Government agencies provide the most reliable and authoritative statements regarding the lack of carcinogenicity of talc."*

Various national and international agencies have websites which list carcinogens. Examples are: National Cancer Institute (NCI), National Toxicology Program Report on Carcinogens (NTP-RoC), International Agency for Research on Cancer (IARC). It can be argued that these agencies, which undoubtedly have scientific credibility, would not put on their websites information that is out of date or invalid. However, that claim is false.

IARC has a rigorous evaluation process which is considered quite authoritative throughout the world. But the evaluation is carried out at a certain point in time. The last time talc was evaluated by IARC was in 2006. Based on the evidence available then, the panel rated perineal use of talc-based body powder as a "possible" carcinogen. Additional evidence has been accumulated and come to light since then, but there has not been a new evaluation of talc by IARC. (There are potentially thousands of agents to evaluate, and IARC has resources to only evaluate a few each year. Thus, they cannot keep re-evaluating the same ones as soon as new evidence is published.)

May 27 2024                                                                              58

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

National Toxicology Program Report on Carcinogens (NTP-RoC) is a U.S. congressionally-mandated program to periodically publish lists of known and suspected carcinogens. Unlike IARC, it appears that the people who make the decisions are internal NTP-RoC scientists, rather than external experts, with advice from outside experts. Also, unlike IARC, the biennial reports only contain listings of those agents that have been deemed to be definite or likely carcinogens, so there does not seem to be a statutory listing of all agents that have been considered. From the minutes of a meeting of the Board of Scientific Counsellors of NTP held in 2000, it appears that the issue of talc carcinogenicity was deferred. I am not aware that the NTP-RoC has conducted a subsequent review of talc; although, when renominated in 2004, NTP deferred to IARC.

The U.S. National Cancer Institute (NCI) provides a website for medical doctors which indicates the known risk factors for each type of cancer. Based upon my understanding, they do not carry out a rigorous evaluation along the lines of the IARC evaluations or even the NTP evaluations. It is a rather superficial process compared with the IARC process and it depends on the existing knowledge of the committee members which in a short time opines about possible associations between each of the scores of cancer types and scores of potential risk factors. This is not to argue that the members of these committees have less expertise than the members of the IARC committees, but the NCI committee members have a short time (apart from their main jobs) to review hundreds of possible factor-cancer associations, whereas the IARC committee members have weeks to review just a few.

Scientists and public health agencies regularly consult the IARC evaluations and those of the NTP. The NCI website for doctors is not considered an up-to-date and cutting-edge source of information for scientists. This is, of course, no reflection on the gravitas of the NCI as a whole, which has much more invested in its original research mission than in its website for doctors.

There are other organizations which may put some information about causes of cancer on their websites.  Importantly, I have not seen any agency or organization, including the FDA, that conducted a rigorous evaluation of the epidemiologic and non-epidemiologic studies like we did at IARC in 2006.

May 27 2024                                                                                       59

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

*Misconception 7: "A biological mechanism must be proven before we can establish causality"*

The demonstration of a proven biologic mechanism is not a prerequisite for demonstrating that an agent is a human carcinogen. Reliable empirical epidemiologic evidence of an association is sufficient for demonstrating causality; the demonstration of a credible biologic mechanism enhances the degree of proof, though that often lags decades behind the general recognition of causality.

There are innumerable examples in medical history of discoveries of risk factors or treatments that did not require knowledge of the mechanisms of pathogenesis in order to determine causality.

Very often, the initial suggestion of causation was met with scepticism from the vantage point of biologic plausibility. In fact, very seldom have the essential features of biologic mechanisms been worked out by the time the epidemiology has convincingly demonstrated that the association is causal. This can be asserted for the early discoveries such as the cancer-causing effects of certain chemicals in dye production facilities, certain metals in various heavy industry facilities, certain emissions of combustion of fossil fuels, ionizing radiation, and even cigarette smoking. In most of these examples, it was decades after the epidemiologic evidence became convincing that credible mechanistic theories were proven. In fact, for some, the biologic mechanisms remain unknown to this day.

Indeed, in the guidelines of the IARC Monographs, it is stated that if there is "sufficient" evidence of a risk of cancer from epidemiologic studies, then irrespective of the evidence from animal experimentation and other biologic evidence, the agent in question should be considered a Group 1 carcinogenic agent.

It is not my opinion that we should ignore or set aside consideration of biologic plausibility. As Hill (1965) indicated in outlining the thought process for establishing causality, biologic plausibility is one of the dimensions to be considered. But he also cautioned that, "this is a feature I am convinced we cannot demand".  In his article, he went on to point out examples, just as I have done, where causal associations were identified and proven well before the causal mechanisms were elucidated. Thus, as I have done in other contexts, in regard to other putative carcinogens, I believe it is legitimate to

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

draw causal inferences about talc carcinogenicity irrespective of whether a causal mechanism has been proven.

*Misconception 8: "Bradford Hill viewpoints comprise a checklist of necessary conditions"*

As I explained in section 4.2, the "aspects" or "viewpoints" that Hill listed are not "criteria" and they are not necessary. This point has been made and is widely accepted by epidemiologists. The list of "aspects" in Hill's original paper have been rephrased and reworked in many textbooks and by most agencies that refer to them. They provide a loose framework, not a checklist.

## 9.2     Alternative explanations – Biases and errors

Before inferring that the strong statistical evidence linking talcum powder with ovarian cancer reflects a causal relationship, I considered alternative explanations for these observations. In this section I will consider a number of potential sources of distortion of the risk estimates. Some of the potential sources of distortion are unique to cohort studies, some are unique to case-control studies, and some can affect both types.

### 9.2.1     *Bias due to non-response or non-participation*

This is a potential source of bias in case-control studies.

Among all potential cases and controls who meet the study's eligibility criteria, some participate and some do not. The most common reasons for non-participation are refusal and the inability of the researchers to contact the person because they moved or are too sick, died or are otherwise unavailable. If access to the subject is via the treating physician or medical staff, there could be obstacles at that level. If the factor under study, hygiene powder use, is correlated with the likelihood of participation and if the participation rate is low, this could lead to biased estimates of RR. Such bias could artificially inflate or deflate the RR depending on how the various variables are related to each other. If participation rates are low, say below 70%, and differential both by case-control status and by exposed – non-exposed status, this could lead to biased RR estimates. For such a bias to explain the outcomes seen, it would require quite strong associations between likelihood of participation and powder use, and quite strong differences in such associations between cases and controls.  In my opinion, it is very unlikely in the context

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

of these studies that response rate differentials would be great enough to induce such large bias.

### 9.2.2  *Recall or reporting bias*

This is a potential source of bias in case-control studies.

Because the exposure history is collected retrospectively, it is subject to both non-differential recall errors (see below), and to recall or reporting bias between cases and controls. Cases and controls may have different motivation and proclivities to recall and report use of powders. If it were true that cases had a greater tendency to over-report powdering history or if controls had a greater tendency to under-report powdering, then this would lead to an artefactual exaggeration of the RR.

There are a few possible causes of such differential reporting. First, it might be hypothesized that there is a general tendency for cases in case-control studies to acknowledge behaviours or exposures with much greater frequency than controls just because they are more invested in the research than are controls. They may wrack their brains during the interview to find instances of the queried behaviour or exposure to which controls do not pay much attention during the interview, because the controls just "want to get the interview over with". If this were the case, we would systematically see elevated RRs from case-control studies for all manner of variables in all kinds of studies. But in my experience, this does not occur. (I have conducted many case-control studies, each study eliciting information on many lifestyle factors and exposures. It has not been the case that cases systematically report more exposures than controls.)

Furthermore, and more pointedly, if such a phenomenon were operative in these case-control studies of ovarian cancer, we would see elevated RRs when women were questioned about the use of powders on other parts of their bodies than the perineal area. In fact, several studies did ask such questions. In the Terry 2013 pooled analyses, based on very large numbers of women, the overall RR for ever use of hygiene powder on non-genital areas of the body was 0.98 (0.89-1.07), in stark contrast to the analogous RR result for genital use of talc: 1.24 (1.16-1.33). In other words, when questioned about powdering in non-genital areas, controls were as likely to say "yes" as cases. Clearly, there was no tendency for cases to indiscriminately report exposures more frequently than controls.

May 27 2024                                                                                      62

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

A second possible reason for such a situation to arise is if there was widespread knowledge about powdering being under suspicion for ovarian cancer. In such a situation, women who have heard about this might internalize the notion that powdering may have caused their cancer, and they might ruminate with such intensity on the notion that they might imagine that they had used powders at some point in the past. In the Schildkraut 2016 study, the authors explicitly accommodated this possibility by separately analyzing a subset of the data that had been collected before some local publicity arose regarding the talc-OC association; they found that the RR was indeed increased after publicity circulated in the community. But this phenomenon could not have affected most studies that have been conducted, because the public discussion of a talc-OC association is very recent. I doubt if more than a handful of the thousands of women interviewed in these studies would have heard of such a hypothesis before being interviewed. As shown in a sensitivity analysis in Table 3, the exclusion of the post-publicity part of the Schildkraut 2016 study population had almost no discernible effect on the meta-RR from all informative studies.

Even in the O'Brien 2024 report on the Sister Study, the investigators found that there was an association between self-reported talc exposure and ovarian cancer, but not between self-reported talc exposure and uterine or breast cancer.  In that report, they also found that a range of plausible amounts of reporting bias would not result in the magnitude of RR that they found.

In my opinion recall bias is not likely to have produced the kinds of RRs we see in these studies.

### 9.2.3    *Non-differential (or random) error in recall or reporting of exposure to powders*

This is a potential source of bias that would affect both case-control and cohort studies, but not exactly in the same ways.

Reporting past history of activities and exposures is always subject to some degree of error; error can result from ambiguity or misunderstanding of the questions, failures of memory, or inattention. This is certainly true for history of powdering. If such error is non-differential (i.e., equally present for cases and controls in the case-control context) it has an effect on RR estimates that is rather predictable. Namely, as I explained above, it

Report on talcum powder use and ovarian cancer                              Jack Siemiatycki

has the effect of artifactually decreasing the RR. The degree of attenuation is roughly proportional to the degree of error or misclassification. If there really is a causal association between powdering and ovarian cancer, then we can be rather certain that the true RR is higher than what we can see in the various studies that have reported RRs.

Furthermore, we might make some reasonable inferences about the impact of reporting error on dose-response trends as well as on the overall RR. It is reasonable to surmise that the amount of reporting error is quite a bit higher for the details of past usage (duration of usage, intensity and frequency of past usage) than it is for the simple fact of usage. That is, there is less error in a woman's report of whether or not she ever used powders on a regular basis than in her report of the details of the usage, even if powdering behaviour may be a relatively stable habit. The consequence of this is that the RR based on ever/never usage (Tables 2 and 3) is less subject to artefactual attenuation than the RRs based on categorizing the duration or intensity or cumulative amount of usage (Tables 6-8). This is a possible explanation of why there has been a much clearer signal of elevated RR for ever/never usage than there has been for dose-response.

There is likely to be more measurement error of exposure to powders in cohort studies than in case-control studies, for several reasons. First, because the cohort study questionnaires attempted to broach topics that could be relevant to many types of cancer and indeed many diseases, the questions posed in the cohort study questionnaires about talc powder use tended to be much briefer and probably less effective at eliciting valid information than the questionnaires used in case-control studies of ovarian cancer.  For instance, the cohort studies did not elicit information on timing or duration of past usage, and the first publication on the Sister Study did not even attempt to elicit information about use of talcum powder products over 12 months before the interview (Gonzalez 2016).  Second, whereas a case-control design involves a woman looking backwards over her life from the time of incident cancer onset,  thereby addressing the entire relevant period of potential exposure, the woman in a cohort study reports on her past usage as of a certain point in her life, but there may be 10-20 years subsequent in which her habits could have changed, and of which the cohort study has no knowledge. Aside from the most recent iteration of the Sister Study that collected talc exposure information after the baseline questionnaire,  the women in the cohort studies were "locked into" their

Report on talcum powder use and ovarian cancer                              Jack Siemiatycki

exposure category at the baseline of the cohort study. If there were women who in fact started using powders after the baseline, they would be incorrectly labelled as non-users. And, if there were indeed a risk associated with use of talc powders, the risk estimate would be diluted by the incorrect inclusion of users among non-users. Accordingly, the longer such subjects are followed, the more likely such misclassification is to occur.

The age at which information is collected is a relevant consideration. In most case-control studies, the mean age of the study subjects was between 50 and 60. The mean age at baseline questionnaire in the NHS cohort study was around 40 (Gates 2010) and in the WHI it was over 60 (Houghton 2014). In each study, women were asked about their past history of powder usage. Clearly, the WHI women had a further stretch of time to consider than the women of the NHS and even of the case-control studies.

A particular form of measurement error may well have occurred in the first report from the Sister Study (Gonzalez 2016) and produced even more attenuation of RR estimates. Namely, in their brief questionnaire on talc exposure, the question was formulated to ask women about their use of powders during the 12 months preceding the interview. While exposure to talc over the past 12 months may be correlated with exposure over the entire etiologically relevant period, which might go back decades in the life of the woman, the correlation is probably weak, and this is another source of measurement error.

### 9.2.4   *Short follow-up periods for disease ascertainment*

This is a potential source of bias that would affect cohort studies.

In a cohort study, if the period of follow-up after baseline is relatively short, and if the latency period between exposure and cancer is long, the excess risk may not be detectable because cases that would occur after long latency have not had time to occur. If this did occur, it would lead to an artificially low RR estimate.

This could have been an issue in the early publications from the NHS Study (Gertig 2000), in the initial WHI Study paper (Houghton 2014), in the initial Sister Study paper (Gonzalez 2016). For those studies, the O'Brien 2020 paper entailed longer follow-up and therefore improved validity. In this regard, it is noteworthy that the results listed in the O'Brien 2020 paper for those component cohort studies show higher RRs than did the initial

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

papers from those studies. The NHSII study reported in the O'Brien 2020 paper had extremely short follow-up and therefore poor validity. The pooled results of the cohort studies in the O'Brien 2020 paper are definitely vulnerable to under-estimation of the meta-RR because of short duration of follow-up.

### 9.2.5   *Diagnostic error*

This is a potential source of bias that would affect both case-control and cohort studies, but not exactly in the same ways.

The diagnosis of cancer is never error-free. And details of histology and staging are even more error-prone. Further, there are trends in diagnostic criteria and methods over time, as well as in the terminology and classifications used. Thus, what we observe in these various studies of ovarian cancer represents imperfect estimates of true biologic/pathologic status. The impact of such "errors" is mainly the same as exposure measurement error, namely it would tend to artificially reduce RR estimates. Since most case-control studies start from hospital-based cancer diagnoses as the point of entry, they usually have reasonably valid diagnostic information.

In general, cohort studies tend to be more vulnerable to this source of error and bias, because disease diagnosis information is often obtained from sub-optimal sources, such as the information provided by the study subject or her family, or information obtained from death certificates. In the four cohort studies included in the pooled O'Brien 2020 analysis, there were high quality verifications of diagnostic information that had been provided by the women or their families. But such verification may not be as reliable as information coming straight from hospital pathology or oncology services. I expect that this was not a major issue here, but to the extent that it did operate, it too would have led to some additional attenuation of RR estimates, as I explained above.

### 9.2.6   *Initiation of powdering as a result of ovarian cancer*

This is a potential source of bias that would affect case-control studies.

It has been speculated that women with early symptoms of ovarian cancer might take up the use of powders to help with relief of their symptoms. If so, they might report that they used powders before their cancer was diagnosed and this could artificially inflate the RRs.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

While the women are usually questioned about the period before their cancer was diagnosed, there could be some "telescoping" so that women who start dusting after diagnosis respond in the affirmative to the questionnaire.

In the same vein, it has been speculated that treatment for ovarian cancer might produce side effects that could be relieved by powdering. And again, it might be posited that women ignore the instruction to refer the exposure question to the time before the onset of the cancer.

If the early symptoms of ovarian cancer provoke some women to start dusting the perineum to relieve some of the discomfort, or if the treatment provokes women to start dusting, this would lead to an artefactual excess RR.

I have not found any empirical evidence to support the hypothesis that early stage of ovarian cancer involves discomfort of a nature which induces women to start using body powders. In the few datasets I have seen which describe the age distribution of initiation of powdering, there were very few patients who started in the year or two before diagnosis of the cancer. In my opinion, this is virtually a non-issue, and  if it operated at all, it would only have operated on a handful of the thousands of women who were part of the various case-control studies.

### 9.2.7   *Confounding*

This is a potential source of bias that would affect both case-control and cohort studies.

If women who use powders are also more likely to be exposed to other risk factors for ovarian cancer, then it might distort the relationship between powdering and ovarian cancer. The direction and the degree of distortion (bias) that would be induced depends on two components: a) the true association between the confounder and ovarian cancer, and b) the association between the confounder and dusting behaviour. Thus, depending on the direction of these two component associations, the confounding can result in artificially decreased or increased RRs.

Typically, the degree of confounding is much lower than the strength of the association between the confounder and ovarian cancer. In order for a confounder to induce an artificial RR of 1.30 for dusting, it would have to have an RR much greater than 1.30 with

Report on talcum powder use and ovarian cancer                      Jack Siemiatycki

ovarian cancer and a fairly strong correlation with dusting behaviour. Given that the main studies have controlled for the main risk factors, I consider it unlikely that this operates. Appendix B2 shows the covariates that were controlled for in each study, and while there is some variability between studies in the list of covariates, the main known potential confounders (age, BMI or weight, parity) have been controlled for in almost all studies. It should be noted that while smoking is a well-established risk factor for many types of cancer, it is not a risk factor for ovarian cancer; thus, there is no need to control for smoking status in studies of ovarian cancer.

A thorough investigation of potential confounders was conducted by Cramer (2016); in the large database of New England-based studies, the authors explored the potential confounding effect of a host of personal characteristics including demographic, reproductive, hormonal, comorbidities, activities, and exposures. None of the covariates that they explored had any meaningful confounding effect on the association between talc and ovarian cancer.

### 9.2.8   *Publication bias*

This is a potential source of bias that could affect case-control and cohort studies.

This refers to the tendency for some evidence never to "see the light of day". Namely, when results are "negative" or "null", it may be that investigators never bother to submit them for publication, or alternatively, that editors refuse to publish them. This happens, most frequently, when the hypothesis under study is not particularly topical or controversial, and when the study is small. In the talc-ovarian cancer literature this would have been more likely in the pre-2000 era when there was much less scientific interest in the hypothesis linking talc to ovarian cancer. As a sensitivity analysis, I conducted a meta-analysis on the subset of studies in Table 2 that had at least 20 exposed cases. That is, I eliminated the studies from that stratum of the universe of studies that were most susceptible to publication bias.  The resulting meta-RR was almost identical to those shown in Table 4.  Because this has been a somewhat controversial topic in epidemiologic circles over the past 20 years, I doubt that there were large important studies with null findings on talc-ovarian cancer that went unpublished.

---

May 27 2024                                                                                   68

In their meta-analyses, Berge 2018 and Pennikilampi 2018 both showed funnel plots of the results of the different studies. These are meant to detect so-called publication bias. Both of those analyses concluded that there was no publication bias.

In summary, I consider that the observed association between talc and ovarian cancer is not an artefact due to publication bias.

### 9.2.9    *Summary comments regarding biases and errors*

While the results of epidemiologic studies strongly support the hypothesis of an association between perineal use of powders and risk of ovarian cancer, we must be wary of potential sources of error and bias that can distort an association before concluding that this association is causal. I have therefore gone through the plausible sources and types of error and bias that could potentially explain the positive association seen across the relevant studies to ascertain how likely it is that each type of potential bias or error was actually operative and, if so, what the nature of its impact may have been. These evaluations are based on my professional opinion as an epidemiologist having conducted, reviewed, and evaluated hundreds if not thousands of epidemiologic studies.

Of the various types of error listed, some could artificially inflate the RR estimates and some could artificially decrease the RR estimates. Some are likely to have occurred and some are unlikely to have occurred. The one that certainly occurred and that has a non-trivial attenuating effect on RRs is random exposure misclassification (section 8.2.3). As explained above, if there is a true association, then the true RR is almost certainly greater than the estimates seen in these studies and in the resulting meta-analyses. Other types of error and bias that are highly likely to have occurred are the two that are specific to cohort studies. Namely, the Nurses' Health Study papers (Gates 2010) almost certainly suffered from an attenuated RR estimate because of the compromised reference category of "unexposed" while the Women's Health Initiative paper (Houghton 2014) and the Sister Study paper (Gonzalez 2016) and the NHSII Study almost certainly suffered from a too short follow-up period (section 8.2.4). These issues would in turn have led to an attenuated estimate of RR in the pooled analysis of all cohort studies (O'Brien 2020).  In my opinion, the occurrence and the possible impact of other listed types of bias and error are more speculative, and less likely. It is instructive that the O'Brien 2024 paper which

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

attempted to take into account various plausible scenarios of multiple sources of errors and biases, ended up concluding that the observed RR estimates were generally lower than the RR estimates derived after "correcting" for various posited errors and biases.

Consequently, in my opinion, the observed association between talcum powder products and ovarian cancer is unlikely to be explained by any methodological problems with the studies.

## 10.    BRADFORD HILL FEATURES APPLIED TO TALC AND OVARIAN CANCER

There are no hard and fast rules or algorithms for assessing causality based on epidemiologic evidence. Since Bradford Hill's initial publication of guidelines to aid in the assessment of causality, there have been many alternative versions published in different textbooks and articles and reports. I will use a version that is listed in a widely used reference called the Reference Guide on Epidemiology in the Manual on Scientific Evidence (2011). Of the Bradford Hill guidelines, the authors of that reference stated: "There is no formula or algorithm that can be used to assess whether a causal inference is appropriate based on these guidelines."  These guidelines are simply aspects that might be considered in assessing causality.

I will give my assessment of how the evidence regarding talcum powder products and ovarian cancer fits into those aspects. While there is no objective basis or scientific precedent or "scientific jurisprudence" for quantification or weighting of the various "aspects", to help the reader to understand the relevance that I attached to each "aspect" in my evaluation, I will provide an informal ranking of the importance that I attach to each aspect, in the specific context of the assessment of causality of evidence regarding talcum powder products and ovarian cancer. I will list the aspects in descending order of importance that I attach to them.

My opinions are briefly summarized in **Table 13**.

### *Highly important aspects in my weighting*

The most important Bradford Hill aspects to consider in evaluation of causality of talcum powder for ovarian cancer are:  strength of association (including magnitude and

May 27 2024                                                                                      70

Report on talcum powder use and ovarian cancer                          Jack Siemiatycki

statistical significance of RR), dose-response, consideration of biases, and consistency of findings.

<u>Strength of the association</u>. This can embody both the magnitude of the RR and its statistical significance. The meta-RR estimate is 1.30.  That means that the best estimate from the epidemiologic literature is that women who regularly used talcum powder products in the genital area had a 30% higher risk of ovarian cancer than women who did not use such powders. This RR is in line with many well-recognized risk factors for cancer and other diseases. For example, it is well accepted now that people living in an urban neighborhood in which the air is highly polluted with particulate matter have between a 5% and a 10% excess risk of lung cancer compared with people living in a less polluted urban neighborhood. Also, it is well accepted now that workers exposed to a solvent called trichloroethylene have about a 40% higher risk of kidney cancer compared with workers not exposed to trichloroethylene. Thus, the 30% increase of ovarian cancer for women who used talcum powders is in line with many recognized risk factors. The 30% increased risk is highly statistically significant.  (Note that the statistical significance of individual studies is irrelevant to the consideration of causality; it is the totality of evidence embodied in the meta-analysis that counts.) Such a high and significant meta-RR could not have occurred by chance.

<u>Dose-response relationship.</u>  If the relative risk increases when the exposure increases, it enhances the likelihood that the observed association is really causal. In studies of lifestyle habits like use of talcum powder products, the most common way of assessing dose-response is to estimate the RR in increasing categories of exposure metrics such as duration (years) of usage, or intensity of usage (frequency per day or per week or per month), or cumulative amount of usage (a combination of duration and frequency). The most sensitive of these metrics is the cumulative amount. I evaluated the published studies reported on risks according to the different metrics. By far, the most important set of results on dose-response is that from the Terry 2013 pooled analysis of 10 studies using the cumulative exposure metric. The next most important source from a statistical weight point of view is that from Schildkraut 2016. In both of those studies, there is a clear indication of increasing risk with increasing cumulative exposure.  Since the statistical power to detect a trend is less than the power to detect an overall risk, it is not surprising that the p-value for trend

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

does not attain the conventional 0.05 level, but it remains true that these studies support a dose-response. To bring in more evidence, I conducted a meta-analysis of the highest category of cumulative exposure in each of the five studies that analysed their data by categories of cumulative exposure. That meta-RR was 1.39 (Table 6). This evidence of dose-response is an important consideration in my assessment of causality. The analysis by Woolen 2022 of papers that reported RRs by frequency of exposure to talc reaffirmed my finding that women with higher frequency of talc exposure had higher risk.

<u>Consideration of alternative explanations - absence of bias.</u> There are many potential sources of bias in observational research, including in epidemiology. It is important to consider the presence of bias in each study performed or reviewed in an evaluation of causality. The possibility of bias is so multifaceted that it is impossible to reliably assign an explicit score to the likelihood of bias in a study or in a body of studies. It is also important to understand that identifying a potential source of bias is not tantamount to demonstrating that there actually is bias. In section 9.2 I have reviewed the potential role of several types of biases and errors that can bedevil such research. I concluded there that none of those factors, including reporting bias, could have caused the apparent association.

<u>Consistency of findings between studies (or replication of findings).</u> Because epidemiologic research is susceptible to errors from random variability and from different kinds of study biases, before accepting the apparent association as a true causal relationship, it is important to see that similar results are replicated in different studies. When these different studies also encompass different study populations in different communities, it enhances the generalizability of the inferences. Generally speaking, the observation of consistent results in different studies adds to the credibility of an inference that there really is a causal relationship. In my review of the published epidemiological studies and meta-analysis, I was impressed by the consistently elevated risk across studies. Almost all of the 30 or so studies considered have produced an RR greater than the null value of 1.0. If there really were no association between talcum powder use and ovarian cancer, we would expect to see as many RRs lower than 1.0 as higher than 1.0. The pattern we see is like flipping a coin 30 times and getting a heads 28 or 29 times. The individual study RRs are not all necessarily statistically significant, but that is irrelevant because most individual studies did not have sufficient statistical power to detect RR in the range of 1.2-1.4. It is the statistical

May 27 2024                                                                72

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

significance of the meta-RR, representing the combined evidence that has the requisite power, and that excess RR is highly statistically significant. I place great weight upon this evidence of causality and, here, believe it to be amongst the most important findings. The other meta-analyses (Berge 2018, Penninkilampi 2018, Taher 2019) were based on substantially the same set of original studies as mine.

Temporal relationship. Exposure should be seen to have preceded disease. It is almost a logical truism. This is the only aspect of the guidelines that Bradford Hill considered to be necessary. In all of the studies I reviewed, the information elicited about talc exposure concerned the time period before cancer onset.

### Moderately important aspects in my weighting

Biological plausibility (coherence with existing knowledge). It is both conventional and natural to consider whether any putative association is biologically plausible. The notion of biological plausibility is multi-facetted. In the case of talcum powder products and ovarian cancer, it can include such issues as: how such powders have been used, female anatomy and physiology, toxico-kinetics and toxicology of talc, in vitro and in vivo mechanisms of carcinogenesis, and others.

The first thing to note about this aspect that Bradford Hill listed is that it is called "biological plausibility", not "biological proof". That is, there was never any implication that a determination of causality should rest on a demonstrated proven biological mechanism. Hill was always reserved about this aspect, insisting that it was not an essential prerequisite to establishing causality. As I have mentioned above, it has been common in the history of medicine and epidemiology for the elaboration of a validated biological mechanism to come much later than the discovery and demonstration of a causal association.

Insofar as the issue of talcum powder products and ovarian cancer is concerned, there is evidence to support a few biologically plausible mechanisms. First, with the recognition that asbestos exposure among women can increase the risk of ovarian cancer (Camargo 2011; IARC 2012) and the growing evidence that talc products may have contained asbestos fibres, it is plausible that the asbestos fibres in talc products has caused ovarian cancers. It is not only asbestos that can contaminate talc products; there is also evidence

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

that commercially-distributed talc powder contained some heavy metals that are themselves carcinogenic. Second, there is credible evidence that particles such as those found in talcum powder products (and its constituents and contaminants) that are applied to the vaginal area can migrate from there to the fallopian tubes and ovaries (Venter 1979; Henderson 1986; Heller 1996; Sjosten 2004; McDonald 2019) or to pelvic lymph nodes. (Cramer 2007) In addition, as has been hypothesised and partially demonstrated in the discussion of asbestos and ovarian cancer, such particles might reach the ovaries via inhalation and translocation. (Miserocchi 2008; IARC 2012) Once the particles reach the ovaries, carcinogenesis can be triggered by the inflammation engendered by the particles. (Ness 1999; Ness 2000) There is considerable evidence that inflammation is an important mechanism for carcinogenesis (Coussens and Werb 2002; Grivennikov 2010). Alternative plausible mechanisms of carcinogenicity include talc-induced oxidative stress (Buz'Zard 2007; Saed 2017; Fletcher 2018), and genotoxicity (Shukla 2009).

The fact that there are credible biologically plausible mechanisms by which talcum powder products can reach the upper genital tract causing an inflammatory response, along with the presence of asbestos fibres and other carcinogens, is a consideration in support of my opinion that the genital use of talcum powder products can cause ovarian cancer.

### Aspects of lesser importance in my weighting

Cessation of exposure.  It is rare that there is valid evidence available to assess the impact of cessation of exposure in an observational study. In the studies on talcum powder and ovarian cancer, there is no evidence one way or the other concerning the effect of cessation of exposure. This aspect is not applicable and I place almost no weight on it.

Specificity of the association.  This aspect is premised on the notion that an agent-disease association is more likely to reflect a causal association if the agent is not also associated with other diseases. In the 1960s, this seemed like a reasonable argument. In light of evidence from the past 60 years, this argument is no longer made and this aspect has fallen out of usage with the demonstration that some agents can indeed provoke multiple different pathologies. Examples include cigarette smoking, ionizing radiation and asbestos fibers. Therefore, I do not place much stock in this aspect. Still, I note that in the case of the

Case 3:16-md-02738-MAS-RLS     Document 33123-3     Filed 08/22/24     Page 413 of 972
PageID: 240620
Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

Sister Study, O'Brien 2024 found that the association with talc that was observed for ovarian cancer, was not observed for uterine or breast cancer.

Analogy. Hill argued that if the agent is similar to another agent that has been shown to be a cause of the disease, then the agent under investigation is more likely to be a cause. The fact that exposure to asbestos fibers can cause cancers in lung, larynx, mesothelial tissue and ovaries (IARC 2012) can indicate that, by analogy, talc, which is similar in some respects, might be able to induce carcinogenesis. Thus, there is an argument for an analogy between talc and asbestos. While this aspect supports causality in Hill's framework, I consider it a more tenuous aspect than the ones listed above.

Coherence with other types of knowledge. Coherence with other knowledge can encompass a multitude of possibilities.  This aspect is both vague and very open-ended, with no real operational instruction on how to use it. Hill gave an example in his paper, but the example was only applicable to tobacco and lung cancer. Like analogy and specificity, this is an aspect that, if it can be demonstrated, can enhance the likelihood of causality, but its absence cannot detract from causality. I do not consider it to have much weight in this context.


## 11.    CONTRAST WITH IARC MONOGRAPH OF 2006

The 2006 IARC Monograph meeting, which I chaired, concluded that a causal relationship was "possible" between perineal talc powder exposure and ovarian cancer.  I concurred with that evaluation.

It is now my professional opinion, based on the totality of the evidence currently available, that, to a reasonable degree of scientific certainty, the causal relationship between perineal talc powder exposure and ovarian cancer is "probable".

What has changed in the years since the IARC review of 2006?

Some of the largest and most influential studies have been published since 2006. This includes Terry 2013 and its component studies, Schildkraut 2016, and O'Brien 2020 and its component studies. The RR estimates in Table 2 are remarkably consistent in showing a highly statistically significant excess risk. Recently updated results from a pooled analysis of cohort studies (O'Brien 2020) has shown that, notwithstanding some

Report on talcum powder use and ovarian cancer                                   Jack Siemiatycki

limitations of the validity of cohort studies in this area of research, the RR estimates that have come out of the cohort studies are not as discrepant from those of the case-control studies as had been reported earlier.

The number of published study results and scientific literature addressing the epidemiology, toxicology, molecular biology, and mechanistic studies has substantially increased since 2006, and the evidence of excess risk has been consistently demonstrated across the past three decades.

The various possible biases that are on the table remain substantially similar to the ones that were considered by the IARC panel. At the time, we were not convinced that the apparent excess risk could be explained by those potential biases or confounding.  As stated above, my review of the relevant studies and potential biases has led me to conclude that bias does not explain the consistent increased risks seen across the credible studies.

There is important new information with regard to the issue of dose-response. Contrary to the impression that the IARC panel had of a total absence of dose-response, and even a possible trend in the opposite direction, the results of three publications, Terry 2013 and Schildkraut 2016, using cumulative exposure metrics, and Wu 2015 using duration of exposure and Woolen 2022 using frequency of exposure, all demonstrate a clear compatibility with a dose-response relationship. The recent meta-analysis of Berge 2018 supports the presence of dose-response in both duration and frequency of use. The most convincing of these is the Terry 2013 pooled analysis, which assembled a larger dataset than all other attempts to assess dose-response combined. Clearly, earlier reviews could not have integrated the results from these recent studies. Based upon the above results, in my opinion there is evidence of a dose-response relationship.

It is of interest that an IARC Advisory Group recommended in 2019 that IARC should give high priority to undertake a new evaluation of talc carcinogenicity. (IARC Advisory Group 2019) This implies, as I discussed above, that there has indeed been meaningful new information published on talc carcinogenicity since the 2006 IARC evaluation.

Case 3:16-md-02738-MAS-RLS    Document 33123-3    Filed 08/22/24    Page 415 of 972
PageID: 240622
Report on talcum powder use and ovarian cancer                Jack Siemiatycki

## 12.   RECENT REVIEWS AND OPINIONS

Up to the mid 2010s most of the publications concerning talc and cancer were reports of individual epidemiologic studies. As indicated in this report there have been around 30 to 40 distinct papers describing original results concerning use of cosmetic talc and risk of ovarian cancer, in specific populations using specific methods. While there were a few attempts to synthesize the evidence with meta-analyses or review articles going back to the early 2000's  (the most authoritative one being the IARC Monograph #93), there were not many of those until about the mid-2010's. About 10 years ago, the topic became more controversial and several authors have tried to synthesize evidence with meta-analyses or review articles. In the previous chapter I reviewed the meta-analyses conducted since 2017. In this chapter I review some of the recent review articles and reports, notably the following: Goodman 2020; Wentzensen 2021; Micha 2022; Tran 2022; Lynch 2023; Health Canada 2021. Some of these reviews focused solely on the epidemiologic evidence, while some also considered toxicologic and mechanistic evidence.

*Goodman 2020* is a comprehensive review of evidence including epidemiologic studies, animal experimentation and some mechanistic evidence. It was carried out by a private research firm. Their conclusion was that the totality of evidence demonstrates the "non-carcinogenicity" of perineal use of talc.

While they have cited and mentioned many of the epidemiologic studies that were cited in the four meta-analyses I have mentioned above and in my Table 4, there are several serious methodological flaws with their evaluation of the epidemiologic evidence.

First, it is curious that they did not conduct a meta-analysis to estimate the RR from the ensemble of epidemiologic studies. They have all the material needed to do so. Instead they rely on a fatally flawed method of using statistical significance of individual studies and tallying up how many studies are individually statistically significant to guide their overall conclusion. The most elementary awareness of the meaning of statistical significance would contra-indicate such an inferential path. Indeed the methods of meta-analysis were developed precisely to avoid making such flawed inferences.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

Second, they make the basic error of asserting that cohort studies are across the board superior in validity than case-control studies. I have addressed this error in section 9 on misinterpretations and misconceptions.

Third some of the papers they list are in fact subsumed by other papers in their list because they represent earlier analyses of the same study, or they represent different configurations of the same study.

Fourth, their interpretation of the conformity of the studies with Bradford Hill's "considerations" is subjective and unreliable.

Fifth, while they point out many gaps in knowledge regarding transport of fibers and mechanisms of carcinogenesis, they tend to interpret the absence of evidence as evidence against an association.

Taken together, these flaws invalidate the authors' conclusions.

*Lynch 2023*.  This paper is reminiscent of the Goodman 2020 review. It has similar methods and similar flaws. It is a wide-rangeing attempt to present epidemiologic and experimental and physiological data to refute the evidence of a causal relationship between perineal talc powder and ovarian cancer. Like Goodman 2020, they refrain from conducting or referring to a meta-analysis of the data, even to the meta-analysis that members of this team published a few years ago (Berge 2018). Like Goodman 2020, they rely on the statistical significance of the results of individual studies to guide overall inferences. These tactics are flawed here as they are in Goodman 2020.  They devised a so-called quality score for each study that allowed them to disregard from consideration any studies  they deemed sub-par. Having gone to that trouble, they did not even conduct a meta-analysis with the papers that survived their subjective "quality cull".  They assert that there were no dose-response patterns, whereas the evidence  presented in my section 8.3 (and Tables 6-8 and papers by Terry 2013 and Woolen 2022) demonstrate that when sufficient data are assembled, the dose-response patterns which are hard to discern with sparse data, appear quite readily.  In reviewing other domains of evidence, they indicate that the evidence regarding migration and translocation of talc particles is inconclusive, and that evidence regarding potential mechanisms of talc carcinogenesis is sparse. Like the Goodman 2020 paper, Lynch 2023 suffers from serious flaws, not least from

May 27 2024                                                                                      78

Case 3:16-md-02738-MAS-RLS     Document 33123-3     Filed 08/22/24     Page 417 of 972
PageID: 240624
Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

unjustified conclusions. The thrust of their discussion of the evidence, as they see it, is that the various dimensions of evidence are inconclusive. When it comes time at the end to crystalize all of this uncertainty into a conclusion, they conclude with a rather assertive certainty that there is "suggestive evidence of no association for exposure to talc and ovarian cancer".

*Wentzensen 2021.* This rather short paper provides a balanced and thoughtful review of many aspects of the evidence. They debunk the notion, expressed by Goodman 2020 , Lynch 2023, and others,  that cohort studies as a class are more valid than case-control studies. They describe various types of bias that can infect these studies, and that can distort the associations in various directions. They considered the results of the various meta-analyses that I referenced in Table 4 (except my meta-analysis, which was not published). They asserted the importance of distinguishing risk analyses among women who had intact reproductive systems, and they noted that the few studies that had data on this tended to show that women with intact reproductive systems and used talc powder had particularly high risks of ovarian cancer. They note the importance of examining results according to subtypes of ovarian cancer, but also acknowledge that there is not a lot of definitive data in this regard.

They indicate that talc causes inflammatory reactions. They acknowledge that there is convincing evidence of an association between talc exposure and ovarian cancer, but they highlight gaps in scientific knowledge that, in their opinion, preclude a definitive determination of causality.

*Micha 2022* is a very brief and synthetic commentary on the nature of evidence for a talc and ovarian cancer association. It isquite superficial and does not get "into the weeds" of the studies and data on the issue.  The paper focuses on the issue of asbestos content in talc. The authors tend to dismiss the possibility of a causal association between talc and ovarian cancer.

*Tran 2022* is a rejoinder to Micha 2022. It is focused on the possible role of asbestos both as a component of talc powder and as an example of the possible transport of fibers to the ovaries. Contradicting Micha 2022, the authors of Tran 2022 insist that talc powder which contained asbestos could indeed be the responsible agent in causing ovarian cancers.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

*Health Canada 2021, referenced as* ECCC & HC 2021. While many agencies and organizations and institutions publish information on recognized carcinogens, for the most part these agencies and organizations and institutions do not carry out systematic expert reviews of the basic data needed to evaluate carcinogenicity. Rather, they mostly consult publications from the few agencies that do carry out such evaluations, or they rely on subjective opinions of scientists who try to ascertain what is the accumulated wisdom on the topic. The IARC Monograph program is one of the rare agencies that routinely produces evaluations of carcinogenicity on the basis of rigorous comprehensive time-intensive evaluations by multidisciplinary groups of scientists. Some other agencies have carried out, on an ad hoc basis, some assessments of talc carcinogenicity that are at a high level of scientific investment and credibility. The Canadian federal departments of Health and of Environment teamed up to conduct a multidisciplinary evaluation of the impact of talc on the environment and on human health.  Following a lengthy period of reviewing a great deal of evidence, they recently published a publicly-available report.[4]

This comprehensive systematic review of all facets of impact of talc on the environment and on human health involved government scientists and scientists from outside government.  Among the potential impacts considered was that of ovarian cancer as a result of perineal exposure.

The Health Canada report considers that the presence or absence of asbestos in historic talc products remains an unsettled topic, and they decided to conduct the evaluation of talc without factoring in the possibility of asbestos being part of the exposure materials. Reflecting the expertise of the scientists who conducted the assessment, the report has a decidedly toxicology flavor. Concerning environmental impact, the report concludes that there is no evidence of harm to the environment from talc. Concerning human health impact, the report concludes that there is plausible evidence that talc particles  "may transfer from the vagina to the fallopian tubes and ovaries following perineal application". Based on their expert analysis of the toxicology database, the report affirms that "Recent research with respect to specific mechanisms (inflammation and/or tumour precursor

---

[4] For the sake of transparency, I mention that I submitted an opinion to Health Canada on the topic of talc carcinogenicity following a public solicitation of opinions by Health Canada.

Case 3:16-md-02738-MAS-RLS    Document 33123-3    Filed 08/22/24    Page 419 of 972
PageID: 240626
Report on talcum powder use and ovarian cancer                Jack Siemiatycki

events) add increased support to the biological plausibility." The report concludes that, notwithstanding the fact that there remain gaps and uncertainties in the evidence, the review of the totality of evidence is "indicative of a causal effect" between talc powdering and ovarian cancer.  The Executive Summary states: "*With regards to perineal exposure, analyses of the available human studies in the peer-reviewed literature indicate a consistent and statistically significant positive association between perineal exposure to talc and ovarian cancer. The available data are indicative of a causal effect.*"

## 13.  CONCLUSION

The totality of evidence demonstrates that perineal or genital use of talcum powder products is associated with ovarian cancer. Based on contemporary data, my estimated RR between ever perineal use of talc powder products and ovarian cancer is 1.30 (95%CI 1.21-1.40).  The body of epidemiologic evidence is remarkably consistent in demonstrating an excess risk. The evidence summarized in Table 6 is compatible with the presence of a dose-response relationship between cumulative exposure to talcum powder products and ovarian cancer. There are various potential sources of bias in these studies, some of which could have inflated the true RR estimate and some of which would have deflated the true RR estimate. Apart from random measurement error, which is inevitable in such studies and which tends to attenuate the RR estimates, there is no certainty that the other potential biases were in fact operative and to what degree. It is my opinion, however, that neither bias nor confounding explains the consistent positive association seen across studies.  Additionally, there are biologically plausible mechanisms by which talcum powder products could cause ovarian cancer.

Based on the totality of the evidence, it is my opinion, to a reasonable degree of scientific certainty, that the perineal use of talcum powder products can cause ovarian cancer. Given the seriousness of ovarian cancer and its associated morbidity, this causal association represents an important public health issue.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

**14.   TABLES**

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

**TABLE 1. COMPONENT ACTIVITIES IN MY EVALUATION OF GENERAL CAUSATION BETWEEN TALCUM POWDER PRODUCT USE AND OVARIAN CANCER**

1.  Identify all epidemiology study papers that present original results on talc and Ovarian Cancer.

2.  Extract all RR results from every paper into a database.

3.  Determine which of the papers and results present truly independent and relevant results.

4.  Extract from each study the RR for Ever/Never use of talc in the genital area in relation to OC risk.

5.  Conduct a Meta-analysis.

6.  Consider other meta-analyses that have been published on this topic.

6.  Examine the evidence about a possible dose-response relationship.

7.  Consider issues of bias, confounding and other sources of error in the various studies.

8.  Consider relevant opinion pieces, review articles, and agency reports.

9.  Consider opinions from experts regarding possible biological mechanisms.

10. Consider all relevant aspects of the association to infer causation.

11. Write report.

**TABLE 2. RELATIVE RISK ESTIMATES BETWEEN EVER REGULAR USE OF TALCUM POWDERS PRODUCTS[1] IN THE PERINEAL AREA AND OVARIAN CANCER[2], FROM VARIOUS PUBLICATIONS USED IN ANY OF THE META-ANALYSIS, EITHER DIRECTLY OR BY CONTRIBUTING TO ANOTHER PUBLICATION THAT WAS USED IN THE META-ANALYSES**

| Author[3] | Included in Main meta-analysis | All ovarian cancers | | |
|---|---|---|---|---|
| | | Number exposed cases | RR[4] | 95% CI[5] |
| Booth 1989 | √ | 141 | 1.29 | 0.92 - 1.80 |
| Chen, 1992 | √ | 7 | 3.9 | 0.91 - 10.6 |
| Cook 1997 | √ | 159 | 1.5 | 1.1 - 2.0 |
| Cramer 1982 | √ | 60 | 1.55 | 0.98 - 2.47 |
| Cramer 2016 | | 642 | 1.33 | 1.16 - 1.52 |
| Gates 2010 | | 231[6] | 1.06 | 0.89 - 1.28 |
| Godard 1998 | √ | 18 | 2.49 | 0.94 - 6.58 |
| Gonzalez 2016 | | 17 | 0.73 | 0.44 - 1.2 |
| Harlow 1989 | √ | 49 | 1.1 | 0.7 - 2.1 |
| Harlow 1992 | √ | 114 | 1.5 | 1.0 - 2.1 |
| Hartge 1983 | √ | 7 | 2.5 | 0.7 - 10.0 |
| Houghton 2014 | | 181 | 1.12 | 0.92 - 1.36 |

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

| Author[3] | Included in Main meta-analysis | All ovarian cancers | | |
| | | Number exposed cases | RR[4] | 95% CI[5] |
| --- | --- | --- | --- | --- |
| Mills 2004 | √ | 106 | 1.37 | 1.02 - 1.85 |
| Ness 2000 | √ | 161 | 1.5 | 1.1 - 2.0 |
| O'Brien 2020 A[7] | √ | 623 | 1.13 | 1.01 - 1.26 |
| O'Brien 2020 B[7] | | 954 | 1.08 | 0.99 - 1.17 |
| Purdie 1995 | √ | 467 | 1.27 | 1.04 - 1.54 |
| Rosenblatt 1992 | √ | 22 | 1.7 | 0.7 - 3.9 |
| Schildkraut 2016 A[8] | √ | 248 | 1.44 | 1.11 - 1.86 |
| Schildkraut 2016 B[8] | | 128 | 1.19 | 0.87 - 1.63 |
| Shushan 1996 | | 21 | 1.97 | 1.06 - 3.66 |
| Terry 2013 | √ | 2600 | 1.24 | 1.15 - 1.33 |
| Terry-AUS 2013 | | 705 | 1.13 | 0.92 - 1.38 |
| Terry-DOV 2013 | | 272 | 1.13 | 0.93 - 1.36 |
| Terry-HAW 2013 | | 74 | 0.99 | 0.70 - 1.41 |
| Terry-HOP 2013 | | 194 | 1.34 | 1.07 - 1.67 |
| Terry-NCO 2013 | | 195 | 1.37 | 1.05 - 1.80 |

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

| Author[3] | Included in Main meta-analysis | All ovarian cancers | | |
| | | Number exposed cases | RR[4] | 95% CI[5] |
|---|---|---|---|---|
| Terry-NEC 2013 | | 755 | 1.28 | 1.12 - 1.47 |
| Terry-SON 2013 | | 197 | 1.35 | 1.03 - 1.76 |
| Terry-USC 2013 | | 208 | 1.36 | 1.06 - 1.74 |
| Tzonou 1993 | √ | 6 | 1.05 | 0.28 - 3.98 |
| Whittemore 1988 | √ | 67 | 1.36 | 0.91 - 2.04 |
| Wong 1999 | √ | 157 | 1.0 | 0.8 - 1.3 |
| Wu 2015[9] | √ | 701 | 1.46 | 1.27 - 1.69 |

1.  In all of these studies the exposure was defined as ever use of powder in the perineal area. In most studies it was further explicitly indicated that the use was regular.

2.  In this table we report the result for all types of ovarian cancer combined. With the exception of the Harlow 1989 study that was restricted to borderline tumours, we have assumed that all studies included both borderline and invasive tumours, although this was not always clear in the publications.

3.  See Appendix A for a list of additional publications that were excluded from meta-analyses and the reasons for those exclusions.

4.  RR or OR.

5.  The confidence intervals are the ones reported by the authors of the respective studies. However in its implementation procedures, the Comprehensive Meta-analysis package recomputes them to be symmetric around the point estimate, on a log scale. Consequently, in the printout of the forest plot of meta-analyses, the printed confidence interval is not always identical to the one shown in this table.

6.  Estimated based on Table 1 of Gates 2010.

7.  The O'Brien 2020 pooled cohort studies paper presented two sets of results that both have some legitimacy for the present purpose. O'Brien 2020A shows results for all subjects who had a patent reproductive tract; O'Brien 2020B shows results for all subjects including those who did not have a patent reproductive tract. In theory women without a patent reproductive tract would not be eligible for talc particles deposited in the vagina to migrate to the ovaries, and therefore this group were not at risk and should be

excluded. However there are about 20 other studies in the meta-analysis and it is not clear if they were able to exclude women without patent reproductive tracts. The numbers of exposed cases in the O'Brien 2020 paper were computed from data shown in the paper as follows. The paper shows the number of cases (A: 1384; B: 2168). It also shows in each group the prevalence of powder use among cases (A45%; B: 44%). The numbers of exposed cases is the product of those two parameters (A: 0.45 x 1384; B: 0.44 x 2168).

8.   The Schildkraut 2016 case-control study presented two sets of results that both have some legitimacy for the present purpose. Schildkraut 2016A shows the results for all subjects who were interviewed in the study from 2010-2015. Schildkraut2016B shows the results for those subjects who were interviewed before 2014, and who, according to the authors, were not susceptible to having been tainted by publicity from a class action suit.

9.   The Wu 2015 paper is from the same study that gave rise to the Terry-USC component of the Terry 2013 paper. By including both the Terry 2013 paper and the Wu 2015 papers in my main meta-analysis, this compromises the principle of not double-counting some cases. The alternative would be to include Terry 2013 and exclude Wu 2015. But as can be seen from the numbers of exposed cases in Wu 2015 and Terry-USC 2013, there and many more cases, and therefore useful information, in the Wu 2015 estimate of RR than in the Terry-USC 2013 estimate of RR (701 exposed cases vs 208 exposed cases). Consequently, without being able to separate out the USC-Wu study subjects who were part of the Terry analysis from those who were part of the Wu 2015 analysis, the strategy adopted here is the most efficient.

Report on talcum powder use and ovarian cancer                                      Jack Siemiatycki

**TABLE 3. MAIN META-ANALYSIS AND SENSITIVITY ANALYSES CONDUCTED ON THE ASSOCIATION BETWEEN EVER REGULAR USE OF TALCUM POWDER PRODUCTS IN THE PERINEAL AREA AND OVARIAN CANCER (ALL TYPES COMBINED).**

| Studies in meta-analysis | N[1] | RR estimate Meta-RR | 95% CI | p-value | Heterogeneity I²(%) | p-value |
|---|---|---|---|---|---|---|
| 1. Main Meta-Analysis studies as per Table 2 | 19 | 1.30 | 1.21 - 1.40 | 0.00 | 25.2 | 0.15 |
| *Sensitivity analyses (modification to Main meta-analysis I)* | | | | | | |
| II. Substitute O'Brien B for O'Brien A | 19 | 1.30 | 1.20 - 1.42 | 0.00 | 45.0 | 0.02 |
| III. Substitute Schildkraut B for Schildkraut A. | 19 | 1.29 | 1.20 - 1.38 | 0.00 | 22.5 | 0.18 |
| IV. Add Shushan | 20 | 1.31 | 1.22 - 1.41 | 0.00 | 26.9 | 0.13 |
| V. Drop Terry 2013 and O'Brien 2020. Add all constituent studies from Terry 2013 and O'Brien 2020[2]. | 29 | 1.26 | 1.19 - 1.33 | 0.00 | 21.9 | 0.15 |

1.    N:  Number of RRs that went into the meta-analysis. This is not synonymous with the number of studies because some RRs (e.g. Terry 2013, Cramer 2016, O'Brien 2020) embody multiple studies.

2.    Sources of data on constituent studies:
      For case-control studies in Terry 2013:  Cramer 2016; Wu 2015; Terry-Aus 2013; Terry-DOV 2013; Terry-Haw 2013; Terry-HOP 2013; Terry-NCO 2013; Terry SON 2013.
      For cohort studies in O'Brien 2020: O'Brien 2020.

**TABLE 4. COMPARISON OF RESULTS OF FOUR RECENT AND INDEPENDENT META-ANALYSES OF THE ASSOCIATION BETWEEN EVER REGULAR USE OF TALCUM POWDER PRODUCTS IN THE PERINEAL AREA AND OVARIAN CANCER.**

| Meta-analysis author | N[1] | Meta-RR | 95% CI | | Heterogeneity p-value |
|---|---|---|---|---|---|
| Siemiatycki 2020 | 19 | 1.30 | 1.21 - | 1.40 | 0.15 |
| Taher 2019 | 27 | 1.28 | 1.20 - | 1.37 | 0.00 |
| Penninkilampi 2018 | 26 | 1.35 | 1.24 - | 1.39 | 0.31 |
| Berge 2018 | 27 | 1.22 | 1.13 - | 1.30 | 0.02 |

1. Number of published RR estimates that went into the meta-analysis. This does not necessarily correspond to the number of studies, since, for example, the Terry 2013 pooled estimate used in the Siemiatycki meta-analysis embodied 10 studies and the O'Brien 2020 pooled estimate used in the Siemiatycki meta-analysis embodied 4 studies.

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

**TABLE 5. RELATIVE RISK ESTIMATES BETWEEN EVER REGULAR USE OF TALCUM POWDER PRODUCTS ON SANITARY NAPKINS AND OVARIAN CANCER, AND RESULTS OF META-ANALYSIS.**

| Author | Number exposed cases | RR[1] | 95% CI[2] | | |
|--------|---------------------|-------|-----------|---|---|
| Chang 1997 | 51 | 1.26 | 0.81 | - | 1.96 |
| Cook 1997 | 38 | 0.9 | 0.5 | - | 1.5 |
| Cramer 1999 | 20 | 1.45 | 0.68 | - | 3.09 |
| Gertig 2000 | 32 | 0.89 | 0.61 | - | 1.28 |
| Harlow 1989 | 8 | 2.6 | 0.9 | - | 22.4[2] |
| Harlow 1992 | 9 | 1.1 | 0.4 | - | 2.8 |
| Houghton 2014 | 93 | 0.95 | 0.76 | - | 1.20 |
| Ness 2000 | 77 | 1.6 | 1.1 | - | 2.3 |
| Rosenblatt 1992 | 21 | 4.8 | 1.3 | - | 17.8 |
| Rosenblatt 2011 | 55 | 0.82 | 0.58 | - | 1.16 |
| Whittemore 1988 | 5 | 0.62 | 0.21 | - | 1.80 |
| Wong 1999 | 13 | 0.9 | 0.4 | - | 2.0 |
| **Meta-analysis** | | **1.08** | **0.89** | **-** | **1.31** |
| | | | p-value for heterogeneity = 0.09 | | |

1.    RR or OR.

2.    The confidence intervals are the ones reported by the authors of the respective studies. However in its implementation procedures, the Comprehensive Meta-analysis package recomputes them to be symmetric around the point estimate, on a log scale. Consequently, in the printout of the forest plot of meta-analyses, the printed confidence interval is not always identical to the one shown in this table.

May 27 2024                                                                                    90

Report on talcum powder use and ovarian cancer               Jack Siemiatycki

3.    These studies were excluded from the Ever/Never exposed analyses in Table 2 because they were superseded by subsequent pooled analyses (Terry 2013 or O'Brien 2020). However those pooled analyses did not report on risks related to powdering on sanitary napkins, so we reverted to the available results from these component studies.

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

**TABLE 6. RELATIVE RISK ESTIMATES BETWEEN SUBGROUPS DEFINED BY CUMULATIVE EXPOSURE MEASURES[1] AND OVARIAN CANCER[2], FROM VARIOUS STUDIES.**

| Author | Cumulative applications[3] | Number exposed cases | RR[4] | 95% CI | | |
|---|---|---|---|---|---|---|
| Cook 1997[4] | < 2000 | 20 | 1.8 | 0.9 | - | 3.5 |
| | 2001-5000 | 24 | 1.6 | 0.9 | - | 2.9 |
| | 5001-10000 | 21 | 1.2 | 0.6 | - | 2.4 |
| | *>10000* | *28* | *1.8* | *0.9* | *-* | *3.4* |
| Harlow 1992 | <1000 | 18 | 1.3 | 0.7 | - | 2.7 |
| | 1000-10000 | 54 | 1.5 | 0.9 | - | 2.4 |
| | *>10000* | *42* | *1.8* | *1.0* | *-* | *3.0* |
| Mills 2004 | Quartile 1 | 18 | 1.0 | 0.6 | - | 1.8 |
| | Quartile 2 | 28 | 1.8 | 1.1 | - | 3.0 |
| | Quartile 3 | 34 | 1.7 | 1.1 | - | 2.7 |
| | *Quartile 4* | *20* | *1.1* | *0.6* | *-* | *1.8* |
| Schildkraut 2016 | ≤3600 | 92 | 1.16 | 0.83 | - | 1.63 |
| | *>3600* | *152* | *1.67* | *1.23* | *-* | *2.26* |
| Terry 2013[5] | Quartile 1 | 534 | 1.14 | 1.00 | - | 1.31 |
| | Quartile 2 | 541 | 1.23 | 1.08 | - | 1.41 |
| | Quartile 3 | 542 | 1.22 | 1.07 | - | 1.40 |
| | *Quartile 4* | *586* | *1.32* | *1.16* | *-* | *1.52* |
| **Meta RR for highest category of each study as reported by authors** | | | *1.39* | *1.23* | *-* | *1.57* |

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

1.   These were all studies that collected information on perineal use of hygiene powders in such a way as to allow construction of a cumulative measure. All of these were case control studies.

2.   In this table we report the result for all types of ovarian cancer combined, as reported by the authors.

3.   For the Cook study the metric was the number of days on which the woman had ever applied the powder. For the other studies the metric is based on an estimate of the total number of applications.

4.   RR or OR.

5.   This study was based on a pooling of studies from 8 teams. Two of the teams (Cramer 2016 and Rosenblatt 2011) published separate analyses of risk by cumulative number of applications. But these are not shown here because they are rendered redundant by the Terry 2013 pooled results.

6.   We used the RR result in the highest category as listed above in italics.

Report on talcum powder use and ovarian cancer                                          Jack Siemiatycki

**TABLE 7. RELATIVE RISK ESTIMATES BETWEEN SUBGROUPS DEFINED BY DURATION OF USE[1] AND OVARIAN CANCER[2], FROM VARIOUS STUDIES.**

| Author | Duration of use | Number exposed cases | RR[4] | 95% CI | | |
|---|---|---|---|---|---|---|
| Chang 1997 | <30 | 60 | 1.7 | 1.1 | - | 2.6 |
| | 30-40 | 71 | 1.4 | 1.0 | - | 2.2 |
| | *>40* | *41* | *0.9* | *0.5* | - | *1.4* |
| Cramer 1999 | <20 years | 55 | 1.9 | 1.2 | - | 3.0 |
| | 20-30 years | 32 | 1.3 | 0.8 | - | 2.3 |
| | *>30 years* | *59* | *1.4* | *0.9* | - | *2.3* |
| Cramer 2016 | < 8 years of use | 133 | 1.31 | 1.03 | - | 1.68 |
| | 8-19 years of use | 126 | 1.31 | 1.02 | - | 1.68 |
| | 20-35 years of use | 147 | 1.35 | 1.07 | - | 1.70 |
| | *>35 years of use* | *129* | *1.33* | *1.03* | - | *1.71* |
| Harlow 1992 | <10 years | 14 | 1.2 | 0.5 | - | 2.6 |
| | 10-29 years | 49 | 1.6 | 1.0 | - | 2.7 |
| | *> 30 years* | *51* | *1.6* | *1.0* | - | *2.7* |
| Ness 2000 | <1 year | 17 | 2.0 | 1.0 | - | 4.0 |
| | 1-4 years | 76 | 1.6 | 1.1 | - | 2.3 |
| | 5-9 years | 40 | 1.1 | 0.8 | - | 1.9 |
| | *>10 years* | *233* | *1.2* | *1.0* | - | *1.5* |
| Mills 2004 | <3 years | 18 | 1.0 | 0.6 | - | 1.8 |
| | 4-12 years | 32 | 1.9 | 1.2 | - | 3.0 |
| | 13-30 years | 29 | 1.5 | 0.9 | - | 2.3 |
| | *>30 years* | *21* | *1.2* | *0.7* | - | *2.1* |
| O'Brien 2020 | *"Long-term"* | *64[5]* | *1.00* | *0.76* | - | *1.32* |

Report on talcum powder use and ovarian cancer                                        Jack Siemiatycki

| | | | | | | |
|---|---|---|---|---|---|---|
| Rosenblatt 2011 | 1-9 years | 33 | 1.39 | 0.85 | - | 2.28 |
| | 10-19 years | 29 | 1.46 | 0.87 | - | 2.45 |
| | 20-34 years | 30 | 1.28 | 0.78 | - | 2.10 |
| | *35+ years* | *19* | *0.91* | *0.51* | - | *1.62* |
| Schildkraut 2016 | ≤20 years | 101 | 1.33 | 0.95 | - | 1.86 |
| | *>20 years* | *144* | *1.52* | *1.11* | - | *2.07* |
| Whittemore 1988 | 1-9 years | 34 | 1.6 | 1.0 | - | 2.6 |
| | *10+* | *50* | *1.1* | *0.7* | - | *1.7* |
| Wong 1999 | 1-9 years | 39 | 0.9 | 0.6 | - | 1.5 |
| | 10-19 years | 49 | 1.4 | 0.9 | - | 2.2 |
| | *>20 years* | *101* | *0.9* | *0.6* | - | *1.2* |
| Wu 2015 | Per 5 years of exposure | 1273 | 1.14 | 1.09 | - | 1.20 |
| **Meta-RR for highest category of each study as reported by authors[6]** | | | **1.24** | **1.07** | **-** | **1.45** |

1. These were all studies that collected information on perineal use of hygiene powders in such a way as to allow construction of a measure of duration.

2. In this table we report the result for all types of ovarian cancer combined, as reported by the authors.

3. Years of case ascertainment or follow-up: For case-control studies this indicates the years in which cases were ascertained and data collected; for cohort studies it indicates the years of enrolment and follow-up.

4. RR or OR.

5. See Table 2, footnote 6.

6. We used the RR result in the highest category as listed above in italics. For the Wu 2015 study, we estimated the RR corresponding to 25 years exposure, by multiplying the log of the 5-year estimate by 5 and recomputing the anti-log.

Report on talcum powder use and ovarian cancer                                      Jack Siemiatycki

**TABLE 8. RELATIVE RISK ESTIMATES BETWEEN SUBGROUPS DEFINED BY MEASURES OF FREQUENCY OF USE[1] AND OVARIAN CANCER[2], FROM VARIOUS STUDIES.**

| Author | Frequency of use | Number exposed cases | RR[4] | 95% CI | |
|--------|------------------|----------------------|-------|--------|---|
| Booth 1989 | Rarely | 6 | 0.9 | 0.3 - | 2.4 |
| | Monthly | 7 | 0.7 | 0.3 - | 1.8 |
| | Weekly | 57 | 2.0 | 1.3 - | 3.4 |
| | *Daily* | *71* | *1.3* | *0.8 -* | *1.9* |
| Chang 1997 | <10 per month | 76 | 1.8 | 1.2 - | 2.7 |
| | *10-25 per month* | *54* | *1.1* | *0.7 -* | *1.7* |
| Cramer 1999 | <30 per month | 64 | 2.2 | 1.4 - | 3.6 |
| | 30-39 per month | 59 | 1.7 | 0.8 - | 1.8 |
| | *≥40 per month* | *23* | *1.7* | *0.8 -* | *3.1* |
| Cramer 2016 | 1-7 days per month | 220 | 1.17 | 0.96 - | 1.44 |
| | 8-29 days per month | 110 | 1.37 | 1.05 - | 1.78 |
| | *>30 days per month* | *205* | *1.46* | *1.20 -* | *1.78* |
| Harlow 1992 | <5 per month | 32 | 1.5 | 0.8 - | 2.7 |
| | 5-29 per month | 24 | 1.2 | 0.6 - | 2.2 |
| | *≥30 per month* | *58* | *1.8* | *1.1 -* | *3.0* |
| Mills 2004 | <1 per week | 34 | 1.3 | 0.9 - | 2.1 |
| | 1-3 per week | 31 | 1.6 | 0.7 - | 1.8 |
| | *4-7 per week* | *41* | *1.7* | *1.1 -* | *2.6* |
| O'Brien | *>1 / week* | *285[5]* | *1.19* | *1.03 -* | *1.37* |

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

| Author | Frequency of use | Number exposed cases | RR[4] | 95% CI | | |
|--------|------------------|----------------------|-------|--------|---|---|
| Schildkraut 2016 | <Daily | 88 | 1.12 | 0.80 | - | 1.58 |
| | *Daily* | *158* | *1.71* | *1.26* | *-* | *2.33* |
| Whittemore 1988 | 1-20 per month | 41 | 1.3 | 0.8 | - | 2.0 |
| | *>20 per month* | *44* | *1.5* | *0.9* | *-* | *2.2* |
| **Meta-RR for highest category of each study as reported by authors[6]** | | | **1.39** | **1.24** | **-** | **1.56** |

1. These were all studies that collected information on perineal use of hygiene powders in such a way as to allow construction of a measure of frequency of use.

2. In this table we report the result for all types of ovarian cancer combined, as reported by the authors.

3. Years of case ascertainment or follow-up: For case-control studies this indicates the years in which cases were ascertained and data collected; for cohort studies it indicates the years of enrolment and follow-up.

4. RR or OR

5. See Table 2, footnote 6.

6. We used the RR result in the highest category as listed above in italics.

Report on talcum powder use and ovarian cancer                                           Jack Siemiatycki

**TABLE 9. RELATIVE RISK ESTIMATES BETWEEN EVER REGULAR USE OF TALCUM POWDER PRODUCTS IN THE PERINEAL AREA AND CERTAIN SUBTYPES OF OVARIAN CANCER, FROM TWO POOLED ANALYSES**

| Histotype | Terry 2013 | | | O'Brien 2020 | | |
| | n[1] | RR | 95% CI | n[2] | RR | 95% CI |
|---|---|---|---|---|---|---|
| Serous | 1197 | 1.24 | 1.13 - 1.35 | 457 | 1.10 | 0.97 - 1.25 |
| Endometroid | 304 | 1.20 | 1.03 - 1.40 | 69 | 1.15 | 0.83 - 1.58 |
| Mucinous | 94 | 1.06 | 0.82 - 1.36 | 44 | 1.03 | 0.59 - 1.54 |
| Clear cell | 187 | 1.26 | 1.04 - 1.52 | 30 | 1.17 | 0.73 - 1.89 |

1. Number of exposed cases.

2. I computed these by multiplying the number of cases (Table 4) by 0.44 (from Table 2).

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

**TABLE 10. RELATIVE RISK ESTIMATES BETWEEN EVER REGULAR USE OF TALCUM POWDER PRODUCTS[1] IN THE PERINEAL AREA AND INVASIVE SEROUS OVARIAN CANCER, FROM VARIOUS STUDIES.**

| Author | Number exposed cases | RR[2] | 95% CI[3] | | |
|---|---|---|---|---|---|
| Cook 1997 | 71 | 1.7 | 1.1 | - | 2.5 |
| Harlow 1992 | 60 | 1.4 | 0.9 | - | 2.2 |
| Mills 2004 | 42 | 1.77 | 1.12 | - | 2.81 |
| O'Brien 2020 | 457[4] | 1.10 | 0.97 | - | 1.25 |
| Schildkraut 2016 | 165 | 1.38 | 1.03 | - | 1.85 |
| Terry 2013 | 1197 | 1.24 | 1.13 | - | 1.35 |
| Wong 1999 | 136 | 1.2 | 0.7 | - | 2.1 |
| **Meta-analysis** | | **1.26** | **1.13** | **-** | **1.40** |
| | | | p-value for heterogeneity 0.19 | | |

1.   In all of these studies the exposure was defined as ever use of powder in the perineal area. In most studies it was further explicitly indicated that the use was regular.
2.   RR or OR.
3.   The confidence intervals are the ones reported by the authors of the respective studies. However in its implementation procedures, the Comprehensive Meta-analysis package recomputes them to be symmetric around the point estimate, on a log scale. Consequently, in the printout of the forest plot of meta-analyses, the printed confidence interval is not always identical to the one shown in this table.
4.   The paper does not show this number. I computed it as 0.44 (from Table 2) x 1038 (from Table 4).

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

## TABLE 11. SOME MAJOR MISCONCEPTIONS IN REVIEWING EVIDENCE ON TALC AND OVARIAN CANCER

1.  Cohort studies are more valid and informative than case-control studies.

2.  Hospital-based case-control studies are more valid and informative than the population-based case-control studies.

3.  Counting the number of "statistically significant" results is a valid way of assessing the consistency of results among multiple studies.

4.  If a product has been used for a long time, it must be safe

5.  You cannot prove causality with an RR less than 2.0.

6.  Government agencies provide a reliable up-to-date source of scientific information.

7.  A biological mechanism must be proven before we can establish causality

8.  Bradford-Hill "aspects" represent a recipe list of necessary ingredients.

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

## TABLE 12. SELECTED EXAMPLES OF SOME OF THE RECOGNIZED CAUSAL ASSOCIATIONS THAT HAVE RR LESS THAN 2.0

| Agent | Disease | Approximate RR |
|-------|---------|----------------|
| Urban air pollution | Lung cancer | 1.09[1] |
| Trichloroethylene | Kidney cancer | 1.32[2] |
| Diesel engine emissions | Lung cancer | 1.42[3] |
| Benzene | Leukemia | 1.72[4] |
| Domestic radon gas | Lung cancer | 1.29[5] |
| Second hand cigarette smoke | Lung cancer | 1.64[6] |
| Intermittent intense sun exposure | Melanoma of the skin | 1.61[7] |
| Estrogen-progestin menopausal therapy | Breast cancer | 1.59[8] |
| Cigarette smoking | Cardiovascular disease | 1.6[9] |
| Physically inactive (compared with physically active) | Hypertension | 1.19[10] |
| Physically inactive (compared with physically active) | Diabetes | 1.12[10] |
| Low fruit and vegetable diet | Cardiovascular disease | 1.09[11] |

1.    Hamra GB, Guha N, Cohen A, et al (2014). Outdoor Particulate Matter Exposure and Lung Cancer: A Systematic Review and Meta-Analysis, *Environ Health Perspect* 122:906-911.
2.    Karami S, Lan Q, Rothman N, et al (2012). Occupational trichloroethylene exposure and kidney cancer risk: a meta-analysis. *Occupational and Environmental Medicine* 69:858-867.

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

3.   Mahjub H, Sadri G (2006). Meta-analysis of case-referent studies of specific environmental or occupational pollutants on lung cancer. *Indian Journal of Cancer* 43(4):169-173.

4.   Khalade A, Jaakkola MS, Pukkala E, Jaakkola JJ (2010). Exposure to benzene at work and the risk of leukemia: a systematic review and meta-analysis. *Environmental Health* 9(31):1-8.

5.   Zhang Z-L, Sun J, Dong J-Y, et al (2012). Residential Radon and Lung Cancer Risk: An Updated Meta-analysis of Case-control Studies. *Asian Pac J Cancer Prev* 13:2459-2465.

6.   IARC (2004). IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Volume 83. Tobacco Smoke and Involuntary Smoking. Lyon, IARC (International Agency for Research on Cancer).

7.   Gandini S, Sera F, Cattaruzza MS, et al (2004). Meta-analysis of risk factors for cutaneous melanoma: II. Sun exposure. *European Journal of Cancer* 41:45-60.

8.   Kim S, Ko Y, Lee HJ, Lim J (2018). Menopausal hormone therapy and the risk of breast cancer by histological type and race: a meta-analysis of randomized controlled trials and cohort studies. *Breast Cancer Research and Treatment* 170(3):667-675.

9.   Doll R, Peto R, Boreham J, Sutherland I (2004). Mortality in relation to smoking: 50 years' observations on British male doctors, *British Medical Journal*, 328(7455):1519.

10.  Carnethon MR, Gidding SS, Nehgme R, Sidney S, Jacobs, Jr DR, Liu K (2003). Cardiorespiratory Fitness in Young Adulthood and the Development of Cardiovascular Disease Risk Factors. *JAMA*, 290(23):3092–3100.

11.  Aune D, Giovannucci E, Boffetta P, Fadnes L, Keum N, Norat T, Greenwood D, Riboli E, Vatten L, Tonstad S (2017). Fruit and vegetable intake and the risk of cardiovascular disease, total cancer and all-cause mortality – a systematic review and dose-response meta-analysis of prospective studies, International Journal of Epidemiology 43(3):1029-1056. (This RR estimate is computed from the reciprocal of the High fruit and vegetable variable that was reported by the authors.: that is, 1/0.92).

Report on talcum powder use and ovarian cancer                                                    Jack Siemiatycki

**TABLE 13. BRADFORD HILL ASPECTS IN RELATION TO PERINEAL TALC EXPOSURE AND OVARIAN CANCER**

| Aspect | Brief comment | Weight in evaluating causality |
|---|---|---|
| Strength of the association | Highly statistically significant RR of 1.30 | High |
| Dose response relationship | Reasonably clear increase in risk with increasing exposure | High |
| Consideration of alternative explanations – absence of bias | Yes considered, and none is compelling | High |
| Replication of the findings | Very strong, almost all studies support association | High |
| Temporal relationship | Exposure preceded disease in all studies | Moderate |
| Biological plausibility | There are plausible mechanisms | Moderate |
| Specificity of the association | Yes, talc is not associated with a multitude of diseases | Less |
| Coherence with other knowledge | Could be similar to asbestos carcinogenicity | Less |
| Cessation of exposure | Not applicable. | Less |
| Analogy | | Less |

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

## 15.  FIGURES

Report on talcum powder use and ovarian cancer                                          Jack Siemiatycki



**FIGURE 1. MAIN META-ANALYSIS CONDUCTED ON THE ASSOCIATION BETWEEN EVER REGULAR USE OF TALCUM POWDER PRODUCTS IN THE PERINEAL AREA AND OVARIAN CANCER (ALL TYPES COMBINED). CORRESPONDING TO TABLE 3, ANALYSIS I.**

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki



**FIGURE 2. META-ANALYSIS OF RELATIVE RISK OF OVARIAN CANCER (ALL TYPES COMBINED) AMONG WOMEN WHO REGULARLY USED TALCUM POWDER PRODUCTS ON SANITARY NAPKINS, BASED ON ALL INFORMATIVE STUDIES. CORRESPONDING TO TABLE 5.**

Report on talcum powder use and ovarian cancer                          Jack Siemiatycki



**FIGURE 3. META-ANALYSIS OF RELATIVE RISK OF INVASIVE SEROUS OVARIAN CANCER AMONG WOMEN WHO REGULARLY USED TALCUM POWDER PRODUCTS IN THE PERINEAL AREA, BASED ON ALL INFORMATIVE STUDIES. CORRESPONDING TO TABLE 10.**

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

## 16. APPENDICES

Report on talcum powder use and ovarian cancer                                      Jack Siemiatycki

## APPENDIX A. PAPERS THAT CONTAIN SOME RESULTS ON THE ASSOCIATION BETWEEN EXPOSURE TO PERINEAL TALC AND OVARIAN CANCER, AND WHETHER THE PAPER WAS INCLUDED IN MY META-ANALYSES OF EVER/NEVER EXPOSED VARIABLE

| Author | Included/excluded | Reasons for exclusion |
|---|---|---|
| Booth 1989 | Core Inclusion | |
| Chang 1997 | Core Inclusion | |
| Chen 1992 | Core Inclusion | |
| Cook 1997 | Core Inclusion | |
| Cramer 1982 | Core Inclusion | |
| Cramer 1995 | Excluded | Subsumed by Terry 2013 and Cramer 2016 |
| Cramer 1999 | Excluded | Subsumed by Terry 2013 and Cramer 2016 |
| Cramer 2005 | Excluded | Subsumed by Terry 2013 and Cramer 2016 |
| Cramer 2016 | Excluded when Terry 2013 is included | Considerable overlap between this and the Terry 2013 NEC component |
| Eltabbakh 1998 | Excluded | Cases were peritoneal cancer and controls were ovarian cancer |
| Gates 2010[2] | Excluded | Subsumed by O'Brien 2020 |
| Gertig 2000 | Excluded | Subsumed by O'Brien 2020 |
| Godard 1998 | Core inclusion | |

Report on talcum powder use and ovarian cancer                                      Jack Siemiatycki

| Author | Included/excluded | Reasons for exclusion |
|--------|-------------------|------------------------|
| Gonzalez 2016 | Excluded | Subsumed by O'Brien 2020 |
| Green 1997 | Excluded | This appears to be an analysis of a subset of the subjects in Purdie 1995 |
| Hankinson 1993 | Excluded | Numerical results were not presented |
| Harlow 1989 | Core inclusion | |
| Harlow 1992 | Core inclusion | |
| Hartge 1983 | Core inclusion | |
| Houghton 2014 | Excluded | Subsumed by O'Brien 2020 |
| Jordan 2007 | Excluded | Benign tumours only |
| Kurta 2012 | Excluded | Subsumed by Terry 2013 |
| Langseth 2004 | Excluded | Not based on perineal application of cosmetic powder |
| Lo-Ciganic 2012 | Excluded | Same study as Kurta 2012 and subsumed by Terry 2013 |
| Merrit 2008 | Excluded | Subsumed by Terry 2013 |
| Mills 2004 | Core inclusion | |
| Moorman 2009 | Excluded | Subsumed by Terry 2013 |
| Ness 2000 | Core inclusion | |

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

| Author | Included/excluded | Reasons for exclusion |
|---|---|---|
| O'Brien 2020 | Core inclusion | |
| Pike 2004 | Excluded | Subsumed by Terry 2013 |
| Purdie 1995 | Core inclusion | |
| Rosenblatt 1992 | Core inclusion | |
| Rosenblatt 2011 | Core inclusion | |
| Schildkraut 2016 | Core inclusion | |
| Shushan 1996 | Included in one sensitivity analysis | Unclear on how they obtained data on talc exposure or what the route of exposure was |
| Terry 2013 | Included in Main analysis, but replaced by component studies in one sensitivity analysis | |
| Tzonou 1983 | Core inclusion | |
| Whittemore 1988 | Core inclusion | |
| Wong 1999 | Core inclusion | |
| Wu 2015 | Core inclusion | |

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

## APPENDIX B1. INFORMATION ON THE STUDIES USED IN MY ANALYSES - ADMINISTRATIVE AND CONTEXTUAL ASPECTS

| Author | Study location | Years of case ascertainment/ follow-up[1] | Type of study |
|---|---|---|---|
| Booth 1989 | London, Oxford UK | 1978-1983 | Case-control; Hospital controls |
| Chen 1992 | Beijing Cancer Registry | 1984-1986 | Case-control; Population controls |
| Cook 1997 | Washington State | 1986-1988 | Case-control; Population controls |
| Cramer 1982 | Boston | 1978-1981 | Case-control; Population controls |
| Cramer 2016 | New England | 1992-2008 | Case-control; Population controls |
| Gates 2010[2] | USA – pooled 2 cohorts of nurses NHS and NHSII | 1976-2004<br>1989-2005 | Cohort (US Nurses) |
| Godard 1998 | Montreal, Canada | 1995-1996 | Case-control; Population controls |
| Gonzalez 2016 | Puerto Rico and 11 States USA | 2003-2014 | Cohort |
| Harlow 1989 | Washington State | 1980-1985 | Case-control; Population controls |
| Harlow 1992 | Boston | 1984-1987 | Case-control; Population controls |

Report on talcum powder use and ovarian cancer                                          Jack Siemiatycki

| Author | Study location | Years of case ascertainment/ follow-up[1] | Type of study |
|--------|----------------|-------------------------------------------|---------------|
| Hartge 1983 | Washington, DC | 1974-77 | Case-control; Population controls |
| Houghton 2014 | USA | 1993-2012 | Cohort (WHI) |
| Mills 2004 | California | 2000-2001 | Case-control; Population controls |
| Ness 2000 | Pennsylvania, New Jersey, Delaware | 1994-1998 | Case-control; Population controls |
| O'Brien 2020 | USA | 1982-2017 | Pooling of 4 cohort studies |
| Purdie 1995 | Australia | 1990-1993 | Case-control; Population controls |
| Rosenblatt 1992 | Baltimore | 1981-1985 | Case-control; Hospital controls |
| Schildkraut 2016 | USA | 2010-2015 | Case-control; Population controls |
| Shushan 1996 | Israel | 1990-1993 | Case-control Population controls |
| Terry 2013 | USA (7 centers) & Australia (1 center) | 1984-2008 | Pooling of 8 Case-control studies; Population controls |
| Tzonou 1983 | Athens | 1989-1991 | Case-control; Controls – hospital visitors |
| Whittemore 1988 | San Francisco | 1983-1985 | Case-control; Hospital & population controls |
| Wong 1999 | Buffalo | 1982-1992 | Case-control; Hospital controls |
| Wu 2015 | Los Angeles County | 1992-2008 | Case-control; Population controls |

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

1.  For case-control studies this column indicates the years in which cases were ascertained and data collected; for cohort studies it indicates the years of enrolment and follow-up.

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

## APPENDIX B2. INFORMATION ON THE STUDIES USED IN MY ANALYSES - EXPOSURE VARIABLE AND COVARIATES

| Author | Exposure variable selected | Covariates used in analysis |
|---|---|---|
| Booth 1989 | At least monthly use | Since the authors did not present results for "ever" exposed, I calculated the OR from crude numbers in their tables. Therefore the OR presented is a crude one. However, results presented in Table 7 adjusted for age and social class |
| Chen 1992 | Dusting perineum or lower abdomen > 3 months | Education |
| Cook 1997 | Lifetime perineal application | Age |
| Cramer 1982 | Any use as dusting powder and/or on sanitary napkins | Parity; menopausal status |
| Cramer 2016 | Any talc use | Age; study center (MA, NH); BMI; primary relative with breast or ovarian cancer; parity; OC use; tubal ligation |
| Gates 2010[1] | Regular genital talc use (1 per week or more) | Age; BMI; physical activity; smoking; family history of breast or ovarian ca; OC use; tubal ligation; hysterectomy; age menopause; estrogen use |
| Godard 1998 | Ever use of talc on perineum | Age; reproductive factors; OC use; tubal ligation; alcohol use; breast and abdominal surgery |
| Gonzalez 2016 | Talc use in the past 12 months | Race; body mass index; parity; duration of oral contraceptive use; baseline menopause status; and patency |
| Harlow 1989 | Any genital talc use | Age; county; parity; OC use |

Report on talcum powder use and ovarian cancer                                        Jack Siematycki

| Author | Exposure variable selected | Covariates used in analysis |
|---|---|---|
| Harlow 1992 | Any genital talc use | Age; county; parity; marital status; education; religion; weight; use of sanitary napkins; douching |
| Hartge 1983 | Any genital talc use | Race; age; gravidity |
| Houghton 2014 | Combined use: longest duration of use among the applications to genitals, sanitary napkins and diaphragms | Age; race; OC use; HRT[3] use; family history of ovarian ca; age at last birth; BMI; smoking; tubal ligation; parity |
| Mills 2004 | Ever use of talcum powder in genital area | Age; race/ethnicity; OC use; breast-feeding |
| Ness 2000 | Genital rectal talc use | Age; parity; family history of ovarian ca; |
| O'Brien 2020 | Ever used talc in perineal region (at baseline) | Age; race; education; BMI; parity; smoking; oral contraceptives; HRT; tubal ligation; hysterectomy; menopause status; (all at baseline) |
| Purdie 1995 | Ever used talc in perineal region | Age; parity; duration of OC use; education; BMI; smoking; family history of ovarian ca |
| Rosenblatt 1992 | Ever use of bath talc | Number of live births |
| Schildkraut 2016 | Regular use of talc, cornstarch, baby or deodorising powder – at least once a month for 6 months | Age at diagnosis/interview; study site; education; tubal ligation; parity; BMI duration of
OC use first degree family history of breast or ovarian cancer; and interview year |
| Shushan 1996 | Talc use – never, seldom, moderate, a lot | Crude OR |

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

| Author | Exposure variable selected | Covariates used in analysis |
|---|---|---|
| Terry 2013 – all components of the pooled analysis | Genital powder use | Age; OC use; parity; BMI; tubal ligation; ethnicity; race; tubal ligation; hysterectomy; breastfeeding |
| Tzonou 1983 | Ever use of talc in perineal region | Age; years of schooling; weight before onset of the disease; age at menarche; menopausal status and age at menopause; parity and age at first birth; tobacco smoking; coffee drinking; consumption of alcoholic beverages; hair dyeing; use of analgesics and tranquilizers/hypnotics |
| Whittemore 1988 | Talcum powder used on any two of perineum, sanitary pads and diaphragm | Age; race; hospital; parity |
| Wong 1999 | Ever use of talc on genital region or thighs | Age; income; education; geographic location; OC use; smoking; family history of ovarian ca; age at menarche; menopausal status; tubal ligation or hysterectomy |
| Wu 2015 | Genital talc use >1 year | Age; race/ethnicity; interviewer; reproductive variables; sociodemographic variables; medical history; hormonal variables; BMI |

1.      OC: oral contraceptive

2.      HRT: hormone replacement therapy

3.      BMI: body mass index

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

## 17.  BIBLIOGRAPHY

American Public Health Association (2019). Eliminating exposure to asbestos. APHA Policy Number: 20193.

Amrhein V, Greenland S, McShane B (2019). Retire statistical significance. *Nature* 567:305.

Anderson E, Sheehan P, Kalmes R, Griffin J (2017). Assessment of health risk from historical use of cosmetic talcum powder. *Risk Analysis* 37(5):918-929.

Aune D, Giovannucci E, Boffetta P, Fadnes L, Keum N, Norat T, Greenwood D, Riboli E, Vatten L, Tonstad S (2017). Fruit and vegetable intake and the risk of cardiovascular disease, total cancer and all-cause mortality – a systematic review and dose-response meta-analysis of prospective studies. *International Journal of Epidemiology* 43(3):1029-1056.

Begg M and March D (2018). Cause and association: missing the forest for the trees. *American Journal of Public Health (AJPH)* Vol 108, No.5.

Berge W, Mundt K, Luu H, Boffetta P (2018). Genital use of talc and risk of ovarian cancer: a meta-analysis. *The European Journal of Cancer Prevention* 27(3): 248-257.

Booth, M, Beral V and Smith P (1989). Risk factors for ovarian cancer: a case-control study. *British Journal of Cancer* 60(4): 592-598.

Blount A (1991). Amphibole content of cosmetic and pharmaceutical talcs. *Environmental Health Perspectives*, 94:225-230.

Boffetta P, Hayes RB, Satori S, et al. (2016) Mouthwash use and cancer of the head and neck: a pooled analysis from the International Head and Neck Cancer Epidemiology Consortium. *The European Journal of Cancer Prevention 25(4): 344-8.*

Boorman G, and Seely J (1995). The lack of ovarian effect of lifetime talc exposure in F344/N rats and B6C3F1 mice. *Regulatory Toxicology and Pharmacology* 21:242-243.

Booth M, Beral V and Smith P (1989). Risk factors for ovarian cancer: a case-control study. *British Journal of Cancer* 60(4): 592-598.

Brieger KK, Phung MT, Mukherjee B, Bakulski KM, Anton-Culver H, et al. Ovarian Cancer Association Consortium. (2022) High pre-diagnosis inflammation-related risk score associated with decreased ovarian cancer survival. *Cancer Epidemiology Biomarkers and Prevention* 31 (2): 443–452.

Bunderson-Schelvan M, Pfau J, Crouch R, Holian A (2011). Nonpulmonary outcomes of asbestos exposure. *Journal of Toxicology and Environmental Health, Part B* 14:122-152.

Buz'Zard AR and Lau BHS (2007). Pycnogenol reduces talc-induced neoplastic transformation in human ovarian cell cultures. *Phytotherapy Research  Journal* 21(6):579-86.

Case 3:16-md-02738-MAS-RLS    Document 33123-3    Filed 08/22/24    Page 457 of 972
PageID: 240664
Report on talcum powder use and ovarian cancer                                Jack Siemiatycki

Camargo M, Stayner L, Straif K, Reina M, Al-Alem U, Demers P, Landrigan P (2011). Occupational exposure to asbestos and ovarian cancer: a meta-analysis. *Environmental Health Perspectives* 119:1211–1217.

Carnethon MR, Gidding SS, Nehgme R, Sidney S, Jacobs DR, Liu K (2003). Cardiorespiratory Fitness in Young Adulthood and the Development of Cardiovascular Disease Risk Factors. *Journal of the American Medical Association (JAMA)* 290(23):3092–3100.

Carr CJ (1995). Talc: Consumer Uses and Health Perspectives. *Regulatory Toxicology and Pharmacology* 21:211-215.

Cerhan J, Fredericksen Z, Wang A, Habermann T, Kay N, Macon W, Cunningham J, Shanafelt T, Answell S, Call T, Witzig T, Slager S, Liebow M (2011). Design and validity of a clinic-based case-control study on the molecular epidemiology of lymphoma. *International Journal of Molecular Epidemiology and Genetics* 2(2): 95-113.

Chang S and Risch HA (1997). Perineal talc exposure and risk of ovarian carcinoma. *Cancer* 79(12): 2396-2401.

Chen Y, Wu PC, Lang JH, Ge WJ, Hartge P, Brinton LA (1992). Risk factors for epithelial ovarian cancer in Beijing, China. *International Journal of Epidemiology* 21(1): 23-29.

CIR (2013). Safety Assessment of Talc as Used in Cosmetics. *Cosmetic Ingredient Review*, Washington, D.C., CIR.

Cook LS, Kamb ML and Weiss NS (1997). Perineal powder exposure and the risk of ovarian cancer. *American Journal of Epidemiology* 145(5): 459-465.

Coussens LM and Werb Z (2002). Inflammation and cancer. *Nature* 420(6917): 860-867.

Cralley L, Key M, Groth D, Lainhart W, Ligo R. (1968). Fibrous and mineral content of cosmetic talcum products. *American Industrial Hygiene Association Journal*, 29(4):350-354.

Cramer DW (2015). Opinion on the Relationship between Ovarian Cancer and Cosmetic Talc Powder Use: Causality and Relevance to the Case of Michael Blaes OBO Shawn Blaes. Civil Action Number 4:14-cv-00213. Unpublished report.

Cramer DW, Liberman RF, Titus-Ernstoff L, Welch WR, Greenberg ER, Baron JA, Harlow BL (1999). Genital talc exposure and risk of ovarian cancer. *International Journal of Cancer* 81(3): 351-356.

Cramer DW, Titus-Ernstoff L, McKolanis JR, Welch WR, Vitonis AF, Berkowitz RS, Finn OJ (2005). Conditions Associated with Antibodies Against the Tumor-Associated Antigen MUC1 and Their Relationship to Risk for Ovarian Cancer. *Cancer Epidemiology, Biomarkers & Prevention* 14(5): 1125-1131.

Cramer DW, Vitonis AF, Terry KL, Welch WR, Titus LJ (2016). The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States. *Epidemiology* 27(3): 334-346.

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

Cramer DW, Welch WR, Berkowitz RS, Godleski JJ (2007). Presence of talc in pelvic lymph nodes of a woman with ovarian cancer and long-term genital exposure to cosmetic talc. *Obstetrics & Gynecology* 110(2 Part 2): 498-501.

Cramer DW, Welch WR, Scully RE Wojciechowski CA (1982). Ovarian cancer and talc: a case-control study. *Cancer* 50(2): 372-376.

Cramer DW and Xu H (1995). Epidemiologic evidence for uterine growth factors in the pathogenesis of ovarian cancer. *Annals of Epidemiology* 5(4): 310-314.

Current Intelligence Bulletin 62  (Rev/ 4/2011)- Asbestos fibers and other elongate mineral particles: state of the science and roadmap for research. *National Institute for Occupational Safety and Health (NIOSH)* DHHS (NIOSH) Publication No. 2011-159.

Davis CP, Bandera EV, Bethea TN, et al. (2021) Genital Powder Use and Risk of Epithelial Ovarian Cancer in Women of African Ancestry Consortium. *Cancer Epidemiology, Biomarkers, & Prevention* 30(9): 1660-1668

Dement JM, Shuler PJ, Zumwalde RD (1972). Fiber exposure during use of baby powders. *National Institute for Occupational Safety and Health*, IWS 36-6: 1-13.

Doll R, Peto R, Boreham J, Sutherland I (2004). Mortality in relation to smoking: 50 years' observations on British male doctors, *British Medical Journal*, 328(7455):1519.

Egli G andNewton M (1961). The transport of carbon particles in the human female reproductive tract. *Fertility and Sterility* 12(April):151-55.

Eltabbakh GH, Piver MS, Natarajan N, Mettlin CJ (1998). Epidemiologic differences between women with extraovarian primary peritoneal carcinoma and women with epithelial ovarian cancer. *Obstetrics & Gynecology* 91(2): 254-259.

Environment and Climate Change Canada and Health Canada. (ECCC & HC) (2021). Screening Assessment: Talc. Cat. No.: En84-227/2021E-PDF. ISBN 978-0-660-37965-4. Ottawa, Canada.

Environmental Protection Agency (2022) Asbestos: Reporting and Recordkeeping Requirements under the Toxic Substances Control Act (TSCA), proposed 40 CFR 704. Federal Register 87(88): 27060-27081

Fedak K, Bernal A, Capshaw Z, Gross S (2015). Applying the Bradford Hill criteria in the 21st Century: How data integration has changed causal inference in molecular epidemiology. *Emerging Themes in Epidemiology* 12(14) https://doi.org/10.1186/s12982-015-0037-14.

Federal Judicial Center and National Research Council of the National Academies (2011). *Reference Manual on Scientific Evidence, Third Edition*. Washington, D.C., The National Academies Press.

Federal Register (2016). Banned Devices; Powdered Surgeon's Gloves; Patient Examination Gloves, and Absorbable Powder for Lubricating a Surgeon Glove – powdered gloves.  *Food and Drug Administration 81FR 91722*.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

Fletcher N, Belotte J, Saed M, Memaj I, Diamond M, Morris R, Saed G (2016). Specific point mutations in key redox enzymes are associated with chemoresistance in epithelial ovarian cancer. *Free Radical Biology and Medicine*, 102:122-132.

Fletcher N, Memaj I, Saed G (2018). Talcum powder enhances oxidative stress in ovarian cancer cells – Abstract. *Reproductive Sciences* 25(Supp. 1):214A.

Fletcher N andSaed G (2018). Talcum powder enhances cancer antigen 125 levels in ovarian cancer cells – Abstract. Society for Reproductive Investigation 65th Annual Scientific Meeting, LB-044.

Fiume M, Boyer I, Bergfeld W, Belsito D, Hill R, Klaassen C, Liebler D, Marks J, Shank R. Slaga T, Synder P, Andersen FA (2015). Safety Assessment of Talc as Used in Cosmetics. *International Journal of Toxicology* 34(Supplement I): 66S-129S.

Folkins A, Jarboe E, Hecht J, Muto M, Crum C (2018). Chapter 24 – Assessing pelvic epithelial cancer risk and intercepting early malignancy. In *Diagnostic Gynecologic and Obstetric Pathology (Third Edition)*, 844-64. Philadelphia: Content Repository Only! https://doi.org/10.1016/B978-0-323-44732-4.00024-8.

Gabriel IM, Vitonis AF, Welch WR, Titus L, Cramer DW (2019). Douching, Talc Use, and Risk for Ovarian Cancer and Conditions Related to Genital Tract Inflammation. *Cancer Epidemiology Biomarkers and Prevention*. Nov;28(11):1835-1844.

Gandini S, Sera F, Cattaruzza MS, et al (2004). Meta-analysis of risk factors for cutaneous melanoma: II. Sun exposure. *European Journal of Cancer* 41:45-60.

Gates MA, Rosner BA, Hecht JL, Tworoger SS (2010). Risk factors for epithelial ovarian cancer by histologic subtype. *American Journal of Epidemiology* 171(1): 45-53.

Gates MA, Tworoger SS, Terry KL, De Vivo I, Hunter DJ, Hankinson SE, Cramer DW (2009). Breast cancer susceptibility alleles and ovarian cancer risk in 2 study populations. *International Journal of Cancer* 124(3): 729-733.

Gates MA, Tworoger SS, Terry KL, Titus-Ernstoff L, Rosner B, De Vivo I, Cramer DW, Hankinson SE (2008). Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian cancer. *Cancer Epidemiology, Biomarkers & Prevention* 17(9): 2436-2444.

Gertig DM, Hunter DJ, Cramer DW, Colditz GA, Speizer FE, Willett WC, Hankinson SE (2000). Prospective study of talc use and ovarian cancer. *Journal of the National Cancer Institute* 92(3): 249-252.

Gloyne S (1935). Two cases of squamous carcinoma of the lung occurring in asbestosis, *Tubercle* (17)1: 5-10.

Godard B, Foulkes WD, Provencher D, Brunet JS, Tonin PN, Mes-Masson A-M, Narod SA, Ghadirian P (1998). Risk factors for familial and sporadic ovarian cancer among French Canadians: a case-control study. *American Journal of Obstetrics & Gynecology* 179(2): 403-410.

Gonzalez NL, O'Brien KM, D'Aloisio AA, Sandler DP, Weinberg CR (2016). Douching, Talc Use, and Risk of Ovarian Cancer. *Epidemiology* 20: 20.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

Goodman MT, Lurie G, Thompson PJ, McDuffie KE, Carney ME (2008). Association of two common single-nucleotide polymorphisms in the CYP19A1 locus and ovarian cancer risk. *Endocrine-Related Cancer* 15(4): 1055-1060.

Goodman JE, Kerper LE, Prueitt RL, et al. (2020) A critical review of talc and ovarian cancer. Journal of Toxicology and Environmental Health Part B: Critical Reviews 23(5): 183-213

Gordon R, Fitzgerald S, and Millette J (2014). Asbestos in commercial cosmetic talcum powder as a cause of mesothelioma in women, *International Journal of Occupational and Environmental Health*, 20(4): 318-332.

Green A, Purdie D, Bain C, Siskind V, Russell P, Quinn M, Ward B (1997). Tubal sterilisation, hysterectomy and decreased risk of ovarian cancer. Survey of Women's Health Study Group. *International Journal of Cancer* 71(6): 948-951.

Grivennikov SI, Greten FR and Karin M (2010). Immunity, inflammation, and cancer. *Cell* 140(6): 883-899.

Gross AJ and Berg PH (1995). A meta-analytical approach examining the potential relationship between talc exposure and ovarian cancer. *Journal of Exposure Analysis & Environmental Epidemiology* 5(2): 181-195.

Grundy A, Ho V, Abrahamowicz M, Parent M, Siemiatycki J,… Koushik A. Lifetime recreational moderate-to-vigorous physical activity and ovarian cancer risk: A case–control study. *International Journal of Cancer*. Apr 1 2020;146(7):1800-1809. doi:10.1002/ijc.32513

Hamilton TC, Fox H, Buckley CH, Henderson W, Griffiths K. Effects of talc on the rat ovary. British journal of experimental pathology. 1984;65(1):101-6Hamra GB, Guha N, Cohen A, et al (2014). Outdoor Particulate Matter Exposure and Lung Cancer: A Systematic Review and Meta-Analysis. *Environmental Health Perspectives* 122:906-911.

Hankinson SE, Hunter DJ, Colditz GA, Willett WC, Stampfer MJ, Rosner B, Hennekens CH, Speizer FE (1993). Tubal ligation, hysterectomy, and risk of ovarian cancer. A prospective study. *Journal of the American Medical Association (JAMA)* 270(23): 2813-2818.

Harlow BL, Cramer DW, Bell DA, Welch WR (1992). Perineal exposure to talc and ovarian cancer risk. *Obstetrics & Gynecology* 80(1): 19-26.

Harris HR, Davis CP, Terry KL. Epidemiologic Methods to Advance Our Understanding of Ovarian Cancer Risk. J Clin Oncol. 2024 May 15:JCO2400602. doi: 10.1200/JCO.24.00602. Epub ahead of print. PMID: 38748943.

Harlow BL and Weiss NS (1989). A case-control study of borderline ovarian tumors: the influence of perineal exposure to talc. *American Journal of Epidemiology* 130(2): 390-394.

Hartge P, Hoover R, Lesher LP, McGowan L (1983). Talc and ovarian cancer. *Journal of the American Medical Association (JAMA)* 250(14): 1844.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

Health Canada (2021) Screening Assessment – Talc (Mg3H2(SiO3)4). Environment and Climate Change Canada Chemical Abstracts Service Registry Number: 14807-96-6

Heath D (2016) "Philip Morris uses chemical industry consultants to perpetuate 'light cigarette' myth" – https://www.publicintegrity.org/2016/05/04/19618/philip-morris-uses-chemical-industry-consultants-perpetuate-light-cigarette-myth

Heller DS, Westhoff C, Gordon RE, Katz N (1996). The relationship between perineal cosmetic talc usage and ovarian talc particle burden. *American Journal of Obstetrics & Gynecology* 174(5): 1507-1510.

Hernan MA (2018). The C-Word: scientific euphemisms do not improve causal inference from observational data. *The American Journal of Public Health* (AJPH) Vol 108, No.5: 616-619

Henderson WJ, Hamilton TC and Griffiths K (1979). Talc in normal and malignant ovarian tissue. *Lancet* 1(8114): 499.

Henderson WJ, Joslin CA, Turnbull AC, Griffiths K (1971). Talc and carcinoma of the ovary and cervix. *Journal of Obstetrics & Gynaecology British Commonwealth* 78(3): 266-272.

Henderson WJ, Hamilton TC, Baylis MS, Pierrepoint CG, Griffiths K (1986). The demonstration of the migration of talc from the vagina and posterior uterus to the ovary in the rat. *Environmental Research* 40:247-250.

Hill AB (1965). The environment and disease: association or causation? *Proceedings of the Royal Society of Medicine* 58: 295-300.

Houghton SC, Reeves KW, Hankinson SE, Crawford L, Lane D, Wactawski-Wende J, Thomson CA, Ockene JK, Sturgeon SR (2014). Perineal powder use and risk of ovarian cancer. *Journal of the National Cancer Institute* 106(9).

Huncharek M, Geschwind JF and Kupelnick B (2003). Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: a meta-analysis of 11,933 subjects from sixteen observational studies. *Anticancer Research* 23(2C): 1955-1960.

Huncharek M and Muscat J (2011). Perineal talc use and ovarian cancer risk: a case study of scientific standards in environmental epidemiology. *European Journal of Cancer Prevention* 20(6): 501-507.

Huncharek M, Muscat J, Onitilo A, Kupelnick B (2007). Use of cosmetic talc on contraceptive diaphragms and risk of ovarian cancer: a meta-analysis of nine observational studies. *European Journal of Cancer Prevention* 16(5): 422-429.

IARC Monograph 1-42 (1972-1987) - Evaluation of the Carcinogenic risk of chemicals to humans. International Agency for Research on Cancer/World Health Organization, WHO Press.

IARC (1996). Mechanisms of mineral fibre carcinogenesis. Publication No, 140. Kane AB, Boffeta P, Saracci R, Wilbourn JD, IARC Scientific

IARC (2010). IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 93. Carbon black, titanium dioxide, and talc. Lyon, IARC (International Agency for Research on Cancer).

Case 3:16-md-02738-MAS-RLS    Document 33123-3    Filed 08/22/24    Page 462 of 972
PageID: 240669
Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

IARC (2011). IARC Monographs on Design and validity of a clinic base control-study on the molecular epidemiology of lymphoma, Vol. 93. James R. Cerhan, Zachary S. Fredericksen, Alice H Wang, Thomas M. Habermann, Neil E. Kay, William R. Macon, Julie M. Cunningham, Tait D. Shanfelt, Stephen M. Answell, Thimothy G. Call, Thomas E. Witzig, Susan L. Slager, Mark Liebow, IARC (International Agency for Research on Cancer).

IARC - Monograph Vol. 100C (2012)- Arsenic, Metals Fibres, and Dusts: A review of human carcinogens. Lyon, International Agency for Research on Cancer/World Health Organization.

IARC - Monograph Vol. 100C (2012)- ) Asbestos (Chrysotile, Amosite, Crocidolite, Tremolite, Actinolite, and Anthophyllite): A review of human carcinogens. Lyon, International Agency for Research on Cancer/World Health Organization.

IARC (2019) IARC Advisory Group. Report of the Advisory Group to Recommend Priorities for the IARC Monographs during 2020–2024. https://monographs.iarc.fr/wp-content/uploads/2018/08/InformationOnNominations.pdf

Ioannidis J (2005). Why most published research findings are false, *PLos Med*, 2(8):e124.

Ioannidis J (2016). Exposure-wide epidemiology: revisiting Bradford Hill, *Statistics in Medicine* 35(11):1749-62.

Jordan SJ, Green AC, Whiteman DC, Webb PM and Australian Ovarian Cancer Study Group (2007). Risk factors for benign serous and mucinous epithelial ovarian tumors. *Obstetrics & Gynecology* 109(3): 647-654.

Karami S, Lan Q, Rothman N, et al (2012). Occupational trichloroethylene exposure and kidney cancer risk: a meta-analysis. Occupational and Environmental Medicine 69:858-867.

Kasper CS, Chandler PJ, Jr. Possible morbidity in women from talc on condoms. JAMA. 1995;273(11):846-7.

Khalade A, Jaakkola MS, Pukkala E, Jaakkola JJ (2010). Exposure to benzene at work and the risk of leukemia: a systematic review and meta-analysis. Environmental Health 9(31):1-8.

Kim S, Ko Y, Lee HJ, Lim J (2018). Menopausal hormone therapy and the risk of breast cancer by histological type and race: a meta-analysis of randomized controlled trials and cohort studies. *Breast Cancer Research and Treatment* 170(3):667-675.

Krause J (1977). Mineralogical characterization of cosmetic talc products. *Journal of Toxicology and Environmental Health* 2(5):1223-1226.

Kurta ML, Moysich KB, Weissfeld JL, Youk AO, Bunker CH, Edwards RP, Modugno F, Ness RB, Diergaarde B (2012). Use of fertility drugs and risk of ovarian cancer: results from a U.S.-based case-control study. *Cancer Epidemiology, Biomarkers & Prevention* 21(8): 1282-1292.

Report on talcum powder use and ovarian cancer                Jack Siemiatycki

Langseth H, HankinsonSE , Siemiatycki J, Weiderpass E (2008). Perineal use of talc and risk of ovarian cancer. *Journal of Epidemiology & Community Health* 62(4): 358-360.

Langseth H and Kjaerheim K (2004). Ovarian cancer and occupational exposure among pulp and paper employees in Norway. *Scandinavian Journal of Work, Environment & Health* 30(5): 356-361.

Last JM (2001). *A Dictionary of Epidemiology, Fourth Edition*. Oxford, Oxford University Press.

Levin M (2018). Baby powder battles: Johnson & Johnson internal documents reveal asbestos worries. https://www.fairwarning.org/2018/01/talc-documents-reveal/print.

Leung L, Grundy A, Siemiatycki J, Arseneau J, Gilbert L,... Koushik A (2019). Shift Work Patterns, Chronotype, and Epithelial Ovarian Cancer Risk. *Cancer Epidemiology, Biomarkers & Prevention*. 2019. May 1;28(5):987-95.

Leung L, Lavoué J, Siemiatycki J, Guénel P, Koushik A (2023). Occupational environment and ovarian cancer risk. *Occupational and Environmental Medicine*. Sep;80(9):489-497.

Jacobsen BK, Selmer RM, Maskarinec G, Weiderpass E, Gram IT (2017. Smoking and risk of ovarian cancer by histological subtypes: an analysis among 300,000 Norwegian women. *British Journal of Cancer* 116(2): 270-276

Lo-Ciganic WH, Zgibor JC, Bunker CH, Moysich KB, EdwardsRP, Ness RB (2012). Aspirin, nonaspirin nonsteroidal anti-inflammatory drugs, or acetaminophen and risk of ovarian cancer. *Epidemiology* 23(2): 311-319.

Lockey J (1981). Nonasbestos fibrous minerals, *Clinics in Chest Medicine* 2(2):203-218.

Longo W and Rigler M (2018) TEM analysis of historical 1978 JBP sample for amphibole asbestos

Longo W and Rigler M (2019) The analysis of Johnson & Johnson's historical product containers and Imerys' historical railroad car samples from the 1960's to the Early 2000's for amphibole asbestos

Lundin E, Dossus L, Clendenen T, Krogh V, Grankvist K, Wulff M, Sieri S, Arslan AA, Lenner P, Berrino F, Hallmans G, Zeleniuch-Jacquotte A, TonioloP, Lukanova A (2009). C-reactive protein and ovarian cancer: a prospective study nested in three cohorts (Sweden, USA, Italy). *Cancer Causes & Control*: CCC 20(7):1151-1159.

Lunet N and Azevedo A (2009). Letter to the Editor: On the comparability of population-based and hospital-based case-control studies. *Gaceta Sanitaria* 23(6): 564-567.

Lynch HN, Lauer DJ, Thompson WJ, *et al.* (2022) Systematic review of the scientific evidence of the pulmonary carcinogenicity of talc. *Frontiers in Public Health* Vol. 10:989.

Mahjub H, Sadri G (2006). Meta-analysis of case-referent studies of specific environmental or occupational pollutants on lung cancer. *Indian Journal of Cancer* 43(4):169-173.

Mallen AR, Townsend MK, Tworoger SS (2018). Risk factors for ovarian carcinoma. *Hematology/Oncology Clinics of North America*. 32(6):891-902.

Masi A (1965). Potential uses and limitations of hospital data in epidemiologic research. *American Journal of Public Health* 55(5): 658-667.

Mattenklott (2007). Asbestos in talc powders and soapstone – the present state . *Staub, Reinhaltung der Luft Journal* 67(7):287-292.

Mayer D, C Kasper, P Chandler (1995). To the Editor: Talc and Condoms and reply, JAMA 274(16):1269.

McDonald S, Y Fan, W Welch, D Cramer, J Godleski (2019) Migration of talc from the perineum to multiple pelvic organ sites: Five case studies with correlative light and scanning electron microscopy, *American Journal of Clinical Pathology* 152(5):590-607.

Merritt, M. A., A. C. Green, C. M. Nagle, P. M. Webb, Australian Cancer Study (Ovarian Cancer) and Australian Ovarian Cancer Study Group (2008). Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. *International Journal of Cancer* 122(1): 170-176.

Micha JP, Rettenmaier MA, Bohart R, et al. (2022) Talc powder and ovarian cancer: what is the evidence? *Archives of Gynecology and Obstetrics* 306(3): 931–933

Mills, P. K., D. G. Riordan, R. D. Cress and H. A. Young (2004). Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. *International Journal of Cancer* 112(3): 458-464.

Miserocchi G, Sancini G, Mantegazza F, Chiappino G (2008). Translocation pathways for inhaled asbestos fibers. *Environmental Health* 7:4 doi: 10.1186/1476-069X-7-4.

Moller P, Danielsen P, Jantsen K, Roursgaard M, Loft S (2013). Oxidatively damaged DNA in animals exposed to particles. *Critical Reviews in Toxicology*, 43:2, 96-118.

Moller P, Jacobsen NR, Folkmann JK, Danielson, PH, Mikkelsen L, Hemmingsen JG, Vesterdal LK, Forchhammer L, Wallin H, Loft S  (2010). Role of oxidative damage in toxicity of particulates. *Free Radical Research*, 44:1, 1-46.

Moon M, Park J, Choi B, Park S, Kim D, Chung Y, Hisanaga N, Yu I (2011). Risk assessment of baby powder exposure through inhalation. *Official Journal of Korean Society of Toxicology,* 27(3): 137-147.

Moorman PG, Palmieri RT, Akushevich L, Berchuck A, Schildkraut JM (2009). Ovarian cancer risk factors in African-American and white women. *American Journal of Epidemiology* 170(5): 598-606.

Muscat JE, and Huncharek M (2008). Perineal Talc Use and Ovarian Cancer: A Critical Review. *European J Cancer Prevention* 17:139-146.

Narod S (2016). Talc and ovarian cancer. *Gynecologic Oncology* 141(3):410-12. https://doi.org/10.1016/j.ygyno.2016.04.011.

Ness R and Cottreau C (1999). Possible role of ovarian epithelial inflammation in ovarian cancer. *Journal of the National Cancer Institute* 91(17): 1459-1467.

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

Ness RB, Grisso JA, Cottreau C, Klapper J, Vergona R, Wheeler JE, Morgan M, Schlesselman JJ (2000). Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. *Epidemiology* 11(2): 111-117.

Ness, Roberta  (2015). Does talc exposure cause ovarian cancer?:IGCS-0015 Ovarian Cancer. *International Journal of Gynecological Cancer: Official Journal of the International Gynecological Cancer Society*, 25 Suppl. 1:51

Neupane B, Walter S, Krueger P, Loeb M (2010). Community controls were preferred to hospital controls in a case-control study where the cases are derived from the hospital. *Journal of Clinical Epidemiology* 63(8): 926-931.

O'Brien KM, D'Aloisio AA, Shi M, Murphy JD, Sandler DP, Weinberg CR (2019). Perineal talc use, douching, and the risk of uterine cancer. *Epidemiology* 30 (6), 845–852. doi:10.1097/EDE.0000000000001078

O'Brien K, Tworoger S, Harris H, Anderson G,  … Wentzensen N. (2020) Association of powder use in the genital area with risk of ovarian cancer. *Journal of the American Medical Association (JAMA).* 323:49-59.

O'Brien KM, Weinberg CR, D'Aloisio AA, Moore KR, Sandler DP (2021). The association between douching, genital talc use, and the risk of prevalent and incident cervical cancer. *Science Reports* 11 (1), 14836. doi:10.1038/s41598-021-94447-3

O'Brien KM, Wentzensen N, Ogunsina K, Weinberg CR, D'Aloisio AA, Edwards JK, Sandler DP. Intimate care products and incidence of hormone-related cancers: a quantitative bias analysis. J Clin Oncol. 2024 May 15:JCO2302037. doi: 10.1200/JCO.23.02037. Epub ahead of print. PMID: 38748950.

O'Brien KM, Ogunsina K, Wentzensen N and Sandler DP (2023). Douching and genital talc use: Patterns of use and reliability of self-reported exposure. *Epidemiology* 34 (3), 376–384. doi:10.1097/ede.0000000000001589

Paoletti L, Caiazza S, Donelli G, Pocchiari F (1984). Evaluation by electron microscopy techniques of asbestos contamination in industrial, cosmetic, and pharmaceutical talcs. *Regulatory Toxicology and Pharmacology* 4(3):222-35.

Park HK, Schildkraut JM, Alberg AJ, Bandera EV, Barnholtz-Sloan JS, Bondy M, Crankshaw S, Funkhauser E, Moorman PG, Peters ES, Terry P, Wang F, Ruterbusch JJ, Schwartz A, Cote ML (2018). Benign gynecologic conditions are associated with ovarian cancer risk in African-American women:  a case-control study. *Cancer Causes & Control* Vol. 29, Issue 11, pp 1081-1091.

Peeples, Lynne (2014) Hidden source of industry influence threatens toxic chemical regulations. https://huffingtonpost.com/2014/09/18/industry-toxic-chemicals-funding-conflicts-of-interest_n_5837968.html

Pennikilampi R and Eslick G (2018).  Perineal talc use and ovarian cancer: a systematic review and meta-analysis, *Epidemology*, 29:41-49.

Petitti DB (2000). *Meta-Analysis, Decision Analysis, and Cost-Effectiveness Analysis*. New York, Oxford University Press.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

Phung MT, Muthukumar A, Trabert B, et al. (2022) Effects of risk factors for ovarian cancer in women with and without endometriosis. *Fertility and Sterility* 118(5): 960-969

Pike MC, Pearce CL, Peters R, Cozen W, Wan P, Wu AH (2004). Hormonal factors and the risk of invasive ovarian cancer: a population-based case-control study. *Fertility & Sterility* 82(1): 186-195.

Purdie D, Green A, Bain C, Siskind V, Ward B, Hacker N, Quinn M, Wright G, Russell P, Susil B (1995). Reproductive and other factors and risk of epithelial ovarian cancer: an Australian case-control study. Survey of Women's Health Study Group. *International Journal of Cancer* 62(6): 678-684.

Reid BM, Permuth JB, Sellers TA (2017). Epidemiology of ovarian cancer: a review. *Cancer Biology and Medicine* 14(1): 9-32.

Reference Manual on Scientific Evidence, 3rd Edition (2011). Green M, Freedman M, and Gordis L. *Reference Guide on Epidemiology*. National Academies Press. Washington.

Roggli V and Pratt PC (1983). Numbers of asbestos bodies on iron-stained tissue sections in relation to asbestos body counts in lung tissue digest. *Human Pathology Journal* 14(4): 355-61.

Roggli V, Pratt PC and Brody AR (1986). Asbestos content of lung tissue in asbestos associated diseases: a study of 110 cases. *British Journal of Industrial Medicine* 43(1): 18-28.

Rohl A (1974). Asbestos in Talc, *Environmental Health Perspectives*, 9:129-132.

Rohl A, Langer A, Selikoff J, Tordini A, Klimentidis R (1976). Consumer talcums and powders: mineral and chemical characterization. *Journal of Toxicology and Environmental Health* 2(2):255-84.

Rosenblatt KA, Mathews WA, Daling JR, Voigt LF, Malone K (1998). Characteristics of women who use perineal powders. *Obstetrics & Gynecology* 92(5): 753-756.

Rosenblatt KA, Szklo M and Rosenshein NB (1992). Mineral fiber exposure and the development of ovarian cancer. *Gynecologic Oncology* 45(1): 20-25.

Rosenblatt KA, Weiss NS, Cushing-Haugen KL, Wicklund KG, Rossing MA (2011). Genital powder exposure and the risk of epithelial ovarian cancer. *Cancer Causes & Control* 22(5): 737-742.

Ross, Malcom (1974)Geology, asbestos and health. *The National Institute of Environmental Health Sciences* 9:123-124

Rothman KJ, Pastides H, Samet J (2000). Interpretation of epidemiologic studies on Talc and Ovarian Cancer. A statement submitted to the U.S. National Toxicology Program in response to the Call for Public Comments on 21 Substances, Mixtures and Exposure Circumstances Proposed for Listing in the Report on Carcinogens, Twelfth Edition (69 Federal Register 28940): Cosmetic Talc

Rothman KJ and Greenland S (1998). *Modern Epidemiology, Second Edition*. Philadelphia, Lippincott-Raven Publishers.

Rothman KJ, Greenland S and Lash TL (2008). *Modern Epidemiology, 3rd Edition*. Philadelphia, PA: Lippincott Williams & Wilkins.

Ruano-Ravina A, Perez-Rios M and Barros-Dios J (2008). Population-based versus hospital-based controls: are they comparable? *Gaceta Sanitaria* 22(6): 609-613.

Saed G, Morris R and Fletcher N (2018). *New insights into the pathogenesis of ovarian cancer-oxidative stress, Ovarian Cancer – From Pathogenesis to Treatment*, Ch. 4, 83-110, IntechOpen.

Saed G, Diamond M and Fletcher N (2017). Updates of the role of oxidative stress in the pathogenesis of ovarian cancer. *Gynecologic Oncology*, 145:595-602.

Samet JM, Chiu WA, Cogliano V, et al. The IARC Monographs: updated procedures for modern and transparent evidence synthesis in cancer hazard identification. *Journal of the National Cancer Institute* (2020). 112:30-37. doi: 10.1093/jnci/djz169. PMID: 31498409; PMCID: PMC6968684.

Schildkraut JM, Abbott SE, Alberg AJ, Bandera EV, Barnholtz-Sloan JS, Bondy ML, Cote ML, Funkhauser E, Peres LC, Peters ES, Schwartz AG, Terry P, Crankshaw S, Camacho F, Wang F, Moorman PG (2016). Association between Body Powder Use and Ovarian Cancer: the African American Cancer Epidemiology Study (AACES). *Cancer Epidemiology, Biomarkers & Prevention* 12: 12.

Shukla A, MacPherson M, Hillegass J, Ramos-Nino M, Alexeeva V, Vacek P, Bond J, Pass H, Steele C, Mossman B (2009). Alterations in gene expression in human mesothelial cells correlated with mineral pathogenicity, *American Journal of Respiratory Cell and Molecular Biology*, 41:114-123.

Shushan A, Paltiel O, Iscovich J, Elchalal U, Peretz T, Schenker JG (1996). Human menopausal gonadotropin and the risk of epithelial ovarian cancer. *Fertility & Sterility* 65(1): 13-18.

Siemiatycki J. Historical overview of occupational cancer research and control.  In Occupational Cancers. Eds S Anttila, P Boffetta, K Straif. Springer Press: 1-20, 2014.

Sjosten A, Ellis H and Edelstam G (2004). Retrograde migration of glove powder in the human female genital tract. Human Reproduction 19(4):991-995.

Slomovitz B, de Haydu C, Taub M, Coleman RL, Monk BJ (2021). Asbestos and ovarian cancer: examining the historical evidence. International Journal of Gynecologic Cancer 31(1):122-128. doi: 10.1136/ijgc-2020-001672.

Smith MT, Guyton KZ, Gibbons CF, Fritz JM, Portier CJ, Rusyn I, DeMarini DM, Caldwell JC, Kavlock RJ,Paul F Lambert PF, Hecht SS, Bucher JR, Stewart BW, Robert A Baan RA, Cogliano VJ, Straif K (2016). Key characteristics of carcinogens as a basis for organizing data on mechanisms of carcinogenesis. *Environmental Health Perspectives* 124(6):713-21

Steiling W, Almeida JF, Assaf Vandecasteele H, Gilpin S, Kawamoto T, O'Keeffe L, Pappa G, Rettinger K, Rothe H, Bowden AM (2018) Principles for the safety evaluation of cosmetic powders. *Toxicology Letters*, 297, 8-18.

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

Straif K, Benbrahim-Tallaa L, Baan R, Grosse Y, Secretan B, El Ghissassi F, Bouvard V, Guha N, Freeman C, Galichet L, Cogliano V; WHO International Agency for Research on Cancer Monograph Working Group (2009). A review of human carcinogens - Part C: metals, arsenic, dusts and fibres. *Lancet Oncology* 10(5):453-454.

Suzuki Y, N Kohyama (1991). Translocation of inhaled asbestos fibers from the lung to other tissue, *American Journal of Industrial Medicine* 19(6):701-704.

Taher M, Farhat N, Karyakina N, Shilnikova S,... Krewski D. (2019) Critical review of the association between perineal use of talc powder and risk of *ovarian cancer. Reproductive Toxicology*. 90: 88–101.

Terry KL, Karageorgi S, Shvetsov YB, Merritt MA, Lurie G, Thompson PJ, Carney ME, Weber RP, Akushevich L, Lo-Ciganic WH, Cushing-Haugen K, Sieh W, KMoysich, Doherty JA, Nagle CM, Berchuck A, Pearce CL, Pike M, Ness RB, Webb PM, Rossing MA, Schildkraut J, Risch H, Goodman MT (2013). Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 8,525 Cases and 9,859 Controls. *Cancer Prevention Research* 6(8): 811-821.

Trabert B, Poole EM, White E, Visvanathan K, Adami HO, Anderson GL, Brasky TM, Brinton LA, Fortner RT, Gaudet M, Hartge P, Hoffman-Bolton J, Jones M, Lacey JV, Larsson SC, Mackenzie GG, Schouten LJ, Sandler DP, O'Brien K, Patel AV, Peters U, Prizment A, Robien K, Setiawan VW, Swerdlow A, van den Brandt PA, Weiderpass E, Wilkens LR, Wolk A, Wentzensen N, Tworoger SS; Ovarian Cancer Cohort Consortium (OC3) (2019). Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium. *Journal of the National Cancer Institute* Feb 1;111(2):137-145.

Tran TH and Egilman D (2022) Response to Micha et al. (2022) Talc powder and ovarian cancer: what is the evidence? *Archives of Gynecology and Obstetrics* Vol. 306(6)

Tung KH, Goodman MT, Wu AH, McDuffie K, Wilkens LR, Kolonel LN, Nomura AMY, Terada KY, Michael E Carney ME, Sobin LH(2003) Reproductive factors and epithelial ovarian cancer risk by histologic type: a multi-ethnic case-control study. *American Journal of Epidemiology* 158(7):629-638.

Tung KH, Wilkens LR, Wu AH, McDuffie K, Nomura AMY, Kolonel LN, Terada KY, Michael E Carney ME, Sobin LH, Goodman MT(2005). Effect of anovulation factors on pre-and postmenopausal ovarian cancer risk: revisiting the incessant ovulation hypothesis. *American Journal of Epidemiology* 161 (4):321-329

Tzonou A, Polychronopoulou A, Hsieh CC, Rebelakos A, Karakatsani A, Trichopoulos D (1993). Hair Dyes, Analgesics, Tranquilizers and Perineal Talc Application as Risk Factors for Ovarian Cancer. *International Journal of Cancer* 55(3): 408-410.

Urban N, Hawley S, Janes H, Karlan BY, Berg CD, Drescher CW, Manson JE, Palomares MR, Daly MB, Wactawski-Wende J, O'Sullivan MJ, Thorpe J, Robinson RD, Lane D, Li CI, Anderson GL. Identifying post-menopausal women at elevated risk for epithelial ovarian cancer. *Gynecologic Oncology* 2015 Nov;139(2):253-60. doi: 10.1016/j.ygyno.2015.08.024. Epub 2015 Sep 3. PMID: 26343159; PMCID: PMC4664187.

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

U.S. Department of Health, E., and Welfare, (1964). *Smoking and Health: Report of the Advisory Committee to the Surgeon General of the Public Health Service*. Washington, D.C., U.S. Department of Health, Education, and Welfare.

Van Gosen B, Lowers H, Sutley S, Gent C (2004). Using the geologic setting of talc deposits as an indicator of amphibole asbestos content. *Environmental Geology*, 45 (7):920-939.

Venter PF and Iturralde M (1979). Migration of a particulate radioactive tracer from the vagina to the peritoneal cavity and ovaries. *South African Medical Journal* 55(23): 917-919.

Virta, Robert L. (1985). The phrase relationship of talc and amphiboles in a fibrous talc sample. *Vol. 8923* of the *U.S. Dept. of the Interior, Bureau of Mines– Science*.

Wasserstein R and Lazar N (2016). The ASA's statement on p-values: context, process and purpose. *The American Statistician* 70(2): 129-133, DOI:10.1080/00031305.2016.1154108.

Weed DL (2000). Epidemiologic evidence and causal inference. *Hematological & Oncological Clinics of North America* 14(4): 797-807, viii.

Wehner A, Hall A, Weller R, Lepel E, Schirmer R (1985). Do particles translocate from the vagina to the oviducts and beyond? *Fd Chem. Toxic.* 23(3) :367-372.

Werner I (1982). Presence of asbestos in talc samples. *Atemschutzinformationen*, 21:5-7.

Wentzensen N and Wacholder S (2014). Talc use and ovarian cancer: epidemiology between a rock and a hard place. *Journal of the National Cancer Institute* 106(9).

Wentzensen N, and O'Brien KM (2021) Talc, body powder, and ovarian cancer: A summary of the epidemiologic evidence. *Gynecologic Oncology* 163(1): 199-208

Whittemore AS, Wu ML, Paffenbarger RS, Jr., Sarles DL, Kampert JB, Grosser S, Jung DL, Ballon S, Hendrickson M (1988). Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. *American Journal of Epidemiology* 128(6): 1228-1240.

Whysner J and Mohan M (2000). Perineal application of talc and cornstarch powders: evaluation of ovarian cancer risk. *American Journal of Obstetrics & Gynecology* 182(3): 720-724.

Wong C, Hempling RE, Piver MS, Natarajan N, Mettlin CJ (1999). Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study. *Obstetrics & Gynecology* 93(3): 372-376.

Woolen SA, Lazar AA, and Smith-Bindman R (2022) Association Between the Frequent Use of Perineal Talcum Powder Products and Ovarian Cancer: A Systematic Review and Meta-analysis. *Journal of General Internal Medicine* 37(10): 2726-2532

Wu AH, Pearce CL, Tseng CC, Templeman C, Pike M (2009). Markers of inflammation and risk of ovarian cancer in Los Angeles County. *International Journal of Cancer* 124(6): 1409-1415.

Report on talcum powder use and ovarian cancer                              Jack Siemiatycki

Wu AH, Pearce CL, Tseng CC, Pike MC (2015). African-Americans and Hispanics remain at lower risk of ovarian cancer than non-hispanic whites after considering nongenetic risk factors and oophorectomy rates. *Cancer Epidemiology Biomarkers and Prevention* 24(7):1094-1100.

Wu S, Zhu W, Thompson P, Hannun Y (2018) Evaluating intrinsic and non-intrinsic cancer risk factors. *Nature Communications* 9(1):3490.

Xu M, Richardson L, Campbell S, Pintos J, Siemiatycki J. Response rates in case-control studies of cancer by era of fieldwork and by characteristics of study design. *Annals of Epidemiology*. 2018 June;28(6):385-391.

Zazenski R, Ashton W, Briggs D, Chudkowski M, Kelse J, MacEachern L, McCarthy E, Nordhauser M, Roddy M, Teetsel N, Wells A, Gettings S (1995). Talc: Occurrence, characterization and consumer applications. *Regulatory Toxicology and Pharmacology* 21:218-229.

Zhang Z-L, Sun J, Dong J-Y, Tiang H-L, Xue L, Qin L-Q, Tong J (2012). Residential Radon and Lung Cancer Risk: An Updated Meta-analysis of Case-control Studies. *Asian Pacific Journal of Cancer Prevention* 13:2459-2465.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

**18.   EXHIBIT A**

# EXHIBIT A

**CURRICULUM VITAE**

**Jack Siemiatycki**
**August 2023**

**TABLE OF CONTENTS**

STATISTICAL SUMMARY OF SELECTED ACCOMPLISHMENTS ..................................................2
GENERAL INFORMATION..................................................................................................................3
EDUCATION...........................................................................................................................................3
ACADEMIC AND PROFESSIONAL APPOINTMENTS....................................................................3
SIGNIFICANT INTERNAL ADMINISTRATIVE APPOINTMENTS................................................3
CURRENT MAJOR EXTERNAL BOARDS, SCIENTIFIC COMMITTEES (INVITED)..................3
PAST MAJOR EXTERNAL BOARDS, SCIENTIFIC COMMITTEES, CONSULTATIONS (INVITED) .........4
OTHER SIGNIFICANT EXTERNAL CONSULTATIONS (INVITED).................................................5
SIGNIFICANT INSTITUTIONAL COMMITTEES .............................................................................9
HONOURS ..............................................................................................................................................9
GRANT REVIEW, JOURNAL REVIEW AND PERSONNEL REVIEW ............................................9
    Associate Editor..............................................................................................................................9
    Contributing Editor..........................................................................................................................9
    Chairman of grant review panels.....................................................................................................9
    Member of grant review panels ........................................................................................................9
    External referee for tenure or promotion of personnel in other institutions ...................................9
THESES ................................................................................................................................................10
ARTICLES PUBLISHED PEER REVIEW ..........................................................................................10
BOOK CHAPTERS AND IARC MONOGRAPHS (invited).............................................................26
PUBLICATIONS WITHOUT PEER REVIEW, UNPUBLISHED SCIENTIFIC REPORTS............27
BOOK....................................................................................................................................................29
ARTISTIC WORKS..............................................................................................................................29
SCIENTIFIC PRESENTATIONS - INVITED .....................................................................................29
SCIENTIFIC PRESENTATIONS - OFFERED AND ACCEPTED .....................................................37
TEACHING AND TRAINING .............................................................................................................37
INVOLVEMENT IN LEGAL CASES .................................................................................................38

Curriculum Vitae                                                    Jack Siemiatycki

**STATISTICAL SUMMARY OF SELECTED ACCOMPLISHMENTS**

| | |
|---|---:|
| Publications in peer-reviewed journals – total | 278 |
|    -   *Before 1990* | *42* |
|    -   *1991 – 2009* | *102* |
|    -   *Since 2010* | *134* |
| Book chapters, IARC Monographs | 22 |
| Other publications, reports | 42 |
| Book (authored) | 1 |
| | |
| Invited presentations | 174 |
| Conference presentations, posters, abstracts : offered and accepted | 192 |
| | |
| Grants received as P.I. (number) | 36 |
| Grants received as P.I. ($) | $16M |
| Grants received as co-investigator (number) | 59 |
| Grants received as co-investigator ($) | $28M |
| | |
| H-factor (google scholar) | 76 |
| | |
| Instances of participation on expert panels, committees, boards of directors, at invitation of governments or public health agencies or research agencies or universities | 140 |
| | |
| Grant review panels or referee for external institution or journal editorial boards | 65 |
| | |
| Honours | several |

Curriculum Vitae                                                                                     Jack Siemiatycki

## GENERAL INFORMATION

**Work address**

Université de Montréal

Research Center of CHUM

850 rue St Denis, Montréal, QC, Canada H2W 1V1


Tel:    (514) 531-7321

E-mail: j.siemiatycki@umontreal.ca

## EDUCATION

| | |
|---|---|
| 1970 | M.Sc. (mathematical statistics); McGill University |
| 1976 | Ph.D. (epidemiology and medical statistics); McGill University |
| 1977 | Post-doctoral (cancer epidemiology); International Agency for Research on Cancer, Lyon |

## ACADEMIC AND PROFESSIONAL APPOINTMENTS

| | |
|---|---|
| 1967-71 | Research Fellow; Department of Epidemiology and Health, McGill University. |
| 1970-72 | Research Director; Pointe St. Charles Community Clinic, Montréal. |
| 1978-2001 | Assistant, then Associate (1979), then full Professor (1983): Epidemiology Research Center, INRS-Institut Armand-Frappier, Laval, Québec. |
| 1996-1997 | Visiting Scientist. International Agency for Research on Cancer, Lyon. |
| 2001-2021 | Full Professor, Université de Montréal. |
| 2001-2015 | Canada Research Chair (Tier 1), Université de Montréal. |
| 1979- | Adjunct Professor, Dept Epidemiology, Biostatistics and Occupational Health, McGill University |
| 2007 - | CRS-Guzzo Research Chair in Environment and Cancer. |
| 2008- | Fellow, Canadian Academy of Health Sciences |
| 2021- | Adjunct Professor, School of Public Health, Université de Montréal. |

## SIGNIFICANT INTERNAL ADMINISTRATIVE APPOINTMENTS

| | |
|---|---|
| 1982-86 | Director, Affiliated research team of the Quebec Institute for Occupational Health and Safety on Occupational Cancer (Équipe associée de l'Institut de Recherche en Santé et Sécurité du Travail). |
| 1988-91 | Director, Epidemiology Research Center, Institut Armand-Frappier. |
| 1990-98 | Director, Priority research team in environmental epidemiology (Équipe prioritaire de recherche en épidémiologie environnementale). FRQS. |
| 1998-2001 | Member, Governing Council (Conseil d'administration). Institut national de la recherche scientifique, Université du Québec. |
| 2000-2007 | Coordinator. Program of Research in Environmental Epidemiology of Cancer (PREECAN), a national program funded by the National Cancer Institute of Canada. |
| 2002-2005 | Associate Director for Population Health Sciences, Research Center of the University of Montréal Hospital Center (CRCHUM). |
| 2006-2007 | Director, Epidemiology program, PhD public health, Université de Montréal. |
| 2006-2014 | Director, Axe risques à la santé (Health Risks Division). Centre de recherche du Centre hospitalier de l'Université de Montréal. |

## CURRENT MAJOR EXTERNAL BOARDS, SCIENTIFIC COMMITTEES (INVITED)

1.    Chair of International Scientific Advisory Committee of CONSTANCES, a large prospective cohort established in France, under aegis of INSERM, Ministère de la Santé, and other agencies. Since 2011.

2.    Member of the Board. Conseil d'administration. (Board of Directors). Société québécoise du cannabis. Since 2018.

Curriculum Vitae                                                                                          Jack Siemiatycki

## PAST MAJOR EXTERNAL BOARDS, SCIENTIFIC COMMITTEES, CONSULTATIONS (INVITED)

1.  Expert consultative committee to Commission de la santé et sécurité du travail du Québec on the epidemiologic function of the CSST. 1979-80.
2.  President of Organizing Committee of Annual Congress of Quebec Public Health Association, Montréal. 1982.
3.  Consultative committee of International Agency for Research on Cancer on feasibility of SEARCH programme. 1982.
4.  Canadian representative. International Joint Commission (U.S. and Canada) Committee on the Assessment of Human Health Effects of Great Lakes Water Quality. 1982-89.
5.  Task Force on Chemicals in the Environment and Human Reproduction Effects in New Brunswick. 1983-85.
6.  Chairman and organizer of international workshop sponsored by International Agency for Research on Cancer, Lyon, on use of job exposure information in cancer case-control studies. 1984.
7.  Quebec Government Consultative Committee on Alachlor. 1985-1986.
8.  Associate member, McGill Cancer Center, McGill University. 1982-1986
9.  Chairman and organizer of the International Joint Commission Workshop on the Role of Epidemiology in Assessing the Effects of Great Lakes Water Quality on Human Health, Scarborough, March 1988. 1986-88.
10. Priority Substances Advisory Panel. Panel established under terms of Canadian Environmental Protection Act by Health and Welfare Canada. 1988.
11. Working Group on Electromagnetic Fields under auspices of Health Effects Institute. 1991.
12. Consultative Committee on Environment-related Cancer Surveillance, LCDC, Health and Welfare Canada. 1993-1996.
13. Consultative Committee on an Investigation of Lung Cancer and Environmental Tobacco Smoke, Environmental Health Directorate, Health Canada. 1994-1995.
14. Working Group on Evaluation of Carcinogenicity of Carbon Black, Printing Trades and Various Substances. Monograph Programme. International Agency for Res. on Cancer, Lyon, 1995.
15. Working Group on Human Cancer Risks associated with Chrysotile Asbestos. World Health Organization (IPCS) Geneva, June 1995.
16. Secretariat on Evaluation of Chemopreventive Effect of Aspirin and Other NSAIDS for Cancer. International Agency for Res. on Cancer, Lyon, Apr. 1997.
17. Chair. Symposium on Health Risks of Water Disinfection By-products. Convened by Health Canada. Ottawa. May 1997.
18. Working Group. Meeting on Species-specificity in response to carcinogens. Monograph Programme. International Agency for Res. on Cancer, Lyon, Nov. 1997.
19. Board of Directors. Canadian Society for Epidemiology and Biostatistics. 1997-1999.
20. Working Group. Evaluation of Carcinogenicity of Various Industrial Substances. Monograph Programme. International Agency for Res. on Cancer, Lyon, Feb. 1998.
21. Canadian Coalition on Cancer Surveillance. 1997-2002.
22. External site review panel. U.S. National Cancer Institute Epidemiology Branch. June 1999.
23. Organizing Committee for Medical Research Council Workshop on Privacy of Health Data. 1999-2000.
24. Organizing Committee, EPI2001. Joint North American Congress of Canadian Society for Epidemiology and Biostatistics, Society for Epidemiologic Research, American Public Health Association (Epid) and American College of Epidemiology, Toronto, 14 – 16 June 2001. 1999-2001.
25. Coordinator of national initiative of the public health community to provide guidance on the structures and functioning of the new Canadian Institutes of Health Research. 1999-2000.
26. Organizing Committee. World Congress of the International Epidemiological Association, Montréal, 18-22 August 2002. 2001-2002.
27. President. Canadian Society for Epidemiology and Biostatistics. 2001-2003. Member of Board. 1997-1999.
28. Working Group. Evaluation of Carcinogenicity of Various Substances. Monograph Programme. International Agency for Res. on Cancer, Lyon, 2003.

29.     Jury of Consensus Conference on risks and benefits of vaccination for hepatitis B. For Minister of Health of France. Organized by INSERM and ANAES. Paris 2003.
30.     Public Advisory Panel. Vinyl Council of Canada. 1998-2004.
31.     Advisory Panel. U.S. National Cancer Institute Brain Tumor Study. 1998-2003.
32.     Scientific Advisory Committee. Boeing/UAW Workers' Health Studies. 1999-2005.
33.     Institute Advisory Board. Canadian Institutes for Health Research – Institute of Circulatory and Respiratory Health. 2001-2005.
34.     National Occupational Research Agenda (NORA). Joint consultative committee for US National Cancer Institute and US National Institute for Occupational Safety and Health. 2002-2005.
35.     Canadian Cancer Surveillance Alliance. Consultative committee of Health Canada, Canadian Cancer Society, Provincial Cancer Registries, Statistics Canada. 2002-2003.
36.     Co-president. Organizing Committee of Joint SER-CSEB Congress, Toronto 27-30 June 2005. (2004-2005).
37.     Chair. Monograph Program Meeting. International Agency for Research on Cancer (WHO), France. February 2006.
38.     Advisory Committee on Research Ethics and Databanks. Quebec Health Research Council (FRSQ). 2003-2011.
39.     Board of Directors. American College of Epidemiology. 2003-2006.
40.     Board of Directors. National Cancer Institute of Canada. 2003-2007.
41.     Member Scientific Council International Agency for Research on Cancer (WHO). Lyon, France 2005-2009.
42.     Elected Chair. Scientific Council International Agency for Research on Cancer (WHO). Lyon, France 2008-2009.
43.     Scientific Advisory Council Canadian Partnership Against Cancer 2007-2009.
44.     Working Group on Cancer Prevention, CPAC, 2007-2010.
45.     Subgroup Chair and Working Group Member. Evaluation of Carcinogenicity of Non-Ionizing Radiation, Radiofrequency Electromagnetic Fields. Monograph Programme. International Agency for Research on Cancer, Lyon May 2011.
46.     Member of external review panel. Helmholtz Center Munich Research Institute. Germany. July 2011.
47.     Conseil Scientifique de l'Institut de Recherche en Santé Publique (IReSP). Under aegis of INSERM and Ministère de la Santé, France. 2004-2009.
48.     Advisory Committee. Occupational Cancer Research Centre of Ontario. 2009-2013.
49.     Member of Scientific Advisory Board of Bordeaux cancer research center SIRIC-BRIO, Bordeaux France. 2013-2018.
50.     Adviser and expert witness for legal team conducting a major class action lawsuit against the Canadian tobacco industry. 2007-2016.
51.     Chair of the International Scientific Council of CONSTANCES, a French national population cohort for biomedical research, the largest population cohort in Europe. 2013-2021.

**OTHER SIGNIFICANT EXTERNAL CONSULTATIONS (INVITED)**

1.     Consultation with Quebec Ministry of Justice regarding compensation for homeowners who were advised to use formaldehyde-base home insulation - 1983.
2.     Invited participant. Workshop convened by the Science Council of Canada on the future of Epidemiology in Canada, Ottawa - 1985.
3.     Consultation with Government of Alberta regarding the evaluation of a report alleging significant health impact in the environment of a sour-gas plant - 1985.
4.     Consultation with Quebec Ministry of Environment regarding health effects of residency near an abandoned toxic waste site in LaSalle, Quebec - 1987.
5.     Invited participant. Workshop convened by Canadian Public Health Association, Environment Canada and Health and Welfare Canada on Environmental Impact Assessment, Ottawa - 1987.

6.  Invited participant. Annual workshops convened by Health Protection Branch of Health and Welfare Canada to discuss the role of Canada in the SEARCH programme of the International Agency for Research on Cancer, Ottawa - 1987-1989.

7.  Consultation with Quebec Cree Band Council regarding a research proposal to study developmental effects of consuming fish with high mercury levels - 1989.

8.  Invited participant. Workshop convened by Ontario Industrial Disease Standards Panel on the use of epidemiologic data in workers' compensation, Toronto - December 1989.

9.  Invited participant. Workshop convened by National Academy of Sciences (U.S.) on Carcinogenicity of Complex Mixtures, Tucson, Arizona - Jan 1990.

10. Invited participant. Workshop convened by Laboratory Centers for Disease Control, Health and Welfare Canada on Multiple Chemical Sensitivities, Ottawa - May 1990

11. Member of expert advisory panel to the pan-Canadian case-control study of electromagnetic fields and childhood leukemia. Sponsored by Canadian Electrical Assoc, EPRI (U.S.A.), Health and Welfare Canada. 1990-1996.

12. Organizer of Workshop to Plan a Pan-North American Case-control Study of Lung Cancer. Sponsored by Health and Welfare Canada. Toronto. March 1991.

13. Invited participant. Workshop convened by Environmental Health Directorate of Health and Welfare Canada, on Environmental Epidemiology in Canada. Ottawa. March 1992

14. Invited participant. Workshop convened by Harvard Center for Risk Analysis on implementing a new type of risk assessment. Maryland. April 1992.

15. Member of Technical Advisory Panel for epidemiology studies of foundry workers - CIIT. Research Triangle Park, N.C. Feb. 1993

16. Consultant to Health Effects Institute - Asbestos Research, on Options for Characterizing Worker Activities in Buildings, Boston. Feb. 1993.

17. Advisory panel to Laboratory Centers for Disease Control, Health and Welfare Canada, on Environmental Epidemiology under the Green Plan. March 1993.

18. Member of External Advisory Committee. Champlain Adirondack Biosphere Environmental Health Sciences Center, University of Vermont. 1993.

19. Consultant to Michigan Cancer Foundation on a variety of epidemiologic studies. 1993-1996.

20. Invited to address President Clinton's Panel on Cancer regarding priorities in cancer research. Bethesda, MD. April 1994.

21. Invited participant. Science and Technology Review Consultation. Government of Canada. Montréal. September 1994.

22. Invited participant. Strategic planning workshop to reduce Environmental Tobacco Smoking exposure. Laboratory Centre for Disease Control. Health Canada. Oct 1995.

23. Invited participant. Meeting to establish new priorities for funding. National Health Research and Development Programme of Canada. Montréal. Feb 1996.

24. Chair Scientific Advisory Committee for the Dalhousie University study of health effects of environmental and occupational pollution in the area of the Sydney, Nova Scotia steel industry. 1996.

25. Member of two Ministerial missions of the Quebec and Canadian governments to France to discuss with French experts the risks associated with low level exposure to chrysotile asbestos. Paris. Oct 1996.

26. Chair. Meeting of collaborators of European network of studies on lung cancer and smoking.

27. International Agency for Res. on Cancer, Lyon. June 1997.

28. Member of Canadian scientific delegation to United Kingdom to discuss with British experts the risk associated with low level exposure to chrysotile asbestos. London, Sept. 1997.

29. Symposium chair. Workshop to discuss methods of predicting numbers of cases of mesothelioma to be expected in various countries. Paris. Dec. 1997.

30. Invited participant and subgroup reporter. Peer Review on Hazard Assessment and Dose-Response Characterization for the Carcinogenicity of Formaldehyde by the Route of Inhalation. Health Canada and U.S. EPA. Ottawa. March 1998.

Curriculum Vitae                                                                                      Jack Siemiatycki

31.  Co-chair. Workshop to explore the feasibility of an international collaborative study on use of cellular phones and risk of cancer. International Agency for Research on Cancer. Lyon. Feb 1999.

32.  Panellist. Consensus Meeting for a Proposed Integrated National Health Surveillance Network. Health Canada. 1999.

33.  Invited participant. Medical Research Council Summit Meeting on the new Canadian Institutes of Health Research. Toronto. June, 1999.

34.  Invited participant. Planning group for an Institute of Population Health Research in CIHR. Jul-Dec 1999.

35.  Invited speaker. Workshop for a Canadian Institute for Genetics Research. May 2000.

36.  Invited participant. Workshop to explore the use of prospective cohorts to investigate gene-environment interactions in cancer etiology. National Cancer Institute. Rockville, MD. May 2000.

37.  Invited participant. Founding meeting of Canadian Association for Workplace Safety and Health. Montréal. Jan 2001.

38.  Invited participant. Workshop to advise Canadian Foundation for Innovation on its role in supporting population health research in Canada. Toronto, Feb 2001.

39.  Invited participant. Consultative committee to advise Cancer Care Ontario on priorities in environmental cancer. April 2001.

40.  Invited participant. Workshop on national priorities in cancer research. Institute for Cancer Research. CIHR. Toronto. May 2001.

41.  Invited participant. Delphi process to advise Canadian Institutes of Health Research on priorities in cancer research. October-December 2001.

42.  Invited participant. Delphi process to advise Cancer Care Ontario on priorities in cancer prevention. November-April 2002.

43.  Session Chair. NIOSH workshop "Applying New Biotechnologies to the Study of Occupational Cancer", Washington, D.C. May 2002.

44.  Member of Advisory Panel. U.S. National Cancer Inst. Study of a Cohort of Chinese Workers Exposed to Benzene. 2002-2016.

45.  Invited participant. Delphi process to advise Cancer Care Ontario on priorities in cancer prevention. November-April 2002.

46.  Session Chair. NIOSH workshop "Applying New Biotechnologies to the Study of Occupational Cancer", Washington, D.C. May 2002.

47.  Organizer and Session Chair. International Epidemiological Association Meeting. Occupation and Health. Montréal. August, 2002.

48.  Co-Organizer and Session Chair. Epidemiological Association Meeting. Asbestos and mesothelioma. Montréal. August, 2002.

49.  Session Chair. Epidemiological Association Meeting. Environment and Health. Montréal Aug, 2002.

50.  Invited participant. CIHR National Forum to devise a National Research Programme for Environmental Health. Ottawa. Sept 2002.

51.  Invited participant. CIHR national forum on privacy of health data. Ottawa, November, 2002.

52.  Member. Environmental and Occupational Carcinogens Advisory Group. Canadian Cancer Society. 2002 - 2004.

53.  Participant. Meeting to discuss the establishment of a prospective childhood cohort in Canada. CIHR-IPPH. March 2004.

54.  Member of working group on national cohort project. National Cancer Research Initiative. January-June 2004.

55.  Member of advisory group on development of IDEES, Université de Montréal. January-June 2004.

56.  Member, ad-hoc group to explore the feasibility of a Canadian cohort on cancer and chronic disease. 2004-2008.

57.  Invited participant. Workshop to discuss the enhancement of population health research in Canada. CIHR-IPPH. June 2004.

58. Invited participant. Workshop on occupational cancer surveillance. Occupational Cancer Research & Surveillance Project (Cancer Care Ontario and the Ontario Workplace Safety & Insurance Board). February 2005.

59. Invited participant. Workshop on long-term large-scale cohorts. CIHR, December 2005.

60. Member. Advisory Scientific Committee. IBM – University of Alabama project on health of IBM manufacturing plant workers. 2006 - 2008.

61. Advisor and meeting participant. Ontario Workplace Safety and Insurance Board. Recommendations on how to develop occupational cancer research in Ontario. Toronto, 2005.

62. Invited participant. Workshop to estimate the burden of occupational cancer in the United Kingdom. UK Health and Safety Executive. Manchester. June 2006.

63. Advisory Committee to British Energy Networks Association. Workshop on the Future Needs of Electro-magnetic Fields Occupational Studies in the Electric Utility Industry. Edinburgh. September 2006.

64. Advisory Committee. IARC Monograph Programme Planning of Special Volume 100. Lyon. September 2006.

65. Grant Review Panel. IVRSP. Paris. September 2006.

66. Advisory Committee to CCRA and ICR (CIHR) on the nature of a national cohort platform. Toronto, September 2006.

67. Invited participant. Comité d'éthique de la recherche de la faculté de médecine (CERFM) : Discussion d'un projet soumis pour la création d'une banque de données et de matériaux biologiques (Research Ethics Committee of the Faculty of Medicine: Review of a submitted project to create a bank of data and biologic samples). Université de Montréal. March 2007.

68. Invited participant. Workshop to Design and Implement the Ontario Cohort Consortium Research Platform. Toronto. June 2007.

69. Invited participant. Canadian Cancer Research Agencies. Strategic Planning Consultation in Montréal. May 2009.

70. Invited participant. IARC-NORA workshop to identify gaps of knowledge on occupational carcinogens, Lyon. June 2009.

71. Consultant. State of the science workshop: evaluation of epidemiological data consistency for application in regulatory risk assessment. US EPA and Johns Hopkins School of Public Health. Baltimore. September 2010.

72. Consultant. World Health Organisation. Re-evaluation of Risk Assessments related to DDT exposure. Geneva. November 2010.

73. Invited participant. WHO workshop to develop international guidelines for control of environmental carcinogens. Asturias. March 2011.

74. Session Chair. Discovering occupational carcinogens. Congress of Epidemiology. Montréal June 2011.

75. Invited co-organiser. Symposium of Environment and Cancer. Canadian Cancer Research Conference. Toronto. November 2011.

76. Invited organiser and Chair. Symposium on Cellphones and Cancer. American Association for Cancer Research. Chicago, April 2012.

77. Member Scientific Program Committee for the 2013 Canadian Cancer Research Conference, Toronto. November 2013.

78. Member of Comité national d'épidémiologie en cancérologie. Ministère de la Santé et des Services sociaux, Quebec. 2014-2016.

79. Member, Advisory committee to Directors of Cartagene, a Quebec population cohort on genetics, environment and health. 2016-2018.

80. Member of Advisory Committee to National Cancer Institute (U.S.) study on carcinogenicity of diesel emissions. 2017-2019.

81. Member, Advisory Committee to IARC regarding the procedures and criteria of the Monograph Program of IARC on Evaluation of carcinogens. 2018.

82. Member of Advisory Committee to Minister of Health of France regarding risks associated with use of chlordecone as a pesticide in French Antilles. 2018-2021.

Curriculum Vitae                                                                    Jack Siemiatycki

## SIGNIFICANT INSTITUTIONAL COMMITTEES

| | |
|---|---|
| 1979-80 | Member of faculty committee to negotiate a collective agreement with the Institut Armand-Frappier administration. |
| 1982-92 | Member, Research Council. Institut Armand-Frappier. |
| 1998-2001 | Member, Institutional advisory council. Institut Armand-Frappier. Institut national de la recherche scientifique |
| 2002-2006 | Excutive Committee (Comité de direction). Centre de recherche du CHUM |
| 2002-2020 | Member, Various committees of the Dept Med Soc et Preventive, including Promotions, and Recruitment. |
| 2006-2009 | Member, Various committees established to set up a new School of Public Health at l'Université de Montréal |
| 2006-2014 | Comité Scientifique de la Recherche du CHUM. |

## HONOURS

1. Biographee in various Who's Who in America versions. Since 1982
2. Perron-Desrosiers Prize. Granted by the Governing Council of the Institut Armand-Frappier. 1985.
3. Invited to give the annual Elizabeth Stern Memorial Lecture in U.C.L.A. School of Public Health. 1985.
4. National Health Scholar. National Health Research and Development Programme of Canada. 1988-1998.
5. Visiting Scientist Award. International Agency for Research on Cancer, Lyon. 1996-1997.
6. Prix d'excellence. Institut national de la recherche scientifique. Université du Québec. 1999.
7. Distinguished Scientist Award. Medical Research Council, Canada. 1999-2004.
8. Canada Research Chair in Environmental Epidemiology and Population Health. 2001-2015.
9. Distinguished Scientist Lecturer. US National Cancer Institute. Division of Cancer Epidemiology and Genetics. 2006.
10. Cancer Research Society–Guzzo Chair in Environment and Cancer. Since 2007.
11. Fellow Canadian Academy of Health Sciences. Since 2008.
12. Geoffrey R Howe Distinguished Contributions Award, Canadian Society for Epidemiology & Biostatistics. 2011.
13. Ranked top Canadian public health researcher in terms of research productivity by Jarvey et al. 2012.

## GRANT REVIEW, JOURNAL REVIEW AND PERSONNEL REVIEW

<u>Associate Editor</u>
American Journal of Epidemiology (1989-1998)
International Journal of Environmental Health (1991-2016)
<u>Contributing Editor</u>
Journal of Public Health Policy (1982-87)
American Journal of Industrial Medicine (1996- 2016)
The Open Epidemiology Journal (2007-2012)
<u>Chairman of grant review panels</u>
National Health Research and Development Programme. Canada. (1990-94)
National Cancer Institute of Canada (1994-1995)
<u>Member of grant review panels</u>
40 times
<u>External referee for tenure or promotion of personnel in other institutions</u>
18 times

Curriculum Vitae                                                                    Jack Siemiatycki

## THESES

1. Siemiatycki J. "Space-time clustering: finding the distribution of a correlation-type statistic". M.Sc. thesis, McGill University, 1971.
2. Siemiatycki J. "Evaluation of strategies for household health surveys". Ph.D. thesis, McGill University, 1976.

## ARTICLES PUBLISHED PEER REVIEW

1. Thurlbeck WM, Horowitz I, Siemiatycki J, Dunnill MS, Maisel JC, Pratt P, et al. Intra- and inter-observer variations in the assessment of emphysema. Archives of Environmental Health. 1969;18:646-59.
2. Becklake MR, Fournier-Massey G, McDonald JC, Siemiatycki J, Rossiter CE. Lung function in relation to chest radiographic changes in Quebec asbestos workers. Bulletin de Physio-Pathologie Respiratoire. 1970;6:637-59.
3. McDonald JC, McDonald AD, Gibbs GW, Siemiatycki J, Rossiter CE. Mortality in the chrysotile asbestos mines and mills of Quebec. Archives of Environmental Health. 1971;22:677-86.
4. Siemiatycki J, McDonald AD. Neural tube defects in Quebec: a search for evidence of `clustering' in time and place. British Journal of Preventive and Social Medicine. 1972;26:10-4.
5. Siemiatycki J. Mantel's space-time clustering statistic: computing higher monents and a comparison of various data transforms. Journal of Statistical Computation & Simulation. 1978;7:13-31.
6. Siemiatycki J. A comparison of mail, telephone, and home interview strategies for household health surveys. American Journal of Public Health. 1979;69(3):238-45.
7. Siemiatycki J, Brubaker G, Geser A. Space-time clustering of Burkitt's lymphoma in east Africa: analysis of recent data and a new look at old data. International Journal of Cancer. 1980;25:197-203.
8. Siemiatycki J, Richardson L. Statut socio-économique et utilisation des services de santé à Montréal. L'Actualité Economique. 1980(Avril-Juin):194-210.
9. Siemiatycki J, Richardson L, Pless IB. Equality in medical care under national health insurance in Montréal. New England Journal of Medicine. 1980;303:10-5.
10. Colle E, Siemiatycki J, West R, Belmonte MM, Crepeau MP, Poirier R, et al. Incidence of juvenile onset diabetes in Montréal - demonstration of ethnic differences and socio-economic class differences. Journal of Chronic Diseases. 1981;34(12):611-6.
11. Siemiatycki J, Day NE, Fabry J, Cooper JA. Discovering carcinogens in the occupational environment: a novel epidemiologic approach. Journal of the National Cancer Institute. 1981;66(2):217-25.
12. Siemiatycki J, Thomas DC. Biological models and statistical interactions: an example from multistage carcinogenesis. International Journal of Epidemiology. 1981;10(4):383-7.
13. Siemiatycki JA, Richardson LJ. Le défi prioritaire en santé communautaire : Élargir notre vision pour atteindre nos véritables objectifs. L'Union Médicale du Canada. 1981;110:1008-12.
14. Pampalon R, Siemiatycki J, Blanchet M. Pollution environnementale par l'amiante et santé publique au Québec [Environmental asbestos pollution and public health in Quebec]. L'Union Medicale du Canada. 1982;111(5):475-82, 87-89.
15. Siemiatycki J, Gérin M, Richardson L, Hubert J, Kemper H. Preliminary report of an exposure-based, case-control monitoring system for discovering occupational carcinogens. Teratogenesis, Carcinogenesis, and Mutagenesis. 1982;2:169-77.
16. *Baumgarten M, Siemiatycki J, Gibbs GW. Validity of work histories obtained by interview for epidemiologic purposes. American Journal of Epidemiology. 1983;118(4):583-91.
17. Hours M, Fabry J, Siemiatycki J, Francois R. Diabète insulino-dépendant juvénile. Étude descriptive dans le département du Rhône. Revue d'épidémiologie et de santé publique. 1984;32:107-12.
18. Siemiatycki J, Campbell S. Nonresponse bias and early versus all responders in mail and telephone surveys. American Journal of Epidemiology. 1984;120(2):291-301.

19.   Siemiatycki J, Campbell S, Richardson L, Aubert D. Quality of response in different population groups in mail and telephone surveys. American Journal of Epidemiology. 1984;120(2):302-14.

20.   *Dewar RAD, Siemiatycki J. A program for point and interval calculation of odds ratios and attributable risks from unmatched case-control data. International Journal of Bio-Medical Computing. 1985;16:183-90.

21.   Gérin M, Siemiatycki J, Kemper H, Bégin D. Obtaining occupational exposure histories in epidemiologic case-control studies. Journal of Occupational Medicine. 1985;27(6):420-6.

22.   Siemiatycki J. Long-term funding for epidemiologic research. Journal of Chronic Diseases. 1985;38(3):211-2.

23.   Thomas DC, Siemiatycki J, Dewar R, Robins J, Goldberg M, Armstrong BG. The problem of multiple inference in studies designed to generate hypotheses. American Journal of Epidemiology. 1985;122(6):1080-95.

24.   Gérin M, Siemiatycki J, Bégin D, Kemper H, Lakhani R, Nadon L, et al. Dépistage épidémiologique des facteurs cancérogènes de l'environnement de travail montréalais: un premier bilan. Travail et Santé. 1986;2(3):S42-S6.

25.   *Goldberg MS, Siemiatycki J, Gérin M. Inter-rater agreement in assessing occupational exposure in a case-control study. British Journal of Industrial Medicine. 1986;43:667-76.

26.   Siemiatycki J, Colle E, Aubert D, Campbell S, Belmonte MM. The distribution of type I (insulin-dependent) diabetes mellitus by age, sex, secular trend, seasonality, time clusters, and space-time clusters: evidence from Montréal, 1971-1983. American Journal of Epidemiology. 1986;124(4):545-60.

27.   Siemiatycki J, Richardson L, Gérin M, Goldberg M, Dewar R, Désy M, et al. Associations between several sites of cancer and nine organic dusts: results from an hypothesis-generating case-control study in Montréal, 1979-1983. American Journal of Epidemiology. 1986;123(2):235-49.

28.   Thomas DC, Goldberg M, Dewar R, Siemiatycki J. Statistical methods for relating several exposure factors to several diseases in case-heterogeneity studies. Statistics in Medicine. 1986;5:49-60.

29.   *Guay D, Siemiatycki J. Historic cohort study in Montréal's fur industry. American Journal of Industrial Medicine. 1987;12:181-93.

30.   Siemiatycki J, Dewar R, Nadon L, Gérin M, Richardson L, Wacholder S. Associations between several sites of cancer and twelve petroleum-derived liquids. Results from a case-referent study in Montréal. Scandinavian Journal of Work, Environment and Health. 1987;13:493-504.

31.   Siemiatycki J, Wacholder S, Richardson L, Dewar R, Gérin M. Discovering carcinogens in the occupational environment: methods of data collection and analysis of a large case-referent monitoring system. Scandinavian Journal of Work, Environment and Health. 1987;13:486-92.

32.   Diabetes Epidemiology Research International Group. Geographic patterns of childhood insulin-dependent diabetes mellitus. Diabetes. 1988;37:1113-9.

33.   Siemiatycki J. Epidemiologic approaches to evaluation of carcinogens. In: Living in a Chemical World. Annals of the New York Academy of Sciences. 1988;534:395-9.

34.   Siemiatycki J, Colle E, Campbell S, Dewar R, Aubert D, Belmonte MM. Incidence of IDDM in Montréal by ethnic group and by social class and comparisons with ethnic groups living elsewhere. Diabetes. 1988;37(8):1096-102.

35.   Siemiatycki J, Gérin M, Stewart P, Nadon L, Dewar R, Richardson L. Associations between several sites of cancer and ten types of exhaust and combustion products. Results from a case-referent study in Montréal. Scandinavian Journal of Work, Environment and Health. 1988;14:79-90.

36.   Siemiatycki J, Wacholder S, Dewar R, Cardis E, Greenwood C, Richardson L. Degree of confounding bias related to smoking, ethnic group, and socioecomomic status in estimates of the associations between occupation and cancer. Journal of Occupational Medicine. 1988;30(8):617-25.

37.   Siemiatycki J, Wacholder S, Dewar R, Wald L, Bégin D, Richardson L, et al. Smoking and degree of occupational exposure: are internal analyses in cohort studies likely to be confounded by smoking status? American Journal of Industrial Medicine. 1988; 13:59-69.

38.  Gérin M, Siemiatycki J, Nadon L, Dewar R, Krewski D. Cancer risks due to occupational exposure to formaldehyde: results of a multi-site case-control study in Montréal. International Journal of Cancer. 1989; 44: 53-58.

39.  Siemiatycki J. Friendly control bias. Journal of Clinical Epidemiology. 1989;42(7):687-8.

40.  Siemiatycki J, Colle E, Campbell S, Dewar RAD, Belmonte MM. Case-control study of IDDM. Diabetes Care. 1989;12(3):209-16.

41.  Siemiatycki J, Dewar R, Lakhani R, Nadon L, Richardson L, Gerin M. Cancer risks associated with 10 inorganic dusts: results from a case-control study in Montréal. American Journal of Industrial Medicine. 1989;16(5):547-67.

42.  Siemiatycki J, Dewar R, Richardson L. Costs and statistical power associated with five methods of collecting occupation exposure information for population-based case-control studies. American Journal of Epidemiology. 1989;130(6):1236-46.

43.  Diabetes Epidemiology Research International Group. Secular trends in incidence of childhood IDDM in 10 countries. Diabetes. 1990;39:858-64.

44.  Hours M, Siemiatycki J, Fabry J, Francois R. [Time clustering and temporospatial regrouping study of cases of juvenile diabetes in the district of Rhône (1960-1980)]. Revue d'épidémiologie et de santé publique. 1990;38(4):287-95.

45.  Terracini B, Siemiatycki J, Richardson L. Cancer incidence and risk factors among Montréal residents of Italian origin. International Journal of Epidemiology. 1990;19(3):491-7.

46.  *Dewar R, Siemiatycki J, Gérin M. Loss of statistical power associated with the use of a job-exposure matrix in occupational case-control studies. Applied Occupational & Environmental Hygiene. 1991;6:508-15.

47.  Gérin M, Siemiatycki J. The occupational questionnaire in retrospective epidemiologic studies: recent approaches in community-based studies. Applied Occupational & Environmental Hygiene. 1991;6(6):495-501.

48.  Payment P, Franco E, Richardson L, Siemiatycki J. Gastrointestinal health effects associated with the consumption of drinking water produced by point-of-use domestic reverse-osmosis filtration units. Applied and Environmental Microbiology. 1991;57(4):945-8.

49.  Payment P, Richardson L, Siemiatycki J, Dewar R, Edwardes M, Franco E. A randomized trial to evaluate the risk of gastrointestinal disease due to consumption of drinking water meeting current microbiological standards. American Journal of Public Health. 1991;81(6):703-8.

50.  Bégin D, Gérin M, de Guire L, Siemiatycki J, Adib G. Étude sur la validité des matrices emploi-exposition multisectorielles en hygiène industrielle. Revue de médecine du travail. 1992;XIX:74-9.

51.  Soskolne CL, Jhangri GS, Siemiatycki J, Lakhani R, Dewar R, Burch JD, et al. Occupational exposure to sulfuric acid in southern Ontario, Canada, in association with laryngeal cancer. Scandinavian Journal of Work, Environment and Health. 1992;18(4):225-32.

52.  Ursin G, Aragaki CC, Paganini-Hill A, Siemiatycki J, Thompson WD, Haile RW. Oral contraceptives and premenopausal bilateral breast cancer: a case-control study. Epidemiology. 1992;3(5):414-9.

53.  Payment P, Franco E, Siemiatycki J. Absence of relationship between health effects due to tap water consumption and drinking water quality parameters. Water Science & Technology. 1993;27(3/4):137-43.

54.  Siemiatycki J. Problems and priorities in epidemiologic research on human health effects related to wiring code and electric and magnetic fields. Environmental Health Perspectives. 1993;101(Suppl. 4):135-41.

55.  Case BW, Dufresne A, Fraser R, Siemiatycki J, Perrault G, Takahashi K. Decoding occupational history from total lung particulate analysis: Concordance between physico-chemical analysis and occupational histories. Annals of Occupational Hygiene. 1994;38(Supplement 1):469-82.

56.  Korner-Bitensky N, Wood-Dauphinee S, Siemiatycki J, Shapiro S, Becker R. Health-related information postdischarge: telephone versus face-to-face interviewing. Archives of Physical Medicine and Rehabilitation. 1994;75(12):1287-96.

Curriculum Vitae                                                                                  Jack Siemiatycki

57.  Siemiatycki J, Dewar R, Krewski D, Desy M, Richardson L, Franco E. Are the apparent effects of cigarette smoking on lung and bladder cancers due to uncontrolled confounding by occupational exposures? Epidemiology. 1994;5(1):57-65.

58.  Siemiatycki J, Dewar R, Nadon L, Gérin M. Occupational risk factors for bladder cancer: results from a case-control study in Montréal, Quebec, Canada. American Journal of Epidemiology. 1994;140(12):1061-80.

59.  Takahashi K, Case BW, Dufresne A, Fraser R, Higashi T, Siemiatycki J. Relation between lung asbestos fibre burden and exposure indices based on job history. Occupational & Environmental Medicine. 1994;51(7):461-9.

60.  Case BW, Dufresne A, Richardson L, Siemiatycki J, Takahashi K. Lung-retained dose following occupational exposure to silica. Applied Occupational & Environmental Hygiene. 1995;10(12):1031-6.

61.  Nadon L, Siemiatycki J, Dewar R, Krewski D, Gerin M. Cancer risk due to occupational exposure to polycyclic aromatic hydrocarbons. American Journal of Industrial Medicine. 1995;28(3):303-24.

62.  Siemiatycki J. Future etiologic research in occupational cancer. Environmental Health Perspectives. 1995;103 (Suppl 8):209-15.

63.  Siemiatycki J, Krewski D, Franco E, Kaiserman M. Associations between cigarette smoking and each of 21 types of cancer: a multi-site case-control study. International Journal of Epidemiology. 1995;24(3):504-14.

64.  Upfal M, Divine G, Siemiatycki J. Design issues in studies of radon and lung cancer: implications of the joint effect of smoking and radon. Environmental Health Perspectives. 1995;103(1):58-63.

65.  Ursin G, Paganini-Hill A, Siemiatycki J, Thompson WD, Haile RW. Early adult body weight, body mass index, and premenopausal bilateral breast cancer: data from a case-control study. Breast Cancer Research and Treatment. 1995;33(1):75-82.

66.  Aronson KJ, Siemiatycki J, Dewar R, Gerin M. Occupational risk factors for prostate cancer: results from a case-control study in Montréal, Quebec, Canada. American Journal of Epidemiology. 1996;143(4):363-73.

67.  *Fritschi L, Siemiatycki J. Melanoma and occupation: results of a case-control study. Occupational & Environmental Medicine. 1996;53(3):168-73.

68.  *Fritschi L, Siemiatycki J. Lymphoma, myeloma and occupation: results of a case-control study. International Journal of Cancer. 1996;67(4):498-503.

69.  *Fritschi L, Siemiatycki J, Richardson L. Self-assessed versus expert-assessed occupational exposures. American Journal of Epidemiology. 1996;144(5):521-7.

70.  Haile RW, Witte JS, Ursin G, Siemiatycki J, Bertolli J, Thompson WD, et al. A case-control study of reproductive variables, alcohol, and smoking in premenopausal bilateral breast cancer. Breast Cancer Research and Treatment. 1996;37(1):49-56.

71.  *Parent ME, Siemiatycki J, Renaud G. Case-control study of exposure to carbon black in the occupational setting and risk of lung cancer. American Journal of Industrial Medicine. 1996;30(3):285-92.

72.  Siemiatycki J. Exposure assessment in community-based studies of occupational cancer. Occupational Hygiene. 1996;3:41-58.

73.  *Parent ME, Siemiatycki J, Menzies R, *Fritschi L, Colle E. Bacille Calmette-Guerin vaccination and incidence of IDDM in Montréal, Canada. Diabetes Care. 1997;20(5):767-72.

74.  Payment P, Siemiatycki J, Richardson L, Renaud G, Franco E, Prévost M. A prospective epidemiological study of gastrointestinal health effects due to the consumption of drinking water. International Journal of Environmental Health Research. 1997;7:5-31.

75.  Siemiatycki J, *Fritschi L, Nadon L, Gerin M. Reliability of an expert rating procedure for retrospective assessment of occupational exposures in community-based case-control studies. American Journal of Industrial Medicine. 1997;31(3):280-6.

76.  Witte JS, Ursin G, Siemiatycki J, Thompson WD, Paganinihill A, Haile RW. Diet and premenopausal bilateral breast cancer - a case-control study. Breast Cancer Research and Treatment. 1997;42(3):243-51.

77. Boffetta P, Burdorf A, Goldberg M, Merler E, Siemiatycki J. Towards the coordination of European research on the carcinogenic effects of asbestos. Scandinavian Journal of Work, Environment and Health. 1998;24(4):312-7.

78. *Camus M, Siemiatycki J, Meek B. Nonoccupational exposure to chrysotile asbestos and the risk of lung cancer. New England Journal of Medicine. 1998;338(22):1565-71.

79. Gerin M, Siemiatycki J, Desy M, Krewski D. Associations between several sites of cancer and occupational exposure to benzene, toluene, xylene, and styrene - results of a case-control study in Montréal. American Journal of Industrial Medicine. 1998;34(2):144-56.

80. Hu SW, Hertz-Picciotto I, Siemiatycki J. When to be skeptical of negative studies: pitpalls in evaluating occupational risks using population-based case-control studies. Canadian Journal of Public Health Revue Canadienne de Sante Publique. 1998;90(2):138-42.

81. *Parent ME, Siemiatycki J, Fritschi L. Occupational exposures and gastric cancer. Epidemiology. 1998;9(1):48-55.

82. Siemiatycki J, Boffetta P. Invited commentary - is it possible to investigate the quantitative relation between asbestos and mesothelioma in a community-based study? American Journal of Epidemiology. 1998;148(2):143-7.

83. Stewart PA, Stewart WF, Siemiatycki J, Heineman EF, Dosemeci M. Questionnaires for collecting detailed occupational information for community-based case control studies. American Industrial Hygiene Association Journal. 1998;59(1):39-44.

84. Goldberg MS, Siemiatycki J, Dewar R, Desy M, Riberdy H. Risks of developing cancer relative to living near a municipal solid waste landfill site in Montréal, Quebec, Canada. Archives of Environmental Health. 1999;54(4):291-6.

85. *Dumas S, Parent ME, Siemiatycki J, Brisson J. Rectal cancer and occupational risk factors: A hypothesis-generating, exposure-based case-control study. International Journal of Cancer. 2000;87(6):874-9.

86. Parent ME, Hua Y, Siemiatycki J. Occupational risk factors for renal cell carcinoma in Montréal. American Journal of Industrial Medicine. 2000;38(6):609-18.

87. Parent ME, Siemiatycki J, Fritschi L. Workplace exposures and oesophageal cancer. Occupational & Environmental Medicine. 2000;57(5):325-34.

88. Pohlabeln H, Boffetta P, Ahrens W, Merletti F, Agudo A, Benhamou E, ...Siemiatycki J, et al. Occupational risks for lung cancer among nonsmokers. Epidemiology. 2000;11(5):532-8.

89. Weston TL, Aronson KJ, Siemiatycki J, Howe GR, Nadon L. Cancer mortality among males in relation to exposures assessed through a job-exposure matrix. International Journal of Occupational and Environmental Health. 2000;6(3):194-202.

90. Boffetta P, Gaborieau V, Nadon L, Parent MF, Weiderpass E, Siemiatycki J. Exposure to titanium dioxide and risk of lung cancer in a population-based study from Montréal. Scandinavian Journal of Work, Environment and Health. 2001;27(4):227-32.

91. Goldberg MS, Parent ME, Siemiatycki J, Desy M, Nadon L, Richardson L, et al. A case-control study of the relationship between the risk of colon cancer in men and exposures to occupational agents. American Journal of Industrial Medicine. 2001;39(6):531-46.

92. Parent ME, Siemiatycki J. Occupation and prostate cancer. Epidemiologic Reviews. 2001;23(1):138-43.

93. *Sharpe CR, Siemiatycki J. Joint effects of smoking and body mass index on prostate cancer risk. Epidemiology. 2001;12(5):546-51.

94. *Sharpe CR, Siemiatycki J. Case-control study of alcohol consumption and prostate cancer risk in Montréal, Canada. Cancer Causes and Control. 2001;12(7):589-98.

95. *Sharpe CR, Siemiatycki J, Parent MB. Activities and exposures during leisure and prostate cancer risk. Cancer Epidemiology, Biomarkers and Prevention. 2001;10(8):855-60.

96. Siemiatycki J. Should Canadian health care professionals support the call for a worldwide ban on asbestos? Canadian Medical Association Journal. 2001;164(4):495-7.

Curriculum Vitae                                                                      Jack Siemiatycki

97.  Camus M, Siemiatycki J, Case BW, Désy M, Richardson L, Campbell S. Risk of mesothelioma among women living near chrysotile mines versus US EPA asbestos risk model: preliminary findings. Annals of Occupational Hygiene. 2002;46(Suppl 1):95-8.

98.  Case BW, Camus M, Richardson L, Parent M, Désy M, Siemiatycki J. Preliminary findings for pleural mesothelioma among women in the Québec chrysotile mining regions. Annals of Occupational Hygiene. 2002;46(Suppl 1):128-31.

99.  Leffondré K, Abrahamowicz M, Siemiatycki J, *Rachet B. Modeling smoking history: a comparison of different approaches. American Journal of Epidemiology. 2002;156(9):813-23.

100. *Sharpe CR, Siemiatycki J. Consumption of non-alcoholic beverages and prostate cancer risk. European Journal of Cancer Prevention. 2002;11(5):497-501.

101. *Sharpe CR, Siemiatycki J, *Rachet B. Effects of alcohol consumption on the risk of colorectal cancer among men by anatomical subsite (Canada). Cancer Causes and Control. 2002;13(5):483-91.

102. *Sharpe CR, Siemiatycki JA, *Rachet BP. The effects of smoking on the risk of colorectal cancer. Diseases of the Colon and Rectum. 2002;45(8):1041-50.

103. Siemiatycki J. Commentary: Epidemiology on the side of the angels. International Journal of Epidemiology. 2002;31(5):1027-9.

104. Fritschi L, Nadon L, Benke G, Lakhani R, Latreille B, Parent ME,  …Siemiatycki J. Validation of expert assessment of occupational exposures. American Journal of Industrial Medicine. 2003;43(5):519-22.

105. Krewski D, Burnett RT, Goldberg MS, Abrahamowicz M, Siemiatycki J, Jerrett M, et al. Rejoinder: Reanalysis of the Harvard Six Cities Study and American Cancer Society study of particulate air pollution and mortality. Journal of Toxicology & Environmental Health Part A. 2003;66(16-19):1715-22.

106. Krewski D, Burnett RT, Goldberg MS, Hoover BK, Siemiatycki J, Jerrett M, et al. Overview of the reanalysis of the Harvard Six Cities Study and American Cancer Society Study of particulate air pollution and mortality. Journal of Toxicology & Environmental Health Part A. 2003;66(16-19):1507-51.

107. Leffondré K, Abrahamowicz M, Siemiatycki J. Evaluation of Cox's model and logistic regression for matched case-control data with time-dependent covariates: a simulation study. Statistics in Medicine. 2003;22(24):3781-94.

108. Leffondré K, Abrahamowicz M, Siemiatycki J, Rachet B. Re: Modeling smoking history: a comparison of different approaches. American Journal of Epidemiology. 2003;158(4):393-4.

109. Rachet B, Abrahamowicz M, Sasco AJ, Siemiatycki J. Estimating the distribution of lag in the effect of short-term exposures and interventions: adaptation of a non-parametric regression spline model. Statistics in Medicine. 2003;22(14):2335-63.

110. Siemiatycki J, Krewski D, Shi Y, Goldberg MS, Nadon L, Lakhani R. Controlling for potential confounding by occupational exposures. Journal of Toxicology & Environmental Health Part A. 2003;66(16-19):1591-603.

111. Rachet B, Siemiatycki J, Abrahamowicz M, Leffondré K. A flexible modeling approach to estimating the component effects of smoking behavior on lung cancer. Journal of Clinical Epidemiology. 2004;57(10):1076-85.

112. Siemiatycki J, Richardson L, Straif K, Latreille B, Lakhani R, Campbell S, et al. Listing occupational carcinogens; see errata: 113 (2); A 89. Environmental Health Perspectives. 2004;112(15):1447-59.

113. Toraason M, Albertini R, Bayard S, Bigbee W, Blair A, Boffetta P, … Siemiatycki J, et al. Applying new biotechnologies to the study of occupational cancer - A workshop summary. Environmental Health Perspectives. 2004;112(4):413-6.

114. Krewski D, Burnett RT, Goldberg MS, Hoover K, Siemiatycki J, Abrahamowicz M, White WH. Validation of the Harvard Six Cities Study of particulate air pollution and mortality. N Engl J Med. 2004;350(2):198-9.

115. Infante-Rivard C, Siemiatycki J, Lakhani R, Nadon L. Maternal exposure to occupational solvents and childhood leukemia. Environmental Health Perspectives. 2005;113(6):787-92.

116. Krewski D, Burnett RT, Goldberg M, Hoover K, Siemiatycki J, Abrahamowicz M, et al. Reanalysis of the Harvard Six Cities Study, part II: sensitivity analysis. Inhalation Toxicology. 2005;17(7-8):343-53.

117. Krewski D, Burnett RT, Goldberg M, Hoover K, Siemiatycki J, Abrahamowicz M, et al. Reanalysis of the Harvard Six Cities Study, part I: validation and replication. Inhalation Toxicology. 2005;17(7-8):335-42.

118. *Rousseau MC, Parent ME, Siemiatycki J. Comparison of self-reported height and weight by cancer type among men from Montréal, Canada. European Journal of Cancer Prevention. 2005;14(5):431-8.

119. *Rousseau MC, Straif K, Siemiatycki J. IARC carcinogen update. Environmental Health Perspectives. 2005;113(9):A580-A1.

120. Siemiatycki J. Synthesizing the lifetime history of smoking. Cancer Epidemiology, Biomarkers and Prevention. 2005;14(10):2294-5.

121. Siemiatycki J. Opportunités et défis en épidémiologie environnementale. Bulletin d'Information en Santé environnementale. 2005;16(5):3.

122. Straif K, Cardis E, Boffeta P, Rousseau MC, Siemiatycki J. ELF MFs: Straif et al. respond. Environmental Health Perspectives. 2005;113(11):A727.

123. Baan R, Straif K, Grosse Y, Secretan W, El Ghissassi F, Cogliano V, WHO IARC Monograph Working Group. Carcinogenicity of carbon black, titanium dioxide, and talc. Lancet Oncology. 2006;7(4):295-6.

124. *Benedetti A, Parent ME, Siemiatycki J. Consumption of alcoholic beverages and risk of lung cancer: results from two case-control studies in Montréal, Canada. Cancer Causes and Control. 2006;17(4):469-80.

125. Leffondré K, Abrahamowicz M, Xiao Y, Siemiatycki J. Modelling smoking history using a comprehensive smoking index: application to lung cancer. Statistics in Medicine. 2006;25(24):4132-46.

126. *Ramanakumar AV, Parent ME, Menzies D, Siemiatycki J. Risk of lung cancer following nonmalignant respiratory conditions: evidence from two case-control studies in Montréal, Canada. Lung Cancer. 2006;53(1):5-12.

127. *Rousseau MC, Parent ME, Pollak MN, Siemiatycki J. Diabetes mellitus and cancer risk in a population-based case-control study among men from Montréal, Canada. International Journal of Cancer. 2006;118(8):2105-9.

128. Cardis E, Richardson L, Deltour I, Armstrong B, Feychting M, Johansen C, … Siemiatycki J, et al. The INTERPHONE study: design, epidemiological methods, and description of the study population. European Journal of Epidemiology. 2007;22(9):647-64.

129. Parent ME, Rousseau MC, Boffetta P, Cohen A, Siemiatycki J. Exposure to diesel and gasoline engine emissions and the risk of lung cancer. American Journal of Epidemiology. 2007;165(1):53-62.

130. *Ramanakumar AV, Parent ME, Siemiatycki J. Risk of lung cancer from residential heating and cooking fuels in Montréal, Canada. American Journal of Epidemiology. 2007;165(6):634-42.

131. Rousseau MC, Parent ME, Nadon L, Latreille B, Siemiatycki J. Occupational exposure to lead compounds and risk of cancer among men: a population-based case-control study. American Journal of Epidemiology. 2007;166(9):1005-14.

132. Siemiatycki J. Investigating cancer risks related to asbestos and other occupational carcinogens. Occupational & Environmental Medicine. 2007;64(8):500-1.

133. Langseth H, Hankinson SE, Siemiatycki J, Weiderpass E. Perineal use of talc and risk of ovarian cancer. Journal of Epidemiology and Community Health. 2008;62(4):358-60.

134. *Pintos J, Parent ME, Rousseau MC, Case BW, Siemiatycki J. Occupational exposure to asbestos and man-made vitreous fibers, and risk of lung cancer: Evidence from two case-control studies in Montréal, Canada. Journal of Occupational and Environmental Medicine. 2008;50(11):1273-81.

135. *Ramanakumar AV, Nadon L, Siemiatycki J. Exposures in painting related occupations and risk of selected cancers: Results from a case-control study in Montréal. American Journal of Industrial Medicine. 2008;51(6):419-27.

136. *Ramanakumar AV, Parent ME, Latreille B, Siemiatycki J. Risk of lung cancer following exposure to carbon black, titanium dioxide and talc: results from two case-control studies in Montréal. International Journal of Cancer. 2008;122(1):183-9.

137. Rousseau MC, Parent M-É, Nadon L, Latreille B, Siemiatycki J. Re: Occupational exposure to lead compounds and risk of cancer among men: a population-based case-control study. American Journal of Epidemiology. 2008;168(10):1217-8.

138. *Benedetti A, Parent ME, Siemiatycki J. Lifetime consumption of alcoholic beverages and risk of 13 types of cancer in men: Results from a case-control study in Montréal. Cancer Detection and Prevention. 2009;32(5-6):352-62.

139. Koushik A, Parent ME, Siemiatycki J. Characteristics of menstruation and pregnancy and the risk of lung cancer in women. International Journal of Cancer. 2009;125(10):2428-33.

140. Parent ME, Désy M, Siemiatycki J. Does exposure to agricultural chemicals increase the risk of prostate cancer among farmers? Mcgill Journal of Medicine. 2009;12(1):70-7.

141. Pintos J, Parent ME, Case BW, Rousseau MC, Siemiatycki J. Risk of mesothelioma and occupational exposure to asbestos and man-made vitreous fibers: evidence from two case-control studies in Montréal, Canada. Journal of Occupational and Environmental Medicine. 2009;51(10):1177-84.

142. Straif K, Benbrahim-Tallaa L, Baan R, Grosse Y, Secretan B, El Ghissassi F, WHO IARC Monograph Working Group. A review of human carcinogens--part C: metals, arsenic, dusts, and fibres. Lancet Oncology. 2009;10(5):453-4.

143. Vrijheid M, Armstrong BK, Bedard D, Brown J, Deltour I, Iavarone I, … Richardson L, … Siemiatycki J, et al. Recall bias in the assessment of exposure to mobile phones. Journal of Exposure Science & Environmental Epidemiology. 2009;19(4):369-81.

144. Vrijheid M, Richardson L, Armstrong BK, Auvinen A, Berg G, Carroll M, … Siemiatycki J, et al. Quantifying the impact of selection bias caused by nonparticipation in a case-control study of mobile phone use. Annals of Epidemiology. 2009;19(1):33-41.

145. *Beveridge R, Pintos J, Parent ME, Asselin J, Siemiatycki J. Lung cancer risk associated with occupational exposure to nickel, chromium VI, and cadmium in two population-based case-control studies in Montréal. American Journal of Industrial Medicine. 2010;53(5):476-85.

146. El-Zein M, Parent ME, Ka K, Siemiatycki J, St-Pierre Y, Rousseau MC. History of asthma or eczema and cancer risk among men: a population-based case-control study in Montréal, Quebec, Canada. Annals of Allergy, Asthma, and Immunology. 2010;104(5):378-84.

147. Leffondre K, Wynant W, Cao ZR, Abrahamowicz M, Heinze G, Siemiatycki J. A weighted Cox model for modelling time-dependent exposures in the analysis of case-control studies. Statistics in Medicine. 2010;29(7-8 Special Issue SI):839-50.

148. *Momoli F, Abrahamowicz M, Parent ME, Krewski D, Siemiatycki J. Analysis of multiple exposures: an empirical comparison of results from conventional and semi-bayes modeling strategies. Epidemiology. 2010;21(1):144-51.

149. The INTERPHONE Study Group. Brain tumour risk in relation to mobile telephone use: results of the INTERPHONE international case-control study. International Journal of Epidemiology. 2010;39(3):675-94.

150. *Vida S, Pintos J, Parent ME, Lavoué J, Siemiatycki J. Occupational exposure to silica and lung cancer: pooled analysis of two case-control studies in Montréal, Canada. Cancer Epidemiology, Biomarkers and Prevention. 2010;19(6):1602-11.

151. Ward EM, Schulte PA, Straif K, Hopf NB, Caldwell JC, Carreon T, … Siemiatyccki J, et al. Research recommendations for selected IARC-classified agents. Environmental Health Perspectives. 2010;118(10):1355-62.

152. Baan R, Grosse Y, Lauby-Secretan B, El Ghissassi F, Bouvard V, Benbrahim-Tallaa L, IARC Monoraph Working Group. Carcinogenicity of radiofrequency electromagnetic fields. Lancet Oncology. 2011;12(7):624-6.

153. Nkosi TM, Parent ME, Siemiatycki J, Pintos J, Rousseau MC. Comparison of indicators of material circumstances in the context of an epidemiological study. BMC Medical Research Methodology. 2011;11:108.

Curriculum Vitae                                                                    Jack Siemiatycki

154. Olsson AC, Gustavsson P, Kromhout H, Peters S, Vermeulen R, Bruske I, … Siemiatycki J, Pintos J, et al. Exposure to diesel motor exhaust and lung cancer risk in a pooled analysis from case-control studies in Europe and Canada. American Journal of Respiratory and Critical Care Medicine. 2011;183(7):941-8.

155. Olsson AC, Vermeulen R, Kromhout H, Peters S, Gustavsson P, Bruske I, Siemiatycki J, Pesch B, Bruning T.  Rejoinder to Commentary on Exposure to diesel motor exhaust and lung cancer by Bunn and Hesterberg. American Journal of Respiratory and Critical Care Medicine. 2011;184: 2010-2011.

156. Parent ME, Rousseau MC, El-Zein M, Latreille B, Desy M, Siemiatycki J. Occupational and recreational physical activity during adult life and the risk of cancer among men. Cancer Epidemiology. 2011;35(2):151-9.

157. *Ramanakumar AV, Parent ME, Richardson L, Siemiatycki J. Exposures in painting-related occupations and risk of lung cancer among men: results from two case-control studies in Montréal. Occupational & Environmental Medicine. 2011;68(1):44-51.

158. Soskolne CL, Jhangri GS, Scott HM, Brenner DR, Siemiatycki J, Lakhani R, et al. A population-based case-control study of occupational exposure to acids and the risk of lung cancer: evidence for specificity of association. International Journal of Occupational and Environmental Health. 2011;17(1):1-8.

159. *Christensen KY, Naidu A, Parent ME, Pintos J, Abrahamowicz M, Siemiatycki J, et al. The risk of lung cancer related to dietary intake of flavonoids. Nutrition & Cancer-An International Journal. 2012;64(7):964-74.

160. Labreche F, Case BW, Ostiguy G, Chalaoui J, Camus M, Siemiatycki J. Pleural mesothelioma surveillance: validity of cases from a tumour registry. Canadian Respiratory Journal. 2012;19(2):103-7.

161. Lavoué J, Pintos J, Van Tongeren M, Kincl L, Richardson L, Kauppinen T, … Siemiatycki J. Comparison of exposure estimates in the Finnish job-exposure matrix FINJEM with a JEM derived from expert assessments performed in Montréal. Occupational & Environmental Medicine. 2012;69(7):465-71.

162. Nadalin V, Kreiger N, Parent ME, Salmoni A, Sass-Kortsak A, Siemiatycki J, et al. Prostate cancer and occupational whole-body vibration exposure. Annals of Occupational Hygiene. 2012;56(8):968-74.

163. Nkosi TM, Parent ME, Siemiatycki J, Rousseau MC. Socioeconomic position and lung cancer risk: how important is the modeling of smoking? Epidemiology. 2012;23(3):377-85.

164. Olsson A, Vermeulen R, Kromhout H, Peters S, Gustavsson P, Bruske I, Siemiatycki J, et al. The impact of selection bias due to increasing response rates among population controls in occupational case-control studies: response. American Journal of Respiratory and Critical Care Medicine. 2012;185(1):106-7.

165. Parent ME, El-Zein M, Rousseau MC, Pintos J, Siemiatycki J. Night work and the risk of cancer among men. American Journal of Epidemiology. 2012;176(9):751-9.

166. Parent ME, El-Zein M, Rousseau MC, Pintos J, Siemiatycki J. Parent et al. Respond to "shift work and cancer". American Journal of Epidemiology. 2012;176(9):764-5.

167. Pesch B, Kendzia B, Gustavsson P, Jockel KH, Johnen G, Pohlabeln H, … Siemiatycki J, et al.  Cigarette smoking and lung cancer-relative risk estimates for the major histological types from a pooled analysis of case-control studies. International Journal of Cancer. 2012;131(5):1210-9.

168. Peters S, Kromhout H, Olsson AC, Wichmann HE, Bruske I, Consonni D, … Siemiatycki J, et al. Occupational exposure to organic dust increases lung cancer risk in the general population. Thorax. 2012;67(2):111-6.

169. Pintos J, Parent ME, Richardson L, Siemiatycki J. Occupational exposure to diesel engine emissions and risk of lung cancer: evidence from two case-control studies in Montréal, Canada. Occupational & Environmental Medicine. 2012;69(11):787-92.

170. *Vallières E, Pintos J, Lavoué J, Parent ME, Rachet B, Siemiatycki J. Exposure to welding fumes increases lung cancer risk among light smokers but not among heavy smokers: evidence from two case-control studies in Montréal. Cancer Medicine. 2012;1(1):47-58.

171. *Al-Zoughool M, Pintos J, Richardson L, Parent ME, Ghadirian P, Krewski D. Exposure to environmental tobacco smoke (ETS) and risk of lung cancer in Montréal: a case-control. Environmental Health. 2013;12(112):1-8.

172. Behrens T, Kendzia B, Treppmann T, Olsson A, Jockel KH, Gustavsson P, … Siemiatycki J, et al. Lung cancer risk among bakers, pastry cooks and confectionary makers: the SYNERGY study. Occupational & Environmental Medicine. 2013;70(11):810-4.

173. *Christensen KY, *Vizcaya D, Richardson H, Lavoué J, Aronson K, Siemiatycki J. Risk of selected cancers due to occupational exposure to chlorinated solvents in a case-control study in Montréal. Journal of Occupational and Environmental Medicine. 2013;55(2):198-208.

174. El-Zein M, Parent ME, Nicolau B, Koushik A, Siemiatycki J, Rousseau MC. Body mass index, lifetime smoking intensity and lung cancer risk. International Journal of Cancer. 2013;133(7):1721-31.

175. Kendzia B, Behrens T, Jockel KH, Siemiatycki J, Kromhout H, Vermeulen R, et al. Welding and lung cancer in a pooled analysis of case-control studies. American Journal of Epidemiology. 2013;178(10):1513-25.

176. *Lacourt A, Cardis E, Pintos J, Richardson L, Kincl L, Benke G, et al. INTEROCC case-control study: lack of association between glioma tumors and occupational exposure to selected combustion products, dusts and other chemical agents - art. no. 340. BMC Public Health. 2013;13(340):12.

177. *Mahboubi A, Koushik A, Siemiatycki J, Lavoué J, Rousseau MC. Assessment of the effect of occupational exposure to formaldehyde on the risk of lung cancer in two Canadian population-based case-control studies. Scandinavian Journal of Work, Environment and Health. 2013;39(4):401-10.

178. Olsson AC, Xu YW, Schuz J, Vlaanderen J, Kromhout H, Vermeulen R, … Siemiatycki J, Richardson L, et al. Lung cancer risk among hairdressers: a pooled analysis of case-control studies conducted between 1985 and 2010. American Journal of Epidemiology. 2013;178(9):1355-65.

179. Turner MC, Krewski D, Armstrong BK, Chetrit A, Giles GG, Hours M, … Siemiatycki J, et al. Allergy and brain tumors in the INTERPHONE study: pooled results from Australia, Canada, France, Israel, and New Zealand. Cancer Causes and Control. 2013;24(5):949-60.

180. van Tongeren M, Kincl L, Richardson L, Benke G, Figuerola J, Kauppinen T, … Lavoué J, ... The INTEROCC Study Group. Assessing occupational exposure to chemicals in an international epidemiological study of brain tumours. Annals of Occupational Hygiene. 2013;57(5):610-26.

181. *Vizcaya D, *Christensen KY, Lavoué J, Siemiatycki J. Risk of lung cancer associated with six types of chlorinated solvents: results from two case-control studies in Montréal, Canada. Occupational & Environmental Medicine. 2013;70(2):81-5.

182. *Wynant W, Siemiatycki J, Parent ME, Rousseau MC. Occupational exposure to lead and lung cancer: results from two case-control studies in Montréal, Canada. Occupational & Environmental Medicine. 2013;70(3):164-70.

183. Parent ME, El-Zein M, Rousseau MC, Pintos J, Siemiatycki J. Re: "night work and the risk of cancer among men" reply. American Journal of Epidemiology. 2013;177(10):1166-7.

184. El-Zein M, Parent ME, Siemiatycki J, Rousseau MC. History of allergic diseases and lung cancer risk. Annals of Allergy, Asthma, and Immunology. 2014;112(3):230-6.

185. McLean D, Fleming S, Turner MC, Kincl L, Richardson L, Benke G, … Siemiatycki J, et al. Occupational solvent exposure and risk of meningioma: results from the INTEROCC multicentre case-control study. Occupational & Environmental Medicine. 2014;71(4):253-8.

186. Siemiatycki J, Karp I, Sylvestre MP, Pintos J. Estimating the proportion of cases of lung cancer legally attributable to smoking: a novel approach for class actions against the tobacco industry. American Journal of Public Health. 2014;104(8):e60-e6.

187. Turner MC, Benke G, Bowman JD, Figuerola J, Fleming S, Hours M, … Richardson L, … Siemiatycki J, et al. Occupational exposure to extremely low-frequency magnetic fields and brain tumor risks in the INTEROCC study. Cancer Epidemiology, Biomarkers and Prevention. 2014;23(9):1863-72.

188. *Vida S, Richardson L, Cardis E, Krewski D, McBride M, Parent ME, … Siemiatycki J. Brain tumours and cigarette smoking: analysis of the INTERPHONE Canada case-control study. Environmental Health. 2014;13:55.

189. Vlaanderen J, Portengen L, Schuz J, Olsson A, Pesch B, Kendzia B, … Siemiatycki J, et al. Effect modification of the association of cumulative exposure and cancer risk by intensity of exposure and time since exposure cessation: a flexible method applied to cigarette smoking and lung cancer in the SYNERGY study. American Journal of Epidemiology. 2014;179(3):290-8.

190. Denholm R, Schuz J, Straif K, Stucker I, Jockel KH, Brenner DR, … Siemiatycki J, et al. Is previous respiratory disease a risk factor for lung cancer? American Journal of Respiratory and Critical Care Medicine. 2014;190(5):549-59.

191. Vila J,  Bowman JD, Kincl L, Conover DL, van Tongeren M, Figuerola J, Richardson L, Cardis E and INTEROCC Study Group. Development of a source-based approach to assessing occupational exposure to electromagnetic fields in the INTEROCC study [abstract]. Occupational & Environmental Medicine. 2014;71 (Suppl 1): A35-A36.

192. Bigert C, Gustavsson P, Straif K, Pesch B, Bruning T, Kendzia B, … Siemiatycki J, et al. Lung cancer risk among cooks when accounting for tobacco smoking: a pooled analysis of case-control studies from Europe, Canada, New Zealand, and China. Journal of Occupational and Environmental Medicine. 2015;57(2):202-9.

193. *Vallières E, Pintos J, Parent ME, Siemiatycki J. Occupational exposure to wood dust and risk of lung cancer in two population-based case-control studies in Montréal, Canada. Environmental Health. 2015;14(1):1-9.

194. *Christensen K Y, Lavoué J, Rousseau M-C, Siemiatycki J. Lack of a protective effect of cotton dust on risk of lung cancer: evidence from two population-based case-control studies. BMC Cancer. 2015;15: 212.

195. Consonni D, De Matteis S, Pesatori AC, Bertazzi PA, Olsson AC, Kromhout H, … Siemiatycki J, et al. Lung cancer risk among bricklayers in a pooled analysis of case-control studies. International Journal of Cancer. 2015;136(2):360-71.

196. Pearce NE, Blair A, Vineis P, Ahrens W, Andersen A, Anto JM, … Siemiatycki J, et al. IARC Monographs: 40 Years of Evaluating Carcinogenic Hazards to Humans. Environ Health Perspect 2015;(6):507-14.

197. Pesch B, Kendzia B, Hauptmann K, Van Gelder R, Stamm R, … Siemiatycki J, Lavoué J, Jöckel KH, Brüning T. Airborne exposure to inhalable hexavalent chromium in welders and other occupations: Estimates from the German MEGA database. International journal of hygiene and environmental health. 2015;218(5):500-06.

198. Taeger D, Pesch B, Kendzia B, Behrens T, … Siemiatycki J, et al. Lung Cancer among Coal Miners, Ore Miners and Quarrymen - Smoking-adjusted Risk Estimates from the Synergy Pooled Analysis of Case-Control Studies. Scandinavian Journal of Work, Environment and Health. 2015;July.

199. *Lacourt A, Lavoué J, Pintos J, Siemiatycki J. Lung cancer risk in the construction industry: results from two case-control studies in Montréal. BMC Public Health. 2015;15:941. doi: 10.1186/s12889-015-2237-9.

200. *Liu A, Abrahamowicz M, Siemiatycki J. Conditions for confounding of interactions. Pharmacoepidemiology & Drug Safety. 2015;25(3):287-296.

201. Bigert C, Gustavsson P, Straif K, Taeger D, Pesch B, Kendzia B, … Siemiatycki J, Lavoué J, et al. Lung cancer risk among firefighters when accounting for tobacco smoking – preliminary results from a pooled analysis of case-control studies from Europe, Canada, New Zealand and China. Journal of Occupational and Environmental Medicine. Sep 2016, 73 (Suppl 1) A128; DOI: 10.1136/oemed-2016-103951.350

202. Vila J, Bowman JD, Richardson L, Kincl L, Conover DL, McLean D, Mann S, Vecchia P, van Tongeren M, Cardis E and INTEROCC Study Group. A Source-based Measurement Database for Occupational Exposure Assessment of Electromagnetic Fields in the INTEROCC Study: A Literature Review Approach. Annals of Occupational Hygiene. 2016;60(2):184-204. doi:10.1093/annhyg/mev076

203. * Kirkham TL, Siemiatycki J, Labreche F, Lavoué J. Impact of aggregating exposure information from cases and controls when building a population-based job-exposure matrix from past expert evaluations. Occupational & Environmental Medicine. 2016;73(7):474-481. doi:10.1136/oemed-2014-102690

204. Karp I, Sylvestre MP, Abrahamowicz M, Leffondre K, Siemiatycki J. Bridging the etiologic and prognostic outlooks in individualized assessment of absolute risk of an illness: application in lung cancer. European Journal of Epidemiology. 2016;1-9. doi 10.1007/s10654-016-0180-4.

205.  *Carrier M, Apparicio P, Kestens Y, Ségin A-M, Pham H, Crouse D, Siemiatycki J. Application of a global environmental equity index in Montréal: diagnostic and further implications. Annals of the American Association of Geographers. 2016;106(6),1268-1285.

206.  Behrens T, Gross I, Siemiatycki J, Conway D.I, Olsson A, Stücker I, et al. Occupational prestige, social mobility and the association with lung cancer in men. BMC Cancer. 2016;16:395. doi: 10.1186/s12885-016-2432-9

207.  Vila J, Bowman JD, Figuerola J, Moriña D, Kincl L, Richardson L, Cardis E, and the INTEROCC Study Group, on behalf of the CREAL. Development of a source-exposure matrix for occupational exposure assessment of electromagnetic fields in the INTEROCC study. Journal of Exposure Science and Environmental Epidemiology. 2016;Nov 9. doi:10.1038/jes.2016.60.

208.  Turner M, Sadetzki S, Langer CE, Villegas R, … Parent ME, Richardson L, Siemiatycki J, et al. Investigation of bias related to differences between case and control interview dates in five INTERPHONE countries. Annals of Epidemiology. 2016;26:827-832.

209.  *Pasquet R, Karp I, Siemiatycki J, Koushik A. The consumption of coffee and black tea and the risk of lung cancer. Annals of Epidemiology. 2016;26:757-763.e2.

210.  Grell K, Frederiksen K, Schuz J, Cardis E, Armstrong B, Siemiatycki J, et al. The Intracranial Distribution of Gliomas in Relation to Exposure From Mobile Phones: Analyses From the INTERPHONE Study. American Journal of Epidemiology. 2016;184:818-828.

211.  Sadetzki S, Turner MC, Figuerola J, … Parent ML, Richardson L, Siemiatycki J, et al. Occupational exposure to metals and risk for meningioma: a multinational case-control study. Journal of Neuro-Oncology. 2016;130(3):505-515.

212.  Bigert C, Gustavsson P, Straif K, Taeger D, ..., Siemiatycki J, et al. Lung Cancer Among Firefighters: Smoking-Adjusted Risk Estimates in a Pooled Analysis of Case-Control Studies. Journal of Occupational Environmental Medicine. 2016;58(11):1137-43.

213.  Zeng F, Lerro C, Lavoué J, Huang H, Siemiatycki J, Zhao N, et al. Occupational exposure to pesticides and other biocides and risk of thyroid cancer. Occupational Environmental Medicine. 2017 Feb 15:oemed-2016.

214.  Kendzia B, Pesch B, Koppisch D, Van Gelder R, Pitzke K, … Siemiatycki J, Lavoué J, et al. Modelling of occupational exposure to inhalable nickel compounds. Journal of Exposure Science and Environmental Epidemiology. 2017 Jul;27(4):427-433. doi: 10.1038/jes.2016.80.

215.  Shareck M, Rousseau MC, Koushik A, Siemiatycki J, Parent ME. Inverse association between dietary intake of selected carotenoids and vitamin C and risk of lung cancer. Frontiers in Oncology. 2017Feb 27;7:23 doi: 10.3389/fonc.2017.00023.

216.  Olsson AC, Vermeulen R, Schüz J, Kromhout H, Pesch B, … Siemiatycki J, Parent ME, et al. Exposure-Response Analyses of Asbestos and Lung Cancer Subtypes in a Pooled Analysis of Case-Control Studies. Epidemiology. 2017 Mar;28(2):288-299.

217.  Oraby T, Sivaganesan S, Bowman JD, Kincl L, Richardson L, McBride M, Siemiatycki J, Cardis E, Krewski D. Berkson error adjustment and other exposure surrogates in occupational case-control studies, with application to the Canadian INTEROCC study. Journal of Exposure Science and Environmental Epidemiology, March 29 2017; doi: 10.1038/jes.2017.2. Advance online publication

218.  Blanc-Lapierre A, Rousseau MC, Weiss D, El-Zein M, Siemiatycki J, Parent ME. Lifetime report of perceived stress at work and risk of cancer among men: a case-control study in Montréal, Canada. Preventive Medicine. 2017 Mar 31;96:28-35.

219.  *Xu M, Richardson L, Campbell S, Pintos J, Siemiatycki J. Patterns and trends in quality of response rate reporting in case-control studies of cancer. Journal of Epidemiological Research; 2017 Mar 31;3(2):13.

220.  *Ho V, Parent ME, Pintos J, Abrahamowicz M, … Gauvin L, Siemiatycki J, Koushik A. Physical activity and lung cancer risk in men and women. Cancer Causes and Control. 2017 Apr;28(4):309-318.

221.  Fehringer G, Brenner DR, … Siemiatycki J, Koushik A, … Olsson A, Straif K, Hung RJ, et al. Alcohol and Lung Cancer Risk Among Never Smokers: A Pooled Analysis from the International Lung Cancer Consortium and the SYNERGY Study. International Journal of Cancer. 2017 May 1;140(9):1976-1984.

222.  Koushik A, Grundy A, … Mes-Masson AM, Parent MP, Provencher D, Richardson L, Siemiatycki J. Hormonal and reproductive factors and the risk of ovarian cancer. Cancer Causes Control. May 2017;28(5):393-403.

Curriculum Vitae                                                                 Jack Siemiatycki

223. Auger N, Siemiatycki J, Bilodeau-Bertrand M, Healy-Profitós J, Kosatsky T. Ambient Temperature and Risk of Preeclampsia: Biased association? Paediatric and Perinatal Epidemiology. 2017 May 2;31(4):251-384.

224. Turner M, ... Parent M-E, ... Richardson L, Siemiatycki J, et al. Interactions between occupational exposure to extremely low frequency magnetic fields and chemicals for brain tumor risk in the INTEROCC study. Occupational Environmental Medicine. 2017 June 9.

225. Ben Khedher S, Neri M, Papadopoulos A, Christiani DC, Diao N, … Koushik A, Siemiatycki J, et al. Menstrual and reproductive factors and lung cancer risk: a pooled analysis from the International Lung Cancer consortium. International Journal of Cancer. 2017 Jul 15;141(2):309-323. doi: 10.1002/ijc.30750.

226. Parent M-É, Turner M, Lavoué J,… Richardson L, Benke G,… Siemiatycki J, van Tongeren M, Cardis E. Lifetime occupational exposure to metals and welding fumes, and risk of glioma: a 7-country population-based case-control study. Environmental Health. 2017 Aug 25;16(1):90.

227. Benke G, Turner MC, Fleming S, Figuerola J,… Richardson L,… Parent ME, Sadetzki S, Siemiatycki J, et al. Occupational solvent exposure and risk of glioma in the INTEROCC study. British Journal of Cancer. 2017 Oct 10;117(8):1246-1254. doi: 10.1038/bjc.2017.285.

228. El Zoghbi M, Salameh P, Stücker I, Paris C, Pairon JC,… Siemiatycki J,… Lacourt A. Phenotypes of Lung Cancer and Statistical Interactions between Tobacco Smoking and Occupational Exposure to Asbestos and Crystalline Silica from a Large Case-only Study: The CaProMat Study. Lung Cancer. 2017;112(Oct):140-155.

229. Momoli F, Siemiatycki J, McBride M, Parent MÉ, Richardson L, Bédard D, et al. Probabilistic Multiple-Bias Modelling Applied to the Canadian Data From the Interphone Study of Mobile Phone Use and Risk of Glioma, Meningioma, Acoustic Neuroma, and Parotid Gland Tumors. American Journal of Epidemiology. 2017 October;186(7):885-893. doi.org/10.1093/aje/kwx157.

230. McElvenny DM, ... Parent ME, ... Richardson L, Siemiatycki J, et al. The INTEROCC case-control study: risk of meningioma and occupational exposure to selected combustion products, dusts and other chemical agents. Occupational and Environmental Medicine. 2017 December 13;75:12–22.

231. El Zoghbi M, Salameh P, Stücker I, Paris C, Pairon JC,… Siemiatycki J,… Lacourt A. Prevalence of occupational exposure to asbestos and crystalline silica according to phenotypes of lung cancer from the CaProMat study: A case-only study. American Journal of Industrial Medicine. 2018 January;61(1):85-99. 10.1002/ajim.22765.

232. Burstyn I, Gustafson P, Pintos J, Lavoué J, Siemiatycki J. Correction of odds ratios in case-control studies for exposure misclassification with partial knowledge of the degree of agreement among experts who assessed exposures. Occupational and Environmental Medicine. 2018:75:155-159.

233. *Xu M, Siemiatycki J, Lavoué J, Pasquet R, Pintos J,  Rousseau M.C, Richardson L, Ho V. Occupational exposures to leaded and unleaded gasoline engine emissions and lung cancer risk.  Occupational and Environmental Medicine. 2018; 75(4):303-309.

234. Hovanec J, Siemiatycki J, Conway DI, Olsson A, Stücker I, Guida F, et al. Lung cancer and socioeconomic status in a pooled analysis of case-control studies. PLoS ONE. 2018 February 20. 13(2): e0192999. doi.org/10.1371/journal.pone.0192999.

235. Behrens T, Hovanec J, Siemiatycki J, et al. 1232 Lung cancer and occupational social status: the synergy study. Occupational and Environmental Medicine. 2018;75(Suppl 2):A1–A650.

236. Oraby T, Sivaganesan S, Bowman JD, Kincl L, Richardson L, McBride M, Siemiatycki J, Cardis E, Krewski D. Berkson error adjustment and other exposure surrogates in occupational case-control studies, with application to the Canadian INTEROCC study. Journal of Exposure Science and Environmental Epidemiology. 2018 May;28(3):251-258. doi: 10.1038/jes.2017.2. Epub 2017 Mar 29. PMID: 28352117; PMCID: PMC8592374.

237. *Warden H, Richardson H, Richardson L, Siemiatycki J, Ho V. Associations between occupational exposure to benzene, toluene and xylene and risk of lung cancer in Montréal. Occupational and Environmental Medicine. 2018;75:696-702.

238. *Rémen T, Richardson L, Pilorget C, Palmer G, Siemiatycki J, Lavoué J. Development of a coding and crosswalk tool for occupations and industries. Annals of Work Exposures and Health. June 15 2018. doi.org/10.1093/annweh/wxy052.

239.  *Sauvé JF, Siemiatycki J,… Richardson L, Pintos J,…*Rémen T, *Pasquet R,… Lavoué J. Development of and selected performance characteristics of CANJEM, a general population job exposure matrix based on past expert assessments of exposure. Annals of Work Exposures and Health. 12 June 2018. doi.org/10.1093/annweh/wxy044.

240.  *Xu M, Richardson L, Campbell S, Pintos J, Siemiatycki J. Response rates in case-control studies of cancer by era of fieldwork and by characteristics of study design. Annals of Epidemiology. 2018 June;28(6):385-391.

241.  Wiernik E, Czernichow S,… Limosin F,… Zins M, Siemiatycki J, Goldberg M, et al.  Cardiovascular risk goes up as your mood goes down: interaction of depression and socioeconomic status in determination of cardiovascular risk in the CONSTANCES cohort. International Journal of Cardiology. 2018 1 July; 262: 99-105.

242.  Siemiatycki J & Lavoué J. Availability of a New Job-Exposure Matrix (CANJEM) for Epidemiologic and Occupational Medicine Purposes. Occupational and Environmental Medicine. 2018 July;60(7):e324-e328.

243.  Vila J, Turner M, Gracia-Lavedan E,… Siemiatycki L,… Richardson L,… van Tongeren M, Cardis E. Occupational exposure to high-frequency electromagnetic fields and brain tumour risk in the INTEROCC study: An individualized assessment approach. Environment International. 2018;119:353-365.

244.  *Lacourt A, Labrèche F, Goldberg MS, Siemiatycki J, Lavoué J. Agreement in Occupational Exposures Between Men and Women Using Retrospective Assessments by Expert Coders. Annals of Work Exposure and Health. 2018 November;62(9):1159-1170.

245.  Vila J, Schlehofer B, Richardson L, McLean D, … Parent ME, Siemiatycki J, et al. Authors´ response to the Comments from S.M.J. Mortazavi Regarding: "Occupational exposure to high-frequency electromagnetic fields and brain tumor risk in the INTEROCC study: An individualized assessment approach". Environment International. 2018;121(1):1025.

246.  *Rémen T, Pintos J, Abrahamowicz M, Siemiatycki J. Risk of lung cancer in relation to various metrics of smoking history: a case-control study in Montréal. BMC Cancer. 2018 December 19;18(1):1275.

247.  Deltour I, Schlehofer B, Massardier-Pilonchéry A, Schlaefer K,… Siemiatycki J, Parent M-E,…, INTERPHONE Study Group. Exposure to loud noise and risk of vestibular schwannoma: results from the INTERPHONE international case–control study. Scandinavian Journal of Work Environment and Health. 2019;45(2):183-193.

248.  Doubleday A, Baker MG, Lavoué J, Siemiatycki J, & Seixas NS. Estimating the population prevalence of traditional and novel occupational exposures in Federal Region X. American Journal of Industrial Medicine. 2019;62:111-122.

249.  Brenner DR, Fehringer G, Zhang ZF,… Siemiatycki J, Koushik A,… Straif K. Alcohol consumption and lung cancer risk: A pooled analysis from the International Lung Cancer Consortium and the SYNERGY study. Cancer Epidemiology. 2019;58:25-32.

250.  Nicolau B, Arekunnath Madathil S, Castonguay G, Rousseau MC, Parent ME, & Siemiatycki J. Shared social mechanisms underlying the risk of nine cancers: A life course study. International Journal of Cancer. 2019;144:59–67.

251.  Leung L, Grundy A, Siemiatycki J, Arseneau J, Gilbert L,... Koushik A. Shift Work Patterns, Chronotype, and Epithelial Ovarian Cancer Risk. Cancer Epidemiology, Biomarkers & Prevention. 2019. May 1;28(5):987-95.

252.  Lequy E, Siemiatycki J, Leblond S, Meyer C, Zhivin S,…Goldberg M, Zins M, Jacquemin B.  Long-term exposure to atmospheric metals assessed by mosses and mortality in France. Environment International. Aug 2019;129:145-153. doi: 10.1016/j.envint.2019.05.004.

253.  Pesch B, Kendzia B, Pohlabeln H, Ahrens W, Wichmann HE, Siemiatycki J, et al. Exposure to Welding Fumes, Hexavalent Chromium, or Nickel and Risk of Lung Cancer. American Journal of Epidemiology. 2019;188(11):1984–1993. doi:10.1093/aje/kwz187.

254.  Grundy A, Ho V, Abrahamowicz M, Parent M, Siemiatycki J,… Koushik A. Lifetime recreational moderate-to-vigorous physical activity and ovarian cancer risk: A case–control study. International Journal of Cancer. Apr 1 2020;146(7):1800-1809. doi:10.1002/ijc.32513.

255.  Samet JM, Chiu WA, Cogliano V, Jinot J, Kriebel D, Siemiatycki J, et al. The IARC Monographs: Updated procedures for modern and transparent evidence synthesis in cancer hazard identification. Journal of the National Cancer Institute. 2020;112(1):30–37. doi:10.1093/jnci/djz169.

256.  *Xu M, Ho V, Siemiatycki J. Role of occupational exposures in lung cancer risk among women. Occupational and Environmental Medicine. 2021 Feb;78(2):98-104. doi: 10.1136/oemed-2020-106470. Epub 2020 Aug 26. PMID: 32847991.

257.  Ge C, Peters S, Olsson A, … Siemiatycki J, …Vermeulen R. Respirable crystalline silica exposure, smoking, and lung cancer subtype risks: a pooled analysis of case–control studies. American Journal of Respiratory and Critical Care Medicine. 2020 Aug 1;202(3):412-421. doi: 10.1164/rccm.201910-1926OC.

258.  Ge C, Peters S, Olsson A, Portengen L, Schüz J, … Siemiatycki J, … Kromhout H, Vermeulen R. Diesel engine exhaust exposure, smoking, and lung cancer subtype risks. A pooled exposure-response analysis of 14 case-control studies. American Journal of Respiratory and Critical Care Medicine. 2020 Aug 1;202(3):402-411. doi: 10.1164/rccm.201911-2101OC. PMID: 32330395; PMCID: PMC7465091.

259.  Guha N, Bouaoun L, Kromhout H, Vermeulen R, Brüning T, Behrens T, Peters S, Luzon V, Siemiatycki J, Xu M, … Olsson A. Lung cancer risk in painters: results from the SYNERGY pooled case-control study consortium. Occupational and Environmental Medicine. 2021 Apr;78(4):269-278. doi: 10.1136/oemed-2020-106770. Epub 2020 Oct 28. PMID: 33115922; PMCID: PMC7958079.

260.  *Karumanchi S, Siemiatycki J, Richardson L,Hatzopoulou M, Lequy E. Spatial and temporal variability of airborne ultrafine particles in the Greater Montreal area: results of monitoring campaigns in two seasons. Science of the Total Environment. 2021; 771: p. 144652.

261.  Lequy E, Siemiatycki J, de Hoogh K, Vienneau D, Dupuy JF, Garès V, Hertel O, Christensen JH, Zhivin S, Goldberg M, Zins M, Jacquemin B. Contribution of Long-Term Exposure to Outdoor Black Carbon to the Carcinogenicity of Air Pollution: Evidence regarding Risk of Cancer in the Gazel Cohort. Environmental Health Perspectives. 2021 Mar;129(3):37005. doi: 10.1289/EHP8719. Epub 2021 Mar 24. PMID: 33759553; PMCID: PMC7989243.

262.  Hovanec J, Siemiatycki J, Conway DI, Olsson A, Guenel P, …Parent MÉ, …, Behrens T. Application of two job indices for general occupational demands in a pooled analysis of case-control studies on lung cancer. Scandinavian Journal of Work Environment and Health. 2021 Sep 1;47(6):475-481. doi: 10.5271/sjweh.3967. Epub 2021 May 3. PMID: 33942106; PMCID: PMC8504542.

263.  Villeneuve PJ, Momoli F, Parent ME, Siemiatycki J, Turner MC, Krewski D. Cell phone use and the risk of glioma: are case-control study findings consistent with Canadian time trends in cancer incidence? Environmental Research. 2021:111283. doi.org/10.1016/j.envres.2021.111283. p. 111283.

264.  Sakhvidi MJ, Yang J, Siemiatycki J, Dadvand P, de Hoogh K, Vienneau D, Goldberg M, Zins M, Lequy E, Jacquemin B. Greenspace exposure and cancer incidence: A 27-year follow-up of the French GAZEL cohort. Science of the Total Environment. 2021 Sep 15;787:147553. doi: 10.1016/j.scitotenv.2021.147553. Epub 2021 May 6. PMID: 33989869.

265.  Yang J, Zare Sakhvidi MJ, de Hoogh K, Vienneau D, Siemiatycki J, Zins M, et al. Long-term exposure to black carbon and mortality: A 28-year follow-up of the GAZEL cohort. Environment International. 2021 August 7:157:106805. doi: 10.1016/j.envint.2021.106805.

266.  Batisse E, Labrèche F, Goldberg MS, Lavoué J, Parent ME, Pasquet R, Richardson L, Siemiatycki J, Ho V. Inter-rater reliability of occupational exposure assessment in a case-control study of female breast cancer. Journal of Occupational and Environmental Hygiene. 2021. 18:10-11, 522-531, DOI: 10.1080/15459624.2021.1976412.10.1080/15459624.2021.1976412.

267.  Auvinen A, Cardis E, Blettner M … Siemiatycki J, … Schuz J. Diagnostic radiological examinations and risk of intracranial tumours in adults—findings from the Interphone Study. International Journal of Epidemiology, 2022 May 9;51(2):537-546.

268.  *Rémen T, Richardson L, Siemiatycki J, Lavoué J. Impact of variability in job coding on reliability in exposure estimates obtained via a job-exposure matrix. Annals of Work Exposures and Health. 2022 06 06; 66(5): 551-562

269.  Moayedi-Nia S, Pasquet R, Siemiatycki J, Koushik A, Ho V. Occupational Exposures and Lung Cancer Risk - An Analysis of the CARTaGENE Study. Occupational and Environmental Medicine. 2022 Apr 1;64(4):295-304 4.

270. Lequy E, Zare Sakhvidi MJ, Vienneau D, de Hoogh K, Chen J, Dupuy JF, Garès V, Burte E, Bouaziz O, Le Tertre A, Wagner V, Hertel O, Christensen JH, Zhivin S, Siemiatycki J, Goldberg M, Zins M, Jacquemin B. Influence of exposure assessment methods on associations between long-term exposure to outdoor fine particulate matter and risk of cancer in the French cohort Gazel. Science of the Total Environment. 2022 May 10;820:153098. doi: 10.1016/j.scitotenv.2022.153098. Epub 2022 Jan 15. PMID: 35041955.

271. Schlehofer B, Blettner M, Moissonnier M, Deltour I, Giles GG, Armstrong B, Siemiatycki J, Parent ME, …, Cardis E, Schüz J. Association of allergic diseases and epilepsy with risk of glioma, meningioma and acoustic neuroma: results from the INTERPHONE international case-control study. European Journal of Epidemiology. 2022 May;37(5):503-512. doi: 10.1007/s10654-022-00843-y. Epub 2022 Feb 3. PMID: 35118581.

272. *Xu M, Ho V, Lavoue J, Richardson L, Siemiatycki J. Concordance of occupational exposure assessment between the Canadian Job-Exposure Matrix (CANJEM) and expert assessment of jobs held by women. Annals of Work Exposures and Health. 2022 Jul 2;66(6):728-740. doi: 10.1093/annweh/wxac008. PMID: 35258522; PMCID: PMC9250288.

273. Behrens T, Ge C, Vermeulen R, Kendzia B, Olsson A, Schüz J, Kromhout H, Pesch B, … Siemiatycki J, Parent M, … Straif K, Brüning T. Occupational exposure to nickel and hexavalent chromium and the risk of lung cancer in a pooled analysis of case-control studies (SYNERGY). Internat J Cancer. 2022. 1-16. DOI: 10.1002/ijc.34272.

274. Olsson A, Guha N, Bouaoun L, Kromhout H, Peters S, Siemiatycki J, Ho V, … Straif K. Occupational exposure to polycyclic aromatic hydrocarbons and lung cancer risk: results from a pooled analysis of case–control studies (SYNERGY). Cancer Epidemiol Biomarkers Prev 2022; 31:1433–41 doi: 10.1158/1055-9965.EPI-21-1428.

275. Lequy E, Leblond S, Siemiatycki J, Meyer C, Vienneau D, de Hoogh K, Zins M , Goldberg M, Jacquemin B. Long-term exposure to airborne metals and risk of cancer in the French cohort Gazel. Environment International. 2023. Jul;177:107999. doi: 10.1016/j.envint.2023.107999. Epub 2023 May 27. PMID: 37269719.

276. Leung L, Lavoué J, Siemiatycki J, Guénel P, Koushik A. Occupational environment and ovarian cancer risk. Occup Environ Med. 2023. Sep;80(9):489-497. doi: 10.1136/oemed-2022-108557. Epub 2023 Jul 10. PMID: 37429725.

277. Oraby T, Chakraborty S, Sivaganesan S, Kincl L, Richardson L, McBride M, Siemiatycki J, Cardis E, Krewski D. Adjusting for Berkson error in exposure in ordinary and conditional logistic regression and in Poisson regression. BMC Medical Research Methodology. 2023. *In press*.

278. Hovanec J, Kendzia B, Olsson A, … Siemiatycki J, Parent M; … Brüning T, Behrens T. Socioeconomic status, smoking, and lung cancer: mediation and bias analysis in the SYNERGY study. Internat J Epidemiol. *Submitted*.

279. Wan W, Peters S, Portengen L, Olsson A, Schüz J, … Siemiatycki J, … Straif K, Vermeulen R. Occupational benzene exposure and lung cancer risk: A pooled analysis of 14 Case-Control Studies (SYNERGY). Amer J Respiratory and Critical Care Med. *Submitted*.

280. Olsson A, Bouaoun L, Schüz J, Vermeulen R, Behrens T, Ge C, Kromhout H, Siemiatycki J, … Straif K, Brüning T, Vlaanderen J, Peters S. Joint effects of occupational exposure to five lung carcinogens and risk of lung cancer: Results from a pooled analysis of case-control studies (SYNERGY). *Submitted*.

281. *Xu M, Ho V, Lavoué J, Olsson A, Schüz J, Richardson L, Parent M, McLaughlin J, Demers P, Guénel P, Radoi L, Wichmann E, Ahrens W, Jöckel K, Consonni D, Landi M, Richiardi L, Simonato L, Mannetje A, Świątkowska B, Field J, Pearce N, Siemiatycki J. Prevalent occupational exposures and risk of lung cancer among women: Results from the application of the Canadian Job-Exposure Matrix (CANJEM) to a combined set of ten case-control studies. Amer J Industr Med. *Submitted*.

\* First author was under supervision of J. Siemiatycki when this work was carried out.

## BOOK CHAPTERS AND IARC MONOGRAPHS (invited)

1. Siemiatycki, J, Gérin M, Hubert J. Exposure-based case control approach to discovering occupational carcinogens: preliminary findings. Banbury Report 9. Quantification of Occupational Cancer. Eds Peto R, Schneiderman M. Cold Spring Harbor, Cold Spring Harbor Laboratory: 471-483, 1981.

2. Siemiatycki, J. Discovering occupational carcinogens with epidemiologic data. In Chemical Mutagenesis, Human Population Monitoring, and Genetic Risk Assessment. eds. K. C. Bora, G. R. Douglas and E. R. Nestmann. New York, Elsevier Biomedical Press: 99-105, 1982.

3. Gerin M, Siemiatycki J, Richardson L, Pellerin J, Lakhani R, Dewar R. Nickel and cancer associations from a multicancer occupation exposure case-referent study: preliminary findings. In Nickel in the Human Environment. Eds F. W. Sunderman, Jr. Lyon, International Agency for Research on Cancer: 105-115., 1984.

4. Siemiatycki J. An epidemiologic approach to discovering occupational carcinogens by obtaining better information on occupational exposures. In: Recent Advances in Occupational Health. Ed. MJ Harrington, Churchill Livingstone Vol. 2, pp. 143-157, 1984.

5. Siemiatycki J. Discovering occupational carcinogens in population-based case-control studies: Review of findings from an exposure-based approach and a methodologic comparison of alternative data collection strategies. In: Occupational Cancer Epidemiology, Ed. P Band, Springer-Verlag Press. Berlin. 25-38, 1990.

6. Krewski, D, Siemiatycki J, Nadon L, Dewar R, and Gérin M. Cancer risks due to occupational exposure to polycyclic aromatic hydrocarbons: a preliminary report. In Genetic Toxicology of Complex Mixtures. Eds M.D. Waters, F.B. Daniel, J.Lewtas, M.M. Moore and S. Newnow. New York, Plenum Press: 343-352, 1990.

7. Siemiatycki, J., M. Gérin, R. Dewar, R. Lakhani, D. Bégin and L. Richardson. Silica and cancer associations from a multicancer occupational exposure case-referent study. In Occupational Exposure to Silica and Cancer Risk. Eds L. Simonato, A. C. Fletcher, R. Saracci and T. L. Thomas. Lyon, International Agency for Research on Cancer: 29-42, 1990.

8. IARC Working Group (21 co-authors) (1991). IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 52. Chlorinated drinking-water; chlorination by-products; some other halogenated compounds; cobalt and cobalt compounds. Lyon, IARC (International Agency for Research on Cancer).

9. Siemiatycki, J. Risk factors for cancer in the occupational environment and relevant epidemiological study methods. In Introduction to Environmental Epidemiology. Eds E. Talbott and G. Craun. Boca Raton, Lewis Publishers: 99-122, 1995.

10. IARC Working Group (17 co-authors) (1996). IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 65. Printing processes and printing inks, carbon black and some nitro compounds. Lyon, IARC (International Agency for Research on Cancer).

11. Siemiatycki J. Job-exposure matrices. In: Encyclopedia of Biostatistics, eds. P Armitage and T Colton. Wiley, 1998.

12. Siemiatycki J. Job-exposure matrices. In: Encyclopedia of Epidemiologic Methods, eds. MH Gail and J Benichou. Wiley, 2000.

13. Siemiatycki J, Richardson L, Boffetta P. Occupation. In: Cancer Epidemiology and Prevention, 3rd Ed, eds. D Schottenfeld and J Fraumeni, Oxford University Press, 2006.

14. IARC Monograph Working Group. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans Vol. 93 - Carbon black, titanium dioxide and non-asbestiform talc, IARC (International Agency for Research on Cancer), Lyon, 2009.

15. Siemiatycki J. Les règles, les pratiques et les préjugés des comités d'éthique vont réduire notre capacité à prévenir les maladies et à sauver des vies in La malréglementation, Une éthique de la recherche est-elle possible et à quelles conditions? Sous la direction de Michèle S. Jean et Pierre Trudel. Les Presses de l'Université de Montréal 2010.

16. IARC (2010). IARC Technical Publication No. 42: Identification of research needs to resolve the carcinogenicity of high-priority IARC carcinogens.
   http://monographs.iarc.fr/ENG/Publications/techrep42/index.php

Curriculum Vitae                                                                 Jack Siemiatycki

17.   IARC Monograph Working Group. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans Vol. 100 – A review of human carcinogens, part C: metals, arsenic, dusts and fibres, IARC (International Agency for Research on Cancer), Lyon, 2012.

18.   IARC Monograph Working Group. IARC Monographs on Evaluation of Carcinogenic Risks to Humans Vol. 102 – Radio Frequency Fields 2011, IARC (International Agency for Research on Cancer), Lyon, 2013.

19.   Siemiatycki J. Occupational exposures, Chapter 2.6. In IARC World Cancer Report. Eds B Stewart, C Wild. Lyon 2013.

20.   Siemiatycki J. Historical overview of occupational cancer research and control.  In Occupational Cancers. Eds S Anttila, P Boffetta, K Straif. Springer Press: 1-20, 2014.

21.   Siemiatycki J., Xu M.  Occupational Causes of Cancer. In: Bültmann U., Siegrist J. (eds) Handbook of Disability, Work and Health. Handbook Series in Occupational Health Sciences, vol 1. Springer, Cham 2019.

22.   Siemiatycki J. Historical Overview of Occupational Cancer Research. In: Anttila S., Boffetta P. (eds) Occupational Cancers. Springer, Cham. 2020. https://doi.org/10.1007/978-3-030-30766-0_1

**PUBLICATIONS WITHOUT PEER REVIEW, UNPUBLISHED SCIENTIFIC REPORTS**

1.    Rossiter CE, Bristol LJ, Cartier PH, Gibbs GW, Gilson JC, Grainger TR, Siemiatycki J, Sluis-Cremer GK, McDonald JC. Dust exposure and radiographic appearances in Quebec asbestos workers. XVI International Congress on Occupational Health, Tokyo: 205-206, 1969.

2.    Siemiatycki J. Living conditions and health - with special reference to low income areas of Montréal. Report submitted to the Pointe St-Charles Community Clinic, 42 pp, 1972.

3.    Siemiatycki J. The distribution of disease. Canadian Dimension. 1975.

4.    Siemiatycki J, Richardson L. Les facteurs socio-économiques et l'utilisation des services de santé à Montréal: document de travail. Submitted to the Ministère des Affaires sociales, 1979.

5.    Siemiatycki J, Richardson L. Les corrélatifs sociaux de la morbidité tels qu'ils ressortent d'une enquête sur la santé menée à Montréal: rapport préliminaire. Submitted to the Ministère des Affaires sociales, 1979.

6.    Siemiatycki J. Les facteurs qui déterminent la consommation de médicaments obtenus par prescription et les facteurs associés aux affections chroniques: rapport préliminaire. Submitted to the Ministère des Affaires sociales, 1979.

7.    Groupe d'étude de la fonction épidémiologique. (Aubry F, Drouin L, Ducharme G, Fredette JM, Lance JM, Siemiatycki J.) La fonction épidémiologique à la Commission de Santé et Sécurité au travail. Submitted to the Direction des Programmes et Normes, Commission de Santé et Sécurité au Travail, Québec, 1980.

8.    Siemiatycki J. An exposure-based case-control method for discovering occupational carcinogens. Chronic Diseases in Canada, 1:21-24, 1980.

9.    Siemiatycki J, Richardson L. Les corrélatifs sociaux de la morbidité tels qu'ils ressortent d'une enquête sur la santé à Montréal. Submitted to the Ministère des Affaires Sociales, 1981.

10.   Siemiatycki J. La consommation de médicaments à Montréal selon les facteurs démographiques, économiques, et ethniques. Submitted to the Ministère des Affaires Sociales, 1981.

11.   Siemiatycki J. Mortality in the general population in asbestos mining areas. Proceedings of the World Symposium on Asbestos, Montréal, 337-348, 1982.

12.   Price P, Gerin M, Siemiatycki J. An annotated bibliography of sources of information on occupational exposures. pp.78, 1982.

13.   Gerin M, Siemiatycki J, Kemper H, Laroche L, Millet C. Translating job histories into histories of occupational exposure for epidemiologic purpose. Proceedings of the Medical Research Council Symposium on Job Exposure Matrices, Southampton, Scientific Report No 2, 78-82, 1983.

14.   Siemiatycki J, Gerin M, Nadon L, Goldberg M, Richardson L. L'exposition professionnelle au formaldéhyde et le risque de cancer. Submitted to the Institut de recherche en santé et sécurité du travail, 18 pp, 1983.

15.   Task Force on Chemicals in the Environment and Human Reproductive Problems in New Brunswick. Second Report. Submitted to the Department of Health of New Brunswick. 249 pp, January 1984.

Curriculum Vitae                                                                                      Jack Siemiatycki

16. Siemiatycki J. Evaluation des estimations actuelles concernant l'exposition professionnelle aux cancérogènes chimiques. Submitted to the Commission de la santé et sécurité au travail du Québec, 87 pages. October 1984.

17. Task Force on Chemicals in the Environment and Human Reproductive Problems in New Brunswick. Final Report submitted to the Department of Health of New Brunswick. 269 pp, March 1985.

18. Siemiatycki J, Richardson L. Expanding the vision of public health: new ways to meet old objectives. Health Promotion 24(2):10-12, 1985.

19. Task Force on Health Risks of Alachlor (A.J. Nantel, J.L. Benedetti, J.P. Farand, M. Pagé, J.C. Panisset, J. Siemiatycki, C. Viau). Report submitted to the Government of Quebec, 1986.

20. Siemiatycki J. Determining which workplace exposures may be carcinogenic: report on a novel epidemiologic approach. At The Centre. Canadian Centre for Occupational Health and Safety. Vol. IX, no. 5, pp. 9-10, November 1986.

21. Gerin M, Siemiatycki J. Assessment of exposure to multiple agents in the workplace. Proceedings of the Workshop on Methodology of Assessment of Occupational Exposures in the Context of Epidemiological Detection of Cancer Risks. Eds. D. Hemon, M. Goldberg, pp. 99-108, 1989.

22. Siemiatycki J, Gerin M, Nadon L, Dewar R. Risk of cancer due to occupational exposure to formaldehyde in a wide range of occupations and industries. Final report. Submitted under contract no. 1674 to the Health Protection Branch, Health and Welfare Canada, 78 pages, May 1988.

23. Siemiatycki J. Epidemiological evidence in evaluating carcinogenicity of occupational exposures. IARC Int. Tech. Report no. 88/002, IARC, Lyon, Dec, pp. 49-59, 1988.

24. IARC Working Group. Report of an IARC Working Group to review the approaches and processes used to evaluate the carcinogenicity of mixtures and groups of chemicals. IARC Int. Tech. Report no. 88/002, IARC, Lyon, Dec. 1988.

25. Siemiatycki J, Nadon L, Dewar R, Gerin M, Armstrong B, Richardson L. Risk of cancer due to occupational exposure to polynuclear aromatic hydrocarbons in a wide range of occupations and industries: Final report. Submitted under contract no. 1984 to the Health Protection Branch, Health and Welfare Canada, 162 pages, May 1989.

26. Siemiatycki J, Lakhani R, Gerin M, Dewar R, Richardson L. Risk of cancer due to exposure to benzene, toluene, and xylene in a wide range of occupations and industries: Final report. Submitted under contract no. 2025 to the Health Protection Branch, Health and Welfare Canada, 235 pages, June 1989.

27. Siemiatycki J, Franco E, Dewar R, Desy M. Risk of cancer due to cigarette smoking - results of a multi-site case-control study. Report submitted under contract no. 2069 to the Health Protection Branch, Health and Welfare Canada, 23 pages, March 1990.

28. Siemiatycki J. Review of findings from a registry-like database designed to discover occupational carcinogens. Proceedings of the Workshop on Indicators of Environmental Health. Waterloo Institute for Risk Research and Health and Welfare Canada. 1990.

29. Camus M, Siemiatycki J. Cancer risks associated with non-occupational exposure to chrysotile asbestos. Report submitted under contract no. 064SS.H4078-1-C339. 1991.

30. Siemiatycki J. Toxic Waste Sites And Human Health: Feasibility of Epidemiologic Studies Using the Canadian Unified Toxic Waste Sites Database. Contract No. 3136. 1992.

31. *Nadon L, Siemiatycki J, Richardson L. Dépistage épidémiologique de cancérogènes en milieu de travail et son implication sur la santé environnementale. Bulletin d'Information en Santé environnementale, Volume 4, number 3, May/June 1993.

32. Gerin M, deGuire L, Siemiatycki J. Étude sur la validité des matrices emploi-exposition multisectorielles en hygiène industrielle. IRSST, Montréal, 1995.

33. Goldberg M, Farant JP, Simon P, Siemiatycki J, Armstrong B, Drouin L. A health survey of persons living near the Miron Quarry Sanitary Landfill Site. Montréal, Phase 1 (NHRDP: 502-6605-4342). July 1996.

34. Siemiatycki J, Camus M, Case BW. Non-occupational exposure to Quebec chrysotile asbestos and risk of cancer. Montréal, NHRDP Report No. 6605-3533-53. April 1996.

35. Mills CJ, Bull R, Cantor KP, Reif J, Hrudey SE, Huston P and an Expert Working Group: Health risks of drinking water chlorination byproducts: report of an expert working group. Chronic Diseases in Canada. 1998.

36.   Krewski D, Burnett R, Goldberg M, Hoover K, Siemiatycki J, et al. Reanalysis of the Harvard Six-City Study and the American Cancer Society Study of Air Pollution and Mortality: Validation and Replication. Health Effects Institute, Cambridge MA, 2000.

37.   Krewski D, Burnett R, Goldberg M, Hoover K, Siemiatycki J, et al.  Reanalysis of the Harvard Six-City Study and the American Cancer Society Study of Air Pollution and Mortality: Sensitivity Analyses. Health Effects Institute, Cambridge MA, 2000.

38.   Payment J, Siemiatycki J, Richardson L, Renaud G, Franco E, Prevost M. An epidemiological study of gastrointestinal health effects of drinking water. American Water Works Assoc.103 pp. 2000.

39.   Raynault M-F, Dussault C, Bartlett G, Deschenes M, Fortin S, Giroux M, Godard B, Jean MS, Mes-Masson A-M, Siemiatycki J, Vachon M-H. Rapport final du groupe-conseil sur l'Encadrement des banques de données et des banques de matériel biologique à des fins de recherche en santé. Fonds de la recherche en santé du Québec (FRSQ), Montréal, Québec.  8 December 2006.

40.   Raynault M-F, Dussault C, Bartlett G, Deschenes M, Fortin S, Giroux M, Godard B, Jean MS, Mes-Masson A-M, Siemiatycki J, Vachon M-H. Sommaire du rapport final du groupe-conseil sur l'Encadrement des banques de données et des banques de matériel biologique à des fins de recherche en santé. Fonds de la recherche en santé du Québec (FRSQ), Montréal, Québec.  8 December 2006.

41.   Raynault M-F, Dussault C, Bartlett G, Deschenes M, Fortin S, Giroux M, Godard B, Jean MS, Mes-Masson A-M, Siemiatycki J, Vachon M-H. Reconnaître la valeur sociale de la recherche dans le respect de la personne : Banques de données et banques de matériel biologique - Pour un nouveau cadre éthique et légal. Fonds de la recherche en santé du Québec (FRSQ), Montréal, Quebec. May 2007.

42.   Siemiatycki J. Estimating the amount of environmental health research being funded by national funding agencies in Canada. Report submitted under contract no. 4500156045 to Health Canada (Environmental and Occupational Toxicology & Environmental Health Sciences Bureau), 40 pages. August 2007.

## BOOK

1.   Siemiatycki J. Risk Factors for Cancer in the Workplace. CRC Press, Boca Raton, 1991, 310 pp.
Chap 1. Siemiatycki J. Epidemiologic approaches to discovering occupational carcinogens
Chap 2. Siemiatycki J, Richardson L. Case-control design and fieldwork methods.
Chap 3. Siemiatycki J. Nadon L, Lakhani R, Begin D, Gerin M. Exposure assessment.
Chap 4. Siemiatycki J. Statistical methods.
Chap 5. Siemiatycki J, Gérin M, Dewar R, Nadon L, Lakhani R, Begin D, Richardson L. Associations between occupational circumstances and cancer
Chap 6. Siemiatycki J. Interpretation of findings.

## ARTISTIC WORKS

1.   Siemiatycki J, Slodovnick A. The Hockey Card. Illustrated by Doris Barrette. Lobster Press, Montréal, 2002, 32 pp.

2.   Siemiatycki J, Slodovnick A. La carte de hockey. Illustrated by Doris Barrette. Translated by Christiane Duchesne. Lobster Press, Montréal, 2002, 32 pp.

3.   Siemiatycki J, Slodovnick A. The Baseball Card. Illustrated by Laura Watson. Lobster Press, Montréal, 2005, 32 pp.

4.   Siemiatycki J, Slodovnick A. La Estampa de béisbol. Illustrated by Laura Watson. Translated. Lobster Press, Montréal, 2005, 32 pp.

## SCIENTIFIC PRESENTATIONS - INVITED

1.   Siemiatycki J. Monitoring the occupational environment for carcinogens: a pilot study in Montréal. Working Environment and Health Seminar, McGill University, Department of Epidemiology, September 1978.

2.   Siemiatycki J, Richardson L. Le défi prioritaire en santé communautaire: la protection et l'amélioration de l'environnement. Association pour la santé publique du Québec, Montréal, Quebec, October 1979.

3.  Siemiatycki J. Occupational carcinogenesis. Séminaire départemental, Direction générale de la protection de la santé, Santé et Bien-être Social Canada, Ottawa, January 1981.

4.  Siemiatycki J. An overview of problems in identifying occupational carcinogens. Canadian Labour Congress Meeting on Occupational Cancer, Montréal, February 1981.

5.  Siemiatycki J. Feasibility of an exposure-based case-control approach to discovering occupational carcinogens: preliminary findings. Cold Springs Harbor Conference on Quantification of Occupational Cancer, Cold Springs Harbor, New York, March 1981.

6.  Siemiatycki J. Dépistage des facteurs cancérigènes dans les milieux professionnels montréalais. Séminaire départemental, Département de médecine du travail et d'hygiène du milieu, Université de Montréal, Montréal, Quebec,March 1981.

7.  Siemiatycki J. Surveillance program for occupationally related cancer. Société de Toxicologie du Canada, Montréal, Quebec, December 1981.

8.  Gérin, J, Siemiatycki J. Translating job histories into histories of occupational exposure in an interview-based case-control Study. Medical Research Council Symposium on Job-Exposure Matrices, Southampton, England, April 1982.

9.  Siemiatycki J. Rapporteur's report. Medical Research Council Symposium on Job-Exposure Matrices, Southampton, England, April 1982.

10. Siemiatycki J. Mortality in the general population in Quebec's asbestos mining areas. World Symposium on Asbestos, Montréal, May 1982.

11. Siemiatycki J. Occupational cancer epidemiology. McGill Department of Epidemiology seminar series, Montréal, Quebec, October 1982.

12. Siemiatycki J. Rapport d'une étude pilote qui vise à découvrir des agents cancérogènes de l'environnement professionnel.  Institut Armand-Frappier, Laval, Quebec, October 1982.

13. Siemiatycki J, Richardson L, Gérin M. Discovering occupational carcinogens by an exposure-based case-control approach: feasibility and pilot study results. American Public Health Association Meeting, Montréal, Quebec, November 1982.

14. Siemiatycki J. Discovering occupational carcinogens by means of a novel exposure-based case-control approach. U.S. National Institute of Occupational Safety and Health seminar series. Cincinnati. November 1982.

15. Siemiatycki J. Dépistage des facteurs cancérigènes dans le milieu professionnel montréalais - rapport d'une étude pilote. Conférence-midi de l'Institut de recherche en santé et sécurité au travail, Montréal, Quebec, December 1982.

16. Siemiatycki J. Rapport d'une étude qui vise à découvrir des agents cancérigènes dans l'environnement professionnel. Conférence départementale, Université de Sherbrooke, Sherbrooke, Quebec, February 1983.

17. Siemiatycki J. Contribution of epidemiology to discovery of occupational carcinogens: case-control study in the Montréal area. Seminar Series, Lady Davis Institute, Jewish General Hospital, Montréal, March 1983.

18. Siemiatycki J. Hospital-based studies of environmental causes of cancer. Seminar series, McGill Cancer Centre and Montréal General Hospital, March 1983.

19. Siemiatycki J. Analyse préliminaire d'une enquête cas-témoins sur les expositions professionnelles et le cancer, INRS-Santé, Paris, France, April 1983.

20. Siemiatycki J. Découvrir les cancérigènes professionnels par des méthodes épidémiologiques. Congrès de l'ACFAS, Trois-Rivières, Quebec, May 1983.

21. Siemiatycki J. Surveillance of occupational cancer. University of Ottawa Special Course in Environmental Epidemiology, Ottawa, October 1983.

22. Gérin M, Richardson L, Siemiatycki J. Obtaining job exposure histories based on interview and expert assessment. Job Exposure Assessment Meeting. International Agency for Research on Cancer, Lyon, France, February 1984.

23. Siemiatycki J. Associations between bladder cancer and coffee and cigarette consumption: preliminary results of a case-control study. Environmental Risk Factors in Bladder Cancer Symposium, Lyon, February 1984.

24. Siemiatycki J. Preliminary results of an occupational cancer monitoring program. Kellogg Center Seminar Series. Montréal General Hospital, April 1984.

25. Siemiatycki J. Nickel, chromium and cancer: preliminary results from a case-control study. School of Occupational Health. McGill University, Montréal, April 1984.

26. Siemiatycki J. Les premiers résultats d'une stratégie épidémiologique visant à découvrir des produits cancérigènes dans l'environnement industriel. Micro-hebdo, Institut Armand-Frappier, May 1984.

27. Siemiatycki J. Cancer mortality in a general population highly exposed to asbestos. CAN-AM Chemical Congress. Montréal, June 1984.

28. Siemiatycki J. Some occupational and non-occupational risk factors for cancer: results from a multi-site case-control study in Montréal. Special seminar. Health Protection Branch of Health and Welfare Canada, January 1985.

29. Siemiatycki J. Premiers résultats d'un système de surveillance en épidémilogie visant à découvrir des agents cancérogènes dans le milieu industriel. Micro-Hebdo-Actualités, Institut Armand-Frappier, Laval, February 1985.

30. Siemiatycki J. Discovering environmental carcinogens. Elizabeth Stern Memorial Lecture. U.C.L.A. School of Public Health, Los Angeles, California, May 1985.

31. Siemiatycki J. Cancer surveillance. International Conference on Environmental and Occupational Significance of Industrial Carcinogens, Bologna, Italy, October 1985.

32. Siemiatycki J. Overview of an epidemiologic case-control approach to discovering occupational carcinogens. Special seminar. Health Department of Torino and Epidemiology Department of University of Torino, Torino, Italy, October 1985.

33. Siemiatycki J. Epidemiology of juvenile-onset diabetes in Montréal. Special lecture to Association of endocrinologists of Rhone-Alpes Region of France, Lyon, October 1985.

34. Siemiatycki J. Cancer risks associated with exposure to organic dusts. Special seminar. International Agency for Research on Cancer, Lyon, October 1985.

35. Siemiatycki J. Organic dusts and cancer. School of Occupational Health Seminar Series, McGill University, December 1985.

36. Gérin, M, Siemiatycki J, Richardson L, Begin, D, Kemper, H, Lakhani, R, Nadon L. Associations entre cancer et exposition professionnelle à diverses substances. Résultats d'une étude épidémiologique à Montréal. Association pour l'hygiène industrielle au Québec, VIII Congrès, City of Québec, Quebec, May 1986.

37. Siemiatycki J. Synthèse des résultats d'un système de surveillance épidémiologique des expositions professionnelles cancérogènes, Université Laval, May 1986.

38. Siemiatycki J. L'analyse des données appliquée à la santé et à la sécurité du travail. Symposium sur l'analyse de données, IRSST, Montréal, October 1986.

39. Siemiatycki J. An overview of epidemiologic contributions to the discovery of occupational carcinogens. Society of Toxicology of Canada, Montréal. December 1986.

40. Siemiatycki J, Wacholder, S, Dewar R, Begin, D, Richardson L, Rosenman, K, Gerin M. Smoking and degree of occupational exposure: are internal analyses likely to be confounded by smoking status? Symposium on Smoking in Occupational Cancer Studies. National Cancer Institute, Washington, December 1986.

41. Siemiatycki J. Petroleum-derived liquids and cancer risk: findings from a case-control study. McGill University, Department of Epidemiology, April 1987.

42. Siemiatycki J. Methods and findings from a case-control study of insulin-dependent diabetes mellitus in Montréal. Montréal Children's Hospital, May 1987.

43. Colle, E, Siemiatycki J. Epidemiologic and immunologic evidence concerning the etiology of insulin-dependent diabetes. Institut Armand-Frappier, May 1987.

44. Siemiatycki J. The role of epidemiology in environmental impact assessment. Symposium on Health in Environmental Impact Assessment. Canadian Public Health Association and Environment Canada, Ottawa, May 1987.

45. Siemiatycki J. Methods and results of a monitoring system for occupational carcinogens. Johns Hopkins University School of Public Health Seminar, Baltimore, Maryland, October 1987.

46. Siemiatycki J. Cancer risks associated with petroleum-derived liquids and combustion products. National Cancer Institute, Occupational Studies Section, Bethesda, Maryland, October 1987.

47. Gerin M, Siemiatycki J. Assessment of exposure to multiple agents in the workplace - experience from a population-based case-control study in Montréal. Workshop of European Economic Community on Methods of Assessment of Occupational Exposures for Epidemiologic Detection of Cancer Risks, Paris, February 1988.

48. Siemiatycki J. Overview of epidemiologic tasks. International Joint Commission Workshop on the Role of Epidemiology in Assessing the Effects of Great Lakes Water Quality on Human Health. Toronto, March 1988.

49. Siemiatycki J. Results of an exposure-based case-control study of occupational carcinogens. Ontario Cancer Treatment and Research Foundation, Toronto, April 1988.

50. Siemiatycki J. Methodology of cancer case-control studies. Special Lecture Series in McGill Summer Program in Epidemiology, Montréal, May 1988.

51. Siemiatycki J. Costs and benefits of various approaches to estimating occupational cancer risks in case-control studies. Symposium on Occupational Cancer Epidemiology. Vancouver, June 1988.

52. Richardson L.R, Siemiatycki J, Dewar R. How well does a job exposure matrix reflect the exposure assessment of individually coded job histories? Workshop on job exposure matrices held at INSERM, Paris, October 1988.

53. Siemiatycki J. Methodologic issues in an exposure-based case-control study for discovering occupational carcinogens. Medical Research Council, Biostatistics Unit, Cambridge, England, December 1988.

54. Siemiatycki J. A synthesis of findings from an occupational cancer case-control study. Invited seminar in Department of Epidemiology, School of Public Health, University of North Carolina. Chapel Hill, North Carolina, April 1989.

55. Siemiatycki J. Methodologic problems in assessing exposure status for case-control studies. National Cancer Institute Seminar, Silver Spring, Maryland. April 1989.

56. Siemiatycki J. Environmental causes of cancer. McGill Cancer Center Public Lecture Series, Montréal. May 1989.

57. Siemiatycki J. Approches épidémiologiques dans l'investigation des facteurs cancérogènes. Summer course in community health, Université Laval, City of Québec, Quebec, June 1989.

58. Krewski, D, Siemiatycki J, Nadon L, Dewar R, Gerin M. Cancer risks due to occupational exposure to PAH's. International Conference on Genetic Toxicology of Complex Mixtures, Washington, District of Columbia, September 1989.

59. Siemiatycki J. Discovering environmental carcinogens by means of a case-control methodology. Dalhousie University, Faculty of Medicine seminar, December 1989.

60. Siemiatycki J. Using epidemiologic evidence in compensation of industrial disease. Special workshop of Industrial Disease Standards Panel of Ontario, Toronto, December 1989.

61. Siemiatycki J. Epidemiologic approaches to evaluating the carcinogenicity of complex mixtures. Workshop on carcinogenicity of Complex Mixtures. National Academy of Sciences of the U.S.A., Tucson, January 1990.

62. Siemiatycki J. Review of findings from a registry-like database designed to discover occupational carcinogens. Workshop on Indicators of Environmental Health. Waterloo Institute for Risk Research and Health and Welfare Canada, Ottawa, March 1990.

63. Siemiatycki J. Findings from an occupational cancer case-control study. Invited seminar in Department of Clinical Epidemiology, Royal Victoria Hospital. Montréal, March 1990.

64. Siemiatycki J. Effect of exposure strategies on risk estimates and statistical power. International Workshop on Retrospective Exposure Assessment for Occupational Epidemiologic Studies, Leesburg, Virginia, March 1990.

65. Siemiatycki J. Discovering environmental carcinogens: an epidemiologic perspective. Invited seminar in Department of Epidemiology, School of Public Health, University of North Carolina. Chapel Hill, North Carolina, March 1990.

66. Siemiatycki J. Discovering environmental carcinogens: review of an epidemiologic surveillance project. Invited seminar in Occupational & Environmental Health Unit, University of Toronto, Toronto, April 1990.

67. Siemiatycki J. Environnement et cancer: une perspective épidémiologique. 58th Association canadienne française pour l'avancement des sciences. Colloque santé et environnement, City of Québec, Quebec, April 1990.

68. Payment P, Richardson L, Edwards M, Franco E, Siemiatycki J. Drinking water related illness: an epidemiological study. Second International Biennial Water Quality Symposium: Microbiological Aspects, Vina Del Mar, Chile, August 1990.

69. Siemiatycki J. Occupational cancer. Seminar series of Laboratory Centre for Disease Control, Health and Welfare Canada, Ottawa, March 1991.

70. Siemiatycki J. A decade of searching for occupational carcinogens: methods and results of a case-control study. Seminar series of the Division of Clinical Epidemiology, Montréal General Hospital, Montréal, March 1991.

71. Siemiatycki J. Detecting occupational carcinogens using epidemiologic methods: results and their interpretation. McGill University, Department of Epidemiology and Biostatistics, Summer Lecture Series, Montréal, June 1991.

72. Siemiatycki J. Overview of results of an occupational cancer monitoring study. School of Public Health, University of California at Berkeley, Berkeley, October 1991.

73. Siemiatycki J. Discussant of paper on Mortality of oil refinery and distribution workers. International Symposium on the Health Effects of Gasoline, Miami, November 1991.

74. Begin, D, Gerin M, De Guire L, Siemiatycki J, Adib G, Fournier C. Étude sur la validité des matrices emploi-exposition multisectorielles en hygiène industrielle. Scientific Committee on Computing in Occupational and Environmental Health, III International Workshop, Paris, November 1991.

75. Siemiatycki J. Cancer et travail : connaissances actuelles, approches antérieures et nouvelles. Colloque de l'Association des médecins du travail du Québec, Montréal. June 1992.

76. Siemiatycki J. Risques de cancers reliés aux expositions chimiques en milieu de travail: résultats d'une étude épidémiologique à Montréal. IRSST, Montréal, November 1992.

77. Siemiatycki J. Carcinogens in the occupational environment. Invited seminar in School of Public Health, University of North Carolina, Chapel Hill, North Carolina. December 1992.

78. Siemiatycki J. Discussant of invited seminar on risk assessment. School of Occupation Health, McGill University, March 1993.

79. Siemiatycki J. Are the effects of smoking on lung and bladder cancer confounded by occupational carcinogens? Invited seminar given at the Michigan Cancer Foundation, Detroit and at the University of Michigan, Ann Arbor, May 1993.

80. Siemiatycki J. Are the apparent effects of cigarette smoking on lung and bladder cancers due to uncontrolled confounding by occupational exposures? McGill University, Department of Epidemiology and Biostatistics, Montréal, December, 1993.

81. Siemiatycki J. Occupational causes of cancer. President's Cancer Panel Meeting on Avoidable Causes of Cancer, Bethesda, April 1994.

82. Siemiatycki J. Retrospective exposure assessment in community-based studies. Conference on Retrospective assessment of occupational exposures in epidemiology, IARC, Lyon, April 1994.

83. Siemiatycki J. Are the apparent effects of cigarette smoking on lung and bladder cancers due to uncontrolled confounding by occupational exposures? Department of Human Oncology, University of Torino, Torino, Italy, April 1994.

84. Siemiatycki J. Risque de cancer dû au tabagisme. Département de médecine sociale et préventive, Université Laval, Québec, May 1994.

85. Siemiatycki J. Registry studies of bladder cancer. NCI Workshop on Occupational Exposures and Urogenital Cancers, Rockville, May 1994.

86. Siemiatycki J. Facteurs de risques environnementaux pour le cancer: une perspective épidémiologique. Atelier sur la recherche en cancer, Université du Québec à Rimouski, April 1995.

87. Camus M, Siemiatycki J. Non-occupational exposure to asbestos: how to assess dose and risk. McGill University, Department of Epidemiology and Biostatistics. Montréal, May 1995.

88. Siemiatycki J. Occupational carcinogens in Montréal. Seminar - International Agency for Research on Cancer, Lyon, France, June 1995.

89.     Siemiatycki J. Occupational causes of cancer: findings from a large scale case-control study of occupational cancer. Department of Medical Informatics, Biometry and Epidemiology, University of Essen, Essen, Germany, July 1995.

90.     Siemiatycki J. Assessing occupational exposures in community based epidemiological studies. Bremen Institute for Preventive and Social Medicine, Bremen, Germany, July 1995.

91.     Case, B, Camus M, Richardson L, Siemiatycki J. Ascertainment of mesothelioma among Québec women from 1970 to 1990. Special Symposium on Mesothelioma, IRSST, Montréal, August 1995.

92.     Siemiatycki, J. Une nouvelle approche épidémiologique pour le dépistage de cancérogènes en milieu de travail. Club de recherches cliniques du Québec, Bromont, Quebec, September 1995.

93.     Siemiatycki J. Occupational causes of cancer: findings from a large scale case-control study of occupational cancer. Special seminar. School of Public Health, Univ. of Michigan, Ann Arbor, Michigan, June 1996.

94.     Siemiatycki J. An empirical evaluation of the magnitude of confounding bias. Statistical Society of Canada, Waterloo, June 1996.

95.     Siemiatycki J. Occupational exposures and cancer risk: recent results and methodological insights from a population-based case-control study in Montréal. Department of Epidemiology & Biostatistics, McGill University. October, 1996.

96.     Siemiatycki J. Utilités et limites des études épidémiologiques dans l'évaluation des risques environnementaux. ACFAS, City of Québec, Quebec, May 1998.

97.     Siemiatycki J. International collaboration in cancer epidemiology. Society for Epidemiology Research, Chicago, June 1998.

98.     Siemiatycki J. Accuracy of the EPA risk assessment model for predicting the risk of lung cancer at environmental levels of asbestos exposure. National Cancer Institute, Rockville, Maryland, March 1999.

99.     Siemiatycki J. Risk of lung cancer at environmental levels of asbestos exposure. University of Toronto, Toronto, September 1999.

100.    Siemiatycki J. Estimating risks due to low level exposures. Society for Epidemiology Research, Seattle, June 2000.

101.    Siemiatycki J. Debater on the proposition that research is a top priority in occupational cancer prevention. Preventive Oncology Seminar, Cancer Care Ontario, Toronto, April 2001.

102.    Rachet B, Siemiatycki J, Abrahamowicz M, Leffondre K. Various aspects of smoking behavior on lung cancer risk: a flexible modeling approach. National Cancer Institute, Bethesda, May 2001.

103.    Siemiatycki J. Challenges to epidemiology and challenges to Canadian epidemiologists. National Student Conference of Epidemiology, Toronto, June, 2001.

104.    Siemiatycki J. President's address. Congress of Epidemiology, Toronto, June, 2001.

105.    Siemiatycki J. Découvrir les cancérigènes dans l'environnement: bilan des activités de recherche passées et perspectives d'avenir. Département de médecine sociale et préventive, Université de Montréal, October 2001.

106.    Siemiatycki J. Risque de cancer chez les femmes résidantes des villes des mines d'amiante québécoises: Évaluation du risque attribuable à des « faibles » niveaux d'expositions et validation de la méthode d'évaluation de risque (« risk assessment ») du E.P.A. Département de santé environnementale, Université de Montréal, October 2001.

107.    Rachet B, Siemiatycki J, Leffondre K, Abrahamowicz M. Relations dose-réponse entre la fumée de cigarette et le cancer pulmonaire à partir d'une étude cas-témoins à Montréal : Estimations utilisant une modélisation flexible. Congrès INRS-Institut Armand-Frappier, Sainte-Adèle, Quebec, November 2001.

108.    Siemiatycki J, Camus M, Case B, Desy M, Parent, M.-É. Risque de cancer chez les résidantes des villes de l'amiante au Québec: Évaluation du risque attribuable à des « faibles » niveaux d'expositions et validation de la méthode d'évaluation de risque de l'E.P.A. Symposium sur l'amiante of Institut national de santé publique du Québec, Montréal, December 2001.

109.    Laplante O, Parent M.-É, Siemiatycki J. Risque de mésothéliome et de cancer du poumon associé à l'exposition professionnelle aux fibres d'amiante, Montréal 1979-85. Symposium de l'Institut national de santé publique du Québec, Montréal, December 2001.

110.    Siemiatycki J. Occupational causes of cancer: overview of the contribution of a study in Montréal, Research Day at Dept of Epidemiology and Community Medicine, University of Ottawa, April 2002.

111. Siemiatycki J. Biostatistical problems in epidemiologic case-control studies. Statistical Society of Canada, Hamilton, Ontario, May 2002.

112. Leffondre K, Abrahamowicz M, Siemiatycki J. Definition of risk sets for Cox's analysis of case-control data with time-varying exposures: A simulation study. Intended Society for Clinical Biostatistics (ISCB), Dijon, France, September 2002.

113. Siemiatycki J. Occupational causes of cancer. CCERN and Health Canada Research Workshop, Montebello, Quebec. October 2002.

114. Siemiatycki J. Occupational causes of cancer. Departmental seminar, McGill University, Montréal. November 2002.

115. Siemiatycki J. Facteurs environnementaux dans l'étiologie du cancer. Retraite annuelle du centre de recherche du CHUM, St-Sauveur, Quebec. November 2002.

116. Siemiatycki J. Environmental and occupational causes of cancer. Seminar. Cancer Care Ontario, Toronto, February 2003.

117. Siemiatycki J. The state of epidemiology in Canada. Plenary address. CSEB Student Congress, Halifax, Nova Scotia, June 2003.

118. Siemiatycki J. Occupational cancer epidemiology: the evolving big picture. Distinguished Scientist Lecture, Division of Cancer Epidemiology and Genetics, National Cancer Institute, Rockville MD, October 2003.

119. Siemiatycki J. Challenges in cancer epidemiology. Meeting of the Institute Advisory Board of Institute for Cancer Research, CIHR, Montréal, June 2004.

120. Siemiatycki J. Keynote address. Occupation and cancer. International Association of Cancer Registries, Beijing, September 2004.

121. Siemiatycki J. Which cancers are most important, what are the associated occupational situations and which confounders are involved? Burden of Cancer Epidemiologic Workshops, Health and Safety Executive. Manchester, UK, November 2004.

122. Siemiatycki J. Occupational causes of cancer. New Strategies for Recognizing and Preventing Occupational Disease, Canadian Center for Occupational Health and Safety, Toronto, March 2005.

123. Siemiatycki J. Occupational causes of cancer. The Respiratory Epidemiology & Clinical Research Unit, Montréal Chest Institute, Montréal, March 2005.

124. Siemiatycki J. Environnement et cancer : quels sont les risques? Les Belles Soirées public lecture series, Université de Montréal, Montréal, April 2005.

125. Siemiatycki J. An overview of environmental, occupational & lifestyle causes of lung cancer. Cancer Axis, McGill University Hospital Centre Research Institute, Montréal, June 2005.

126. Siemiatycki J. Les règles des comités d'éthique vont amputer notre capacité de prévenir des maladies et sauver des vies. Réunion de FRSQ sur les banques de données et des matières biologiques, Montréal, June 2005.

127. Siemiatycki J. Introductory comments. Joint Meeting of the Canadian Society for Epidemiology and Biostatistics and the Society for Epidemiologic Research, Toronto, June 2005.

128. Siemiatycki J. The burden of occupational cancer on workers and on society. Joint Meeting of the Canadian Society for Epidemiology and Biostatistics and the Society for Epidemiologic Research, Toronto, June 2005.

129. Siemiatycki J. Revue des expositions professionnelles associées au cancer (Review of occupational exposures associated with cancer): pre-conference training session. Environnement et santé. Congrès international de l'Association des Épidémiologistes de Langue Française (ADELF), City of Québec, Quebec, September 2005.

130. Siemiatycki J. Opening session. Environnement et santé. Congrès international de l'Association des Épidémiologistes de Langue Française (ADELF), City of Québec, Quebec, September 2005.

131. Siemiatycki J. Impact de l'environnement et du milieu de travail sur le cancer : connaissances récentes. 9es Journées annuelles de santé publique (JASP), City of Québec, Quebec, November 2005.

132. Siemiatycki J. La recherche épidémiologique sur le cancer. Canadian Cancer Society - 2005 Annual Conference, City of Québec, Quebec, November 2005.

Curriculum Vitae                                                                                    Jack Siemiatycki

133.   Siemiatycki J. Occupational EMF exposure and risk of cancer – methodological considerations. Workshop on the Future Needs of Electro-magnetic Fields Occupational Studies in the Electric Utility Industry, Edinburgh, September 2006.

134.   Siemiatycki J. What is known about the modifiable causes of cancer and why we will not learn much more: Reflections on the decline of epidemiology as a tool to elucidate disease etiology. Department of Epidemiology, Biostatistics & Occupational Health, McGill University, Montréal, October 2006.

135.   Siemiatycki J. Keynote Speaker. Environmental causes of cancer. 28th Annual Meeting of the International Association of Cancer Registries, Goiania, Brazil, November 2006.

136.   Parent M.-E, Rousseau M.-C, Siemiatycki J, Boffetta P, Cohen A. Using the workplace as a window to study the role of diesen and gasoline engine emissions in lung cancer developpement. Invited abstract submitted to the Eleventh International Congress of Toxicology, Montréal, Quebec, July 2007.

137.   Siemiatycki J. Keynote Speaker. The future of occupational epidemiology? 19th International Conference on Epidemiology in Occupational Health (EPICOH 2007), Banff, October 2007. Occup. Environ. Med. 2007 Dec; 64:46.

138.   Siemiatycki J. Relationship between environmental risks and health of seniors. Workshop on Seniors' Health and the environment. Health Canada, Ottawa, February 2008.

139.   Siemiatycki J. Freedom of research - is it threatening or threatened? Conference of Institutional Review Boards of Quebec, (4e Journées d'étude des CER), City of Québec, Quebec, October 2008.

140.   Siemiatycki J. Cancer and Environment – Annual University of Montréal Medical Faculty Assembly, Montréal, December 2008.

141.   Siemiatycki J. Impact de l'environnement et du milieu de travail sur les risques de cancer : méthodologie de recherche et résultats. Conférence en santé publique, Université Laval, May 2009.

142.   Siemiatycki J. CIHR and Epidemiologic Research. CSEB, Ottawa, May 2009.

143.   Siemiatycki J. Mode de vie, milieu de vie: les causes modifiables du cancer. (Lifestyles and environment: modifiable causes of cancer). Keynote address. Conference nationale pour vaincre le cancer, Montréal April 2010.

144.   Siemiatycki J. Montréal case-control studies on occupation and cancer. Presentation for II International Course on occupational cancer. Instituto Nacional de Cancerologia, Bogota, Colombia, August 2010.

145.   Siemiatycki J. Modifiable causes of cancer and estimates of attributable fractions. Presentation for II International Course on occupational cancer, Instituto Nacional de Cancerologia, Bogota, Colombia, August 2010.

146.   Siemiatycki J. Asbestos and cancer in Quebec: a presentation of studies in three populations. Presentation for II International Course on occupational cancer. Instituto Nacional de Cancerologia, Bogota, Colombia, August 2010.

147.   Siemiatycki J. An overview of recognized environmental and lifestyle causes of cancer, and their contribution to the overall burden of cancer. International Congress of Pathophysiology, Montréal, September 2010.

148.   Siemiatycki J. Les causes modifiables du cancer (Lifestyles and environment: modifiable causes of cancer). Conference annuelle de la Société du cancer du Canada, division Québec, November 2010.

149.   Siemiatiycki J. Alison McDonald's research on the impact of Medicare in Québec. Department of Epidemiology and Biostatistics, McGill University, Montréal, Quebec, May 2011.

150.   Siemiatycki J. An overview of environmental causes of cancer. Special Symposium to honour Nobel Prize winner CRCHUM, Montréal, Quebec, June 2011.

151.   Siemiatycki J. Review of IARC evaluation on cellphones and cancer. Congress of Epidemiology, Montréal, Quebec, June 2011.

152.   Siemiatycki J. L'évidence concernant les risques de cancer liés à l'utilisation du téléphone cellulaire. Institut national de santé publique du Québec, October 2011.

153.   Siemiatycki J. Do cellphones cause brain cancer? Canadian Cancer Research Conference, Toronto, November 2011.

154.   Siemiatycki J. Do cellphones cause brain cancer? Canadian Center for Architecture. Public science lecture series, Montréal, Quebec, January 2012.

155. Siemiatycki J. Do cellphones cause brain cancer? McGill University Department of Epidemiology lecture series, Montréal, Quebec, March 2012.

156. Siemiatycki J. L'environnement et le risque de cancer. Table ronde. Conference annuelle de la Coalition Cancer, Montréal, Quebec, March 2012.

157. Siemiatycki J. An Overview of Modifiable Risk Factors for Cancer. CHUM Department of Medicine, Montréal, Quebec, March 2012.

158. Siemiatycki J. Do cell phones cause brain cancer? The epidemiologic evidence. Grand Rounds, St-Mary's Hospital, Montréal, Quebec, September 2012.

159. Siemiatycki J. The epidemiology of cell phones and brain cancer. Centre hospitalier universitaire Vaudois, Lausanne, Suisse, October 2012

160. Siemiatycki J. Occupational causes of cancer. Annual meeting of Occupational & Environmental Medical Association of Canada, Montréal, Quebec, September 2013.

161. Siemiatycki J. Fraction of lung cancer that is legally attributable to smoking: a novel parameter. ISPED, Bordeaux, France, November 2013.

162. Siemiatycki J. Some challenges in environmental cancer research. Boston University School of Public Health, Boston, Massachusetts, February 2014.

163. Siemiatycki J. Les causes modifiables du cancer: le cancer peut être évité. Symposium de La Fondation Sauve Ta Peau, Montréal, Quebec, September 2014.

164. Siemiatycki J. Using epidemiologic research to combat the tobacco industry. BIPS, Bremen, Germany, September 2015.

165. Siemiatycki J. Insights into the use of epidemiologic data in a class action lawsuit against the tobacco industry. CRCHUM division seminar, Montréal, Quebec, September 2015.

166. Siemiatycki J. Development of a methodology to estimate legally attributable fraction of lung cancer attributable to cigarette smoking. McGill Univ Dept of Epidemiology, Montréal, Quebec, October 2015.

167. Siemiatycki J. Using epidemiologic research to combat the tobacco industry. SIRIC-BRIO Cancer Centre. Bordeaux, France, November 2015.

168. Siemiatycki J. Do cell phones cause brain cancer? The epidemiologic evidence. Dept of Medicine, CHUM, Montréal, Québec, November 2015.

169. Siemiatycki J. Occupation and cancer. Conference for the 50th Anniversary of IARC, Lyon, June 2016.

170. Siemiatycki J. Contribution of epidemiology to knowledge on occupational risk factors for cancer. 34e Congrès national de Médecine et Santé au Travail, Paris, France, June 2016.

171. Siemiatycki J. The influence of JC McDonald on the evolution of epidemiology in Canada. Symposium in honour of JC McDonald. McGill Univ., Montréal, Quebec, May 2017.

172. Siemiatycki J. A survey of knowledge on occupational causes of cancer. Keynote address. International Association of Cancer Registries, Utrecht, Netherlands, October 2017.

173. Siemiatycki J. La preuve statistique au tribunal : recours collectif en situation d'incertitude. Café-statistique de la Société des statisticiens français, Paris, France, May 2018.

174. Siemiatycki J. Exposition aux gaz d'échappement diesel : quel impact sur la santé ? 35èmes journées nationales de santé au travail dans le BTP. Metz, France mai 2019.

175. Siemiatycki J. La cohorte CONSTANCE : sa place dans le monde des études de cohorte en population. Journée Constances. INSERM. Paris, France novembre 2022.

## SCIENTIFIC PRESENTATIONS - OFFERED AND ACCEPTED

192 presentations between 1977 and 2022, in many different venues and on many different topics, mostly in congresses or conferences of learned societies. Mostly the presenters were my trainees or junior colleagues.

## TEACHING AND TRAINING

Supervision of graduate trainees

Post-doctoral fellows – 22 completed.

Curriculum Vitae                                                                        Jack Siemiatycki

PhD students -  10 completed, 2 in progress.

MSc Students – 16 completed.


Teaching – Entire Courses

"Advanced Epidemiology and Protocol Development", McGill University. 1983-85.

"Cancer Epidemiology", McGill University. 1993

"Epidemiology seminar for PhD".  Université de Montréal, 2007; 2008; 2014.

"Methods of research in environmental epidemiology of cancer", Univ de Montréal, 2010; 2011; 2012; 2013.

"Intermediate Epidemiology", 3 credits. Université de Montréal, 2014; 2015.

"Protocol development for PhD", 3 credits. Université de Montréal, 2016; 2017;2018; 2019.


**INVOLVEMENT IN LEGAL CASES**

2008-2014        Smokers claiming cancer risks (Quebec)

2016-2019        Residents of Shannon, Quebec claiming cancer risks from Trichloroethylene

2016-2019        Women with ovarian cancer claiming damage due to use of body powders (U.S.)

2018-2021        Residents of Baie Comeau Quebec claiming cancer risks due to aluminum smelters

# EXHIBIT B

**EXHIBIT C**
**Additional Materials Considered for Jack Siemiatycki, MSc, PhD**

1.  IMERYS044612
2.  IMERYS049952-56
3.  IMERYS051371-72
4.  IMERYS051442
5.  IMERYS089960
6.  IMERYS091279-80
7.  IMERYS111220
8.  IMERYS126092-97
9.  IMERYS138505-11
10. IMERYS179122-23
11. IMERYS210136-37
12. IMERYS219720-22
13. IMERYS239864
14. IMERYS2419940-04
15. IMERYS242050
16. IMERYS274896
17. IMERYS284935-37
18. IMERYS288001-04
19. IMERYS288590-91
20. IMERYS303801
21. IMERYS322241-42
22. IMERYS342524-25
23. IMERYS422289-90
24. IMERYS442232-33
25. IMERYS500801
26. IMERYS-A_0001304-09
27. IMERYS-A_0011817
28. IMERYS-A_0011964-65
29. IMERYS-A_0021921-29
30. IMERYS-A_0024367
31. IMERYS-MDL-AB_0005560-86
32. INTERIM_JNJTALC_000000633-34
33. INTERIM_JNJTALC_000000635-37
34. INTERIM_JNJTALC_000001089-122
35. INTERIM_JNJTALC_000001123-26
36. INTERIM_JNJTALC_000001126-45
37. INTERIM_JNJTALC_000001146-210
38. J&J-0007797
39. JANJAZ55_000008177-78
40. JMJAZ55_00006089-091
41. JNJ000000119-22
42. JNJ000000523-36
43. JNJ000000636-38

1

44. JNJ000000697
45. JNJ000000704
46. JNJ000000935-36
47. JNJ000003914-15
48. JNJ000003969-72
49. JNJ000003987-95
50. JNJ000004113-24
51. JNJ000004152-56
52. JNJ000004183
53. JNJ000004225-30
54. JNJ000004518-21
55. JNJ000004541-42
56. JNJ000004545-46
57. JNJ000004641-42
58. JNJ000004712-16
59. JNJ000006201-02
60. JNJ000008945-9277
61. JNJ000010808
62. JNJ000011704-08
63. JNJ000013664-65
64. JNJ000015750-52
65. JNJ000015753-54
66. JNJ000015770-72
67. JNJ000016645-46
68. JNJ000020397
69. JNJ00002073337
70. JNJ000021035
71. JNJ000021093-94
72. JNJ000022040-42
73. JNJ000023355-56
74. JNJ000024462-63
75. JNJ000024495-500
76. JNJ000024568
77. JNJ000029640-41
78. JNJ000035173-231
79. JNJ000036440-42
80. JNJ000040596-97
81. JNJ000058760-64
82. JNJ000065616-19
83. JNJ000075792-94
84. JNJ000085127-39
85. JNJ000085448-60
86. JNJ000087166-230
87. JNJ000092918-20
88. JNJ000093405
89. JNJ000093406-97

90. JNJ000175138
91. JNJ000221838-49
92. JNJ000223499
93. JNJ000224655-93
94. JNJ000232996-3002
95. JNJ000238435-39
96. JNJ000239388
97. JNJ000246437
98. JNJ000248615-16
99. JNJ000251888-90
100.     JNJ000251888-90
101.     JNJ000257999
102.     JNJ000260833-35
103.     JNJ000261010-27
104.     JNJ000261010-27
105.     JNJ000278435-39
106.     JNJ000290508-28
107.     JNJ000298951-52
108.     JNJ000326106-25
109.     JNJ000342731-34
110.     JNJ000346841
111.     JNJ000348778-80
112.     JNJ000367403-56
113.     JNJ000368573
114.     JNJ000375563
115.     JNJ000375919
116.     JNJ000376096
117.     JNJ000381975-76
118.     JNJ000383680-82
119.     JNJ000383898
120.     JNJ000384724-28
121.     JNJ000384731-37
122.     JNJ000384773
123.     JNJ000385452
124.     JNJ000388419
125.     JNJ000389973-74
126.     JNJ000391191
127.     JNJ000391530
128.     JNJ000394463-JNJ000394467
129.     JNJ000404446-47
130.     JNJ000404486-88
131.     JNJ000405501-53
132.     JNJ000411712-15
133.     JNJ000418480
134.     JNJ000457407-10
135.     JNJ000526231-6676

| | |
|---|---|
| 136. | JNJ000637879-81 |
| 137. | JNJAZ55_000000904-948 |
| 138. | JNJAZ55_000003357 |
| 139. | JNJAZ55_000005743-48 |
| 140. | JNJAZ55_000005957-66 |
| 141. | JNJAZ55_000008893-8902 |
| 142. | JNJAZ55_000012423-30 |
| 143. | JNJAZ55_000015127-286 |
| 144. | JNJMX68_000003728-29 |
| 145. | JNJMX68_000004646-47 |
| 146. | JNJMX68_000004996-5044 |
| 147. | JNJMX68_000006792 |
| 148. | JNJMX68_000008982-9004 |
| 149. | JNJMX68_000011720-25 |
| 150. | JNJMX68-_000012745-49 |
| 151. | JNJMX68_000012858 |
| 152. | JNJMX68_000013019-20 |
| 153. | JNJMX68_000013464-66 |
| 154. | JNJMX68_000017401-43 |
| 155. | JNJMX68_000019698-99 |
| 156. | JNJN000294462 |
| 157. | JNJNL61_000000134-36 |
| 158. | JNJNL61_000002666-73 |
| 159. | JNJNL61_000006431-32 |
| 160. | JNJNL61_000008084-89 |
| 161. | JNJNL61_000014431-37 |
| 162. | JNJNL61_000020359 |
| 163. | JNJNL61_000029410-36 |
| 164. | JNJNL61_000052427 |
| 165. | JNJNL61_000061857 |
| 166. | JNJNL61_000063473 |
| 167. | JNJNL61_000064366-67 |
| 168. | JNJNL61_000079334-35 |
| 169. | JNJTALC000716827-45 |
| 170. | JNJTALC001190109-12 |
| 171. | JNJTALC001190275-80 |
| 172. | JNJTALC001911365-70 |
| 173. | LUZ000250 |
| 174. | LUZ000566-67 |
| 175. | LUZ001017-22 |
| 176. | LUZ001298-1303 |
| 177. | LUZ001326-27 |
| 178. | LUZ001441-44 |
| 179. | LUZ001719-20 |
| 180. | LUZ001873-76 |
| 181. | LUZ002733-51 |

182.    LUZ003202-03
183.    LUZ003204
184.    LUZ003264-67
185.    LUZ004656-65
186.    LUZ005090-91
187.    LUZ005109-10
188.    LUZ005118
189.    LUZ006056
190.    LUZ006507-09
191.    LUZ010145-48
192.    LUZ011817
193.    LUZ011963
194.    LUZ011964-65
195.    LUZ012006-18
196.    LUZ012031-32
197.    LUZ012732-33
198.    LUZ012863-64
199.    LUZ012865-66
200.    LUZ013053-55
201.    LUZ013093
202.    LUZ013094-95
203.    LUZ013367-87
204.    LUZ015111-12
205.    LUZ015663
206.    LUZ020182-86
207.    LUZ021921-29
208.    LUZ022044-50
209.    LUZ022207-08
210.    LUZ023843-35
211.    MBS-CRE Production of Documents 000240-41
212.    PCPC0017629
213.    PCPC0052415
214.    After your doctor or health care provider prescribes your ORTHO Diaphragm, 1998. (JANSSEN-000056-65)
215.    Agenda:  NTP Board of Scientific Counselors Report on Carcinogens (RoC) Subcommittee Meeting
216.    Akhtar, Ahamed, Khan, et al.  Cytotoxicity and apoptosis induction by nanoscale talc particles from two different geographical regions in human lung epithelial cells
217.    Akhtar, Kumar, Murthy, et al. The primary role of iron-mediated lipid peroxidation in the differential cytotoxicity caused by two varieties of talc nanoparticles on A549 cells and lipid peroxidation inhibitory effect exerted by ascorbic acid
218.    Alberg, et al. (2016) Socioeconomic status in relation to the risk of ovarian cancer in African-American women: a population-based case-control study
219.    AMA Analytical Services, Inc. - Certificate of Analysis - Job Name:  Task 3 - Analysis of Official Samples; Job Number:  CLIN 1 - Task 3
220.    American Board of Obestetrics and Gynecology, Inc. (ABOG), "Guide to

5

Learning in Gynecologic Oncology." Revised 4/2018.

221.     American Statistical Association Statement, March 7, 2016 - "American Statistical Association releases statement on statistical significance and p-values"

222.     Annie Yessian Report - Echeverria

223.     Armhein, et al. (2019) Retire Statistical Significance - Supplementary Information

224.     Bao Y, Bertoia ML, Lenart EB, et al. Origin, methods, and evolution of the three nurses' health studies. Am J Public Health. 2016;106(9):1573-1581. doi:10.2105/AJPH.2016.303338

225.     Barnhart, K., et al. "Baseline Dimensions of the Human Vagina." Human Reproduction Vol. 21, no. 6 (2006): 1618-22.

226.     Beral, et al. Collaborative Group on Hormonal Factors in Breast Cancer (2019) Type and timing of menopausal hormone therapy and breast cancer risk: Individual participant meta-analysis of the worldwide epidemiological evidence

227.     Berg v. Johnson & Johnson, Final Jury Instructions

228.     Berg v. Johnson & Johnson, Judgment

229.     Berg v. Johnson & Johnson, Verdict Form October 4, 2013

230.     Betti, M., et al. "Genetic Predisposition for Malignant Mesothelioma: A Concise Review." Mutat Res 781 (2019): 1-10.

231.     Bird, Steffen, Tran and Egilman (2021) A review of the talc industry's influence on Federal Regulation and scientific standards for asbestos in talc

232.     Borenstein M et al. Introduction to Meta-Analysis (2009)

233.     Bureau Veritas Letter re: Johnson's Baby Powder Finished Goods Lot #22318RB (Protocol INV-106924-002) Bureau Veritas Reference:  A1910246 (Preliminary Update/Results)

234.     California Safe Cosmetics Act 2005

235.     California State Cosmetics Program from the California Dept of Public Health - Occupational health Branch - Chemicals known or suspected to cause cancer or reproductive toxicity (P-31)

236.     Campion, Alan, Kenneth J. Smith, Alexey V. Fedulov, David Gregory, Yuwei Fan and John J. Godleski. "Identification of Foreign Particles in Human Tissue using Raman Microscopy." Anal Chem (2018).

237.     Cancer Prevention Coalition – May 13, 2008 Citizen's Petition to FDA seeking a cancer warning on cosmetic talc products

238.     Cancer Prevention Coalition – November 17, 1994 Citizen's Petition to FDA seeking carcinogenic labelling on all cosmetic talc products

239.     Carl v. J&J; Balderrama v. J&J - Defendants Johnson & Johnson, Johnson & Johnson Consumer Inc., and Imerys Talc America, Inc's joint memorandum of law in support of their motion to exclude plaintiffs' experts' general causation opinions

240.     CDC. "An Introduction to Applied Epidemiology and Biostatistics. Lesson 3: Measures of Risk, Section 5: Measures of Association." Principles of Epidemiology in Public Health Practice, Third Edition.

241.     Cesario, S - Powerpoint  "Feminine hygiene product use and the risk of ovarian cancer"

242.     Cesario, Sandra. PTT-Feminine hygiene product use and the risk of ovarian cancer (Unpublished).

243.     Committee on the State of the Science in Ovarian Cancer Research; Board on Health Care Services; Institute of Medicine; National Academies of Sciences, Engineering, and

6

Medicine. Ovarian Cancers: Evolving Paradigms in Research and Care

244.     Cormier (2011) Advancing FDA's regulatory science through weight of evidence evaluations

245.     Cramer, Daniel W. and Allison F. Vitonis. "Signatures of Reproductive Events on Blood Counts and Biomarkers of Inflammation: Implications for Chronic Disease Risk." PLoS ONE 12(2) (2017).

246.     Crowley M. (November 12, 2018) Rule 26 report of Michael M. Crowley, PhD regarding the fragrance chemical constituents in Johnson & Johnson Talcum Powder Products

247.     D. L. Longo, R. C. Young. Cosmetic talc and ovarian cancer (1979)

248.     D. L. Longo, R. C. Young. Letter to the Editor: Cosmetic talc and ovarian cancer (1979)

249.     Daniel Cramer Report - Echeverria

250.     Daniel Cramer Supplemental Report - Echeverria

251.     Daubert Order and Opinion, MDL No. 2738

252.     David Steinberg publications list

253.     David Steinberg signed verification Di Saia, P. J. (2015). Letter to Kathleen A. Frazier. Unpublished letter.

254.     David Steinberg, CV

255.     David Steinberg, expert report

256.     David Steinberg, FRAPS Exhibit 14: Statement of Michael M. Landa, J.D.

257.     Dawson, et al. (2018) Endometriosis and endometriosis-associated cancers: new insights into the molecular mechanisms of ovarian cancer development

258.     Defense Expert Reports from Blaes Case: DeSesso; Hoel; Di Saia; Muscat; Hopkins

259.     Deposition Exhibit of John Hopkins – 28 (November 5, 2018)

260.     Deposition Exhibit of Julie Pier – 47 (September 13, 2018)

261.     Deposition Transcript & Exhibits - John Hopkins, MDL No. 2738 (Aug. 16 – 17, 2018, Oct. 17, 2018, Nov. 5, 2018)

262.     Deposition Transcript & Exhibits - Joshua Muscat, MDL No. 2738 (Sept. 25, 2018)

263.     Deposition Transcript & Exhibits - Julie Pier, MDL No. 2738 (September 12 – 13, 2018)

264.     Deposition Transcript & Exhibits - Linda Loretz, MDL No. 2738 (July 17, 2018, Oct. 1 – 2, 2018)

265.     Deposition Transcript & Exhibits - Robert Glenn, MDL No. 2738 (Oct. 18, 2018)

266.     Deposition Transcript of Alice Blount, Ingham v. Johnson & Johnson, et al. (April 13, 2018)

267.     Deposition transcript, 10/19/2012 - John Hopkins

268.     Depositions and exhibits of All Defendants' Experts.

269.     Depositions and exhibits of All PSC experts.

270.     DerSimonian R, Laird N. Meta-analysis in clinical trials. Control Clin Trials. 1986;7(3):177-188. doi:10.1016/0197-2456(86)90046-2

271.     Ding, et al. (2019) Exposure to volatile organic compounds and use of feminine hygiene products among reproductive-aged women in the United States

272.     Doc. 11760, 11760-1, 11760-2, 11760-3 - Jan. 8, 2020 filing in USDC NJ - Letter re O'Brien article in JAMA

273.     Draft Screening Assessment Talc - Health Canada

274.     Echeverria v. Johnson & Johnson, et al. - Opinion, July 9, 2019

275.     Echeverria v. Johnson & Johnson, et al. - Trial Transcript - Jack Siemiatycki

276.     Educational Report of Thomas Dydek

277.     EFSA Science Committee (2017) Guidance on the use of the weight of evidence approach in scientific assessments

278.     Egilman, Madigan, Yimam, Tran (2020) Evidence that cosmetic talc is a cause of ovarian cancer

279.     Erickson BK, Conner MG, Landen CN Jr. The role of the fallopian tube in the origin of ovarian cancer. Am J Obstet Gynecol. 2013;209(5):409-414. doi:10.1016/j.ajog.2013.04.019

280.     Excerpts from S. Sharma Deposition

281.     Expert Report of Jack Siemiatycki, MSc, PhD – Oct. 4, 2016

282.     Expert Report of Laura M. Plunkett, PhD, DABT – Oct. 5, 2016

283.     Fair warning TalcDoc 15

284.     Fair warning TalcDoc 5 - Exhibit 113 (JNJNL91_000022019)

285.     FDA - Ingredients, Talc (Dec. 29, 2018)

286.     FDA Advises Consumers to Stop Using Certain Cosmetic Products

287.     FDA Authority Over Cosmetics April 6, 2015

288.     FDA Executive Summary "Preliminary Recommendations on Testing Methods for Asbestos in Talc and Consumer Products Containing Talc"

289.     FDA News Release - Baby powder manufacturer voluntarily recalls products for asbestos

290.     FDA Response to Citizen's Petition re: Docket Numbers 94P-0420 and FDA-2008-P-0309-00001/CP

291.     Federal Register – 81 FR 91722 – Banned Devices – Powdered Gloves

292.     Fletcher, N.M., Amy K. Harper, Ira Memaj, Rong Fan, Robert T. Morris, and Ghassan M. Saed. "Molecular Basis Supporting the Association of Talcum Powder Use with Increased Risk of Ovarian Cancer." Reproductive Sciences 1-10 (2019).

293.     Fortner, et al. (2019) Ovarian cancer risk factors by tumor aggressiveness: an analysis from the Ovarian Cancer Cohort Consortium

294.     Fox v. Johnson & Johnson, Trial Transcript

295.     Gabriel, et al. (2019) Douching, talc use and risk for ovarian cancer and conditions realted to genital tract inflammation

296.     Genofre, Marchi, Vargas. Inflammation and clinical repercussions of pleurodesis induced by intrapleural talc administration

297.     Godleski, J. J. (2015). Letter to R. Allen Smith, Jr. Unpublished letter.

298.     Goodman, Kerper, Prueitt, Marsh (2020) A critical review of talc and ovarian cancer

299.     Gossett, del Carmen. Use of powder in the gential area and ovarian cancer risk: examing the evidence; JAMA, 2020;323(1):29-31

300.     Grandi, et al. (2015) The association between endometriosis and ovarian cancer: preventive effect of inhibiting ovulation and menstruation during reproductive life

301.     Greenland S, Pearl J, Robins JM. Causal diagrams for epidemiologic research. Epidemiology. 1999;10(1):37-48. doi:10.1097/00001648-199901000-00008

302.     Greenland, Dose-Response and trend analysis in epidemiology: Alternatives to

categorical analysis

303.     Grundy, Ho, et al. (2019) Lifetime recreational moderate-to-vigorous physical activity and ovarian cancer risk: A case-control study

304.     Halme, et al. (1984) Retrograde Menstruation in healthy women and in patients with endometriosis

305.     Harper and Saed, SGO poster presentation annual meeting 2018 (Exhibit PSC_Saed 3).

306.     Harper, Fan, Majed, King, Morris and Saed. (Poster Session #297) Talcum powder induces malignant transformation of human primary normal ovarian epithelial cells but not human primary normal peritoneal fibroblasts

307.     Harrington, et al. (2019) New Guidelines for Statisical Reporting in the Journal, The New England Journal of Medicine

308.     Hassan, Fathy. "Can serum (CRP) levels estimate the outcome of talc pleurodesis in malignant pleural effusions?" - Abstract

309.     Health Canada Poster

310.     Health Canada, "Screening Assessment:  Talc (Mg3H2)SiO3)4)", Chemical Abstracts Service Registry Number 14807-96-6 (April 2021).

311.     Health Canada, "Draft Screening Assessment", Chemical Abstracts Service Registry Number 14807-96-6 (December 2018).

312.     Henley et al. (2019) Geographic co-occurrence of mesothelioma and ovarian cancer incidence

313.     Hopkins, J. (2015). Letter to Gene M. Williams. Unpublished letter.

314.     https://healthycanadians.gc.ca/recall-alert-rappel-avis/hc-sc/2018/68320a-eng.php

315.     https://www.jnj.com/media-center

316.     https://www.reuters.com/investigates/special-report/johnsonandjohnson-cancer/

317.     Hunn, Rodriguez. Ovarian cancer: Etiology, risk factors and epidemiology

318.     Institute of Medicine (IOM) Committee on the State of Science in Ovarian Cancer Research. Ovarian Cancers: Evolving Paradigms in Research and Care. The National Academies of Sciences, Engineering and Medicine. Washington (DC): National Academies Press (US), 2016.

319.     J&J's Daubert Motions, the PSC's Oppositions, and J&J's Replies, and supporting exhibits.

320.     John Godleski Report - Echeverria

321.     John Godleski Supplemental Report - Echeverria

322.     John J. Godleski, M.D. - Expert Report from Blaes Case

323.     Johnson & Johnson Consumer Inc. to voluntarily recall a single lot of Johnson's Baby Powder in the United States

324.     Johnson's Baby Powder - website, product description

325.     Jones, Lopez - Ch. 9 Gamete Transport and Fertilization, Human Reproduction

326.     Kemp Hearing Transcript - Douglas Weed

327.     Kesmodel (2018) Information bias in epidemiological studies iwht a special focus on obstetrics and gynecology

328.     Kunz et al. (1996) The dynamics of rapid sperm transport through the female gential tract: evience from vaginal sonography of uterine peristalsis and hysterosalpingoscinitgraphy

329.     La Vecchia, et al. (2017) Ovarian cancer epidemiology and risk factors

9

330.     Lauchlan (1994) The Secondary Mullerian System Revisited

331.     Leung, Grundy et al. (2019) Shift work patterns, chronotype and epithelial ovarian cancer risk

332.     Lheureux, Gourley, Vergote, Oza. Epithelial ovarian cancer

333.     Lloyd, Jillian, Naomi S. Crouch, Catherine L. Minto, Lih-Mei Liao, Sarah M. Creighton. "Female Genital Appearance: 'Normality' Unfolds." BJOG: an International Journal of Obstetrics and Gynaecology 112 (May 2005): 643-46.

334.     Longo, Rigler - Analysis of Johnson & Johnson Baby Powder & Valiant Shower to Shower talc products for amphibole (tremolite) asbestos, August 2017

335.     Longo, Rigler - Analysis Report MAS Project #14-1683 Johnson's Baby Powder Sample Set, April 2017

336.     Longo, Rigler – Expert Report In re: Talcum Power Prod. Liab. Litig., MDL No. 2738 (November 14, 2018).

337.     Longo, Rigler - TEM Analysis of historical 1978 Johnson's Baby Powder Sample for amphibole asbestos, February 2018

338.     Longo, Rigler, Egeland. MAS Project 14-1852: Below the Waist Application of Johnson & Johnson Baby Powder, September 2017

339.     Longo, William E. and Mark W. Rigler. "The Analysis of Johnson & Johnson's Historical Product Containers and Imerys' Historical Railroad Car Samples from the 1960's to the Early 2000's for Amphibole Asbestos", Supplemental Report, January 15, 2019.

340.     Longo, William E., and Mark W. Rigler. "The Analysis of Johnson & Johnson's Historical Product Containers and Imerys' Historical Railroad Car Samples from the 1960's to the Early 2,000's for Amphibole Asbestos," 2nd Supplemental Report dated February 1, 2019

341.     Making it up as he goes along: Paolo Boffetta, Italian Epidemiologist, distorts power line health risks - https://microwavenews.com/news-center/boffetta-post-truth.

342.     Mandarino et al. The effect of talc particles on phagocytes in co-culture with ovarian cancer cells, Environmental Research, 2020;180:108676

343.     Material Safety Data Sheet from Luzenac America, Inc. (Group 1)

344.     Material Safety Data Sheet from Luzenac America, Inc. (Group 3)

345.     Material Safety Data Sheet from Luzenac America, Inc.; Version 2.0, updated 2/26/09 (Group CAN)

346.     Material Safety Data Sheet from Luzenac America, Inc.; Version 45.0, updated 6/18/08 (Group 1)

347.     MBS Invoices – December 2007, April 2012, May 2013, July 2013, December 20013, January 2015, March 2015

348.     McDonald et al. Five case studies with correlative light and scanning electron microscopy, Am J Clin Pathol, 2019;XX:1-18

349.     McDonald, et al. (2019) Correlative polarizing light and scanning electron microscopy for the assessment of talc in pelvic region lymph nodes

350.     McDonald, et al. (2019) Magnesium/silicon atomic weight percent ratio standards for the tissue identification of talc by scanning electron microscopy and energy dispersive X-ray analysis

351.     Mossman, Brooke T. "Mechanistic in vitro studies: What They Have Told Us About Carcinogenic Properties of Elongated Mineral Particles (EMPs)." Toxicology and Applied Pharmacology 361 (2018): 62-67.

352.     Mossman, Brooke T. and Robert E. Glenn. "Bioreactivity of the Crystalline Silica

Polymorphs, Quartz and Cristobalite, and Implications for Occupational Exposure Limits (OELs)." Critical Reviews in Toxicology 43:8 (2013): 632-660.

353.     Mossman, Brooke T., et al. "New Insights into Understanding the Mechanisms, Pathogenesis, and Management of Malignant Mesotheliomas." The American Journal of Pathology 182, no. 4 (April 2013): 1065-77.

354.     MSDS Sheet, Version 2.0

355.     Muscat, J. E. (2015). Report on the Relationship between Hygienic Use of Talc and the Risk of Ovarian Cancer. Unpublished report.

356.     Nagle, et al. (2008) Endometrioid and clear cell ovarian cancers: a comparative analysis of risk factors

357.     NCI - Ovarian, Fallopian Tube, and Primary Peritneal Cancer Prevention (PDQ) - Health Professional Version

358.     Ness, R. B. (2015). Report on the question of whether genital talc use causes ovarian cancer. Unpublished report.

359.     Ness, R. Commentary "A plaintiff's witness in the baby powder case"

360.     Ness, R. Expert Report - Jacqueline Fox

361.     NPR Article Johnson & Johnson Pledges to Purge Controversial Chemicals April 16, 2015

362.     NTP "The Report on Carcinogens Tenth Edition - Factsheet"

363.     Nurse's Health Study Questionnaires

364.     O'Brien et al. Association of powder use in the genital area with risk of ovarian cancer- Supplementary Materials

365.     O'Brien et al. Genital powder use and risk of ovarian cancer: a pooled analysis - ASPO Abstracts

366.     O'Brien et al. Perineal talc use, douching, and the risk of uterine cancer (2019)

367.     Omiecinski, C. J. (2015). Opinion on the Relationship Between Chronic Perineal/Genital Exposures to Cosmetic Talc and Ovarian Cancers: Mechanistic Aspects and Biological Plausibility Unpublished report.

368.     Osann, K. (2016). Report on Perineal Talc Exposure and Risk of Ovarian Cancer. Unpublished report.

369.     Peres, Lauren C., et al. "Analgesic Medication Use and Risk of Epithelial Ovarian Cancer in African American Women." British Journal of Cancer no. 114 (2016): 819-25.

370.     Personal Care Products Council Letter – July 21, 2009 to FDA re: Comments to FDA Citizen's Petition to the Commissioner of the Food and Drug Administration Seeking a Cancer Warning on Talc Products

371.     Photographs of Johnson's Baby Powder

372.     Photographs of Shower to Shower

373.     Pike, Malcom C., et al. Hormonal Factors and the Risk of Invasive Ovarian Cancer: a Population-Based Case-Control Study. Fertility and Sterility vol. 82, no. 1 (2004): 186-195.

374.     Porta M. A dictionary of epidemiology, 5th Edition. (2006)

375.     PSC's Daubert Motions, J&J's Oppositions, and the PSC's Replies, and supporting exhibits.

376.     Psooy, Karen and Jason P. Archambault. "Vaginal Entrapment of Bathwater: A Source of Extra-Urethral Incontinence." Can Urol Assoc J Vol. 4, no. 5 (2010): E123-26.

377.     Qiao, Yang et al. (2018) Associations between aspirin use and the risk of cancers:

a meta-analysis of observational studies

378.    Rasmussen CB, Jensen A, Albieri V, Andersen KK, Kjaer SK. Is pelvic inflammatory disease a risk factor for ovarian cancer? Cancer Epidemiol Biomarkers Prev. 2017;26(1):104-109. doi:10.1158/1055-9965.EPI-16-0459

379.    Rasmussen, C. B., et al. "Pelvic Inflammatory Disease and the Risk of Ovarian Cancer and Borderline Ovarian Tumors: A Pooled Analysis of 13 Case-Control Studies." Am J Epidemiol. 185, no. 1 (2017): 8-20.

380.    Riham Sheble, Shabina Khatri. DOHA News - Johnson's baby powder of Qatar shelves after US cancer lawsuit verdict

381.    Risk Management Scope - Talc - Health Canada

382.    RJ Lee Letter and Report re:  Analysis of Submitted talc samples RJ Lee Group Project Number TLH910472

383.    RJ Lee Letter and Report re:  Incidence Report, RJ Lee Group Project Number TLH910472

384.    RJ Lee Letter and Report re: INV-106924-003, RJ Lee Group Project Number TLH910477

385.    Roe. Controversy: Cosmetic talc and ovarian cancer (1979)

386.    Rosenthal, G - Expert Report from Blaes Case: "Opinion on Relationships Between the Toxicology of Cosmetic Talc and the Pathogenesis of Ovarian Cancer"

387.    Rosenthal, G. J. (2015). Opinion on Relationships Between the Toxicology of Cosmetic Talc and the Pathogenesis of Ovarian Cancer. Unpublished report.

388.    Rothman, Pastides, Samet. (2000) Interpretation of epidemiologic studies on talc and ovarian cancer

389.    Rothman. Six Persistent Research Misconceptions

390.    Rule 26 Reports of All Defendants' Experts.

391.    Rule 26 Reports of All PSC experts.

392.    Saavalainen, et al. (2018) Risk of gynecologic cancer according to the type of endometriosis

393.    Sandler DP, Hodgson ME, Deming-Halverson SL, et al; Sister Study Research Team. The Sister Study: baseline methods and participant characteristics. Environ Health Perspect. 2017;125 (12):127003. doi:10.1289/EHP1923

394.    Savant, S., Shruthi Sriramkumar and Heather M. O'Hagan. "The Role of Inflammation and Inflammatory Mediators in the Development, Progression, Metastasis, and Chemoresistance of Epithelial Ovarian Cancer." Cancers 10:251 (2018).

395.    Sister Study Baseline Data Collection Questionnaires

396.    Sister Study Follow up Data Collection Questionnaires - 4th follow up

397.    Slemp v. Johnson & Johnson, et al., Trial Transcript

398.    Slomovitz, de Haydu, Taub, Coleman, Monk (2020) Asbestos and ovarian cancer: examining the historical evidence

399.    Smith-Bindman R, Poder L, Johnson E, Miglioretti DL. Risk of Malignant Ovarian Cancer Based on Ultrasonography Findings in a Large Unselected Population. JAMA Intern Med. 2019 Jan 01; 179(1):71-77.

400.    Society of Gynecologic Oncology News - 10/28/2019

401.    Steffen et al. Serous Ovarian Cancer caused by exposure to asbestos and fibrous talc in cosmetic talc powders - a case series, JOEM, 2020; 62(2):e65-e77

402.    Stoiber, Fitzgerald, Leiba (2020) Asbestos contamination in talc-based cosmetics

403. Summary Minutes of the NTP Board of Scientific Counselors Report on Carcinogens (RoC) Subcommittee Meeting

404. supplementary online content

405. Taher et al (2018) Systematic review and meta-analysis of the association between perineal use of talc and risk of ovarian cancer

406. Taher et al (2018) Systematic review and meta-analysis of the association between perineal use of talc and risk of ovarian cancer - supplementary material

407. Taher, et al, Systematic Review and Meta-Analysis of the Association Between Perineal Use of Talc and Risk of Ovarian Cancer - supplementary material (2019)

408. Talc - Canada Plain Language Summary - Health Canada

409. Talc - Information Sheet - Health Canada

410. Talc - Potential Risk of Lung Effects and Ovarian Cancer - Health Canada

411. Talc Removed from 12th RoC- The Rose Sheet October 24, 2005

412. Task Force on Scientific Risk Assessment - Weight of Evidence: General principles and current applications at Health Canada (2011)

413. Taskin, Salih, et al. "Malignant Peritoneal Mesothelioma Presented as Peritoneal Adenocarcinoma or Primary Ovarian Cancer: Case Series and Review of the Clinical and Immunohistochemical Features." Int J Clin Exp Pathol 5, no. 5 (2012): 472-78.

414. Trabert B,Waterboer T, Idahl A, et al. Antibodies against chlamydia trachomatis and ovarian cancer risk in two independent populations. J Natl Cancer Inst. 2019;111(2):129-136. doi:10.1093/jnci/djy084

415. Trabert B. Body power and ovarian cancer risk—what is the role of recall bias? Cancer Epidemiol Biomarkers Prev. 2016;25(10):1369-1370. doi:10.1158/1055-9965.EPI-16-0476

416. Trabert, Britton, et al. Aspirin, Nonaspirin Nonsteroidal Anti-Inflammatory Drug, and Acetaminophen Use and Risk of Invasive Epithelial Ovarian Cancer: A Pooled Analysis in the Ovarian Cancer Association Consortium. JNCI: Jour Natl Cancer Inst no. 106, no. 2 (May 31, 2018).

417. Tran, et al (2019) Talc, asbestos and epidemiology: corporate influence and scientific incognizance

418. Vitonis et al. (2011) Assessing ovarian cancer risk when considering elective oophorectomy at the time of hysterectomy

419. Wang, et al. (2016) The association between endometriosis, tubal ligation, hysterectomy and epithelial ovarian cancer: meta-analysis

420. Washington Post Live Transcript:  Chasing Cancer

421. WCD000254-55

422. Weed, Douglas. A Report Regarding General Causation and an Evaluation of the Reliability and Validity of the Plaintiffs' Experts' Reports Designated for the Plaintiff, Lori Oules (Feb. 1, 2017)

423. Wehner, A.P. Biological Effects of Cosmetic Talc. Fd Chem. Toxic 32, no. 12 (1994): 1173-84.

424. Wentzensen et al. (2016) Ovarian cancer histologic subtypes

425. WHMIS Classification for Talc, non fibrous - CNESST; CAS Number:  14807-96-6

426. Wright, Jason D. "What is New in Ovarian Cancer?" Obstet Gynecol 132 (2018): 1498-99.

427.     Xue X, Kim MY, Gaudet MM, et al. A comparison of the polytomous logistic regression and joint cox proportional hazards models for evaluating multiple disease subtypes in prospective cohort studies. Cancer Epidemiol Biomarkers Prev. 2013;22(2):275-285. doi:10.1158/1055-9965.EPI-12-1050

428.     Zervomanolakis, Ott et al. (2007) Physiology of upward transport in the human female genital tract

# EXHIBIT C

## PRIOR DEPOSITION AND TRIAL TESTIMONY OF
## JACK SIEMIATYCKI, MSc, PhD

**Deposition Testimony**

1. Superior Court of the District of Columbia, Lori Oules v. Johnson & Johnson, et al., Civil Action No. 2014 CA 88327 B, December 15 and December 16, 2016.

2. US District Court, New Jersey, *In re Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation,* MDL No. 3:16-md-2738, January 31, 2019, September 15, 2021, March 27, 2024

**Trial Testimony**

1. Trial Testimony, *Eva Echeverria v. Johnson & Johnson, et al.,* BC628228, CA JCCP No. 4872), August 3, August 4, and August 7, 2017.

Exhibit 19

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>***THIS DOCUMENT RELATES TO***:<br>*All Cases* | **MDL NO. 16-2738 (FLW) (LHG)** |

**THIRD AMENDED EXPERT REPORT OF**
**REBECCA SMITH-BINDMAN, MD**

Date:   May 28, 2024

_____
Rebecca Smith-Bindman, MD

**The Relationship Between Exposure to Perineal Talc Powder Products and Ovarian Cancer**


**Third Amended Expert Report**
**May 2024**



Rebecca Smith-Bindman, MD
Professor Epidemiology and Biostatistics,
Obstetrics, Gynecology and Reproductive Science
Director, Radiology Outcomes Research Lab
University of California San Francisco

**Table of Contents**

*I. Executive Summary* .................................................................................................... *3*

*II. Qualifications* ........................................................................................................... *4*

*III. Background: Ovarian Cancer and Talc as a Modifiable Risk Factor* ........................ *7*

*IV. Overview of Publications on Genital Use of Talc Powder Products and Ovarian Cancer* ............. *15*

*V. Health Canada Screening Assessment (2021)* ........................................................ *32*

*VI. Summary of the Epidemiology Data, Association Between Talcum Powder Products and Ovarian Cancer* ........................................................................................ *32*

*VII. Other Relevant Factors* .......................................................................................... *32*

*VIII Consideration of Causality of Talc Powder Products and Ovarian Cancer: Bradford Hill Analysis* ............................................................................................... *33*

*IX Bradford Hill - Summary:  Consideration of Causality of Talc Powder Products and Ovarian Cancer* ............................................................................................. *38*

*X Conclusion* ............................................................................................................... *38*

**I. Executive Summary**

Substantial evidence supports a strong positive statistically significant association between ovarian cancer and genital exposure to talcum powder products. Regular exposure to talcum powder products causes ovarian cancer in some women. Talc is a naturally occurring mineral used in cosmetic products because of its desirable chemical properties such as being soft and absorbent. Women who have had regular exposure of the genitals (specifically the perineal region from the pubic area to the anal area) to talcum powder products are at increased risk of developing invasive ovarian cancer, in particular serous cancer, the most common and most lethal form of ovarian cancer. In the United States, a substantial portion of women report having ever used talc powder products at some point in their life, and the most commonly reported frequency of talcum powder product use is daily. Women who use talcum powder products regularly significantly increase their risk of developing ovarian cancer.

I was asked to review the medical and scientific literature regarding the relationship between genital talcum powder product use and ovarian cancer and determine whether the relationship is causal. For this report, and the analyses it contains, I applied the same methodology with the same scientific rigor that I use in my research and clinical practice. I reviewed 49 relevant publications presenting scientific data on the association between ovarian cancer and exposure to talc powder products including 4 cohort studies (5 publications), 11 systematic reviews, 4 studies that pooled data from multiple individual studies, and 30 case-control studies (one study contributes to two categories). I also read numerous detailed and comprehensive review articles on ovarian cancer and gynecology and carcinogenesis such as completed by Health Canada, systematic reviews on related topics such as those completed by the International Agency on Research on Cancer (IARC) on asbestos and talcum powder, and innumerable research and review articles that focused on in vitro studies that elucidate key biological aspects of cancer development and progression that would be promoted through exposure to talcum powder products. I also completed my own review of the published literature specifically focused on the regular use of talcum powder products and risk of ovarian cancer and that prompted a new systematic review with a focus on women who are frequent users of talcum powder products.

After reading, evaluating, and summarizing these publications, in my expert opinion, I believe, and do not have any uncertainty, that regular exposure to talcum powder products increases a woman's chance of developing epithelial ovarian cancer. In my expert opinion, regular exposure to talcum powder products causes ovarian cancer in some women. My review of the studies and systematic reviews published since my prior reports reaffirm my opinions.

Quantifying the magnitude of the association is more difficult than establishing the association. The magnitude of the association will vary by demographic factors, reproductive factors, and whether women have other underlying ovarian cancer risk factors and exposures. With that caveat, **it is my opinion that women exposed to perineal talc powder products on a regular basis have about a 50% increase in their subsequent risk of developing invasive serous ovarian cancer**, compared to women who do not regularly use talc and even after accounting for other ovarian cancer risk factors. This assessment is supported by existing publications and my own systematic quantitative review addressing exposure to talc powder products as a risk factor for ovarian cancer. Talcum powder exposure is most clearly demonstrated to be associated with serous cancer and other epithelial cancer subtypes (in particular, clear cell and endometrioid carcinoma), but because these other cancers are less common, and because fewer studies have evaluated these cancers in sufficient numbers, quantifying the associations is more difficult. In my opinion, this risk is likely overall in approximately the same range as for serous cancer.

3

The epidemiological evidence documents a strong, positive association between exposure to talcum powder products and ovarian cancer and that regular exposure causes ovarian cancer. The epidemiological evidence does not provide the mechanism by which talc powder products increase ovarian cancer risk, nor does it confirm the specific component in talcum powder products that makes them carcinogenic- asbestiform talc, platy talc, asbestos, heavy metals and fragrances may all play a role. Nonetheless, the literature that I reviewed identified and strongly supported plausible biological mechanisms. Specifically, that exposure to talcum powder products leads to chronic inflammation and that the inflammation induces a strong biological response that results in the induction, promotion, and growth of cancer, along with inhibition of mechanisms that ordinarily control cell proliferation but are altered by talcum powder. Recent studies demonstrated in normal and ovarian cancer cell lines that talcum powder induces inflammation and alters the redox balance favoring a prooxidant state by inducing specific mutations in key oxidant and antioxidant enzymes, thereby explaining a mechanism by which talc can induce and promote ovarian cancer. Further, there is evidence that several highly carcinogenic agents are components of the talcum powder products. (Longo & Rigler report 2019) These include asbestos (present in many talc powder product samples based on recent testing) and asbestiform talc fibers (present in essentially all tested talc powder product samples), each classified as Group 1 human carcinogens by the International Agency for Research on Cancer (IARC ). Lastly, I have seen evidence that talcum powder products contain numerous heavy metals such as, nickel, chromium, (Group 1 carcinogens) and cobalt (Group 2 carcinogen) according to IARC. These components are carcinogenic (cause cancer) and can contribute to the carcinogenicity of talcum powder products.  Observational and experimental data confirm that talcum powder product particles applied to the perineum can reach the fallopian tubes and ovaries through the vagina, supporting that talc and asbestos particles/fibers applied to the perineum can deposit on the fallopian tubes and ovaries. Surgery that impedes the movement of particles from the perineum to the ovaries such as hysterectomy (uterine removal) or tubal ligation (tying or blocking the fallopian tubes to the ovaries), reduces the elevated risk of ovarian cancer. (Taher, 2019). This finding supports that local tissue response and inflammation in the fallopian tubes and/or ovaries from talcum powder products (with components), as well as cellular changes that are initiated in response to talc, causes the elevated ovarian cancer risk.

In summary, **from my review of the scientific literature, it is my opinion that genital exposure to talcum powder products is an actionable and causative risk factor for ovarian cancer.** As a physician involved in women's health issues, I view talcum powder usage as a modifiable "lifestyle" risk factor that should be avoided because of the substantial risk to health and lack of therapeutic benefit.  An elevated risk of 50% is significant and results in a large number of unnecessary ovarian cancers given the large number of women exposed. Depending on estimates of how many women regularly use talcum powder products, between 5% and 23% of all ovarian cancers are likely caused by the use of talcum powder products. These cancers can be prevented if women do not use talcum powder products.

**II. Qualifications**

Education and Employment
I am a professor of Epidemiology and Biostatistics, Obstetrics, Gynecology and Reproductive Medicine, and Health Policy at the University of California San Francisco (UCSF) School of Medicine and am the Director of the Radiology Outcomes Research Laboratory (RORL). I graduated from Princeton University with honors with a degree in structural engineering (with combined majors in engineering and architecture) and attended UCSF medical school. My training after medical school included an internship, radiology residency, and clinical fellowship in women's health and a research fellowship in epidemiology and biostatistics in the UCSF Departments of Medicine and Epidemiology and Biostatistics.

I am a clinician-scientist. My clinical work for the majority of my career included one day a week working clinically in the Department of Radiology and Biomedical Imaging, with a focus on women's health imaging in the ultrasound section. A large proportion of the work in ultrasound is focused on the diagnosis of ovarian disease (cancer and other functional issues). I run the UCSF Radiology Outcomes Research Lab, spending most of my time on clinical research and leading large epidemiological studies. I teach in the UCSF School of Medicine to first- and fourth-year students and in courses based in the Department of Epidemiology and Biostatistics.

Research Expertise
My research expertise is in epidemiology, outcomes research, comparative effectiveness, health services research, and dissemination and implementation sciences. My epidemiological studies have evaluated the quality, use, accuracy, predictive value, and impact of diagnostic testing on patient health. I have measured the risks and benefits of medical imaging in different contexts and different populations. Much of the research is in women's health, including diagnoses of cancers including ovarian, endometrial, thyroid and breast. I have led many large, multi-institutional NIH or other federally funded research projects. These projects are typically collaborative, involving researchers and clinicians with diverse expertise including radiology, obstetrics and gynecology, medicine, biostatistics, epidemiology, economics, demography, social sciences, medical informatics, radiation science, and dissemination and implementation science.

I have been a prolific researcher. I have led projects funded by more than 60 million dollars in research grants—almost entirely focused on cancer diagnosis and cancer prediction. The research has been published in the most prestigious medical journals including the *New England Journal of Medicine*, *Annals of Internal Medicine*, *Journal of the American Medical Association*, *Journal of the American Medical Association Internal Medicine*, *Journal of the National Cancer Institute*, *Obstetrics and Gynecology*, and the leading radiology specialty journals such as *Radiology* and *Journal of the American College of Radiology*.

Knowledge of Relevant Study Designs
Several of my published studies have been systematic, meta-analytic, quantitative reviews of the published literature. Meta-analyses review existing evidence on a topic and summarize and quantitatively re-analyze data from earlier studies. My systematic reviews have focused on the diagnoses of endometrial cancer, breast cancer, and a range of birth defects including trisomy 21 (Down syndrome) and trisomy 18 (Edwards Syndrome). Many of my reviews were published in prestigious medical journals, reflecting their scientific rigor based on an in-depth understanding of how to combine and review results from different studies in a scientifically valid and reproducible way.

Several of my recent research projects quantified the variation in radiation dose associated with medical imaging and the expected impact of this variation on cancer outcomes. This work has brought attention to the need for better standards in medical imaging. I have led and am now completing two large, multi-institutional epidemiological projects on medical radiation funded by the National Institutes of Health. One project involves collected radiation dose measures associated with computed tomography (CT) imaging from more than 165 hospitals and imaging facilities in the United States, Europe, and Asia and tested the impact of providing feedback and education to radiologists on average and high doses. The second project is a multinational epidemiological study on childhood cancer. This project is assessing the risk of cancer associated with medical imaging among around 3 million children and 1 million pregnant patients after accounting for a range of other cancer risk factors. The study will be the first to quantify the risk of medical imaging including CT among a large group of patients and uses novel methods to accurately estimate radiation dose from imaging. I am also

5

currently completing a large, randomized trial to understand the best strategy for the surveillance of pulmonary nodules.

I have expertise in a range of research study designs. The projects I currently lead (each funded by the National Institutes of Health or the Patient-Centered Outcomes Research Institute for between 9 - 15 million dollars each) have designs selected to be appropriate for the research question. For example, the study assessing the risk of cancer from medical imaging uses a *case-control study design*, *in which data are collected on a group of patients and those with a condition (cases), are matched to similar patients without the condition (controls)*. Matching people with a disease to people of similar age, gender, and other factors who do not have the disease allows researchers to determine if circumstances such as exposure to a potential toxin influence disease development.

My project on medical imaging and medical radiation uses a *cohort design*, *comparing groups of people (cohorts) in a population, some exposed to a potential disease agent and some not exposed*, to see if the agent influences disease. My study on reducing radiation doses from CT uses a *randomized controlled design*, *in which individual patients are randomly assigned to different treatments* so their effectiveness can be compared. I am studying lung nodules using a *cluster-randomized controlled trial design that randomly assigns groups of people in similar circumstances (for example because they all see the same doctor) to different treatments* so the effects of the treatments can be compared.

I have a deep understanding of how epidemiological studies are conducted. I understand what study designs are suitable to particular datasets, populations, and research questions and the advantages and disadvantages of each design. This is relevant as no single study design is "best;" there are strengths and weaknesses of each. The most appropriate and valid study design varies based on the research question being asked.

Experience as a Medical Expert
For the National Academy of Medicine, I have contributed to several reports, including Saving Women's Lives (2004), Improving Mammographic Quality Standards (2005), and Breast and the Environment: A Life Course Approach (2012), for which I wrote a review on the association between radiation exposure and breast cancer (Appendix). In addition to this research, I am actively involved in raising awareness of the need for better standards and greater safety around medical imaging, in particular related to radiation exposure. I have spoken at the US Food and Drug Administration, testified before the US Congress on several occasions, and worked with leading professional societies to focus attention on improving medical imaging safety.  I have written several quality measures on radiation dose adopted by the National Quality Forum and developed educational tools to help physicians and patients understand the importance of minimizing radiation exposure from imaging.

Prior to providing my opinions on the association between talcum powder products and ovarian cancer, I had not reviewed the relevant literature and had not published in this area. As a result, I brought an unbiased perspective to my review. This report reflects my review of medical and scientific publications in this area (overviews and scientific studies) and review of documents shared with me by the lawyers who engaged me for this task.

**III. Background: Ovarian Cancer and Talc as a Modifiable Risk Factor**

Ovarian Cancer

Ovarian cancer is the seventh most common cancer in women and the fifth leading cause of cancer deaths in the United States.(Torre et al. 2018)  In 2023, 19,710 women are expected to receive a new diagnosis of ovarian cancer and 13,270  women will die from it. (American Cancer Society 2023) Overall, about 1 in 78 women (1.3%) will be diagnosed with ovarian cancer in their lifetime and around 1 in 108 will die of it. In 2020, 236,511  women were living with ovarian cancer. (SEER Cancer Statistics Review 2020) Most cases occur among older women; the median age at diagnosis is 62, although this varies by ovarian cancer type. (SEER Cancer Statistics Review 2018) Ovarian cancer is frequently diagnosed at a late stage, when a cure is unlikely. Because so many ovarian cancers are diagnosed at a late stage, the overall mortality rate is high, and the overall 5-year survival is poor. With the poor prognosis and absence of a reliable screening test to find ovarian cancer early, it is a highly feared cancer for women and their physicians alike.

Histologic types Cancers are classified by histologic type, meaning the type of cells that are involved. Understanding ovarian cancer histologic types is important because the risk factors, etiology and genetics of ovarian cancer can vary by histological type. Therefore, the importance of talcum powder products as a risk factor or cause can also vary by type. Ovarian cancers (epithelial and non-epithelial) are a heterogeneous group of malignancies that vary in their pathological appearance, molecular biology, risk factors, etiology, and prognosis. (Torre et al. 2018) Epithelial ovarian cancers have several histologic types; most fall into a small group of more common types including serous, endometrioid, clear cell and mucinous. About 90% of ovarian cancers are epithelial (meaning they arise from cells on the surface of the ovary or fallopian tube) and the most common type of epithelial cancer is serous carcinoma. Serous is not only the most common type of ovarian cancer, it is also the most lethal type of ovarian cancer. Further, it is the type of cancer that pathologists can most consistently, reliably, and reproducibly diagnose. Thus, epidemiological studies will have the greatest ability to document a clear association between serous ovarian cancer types and talcum powder products if a connection exists. It is also the subtype that has been studied most from a molecular and pathologic research standpoint.

My research group reported on the ultrasound appearance of ovarian cancers among a large cohort

| Table 1. Histologic Types of Ovarian Cancers Diagnosed Over 15 Years at the KP Washington (JAMA Internal Medicine) | | |
|---|---|---|
| **Histologic Type** | **Number** | **Percent of Total Cancers** |
| Papillary serous cystadenocarcinoma | 52 | 36.6 |
| Endometrioid carcinoma | 17 | 12.0 |
| Serous cystadenocarcinoma | 15 | 10.6 |
| Clear cell adenocarcinoma | 12 | 8.5 |
| Adenocarcinoma, NOS | 11 | 7.7 |
| Mucinous adenocarcinoma | 7 | 4.9 |
| Mixed cell adenocarcinoma | 3 | 2.1 |
| Serous surface papillary carcinoma | 3 | 2.1 |
| Granulosa cell tumor | 3 | 2.1 |
| Carcinoma, not otherwise specific | 2 | 1.4 |
| Mucinous cystadenocarcinoma | 2 | 1.4 |
| Mucinous cystic tumor of borderline | 2 | 1.4 |
| Carcinoma in situ | 1 | 0.7 |
| Squamous cell carcinoma | 1 | 0.7 |
| Papillary adenocarcinoma | 1 | 0.7 |
| Papillary serous cystadenoma, borderline | 1 | 0.7 |
| Adenocarcinoma with squamous meta | 1 | 0.7 |
| Granulosa cell tumor, malignant | 1 | 0.7 |
| Endometrial stroma sarcoma | 1 | 0.7 |
| Mullerian mixed tumor | 1 | 0.7 |
| Carcinosarcoma | 1 | 0.7 |
| Carcinosarcoma, embryonal | 1 | 0.7 |
| Teratoma, malignant | 1 | 0.7 |
| Astrocytoma | 1 | 0.7 |
| Marginal zone B-cell lymphoma | 1 | 0.7 |
| **Total** | **142** | **100** |
| **Summary** | | |
| Serous carcinoma | 70 | 49.3 |
| Endometroid carcinoma | 17 | 12.0 |
| Clear cell carcinoma | 12 | 8.5 |
| Mucinous carcinoma | 9 | 6.3 |

of women. The purpose of this cohort study was to quantify the risk of malignant ovarian cancer based on ultrasound findings. We described 142 new ovarian cancer cases in a population of 500,000 women enrolled in Kaiser Permanente Washington, an integrated health plan, between 1997 and 2008, including 72,093 women who underwent pelvic ultrasound. The distribution of cancer histological types is in Table 1. Serous carcinoma was the most common cancer type: In our cohort, it was 50% of the ovarian cancers. Serous carcinoma has the worst prognosis of the ovarian cancer types. Its high frequency and poor prognosis contribute to the high mortality rate for ovarian cancer overall. The other common histological types of ovarian cancer were endometrioid (12% in our data), clear cell (8.5% in our data), and mucinous (6.3% in our data). (Smith-Bindman et al. 2019)

Ovarian cancer types have large differences in stage of diagnosis (a strong predictor of survival) and prognosis independent of stage. The 5-year survival by histological type is in Table 2. Serous cancer is the most frequent and most aggressive, with an overall 5-year survival of 43% as compared with 82% for endometrioid. The survival is strongly influenced by stage at diagnosis, with higher stage numbers indicating more advanced stage. (Torre et al., 2018) Most serous carcinomas are diagnosed at stage III (51%) or IV (29%) (Figure 1), (SEER Cancer Statistics Review) for which 5-year survivals from the most recent data were 42% and 26%, respectively. These data reflect the aggressive nature of serous cancer. (Torre et al. 2018) In contrast, the majority (58% to 64%) of endometrioid, mucinous, and clear cell carcinomas are diagnosed at stage I, similar to nonepithelial tumors (Figure 1) . Consequently, the 5-year survivals are 82%, 71%, and 66%, respectively, for endometrioid, mucinous, and clear cell carcinoma. Thus, these cancers behave very differently, even though all are ovarian epithelial cancers.

**Table 2. Percent of Women Surviving 5 Years After Diagnosis by Epithelial Ovarian Cancer Type. Data From 2008–2013.**

|  | All epithelial types | Serous | Endometrioid | Mucinous | Clear cell | Sex cord-stromal | Germ cell |
|---|---|---|---|---|---|---|---|
| **Stage** |  |  |  |  |  |  |  |
| **All** | 47 | 43 | 82 | 71 | 66 | 88 | 94 |
| **Stage I** | 89 | 86 | 95 | 92 | 85 | 98 | 99 |
| **Stage II** | 71 | 71 | 84 | 69 | 71 | 84 | 93 |
| **Stage III** | 41 | 42 | 59 | 30 | 35 | 61 | 90 |
| **Stage IV** | 20 | 26 | 29 | 13 | 16 | 41 | 69 |

**Figure 1. American Joint Committee on Cancer Sixth Edition Stage Distribution (%) for Ovarian Cancer by Histology, US, 2007-2013, SEER 18 Registries, NCI, 2017. This shows that serous cancers are more likely to be diagnosed at state III, IV (green and teal), compared with other tumor types.**

This summary reflects our current knowledge about ovarian cancer histologic types and their associated prognoses. As research results are reported, our knowledge will evolve. For example, recent studies suggest we need to improve our ability to distinguish between high-grade serous and endometrioid carcinomas. Other results suggest that many ovarian mucinous carcinomas are actually gastrointestinal tumors that metastasized to the ovaries and this realization is affecting the reported rates of ovarian mucinous carcinomas (which are declining). (Torre et al. 2018, Yang

et al. 2013, Lee et al. 2003) The categorization of noninvasive tumors classified as borderline is also under investigation and a topic of discussion in the field. These noninvasive tumors have historically been considered in the spectrum of ovarian cancer that have less aggressive behavior. However, many previously described borderline cancers are now generally considered non-malignant.

In summary, when assessing the carcinogenicity of talcum power products, this should focus on invasive serous carcinoma as the most important cancer (based on prognosis) and the most reliable cancer to identify (based on histology and understanding of cancer behavior).

Additionally, over the last decade, there has been a growing of body of research suggesting that many ovarian cancers originate from cells in the distal portion of the fallopian tube. Because the pathogenesis, treatment, and prognosis of serous cancers of the fallopian tube, ovary, and peritoneum are similar, these are now typically considered as a single entity. (Lee et al. 2003) This consideration applies to the association with talcum powder product usage discussed in this report.

Risk Factors

Understanding ovarian cancer risk factors is important because analyzing the impact of talcum powder products exposure must consider *covariates, or other characteristics* that a woman might have that might also influence her ovarian cancer risk such as age, inherited genetic mutations, reproductive factors, or family history of cancer. Every risk factor does not have be considered to come to a valid conclusion; indeed, this is not realistic within the limitations of medical research, and the bias introduced by the exclusion or some risk factors will be small. However, crude analyses that look at the risk of ovarian cancer from talcum powder products without adjusting for any other risk factors must be considered cautiously. For that reason, statistical analyses of research results often adjust for *confounding factors or variables that are covariates that hinder accurate calculation of an association,* for example between talcum powder products and ovarian cancer.

Numerous risk factors are identified for ovarian cancer. (Lhereux 2019, IOM 2016, Mallen 2018) Unfortunately, few can be modified by therapies or lifestyle changes. Risk factors vary by histologic type (Wentzensen 2016) but those that increase risk of ovarian cancer include personal or family history of ovarian or breast cancer, inherited mutations including BRCA1 and BRCA2 (Bolton 2012, Weissman 2012, Hunn and Rodriguez 2012, Pal 2012, Gayther and Pharoah 2010) advanced age, white race, increased education, and endometriosis. Other factors that may increase ovarian cancer risk due to estrogen exposure include having no pregnancies or advanced age at first birth, obesity, and postmenopausal hormone therapy.(Lacey 2006, Trabert 2012, Lahmann 2010) Several factors are associated with reduced risk for ovarian cancer including breast feeding, multiple pregnancies, use of oral contraception, tubal ligation, and removal of uterus, fallopian tubes, or both. (Jordan 2010, Garg 1998, Lacey 2002, Seidman and Kurman 2002, Faber 2013; Taher 2019). Smoking is a possible risk factor for ovarian cancer, primarily mucinous subtype, although study results have not been consistent. (Faber 2013, Wentzensen 2016)

Risk factors vary by cancer type. For example, serous cancer is more strongly associated with reproductive risk factors than mucinous tumors (Risch 1996, Purdie 1995, Purdie 2003) and different histologic types have different molecular and genetic profiles. (Kurian 2005, Gates 2010, Gilks 2010) Serous tumors are more likely to have a cancer-promoting mutation in the p53 gene, whereas similar KRAS mutations are more common in mucinous tumors. Over time, the occurrence of ovarian cancer has changed, in part due to changes in risk factors. For example, small declines in the rates of endometrioid and serous cancer are attributed to declining use of hormone replacement among postmenopausal women.

Etiology: Origins, Causes, Development, and Inflammation

Our understanding of the etiology and course of ovarian cancer continues to evolve. (Lhereux 2019, Mallen 2018; IOM 2016) Hereditary genetic predisposition increases risk, but overall, accounts for only a small proportion of cancers. And even in women with hereditary genetic mutations, not all will develop ovarian cancer. The majority of ovarian cancers are now believed to arise in the distal portion of the fallopian tube. By convention, fallopian tube, ovary, and peritoneal cancers are considered as a single entity. The most widely accepted mechanism for initiation, promotion and progression of ovarian cancer is tissue inflammation leading to a series of responses that result in cancer.

There is very clear and extensive scientific literature describing the relationship between inflammation and cancer across many anatomic areas. Chronic inflammation, and even subtle, subclinical inflammation, is associated with an increased risk of cancer. (Balkwill and Mantovani 2001, Coussens and Werb 2002, Crusz and Balkwill 2015) Many inflammatory conditions predispose to cancer development. Diverse factors that lead to inflammation, infection, chemical exposures, physical agents, autoimmune factors, and even inflammatory reactions of uncertain etiology – can lead to an increase in cancer incidence. For example, there are well described and accepted causal pathways linking inflammation in the etiology of bladder cancer (schistosomiasis, toxic chemicals), cervical cancer (papillomavirus), gastric cancer (H Pylori), colon cancer (inflammatory bowel disease), liver cancer (hepatitis), mesothelioma (asbestos) and ovarian cancer (pelvic inflammatory disease and endometriosis). The biological pathways associated with inflammation include stimulation/interference with a range of biological responses that are involved in initiation of cancer, promotion of cancer, and progression of cancer. Oxidative stress resulting from inflammation can impact all stages of cancer development including cancer initiation (DNA is damaged by introducing gene mutations and structural alterations of DNA leading to inhibition of DNA repair and malignant transformation); promotion (which may be manifest as abnormal gene expression resulting in cell proliferation and decrease apoptosis) and progression (further DNA damage and enhancement of cell growth). (Reuter et al.2010, Savant 2018) Local inflammatory response can lead to signaling molecules such as cytokines, chemokines, prostaglandins, growth transcription factors, microRNAs having higher expression that can promote cancer development and can create a favorable microenvironment for the development and progression of cancer.(Fernandes et al. 2015) Inflammation impacts every step of tumorigenesis, from initiation through tumor promotion, and extending to metastatic progression. Similarly, the most compelling mechanism for the etiology of ovarian cancer is that of chronic inflammation and scarring in the ovary that leads to malignant transformation and cancer progression. This mechanism involves cell proliferation, oxidative stress, DNA damage and gene mutations. (Harper 2023, Emi 2021, Mandarino 2020, Fletcher 2019, Saed 2017, Saed 2010, Shan 2009, Ness 2000, Ness 1999) The microenvironment of ovarian cancer contains a broad spectrum of pro-inflammatory cytokines and chemokines contributing to the mechanism. (Freedman 2004) Recent studies have shown that in multiple different cell lines (including ovarian cancer cell lines) that talcum powder induces significant changes to key redox enzymes altering the inflammatory balance, enhances the prooxidant state, induces cell proliferation and reduction in apoptosis, and influences the epigenome and gene expression. (Harper 2023, Emi 2020, Fletcher 2019.)

There are many processes that can lead to inflammation and tumorigenesis and the exposure to talcum powder products is one such exposure that can strongly enhance the tumor promotion or progression as seen in in vitro and animal studies.   For example, normal repeated ovulation leads to injury of ovarian epithelial cells and transformation to malignant cancer cells that can be enhanced by various factors such as talc or asbestos particles. Exposure to talcum powder products can induce the production of pro-oxidant enzymes and reduced production of antioxidant enzymes leads to malignant transformation. In support of inflammation from talcum powder products causing cancer, hysterectomy, or bilateral tubal ligation, which

10

would significantly limit ovarian exposure to inflammatory mediators, and toxins, is associated with reduced ovarian cancer risk.

Relationship Between Ovarian Cancer and Talcum Powder Products

The epidemiological evidence described in detail below demonstrates a strong and positive association between exposure to talcum powder products and ovarian cancer and that talcum powder products cause ovarian cancer. Although epidemiologic evidence alone does not provide a definitive mechanism or pathophysiological process that accounts for the increased risk, the evidence for inflammation as described above is very strong. Similarly, epidemiological evidence alone does not confirm the specific component or ingredient in talcum powder products that is responsible for its carcinogenesis. Nonetheless, several constituents within talc powder products are worth highlighting as they may be acting individually or together to create the carcinogenicity of talc powder products inasmuch as they are individually highly carcinogenic.

Why Talcum Powder Products were Initially Suspected as Causing Ovarian Cancer

In 1978 samples of commercial body powders were shown to contain asbestos silica minerals. Asbestos was a known carcinogen and about half of the powder samples contained respirable quartz, a lung carcinogen. Concerns were primarily raised that inhaled powder could cause lung scarring, lung cancer, or mesothelioma. In 1971, Henderson observed talc particles deeply embedded in ovarian cancer tissue. The authors noted the close association of talc to the asbestos group of minerals. (Henderson et al. 1971) Further concern was raised, in 1982 when a case-control study of ovarian cancer that collected information on talcum powder use reported an increased risk with perineal dusting.(Cramer et al. 1982) These findings were reported in widely circulated newspapers such as The Globe, raising concern that the powders were carcinogenic because of the contamination with asbestos, using the relationship between asbestos and lung cancer and mesothelioma as the basis for the concern.

Carcinomic of Constituents of Talc Powder Products

There are hundreds of different constituents and ingredients within talcum powder products in addition to platy talc. Many of these are Group 1 carcinogens (such as asbestos, talc fibers (fibrous talc), heavy metals, and some fragrance chemicals) that likely contribute to the carcinogenicity of the products.

Asbestos

Asbestos is the generic commercial designation for a group of naturally occurring mineral silicate fibers; serpentine mineral fibers are called chrysotile, and amphibole minerals include actinolite, amosite, anthophyllite, crocidolite and tremolites. Talc is formed by complex geological processes acting on pre-existing rock formations with diverse chemical composition. Small amounts of chrysotile (asbestos) may occur in these talc deposits. (Rohl et al 1976, Zazenski 1995) When talc is mined, it may contain asbestos fibers. (Zazenski et al.1995, Blount 1991) A study of 21 consumer talcum powders obtained from retail stores in 1971–1975 reported that 10 contained concentrations of asbestos fibers ranging from 0.2 to 14%. (Rohl et al. 1976, IARC 2010) Because of concern that asbestos was present in talcum powder products and the known carcinogenicity of asbestos, it has been reported that voluntary guidelines were established by the cosmetic industry in 1976 to limit the content of asbestos fibers in commercial talc preparations. While talcum powder products have long been believed to be free from asbestos based on this voluntary guideline, this is absolutely incorrect; talcum powder products have never been free of asbestos. (Longo & Rigler, 2019; Hopkins Dep. 2018; FDA Testing 2019)  The data on its continued presences are strong. I have seen evidence of continued presence of asbestos in talcum powder products since 1976. For example, Longo & Rigler tested multiple samples provided by Johnson and Johnson and its talc supplier that were taken between the years 1960 through 2000 and the majority of sample are positive for asbestos. (Longo & Rigler 2019)  The FDA

11

commissioned testing of samples from a Johnson's Baby Powder bottle purchased in 2018 and the outside lab found chrysotile asbestos and asbestiform talc.

Asbestos is a known and potent human carcinogen. Asbestos is highly carcinogenic to the lungs, lining of the lungs, and larynx. (IARC 2012) Asbestos is also highly carcinogenic to the ovaries. (IARC 2012, Acheson 1982, Wignall and Fox 1982, Germani 1999, Berry 2000, Magnani 2008, Reid 2008, Vasama-Neuvonen 1999, Langseth and Kjaerheim 2004, Pira 2005) Women working in asbestos-manufacturing industries have an increased risk of ovarian cancer. IARC reviewed the association between asbestos exposure and ovarian cancer in 2012. To assess the relationship, IARC reviewed data primarily from large epidemiological cohort studies of women who had occupational exposure to asbestos as well case-control studies on non-occupational exposure. The context and lengths of exposures varied, along with the type of asbestos fibers to which the women were exposed and the study designs and assessments. Nonetheless, the results were consistent. Most, but not all, were statistically significant and documented a strong and compelling causal association between exposure to asbestos and ovarian cancer, largely the result of the association from cohort studies of women with substantial occupational exposures. (Acheson 1982, Wignall and Fox 1982, Germani 1999, Berry 2000, Magnani 2008) **IARC concluded that there is sufficient evidence that asbestos is carcinogenic in humans (Group 1) and that asbestos causes cancer of the ovary**. This is the highest risk category. (IARC 2012)  IARC also concluded that this categorization applied to all forms of asbestos and to talc containing asbestiform fibers (talc in an asbestiform habit or fibrous talc). Thus IARC concluded that fibrous talc is a Group 1 carcinogen.  IARC also concluded that asbestos is carcinogenic based on animal studies. Camargo completed a systematic review of the relationship between women occupationally exposed to asbestos and ovarian cancer. (Camargo 2011) The authors found that of the 18 cohort studies the pooled standard mortality estimate for ovarian cancer was 1.77 (95% confidence interval, 1.37-2.28). The range in reported SMR values was 1.1– 5.4 across the included cohort studies and the most common values were 2–3. This study supports IARC's conclusion that exposure to asbestos causes ovarian cancer.  To the degree that we now know talcum powder products contain asbestos fibers, this study also supports that talcum powder causes ovarian cancer.

**However, IARC explicitly stated that the findings in this Monograph applied to all forms of asbestos, as well as asbestiform talc (fibrous talc or talc fibers). Thus IARC concluded that fibrous talc (ubiquitous in talcum powder products) is a group 1 Carcinogen even without invoking that talc powder products also contain asbestos.**

I reviewed many publications and primary research studies, including experimental and basic science models showing molecular and genetic cancer-promoting changes to cells that occur from exposure to asbestos and other mineral fibers. Asbestos and other mineral fibers have been shown to be carcinogenic through a process involving persistent inflammation, oxidative stress, DNA damage, activation of intracellular signaling pathways, resistance to apoptosis, and stimulation of cell proliferation. (IARC 2012, Moller 2013, Mossman 2018)

I also strongly conclude that asbestos causes ovarian cancer.

Talc
Talc is the primary component of talcum powder products. The chemical structures of talc and asbestos can be similar. While talc particles are usually plate-like, talc can also grow as a fiber which is similar to the group of minerals called asbestos. Both are magnesium silicate and when talc has the fibrous form it is called asbestiform because of its similarity to asbestos. The form of the talc fibers is long and thin, with parallel bundles that are easy to separate from each other, and closely resembles the physical appearance of some

asbestos minerals. The histologic appearances of mesothelioma and ovarian cancer are similar. The known carcinogenicity of asbestos for lung, pleural, peritoneal, and ovarian cancer has led to the theory that the similarity in the fibers and the resulting cancers suggests that talc works mechanistically within the ovary to induce cancer in a way that is similar to how asbestos in the chest induces mesothelioma.

The female genital tract is open, with little barriers existing in the pathway from the perineum to the vagina, cervix, uterus, fallopian tubes and peritoneum and ovary.  Early observations demonstrated talc particles in both malignant and normal ovaries establishing a route from the perineum to the ovary and shows that many women are exposed to talc. (Henderson 1971, Heller et al.1996, Sjosten 2004) Recent evidence has shown that talc particles in commercially available baby powder are similar in size and shape as the talc particles identified in pelvic tissues resected from ovarian cancer patients. (Johnson 2020). Using polarized light microscopy and scanning electron microscopy Johnson et. al. measured the size and shape of talc particles in samples of talc-containing baby powder (including samples of Johnson & Johnson's baby powder) and surgically resected pelvic tissues (hysterectomies) from 11 randomly selected talc-exposed patients with ovarian carcinoma. The talc particles found in resected tissues from ovarian carcinoma patients were similar in size and shape to the most abundant morphological class of particles in commercial baby powder samples: 77.7%– of particles in talcum powder have aspect ratio of 1–3.9 and area of 1–400 μm, whereas 83.5% of talc particles in pelvic tissues ovarian carcinoma patients have an aspect ratio of 1–3.9 and an area of 1–400 μm$^2$. Johnson et al. conclude that "this observation, combined with previous epidemiological literature and tissue-based analytical studies, provides further evidence that the small, isodiametric particles that dominate in commercial talc containing baby powder can migrate from the perineum and become lodged in distal structures in the female reproductive tract, where they may lead to an increased risk of developing ovarian carcinoma."

In 2006, the International Agency for Research on Cancer (IARC) reviewed the data on cosmetic (perineal) talc ("non-asbestiform") application and concluded that it is possibly carcinogenic to humans. (IARC 2010, Baan et al. 2006) This is not as strong a recommendation as they made for asbestos and ovarian cancer, but nonetheless is a strong recommendation. IARC classified genital-perineal use of talc-based powder as possibly carcinogenic. However, in the more recent IARC report (2012), they included both asbestos and asbestiform talc as carcinogenic to humans, as Group 1 carcinogens. (IARC 2012) They note that the most common route of exposure in the general population is perineal from use of cosmetic talcum powder products.  IARC announced in 2019 that re-evaluation of the classification for domestic talc products is a high priority based on "new human cancer and mechanistic evidence." (IARC 2019.)

Exposure to talc particles can induce an inflammatory response, either directly at the ovary and ovary-fallopian tube juncture, causing local irritation from talc particulates or through more generalized peritoneal inflammation. The mechanism that can lead to cancer includes local irritation by talc fibers that disrupts the epithelial surface, increasing rates of cell division and DNA repair that can lead to mutations. Also increased are oxidative stress and cytokine production, indicating inflammation. Fibers that are incorporated into the epithelial cells enter ovarian tissue. This inflammation initiates a series of responses, supported by research, that promote cancer. (Harper et al. 2019, Savant et al. 2018) The reduction in the elevated risk of ovarian cancer from talcum powder exposure after hysterectomy or tubal ligation supports the mechanism by which local irritation and inflammation to the ovary from talc or asbestos causes an elevated cancer risk. Recent invitro research elucidates the cellular inflammatory changes, alteration of macrophages, and changes to the DNA and epigenetic expression, which in turn increase the likelihood of carcinogenesis. The research has also demonstrated direct transformation into cancer.

13

Macrophages are the first line of immune cells to clear foreign bodies from a cell, and direct studies have shown the negative impact of talc on normal macrophage function. Mandarino and colleagues recently tested the hypothesis that macrophage anti-tumor abilities are reduced and compromised by interaction with talc particles (2020). "The researchers tested the effects of talc vs. control particles on the ability of prototypical macrophage cell lines to curb the growth of ovarian cancer cells in culture in the presence of estrogen. They found that murine ovarian surface epithelial cells, a prototype of certain forms of ovarian cancer, were present in larger numbers after co-culture with macrophages treated to a combination of talc and estradiol than to either agent alone or control. Co-exposure of macrophages to talc and estradiol led to increased production of reactive oxygen species (which increase carcinogenesis and inflammation) and changes in expression of macrophage genes pertinent in cancer development and immunosurveillance. the authors concluded that the finding suggest that in vitro exposure to talc, particularly in a high-estrogen environment, may compromise immunosurveillance functions of macrophages." The same mechanism could apply in vivo to exposure to talc.

Emi and colleagues (2021) report a gene chip microarray profiling study and found that talc alone, and especially when combined with estrogen, induced substantially more gene expression changes in comparison to the control, a particle of similar size. The cellular pathways that were impacted were those involved in cellular proliferation, immune response and regulation, and enzymes and proteins of epigentic regulation. They subsequently tested the DNA methylation profiles and identified what they note as "vast epigenic changes in hundreds of loci" including in pathways involve in immune and inflammatory signaling. This provides evidence of the impact of these particles for initiating cellular changes that would lead to cancer.

Harper and colleagues recently found that exposure to talcum powder induces malignant transformation in normal human ovarian cells (2023). In their invitro study, ovarian epithelial cells and fibroblasts were treated with either talcum powder or titanium dioxide (a particulate control) at different concentrations for 72 hours before assessment with a cell transformation assay and p53 and Ki-67 immunohistochemistry. P53 gene codes for a protein that acts as a tumor suppressor, which means that it regulates cell division by keeping cells from growing and dividing too fast or in an uncontrolled way. ki-67 is a nuclear protein that is a marker of active cell proliferation. Harper found that treatment with talcum powder resulted in formation of colonies, indicating cell malignant transformation in a dose dependent manner in ovarian cell lines. No colonies formed in the untreated or control cells.  Further the number of transformed cells were increased in a dose dependent fashion.  Further, p53 mutant type as well as increased expression of Ki-67 were detected in ovarian cells when exposed to talcum powder demonstrated the genetic pathways for the malignant cellular transformation. The authors conclude that the findings represent a direct effect of talcum powder exposure that is specific to normal ovarian cells and further supports previous studies demonstrating an association between the genital use of talcum powder and an increased risk of OC.

Fletcher and colleagues undertook a study to identify the cellular effect of tac on normal and Epithelial ovarian cancer cells, and demonstrated that talc induces significant changes in key redox enzymes and enhances the prooxidant state in normal and EOC cells. (2019) This confirms the cellular effect of talc and provide a molecular mechanism linking genital use to increased ovarian cancer risk through oxidative stress and inflammation. "Using real-time reverse transcription polymerase chain reaction and enzyme-linked immunosorbent assay, levels of CA-125, caspase-3, nitrate/nitrite, and selected key redox enzymes, including myeloperoxidase (MPO), inducible nitric oxide synthase (iNOS), superoxide dismutase (SOD), catalase (CAT), glutathione peroxidase (GPX), and glutathione reductase (GSR), were determined. TaqMan genotype analysis utilizing the QuantStudio 12K Flex was used to assess single-nucleotide polymorphisms in genes corresponding to target enzymes. Cell proliferation was determined by MTT proliferation assay. In all talc-treated cells, there

14

was a significant dose-dependent increase in prooxidant iNOS, nitrate/nitrite, and MPO with a concomitant decrease in antioxidants CAT, SOD, GSR, and GPX ($P < .05$). Remarkably, talc exposure induced specific point mutations that are known to alter the activity in some of these key enzymes. Talc exposure also resulted in a significant increase in inflammation as determined by increased tumor marker CA-125 ($P < .05$). More importantly, talc exposure significantly induced cell proliferation and decreased apoptosis in cancer cells and to a greater degree in normal cells ($P < .05$). These findings confirm the cellular effect of talc and provide a molecular mechanism to previous reports linking genital use to increased ovarian cancer risk."

<u>Heavy Metals</u>
**Talc powder products can contain Group 1 metals that are considered by IARC as carcinogenic to humans.**
(IARC 2012) This includes nickel compounds which IARC documents cause lung and nasal cavity and paranasal sinus cancer. (IARC100c-10, 2012). Nickel compounds "cause DNA damage, chromosomal aberrations, delayed mutagenicity and chromosomal instability … and nickel compounds act as co-mutagens." Talcum powder products also contain Chromium (VI) another Group 1 carcinogen (IARC100c 2012), where there is sufficient evidence in humans for carcinogenicity (to the nose and nasal sinus). The mechanism includes "DNA damage, generation of oxidative stress and aneuploidy. Talc powder products can also contain Group 2A metals that are considered probably carcinogenic to humans, such as Cobalt which can be found in talc powder products. (IARC 2006) IARC considers Cobalt metal with tungsten carbide as probably carcinogenic to humans (Group 2A), but worth noting that a number of the IARC working group members supported an evaluation in Group 1 because they judged the epidemiological evidence to be sufficient, leading to an overall evaluation in Group 1; or they judged the mechanistic evidence to be strong enough to justify upgrading the default evaluation from 2A to 1. The majority of working group members, who supported the group 2A evaluation, cited the need for either sufficient evidence in humans or strong mechanistic evidence in exposed humans. Cobalt metal without tungsten carbide is also considered possibly carcinogenic to humans (Group 2B). Cobalt sulfate and other soluble cobalt(II) salts are possibly carcinogenic to humans (Group 2B).

All of these heavy metals can cause ovarian cancer through an inflammatory mechanism.

<u>Fragrances</u>
There are more than 150 different chemicals added to Johnson's Baby Powder and Shower to Shower products. I reviewed the expert report from Dr. Crowley that concludes that some of these chemicals may contribute to the inflammatory response, toxicity, and potential carcinogenicity of Johnson & Johnson's talcum powder products. I concur with his opinion. (Crowley expert report 2018)

**IV. Overview of Publications on Genital Use of Talc Powder Products and Ovarian Cancer**

To understand the relationship between exposure to talcum powder products and ovarian cancer, I searched for and reviewed scientific papers on this topic. I used several searchable publication databases (Scopus, Embase, Pubmed, Cochrane etc.) and manually searched the reference lists of all articles I found, including a large number of reviews.  I felt the existing reviews did not sufficiently address the risks associated with *frequent use* of talcum powder products. Therefore, I collaborated with colleagues at UCSF (several individuals not involved in talc related litigation including the lead author) to complete a quantitative systematic review focused on this question (see Woolen,  **Systematic Review Registration:** PROSPERO CRD42020172720.)

<u>Consideration of Research Study Design and Statistical Significance</u>
There is a widely-held belief that there is a strict hierarchy of research study designs, where randomized trials are the most valid study type, followed by cohort studies and case controls studies being the least reliable.

(Rothman 2008) However, this is simply not true, as well described by Rothman in an article entitled "Six Persistent Research Misconceptions." (Rothman 2016) Rothman describes the fallacy of this belief. Each type of study design has both strengths and biases. Ascribing greater validity to one study design over another is both simplistic and fallacious. He specifically notes that case-control and cohort studies are conceptually identical, and that "a properly designed case control study can achieve the same excellent validity as a properly conducted cohort study."(Rothman 2016) I am not saying that all studies are identical in their validity, rather, that one cannot determine the validity based on the design chosen.

A second misconception is that the classification of study results into ''significant'' and ''non-significant'' based on statistical significance and a p-value is often arbitrary and leads to an invalid interpretation of data.(Greenland et al. 2016) It is more important to estimate the effect size and the uncertainty surrounding the estimate (with a point estimate and confidence interval) rather than using a significance level and p-value to determine if there is/or is not a meaningful association. There is no inherent or meaningful difference between a study with a p-value of 0.04 compared with 0.06, and yet these are often wrongly considered reflective of significant and non-significant results respectively. Similarly, a large effect size with a large p-value (i.e. non-significant) may reflect an insufficiently large sample size, but nonetheless an important association. As Rothman notes, "Significant tests are a poor classification scheme for study results; strong effects may be incorrectly interpreted as null [negative] findings because authors fallaciously interpreted the lack of statistical significance to imply lack of effect, or a weak effect may be incorrectly interpreted as important because they are statistically significant. Rather than be used as surrogate for significant tests, confidence intervals should be used as a quantitative measure indicating the magnitude of effect size and degree of precision with little attention paid to the precise location of the boundaries of the confidence interval.' (Rothman 2016) These considerations should be kept in mind when reading studies and assessing whether a large number of studies provide a consistent estimate of an effect size, ignoring the individual p-values of each study, and instead focusing on the effect size.

<u>Explanation of study designs and article types reviewed</u>
Nearly all published studies that I reviewed used one of two designs: case-control and cohort. Each design has strengths and biases. Many articles I reviewed were also systematic reviews, which are also explained.

*Case-control studies compare people with a condition (cases) by matching them to people with similar characteristics who do not have the condition (controls)* to determine the effect of a potential disease-causing factor. They often analyze existing data *retrospectively, after people have been diagnosed,* and involve tens or hundreds of patients. *Cohort studies compare cohorts, or groups of people, who were exposed or not exposed to a potential disease agent.* They often collect data on people *prospectively before they develop a disease* and track their health over time. Both case-control and cohort studies, if well done, can provide accurate and meaningful information about statistical associations. In general, however, the risk of bias is greater for case-control studies. An example is *recall bias*, in which women are more likely to remember and report exposure to talc powder products after they have been diagnosed with cancer compared to women without a diagnosis, perhaps because diagnosed women heard that talc powder products is harmful and are more likely to remember talc use. However, a recent study suggests self-reported use of feminine products is indeed likely reliable (O'Brien, 2023.) O'Brien and colleagues assessed the reliability of self-reported data. The authors collected retrospective data on douching and genital talc use in the US-based Sister Study at two-time points and evaluated the consistency of reporting. At enrollment (2003-2009), participants were asked to report use in the last year and during ages 10-13. On a follow-up questionnaire (2017-2019), participants were asked about their use of douche or genital talc over their lifetimes. Comparisons across the two questionnaires for use in the year before enrollment showed good consistency, with 90% providing the same responses about

16

douching and 87% providing the same responses about genital talc use. Reliability did not vary by cancer status, race, and ethnicity, attained education, or age, though there was some evidence of recall bias for genital talc use among ovarian cancer survivors. The authors concluded that ever use of feminine hygiene products may be recalled with good consistency. This supports the validity of the case-control design.

When studying a rare disease, the case-control design is frequently highly efficient and desirable as it allows you to assemble a much larger number of cases and can delve in great depth for particular exposures. You can identify all patients who have the outcome of interest, and then query them (and some control group) about any antecedent exposure. The identification of the control group is very important. As the PI on a large, National Institutes of Health-funded study of cancer risk factors in children we have employed a case-control design. This design permits us to ask very detailed questions of a small number of individuals about their various exposures.

Cohort studies potentially avoid some biases of case-control studies since exposures are prospectively assessed and quantified, that is, before disease outcomes. This design also has limitations, though. An important limitation is that because cohort studies are expensive and time-consuming, they rarely focus on a single, narrowly defined question such as the association between regular use of talcum powder products and cancer. Usually, researchers investigate a broad range of questions in cohort studies, so asking patients in-depth questions about any given topic is difficult, especially since tens of thousands of patients may be surveyed on many topics. Further, in cohort studies, having comprehensive assessment of outcomes on all individuals in the cohort is extremely important. Losing patients to follow up (meaning researchers cannot contact or find records on a participant) leads to study bias. The other disadvantage of cohort studies is that a very large number of patients must be assessed over a long period of time to see who will develop a rare outcome (like ovarian cancer). Because of this, typically there will be far fewer patients with disease in a cohort study as compared with case control study (like in this case).

There have been a small number of cohort studies that have explored the relationship between talcum powder products exposure and ovarian cancer and are described in depth below. While they all included questions about talcum powder exposure, all did not quantify the exposure in equal detail. Those that did assess more granular data provide more useful information.  Interesting while some of the earlier publications of the cohorts had very short follow-up periods, later publications (including a recent publication by O'Brien) and data from the NHS (Woolen) include more cancers because of the longer period of follow-up.

*Systematic reviews quantitatively summarize results across multiple studies.* One of the rationales of this study design is that individual studies may not have enough participants to yield meaningful or conclusive results because they are too small or insufficiently powered. Combining small studies can provide more stable and reliable summary estimates of the effects of disease agents and risk factors. Further, a systematic review may be better than a single study, as it provides broader evidence of the results and includes patients from diverse settings. However, in order to statistically combine and summarize the data from different research studies into a single systematic meta-analytic review, the combined studies must ask the same research question and follow sufficiently similar and rigorous scientific methods. A meta-analysis does not compensate for gaps or flaws in an original study: Combining three poorly performed studies does not yield reliable summary estimates even though there may be three times the number of patients. Similarly, combining studies that ask different research questions (for example, assessing women of different ages for a disease in which age is an important risk factor) does not provide reliable summaries. Results from different studies often vary when the studies ask different research questions, have different criteria for including participants, or use different

17

methods. I raise these issues to point out that systematic reviews must be read extremely carefully to ensure that their conclusions are valid.

<u>Table of Reviewed Publications</u>
I identified and reviewed 49 English-language publications that provided quantitative data based on epidemiological studies about the relationship between genital talcum powder exposure and ovarian cancer (Table 3). This list includes 4 cohort studies, 10 systematic meta-analytic reviews, 4 studies that pooled individual patient-level data from several research studies, and 30 case-control studies. One study contributed both the systematic review and a case control study. I also read many review articles that are not included in the table. The epidemiological studies were published between 1982 and 2022. I have described the results organized by study design below.

Most studies used a case-control study design with a small number using a cohort study design. Although some studies assessed powder use to any part of the body or assessed the use of talcum powder on diaphragms, condoms or sanitary napkins, the primary research question that I focused on in my review and that was assessed in all included individual research studies, was whether genital area exposure to talcum powder increases risk of epithelial ovarian cancer. Occasionally, study authors assessed combination exposures (i.e., to genitals and other body parts). These studies were included as long as genital powder use was assessed. Nearly all studies adjusted for known ovarian cancer risk factors, but those factors varied. The vast majority of studies found a positive association between any exposure to talcum powder products and cancer. However, the sample size of some studies was small and resulted in high statistical uncertainty. Because of these and other limitations, quantifying a precise association between exposure and cancer was difficult from my review of the literature. The data for some studies may have shown that effects of talcum powder exposure (measured as odds ratios, ORs) was meaningful for cancer development, but many had statistical uncertainty. I was also concerned about understanding "ever" exposure, versus "regular" exposure, and I thought a review focused on regular use would be helpful (see below).

A subset of the studies quantified the *intensity (frequency)* of each woman's exposure to talc to assess the importance of use patterns (e.g., if a single lifetime use or weekly, monthly, or daily use increased ovarian cancer risk) or *dose dependency (links between the number of exposures and cancer risk, e.g., if doubling exposure doubles risk)*. Further, a subset of studies stratified by cancer type (invasive vs. low malignant potential/borderline) and whether the risks varied by histological types including the four dominant types of serous, mucinous, clear cell, and endometrioid cancer.

Studies that provided data on the frequency of talc use and association by histologic type were included in a recent review, Woolen et al. 2022.

<u>Quantifying Exposures</u>
A large proportion of women will have used talcum powder products, highlighting the importance of this issue. However, publications that focus on women reporting "any" genital exposure to talc (i.e., talc at any point in life and for any duration) may be too broad to provide meaningful information. For example, "any use" will include women who applied talc powder products three times over five decades and women who used talc powder products daily, whose might have had 20,000 applications and exposures in comparison to three. Defining a variable as any use is the equivalent to creating a variable of any smoking use, that combines data on individuals who tried one cigarette in their life with individuals with 50 pack years of tobacco use. Combining data on women with infrequent or sporadic exposures with data from women with frequent, sustained use leads to imprecise results, masking any causal associations. Woolen et al limited their review to

18

studies that quantified the frequency of talc powder products as these studies contained the most informative data.

Summary of Data

I grouped the research studies below by their study design, Table 3. What follows is my review of the cohort studies, quantitative systematic review studies, and pooled data studies.

**Cohort Studies**

Four cohorts (The US Nurses' Health Study I, The US Nurses' Health Study II, The Women's Health Initiative and the Sister Study) have been utilized to study the relationship between the use of talcum powder products and ovarian cancer, and the five publications from these cohort studies are described below. O'Brien and colleagues performed a pooled analysis of genital powder use and ovarian cancer using data from the four cohort studies which is discussed below under pooled data studies.

**Gertig (2000)**

This first cohort study assessed the relationship between perineal talc and ovarian cancer within the context of the US Nurses' Health Study, a prospective study of 121,700 female registered nurses in the United States who were aged 30–55 years at enrollment in 1976. These are mostly premenopausal women. While talc exposure was not an initial part of the study, questions about talc, including measuring frequency of exposure, were added in 1982; a large subset of the cohort (78,630 women) completed these questions and were included in analyses. Among these women who were followed for 14 years, 307 were diagnosed with epithelial ovarian cancer. After adjusting for confounding variables, the *relative risk (RR)* of developing ovarian cancer (*the likelihood of ovarian cancer in talc users compared to nonusers, with higher RR meaning increased risk stronger association*) among daily users of talc was RR 1.12 (95% *confidence interval [CI]* 0.82, 1.55, *a measure of statistical uncertainty, with wider ranges indicating greater uncertainty*), which was not statistically significant. However, when results were classified by histologic subtype, the RR of invasive serous cancers was significantly elevated among any users of talc (RR 1.40, 95% CI 1.02, 1.9) and the RR of invasive serous cancer among daily users of talc was higher at RR 1.49 (95% CI 0.98, 2.3).

In this cohort study, the researchers assessed talc exposure before cancer diagnosis, avoiding the possibility of the recall bias of case-control studies. This was a strong strength of this study. A potential weakness was that frequency (i.e., daily) but not duration (number of years) of talc use was measured, so a clear lifetime exposure measure was missing. The researchers nonetheless quantified exposure at the time the talc questions were asked, which was probably strongly associated with prior use (i.e., an approximation on ongoing use). **This study provides strong evidence that perineal exposure to talc increases the risk of invasive serous ovarian cancer, particularly among daily users of talc, with about a 50% increased risk**, which is substantial and meaningful.

**Gates (2010)**

This study assessed the association between ovarian cancer risk factors and incidence of ovarian tumors by histological type using data from the US Nurses' Health Study combined with data from the Nurses' Health Study II, which included a second period of enrolling participants. Unfortunately, talc use was assessed only on the first survey and not assessed among patients enrolled in the Nurses' Health Study II. Thus, this extends the period of follow up from the initial NHS but does not include greater information about risk factors. Results were presented for any talc powder products use and not for frequency of use. **Thus, this report does not add to a meaningful assessment of the relationship between talc use and ovarian cancer because it used exactly the same patient group as Gertig (2000) but provided less information to quantify the frequency of talc use.**

19

Woolen et al. completed a systematic review in 2022 focused on summarizing publications that report on women who reported frequent genital talcum powder use, described in more detail below in the section analyzing systematic reviews. As part of that effort, Woolen was able to obtain and report previously unpublished follow up data from The Nurses' Health Study I cohort that describe women who reported frequent, approximately daily talc exposure (the same group as described above under Gertig but with a longer period of follow up). These results are highly relevant as they provide the most comprehensive follow up data to the largest cohort study where frequent talcum powder use was assessed. In the pooled analysis of the four cohorts, O'Brien et al did not include these data from the NHS I cohort on frequent talc users, but instead focused primarily on any use of talc in the NHS I cohort.

Detailed data of these long term follow up results from the NHS I cohort are included in the Supplemental tables of the Woolen systematic review and are included in the table below (Supplemental table 1 from Woolen). Data were included from the highest reported talc use category to obtain as close to daily use as possible and the referent group were women who reported no talc exposure. In summary, among all women who reported frequent talcum powder use, the adjusted Hazard Ratio is a significant 1.27 (95% CI 1.09, 1.49) and among all women who reported frequent talcum powder use with patent fallopian tubes, the adjusted Hazard Ratio is a significant 1.40 [95% CI 1.17, 1.68]

**Supplementary Table 1 from Woolen.** Hazard Ratios and 95% Confidence Intervals for the Association between Frequency of Genital Powder Use and Risk of Ovarian Cancer in the Nurses' Health Study

| | Person-time at risk[a] | Non-cases[a] | Ovarian cancer cases[a] | Crude Hazard Ratio (95% CI) | Adjusted Hazard Ratio[b] (95% CI) |
|---|---|---|---|---|---|
| **All women** | | | | | |
| Non-users | 1,263,610 | 46,786 | 706 | 1.00 | 1.00 |
| Less frequent users | 566,785 | 20,979 | 302 | 0.96 (0.84, 1.09) | 0.96 (0.84, 1.10) |
| Daily users | 300,402 | 11,290 | 216 | 1.27 (1.09, 1.48) | 1.27 (1.09, 1.49) |
| **Women with Patent Fallopian Tubes** | | | | | |
| Non-users | 838,445 | 31,040 | 475 | 1.00 | 1.00 |
| Less frequent users | 373,969 | 13,796 | 218 | 1.03 (0.88, 1.21) | 1.04 (0.88, 1.68) |
| Daily users | 196,578 | 7,355 | 157 | 1.40 (1.17, 1.67) | 1.40 (1.17, 1.68) |

[a]Among participants with complete covariate information. Includes all self-reported cases.
[b]Hazard ratios are adjusted for race/ethnicity (white, black, other), education ($\leq$high school, some college, $\geq$college graduate), BMI (as a restricted cubic spline), parity (0, 1, 2, 3+ births), ever oral contraceptive use, tubal ligation (yes/no), hysterectomy status (yes/no), menopausal status (pre or post-menopausal), ever hormone therapy use. All covariates correspond to status at time of genital powder assessment.
[f]Patency defined as having a uterus (i.e. no hysterectomy) and not having had a tubal ligation

### Houghton (2014)

This study assessed perineal talc powder products use and risk of ovarian cancer in the Women's Health Initiative Observational study, in which postmenopausal women aged 50–79 were enrolled in a prospective cohort of women from 40 clinical centers across the United States in 1993–1998. Overall, 61,576 women were included in analyses, including 429 diagnosed with ovarian cancer. Perineal powder use was assessed at the start of the study. Participants were asked if they **ever used talc powder products** on their private parts (genital areas). Those who responded yes were asked about duration (years) of use. Women were followed for a mean of 12 years and the median age of participants was 63. **Talc powder products use was associated with a 12% increase in risk of ovarian cancer after accounting for covariates** (RR 1.12, 95% CI 0.92, 1.36). When limited to women who used perineal powder for 20 years or more, the RR was 1.10 (95% CI 0.82, 1.48). When limited to serous ovarian cancer, the RR was 1.13 (95% CI 0.84, 1.51.) **The primary limitation of the study was**

20

that frequency of talc powder products use was not assessed—and thus the authors could focus only on any talcum powder use. The imprecision in estimation of talcum powder exposure makes the results not terribly meaningful. The second and extremely important limitation was the relatively short follow-up of 12 years to identify ovarian cancer diagnoses.

**Gonzalez (2016)**
The Sister Study (2003–2009) followed 50,884 women ages 35 to 75 years in the US and Puerto Rico who had a sister diagnosed with breast cancer. After excluding participants who had bilateral oophorectomies, ovarian cancer, or were lost to follow-up, 41,654 participants were included. At baseline participants were asked about douching and talc use during the previous 12 months, and during follow-up (median of 6.6 years) 154 participants reported a diagnosis of ovarian cancer. The authors computed adjusted hazard ratios (HR) and 95% confidence intervals (CI) for ovarian cancer risk using the Cox proportional hazards model. The authors found no significant association between baseline perineal talc use and subsequent ovarian cancer (HR: 0.73 CI: 0.44, 1.2). **The primary limitations of this study are that the authors combined a large number of potential talc exposures into a single category, including genital talc use in the form of powder or spray applied to a sanitary napkin, underwear, diaphragm, cervical cap, or vaginal area. Further, the authors categorized the exposure based on the 12 months prior to enrollment as a dichotomous ever/never.** Thus not only was it an ever versus never category, the ever category was extremely broad, making the lack of association less meaningful. Further, there are several other factors that make the results questionable, including the lower than expected proportion of women who report any exposure to talc powder products, and the lack of a validated approach to ascertainment of ovarian cancer.

**O'Brien (2024)**
The Sister Study (described in the previous paragraph) has been recently updated with re-evaluation of the association between talcum powder use and ovarian cancer among the Sister cohort (the publication also assessed other cancers that will not be addressed here.) This expands on the previous analysis in two important ways by 1) incorporating results of a fourth follow up questionnaire conducted in 2017-2019 that asked more detailed and granular questions about lifetime genital talcum powder use, and 2) the inclusion of newly diagnosed ovarian cancers through a longer period of follow up through September 2021 during which a larger number of additional ovarian cancer cases could accrue (see screen shot from publication below). These are very important updates.  Whereas the initial report described 154 cases of ovarian cancer, the longer period of follow up of the cohort includes 292 cases, nearly twice as many ovarian cancer cases. Further, while the initial report describes an improbably low exposure of 14%, the updated analyses reflect exposure estimates of 35% - 56%, which are consistent with other sources of talcum powder exposure data. The authors primarily focused on ever versus never use but also considered frequency, duration, and timing of use.

Because women were surveyed during two very disparate periods of time, and because the newly acquired exposure data were susceptible to differential missingness by cancer status, the authors assessed the classification of women's exposure when either the reporting of their exposure differed between surveys or when women did not complete the second survey. The authors used quantitative bias analysis to estimate effects under several missingness assumptions and to predict the impact of errors in recall. In short, the broad approach the authors used to reconcile the inconsistencies with misclassification of exposures and missing data on exposures was to essentially estimate the extremes of possibility where the truth would lie somewhere between the extremes. For example, the authors estimated the impact if all women with missing exposure data on the follow up were non-exposed versus if all women with missing exposure data on the second follow up were exposed, and these extremes would demonstrate the range of possible results defined

21

by how women in the undefined category are classified. The true value of the exposure distribution would fall somewhere within this range and between the two extremes. Further, the authors used established techniques of multiple imputation to generate covariate-informed probabilistic imputations of the exposure status of participants who were undefined or missing. Lastly the authors accounted for potential bias in reporting of women on their exposures. To address this issue of misclassification of exposure, O'Brien et al considered a range of possible exposure misclassifications by both the cases and the controls and recalculated the results to show that even with a fairly large degree of exposure misclassification, the association between genital use of talcum powder products and ovarian cancer persists.

As noted by Harris et al in the accompanying editorial, comments with which I strongly agree, "[a]fter accounting for potential biases, O'Brien et al report a significant increase in ovarian cancer risk for genital powder use, with effect estimates that are in range with previous studies. The association is the strongest for genital powder exposure during the age ranges of 20s and 30s. . . ." Harris further goes on to note that even if there was "misreporting of the exposure [of genital powder use] in half of the cases [an extreme rate of misreporting], a significant increase in ovarian cancer risk is still observed, adding support to the plausibility of a true association between genital powder use and ovarian cancer risk."

For example, in the models adjusted for exposure misclassification, genital talc use was positively associated with ovarian cancer (HR range, 1.17-3.34), with higher rates seen for frequent and long-term users. Using recall bias corrected hazard ratios, the association between genital talc use and ovarian cancer was higher for frequent users (HR 1.81 [95% CI, 1.29 to 2.53]) and long-term users (HR 2.01 [95% CI, 1.39 to 2.91]), compared with never users (P for trend .001.) The results for frequent users were consistent with Woolen (2022). Analyses jointly considering patency and genital talc use relative to never use, showed a potentially stronger association with ovarian cancer among women who used while patent (HR, 1.55 [95% CI, 1.14 to 2.09]). Associations between genital talc use and ovarian cancer remained positive, though attenuated, in most plausible bias corrected quantitative bias analyses addressing missing data biases and potential differential reporting of genital talc use by ovarian cancer status. These findings strongly support that there is a positive association between genital talc use and development of ovarian cancer.

The predictive modeling and sensitivity analyses that were performed were extensive, thoughtful and consistent with well accepted methodology and provide compelling evidence that in this large cohort study, now with better exposure assessment and longer follow up, exposure to talcum powder products is associated with ovarian cancer.



FIG 1. (A) Flowchart and (B) timeline describing characteristics and questionnaire data from Sister Study participants included in the quantitative bias analysis of intimate care product use and incidence of female hormone−related cancers.

## Cohort Studies: Summary
Analyses of data from the US Nurses' Health study (including the longer years of follow up) and from the recently updated results from the Sister Study (also with a longer period of follow up combined with updated

exposure assessment) strongly support that genital exposure to talcum powder significantly increases the risk of ovarian cancer. These results are consistent. While the WHI study does not demonstrate a statistically significant association, the short period of follow up and limited exposure information, as described above, are acknowledged limitations and would tend to bias the results toward the null.

## Systematic Reviews

Ten systematic reviews, and a single systematic review of systematic reviews, that quantitatively summarized the relationship between talc and ovarian cancer, are summarized below. These reviews were completed using various subsets of the full list of publications. The reviews are presented with the most recent first, because the more recent studies tended to be more complete, comprehensive and the most methodologically rigorous.

### Woolen (2022)

Woolen et al. completed a systematic and quantitative meta-analytic review of the relationship between regular use of talcum powder products and ovarian cancer. This research was motivated by my earlier work reviewing the talcum powder literature, as I identified a gap in evidence focused on women who used talcum powder products regularly. I was a collaborator on this research, but the lead first author researcher and the biostatistician were not involved in the talc litigation in anyway. As noted by the authors, "A systematic review and meta-analysis was conducted according to meta-analysis of observational studies in epidemiology guidelines. The study protocol was prospectively registered at PROSPERO (registration number CRD42020172720). Searches were performed in PubMed, Embase, Web of Science, and Cochrane Central Register of Controlled Trials databases from their inception to August 2, 2021. Case-control and cohort studies were included if they reported frequent perineal talcum powder use and an adjusted odds ratio or hazard ratio for ovarian cancer. Review for inclusion, data extraction, and quality assessment (using the Newcastle-Ottawa Scale [NOS]) were performed independently by two reviewers. Pooled adjusted odds ratios with 95% confidence intervals were generated from the random effects model. Heterogeneity was quantified with $I^2$ statistic. Funnel plot and Eger's test were performed to assess publication bias. Subgroup and sensitivity analyses were performed for testing the robustness of the overall findings."

"The Initial database searches returned 761 unique citations and after review, eleven studies describing 66,876 patients, and 6542 cancers were included (Cohen's κ = 0.88). Publication quality was high (median NOS = 8, range: 4 to 9). Frequent talcum powder use was associated with an elevated risk of ovarian cancer (adjusted pooled summary odds ratio 1.47 (95% CI 1.31, 1.65, P<0.0001). There was no evidence of bias and low heterogeneity ($I^2$= 24%, P=0.22). There was no meaningful difference limiting analysis to publications with a NOS quality score of 8 or 9 or limiting studies based on study design." This review suggests an increased risk of ovarian cancer associated with frequent perineal powder exposure of 31-65%.

### Taher (2019)

This is a comprehensive systematic review of the association between any perineal use of talcum powder products and ovarian cancer. The authors identified 30 studies (4 cohort and 26 case control studies), and a subset of 27 were included in their analysis as having reported between ever use of perineal talc and ovarian cancer. They found a positive association between any perineal use of talc powder products and ovarian cancer (OR 1.28 [95% CI 1.20, 1.37.]) They also performed several subgroup analysis, focusing on frequency and duration of use, tumor histology, type of use, period of use and menopausal status. They also analyzed by the quality assessment of the study (they found no association). The notable subgroup analyses showed greater risk with high frequency of talc use, reflecting approximately daily use (OR 1.39 [95% CI 1.22, 1.58]), elevated risks for Serous cancer (OR 1.38 [95% CI 1.22, 1.56]) and Endometrioid cancer (OR 1.39 [95% CI 1.05,

23

1.82]) and that certain patient groups had higher risk (for example, among post menopausal women using hormone replacement the OR was 2.28 [95% Ci 1.72, 3.01]). They found the results of the different studies were inconsistent with respect to identifying a dose response, but identified a possible trend with increasing ovarian cancer risk with increasing cumulative (lifetime) exposure – noting however that there was heterogeneity among studies. They also described animal studies which supportive oxidative stress, immune system alterations and inflammatory responses as being possible mechanisms for cancer development.

### Penninkilampi (2018)

This comprehensive systematic review of the association between any genital use of talcum powder products and ovarian cancer conducted a stratified analyses showing the association by frequency of talc use and histologic cancer subtype. The methods of the study are well described. The researchers identified studies using six electronic databases and reviewed publications with 50 or more cases of ovarian cancer. They identified 24 case-control studies describing 13,421 cases and the three cohort studies (890 cases, 181,860 person-years) described above. Any reported use of perineal talc powder products was associated with increased risk of ovarian cancer compared to no use (OR = 1.31; 95% CI 1.24, 1.39). Women with more than 3600 lifetime applications had slightly higher risks (OR = 1.42; 95% CI 1.25, 1.61). Women who reported long-term (>10 years) talc use also had an increased risk (OR 1.25; 95% CI = 1.10, 1.43). The association between any talcum powder product exposure and ovarian cancer was limited to studies that used a case-control design.

The cohort studies showed an increased risk of serous invasive cancer subtypes for perineal talc use compared to no use (OR = 1.25; 95% CI = 1.01, 1.55). While serous and endometrioid cancer were associated with talcum powder products use, no association was seen with mucinous or clear cell cancers. The review authors concluded, from the data, that perineal talcum powder use and ovarian cancer were consistently associated, with a slightly higher risk in women who report greater usage. Some variation in the magnitude of the effect of talcum powder products was found when considering the study designs and ovarian cancer subtypes. Several minor issues are that Penninkilampi may have included some groups of patients more than once in analyses and did not include updated data or previously unpublished data available from a research consortium on ovarian cancer. However, these concerns are unlikely to have had a significant impact on estimates.

### Berge (2018)

This large, comprehensive systematic review of the association between genital use of talc powder products and ovarian cancer also had well-described methods. Berge reviewed and abstracted data for 27 publications and reported an overall summary estimate of the association between talc exposure and ovarian cancer. For six of the reviewed studies, Berge included data published in a pooled data analysis, from Terry [69] described below) that had not been previously included in the original publications. Overall, data on 15,230 women with ovarian cancer were analyzed (a number that is incorrectly reported in the paper). This is slightly higher than the number included in Penninkilampi because of the additional patients from the Terry publication. The summary estimate for risk of ovarian cancer for women who ever used genital talc was RR 1.22 (95% CI 1.13, 1.30). When stratified by histologic type, serous carcinoma was the only type with a significant association to talc use (RR 1.24, 95% CI 1.15, 1.34). There was no difference in risk when tumors were categorized as invasive versus borderline.

To assess relationships among ovarian cancer and intensity and duration of use, these measures were analyzed separately rather than as a combined measure that would give an estimate of the total number of exposures. Nonetheless, the authors found statistically significant relationships with both frequency and duration of use: " The results of the analysis by duration and frequency of genital talc use are reported in

Table 3. A 10-year increase in genital talc use was associated with a RR of 1.16 (95% CI 1.07-1.26; 12 studies), whereas the RR for an increase of one application per week was 1.05 (95% CI 1.04-1.07; 7 studies). " This means that per each additional application per week the  relative risk of cancer increased 5 percent, meaning that frequent and daily use would be associated with approximately a 35% increase in cancer risk (RR aproximately 1.35.)

The authors also stratified the results by the study design (as did Penninkilampi) and found that the association between talc exposure and ovarian cancer was significant only for the case-control studies, although, as above, the cohort studies had the weakest definition of exposure. The primary limitation of the review is defining exposure as ever having used talc. As described above, this is a broad, vague definition that probably dilutes any estimated association, as it includes both women with trivial use and with regular use. A second limitation is that the included studies adjusted for a variety of covariates although this is unavoidable in this type of summary. The large difference in general between adjusted and crude results emphasizes the importance of adjustments when estimating particular risk.

### Langseth (2008)
This systematic review of the association between genital use of talc powder products and ovarian cancer included 21 publications. The overall pooled odds of cancer were OR 1.35 across all studies.  Several authors of this systematic review were involved in an IARC report on talc exposure. They analyzed a subset of eight studies used in the IARC report that were considered to be the most informative for estimating ovarian cancer risk. Analysis of these more relevant, <u>higher quality studies, produced an increased ovarian cancer risk of 30 to 60% (presumably OR 1.3–1.6) associated with talcum powder use.</u> This subset analysis did not document a dose response or assess associations by cancer types.

### Huncharek (2007)
Huncharek summarized the results of nine studies that reported on the association between talc used on contraceptive diaphragms and ovarian cancer. No data on perineal talc exposure were analyzed and the data are not included herein. Of note, the reported methodological details suggest a very poorly designed and conducted study. Some of the included papers do not even mention talcum powder products used with diaphragms. This systematic review is poor quality.

### IARC (2010)
Beginning in 1969 the International Agency for Research on Cancer (IARC) began a program to critically review the data on the carcinogenic risk of chemicals to humans. They subsequently expanded their reviews to included evaluation of carcinogenic risks associated with a range of exposures (including risks associated with biological and physical agents, lifestyle factors, complex mixtures of exposures, occupations, etc.) The purpose of the IARC program is to elaborate and publish detailed monographs including critical review of data, to evaluate human risks, and to indicate where uncertainty exists and where additional data are needed. They also give an overall assessment of the strength of the associations. It is worth noting that the individuals who contribute to IARC reports (the Working Group) include extremely knowledgeable and unbiased scientists who have specific content expertise and who have no apparent conflicts of interest. Invited specialists and representatives from international health agencies are brought in to supplement the scientific experts. In their evaluation, they heavily weight whether data support a conclusion of causality. They score evidenced into four categories, ranging from a) evidenced suggesting lack of carcinogenicity; b) inadequate evidence of carcinogenicity c) limited evidence of carcinogenicity and d) sufficient evidence of carcinogenicity. Category c is used when there is possibly carcinogenicity, and this category is not used lightly. An exposure meets category c if there is a positive association between observed exposure to the agent and cancer for which a

25

causal interpretation is considered by the Working Group to be credible, but chance of bias or confounding could not be ruled out. They further categorize agents into 3 groups: Group 1, corresponding to d above (sufficient evidence), the agent is carcinogenic to humans; Group 2, which includes 2A (the agent is probably carcinogenic) and 2B: the agent is possibly carcinogenic to humans. A review focused on the risks associated with carbon black, titanium oxide and talc was published in 2006. The review included a detailed review of the individual studies examining perineal talc use as a risk factor for cancer. IARC concluded that perineal use of talc-based body powder is possibly carcinogenic to humans (Group 2B)

### Huncharek (2003)

This review of 16 studies assessed the relationship between genital exposure to talc and ovarian cancer using data for 5260 women with cancer and 6673 controls. The pooled OR for ever being exposed to perineal talc powder products was 1.33 (95% CI 1.16, 1.45). Small differences were observed in the estimated ORs by whether controls in the case-control studies were from hospital populations (OR 1.19, 95% CI 0.99, 1.4), or the general population (OR 1.38, 95% CI 1.25, 1.52). I believe these differences are small. In general, in case-control studies, population controls are likely more relevant and valid. However, as with several of the other reviews, talcum powder exposure was assessed as any exposure rather than quantifying by intensity. No stratification by tumor subtype or invasiveness was performed.

### Gross (1995)

Gross reviewed 10 studies on the association between talc exposure and ovarian cancer using data on 1333 women with cancer and 2362 without cancer. To summarize the RR of malignant epithelial cancer types due to any exposure to talc, adjusting for ovarian cancer risk factors, the authors combined results from five studies for OR 1.29 (95% CI 1.02, 1.63). For an analysis of all cancers (borderline and invasive), they included data from seven studies for a similar OR of 1.31 (95% CI 1.08, 1.58). Notably, the authors did not provide any methodological details of how they identified, assessed, and combined studies, making the results difficult to fully interpret. As with several of the other reviews, they assessed any exposure to talc.

### Harlow (1992)

Harlow reviewed five previously published studies and summarized an OR, not adjusted for confounding factors, and added his own data for a crude estimated OR of 1.3 (95% CI 1.1, 1.6). Unfortunately, no methodological details were provided on how studies were identified, assessed, and combined or how exposure was defined, making the results difficult to fully interpret. Further, only the combined, estimated, non-adjusted crude OR was reported. Of note, the results of the five published studies used in the review (in contrast to the summary) are well described and of good methodological quality.

### Tanha (2021)

Tanha and colleagues completed a large review of systematic reviews to identify and quantify the most important factors associated with ovarian cancer found in systematic reviews "A comprehensive systematic literature search was performed to identify all published systematic reviews and meta-analysis on associated factors with ovarian cancer. Web of Science, Cochrane Library databases, and Google Scholar were searched up to 17th January 2020. This study was performed according to Smith et al. methodology for conducting a systematic review of systematic reviews. Twenty-eight thousand sixty-two papers were initially retrieved from the electronic databases, among which 20,104 studies were screened. Two hundred seventy-seven articles met the inclusion criteria." The authors found that perineal talc use, significantly increase the risk of ovarian cancer, and the excess risk was greater than nearly all other assessed ovarian cancer risk factors. They report a summarized OR = 1.30 (95% CI 1.24, 1.36) and RR = 1.25 (95% CI 1.18, 1.33).

Table 3. List of published studies, sorted by study design

| | Study Type | Year | Author | Journal | Title |
|---|---|---|---|---|---|
| 1 | Cohort | 2000 | Gertig | J Natl Cancer Inst | Prospective study of talc use and ovarian cancer (in the Nurses' Health Study) |
| 2 | Cohort | 2010 | Gates | Am J Epidemiol | Risk factors for epithelial ovarian cancer by histologic type; US Nurses Health Study |
| 3 | Cohort | 2014 | Houghton | J Natl Cancer Inst | Perineal powder use and risk of ovarian cancer: Results from the Women's Health Initiative |
| 4 | Cohort | 2016 | Gonzalez | Epidemiology | Douching, talc use and risk of ovarian cancer: Results from the Sister Study |
| 5 | Cohort | 2024 | O'Brien | J Clinical Oncology | Intimate Care Products and Incidence of Hormone-Related Cancers: A Quantitative Bias Analysis |
| 6 | Systematic Rev. | 1992 | Harlow | Obst Gyn | Perineal exposure to talc and ovarian cancer risk |
| 7 | Systematic Rev. | 1995 | Gross | J Expo Anal Env Epid | A meta-analytical approach examining the potential relationship between talc exposure and ovarian cancer |
| 8 | Systematic Rev. | 2003 | Huncharek | Anticancer Res | Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: a meta-analysis of 11,933 subjects from sixteen observational studies |
| 9 | Systematic Rev. | 2007 | Huncharek | Eur J Cancer Prev | Use of cosmetic talc on contraceptive diaphragms and risk of ovarian cancer: a meta-analysis of nine observational studies. |
| 10 | Systematic Rev. | 2008 | Langseth | J Epid Community Health | Perineal use of talc and risk of ovarian cancer. |
| 11 | Systematic Rev. | 2010 | IARC | IARC Monographs | IARC monographs on the evaluation of carcinogenic risks to humans: Carbon black, titanium dioxide, and talc |
| 12 | Systematic Rev. | 2017 | Berg | European J of Can Prev | Genital use of talc and risk of ovarian cancer: A meta-analysis |
| 13 | Systematic Rev. | 2018 | Penninkilampi | Epidemiology | Perineal talc use and ovarian cancer: A systematic review and meta-analysis. |
| 14 | Systematic Rev. | 2019 | Taher | Reproductive Toxicology | Critical review of the association between perineal use of talcum powder and risk of ovarian cancer |
| 15 | Systematic Rev | 2021 | Tanha | J Ovarian Ca Research | Investigation on factors associated with ovarian cancer: an umbrella review of systematic review and meta-analyses |
| 16 | Systematic Rev. | 2022 | Woolen | J of General Int Medicine | Association Between the Frequent Use of Perineal Talcum Powder Products and Ovarian Cancer: a Systematic Review and Meta-analysis |
| 17 | Pooled Data | 2013 | Terry | Cancer Prev Res | Genital powder use and risk of ovarian cancer: a pooled analysis of 8525 cases and 9859 controls |
| 18 | Pooled Data | 2016 | Cramer | Epidemiology | The association between talc use and ovarian cancer- A retrospective case- control study in two US states |
| 19 | Pooled Data | 2020 | O'Brien | JAMA | Association of Powder Use in the Genital Area with Risk of Ovarian Cancer |
| 20 | Pooled Data | 2021 | Davis | Cancer Epid Biomark Prev | Genital Powder Use and Risk of Epithelial Ovarian Cancer in the Ovarian Cancer in Women of African Ancestry Consortium |
| 21 | Case-Control | 1982 | Cramer | Cancer | Ovarian cancer and talc: A case control study |
| 22 | Case-Control | 1983 | Hartge | JAMA | Talc and ovarian cancer |
| 23 | Case-Control | 1988 | Whittemore | Am J Epidemiol | Personal and environmental characteristics related to epithelial ovarian cancer. Exposures to talcum powder, tobacco, alcohol, and coffee |
| 24 | Case-Control | 1989 | Harlow | Am J Epidemiol | A case-control study of borderline ovarian tumors: The influence of perineal exposure to talc |
| 25 | Case-Control | 1989 | Booth | BR Cancer | Risk factors for ovarian cancer: a case-control study |
| 6 | Case-Control | 1992 | Harlow | Obstet Gynecol | Perineal exposure to talc and ovarian cancer risk |
| 26 | Case-Control | 1992 | Rosenblatt | Gynecol Oncol | Mineral fiber exposure and the development of ovarian cancer |
| 27 | Case-Control | 1992 | Chen | Int J Epidemiol | Risk factors for epithelial ovarian cancer in Beijing, China |
| 28 | Case-Control | 1993 | Tzonous | Int J Cancer | Hair dyes, analgesics, tranquilizers, and perineal talc application as risk factors for ovarian cancer |
| 29 | Case-Control | 1995 | Purdie | Int J Cancer | Reproductive and other factors and risk of epithelial ovarian cancer: an Australian case-control study |
| 30 | Case-Control | 1996 | Shushan | Fertil Steril | Human menopausal gonadotropin and the risk of epithelial ovarian cancer |
| 31 | Case-Control | 1997 | Chang | Cancer | Perineal talc exposure and risk of ovarian carcinoma |
| 32 | Case-Control | 1997 | Cook | Am J Epidemiol | Perineal powder exposure and the risk of ovarian cancer |
| 33 | Case-Control | 1998 | Green | In J Cancer | Tubal sterilization, hysterectomy and decreased risk of ovarian cancer. |
| 34 | Case-Control | 1998 | Godard | Am J Obstet Gynecol | Risk factors for familial and sporadic ovarian cancer among French Canadians: A case-control study |
| 35 | Case-Control | 1999 | Cramer | International J of Cancer | Genital talc exposure and risk of ovarian cancer |
| 36 | Case-Control | 1999 | Wong | Obstet Gynecol | Perineal talc exposure and subsequent epithelial ovarian cancer: A case-control study |
| 37 | Case-Control | 2000 | Ness | Epidemiol | Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer |
| 38 | Case-Control | 2004 | Pike | Fertil  Steril | Hormonal factors and the risk of invasive ovarian cancer: A population based case control study |
| 39 | Case-Control | 2004 | Mills | Am J Epidemiol | Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California |
| 40 | Case-Control | 2008 | Goodman | Endcor Relat Cancer | Association of two common single-nucleotide polymorphisms in the CYP19A1 locus and ovarian cancer risk |
| 41 | Case-Control | 2008 | Gates | Cancer Epid Bio Prev | Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian cancer |
| 42 | Case-Control | 2008 | Merritt | Int J Cancer | Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer |
| 43 | Case-Control | 2009 | Moorman | Am J Epidemiol | Ovarian cancer risk factors in African-American and white women |
| 44 | Case-Control | 2009 | Wu | Int J Cancer | Markers of inflammation and risk of ovarian cancer in Los Angeles County |
| 45 | Case-Control | 2011 | Rosenblatt | Gynecol Oncol | Mineral fiber exposure and the development of ovarian cancer |
| 46 | Case-Control | 2012 | Lo-Cignaic | Epidemiol | Aspirin, non-aspirin non-steroidal anti-inflammatory drugs, or acetaminophen and risk of ovarian cancer |
| 47 | Case-Control | 2012 | Kurta | Cancer Epid Bio Prev | Use of fertility drugs and risk of ovarian cancer: results from a U.S.-based case-control study |
| 48 | Case-Control | 2015 | Wu | Cancer Epid Bio Prev | African Americans and Hispanics remain at lower risk of ovarian cancer than non-Hispanic whites after considering nongenetic risk factors and oophorectomy rates |
| 49 | Case-Control | 2016 | Schildkraut | Cancer Epid Bio Prev | Association between body powder use and ovarian cancer: the African American Cancer |

Table 4. List of published studies Including the number of cancers and controls/cohort size.

| | Study Type | Year | Author | Cancers | Controls or Cohort Size |
|---|---|---|---|---|---|
| 1 | Cohort Study | 2000 | Gertig | 307 | 78,630 |
| 2 | Cohort Study | 2010 | Gates | 797 | 108,073 |
| 3 | Cohort Study | 2014 | Houghton | 427 | 61,576 |
| 4 | Cohort Study | 2016 | Gonzalez | 154 | 41,654 |
| 5 | Cohort Study | 2024 | O'Brien | 292 | 40,536 |
| 6 | Systematic Review | 1992 | Harlow * | 1,106 | 1,756 |
| 7 | Systematic Review | 1995 | Gross | 1,333 | 2,362 |
| 8 | Systematic Review | 2007 | Huncharek | 1,858 | 2,830 |
| 9 | Systematic Review | 2003 | Huncharek | 5,260 | 6,673 |
| 10 | Systematic Review | 2008 | Langseth | NR | NR |
| 11 | Systematic Review | 2010 | IARC | NR | NR |
| 12 | Systematic Review | 2017 | Berg | 15,230 | NR |
| 13 | Systematic Review | 2018 | Penninkilampi | 14,311 | NR |
| 14 | Systematic Review | 2019 | Taher | 17301 | NR |
| 15 | Systematic Review | 2013 | Tanha | 50,028 | 218166 |
| 16 | Systematic Review | 2016 | Woolen | 6,542 | 66,876 |
| 17 | Pooled Data | 2013 | Terry | 4,472 | 6,175 |
| 18 | Pooled Data | 2016 | Cramer | 2,041 | 2,100 |
| 19 | Pooled data | 2020 | O'Brien | 2.168 | 252,745 |
| 20 | Pooled Data | 2021 | Davis | 3420 | 7881 |
| 21 | Case-Control | 1982 | Cramer | 215 | 215 |
| 22 | Case-Control Study | 1983 | Hartge | 135 | 171 |
| 23 | Case-Control Study | 1988 | Whittemore | 188 | 539 |
| 24 | Case-Control Study | 1989 | Harlow | 116 | 158 |
| 25 | Case-Control Study | 1989 | Booth | 235 | 451 |
| 6 | Case-Control Study | 1992 | Harlow | 235 | 239 |
| 26 | Case-Control Study | 1992 | Rosenblatt | 77 | 46 |
| 27 | Case-Control Study | 1992 | Chen | 112 | 224 |
| 28 | Case-Control Study | 1993 | Tzonous | 189 | 200 |
| 29 | Case-Control Study | 1995 | Purdie | 824 | 860 |
| 30 | Case-Control Study | 1996 | Shushan ** | 200 | 408 |
| 31 | Case-Control Study | 1997 | Chang | 367 | 564 |
| 32 | Case-Control Study | 1997 | Cook | 313 | 422 |
| 33 | Case-Control Study | 1998 | Green | 824 | 855 |
| 34 | Case-Control Study | 1998 | Godard | 170 | 170 |
| 35 | Case-Control Study | 1999 | Cramer | 563 | 523 |
| 36 | Case-Control Study | 1999 | Wong*** | 499 | 755 |
| 37 | Case-Control Study | 2000 | Ness | 767 | 1,367 |
| 38 | Case-Control Study | 2004 | Pike | NA | NA |
| 39 | Case-Control Study | 2004 | Mills | 256 | 1,122 |
| 40 | Case-Control Study | 2008 | Goodman | 367 | 602 |
| 41 | Case-Control Study | 2008 | Gates | NA | NA |
| 42 | Case-Control Study | 2008 | Merritt | 1,576 | 1,509 |
| 43 | Case-Control Study | 2009 | Moorman | 1,086 | 1,057 |
| 44 | Case-Control Study | 2009 | Wu | 609 | 688 |
| 45 | Case-Control Study | 2011 | Rosenblatt | 812 | 1,313 |
| 46 | Case-Control Study | 2012 | Lo-Cignaic | 902 | 1,802 |
| 47 | Case-Control Study | 2012 | Kurta | 902 | 1,802 |
| 48 | Case-Control Study | 2015 | Wu | 1,701 | 2,391 |
| 49 | Case-Control Study | 2016 | Schildkraut | 584 | 745 |

28

**Systematic Reviews: Summary**

**The systematic reviews provide a remarkably consistent estimate of an approximately 30% increase in the risk of ovarian cancer associated with any talc powder products use, with up to a 65% increase among frequent users of talc powder products**.  The studies summarized in the systematic reviews reported consistent results with little variability and closely overlapping estimates for ovarian cancer risk due to talc use. Further, the reviews suggest that the risks are greater for invasive serous cancer. I believe Penninkilampi provides a comprehensive and high quality review and his estimate is that women who regularly use talc powder products, defined as >3600 lifetime applications, have a 40% increased risk of ovarian cancer compared to women with no regular talc power product use. The association was significant for serous cancers. Similarly, Woolen provides a high quality review with similar results suggesting an increased risk of ovarian cancer associated with frequent perineal powder exposure of 31-65%.

<u>Pooled Data</u>

Three large studies pooled data from several studies. They are worth describing separately because of their larger sample size, and different methodology of combining studies. Each contain contributing case-control and/or cohort studies.

**Terry (2013)**

This report pooled data on ovarian cancer patients from a national research consortium and assessed the relationship between talc powder products exposure and ovarian cancer by histologic subtype and invasiveness. Data were from eight case-controlled studies and importantly included previously unpublished data. The authors tried to unify definitions across the studies, but the definitions nonetheless varied widely. The prevalence of genital powder use in the controls varied widely across participating study sites, ranging from 15%–45%, suggesting either large variations in the underlying populations or, probably more likely, variation in the definition of powder use that led to these differences.

The data were for a total of 8525 cases and 9859 controls in the primary analysis. The authors found that **genital talcum powder use was associated with an approximately 24% increased risk of epithelial ovarian cancer (OR 1.24, 95% CI 1.15, 1.33).** When stratified by cancer type, the risk was increased for all cancers except mucinous cancer. Risks were approximately equally elevated for invasive and borderline tumors. They used a subset of patient data to determine RR of ovarian cancer for the highest talcum powder users, measured as cumulative lifetime perineal applications (defined as applications per month and months of the year). They also considered age (inclusion in the highest user group required more use at age 70 than age 40) and assessed risk of cancer among the highest users. **The odds of cancer in the highest talc exposure category was higher than for women who ever used talc (OR 1.37, 95% CI 1.19, 1.58).** A significant dose response was seen when data on all patients were analyzed, with greater exposure leading to greater risk.

**Cramer (2016)**

Cramer conducted several case-control studies on the relationship between genital talc powder use and ovarian cancer. He pooled data from a large number of these studies, described as reflecting study enrollment in 1992–1997, 1998–2002, and 2003–2008. This publication reports the analysis of pooled data from these separate enrollment phases and a more detailed characterization of those data. Cases were women who resided in Eastern Massachusetts and New Hampshire diagnosed with epithelial ovarian cancer between the ages of 18 and 80. Controls were women identified through random-digit dialing, driver's license lists and town resident lists. Women were interviewed in person, and details of talc use were elicited including the number of applications per month (allowing assessment of frequency of use), timing of use, and lifetime

exposures. These descriptions gave far greater detail than most other reports and are thus an important contribution to the field. Further, more demographic, and clinical history were obtained and described in these enrollments than for other reviewed studies. This report gave associations from pooled data for 2041 cases and 2100 controls. The larger size of the population, unified variables, and greater detail about cases and controls allowed a larger number of stratifications than other studies.

Overall, genital talc use was associated with an OR of 1.33 (95% CI 1.1.6, 1.52). An important observation was that risk decreased with time since last use. Thus, how often women regularly used talcum powder (daily, or weekly or monthly) was meaningful for predicting ovarian cancer risk, but not if the women had not used talcum powder for 5 or more years. **Women who reported using talcum powder daily (>30 applications per month) had an OR of 1.46 (95% CI 1.2, 1.78)**. Of note, among women in the ovarian cancer case group who used talcum powder, daily was the most commonly reported frequency of use**. When analysis used data on women who reported their total number of talcum powder applications, those in the highest group category (>7200 lifetime applications, the equivalent of 20 years of daily application) had an OR for ovarian cancer of 1.49 (95% CI 1.06, 2.1).**

Cramer conducted detailed analysis of factors that could influence/interact with the association between talcum powder and ovarian cancer. Some of the results are quite striking. First, a very strong interaction with race was noted. **African-American women seem to be at a particularly elevated risk of ovarian cancer following talcum powder exposure (OR 5.08, 95% CI 1.32, 19.6) compared with white women (OR 1.35, 95% CI 1.17, 1.55).** This finding calls for greater research given the higher incidence, and poorer outcomes among African American women. Asian women seem to be at reduced risk (OR 0.04, 95% CI 0.01, 0.34). **Analysis showed a strong relationship with menopausal status and use of hormone replacement therapy.** ORs were significantly increased in premenopausal women (OR  1.41, 95% CI 1.13, 1.75) and **postmenopausal women who used hormone treatment (OR 2.21, 95% CI 1.63, 3.0).** Postmenopausal women who did not use hormone therapy were not at increased risk of ovarian cancer (OR 1.0, 0.68, 1.49). **Interestingly, the risk of ovarian cancer among postmenopausal hormone-treatment users was elevated only if they used hormones before hysterectomy and tubal ligation but risk was substantial (OR 3.49, 95% CI 1.39, 8.75) if talcum powder was used before these surgeries (OR 5.85, 95% CI 2.89, 11.9) compared to talcum powder use both before and after surgery.**

These findings merit further assessment in other populations but raise the possibility that estrogen is important in ovarian carcinogenesis. The authors also stratified analyses by histologic type and found that the relationship between ovarian cancer and frequency of talcum powder use was significantly elevated for invasive and borderline serous cancer and invasive endometrioid cancer, but not for mucinous, clear cell or mucinous borderline cancer. **Among the most frequent users of talc the adjusted OR for invasive serous cancer is 1.54 (95% CI 1.15, 2.07).** This relationship was even stronger among premenopausal women (OR 1.85, 95% CI 1.21, 2.8) compared to postmenopausal women (OR 1.33, 95% CI 0.96, 1.85).

### O'Brien (2020)

O'Brien and colleagues performed a pooled analysis of powder use and ovarian cancer using data from the four cohort studies that assessed exposure to perineal powder. Data were included from the "Nurses' Health Study (enrollment 1976; follow-up 1982-2016; n = 81 869), Nurses' Health Study II (enrollment 1989; follow-up 2013-2017; n = 61 261), Sister Study (enrollment 2003-2009; follow-up 2003-2017; n = 40 647), and Women's Health Initiative Observational Study (enrollment 1993-1998; follow-up 1993-2017; n = 73 267)." **They report a hazard ratio of 1.08 [95%CI, 0.99 to 1.17] among women who  ever versus never used powder.** In order to harmonize the measurement of the exposure across the studies, they primarily focused on quantifying the

association between ever versus never use of powder products and ovarian cancer. **They performed a number of subgroup analyses, including use among women with intact genital tracts (HR for the association between ever use of powder in the genital area and ovarian cancer risk among women with a patent reproductive tract was 1.13 (95%CI, 1.01 to 1.26), and they created a subgroup to look at frequent uses and assessed the association between powder use >= 1 x per week as HR = 1.19 (1.03 to 1.37).** There are several limitations of the pooled study, many highlighted by the letters to the editor written in response to the publication [Cramer; Harlow, Murray, and Rothman]. Rothman, a well-respected epidemiologist, and methodologist co-authored one of the letters to the editor written in response to this publication that argued the publication shows the association between perineal powder exposure and ovarian cancer. The primary limitation of O'Brien et al is the focus on *any* talcum powder use (a non-specific exposure that combines women across a very broad range of exposures). Although the authors looked at frequent use greater or equal to 1 x per week, only two studies contributed meaningfully to this estimate (NHS I and Sisters Study.) The Women's Health Initiative did not ask about frequency of use so the data from that study could not be included in the assessment of powder use >=1 x per week. Further the NHS II study had a very short period of follow up after adding the question of talcum powder use to their survey - fewer than 10% the person-time at risk and < 6% the number of ovarian cancer cases compared with the NHS I. This means the NHSII contributed few meaningful data. Further, although the Sister Study is included, this study asked about exposure in two discreet periods of time that may not reflect overall use and included in their assessment of exposure, sanitary pad application of powder. This is not generally included with perineal exposures. Thus O'Brien used few data from the cohort studies to answer this question about the use of powder and ovarian cancer. Other limitations of their pooled study included inconsistency in the exposure (lack of specificity of the type of powder used - none of the cohorts asked whether talcum powder or cornstarch was used), and the extended time period between when talc use was assessed and assessment of cancer outcomes (leading to a selection bias known as depletion of susceptibles). This pooled data has limited usefulness in assessing the relationship between talcum powder use and ovarian cancer, in large part because it ignored most of the published literature.

### Davis (2021)

Davis and colleagues completed a pooled data study to specifically address risk among African American women. Genital powder use is higher among African American compared with women (36% vs 30%,) and therefore it is particularly important to assess the risk of ovarian cancer in African American women exposed at higher rates. Recent research suggests the elevation in ovarian cancer risks associated with talcum powder exposure is similar in African American and white women. The Ovarian Cancer in Women of African Ancestry (OCWAA) consortium was established with the objective to understand racial differences in risk and outcomes associated with epithelial ovarian cancer. Using five of the eight OCWAA studies that collected data on body powder use, Davis et al. evaluated the association between exposure of talcum powder products and ovarian cancer. The study included four population-based case-control studies (the North Carolina Ovarian Cancer Study, Los Angeles County Ovarian Cancer Study, Cook County Study and African American Cancer Epidemiology Study) and a nested case-control study within the WHI Observational Study. Genital powder use was assessed prior to 2014 and ovarian cancer risks by race were assessed using logistic regression. Ever use of genital powder was associated with an elevated odds of ovarian cancer among African American women [OR = 1.22; 95% confidence interval (CI) = 0.97-1.53] and White women (OR = 1.36; 95% CI = 1.19-1.57). In African American women, the positive association with risk was greater among high-grade serous tumors (OR = 1.31; 95% CI = 1.01-1.71) whereas among White women the risks did not vary by histology.

### Pooled Data Studies: Summary

The increased risk of ovarian cancer associated with talc use was estimated at around 20%-40% across studies. The increased risk for serous cancer was even higher. The increased risk of ovarian cancer associated with

powder use was around 13% in the pooling of data from the cohort study among women with intact fallopian tubes, however this reflects ever talc use, and the details of this study reveal many biases that would be expected to underestimate risk (e.g., biases toward the null). African American and white women have similar elevated risks associated with talcum powder exposures although the association with serous tumors in particular was higher in African American women.

<u>Case-Control Trials</u>
A large number of case-control studies are published—too many to dedicate a paragraph to summarizing the methods of each. The studies are listed in Tables 3 and 4. I carefully read and reviewed each study. All but two demonstrated a positive association (OR > 1) between any talc powder products use and ovarian cancer, with ORs ranging from 0.73–3.9 across studies. The measure of the association across these studies is best summarized using quantitative meta-analytic techniques, as done in the systematic reviews described above.

## V. Health Canada Screening Assessment (2021)

The Canadian Minister of the Environment and the Minister of Health conducted a detailed and comprehensive assessment of whether the genital use of talcum powder caused ovarian cancer, including a Bradford Hill analysis. The assessment focused on the health effects of cosmetic-grade talc and did not consider potential impurities such as asbestos (thus they didn't consider the even greater risks associated with talc as it is now known to contain asbestos and/or asbestiform talc as described above). The ecological portion of the assessment was subject to an external peer review and a 60-day public comment period. The human health portion of this assessment underwent external peer review and/or consultation.  Health Canada reached similar conclusions as described in this report. The authors concluded that the available data are indicative of a causal effect. They describe factors that strongly supported their conclusion including 1) the strength of the epidemiological data demonstrating consistency in the epidemiological studies across several decades and conducted in different parts of the world with statistically significant pooled ORs from available meta-analyses with narrow confidence intervals. 2) strong evidence of a viable mechanism that talc particles migrate from the vagina to the fallopian tubes and ovaries following perineal application. 3) that there is evidence that inflammation can be triggered by talc and that there is an association between inflammation and ovarian cancer supporting the biological plausibility.

## VI. Summary of the Epidemiology Data, Association Between Talcum Powder Products and Ovarian Cancer

I conclude, based on the review of the available primary studies, systematic reviews, and the Health Canada Report that regular exposure to talcum powder products increases ovarian cancer risk by around 40-50%. The strongest and largest systematic reviews (Penninkilampi and Berge) and the Woolen review that specifically focuses on regular users, also conclude a significant increase in ovarian cancer risks occur following talcum powder exposure. And the Health Canada Report similarly concluded that the available data are indicative of a causal effect between perineal exposure to talc and ovarian cancer.

## VII. Other Relevant Factors

<u>Research Supporting Talcum Powder Association with Ovarian Cancer: Transit to Ovary and Risk Reduction on Interruption</u>
Evidence from relevant studies is clear that talcum powder particles applied to the genital region will ascend through the vagina and fallopian tubes and enter the pelvic cavity, reaching fallopian tubes and ovaries. In humans, this route has been established experimentally by labelling inert particles, depositing them in the

vagina just prior to planned hysterectomy, and then recovering them from the fallopian tubes following surgery.(Egli and Newton 1961) Other substances that have been shown to migrate through the open female genital tract include nonmotile sperm (Jones and Lopez 2006), retrograde menstruation (Blumenkrantz 1981), particulate radioactive material (Venter and Iturralde 1979), and glove powder (Sjosten 2004). This transport is facilitated by a uterine "peristaltic pump". (Kunz 1997)

Further, talc particles have been found in normal and malignant ovarian tissue. Henderson found that in 10 of 13 tested epithelial ovarian cancer tumors, 75% had talc embedded in the tissue. This result confirms that talc reached to the areas with cancerous tissue, but not that it caused the cancer. Histological evaluation of ovaries removed because of ovarian cancer or benign conditions have identified both talc particles and asbestos fibers in the ovarian tissue, further supporting that particles applied to the perineum reach the ovaries. (Heller 1996) Heller found that in all women in a study who were having ovaries removed for benign ovarian growth had talc in their ovaries. These results confirm that talcum powder applied to the perineum may be absorbed into the vagina and migrate or be transported to the tubes and ovaries. In 1967, Graham and Graham demonstrated that intraperitoneal application of asbestos in guinea pigs and rats results in overgrowth of ovarian epithelial cells comparable to the histologic changes in epithelial ovarian tumors in women. (Graham 1967) The greater frequency at which talc particles are discovered in ovarian cancerous tissue than in normal ovarian tissue further supports that these particles may be causing cancer. More recently, talc particles have been described in lymph nodes and other pelvic organs. (Cramer 2007, McDonald 2019)

Several epidemiological studies evaluated the risk of ovarian cancer associated with talcum powder products before and after women had tubal ligation or hysterectomy, which surgically removes the route by which talc reaches the ovaries. The studies strongly suggest that the increased risk of ovarian cancer associated with talcum powder products use is reduced or eliminated after tubal ligation or hysterectomy. The results support that the risk from talcum powder products is elevated when women have an open pathway from the perineum to the ovary that enables powder components to reach the ovaries via unobstructed fallopian tubes. The collective results demonstrate that talcum powder products are carcinogenic through direct transport/migration to the fallopian tubes and ovaries.

<u>Variation in Risk when Talc Use is Discontinued</u>
Several studies showed that the risk of ovarian cancer associated with talc powder products decreases as the time from discontinuation of powder use increases. For example, Cramer found an elevated risk of ovarian cancer with talc powder products use and the risk decreased as time since last use increased. (Cramer 2016)

**VIII Consideration of Causality of Talc Powder Products and Ovarian Cancer: Bradford Hill Analysis**

There is no simple approach for determining if a particular exposure (like exposure to talc powder products) *causes* a disease (like ovarian cancer). (Rothman 2008) In biomedical research, causality is easiest to determine in studies that employ a randomized controlled trial design, in which participants are randomized to receive or not receive a treatment or exposure, then their health is followed to see their response. However, people cannot ethically be randomized to be exposed to a potentially cancer-causing agent and further, sometimes even randomized trials give results that are inconclusive. When assessing risk factors for cancer, it is important to look at the totality of evidence. An approach put forth in 1965 by Sir Austin Bradford Hill (frequently called the Bradford Hill Factors), and that was an expansion of a long list of criteria put forth by others in the decades and centuries preceding him (Rothman 2008), are often used to assess the totality of the evidence. They provide a framework for assessing the weight of evidence to help decide if causality is likely,

33

given a particular association, such as between talcum powder and ovarian cancer. The guidelines are imperfect and while they provide a framework, they are not an absolute set of criteria.

I address each of the Bradford Hill factors below, with my understanding of how the evidence of talcum powder products exposure supports or refutes causality. While the Bradford Hill Factors include nine aspects of association, it is important to emphasize that they should not be used as a checklist for causation. Instead, they can help interpret associations and aid in inferring causality. For each factor, I have highlighted why I believe this factor is more or less important.

## A) Strength of Association

It is frequently argued that the larger an apparent association, the more likely the association is to be real (causal) and important for epidemiological assessment. This would suggest that an OR of 2.0 is more likely to indicate causality and importance than an OR of 1.5. While this is often argued, this is untrue. (Rothman 2016; Rothman and Poole 1988) If there is a true association that increases the risk of disease (effect size) by 20%, good scientific studies will estimate the effect size at 20%. Further with respect to the impact of that risk on the population, if a risk factor increases the risk of disease by 50%, and the exposure is common, it will have a far greater impact on a number of people impacted, in comparison to a rare exposure that has a higher associated relative risk.  And if the association is truly one that increases risk by 50%, that this association can be discoverable. Perhaps a larger association between exposure and disease may be easier to identify, but it is no more likely to indicate causality or importance. (Rothman 2008) Further, the impact of a risk factor may be understood both as a relative increase in disease (reflected by a risk ratio, odds ratio, etc.), and it can also be understood as a difference in risk which more fully will reflect the number of individuals impacted.

## An Example to Help Frame Consideration of the Relative Strength of Association, and Number Impacted.

As an example, Table 5 shows an overview of the relationship between bladder cancer and two of its well known risk factors; occupational industrial chemicals and smoking. Several industrial chemicals such as 2-naphthylamine are strongly associated with bladder cancer risk. In 1954, Case et al. reported a 200-fold increased bladder cancer risk for workers exposed to 2-naphthylamine. In cohort studies of rubber industry workers, elevated standardized mortality ratios (SMRs) as high as 253 (95% CI 93, 551) were reported. Use of some of these chemicals are now prohibited in Europe and their use is regulated in the United States because they cause cancer. (OSHA, 2011). Cigarette smoking is also a known bladder cancer risk factor. However, the RR for smoking and bladder cancer is around 3, and therefore about 100 times lower than the RR for exposure to industrial chemicals. An exposure to industrial chemicals is far worse, and more likely to result in bladder cancer in comparison to cigarette smoking. Yet bladder cancer is the second most common cancer attributed to smoking in the United States. It impacts a very large number of individuals. Of the 70,000 cases of bladder cancer diagnosed each year, as many as 60% are estimated as attributable to smoking, whereas a tiny fraction is attributable to industrial chemicals.

Using the relative risk (effect size) to understand the "importance" of these two risk factors (industrial chemicals and smoking) with respect to causing cancer in the U.S., would be misleading. Smoking will result in far more cancers than industrial chemicals, even though the relative risk is much lower. In the crude sample data included in Table 5 to highlight this comparison, of the approximately 70,000 bladder cancers diagnosed annually in the United States, 50,000 are thought to result from cigarettes while fewer than 1000 result from occupational exposures. A 50% reduction in exposure to smoking will save approximately 25,000 men from getting bladder cancer. Reducing industrial chemical exposures by 50% will save approximately 500 men from getting bladder cancer. Thus, any impact on reducing known exposures for bladder cancer has the potential to be around 50 times more impactful if directed at smoking.

34

Table 5. An example showing the number of individuals who might be impacted through exposure to an occupational chemical that leads to bladder cancer as opposed to smoking which also leads to bladder cancer. The Table highlights that the relative effect size from a given exposure does not predict the number of patients impacted; rather it's important to take into consideration both the effect size and the number of individuals exposed.

|  | Occupational Exposure 2-naphthylamine | Smoking |
| --- | --- | --- |
| Estimated odds ratio associated with exposure | 200 | 3 |
| Number of individuals exposed annually | 10,000 | 50,000,000 |
| Annual bladder cancers diagnosed annually from exposure | 1000 | 50,000 |
| Impact on number of cancers diagnosed annual if exposure reduced by 50% | 500 | 25,000 |

<u>Strength of Association, Talc Powder Products and Ovarian Cancer</u>
The bladder cancer example highlights that when comparing two risk factors, it is not necessarily the relative risk factor with the greatest relative risk that is most important. A risk factor that increases risks by 50% will have an enormous impact on population mortality if the exposure is common or if the cancer is particularly lethal. This is certainly the case for talcum powder products, which are used by as many as half of all women in the United States. Women's use of talcum powder products is so widespread that even a relatively modest increase in risk would pose a sizeable health risk to the population. Further, a 50% risk increase is substantial and particularly important for ovarian cancer, which has a high mortality rate, with rare early detection.

Defining the association is critical for assessing potentially causal relationships, but that is not defined by a set cutoff or threshold to define a strong association. A current concept in epidemiology is that considerations about whether a factor causes a disease should weigh statistical validity along with the multiple factors that influence the disease. Thus, assessing *strength of association* when inferring causality requires examining underlying research and analytic methods, comparing the weight of evidence in the literature, and considering other contextual factors. <u>The data supporting the causality of talcum powder products exposure for ovarian cancer is extremely strong.</u>

<u>Estimating the Impact of Talc Powder Product Use and Ovarian Cancer Cases in the U.S.</u>
Relying on the evidence that I assembled and reviewed for this report, I estimated how many and what percent of ovarian cancers that occur each year in the United States are likely to be caused by exposure to talcum powder products, Table 6.  This is a relatively simple analysis, but nonetheless is informative. The purpose of this analysis is to help elucidate the relationship between the strength of the association and the number of people impacted.

The total number of ovarian cancers that are estimated to occur in the US annually in 2018 was 22,240, and these will occur among the 50.8 percent of the U.S. population of 311 million who are women (158 million). A proportion of ovarian cancers will occur among women who regularly use talcum powder products, and the remainder will occur in women who do not regularly use talcum powder products. For this calculation I have estimated that women exposed to talcum powder products less than regularly do not have an increase in their underlying ovarian cancer risk. I estimate that women who use talcum powder products regularly have approximately a 50% elevated risk of ovarian cancer and make projections estimating number of women who are exposed regularly to talcum powder products ranges from 10% and 60%. Using these model inputs,

35

between 3,177 and 15,397 women who regularly use talcum powder products will be diagnosed each year with ovarian cancer, reflecting 14% and 69% of all ovarian cancer cases. Attributable risk is the portion of disease attributable to the exposure. Approximately 1/3 of these cancers are attributable to the use of talcum powder use (ranging from 1059 to 5,132 depending on how many women are regular users of talcum powder products). This reflects that between 5% - 23% of all ovarian cancer diagnosed each year in the U.S. are attributable to exposure to talcum powder products, varying by the underlying proportion of women who regularly use talcum powder products. <u>This is a tremendous number of cases caused by a cosmetic product that provides no medical benefit. The Bradford Hill Factor of the strength of association is met.</u>

Table 6. An estimate and projection of the number and percent of ovarian cancers caused by regular use of perineal talc powder products in the U.S. varying the underlying proportion of women who regularly use talcum powder products.

Ovarian Cancers Diagnosed annually      22,250
US population of women                158,000,000

| Percent of women who use talcum powder products | Women | | Cancer | Cancers Diagnosed Annually | | Proportion of Cancers Diagnosed Annually | | Cancer Incidence per 10,000 | | Attributable Risk | Cases in women who use talcum powder products diagnosed annually attributable to the use of talcum powder products | Proportion attributable risk, proportion of cases in women who use talcum powder products attributable to their use of talc | Proportion of All Ovarian Cancer In All Women Attributable to Talc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Do not regularly use talcum powder products | Regularly use talcum powder products | Cancers diagnosed annually, all women | In women who do not regularly use talcum powder products | In women who regularly use talcum powder products | In women who do not regularly use talcum powder products | In women who regularly use talcum powder products | In women who do not regularly use talcum powder products | In women who regularly use talcum powder products | | | | |
| 10% | 142,200,000 | 15,800,000 | 22240 | 19,063 | 3,177 | 0.86 | 0.14 | 0.000134 | 0.000201 | 0.000067 | 1,059 | 0.33 | 0.05 |
| 20% | 126,400,000 | 31,600,000 | 22240 | 16,175 | 6,065 | 0.73 | 0.27 | 0.000128 | 0.000192 | 0.000064 | 2,022 | 0.33 | 0.09 |
| 30% | 110,600,000 | 47,400,000 | 22240 | 13,537 | 8,703 | 0.61 | 0.39 | 0.000122 | 0.000184 | 0.000061 | 2,901 | 0.33 | 0.13 |
| 50% | 79,000,000 | 79,000,000 | 22240 | 8,896 | 13,344 | 0.40 | 0.60 | 0.000113 | 0.000169 | 0.000056 | 4,448 | 0.33 | 0.20 |
| 60% | 63,200,000 | 94,800,000 | 22240 | 6,843 | 15,397 | 0.31 | 0.69 | 0.000108 | 0.000162 | 0.000054 | 5,132 | 0.33 | 0.23 |

<u>B) Consistency of Associations in Different Populations and Studies</u>
Another consideration for association and causality is consistency of the data. The data on the association between genital talc and ovarian cancer are highly consistent. The relative stability in the estimated increase in the risk of ovarian cancer associated with talc powder products use (50% increase for regular users of talcum powder and serous cancers; around 40% increase for all epithelial ovarian cancer and regular users of talcum powder products), as assessed across time and in diverse populations with diverse study designs, <u>strongly argues that the causal association is real and satisfies the Bradford Hill guideline  for consistency of associations across populations and studies.</u>

<u>C) Specificity Between Cause and Effect</u>
The Bradford Hill factors suggest that associations are more likely to be causal when an exposure causes only one disease. While some examples of highly specific exposures and outcomes exist, many exposures and health concerns involve complex chemical mixtures and low-dose environmental and occupational exposures complicated by a variety of personal risk factors. A recent review stated, <u>"The original criterion of *specificity* is widely considered weak or irrelevant from an epidemiologic standpoint."</u> (Fedak 2015) Asbestos, for example, is associated with a range of cancers and various exposures. Regardless of doubts about the meaningfulness of this factor, talcum powder products are associated with ovarian cancer (e.g., not uterine or breast cancer as seen in O'Brien 2024) and thus fulfills the specificity consideration, although this consideration is not an important consideration for causality in my expert opinion.

D) Temporality

An exposure must come before an outcome for the exposure to be causal. Bradford Hill explained that for an exposure-disease relationship to be causal, exposure must precede the onset of disease. While this is self-evident, in epidemiological studies, reverse causality, in which behavior related to a health issue is influenced by knowledge or events about the issue, is always a concern. For example, women who undergo ovarian cancer treatment may begin using talcum powder products during their pre- and post-operative period because of symptoms or side effects perceived to be alleviated by talcum powder products use. Assessing talcum powder use without specifying the time of use might lead to women with ovarian cancer being more likely to report talcum powder products use. In this example, talcum powder may not have caused the cancer; rather, use of talcum powder products was caused by the cancer (and treatments). The importance of this issue led to Bradford Hill's consideration of temporality when assessing causality.

In essentially all of the case-control studies that assessed use of talcum powder products, women were specifically asked to report talc powder products only during past, not current periods; thus, the studies explicitly assessed exposure to talcum before cancer. Typically, questions were phrased "Did you ever use talc, but not in the last year before cancer diagnosis?" to exclude the year prior to diagnosis. This issue is not relevant for the included cohort studies, as women were surveyed about their exposures prior to cancer ascertainment. Thus, the temporality consideration is important for my consideration and is satisfied.

E) Dose Response

In general, when risks are proportional to exposure (e.g., doubling exposure doubles risk) this dose-response evidence is considered to support causality. While some of the published studies did not collect sufficient data to carefully quantify the dose response, most did, including the results of the NHS 1 cohort (O'Brien 2020) and the Sisters cohort (O'Brien 2024) that found a dose response relationship. The systematic reviews summarizing these individual studies including Taher (2019), Penninkilampi (2018), and Berge (2018) all confirm a dose response relationship where women with more lifetime applications had higher risks as did women who reported long-term talc use or the most applications. Additionally, the Woolen systematic review (2022) included new and updated data from the Nurse's Health Study cohort, shows greater risks among frequent daily talc users compared with less frequent users. Thus most studies of talcum powder products and ovarian cancer show a dose response, with the caveat that some studies do not, and several studies did not assess. However, this factor does not weight heavily in my consideration in that not all exposures known to be carcinogenic will have a dose response, as some will have a threshold effect. This is important here because asbestos is believed to exhibit a threshold, rather than a linear, dose-response. Thus the observed dose response relationship supports the causality of talcum powder products and ovarian cancer, its absence in any given study would not dissuade me from my belief that talcum powder products causes ovarian cancer in some women.

F) Biologic Plausibility: Factors Linking Talc and Ovarian Cancer

The epidemiological evidence suggests a strong and positive association between exposure to talcum powder products and invasive ovarian cancer. However, epidemiological evidence alone does not provide a mechanism or pathophysiological process that accounts for the increased risk. Nor does the epidemiological evidence confirm the specific component or ingredient in talc powder products that is responsible for carcinogenesis. Nonetheless, the data are persuasive that particles contained in talcum powder reach the tubes and ovaries, inflammation as well as other biological process, initiate a causal pathway, and that several components of talc powder products including asbestos, asbestiform talc fibers, and heavy metals (Group 1 carcinogens by the evaluation of IARC) can all contribute to the carcinogenicity of the products. This was a

37

strong factor in my consideration of the evidence because there is extremely strong evidence that the components of talc powder products are known to be highly carcinogenic in other settings.

G)  Coherence and Consistency with Understood Biology

The guideline of coherence is considered similar to biological plausibility. For both, the cause-and-effect explanation should be consistent with all knowledge available. For talcum powder and ovarian cancer, this consideration is easily satisfied.

H)  Experimental Evidence

The evidence in humans of the impact of talcum powder products exposure and ovarian cancer development is based on a large number of observational studies. Direct experimental evidence in the form of randomized controlled trials in humans is simply not possible to generate, for ethical reasons. The experimental evidence in humans that talc particles can migrate to the ovary and be incorporated into ovarian tissue is relevant to developing a causal model but does not directly prove that that exposure causes cancer. There is also human data relating to the inflammatory nature of ovarian cancer. There is compelling in vitro research delineating the inflammatory mechanism by which talcum powder causes cancer.  Animal studies showing inflammatory tissue effects and tumor formation with talcum powder exposure are also supportive.

I) Analogy

Bradford Hill implied that when evidence is strong of a causal relationship between a risk factor and disease, researchers should be more accepting of weaker evidence that a similar risk factor may cause a similar disease. Thus, analogy has been interpreted to mean that when one causal agent is known, the standards of evidence are lowered for a second causal agent that is similar. The strong evidence for the association between asbestos and lung cancer, and the chemical similarity between these minerals, as well as their fibrous nature, supports the analogy consideration and causal inference.

**IX Bradford Hill - Summary:  Consideration of Causality of Talc Powder Products and Ovarian Cancer**

In consideration of the Bradford Hill factors, the clear strength of the association (A), remarkable consistency in the published literature across a large number of populations and research studies (B), temporality (D) considered in all of the published studies, and Dose Response (E)and perhaps most importantly, biological plausibility (F) were the criteria that I considered of paramount importance when assessing the causality of exposures of talc powder products and epithelial ovarian cancer.

**X Conclusion**

In conclusion, substantial evidence supports a strong, positive, and causal association between ovarian cancer and genital exposure to Johnson's Baby Powder and Shower to Shower products. Regular exposure to these talcum powder products causes ovarian cancer in some women. This opinion is based on my extensive review of the medical and scientific literature, my own independent systematic meta-analysis of the data, and my experience and expertise in the areas of epidemiology and women's health, including ovarian cancer.

All opinions are made to a reasonable degree of medical and scientific certainty. I reserve the right to amend or supplement this report as new information becomes available. I also reserve the right to review and comment on the expert reports and testimony of Defendants' experts.

**Sample of References Cited.**

**Please see full list of references reviewed for this report.**

Acheson ED, Gardner MJ, Pippard EC, Grime LP. Mortality of two groups of women who manufactured gas masks from chrysotile and crocidolite asbestos: a 40-year follow-up. British journal of industrial medicine. 1982;39(4):344-348.

Arsenic, metals, fibres, and dusts. IARC monographs on the evaluation of carcinogenic risks to humans. 2012;100(Pt C):11-465.

Baan R, Straif K, Grosse Y, et al. Carcinogenicity of carbon black, titanium dioxide, and talc. Lancet Oncol. 2006;7(4):295-296.

Balkwill F, Mantovani A. Inflammation and cancer: back to Virchow? Lancet (London, England). 2001;357(9255):539-545.

Berge W, Mundt K, Luu H, Boffetta P. Genital use of talc and risk of ovarian cancer: a meta-analysis. European journal of cancer prevention: the official journal of the European Cancer Prevention Organisation (ECP). 2018;27(3):248-257.

Berry G, Newhouse ML, Wagner JC. Mortality from all cancers of asbestos factory workers in east London 1933-80. Occupational and environmental medicine. 2000;57(11):782-785.

Blount AM. Amphibole content of cosmetic and pharmaceutical talcs. Environmental health perspectives. 1991;94: 225-230.

Bolton KL, Ganda C, Berchuck A, Pharoah PD, Gayther SA. Role of common genetic variants in ovarian cancer susceptibility and outcome: progress to date from the Ovarian Cancer Association Consortium (OCAC). Journal of internal medicine. 2012;271(4):366-378.

Booth M, Beral V, Smith P. Risk factors for ovarian cancer: a case-control study. British journal of cancer. 1989;60(4):592-598.

Blumenkrantz, M. J., N. Gallagher, R. A. Bashore, and H. Tenckhoff. "Retrograde Menstruation in Women Undergoing Chronic Peritoneal Dialysis." Obstetrics and Gynecology 57, no. 5 (May 1981): 667–70.

Camargo MC, Stayner LT, Straif K, et al. Occupational exposure to asbestos and ovarian cancer: a meta-analysis. Environmental health perspectives. 2011;119(9):1211-1217.

Carbon black, titanium dioxide, and talc. IARC monographs on the evaluation of carcinogenic risks to humans. 2010;93: 1-413.

Chang S, Risch HA. Perineal talc exposure and risk of ovarian carcinoma. Cancer. 1997;79(12):2396-2401.

Chen Y, Wu PC, Lang JH, Ge WJ, Hartge P, Brinton LA. Risk factors for epithelial ovarian cancer in Beijing, China. International journal of epidemiology. 1992;21(1):23-29.

Cook LS, Kamb ML, Weiss NS. Perineal powder exposure and the risk of ovarian cancer. American journal of epidemiology. 1997;145(5):459-465.

Coussens LM, Werb Z. Inflammation and cancer. Nature. 2002;420(6917):860-867.

Cramer DW, Liberman RF, Titus-Ernstoff L, et al. Genital talc exposure and risk of ovarian cancer. International journal of cancer. 1999;81(3):351-356.

Cramer DW, Vitonis AF, Terry KL, Welch WR, Titus LJ. The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States. Epidemiology (Cambridge, Mass). 2016;27(3):334-346.

Cramer DW, Welch WR, Scully RE, Wojciechowski CA. Ovarian cancer and talc: a case-control study. Cancer. 1982;50(2):372-376.

Cramer, Daniel W., William R. Welch, Ross S. Berkowitz, and John J. Godleski. "Presence of Talc in Pelvic Lymph Nodes of a Woman with Ovarian Cancer and Long-Term Genital Exposure to Cosmetic Talc." Obstetrics and Gynecology 110, no. 2 Pt 2 (August 2007): 498–501.

Cramer DW. Genital powder use and ovarian cancer. In response to O'Brien et al. letter to the editor. JAMA. 2020: 323(20): 2095.

Crowley. Expert Report of Michael Crowley, PhD, In re: Talcum Power Prod. Liab. Litig., MDL No. 2738 (Nov. 12, 2018). 2018.

Crusz SM, Balkwill FR. Inflammation and cancer: advances and new agents. Nature reviews Clinical oncology. 2015;12(10):584-596.

Davis CP, Bandera EV, Bethea TN, et al. Genital Powder Use and Risk of Epithelial Ovarian Cancer in the Ovarian Cancer in Women of African Ancestry Consortium. Cancer Epidemiol Biomarkers Prev 2021;30(9):1660-1668.

Egli GE, Newton M. The Transport of Carbon Particles in the Human Female Reproductive Tract. Fertility and sterility. 1961;12(2):151-155.

Emi T, Rivera LM, Tripathi VC, et al. Transcriptomic and epigenomic effects of insoluble particles on J774 macrophages. Epigenetics 2021;16(10):1053-1070.

Faber MT, Jensen A, Frederiksen K, et al. Oral contraceptive use and impact of cumulative intake of estrogen and progestin on risk of ovarian cancer. Cancer causes & control: CCC. 2013;24(12):2197-2206.

Faber MT, Kjaer SK, Dehlendorff C, et al. Cigarette smoking and risk of ovarian cancer: a pooled analysis of 21 case-control studies. Cancer causes & control: CCC. 2013;24(5):989-1004.

FDA-Commissioned Testing of Johnson's Baby Powder, AMA Analytical Services, Inc., Certificate of Analysis (Oct. 11, 2019).

Fedak KM, Bernal A, Capshaw ZA, Gross S. Applying the Bradford Hill criteria in the 21st century: how data integration has changed causal inference in molecular epidemiology. Emerging themes in epidemiology. 2015;12: 14.

Fernandes JV, Cobucci RN, Jatoba CA, Fernandes TA, de Azevedo JW, de Araujo JM. The role of the mediators of inflammation in cancer development. Pathology oncology research: POR. 2015;21(3):527-534.

Fletcher, N.M., Amy K. Harper, Ira Memaj, Rong Fan, Robert T. Morris, and Ghassan M. Saed. "Molecular Basis Supporting the Association of Talcum Powder Use with Increased Risk of Ovarian Cancer." *Reproductive Sciences* 1-10 (2019).

Fletcher NM, Harper AK, Memaj I, Fan R, Morris RT, Saed GM. Molecular Basis Supporting the Association of Talcum Powder Use with Increased Risk of Ovarian Cancer. Reprod Sci 2020;27(10):1836-1838.

Freedman RS, Deavers M, Liu J, Wang E. Peritoneal inflammation - A microenvironment for Epithelial Ovarian Cancer (EOC). Journal of translational medicine. 2004;2(1):23.

Garg PP, Kerlikowske K, Subak L, Grady D. Hormone replacement therapy and the risk of epithelial ovarian carcinoma: a meta-analysis. Obstetrics and gynecology. 1998;92(3):472-479.

Gates MA, Rosner BA, Hecht JL, Tworoger SS. Risk factors for epithelial ovarian cancer by histologic subtype. American journal of epidemiology. 2010;171(1):45-53.

Gayther SA, Pharoah PD. The inherited genetics of ovarian and endometrial cancer. Current opinion in genetics & development. 2010;20(3):231-238.

Germani D, Belli S, Bruno C, et al. Cohort mortality study of women compensated for asbestosis in Italy. American journal of industrial medicine. 1999;36(1):129-134.

Gertig DM, Hunter DJ, Cramer DW, et al. Prospective study of talc use and ovarian cancer. Journal of the National Cancer Institute. 2000;92(3):249-252.

Gilks CB. Molecular abnormalities in ovarian cancer subtypes other than high-grade serous carcinoma. Journal of oncology. 2010;2010: 740968.

Godard B, Foulkes WD, Provencher D, et al. Risk factors for familial and sporadic ovarian cancer among French Canadians: a case-control study. American journal of obstetrics and gynecology. 1998;179(2):403-410.

Gonzalez NL, O'Brien KM, D'Aloisio AA, Sandler DP, Weinberg CR. Douching, Talc Use, and Risk of Ovarian Cancer. Epidemiology (Cambridge, Mass). 2016;27(6):797-802.

Goodman MT, Lurie G, Thompson PJ, McDuffie KE, Carney ME. Association of two common single-nucleotide polymorphisms in the CYP19A1 locus and ovarian cancer risk. Endocr Relat Cancer. 2008;15(4):1055-1060.

Graham, J., and R. Graham. "Ovarian Cancer and Asbestos." Environmental Research 1, no. 2 (October 1967): 115–28.

Green A, Purdie D, Bain C, et al. Tubal sterilisation, hysterectomy and decreased risk of ovarian cancer. Survey of Women's Health Study Group. International journal of cancer. 1997;71(6):948-951.

Gross AJ, Berg PH. A meta-analytical approach examining the potential relationship between talc exposure and ovarian cancer. Journal of exposure analysis and environmental epidemiology. 1995;5(2):181-195.

Harlow BL, Cramer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer risk. Obstetrics and gynecology. 1992;80(1):19-26.

Harlow BL, Weiss NS. A case-control study of borderline ovarian tumors: the influence of perineal exposure to talc. American journal of epidemiology. 1989;130(2):390-394.

Harlow BL, Murray EJ Rothman KJ.  Genital powder use and ovarian cancer, letter to the editor. JAMA. 2020: 323(20): 2095.

Harris HR, Davis CP, Terry KL. Epidemiologic Methods to Advance Our Understanding of Ovarian Cancer Risk J Clin Oncology 2024 May  https://doi.org/10.1200/JCO.24.0060.

Harper AK, Wang X, Fan R, et al. Talcum powder induces malignant transformation in normal human primary ovarian epithelial cells. Minerva Obstet Gynecol 2023;75(2):150-157.

Hartge P, Hoover R, Lesher LP, McGowan L. Talc and ovarian cancer. Jama. 1983;250(14):1844.

Health Canada, "Screening Assessment", Chemical Abstracts Service Registry Number 14807-96-6 (April 2021).

Heller DS, Gordon RE, Westhoff C, Gerber S. Asbestos exposure and ovarian fiber burden. American journal of industrial medicine. 1996;29(5):435-439.

Heller DS, Westhoff C, Gordon RE, Katz N. The relationship between perineal cosmetic talc usage and ovarian talc particle burden. American journal of obstetrics and gynecology. 1996;174(5):1507-1510.

Henderson WJ, Joslin CA, Turnbull AC, Griffiths K. Talc and carcinoma of the ovary and cervix. J Obstet Gynaecol Br Commonw. 1971;78(3):266-272.

Hopkins, John, Deposition, MDL No. 2738  (Aug. 16 & 17, 2018; Oct. 26, 2018; and Nov. 5, 2018) (Exhibit 28 and Ex. D-1A).

Houghton SC, Reeves KW, Hankinson SE, et al. Perineal powder use and risk of ovarian cancer. Journal of the National Cancer Institute. 2014;106(9).

Huncharek M, Geschwind JF, Kupelnick B. Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: a meta-analysis of 11,933 subjects from sixteen observational studies. Anticancer research. 2003;23(2c):1955-1960.

Huncharek M, Muscat J, Onitilo A, Kupelnick B. Use of cosmetic talc on contraceptive diaphragms and risk of ovarian cancer: a meta-analysis of nine observational studies. European journal of cancer prevention: the official journal of the European Cancer Prevention Organisation (ECP). 2007;16(5):422-429.

Hunn J, Rodriguez GC. Ovarian cancer: etiology, risk factors, and epidemiology. Clinical obstetrics and gynecology. 2012;55(1):3-23.

IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Volume 86, Cobalt in Hard Metals and Cobalt Sulfate, Gallium Arsenide, Indium Phosphide and Vanadium Pentoxide 2006.

IARC Advisory Group recommendations on priorities for the IARC Monographs. Lancet Oncol 2019;20(6):763-764.

Institute of Medicine (IOM) Committee on the State of Science in Ovarian Cancer Research. Ovarian Cancers: Evolving Paradigms in Research and Care. The National Academies of Sciences, Engineering and Medicine. Washington (DC): National Academies Press (US), 2016.

Johnson KE, Popratiloff A, Fan Y, McDonald S, Godleski JJ. Analytic comparison of talc in commercially available baby powder and in pelvic tissues resected from ovarian carcinoma patients. Gynecol Oncol 2020;159(2):527-533. DOI: 10.1016/j.ygyno.2020.09.028.

Jordan SJ, Siskind V, A CG, Whiteman DC, Webb PM. Breastfeeding and risk of epithelial ovarian cancer. Cancer causes & control: CCC. 2010;21(1):109-116.

Jones, Richard E., and Kristin H. Lopez. "Human Reproductive Biology - 4th Edition Chapter 9 - Gamete Transport and Fertilization." In Human Reproductive Biology, Third., 159–73. San Diego: Academic Press, 2006.

Kunz, G., D. Beil, H. Deiniger, A. Einspanier, G. Mall, and G. Leyendecker. "The Uterine Peristaltic Pump. Normal and Impeded Sperm Transport within the Female Genital Tract." Advances in Experimental Medicine and Biology 424 (1997): 267–77.

Kurian AW, Balise RR, McGuire V, Whittemore AS. Histologic types of epithelial ovarian cancer: have they different risk factors? Gynecologic oncology. 2005;96(2):520-530.

Kurta ML, Moysich KB, Weissfeld JL, et al. Use of fertility drugs and risk of ovarian cancer: results from a U.S.-based case-control study. Cancer epidemiology, biomarkers & prevention: a publication of the American Association for Cancer Research, cosponsored by the American Society of Preventive Oncology. 2012;21(8):1282-1292.

Lacey JV, Jr., Brinton LA, Leitzmann MF, et al. Menopausal hormone therapy and ovarian cancer risk in the National Institutes of Health-AARP Diet and Health Study Cohort. Journal of the National Cancer Institute. 2006;98(19):1397-1405.

Lacey JV, Jr., Mink PJ, Lubin JH, et al. Menopausal hormone replacement therapy and risk of ovarian cancer. Jama. 2002;288(3):334-341.

Lahmann PH, Cust AE, Friedenreich CM, et al. Anthropometric measures and epithelial ovarian cancer risk in the European Prospective Investigation into Cancer and Nutrition. International journal of cancer. 2010;126(10):2404-2415.

Langseth H, Hankinson SE, Siemiatycki J, Weiderpass E. Perineal use of talc and risk of ovarian cancer. Journal of epidemiology and community health. 2008;62(4):358-360.

Langseth H, Kjaerheim K. Ovarian cancer and occupational exposure among pulp and paper employees in Norway. Scandinavian journal of work, environment & health. 2004;30(5):356-361.

Lee KR, Nucci MR. Ovarian mucinous and mixed epithelial carcinomas of mullerian (endocervical-like) type: a clinicopathologic analysis of four cases of an uncommon variant associated with endometriosis. Int J Gynecol Pathol. 2003;22(1):42-51.

Lheureux, S., C. Ghourley, I. Vergote and A. M. Oza. "Epithelial Ovarian Cancer." Lancet 393 (2019): 1240-53.

Lo-Ciganic W-H, Zgibor JC, Bunker CH, Moysich KB, Edwards RP, Ness RB. Aspirin, Non-Aspirin Nonsteroidal Anti-inflammatory Drugs, or Acetaminophen and risk of ovarian cancer. Epidemiology (Cambridge, Mass). 2012;23(2):311-319.

Longo R. TEM Analysis of Historical 1978 Johnson's Baby Powder Sample for Amphibole Asbestos, Expert Report of William E. Longo, PhD and Mark W. Rigler, PhD (Feb. 16, 2018).

Longo. Analysis of Johnson & Johnson Baby Powder & Valiant Shower to Shower Products for Amphibole (Tremolite) Asbestos, Expert Report of William E. Longo, PhD and Mark W. Rigler, PhD (August 2, 2017). 2017.

Longo. Below the Waist Application of Johnson & Johnson Baby Powder. Longo, William E., Mark W. Rigler, and William B. Egeland. Materials Analytical Service, LLC, September 2017. 2017.

Longo. Amended Expert Report of William E. Longo, PhD and Mark W. Rigler, PhD, In re: Talcum Power Prod. Liab. Litig., MDL No. 2738 (February 2, 2019).

Magnani C, Ferrante D, Barone-Adesi F, et al. Cancer risk after cessation of asbestos exposure: a cohort study of Italian asbestos cement workers. Occupational and environmental medicine. 2008;65(3):164-170.

Mallen, Adrianne R., Mary K. Townsend, and Shelley S. Tworoger. "Risk Factors for Ovarian Carcinoma." Hematology/Oncology Clinics of North America, September 2018.

Mandarino A, Gregory DJ, McGuire CC, et al. The effect of talc particles on phagocytes in co-culture with ovarian cancer cells. Environ Res 2020;180:108676.

McDonald, S. A., Yuwei Fan, William R. Welch, Daniel W. Cramer, Rebecca C. Stearns, Liam Sheedy, Marshall Katler and John Godleski. "Correlative Polarizing Light and Scanning Electron Microscopy for the Assessment of Talc in Pelvic Region Lymph Nodes." Ultrastructural Pathology. 2019.

Merritt MA, Green AC, Nagle CM, Webb PM. Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. International journal of cancer. 2008;122(1):170-176.

Mills PK, Riordan DG, Cress RD, Young HA. Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. International journal of cancer. 2004;112(3):458-464.

Moller, Danielsen, and Roursgaard Jantzen. "Oxidatively Damaged DNA in Animals Exposed to Particles." Critical Reviews in Toxicology 43, no. 2 (2013): 96–118.

Moorman PG, Palmieri RT, Akushevich L, Berchuck A, Schildkraut JM. Ovarian cancer risk factors in African-American and white women. American journal of epidemiology. 2009;170(5):598-606.

Mossman, Brooke T. "Mechanistic in vitro studies: What They Have Told Us About Carcinogenic Properties of Elongated Mineral Particles (EMPs)." Toxicology and Applied Pharmacology 361 (2018): 62-67.

Ness RB, Cottreau C. Possible role of ovarian epithelial inflammation in ovarian cancer. Journal of the National Cancer Institute. 1999;91(17):1459-1467.

Ness RB, Grisso JA, Cottreau C, et al. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. Epidemiology (Cambridge, Mass). 2000;11(2):111-117.

O'Brien KM, Tworoger SS, Harris HR, et al. Association of powder use in the genital area with risk of ovarian cancer. JAMA. 2020;323(1):49-59.

O'Brien KM, Tworoger SS, Harris HR, et al. Genital powder use and risk of uterine cancer: A pooled analysis of prospective studies. Int J Cancer 2021;148(11):2692-2701.

O'Brien KM, Wentzensen N, Ogunsina K et al.  Intimate Care Products and Incidence of Hormone-Related Cancers: A Quantitative Bias Analysis J Clin Oncol 2024 May 15 JCO2302037 https://ascopubs.org/doi/10.1200/JCO.23.02037.

Pal T, Akbari MR, Sun P, et al. Frequency of mutations in mismatch repair genes in a population-based study of women with ovarian cancer. British journal of cancer. 2012;107(10):1783-1790.

Penninkilampi R, Eslick GD. Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis. Epidemiology (Cambridge, Mass). 2018;29(1):41-49.

Phung MT, Muthukumar A, Trabert B, et al. Effects of risk factors for ovarian cancer in women with and without endometriosis. Fertil Steril 2022;118(5):960-969.
Pira E, Pelucchi C, Buffoni L, et al. Cancer mortality in a cohort of asbestos textile workers. British journal of cancer. 2005;92(3):580-586.

Purdie D, Green A, Bain C, et al. Reproductive and other factors and risk of epithelial ovarian cancer: an Australian case-control study. Survey of Women's Health Study Group. International journal of cancer. 1995;62(6):678-684.

Purdie DM, Bain CJ, Siskind V, Webb PM, Green AC. Ovulation and risk of epithelial ovarian cancer. International journal of cancer. 2003;104(2):228-232.

RE J. Jones, Richard E., and Kristin H. Lopez. "Human Reproductive Biology - 4th Edition Chapter 9 - Gamete Transport and Fertilization." In Human Reproductive Biology, Third., 159–73. San Diego: Academic Press, 2006. https://doi.org/10.1016/B978-0-12-382184-3.00009-X. MAS Project #14-1683, Analysis of William E. Longo, PhD and Mark W. Rigler, PhD (April 28, 2017).

Reid A, Heyworth J, de Klerk N, Musk AW. The mortality of women exposed environmentally and domestically to blue asbestos at Wittenoom, Western Australia. Occupational and environmental medicine. 2008;65(11):743-749.

Reuter S, Gupta SC, Chaturvedi MM, Aggarwal BB. Oxidative stress, inflammation, and cancer: how are they linked? Free radical biology & medicine. 2010;49(11):1603-1616.

Robert H. Riffenburgh, Daniel L. Gillen, in Statistics in Medicine (Fourth Edition), 2020.

Risch HA, Marrett LD, Jain M, Howe GR. Differences in risk factors for epithelial ovarian cancer by histologic type. Results of a case-control study. American journal of epidemiology. 1996;144(4):363-372.

Rohl AN, Langer AM, Selikoff IJ, et al. Consumer talcums and powders: mineral and chemical characterization. Journal of toxicology and environmental health. 1976;2(2):255-284.

Rosenblatt KA, Szklo M, Rosenshein NB. Mineral fiber exposure and the development of ovarian cancer. Gynecologic oncology. 1992;45(1):20-25.

Rosenblatt KA, Weiss NS, Cushing-Haugen KL, Wicklund KG, Rossing MA. Genital powder exposure and the risk of epithelial ovarian cancer. Cancer causes & control : CCC. 2011;22(5):737-742.

Rothman, Kenneth J., Sander Greenland, and Timothy L. Lash. Modern Epidemiology. Lippincott Williams & Wilkins, 2008.

Rothman, K.J., and Poole, C. (1988). A Strengthening Programme for Weak Associations. International Journal of Epidemiology 17 (4):955-959.

Saed GM MR, Fletcher NM. New Insights into the Pathogenesis of Ovarian Cancer: Oxidative Stress. In press. 2018.

Saed GM, Ali-Fehmi R, Jiang ZL, et al. Myeloperoxidase serves as a redox switch that regulates apoptosis in epithelial ovarian cancer. Gynecologic oncology. 2010;116(2):276-281.

Saed GM, Diamond MP, Fletcher NM. Updates of the role of oxidative stress in the pathogenesis of ovarian cancer. Gynecologic oncology. 2017;145(3):595-602.

Saed GM, Fletcher NM, Diamond MP, Morris RT, Gomez-Lopez N, Memaj I. Novel expression of CD11b in epithelial ovarian cancer: Potential therapeutic target. Gynecologic oncology. 2018;148(3):567-575.

Savant, S., Shruthi Sriramkumar and Heather M. O'Hagan. "The Role of Inflammation and Inflammatory Mediators in the Development, Progression, Metastasis, and Chemoresistance of Epithelial Ovarian Cancer." Cancers 10:251 (2018).

Schildkraut JM, Abbott SE, Alberg AJ, et al. Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES). Cancer epidemiology, biomarkers & prevention: a publication of the American Association for Cancer Research, cosponsored by the American Society of Preventive Oncology. 2016;25(10):1411-1417.

SEER: Surveillance Epidemiology and Cancer Control Program, National Cancer Institute,  Impact of COVID on SEER Cancer Incidence 2020 data, and SEER Cancer Statistics Review several yearly publications including 2018, https://seer.cancer.gov/statfacts/html/ovary.html, accessed November 14, 2023.

Seidman JD RP, Kurman RJ. . Surface epithelial tumors of the ovary. In: Kurman RJ, ed. Blaustein's Pathology of the Female Genital Tract. 5th ed. New York: Springer-Verlag; 2002:791–904.

Shan W, Liu J. Inflammation: a hidden path to breaking the spell of ovarian cancer. Cell cycle (Georgetown, Tex). 2009;8(19):3107-3111.

Shushan A, Paltiel O, Iscovich J, Elchalal U, Peretz T, Schenker JG. Human menopausal gonadotropin and the risk of epithelial ovarian cancer. Fertility and sterility. 1996;65(1):13-18.

Sjosten AC, Ellis H, Edelstam GA. Retrograde migration of glove powder in the human female genital tract. Human reproduction (Oxford, England). 2004;19(4):991-995.

Smith-Bindman 2019 R, Poder L, Johnson E, Miglioretti DL. Risk of Malignant Ovarian Cancer Based on Ultrasonography Findings in a Large Unselected Population. JAMA Intern Med. 2019 Jan 01; 179(1):71-77.

Steffen JE, Tran T, Yimam M, et al. Serous Ovarian Cancer Caused by Exposure to Asbestos and Fibrous Talc in Cosmetic Talc Powders-A Case Series. J Occup Environ Med 2020;62(2):e65-e77.

Taher, M. K., et al. "Critical Review of the Association Between Perineal Use of Talc Powder and Risk of Ovarian Cancer." Reproductive Toxicology 90 (2019): 88-101.

Terry KL, Karageorgi S, Shvetsov YB, et al. Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls. Cancer prevention research (Philadelphia, Pa). 2013;6(8):811-821.

Tanha K, Mottaghi A, Nojomi M, et al. Investigation on factors associated with ovarian cancer: an umbrella review of systematic review and meta-analyses. J Ovarian Res 2021;14(1):153.

Torre LA, Trabert B, DeSantis CE, et al. Ovarian cancer statistics, 2018. CA Cancer J Clin. 2018;68(4):284-296.

Trabert B, Wentzensen N, Yang HP, et al. Ovarian cancer and menopausal hormone therapy in the NIH-AARP diet and health study. British journal of cancer. 2012;107(7):1181-1187.

Tzonou A, Polychronopoulou A, Hsieh CC, Rebelakos A, Karakatsani A, Trichopoulos D. Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. International journal of cancer. 1993;55(3):408-410.

Vasama-Neuvonen K, Pukkala E, Paakkulainen H, et al. Ovarian cancer and occupational exposures in Finland. American journal of industrial medicine. 1999;36(1):83-89.

Venter PF, Iturralde M. Migration of a particulate radioactive tracer from the vagina to the peritoneal cavity and ovaries. South African medical journal = Suid-Afrikaanse tydskrif vir geneeskunde. 1979;55(23):917-919.

Weissman SM, Weiss SM, Newlin AC. Genetic testing by cancer site: ovary. Cancer journal (Sudbury, Mass). 2012;18(4):320-327.

Wentzensen N, Poole EM, Trabert B, et al. Ovarian Cancer Risk Factors by Histologic Subtype: An Analysis From the Ovarian Cancer Cohort Consortium. Journal of clinical oncology: official journal of the American Society of Clinical Oncology. 2016;34(24):2888-2898.

Whittemore AS, Wu ML, Paffenbarger RS, Jr., et al. Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. American journal of epidemiology. 1988;128(6):1228-1240.

Wignall BK, Fox AJ. Mortality of female gas mask assemblers. British journal of industrial medicine. 1982;39(1):34-38.

Woolen SA, Lazar AA, Smith-Bindman R. Association Between the Frequent Use of Perineal Talcum Powder Products and Ovarian Cancer: a Systematic Review and Meta-analysis. J Gen Intern Med 2022;37(10):2526-2532.

Wong C, Hempling RE, Piver MS, Natarajan N, Mettlin CJ. Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study. Obstetrics and gynecology. 1999;93(3):372-376.

Wu AH, Pearce CL, Tseng CC, Pike MC. African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates. Cancer epidemiology, biomarkers & prevention: a publication of the American Association for Cancer Research, cosponsored by the American Society of Preventive Oncology. 2015;24(7):1094-1100.

Wu AH, Pearce CL, Tseng CC, Templeman C, Pike MC. Markers of inflammation and risk of ovarian cancer in Los Angeles County. International journal of cancer. 2009;124(6):1409-1415.

Yang M, Li X, Chun-Hong P, Lin-Ping H. Pure mucinous breast carcinoma: a favorable subtype. Breast Care (Basel). 2013;8(1):56-59.

Zazenski R, Ashton WH, Briggs D, et al. Talc: occurrence, characterization, and consumer applications. Regulatory toxicology and pharmacology: RTP. 1995;21(2):218-229.

# Exhibit A

Prepared: March 9, 2024

## University of California, San Francisco
# CURRICULUM VITAE

**Name:**       Rebecca Smith-Bindman, MD

**Position:**   Professor In Residence, Step 6
                Epidemiology & Biostatistics
                School of Medicine

**Address:**    Department of Epidemiology and Biostatistics
                550 16th St.
                Mission Hall #2541
                San Francisco, CA 94158
                Voice: 415-353-4946
                Fax: 415-353-2790
                Email: rebecca.smith-bindman@ucsf.edu

## EDUCATION

| | | | |
|---|---|---|---|
| 1980 - 1985 | Princeton University | BSE | Cum Laude, Architecture and Structural Engineering |
| 1985 - 1986 | Columbia University | Postbaccalaureate | Pre-Medical Program |
| 1987 - 1991 | University of California, San Francisco | MD | Medicine |
| 1991 - 1992 | University of California, San Francisco | Intern | Pathology |
| 1992 - 1996 | University of California, San Francisco | Resident | Radiology |
| 1996 - 1997 | University of California, San Francisco | Clinical Instructor | Radiology, Ultrasound |
| 1996 - 1998 | University of California, San Francisco | Fellow | Epidemiology & Biostatistics |

## LICENSES, CERTIFICATION

| | |
|---|---|
| 1992 | California Medical License # G76462 |
| 1993 | California X-ray Supervisor and Operator License RHL 143658 |
| 1996 | Board Certification, American Board of Radiology |

Prepared: March 9, 2024

## PRINCIPAL POSITIONS HELD

| | | | |
|---|---|---|---|
| 1998 - 2003 | University of California, San Francisco | Assistant Professor | Radiology, Epidemiology and Biostatistics, Obstetrics , Gynecology and Reproductive Science |
| 2003 - 2009 | University of California, San Francisco | Associate Professor | Radiology, Epidemiology and Biostatistics, Obstetrics , Gynecology and Reproductive Science |
| 2009 - 2021 | University of California, San Francisco | Professor | Radiology, Epidemiology and Biostatistics, Obstetrics, Gynecology and Reproductive Science |
| 2009 - present | University of California, San Francisco | Professor | Epidemiology and Biostatistics, Obstetrics , Gynecology and Reproductive Science |
| 2014 - present | University of California, San Francisco | Affiliate member | Phillip Lee Institute for Health Policy Studies |
| 2000 - present | University of California, San Francisco | Director | Radiology Outcomes Research Laboratory |

## OTHER POSITIONS HELD CONCURRENTLY

| | | | |
|---|---|---|---|
| 1999 - 2000 | The Royal London School of Medicine | | Visiting Research Fellow |

Prepared: March 9, 2024

| 2000 - present | University of California, San Francisco | Director, Radiology Outcomes Research Lab (RORL) |
| 2009 - 2010 | National Institutes of Health | Visiting Research Scientist |

**HONORS AND AWARDS**

| 1985 | Cum laude, Princeton University |
| 1985 | Senior Thesis Prize, Princeton University |
| 1991 | Student Summer Research Fellowship, Institute for Health Policy, UCSF |
| 1999 | Nycomed Amersham Fellow, Radiologic Society of North America |
| 2000 | Nycomed Amersham Fellow, Radiologic Society of North America |
| 2007 | Nomination, Clinical Research Mentor of the Year, Bay Area Symposium on Clinical Research |
| 2007 | Nomination CTSI Mentoring Consultant of the Year |
| 2010 | Nomination, CTSI Consultant of the Year, Impact Award |
| 2010 | Scientific Paper of the Year, Minnies, Auntminnie.com |
| 2010 | Finalist, Most Influential Radiology Researcher, Minnies, Auntminnie.com |
| 2011 | Leader in Imaging, Auntminnie.com |
| 2012 | Finalist, Scientific Paper of the Year, Auntminnie.com, Minnies |
| 2012 | Semifinalist, Scientific Paper of the Year, Auntminnie.com, Minnies |
| 2012 | Winner, UCSF Center for Health Care Value, Medical Center Initiative, Call for Innovation Proposals |
| 2013 | Finalist, Scientific Paper of the Year, Auntminnie.com, Minnies |

Prepared: March 9, 2024

| 2013 | Runner-up, Scientific Paper of the Year, Auntminnie.com, Minnies |
|---|---|
| 2013 | Paper Honored as One of the Top 10 Publications in 2013 Funded by NCI's Epidemiology and Genomics Research Program |
| 2014 | Invited Editor, Journal of the American College of Radiology March 2014 Issue, Radiation Dose Optimization |
| 2014 | Among 26 Philip R. Lee Institute for Health Policy Studies faculty videos posted on UCTV between 2009 and 2014, the video recorded of talk given by Dr. Smith-Bindman, "Is Medical Imaging Harmful to Health: Opportunities to Influence Health Policy", was the most frequently downloaded and watched (N = 409,937) |
| 2015 | Distinguished Investigator Award, Academy of Radiology Research |
| 2015 | Election to Fellowship, Society of Radiologists in Ultrasound |
| 2019 | UCSF Academic Senate 19th Annual Faculty Research Lectureship    Clinical Science;   Computed Tomography: A Medical Triumph Fostering a Silent Epidemic |

**KEYWORDS/AREAS OF INTEREST**

Health Services Research, Outcomes Research, Disparities Research, Women's Imaging, Comparative Effectiveness Research, Quality Improvement, Dissemination and Implementation Sciences, Evidence Based Radiology, Assessment of Population Impact of Screening Tests, Radiation Associated with Medical Imaging, Radiation as an Environmental Cause of Cancer, Management of Incidental Findings on Diagnostic Testing

# CLINICAL ACTIVITIES

**CLINICAL ACTIVITIES SUMMARY**

Attending physician, Ultrasound Section, Department of Radiology and Biomedical Imaging, UCSF. The work Includes supervised instruction of residents and fellows. My teaching on the service focuses on how to use evidence to help inform interpretation of clinical examinations and the mentoring of the trainees on research projects.

Prepared: March 9, 2024

## PROFESSIONAL ACTIVITIES

**MEMBERSHIPS**

| | |
|---|---|
| 1997 - 2021 | Society of Radiologists in Ultrasound (SRU) |
| 1997 - 2016 | Radiology Alliance for Health Services Research in Radiology (RAHSR) |
| 2013 - 2016 | American College of Radiology (ACR) |
| 2014 - 2016 | American Roentgen Ray Society (ARRS) |
| 2014 - 2016 | Association of University Radiologists (AUR) |
| 2018 - 2021 | Radiological Society of North America (RSNA) |

**SERVICE TO PROFESSIONAL ORGANIZATIONS**

| | | |
|---|---|---|
| 2001 - 2002 | Society of Health Services Research in Radiology, Program and Rules Committee | Committee Member |
| 2002 - 2005 | Cochrane Collaboration Screening and Diagnostic Tests, Methods Working Group | Contributor |
| 2003 - 2003 | Radiology National Boards, Examination Question Writer | Contributor |
| 2005 - 2005 | Institute of Medicine Report, Improving Mammography Quality Standards | External Reviewer |
| 2010 - 2011 | American Board of Medical Specialties, American Board of Radiology, American College of Radiology and Physician Consortium for Performance Improvements. Patient Radiation Dose Work Group | Committee Member |
| 2010 - 2011 | National Quality Forum, Imaging Efficiently Steering Committee | Steering Committee Member |
| 2010 - 2011 | American Board of Medical Specialties, American Board of Radiology, American College of Radiology and Physician Consortium for Performance Improvements. Patient Radiation Dose Work Group | Committee Member |
| 2010 - 2011 | Lung Cancer Screen with CT, Evidence Review Committee, Multidisciplinary & Society Collaboration, Including American Cancer Society; American College of Chest Physicians; American Society of Clinical Oncology & National Comprehensive Cancer Network | Review Committee |
| 2011 - 2012 | Institute of Medicine (IOM), Commissioned Report for the IOM Committee on Breast Cancer and the Environment. Paper entitled Temporal Changes in Ionizing Radiation and Estimate of Contributions to Breast Cancer | Author of Commissioned Report |

Prepared: March 9, 2024

| 2011 - 2014 | Auntminnie, Minnie Selected Committee | Expert Panelist/Committee Member |
| 2012 - 2014 | The Joint Commission, Diagnostic Ionizing Radiation and Magnetic Resonance work group. Group focused on Safety and Guideline Development | Expert Panel Committee Member |
| 2012 - 2014 | CDC Cancer Prevention Work Group | Committee Member |
| 2013 - 2015 | Auntminnie, Selection of Minnie Winners | Expert Panelist, Committee Member |
| 2014 - 2014 | International Atomic Energy Agency, United Nations General Assembly and Security Council, Special Committee Considering Population Impact of Low Dose Radiation | Committee Member Considering Population Impact of Low Dose Radiation |
| 2011 - 2021 | International Council on Radiation Protection, Task Group 79 on Effective Dose | Committee Member |
| 2012 - 2021 | International Council on Radiation Protection, Task Group 79 on Defining the Effective Dose in Medicine | Task Group Member |
| 2015 - present | Council of Distinguished Investigators of the Academy of Radiology Research | Member |
| 2019 - 2021 | American Urological Association (AUA) Committee to Draft Guidelines on Microscopic Hematuria Evaluation | Committee Member |

**SERVICE TO PROFESSIONAL PUBLICATIONS**

| 2000 - present | Journal of the American Medical Association (JAMA) |
| 2000 - present | JAMA Internal Medicine |
| 2000 - present | New England Journal of Medicine |
| 2000 - 2020 | Radiology |
| 2000 - 2016 | American Journal of Radiology |
| 2000 - 2011 | Journal of the National Cancer Institute |
| 2000 - 2011 | Health Affairs |
| 2000 - 2010 | American Journal of Medicine |
| 2000 - 2010 | American Journal of Obstetrics & Gynecology |
| 2000 - 2010 | American Journal of Public Health |
| 2000 - 2010 | Annals of Internal Medicine |
| 2000 - 2010 | Journal of Medical Screening |
| 2000 - 2010 | Journal of Women's Health |

Prepared: March 9, 2024

| | |
|---|---|
| 2000 - 2010 | Medical Care |
| 2000 - 2010 | Medical Decision Making |
| 2000 - 2010 | Obstetrics and Gynecology |
| 2000 - 2010 | Ultrasound in Obstetrics & Gynecology |

**INVITED PRESENTATIONS - INTERNATIONAL**

| | |
|---|---|
| 2001 | US - UK Cancer Learning Network, Deprivation and Cancer; London, United Kingdom |
| 2001 | British Society of Human Genetics, Prenatal Screening for Down syndrome in England and Wales and Birth Outcomes; London, United Kingdom |
| 2002 | Global Summit on Mammographic Screening, Europe Institute of Oncology; Milan, Italy |
| 2005 | U.S.-U.K. Comparison of Screening Mammography, Does Practice Make Perfect; Association Between Volume and Accuracy of Mammography; University of Copenhagen, Denmark |
| 2005 | Continuing Education: Cancer Screening For Radiologists,    Speaker Montreal and Quebec, Canada |
| 2006 | International Society for Prenatal Diagnosis, Prenatal Screening For Down Syndrome in The Second Trimester of Pregnancy Kyoto; Japan, 2006 |
| 2009 | Canadian Breast Cancer Foundation, Forum on the Earlier Detection and Diagnosis of Breast Cancer; Toronto, Canada, 2009 Mammography Quality |
| 2010 | Nation Cancer Research Institute (NCRI), Liverpool, United Kingdom: "Risk of Cancer from Computed Tomography (CT) Examinations" |
| 2013 | Bach Mai University Hospital, Hanoi, Vietnam: "Radiation for Medical Imaging: A Hidden Epidemic" |
| 2013 | UCSF Radiation Safety and CT: A Virtual Symposium, Radiation from Medical Imaging: A Hidden Epidemic , UCDOSE Collaborative Project Across the UC Medical Centers ,  The National Quality Forum UCSF CT Radiation Dose Measure ,   Radiation Dose Across Large Integrated Health Care Systems" (Online) |
| 2014 | International Atomic Energy Agency (IAEA), Health Effects of Exposure to Low Dose Ionizing Radiation Associated with Medical Imaging, Vienna, Austria |

Prepared: March 9, 2024

| | |
|---|---|
| 2014 | Korea College of Radiology, Tracking and Monitoring Radiation Dose and Its Impact Across the University of California Medical Centers and CT Radiation Doses Are Not What You Think: Why It's Important to Monitor and Track Dose Seoul, Republic of Korea |
| 2016 | International Atomic Energy Agency (IAEA), Exposure to low dose ionizing radiation from medical imaging and the health effects from these exposures. International Atomic Energy Agency. Technical Meeting on Science, Technology and Society Perspectives on Nuclear Science, Radiation and Human Health: The View from Asia, Singapore University |
| 2016 | University of North Carolina School of Medicine, Chapill Hill, NC, Radiology Department Grand Rounds , Diagnostic Imaging: Increasing Effectiveness and Safety Radiation From Medical Imaging, |
| 2016 | Singapore General Hospital, Singapore. Radiology Grand Rounds. Visualizing Patients and Their Dose to Improve Health Care Quality, |
| 2016 | St Luke's International Hospital, Tokyo, Japan. Hospital-wide grand rounds, Radiation from Medical imaging: A Hidden Epidemic. |
| 2017 | Childhood Leukemia International Consortium, Annual Meeting, Minneapolis, Minnesota, Estimating Radiation Exposure from Imaging Procedures |
| 2017 | Charity Hospital, Berlin, Germany. Radiology Grand Rounds, Radiation from Medical Imaging: A Hidden Epidemic |
| 2017 | Charity Hospital, Berlin, Germany, Imaging for Suspected Nephrolithiasis: Results from the Randomized Controlled Trial |
| 2017 | University Hospital, Basel, Switzerland, Radiology Grand Rounds. A Dose of Reality: The Need for Active CT Dose Management |
| 2018 | Jakarta Radiology Society, Jakarta Indonesia. Dose Optimization Implementation to achieve better radiology service in HospitalKeynote Addresses: Radiation from Medical Imaging: A Hidden Epidemic and Optimizing Radiation Doses for CT |
| 2018 | Westmead Hospital Sydney Australia. Radiology Grand Rounds. Radiation from Medical Imaging: A Hidden Epidemic |

Prepared: March 9, 2024

| | |
|---|---|
| 2018 | Westmead Children's Hospital, Sydney Australia. Grand Rounds. Optimizing Radiation Doses For Pediatric CT |
| 2021 | Primer Congreso Internacional De Oncología Pediatric, "Utilization of Computed Tomography, Exposures to Ionizing Radiation, and Associated Cancer Risks." Hospital Infantil Hospital Infantil Teletón de Oncología, México |
| 2021 | RSNA (Radiological Society of North America), Chasing the Holy Grail: Reducing Radiation Dose and Improving Image Quality |
| 2021 | RSNA , Radiological Society of North America), An Introduction to The Learning Health Care System Pragmatic Trials - Yes We Can Randomize! |
| 2021 | RSNA (Radiological Society of North America) Radiation from CT: a Hidden Epidemic |
| 2021 | RSNA (Radiological Society of North America), Protocol Optimization for Low Dose CT |
| 2021 | RSNA (Radiological Society of North America), Controversies in Imaging Utilization |
| 2023 | RSNA (Radiological Society of North America) Radiation from CT: a Hidden Epidemic |
| 2023 | ISORED - International Society for Radiation Epidemiology and Dosimetry, 1st Scientific Meeting, Sitges Spain. Radiation Dose Associated with Common CT Examinations Over Time in the US and Ontario Canada |

**INVITED PRESENTATIONS - NATIONAL**

| | |
|---|---|
| 2000 | American College of Medical Genetics |
| 2000 | Society of Radiologists in Ultrasound |
| 2000 | Society for Health Services Research in Radiology |
| 2001 | Society of Radiologists in Ultrasound Annual Meeting |
| 2001 | Society for Health Services Research in Radiology |
| 2002 | Society of Radiologists in Ultrasound |
| 2003 | Breast Cancer Surveillance Consortium |
| 2003 | Society of Radiologists in Ultrasound |
| 2003 | Centers for Disease Control and Prevention |
| 2003 | RSNA 88th Scientific Assembly and Annual Meeting |
| 2004 | Saving Women's Lives: Institute of Medicine (IOM) |

Prepared: March 9, 2024

| 2004 | Breast Cancer Surveillance Consortium |
| 2005 | Improving Mammographic Quality Standards Institute of Medicine (IOM) |
| 2006 | Beth Israel Deaconess Medical Center |
| 2006 | National Institute Child Health and Human Development |
| 2007 | National Cancer Institute, National Institute of Health |
| 2007 | National Cancer Institute, National Institute of Health |
| 2008 | Mount Sinai Urban Health Institute; Metro Chicago Breast Cancer Taskforce: "Partnerships in Translation: Advancing Research and Clinical Care" |
| 2008 | Grand Rounds, and Visiting Professor, University of Washington, Seattle, Washington |
| 2008 | 4th Annual HMO Research Network Conference, Danville, Pennsylvania |
| 2009 | Society of Radiologists in Ultrasound, National Conference on the Management of Ovarian Cysts |
| 2009 | Canadian Forum for the Earlier Detection and Diagnosis of Breast Cancer |
| 2010 | Center for Disease Control & Prevention, Annual Cancer Registry Meeting, Atlanta, Georgia |
| 2010 | 6th Annual HMO Research Network conference, Emerging Frontier in Healthcare & Research Delivery, Austin, Texas |
| 2010 | National Council on Radiation Protection (NCRP), Communication of Radiation Benefits and Risks in Decision Making |
| 2010 | National Cancer Institute, Board of Scientific Advisors, Bethesda, Maryland |
| 2010 | American Statistical Association Conference on Radiation Health, Annapolis, Maryland |
| 2010 | Breast Cancer Surveillance Consortium Annual Meeting, Washington, D.C. |
| 2010 | Kaiser Permanente: National Radiology Leadership Group, held at the RSNA, Chicago, IL |
| 2011 | Cleveland Clinic, Health Care Quality Innovation, Cleveland, Ohio |
| 2011 | Auntminnie.com, Live webex Conference RADEXPO 2011 |

Prepared: March 9, 2024

| | |
|---|---|
| 2011 | University of New Mexico, Visiting Professor, External Reviewer, Resident Research Day |
| 2011 | Oregon Health Sciences University, Department of Emergency Medicine, Grand Rounds |
| 2012 | Society for Imaging Informatics for Medicine, San Francisco, CA |
| 2012 | Grand Rounds, Department of Emergency Medicine RI Hospital (Brown University), Providence, RI |
| 2012 | Society for Imaging Informatics In Medicine, Los Angeles, CA |
| 2012 | PharmMed OUT, Georgetown University, Washington, DC |
| 2012 | Agency for Healthcare Research and Quality, Rockville, MD |
| 2012 | PharmMed OUT, Georgetown University, Washington |
| 2012 | Radiology Society of North America, Mock Trial Focused on Radiation and Need to Communicate, Chicago, IL |
| 2012 | Grand Rounds, University of Pennsylvania, Philadelphia, PA |
| 2013 | Radiology Society of North America (RSNA), Controversies Session, "CT Radiation and Risk: How Certain Are We of the Uncertainty?" |
| 2013 | American Cancer Society, Doc Talk Lecture Series, Oakland, CA |
| 2013 | Association of University Radiologists (AUR), RAHSR Session: "Comparative Effectiveness and Patient-centered Outcomes Research", Los Angeles, CA |
| 2013 | UCSF Otolaryngology Conference, San Francisco, CA |
| 2014 | Cancer.net Podcast, "CT Scans and Cancer Risk", Available Online at http://www.cancer.net/blog/2014-10/ct-scans-and-cancer-risk |
| 2014 | Oregon Chapter, American College of Emergency Physicians, Portland, Oregon |
| 2015 | Women in Government Foundation (non-profit, non-partisan organization of all U.S. female state legislators) Diagnostic Imaging. Increasing Its Effectiveness and Safety, at 16th Annual Southern & Eastern Regional Conference, Charleston S Carolina |
| 2016 | Lindeberger Cancer Center, University of North Carolina, Chappil Hill NC, Radiation From Medical Imaging: A Hidden Epidemic |

Prepared: March 9, 2024

| | | |
|---|---|---|
| 2016 | Current CT doses from a Computed Tomography Dose Registry, presented at the Conference on Radiation in Health, Radiation Research Society, Kona, HI | |
| 2016 | Current Exposure to Computed Tomography Imaging in US Integrated Health Care Systems, presented at the Conference on Radiation in Health by the Radiation Research Society, Kona, HI | |
| 2017 | Current CT doses from a Computed Tomography Dose Registry in Pediatric Patients, Presented at the American Academy of Pediatrics Annual Meeting, San Francisco, CA | |
| 2017 | Center for Diagnostic Imaging Quality Institute Council of Medical Directors, Scottsdale, AZ Keynote: Radiation from Medical Imaging | keynote |
| 2017 | The Leap Frog Group Pediatric Computed Tomography Radiation Dose | |
| 2017 | PCORI Advisory Panel on Communication and Dissemination Research Presentation UCSF CT Radiation Dose Registry to Ensure a Patient-Centered Approach for Imaging | |
| 2017 | American Urological Association (AUA) Quality Improvement Summit, Baltimore Maryland Keynote Address. Imaging Wisely: Improving the Value of Medical Imaging | keynote |
| 2018 | Society of Radiologists in Ultrasound, 28th Annual Meeting, Thyroid Imaging, San Diego, CA | |
| 2018 | National VA Radiology Meeting, Keynote: Improving Radiation Doses for CT, Miami Fl | |
| 2019 | Radiation Exposure and Breast Cancer. Presented to the California Breast Cancer Primary Prevention Plan | |
| 2019 | Radiation and Medical Imaging. Keynote, Radiology Partners National Pratice Leadership Summit, Arizona | |
| 2021 | Radiology Society of North America (RSNA), Essentials Course: Chasing the Holy Grail: Reducing Radiation Dose and Improving Image Quality, Chicago, IL | |
| 2021 | Radiology Society of North America (RSNA), Hot Topic: Controversies in Imaging Utilization, Chicago, IL | |
| 2021 | Radiology Society of North America (RSNA), Learning Health Care System:    An Introduction for Radiologists to the Learning Healthcare System: Pragmatic Trials- Yes, We Can Randomize!   , Chicago, IL | |

Prepared: March 9, 2024

| | |
|---|---|
| 2021 | Radiology Society of North America (RSNA), Medical Physics Section:   Protocol Optimization for Low Dose CT  , Chicago, IL |
| 2021 | Society of Radiologists in Ultrasound (SRU) Annual Meeting, Invited plenary talk: "Post-menopausal stripe thickness and need for Doppler of the EMS," Online |
| 2021 | National Academy of Medine, Working Group, "Developing a Long-Term Strategy for Low-Dose Radiation Research in the United States Medical Perspectives," Teleconference |

**INVITED PRESENTATIONS - REGIONAL AND OTHER INVITED PRESENTATIONS**

| | | |
|---|---|---|
| 2000 | Kaiser Permanente Department of Genetics | |
| 2001 | San Francisco State University | |
| 2001 | Department of Medicine Grand Rounds, UCSF, San Francisco General Hospital | |
| 2001 | American College of Obstetrics and Gynecology, San Francisco, CA | |
| 2001 | Primary Care Medicine, Aspen, CO | Speaker |
| 2001 | UCSF Continuing Medical Education: Diagnostic Imaging in the Chest | Speaker |
| 2001 | UCSF Continuing Medical Education: Diagnostic Imaging in Women's Health | Speaker |
| 2001 | UCSF Continuing Medical Education: Diagnostic Imaging for Common Clinical Problems | Speaker |
| 2001 | UCSF Continuing Medical Education: Management of the Hospitalized Patient, San Francisco, CA | Speaker |
| 2001 | UCSF Continuing Medical Education: Controversies in Women's Health | Speaker |
| 2001 | MRI & Ultrasound, Lake Tahoe, CA | Speaker |
| 2001 | Intrauterine Growth Restriction, Lake Tahoe, CA | Speaker |
| 2001 | Evaluating the Uterus, Lake Tahoe, CA | Speaker |
| 2002 | Obstetrics and Gynecology Update, San Francisco, CA | Speaker |
| 2002 | 17th Annual Primary Care Medicine, Aspen, CO | Speaker |
| 2002 | Diagnostic Imaging for Cancer Screening, Aspen, CO | Speaker |
| 2002 | 10th Annual Controversies in Women's Health, San Francisco, CA | Speaker |

Prepared: March 9, 2024

| 2002 | UCSF Continuing Medical Education: Diagnostic Imaging in Women's Health, San Francisco, CA | Speaker |
| 2002 | Diagnostic Imaging: Evaluation of the Uterus in Postmenopausal Bleeding, Maui, HI | Speaker |
| 2002 | Diagnostic Intrauterine Growth Restriction | Speaker |
| 2002 | Evidence-Based Radiology: What Does It Mean? Why is it Important? Maui, HI | Speaker |
| 2002 | UCSF Continuing Medical Education: OB/GYN and Abdominal Ultrasound: Soft Ultrasound Markers, San Francisco, CA | Speaker |
| 2002 | Breast Oncology Program, Comprehensive Cancer Center, UCSF | |
| 2003 | Primary Care Medicine, Maui, HI | Speaker |
| 2003 | Diagnostic Imaging in Clinical Practice, Maui, HI | Speaker |
| 2003 | 11th Annual Controversies in Women's Health, San Francisco, CA | Speaker |
| 2003 | UCSF Continuing Medical Education: Diagnostic Imaging for Disease Prevention, San Francisco, CA | Speaker |
| 2003 | UCSF Continuing Medical Education: 46th Annual Diagnostic Radiology Postgraduate Course | Speaker |
| 2003 | UCSF Continuing Medical Education: OB/GYN and Abdominal Ultrasound, Soft Ultrasound Markers: The Results of the California AFP Study | Speaker |
| 2003 | MRI and Ultrasound by the Lake, Evaluation of the Uterus in Postmenopausal Bleeding Diagnostic Intrauterine Growth Restriction, Lake Tahoe, CA | Speaker |
| 2003 | Obstetrics and Gynecology Grand Rounds, UCSF | |
| 2004 | Women's Imaging, Does Practice Make Perfect: The Relationship Between Volume and Accuracy of Mammography, Sonoma, CA | Speaker |
| 2004 | Primary Care Medicine, Aspen, CO 2004 Diagnostic Imaging in Women's Health, Aspen, CO | Speaker |
| 2004 | Primary Care Medicine, Maui, HI 2004 Diagnostic Imaging in Women's Health, Mau, HI | Speaker |
| 2004 | Diagnostic Imaging in Clinical Practice, Mau, HI | Speaker |
| 2004 | UCSF Continuing Medical Education: Diagnostic Imaging in Clinical Practice, San Francisco, CA | Speaker |
| 2004 | Racial Disparity: Avon-sponsored Symposium, UCSF | |

| | | |
|---|---|---|
| 2004 | Quality of Breast Cancer Care: Symposium , UCSF, San Francisco, CA | |
| 2005 | Sisters Network San Francisco | |
| 2005 | Stanford University, Department of Health Research and Policy, Division of Epidemiology | |
| 2005 | Obstetrical and Gynecologic Sonography, Postmenopausal Vaginal Bleeding, San Francisco, CA | Speaker |
| 2005 | Radiology Spring Training, Scottsdale, AZ | Speaker |
| 2005 | Evidenced Based Radiology: What Does It Mean And Why Should You Care, Scottsdale, Arizona | Speaker |
| 2005 | Imaging Evaluation Of Vaginal Bleeding, Scottsdale, Arizona | Speaker |
| 2005 | Pelvis Masses: What  s Normal, What  s Not, Scottsdale, Arizona | Speaker |
| 2005 | Physician Predictors of Mammographic Accuracy, Scottsdale, Arizona | Speaker |
| 2005 | Screening For Lung Cancer, Scottsdale, Arizona | Speaker |
| 2005 | Update in Imaging Including Screening | Speaker |
| 2005 | Screening Mammography: Does Practice Make Perfect | Speaker |
| 2005 | Imaging Evaluation Of Vaginal Bleeding | Speaker |
| 2005 | Interpreting the Medical Literature Made Easy | Speaker |
| 2006 | Lunch and Learn: San Francisco Community Outreach Educational Program, UCSF | |
| 2006 | Bay Area Health Care and Quality Outcomes, UCSF, San Francisco, CA | |
| 2006 | UCSF Continuing Medical Education: Controversies in Women's Health | Speaker |
| 2006 | UCSF Continuing Medical Education: Controversies in Breast Cancer Screening and Diagnosis | Speaker |
| 2006 | Cutting Edge Radiology, Diagnosis and Intervention, Vancouver, Canada | Speaker |
| 2006 | Evidenced Based Radiology: What Does It Mean And Why Should You Care | Speaker |
| 2006 | Screening Mammography: Does Practice Make Perfect | Speaker |
| 2006 | Pelvis Masses: What  s Normal, What  s Not | Speaker |

Prepared: March 9, 2024

| 2006 | Imaging Evaluation Of Vaginal Bleeding Prenatal Diagnosis Of Down Syndrome: What You Need To Know, Vancouver, Canada | Speaker |
| 2006 | Educational Symposia | Speaker |
| 2007 | California Breast Cancer Research Symposium, Los Angeles, CA | |
| 2008 | UCSF Continuing Medical Education: Primary Care Medicine | Speaker |
| 2008 | UCSF Continuing Medical Education: Diagnostic Imaging in Women's Health | Speaker |
| 2008 | UCSF Continuing Medical Education: Radiation from Medical Imaging: A Silent Epidemic | Speaker |
| 2008 | UCSF Continuing Medical Education: Obstetrical/Gynecological and Abdominal Sonography Update, Prenatal Screening: What Not to Pay Attention To | Speaker |
| 2009 | UCSF Continuing Medical Education: Primary Care Medicine | Speaker |
| 2009 | UCSF Continuing Medical Education: Evaluation of Common Symptoms in Women | Speaker |
| 2009 | UCSF Continuing Medical Education: Radiation from Medical Imaging: A Silent Epidemic | Speaker |
| 2009 | UCSF Continuing Medical Education: Obstetrical/Gynecological and Abdominal Sonography Update, Prenatal Screening: What Not to Pay Attention To | Speaker |
| 2010 | Bay Area Clinical Research Symposium , Plenary Speaker, San Francisco CA | |
| 2011 | Department of Medicine Grand Rounds, UCSF, Moffitt, San Francisco, CA | |
| 2011 | Department of Medicine, Grand Rounds, San Francisco General Hospital, San Francisco, CA | |
| 2011 | Department of Urology Grand Rounds, UCSF, San Francisco, CA | |
| 2011 | Radiation Associated with Medical Imaging, Department of Radiology Grand Rounds, UCSF, San Francisco, CA | |
| 2011 | Eden Hospital, Department of Medicine Grand Rounds, Alameda, CA | |
| 2011 | Stanford Hospital, Department of Medicine, Grand Rounds, Palo Alto, CA | |
| 2011 | Kaiser Permanente Medical Center, Multidepartmental Grand Rounds, San Francisco, CA | |

| | | |
|---|---|---|
| 2011 | Institute for Health Policy Studies, San Francisco, CA. Lecture entitled "Is Medical Imaging Harmful to Health: Opportunities to Influence Health Policy" Featured on UCTV http://www.uctv.tv/search_details.aspx?showid=21580 | |
| 2011 | STONE: RCT of US versus CT for Patients in the CT with Suspected Urolithiasis, San Francisco, CA (8.75) | Course Director |
| 2011 | Primary Care Medicine, Principles & Practice, San Francisco, CA | Keynote Lecture |
| 2011 | 39th Annual Advances in Internal Department of Medicine, San Francisco, CA | Keynote Lecture |
| 2011 | Controversies in Women's Health, Department of Medicine, San Francisco, CA | Keynote Lecture |
| 2012 | Grand Rounds, Kaiser Permanente Medical Center, San Francisco, CA | |
| 2012 | Grand Rounds, Kaiser Permanente Medical Center, Oakland, CA | |
| 2012 | Grand Rounds, Department of Emergency Medicine, Massachusetts General Hospital, Boston, MA | |
| 2012 | Grand Rounds, Department of Emergency Medicine Beth Israel Hospital, Boston, MA | |
| 2012 | Presentation, UC Office of the President, Focused on Quality Improvement and Technology, Oakland, CA | |
| 2012 | Grand Rounds, Department of Radiation Oncology, UCSF, San Francisco, CA | |
| 2012 | Grand Rounds, Southern CA Kaiser Radiology Chiefs | |
| 2012 | Thyroid Nodules: What Does the Evidence Really Tell Us, Maui, HI | Speaker |
| 2012 | Radiation for CT: Strategies for Meeting Expectations and Regulatory Compliance, Maui, HI | Speaker |
| 2013 | UCSF Continuing Medical Education: Radiation from Medical Imaging: A Hidden Epidemic | Speaker |
| 2013 | UCSF Continuing Medical Education: Otolaryngology Update | Speaker |
| 2014 | American College of Emergency Physicians, Oregon Chapter (O.C.E.P) | |
| 2014 | Endocrine Grand Rounds, Division of Endocrinology and Metabolism & the Diabetes and Endocrinology Research Center, UCSF, San Francisco, CA: "Risk of Thyroid Cancer Based on Thyroid Ultrasound Imaging Characteristics" | |

Prepared: March 9, 2024

| 2014 | Radiology Resident Lecture Series, Department of Radiology, UCSF, San Francisco, CA: "Tracking and Monitoring CT Dose and Its Impact: Across the University of California Medical Centers" | |
|------|------|------|
| 2014 | UCSF, Endocrine Grand Rounds, San Francisco, CA | |
| 2015 | California Society of Radiology Technologists, Annual Meeting, San Francisco, CA Keynote Address. Radiation from CT: A Hidden Epidemic. Strategies to minimize doses: What technologists can do? | |
| 2016 | Society of Radiology in Ultrasound, Annual Meeting, Baltimore Maryland. Risk of Thyroid Cancer Based on Thyroid Ultrasound Imaging Characteristics | |
| 2016 | UCSF, Breast Oncology Program, Radiation from Medical Imaging: A Hidden Epidemic and Approaches for Improving. | |
| 2016 | UCSF Mini-Medical School Radiation Safety and Medical Imaging | |
| 2017 | University of California, Fetal Treatment Consortium: Share Our Experience with the University of California Dose Optimization and Standardized Endeavor (UC DOSE) | |
| 2017 | Breast Cancer Prevention Partners Ionizing Radiation and Cancer | |
| 2017 | University of California Davis, Radiology Grand Rounds, Radiation from Medical Imaging; A Hidden Epidemic | |
| 2017 | UCSF, Stand Up For Science; Panel Discussant | |
| 2017 | UCSF Practical Body Imaging, Kona Hawaii. 5 lectures | Lecturer |
| 2019 | Radiation Associated with Medical Imaging and Breast Cancer. Presented as part of the Study Group Series to inform The Breast Cancer Primary Prevention Plan for the State of California, California Breast Cancer Research Program | |
| 2020 | Bay Area Clinical Research Symposium Keynote Address: "A Medical Triumph Fostering a Silent Epidemic" | |
| 2021 | UCSF Pediatric Grand Rounds, "Computed Tomography: A Medical Triumph Fostering a Silent Epidemic" | |
| 2022 | UCSF Epidemiology Grand Rounds, "Computed Tomography: A Medical Triumph Fostering a Silent Epidemic" | |
| 2023 | UCSF Course, UCSF Radiation Safety in Computed Tomography Virtual Symposium 2023, "Radiation from Medical Imaging, A Hidden Epidemic" | Keynote Lecture |

Prepared: March 9, 2024

| 2023 | UCSF Course, UCSF Radiation Safety in Computed Tomography Virtual Symposium 2023, Best Practices of Organizations with Optimized Dose. |
| 2023 | UCSF Course, UCSF Radiation Safety in Computed Tomography Virtual Symposium 2023, The Use of Multiphase Scanning, Do Less |
| 2023 | UCSF Course, UCSF Radiation Safety in Computed Tomography Virtual Symposium 2023, Routine Abdomen CT-How Often are Best Practices Followed |
| 2023 | UCSF Course, UCSF Radiation Safety in Computed Tomography Virtual Symposium 2023,Strategies for Dose Optimization: Views from Health Care Systems |
| 2023 | |

## GOVERNMENT AND OTHER PROFESSIONAL SERVICE

| 2002 - 2003 | Centers for Disease Control and Prevention, National Breast & Early Detection Program | Planning Committee |
| 2003 - 2010 | National Cancer Institute, Physician Data Query (PDQ) | Committee Member |
| 2004 - 2005 | Center for Disease Control and Prevention, CDC National Breast and Cervical Cancer Early Detection Program, Committee on Assessment of Covered Benefits | Expert Panelist |
| 2007 - 2010 | California Health Benefits Review Program (CHBRP) | Content Expert |
| 2008 - 2010 | Center for Scientific Review (CSR), National Institute of Heath (NIH), Health Services Organization and Delivery (HSOD) | Study Section Member |
| 2010 - 2010 | Congressional Hearing, US House of Representatives, Energy and Commerce Committee, Subcommittee on Health. Medical Radiation: An Overview of the Issues | Expert Witness |
| 2010 - 2010 | Food and Drug Administration, Center for Devices & Radiological Health, National Meeting Focus on Radiation Safety | Presenter |
| 2012 - 2013 | The Joint Commission, Diagnostic Ionizing Radiation and Magnetic Resonance | Expert Panel Committee |
| 2012 - 2012 | CDC Cancer Prevention Workshop: in-person meeting, October 17-18, 2012 | Committee Member |

| 2012 - 2012 | Congressional Hearing, US House of Representatives, Energy and Commerce Committee, Subcommittee on Health: Hearing was examining the appropriateness of standard form Medical Imaging, and Radiation Therapy Technologist. CARE Bill | Expert Witness |
| 2013 - 2013 | Government Accountability Office Report: Medicare Imaging Accreditation Establishing Minimum National Standards and an Oversight Framework Would Help Ensure Quality and Safety of Advanced Diagnostic Imaging Services, May 2013 | Contributor |
| 2014 - 2014 | International Atomic Energy Agency (IAEA) United Nations General Assembly and Security Council. Special Committee Considering Impact of Low Dose Radiation | |
| 2015 - 2021 | Council of Distinguished Investigators of the Academy of Radiology Research | |

## UNIVERSITY AND PUBLIC SERVICE

### SERVICE ACTIVITIES SUMMARY

There are several activities to which Dr. Smith-Bindman has contributed. For seven years she participated in the NCI sponsored Physicians Data Query (PDQ), an NCI committee charged with presenting evidenced based, on-line, widely accessible and widely disseminated guidelines relating to cancer screening and diagnosis.

She participated in several activities related to breast cancer screening including acting as a reviewer for the CDC on assessing the guidelines for the National Breast and Cervical Cancer Detection Program, participating in coverage decisions for the California Medicare program by acting as reviewer and content expert for the CA Health Benefits Review Program analyzing several bills before the state legislature that would expand breast cancer screening to include MRI.

She has contributed to several National Academy of Medicine Reports. She has participated in several community projects, such as acting on the board of an African American breast cancer advocacy group, and as a consultant to the Metropolitan Breast Cancer Task Force, charged with improving breast cancer mortality rates and racial disparities.

During the last ten years She has been very active in local, California, national and international efforts around improving radiation safety, including invited presentations to the FDA, testifying before the US Congress on two occasions, working with innumerable societies and government organizations on guidelines and submitting five endorsed quality measures on radiation safety to the National Quality Forum. Three of these measures were developed through a cooperative agreement with CMS, and she has worked closely with diverse stakeholders to see these measures to inclusion in national regulation to ensure improvement in radiation safety.

Her involvement in service activities within the University have focused on increasing the quality and quantity of translational research through participation in several University-wide

Prepared: March 9, 2024

task forces. Dr. Smith-Bindman serves on several Medical Center Committees, focusing on improved oversight and stewardship around radiation, and projects to improve the efficiency and effectiveness with CT. She also has served for many years on the University Conflicts of Interest Committee.

In the Department of Epidemiology and Biostatistics, she was a member of a department wide task force focused on improving undergraduate education.

## UNIVERSITY SERVICE
## UC SYSTEM AND MULTI-CAMPUS SERVICE

| | | |
|---|---|---|
| 2003 - 2003 | Blueprint for Regional Excellence in Breast Cancer Care | Committee Member |
| 2007 - 2010 | University of California, Office of the President, California Health Benefits Review Program (CHBRP) | Content Expert, Review of California Pending Legislation |
| 2011 - 2013 | Standardization and Optimization of Computed Tomography Patient Radiation Dose Across UC Medical Centers, funded through UC Center for Health Quality & Innovation Program (CHQI) | Committee Chair |
| 2015 - 2020 | Member, University of California Qualified Provider Led Entity Steering Committee (QPLE) Member, Imaging Appropriate Use Committee | |

## UCSF CAMPUSWIDE

| | | |
|---|---|---|
| 2003 - 2003 | UCSF Hospital Exceptional Physician Award | Committee Co-Chair |
| 2006 - 2007 | Pathways Clinical and Translational Research | Subcommittee |
| 2008 - 2010 | Pathways To Discovery, Clinical and Translational Research Pathway | Advisory Council |
| 2009 - 2021 | Radiation Safety Committee | Committee Member |
| 2012 - 2014 | UCSF Medical Center for Health Care Value | Committee Member |
| 2014 - 2015 | UCSF Clinical Enterprise Strategic Plan Implementation Committee for Continuous Process Improvement (CPI) | Committee Member |
| 2015 - 2017 | UCSF Clinical Enterprise Utilization Management Committee | Committee Member |
| 2012 - 2024 | UCSF Conflict of Interest Advisory Committee (COIAC) | Committee Member |

## SCHOOL OF MEDICINE

| | | |
|---|---|---|
| 2002 - 2002 | Dean's Leadership Retreat, Santa Cruz, CA | Participant |

Prepared: March 9, 2024

| 2003 - 2003 | Task Force, Future of UCSF and Mission Bay | Steering Committee Member |
| 2003 - 2004 | Task Force, Physician Scientist Program Clinic-Based | Steering Committee Member |
| 2005 - 2005 | Dean's Leadership Retreat, Santa Cruz, CA | |
| 2003 - 2005 | School of Medicine | Faculty Council |
| 2008 - 2010 | UCSF Pathways to Discovery, Clinical and Translational Research | Advisory Council |
| 2007 - 2010 | University of California, Office of the President, CA Health Benefits Review Program | |
| 2012 - 2015 | UCSF Medical Center, Center for Health Care Value | |
| 2013 - 2020 | UCSF School of Medicine, Conflict of Interest Advisory Committee | |
| 2014 - 2016 | UCSF Clinical Enterprise, Strategic Plan, Committee for Continuous Process Improvement | |
| 2015 - 2019 | UCSF Clinical Enterprise, Utilization Management Committee | |
| 2019 - 2022 | UCSF Division of Palliative Medicine Associate Chief for Research Search Committee | |
| 2020 - 2022 | UCSF Division of Palliative Medicine Faculty Researcher Search Committee | |

## DEPARTMENTAL SERVICE

| 2001 - 2004 | Department of Medicine Faculty Recruitment Committee | Member |
| 2001 - 2004 | Department of Radiation Oncology Faculty Recruitment Committee | Member |
| 2005 - 2005 | Department of Radiology Seminars and Presentation Committee | Member |
| 2005 - 2008 | Department of Radiology Annual Imaging Research Symposium Abstract Review Committee | Member |
| 2005 - 2009 | Department of Radiology SEED Grant Review Committee | Member |
| 2009 - 2021 | Department of Radiology, Radiation Safety Committee | Member |
| 2012 - 2014 | Department of Radiology Maintenance of Certification Committee | Member |
| 2012 - 2014 | Department of Radiology, Maintenance of Certification Committee | Member |

Prepared: March 9, 2024

| | | |
|---|---|---|
| 2016 - 2020 | Department of Radiology Development Committee | Member |
| 2020 - 2021 | Department of Radiology Quality and Safety Committee | Member |
| 2020 - 2021 | Department of Radiology Health Equity Committee | Member |
| 2020 - 2022 | Department of Radiology Medical Physicist Faculty Search Committee | Member |
| 2022 - 2023 | Department of Epidemiology and Biostatistics, Task Force, Undergraduate Medical Education | Member |

**COMMUNITY AND PUBLIC SERVICE**

| | | |
|---|---|---|
| 2003 - 2007 | San Francisco SISTERS, African American Breast Cancer Advocacy Group | Board Member |
| 2008 - 2008 | Metropolitan Chicago Breast Cancer Task Force, Chicago IL | Unpaid Consultant |
| 2011 - 2014 | National Quality Form, National Voluntary Consensus Standard for Patient Safety. Measure entitled "UCSF CT Radiation Dose Patient Safety Measure    PSM-044 endorsed | Measure Developer |
| 2015 - 2015 | National Quality Form, Pediatric Measures. Measure Entitled: "Pediatric Computed Tomography Radiation Dose." Measure Endorsed. | Measure Developer |
| 2017 - 2017 | Leapfrog Voluntary Consultant to Coordinate Implementation of National Quality Form Pediatric Safety Measure. | Voluntary Consultant |
| 2019 - 2019 | Presenter, Contributor, External Peer Reviewer of Final Report, California Breast Cancer Primary Prevention Plan, California Breast Cancer Research Program | |
| 2020 - 2023 | Tomales Bay Watershed Foundation | Board Member |
| 2020 - 2023 | San Francisco New Deal, a non-profit focused on serving San Francisco   s vulnerable populations and supporting restaurants during Covid-19; and supporting businesses sustainability. Led successful application for two SF government contracts. | Development Committee Member |

# CONTRIBUTIONS TO DIVERSITY

**CONTRIBUTIONS TO DIVERSITY    Contributions to Diversity, Equity & Inclusion Guidance**

I have tried to increase my understanding of the structural nature of racism and approaches for becoming antiracist. I have read as many books as possible over the last several years about the foundation of structural racism. This past year I participated in training by REI (Racial Equity Institute) and the Groundwater Institute focused on leadership development. The focus of the Groundwater institute is to   helps leaders communicate, translate, and apply our racial

equity analysis for strategic action to impact change. I learned of the program through my husband who previously participated in their leadership training and found it extremely informative. (https://racialequityinstitute.org/groundwater-institute/)

# TEACHING AND MENTORING

## TEACHING SUMMARY

Dr. Smith-Bindman has become involved in Teaching in the Department of Epidemiology and Biostatistics. She is a small group leader in the fourth year Designing Clinical Research Class; and has led four sections in the First year Epidemiology and Biostatistics Course.

## FORMAL TEACHING

| Academic Yr | Course No. & Title | Teaching Contribution | School | Class Size |
|---|---|---|---|---|
| 2002 - 2005 | Epidemiology and Biostatistics, Medical Student Required Class | Section Leader | | 20 |
| 2005 - 2005 | Introduction to Diagnostic Testing | Lecturer | | 18 |
| 2007 - 2008 | Clinical Performance and Health Outcome Measurement, Epidemiology and Biostatistics 211 | Faculty Lecturer | | 20 |
| 2011 - 2012 | Epidemiology 245, Translating Evidence into Practice: Theory and Design | Lecturer | | 30 |
| 2010 - 2014 | Epi 249, Framing Research to Influence Policy | Lecturer | | 25 |
| 2013 - 2014 | "Translating Evidence Into Policy", a part of UCSF's Masters in Clinical Research Program, Department of Epidemiology & Biostatistics, UCSF | Lecturer | | |
| 2014 - present | UCSF Resident Didactic Lectures | Lecturer | | |

Prepared: March 9, 2024

| Academic Yr | Course No. & Title | Teaching Contribution | School | Class Size |
|---|---|---|---|---|
| 2017 - 2017 | UCSF Practical Body Imaging, Kona Hawaii. 5 lectures | Lecturer | | |
| 2021 - 2022 | UCSF Epidemiology, Biostatistics and Population Sciences (EBPS), led four sections | Section leader | | 15 |
| 2022 - 2023 | UCSF Medical Student 4th Year Class, Designing Clinical Research (DCR). Led all sections (n=6) and review of final proposal | Section leader | Medicine | 15 |

## MENTORING SUMMARY

Dr. Smith-Bindman mentors trainees in clinical research. Current primary mentees during 2022 include Malini Mahendra, UCSF faculty member in Pediatrics applying for a K award, and several Radiation Medical Physics grad students (Cameron Kofler, Trung Tran)

## PREDOCTORAL STUDENTS SUPERVISED OR MENTORED

| Dates | Name | Program or School | Mentor Type | Role | Current Position |
|---|---|---|---|---|---|
| 2004 - 2005 | Christopher Kagay | UCSF Medical School | | Research Advisor | Radiologist |
| 2005 - 2006 | Alexander Ding | UCB/ UCSF Joint MD/MPH | | Research Advisor | Radiologist |
| 2005 - 2008 | Aruna Venkatesan | UCSF Medical School | | Research Advisor | Obstetrician Gynecologist |
| 2006 - 2007 | Emma Dinkelspiel | Urban High School | | Research Advisor | Lawyer, Legal Aid, San Francisco |
| 2010 - 2014 | Pratik Mehta | UC Berkeley | | Research Advisor | Physician |

Prepared: March 9, 2024

| Dates | Name | Program or School | Mentor Type | Role | Current Position |
|---|---|---|---|---|---|
| 2011 - 2013 | Jillian Keegan | Lick Wilmerding High School | | Research Advisor | Medical School, Mount Sinai |
| 2012 - 2013 | Jessica Zhang | UC Berkeley | | Research Advisor | Medical School |
| 2014 - 2014 | A. Fraser | University High | Research/Scholarly Mentor, Project Mentor | Research Advisor | Works in Public Service, San Francisco |
| 2019 - 2021 | A. Alejandrez Cisneros | UCSF Medical School | Research/Scholarly Mentor, Project Mentor | Research Advisor | Medical School |
| 2020 - 2023 | Cameron Kofler | University of Florida, PhD Program, Medical Physicist | Research/Scholarly Mentor, Project Mentor | Research Advisor, PhD Advisor and Committee Member | Clinical Fellow, University of Chicago |
| 2020 - 2023 | Emily Marlow | UC Davis, Epidemiology PhD Program | Research/Scholarly Mentor, Project Mentor | Research Advisor, PhD Advisor, Committee Member | Post Doc, American Cancer Society |
| 2020 - 2023 | Truong Tran | University of Florida, PhD Program, Medical Physics | Research/Scholarly Mentor, Project Mentor | Research Advisor, PhD Advisor | Physics Program |
| 2022 - 2023 | Gabriela Steiner | UCSF Medical School | Research/Scholarly Mentor, Career Mentor | Research/Career Mentor | Medical School |
| 2023 - 2024 | Megan Casey | UCSF Medical School and Masters Student UCSF | Research/Scholarly Mentor | Research Mentor, Committee member | |

Prepared: March 9, 2024

## POSTDOCTORAL FELLOWS AND RESIDENTS MENTORED

| Dates | Name | Fellow | Mentor Role | Faculty Role | Current Position |
|-------|------|--------|-------------|--------------|------------------|
| 1998 - 2000 | Mariana Copanigro | UCSF Radiology Resident and Fellow | | Research Advisor | Radiologist |
| 1998 - 2000 | Nina Vincoff | UCSF Radiology Resident and Fellow | | Research Advisor | Radiologist |
| 2003 - 2004 | Erica Weiss | UCSF Obstetrics & Gynecology | | Research Advisor | Obstetrician Gynecologist |
| 2003 - 2005 | Kristen Schueler | UCSF RORL Research Fellow | | Research Advisor | Radiologist |
| 2003 - 2005 | David Haggstrom | UCSF Internal Medicine Fellow, Masters Student | | Research Advisor | Indiana University, Faculty, Department of Medicine |
| 2005 - 2006 | Kristen Reid | UCSF General Internal Medicine Fellow | | Research Advisor | Emory Univeristy / Grady Hospital, Faculty, Medicine |
| 2005 - 2005 | A. Jensen | PhD Student, Copenhagen | | Research Advisor | Faculty |
| 2005 - 2006 | Brian Ching | UCSF Radiology Fellow | | Research Advisor | Radiologist |
| 2005 - 2006 | Amy Cole | UCSF Radiology Fellow | | Research Advisor | Radiology, Kaiser Permanente |

Prepared: March 9, 2024

| Dates | Name | Fellow | Mentor Role | Faculty Role | Current Position |
|---|---|---|---|---|---|
| 2005 - 2007 | Lauren Goldman | UCSF Internal Medicine Fellow, Masters Student | | Research Advisor | UCSF Department of Medicine |
| 2006 - 2010 | Jafi Lipson | UCSF Radiology Resident, UCSF Radiology T32 Scholar | | Research Advisor | Faculty, Stanford University |
| 2007 - 2008 | Joseph Stengel, | UCSF Radiology Fellow | | | Radiologist |
| 2007 - 2008 | Agiua Heath | UCSF RORL Research Fellow | | Research Advisor | Private Practice |
| 2007 - 2009 | Richard Cho | UCSF Radiology Fellow | | Research Advisor | Private Practice, Los Angeles, CA |
| 2007 - 2009 | Dorra Sellami | UCSF Radiology Resident/Radiology Fellow | | Research Advisor | Radiology Private Practice |
| 2008 - 2009 | Amita Kamath | UCSF Radiology Resident UCSF T32 Scholar | | Research Advisor | Faculty, Radiologist, NYU |
| 2009 - 2010 | Jin Ching | UCSF Maternal Medicine Fellow | | Research Advisor | Radiologist |
| 2009 - 2011 | Natasha Brasic | UCSF Radiology Fellow | | Research Advisor | Radiologist |
| 2010 - 2011 | Divya Sridhar | UCSF Radiology Resident | | Research Advisor | Radiologist |

| Dates | Name | Fellow | Mentor Role | Faculty Role | Current Position |
|---|---|---|---|---|---|
| 2010 - 2012 | Paulette Lebda | UCSF Radiology Fellow | | Research Advisor | Radiologist |
| 2010 - 2013 | Ingrid Burger | UCSF Radiology Resident | | Research Advisor | Radiologist |
| 2010 - 2013 | Ginger Merry | UCSF Radiology Resident | | Research Advisor | Radiologist |
| 2011 - 2014 | John Mongan | UCSF Radiology Resident, UCSF Radiology Fellow | | Research Advisor | UCSF Faculty |
| 2013 - 2014 | Stephanie Hou | UCSF Radiology Resident | | Research Advisor | UCSF |
| 2013 - 2014 | Cindy Lee | UCSF Radiology Fellow | | Research Advisor | Radiologist |
| 2013 - 2014 | Tara Morgan | UCSF Radiology Fellow and UCSF Radiology attending | | Research Advisor | UCSF Faculty |
| 2013 - 2015 | Lindsay A. Hampson | UCSF Urology Resident, One Year of Dedicated Research | | Research Advisor | UCSF Faculty |
| 2013 - 2015 | Vignesh Arasu | UCSF Radiology Resident | | Research Advisor | Radiologist |
| 2013 - 2015 | Nancy Benedetti | UCSF Radiology Resident | | Research Advisor | Radiologist |

| Dates | Name | Fellow | Mentor Role | Faculty Role | Current Position |
|-------|------|--------|-------------|--------------|------------------|
| 2014 - 2015 | Bianca Carpenter | UCSF Radiology Fellow | | Research Advisor | Radiologist |
| 2014 - 2015 | Janice Hsu | UCSF Radiology Fellow | | Research Advisor | Radiologist |
| 2014 - 2018 | Yifei Wang | UC Davis, PhD Biostatistics | | Research Advisor | UCSF Faculty |
| 2014 - 2019 | Joshua Demb | UCSF, PhD Epidemiology | | Research Advisor | UCSD, Research Scientist |
| 2015 - 2018 | Emily Marshall | University of Florida, PhD Medical Physics | | Research Advisor | Lurie Childrens Hospital, Medical Physicist |
| 2017 - 2021 | Emily Marlow | UC Davis, PhD Epidemiology | | Research Advisor | American Cancer Society |
| 2018 - 2021 | Calyani Ganesan | Nephrology Fellow | | Research Advisor | Stanford |
| 2018 - 2020 | Yoon-Jin Kim | Radiology Resident | | Research Advisor | UCSF Fellow |
| 2018 - 2022 | Truong Tran | University of Florida, PhD Medical Physics | | Research Advisor | |
| 2018 - 2022 | Cameroon Kofler | University of Florida, PhD Medical Physics | | Research Advisor | PhD Candidate |
| 2019 - 2021 | Denise Oldenburg | Visting Radiology Resident | | Research Advisor | University of Essen |
| 2019 - 2022 | Sean Woolen | Radiology Fellow | | Research Advisor | UCSF Abdominal Imaging Attending |

Prepared: March 9, 2024

| Dates | Name | Fellow | Mentor Role | Faculty Role | Current Position |
|---|---|---|---|---|---|
| 2021 - 2022 | Xiao Wu | UCSF Radiology Resident | | Research Advisor | |

## FACULTY MENTORING

| Dates | Name | Position while Mentored | Mentor Type | Mentoring Role | Current Position |
|---|---|---|---|---|---|
| 2002 - 2005 | John Shepherd,MD | UCSF Emergency Medicine | | Research Advisor | UCSF Faculty |
| 2004 - 2005 | Elaina Curtis, MD | UCSF Visiting Fellow | | Research Advisor | Faculty, University of Auckland |
| 2005 - 2006 | John Stein, MD | UCSF Emergency Medicine | | Research Advisor | Associate Professor, UCSF |
| 2005 - 2006 | Max Wintermark, MD | UCSF Radiology | | Research Advisor | Section Head, Neuroradiology Stanford |
| 2007 - 2014 | Lauren Goldman, MD | UCSF Medicine | | Research Advisor | Professor, UCSF |
| 2008 - 2011 | Larry Rand, MD | UCSF Maternal Medicine | | Research Advisor | Professor, OBGYN, UCSF |
| 2008 - 2014 | Antonio Westphalen, MD | UCSF Radiology, KL2 | | Research Advisor | Section Head, Body Imaging University of Washington |
| 2009 - 2018 | Liina Poder, MD | UCSF Radiology | | Research Advisor | Section Head, Ultrasound, UCSF |
| 2010 - 2018 | Ralph Wang, MD | UCSF Emergency Department Physician | | Research Advisor | Professor, UCSF, Emergency Medicine |

Prepared: March 9, 2024

| Dates | Name | Position while Mentored | Mentor Type | Mentoring Role | Current Position |
|---|---|---|---|---|---|
| 2014 - 2018 | John Mongan, MD | UCSF Radiology Resident, UCSF Radiology Fellow, Faculty | | Research Advisor | Professor, UCSF |
| 2014 - 2017 | Cindy Lee, MD | UCSF Radiology Fellow | | Research Advisor | Private Practice |
| 2014 - 2017 | Tara Morgan, MD | UCSF Radiology Fellow and UCSF Radiology Attending | | Research Advisor | Associate Professor, UCSF |
| 2014 - 2020 | Maureen Kohi, MD | UCSF Radiology Faculty | | Research Advisor | Department Chair, Radiology, UNC |
| 2015 - 2018 | Ben Franc, MD, PhD | UCSF Radiology, Nuclear Medicine | | Research Advisor | Section Head, Nuclear Medicine, Stanford |
| 2017 - 2020 | Brian Haas, MD | UCSF Radiology Faculty | | Research Advisor | Assistant Professor, UCSF |
| 2018 - 2021 | Matthew Bucknor | UCSF Radiology Faculty | | Research Advisor | Professor, UCSF |
| 2021 - 2023 | Malini Mahendra | UCSF Pediatric Faculty | Research/Scholarly Mentor, Project Mentor | Research Advisor | Assistant Professor |

## VISITING FACULTY MENTORED

2005 - 2005    Allan Jensen            University of Copenhagen

32 of 68

# RESEARCH AND CREATIVE ACTIVITIES

## RESEARCH AND CREATIVE ACTIVITIES SUMMARY

Dr. Smith-Bindman is a clinician scientist with expertise in health services research, epidemiology, outcomes research, comparative effectiveness research, and dissemination and implementation sciences focused on diagnostic imaging.  Her research has focused on evaluating the quality, utilization, accuracy, predictive values and impact of diagnostic testing on patient health, and has quantified both the risks and benefits of medical imaging when used in different contexts and by different populations. She has spent been the principal investigator on numerous large federal grants and has collaborated with scientists from diverse medical specialty areas. Separate from her research activities, she has been actively involved in translating evidence into changes in practice and policy. She has informed policy leaders, practitioners and the public about the safety concerns surrounding the use of radiation in imaging by describing the issue in main stream media, testifying before the US Congress, and by advising the FDA, The Joint Commission, the International Atomic Energy Agency, the International Council on Radiation Protection and leading professional societies.  She has also written quality measures focused on radiation safety, and her work has resulted in organizations which monitor health care quality to adopt measures of diagnostic imaging safety.

Two areas of focus are notable. First, she has published on the racial and ethnic differences in access and utilization of screening mammography and how that contributes to higher breast cancer mortality among African American women, and on factors that influence the quality and access to screening among vulnerable populations. Second, she has quantified the variation in radiation dose associated with medical imaging across patients and institutions, and quantified the impact of radiation, particularly from computed tomography, as an environmental carcinogen.  She has conducted a successful, randomized controlled trial of strategies to lower doses.

She is currently writing quality measures through a cooperative agreement with CMS to be included in 2023 physician and hospital payment programs. The quality measures were supported by the National Quality Forum, were recommended for Rule Making as part of the 2022 Measure Application Partnership, and CMS is moving forward to include in their Physician and Hospital Payment Programs

<u>Significant Publications</u>

**1. Smith-Bindman et al.  Endovaginal ultrasound to evaluate endometrial abnormalities JAMA 1999;281:1693-4**
Vaginal bleeding affects 7% of post-menopausal women, and historically women underwent invasive endometrial biopsy to exclude cancer. This meta-analytic review found that endovaginal ultrasound is an easily tolerated non-invasive test that is accurate for the diagnosis of cancer, so that most women can avoid biopsy. These results were integrated into clinical practice guidelines in the United States, Scotland, England, Germany, and Hong Kong. The publication was cited 895 times based on Google Scholar.

**2. Smith-Bindman et al. Second-trimester ultrasound to detect fetuses with Down syndrome: a meta-analysis. JAMA. 2001: 285;1044-1055**
This meta-analytic review suggests that the use of ultrasound for the detection of fetuses affected by Down syndrome may be associated with more harm than benefit, as it can lead to large numbers of unnecessary amniocenteses and subsequent fetal losses with little evidence of benefits. This article was accompanied by extensive media coverage (AP, Reuters, NY

Prepared: March 9, 2024

Times), and impacted the use of  ultrasound in prenatal diagnoses. The publication cited 196 times based on Web of Science.

### 3. Smith-Bindman et al. Comparison of screening mammography in the United States and the United Kingdom JAMA 2003;290: 2129-2137

This international comparison of screening mammography described 5.5 million mammograms obtained between 1996 to 1999 within three large-scale mammography registries or screening programs. Recall rates and open surgical biopsy rates were twice as high in the U.S. as in the U.K., although cancer rates were nearly identical. There was extensive media coverage (AP, Reuters, NY Times, Wall Street Journal, National Public Radio). The results were widely cited, and were included in the IOM Report, "Saving Women's Lives." The publication was cited 362 times based on Google Scholar.

### 4. Smith-Bindman et al.  Physician Predictors of Mammographic Accuracy. J Natl Cancer Inst 2005;97;358-367

This retrospective analysis of the accuracy of mammographic screening among 208 U.S. physicians, who collectively interpreted 1.2 million mammograms, demonstrated large and unacceptable variation in theinterpretive abilities of radiologists; the sensitivity spanned 29% to 97%, while the false positive rate ranged from 1 to 29%. These findings were included in the Institute of Medicine's report on Mammography Quality Standards, regarding Enhancement of Interpretative Performance. The publication was cited 188 times based on Google Scholar.

### 5. Smith-Bindman et al.  Does Utilization of Screening Mammography Explain Racial and Ethnic Differences in Breast Cancer? Ann Intern Med, 2006;144;541-51

This paper sought to disentangle whether biology or the use of screening was largely responsible for the known racial and ethnic differences in breast cancer. This study was unique in that detailed cancer information was available from tumor registries that were linked with detailed information regarding mammography utilization. Most of the racial and ethnic differences in breast cancer features were reduced or eliminated after accounting for the frequency of mammography screening suggesting reduced access to screening remains an important problem.  The publication was cited 365 times based on Google Scholar.

### 6.  Smith-Bindman et al. Radiation dose associated with common computed tomography examinations and the associated lifetime attributable risk of cancer. JAMA Internal Medicine 2009;169:2078-86

This paper documented the variation in doses associated with routine CT. The widespread media attention that this paper received contributed to active policy discussions questioning the need for greater standards and possible FDA oversight. I was invited to present the results at the FDA, at a Congressional Hearing sponsored by the Health Subcommittee of the Committee on Energy and Commerce, and innumerable professional society meetings, and submitted (and had endorsed) a measure of quality around CT imaging by the National Quality Forum. The publication was cited 2351 times based on Google Scholar.

### 7. Smith-Bindman R, Appendix F. Ionizing Radiation Exposure to the US Population, with a Focus on Radiation from Medical Imaging, included in Breast and the Environment: A Life Course Approach. The Institute of Medicine. 2012

The Komen Foundation commissioned the IOM report on environmental causes of breast cancer and. I was asked to summarize what is known about the harmful effects of ionizing radiation on breast cancer risks. The IOM concluded that ionizing radiation is one of the largest, and the most preventable causes of breast cancer. The publication was cited 71 times based on Google Scholar.

Prepared: March 9, 2024

**8. Miglioretti DL et al. Smith-Bindman senior author. The use of computed tomography in pediatrics and the associated radiation exposure and estimated cancer risk. JAMA Pediatr. 2013 ;167:700-707**

Using a retrospective cohort design, this paper quantified the use of imaging among children within one of 7 large integrated health care systems including KP Northern California, KP Washington, KP Northwest, KP Georgia and KP Hawaii, quantified the radiation exposure associated with these examinations, and estimated the likely impact of improved standardization of the conduct of CT on the risks of cancer. The manuscript concluded that if the top outlying radiation exposures could be reduced to the average (a modest goal) that 40% of expected cancer could be eliminated. The publication was cited 995 times based on Google Scholar.

**9. Smith-Bindman R, et al.  Risk of Thyroid Cancer based on Thyroid Ultrasound Imaging Characteristic: Result of A Population Based-Study. JAMA Internal Medicine. 2013;173:1788-96**

This retrospective observational study documented the risk of cancer associated with specific thyroid imaging findings.  This is the first study that links a large cohort of patients with detailed imaging findings, with a comprehensive tumor registry to permit the quantification of the risk of cancer associated with specific findings. The results suggest that the number of biopsies can be reduced by up to 90%, with a relatively small impact on cancer detected.  The results are being rapidly embraced by endocrinologists, surgeons and radiologists. The publication was cited 250 times based on Google Scholar.

**10. Smith-Bindman et al Ultrasonography versus computed tomography for suspected nephrolithiasis Nephrolithiasis  NEJM.  2014;371:1100-1110**

This 15-center randomized comparative effectiveness study assessed whether ultrasound or CT should be the first imaging test in patients with suspected kidney stones. Emergency department patients with abdominal pain and suspected nephrolithiasis were randomly assigned to one of three arms for imaging: ultrasound performed by an emergency medicine physician, ultrasound provided by a radiologist, or computerized tomography (CT). No significant differences were observed over the next 6 months in rates of severe serious adverse events (SAEs), related SAEs, or total SAEs, or ED or hospital admission rates at 7 or 30 days; however, initial imaging with ultrasound was associated with lower 1 day and 6-month cumulative radiation exposures than initial imaging with CT. The publication was cited 473 times based on Google Scholar.

**11. Smith-Bindman R, et al International Variation in Radiation Dose for Computed Tomography Examinations: Prospective Cohort Study. BMJ.  2019;364:K4931**

This study used data describing one million CT scans submitted to the UCSF International CT Dose Registry and  explored reasons for the variation in doses used for CT. The analysis found that it was not patient or machine factors that drove the large dose variation, but rather local preferences and choices. The paper is the first large multinational study to characterize and explore the reasons for dose variation. The publication was cited 63 times based on Google Scholar.

**12. Smith-Bindman R, et al Trends in Use of Medical Imaging in US Health Care Systems and in Ontario, Canada JAMA  2019 322(9):843-856.**

This retrospective study across 7 large integrated US health care systems including KP Northern California, KP Washington, KP Northwest, and KP Hawaii, and from Ontario Canada described current patterns of medical imaging. The paper documented ongoing growth in

Prepared: March 9, 2024

nearly all imaging modalities despite widely held beliefs that growth in advanced imaging has subsided. The publication was cited 80 times based on Google Scholar.

**13. Smith-Bindman R, et al Risk of Malignant Ovarian Cancer Based on Ultrasonography Findings in a Large Unselected Population. JAMA Intern Med. 2019 ; 179(1): 71-77**
This large, retrospective population based study of ultrasound findings among enrolless in KP Washington documented the risk of cancer associated with specific findings, and provided evidence that ovarian cysts, no matter what their size, can be safely ignored. The results were rapidly incorporated into several national guidelines. The publication was cited 30 times based on Google Scholar.

**14. Smith-Bindman, R., et al An assessment of two interventions for reducing radiation doses for computed tomography: A multicenter international clinical trial. JAMA Internal Med. 2020; 180:666-675.**
This randomized clinical trial of two interventions to optimize radiation doses for CT across 100 imaging facilities found that providing feedback to institutions along size education and opportunities for sharing best practices results in meaningful dose reductions.

### RESEARCH AWARDS - CURRENT

| 1. | PI | | Smith-Bindman (PI) |
|---|---|---|---|
| | PCORI (Patient Centered Outcomes Research Institute) | 8/01/2019 | 07/31/2024 |
| | SAFE CT: Software, Actionable Feedback, and Education for CT: To help institutions optimize their radiation doses | | $ 1,400,000 total |

To adapt the tools we developed to provide feedback to a large number of institutions on radiation doses for CT.    To work with diverse stakeholders to enhance their widespread dissemination and implementation of these tools. Our goal is to widely disseminate and implement these results across as many institutions that perform CT scanning as possible

| 2. | PI | | |
|---|---|---|---|
| | NIH | 03/01/2015 | 12/1/2023 |
| | Risk of Cancer in Childhood and Adolescence Associated with Medical Imaging | $ 1,834,410 direct/yr 1 | $ 10,600,000 total |

The primary analysis is ongoing and will be completed before 12/1/23. The no cost extension ended in 2022, but the work is not yet completed. If the results are positive we will submit a grant to continue collecting outcome data and complete analyses

| 3. | Co-Principal Investigator. Contact PI: Dr. Gould, Kaiser Foundation Research | | |
|---|---|---|---|
| | Patient Centered Outcomes Research Institute (PCORI) | 04/01/2015 | 06/01/2024 |
| | Pragmatic Trial of More versus Less Intensive Strategies for Active Surveillance of Patients with Small Pulmonary Nodules | | $ 14,458,936 total |

Prepared: March 9, 2024

| 4. | UCSF PI, Subaward | 10% % effort | Mazonson (PI) |
|---|---|---|---|
| | NCI | 09/01/2023 | 8/31/2025 |

The Alara Imaging Gateway: Linking Electronic Health Records And Radiology Imaging Exams To Report On A National Quality Measures To Reduce Cancer Risk From CT (The Alara Imaging Gateway)

$ 196,000 direct/yr 1     $ 2,400,000 total

The focus of the award is to develop reporting capacity for a new CMS adopted radiation dose and image quality electronic quality measure, and to develop automated feedback to help hospitals optimize their doses

I am leading the UCSF subaward to develop approach for providing insight to hospitals to allow them to optimize dose

## RESEARCH AWARDS - PAST

| 1. | PI | | |
|---|---|---|---|
| | Centers for Disease Control and Prevention (CDC) | 09/30/2012 | 09/29/2014 |
| | PEDS CT-DOSE: Pediatric CT Dose Optimization and Standardization Endeavor | $ 500,000 direct/yr 1 | $ 500,000 total |

| 2. | PI | | Smith-Bindman (PI) |
|---|---|---|---|
| | University of California Office of the President, CHQI | 07/01/2011 | 07/01/2014 |
| | Standardization And Optimization Of Computed Tomography Patient Radiation Dose Across The University of California Medical Centers. | $ 250,000 direct/yr 1 | $ 750,000 total |

Prospective study across the five University of California Medical Centers to Standardize and reduce the radiation use for CT

| 3. | Co-Investigator. PI Solberg, Health Partners. | | |
|---|---|---|---|
| | Patient Centered Outcomes Research Institute (PCORI) | 07/01/2012 | 06/30/2014 |
| | Measuring Patient Outcome from High Tech Imaging Studies | $ 250,000 direct/yr 1 | $ 500,000 total |

| 4. | PI | | |
|---|---|---|---|
| | AHRQ | 10/01/2010 | 09/30/2013 |
| | RCT of US versus CT for Patients in the ED with Suspected Renal Colic | $ 4,830,368 direct/yr 1 | $ 9,210,000 total |

Prepared: March 9, 2024

| | | | |
|---|---|---|---|
| 5. | ULI RR024131-01 | Co-Investigator | |
| | NIH | 09/30/2006 | 06/30/2011 |
| | Clinical and Translational Science Institute (CTSI) | | |

| | | | |
|---|---|---|---|
| 6. | | PI | |
| | NIH / R21 | 04/01/2009 | 03/31/2011 |
| | Risk of Cancer with Incidental Findings Identified on US Imaging | | $ 317,000 total |

| | | | |
|---|---|---|---|
| 7. | | Co-Investigator | |
| | NIH | 10/01/2005 | 09/30/2010 |
| | Biological Basis of Breast Density and Breast Cancer Risk | | |

| | | | |
|---|---|---|---|
| 8. | | PI | Smith-Bindman (PI) |
| | NIH/R21 | 09/01/2008 | 08/31/2010 |
| | Radiation Exposure from Medical Imaging: are Doses in Carcinogic Range? | | $ 317,000 total |

| | | | |
|---|---|---|---|
| 9. | EB004079-01A2 | Co-Investigator | |
| | NIH | 04/01/2006 | 03/01/2009 |
| | Statistical Methods for Evaluation and Validation of Diagnostic Tests | | |

| | | | |
|---|---|---|---|
| 10. | | PI | |
| | UCSF, Deans Office | 01/01/2008 | 09/30/2008 |
| | Radiation Exposure from Medical Imaging: are Doses in Carcinogic Range? | | $ 91,000 total |

| | | | |
|---|---|---|---|
| 11. | BC022339 | Co-Investigator | |
| | Department of Defense/USAMRC | 05/01/2003 | 04/30/2007 |

Prepared: March 9, 2024

Blueprint for Regional Excellence in Breast Cancer Care | $ 6,900,000 total

| | | | |
|---|---|---|---|
| 12. 9PB-0205 | PI | | |
| California Breast Cancer Research Program | | 07/01/2003 | 02/01/2007 |
| Racial Disparity in Breast Cancer Mortality | | | $ 583,287 total |

| | | | |
|---|---|---|---|
| 13. | PI | | |
| Women's Health Research Center, UCSF | | 01/01/2002 | 12/01/2006 |
| Down Syndrome Screening in the US | | | $ 70,000 total |

| | | | |
|---|---|---|---|
| 14. | PI | | |
| DOD/BC980769 | | 10/01/1999 | 07/01/2005 |
| Outcomes of Screening Mammography in Elderly Women | | | $ 725,515 total |

| | | | |
|---|---|---|---|
| 15. K07 194603649A6 | PI | | |
| NIH | | 09/01/1999 | 06/01/2005 |
| Outcomes of Screening Mammography in Elderly Women | | | $ 635,687 total |

| | | | |
|---|---|---|---|
| 16. U01 CA63740 | Director | | |
| NIH | | 04/01/2000 | 03/31/2005 |
| Physician Predictors of the Accuracy of Screening Mammography | | | $ 115,022 total |

| | | | |
|---|---|---|---|
| 17. U01 CA63740 | Co-Investigator | | |
| NIH | | 04/01/2000 | 03/31/2005 |
| San Francisco Mammography Registry: A Research Resource | | | $ 3,100,000 total |

| | | | |
|---|---|---|---|
| 18. U01 CA63740 | Director | | |
| NIH | | 04/01/2000 | 03/31/2005 |
| Validation of the Medicare Screening Algorithm | | | $ 80,903 total |

Prepared: March 9, 2024

| 19. | PI | | |
|---|---|---|---|
| Society of Radiologists in Ultrasound | | 04/01/2001 | 04/01/2004 |
| Physician Variation in Ultrasound Accuracy | | | $ 30,000 total |

| 20. | PI | | |
|---|---|---|---|
| Society of Radiologists in Ultrasound | | 04/01/2001 | 04/01/2003 |
| Prenatal Ultrasound for Detection of Birth Defects and Chromosome Abnormalities | | | $ 40,000 total |

| 21. | PI | | |
|---|---|---|---|
| Radiologic Society of North America | | 07/01/2000 | 06/01/2001 |
| U.S. U.K Comparison of The Accuracy of Screening Mammography | | $ 40,000 direct/yr 1 | |

| 22. | PI | | |
|---|---|---|---|
| Radiologic Society of North America | | 07/07/1999 | 06/01/2000 |
| Prenatal diagnostic ultrasound for the detection of chromosomal abnormalities | | $ 35,000 direct/yr 1 | |

| 23. | PI | | |
|---|---|---|---|
| Patient Centered Outcomes Research Institute (PCORI) | | 09/02/2013 | 08/31/2016 |
| UCSF CT Radiation Dose Registry to Ensure a Patient Centered Approach for Imaging | | $ 492,163 direct/yr 1 | $ 2,069,365 total |
| Collaboration across the US and Europe to create benchmarks and standards for CT by pooling data from a large number of hospitals and outpatient facilities. | | | |

| 24. CA125036-04 | PI | | Smith-Bindman (PI) |
|---|---|---|---|
| NIH/K24 | | 09/01/2008 | 06/30/2015 |
| Mid Career Development Award: Risk of Cancer Associated of Incidental Findings | | $ 172,000 direct/yr 1 | $ 868,632 total |

| 25. | PI | | |
|---|---|---|---|

Prepared: March 9, 2024

| NIH | | 07/02/2014 | 12/31/2020 |
| CT DOSE Collaboration: Partnership for Dose | | $ 1,140,000 direct/yr 1 | $ 7,900,000 total |

| 26. CMS: 1V1-18-002-061598/ P0530892 | PI | | Smith-Bindman (PI) |
| Center for Medicare and Medicaid Services (CMS) | | 9/14/2018 | 12/31/2021 |
| DR CTQS: Defining and Rewarding Computed Tomography Quality and Safety | | | $ 4,990,358 total |

The focus of the proposal is to develop a suite of quality measures for Computed Tomography (CT) that focuses on radiation dose and image quality that CMS can be used in the quality pay for performance program.


**PEER REVIEWED PUBLICATIONS**

1. 1987        Block JE, **Smith R**, Black D, Genant HK. Does Exercise Prevent Osteoporosis? <u>JAMA</u> 1987; 257:3115-3117, 1987

2. 1987        Genant HK, Block JE, Steiger P, Glueer CC, **Smith R.** Quantitative Computed Tomography in Assessment of Osteoporosis. <u>Sem in Nuclear Med</u> 4;1987:316-333, 1987

3. 1987        Genant HK, Steiger P, Block JE, **Smith R**, Black D, Ettinger B, Harris ST. Rate of change in bone mineral content as measured by QCT, DPA and SPA in postmenopausal women. <u>J Bone Miner Res</u> 25;1987:212, 1987

4. 1988        Ettinger B, Block JE, **Smith R**, Cummings SR, Harris ST, Genent HK. An examination of the association between vertebral deformities, physical disabilities and psychosocial problems. <u>Maturitas</u> 10;1988:283-96, 1988

5. 1989        Block JE, **Smith R**, Glueer CC, Steiger P, Ettinger B, Genant HK. Models of Spinal Trabecular Bone Loss as Determined by Quantitative Computed Tomography. <u>J Bone Miner Res</u> 1989;4:249-57, 1989

6. 1991        Smith-Bindman R, Cummings SR, Steiger P, Genant HK. A comparison of morphometric definitions of vertebral fracture. J Bone Miner Res. 1991 Jan; 6(1):25-34. PMID: 2048427

7. 1991        Smith-Bindman R, Steiger P, Cummings SR, Genant HK. The index of radiographic area (IRA): a new approach to estimating the severity of vertebral deformity. Bone Miner. 1991 Nov; 15(2):137-49. PMID: 1764630

Prepared: March 9, 2024

8. 1998    Smith-Bindman R, Kerlikowske K. Is there a downside to elderly women undergoing screening mammography? J Natl Cancer Inst. 1998 Sep 16; 90(18):1322-3. PMID: 9747859

9. 1998    Smith-Bindman R, Kerlikowske K, Feldstein VA, Subak L, Scheidler J, Segal M, Brand R, Grady D. Endovaginal ultrasound to exclude endometrial cancer and other endometrial abnormalities. JAMA. 1998 Nov 04; 280(17):1510-7. PMID: 9809732

10. 1999    Vincoff NS, Callen PW, Smith-Bindman R, Goldstein RB. Effect of ultrasound transducer frequency on the appearance of the fetal bowel. J Ultrasound Med. 1999 Dec; 18(12):799-803; quiz 805-6. PMID: 10591442

11. 2000    Smith-Bindman R, Kerlikowske K, Gebretsadik T, Newman J. Is screening mammography effective in elderly women? Am J Med. 2000 Feb; 108(2):112-9. PMID: 11126304

12. 2001    Smith-Bindman R, Hosmer W, Feldstein VA, Deeks JJ, Goldberg JD. Second-trimester ultrasound to detect fetuses with Down syndrome: a meta-analysis. JAMA. 2001 Feb 28; 285(8):1044-55. PMID: 11209176

13. 2001    Smith-Bindman R, Hosmer WD, Caponigro M, Cunningham G. The variability in the interpretation of prenatal diagnostic ultrasound. Ultrasound Obstet Gynecol. 2001 Apr; 17(4):326-32. PMID: 11339190

14. 2001    Smith-Bindman R. Positron emission tomography to evaluate lung lesions. JAMA. 2001 Jun 06; 285(21):2711-2. PMID: 11386915

15. 2001    Goldstein RB, Bree RL, Benson CB, Benacerraf BR, Bloss JD, Carlos R, Fleischer AC, Goldstein SR, Hunt RB, Kurman RJ, Kurtz AB, Laing FC, Parsons AK, Smith-Bindman R, Walker J. Evaluation of the woman with postmenopausal bleeding: Society of Radiologists in Ultrasound-Sponsored Consensus Conference statement. J Ultrasound Med. 2001 Oct; 20(10):1025-36. PMID: 11587008

16. 2001    Smith-Bindman R, Feldstein VA, Goldberg JD. The genetic sonogram in screening for Down syndrome. J Ultrasound Med. 2001 Nov; 20(11):1153-8. PMID: 11758019

17. 2002    Smith-Bindman R, Chu PW, Ecker JL, Feldstein VA, Filly RA, Bacchetti P. US evaluation of fetal growth: prediction of neonatal outcomes. Radiology. 2002 Apr; 223(1):153-61. PMID: 11930060

Prepared: March 9, 2024

18. 2002    Shepherd JA, Kerlikowske KM, Smith-Bindman R, Genant HK, Cummings SR. Measurement of breast density with dual X-ray absorptiometry: feasibility. Radiology. 2002 May; 223(2):554-7. PMID: 11997567

19. 2002    Prevrhal S, Shepherd JA, Smith-Bindman R, Cummings SR, Kerlikowske K. Accuracy of mammographic breast density analysis: results of formal operator training. Cancer Epidemiol Biomarkers Prev. 2002 Nov; 11(11):1389-93. PMID: 12433716

20. 2003    **Smith-Bindman R**, Chu PW, Miglioretti DL, Sickles EA, Blanks R, Ballard-Barbash R, Bobo JK, Lee NC, Wallis MG, Patnick J, Kerlikowske K. Comparison of Screening Mammography in the US and the UK. JAMA 2003 22;290(16):2129-37, 2003

21. 2003    Kerlikowske K, Smith-Bindman R, Sickles EA. Short-interval follow-up mammography: are we doing the right thing? J Natl Cancer Inst. 2003 Mar 19; 95(6):418-9. PMID: 12644528

22. 2003    Smith-Bindman R, Chu PW, Ecker J, Feldstein VA, Filly RA, Bacchetti P. Adverse birth outcomes in relation to prenatal sonographic measurements of fetal size. J Ultrasound Med. 2003 Apr; 22(4):347-56; quiz 357-8. PMID: 12693618

23. 2003    Ziv E, Shepherd J, Smith-Bindman R, Kerlikowske K. Mammographic breast density and family history of breast cancer. J Natl Cancer Inst. 2003 Apr 02; 95(7):556-8. PMID: 12671024

24. 2003    Kerlikowske K, Smith-Bindman R, Ljung BM, Grady D. Evaluation of abnormal mammography results and palpable breast abnormalities. Ann Intern Med. 2003 Aug 19; 139(4):274-84. PMID: 12965983

25. 2003    Smith-Bindman R, Chu P, Bacchetti P, Waters JJ, Mutton D, Alberman E. Prenatal screening for Down syndrome in England and Wales and population-based birth outcomes. Am J Obstet Gynecol. 2003 Oct; 189(4):980-5. PMID: 14586339

26. 2003    Smith-Bindman R, Chu PW, Miglioretti DL, Sickles EA, Blanks R, Ballard-Barbash R, Bobo JK, Lee NC, Wallis MG, Patnick J, Kerlikowske K. Comparison of screening mammography in the United States and the United kingdom. JAMA. 2003 Oct 22; 290(16):2129-37. PMID: 14570948

Prepared: March 9, 2024

27. 2004    **Smith-Bindman R**, Weiss E, Feldstein V. How thick is too thick? What endometrial thickness should prompt biopsy in an asymptomatic postmenopausal woman? Ultrasound Obstet Gynecol, 2004 June; 24:558-565, 2004

28. 2004    Benn PA, Egan JF, Fang M, Smith-Bindman R. Changes in the utilization of prenatal diagnosis. Obstet Gynecol. 2004 Jun; 103(6):1255-60. PMID: 15172861

29. 2004    **Smith-Bindman R.** Diagnostic Imaging in the Differential Diagnosis of Vaginal Bleeding and Breast Mass. Adv Stud Med 2004 Oct;4(9):476-482, 2004

30. 2004    Smith-Bindman R, Weiss E, Feldstein V. How thick is too thick? When endometrial thickness should prompt biopsy in postmenopausal women without vaginal bleeding. Ultrasound Obstet Gynecol. 2004 Oct; 24(5):558-65. PMID: 15386607

31. 2004    Ziv E, Tice J, Smith-Bindman R, Shepherd J, Cummings S, Kerlikowske K. Mammographic density and estrogen receptor status of breast cancer. Cancer Epidemiol Biomarkers Prev. 2004 Dec; 13(12):2090-5. PMID: 15598766

32. 2005    Smith-Bindman R, Ballard-Barbash R, Miglioretti DL, Patnick J, Kerlikowske K. Comparing the performance of mammography screening in the USA and the UK. J Med Screen. 2005; 12(1):50-4. PMID: 15814020

33. 2005    Kerlikowske K, Smith-Bindman R, Abraham LA, Lehman CD, Yankaskas BC, Ballard-Barbash R, Barlow WE, Voeks JH, Geller BM, Carney PA, Sickles EA. Breast cancer yield for screening mammographic examinations with recommendation for short-interval follow-up. Radiology. 2005 Mar; 234(3):684-92. PMID: 15734926

34. 2005    **Smith-Bindman R**, Ballard-Barbash R, Miglioretti D, Patnick J, Kerlikowske K. Comparing the Performance of Mammography Screening in the United States and the United Kingdom. J Med Screen 2005 12(1): 50-54, 2005

35. 2005    Smith-Bindman R, Chu P, Miglioretti DL, Quale C, Rosenberg RD, Cutter G, Geller B, Bacchetti P, Sickles EA, Kerlikowske K. Physician predictors of mammographic accuracy. J Natl Cancer Inst. 2005 Mar 02; 97(5):358-67. PMID: 15741572

Prepared: March 9, 2024

36. 2005     Sickles EA, Miglioretti DL, Ballard-Barbash R, Geller BM, Leung JW, Rosenberg RD, Smith-Bindman R, Yankaskas BC. Performance benchmarks for diagnostic mammography. Radiology. 2005 Jun; 235(3):775-90. PMID: 15914475

37. 2005     Kerlikowske K, Creasman J, Leung JW, Smith-Bindman R, Ernster VL. Differences in screening mammography outcomes among White, Chinese, and Filipino women. Arch Intern Med. 2005 Sep 12; 165(16):1862-8. PMID: 16157830

38. 2005     Haggstrom DA, Quale C, Smith-Bindman R. Differences in the quality of breast cancer care among vulnerable populations. Cancer. 2005 Dec 01; 104(11):2347-58. PMID: 16211547

39. 2006     Kado DM, Christianson L, Palermo L, Smith-Bindman R, Cummings SR, Greendale GA. Comparing a supine radiologic versus standing clinical measurement of kyphosis in older women: the Fracture Intervention Trial. Spine (Phila Pa 1976). 2006 Feb 15; 31(4):463-7. PMID: 16481959. PMCID: PMC4964957

40. 2006     Smith-Bindman R, Miglioretti DL, Lurie N, Abraham L, Barbash RB, Strzelczyk J, Dignan M, Barlow WE, Beasley CM, Kerlikowske K. Does utilization of screening mammography explain racial and ethnic differences in breast cancer? Ann Intern Med. 2006 Apr 18; 144(8):541-53. PMID: 16618951

41. 2006     Smith-Bindman R, Quale C, Chu PW, Rosenberg R, Kerlikowske K. Can Medicare billing claims data be used to assess mammography utilization among women ages 65 and older? Med Care. 2006 May; 44(5):463-70. PMID: 16641665

42. 2006     Kagay CR, Quale C, Smith-Bindman R. Screening mammography in the American elderly. Am J Prev Med. 2006 Aug; 31(2):142-9. PMID: 16829331

43. 2007     Kerlikowske K, Ichikawa L, Miglioretti DL, Buist DS, Vacek PM, Smith-Bindman R, Yankaskas B, Carney PA, Ballard-Barbash R. Longitudinal measurement of clinical mammographic breast density to improve estimation of breast cancer risk. J Natl Cancer Inst. 2007 Mar 07; 99(5):386-95. PMID: 17341730

44. 2007     Smith-Bindman R, Chu P, Goldberg JD. Second trimester prenatal ultrasound for the detection of pregnancies at increased risk of Down syndrome. Prenat Diagn. 2007 Jun; 27(6):535-44. PMID: 17367102

Prepared: March 9, 2024

45. 2007     Schell MJ, Yankaskas BC, Ballard-Barbash R, Qaqish BF, Barlow WE, Rosenberg RD, Smith-Bindman R. Evidence-based target recall rates for screening mammography. Radiology. 2007 Jun; 243(3):681-9. PMID: 17517927

46. 2007     Carrell D, Miglioretti D, **Smith-Bindman R**., AMIA Annu Symp Proc. 2007 Oct 11:889. Coding free text radiology reports using the Cancer Text Information Extraction System (caTIES). PMID: 18693990 (PUBMED - indexed for MEDLINE)

47. 2007     Miglioretti DL, Smith-Bindman R, Abraham L, Brenner RJ, Carney PA, Bowles EJ, Buist DS, Elmore JG. Radiologist characteristics associated with interpretive performance of diagnostic mammography. J Natl Cancer Inst. 2007 Dec 19; 99(24):1854-63. PMID: 18073379. PMCID: PMC3144707

48. 2008     Curtis E, Quale C, Haggstrom D, Smith-Bindman R. Racial and ethnic differences in breast cancer survival: how much is explained by screening, tumor severity, biology, treatment, comorbidities, and demographics? Cancer. 2008 Jan 01; 112(1):171-80. PMID: 18040998. PMCID: PMC2674622

49. 2008     Smith-Bindman R, Miglioretti DL, Rosenberg R, Reid RJ, Taplin SH, Geller BM, Kerlikowske K. Physician workload in mammography. AJR Am J Roentgenol. 2008 Feb; 190(2):526-32. PMID: 18212242

50. 2008     Tice JA, Cummings SR, Smith-Bindman R, Ichikawa L, Barlow WE, Kerlikowske K. Using clinical factors and mammographic breast density to estimate breast cancer risk: development and validation of a new predictive model. Ann Intern Med. 2008 Mar 04; 148(5):337-47. PMID: 18316752. PMCID: PMC2674327

51. 2008     Dinkelspiel E, Chu P, Smith-Bindman R. Access to diagnostic mammography in the San Francisco Bay Area. J Womens Health (Larchmt). 2008 Jun; 17(5):893-9. PMID: 18537490

52. 2008     Goldman LE, Haneuse SJ, Miglioretti DL, Kerlikowske K, Buist DS, Yankaskas B, Smith-Bindman R. An assessment of the quality of mammography care at facilities treating medically vulnerable populations. Med Care. 2008 Jul; 46(7):701-8. PMID: 18580389. PMCID: PMC2674332

53. 2008     Scheuler K, Chu B, **Smith-Bindman R**. Factors Associated with Mammography Utilization: A Quantitative Meta-Analytic Review. Journal of Women's Health 2008 November 17 (9); 1477-98, 2008

Prepared: March 9, 2024

54. 2008    Smith-Bindman R, Miglioretti DL, Larson EB. Rising use of diagnostic medical imaging in a large integrated health system. Health Aff (Millwood). 2008 Nov-Dec; 27(6):1491-502. PMID: 18997204. PMCID: PMC2765780

55. 2008    **Smith-Bindman R**, Miglioretti D, Larson E. Utilization of diagnostic medical imaging in a large integrated healthcare system: modality and organ system trends. <u>Health Affairs</u> 2008 November, 2008

56. 2008    Schueler KM, Chu PW, Smith-Bindman R. Factors associated with mammography utilization: a systematic quantitative review of the literature. J Womens Health (Larchmt). 2008 Nov; 17(9):1477-98. PMID: 18954237

57. 2008    Venkatesan A, Chu P, Kerlikowske K, **Smith-Bindman R** The positive predictive value of specific mammographic findings according to reader and patient variables. <u>Radiology</u> 2008

58. 2009    Venkatesan A, Chu P, Kerlikowske K, Sickles EA, Smith-Bindman R. Positive predictive value of specific mammographic findings according to reader and patient variables. Radiology. 2009 Mar; 250(3):648-57. PMID: 19164116. PMCID: PMC2680167

59. 2009    Cho RC, Chu P, Smith-Bindman R. Second trimester prenatal ultrasound for the detection of pregnancies at increased risk of Trisomy 18 based on serum screening. Prenat Diagn. 2009 Feb; 29(2):129-39. PMID: 19142904

60. 2009    Cummings SR, Tice JA, Bauer S, Browner WS, Cuzick J, Ziv E, Vogel V, Shepherd J, Vachon C, Smith-Bindman R, Kerlikowske K. Prevention of breast cancer in postmenopausal women: approaches to estimating and reducing risk. J Natl Cancer Inst. 2009 Mar 18; 101(6):384-98. PMID: 19276457. PMCID: PMC2720698

61. 2009    Smith-Bindman R, Lipson J, Marcus R, Kim KP, Mahesh M, Gould R, Berrington de González A, Miglioretti DL. Radiation dose associated with common computed tomography examinations and the associated lifetime attributable risk of cancer. Arch Intern Med. 2009 Dec 14; 169(22):2078-86. PMID: 20008690. PMCID: PMC4635397

62. 2010    **Smith-Bindman R**, McCulloch CE, Ding A, Quale C, chu PW. Am J Emerg Med. 2010 Jul 12. Diagnositic imaging rates for head injury in the ED and states' medical malpractice tort reforms. PMID: 20630679 (<u>PubMed</u> as supplied by publisher)

Prepared: March 9, 2024

63. 2010    Levine D, Brown DL, Andreotti RF, Benacerraf B, Benson CB, Brewster WR, Coleman B, DePriest P, Doubilet PM, Goldstein SR, Hamper UM, Hecht JL, Horrow M, Hur HC, Marnach M, Patel MD, Platt LD, Puscheck E, Smith-Bindman R, Society of Radiologists in Ultrasound. Management of asymptomatic ovarian and other adnexal cysts imaged at US Society of Radiologists in Ultrasound consensus conference statement. Ultrasound Q. 2010 Sep; 26(3):121-31. PMID: 20823748

64. 2010    Taplin SH, Abraham L, Geller BM, Yankaskas BC, Buist DS, Smith-Bindman R, Lehman C, Weaver D, Carney PA, Barlow WE. Effect of previous benign breast biopsy on the interpretive performance of subsequent screening mammography. J Natl Cancer Inst. 2010 Jul 21; 102(14):1040-51. PMID: 20601590. PMCID: PMC2907407

65. 2010    Levine D, Brown DL, Andreotti RF, Benacerraf B, Benson CB, Brewster WR, Coleman B, Depriest P, Doubilet PM, Goldstein SR, Hamper UM, Hecht JL, Horrow M, Hur HC, Marnach M, Patel MD, Platt LD, Puscheck E, **Smith-Bindman R**. Management of asymptomatic ovarian and other adnexal cysts imaged at US: Society of Radiologists in Ultrasound Consensus Conference Statement. Radiology. 2010 Sep;256(3):943-54. Epub 2010 May 26. Review. PMID: 20505067 [PubMed - indexed for MEDLINE]

66. 2010    Stengel JW, Webb EM, Poder L, Yeh BM, **Smith-Bindman R**, Coakley FV. Acute appendicitis: clinical outcome in patients with an initial false-position CT diagnosis. Radiology. 2010 Jul;256(1):119-26. Epub 2010 May 26. PMID: 20505066 [PubMed - indexed for MEDLINE]

67. 2010    **Smith-Bindman R**. Is computed tomography safe? N Engl J Med. 2010 Jul 1;363(1):1-4. Epub 2010 Jun 23. No abstract available. PMID: 20573919 [PubMed - indexed for MEDLINE]

68. 2010    Berrington de Gonzalez A, Kim KP, **Smith-Bindman R**, McAreavey D. Myocardial perfusion scans: projected population cancer risks from current levels of use in the United States. Circulation. 2010 Dec 7;122(23):2403-10. Epub 2010 Nov 22. Erratum in: Circulation. 2011 Jan 18;123(2):e10. PMID: 21098448 [PubMed - indexed for MEDLINE]

69. 2011    Goldman LE, Walker R, Miglioretti DL, **Smith-Bindman R**, Kerlikowske K; Accuracy of diagnostic mammography at facilities serving vulnerable women.  National Cancer Institute Breast Cancer Surveillance Consortium. Med Care. 2011 Jan;49(1):67-75. PMID: 20966780 [PubMed - indexed for MEDLINE]

Prepared: March 9, 2024

70. 2011        Miglioretti DL, Smith-Bindman R. Overuse of computed tomography and associated risks. Am Fam Physician. 2011 Jun 01; 83(11):1252-4. PMID: 21661705

71. 2011        Berrington de Gonzalez AB, Kim KP, Knudsen AB, Lansdorp-Vogelaar I, Rutter CM, **Smith-Bindman R**, Yee J, Kuntz KM, van Ballegooijen M, Zauber AG, Berg CD. Radiation-related cancer risks from CT colonography screening: a risk-benefit analysis. <u>AJR Am J Roentgenol</u>. 2011 Apr;196(4):816-23. PMID: 21427330 [PubMed - in process]

72. 2011        Westphalen AC, Koff WJ, Coakley FV, Muglia VF, Neuhaus JM, Marcus RT, Kurhanewicz J, Smith-Bindman R. Prostate cancer: prediction of biochemical failure after external-beam radiation therapy--Kattan nomogram and endorectal MR imaging estimation of tumor volume. Radiology. 2011 Nov; 261(2):477-86. PMID: 21873255. PMCID: PMC3198223

73. 2011        Mehta P, **Smith-Bindman R**. Airport Full-Body Screening: What is the Risk? <u>Arch Intern Med</u>. 2011 Mar 28. [Epub ahead of print] PMID: 21444831 [PubMed - as supplied by publisher]

74. 2011        Rosenberg RD, Haneuse SJ, Geller BM, Buist DS, Miglioretti DL, Brenner RJ, Smith-Bindman R, Taplin SH. Timeliness of follow-up after abnormal screening mammogram: variability of facilities. Radiology. 2011 Nov; 261(2):404-13. PMID: 21900620. PMCID: PMC3198220

75. 2011        Smith-Bindman R, Miglioretti DL. CTDIvol, DLP, and effective dose are excellent measures for use in CT quality improvement. Radiology. 2011 Dec; 261(3):999; author reply 999-1000. PMID: 22096003. PMCID: PMC6940005

76. 2012        Goldman LE, Walker R, Miglioretti DL, Smith-Bindman R, Kerlikowske AK. Facility characteristics do not explain higher false-positive rates in diagnostic mammography at facilities serving vulnerable women. Med Care. 2012 Mar; 50(3):210-6. PMID: 22186768. PMCID: PMC3422679

77. 2012        Smith-Bindman R, Miglioretti DL, Johnson E, Lee C, Feigelson HS, Flynn M, Greenlee RT, Kruger RL, Hornbrook MC, Roblin D, Solberg LI, Vanneman N, Weinmann S, Williams AE. Use of diagnostic imaging studies and associated radiation exposure for patients enrolled in large integrated health care systems, 1996-2010. JAMA. 2012 Jun 13; 307(22):2400-9. PMID: 22692172. PMCID: PMC3859870

Prepared: March 9, 2024

78. 2012     Fenton JJ, Zhu W, Balch S, Smith-Bindman R, Lindfors KK, Hubbard RA. External validation of Medicare claims codes for digital mammography and computer-aided detection. Cancer Epidemiol Biomarkers Prev. 2012 Aug; 21(8):1344-7. PMID: 22695737. PMCID: PMC3422017

79. 2012     Bach PB, Mirkin JN, Oliver TK, Azzoli CG, Berry DA, Brawley OW, Byers T, Colditz GA, Gould MK, Jett JR, Sabichi AL, Smith-Bindman R, Wood DE, Qaseem A, Detterbeck FC. Benefits and harms of CT screening for lung cancer: a systematic review. JAMA. 2012 Jun 13; 307(22):2418-29. PMID: 22610500. PMCID: PMC3709596

80. 2012     Fenton JJ, Zhu W, Balch S, **Smith-Bindman R**, Fishman P, Hubbard RA. Med Care. 2012 Aug 23. Distinguished Screening from Diagnostic Mammograms Using Medicare Claims Data. Med Care. 2012 Aug 23.

81. 2012     Smith-Bindman R. Environmental causes of breast cancer and radiation from medical imaging: findings from the Institute of Medicine report. Arch Intern Med. 2012 Jul 09; 172(13):1023-7. PMID: 22688684. PMCID: PMC3936791

82. 2013     Fazel R, Curtis J, Wang Y, Einstein AJ, Smith-Bindman R, Tsai TT, Chen J, Shah ND, Krumholz HM, Nallamothu BK. Determinants of fluoroscopy time for invasive coronary angiography and percutaneous coronary intervention: insights from the NCDR(®). Catheter Cardiovasc Interv. 2013 Dec 01; 82(7):1091-105. PMID: 23703793

83. 2013     Miglioretti DL, Johnson E, Williams A, Greenlee RT, Weinmann S, Solberg LI, Feigelson HS, Roblin D, Flynn MJ, Vanneman N, Smith-Bindman R. The use of computed tomography in pediatrics and the associated radiation exposure and estimated cancer risk. JAMA Pediatr. 2013 Aug 01; 167(8):700-7. PMID: 23754213. PMCID: PMC3936795

84. 2013     Fenton JJ, Onega T, Zhu W, Balch S, **Smith-Bindman R**, Henderson L, Sprague BL, Kerlikowske K, Hubbard RA. Validation of a Medicare Claims-based Algorithm for Identifying Breast Cancers Detected at Screening Mammography. Med Care. 2013 Aug 6.

85. 2013     Smith-Bindman R, Lebda P, Feldstein VA, Sellami D, Goldstein RB, Brasic N, Jin C, Kornak J. Risk of thyroid cancer based on thyroid ultrasound imaging characteristics: results of a population-based study. JAMA Intern Med. 2013 Oct 28; 173(19):1788-96. PMID: 23978950. PMCID: PMC3936789

Prepared: March 9, 2024

86. 2013    **Smith-Bindman R**, Lebda P, Feldtein VA, Sellami D, Goldstein RB, Brasic N, Jin C, Kornak J. Risk of Thyroid Cancer based on Thyroid Ultrasound Imaging Characteristic: Result of A Population Based-Study. <u>JAMA International Medicine</u>. 2013 Aug 26, doi:10.1001/jamaintermed. 2013.9245

87. 2014    Keegan J, Miglioretti DL, Gould R, Donnely LF, **Smith-Bindman R,** Wilson ND. Radiation Dose Metrics in Computed Tomography: Assessing Dose Using the National Quality Forum CT Patient Safety Measure. <u>J Am Coll Radiol</u>. 2014 Mar;11(3):309-15.

88. 2014    Smith-Bindman R. Author's reply: To PMID 24589393. J Am Coll Radiol. 2014 Jul; 11(7):746-7. PMID: 24993540

89. 2014    Smith-Bindman R. Author's reply: To PMID 24589393. J Am Coll Radiol. 2014 Jul; 11(7):746-7. PMID: 24993540

90. 2014    Smith-Bindman R. Author's reply: To PMID 24589393. J Am Coll Radiol. 2014 Jul; 11(7):746-7. PMID: 24993540

91. 2014    Wilson N, Valencia V, Smith-Bindman R. Virtual meetings: improving impact and accessibility of CME. J Am Coll Radiol. 2014 Mar; 11(3):231-2. PMID: 24589394

92. 2014    Keegan J, Miglioretti DL, Gould R, Donnelly LF, Wilson ND, Smith-Bindman R. Radiation dose metrics in CT: assessing dose using the National Quality Forum CT patient safety measure. J Am Coll Radiol. 2014 Mar; 11(3):309-15. PMID: 24589407

93. 2014    Miglioretti DL, Zhang Y, Johnson E, Lee C, Morin RL, Vanneman N, Smith-Bindman R. Personalized technologist dose audit feedback for reducing patient radiation exposure from CT. J Am Coll Radiol. 2014 Mar; 11(3):300-8. PMID: 24589406

94. 2014    Smith-Bindman R, Boone JM. Introduction to the special issue: radiation dose optimization--improving the safety of CT. J Am Coll Radiol. 2014 Mar; 11(3):229-30. PMID: 24589393

95. 2014    **Smith-Bindman R**, Boone JM. Radiation Dose Optimization-Improving the Safety of CT. <u>J Am Coll Radiol</u>. 2014 Mar;11(3):229-30.

96. 2014    Lee CS, Reinhardt EB, Smith-Bindman R. CTSim: an interactive computer simulation to learn the fundamentals of CT dose optimization. J Am Coll Radiol. 2014 Mar; 11(3):255-6. PMID: 24589399

Prepared: March 9, 2024

97. 2014    **Smith-Bindman R**, Aubin C, Bailitz J, Bengamin RN, Camargo, Jr. CA, Corbo J, Dean AJ, Goldstein R, Griffey RT, Jay GD, Kang TL, Kriesel DR, Ma OJ, Mallin M, Manson W, Melnikow J, Miglioretti DL, Miller SK, Mills LD, Miner JR, Moghadassi M, Noble VE, Press GM, Stoller ML, Valencia VE, Wang J, Wang RC, Cummings SR. Ultrasound versus Computed Tomography for Suspected Nephrolithiasis. NEJM. 2014;371:1100-10

98. 2014    Valencia V, Moghadassi M, Kriesel DR, Cummings S, Smith-Bindman R. Study of Tomography Of Nephrolithiasis Evaluation (STONE): methodology, approach and rationale. Contemp Clin Trials. 2014 May; 38(1):92-101. PMID: 24721483

99. 2014    Smith-Bindman R. Clinical decision making in patients with thyroid nodules--reply. JAMA Intern Med. 2014 Jun; 174(6):1006. PMID: 24887762

100. 2014    Fenton JJ, Zhu W, Balch S, Smith-Bindman R, Fishman P, Hubbard RA. Distinguishing screening from diagnostic mammograms using Medicare claims data. Med Care. 2014 Jul; 52(7):e44-51. PMID: 22922433. PMCID: PMC3534834

101. 2014    **Smith-Bindman, R**. CT Radiation and the Risk of Cancer. Curr Radiol Rep. [In Print]

102. 2014    Smith-Bindman R. Author's reply: To PMID 24589393. J Am Coll Radiol. 2014 Jul; 11(7):746-7. PMID: 24993540

103. 2014    Smith-Bindman R, Aubin C, Bailitz J, Bengiamin RN, Camargo CA, Corbo J, Dean AJ, Goldstein RB, Griffey RT, Jay GD, Kang TL, Kriesel DR, Ma OJ, Mallin M, Manson W, Melnikow J, Miglioretti DL, Miller SK, Mills LD, Miner JR, Moghadassi M, Noble VE, Press GM, Stoller ML, Valencia VE, Wang J, Wang RC, Cummings SR. Ultrasonography versus computed tomography for suspected nephrolithiasis. N Engl J Med. 2014 Sep 18; 371(12):1100-10. PMID: 25229916

104. 2014    Smith-Bindman R. Ultrasonography vs. CT for suspected nephrolithiasis. N Engl J Med. 2014 12 25; 371(26):2531. PMID: 25539110

105. 2015    Hubbard RA, Benjamin-Johnson R, Onega T, **Smith-Bindman R**, Zhu W, Fenton JJ. Classification accuracy of claims-based methods for identifying providers failing to meet performance targets. Stat Med. 2015 Jan 15; 34(1):93-105. PMID: 25302935. PMCID: PMC4262572

106. 2015    Mongan J, Kline J, **Smith-Bindman R**. Age and sex-dependent trends in pulmonary embolism testing and derivation of a clinical decision rule for young patients. Emerg Med J. 2015 Nov; 32(11):840-5. PMID: 25755270

107. 2015    **Smith-Bindman R**, Moghadassi M, Wilson N, Nelson TR, Boone JM, Cagnon CH, Gould R, Hall DJ, Krishnam M, Lamba R, McNitt-Gray M, Seibert A, Miglioretti DL. Radiation Doses in Consecutive CT Examinations from Five University of California Medical Centers. Radiology. 2015 Oct; 277(1):134-41. PMID: 25988262. PMCID: PMC4613871

108. 2015    **Smith-Bindman R**, Moghadassi M, Griffey RT, Camargo CA, Bailitz J, Beland M, Miglioretti DL. Computed Tomography Radiation Dose in Patients With Suspected Urolithiasis. JAMA Intern Med. 2015 Aug; 175(8):1413-6. PMID: 26121191

109. 2015    Burke LMB, Semelka RC, **Smith-Bindman R**. Trends of CT Utilization in North America over the last decade. Current Radiology Reports, January 2015 3:78

110. 2015    Bahadori A, Miglioretti D, Kruger R, Flynn M, Weinmann S, **Smith-Bindman R**, Lee C. Calculation of Organ Doses for a Large Number of Patients Undergoing CT Examinations. AJR Am J Roentgenol. 2015 Oct; 205(4):827-33. PMID: 26397332. PMCID: PMC5384467

111. 2015    Solberg LI, Asche SE, Butler J, Carrell D, Norton CK, Jarvik JG, **Smith-Bindman R**, Tillema JO, Whitebird RR, Ziegenfuss JY. The Effect of Achieving Patient-Reported Outcome Measures on Satisfaction. J Am Board Fam Med. 2015 Nov-Dec; 28(6):785-92. PMID: 26546655

112. 2015    **Smith-Bindman R**, Miglioretti D. Cell-free DNA Analysis for Noninvasive Examination of Trisomy. N Engl J Med. 2015 Dec 24; 373(26):2581. PMID: 26699180

113. 2016    Onega T, Goldman LE, Walker RL, Miglioretti DL, Buist DS, Taplin S, Geller BM, Hill DA, **Smith-Bindman R**. Facility Mammography Volume in Relation to Breast Cancer Screening Outcomes. J Med Screen. 2016 Mar; 23(1):31-7. PMID: 26265482

114. 2016    Wang RC, Rodriguez RM, Moghadassi M, Noble V, Bailitz J, Mallin M, Corbo J, Kang TL, Chu P, Shiboski S, **Smith-Bindman R**. External Validation of the STONE Score, a Clinical Prediction Rule for Ureteral Stone: An Observational Multi-institutional Study. Ann Emerg Med. 2016 Apr; 67(4):423-432.e2. PMID: 26440490. PMCID: PMC4808407

Prepared: March 9, 2024

115. 2016    Wang RC, Bent S, Weber E, Neilson J, **Smith-Bindman R**, Fahimi J. The Impact of Clinical Decision Rules on Computed TomographyUse and Yield for Pulmonary Embolism: ASystematic Review and Meta-analysis. <u>Ann Emerg Med</u>. 2016 Jun; 67(6):693-701.e3. PMID: 26747217

116. 2016    Morgan TA, **Smith-Bindman R**, Harbell J, Kornak J, Stock PG, Feldstein VA. US Findings in Patients at Risk for Pancreas Transplant Failure. <u>Radiology</u>. 2016 Jul; 280(1):281-9. PMID: 26807892

117. 2016    **Smith-Bindman R**, Kwan ML, Miglioretti DL. Who Gets to Decide? <u>Radiology</u>. 2016 Feb; 278(2):635-6. PMID: 26789608

118. 2016    **Smith-Bindman R**, Bindman AB. Imaging More Wisely. <u>JAMA Intern Med</u>. 2016 Feb; 176(2):168-70. PMID: 26720048

119. 2016    Fenton JJ, Onega T, Zhu W, Balch S, **Smith-Bindman R**, Henderson L, Sprague BL, Kerlikowske K, Hubbard RA. Validation of a Medicare Claims-based Algorithm for Identifying Breast Cancers Detected at Screening Mammography. <u>Med Care</u>. 2016 Mar; 54(3):e15-22. PMID: 23929404. PMCID: PMC3865072

120. 2016    Harrison JD, Balonov M, Martin CJ, Ortiz Lopez P, Menzel HG, Simmonds JR, **Smith-Bindman R**, Wakeford R. Use of effective dose. <u>Ann ICRP</u>. 2016 Jun; 45(1 Suppl):215-24. PMID: 26980800

121. 2016    Melnikow J, Xing G, Cox G, Leigh P, Mills L, Miglioretti DL, Moghadassi M, **Smith-Bindman R**. Cost Analysis of the STONE Randomized Trial: Can Health Care Costs be Reduced One Test at a Time? <u>Med Care</u>. 2016 Apr; 54(4):337-42. PMID: 26759975

122. 2016    **Smith-Bindman R**, Bindman AB. Imaging More Wisely-Already At Work-Reply. <u>JAMA Intern Med</u>. 2016 Jun 01; 176(6):870-1. PMID: 27273501

123. 2017    **Smith-Bindman R**, Wang Y, Yellen-Nelson TR, Moghadassi M, Wilson N, Gould R, Seibert A, Boone JM, Krishnam M, Lamba R, Hall DJ, Miglioretti DL. Predictors of CT Radiation Dose and Their Effect on Patient Care: A Comprehensive Analysis Using Automated Data. <u>Radiology</u>. 2017 Jan; 282(1):182-193. PMID: 27438166. PMCID: PMC5207127

Prepared: March 9, 2024

124. 2017        Solberg LI, Asche SE, Butler J, Carrell D, Norton CK, Jarvik JG, Smith-Bindman R, Tillema JO, Whitebird RR, Werner AM, Ziegenfuss JY. Patient-Centered Outcomes Measurement: Does It Require Information From Patients? J Patient Cent Res Rev. 2017; 4(4):221-229. PMID: 31413986. PMCID: PMC6664353

125. 2017        Wang RC, **Smith-Bindman R**, Whitaker E, Neilson J, Allen IE, Stoller ML, Fahimi J. Effect of Tamsulosin on Stone Passage for Ureteral Stones: A Systematic Review and Meta-analysis. Ann Emerg Med. 2017 Mar; 69(3):353-361.e3. PMID: 27616037

126. 2017        Metzler IS, **Smith-Bindman R**, Moghadassi M, Wang RC, Stoller ML, Chi T. Emergency Department Imaging Modality Effect on Surgical Management of Nephrolithiasis: A Multicenter, Randomized Clinical Trial. J Urol. 2017 Mar; 197(3 Pt 1):710-714. PMID: 27773846

127. 2017        Wang RC, Rodriguez RM, Fahimi J, Hall MK, Shiboski S, Chi T, **Smith-Bindman R**. Derivation of decision rules to predict clinically important outcomes in acute flank pain patients. Am J Emerg Med. 2017 Apr; 35(4):554-563. PMID: 28082160. PMCID: PMC5701802

128. 2017        Wang RC, Addo N, Chi T, Moore C, Mallin M, Shiboski S, Stoller M, **Smith-Bindman R**. Medical expulsive therapy use in emergency department patients diagnosed with ureteral stones. Am J Emerg Med. 2017 Aug; 35(8):1069-1074. PMID: 28291706

129. 2017        Demb J, Chu P, Nelson T, Hall D, Seibert A, Lamba R, Boone J, Krishnam M, Cagnon C, Bostani M, Gould R, Miglioretti D, **Smith-Bindman R**. Optimizing Radiation Doses for Computed Tomography Across Institutions: Dose Auditing and Best Practices. JAMA Intern Med. 2017 Jun 01; 177(6):810-817. PMID: 28395000. PMCID: PMC5818828

130. 2018        Smith-Bindman R. Use of Advanced Imaging Tests and the Not-So-Incidental Harms of Incidental Findings. JAMA Intern Med. 2018 02 01; 178(2):227-228. PMID: 29279884

131. 2019        Smith-Bindman R, Poder L, Johnson E, Miglioretti DL. Risk of Malignant Ovarian Cancer Based on Ultrasonography Findings in a Large Unselected Population. JAMA Intern Med. 2019 01 01; 179(1):71-77. PMID: 30419104. PMCID: PMC6583394

Prepared: March 9, 2024

132. 2019    Nielsen ME, Averch T, Chi T, Fredricks N, Shiu-Kai Fung G, Montie J, Purysko A, Remer EM, Smith-Bindman R, Sternberg K, Venkatesh A, Wolf JS, Ziemba J, Moore C. American Urological Association, American College of Emergency Physicians and American College of Radiology Quality Improvement Summit 2017: Challenges and Opportunities for Stewardship of Urological Imaging. Urol Pract. 2019 Sep; 6(5):300-308. PMID: 37317340

133. 2019    Smith-Bindman R, Wang Y, Chu P, Chung R, Einstein AJ, Balcombe J, Cocker M, Das M, Delman BN, Flynn M, Gould R, Lee RK, Yellen-Nelson T, Schindera S, Seibert A, Starkey J, Suntharalingam S, Wetter A, Wildberger JE, Miglioretti DL. International variation in radiation dose for computed tomography examinations: prospective cohort study. BMJ. 2019 01 02; 364:k4931. PMID: 30602590. PMCID: PMC6314083

134. 2019    Smith-Bindman R, Miglioretti D. Lack of Standardized Terminology in Ultrasound Reports for Ovarian Cysts-Reply. JAMA Intern Med. 2019 Jun 01; 179(6):848-849. PMID: 31157851

135. 2019    Kwan ML, Miglioretti DL, Marlow EC, Aiello Bowles EJ, Weinmann S, Cheng SY, Deosaransingh KA, Chavan P, Moy LM, Bolch WE, Duncan JR, Greenlee RT, Kushi LH, Pole JD, Rahm AK, Stout NK, Smith-Bindman R. Trends in Medical Imaging During Pregnancy in the United States and Ontario, Canada, 1996 to 2016. JAMA Netw Open. 2019 Jul 03; 2(7):e197249. PMID: 31339541. PMCID: PMC6659354

136. 2019    Georgieva MV, Wheeler SB, Erim D, Smith-Bindman R, Loo R, Ng C, Garg T, Raynor M, Nielsen ME. Comparison of the Harms, Advantages, and Costs Associated With Alternative Guidelines for the Evaluation of Hematuria. JAMA Intern Med. 2019 Jul 29. PMID: 31355874. PMCID: PMC6664383

137. 2019    Smith-Bindman R, Kwan ML, Marlow EC, Theis MK, Bolch W, Cheng SY, Bowles EJA, Duncan JR, Greenlee RT, Kushi LH, Pole JD, Rahm AK, Stout NK, Weinmann S, Miglioretti DL. Trends in Use of Medical Imaging in US Health Care Systems and in Ontario, Canada, 2000-2016. JAMA. 2019 09 03; 322(9):843-856. PMID: 31479136. PMCID: PMC6724186

138. 2019    Demb J, Chu P, Yu S, Whitebird R, Solberg L, Miglioretti DL, Smith-Bindman R. Analysis of Computed Tomography Radiation Doses Used for Lung Cancer Screening Scans. JAMA Intern Med. 2019 Sep 23. PMID: 31545340. PMCID: PMC6764003

Prepared: March 9, 2024

139. 2019      Levine D, Patel MD, Suh-Burgmann EJ, Andreotti RF, Benacerraf BR,
                Benson CB, Brewster WR, Coleman BG, Doubilet PM, Goldstein SR,
                Hamper UM, Hecht JL, Horrow MM, Hur HC, Marnach ML, Pavlik E,
                Platt LD, Puscheck E, Smith-Bindman R, Brown DL. Simple Adnexal
                Cysts: SRU Consensus Conference Update on Follow-up and
                Reporting. Radiology. 2019 Nov; 293(2):359-371. PMID: 31549945

140. 2019      Marshall EL, Rajderkar D, Brown JL, Stepusin EJ, Borrego D, Duncan
                J, Sammet CL, Munneke JR, Kwan ML, Miglioretti DL, Smith-Bindman
                R, Bolch WE. A Scalable Database of Organ Doses for Common
                Diagnostic Fluoroscopy Procedures of Children: Procedures of
                Historical Practice for Use in Radiation Epidemiology Studies. Radiat
                Res. 2019 Dec; 192(6):649-661. PMID: 31609677

141. 2019      Gould MK, Smith-Bindman R, Kelly K, Altman DE, Barjaktarevic I,
                Creekmur B, de Bie E, Dyer DS, Mortani Barbosa EJ, Mularski RA, Qi
                L, Vaszar LT, Yu S, Miglioretti DL. Methods for the Watch the Spot
                Trial. A Pragmatic Trial of More- versus Less-Intensive Strategies for
                Active Surveillance of Small Pulmonary Nodules. Ann Am Thorac Soc.
                2019 Dec; 16(12):1567-1576. PMID: 31314549

142. 2020      Smith-Bindman, R., Chu, P., Wang, Y., Chung, R., Lopez-Solano, N.,
                Einstein, A. J., Solberg, L. I., Cervantes, L., Yellen-Nelson, T., Boswell,
                W., Delman, B. N., Duong, P., Goode, A. R., Kasraie, N., Lee, R. K.,
                Neill, R., Pahwa, A., Pike, P., Roehm, J., Schindera, S., Starkey, J.,
                Suntharalingam, S., Jeukens, C. R. L. P. N., Miglioretti, D. L. An
                assessment of two interventions for reducing radiation doses for
                computed tomography: A multicenter international clinical trial. JAMA
                Internal Med. In Press.

143. 2020      Demb J, Smith-Bindman R. Effective Radiation Doses for Lung Cancer
                Screening Scans-Reply. JAMA Intern Med. 2020 04 01; 180(4):612.
                PMID: 32250402

144. 2020      Whitebird, R., Solberg, L., Bergdall, A. R., Lopez-Solano, N., Smith-
                Bindman, R. Barriers to CT Dose Optimization: The Challenge of
                Organizational Change. Academic Radiology. Acad Radiol. 2020 Apr
                8:S1076-6332(20)30102-1. doi: 10.1016/j.acra.2020.02.016. Online
                ahead of print. PMID: 32278691

Prepared: March 9, 2024

145. 2020    Smith-Bindman R, Chu P, Wang Y, Chung R, Lopez-Solano N, Einstein AJ, Solberg L, Cervantes LF, Yellen-Nelson T, Boswell W, Delman BN, Duong PA, Goode AR, Kasraie N, Lee RK, Neill R, Pahwa A, Pike P, Roehm J, Schindera S, Starkey J, Suntharalingam S, Jeukens CRLPN, Miglioretti DL. Comparison of the Effectiveness of Single-Component and Multicomponent Interventions for Reducing Radiation Doses in Patients Undergoing Computed Tomography: A Randomized Clinical Trial. JAMA Intern Med. 2020 05 01; 180(5):666-675. PMID: 32227142. PMCID: PMC7105953

146. 2020    Solberg L, Wang Y, Whitebird R, Lopez-Solano N, Smith-Bindman R. Organizational Factors and Quality Improvement Strategies Associated with Lower Radiation Dose from Computed Tomography Exams. JACR. J Am Coll Radiol. 2020 Mar 17:S1546-1440(20)30157-5. doi: 10.1016/j.jacr.2020.01.044. Online ahead of print.PMID: 32192955

147. 2020    Barocas DA, Boorjian SA, Alvarez RD, Downs TM, Gross CP, Hamilton BD, Kobashi KC, Lipman RR, Lotan Y, Ng CK, Nielsen ME, Peterson AC, Raman JD, Smith-Bindman R, Souter LH. Microhematuria: AUA/SUFU Guideline. J Urol. 2020 10; 204(4):778-786. PMID: 32698717

148. 2020    Barocas DA, Boorjian SA, Alvarez RD, Downs TM, Gross CP, Hamilton BD, Kobashi KC, Lipman RR, Lotan Y, Ng CK, Nielsen ME, Peterson AC, Raman JD, Smith-Bindman R, Souter LH. Microhematuria: AUA/SUFU Guideline J Urol. 2020 Jul 23:101097JU0000000000001297

149. 2020    Wang RC, Stoller ML, Smith-Bindman R. Diagnostic Imaging for Kidney Stones. JAMA. 2020 10 13; 324(14):1464-1465. PMID: 33048146

150. 2020    Wang, R. C., Miglioretti, D. L., Marlow, E. C., Kwan, M. L., Theis, M. K., Bowles, E. J. A., Greenlee, R. T., Rahm, A. K., Stout, N. K., Weinmann, S., & Smith-Bindman, R. (2020). Trends in Imaging for Suspected Pulmonary Embolism Across US Health Care Systems, 2004 to 2016. JAMA Network Open, 3(11), e2026930. https://doi.org/10.1001/jamanetworkopen.2020.26930

151. 2020    Wang RC, Miglioretti DL, Marlow EC, Kwan ML, Theis MK, Bowles EJA, Greenlee RT, Rahm AK, Stout NK, Weinmann S, Smith-Bindman R. Trends in Imaging for Suspected Pulmonary Embolism Across US Health Care Systems, 2004 to 2016. JAMA Netw Open. 2020 11 02; 3(11):e2026930. PMID: 33216141. PMCID: PMC7679949

Prepared: March 9, 2024

152. 2021    Jeukens, C. R. L. P. N., Boere, H., Wagemans, B. A. J. M., Nelemans, P. J., Nijssen, E. C., Smith-Bindman, R., Wildberger, J. E., & Sailer, A. M. (2021). Probability of receiving a high cumulative radiation dose and primary clinical indication of CT examinations: A 5-year observational cohort study. BMJ Open, 11(1), e041883. https://doi.org/10.1136/bmjopen-2020-041883

153. 2021    Gould MK, Altman DE, Creekmur B, Qi L, de Bie E, Golden S, Kaplan CP, Kelly K, Miglioretti DL, Mularski RA, Musigdilok VV, Smith-Bindman R, Steltz JP, Wiener RS, Aberle DR, Dyer DS, Vachani A. Guidelines for the Evaluation of Pulmonary Nodules Detected Incidentally or by Screening: A Survey of Radiologist Awareness, Agreement, and Adherence From the Watch the Spot Trial. J Am Coll Radiol. 2021 Apr; 18(4):545-553. PMID: 33212069

154. 2021    Farjah, F., Monsell, S. E., Gould, M. K., Smith-Bindman, R., Banegas, M. P., Heagerty, P. J., Keast, E. M., Ramaprasan, A., Schoen, K., Brewer, E. G., Greenlee, R. T., & Buist, D. S. M. (2021). Association of the Intensity of Diagnostic Evaluation With Outcomes in Incidentally Detected Lung Nodules. JAMA Internal Medicine, 181(4), 480 489. https://doi.org/10.1001/jamainternmed.2020.8250

155. 2021    Wang RC, Kornblith AE, Grupp-Phelan J, Smith-Bindman R, Kao LS, Fahimi J. Trends in Use of Diagnostic Imaging for Abdominal Pain in U.S. Emergency Departments. AJR Am J Roentgenol. 2021 01; 216(1):200-208. PMID: 33211574

156. 2021    Smith-Bindman, R., & Bibbins-Domingo, K. (2021). USPSTF Recommendations for Screening for Carotid Stenosis to Prevent Stroke-The Need for More Data. JAMA Network Open, 4(2), e2036218. https://doi.org/10.1001/jamanetworkopen.2020.36218

157. 2021    Jeukens CRLPN, Boere H, Wagemans BAJM, Nelemans PJ, Nijssen EC, Smith-Bindman R, Wildberger JE, Sailer AM. Probability of receiving a high cumulative radiation dose and primary clinical indication of CT examinations: a 5-year observational cohort study. BMJ Open. 2021 01 17; 11(1):e041883. PMID: 33455933. PMCID: PMC7813417

158. 2021    Harrison, John D., Balonov, M. I., Bochud, F. O., Martin, C. J., Menzel, H. G., Smith-Bindman, R., Ortiz-López, P., Simmonds, J. R., & Wakeford, R. (2021). The use of dose quantities in radiological protection: ICRP Publication 147 Ann ICRP 50(1) 2021. Journal of Radiological Protection: Official Journal of the Society for Radiological Protection. https://doi.org/10.1088/1361-6498/abe548

159. 2021     Smith-Bindman R, Bibbins-Domingo K. USPSTF Recommendations for Screening for Carotid Stenosis to Prevent Stroke-The Need for More Data. JAMA Netw Open. 2021 02 01; 4(2):e2036218. PMID: 33528547

160. 2021     Harrison, J. D., Balonov, M., Bochud, F., Martin, C., Menzel, H.-G., Ortiz-Lopez, P., Smith-Bindman, R., Simmonds, J. R., & Wakeford, R. (2021). ICRP Publication 147: Use of Dose Quantities in Radiological Protection. Annals of the ICRP, 50(1), 9 82. https://doi.org/10.1177/0146645320911864

161. 2021     Harrison JD, Balonov M, Bochud F, Martin C, Menzel HG, Ortiz-Lopez P, Smith-Bindman R, Simmonds JR, Wakeford R. ICRP Publication 147: Use of Dose Quantities in Radiological Protection. Ann ICRP. 2021 Feb; 50(1):9-82. PMID: 33653178

162. 2021     Marlow, E. C., Ducore, J., Kwan, M. L., Cheng, S. Y., Bowles, E. J. A., Greenlee, R. T., Pole, J. D., Rahm, A. K., Stout, N. K., Weinmann, S., Smith-Bindman, R., & Miglioretti, D. L. (2021). Leukemia Risk in a Cohort of 3.9 Million Children with and without Down Syndrome. The Journal of Pediatrics. https://doi.org/10.1016/j.jpeds.2021.03.001

163. 2021     Marlow EC, Ducore J, Kwan ML, Cheng SY, Bowles EJA, Greenlee RT, Pole JD, Rahm AK, Stout NK, Weinmann S, Smith-Bindman R, Miglioretti DL. Leukemia Risk in a Cohort of 3.9 Million Children with and without Down Syndrome. J Pediatr. 2021 Jul; 234:172-180.e3. PMID: 33684394. PMCID: PMC8238875

164. 2021     Long-term medical imaging use in children with central nervous system tumors Bowles EJA , Diana L. Miglioretti DL,Kwan ML, Bartels U, Furst A, Cheng SY, Lau C, Greenlee RT, Weinmann S, Marlow EC, Rahm AK, Stout NK, Bolch, WE, Theis MK, Smith-Bindman R, Pole JD. Plos One. Published: April 21, 2021 https://doi.org/10.1371/journal.pone.0248643

165. 2021     Farjah F, Monsell SE, Gould MK, Smith-Bindman R, Banegas MP, Heagerty PJ, Keast EM, Ramaprasan A, Schoen K, Brewer EG, Greenlee RT, Buist DSM. Association of the Intensity of Diagnostic Evaluation With Outcomes in Incidentally Detected Lung Nodules. JAMA Intern Med. 2021 Apr 01; 181(4):480-489. PMID: 33464296. PMCID: PMC7816118

166. 2021      Bowles EJA, Miglioretti DL, Kwan ML, Bartels U, Furst A, Cheng SY, Lau C, Greenlee RT, Weinmann S, Marlow EC, Rahm AK, Stout NK, Bolch WE, Theis MK, Smith-Bindman R, Pole JD. Long-term medical imaging use in children with central nervous system tumors. PLoS One. 2021; 16(4):e0248643. PMID: 33882069. PMCID: PMC8059842

167. 2021      Harrison JD, Balonov M, Bochud F, Martin CJ, Menzel HG, Smith-Bindman R, Ortiz-López P, Simmonds JR, Wakeford R. The use of dose quantities in radiological protection: ICRP publication 147 Ann ICRP 50(1) 2021. J Radiol Prot. 2021 06 01; 41(2). PMID: 33571972

168. 2021      Stewart C, Smith-Bindman R. It Is Time to Inform Patients of Medical Imaging Risks. JAMA Netw Open. 2021 Oct 01; 4(10):e2129681. PMID: 34643723

169. 2021      Bos D, Yu S, Luong J, Chu P, Wang Y, Einstein AJ, Starkey J, Delman BN, Duong PT, Das M, Schindera S, Goode AR, MacLeod F, Wetter A, Neill R, Lee RK, Roehm J, Seibert JA, Cervantes LF, Kasraie N, Pike P, Pahwa A, Jeukens CRLPN, Smith-Bindman R. Diagnostic reference levels and median doses for common clinical indications of CT: findings from an international registry. Eur Radiol. 2021 Oct 13. PMID: 34642811

170. 2021      Smith-Bindman R, Yu S, Wang Y, Kohli MD, Chu P, Chung R, Luong J, Bos D, Stewart C, Bista B, Alejandrez Cisneros A, Delman B, Einstein AJ, Flynn M, Romano P, Seibert JA, Westphalen AC, Bindman A. An Image Quality-informed Framework for CT Characterization. Radiology. 2021 Nov 09; 210591. PMID: 34751618. PMCID: PMC8805663

171. 2021      Weinmann S, Francisco MC, Kwan ML, Bowles EJA, Rahm AK, Greenlee RT, Stout NK, Pole JD, Kushi LH, Smith-Bindman R, Miglioretti DL. Positive predictive value and sensitivity of ICD-9-CM codes for identifying pediatric leukemia. Pediatr Blood Cancer. 2021 Nov 13; e29383. PMID: 34773439

172. 2021      Chu PW, Yu S, Wang Y, Seibert JA, Cervantes LF, Kasraie N, Chu CA, Smith-Bindman R. Reference phantom selection in pediatric computed tomography using data from a large, multicenter registry. Pediatr Radiol. 2021 Dec 06. PMID: 34866159

Prepared: March 9, 2024

173. 2022    Smith-Bindman R, Yu S, Wang Y, Kohli MD, Chu P, Chung R, Luong J, Bos D, Stewart C, Bista B, Alejandrez Cisneros A, Delman B, Einstein AJ, Flynn M, Romano P, Seibert JA, Westphalen AC, Bindman A. An Image Quality-informed Framework for CT Characterization. Radiology. 2022 Feb;302(2):380-389. doi: 10.1148/radiol.2021210591. PMID: 34751618

174. 2022    Weinmann S, Francisco MC, Kwan ML, Bowles EJA, Rahm AK, Greenlee RT, Stout NK, Pole JD, Kushi LH, Smith-Bindman R, Miglioretti DL. Positive predictive value and sensitivity of ICD-9-CM codes for identifying pediatric leukemia. Pediatr Blood Cancer. 2022 Feb;69(2):e29383. PMID: 34773439

175. 2022    Woolen SA, Lazar AA, Smith-Bindman R. Association Between the Frequent Use of Perineal Talcum Powder Products and Ovarian Cancer: a Systematic Review and Meta-analysis. J Gen Intern Med. 2022 Feb 2. doi: 10.1007/s11606-022-07414-7. Epub ahead of print. PMID: 35112281.

176. 2022    Kwan ML, Miglioretti DL, Bowles EJA, Weinmann S, Greenlee RT, Stout NK, Rahm AK, Alber SA, Pequeno P, Moy LM, Stewart C, Fong C, Jenkins CL, Kohnhorst D, Luce C, Mor JM, Munneke JR, Prado Y, Buth G, Cheng SY, Deosaransingh KA, Francisco M, Lakoma M, Martinez YT, Theis MK, Marlow EC, Kushi LH, Duncan JR, Bolch WE, Pole JD, Smith-Bindman R. Quantifying cancer risk from exposures to medical imaging in the Risk of Pediatric and Adolescent Cancer Associated with Medical Imaging (RIC) Study: research methods and cohort profile. Cancer Causes Control. 2022 Feb 2. doi: 10.1007/s10552-022-01556-z. Epub ahead of print. PMID: 35107724.

177. 2022    Patel MD, Levine D, Smith-Bindman R. Poor Evidence That Endometrial Thickness Underperforms in Detecting Endometrial Cancer in Black Women. AJR Am J Roentgenol. 2022 Feb 2:1. doi: 10.2214/AJR.21.27055. Epub ahead of print. PMID: 35107299.

178. 2022    Patel MD, Levine D, Smith-Bindman R. Poor Evidence That Endometrial Thickness Underperforms in Detecting Endometrial Cancer in Black Women. Patel MD, Levine D, Smith-Bindman R.AJR Am J Roentgenol. 2022 Mar;218(3):563. doi: 10.2214/AJR.21.27055. PMID: 35107299 No abstract available.

179. 2022    Whitebird RR, Solberg LI, Chu PW, Smith-Bindman R. Strategies for Dose Optimization: Views From Health Care Systems. J Am Coll Radiol. 2022 Apr;19(4):534-541. PMID: 35227651

Prepared: March 9, 2024

180. 2022    Woolen SA, Lazar AA, Smith-Bindman R. Association Between the Frequent Use of Perineal Talcum Powder Products and Ovarian Cancer: a Systematic Review and Meta-analysis. J Gen Intern Med. 2022 Aug;37(10):2526-2532. PMID: 35112281

181. 2022    Davenport MS, Chu P, Szczykutowicz TP, Smith-Bindman R. Comparison of Strategies to Conserve Iodinated Intravascular Contrast Media for Computed Tomography During a Shortage. JAMA. 2022 Aug 2;328(5):476-478. doi: 10.1001/jama.2022.9879.PMID: 35679081

182. 2022    Wang RC, Fahimi J, Dillon D, Shyy W, Mongan J, McCulloch C, Smith-Bindman R. Effect of an ultrasound-first clinical decision tool in emergency department patients with suspected nephrolithiasis: A randomized trial. Am J Emerg Med. 2022 Oct;60:164-170.PMID: 35986979 Clinical Trial.

183. 2022    Farjah F, Monsell SE, Smith-Bindman R, Gould MK, Banegas MP, Ramaprasan A, Schoen K, Buist DSM, Greenlee R.Fleischner Society Guideline Recommendations for Incidentally Detected Pulmonary Nodules and the Probability of Lung Cancer. J Am Coll Radiol. 2022 Nov;19(11):1226-1235. doi: 10.1016/j.jacr.2022.06.018. PMID: 36049538

184. 2022    Smith-Bindman R, Nielsen ME, Wang RC. Unchanged Diagnostic Imaging for Urinary Stone Disease-Where Do We Go From Here? JAMA Intern Med. 2022 Dec 1;182(12):1246-1247. PMID: 36315160 No abstract available.

185. 2023    Farjah F, Monsell SE, Greenlee RT, Gould MK, Smith-Bindman R, Banegas MP, Schoen K, Ramaprasan A, Buist DSM. Patient and Nodule Characteristics Associated With a Lung Cancer Diagnosis Among Individuals With Incidentally Detected Lung Nodules. Chest. 2023 03; 163(3):719-730. PMID: 36191633. PMCID: PMC10154904

186. 2023    Smith-Bindman, R et al Large variation in radiation dose for Routine Abdomen CT: reasons for excess and easy tips for reduction. European Radiology, In press

187. 2023    Gould MK, Creekmur B, Qi L, Golden SE, Kaplan CP, Walter E, Mularski RA, Vaszar LT, Fennig K, Steiner J, de Bie E, Musigdilok VV, Altman DA, Dyer DS, Kelly K, Miglioretti DL, Wiener RS, Slatore CG, Smith-Bindman R. Emotional Distress, Anxiety, and General Health Status in Patients With Newly Identified Small Pulmonary Nodules: Results From the Watch the Spot Trial. Chest. 2023 Dec; 164(6):1560-1571. PMID: 37356710

Prepared: March 9, 2024

188. 2023     Mahendra M, Chu P, Amin EK, Nawaytou H, Duncan JR, Fineman JR, Smith-Bindman R. Associated radiation exposure from medical imaging and excess lifetime risk of developing cancer in pediatric patients with pulmonary hypertension. Pulm Circ. 2023 Jul; 13(3):e12282. PMID: 37614831. PMCID: PMC10442605

189. 2023     Wang Y, Chu P, Szczykutowicz TP, Stewart C, Smith-Bindman R. CT acquisition parameter selection in the real world: impacts on radiation dose and variation amongst 155 institutions. Eur Radiol. 2023 Aug 30. PMID: 37646805. PMCID: PMC10873435

190. 2023     Chu PW, Kofler C, Mahendra M, Wang Y, Chu CA, Stewart C, Delman BN, Haas B, Lee C, Bolch WE, Smith-Bindman R. Correction to: Dose length product to effective dose coefficients in children. Pediatr Radiol. 2023 Sep; 53(10):2165. PMID: 37658914. PMCID: PMC10497657

191. 2023     Marlow EC, Ducore JM, Kwan ML, Bowles EJA, Greenlee RT, Pole JD, Rahm AK, Stout NK, Weinmann S, Smith-Bindman R, Miglioretti DL. Medical imaging utilization and associated radiation exposure in children with down syndrome. PLoS One. 2023; 18(9):e0289957. PMID: 37672503. PMCID: PMC10482278

192. 2023     Smith-Bindman R, Kang T, Chu PW, Wang Y, Stewart C, Das M, Duong PA, Cervantes L, Lamba R, Lee RK, MacLeod F, Kasraie N, Neill R, Pike P, Roehm J, Schindera S, Chung R, Delman BN, Jeukens CRLPN, Starkey LJ, Szczykutowicz TP. Large variation in radiation dose for routine abdomen CT: reasons for excess and easy tips for reduction. Eur Radiol. 2023 Sep 21. PMID: 37735276

193. 2023     Dhruva SS, Smith-Bindman R, Redberg RF. The Need for Randomized Clinical Trials Demonstrating Reduction in All-Cause Mortality With Blood Tests for Cancer Screening. JAMA Intern Med. 2023 10 01; 183(10):1051-1053. PMID: 37639263

194. 2023     Chu PW, Kofler C, Haas B, Lee C, Wang Y, Chu CA, Stewart C, Mahendra M, Delman BN, Bolch WE, Smith-Bindman R. Dose length product to effective dose coefficients in adults. Eur Radiol. 2023 Oct 06. PMID: 37798408

195. 2023     Wang Y, Chu P, Szczykutowicz TP, Stewart C, Smith-Bindman R.CT acquisition parameter selection in the real world: impacts on radiation dose and variation amongst 155 institutions.Eur Radiol. 2024 Mar;34(3):1605-1613. doi: 10.1007/s00330-023-10161-w. Epub 2023 Aug 30.

Prepared: March 9, 2024

196. 2024    Smith-Bindman R, Wang Y, Stewart C, Luong J, Chu PW, Kohli M, Westphalen AC, Siegel E, Ray M, Szczykutowicz TP, Bindman AB, Romano PS. Improving the Safety of Computed Tomography Through Automated Quality Measurement: A Radiologist Reader Study of Radiation Dose, Image Noise, and Image Quality. Invest Radiol. 2024 Jan 25. PMID: 38265058

## OTHER PUBLICATIONS

1. 2014    Rita F. Redberg and Rebecca Smith-Bindman "We Are Giving Ourselves Cancer." Editorial. The New York Times 31 Jan. 2014, The New York ed.: A27. 30 Jan. 2014. Web.

## SIGNIFICANT PUBLICATIONS

1. 2020    Smith-Bindman, R., et al An assessment of two interventions for reducing radiation doses for computed tomography: A multicenter international clinical trial. JAMA Internal Med. 2020; 180:666-675.

2. 2019    Smith-Bindman R, et al Risk of Malignant Ovarian Cancer Based on Ultrasonography Findings in a Large Unselected Population. JAMA Intern Med. 2019 ; 179(1): 71-77

3. 2019    Smith-Bindman R, et al Trends in Use of Medical Imaging in US Health Care Systems and in Ontario, Canada JAMA  2019 322(9):843-856.

4. 2019    Smith-Bindman R, et al Trends in Use of Medical Imaging in US Health Care Systems and in Ontario, Canada, 2000-2016. JAMA. 2019 322(9):843-856

5. 2019    Smith-Bindman R, et al International Variation in Radiation Dose for Computed Tomography Examinations: Prospective Cohort Study. BMJ. 2019;364:K4931

6. 2014    Smith-Bindman et al Ultrasonography versus computed tomography for suspected nephrolithiasis Nephrolithiasis  NEJM.  2014;371:1100-1110

7. 2013    Smith-Bindman R, et al.  Risk of Thyroid Cancer based on Thyroid Ultrasound Imaging Characteristic: Result of A Population Based-Study. JAMA Internal Medicine. 2013;173:1788-96

8. 2013    Miglioretti DL et al. Smith-Bindman senior author. The use of computed tomography in pediatrics and the associated radiation exposure and estimated cancer risk. JAMA Pediatr. 2013;167:700-707

9. 2012    Smith-Bindman R, Appendix F. Ionizing Radiation Exposure to the US Population, with a Focus on Radiation from Medical Imaging, included in Breast and the Environment: A Life Course Approach. The Institute of Medicine. 2012

Prepared: March 9, 2024

10. 2009      Smith-Bindman et al. Radiation dose associated with common computed tomography examinations and the associated lifetime attributable risk of cancer. JAMA Internal Medicine 2009;169:2078-86

11. 2006      Smith-Bindman et al.  Does Utilization of Screening Mammography Explain Racial and Ethnic Differences in Breast Cancer? Ann Intern Med, 2006;144;541-51

12. 2005      Smith-Bindman et al.  Physician Predictors of Mammographic Accuracy. J Natl Cancer Inst 2005:97;358-367

13. 2003      Smith-Bindman et al. Comparison of screening mammography in the United States and the United Kingdom JAMA 2003;290: 2129-2137

14. 2001      Smith-Bindman et al. Second-trimester ultrasound to detect fetuses with Down syndrome: a meta-analysis. JAMA. 2001: 285;1044-1055

15. 1999      Smith-Bindman, R, et al Endovaginal ultrasound to evaluate endometrial abnormalities. JAMA 1999;281:1693-4

## CONFERENCE ABSTRACTS

1999      Smith-Bindman R, Kerlikowske K. Is there a downside to elderly women undergoing screening mammography? J Natl Cancer Inst 1999:18;1322-3.

1999      Smith-Bindman, R, Kerlikowske, K, Feldstein, V. Endovaginal ultrasound to evaluate endometrial abnormalities JAMA 1999;281:1693-4.

2001      Smith-Bindman R. Positron emission tomography to evaluate lung lesions JAMA 2001;285:2711-2.

2001      Smith-Bindman, R, Goldberg, JD. Ultrasound markers of fetal Down syndrome. JAMA 2001;285:2858.

2001      Smith-Bindman R, Feldstein V, Goldberg JD. The Genetic Sonogram in Screening For Down Syndrome, J Ultrasound Med 2001 Nov; 20(11):1153-8.

2003      Kerlikowske K, Smith-Bindman R, Sickles EA. Short-interval follow-up mammography: are we doing the right thing? J Natl Cancer Inst 2003 Aug 6;95(15):1175-6.

2004      Smith-Bindman R, Miglioretti D, Kerlikowske K. Comparison of screening mammography in the United States and the United Kingdom. JAMA. 2004 Feb 18;291(7):824.

2009      Sellami D, Goldstein R, Feldstein V, Smith-Bindman R. Ultrasound Can Help Low-Risk Patients Avoid Invasive Thyroid Biopsy. American Roentgen Ray Society, 2009

Prepared: March 9, 2024

2009          Kamath A, Smith-Bindman R. CT radiation dose shows wide variance in Emergency Department, RSNA 2009

2009          Chang JH, Rand L, Smith-Bindman. Second trimester prenatal ultrasound for the detection of fetal structural anomalies and their associated risk for chromosomal abnormalities. American Journal of Obstetics and Gynecology Volume 201, Issue 6, Supplement (December 2009) and poster presentation. Society for Maternal-Fetal Medicine: 2010 30th Annual Meeting: The Pregnancy Meeting Chicago, IL; February 4, 2010

2009          Rand L, Smith-Bindman R, Saadai P, Machin GA, Farmer DL, Feldstein VA. Monochorionic twin pregnancy outcomes: Impact of cord insertion sites. (IFMSS 2009, Brazil)

2009          Rand L, Smith-Bindman R, Saadai P, Machin GA, Lee H, Farmer DL, Feldstein VA. Monochorionic twin pregnancy outcomes: Impact of arterio-arterial and veno-venous anastomoses. (IFMSS 2009, Brazil)

2010          Rand L, Smith-Bindman R, Payam Saadai, Geoffrey Machin, Vickie Feldstein. Placental Predictors of Adverse Outcomes in Monochorionic twins. (SMFM 2010, Chicago)

2010          Rand L, Smith-Bindman R, Saadai P, Machin GA, Feldstein VA. Natural History and Outcomes of Monochorionic Twin Pregnancies in a Large Population-Based Study. (SMFM 2010, Chicago)

2011          Lebada P, Feldstein V, Goldstein R, Sellami D, Smith-Bindman R. Risk of Thyroid Cancer Assocaited with Ultrasound Findings. Results from a population based study. Association of University Radiologists, 2011, Boston MA

2011

              Burger I, Miglioretti D, Johnson E, et al. Rise in Radiation Exposure from Diagnostic Imaging in Patients Across Several Different HMO Populations. Paper presented at: RSNA, December 2 20102010; Chicago, IL

2011          Burger I, Miglioretti D, Johnson E, Vanneman N, Smith-Bindman R. Radiation Exposure Increased Dramatically in a Large Health Plan, Particularly Among Cancer Patients. Paper presented at: RSNA, December 1 20102010; Chicago, IL

Prepared: March 9, 2024

| 2012 | Merry, MD et al. Breast Cancer Risk from Medical Imaging Including Computed Tomography (CT) and Nuclear Medicine among Females Enrolled in a Large Integrated health Care System   manuscript in preparation. Presented at the Radiological Society of North America Annual Meeting, Chicago, IL, 2012 |
| 2012 | Mongan, et al. Improving Efficiency of Pulmonary Embolism Testing in Young Female patients   manuscript in preparation. Presented at the Radiological Society of North America Annual Meeting, Chicago, IL, 2012 |

**OTHER CREATIVE ACTIVITIES**

1. Radiation Safety and CT: Virtual Symposium Director - Innovative On-line Interactive Teaching Classes (May 2012)
The creation of this meeting was an important educational activity for me during 2013. It involved a multidisciplinary meeting with over 100 lectures, 10 live interactive sessions/chat rooms and over 500 registrants enrolled in the meeting during the   live days  . The meeting was new in format and content. The meeting essentially broke even financially, with an approximately $5,000 profit.

2. 2017 Know Your Dose (see http://knowyourdose.ucsf.edu/), an on line educational resource for patients. This provides extensive education for patient and includes video stories of patients sharing their experiences

3. 2023 UCSF Radiation Safety in Computed Tomography Virtual Symposium 2023. This was a 3 day virtual meeting focused on CT. There were 41 new lectures with interactive Q and A for each.

# Exhibit B

Rebecca Smith-Bindman
Materials Considered

1.  "A Survey of the Long-Term Effects of Talc and Kaolin Pleurodesis." *British Journal of Diseases of the Chest* 73 (1979): 285–88.

2.  Acencio, Milena M. P., Evaldo Marchi, Lisete R. Teixeira, Bruna Rocha Silva, Juliana Sanchez Silva, Carlos Sergio Rocha Silva, Vanessa Adelia Alvarenga, Leila Antonangelo, Francisco Suso Vargas, and Vera Luiza Capelozzi. "Talc Particles and Pleural Mesothelium Interface Modulate Apoptosis and Inflammation." *Pathology* 46, no. S2 (2014): S76.

3.  Acheson, E D, M J Gardner, E C Pippard, and L P Grime. "Mortality of Two Groups of Women Who Manufactured Gas Masks from Chrysotile and Crocidolite Asbestos: A 40-Year Follow-Up." *British Journal of Industrial Medicine* 39, no. 4 (November 1982): 344–48.

4.  ACOG. "Talc Use and Ovarian Cancer." Statements, September 11, 2017.

5.  Akhtar, Mohd Javed, Maqusood Ahamed, M.A. Majeed Khan, Salman A. Alrokayan, Iqbal Ahmad, and Sudhir Kumar. "Cytotoxicity and Apoptosis Induction by Nanoscale Talc Particles from Two Different Geographical Regions in Human Lung Epithelial Cells." *Environmental Toxicology* 29 (2014): 394–406. https://doi.org/10.1002/tox.21766.

6.  Akhtar, Mohd Javed, Sudhir Kumar, Ramesh Chandra Murthy, Mohd Ashquin, Mohd Imran Khan, Govil Patil, and Iqbal Ahmad. "The Primary Role of Iron-Mediated Lipid Peroxidation in the Differential Cytotoxicity Caused by Two Varieties of Talc Nanoparticles on A549 Cells and Lipid Peroxidation Inhibitory Effect Exerted by Ascorbic Acid." *Toxicology in Vitro: An International Journal Published in Association with BIBRA* 24, no. 4 (June 2010): 1139–47.

7.  American Cancer Society. "Talcum Powder and Cancer." American Cancer Society, November 13, 2017.

8.  Antoniou, A., et al. "Average Risks of Breast and Ovarian Cancer Associated with BRCA1 or BRCA2 Mutations Detected in Case Series Unselected for Family History: A Combined Analysis of 22 Studies." *American Journal of Human Genetics* 72, no. 5 (May 2003): 1117–30.

9.  Amrhein, V., et al., "Retire statistical significance." *Nature*. 567 (2019): 305-307.

10. Arellano-Orden, Elena, Auxiliadora Romero-Falcon, Jose Martin Juan, Manuel Ocana Jurado, Francisco Rodriguez-Panadero, and Ana Montes-Worboys. "Small Particle-Size Talc Is Associated with Poor Outcome and Increased Inflammation in Thoracoscopic Pleurodesis." *Respiration* 86 (2013): 201–9. https://doi.org/10.1159/000342042.

11. "ATSDR - Toxicological Profile: Asbestos." Accessed August 16, 2018.

12. "ATSDR - Toxicological Profile: Silica." Accessed August 16, 2018.

13. Baldwin, Lauren A., Bin Huang, Rachel W. Miller, Thomas Tucker, Scott T. Goodrich, Iwona Podzielinski, Christopher P. DeSimone, Fred R. Ueland, John R. van Nagell, and Leigh G. Seamon. "Ten-Year Relative Survival for Epithelial Ovarian Cancer:" Obstetrics & Gynecology 120, no. 3 (September 2012): 612–18.

14. Balkwill, Fran, and Alberto Mantovani. "Inflammation and Cancer: Back to Virchow?" The Lancet 357, no. 9255 (February 2001): 539–45. https://doi.org/10.1016/S0140-6736(00)04046-0.

15. Barnhart, K., et al. "Baseline Dimensions of the Human Vagina." Human Reproduction Vol. 21, no. 6 (2006): 1618-22.

16. Bartrip, P. W. J. "History of Asbestos Related Disease." *Postgraduate Medical Journal* 80, no. 940 (February 1, 2004): 72–76. https://doi.org/10.1136/pmj.2003.012526.

17. Beck, B. D., H. A. Feldman, J. D. Brain, T. J. Smith, M. Hallock, and B. Gerson. "The

Pulmonary Toxicity of Talc and Granite Dust as Estimated from an in Vivo Hamster Bioassay." *Toxicology and Applied Pharmacology* 87, no. 2 (February 1987): 222–34.

18. Begg, Melissa D., and Dana March. "Cause and Association: Missing the Forest for the Trees." *American Journal of Public Health* 108, no. 5 (May 2018): 620.

19. Belotte, Jimmy, Nicole M. Fletcher, Awoniyi O. Awonuga, Mitchell Alexis, Husam M. Abu-Soud, Ghassan M. Saed, Michael P. Diamond, and Mohammed G. Saed. "The Role of Oxidative Stress in the Development of Cisplatin Resistance in Epithelial Ovarian Cancer." *Reproductive Sciences* 21, no. 4 (2014): 503–8. https://doi.org/10.1177/1933719113503403.

20. Belotte, Jimmy, Nicole M. Fletcher, Mohammed G. Saed, Mohammed S. Abusamaan, Gregory Dyson, Michael P. Diamond, and Ghassan M. Saed. "A Single Nucleotide Polymorphism in Catalase Is Strongly Associated with Ovarian Cancer Survival." *PloS One* 10, no. 8 (2015).

21. Berge, Wera, Kenneth Mundt, Hung Luu, and Paolo Boffetta. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention*, January 2017, 1.

22. Berry, G., M. L. Newhouse, and J. C. Wagner. "Mortality from All Cancers of Asbestos Factory Workers in East London 1933-80." *Occupational and Environmental Medicine* 57, no. 11 (November 2000): 782–85.

23. Bertolotti, Marinella, Daniela Ferrante, Dario Mirabelli, Mario Botta, Marinella Nonnato, Annalisa Todesco, Benedetto Terracini, and Corrado Magnani. "[Mortality in the cohort of the asbestos cement workers in the Eternit plant in Casale Monferrato (Italy)]." *Epidemiologia E Prevenzione* 32, no. 4–5 (October 2008): 218–28.

24. Blank, M M, N Wentzensen, M A Murphy, A Hollenbeck, and Y Park. "Dietary Fat Intake and Risk of Ovarian Cancer in the NIH-AARP Diet and Health Study." *British Journal of Cancer* 106, no. 3 (January 31, 2012): 596–602.

25. Blount, A M. "Amphibole Content of Cosmetic and Pharmaceutical Talcs." *Environmental Health Perspectives* 94 (August 1991): 225–30.

26. Bluemel, G., F. Piza, and Zischka-Konorsa W. "[Experimental animal research on the tissue reaction to starch and talc powder after their intraperitoneal use.]." *Wiener klinische Wochenschrift* 74 (January 1962): 12–13.

27. Blumenkrantz, M. J., N. Gallagher, R. A. Bashore, and H. Tenckhoff. "Retrograde Menstruation in Women Undergoing Chronic Peritoneal Dialysis." *Obstetrics and Gynecology* 57, no. 5 (May 1981): 667–70.

28. Boorman, G. A., and J. C. Seely. "The Lack of an Ovarian Effect of Lifetime Talc Exposure in F344/N Rats and B6C3F1 Mice." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 242–43. https://doi.org/10.1006/rtph.1995.1035.

29. Booth, M., V. Beral, and P. Smith. "Risk Factors for Ovarian Cancer: A Case-Control Study." *British Journal of Cancer* 60, no. 4 (October 1989): 592–98.

30. Bottazzi, Barbara, Elio Riboli, and Alberto Mantovani. "Aging, Inflammation and Cancer." *Seminars in Immunology*, November 5, 2018. https://doi.org/10.1016/j.smim.2018.10.011.

31. Bulbulyan, M. A., S. A. Ilychova, S. H. Zahm, S. V. Astashevsky, and D. G. Zaridze. "Cancer Mortality among Women in the Russian Printing Industry." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 166–71.

32. Bunderson-Schelvan, Melisa, Jean C. Pfau, Robert Crouch, and Andrij Holian. "Nonpulmonary Outcomes of Asbestos Exposure." *Journal of Toxicology and Environmental Health. Part B, Critical Reviews* 14, no. 1–4 (2011): 122–52. https://doi.org/10.1080/10937404.2011.556048.

Reference List – Saadia Rahman
Materials Considered

33. Buz'Zard, Amber R., and Benjamin H. S. Lau. "Pycnogenol Reduces Talc-Induced Neoplastic Transformation in Human Ovarian Cell Cultures." *Phytotherapy Research: PTR* 21, no. 6 (June 2007): 579–86. https://doi.org/10.1002/ptr.2117.

34. Caldwell, Carlyle G., White Thomas Aubrey, William L. George, and James J. Eberl. Medical dusting powder. United States US2626257A, filed May 21, 1952, and issued January 20, 1953.

35. Camargo, M. Constanza, Leslie T. Stayner, Kurt Straif, Margarita Reina, Umaima Al-Alem, Paul A. Demers, and Philip J. Landrigan. "Occupational Exposure to Asbestos and Ovarian Cancer: A Meta-Analysis." *Environmental Health Perspectives* 119, no. 9 (September 2011): 1211–17.

36. Capital Breast Care Center, Georgetown University. "Ovarian Cancer." Capital Breast Care Center, April 14, 2016. https://capitalbreastcare.georgetown.edu/health/ovarian.

37. Capital Breast Care Center, Georgetown University. "Ovarian Cancer." Capital Breast Care Center, July 3, 2018. https://capitalbreastcare.georgetown.edu/health/ovarian.

38. Carr, C.J. "Talc: Consumer Uses and Health Perspectives" 21 (1995): 211–15.

39. Chang, S., and H. A. Risch. "Perineal Talc Exposure and Risk of Ovarian Carcinoma." *Cancer* 79, no. 12 (June 15, 1997): 2396–2401.

40. Chang, Che-Jui, Yu-Kang Tu, Pau-Chung Chen, and Hsiao-Yu Yang. "Occupational Exposure to Talc Increases the Risk of Lung Cancer: A Meta-Analysis of Occupational Cohort Studies." Canadian Respiratory Journal, 2017.

41. Chen, F., K. Gaitskell, M. J. Garcia, A. Albukhari, J. Tsaltas, and A. A. Ahmed. "Serous Tubal Intraepithelial Carcinomas Associated with High-Grade Serous Ovarian Carcinomas: A Systematic Review." BJOG: An International Journal of Obstetrics and Gynaecology 124, no. 6 (May 2017): 872–78.

42. Chen, L-M, et al. "Epithelial Carcinoma of the Ovary, Fallopian Tube, and Peritoneum: Epidemiology and Risk Factors - UpToDate," 2018.

43. Chen, L-M, et al. "Overview of Epithelial Carcinoma of the Ovary, Fallopian Tube, and Peritoneum - UpToDate," 2018.

44. Chen, Y., P. C. Wu, J. H. Lang, W. J. Ge, P. Hartge, and L. A. Brinton. "Risk Factors for Epithelial Ovarian Cancer in Beijing, China." *International Journal of Epidemiology* 21, no. 1 (February 1992): 23–29.

45. Chien, Jeremy, Hugues Sicotte, Jian-Bing Fan, Sean Humphray, Julie M. Cunningham, Kimberly R. Kalli, Ann L. Oberg, et al. "TP53 Mutations, Tetraploidy and Homologous Recombination Repair Defects in Early Stage High-Grade Serous Ovarian Cancer." *Nucleic Acids Research* 43, no. 14 (August 18, 2015): 6945–58.

46. Cibula, D., M. Widschwendter, O. Májek, and L. Dusek. "Tubal Ligation and the Risk of Ovarian Cancer: Review and Meta-Analysis." *Human Reproduction Update* 17, no. 1 (January 1, 2011): 55–67.

47. Cibula, David, Martin Widschwendter, Michael Zikan, and Ladislav Dusek. "Underlying Mechanisms of Ovarian Cancer Risk Reduction after Tubal Ligation." *Acta Obstetricia Et Gynecologica Scandinavica* 90, no. 6 (June 2011): 559–63.

48. CIMBA, Georgia Chenevix-Trench, Roger L Milne, Antonis C Antoniou, Fergus J Couch, Douglas F Easton, and David E Goldgar. "An International Initiative to Identify Genetic Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: The Consortium of Investigators of Modifiers of BRCA1 and BRCA2 (CIMBA)." *Breast Cancer Research* 9, no. 2 (December 2007). https://doi.org/10.1186/bcr1670.

49. Cohen, Samuel M., and Lora L. Arnold. "Chemical Carcinogenesis." *Toxicological Sciences* 120, no. suppl_1 (March 1, 2011): S76–92. https://doi.org/10.1093/toxsci/kfq365.

3

Report of Dr. Saed Friedman
Materials Considered

50. Colditz, Graham A. "Cancer Prevention." *UpToDate*, 2018.

51. Collaborative Group on Epidemiological Studies of Ovarian Cancer, V. Beral, R. Doll, C. Hermon, R. Peto, and G. Reeves. "Ovarian Cancer and Oral Contraceptives: Collaborative Reanalysis of Data from 45 Epidemiological Studies Including 23,257 Women with Ovarian Cancer and 87,303 Controls." *Lancet* 371, no. 9609 (January 26, 2008): 303–14.

52. Collaborative Group On Epidemiological Studies Of Ovarian Cancer, V. Beral, K. Gaitskell, C. Hermon, K. Moser, G. Reeves, and R. Peto. "Menopausal Hormone Use and Ovarian Cancer Risk: Individual Participant Meta-Analysis of 52 Epidemiological Studies." *Lancet (London, England)* 385, no. 9980 (May 9, 2015): 1835–42.

53. Committee on Practice Bulletins–Gynecology, Committee on Genetics, Society of Gynecologic Oncology. "Practice Bulletin No 182: Hereditary Breast and Ovarian Cancer Syndrome." *Obstetrics and Gynecology* 130, no. 3 (2017): e110–26.

54. Committee on the State of the Science in Ovarian Cancer Research, Board on Health Care Services, Institute of Medicine, and National Academies of Sciences, Engineering, and Medicine. *Ovarian Cancers: Evolving Paradigms in Research and Care*. Washington (DC): National Academies Press (US), 2016. http://www.ncbi.nlm.nih.gov/books/NBK367618/

55. Cook, Linda S., Mary L. Kamb, and Noel S. Weiss. "Perineal Powder Exposure and the Risk of Ovarian Cancer." *American Journal of Epidemiology* 145, no. 5 (March 1, 1997): 459–65.

56. Cook, LS. "Erratum in 'Perineal Powder Exposure and the Risk of Ovarian Cancer'." *American Journal of Epidemiology* 148, no. 410 (1997).

57. Coussens, Lisa M., and Zena Werb. "Inflammation and Cancer." *Nature* 420, no. 6917 (December 19, 2002): 860–67. https://doi.org/10.1038/nature01322.

58. Cramer, Daniel W. and Allison F. Vitonis. "Signatures of Reproductive Events on Blood Counts and Biomarkers of Inflammation: Implications for Chronic Disease Risk." *PLoS ONE* 12(2) (2017).

59. Cramer, D. W. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics and Gynecology* 94, no. 1 (July 1999): 160–61.

60. Cramer, D. W., R. F. Liberman, L. Titus-Ernstoff, W. R. Welch, E. R. Greenberg, J. A. Baron, and B. L. Harlow. "Genital Talc Exposure and Risk of Ovarian Cancer." *International Journal of Cancer* 81, no. 3 (May 5, 1999): 351–56.

61. Cramer, D. W., W. R. Welch, R. E. Scully, and C. A. Wojciechowski. "Ovarian Cancer and Talc: A Case-Control Study." *Cancer* 50, no. 2 (July 15, 1982): 372–76.

62. Cramer, Daniel W., Linda Titus-Ernstoff, John R. McKolanis, William R. Welch, Allison F. Vitonis, Ross S. Berkowitz, and Olivera J. Finn. "Conditions Associated with Antibodies Against the Tumor-Associated Antigen MUC1 and Their Relationship to Risk for Ovarian Cancer." *Cancer Epidemiology Biomarkers & Prevention* 14, no. 5 (May 1, 2005): 1125–31.

63. Cramer, Daniel W., Allison F. Vitonis, Kathryn L. Terry, William R. Welch, and Linda J. Titus. "The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." *Epidemiology (Cambridge, Mass.)* 27, no. 3 (May 2016): 334–46.

64. Cramer, Daniel W., William R. Welch, Ross S. Berkowitz, and John J. Godleski. "Presence of Talc in Pelvic Lymph Nodes of a Woman with Ovarian Cancer and Long-Term Genital Exposure to Cosmetic Talc." *Obstetrics and Gynecology* 110, no. 2 Pt 2 (August 2007): 498–501.

65. Crum, Christopher P, Jonathan Bijron, and Brooke E. Howitt. "Pathogenesis of Ovarian, Fallopian Tubal, and Peritoneal Serous Carcinomas." *UpToDate*, 2018.

66. Crusz, Shanthini M., and Frances R Balkwill. "Inflammation and Cancer: Advances and New Agents." Nature Reviews Clinical Oncology 12 (October 2015): 584–96.

Rebuttal of Saed/Hartman
Materials Considered

67. Curtis D. Klaassen, and John Doull. Casarett and Doull's Toxicology : The Basic Science of Poisons. 8th Edition. McGraw-Hill Education, 2013.

68. "Deposition & Exhibits of John Hopkins, PhD, MDL No. 2738." In re: Talcum Power Prod. Liab. Litig., (Aug. 16 & 17, 2018; Oct. 26, 2018; and Nov. 5, 2018).

69. "Deposition & Exhibits of Julie Pier, MDL No. 2738." In re: Talcum Power Prod. Liab. Litig., September 12, 2018.

70. Ding, Yuan C., Lesley McGuffog, Sue Healey, Eitan Friedman, Yael Laitman, Shani- Paluch-Shimon, Bella Kaufman, et al. "A Nonsynonymous Polymorphism in IRS1 Modifies Risk of Developing Breast and Ovarian Cancers in BRCA1 and Ovarian Cancer in BRCA2 Mutation Carriers." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 21, no. 8 (August 2012): 1362–70.

71. DiSaia, PJ, WT Creasman, RS Mannell, S McMeekin, and D Mutch. *Clinical Gynecologic Oncology / [Edited by] Philip J. DiSaia, William T. Creasman, Robert S. Mannell, Scott McMeekin, David G. Mutch.* 9th ed. Philadelphia, PA: Elsevier, 2018.

72. Dixon, Suzanne C., Christina M. Nagle, Nicolas Wentzensen, Britton Trabert, Alicia Beeghly-Fadiel, Joellen M. Schildkraut, Kirsten B. Moysich, et al. "Use of Common Analgesic Medications and Ovarian Cancer Survival: Results from a Pooled Analysis in the Ovarian Cancer Association Consortium." *British Journal of Cancer* 116, no. 9 (April 25, 2017): 1223–28.

73. Dodson, R. F., M. O'Sullivan, C. J. Corn, and S. P. Hammar. "Quantitative Comparison of Asbestos and Talc Bodies in an Individual with Mixed Exposure." *American Journal of Industrial Medicine* 27, no. 2 (February 1995): 207–15.

74. D.R. Petterson. "JNJ 000251888," April 26, 1973.

75. Dubeau, L., and R. Drapkin. "Coming into Focus: The Nonovarian Origins of Ovarian Cancer." *Annals of Oncology: Official Journal of the European Society for Medical Oncology* 24 Suppl 8 (November 2013): viii28–35.

76. Dydek, Thomas. "Educational Report of Thomas Dydek, Ph.D., DABT, PE, Regarding the Cancer Causing Constituents of Defendants' Talcum Powder Products, In Re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation MDL No. 2738," April 9, 2018.

77. Eberl, J. J., and W. L. George. "Comparative Evaluation of the Effects of Talcum and a New Absorbable Substitute on Surgical Gloves." *American Journal of Surgery* 75, no. 3 (March 1948): 493–97.

78. Egilman, David, Joan E. Steffan, Triet Tran, Kate Clancy, Mark Rigler and William Longo. "Health Effects of Censored Elongated Mineral Particles: A Critical Review." *STP* 1618 (2019), 192-239.

79. Egilman D, Madigan D, Yimam M, Tran T. "Evidence that cosmetic talc is a cause of ovarian cancer." Gynecol Pelvic Med 2020.

80. Egli, G. E., and M. Newton. "The Transport of Carbon Particles in the Human Female Reproductive Tract." *Fertility and Sterility* 12 (April 1961): 151–55.

81. Eng, Kevin H., J. Brian Szender, John Lewis Etter, Jasmine Kaur, Samantha Poblete, Ruea-Yea Huang, Qianqian Zhu, et al. "Paternal Lineage Early Onset Hereditary Ovarian Cancers: A Familial Ovarian Cancer Registry Study." *PLoS Genetics* 14, no. 2 (February 2018): e1007194.

82. "Expert Report of Michael Crowley, Ph.D., In Re: Talcum Powder Prod. Liab. Litig., MDL No. 2738," November 12, 2018.

83. "Expert Report of Anne McTiernan, M.D., Ph.D., In Re: Talcum Powder Prod. Liab. Litig., MDL No. 2738," November 16, 2018.

5

84. "Expert Report of Rebecca Smith-Bindman, M.D., In Re: Talcum Powder Prod. Liab. Litig., MDL No. 2738," November 12, 2018.
85. "Expert Report of Patricia G. Moorman Entitled Scientific Review of the Epidemiologic Evidence on Talc Use and Ovarian Cancer," dated November 16, 2018.
86. Fasching, Peter A., Simon Gayther, Leigh Pearce, Joellen M. Schildkraut, Ellen Goode, Falk Thiel, Georgia Chenevix-Trench, et al. "Role of Genetic Polymorphisms and Ovarian Cancer Susceptibility." *Molecular Oncology* 3, no. 2 (April 2009): 171–81.
87. Fathalla, M. F. "Incessant Ovulation and Ovarian Cancer - a Hypothesis Re-Visited." *Facts, Views & Vision in ObGyn* 5, no. 4 (2013): 292–97.
88. Fathalla, M. F. "Incessant Ovulation--a Factor in Ovarian Neoplasia?" *Lancet* 2, no. 7716 (July 17, 1971): 163.
89. FDA. "Ltr to Samuel S. Epstein, M.D., RE: Docket Numbers 94P-0420 and FDA-2008-P-0309-0001/CP," April 1, 2017.
90. Fedak, Kristen M., Autumn Bernal, Zachary A. Capshaw, and Sherilyn Gross. "Applying the Bradford Hill Criteria in the 21st Century: How Data Integration Has Changed Causal Inference in Molecular Epidemiology." *Emerging Themes in Epidemiology* 12, no. 14 (2015).
91. "Federal Register Vol. 81, No.243, December 19, 2016 FDA Ban on Surgical Gloves." Accessed August 16, 2018.
92. Ferguson, Lynnette R. "Chronic Inflammation and Mutagenesis." *Mutation Research* 690, no. 1–2 (August 7, 2010): 3–11. https://doi.org/10.1016/j.mrfmmm.2010.03.007.
93. Fernandes, José Veríssimo, Ricardo Ney Oliveira Cobucci, Carlos André Nunes Jatobá, Thales. "The Role of the Mediators of Inflammation in Cancer Development." Pathol. Oncol. Res. (2015) 21:527–534.
94. Ferrer, Jaume, Juan F. Montes, Maria A. Villarino, Richard W. Light, and José García-Valero. "Influence of Particle Size on Extrapleural Talc Dissemination after Talc Slurry Pleurodesis." *Chest* 122, no. 3 (September 2002): 1018–27.
95. Ferrante, Daniela, Marinella Bertolotti, Annalisa Todesco, Dario Mirabelli, Benedetto Terracini, and Corrado Magnani. "Cancer Mortality and Incidence of Mesothelioma in a Cohort of Wives of Asbestos Workers in Casale Monferrato, Italy." *Environmental Health Perspectives* 115, no. 10 (October 2007): 1401–5. https://doi.org/10.1289/ehp.10195.
96. Fiume, Monice M., Ivan Boyer, Wilma F. Bergfeld, Donald V. Belsito, Ronald A. Hill, Curtis D. Klaassen, Daniel C. Liebler, et al. "Safety Assessment of Talc as Used in Cosmetics." *International Journal of Toxicology* 34, no. 1 suppl (July 1, 2015): 66S-129S.
97. Fletcher, Nicole M., Jimmy Belotte, Mohammed G. Saed, Ira Memaj, Michael P. Diamond, Robert T. Morris, and Ghassan M. Saed. "Specific Point Mutations in Key Redox Enzymes Are Associated with Chemoresistance in Epithelial Ovarian Cancer." *Free Radical Biology and Medicine* 102 (2017): 122–32. https://doi.org/10.1016/j.freeradbiomed.2016.11.028.
98. Fletcher, Nicole M., Zhongliang Jiang, Rouba Ali-Fehmi, Nancy K. Levin, Jimmy Belotte, Michael A. Tainsky, Michael P. Diamond, Husam M. Abu-Soud, and Ghassan M. Saed. "Myeloperoxidase and Free Iron Levels: Potential Biomarkers for Early Detection and Prognosis of Ovarian Cancer." *Cancer Biomarkers* 10 (2012 2011): 267–75. https://doi.org/10.3233/CBM-2012-0255.
99. Fletcher, Nicole, Memaj, Ira, and Saed, Ghassan. "Talcum Powder Enhances Oxidative Stress in Ovarian Cancer Cells." *Reproductive Sciences*, February 28, 2018.
100. Fletcher, NM, and GM Saed. "Talcum Powder Enhances Cancer Antigen 125 Levels in Ovarian Cancer Cells." *Presented at the 65th Meeting of the Society for Reproductive Investigation, San Diego, California*, 2018.

Reliance List of Sonal Singh
Materials Considered

101. Fletcher, NM, Amy K Harper, Ira Memaj, Rong Fan, Robert T. Morris and GM Saed. "Molecular Basis Supporting the Association of Talcum Powder Use with Increased Risk of Ovarian Cancer." *Reproductive Sciences* 1-10 (2019).

102. Folkins, Ann K., Elke A. Jarboe, Jonathan L. Hecht, Michael G. Muto, and Christopher P. Crum. "Chapter 24 - Assessing Pelvic Epithelial Cancer Risk and Intercepting Early Malignancy." In *Diagnostic Gynecologic and Obstetric Pathology (Third Edition)*, 844–64. Philadelphia: Content Repository Only!, 2018. https://doi.org/10.1016/B978-0-323-44732-4.00024-8.

103. Ford, D., D.F. Easton, M. Stratton, S. Narod, D. Goldgar, P. Devilee, D.T. Bishop, et al. "Genetic Heterogeneity and Penetrance Analysis of the BRCA1 and BRCA2 Genes in Breast Cancer Families." *The American Journal of Human Genetics* 62, no. 3 (March 1998): 676–89.

104. Freedman, Ralph S, Michael Deavers, Jinsong Liu, and Ena Wang. "Peritoneal Inflammation – A Microenvironment for Epithelial Ovarian Cancer (EOC)." *Journal of Translational Medicine* 2, no. 23 (2004). https://doi.org/10.1186/1479-5876-2-23.

105. Friebel, Tara M., Susan M. Domchek, and Timothy R. Rebbeck. "Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: Systematic Review and Meta-Analysis." *Journal of the National Cancer Institute* 106, no. 6 (June 2014): dju091. https://doi.org/10.1093/jnci/dju091.

106. Frost, G. "The Latency Period of Mesothelioma among a Cohort of British Asbestos Workers (1978-2005)." *British Journal of Cancer* 109, no. 7 (October 1, 2013): 1965–73.

107. Galea, Sandro, and Roger D. Vaughan. "Moving Beyond the Cause Constraint: A Public Health of Consequence, May 2018." *American Journal of Public Health* 108, no. 5 (May 2018): 602–3.

108. Gates, Margaret A., Bernard A. Rosner, Jonathan L. Hecht, and Shelley S. Tworoger. "Risk Factors for Epithelial Ovarian Cancer by Histologic Subtype." *American Journal of Epidemiology* 171, no. 1 (January 1, 2010): 45–53. https://doi.org/10.1093/aje/kwp314.

109. Gates, Margaret A., Shelley S. Tworoger, Kathryn L. Terry, Linda Titus-Ernstoff, Bernard Rosner, Immaculata De Vivo, Daniel W. Cramer, and Susan E. Hankinson. "Talc Use, Variants of the GSTM1, GSTT1, and NAT2 Genes, and Risk of Epithelial Ovarian Cancer." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 17, no. 9 (September 2008): 2436–44. https://doi.org/10.1158/1055-9965.EPI-08-0399.

110. Genofre, Eduardo H., Francisco S. Vargas, Milena M. P. Acencio, Leila Antonangelo, Lisete R. Teixeira, and Evaldo Marchi. "Talc Pleurodesis: Evidence of Systemic Inflammatory Response to Small Size Talc Particles." *Respiratory Medicine* 103, no. 1 (January 2009): 91–97.

111. Germani, D., S. Belli, C. Bruno, M. Grignoli, M. Nesti, R. Pirastu, and P. Comba. "Cohort Mortality Study of Women Compensated for Asbestosis in Italy." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 129–34.

112. Gertig, D. M., D. J. Hunter, D. W. Cramer, G. A. Colditz, F. E. Speizer, W. C. Willett, and S. E. Hankinson. "Prospective Study of Talc Use and Ovarian Cancer." *Journal of the National Cancer Institute* 92, no. 3 (February 2, 2000): 249–52.

113. Ghio, Andrew J., Joleen M. Soukup, Lisa A. Dailey, Judy H. Richards, Jennifer L. Turi, Elizabeth N. Pavlisko, and Victor L. Roggli. "Disruption of Iron Homeostasis in Mesothelial Cells after Talc Pleurodesis." *American Journal of Respiratory Cell and Molecular Biology* 46, no. 1 (January 1, 2012): 80–86. https://doi.org/10.1165/rcmb.2011-0168OC.

114. Godard, B., W. D. Foulkes, D. Provencher, J. S. Brunet, P. N. Tonin, A. M. Mes-Masson, S. A. Narod, and P. Ghadirian. "Risk Factors for Familial and Sporadic Ovarian Cancer among French Canadians: A Case-Control Study." *American Journal of Obstetrics and Gynecology* 179, no. 2 (August 1998): 403–10.

7

115. Gondal, Mohammed A., Mohamed A. Dastageer, Akhtar A. Naqvi, Anvar A. Isab, and Yasin W. Maganda. "Detection of Toxic Metals (Lead and Chromium) in Talcum Powder Using Laser Induced Breakdown Spectroscopy." *Applied Optics* 51, no. 30 (October 20, 2012): 7395–7401.

116. Gonzalez, Nicole L., Katie M. O'Brien, Aimee A. D'Aloisio, Dale P. Sandler, and Clarice R. Weinberg. "Douching, Talc Use, and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 27, no. 6 (2016): 797–802. https://doi.org/10.1097/EDE.0000000000000528.

117. Goodman, Marc T, Galina Lurie, Pamela J Thompson, Katharine E McDuffie, and Michael E Carney. "Association of Two Common Single-Nucleotide Polymorphisms in the CYP19A1 Locus and Ovarian Cancer Risk." *Endocrine-Related Cancer* 15, no. 4 (December 2008): 1055–60.

118. Gordon, Ronald E., Sean Fitzgerald, and James Millette. "Asbestos in Commercial Cosmetic Talcum Powder as a Cause of Mesothelioma in Women." *International Journal of Occupational and Environmental Health* 20, no. 4 (October 2014): 318–32.

119. Graham, J. D. P., and M. E. Jenkins. "Value of Modified Starch as a Substitute for Talc." *Lancet (London, England)* 1, no. 6708 (March 22, 1952): 590–91.

120. Graham, J., and R. Graham. "Ovarian Cancer and Asbestos." *Environmental Research* 1, no. 2 (October 1967): 115–28.

121. Green, A., D. Purdie, C. Bain, V. Siskind, P. Russell, M. Quinn, and B. Ward. "Tubal Sterilisation, Hysterectomy and Decreased Risk of Ovarian Cancer. Survey of Women's Health Study Group." *International Journal of Cancer. Journal International Du Cancer* 71, no. 6 (June 11, 1997): 948–51.

122. Grivennikov, Sergei I., Florian R. Greten, and Michael Karin. "Immunity, Inflammation, and Cancer." *Cell* 140, no. 6 (March 19, 2010): 883–99. https://doi.org/10.1016/j.cell.2010.01.025.

123. Gross, A. J., and P. H. Berg. "A Meta-Analytical Approach Examining the Potential Relationship between Talc Exposure and Ovarian Cancer." *Journal of Exposure Analysis and Environmental Epidemiology* 5, no. 2 (June 1995): 181–95.

124. Halme, J., M. G. Hammond, J. F. Hulka, S. G. Raj, and L. M. Talbert. "Retrograde Menstruation in Healthy Women and in Patients with Endometriosis." *Obstetrics and Gynecology* 64, no. 2 (August 1984): 151–54.

125. Hamilton, T. C., H. Fox, C. H. Buckley, W. J. Henderson, and K. Griffiths. "Effects of Talc on the Rat Ovary." *British Journal of Experimental Pathology* 65, no. 1 (February 1984): 101–6.

126. Hankinson, S. E., D. J. Hunter, G. A. Colditz, W. C. Willett, M. J. Stampfer, B. Rosner, C. H. Hennekens, and F. E. Speizer. "Tubal Ligation, Hysterectomy, and Risk of Ovarian Cancer. A Prospective Study." *JAMA* 270, no. 23 (December 15, 1993): 2813–18.

127. Harlow, B. L., and P.A. Hartge. "A Review of Perineal Talc Exposure and Risk of Ovarian Cancer." *Regulatory Toxicology and Pharmacology:* RTP 21, no. 2 (April 1995): 254-60.

128. Harlow, B. L., D. W. Cramer, D. A. Bell, and W. R. Welch. "Perineal Exposure to Talc and Ovarian Cancer Risk." *Obstetrics and Gynecology* 80, no. 1 (July 1992): 19–26.

129. Harlow, B. L., and D. W. Cramer. "Self-Reported Use of Antidepressants or Benzodiazepine Tranquilizers and Risk of Epithelial Ovarian Cancer: Evidence from Two Combined Case-Control Studies (Massachusetts, United States)." *Cancer Causes & Control: CCC* 6, no. 2 (March 1995): 130–34.

130. Hartge, P., R. Hoover, L. P. Lesher, and L. McGowan. "Talc and Ovarian Cancer." *JAMA: The Journal of the American Medical Association* 250, no. 14 (October 14, 1983): 1844.

131. Hasselbalch, Hans Carl. "Chronic Inflammation as a Promotor of Mutagenesis in Essential Thrombocythemia, Polycythemia Vera and Myelofibrosis. A Human Inflammation Model for Cancer Development?' *Leukemia Research* 37, no. 2 (February 2013): 214-20.

8

132. Heller, D. S., R. E. Gordon, and N. Katz. "Correlation of Asbestos Fiber Burdens in Fallopian Tubes and Ovarian Tissue." *American Journal of Obstetrics and Gynecology* 181, no. 2 (August 1999): 346–47.

133. Heller, D. S., R. E. Gordon, C. Westhoff, and S. Gerber. "Asbestos Exposure and Ovarian Fiber Burden." *American Journal of Industrial Medicine* 29, no. 5 (May 1996): 435–39.

134. Heller, D. S., C. Westhoff, R. E. Gordon, and N. Katz. "The Relationship between Perineal Cosmetic Talc Usage and Ovarian Talc Particle Burden." *American Journal of Obstetrics and Gynecology* 174, no. 5 (May 1996): 1507–10.

135. Henderson, W. J., T. C. Hamilton, and K. Griffiths. "Talc in Normal and Malignant Ovarian Tissue." *Lancet* 1, no. 8114 (March 3, 1979): 499.

136. Henderson, W. J., C. A. Joslin, A. C. Turnbull, and K. Griffiths. "Talc and Carcinoma of the Ovary and Cervix." *The Journal of Obstetrics and Gynaecology of the British Commonwealth* 78, no. 3 (March 1971): 266–72.

137. Henderson, W. J., T. C. Hamilton, M. S. Baylis, C. G. Pierrepoint, and K. Griffiths. "The Demonstration of the Migration of Talc from the Vagina and Posterior Uterus to the Ovary in the Rat." *Environmental Research* 40, no. 2 (August 1986): 247–50.

138. Hernán, Miguel A. "The C-Word: Scientific Euphemisms Do Not Improve Causal Inference From Observational Data." *American Journal of Public Health* 108, no. 5 (May 2018): 616–19.

139. Hill, Austin Bradford. "The Environment and Disease: Association or Causation?" *Proceedings of the Royal Society of Medicine* 58, no. 5 (May 1965): 295–300.

140. Hillegass, Jedd M., Arti Shukla, Maximilian B. MacPherson, Jeffrey P. Bond, Chad Steele, and Brooke T. Mossman. "Utilization of Gene Profiling and Proteomics to Determine Mineral Pathogenicity in a Human Mesothelial Cell Line (LP9/TERT-1)." *Journal of Toxicology and Environmental Health. Part A* 73, no. 5 (January 2010): 423–36.

141. Hollinger, M. A. "Pulmonary Toxicity of Inhaled and Intravenous Talc." *Toxicology Letters* 52, no. 2 (July 1990): 121–27; discussion 117-119.

142. Houghton, Serena C., Katherine W. Reeves, Susan E. Hankinson, Lori Crawford, Dorothy Lane, Jean Wactawski-Wende, Cynthia A. Thomson, Judith K. Ockene, and Susan R. Sturgeon. "Perineal Powder Use and Risk of Ovarian Cancer." *Journal of the National Cancer Institute* 106, no. 9 (September 2014). https://doi.org/10.1093/jnci/dju208.

143. Huncharek, Michael, J. F. Geschwind, and Bruce Kupelnick. "Perineal Application of Cosmetic Talc and Risk of Invasive Epithelial Ovarian Cancer: A Meta-Analysis of 11,933 Subjects from Sixteen Observational Studies." *Anticancer Research* 23, no. 2C (April 2003): 1955–60.

144. Huncharek, Michael, Joshua Muscat, Adedayo Onitilo, and Bruce Kupelnick. "Use of Cosmetic Talc on Contraceptive Diaphragms and Risk of Ovarian Cancer: A Meta-Analysis of Nine Observational Studies." *European Journal of Cancer Prevention: The Official Journal of the European Cancer Prevention Organisation (ECP)* 16, no. 5 (October 2007): 422–29.

145. Hunn, Jessica, and Gustavo C. Rodriguez. "Ovarian Cancer: Etiology, Risk Factors, and Epidemiology." *Clinical Obstetrics and Gynecology* 55, no. 1 (March 2012): 3–23.

146. IARC. "IARC Monographs on the Evaluation of the Carcinogenic Risk to Humans: Man-Made Mineral Fibers and Radon, Volume 43." IARC, Lyon France, 1988.

147. IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans – IARC: Cobalt in Hard Metals and Cobalt Sulfate, Gallium Arsenide, Indium Phosphide and Vanadium Pentoxide." *World Health Organization* 86 (2006). https://monographs.iarc.fr/iarc-monographs-on-the-evaluation-of-carcinogenic-risks-to-humans-35/.

148. IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans – IARC: Inorganic and Organic Lead Compounds." *World Health Organization* 87 (2006).

149. "IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans – IARC: Some Traditional Herbal Medicines, Some Mycotoxins, Naphathalene and Styrene" 82 (2002).

150. IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Volume 100C," 2012.

151. IARC Working Group on the Evaluation of Carcinogenic Risks to Humans. "Carbon Black, Titanium Dioxide, and Talc." *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans / World Health Organization, International Agency for Research on Cancer* 93 (2010): 1– 413.

152. IARC. "IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans: Silica and Some Silicates." IARC, 1987.

153. IARC. "IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans. Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1-42. Supplement 7," 1987. https://monographs.iarc.fr/wpcontent/uploads/2018/06/Suppl7.pdf.

151. IMERYS209971

152. "Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8, no. 19 (2009): 3107–11.

153. Institute of Medicine (IOM) Committee on the State of Science in Ovarian Cancer Research. *Ovarian Cancers: Evolving Paradigms in Research and Care.* The National Academies of Sciences, Engineering and Medicine. Washington (DC): National Academies Press (US), 2016.

154. Institute of Medicine (US) Committee on Asbestos: Selected Health Effects. *Asbestos: Selected Cancers*. The National Academies Collection: Reports Funded by National Institutes of Health. Washington (DC): National Academies Press (US), 2006.

155. Iturralde, M., and P. F. Venter. "Hysterosalpingo-Radionuclide Scintigraphy (HERS)." Seminars in Nuclear Medicine 11, no. 4 (October 1981): 301–14.

156. Jaurand, M. C. "Mechanisms of Fiber-Induced Genotoxicity." Environmental Health Perspectives 105 Suppl 5 (September 1997): 1073–84.

157. Jaurand. "Particulate-State Carcinogenesis: A Survey of Recent Studies on the Mechanisms of Action of Fibres." *IARC Scientific Publications*, no. 90 (1989): 54–73

158. Jaurand, MC. "Mechanisms of Fibre Genotoxicity." In *Mechanisms in Fibre Carcinogensis*. New York: Plenum Press, 1991.

159. Jia, D, Y Nagaoka, S Orsulic, and M Katsumata. "Inflammation Is a Key Contributor to Ovarian Cancer Cell Seeding." *Scientific Reports* 8, no. 12394 (August 17, 2018).

160. Jervis, Sarah, Honglin Song, Andrew Lee, Ed Dicks, Jonathan Tyrer, Patricia Harrington, Douglas F. Easton, Ian J. Jacobs, Paul P. D. Pharoah, and Antonis C. Antoniou. "Ovarian Cancer Familial Relative Risks by Tumour Subtypes and by Known Ovarian Cancer Genetic Susceptibility Variants." *Journal of Medical Genetics* 51, no. 2 (February 2014): 108–13.

161. Jiang, Zhongliang, Nicole M. Fletcher, Rouba Ali-Fehmi, Michael P. Diamond, Husam M. Abu-Soud, Adnan R. Munkarah, and Ghassan M. Saed. "Modulation of Redox Signaling Promotes Apoptosis in Epithelial Ovarian Cancer Cells." *Gynecologic Oncology* 122, no. 2 (August 2011): 418–23. https://doi.org/10.1016/j.ygyno.2011.04.051.

162. Johnson & Johnson. "A Message about Talc." A message about talc, May 2, 2016.

163. Jones, Richard E. *Human Reproductive Biology, Second Edition*. 2 edition. San Diego: Academic Press, 1997.

164. Jurinski, Joseph B., and J. Donald Rimstidt. "Biodurability of Talc." *American Mineralogist* 86,

no. 4 (April 2001): 392–99. https://doi.org/10.2138/am-2001-0402.

165. Kane, AB, P Boffetta, R Saracci, and JD Wilbourn. "Mechanisms of Fibre Carcinogenesis." IARC, 1996.

166. Kang, N., D. Griffin, and H. Ellis. "The Pathological Effects of Glove and Condom Dusting Powders." *Journal of Applied Toxicology: JAT* 12, no. 6 (December 1992): 443–49.

167. Karageorgi, Stalo, Margaret A. Gates, Susan E. Hankinson, and Immaculata De Vivo. "Perineal Use of Talcum Powder and Endometrial Cancer Risk." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 19, no. 5 (May 2010): 1269–75.

168. Kasper, C. S., and P. J. Chandler. "Possible Morbidity in Women from Talc on Condoms." *JAMA: The Journal of the American Medical Association* 273, no. 11 (March 15, 1995): 846–47.

169. Kauff, Noah D., Nandita Mitra, Mark E. Robson, Karen E. Hurley, Shaokun Chuai, Deborah Goldfrank, Eve Wadsworth, et al. "Risk of Ovarian Cancer in BRCA1 and BRCA2 Mutation-Negative Hereditary Breast Cancer Families." *Journal of the National Cancer Institute* 97, no. 18 (September 21, 2005): 1382–84. https://doi.org/10.1093/jnci/dji281.

170. Keal, E. E. "Asbestosis and Abdominal Neoplasms." *Lancet* 2, no. 7162 (December 3, 1960): 1211–16.

171. Keskin, Nadi, Yasemin Aktan Teksen, Esra Gürlek Ongun, Yusuf Ozay, and Halil Saygili. "Does Long-Term Talc Exposure Have a Carcinogenic Effect on the Female Genital System of Rats? An Experimental Pilot Study." *Archives of Gynecology and Obstetrics* 280, no. 6 (December 2009): 925–31. https://doi.org/10.1007/s00404-009-1030-3.

172. Khan, Mohd Imran, Amogh A. Sahasrabuddhe, Govil Patil, Mohd Javed Akhtar, Mohd Ashquin, and Iqbal Ahmad. "Nano-Talc Stabilizes TNF-Alpha m-RNA in Human Macrophages." *Biomedical Nanotechnology* 7, no. 1 (2011): 112–13.

173. Kiraly, Orsolya, Guanyu Gong, Werner Olipitz, Sureshkumar Muthupalani, and Bevin P. Engelward. "Inflammation-Induced Cell Proliferation Potentiates DNA Damage-Induced Mutations In Vivo." *PLoS Genetics*, February 3, 2015.

174. Kissler, Stefan, Ernst Siebzehnruebl, Joachim Kohl, Anja Mueller, Nadja Hamscho, Regine Gaetje, Andre Ahr, Achim Rody, and Manfred Kaufmann. "Uterine Contractility and Directed Sperm Transport Assessed by Hysterosalpingoscintigraphy (HSSG) and Intrauterine Pressure (IUP) Measurement." *Acta Obstetricia Et Gynecologica Scandinavica* 83, no. 4 (April 2004): 369–74.

175. Kunz, Beil. "The Uterine Peristaltic Pump: Normal and Impeded Sperm Transport within the Female Genital Tract." *Adv Exp Med Biol* 424 (1997): 267–77.

176. Kurman, Robert J., and Ie-Ming Shih. "The Origin and Pathogenesis of Epithelial Ovarian Cancer: A Proposed Unifying Theory." *The American Journal of Surgical Pathology* 34, no. 3 (March 2010): 433–43. https://doi.org/10.1097/PAS.0b013e3181cf3d79.

177. Kurta, Michelle L., Kirsten B. Moysich, Joel L. Weissfeld, Ada O. Youk, Clareann H. Bunker, Robert P. Edwards, Francesmary Modugno, Roberta B. Ness, and Brenda Diergaarde. "Use of Fertility Drugs and Risk of Ovarian Cancer: Results from a US-Based Case-Control Study." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 21, no. 8 (August 2012): 1282–92. https://doi.org/10.1158/1055-9965.EPI-12-0426.

178. Lancaster, Johnathan M., C. Bethan Powell, Lee-may Chen, and Debra L. Richardson. "Society of Gynecologic Oncology Statement on Risk Assessment for Inherited Gynecologic Cancer Predispositions." *Gynecologic Oncology* 136, no. 1 (January 2015): 3–7.

Report of Saul Friedman
Materials Considered

179. Landen, Charles N., Michael J. Birrer, and Anil K. Sood. "Early Events in the Pathogenesis of Epithelial Ovarian Cancer." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 26, no. 6 (February 20, 2008): 995–1005.

180. Langseth, H., S. E. Hankinson, J. Siemiatycki, and E. Weiderpass. "Perineal Use of Talc and Risk of Ovarian Cancer." *Journal of Epidemiology and Community Health* 62, no. 4 (April 2008): 358–60. https://doi.org/10.1136/jech.2006.047894.

181. Langseth, H., B. V. Johansen, J. M. Nesland, and K. Kjaerheim. "Asbestos Fibers in Ovarian Tissue from Norwegian Pulp and Paper Workers." *International Journal of Gynecological Cancer: Official Journal of the International Gynecological Cancer Society* 17, no. 1 (February 2007): 44–49. https://doi.org/10.1111/j.1525-1438.2006.00768.x.

182. Langseth, Hilde, and Kristina Kjaerheim. "Ovarian Cancer and Occupational Exposure among Pulp and Paper Employees in Norway." *Scandinavian Journal of Work, Environment & Health* 30, no. 5 (October 2004): 356–61.

183. Lanphear, B. P., and C. R. Buncher. "Latent Period for Malignant Mesothelioma of Occupational Origin." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 34, no. 7 (July 1992): 718–21.

184. Lee, Jennifer S., Esther M. John, Valerie McGuire, Anna Felberg, Kimberly L. Ostrow, Richard A. DiCioccio, Frederick P. Li, Alexander Miron, Dee W. West, and Alice S. Whittemore. "Breast and Ovarian Cancer in Relatives of Cancer Patients, with and without BRCA Mutations." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 15, no. 2 (February 2006): 359–63. https://doi.org/10.1158/1055-9965.EPI-05-0687.

185. Levanon, Keren, Christopher Crum, and Ronny Drapkin. 2008. "New Insights Into the Pathogenesis of Serous Ovarian Cancer and Its Clinical Impact." *Journal of Clinical Oncology* 26 (32): 5284–93. https://doi.org/10.1200/JCO.2008.18.1107.

186. Levy-Lahad, E., and E. Friedman. "Cancer Risks among BRCA1 and BRCA2 Mutation Carriers." *British Journal of Cancer* 96, no. 1 (January 15, 2007): 11–15.

187. Lin, Hui-Wen, Ying-Yueh Tu, Shiyng Yu Lin, Wei-Ju Su, Wei Li Lin, Wei Zer Lin, Shen-Chi Wu, and Yuen-Liang Lai. "Risk of Ovarian Cancer in Women with Pelvic Inflammatory Disease: A Population-Based Study." The Lancet. Oncology 12, no. 9 (September 2011): 900–904.

188. Liou, Geou-Yarh, and Peter Storz. "Reactive Oxygen Species in Cancer." Free Radical Research 44, no. 5 (May 2010): 476–96. https://doi.org/10.3109/10715761003667554.

189. Liu, D. T., and A. Hitchcock. "Endometriosis: Its Association with Retrograde Menstruation, Dysmenorrhoea and Tubal Pathology." *British Journal of Obstetrics and Gynaecology* 93, no. 8 (August 1986): 859–62.

190. Lo-Ciganic, Wei-Hsuan, Janice C. Zgibor, Clareann H. Bunker, Kirsten B. Moysich, Robert P. Edwards, and Roberta B. Ness. "Aspirin, Nonaspirin Nonsteroidal Anti-Inflammatory Drugs, or Acetaminophen and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 23, no. 2 (March 2012): 311–19.

191. Lockey, J. E. "Nonasbestos Fibrous Minerals." *Clinics in Chest Medicine* 2, no. 2 (May 1981): 203–18.

192. Longo, D. L., and R. C. Young. "Cosmetic Talc and Ovarian Cancer." *Lancet* 2, no. 8138 (August 18, 1979): 349–51.

193. Longo, William E., and Mark W. Rigler. "The Analysis of Johnson & Johnson's Historical Baby Powder & Shower to Shower Products from the 1960's to the Early 1990's for Amphibole Asbestos," November 14, 2018.

12

Report of Saloni Bhatnagar Carman
Materials Considered

194. Lu, Haitian. "Inflammation, a Key Event in Cancer Development," 2006, 221–33.

195. Madsen, Cecilie, Louise Baandrup, Christian Dehlendorff, and Susanne K. Kjaer. "Tubal Ligation and Salpingectomy and the Risk of Epithelial Ovarian Cancer and Borderline Ovarian Tumors: A Nationwide Case-Control Study." *Acta Obstetricia Et Gynecologica Scandinavica* 94, no. 1 (January 2015): 86–94.

196. Magnani, C., D. Ferrante, F. Barone-Adesi, M. Bertolotti, A. Todesco, D. Mirabelli, and B. Terracini. "Cancer Risk after Cessation of Asbestos Exposure: A Cohort Study of Italian Asbestos Cement Workers." *Occupational and Environmental Medicine* 65, no. 3 (March 2008): 164–70.

197. Maharaj-Gentry, Aleksandra, Michelle Griffin and Usha Menon. *Cancer Prevention and Screening: Concepts, Principles and Controversies*. In Rosalind A. Eeles, Christine D. Berg, and Jeffery S. Tobias (Eds.). 1st ed. Chapter 23. Accessed August 21, 2018.

198. Mallen, Adrianne R., Mary K. Townsend, and Shelley S. Tworoger. "Risk Factors for Ovarian Carcinoma." *Hematology/Oncology Clinics of North America*, September 2018.

199. Marie Mc Cullough. "Condom Makers Stop Using Talc." *Asbury Park Press*. January 16, 1996.

200. Mattenklott, M. "Asbestos in Talc Powders and in Soapstone - The Present State." *Staub, Reinhaltung Der Luft* 67 (July 1, 2007): 287–92.

201. McCullough, Marie. "Women's Health Concerns Prompt Condom Makers to Stop Using Talc." *Jersey Journal*. April 17, 1996, City Edition edition.

202. McLaughlin-Drubin, Margaret E., and Karl Munger. "Viruses Associated with Human Cancer." *Biochimica et Biophysica Acta* 1782, no. 3 (March 2008): 127–50.

203. McLemore, Miaskowski, Chen Aouizerat, and Dodd. "Epidemiological and Genetic Factors Associated With Ovarian Cancer." *Cancer Nursing* 32, no. 4 (2009): 281–88.

204. Melaiu, Ombretta, Federica Gemignani, and Stefano Landi. "The Genetic Susceptibility in the Development of Malignant Pleural Mesothelioma." *Journal of Thoracic Disease* 10, no. Suppl 2 (January 2018): S246–52.

205. Meng, Qingsong, Weixue Sun, John Jiang, Nicole M. Fletcher, Michael P. Diamond, and Ghassan M. Saed. "Identification of Common Mechanisms between Endometriosis and Ovarian Cancer." *Journal of Assisted Reproduction and Genetics* 28 (2011): 917–23.

206. Merritt, Melissa A., Adèle C. Green, Christina M. Nagle, Penelope M. Webb, Australian Cancer Study (Ovarian Cancer), and Australian Ovarian Cancer Study Group. "Talcum Powder, Chronic Pelvic Inflammation and NSAIDs in Relation to Risk of Epithelial Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 122, no. 1 (January 1, 2008): 170–76.

207. Miller, Diane M, and Jessica N. McAlpine. "Opportunistic Salpingectomy for Ovarian, Fallopian Tubal, and Peritoneal Carcinoma Risk Reduction." *UpToDate*, 2018.

208. Mills, Paul K., Deborah G. Riordan, Rosemary D. Cress, and Heather A. Young. "Perineal Talc Exposure and Epithelial Ovarian Cancer Risk in the Central Valley of California." *International Journal of Cancer. Journal International Du Cancer* 112, no. 3 (November 10, 2004): 458–64.

209. Milne, Roger L., and Antonis C. Antoniou. "Modifiers of Breast and Ovarian Cancer Risks for BRCA1 and BRCA2 Mutation Carriers." *Endocrine-Related Cancer* 23, no. 10 (2016): T69-84.

210. Moller, Danielsen, and Roursgaard Jantzen. "Oxidatively Damaged DNA in Animals Exposed to Particles." *Critical Reviews in Toxicology* 43, no. 2 (2013): 96–118.

211. Moon, Min Chaul, Jung Duck Park, Byung Soon Choi, So Young Park, Dong Won Kim, Yong Hyun Chung, Naomi Hisanaga, and Il Je Yu. "Risk Assessment of Baby Powder Exposure through Inhalation." *Toxicological Research* 27, no. 3 (September 2011): 137–41.

212. Moorman, Patricia G., Rachel T. Palmieri, Lucy Akushevich, Andrew Berchuck, and Joellen M. Schildkraut. "Ovarian Cancer Risk Factors in African-American and White Women." *American Journal of Epidemiology* 170, no. 5 (September 1, 2009): 598–606.

213. Mostafa, S. A., C. B. Bargeron, R. W. Flower, N. B. Rosenshein, T. H. Parmley, and J. D. Woodruff. "Foreign Body Granulomas in Normal Ovaries." *Obstetrics and Gynecology* 66, no. 5 (November 1985): 701–2.

214. Murphy, Megan A., Britton Trabert, Hannah P. Yang, Yikyung Park, Louise A. Brinton, Patricia Hartge, Mark E. Sherman, Albert Hollenbeck, and Nicolas Wentzensen. "Non-Steroidal Anti-Inflammatory Drug Use and Ovarian Cancer Risk: Findings from the NIH-AARP Diet and Health Study and Systematic Review." *Cancer Causes & Control: CCC* 23, no. 11 (November 2012): 1839–52.

215. Muscat, J. E., and M. S. Huncharek. "Causation and Disease: Biomedical Science in Toxic Tort Litigation." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 31, no. 12 (December 1989): 997–1002.

216. Nadler, Diana L., and Igor G. Zurbenko. "Estimating Cancer Latency Times Using a Weibull Model," 2014, 8.

217. Narod, Steven A. "Talc and Ovarian Cancer." *Gynecologic Oncology* 141, no. 3 (2016): 410–12.

218. National Cancer Institute, Surveillance, Epidemiology, and End Results Program. "Cancer Stat Facts: Ovarian Cancer," 2018.

219. National Center for Health Research. "Does Talcum Powder Cause Ovarian Cancer?" *The Voice: For Prevention, Treatment, and Policy*, Spring/Summer 2018, 32 edition.

220. National Center for Health Research. "Talcum Powder and Ovarian Cancer." *National Center for Health Research* (blog), April 13, 2018. http://www.center4research.org/talcum-powder-ovarian-cancer/.

221. Nelson, Heather H., and Karl T. Kelsey. "The Molecular Epidemiology of Asbestos and Tobacco in Lung Cancer." *Oncogene* 21, no. 48 (October 21, 2002): 7284–88.

222. Ness, R. B., and C. Cottreau. "Possible Role of Ovarian Epithelial Inflammation in Ovarian Cancer." *Journal of the National Cancer Institute* 91, no. 17 (September 1, 1999): 1459–67.

223. Ness, R. B., J. A. Grisso, C. Cottreau, J. Klapper, R. Vergona, J. E. Wheeler, M. Morgan, and J. J. Schlesselman. "Factors Related to Inflammation of the Ovarian Epithelium and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 11, no. 2 (March 2000): 111–17.

224. Newhouse, M L, Berry, G., and J. C. Wagner. "Mortality of Factory Workers in East London 1933-80." *British Journal of Industrial Medicine* 42, no. 1 (January 1985): 4–11.

225. Newhouse, M. L., G. Berry, J. C. Wagner, and M. E. Turok. "A Study of the Mortality of Female Asbestos Workers." *British Journal of Industrial Medicine* 29, no. 2 (April 1972): 134–41.

226. NIOSH. "CDC – Occupational Cancer – Carcinogen List – NIOSH Safety and Health Topic," April 24, 2017. https://www.cdc.gov/niosh/topics/cancer/npotocca.html.

227. NIOSH. "DHHS (NIOSH) Publication No. 86-102," September 1981.

228. NIOSH. "Fiber Exposure during Use of Baby Powders, Report No. IWS-36-6.," July 1972.

229. NIOSH 2011 Current Intelligence Bulletin No. 62, 2011. N

230. NIOSHTIC-2 Publications Search - 00106056 - Fiber Exposure during Use of Baby Powders, Report No. IWS-36-6. Accessed August 16, 2018. https://www.cdc.gov/niosh/nioshtic-2/00106056.html.

231. NIOSHTIC-2 Publications Search - 00106056 – Fiber.

232. Norquist, Barbara M., Maria I. Harrell, Mark F. Brady, Tom Walsh, Ming K. Lee, Suleyman Gulsuner, Sarah S. Bernards, et al. "Inherited Mutations in Women With Ovarian Carcinoma." *JAMA Oncology* 2, no. 4 (April 2016): 482–90.

233. NTP. "NTP Technical Report on the Toxicology and Carcinogenesis Studies of Benzophenone (CAS No. 119-61-9) In F344/N Rats and B6C3F1 Mice," February 2006.

234. "NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)(NonAsbestiform) in F344/N.Rats and B6C3Fl Mice (Inhalation Studies)," 1993.

235. Nutrition, Center for Food Safety and Applied. "Potential Contaminants - FDA's Testing of Cosmetics for Arsenic, Cadmium, Chromium, Cobalt, Lead, Mercury, and Nickel Content." WebContent. Accessed August 16, 2018.

236. Okada, Futoshi. "Beyond Foreign-Body-Induced Carcinogenesis: Impact of Reactive Oxygen Species Derived from Inflammatory Cells in Tumorigenic Conversion and Tumor Progression." *International Journal of Cancer* 121, no. 11 (December 1, 2007): 2364–72.

237. "OSHA Factsheet: Asbestos," 2014. https://www.osha.gov/SLTC/asbestos/.

238. Paoletti, L., S. Caiazza, G. Donelli, and F. Pocchiari. "Evaluation by Electron Microscopy Techniques of Asbestos Contamination in Industrial, Cosmetic, and Pharmaceutical Talcs." *Regulatory Toxicology and Pharmacology: RTP* 4, no. 3 (September 1984): 222–35.

239. Parmley, T. H., and J. D. Woodruff. "The Ovarian Mesothelioma." *American Journal of Obstetrics and Gynecology* 120, no. 2 (September 15, 1974): 234–41.

240. *Pathology of Asbestos-Associated Diseases*. Accessed October 14, 2014.

241. Pearce, Celeste Leigh, Claire Templeman, Mary Anne Rossing, Alice Lee, Aimee M Near, Penelope M Webb, Christina M Nagle, et al. "Association between Endometriosis and Risk of Histological Subtypes of Ovarian Cancer: A Pooled Analysis of Case–Control Studies." *The Lancet Oncology* 13, no. 4 (April 2012): 385–94.

242. Pejovic, Tanja, and Farr Nezhat. "Missing Link: Inflammation and Ovarian Cancer." *The Lancet. Oncology* 12, no. 9 (September 2011): 833–34. https://doi.org/10.1016/S1470-2045(11)70203-0.

243. Penninkilampi, Ross, and Guy D. Eslick. "Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis." *Epidemiology (Cambridge, Mass.)* 29, no. 1 (January 2018): 41–49.

244. Peres, Lauren C., et al. "Analgesic Medication Use and Risk of Epithelial Ovarian Cancer in African American Women." *British Journal of Cancer* no. 114 (2016): 819-25.

245. Peshkin, B., and et al. "Genetic Counseling and Testing for Hereditary Breast and Ovarian Cancer - UpToDate," 2018..

246. Peshkin. "Overview of Hereditary Breast and Ovarian Cancer Syndromes - UpToDate," 2018.

247. Peshkin. "Prevalence of BRCA1 and BRCA2 Mutations and Associated Cancer Risks - UpToDate," 2018.

248. Phillips, J. C., P. J. Young, K. Hardy, and S. D. Gangolli. "Studies on the Absorption and Disposition of 3H-Labelled Talc in the Rat, Mouse, Guinea-Pig and Rabbit." *Food and Cosmetics Toxicology* 16, no. 2 (April 1978): 161–63.

249. Pike, Malcom C., et al. "Hormonal Factors and the Risk of Invasive Ovarian Cancer: a Population-Based Case-Control Study." *Fertility and Sterility* vol. 82, No. 1 (2004): 186-195.

250. Pira, E., C. Pelucchi, L. Buffoni, A. Palmas, M. Turbiglio, E. Negri, P. G. Piolatto, and C. La Vecchia. "Cancer Mortality in a Cohort of Asbestos Textile Workers." *British Journal of Cancer* 92, no. 3 (February 14, 2005): 580–86. https://doi.org/10.1038/sj.bjc.6602240.

251. Pira, Enrico, Canzio Romano, Francesco S. Violante, Andrea Farioli, Giovanna Spatari, Carlo La Vecchia, and Paolo Boffetta. "Updated Mortality Study of a Cohort of Asbestos Textile Workers." *Cancer Medicine* 5, no. 9 (2016): 2623–28. https://doi.org/10.1002/cam4.824.

Rule 26 Snyder Human
Materials Considered

252. Porro, F. W., and N. M. Levine. "Pathology of Talc Pneumoconiosis with Report of an Autopsy." *Northern New York Medical Journal* 3 (April 1946): 23–25.

253. *Product: *2017 TLVs and BEIs: ACGIH*. Accessed August 16, 2018.

254. *Product: Asbestos: TLV(R) Chemical Substances 7th Edition Documentation: ACGIH*. Accessed August 16, 2018.

255. Psooy, Karen and Jason P. Archambault. "Vaginal Entrapment of Bathwater: A Source of Extra-Urethral Incontinence." *Can Urol Assoc J* Vol. 4, no. 5 (2010): E123-26.

256. Pukkala, Eero, Jan Ivar Martinsen, Elsebeth Lynge, Holmfridur Kolbrun Gunnarsdottir, Pär Sparén, Laufey Tryggvadottir, Elisabete Weiderpass, and Kristina Kjaerheim. "Occupation and Cancer - Follow-up of 15 Million People in Five Nordic Countries." *Acta Oncologica (Stockholm, Sweden)* 48, no. 5 (2009): 646–790. https://doi.org/10.1080/02841860902913546.

257. Purdie, D., A. Green, C. Bain, V. Siskind, B. Ward, N. Hacker, M. Quinn, G. Wright, P. Russell, and B. Susil. "Reproductive and Other Factors and Risk of Epithelial Ovarian Cancer: An Australian Case-Control Study. Survey of Women's Health Study Group." *International Journal of Cancer. Journal International Du Cancer* 62, no. 6 (September 15, 1995): 678–84.

258. Purdie, David M., Christopher J. Bain, Victor Siskind, Penelope M. Webb, and Adèle C. Green. "Ovulation and Risk of Epithelial Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 104, no. 2 (March 20, 2003): 228–32. https://doi.org/10.1002/ijc.10927.

259. Radic, I, I Vucak, J Milosevic, A Marusic, S Vukicevic, and M Marusic. "Immunosuppression Induced by Talc Granulomatosis in the Rat." *Clinical and Experimental Immunology* 73, no. 2 (August 1988): 316–21.

260. Ramus, Susan J., Antonis C. Antoniou, Karoline B. Kuchenbaecker, Penny Soucy, Jonathan Beesley, Xiaoqing Chen, Lesley McGuffog, et al. "Ovarian Cancer Susceptibility Alleles and Risk of Ovarian Cancer in BRCA1 and BRCA2 Mutation Carriers." *Human Mutation* 33, no. 4 (April 2012): 690–702.

261. Rasmussen, C. B., et al. "Pelvic Inflammatory Disease and the Risk of Ovarian Cancer and Borderline Ovarian Tumors: A Pooled Analysis of 13 Case-Control Studies." *Am J Epidemiol.* 185, no. 1 (2017): 8-20.

262. Rebbeck, Timothy R., Nandita Mitra, Fei Wan, Olga M. Sinilnikova, Sue Healey, Lesley McGuffog, Sylvie Mazoyer, et al. "Association of Type and Location of BRCA1 and BRCA2 Mutations with Risk of Breast and Ovarian Cancer." *JAMA* 313, no. 13 (April 7, 2015): 1347–61.

263. "Reference Manual on Scientific Evidence" Third Edition (2011).

264. REHMAN, GHANA, IFTIKHAR HUSSAIN BUKHARI, MUHAMMAD RIAZ, NASIR RASOOL, UZMA SATTAR, and HAFIZA SUMAIRA MANZOOR. "DETERMINATION OF TOXIC HEAVY METALS IN DIFFERENT BRANDS OF TALCUM POWDER." *International Journal of Applied and Natural Sciences (IJANS)* 2, no. 2 (May 2013): 8.

265. Reid, A., J. Heyworth, N. de Klerk, and A. W. Musk. "The Mortality of Women Exposed Environmentally and Domestically to Blue Asbestos at Wittenoom, Western Australia." *Occupational and Environmental Medicine* 65, no. 11 (November 2008): 743–49.

266. Reid, A., N. H. de Klerk, C. Magnani, D. Ferrante, G. Berry, A. W. Musk, and E. Merler. "Mesothelioma Risk after 40 Years since First Exposure to Asbestos: A Pooled Analysis." *Thorax* 69, no. 9 (September 2014): 843–50. https://doi.org/10.1136/thoraxjnl-2013-204161.

267. Reid, Alison, Nick de Klerk, and Arthur W. (Bill) Musk. "Does Exposure to Asbestos Cause Ovarian Cancer? A Systematic Literature Review and Meta-Analysis." *Cancer Epidemiology Biomarkers & Prevention* 20, no. 7 (July 1, 2011): 1287–95.

16

Report of Sanja Kuman
Materials Considered

268. Reid, Alison, Amanda Segal, Jane S. Heyworth, Nicholas H. de Klerk, and Arthur W. Musk. "Gynecologic and Breast Cancers in Women after Exposure to Blue Asbestos at Wittenoom." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 18, no. 1 (January 2009): 140–47. https://doi.org/10.1158/1055-9965.EPI-08-0746.

269. Reid, Brett M., Jennifer B. Permuth, and Thomas A. Sellers. "Epidemiology of Ovarian Cancer: A Review." *Cancer Biology & Medicine* 14, no. 1 (February 2017): 9–32.

270. Reuter, Simone, Subash C. Gupta, Madan M. Chaturvedi, and Bharat B. Aggarwal. "Oxidative Stress, Inflammation, and Cancer: How Are They Linked?" *Free Radical Biology and Medicine* 49, no. 11 (December 1, 2010): 1603–16.

271. "Revised Draft NIOSH CURRENT INTELLIGENCE BULLETIN Asbestos Fibers and Other Elongated Mineral Particles: State of the Science and Roadmap for Research," January 2009.

272. Rice, Megan S., Susan E. Hankinson, and Shelley S. Tworoger. "Tubal Ligation, Hysterectomy, Unilateral Oophorectomy, and Risk of Ovarian Cancer in the Nurses' Health Studies." *Fertility and Sterility* 102, no. 1 (July 2014): 192-198.e3.

273. Ring, Kari L., Christine Garcia, Martha H. Thomas, and Susan C. Modesitt. "Current and Future Role of Genetic Screening in Gynecologic Malignancies." *American Journal of Obstetrics and Gynecology* 217, no. 5 (2017): 512–21. https://doi.org/10.1016/j.ajog.2017.04.011.

274. Riska, A., J. I. Martinsen, K. Kjaerheim, E. Lynge, P. Sparen, L. Tryggvadottir, E. Weiderpass, and E. Pukkala. "Occupation and Risk of Primary Fallopian Tube Carcinoma in Nordic Countries." *International Journal of Cancer* 131, no. 1 (July 1, 2012): 186–92.

275. Rohl, A. N. "Asbestos in Talc." *Environmental Health Perspectives* 9 (December 1974): 129–32.

276. Rohl, A. N., A. M. Langer, I. J. Selikoff, A. Tordini, R. Klimentidis, D. R. Bowes, and D. L. Skinner. "Consumer Talcums and Powders: Mineral and Chemical Characterization." *Journal of Toxicology and Environmental Health* 2, no. 2 (November 1976): 255–84.

277. Roodhouse Gloyne, S. "Two Cases of Squamous Carcinoma of the Lung Occurring in Asbestosis." *Tubercle* 17, no. 1 (October 1, 1935): 5-IN2. https://doi.org/10.1016/S0041-3879(35)80795-2.

278. Rosenblatt, K. A., M. Szklo, and N. B. Rosenshein. "Mineral Fiber Exposure and the Development of Ovarian Cancer." *Gynecologic Oncology* 45, no. 1 (April 1992): 20–25.

279. Rosenblatt, Karin A., Noel S. Weiss, Kara L. Cushing-Haugen, Kristine G. Wicklund, and Mary Anne Rossing. "Genital Powder Exposure and the Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control: CCC* 22, no. 5 (May 2011): 737–42.

280. Rösler, J. A., H. J. Woitowitz, H. J. Lange, R. H. Woitowitz, K. Ulm, and K. Rödelsperger. "Mortality Rates in a Female Cohort Following Asbestos Exposure in Germany." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 36, no. 8 (August 1994): 889–93.

281. Ross, M. "Geology, Asbestos, and Health." *Environmental Health Perspectives* 9 (December 1974): 123–24.

282. Rothman, Kenneth J., Sander Greenland, and Timothy L. Lash. *Modern Epidemiology*. Lippincott Williams & Wilkins, 2008.

283. Rothman, Kenneth J. "Six Persistent Research Misconceptions." *J Gen Intern Med* 29, no. 7 (2014):1060-4.

284. Saed, Ghassan M., Rouba Ali-Fehmi, Zhong L. Jiang, Nicole M. Fletcher, Michael P. Diamond, Husam M. Abu-Soud, and Adnan R. Munkarah. "Myeloperoxidase Serves as a Redox Switch That

17

Roetman Materials Considered

Regulates Apoptosis in Epithelial Ovarian Cancer." *Gynecologic Oncology* 116, no. 2 (February 2010): 276–81. https://doi.org/10.1016/j.ygyno.2009.11.004.

285. Saed, Ghassan M., Michael P. Diamond, and Nicole M. Fletcher. "Updates of the Role of Oxidative Stress in the Pathogenesis of Ovarian Cancer." *Gynecologic Oncology* 145, no. 3 (June 2017): 595–602. https://doi.org/10.1016/j.ygyno.2017.02.033.

286. Saed, Ghassan M., Nicole M. Fletcher, Michael P. Diamond, Robert T. Morris, Nardhy Gomez-Lopez, and Ira Memaj. "Novel Expression of CD11b in Epithelial Ovarian Cancer: Potential Therapeutic Target." *Gynecologic Oncology* 148, no. 3 (2018): 567–75.

287. Saed, Ghassan M., Robert T. Morris, and Nicole M. Fletcher. *New Insights into the Pathogenesis of Ovarian Cancer: Oxidative Stress*, 2018.

288. Schildkraut, Joellen M., Sarah E. Abbott, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa L. Bondy, Michele L. Cote, et al. "Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES)." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 25, no. 10 (2016): 1411–17. https://doi.org/10.1158/1055-9965.EPI-15-1281.

289. Seeler, Albert O. "Toxic Hazards: Talc Pneumoconiosis." *New England Journal of Medicine* 261, no. 21 (November 19, 1959): 1084–85. https://doi.org/10.1056/NEJM195911192612115.

290. SEER Cancer Statistics Review, 1975-2015, National Cancer Institute, Bethesda, MD, Based on November 2017 SEER Data Submission, Posted to the SEER Web Site, April 2018.

291. Selikoff, I. J., J. Churg, and E. C. Hammond. "Asbestos Exposure and Neoplasia." *JAMA* 188 (April 6, 1964): 22–26.

292. Shan, Weiwei, and Jinsong Liu. "Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8, no. 19 (2009): 3107–11. https://doi.org/10.4161/cc.8.19.9590.

293. Shukla, Arti, Maximilian B. MacPherson, Jedd Hillegass, Maria E. Ramos-Nino, Vlada Alexeeva, Pamela M. Vacek, Jeffrey P. Bond, Harvey I. Pass, Chad Steele, and Brooke T. Mossman. "Alterations in Gene Expression in Human Mesothelial Cells Correlate with Mineral Pathogenicity." *American Journal of Respiratory Cell and Molecular Biology* 41, no. 1 (July 2009): 114–23. https://doi.org/10.1165/rcmb.2008-0146OC.

294. Shushan, A., O. Paltiel, J. Iscovich, U. Elchalal, T. Peretz, and J. G. Schenker. "Human Menopausal Gonadotropin and the Risk of Epithelial Ovarian Cancer." *Fertility and Sterility* 65, no. 1 (January 1996): 13–18.

295. Sjösten, A. C. E., H. Ellis, and G. a. B. Edelstam. "Retrograde Migration of Glove Powder in the Human Female Genital Tract." *Human Reproduction* 19, no. 4 (April 1, 2004): 991–95.

296. Stanton, M. F., M. Layard, A. Tegeris, E. Miller, M. May, E. Morgan, and A. Smith. "Relation of Particle Dimension to Carcinogenicity in Amphibole Asbestoses and Other Fibrous Minerals." *Journal of the National Cancer Institute* 67, no. 5 (November 1981): 965–75.

297. Steiling, W., M. Bascompta, P. Carthew, G. Catalano, N. Corea, A. D'Haese, P. Jackson, et al. "Principle Considerations for the Risk Assessment of Sprayed Consumer Products." *Toxicology Letters* 227, no. 1 (May 16, 2014): 41–49.

298. Stewart, Louise M., C. D'Arcy J. Holman, Patrick Aboagye-Sarfo, Judith C. Finn, David B. Preen, and Roger Hart. "In Vitro Fertilization, Endometriosis, Nulliparity and Ovarian Cancer Risk." *Gynecologic Oncology* 128, no. 2 (February 2013): 260–64.

299. Stewart, Louise M., Katrina Spilsbury, Susan Jordan, Colin Stewart, C. D'Arcy J. Holman, Aime Powell, Joanne Reekie, and Paul Cohen. "Risk of High-Grade Serous Ovarian Cancer Associated

18

with Pelvic Inflammatory Disease, Parity and Breast Cancer." *Cancer Epidemiology* 55 (August 2018): 110–16.

300. Straif, Kurt. "Update of the Scientific Evidence on Asbestos and Cancer." presented at the International Conference on Environmental and Occupational Determinants of Cancer: Interventions for Primary Prevention, Asturias (Avilés, Gijón), Spain, March 17, 2011.

301. Taher, M. K., et al. "Critical Review of the Association Between Perineal Use of Talc Powder and Risk of Ovarian Cancer." Reproductive Toxicology 90 (2019): 88-101.

302. "Talc." IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans 42 (1987): 185–224.

303. Tarchi, M., D. Orsi, P. Comba, M. De Santis, R. Pirastu, G. Battista, and M. Valiani. "Cohort Mortality Study of Rock Salt Workers in Italy." *American Journal of Industrial Medicine* 25, no. 2 (February 1994): 251–56.

304. Taskin, Salih, et al. "Malignant Peritoneal Mesothelioma Presented as Peritoneal Adenocarcinoma or Primary Ovarian Cancer: Case Series and Review of the Clinical and Immunohistochemical Features." *Int J Clin Exp Pathol* 5, no. 5 (2012): 472-78.

305. Terry, Kathryn L., Stalo Karageorgi, Yurii B. Shvetsov, Melissa A. Merritt, Galina Lurie, Pamela J. Thompson, Michael E. Carney, et al. "Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 8,525 Cases and 9,859 Controls." *Cancer Prevention Research (Philadelphia, Pa.)* 6, no. 8 (August 2013): 811–21. https://doi.org/10.1158/1940-6207.CAPR-13-0037.

306. Thomas, Charles A., and Major G. Seelig. Powder lubricated surgeon's rubber glove. United States US2621333A, filed June 27, 1947, and issued December 16, 1952.

307. Torre, Lindsey A., Britton Trabert, Carol E. DeSantis, Kimberly D. Miller, Goli Samimi, Carolyn D. Runowicz, Mia M. Gaudet, Ahmedin Jemal, and Rebecca L. Siegel. "Ovarian Cancer Statistics, 2018." *CA: A Cancer Journal for Clinicians* 68, no. 4 (July 2018): 284–96.

308. Trabert, Britton, Elizabeth M. Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L. Anderson, Theodore M. Brasky, et al. "Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium." *Journal of the National Cancer Institute* 111, no. 2 (2019).

309. Trabert, Britton. "Body Powder and Ovarian Cancer Risk – What Is the Role of Recall Bias?" *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 25, no. 10 (October 2016): 1369–70.

310. Trabert, Britton, Ligia Pinto, Patricia Hartge, Troy Kemp, Amanda Black, Mark E. Sherman, Louise A. Brinton, et al. "Pre-Diagnostic Serum Levels of Inflammation Markers and Risk of Ovarian Cancer in the Prostate, Lung, Colorectal and Ovarian Cancer (PLCO) Screening Trial." *Gynecologic Oncology* 135, no. 2 (November 2014): 297–304.

311. Tsilidis, K K, N E Allen, T J Key, L Dossus, A Lukanova, K Bakken, E Lund, et al. "Oral Contraceptive Use and Reproductive Factors and Risk of Ovarian Cancer in the European Prospective Investigation into Cancer and Nutrition." *British Journal of Cancer* 105, no. 9 (October 25, 2011): 1436–42.

312. Tsilidis, Konstantinos K., Naomi E. Allen, Timothy J. Key, Laure Dossus, Rudolf Kaaks, Kjersti Bakken, Eiliv Lund, et al. "Menopausal Hormone Therapy and Risk of Ovarian Cancer in the European Prospective Investigation into Cancer and Nutrition." *Cancer Causes & Control: CCC* 22, no. 8 (August 2011): 1075–84.

313. Tworoger, Shelley S., Kathleen M. Fairfield, Graham A. Colditz, Bernard A. Rosner, and Susan

Reference of Susan Freiman
Materials Considered

E. Hankinson. "Association of Oral Contraceptive Use, Other Contraceptive Methods, and Infertility with Ovarian Cancer Risk." *American Journal of Epidemiology* 166, no. 8 (October 15, 2007): 894–901.

314. Tzonou, A., A. Polychronopoulou, C. C. Hsieh, A. Rebelakos, A. Karakatsani, and D. Trichopoulos. "Hair Dyes, Analgesics, Tranquilizers and Perineal Talc Application as Risk Factors for Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 55, no. 3 (September 30, 1993): 408–10.

315. US EPA National Center for Environmental Assessment, Immediate Office, and Reeder Sams. "IRIS Toxicological Review of Inorganic Arsenic (Cancer) (2010 External Review Draft)." Reports & Assessments, 1995. https://cfpub.epa.gov/ncea/iris_drafts/recordisplay.cfm?deid=219111.

316. US EPA, ORD. "4-Methylphenol CASRN 106-44-5 | IRIS | US EPA, ORD," 1990.

317. Vallyathan, N. V., and J. E. Craighead. "Pulmonary Pathology in Workers Exposed to Nonasbestiform Talc." *Human Pathology* 12, no. 1 (January 1981): 28–35.

318. Van Gosen, B. S., H.A. Lowers, S.J. Sutley, and C.A. Gent. "Using the Geologic Setting of Talc Deposits as an Indicator of Amphibole Asbestos Content." *Environmental Geology* 45, no. 7 (2004): 20. https://doi.org/10.1007/s00254-003-0955-2.

319. Vanderhyden, Barbara C, Tanya J Shaw, and Jean-François Ethier. "Animal Models of Ovarian Cancer." *Reproductive Biology and Endocrinology : RB&E* 1 (October 7, 2003): 67.

320. Vasama-Neuvonen, K., E. Pukkala, H. Paakkulainen, P. Mutanen, E. Weiderpass, P. Boffetta, N. Shen, T. Kauppinen, H. Vainio, and T. Partanen. "Ovarian Cancer and Occupational Exposures in Finland." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 83–89.

321. Venkatesan, Priya. "Possible X Chromosome-Linked Transmission of Ovarian Cancer." *The Lancet. Oncology* 19, no. 4 (April 2018): e185. https://doi.org/10.1016/S1470-2045(18)30183-9.

322. Venter, P. F., and M. Iturralde. "Migration of a Particulate Radioactive Tracer from the Vagina to the Peritoneal Cavity and Ovaries." *South African Medical Journal = Suid-Afrikaanse Tydskrif Vir Geneeskunde* 55, no. 23 (June 2, 1979): 917–19.

323. Verdoodt, Freija, Christian Dehlendorff, Søren Friis, and Susanne K. Kjaer. "Non-Aspirin NSAID Use and Ovarian Cancer Mortality." *Gynecologic Oncology* 150, no. 2 (2018): 331–37.

324. Vicus, Danielle, Amy Finch, Barry Rosen, Isabel Fan, Linda Bradley, Ilana Cass, Ping Sun, et al. "Risk Factors for Carcinoma of the Fallopian Tube in Women with and without a Germline BRCA Mutation." *Gynecologic Oncology* 118, no. 2 (August 1, 2010): 155–59.

325. Vineis, Paolo, Phyllis Illari, and Federica Russo. "Causality in Cancer Research: A Journey through Models in Molecular Epidemiology and Their Philosophical Interpretation." *Emerging Themes in Epidemiology* 14, no. 7 (2017).

326. Virta, RL. "The Phase Relationship of Talc and Amphiboles in a Fibrous Talc Sample." IH; Report of Investigations, 1985. https://www.cdc.gov/niosh/nioshtic-2/10004328.html.

327. Vitonis, Allison F., Linda Titus-Ernstoff, and Daniel W. Cramer. "Assessing Ovarian Cancer Risk When Considering Elective Oophorectomy at the Time of Hysterectomy." *Obstetrics and Gynecology* 117, no. 5 (May 2011): 1042–50.

328. Vosnakis, Kelly, Elizabeth Perry, Karen Madsen, and Lisa Bradley. "Background Versus Risk-Based Screening Levels - An Examination Of Arsenic Background Soil Concentrations In Seven States." *Proceedings of the Annual International Conference on Soils, Sediments, Water and Energy* 14, no. 1 (January 26, 2010).

329. Wang, Xiaorong, Sihao Lin, Ignatius Yu, Hong Qiu, Yajia Lan, and Eiji Yano. "Cause-Specific Mortality in a Chinese Chrysotile Textile Worker Cohort." *Cancer Science* 104, no. 2 (February 2013): 245–49. https://doi.org/10.1111/cas.12060.

20

Report of Sara Hoffman
Materials Considered

330. Wang, Chunpeng, Zhenzhen Liang, Xin Liu, Qian Zhang, and Shuang Li. "The Association between Endometriosis, Tubal Ligation, Hysterectomy and Epithelial Ovarian Cancer: Meta-Analyses." *International Journal of Environmental Research and Public Health* 13, no. 11 (November 14, 2016): 1138.

331. Wehner, A.P. "Biological Effects of Cosmetic Talc." *Fd Chem. Toxic* 32, no. 12 (1994): 1173-84.

332. Wehner, A. P., A. S. Hall, R. E. Weller, E. A. Lepel, and R. E. Schirmer. "Do Particles Translocate from the Vagina to the Oviducts and Beyond?" *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 23, no. 3 (March 1985): 367–72.

333. Wehner, A. P., R. E. Weller, and E. A. Lepel. "On Talc Translocation from the Vagina to the Oviducts and Beyond." Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association 24, no. 4 (April 1986): 329–38.

334. Weiss, W. "Cigarette Smoking and Lung Cancer Trends. A Light at the End of the Tunnel?" Chest 111, no. 5 (May 1997): 1414–16.

335. Wentzensen, Nicolas, Elizabeth M. Poole, Britton Trabert, Emily White, Alan A. Arslan, Alpa V. Patel, V. Wendy Setiawan, et al. "Ovarian Cancer Risk Factors by Histologic Subtype: An Analysis From the Ovarian Cancer Cohort Consortium." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 34, no. 24 (20 2016): 2888–98.

336. Werner, I. "Presence of Asbestos in Talc Samples." *Atemschutzinform* 21, no. 5 (1982).

337. Whiteman, David C., Michael F. G. Murphy, Linda S. Cook, Daniel W. Cramer, Patricia Hartge, Polly A. Marchbanks, Philip C. Nasca, Roberta B. Ness, David M. Purdie, and Harvey A. Risch. "Multiple Births and Risk of Epithelial Ovarian Cancer." *Journal of the National Cancer Institute* 92, no. 14 (July 19, 2000): 1172–77.

338. Whittemore, A. S., R. Harris, and J. Itnyre. "Characteristics Relating to Ovarian Cancer Risk: Collaborative Analysis of 12 US Case-Control Studies. IV. The Pathogenesis of Epithelial Ovarian Cancer. Collaborative Ovarian Cancer Group." *American Journal of Epidemiology* 136, no. 10 (November 15, 1992): 1212–20.

339. Whittemore, A. S., M. L. Wu, R. S. Paffenbarger, D. L. Sarles, J. B. Kampert, S. Grosser, D. L. Jung, S. Ballon, and M. Hendrickson. "Personal and Environmental Characteristics Related to Epithelial Ovarian Cancer. II. Exposures to Talcum Powder, Tobacco, Alcohol, and Coffee." *American Journal of Epidemiology* 128, no. 6 (December 1988): 1228–40.

340. Whysner, J., and M. Mohan. "Perineal Application of Talc and Cornstarch Powders: Evaluation of Ovarian Cancer Risk." *American Journal of Obstetrics and Gynecology* 182, no. 3 (March 2000): 720–24.

341. Wignall, B.K., and A.J. Fox. "Mortality of Female Gas Mask Assemblers." *British Journal of Industrial Medicine* 39, no. 1 (1982): 34–38.

342. Wild, P. "Lung Cancer Risk and Talc Not Containing Asbestiform Fibres: A Review of the Epidemiological Evidence." *Occupational and Environmental Medicine* 63, no. 1 (January 2006): 4–9. https://doi.org/10.1136/oem.2005.020750.

343. Wolff, Henrik, Tapio Vehmas, Panu Oksa, Jorma Rantanen, and Harri Vainio. "Asbestos, Asbestosis, and Cancer, the Helsinki Criteria for Diagnosis and Attribution 2014: Recommendations." *Scandinavian Journal of Work, Environment & Health* 41, no. 1 (January 2015): 5–15.

344. Wong, C., R. E. Hempling, M. S. Piver, N. Natarajan, and C. J. Mettlin. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." Obstetrics and Gynecology 93, no. 3 (March 1999): 372–76.

345. Woodruff, J. D. "The Pathogenesis of Ovarian Neoplasia." The Johns Hopkins Medical Journal 144, no. 4 (April 1979): 117–20.

346. Wright, H. R., J. C. Wheeler, J. A. Woods, J. Hesford, P. Taylor, and R. F. Edlich. "Potential Toxicity of Retrograde Uterine Passage of Particulate Matter." *Journal of Long-Term Effects of Medical Implants* 6, no. 3–4 (1996): 199–206.

347. Wright, Jason D. "What is New in Ovarian Cancer?" *Obstet Gynecol* 132 (2018): 1498-99.

348. Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, and Malcolm C. Pike. "African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 24, no. 7 (July 2015): 1094–1100.

349. Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, Claire Templeman, and Malcolm C. Pike. "Markers of Inflammation and Risk of Ovarian Cancer in Los Angeles County." *International Journal of Cancer. Journal International Du Cancer* 124, no. 6 (March 15, 2009): 1409–15.

350. Wu, Song, Wei Zhu, Patricia Thompson, and Yusuf A. Hannun. "Evaluating Intrinsic and Non-Intrinsic Cancer Risk Factors." *Nature Communications* 9, no. 1 (August 28, 2018): 3490.

351. "You Can Steer Clients to Condoms Free from Potentially Harmful Talc: Condom Companies Agree to Produce without the Dry Lubricant." *Contraceptive Technology Update* 16, no. 11 (November 1995): 133–44.

352. Zazenski, R., W. H. Ashton, D. Briggs, M. Chudkowski, J. W. Kelse, L. MacEachern, E. F. McCarthy, M. A. Nordhauser, M. T. Roddy, and N. M. Teetsel. "Talc: Occurrence, Characterization, and Consumer Applications." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 218–29.

353. Zervomanoklakis, I, H.W. Ott, D Hadziomerovic, V. Mattle, B.E. Seeber, I. Virgolini, D. Heute, S. Kissler, G. Leyendecker, and L. Wildt. "Physiology of Upward Transport in the Human Female Genital Tract." *Annals of New York Acadamy of Sciences* 1101, no. 1 (2007): 1–20.

354. Zhao, Weixing, Justin B. Steinfeld, Fengshan Liang, Xiaoyong Chen, David G. Maranon, Chu Jian Ma, Youngho Kwon, et al. "BRCA1-BARD1 Promotes RAD51-Mediated Homologous DNA Pairing." *Nature* 550, no. 7676 (19 2017): 360–65.

355. American Board of Obstetrics and Gynecology, Inc. (ABOG), "Guide to Learning in Gynecologic Oncology." Revised 4/2018.

356. AMA Analytical Services, Inc. - Certificate of Analysis - Job Name: Task 3 - Analysis of Official Samples; Job Number: CLIN 1 - Task 3 (Oct. 11, 2019).

357. Analysis report MAS Project #14-1683 dated April 28, 2017 prepared by William Longo, Mark Rigler of the Materials Analytical Services (MAS) laboratory.

358. Analysis of Johnson & Johnson Baby Powder & Valiant Shower to Shower Talc Products for Amphibole (Tremolite) Asbestos, Expert Report, William Longo and Mark Rigler of the Materials Analytical Services (MAS), August 2, 2017.

359. Bureau Veritas Letter re: Johnson's Baby Powder Finished Goods Lot #22318RB (Protocol INV-106924-002) Bureau Veritas Reference: A1910246 (Preliminary Update/Results)

360. Campion, Alan, Kenneth J. Smith, Alexey V. Fedulov, David Gregory, Yuwei Fan and John J. Godleski. "Identification of Foreign Particles in Human Tissue using Raman Microscopy." Anal Chem (2018).

361. Cralley, L. J., M. M. Key, D. H. Groth, W. S. Lainhart, and R. M. Ligo. "Fibrous and Mineral Content of Cosmetic Talcum Products." American Industrial Hygiene Association Journal 29, no. 4 (August 1968): 350–54.

Report of Sharon Friedman
Materials Considered

362. Daubert Order and Opinion, MDL No. 2738.

363. Deposition of Alice M. Blount, Ph.D., April 13, 2018. Gail Lucille Ingham, et al., v. Johnson & Johnson, et al. Case No. 1522-CC10417

364. FDA Executive Summary "Preliminary Recommendations on Testing Methods for Asbestos in Talc and Consumer Products Containing Talc"

365. FDA News Release - Baby powder manufacturer voluntarily recalls products for asbestos.

366. Fletcher, N.M., Amy K. Harper, Ira Memaj, Rong Fan, Robert T. Morris, and Ghassan M. Saed. "Molecular Basis Supporting the Association of Talcum Powder Use with Increased Risk of Ovarian Cancer." Reproductive Sciences 1-10 (2019).

367. Fortner, et al. (2019) Ovarian cancer risk factors by tumor aggressiveness: an analysis from the Ovarian Cancer Cohort Consortium.

368. Gabriel, et al. (2019) Douching, talc use and risk for ovarian cancer and conditions realted to genital tract inflammation.

369. Gossett, del Carmen. Use of powder in the genital area and ovarian cancer risk: examining the evidence; JAMA, 2020;323(1):29-31.

370. Harlow, B. L., and N. S. Weiss. 1989. "A Case-Control Study of Borderline Ovarian Tumors: The Influence of Perineal Exposure to Talc." *American Journal of Epidemiology* 130 (2): 390–94.

371. Harper, Amy K, and Ghassan Saed. "Talc Induces a pro-Oxidant State in Normal and Ovarian Cancer Cells through Genetic Point Mutations in Key Redox Enzymes," Accepted for Presentation at SGO Meeting." In Press 2019.

372. Harper and Saed, SGO poster presentation annual meeting 2018 (Exhibit PSC_Saed 3).

373. Harper, Fan, Majed, King, Morris and Saed. (Poster Session #297) Talcum powder induces malignant transformation of human primary normal ovarian epithelial cells but not human primary normal peritoneal fibroblasts.

374. Harrington, et al. (2019) New Guidelines for Statisical Reporting in the Journal, The New England Journal of Medicine.

375. Health Canada Poster.

376. Health Canada, "Draft Screening Assessment", Chemical Abstracts Service Registry Number 14807-96-6 (December 2018).

377. IARC Monographs on the Identification of Carcinogenic Hazards to Humans "Report of the Advisory Group to Recommend Priorities for the IARC Monographs during 2020-2024".

378. Institute of Medicine (IOM) Committee on the State of Science in Ovarian Cancer Research. Ovarian Cancers: Evolving Paradigms in Research and Care. The National Academies of Sciences, Engineering and Medicine. Washington (DC): National Academies Press (US), 2016.

379. Johnson & Johnson Consumer Inc. to Voluntarily Recall a Single Lot of Johnson's Baby Powder in the United States.

380. La Vecchia. (2017) Ovarian Cancer: Epidemiology and Risk Factors. European Journal of Cancer Prevention 2017, 26:55–62.

381. Lheureux, Gourley, Vergote, Oza. Epithelial Ovarian Cancer. *Lancet* 2019; 393: 1240–53.

382. Lloyd, Jillian, Naomi S. Crouch, Catherine L. Minto, Lih-Mei Liao, Sarah M. Creighton. "Female Genital Appearance: 'Normality' Unfolds." BJOG: an International Journal of Obstetrics and Gynaecology 112 (May 2005): 643-46.

383. Longo, William E. and Mark W. Rigler. "The Analysis of Johnson & Johnson's Historical Product Containers and Imerys' Historical Railroad Car Samples from the 1960's to the Early 2000's for Amphibole Asbestos", Supplemental Report, January 15, 2019.

23

Report of Sanjay Friedman
Materials Considered

384. Longo, William E., and Mark W. Rigler. "The Analysis of Johnson & Johnson's Historical Product Containers and Imerys' Historical Railroad Car Samples from the 1960's to the Early 2,000's for Amphibole Asbestos," 2nd Supplemental Report dated February 1, 2019.

385. Mandarino et al. The effect of talc particles on phagocytes in co-culture with ovarian cancer cells, Environmental Research, 2020;180:108676.

386. MAS Project 14-1852, Below the Waist Application of Johnson & Johnson Baby Powder, William Longo, Mark Rigler, and William Egeland of Materials Analytical Services (MAS), September 2017.

387. McDonald et al. Five case studies with correlative light and scanning electron microscopy, Am J Clin Pathol, 2019;XX:1-18.

388. McDonald, et al. (2019) Correlative polarizing light and scanning electron microscopy for the assessment of talc in pelvic region lymph nodes.

389. McDonald, et al. (2019) Magnesium/silicon atomic weight percent ratio standards for the tissue identification of talc by scanning electron microscopy and energy dispersive X-ray analysis.

390. McDonald, et al. (2019) Migration of talc from the perineum to multiple pelvic organ sites.

391. Mossman, Brooke T. "Mechanistic in vitro studies: What They Have Told Us About Carcinogenic Properties of Elongated Mineral Particles (EMPs)." Toxicology and Applied Pharmacology 361 (2018): 62-67.

392. Mossman, Brooke T., et al. "New Insights into Understanding the Mechanisms, Pathogenesis, and Management of Malignant Mesotheliomas." The American Journal of Pathology 182, no. 4 (April 2013): 1065-77.

393. NCI - Ovarian, Fallopian Tube, and Primary Peritneal Cancer Prevention (PDQ) - Health Professional Version.

394. O'Brien et al. Association of powder use in the genital area with risk of ovarian cancer-supplementary online content.

395. O'Brien et al. Association of powder use in the genital area with risk of ovarian cancer; JAMA, 2020;323(1):49-59.

396. O'Brien et al. Genital powder use and risk of ovarian cancer: a pooled analysis - ASPO Abstracts.

397. O'Brien et al. Perineal talc use, douching, and the risk of uterine cancer. Epidemiology 2019;30: 845-852.

398. O'Brien and colleagues. Genital Powder Use and Ovarian Cancer Letters to the Editor. JAMA May 26, 2020. Vol. 323, Number 20; 2095-2097.

399. RJ Lee Letter and Report re: Analysis of Submitted talc samples RJ Lee Group Project Number TLH910472.

400. RJ Lee Letter and Report re:  Incidence Report, RJ Lee Group Project Number TLH910472.

401. RJ Lee Letter and Report re: INV-106924-003, RJ Lee Group Project Number TLH910477.

402. Rothman. Six Persistent Research Misconceptions.

403. Savant, S., Shruthi Sriramkumar and Heather M. O'Hagan. "The Role of Inflammation and Inflammatory Mediators in the Development, Progression, Metastasis, and Chemoresistance of Epithelial Ovarian Cancer."

404. Smith-Bindman R, Poder L, Johnson E, Miglioretti DL. Risk of Malignant Ovarian Cancer Based on Ultrasonography Findings in a Large Unselected Population. JAMA Intern Med. 2019 Jan 01; 179(1):71-77.

405. Steffen et al. Serous Ovarian Cancer caused by exposure to asbestos and fibrous talc in cosmetic talc powders - a case series, JOEM, 2020; 62(2):e65-e77.

406. Steiling, W., J. F. Almeida, H. Assaf Vandecasteele, S. Gilpin, T. Kawamoto, L. O'Keeffe, G.

Report of Sarah Kalman
Materials Considered

Pappa, K. Rettinger, H. Rothe, and A. M. Bowden. "Principles for the Safety Evaluation of Cosmetic Powders." *Toxicology Letters*, August 17, 2018.

407. Taher, et al, Systematic Review and Meta-Analysis of the Association Between Perineal Use of Talc and Risk of Ovarian Cancer (2019).

408. TEM Analysis of Historical 1978 Johnson's Baby Powder Sample of Amphibole Asbestos, Expert Report, William Longo and Mark Rigler of Materials Analytical Services (MAS) laboratory, February 16, 2018.

409. Testimony of Annie Awanais Yessian, M.D., Eva Echeverria, et al. v. Johnson & Johnson, et al. Case No. BC628228, July 13, 2017.

410. Testimony of Warer K. Huh, M.D., Gail Lucille Ingham, et al., v. Johnson & Johnson, et al., Cause No. 1522-CC10417-01, July 5, 2018.

411. Trabert, Britton, et al. "Aspirin, Nonaspirin Nonsteroidal Nonsteroidal Anti-Inflammatory Drug, and Acetaminophen Use and Risk of Invasive Epithelial Ovarian Cancer: A Pooled Analysis in the Ovarian Cancer Association Consortium." JNCI: Jour Natl Cancer Inst no. 106, no. 2 (May 31, 2018).

412. Vitonis et al. (2011) Assessing ovarian cancer risk when considering elective oophorectomy at the time of hysterectomy. *Obstet Gynecol* 2011;117:1042–50.

413. Wright, Jason D. "What is New in Ovarian Cancer?" Obstet Gynecol 132 (2018): 1498-99.

414. Wu, Song, Wei Zhu, Patricia Thompson, and Yusuf A. Hannun. "Evaluating Intrinsic and Non-Intrinsic Cancer Risk Factors." *Nature Communications* 9, no. 1 (August 28, 2018): 3490.

415. Bird, Tess, et al. (2021) A Review of the Talc Industry's Influence on Federal Regulation and Scientific Standards for Asbestos in Talc. Journal of Environmental and Occupational Health Policy 0(0) 1–18.

416. Cramer, Daniel, et al. Factors Affecting the Association of Oral Contraceptives and Ovarian Cancer. *N Engl J Med.* 1982;307:1047-51.

417. Dyer, Owen. Johnson & Johnson Recalls its Baby Powder after FDA Finds Asbestos in Sample. BMJ 2019;367I6118.

418. Emi, T. Transcriptomic and Epigenomic Effects of Insoluble Particles on J774 Macrophages. *Epigenetics* 2021; Vol. 16, No. 10, 1053-1070.

419. Exponent. Toxic Talc? Anatomy of a Talc Defense powerpoint presentation presented by John DeSesso. January 18, 2018.

420. The Facts on Talcum Powder Safety. www.factsabouttalc.com

421. Fitzgerald Analysis of Johnson & Johnson Baby Powder 1 and 2. Scientific Analytical Institute laboratory.

422. Gurowitz, Margaret. The Birth of Our Baby Products. Chapter 21. April 30, 2007.

423. Health Canada Screening Assessment Talc (P1.00000272.0001. April 2021.

424. IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Man: Volume 2," 1973. Some Inorganic and Organometallic Compounds.

425. IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Man: Volume 14," 1977. Asbestos.

426. IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Volume 101," 2013. Some Chemicals Present in Industrial and Consumer Products, Food and Drinking-Water.

427. Manichaikul, Ani, et al. Identification of Novel Epithelial Ovarian Cancer Loci in Women of African Ancestry. *Int J Cancer.* 2020 June 01; 146(11): 2987–2998.

428. MVA Scientific Consultants Laboratory. Investigation of Italian Talc Samples for Asbestos. August 1, 2017.

429. USEPA Prioritized Chronic-Dose Response Values. 2014

Report of Saman
Materials Considered

430. Yachida, Nozomi, et al. How Does Endometriosis Lead to Ovarian Cancer? The Molecular Mechanism of Endometriosis-Associated Ovarian Cancer Development. *Cancers* 2021, 13, 1439.

431. Williams, Kristina, et al. "Prognostic Significance and Predictors of the Neutrophil-to-Lymphocyte Ration in Ovarian Cancer." Gynecol Oncol. 2014 March ; 132(3): 542–550.

432. Ingham SL, Warwick J, Buchan I, et al. Ovarian cancer among 8,005 women from a breast cancer family history clinic: no increased risk of invasive ovarian cancer in families testing negative for BRCA1 and BRCA2. J Med Genet 2013; 50:368.

433. King MC, Walsh T. Testing Ashkenazi Jewish Women for Mutations Predisposing to Breast Cancer in Genes Other Than BRCA1 and BRCA2-Reply. JAMA Oncol 2018; 4:1012.

434. National Comprehensive Cancer Network. NCCN Clinical Practice Guidelines in Oncology. Breast cancer screening and diagnosis. Version 1.2020. http://www.nccn.org/professionals/physician_gls/f_guidelines.asp (Accessed on November 11, 2020).

435. Nelson HD, Pappas M, Cantor A, et al. Risk Assessment, Genetic Counseling, and Genetic Testing for BRCA-Related Cancer in Women: Updated Evidence Report and Systematic Review for the US Preventive Services Task Force. JAMA 2019; 322:666.

436. Peshkin and Isaacs, Genetic testing and management of individuals at risk of hereditary breast and ovarian cancer syndromes, UpToDate April 2021.

437. Struewing JP, Hartge P, Wacholder S, et al. The risk of cancer associated with specific mutations of BRCA1 and BRCA2 among Ashkenazi Jews. N Engl J Med 1997; 336:1401.

438. US Preventive Services Task Force, Owens DK, Davidson KW, et al. Risk Assessment, Genetic Counseling, and Genetic Testing for BRCA-Related Cancer: US Preventive Services Task Force Recommendation Statement. JAMA 2019; 322:652.

439. Walsh T, Mandell JB, Norquist BM, et al. Genetic Predisposition to Breast Cancer Due to Mutations Other Than BRCA1 and BRCA2 Founder Alleles Among Ashkenazi Jewish Women. JAMA Oncol 2017; 3:1647.

440. Goodman, J., et al. A Critical Review of Talc and Ovarian Cancer. J Toxicol Environ Health, Part B 2020; 23(5):185-213.

441. Childers, CP et al. National Estimates of Genetic Testing in Women with a History of Breast or Ovarian Cancer. Journal of Clinical Oncology, 2017 Dec. 1; 35 (34)3800-3806.

442. Compton, SA et al. Ring shaped RAD51 Paralog Protein Complexes Bind Holliday Junctions and Replication Forks as Visualized by Electron Microscopy. The Journal of Biological Chemistry 2010; 285:13349.

443. Curia, Maria Cristina et al. MUTYH: Not just polyposis. World Journal of Clinical Oncology vol. 11,7 (2020): 428-449.

444. Davis, Colette et al. Genital powder use and risk of epithelial ovarian cancer in the Ovarian Cancer in Women of African Ancestry Consortium. Cancer Epidemiol Biomarkers Prev. 2021.

445. Dominguez-Valentin, M et al. Cancer risks by gene, age, and gender in 6350 carriers of pathogenic mismatch repair variants: findings from the Prospective Lynch Syndrome Database. Genetics in Med 2020; 22:15.

446. Ewald, Ingrid et al. Genomic rearrangements in BRCA1 and BRCA2: A literature review. Genetics and Molecular Biology, 32, 3, (2009) 437-446.

447. Fanale D, Fiorino A, Incorvaia L, et al. Prevalence and Spectrum of Germline BRCA1 and BRCA2 Variants of Uncertain Significance in Breast/Ovarian Cancer: Mysterious Signals from the Genome. Front Oncol. 2021;11:682445.

448. Federici, Giulia, Variants of uncertain significance in the era of high-throughput genome sequencing: a lesson from breast and ovary cancers. Journal of Experimental & Clinical Cancer

Report of Sonia Kurman
Materials Considered

Research 2020; 39:46.

449. Frank, TS et al. Clinical characteristics of individuals with germline mutations in BRCA1 and BRCA2. J Clin Oncol 2002; 20:1480.

450. Frey MK, Kim SH, Bassett RY, Martineau J, Dalton E, Chern JY, Blank SV. Rescreening for genetic mutations using multi-gene panel testing in patients who previously underwent non-informative genetic screening. Gynecol Oncol. 2015 Nov;139(2):211-5.

451. Garcia-de-Teresa et al. Chromosome Instability in Fanconi Anemi: Brom Breaks to Phenotypic Consequences. GENES 2020; 11:1528.

452. Gene-Disease Validity Classification Summary, MUTYH - familial ovarian cancer, Clinical Genome Resource. URL [08.22.2021]

453. George, Sophia et al. Proliferation in the Normal FTE Is a Hallmark of the Follicular Phase, Not BRCA Mutation Status. Clinical Cancer Research 2012.

454. Greaves, M. How many mutations does it take? The Darwin Cancer Blog, BMJ 10/26/2015

455. Hall JM, Lee MK, Morrow J, Newman B, Anderson LA, Huey B, King M-C. Linkage of early-onset familial breast cancer to chromosome 17q21. Science 1990; 250:1684-1689.

456. Han E, Yoo J, Chae H, Lee S, Kim DH, Kim KJ, Kim Y, Kim M. Detection of BRCA1/2 large genomic rearrangement including BRCA1 promoter-region deletions using next-generation sequencing. Clin Chim Acta. 2020 Jun;505:49-54.

457. Heather, JM and Chain, B. The sequence of sequencers: The history of sequencing DNA. Genomics 2016; 107:1.

458. Hodan et al. Prevalence of Lynch Syndrome in women with mismatch repair-deficient ovarian cancer. Cancer Med 2021; 10:1012.

459. Hutchcraft, Megan L et al. MUTYH as an Emerging Predictive Biomarker in Ovarian Cancer. Diagnostics (Basel, Switzerland) vol. 11,1 84. 6 Jan. 2021.

460. Jackson, Sarah et al. Characteristics of Individuals With Breast Cancer Rearrangements in BRCA 1 and BRCA2. Cancer 2014 May 15; 120(10): 1557-1564.

461. Knudson,AG. Mutation and cancer: a statistical study of retinoblastoma. PNAS USA 1971;98:820.

462. Konstantinopoulos PA, Norquist B, Lacchetti C, Armstrong D, Grisham RN, Goodfellow PJ, Kohn EC, Levine DA, Liu JF, Lu KH, Sparacio D, Annunziata CM. Germline and Somatic Tumor Testing in Epithelial Ovarian Cancer: ASCO Guideline. J Clin Oncol. 2020 Apr 10;38(11):1222-1245.

463. Kuchenbaecker KB, et al. Risks of Breast, Ovarian, and Contralateral Breast Cancer for BRCA1 and BRCA2 Mutation Carriers. JAMA 2017 Jun 20;317(23):2402-2416.

464. Lee, Kristy et al. Clinical Validity Assessment of Genes Frequently Tested on Hereditary Breast and Ovarian Cancer Susceptibility Sequencing Panels. Genet Med. 2019 July ; 21(7): 1497–1506.

465. Lewis, Ricki "What's a "Variant of Uncertain Significance?" A VUS?" https://dnascience.plos.org/2018/05/03/whats-a-variant-of-uncertain-significance-a-vus/

466. Lincoln, S. A Systematic Comparison of Traditional and Multigene Panel Testing for Hereditary Breast and Ovarian Cancer Genes in More Than 1000 Patients. J Mol Diagn 2015, 17: 533-544

467. Lu, KH and Daniels, MC, Endometrial and Ovarian Cancer in Women with Lynch Syndrome: Update on Screening and Prevention. Fam Cancer 2013; 12:273.

468. Martincorena, et al. Universal Patterns of Selection in Cancer and Somatic Tissues. Cell 2017;171:1029 .

469. Morjaria, S. Driver mutations in Oncogenesis. International J of Molecular and Immunooncology 2020; 6:100

470. Nielsen, F., van Overeem Hansen, T. & Sorensen, C. Hereditary breast and ovarian cancer: new

Report of Sanford Markman
Materials Considered

genes in confined pathways. Nat Rev Cancer 16, 599–612 (2016).

471. Piombino et al. Secondary Prevention in Hereditary Breast and/or Ovarian Cancer Syndromes Other than BRCA. J Oncol 2020:6384190.

472. Plon, SE et al. Sequence variant classification and reporting: recommendations for improving the interpretation of cancer susceptibility genetic tests results. Hum Mutat 2008;29:1282.

473. Richards, Sue et al. Standards and guidelines for the interpretation of sequence variants: a joint consensus recommendation of the American College of Medical Genetics and Genomics and the Association for Molecular Pathology. Genetics in medicine : official journal of the American College of Medical Genetics vol. 17,5 (2015): 405-24.

474. Schorge, John O et al. SGO White Paper on ovarian cancer: etiology, screening and surveillance. Gynecologic oncology. 2010; vol. 119,1: 7-17.

475. Terdiman, Jonathan P. MYH-associated disease: attenuated adenomatous polyposis of the colon is only part of the story." Gastroenterology vol. 137,6 (2009): 1883-6.

476. Verma M, Kulshrestha S, Puri A. Genome Sequencing. Methods Mol Biol. 2017;1525:3-33.

477. Vogt, Stefanie et al. Expanded extracolonic tumor spectrum in MUTYH-associated polyposis. Gastroenterology vol. 137,6 (2009): 1976-85.e1-10.

478. Wallace, AJ. New challenges for BRCA testing: a view from the diagnostic laboratory. Eur J Hum Genet 2016; 24:S10.

479. Wentzensen, Nicolas, O'Brien, Katie M. Talc, body powder, and ovarian cancer: A summary of the epidemiologic evidence. Gynecologic Oncology 2021, ISSN0090-8258.

480. Wilson, M K et al. Fifth Ovarian Cancer Consensus Conference of the Gynecologic Cancer InterGroup: recurrent disease. Annals of oncology: official journal of the European Society for Medical Oncology 2017; vol. 28,4: 727-732.

481. Win, Aung Ko et al. Risk of extracolonic cancers for people with biallelic and monoallelic mutations in MUTYH. Int J Cancer. 2016 October 1; 139(7): 1557–1563.

482. Wooster, R et al. Identification of breast cancer susceptibility gene BRCA2. Nature 1994; 378:789.

483. Wright, Maya A et al. Douching or Perineal Talc Use and Prevalent Fibroids in Young African American Women. Journal of women's health 5 Mar. 2021.

484. Yang, X et al. Ovarian and Breast Cancer Risks Associated with Pathogenic Variants in RAD51C and RAD51D. JCNI 2020; 112.

485. Peres, Lauren, et al. Racial Differences in Population Attributable Risk for Epithelial Ovarian Cancer in the OCWAA Consortium. JCNI 2021; 113(6): djaa188.

486. Alvi, Q et al. Demographic, Lifestyle and Reproductive Factors Associated with Ovarian Cancer Among Married Women in Pakistan. Journal of Namibian Studies. 35 (2023): 2029-2041.

487. Ambarak, Mariam Farag. Discovering of Asbestos Fibers and Corn Starch in Talc Material for Baby Powder Samples from Different Markets in Benghazi City. Ad J Chem B 2023. 5(3): 261-270.

488. Amerian Cancer Society. "Talcum Powder and Cancer." Statement, December 6, 2022.

489. APHA. "Eliminating Exposure to Asbestos." Statement, November 5, 2019.

490. Borm, Paul J.A. Talc Inhalation in Rats and Humans. JOEM February 2023. 65(2): 152-159.

491. Brieger, K et al. High Pre-Diagnosis Inflammation-Related Risk Score Associated with Decreased Ovarian Cancer Survival. Cancer Epidemiol Biomarkers Prev. 2022 February; 31(2): 443-452.

492. Brieger, K et al. High Pre-Diagnosis Inflammation-Related Risk Score Associated with Decreased Ovarian Cancer Survival. Supplemental 1 Tables. 2022.

493. Brieger, K et al. High Pre-Diagnosis Inflammation-Related Risk Score Associated with Decreased Ovarian Cancer Survival. Supplemental 2 Table. 2022.

Report of Sarah Kooiman
Materials Considered

494. Ciocan, C et al. Mortality in the Cohort of Talc Miners and Millers from Val Chisone, Northern Italy: 74 Years of Follow Up. Environmental Research 203 (2022): 111865.

495. Cramer, Daniel. The Association of Talc Use and Ovarian Cancer: Biased or Causal Letter to the Editor. Gynecologic Oncology Reports 41 (2022).

496. Davis, C et al. Genital Powder Use and Risk of Epithelial Ovarian Cancer in the Ovarian Cancer in Women of African Ancestry Consortium. Cancer Epidemiol Biomarkers Prev. 2021; 30: 1660-8.

497. Ding, D et al. Insights into the Role of Oxidative Stress in Ovarian Cancer. Oxidative Medicine and Cellular Longevity Vol. 2021. https://doi.org/10.1155/2021/8388258.

498. Federal Register. Asbestos; Reporting and Recordkeeping Requirements Under the Toxic Substances Control Act (TSCA). A Final Rule by the EPA on July 25, 2023.

499. Ferrante, D et al. Italian Pool of Asbestos Workers Cohorts: Mortality Trends of Asbestos-Related Neoplasms after Long Time since First Exposure. Occup Environ Med 2017; 74: 887-898.

500. Gossett, D and del Carmen, M. Use of Powder in the Genital Area and Ovarian Cancer Risk Letter to the Editor. JAMA January 7, 2020. Volume 323, Number 1.

501. Henley, S et al. Geographic Co-Occurrence of Mesothelioma and Ovarian Cancer Incidence. J Womens Health January 2020; 29(1): 111-118.

502. Huang, T et al. Estimated Number of Lifetime Ovulatory Years and Its Determinants in Relation to Levels of Circulating Inflammatory Biomarkers. Am J Epidemiol 2020; 189(7): 660-670.

503. Hurwitz, L et al. Modification of the Association Between Frequent Aspirin Use and Ovarian Cancer Risk: A Meta-Analysis Using Individual-Level Data From Two Ovarian Cancer Consortia. J Clin Oncol 2022.

504. Leung, L et al. Occupational Environment and Ovarian Cancer Risk. Occup Environ Med 2023; 0:1-9.

505. Lynch, H et al. Systematic Review of the Association Between Talc and Female Reproductive Tract Cancers. Frontiers in Toxicology August 7, 2023.

506. Lynch, H et al. Systematic Review of the Association Between Talc and Female Reproductive Tract Cancers. Frontiers in Toxicology. Supplemental Online Content.

507. Micha J et al. Talc Powder and Ovarian Cancer: What is the Evidence? Arch Gynecol Obstet 2022; 306: 931-933.

508. National Cancer Institute. Asbestos – Cancer-Causing Substances. March 29, 2022.

509. National Cancer Institute. Ovarian, Fallopian Tube, and Primary Peritoneal Cancers Prevention (PDQ) Health Professional Version. October 16, 2023.

510. Nowak, D et al. Asbestos Exposure and Ovarian Cancer - a Gynecological Occupational Disease. Background, Mandatory Notification, Practical Approach. Geburtshilfe Frauenheilkd 2021 May; 81(5): 555-561.

511. O'Brien, K et al. Douching and Genital Talc Use: Patterns of Use and Reliability of Self-Reported Exposure Manuscript.

512. Johnson & Johnson's Baby Powder: A Comprehensive Review (in Response to Health Canada). March 17, 2020.

513. Pal, T et al. BRCA1 and BRCA2 Mutations Account for a Large Proportion of Ovarian Carcinoma Cases. Cancer December 15, 2005; 104(12): 2807-16.

514. Permuth-Wey, J et al. Epidemiology of Ovarian Cancer: An Update. *Advances in Diagnosis and Management of Ovarian Cancer.* 2014.

515. Phung, M et al. Effects of Risk Factors for Ovarian Cancer in Women With and Without Endometriosis. Fertil and Steril 2022.

516. Phung, M et al. Effects of Risk Factors for Ovarian Cancer in Women With and Without

Endometriosis. Supplemental Content Online.

517. Santosh, S et al. "Oxidative Stress in the Pathogenesis of Ovarian Cancer." Handbook of Oxidative Stress in Cancer: Therapeutic Aspects. 2022. https://doi.org/10.1007/978-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-0_226

518. Schildkraut, J. Invited Commentary: Relationship Between Ovulation and Markers of Systemic Inflammation Versus Markers of Localized Inflammation. Am J Epidemiol. 2020; 189(7): 671-673.

519. Slomovitz, B et al. Asbestos and Ovarian Cancer: Examining the Historical Evidence. Int J Gynecol Cancer 2021; 31: 122-128.

520. Tanha, Kiarash et al. Investigation on Factors Associated with Ovarian Cancer: An Umbrella Review of Systematic Review and Meta-Analyses. Journal of Ovarian Research 2021; 14: 153.

521. Tran, T and Egilman, D. Response to Micha et al. (2022) Talc Powder and Ovarian Cancer: What is the Evidence? Archives of Gynecology and Obstetrics December 2022.

522. Vidican, P et al. Frequency of Asbestos Exposure and Histological Subtype of Ovarian Carcinoma. Int J Environ Res Public Health 2022; 19 (5383).

523. Walsh, T et al. Mutations in 12 Genes for Inherited Ovarian, Fallopian Tube and Peritoneal Carcinoma Identified by Massively Parallel Sequencing. PNAS November 1, 2011. 108 (44).

524. Wentzensen, N and O'Brien, K. Talc, Body Powder, and Ovarian Cancer: A summary of the Epidemiologic Evidence. Gynecologic Oncology July 2021. https://doi.org/10.1016/j.ygyno.2021.07.032

525. Woolen S, Lazar, A and Smith-Bindman, R. Association Between the Frequent Use of Perineal Talcum Powder Products and Ovarian Cancer: A Systematic Review and Meta-Analysis. J Gen Intern Med 2022.

526. Woolen S, Lazar, A and Smith-Bindman, R. Association Between the Frequent Use of Perineal Talcum Powder Products and Ovarian Cancer. Supplemental Content Online.

527. Yin, YS and Liu, HY. The Asbestos Contamination of Body Powder and Its Effect on Ovarian Health. February 4, 2022. https://doi.org/10.21203/rs.3.rs-1237040/v1.

528. Kim S., et al. Asbestos Exposure and Ovarian Cancer: A Meta Analysis. Safety and Health at Work 2023.

529. Turati F, et al. Occupational Asbestos Exposure and Ovarian Cancer: Updated Systematic Review. Occupational Medicine 2023, XX, 1-9.

530. 2nd Amended MDL Expert Report of Anne McTiernan, MD, PhD.

531. 3rd Supplemental MDL Report William. Longo, PhD (11-17-23).

532. Amended MDL Expert Report of David A Kessler, MD, JD.

533. MDL Expert Report of Bernard Harlow, PhD & Kenneth Rothman, DrPH.

534. MDL Expert Report of George Newman, PhD.

535. MDL Exposure Calculations for Six Ovarian Cancer Victims Bellwether cases, William Longo, PhD (11-17-23).

536. Supplemental MDL Expert Report of Patricia Moorman, MSPH, PhD.

537. Supplemental MDL Expert Report of Sonal Singh, MD, MPH.

538. American Cancer Society. Cancer Facts and Figures 2024.

539. Chang C., et al. Use of Personal Care Product Mixtures and Incident Hormone-Sensitive Cancers in the Sister Study: A U.S.-Wide Prospective Cohort. Environment International 183 (2024). Includes Supplemental Content Online.

540. O'Brien KM et al. Intimate Care Products and Incidence of Hormone-Related Cancers: A Quantitative Bias Analysis. J Clin Oncol 00:1-15 (2024).

541. Sanchez-Prieto M et al. Etiopathogenesis of Ovarian Cancer. An Inflamm-aging Entity? Gyn Onc

Reports of Dr. Saed Friedman
Materials Considered

Reports 42 (2022) 101018.

542. Harris H et al. Epidemiologic Methods to Advance Our Understanding of Ovarian Cancer Risk. J Clin Oncol 00:1-3 (2024).

543. Hagelund N. Study Finds Association Between Genital Talc Use and Increased Risk of Ovarian Cancer. Am Soc of Clin Onc, ASCO Perspective, May 15, 2024. https://society.asco.org/about-asco/press-center/news-releases/study-finds-association-between-genital-talc-use-and-increased

## **Company Documents**

1. IMERYS 088907
2. IMERYS 210136
3. IMERYS048311
4. IMERYS051370
5. IMERYS053387
6. IMERYS088907
7. IMERYS090653
8. IMERYS094601
9. IMERYS098115
10. IMERYS105215
11. IMERYS137677/P-594
12. IMERYS210136
13. IMERYS210729
14. IMERYS219720
15. IMERYS230366
16. IMERYS241866
17. IMERYS245144/P-659
18. IMERYS248877
19. IMERYS255101
20. IMERYS255224
21. IMERYS255384
22. IMERYS255394
23. IMERYS255395
24. IMERYS279884
25. IMERYS279968
26. IMERYS281335
27. IMERYS281776
28. IMERYS284935
29. IMERYS304036
30. IMERYS304036
31. IMERYS324700
32. IMERYS342524
33. IMERYS406170
34. IMERYS422289
35. IMERYS467511
36. IMERYS-A_0011817
37. IMERYS-A_0015663

38.  IMERYS-A_0024548
39.  J&J S2s and BP Product Analysis (1972)
40.  JANSSEN-000001/P-22
41.  JANSSEN-000056/P-23
42.  JNJ 000251888
43.  JNJ000000704/P-396
44.  JNJ000011150
45.  JNJ000016645
46.  JNJ000019415
47.  JNJ000026987
48.  JNJ000030027
49.  JNJ000062359
50.  JNJ000062436
51.  JNJ000063951
52.  JNJ000064544
53.  JNJ000064762
54.  JNJ000065264
55.  JNJ000065601
56.  JNJ000087166
57.  JNJ000087710
58.  JNJ000087716
59.  JNJ000089413
60.  JNJ000231422
61.  JNJ000232996
62.  JNJ000236810
63.  JNJ000237076
64.  JNJ000238021
65.  JNJ000245002
66.  JNJ000245678
67.  JNJ000245762
68.  JNJ000246467
69.  JNJ000247375
70.  JNJ000251888
71.  JNJ000260570
72.  JNJ000260697
73.  JNJ000260709
74.  JNJ000261010
75.  JNJ000264743
76.  JNJ000265171
77.  JNJ000265536
78.  JNJ000277941
79.  JNJ000279507
80.  JNJ000314315
81.  JNJ000314406
82.  JNJ000347962
83.  JNJ000348778
84.  JNJ000381995

Reuben Smith-Freedman
Materials Considered

85.   JNJ000404860
86.   JNJ000460665
87.   JNJ000521616
88.   JNJ000526750
89.   JNJ000025132
90.   JNJ000046293
91.   JNJ000260700
92.   JNJAZ55_000000577
93.   JNJAZ55_000000905
94.   JNJAZ55_000004563
95.   JNJAZ55_000006341
96.   JNJAZ55_000008177
97.   JNJL61_000014431
98.   JNJMX68_000003728
99.   JNJMX68_000012858
100.  JNJMX68_000013019
101.  JNJMX68_000013945
102.  JNJMX68_000017827
103.  JNJNL61_000079334
104.  LUZ013094/P-26
105.  P-321
106.  P-47
107.  PCPC_MDL00062175
108.  PCPC0075758
109.  RJLEE-001497
110.  WCD 002478 - Exhibit 32 Waldstreicher
111.  Pltf_MISC_00000272 (JANSSEN-000001-19) 1962.
112.  RA00461
113.  RA00462
114.  RA00469-70
115.  RA00471-72
116.  RA00473
117.  RA00474
118.  RA00475
119.  RA00476
120.  RA00477-78
121.  JNJTALC001465273

# Exhibit C

**Rebecca Smith-Bindman, MD**
**Medical Legal Testimony in last 5 years**


Date: February 7, 2019 and February 8, 2019
Johnson& Johnson Talcum Powder Products Marketing, Sales Practices and Product Liability
Litigation MDL No. 2738

Date: August 26, 2021 and August 27, 2021
Ellen Kleiner v. Johnson & Johnson, et al.
Court of Common Pleas, First Judicial District of Pennsylvania

Date: October 10, 2021
Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Product Liability
Litigation MDL No. 2738

Date: March 20, 2024
Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Product Liability
Litigation MDL No. 2738


**Hourly Rate: $1,000/hour**

Exhibit 20

Shawn Levy, Ph.D.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW JERSEY

_____

IN RE:  JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY
LITIGATION
                              Case No. 16-2738
THIS DOCUMENT RELATES TO       (FLW)   (LHG)
ALL CASES

MDL Docket No. 2738
_____

Friday, January 11, 2019

- - - - -

          The video deposition of SHAWN LEVY, Ph.D.,

          taken pursuant to notice, was held at the

          Embassy Suites Huntsville, 850 Monroe Street

          S.W., Huntsville, Alabama, commencing at

          approximately 9:04 a.m., on the above date,

          before Lois Anne Robinson, Registered Diplomate

          Reporter, Certified Realtime Reporter, and

          Notary Public for the State of Alabama.

Shawn Levy, Ph.D.

## Page 2

```
 1         A P P E A R A N C E S
 2   COUNSEL FOR PLAINTIFFS' STEERING COMMITTEE:
 3      BEASLEY ALLEN, P.C.
        218 Commerce Street
 4      Montgomery, Alabama  36104
        BY:  P. LEIGH O'DELL, Esquire
 5         Leigh.odell@beasleyallen.com
           JENNIFER K. EMMEL, ESQUIRE
 6         Jennifer.emmel@beasleyallen.com
 7      BURNS CHAREST, LLP
        900 Jackson Street, Suite 500
 8      Dallas, Texas  75202
        BY:  MARTIN D. BARRIE, J.D., Ph.D.
 9         Mbarrie@burnscharest.com
10      NAPOLI SHKOLNIK PLLC
        400 Broadhollow Road, Suite 305
11      Melville, New York  11747
        BY:  ALASTAIR J. M. FINDEIS, ESQUIRE
12         Afindeis@napolilaw.com
13   FOR THE DEFENDANT, JOHNSON & JOHNSON:
14      WEIL, GOTSHAL & MANGES, LLP
        17 Hulfish Street, Suite 201
15      Princeton, NJ  08542-3792
        BY:  ALLISON M. BROWN, ESQUIRE
16         Allison.brown@weil.com
17      WEIL, GOTSHAL & MANGES, LLP
        767 Fifth Avenue
18      New York, New York  10153-0119
        BY:  ALEXIS KELLERT, ESQUIRE
19         Alexis.kellert@weil.com
20      SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
        4 Times Square
21      New York, New York  10036
        BY:  Benjamin Halperin, Esquire
22         Benjamin.halperin@skadden.com
23
24
```

## Page 3

```
 1         A P P E A R A N C E S - (continued)
 2
     FOR THE DEFENDANT, IMERYS TALC AMERICA:
 3
        GORDON & REES SCULLY MANSUKHANI, LLP
 4      816 Congress Avenue, Suite 1510
        Austin, Texas  78701
 5      BY:  KENNETH J. FERGUSON, ESQUIRE
           Kferguson@gordonrees.com
 6
 7   COUNSEL FOR PTI:
 8      TUCKER ELLIS, LLP
        233 S. Wacker Drive, Suite 6950
 9      Chicago, Illinois  60606-9997
        BY:  JAMES W. MIZGALA, ESQUIRE
10         James.mizgala@tuckerellis.com
11
     COUNSEL FOR PERSONAL CARE PRODUCTS COUNCIL:
12
        SEYFARTH SHAW LLP
13      975 F Street N.W.
        Washington, D.C. 20004-1454
14      BY:  RENÉE B. APPEL, ESQUIRE
           Rappel@seyfarth.com
15
16
17
18   VIDEOGRAPHER:
        JULIE ROBINSON
19
20
21
        LOIS ANNE ROBINSON, RPR, RDR, CRR
22      COURT REPORTER
23
24
```

## Page 4

```
 1              I N D E X
 2   EXAMINATION                      PAGE
 3
 4   By Ms. Brown                       7
 5   By Mr. Ferguson                  307
 6   By Ms. O'Dell                    357
 7   By Ms. Brown                     372
 8   By Ms. O'Dell                    389
 9
10            * * * * * *
11
12   EXHIBITS
13   Deposition Exhibit Number 1       14
14     Notice of Deposition
15   Deposition Exhibit Number 2       33
16     Levy expert report
17   Deposition Exhibit Number 3       16
18     Levy invoices of 5/2/18 and 1/8/19
19   Deposition Exhibit Number 4       19
20     Government of Canada document regarding draft screening
21     assessment of talc
22   Deposition Exhibit Number 5       21
23     Government of Canada document regarding potential risk of
24     lung effects and ovarian cancer from talc
```

## Page 5

```
 1            I N D E X - (Continued)
 2   Deposition Exhibit Number 6       23
 3     Draft manuscript regarding systematic review and
 4     meta-analysis of the association between perineal use of talc
 5     and risk of ovarian cancer
 6   Deposition Exhibit Number 7       30
 7     Hamilton article
 8   Deposition Exhibit Number 8       49
 9     Judith Zelikoff expert report
10   Deposition Exhibit Number 9       59
11     Mayo Clinic website article entitled "Cancer"
12   Deposition Exhibit Number 10      72
13     Wikipedia page
14   Deposition Exhibit Number 11      75
15     Coussens and Werb article
16   Deposition Exhibit Number 12      82
17     Preprint manuscript of "Molecular Basis Supporting the
18     Association of Talcum Powder Use With Increased Risk of
19     Ovarian Cancer"
20   Deposition Exhibit Number 13      82
21     December 26 Email to Dr. Saed
22   Deposition Exhibit Number 14     142
23     "Evaluating Biological Plausibility in Supporting Evidence
24     For Action Through Systematic Reviews in Public Health"
```

2 (Pages 2 to 5)

Page 6

1          I N D E X - (continued)
2    Deposition Exhibit Number 15          190
3       NTP study
4    Deposition Exhibit Number 16          192
5       2014 Citizens Petition to FDA
6    Deposition Exhibit Number 17          208
7       BuzZard study
8    Deposition Exhibit Number 18          218
9       "Perineal Talc Use and Ovarian Cancer," by Ross Penninkilampi
10   Deposition Exhibit Number 19          249
11      Heller article
12   Deposition Exhibit Number 20          270
13      Merritt paper - "Talcum Powder Chronic Pelvic Inflammation
14      and NSAIDs in Relation to the Risk of Epithelial Ovarian
15      Cancer"
16   Deposition Exhibit Number 21          326
17      Nunes article
18   Deposition Exhibit Number 22          367
19      Park article
20
21
22
23
24

Page 7

```
1    VIDEOGRAPHER:
2          We are now on the record.  My name is
3    Julie Robinson.  I'm a videographer representing
4    Golkow Litigation Services.
5          Today's date is January 11th, 2019, and
6    the time is 9:04 a.m.
7          This video deposition is being held in
8    Huntsville, Alabama, in the matter of
9    Johnson & Johnson Talcum Power Product Marketing,
10   Sales Practices, and Products Liability
11   Litigation, MDL Docket Number 2738.
12         The deponent is Dr. Shawn Levy.
13         Counsel will be noted on the
14   stenographic record.
15         The court reporter is Lois Robinson,
16   who will now swear in the witness.
17         SHAWN LEVY, Ph.D.,
18         the witness, after having first been
19   duly sworn to tell the truth, the whole truth,
20   and nothing but the truth, was examined and
21   testified as follows:
22         EXAMINATION
23   BY MS. BROWN:
24   Q      Good morning, Dr. Levy.
```

Page 8

```
1    A      Good morning.
2    Q      My name is Alli Brown.  I represent
3    Johnson & Johnson, and I'll start with some
4    questions for you here today.
5          Dr. Levy, have you ever been deposed
6    before?
7    A      Yes.
8    Q      And tell me, how many times?
9    A      In a setting like this, once.
10   Q      Okay.  What was the nature of that
11   deposition?
12   A      It was a patent litigation case.
13   Q      Were you serving as an expert witness
14   in that case?
15   A      I was.
16   Q      Were you hired by the plaintiffs or the
17   defendants?
18   A      The plaintiffs.
19   Q      And, just generally, what were the
20   issues in that case?
21   A      It was entirely focused on evaluation
22   of prior art in the genomic space.
23   Q      And any time --
24          And do you remember the name of that
```

Page 9

```
1    case, by the way?
2    A      I don't.  It was, gosh, twelve years
3    ago or so.
4    Q      I see.
5          Did that case go to trial?
6    A      Not that I'm aware of.
7    Q      Have you ever testified at trial?
8    A      I have not.
9    Q      Okay.  And other than that one patent
10   case you just described for us, were there other
11   depositions that you've given?
12   A      No.
13   Q      And I think, when you started to answer
14   the question in the beginning, you said "in a
15   setting like this."  Is there another time, in
16   your mind, where you've given testimony under
17   oath?
18   A      No, not under oath.  That's why I
19   was --
20          So I've had a number of meetings, all
21   limited to the patent space of mainly prior art
22   discussions, where there's been representatives
23   from both sides where we were having a
24   discussion.  But it wasn't a formal deposition
```

Shawn Levy, Ph.D.

| Page 10 |
| --- |

1    with a court reporter, under oath, et cetera.
2    Q    Understood.
3         So this would then be the second time
4    you've been deposed in a setting like this.
5    A    Correct.
6    Q    Is that fair?
7         Okay.  So a few ground rules that you
8    may already be familiar with from your prior
9    experience.  First, we'll try not to speak over
10   each other.  Is that fair?
11   A    That's fair.
12   Q    That way, our court reporter can get
13   down all my questions and all your answers.
14   Okay?
15   A    (Nods affirmatively.)
16   Q    If you don't understand a question of
17   mine, will you let me know?
18   A    I will.
19   Q    Okay.  Try to verbalize your answers,
20   too, so our court reporter can take them down.
21   Okay?
22   A    Understood.
23   Q    Okay.  If you need a break, let me
24   know, and we'll be happy to accommodate you.

| Page 11 |
| --- |

1         Do you understand you're under oath
2    here today, same as if you were in a court of
3    law?
4    A    I do.
5    Q    Okay.  I am --
6         And, before we get started, Doctor, I
7    see you have a couple of items in front of you,
8    and I want to identify what we have for the
9    record.
10        To your right is an iPad that is
11   showing the realtime of my questions and your
12   answers.  Will you be using that to assist you in
13   your testimony here today?
14   A    Yes.
15   Q    Okay.  In front of you you have a
16   laptop computer.
17   A    (Nods affirmatively.)
18   Q    Will you be using that to assist you in
19   your testimony?
20   A    Yes.
21   Q    And tell me, is this your laptop?
22   A    It is not.
23   Q    Okay.  Whose laptop is it?
24   A    The -- the attorneys I've been working

| Page 12 |
| --- |

1    with.
2    Q    Okay.  In front of you is the
3    plaintiffs' lawyer's laptop.  Is that right?
4    A    That's right.
5    Q    Okay.  And what is contained on the
6    plaintiffs' lawyer's laptop?
7    MS. O'DELL:
8         I think I'd probably be better to speak
9    to it.
10   MS. BROWN:
11        No, no.  Let's get it from the witness,
12   and then if you want to make a statement for the
13   record, of course.
14   Q    Let's -- let's get your understanding
15   of what's on this laptop in front of you.
16   A    Other than what's on the USB drive that
17   I've been using, I -- I don't have any knowledge
18   of what's on it.
19   Q    Okay.  Do you know what's on the USB
20   drive?
21   A    I do.
22   Q    What's that?
23   A    It's a collection of literature cited
24   in reliance literature list that -- from

| Page 13 |
| --- |

1    my -- from my report.
2    Q    Did you put together the items that are
3    contained on the USB drive that you have in front
4    of you?
5    MS. O'DELL:
6         Object to the form.
7    A    Yes.
8    MS. BROWN:
9    Q    Is that your USB drive?
10   A    No.  I put together the list.
11        As far as who moved the files and
12   organized the files on the USB, that, I don't
13   know.
14   Q    Okay.  Are all of the files on that USB
15   drive documents that you considered in connection
16   with your opinion in this case?
17   A    They are.
18   Q    Any other materials in front of you
19   that you'll be using to assist you in your
20   testimony here today?
21   A    There's a -- I have a hard copy of my
22   report.
23   Q    Did you prepare that hard copy binder?
24   A    No.

Page 14

1    Q      Who -- who did?
2    A      My -- the -- the attorneys I've been
3    working with. So I -- they -- they provided the
4    printout and the nice binder that it's in.
5    Q      Okay. Did you, Doctor, make any notes
6    on the report that you have in front of you?
7    A      No.
8    Q      Okay. I'm gonna hand you what we have
9    marked as Exhibit 1 to your deposition, which is
10   a notice of your deposition.
11          (DEPOSITION EXHIBIT NUMBER 1
12          WAS MARKED FOR IDENTIFICATION.)
13   MS. BROWN:
14   Q      And I'll ask, is this something that
15   you have ever seen before?
16   A      Yes.
17   Q      When did you see it?
18   A      I'd have to review my email, but it was
19   some -- sometime ago, some weeks ago.
20   Q      Okay. Have you brought any --
21          And you understand that this Notice of
22   Deposition that we've marked as Exhibit 1
23   requests that you bring certain documents with
24   you here today?

Page 15

1    A      Yes.
2    Q      Okay.
3    MS. O'DELL:
4          Let me just insert for the record,
5    we've objected to certain requests contained in
6    the notice, and objections have been served, and
7    materials have been brought to this deposition
8    consistent with those objections.
9    MS. BROWN:
10          And we are in receipt of your
11   objections.
12   Q      And your counsel for the plaintiffs
13   represented that some materials have been brought
14   to the deposition. Do you have any materials
15   with you responsive to this notice?
16   A      Well --
17   MS. O'DELL:
18          I'll provide to you invoices that are
19   responsive to the Notice, and there are materials
20   that Dr. Levy has seen since his report was
21   served, and -- and those are copies.
22   MS. BROWN:
23          Thank you, counsel.
24   Q      So, Doctor, let's start --

Page 16

1          Thank you.
2          -- by marking these, and I'll ask you
3    some questions about what we have.
4          (DEPOSITION EXHIBIT NUMBER 3
5          WAS MARKED FOR IDENTIFICATION.)
6    MS. BROWN:
7    Q      I'll mark as Exhibit 3 to your
8    deposition two invoices counsel for plaintiffs
9    just handed me, one dated May 2nd, 2018, and the
10   other dated January 8th, 2019. And we only have
11   one copy, so let me hand it to you and ask you,
12   are these invoices that you created, Doctor?
13   A      They are.
14   Q      Okay. And I want to take that back for
15   one second.
16          Looks like the first entry on your
17   invoice is dated May 16th, 2017. Does that sound
18   right to you?
19   A      That sounds right.
20   Q      When were you first approached about an
21   involvement in this case?
22   A      Earlier in 2017.
23   Q      Okay. And who approached you?
24   A      Leigh and Jennifer. I'd have to verify

Page 17

1    in my email whom I may have heard from first.
2    Q      Okay. And Leigh and Jennifer are
3    counsel for plaintiffs in this litigation; is
4    that right?
5    A      That's right.
6    Q      And did they -- had you known them
7    prior to receiving contact early in 2017 --
8    A      No.
9    Q      -- from plaintiffs' lawyers?
10   A      I -- I did not know them.
11   Q      Did they call you at your place of
12   business?
13   A      I believe the first contact was email.
14   But, ultimately, yes.
15   Q      Okay. And was there any connection,
16   meaning did someone refer the plaintiffs' lawyers
17   to you, or do you know?
18   A      I don't know.
19   Q      Do you have any idea how the
20   plaintiffs' lawyers found you?
21   A      I do not.
22   Q      Okay. It looks like, Doctor, that
23   these two invoices have a total of 33 hours.
24   Does that sound right to you?

5 (Pages 14 to 17)

Shawn Levy, Ph.D.

Page 18

```
 1    A      It does.
 2    Q      Looks like something's blacked out on
 3  the second page of the invoices.  Do you know
 4  what that is?
 5  MS. O'DELL:
 6         I'll just say that redactions were made
 7  by counsel.  They referenced the subject matter
 8  of conversations between Dr. Levy and counsel,
 9  and those have been redacted because of work
10  product privilege.
11  MS. BROWN:
12         Okay.
13    Q      Is it fair, Doctor, that you've spent a
14  total of 33 hours forming your opinions in this
15  case?
16    A      That's fair.
17    Q      Okay.  Do you have any additional
18  invoices that you plan to submit to the lawyers
19  for the plaintiffs?
20    A      Yes.
21    Q      Okay.  And can you ballpark for me how
22  much additional time you've spent since the last
23  entry here, which appears to be December 12th,
24  2018?
```

Page 19

```
 1    A      There's probably another -- not
 2  including this morning -- roughly 15 hours.
 3         Okay.  I'll hand you, Doctor, what we
 4  have marked as Exhibit 4 to your deposition.
 5  This is another document counsel for the
 6  plaintiffs just handed me.
 7         (DEPOSITION EXHIBIT NUMBER 4
 8          WAS MARKED FOR IDENTIFICATION.)
 9  MS. BROWN:
10    Q      Would you identify that for the record,
11  please.
12    A      This is a printed copy from a website
13  from the government of Canada discussing their
14  draft screening assessment of talc.
15    Q      Okay.  Is that something you've seen
16  before today?
17    A      Yes.
18    Q      When did you see it first?
19    A      Sometime in December.
20    Q      Did the lawyers for plaintiffs give it
21  to you?
22    A      They did.
23    Q      Okay.  Your report in this case --
24         Can I have that back?
```

Page 20

```
 1         Your report in this case was served in
 2  November of 2018; correct?
 3    A      Correct.
 4    Q      Fair to say, then, that Exhibit 4,
 5  which you saw for the first time in December of
 6  2018, did not inform the opinions contained in
 7  your report?
 8    A      That's correct.
 9    Q      Okay.  Did the -- does Exhibit 4
10  contain any information regarding chronic
11  inflammation as the proposed mechanism of ovarian
12  cancer induced by talc?
13    A      I don't believe it does.  I'd have to
14  review -- take a look at it to be sure.
15  MS. O'DELL:
16         And if you need to look at it, I'm sure
17  counsel will hand it to you.
18  MS. BROWN:
19    Q      I'm handing you, Doctor --
20  MS. O'DELL:
21         Excuse me.  If you need to look at it
22  to answer that question, you may.
23    A      To be sure I'm accurate in my answer,
24  I'd like to take a look at that.
```

Page 21

```
 1  MS. BROWN:
 2    Q      Sure.  Sitting here --
 3         Hold on.
 4         Sitting here today, you're not aware if
 5  Exhibit 4 contains any information regarding the
 6  proposed mechanism of chronic inflammation as a
 7  cause for ovarian cancer?
 8  MS. O'DELL:
 9         Object to the question.
10         If you need to see the document,
11  Doctor, you may ask for it.
12    A      Yeah.  I'm not -- I'm not able to
13  answer it accurately without seeing the document.
14         (DEPOSITION EXHIBIT NUMBER 5
15          WAS MARKED FOR IDENTIFICATION.)
16  MS. BROWN:
17    Q      Okay.  Handing you what we've marked as
18  Exhibit 5, would you tell me what that is,
19  Doctor?
20    A      This is another document from the
21  government -- government of Canada discussing the
22  potential risk of lung effects and ovarian cancer
23  from talc.
24    Q      Is Exhibit 5 a final document, do you
```

6 (Pages 18 to 21)

Shawn Levy, Ph.D.

Page 22

```
 1  know?
 2  MS. O'DELL:
 3       Object to the form.
 4  A     Yeah.  That -- I don't -- I don't have
 5  the information available to answer that
 6  accurately.
 7  MS. BROWN:
 8  Q     Have you seen Exhibit 5 prior to this
 9  morning?
10  A     I have.
11  Q     When did you first see Exhibit 5?
12  A     Similar in time to the earlier report
13  or this -- yes.  Similar in time to the
14  earlier -- to the same document from Exhibit 4.
15  Q     To the best of your recollection,
16  Doctor, you first saw Exhibit 5 after completing
17  your report in this matter; is that right?
18  A     That is right.
19  Q     Fair to say, then, that Exhibit 5 did
20  not inform the opinions contained in your MDL
21  report?
22  A     That's correct.
23  Q     Handing you, Doctor, what we've marked
24  as Exhibit 6 to your deposition, another document
```

Page 23

```
 1  counsel provided, counsel for plaintiffs provided
 2  in response to your deposition notice.
 3       (DEPOSITION EXHIBIT NUMBER 6
 4        WAS MARKED FOR IDENTIFICATION.)
 5  MS. BROWN:
 6  Q     Would you identify for the record
 7  Exhibit 6?
 8  A     So this is a draft manuscript or
 9  preprint manuscript that's been submitted for
10  peer review discussing the systematic review and
11  meta-analysis of the association between perineal
12  use of talc and risk of ovarian cancer.
13  Q     Had you seen Exhibit 6 prior to this
14  morning?
15  A     Yes.
16  Q     When did you first see Exhibit 6?
17  A     It was in December as well.
18  Q     Exhibit 6 did not inform your opinions
19  in this matter.  Fair?
20  A     They did not inform the content of the
21  report.
22  Q     Have you reviewed and analyzed Exhibit
23  6 since December?
24  A     I have.
```

Page 24

```
 1  Q     Does Exhibit 6 contain any information
 2  regarding the proposed mechanism of chronic
 3  inflammation?
 4  A     It does in reference, I believe.  I'm
 5  reminding myself if -- if it shared the same
 6  materials that I had referenced in my report.
 7       So, yes, it does.
 8  Q     Are you looking at a particular page,
 9  Doctor?
10  A     I am.
11  Q     And would you identify that for the
12  record.
13  A     I'm looking at page 23, beginning at
14  line 220.
15  Q     And what information does Exhibit 6 at
16  page 23 contain regarding chronic inflammation?
17  A     It discusses inflammation of the
18  epithelial ovarian surfaces in animal models and
19  provides two different references.
20  Q     And were those references information
21  you considered in forming your opinions in this
22  case?
23  A     Let me make sure of that.
24       Yes.
```

Page 25

```
 1  Q     And would you state what they are for
 2  the record, please?
 3  A     One reference is T.C. Hamilton, et al.,
 4  The British Journal of Experimental Pathology,
 5  from 1984.
 6       And the other reference is "The
 7  Pathology of Ovarian" -- "The Pathology of
 8  Ovarian Cancer Precursors," which is a review of
 9  R.E. Scully in the Journal of Cellular
10  Biochemistry, and that is a supplement from 1995.
11  The latter is not referenced in my report.
12  Q     Have you reviewed the Scully paper in
13  connection with your opinions in this matter?
14  A     Not specifically, no.
15  Q     You have, however, reviewed the
16  Hamilton paper?
17  A     Yes.
18  Q     You would agree that the Hamilton paper
19  does not show inflammation leading to neoplastic
20  changes in animals?
21  MS. O'DELL:
22       Object to the form.
23  A     I'd have to see the manu- -- or the
24  manuscript to answer your specific question
```

7 (Pages 22 to 25)

Shawn Levy, Ph.D.

Page 26

1  regarding neoplasm.
2  MS. BROWN:
3      Q     Does the Hamilton paper support your
4  view that chronic inflammation is a plausible
5  mechanism for talc-induced ovarian cancer?
6      A     It supports my opinion that
7  inflammation is a component in the progression to
8  ovarian cancer.
9      Q     Is it your testimony that the Hamilton
10 paper supports your opinion that chronic
11 inflammation leads to neoplastic changes?
12     A     No, not necessarily.
13     Q     Okay.  Tell me how it is that the
14 Hamilton paper supports your opinion that chronic
15 inflammation can cause ovarian cancer.
16     A     Well, the -- so my opinion regarding --
17 that the role of inflammation in ovarian cancer
18 is not based on a single study, particularly one
19 that is now approaching or is now over 30 years
20 old.
21     Q     Okay.  Does --
22     A     So it's a -- I reviewed the -- that
23 paper as well as a large number or the totality
24 of the available evidence stretching across many

Page 27

1  years to develop the opinion that's represented
2  in my report.
3      Q     Sure.
4      A     And to that opinion is -- no one study
5  or one singular piece of information is the basis
6  of that opinion.
7      Q     Okay.  But, you know, having reviewed
8  Hamilton, that what Hamilton shows is that the
9  inflammation they saw in the animals was not
10 associated with neoplastic changes.  Right?
11 MS. O'DELL:
12     Excuse me.
13     Doctor, if you'd like to -- to pull up
14 Hamilton, you may do that.
15 MS. BROWN:
16     Q     And we'll certainly give you time to do
17 that, Doctor.
18     Sitting here today, do you recall that
19 to be the conclusion of Hamilton?
20 MS. O'DELL:
21     Object to the form.
22     You don't -- if you need to see the --
23 MS. BROWN:
24     Counsel --

Page 28

1  MS. O'DELL:
2      -- paper in order to answer the
3  question --
4  MS. BROWN:
5      Counsel --
6  MS. O'DELL:
7      -- you may do that.
8  MS. BROWN:
9      Counsel, he is absolutely entitled to
10 get the paper.  We're going to do that.
11     Q     Sitting here today, do you recall --
12 MS. O'DELL:
13     But he is not --
14 MS. BROWN:
15     It's a fair question.
16 MS. O'DELL:
17     Is it not a fair question.
18 MS. BROWN:
19     I'm not gonna --
20 MS. O'DELL:
21     He's asking --
22 MS. BROWN:
23     -- do this with you.
24 MS. O'DELL:

Page 29

1      Yes, you are.  If he's asked to see the
2  paper, he gets to look at the paper.  Because
3  this is not a situation where you can say, "Oh,
4  I'll show it to you later," ask all these
5  questions, try to get him to answer when he said
6  I want to see the paper and review it.  That's
7  the way this works.
8  MS. BROWN:
9      Q     Dr. Levy, can you answer the question
10 without looking at the paper?
11 MS. O'DELL:
12     Would you repeat the question just to
13 make sure we've got it?
14 MS. BROWN:
15     Yes.  Would you please keep your
16 objections to form in accordance with the federal
17 rules?
18 MS. O'DELL:
19     My objections have been in accordance
20 with the federal rules.
21 MS. BROWN:
22     Q     Dr. Levy, my question to you was
23 whether the Hamilton paper, the findings of the
24 Hamilton paper show that chronic inflammation led

8 (Pages 26 to 29)

Shawn Levy, Ph.D.

Page 30

1  to neoplastic changes. Do you recall that
2  question?
3  A    I do recall the question.
4  Q    Can you answer that question without
5  looking at the paper?
6  A    I would need to look at the paper to
7  accurately answer your question.
8  Q    Absolutely. Do you have a copy on your
9  computer?
10 A    I do.
11 Q    Okay. We'll mark it, so we're all on
12 the same page, as Exhibit 7.
13       (DEPOSITION EXHIBIT NUMBER 7
14       WAS MARKED FOR IDENTIFICATION.)
15 MS. BROWN:
16 Q    Here's a hard copy, Doctor, if that
17 assists you.
18       Doctor, looking at the Hamilton article
19 that you have in front of you, does that refresh
20 you that the authors found no association between
21 the talc-induced changes and neoplasm?
22 A    No. Their -- their conclusions were
23 that the talc-induced changes -- specifically
24 fibrosis and the papillary changes -- did not

Page 31

1  appear to be a reaction to talc, but they -- I
2  don't see the specific inclusion that you asked
3  in the question regarding neoplasm.
4  Q    I'm looking at page 103, Doctor, the
5  first full paragraph that begins "no evidence."
6       You with me?
7  A    One moment. "No evidence of cellular,"
8  that paragraph?
9  Q    Yes.
10      And, for the record, that paragraph
11 reads, "No evidence of cellular atypia or mitotic
12 activity was seen in the nonpapillary areas of
13 the surface epithelium of the injected ovaries
14 and in no ovary there was any evidence of frank
15 neoplasia."
16      Correct?
17 A    It does read that way, yes.
18 Q    And that was a conclusion of the
19 Hamilton article. Correct?
20 MS. O'DELL:
21      Object to the form.
22 A    That was an observation of the Hamilton
23 article.
24 MS. BROWN:

Page 32

1  Q    The Hamilton article does not support
2  the theory that chronic inflammation leads to
3  neoplastic changes in the ovary. Fair?
4  MS. O'DELL:
5       Object to the form.
6  A    The Hamilton article looked at an
7  interval of one month, eighteen months, in a rat
8  model. And, so, in the constraints of that
9  particular experimental design and given the
10 state of the art of the technology at the time,
11 the authors did not conclude of a significant
12 progression of ovarian cancer. But there's
13 clearly limitations in both their experimental
14 design and time course of the study to draw wide
15 conclusions.
16 MS. BROWN:
17 Q    The conclusions of the Hamilton
18 article, Dr. Levy, do not support the hypothesis
19 that chronic inflammation from talcum powder
20 causes ovarian cancer. Would you agree?
21 A    I would not.
22 Q    The authors did not find that the
23 inflammation seen in Hamilton led to neoplastic
24 changes. True?

Page 33

1  A    The authors did not report observing
2  neoplastic change over the time course of the
3  given study.
4  Q    Doctor, I'm handing you the report that
5  you've served in this case, which we'll mark as
6  Exhibit 2.
7       (DEPOSITION EXHIBIT NUMBER 2
8       WAS MARKED FOR IDENTIFICATION.)
9  MS. BROWN:
10 Q    And I'd like you to -- I'd like to
11 direct you to page 14. I'd like to direct your
12 attention to the last paragraph of -- the last
13 sentence -- excuse me -- of the second full
14 paragraph that begins "additional studies."
15      Do you see that sentence, Doctor?
16 A    What's the beginning of that paragraph
17 so I make sure I'm looking at the right one?
18 Q    Sure. I'd like to direct you on page
19 14 of your report to the second full paragraph
20 that begins "In addition to epidemiologic
21 evidence."
22      Do you see that?
23 A    I do.
24 Q    The last paragraph, or the last

Shawn Levy, Ph.D.

Page 34

1    sentence of that paragraph in your report reads,
2    "Additional studies have also shown the effects
3    of talc on the immune response."
4          Do you see that sentence?
5    A    I do.
6    Q    And you cite the Hamilton article for
7    that proposition that we were just reviewing?
8    A    Uh-huh.
9    Q    True?
10   A    True.
11   Q    And the talc effects on the immune
12   response that were shown in Hamilton were not
13   effects that the authors observed led to
14   neoplastic changes. Correct?
15   MS. O'DELL:
16         Object to the form.
17   A    I'm sorry. I'm not sure I understand
18   your question.
19   MS. BROWN:
20   Q    Sure.
21   A    Are you asking, if I could clarify, are
22   you -- are you asking if Hamilton is an
23   appropriate reference for the effects of talc on
24   the immune response or are you asking if

Page 35

1    Hamilton's an appropriate reference for something
2    else?
3    Q    In your report, you state that studies,
4    such as Hamilton, have shown effects of talc on
5    the immune response. Correct?
6    A    That is correct.
7    Q    And you said Hamilton as one of the
8    articles that supports that proposition. True?
9    A    Of the immune response, that's true.
10   Q    Okay. The immune response that was
11   observed in Hamilton was not an immune response
12   that led to cancer. Right?
13   A    As -- as I stated earlier, on the time
14   course of the Hamilton study, the authors did not
15   report specifically to neoplastic change in the
16   rat or conclude or make that conclusion, nor did
17   they conclude that that was not a possibility
18   either.
19   Q    And on page 14 of your report you have
20   two additional cites for that proposition;
21   correct?
22   A    Correct.
23   Q    And you know, Doctor, that neither of
24   those cites, Keskin or NTP, support the

Page 36

1    hypothesis that chronic inflammation leads to
2    cancer in animals. Right?
3    A    The --
4    MS. O'DELL:
5          Object to the form.
6    A    The -- those two references were not
7    included in the report to provide the opinion or
8    conclusions that you just described.
9    MS. BROWN:
10   Q    Because you know, Doctor, that there's
11   not a single animal study that shows that talc
12   causes changes in animals that leads to cancer;
13   right?
14   MS. O'DELL:
15         Object to the form.
16   A    Could you -- could you phrase that
17   question again? Sorry.
18   MS. BROWN:
19   Q    There is not a single animal study,
20   Doctor, that supports the opinion that chronic
21   inflammation caused by talc causes ovarian
22   cancer. Is that correct?
23   MS. O'DELL:
24         Object to the form.

Page 37

1    A    In my review of the literature, there
2    are a number of animal studies that support the
3    opinions in the report regarding the biological
4    plausibility of talc leading to or contributing
5    to neoplastic change.
6    MS. BROWN:
7    Q    Are you aware of any animal studies,
8    Doctor, that show talc causing chronic
9    inflammation in animals that leads to neoplastic
10   or cancerous changes in the animals?
11   MS. O'DELL:
12         Object to the form. Compound.
13   A    There is one 1971 study that I'm aware
14   of. I would have to review to remember the
15   author. That was an earlier seminal -- or a
16   earlier study that described the role of talcum
17   powder and the inflammatory change within the
18   ovary.
19   MS. BROWN:
20   Q    Who's the author of that study, Doctor?
21   A    I'm trying to think of where I have
22   that reference.
23   Q    Why don't we put that to the side and
24   at a break we'll see if we can find that article

10  (Pages 34 to 37)

Shawn Levy, Ph.D.

Page 38

1    and then we can take a look at it. Okay?
2    A    Uh-huh.
3    Q    Okay. Getting back, then, Doctor, to
4    what we had marked as Exhibit 6, which is the
5    Taher paper, fair to say you reviewed that paper
6    after your report was submitted in this case?
7    A    Yes.
8    Q    Okay. And did you notice throughout
9    Taher's paper he makes reference to a number of
10   supplemental materials?
11   A    Not specifically.
12   Q    Are you in receipt from plaintiffs'
13   counsel of those supplemental materials?
14   A    I'd have to -- you'd have to give me a
15   specific example, and I would be able to answer
16   you.
17   Q    So, throughout the paper, the authors
18   make reference to a set of supplemental materials
19   that support their opinions. Do you recall that?
20   A    I certainly recall the reference
21   materials to support their opinion. Whether they
22   were supplemental or otherwise, that doesn't
23   stand out to me.
24   Q    Okay. And I'm not trying to be tricky.

Page 39

1    I just want to know if you have those materials,
2    and, if so, I'm gonna request production of them.
3    A    No. I -- I -- I don't believe that I
4    have the full list of reference -- of literature
5    cited from that -- from this paper --
6    Q    Okay.
7    A    -- now --
8    Q    Now, Taher --
9    A    -- but I'd have to check.
10   Q    Sorry.
11        The Taher paper did not inform your --
12   the opinions contained in your report dated
13   November of 2018; correct?
14   A    Correct, as written.
15   Q    Okay. Are there any additional
16   documents that either you or your counsel have
17   brought with you here today in response to
18   Exhibit 1, the Notice of Deposition?
19   A    So I'm not sure how to answer that
20   accurately, but I would say there's a -- I've
21   been provided with -- since the completion of my
22   report, I've been provided with reports from
23   other experts in the -- in the case.
24   Q    Okay.

Page 40

1    A    And I have those on the -- available
2    electronically.
3    Q    Okay. Were you provided with completed
4    versions of all the plaintiff experts in the MDL
5    proceeding?
6    A    I can't speak to whether it was all,
7    but I have been provided with several.
8    Q    Will you list for me the expert reports
9    you've been provided with?
10   A    Sure.
11   Q    Thank you.
12   A    There are four on -- on this drive,
13   three -- I'm sorry. Two. Crowley and Longo.
14   Q    Two reports from Dr. Crowley and two
15   reports from Dr. Longo?
16   MS. O'DELL:
17        I don't think that's what he said.
18   A    No. I think there are two, two expert
19   reports, one from Dr. Crowley and one from
20   Dr. Longo.
21   MS. BROWN:
22   Q    Okay. And the date of the Crowley
23   report, please?
24   A    The -- according to the file, the

Page 41

1    date -- the modified date is November 28, 2018.
2    Q    And --
3    A    Whether that was the written date, I --
4    I don't know.
5    Q    And the Longo report, do you know the
6    date of that?
7    A    It is listed as August 2nd, 2017, in
8    the title. And then there's a -- sorry. There's
9    a second Longo report, 2018, which has a
10   November 28, 2018, date. So my -- my apologies.
11   To correct, there are two expert reports from
12   Dr. Longo.
13   Q    Got it.
14   MS. O'DELL:
15        So when you were talking about --
16   MS. BROWN:
17        Counsel, no. Huh-uh. No. We -- I'm
18   gonna ask questions, and he's gonna answer. We
19   are not going to have you testify. You are not
20   to testify about the expert reports.
21   MS. O'DELL:
22        I'm not gonna --
23        You asked him what the date of the
24   report was.

11 (Pages 38 to 41)

Shawn Levy, Ph.D.

Page 42

1    MS. BROWN:
2         He -- then he will answer, counsel.
3    You can't testify.
4    MS. O'DELL:
5         He gave you the date of the file -- the
6    file date --
7    MS. BROWN:
8         That's fine.
9    MS. O'DELL:
10        -- not the date --
11   MS. BROWN:
12        On redirect, you are welcome to clean
13   up whatever you need to. But we're not gonna
14   have your testimony on the record about dates of
15   expert reports.
16   A    So, looking at the report itself, the
17   date of the Longo report is November 14th, 2018.
18   MS. BROWN:
19   Q    And were you provided --
20   A    The -- would you like the date of the
21   earlier report?
22   Q    That would be terrific.
23   A    It's August 2nd, 2017.
24   Q    Great.

Page 43

1         Were you provided the two Longo reports
2    and the Dr. Crowley report by plaintiffs'
3    counsel?
4    A    Yes.
5    Q    Do you recall when?
6    A    Not specifically. It was, obviously,
7    by their date, sometime after their completion.
8    So the Crowley report and the later 2018 Longo
9    report were sometime in November or December
10   2018.
11        There's -- I've also had an opportunity
12   to review a number of -- several other expert
13   reports which are not with me today.
14   Q    Do you have a listing of the additional
15   expert reports you were provided with?
16   A    I'd have to -- I could certainly -- I'd
17   have to provide it. I don't, off the top of my
18   head, recall all of them. There was probably
19   approximately a dozen.
20   Q    Were all of the plaintiff expert
21   reports sent to you at once?
22   MS. O'DELL:
23        Object to the form.
24   A    I'm not -- I'm not certain.

Page 44

1    MS. BROWN:
2    Q    How did you receive them? Was it email
3    or hard copy?
4    A    Neither. They were made available
5    through a shared storage.
6    Q    And would you have received an email
7    alerting you to their existence on a shared file?
8    MS. O'DELL:
9         Dr. Levy, communications between
10   counsel are -- are subject to the work product
11   privilege.
12        So to the degree you're asking him to
13   convey what was in a communication, then I'll
14   object to that and instruct you not to discuss
15   communications between counsel.
16   MS. BROWN:
17   Q    Which the question does not ask for,
18   Doctor.
19   MS. O'DELL:
20        I believe it does.
21   MS. BROWN:
22   Q    Here's what I want to know. Did you
23   rely on any other expert reports in forming your
24   opinions in this case?

Page 45

1    A    To -- to my -- the content of my
2    report, no.
3    Q    Did you receive the Crowley and two
4    Longo reports after you had already completed
5    your report in this case?
6    MS. O'DELL:
7         Object to the form.
8    A    No. There was -- if I recall -- and
9    the -- at least the earlier Longo report -- and
10   I'd have to review the specifics -- at least the
11   earlier Longo report was reviewed and was
12   included in the content in the report.
13        And I would have to -- since the later
14   Longo report and then the final version of this
15   report were quite close together, I don't recall
16   if they overlapped or not. I'd have to review
17   the -- which references I used in here, which
18   will just take a moment.
19        So, yes, the -- I did include both
20   Longo reports.
21   Q    The second Longo report was finalized
22   two days prior to your report. Is that right?
23   A    Finalized, yes.
24   Q    Did you see a draft of Longo's 2018

12 (Pages 42 to 45)

Shawn Levy, Ph.D.

Page 46

1    report?
2    A      Yes.  And the --
3    Q      And did you --
4    A      And as to when I saw the draft, I
5    believe it was -- and it was sometime in the fall
6    and/or when reports were being revised and
7    expanded as more literature became available.
8    Q      Prior to Longo finalizing and signing
9    his expert report in the MDL, you had access to a
10   draft of that report; is that right?
11   MS. O'DELL:
12       Object to the form.
13   A      I can't speak to -- that accurately.
14   MS. BROWN:
15   Q      I thought you just testified you saw a
16   version of the Longo 2018 report that was not
17   final.  Is that correct?
18   MS. O'DELL:
19       Object to the form.
20   A      I'd have to -- I'd have to review
21   my -- the -- the literature that I used for the
22   report to accurately answer your question.
23   MS. BROWN:
24   Q      Well, your report doesn't say a draft,

Page 47

1    and I'm wondering if you ever saw a non-finalized
2    copy of the Longo report.
3    A      I didn't have an opportunity to compare
4    the finalized Longo report to a -- what may be a
5    draft or not to accurately answer your question
6    if I saw a draft that was substantially different
7    than what's referenced as the final.
8    Q      There were two days between Longo
9    serving his report and you serving your report.
10   Does that help orient you as to whether you saw a
11   draft or you saw the final version?
12   A      Certainly possible I saw the final
13   version.
14   Q      How many hours did you spend on your
15   report in this case, Doctor?
16   A      The initial draft of the report?  The
17   initial writing of the report?
18   Q      In total, how many hours did you spend
19   writing your report?
20   A      It was 20 hours initially, and then it
21   would be -- it would be difficult to provide an
22   accurate answer for the rest of that.  I would
23   say an additional few hours that I counted as
24   revision.

Page 48

1    Q      Did you type the expert report that
2    we've marked as Exhibit 2 yourself?
3    A      I did.
4    Q      Did you write all contents of Exhibit 2
5    yourself?
6    A      I did.
7    Q      Were there parts of your report that
8    you lifted from other published articles?
9    MS. O'DELL:
10       Object to the form.
11   A      Could you describe "lifted"?
12   MS. BROWN:
13   Q      Did you take the words of other authors
14   and put them in your expert report as Exhibit 2?
15   MS. O'DELL:
16       Object to the form.
17   A      No.  My -- my -- so my report is a
18   review of the available literature at the time
19   that the report was being developed.  So, as
20   such, it describes that -- that literature.
21       As far as did I specifically copy words
22   from other reports, no.
23   MS. BROWN:
24   Q      Did you work with another plaintiff

Page 49

1    expert on the report that we've marked as
2    Exhibit 2?
3    A      I did not.
4    Q      Do you know who Dr. Zelikoff is?
5    A      The name's not familiar to me.
6    Q      Did you review a draft of
7    Dr. Zelikoff's report before submitting your own?
8    A      I did not.
9    Q      Do you think that --
10   A      Not that I'm aware of.
11   Q      Do you have any explanation as to why a
12   paragraph in your report is the same as a
13   paragraph in Dr. Zelikoff's report?
14   MS. O'DELL:
15       Object to the form.
16   A      I -- without knowing -- without seeing
17   the paragraph in both reports would be -- I can't
18   comment.
19   MS. BROWN:
20   Q      Let's mark as Exhibit 8 the expert
21   report of Dr. Judith Zelikoff, Ph.D.
22       (DEPOSITION EXHIBIT NUMBER 8
23       WAS MARKED FOR IDENTIFICATION.)
24   MS. BROWN:

13  (Pages 46 to 49)

Shawn Levy, Ph.D.

Page 50

1    Q        Is this something you've seen --
2             Oh, sorry.  Can I --
3             It's okay, actually.  It will flag it
4    for you?
5             Is this a report that you've seen
6    before, Doctor?
7    A       I'll have to see it before I answer.
8    Q       I'm handing you what we've marked as
9    Exhibit 8, which is the expert report of
10   Dr. Judith Zelikoff.  Is this one of the reports
11   that you reviewed prior -- you reviewed at all?
12   A       I would have -- I would actually have
13   to review my -- the literature that I reviewed
14   in -- the totality of the literature that I
15   reviewed, which I could answer that after a
16   break, if necessary.  But I don't recall,
17   specifically recall, this report under
18   Dr. Zelikoff's name.  But it is certainly
19   possible that I may have seen...
20   Q       Let's look at page 5 of your report,
21   Doctor.
22   A       Okay.
23   Q       And why don't you put that side by side
24   with page 20 of Dr. Zelikoff's report.  And the

Page 51

1    paragraph in Dr. Zelikoff's report that I want to
2    direct you to is the first full paragraph on
3    page 20 that begins "Genetic mutations."
4             Do you see that?
5    A       I do.
6    Q       And the paragraph of your report I want
7    to direct you to is the paragraph on page 5 that
8    begins "Both inherited."
9             Do you see that?
10   A       I do.
11   Q       Okay.  The first sentence of that
12   paragraph in your report reads, "Both inherited
13   and acquired gene -- and acquired gene mutations
14   work together to cause cancer."
15            Do you see that?
16   A       I do.
17   Q       The third sentence of the paragraph I
18   directed you to in Dr. Zelikoff's report is
19   identical and reads, "Both inherited and acquired
20   gene mutations work together to cause cancer."
21            Do you see that?
22   A       I do.
23   Q       Those two sentences are exactly the
24   same, are they not?

Page 52

1    A       They are --
2    Q       The next sentence --
3    A       Just one moment, please.  I'm just
4    making sure.  Your question was are they exactly
5    the same, and I'm just confirming if they're
6    exactly the same.
7             So, yes, I agree they're exactly the
8    same.
9    Q       You have reviewed them and satisfied
10   yourself that that -- those two sentences are
11   exactly the same; correct?
12   MS. O'DELL:
13            Object to the form.
14   A       There's a single sentence in each
15   report that is exactly the same.  But important
16   to comment that this single sentence is a -- is a
17   basic biological premise of cancer, and, so,
18   there's no surprise that two expert witnesses
19   offering opinions on the role of -- or the
20   biological plausibility or mechanisms of
21   development of cancer would introduce a
22   fundamental premise in the same manner.
23   MS. BROWN:
24   Q       No surprise that you experts would have

Page 53

1    one sentence that's the same?  Is that what
2    you're saying?
3    MS. O'DELL:
4            Objection.  That's not what he said.
5    Misrepresents his testimony.
6    A       I'm saying that both would -- both
7    reports detail a fundamental aspect as they
8    would -- based on the current understanding of
9    the -- that both inherited and acquired gene
10   mutations work in concert to cause cancer.
11   MS. BROWN:
12   Q       Look at the next sentence on page 20 of
13   Dr. Zelikoff's report.  It reads as follows:
14   "Even if one has inherited a genetic mutation
15   that predisposes one to cancer," comma, "that
16   doesn't mean he or she is certain to get cancer."
17            Did I read that correctly?
18   A       You did.
19   Q       And let's go back to page 5 of your
20   report.  Skip ahead, if you would -- one, two,
21   three -- four sentences to where you were and
22   find the sentence that begins "Even."
23            Are you with me?
24   A       I am.

14  (Pages 50 to 53)

Shawn Levy, Ph.D.

Page 54

1    Q      And your report at page 5 reads, "Even
2    if one has inherited a genetic mutation that
3    predisposes one to cancer," comma, "that doesn't
4    mean he or she is certain to get cancer."
5            Did I read that correctly?
6    A      You did.
7    Q      That's the exact same sentence we just
8    read in Dr. Zelikoff's report; correct?
9    A      It is.
10   Q      So now we have two sentences that are
11   exactly the same in your report and
12   Dr. Zelikoff's report. Correct?
13   MS. O'DELL:
14           Object to the form.
15   A      We have two sentences that are written
16   the same but certainly not in precisely the same
17   context or organization in the total report.
18   MS. BROWN:
19   Q      We have two sentences that are
20   word-for-word identical in two of the plaintiffs'
21   expert reports in this litigation. Is that fair?
22   MS. O'DELL:
23           Objection. Asked and answered.
24   A      So reading your earlier question, you

Page 55

1    asked, "Is that the same exact sentence we just
2    read in Dr. Zelikoff's report; correct?" And my
3    answer was "It is." And it remains the same.
4    Q      Let's keep going.
5            Next sentence, at page 20 in
6    Dr. Zelikoff's report, states as follows:
7    "Rather," comma, "one or more additional gene
8    mutations may be needed to cause cancer."
9            Did I read that correctly?
10   A      You did.
11   Q      Let's go back to page 4 -- excuse me --
12   page 5 of your report where we just were. And
13   you write: "Rather," comma, "one or more
14   additional gene mutations may be needed to cause
15   cancer." Correct?
16   A      Correct.
17   Q      That is the identical sentence from
18   Dr. Zelikoff's report. Correct?
19   A      Starting with "Rather, one or more
20   additional gene mutations may be needed to cause
21   cancer."
22           Yes, correct.
23   Q      So we now have identified three
24   sentences in Dr. Zelikoff's report that are

Page 56

1    identical to your report; correct?
2    A      We have.
3    Q      Do you have any explanation for why
4    that would be?
5    A      I do.
6    Q      What's that?
7    A      That these -- each of these sentences
8    are describing basic introductory information
9    around the relationship between cancer and
10   genetic mutation.
11   Q      And each of you described it with the
12   exact same words?
13   A      Apparently so.
14   Q      Let's keep going.
15           Page 20 of Dr. Zelikoff's report,
16   picking up where we left off, Dr. Zelikoff
17   writes: "The inherited gene mutation could
18   instead make one more likely to develop cancer
19   when exposed to certain cancer-causing
20   substances."
21           Do you see that?
22   A      I do.
23   Q      And let's go back to where we were in
24   your report, on page 5. "The inherited gene

Page 57

1    mutation could instead make one more likely to
2    develop cancer when exposed to a certain
3    cancer-causing substance."
4            Do you see that?
5    A      I do.
6    Q      And other than the tense in that last
7    sentence, they, too, are identical. Correct?
8    A      So they're -- they're certainly similar
9    sentences, but that -- I believe the tense is an
10   important difference between them.
11           Again, as I stated, that these are
12   introductory and fundamental perspectives on
13   cancer and that, in this case, two expert
14   witnesses have summarized those things in a
15   similar fashion.
16   Q      It doesn't strike you as odd that four
17   sentences are identical from two expert reports?
18   MS. O'DELL:
19           Object to the form.
20   A      Four sentences are not identical.
21   MS. BROWN:
22   Q      There's one small change in a tense.
23   That's it. Right, Doctor?
24   MS. O'DELL:

15 (Pages 54 to 57)

Shawn Levy, Ph.D.

Page 58

1          Object to the form.
2     A    There -- there are -- there are three
3  sentences which are, when considered
4  individually, they are the same words.  When you
5  consider the -- now the group of those four
6  sentences together between the two reports, they
7  are clearly different organization with
8  significantly more information between those
9  identical sentences in one or the other.
10         So the suggestion that they were -- one
11  report was copied into the other, I would say it
12  is equally interesting that they are more
13  different than they are alike, other than the
14  wording of three sentences.
15  MS. BROWN:
16     Q    Did someone other than you write the
17  sentences we've just been looking at in your
18  report?
19     A    No.
20     Q    Did you consult the Mayo Clinic's
21  website in connection with writing your report?
22     A    I don't believe so.
23     Q    Do you consider the Mayo Clinic's
24  website to be authoritative -- an authoritative

Page 59

1  source, in your view?
2  MS. O'DELL:
3          Object to the form.
4     A    I have no basis for that opinion.  I --
5  I haven't reviewed the Mayo Clinic website to
6  determine that.
7          (DEPOSITION EXHIBIT NUMBER 9
8          WAS MARKED FOR IDENTIFICATION.)
9  MS. BROWN:
10     Q    Handing you, Doctor, what we've marked
11  as Exhibit 9 to your deposition, which is a
12  printout from the Mayo Clinic website entitled
13  "Cancer."
14     A    Uh-huh.
15     Q    I'll hand it to you.  And let me know
16  if this is something that you've ever seen
17  before.
18     A    Not that I recall.
19     Q    Did you take any language from the Mayo
20  Clinic website to use in your report?
21     A    No.
22     Q    Let's take a -- I want you to put the
23  Mayo Clinic, which we've marked as Exhibit 9 --
24     A    Uh-huh.

Page 60

1     Q    -- next to your report, which remains
2  Exhibit 2.  And I will direct you to the second
3  page of the Mayo Clinic printout, the section
4  titled "Causes."
5          Are you with me?
6     A    Second page.
7     Q    Double-sided.  Flip it over.
8     A    Yes.
9     Q    Okay.  And I'll direct you to page 3 of
10  your report entitled "The Role of Gene Mutations
11  in the Development of Cancer."
12     A    Uh-huh.
13     Q    Starting with Exhibit 9, the Mayo
14  Clinic website, under a section entitled
15  "Causes," the Mayo Clinic writes, "Cancer is
16  caused by changes" -- parentheses --
17  "(mutations) to the DNA within cells."
18          Do you see that?
19     A    I do.
20     Q    And, looking at page 3 of your report,
21  Doctor, that same sentence or sentence fragment
22  appears in the first sentence:  "Cancer is caused
23  by changes" -- parentheses -- "(mutations) to the
24  DNA within cells."

Page 61

1          Correct?
2  MS. O'DELL:
3          Object to the form.
4     A    Say your question again.  Are you
5  asking --
6  MS. BROWN:
7     Q    It's the same; right, Doctor?
8  MS. O'DELL:
9          Object to the form.
10     A    There are eight words or ten words that
11  are the same in this first sentence, again, both
12  describing some of the fundamental premise of
13  cancer and its -- in its description.
14  MS. BROWN:
15     Q    Let's go to the second sentence in the
16  Mayo Clinic website, which reads, "The DNA inside
17  a cell is packaged into a large number of
18  individual genes, each of which contains a set of
19  instructions telling the cell what functions to
20  perform," comma, "as well as how to grow and
21  divide."
22          Do you see that?
23     A    I do.
24     Q    And a nearly identical version of that

16 (Pages 58 to 61)

Shawn Levy, Ph.D.

---

Page 62

1    sentence appears in your report at page 3 where
2    you state, "The DNA that makes up our genetic
3    code is organized into a large number of
4    individual genes, each of which contains a
5    specific subset of instructions telling the cell
6    what functions to perform," comma, "as well as
7    how to grow and divide."
8         Do you see that?
9    A    I do.
10   Q    Do you notice that nearly all the words
11   are the same as the Mayo Clinic's?
12   MS. O'DELL:
13        Objection to form.
14   A    I, again -- we -- we have another
15   example of similar language describing
16   introductory and fundamental aspects surrounding
17   the basics of cancer biology.
18   MS. BROWN:
19   Q    Back to the Mayo Clinic next sentence.
20   Quote: "Errors in the instructions can cause the
21   cell to stop its normal function and may allow a
22   cell to become cancerous."
23        Do you see that?
24   A    I do.

---

Page 63

1    Q    Back to your report at page 3. An
2    identical sentence: "Errors in the instruction
3    can cause the cell to stop its normal function
4    and may allow a cell to become cancerous."
5         Do you see that?
6    A    I do.
7    Q    Does that strike you as strange?
8    MS. O'DELL:
9         Object to the form.
10   A    Strange in what way?
11   MS. BROWN:
12   Q    That your expert report in this
13   litigation contains identical sentences to the
14   Mayo Clinic's website.
15   MS. O'DELL:
16        Objection. Misstates the report.
17   A    I -- I don't find it surprising in the
18   least.
19   MS. BROWN:
20   Q    Let's turn to page 4 of your report,
21   please. And I'll direct you to the final bullet
22   on the same page of the Mayo Clinic website you
23   were just looking at. The section of your report
24   on page 4 I'd like to direct you to is the

---

Page 64

1    subparagraph titled "Loss of DNA Repair."
2         Are you with me?
3    A    Yes.
4    Q    I'm gonna read you two sentences from
5    the Mayo Clinic. Tell me if I read them
6    correctly.
7         "DNA repair genes look for errors in a
8    cell's DNA and make corrections. A mutation in a
9    DNA repair gene may mean that other errors aren't
10   corrected, leading cells to become cancerous."
11        Do you see those two sentences, Doctor?
12   A    I do.
13   Q    Those are two sentences written by the
14   folks who produce the Mayo Clinic's website;
15   correct?
16   A    I -- I have no knowledge of who wrote
17   that.
18   Q    The same two sentences appear in your
19   report on page 4. Quote: "DNA repair genes look
20   for errors in a cell's DNA and make corrections.
21   A mutation in a DNA repair gene may mean that
22   other errors aren't corrected, leading cells to
23   become cancerous."
24        Do you see that?

---

Page 65

1    A    I do.
2    Q    Those two sentences are identical in
3    the Mayo Clinic's website and your report. True?
4    MS. O'DELL:
5         Object to the form.
6    A    Again, we have fund- -- basic
7    information that provides an introductory
8    description of the basics of cancer which is used
9    as -- as an inform- -- informatory foundation for
10   latter opinions in the report but is not germane
11   to the -- to the opinion in my report.
12        And, again, as stated before, that
13   succinct fundamental information regarding cancer
14   biology in two sources that state things
15   succinctly and clearly in layman's language
16   are -- are similar or even identical, again, does
17   not surprise me.
18   MS. BROWN:
19   Q    We read at least four sentences that
20   are identical to the Mayo Clinic. Would you
21   agree?
22   MS. O'DELL:
23        Objection to form. The sentences are
24   not identical.

---

17 (Pages 62 to 65)

Shawn Levy, Ph.D.

Page 66

```
 1    MS. BROWN:
 2         Counsel, form.
 3    A      There are some similar -- there are
 4    some similarly stated sentences that
 5    you're -- that you've taken out of context in
 6    both cases to find them identical.  So I -- I
 7    agree that they're identical, but, again,
 8    don't -- don't necessarily am surprised since I
 9    have no knowledge of where the information from
10    the Mayo website was taken from.
11    MS. BROWN:
12    Q      You agree a number of sentences in your
13    report are identical to a number of sentences on
14    the Mayo Clinic's website.  True?
15    MS. O'DELL:
16         Object to the form.
17    A      No.  I agree that they're -- I don't
18    agree.  There are specific wordings that are the
19    same.
20    MS. BROWN:
21    Q      Doctor, do you not agree that a number
22    of the sentences we just read are identical to a
23    number of sentences that appear on the Mayo
24    Clinic's website?
```

Page 67

```
 1    MS. O'DELL:
 2         Object to the form.
 3    A      I think we've -- we've specifically
 4    gone over those individually and answered those
 5    questions.
 6    MS. BROWN:
 7    Q      And you'll agree the sentences are
 8    identical?
 9    MS. O'DELL:
10         Object to the form.
11    A      Again, I -- I've answered -- I've
12    answered those when we went through them
13    individually.
14    MS. BROWN:
15    Q      Well, I want you to answer my question
16    now.
17         You'll agree we've looked at a number
18    of sentences that are identical in your report to
19    the information on the Mayo Clinic's website;
20    correct?
21    MS. O'DELL:
22         Object to the form.  Misstates his
23    testimony.
24    A      I'd have to go back to the transcript
```

Page 68

```
 1    from our conversation to comment on those.
 2    MS. BROWN:
 3    Q      You have it right in front of you.  We
 4    just looked at them.
 5    A      We did.
 6    Q      Right?
 7    A      Yes.
 8    Q      You recall reading a number of
 9    sentences in the Mayo Clinic website that match
10    word for word a number of sentences in your
11    report.  True?
12    MS. O'DELL:
13         Object to the form.
14    A      We've -- we've read information that
15    is -- that is similar between the two documents.
16    And, as answered, given the, again, basic
17    fundamental introduction in lay language for
18    these concepts, it is no surprise that it's the
19    same.
20    MS. BROWN:
21    Q      You're not surprised to find identical
22    sentences in your report and Dr. Zelikoff's
23    report?
24    A      I'm not surprised.
```

Page 69

```
 1    MS. O'DELL:
 2         Object to the form.
 3    MS. BROWN:
 4    Q      You are not surprised to find identical
 5    sentences in your report and the Mayo Clinic?
 6    MS. O'DELL:
 7         Objection to form.  Asked and answered.
 8    A      No.  I -- I've answered that.
 9    MS. BROWN:
10    Q      You need to answer it again.
11         Are you --
12    A      I'm not surprised.
13    Q      -- surprised?
14         Did you consult Wikipedia in writing
15    your expert report?
16    A      I don't recall.
17    Q      Do you think it's possible you might
18    have looked at Wikipedia when writing your expert
19    report in this litigation?
20    A      I've -- I've looked -- I've looked at a
21    large number of sources in published literature
22    and others.
23    Q      Did one of those sources include
24    Wikipedia?
```

18 (Pages 66 to 69)

Shawn Levy, Ph.D.

| Page 70 |
| --- |

1    A    I don't recall.
2    Q    Do you consider Wikipedia to be a
3    scientifically reliable source?
4    A    What do you mean by scientifically
5    reliable.
6    Q    Do you understand the concept of
7    scientific reliability when answering a
8    scientific question?
9    MS. O'DELL:
10        Object to the form.
11    A    Again, you'd have to -- that's -- you'd
12    have to explain your -- what scientific
13    reliability means in the context of your
14    question.
15    MS. BROWN:
16    Q    What does it mean to you?
17    A    Scientific reliability?  In general
18    terms, it would mean information that comes from
19    a peer-reviewed source.
20    Q    And Wikipedia is not peer-reviewed;
21    correct?
22    A    Wikipedia generally reso- -- uses
23    a -- is a summary of commonly -- at least in
24    scientific terms, a number of peer-reviewed

| Page 71 |
| --- |

1    sources, but it is --
2        So from a true peer-review perspective,
3    Wikipedia actually is peer-reviewed in the sense
4    that anyone can contribute and edit the
5    information in Wikipedia.
6    Q    Including our kids; right?
7    MS. O'DELL:
8        Object to the form.
9    A    Possible.
10    MS. BROWN:
11    Q    Anyone in the world could edit a
12    Wikipedia page.  True?
13    A    I believe so.
14    Q    Is it your testimony, Doctor, that
15    information from Wikipedia is a reliable resource
16    when answering a scientific question?
17    A    No, that is not my testimony.  That is
18    not my testimony, no.
19    Q    Do you -- do you think you used
20    Wikipedia here in writing your report?
21    A    Again, I -- I -- I don't recall using
22    Wikipedia specifically.
23    Q    Okay.  Let's take a look at your report
24    at page 7, Doctor.

| Page 72 |
| --- |

1        And we'll mark a Wikipedia page as
2    Exhibit 10.
3        (DEPOSITION EXHIBIT NUMBER 10
4        WAS MARKED FOR IDENTIFICATION.)
5    MS. BROWN:
6    Q    I would like to direct you, Dr. Levy,
7    to the first full paragraph in your expert report
8    at page 7.
9    A    Uh-huh.
10    Q    Do you see that?
11    A    I do.
12    Q    And I want to direct your attention to
13    the sentence in the middle of that paragraph that
14    begins "BRCA1 combined."
15        Do you see that?
16    A    Yes.
17    MS. BROWN:
18    Q    And I want to, side by side with
19    Wikipedia, direct your attention to the third
20    full paragraph that begins, as well, "BRCA1
21    combined."
22        You with me?
23    A    I am.
24    Q    Wikipedia writes, "BRCA1 combines with

| Page 73 |
| --- |

1    other tumor suppressors, DNA damage sensors, and
2    single transducers to form a large multi-subunit
3    protein complex known as BRCA1-associated genome
4    surveillance complex" -- parens --
5    "BAC-" -- excuse me -- "(BASC)," end parens.
6        Do you see that?
7    A    I do.
8    Q    Turning to your report, page 7, you
9    write, "BRCA1 combines with other tumor
10    suppressors," comma, "DNA damage sensors, and
11    signal transducers to form a large multi-subunit
12    protein complex known as the BRCA1-associated
13    genome surveillance complex" -- parens --
14    (BASC)."
15        Correct?
16    A    That is correct.
17    Q    Those two sentences, Doctor, are
18    identical.
19    A    It appears so, yes.
20    Q    Okay.
21    A    Except for a -- the reference included
22    on the Wikipedia page is not included in my
23    report.
24    Q    Wikipedia has cited a reference, and

19 (Pages 70 to 73)

Shawn Levy, Ph.D.

| Page 74 |
| --- |

1    your sentence stands without a reference.  Is
2    that right?
3    A      That's right.
4    Q      Other than the footnote, the two
5    sentences we just read are identical.  True?
6    A      Both sentences state the same fact in
7    the same way.  So, similar to our earlier
8    discussions, we've now seen a large collection of
9    fundamental factual information with -- with
10   accurate information from now a number of sources
11   that are stated in similar ways through
12   Wikipedia, other expert reports, and websites all
13   about the fundamentals of cancer.
14   Q      The two sentences we just read, Doctor,
15   are identical.  Correct?
16   MS. O'DELL:
17          Object to the form.
18   A      We read one sentence in Wikipedia.
19   MS. BROWN:
20   Q      And it is identical.  True?
21   A      Yes.  The wording is the same.  With,
22   of course, Wikipedia, as you already stated,
23   being editable by anybody and can pull that
24   content from anywhere, and it's the -- I'd have

| Page 75 |
| --- |

1    to review -- I'd have to look to see what
2    reference 16 in Wikipedia is.  But it's certainly
3    possible that I and Wikipedia summarized the same
4    information from the same source.
5    Q      Let's go to page 9 of your report.  One
6    of the articles that you relied on is an article
7    by Lisa Coussens and Zena Werb.  Do you recall
8    that?
9    A      That does sound familiar, but I'll have
10   to verify.
11   Q      Handing you what we've marked as
12   Exhibit 12 [sic] to your report, the Coussens and
13   Werb article.
14          (DEPOSITION EXHIBIT NUMBER 11
15          WAS MARKED FOR IDENTIFICATION.)
16   A      Yes, this is a -- this is a review.
17   This is an insight review article, which, similar
18   to my report, is likely consolidating information
19   from the research knowledge.
20   MS. BROWN:
21   Q      I'd like to direct you to the last two
22   sentences of Exhibit 10, the Coussens' article,
23   the last two sentences in the first paragraph.
24   A      Exhibit 10 or 12?

| Page 76 |
| --- |

1    Q      I'm sorry.  What did we mark the
2    Coussens as?  12?
3    A      Twelve.
4    Q      That should have been 11.
5          We have marked the Coussens' article
6    now correctly as Exhibit 11, and I'll direct you
7    to the last two sentences of the first full
8    paragraph.  Put that, if you would, Doctor, side
9    by side with your report at page 9, sentence that
10   begins "in contrast," both sentences that begin
11   "in contrast."
12          Are you with me?
13   A      I am.
14   Q      All right.  So, in this published
15   article, Ms. or Dr. Coussens writes, "In
16   contrast, proliferating cells that sustain
17   DNA" --
18   MS. O'DELL:
19          Excuse me, Alli.  Sorry.  Tell me, are
20   you in the second paragraph?
21   MS. BROWN:
22          I'm on the end of the first full
23   paragraph.
24   MS. O'DELL:

| Page 77 |
| --- |

1          Sorry.  I thought you were in the first
2    full paragraph.
3    MS. BROWN:
4          Begins "In contrast."
5    MS. O'DELL:
6          Okay.
7    MS. BROWN:
8          And we have that side by side with
9    Dr. Levy's report, page 9, the paragraph that
10   also begins "In contrast."
11   MS. O'DELL:
12          Thank you.
13   MS. BROWN:
14   Q      Dr. Coussens writes, "In contrast,
15   proliferating cells that sustain DNA damage
16   and/or mutagenic assault" -- parens -- "(for
17   example, initiated cells), continue to
18   proliferate in microenvironments rich in
19   inflammatory cells and growth/survival factors
20   that support their growth."
21          Do you see that sentence?
22   A      I do.
23   Q      The next sentence reads, "In a sense,"
24   comma, "tumors act as wounds that fail to heal."

20  (Pages 74 to 77)

Shawn Levy, Ph.D.

Page 78

1    See that?
2    A    I do.
3    Q    Directing your attention to page 9 of
4  your report, Doctor, you write, "In contrast,"
5  comma, "proliferating cells that sustain DNA
6  damage and/or mutagenic insult -- parens -- "(for
7  example," comma, "initiated cells)," end paren,
8  "continue to proliferate in microenvironments
9  rich in inflammatory cells and growth/survival
10  factors that support their growth," period. "In
11  a sense, tumors act as wounds that fail to heal."
12    Do you see that?
13    A    I do.
14    Q    Except for one word, Doctor, those two
15  sentences, including the slashes and the
16  parentheses, are identical.  Correct?
17  MS. O'DELL:
18    Object to the form.
19    A    Those two sentences are similar.
20  MS. BROWN:
21    Q    Except for one word, those two
22  sentences are identical.  True?
23  MS. O'DELL:
24    Object to the form.  Asked and

Page 79

1  answered.
2    A    Yeah.  I'd certainly appreciate the
3  similarity between the -- between the two.  But
4  that's -- again, as we've been discussing now for
5  an extensive amount of time, in the introductory
6  review content of the report --
7    In fact, I reference the Coussens and
8  Werb paper, so certainly it's not a surprise that
9  wording is similar between them and used similar
10  language to describe, again, these factual
11  aspects of fundamental cancer biology, including
12  similar references.
13  MS. O'DELL:
14    Excuse me.  My microphone is broken.
15  VIDEOGRAPHER:
16    It's still working.  You're good.  You
17  can just lay it on the table and we'll fix it at
18  a break.
19  MS. O'DELL:
20    And we've been going about an hour and
21  13 minutes.
22  MS. BROWN:
23    I'm about to finish up this section.
24  We'll take a break.

Page 80

1    Q    My question, Doctor, was:  Except for
2  one word, the two sentences we just read from
3  Coussens are identical to the two sentences in
4  your report.  Is that correct?
5  MS. O'DELL:
6    Object to the form.
7    A    So, I -- as -- as as stated, the two
8  sentences are similar.
9  MS. BROWN:
10    Q    Except for one word, they are
11  identical.  Is that correct?
12  MS. O'DELL:
13    Object to the form.  He's asked --
14  you've asked the question.  He's answered your
15  question.
16    A    Again, the two sentences are similar.
17  MS. BROWN:
18    Q    Do you understand "identical," what
19  "identical" means?
20    A    Yes.  Exactly the same.
21    Q    Okay.  Except for one word, those two
22  sentences are exactly the same in the Coussens
23  article and your report.  True?
24  MS. O'DELL:

Page 81

1    Object to the form.  Asked and
2  answered.
3    A    And we're -- we're saying the same
4  thing in different ways, which is that the two
5  sentences are similar, stating factual
6  information about fundamental cancer biology and
7  in two similar review articles.
8  MS. BROWN:
9    Q    And the only difference is one word.
10  Correct?
11    A    Two sentences are similar.
12    Q    My question was:  The only difference
13  is one word.  True?
14    A    Let me review again to be sure that we
15  would -- before answering.
16    Taken out of context, those two
17  sentences are similar.
18    Q    My question was, Doctor, the only
19  difference is one word.  Is that correct?
20  MS. O'DELL:
21    Objection to the form.  Asked and
22  answered.
23    A    You know, I think we've -- we've
24  answered this a number of times, that the two

21 (Pages 78 to 81)

Shawn Levy, Ph.D.

Page 82

1  sentences are different in their context and in
2  terms of paragraph, but they are similar in
3  structure and similar in wording.
4        But, as you stated, with the exception
5  of the -- so they're not.  So in a language
6  perspective, they're not identical.  They're
7  similar.
8  MS. BROWN:
9        Let's take a break.
10  VIDEOGRAPHER:
11        Going off -- going off the record.  The
12  time is 10:15 a.m.
13        (OFF THE RECORD.)
14  VIDEOGRAPHER:
15        We're back on the record.  The time is
16  10:25 a.m.
17  MS. BROWN:
18  Q     Doctor, I am handing you what I have
19  marked as Deposition Exhibit 12 and 13.  These
20  are additional documents your counsel identified
21  for us this morning as something you have seen
22  since your report.
23        (DEPOSITION EXHIBITS 12 AND 13
24        WERE MARKED FOR IDENTIFICATION.)

Page 83

1  MS. BROWN:
2  Q     Would you tell us what those two
3  exhibits are, please.
4  A     Exhibit -- Exhibit 13 is a printed copy
5  of an email dated December 26th informing
6  Dr. Saed that a manuscript --
7        Is it helpful to identify the
8  manuscript?
9        -- titled "Molecular Basis Supporting
10  the Association of Talcum Powder Use With
11  Increased Risk of Ovarian Cancer," submitted to
12  Reproductive Sciences, has been reviewed.  The
13  comments were included in the letter.
14  Q     Have you seen --
15  A     And I'm just reading the --
16  Q     Sure.
17  A     It -- it appears that the -- so,
18  summarizing the letter, the manuscript has been
19  reviewed, the comments from the reviewers were
20  provided back, and the journal has informed
21  Dr. Saed that they'll accept a revised document
22  for potential publication.
23  Q     Have you seen Exhibit 13 prior to this
24  morning?

Page 84

1  A     I have.
2  Q     Have you seen the reviewer comments
3  referenced in Exhibit 13?
4  A     I have not seen the reviewer comments.
5  Q     Okay.  Exhibit 13 does not inform the
6  opinions of your report dated November of 2018.
7  True?
8  A     Exhibit 13, being the letter, that is
9  correct.  It does not.
10  Q     Okay.  And what's Exhibit 12?
11  A     Exhibit 12 appears to be a preprint
12  version of the previously mentioned paper,
13  "Molecular Basis Supporting the Association of
14  Talcum Powder Use With Increased Risk of Ovarian
15  Cancer," with the first author, Nicole Fletcher,
16  and Dr. Saed is listed as the senior or
17  corresponding author.
18  Q     Did the lawyers provide you with this
19  manuscript, Doctor?
20  A     Yes, in a -- but that's -- yes, they
21  did.
22  Q     Do you recall when you were provided
23  with a copy of the manuscript by the plaintiffs'
24  lawyers?

Page 85

1  A     It was sometime in December toward --
2  late in the year.  The exact date, I'd have to
3  review when it came in.  And I believe it was --
4  and the version you have here is a more formal
5  preprint version from the -- from Manuscript
6  Central, whereas the version I received
7  was a -- it appeared to be more of a submission
8  version.
9        So commenting whether it's
10  exact -- precisely the same content, I -- I
11  wouldn't be able to say.
12  Q     Fair to say, though, Doctor, since you
13  received the manuscript in December of 2018, the
14  contents of the manuscript did not inform the
15  expert report that you wrote in November of 2018;
16  correct?
17  A     Actually, I would say the -- the -- I
18  would not agree, from the perspective of Dr. Saed
19  has a number of similar studies, as well as a
20  number of abstracts that I had the opportunity to
21  review that did inform some of the opinions in
22  the report.  Those same information and data were
23  included in this manuscript and expanded upon
24  actually significantly.

22  (Pages 82 to 85)

Shawn Levy, Ph.D.

Page 86

1           So the basis of my opinion includes
2    some of the information from this manuscript, but
3    I -- but the report does not contain the totality
4    of this.
5        Q       Right.  Because the manuscript wasn't
6    available to you until after you wrote your
7    report.  Right?
8        A       No, that's not the case.  The -- the --
9    the research, some of the research information
10   from this study was available in abstract form,
11   and -- and some -- I believe a preprint from
12   Dr. Saed.
13          So it was -- so it was available.
14   Portions of it were available for the report.
15       Q       Other than the abstract, did you have
16   access to an earlier version of what we've marked
17   as Exhibit 12?
18       A       I can't accurately answer that without
19   comparing them.
20       Q       Where do you have stored the earlier
21   version that you're referring to?
22       A       Let's see if I -- what I have here.
23          So, from Dr. Saed, I have a -- used a
24   book chapter which describes some of his

Page 87

1    oxidative stress experiments that are also
2    consistent with the information that's in the --
3    in Exhibit 12, as well as some of his earlier
4    review articles, and that's --
5           Let me make sure I'm not missing
6    anything from Fletcher, who's been...
7           But, otherwise, the -- the experiments
8    that were expanded upon in the formal manuscript
9    were described in -- in abstract or, I should
10   say, summarized form, meaning an abstract that
11   included methods, results, and conclusions from
12   Fletcher and colleagues in Dr. Saed's group.
13       Q       At the time you wrote your report, you
14   had an abstract of the 2018 paper that we've
15   marked as Exhibit 12; correct?
16   MS. O'DELL:
17          Object to the form.  He said plural.
18       A       Yes.  I had two abstracts and then
19   possibly --
20          I'd have to review when I received this
21   preprint versus the final version of my report to
22   see if they overlapped, if they're -- if I had an
23   opportunity to review this or not.
24   MS. BROWN:

Page 88

1        Q       Okay.  And I'll ask if you'd be kind
2    enough to do that at a break.  Just let us know
3    if you had access to something other than the
4    abstract of Dr. Saed's 2018 report at the time
5    you wrote your report.  Fair enough?
6        A       I'll make a note.
7    MS. O'DELL:
8           Excuse me.  Object to the form.
9    Abstracts, not one.
10   MS. BROWN:
11       Q       Dr. Levy, you are a Ph.D.; is that
12   correct?
13       A       Correct.
14       Q       Okay.  You are not an M.D.; correct?
15       A       That's correct.
16       Q       What's your Ph.D. in, sir?
17       A       Biochemistry and genetics.
18       Q       You're not an epidemiologist.  Fair?
19       A       I am not.
20       Q       Okay.  And the focus of your work at
21   HudsonAlpha is on genome sequencing.  Is that
22   right?
23       A       No.  The -- the -- genome sequencing is
24   a tool that we apply in -- in the work of my

Page 89

1    laboratory and in my responsibilities at
2    HudsonAlpha.
3        Q       HudsonAlpha has a team known as the
4    Breakthrough Breast and Ovarian Cancer Team.  Is
5    that right?
6        A       I'm not familiar with that name.
7        Q       Okay.
8        A       There is a -- a group of faculty who
9    have some funding related to breast and ovarian
10   cancer.  It's -- it's certainly possible that
11   name was used in -- in press for some title.
12       Q       Since you're not familiar with that
13   team, fair to say you're not a member of the
14   Breakthrough Breast and Ovarian Cancer Team?
15   MS. O'DELL:
16          Object to the form.
17       A       Again, I don't -- my involvement with
18   breast and ovarian cancer at HudsonAlpha is
19   specific to some projects.  And whether or not I
20   was named on that team, I -- I don't know.
21   MS. BROWN:
22       Q       There are folks at HudsonAlpha,
23   scientists and doctors at HudsonAlpha whose
24   practice is devoted to studying ovarian cancer.

23 (Pages 86 to 89)

Shawn Levy, Ph.D.

Page 90

1    Correct?
2    A    No, that's not correct.
3    Q    Your practice is not devoted to ovarian
4    cancer; correct?
5    MS. O'DELL:
6         Object to the form.
7    A    No.  My -- my practice is not devoted
8    to ovarian cancer.  And -- but that was
9    irrelevant to what I was asked to do in
10   this -- in this particular case for
11   the -- regarding the content of my report.
12   MS. BROWN:
13   Q    I think I saw you've published one
14   article regarding ovarian cancer over the course
15   of your career.  Is that right?
16   A    That sounds correct.
17   Q    You have not given any presentations
18   regarding ovarian cancer.  Is that true?
19   A    I would say that's accurate.
20   Q    You have not received any government
21   funding to study ovarian cancer.  True?
22   A    I received government funding to study
23   breast and ovarian cancer -- this was in 2002,
24   from the Department of Defense -- and then,

Page 91

1    subsequent to that, participated in at least one
2    review for the Department of Defense in reviewing
3    ovarian cancer research grants.  So that is --
4         And then my membership in the
5    Vanderbilt Cancer Center as well as the
6    University of Alabama Birmingham Comprehensive
7    Cancer Center certainly have been involved in a
8    number of projects across a diversity of cancer
9    types, including ovarian and breast cancer.
10   Q    Prior to being hired by the plaintiffs'
11   lawyers in this litigation, you had not
12   investigated the potential mechanisms by which
13   talcum powder could cause ovarian cancer.  Is
14   that fair?
15   MS. O'DELL:
16        Object to the form.
17   A    Specific -- as in terms of a specific
18   fundamental research project?
19   MS. BROWN:
20   Q    At all.
21   MS. O'DELL:
22        Object to the form.
23   A    So my research has included the role of
24   inflammation and a number of biological processes

Page 92

1    dating back to my early Ph.D. work, and those
2    include cancer.  So certainly the subject of
3    inflammatory response in -- both chronic and
4    acute, in controlling cancer has been a subject
5    of my research for some time and certainly
6    bridged into ovarian cancer as well as other
7    cancer types.
8    MS. BROWN:
9    Q    You've never published on chronic
10   inflammation as a potential mechanism by which
11   talcum powder causes ovarian cancer.  Correct?
12   A    Not specific to talcum powder, no.
13   Q    You have never given a presentation on
14   chronic inflammation as a mechanism for causing
15   ovarian cancer at all; right?
16   MS. O'DELL:
17        Object to the form.
18   A    I'm thinking through my --
19        I don't recall a specific presentation
20   with regards to talcum powder and its role in
21   ovarian cancer.  As far as my discussions or
22   presentations around the role of inflammation in
23   cancer, including ovarian, it -- it is -- it is
24   possible, but I can't think of a specific

Page 93

1    presentation.
2    MS. BROWN:
3    Q    Okay.  Since you've been hired by
4    plaintiffs' lawyers, you have done some research
5    into the potential role of inflammation and
6    ovarian cancer.  Is that right?
7    MS. O'DELL:
8         Object to the form.
9    A    Since -- since my -- what was requested
10   of me from the plaintiffs' attorneys was to
11   provide a review of the biological plausibility
12   and a connection between talcum powder and
13   inflammation and then discuss the relationship
14   between inflammation and cancer.
15   MS. BROWN:
16   Q    Okay.  As I understand you, Dr. Levy,
17   you were asked by the plaintiffs' lawyers to
18   provide a review of the literature as it relates
19   to the biological plausibility of talcum powder
20   and ovarian cancer.  Is that right?
21   MS. O'DELL:
22        Object to the form.
23   A    No, that's not correct.  What I was --
24   I was asked to provide an opin- -- expert opinion

24  (Pages 90 to 93)

Shawn Levy, Ph.D.

Page 94

1  on the biological plausibility of the mechanism
2  that -- of the ability of exposure of talc and
3  its constituent components to cause inflammation
4  and/or cancer.
5  MS. BROWN:
6    Q    Do you see those as two different
7  things?
8    A    Yes.
9    Q    Okay. So you were asked to provide a
10  mechanism by which talcum powder could cause
11  cancer?
12    A    No, that's not correct.
13  MS. O'DELL:
14        Objection to form.
15  MS. BROWN:
16    Q    Okay. Explain it to me.
17    A    I -- I was asked to provide a -- an
18  opinion on the biological plausibility --
19    Q    Of talcum powder causing cancer?
20    A    -- of talcum powder leading to the
21  biological changes necessary to cause cancer.
22    Q    Okay. As I understand what you just
23  said, you were asked to re- -- to provide an
24  opinion on the biological plausibility of talcum

Page 95

1  powder leading to biologic changes that are
2  needed to cause cancer. Is that fair?
3  MS. O'DELL:
4        Object to the form.
5    A    So I was asked from -- by the attorneys
6  to review the available literature across the
7  spectrum of cancer and talcum powder and
8  constituent literature to develop an opinion
9  around the biological plausibility that exposure
10  of -- exposure to talcum powder is
11  biologically -- that there is a biologically
12  plausible mechanism that that can cause cancer.
13  MS. BROWN:
14    Q    Okay. And that is not something that
15  you had done prior to being hired by the
16  plaintiffs' lawyers. Fair?
17    A    Developing such an opinion?
18    Q    Correct.
19    A    Or -- or -- so writing such a report,
20  no, that is not something I -- I had done prior
21  to -- to this. My research has been primarily in
22  data integration and the examination of
23  mechanistic effects in cancer, rare disease,
24  and -- in diabetes specifically, as well as

Page 96

1  some neurological diseases.
2        So this was a similar review as -- of
3  those topics when asked to examine the biological
4  plausibility of a cause and effect; in this case,
5  cause being exposure to talcum powder and effect
6  being progression to cancer.
7    Q    Prior to being hired by the plaintiffs'
8  lawyers, you had not considered the biological
9  plausibility of talcum powder causing ovarian
10  cancer. Correct?
11    A    No. I would say that's not true in
12  isolation. And the reason I say that's not true
13  is I had been aware of some of the literature and
14  certainly some of the press that surrounded the
15  suspected associations between talcum powder
16  exposure and cancer. So I was familiar with the
17  concept, but I had not at the time, until hired
18  by the plaintiffs' attorney, spent a significant
19  amount of time reviewing the literature and
20  developing a written opinion as to that
21  biological plausibility.
22    Q    You have not published your opinion
23  contained in -- your opinions contained in the
24  report that we marked as Exhibit 2. Is that

Page 97

1  correct?
2    A    That is correct.
3    Q    You have not presented the opinions
4  contained in Exhibit 2 at any medical or
5  scientific conference; correct?
6    A    That's correct.
7    Q    You have not disclosed the opinions
8  contained in Exhibit 2 to any of your colleagues;
9  correct?
10  MS. O'DELL:
11        Object to the form.
12    A    Not at this time, no. Considering I
13  had -- I had just finalized the report a short
14  time ago, I haven't had the opportunity to
15  consider publication, presentation, or -- or
16  discussion with colleagues.
17  MS. BROWN:
18    Q    Do you plan to seek publication of the
19  information contained in your report in Exhibit
20  2?
21    A    I -- I haven't made a determination at
22  this time. It's been a fascinating area to
23  research. Certainly there's -- that would
24  certainly be a future possibility.

25  (Pages 94 to 97)

Shawn Levy, Ph.D.

Page 98

1    Q      Does HudsonAlpha --
2          First of all, what's your position at
3    HudsonAlpha, Doctor?
4    A      So I'm a faculty investigator, which
5    would be analogous to a faculty member at a
6    research institution, similar to -- or I should
7    take a step back and just --
8          To be accurate, HudsonAlpha is a
9    private nonprofit research institution, similar
10   to Broad Institute, Stowers, et cetera.  So we
11   are academic in nature, meaning that most of our
12   funding or the vast majority of our funding comes
13   from grants and contracts.  So that's why I say
14   it's analogous to faculty at a research
15   institution.
16         My other responsibilities are the
17   management and oversight of the production and
18   research laboratories, so that provides us an
19   opportunity to work with approximately 1200
20   different laboratories from around the world in
21   support of roughly 5,000 projects over the last
22   nine and a half years.  And that's -- it's
23   provided a broad spectrum of activities and
24   abilities to work in these types of projects.

Page 99

1          And then I also oversee the clinical
2    laboratories as well.  And adult oncology is a
3    major focus of that research.  I currently lead
4    the largest profiling effort in adult cancer in
5    the nation, which involves 15 national cancer
6    institutes.  And ovarian cancer is a component of
7    that research, although not the only cancer that
8    we research in that -- in that's -- in that
9    program.
10   Q      None of the 5,000 projects you just
11   mentioned have dealt with talc.  Is that fair?
12   A      That is fair.
13   Q      And none of the work at the clinical
14   labs that you just mentioned have dealt with
15   talc; correct?
16   MS. O'DELL:
17         Object.
18   A      I am -- I would say there's a
19   statistical probability that some of the ovarian
20   cancer samples that have been observed in the
21   clinical laboratory may very well have
22   been -- have come from patients exposed to talcum
23   powder.  But I have no direct knowledge of that,
24   nor have we performed any testing to confirm

Page 100

1    or -- or -- or dispute whether or not those
2    ovarian cancer or other cancer types may have had
3    a relationship with talcum powder.  So the short
4    answer being I -- I don't have the information to
5    answer that.
6    MS. BROWN:
7    Q      HudsonAlpha has a Code of Ethics.  Are
8    you familiar with it?
9    A      Yes.
10   Q      Are you familiar with the financial
11   disclosure requirements of HudsonAlpha?
12   A      I am.
13   Q      Have you complied with those in
14   connection with your work as an expert witness
15   for plaintiffs in this case?
16   A      I have.
17   Q      And tell us what you've done to comply
18   with HudsonAlpha's Code of Ethics and financial
19   disclosure requirements.
20   A      Their Code of Ethics and financial
21   requirement is requirement to disclose any
22   relationships that have a financial component
23   over -- I don't recall the minimum amount, but it
24   is -- it is fairly modest, hundreds of dollars.

Page 101

1    And that reporting requirement is the -- is -- is
2    for the previous year, and it is due in July, I
3    believe is the time frame, although I'd have to
4    make sure.  It's -- I know it's not the end of
5    the calendar year.  So on my next disclosure,
6    this, of course, activity would be disclosed.
7          In addition to that, via
8    conversation -- regular review with the president
9    of the institution, I provide a general report on
10   consulting activities; for example, these
11   activities.
12         HudsonAlpha's policy is faculty members
13   are allowed up to 20 percent of your time towards
14   consulting activities that have a relationship to
15   your research area, such as the evaluation of the
16   biologically plausible mechanism of talc in
17   ovarian cancer.  So based on both the timing of
18   the Code of Ethics with regards to the financial
19   disclosure as well as the ad hoc reporting of
20   consulting engagements with the president of the
21   institution, I'm in compliance with the current
22   policies of HudsonAlpha.
23   Q      The president of HudsonAlpha is aware
24   of your opinions in this case?

26 (Pages 98 to 101)

Shawn Levy, Ph.D.

Page 102

1      A      I have not discussed my opinions
2  specifically to this case with him; just the
3  general knowledge that I was asked to participate
4  as an expert witness.  He didn't ask, and I
5  didn't provide the content.
6      Q      No one at HudsonAlpha is aware of your
7  opinion that talcum powder causes chronic
8  inflammation which can cause ovarian cancer?  Is
9  that right?
10     A      I have -- I have not specifically
11  shared the contents of the report or -- or my
12  opinions widely at HudsonAlpha.
13     Q      Did you disclose last July that you had
14  already been hired and submitted invoices to the
15  plaintiffs' lawyers?
16     A      I'm sure I did.
17     Q      Do you have that documentation?
18     A      No.  It's -- it's an electronic
19  disclosure.  It's not actually done on paper.
20     Q      One of the things that HudsonAlpha does
21  is it partners with the University of Alabama in
22  a comprehensive cancer center; correct?
23     A      No, that wouldn't be correct.
24  HudsonAlpha is very specific --

Page 103

1            And you may be more familiar with this
2  than I.
3            They're very specific with their use of
4  the word "partnership" and they're, in fact, very
5  specific that they do not engage in a -- anything
6  titled "a partnership."  So they -- I would not
7  characterize them as a partner of the University
8  of Alabama Cancer Center.
9            We certainly have -- there are faculty
10  members at University of Alabama Birmingham who
11  are -- have adjunct appointments at HudsonAlpha,
12  just as I have appointments at University of
13  Alabama Birmingham and I am a member of their
14  cancer center.
15     Q      Are you aware of the work that
16  HudsonAlpha does with the University of Alabama's
17  Comprehensive Cancer Center?
18  MS. O'DELL:
19            Object to the form.  Asked and
20  answered.
21     A      I'm aware of some of the work, but I --
22  certainly I -- I don't -- I don't necessarily
23  have knowledge of the full spectrum of those
24  projects, given that they involve many faculty

Page 104

1  members on both institutions.
2  MS. BROWN:
3      Q      Fair to say, then, Doctor, you have not
4  participated in any work with the University of
5  Alabama's Comprehensive Cancer Center?
6  MS. O'DELL:
7            Object to the form.
8      A      No, that's not true.
9  MS. BROWN:
10     Q      Have you worked with the University of
11  Alabama's Comprehensive Cancer Center on projects
12  involving ovarian cancer?
13  MS. O'DELL:
14            Objection.  Asked and answered.
15     A      I would -- I would have to review the
16  specific projects that we've -- we've done to
17  answer that.
18            As the codirector of a core facility
19  for the University of Alabama Comprehensive
20  Cancer Center, it is likely that we've worked on
21  some projects related to ovarian cancer, but I
22  can't specifically name them.  They are -- I
23  would -- I would characterize them as infrequent.
24  MS. BROWN:

Page 105

1      Q      Have any of those projects attempted to
2  research the potential causes of ovarian cancer?
3      A      Again, I'd have -- I'd have to review
4  the projects.  They're certainly --
5  fundamentally, most of the questions regarding
6  the analysis of cancer samples are routinely to
7  investigate their cause or their treatment.  So I
8  would -- I would answer that question as highly
9  likely.
10     Q      Would you agree the cause of ovarian
11  cancer remains unknown today?
12  MS. O'DELL:
13            Object to the form.
14     A      No, I would -- I would -- I would not
15  agree that it -- I would not agree to that
16  general statement.
17  MS. BROWN:
18     Q      What are the causes of ovarian cancer
19  in your mind, Doctor?
20     A      Well, the -- the causes of -- of
21  a -- of any number of cancers, including ovarian
22  cancer, are probably more well understood now
23  than ever, and their complexities I think now are
24  just beginning to be appreciated in the sense

27 (Pages 102 to 105)

Shawn Levy, Ph.D.

## Page 106

1  that cancer is a disease of unregulated cell
2  growth.
3          Back to our earlier con--- earlier
4  conversation, some of the fundamental facts that
5  we had discussed and, in fact, I think well
6  replicated in a number of sources, as you pointed
7  out to me, you know, illustrate that there's a
8  milieu of genetic change leading to cellular
9  transformation, and that cellular damage, if we
10  consolidate that as cellular damage, then has to
11  work in concert with a number of other events
12  providing the right environment for a tumor to
13  grow, such as inflammation, chronic or acute.
14  And, so, the -- you know, the -- the -- you know,
15  giving a singular cause would be inappropriate.
16          But I would say the mechanistic causes
17  of cancer are reasonably well understood, but how
18  those apply to the wide diversity of cancer types
19  remains an area of active investigation.
20          I think what's interesting on cancer in
21  general is that there's no -- really no longer a
22  bucket diagnosis. It is -- it -- lung cancer is
23  more complex than lung cancer and ovarian cancer,
24  certainly with the --

## Page 107

1          As I'm sure you're well aware, with the
2  molecular subtypes and other things, it's a
3  complicated disease as well.
4          So to summarize that is -- to summarize
5  all of that complexity by saying that the cause
6  is known or unknown I think would vastly
7  underestimate the -- our current state of the art
8  or knowledge of how complex cancer is as a
9  condition.
10  Q      Sure.
11          Scientists, researchers, public health
12  authorities continue to investigate the mechanism
13  by which ovarian cancer is caused. Correct?
14  A      That's correct.
15  Q      We do not, sitting here today in 2019,
16  have a complete understanding of the etiology of
17  ovarian cancer. Correct?
18  MS. O'DELL:
19          Object to the form.
20  A      I would say we have substantial
21  knowledge of factors and exposures that either
22  predispose or directly cause cancer in a large
23  number of -- large number of cancer areas,
24  including ovarian cancer.

## Page 108

1          Now, the -- whether that represents the
2  complete milieu of possibilities is -- is what is
3  currently under research.
4  MS. BROWN:
5  Q      Were you aware that the University of
6  Alabama Comprehensive Cancer Center is an NCI
7  center, National Cancer Institute?
8  A      Yes. It's -- it's not only an
9  NCI-designated center; it's an NCI-designated
10  comprehensive cancer center, which is a slightly
11  different classification. It's a -- there's more
12  criteria for a cancer center to meet to become
13  comprehensive.
14  Q      What does it mean to be an NCI center,
15  to you, if you know?
16  A      Stated very simply, it means you have
17  a -- your cancer center is funded by a support
18  grant directly from the National Cancer Institute
19  to provide -- that supports not only patient care
20  but also supports basic research, epidemiology
21  and -- and health outcomes research in cancer.
22          So, in a nutshell, it is a fairly
23  comprehensive grant that supports a wide variety
24  of work within a cancer center that extends

## Page 109

1  beyond basic -- basic care.
2  Q      The National Cancer Institute has
3  funded a number of projects that the scientists
4  at HudsonAlpha are working on. Is that fair?
5  A      I'd have to certainly review the grant
6  portfolio. But I'm certain that, since I myself
7  have funding from that cancer center, yes, the
8  NCI does fund some -- some number of
9  investigators at HudsonAlpha.
10  Q      And you consider the NCI to be a
11  reputable public health authority; correct?
12  A      No, not necessarily. The NCI is really
13  not a public health authority. The N -- the NCI
14  is a -- is a scientific administration center
15  within the National Institutes of Health.
16          Now, I'm speaking of their extramural
17  programs. The NCI also have intramural programs,
18  where they have their own researchers and their
19  own projects. I'm less familiar with those
20  activities.
21          But together, I would state that the
22  NCI is a -- I don't have -- I guess I have not
23  had any experience with the NCI that would lead
24  me to say that they are an authoritative public

28 (Pages 106 to 109)

Shawn Levy, Ph.D.

Page 110

1   health authority.
2   Q        Before forming your opinions in this
3   case, Dr. Levy, did you look to see what the NCI
4   states about whether talcum powder causes ovarian
5   cancer?
6   A        I believe I did see, from a number of
7   statements, certainly potentially from the NCI,
8   regarding the complete opinion and -- and
9   knowledge base for the role of talcum powder in
10  ovarian cancer.
11  Q        Do you recall that the NCI has
12  concluded that there's inadequate evidence that
13  talcum powder increases the risk of ovarian
14  cancer?
15  MS. O'DELL:
16          Object to the form.
17  A        Which -- what specifically are you
18  referring to? I -- I wouldn't be able to answer
19  that accurately without knowing which specific
20  report or statement that you're referring to.
21  MS. BROWN:
22  Q        I'm wondering if, sitting here today,
23  you recall looking at information about the
24  classification of risk factors for ovarian cancer

Page 111

1   as done by the NCI.
2   A        I don't recall that specifically. I
3   don't also recall seeing any statements from the
4   NCI regarding safety of any product.
5   Q        In forming your opinions in this case,
6   Dr. Levy, did you consider the conclusions of
7   public health authorities like the FDA, the NCI,
8   NIH as it relates to talcum powder in ovarian
9   cancer?
10  A        So I certainly considered information
11  from each of those entities. But I would make a
12  statement I don't -- I don't recall from any of
13  those entities seeing a single conclusion.
14  Q        Is it your opinion, Dr. Levy, that
15  talcum powder causes ovarian cancer?
16  A        I wasn't asked to provide an opinion if
17  talcum powder causes cancer. I was -- I was
18  asked to develop an opinion as to the biological
19  plausibility of -- of talcum powder leading
20  to -- leading to change.
21          Now, that's what I was asked from the
22  attorneys. If you're asking -- are you asking me
23  what my opinion is --
24  Q        Well, I want to know if, in this case,

Page 112

1   you are prepared to offer the opinion that talcum
2   powder causes ovarian cancer.
3   A        I don't -- I don't think we have the
4   complete information for a sing- -- you know, to
5   have the opinion of a singular cause. But, at
6   the same time, my opinions are that, as stated in
7   the report, there's a clear and well-evidenced
8   biologically plausible role for talcum powder
9   leading to ovarian cancer.
10  Q        On page 2 of your report, the second
11  full paragraph that begins "My report
12  consists" --
13          You with me?
14  A        Yes.
15  Q        -- you state -- you reference your
16  conclusions regarding this cause-and-effect
17  relationship.
18          Do you see that?
19  A        I do.
20  Q        Do you mean by that that you have an
21  opinion that talcum powder causes the effect of
22  ovarian cancer?
23  A        No. That -- that wasn't the meaning of
24  that statement of cause and effect. It was -- it

Page 113

1   was a -- more of a general statement of a cause
2   being exposure to talc and effect being that
3   biologically plausible mechanism.
4   Q        You mentioned a moment ago that you
5   don't think we have the complete info on a
6   singular cause of ovarian cancer. Is that right?
7   MS. O'DELL:
8           Objection to form.
9   A        Sorry. Let me read your question
10  again.
11          I have -- I have not seen any evidence
12  that suggests that there is a singular cause of
13  ovarian cancer.
14  MS. BROWN:
15  Q        You have not seen sufficient evidence
16  to suggest that talcum powder could be one of the
17  causes of ovarian cancer; correct?
18  MS. O'DELL:
19          Object to the form.
20  A        I would disagree. As -- as stated,
21  the -- I have not seen evidence that there's a
22  singular cause of ovarian cancer. I think there
23  is ample evidence that there are a multitude of
24  mechanisms that you can get cellular damage and

29 (Pages 110 to 113)

Shawn Levy, Ph.D.

Page 114

1    cellular change within the ovary which then leads
2    to malignant transformation, and that, as stated
3    in the report, there's a biologically plausible
4    mechanism that exposure to talcum powder and its
5    constituents can create those necessary changes.
6    MS. BROWN:
7        Q      Do you believe, Doctor, there's
8    sufficient evidence that talcum powder, through
9    chronic inflammation, causes ovarian cancer in
10   some individuals?
11       A      No.  That -- that was not my -- not my
12   opinion or statement.  And I would say
13   specifically chronic inflammation is, again,
14   narrowing the focus in an inappropriate way, and
15   the evidence doesn't illustrate that chronic
16   inflammation is a singular sufficient detail or,
17   I should say, effect to result in ovarian cancer.
18   It's certainly a factor, as -- as well described
19   in the -- in the literature.
20           And -- and, again, I would defer to
21   other expert reports that have similar opinions
22   regarding inflammation, chronic inflammation
23   being one of them.
24           And it may be important to provide an

Page 115

1    important distinction that cellular damage or
2    what we can refer to as acute inflammation can
3    cause -- certainly has been shown and is
4    well-evidenced that it causes -- can lead to
5    molecular changes that can lead to cancer.
6            Chronic inflammation is a slightly --
7    is in a slightly different biological perspective
8    in that it provides the correct environment for
9    those cancerous changes to take hold and allow
10   malignant transformation, as I mentioned.
11           So I -- I do view them as working in
12   concert but not necessarily independent.  So when
13   you ask a question that specifically narrows it
14   to chronic inflammation or even acute
15   inflammation in a singular fashion, you know, my
16   answers will largely be the same, that's, in
17   and of itself, is too limited to describe as a
18   specific cause, singular or otherwise, of ovarian
19   cancer or of cancer in general.
20       Q      You'd agree that the research regarding
21   whether chronic inflammation can cause ovarian
22   cancer is ongoing?
23       A      Yes, I would agree it is -- it is
24   ongoing research.  But there are a large number

Page 116

1    of observations and studies that
2    have -- certainly exist.  And, again, their
3    review and -- and content is what went to the
4    opinions in my report.
5        Q      And most of the studies that you cite,
6    Dr. Levy, talking about chronic inflammation
7    refer to chronic inflammation as a hypothesis of
8    one of the ways cancer might form in the ovary.
9    Correct?
10   MS. O'DELL:
11           Object to the form.
12       A      Let me -- sorry.  Let me read your
13   question.
14           No.  I would disagree.  At least,
15   certainly not most of the studies that I cite.
16   MS. BROWN:
17       Q      Do you believe chronic inflammation is
18   an established mechanism of ovarian cancer?
19       A      Yes, in the sense that chronic
20   inflammation is a well-established mechanism of
21   cancer in general, including ovarian cancer.
22   This is first observed in the 1800s and has since
23   been -- become well-established in the -- in the
24   cancer field that inflammation plays a

Page 117

1    significant role in both the initiation as well
2    as progression of cancer.
3        Q      What methodology did you employ for
4    coming to the opinion that chronic inflammation
5    is a well-established cause of ovarian cancer?
6        A      Just general mechanism in terms of
7    evaluating biological plausibility.
8        Q      I understand, Dr. Levy, you have a
9    general opinion that chronic inflammation can
10   lead to some cancer.  Is that right?
11   MS. O'DELL:
12           Objection to form.  Misstates his
13   testimony.
14       A      I -- I have an opinion regarding the
15   role and importance of inflammation in the
16   initiation and progression of cancer.
17   MS. BROWN:
18       Q      And, as it relates to ovarian cancer,
19   what methodology did you employ to arrive at your
20   conclusion that chronic inflammation is an
21   established cause of ovarian cancer?
22       A      I -- I did not arrive at that specific
23   conclusion, nor was I asked to.
24       Q      You do not believe that chronic

30 (Pages 114 to 117)

Shawn Levy, Ph.D.

Page 118

1    inflammation has been established as a cause of
2    ovarian cancer; correct?
3    MS. O'DELL:
4        Object to the form.
5    A    No, that -- that's not what I said.
6    MS. BROWN:
7    Q    Explain it to me.
8    A    I've stated that chronic inflammation
9    or inflammation in general, including chronic and
10   acute infor -- inflammation, is a component and a
11   necessary component for the initiation and
12   progression of -- of cancer as we understand it
13   today. And, in that, cancer, certainly ovarian
14   cancer as well as a variety of other cancer
15   types, is included.
16   Q    What methodology did you employ to
17   arrive at the conclusion that ovarian cancer is
18   one of the cancers that can be caused by chronic
19   inflammation?
20   MS. O'DELL:
21       Object to the form. Misstates his
22   testimony.
23   A    Yeah. Again, we're not -- I'm not
24   making a specific causal opinion with respect to

Page 119

1    any -- whether -- whether inflammation, talcum
2    powder use or other exposures. I -- my -- my
3    opinion in the report is -- is -- was not asked
4    to be a causal opinion.
5    MS. BROWN:
6    Q    You reference on page 2 of your report
7    that your opinions are based on assessing and
8    weighing the totality of the evidence, including
9    relevant literature and available documentation
10   and your experience as a geneticist and
11   scientific researcher. Do you see that?
12   A    Yes.
13   Q    What do you mean by "the totality of
14   the evidence"?
15   A    All of the evidence available at the
16   time that I was researching this report.
17   Q    All of the evidence concerning what?
18   A    Concerning a variety of subjects
19   surrounding ovarian cancer, talcum powder use,
20   and then inflammation and related subjects as my
21   literature review and review of available
22   information progressed.
23       So there was a, I guess, a large number
24   of tangential directions that -- that I examined,

Page 120

1    from animal models to in vitro studies, in vivo
2    studies, cohort studies, case-control studies.
3    There was quite a broad spectrum of information
4    across a large number of years.
5    Q    Do you believe you reviewed the
6    totality of the epidemiology on talcum powder use
7    and ovarian cancer?
8    MS. O'DELL:
9        Object to the form.
10   A    I -- I reviewed the available studies
11   that appeared to be relevant for the -- for the
12   opinions that are expressed in my report.
13   MS. BROWN:
14   Q    And when you say "available," what do
15   you mean?
16   A    Meaning that I could -- I could
17   discover in the scientific literature.
18   Q    Did you conduct your own literature
19   searches in connection with your work in this
20   case?
21   A    I did.
22   Q    How did you go about finding the
23   totality of the evidence relating to whether
24   talcum powder causes ovarian cancer?

Page 121

1    A    So the -- my methodology for the
2    literature review in establishing my opinion
3    regarding the biological plausibility of talcum
4    powder exposure inflammation and its potential
5    role in ovarian cancer was based on, you know, my
6    activities and many other literature searches, so
7    using a variety of computational tools and -- and
8    web-based resources, from journals to, I would
9    say, primarily PubMed being a resource, but also
10   ISI, Web of Science, Google Scholar and a variety
11   of -- bioRxiv and I'm sure a number of other
12   sources. But those were probably the more
13   primary resources for establishing what
14   literature was available.
15   Q    Did you ask the plaintiffs' lawyers for
16   any scientific literature that you used in
17   forming your opinions in this case?
18   A    What do you mean by "ask"? There
19   is -- as far as did I ask for their similar
20   process, no.
21       There were some papers that I had
22   identified but was not able to access the full
23   content via the libraries that I have access to.
24   So in some of those cases, specific references

Shawn Levy, Ph.D.

Page 122

1  that I provided, those full -- that full content
2  was provided by the plaintiffs' lawyer to allow
3  me to review it.
4      Q      Did the plaintiffs' lawyers give you a
5  set of epidemiology on which you're relying on to
6  form your opinion?
7      A      No, they did not.
8      Q      If I look at your report, I see a
9  reference list and then a separate Exhibit B.  Is
10 that right?
11     A      Yes.
12     Q      So, for example, on page 18 of your
13 report, you have a list of literature cited.
14 Correct?
15     A      Yes.
16            Let me make sure I have the page
17 correct.
18            Yes, beginning on page 18.
19     Q      Is everything that appears in the
20 literature-cited list something that you found on
21 your own, Dr. Levy?
22     A      I would have to review the -- the list.
23 But there are certainly --
24            Let me --

Page 123

1            I believe the Saed abstracts, as an
2  example --
3            Let me see if there are --
4            No.  I -- I believe, in the literature
5  cited, there are certainly some number of
6  examples of information that was provided during
7  the course of the development of my report from
8  the plaintiffs' attorneys in terms of literature
9  for my consideration, but that in no case -- in
10 every case it was provided as a -- as
11 information.
12            The vast majority or nearly the
13 totality of this was information that I had --
14 that I indeed discovered myself and shared with
15 the -- the attorneys, but certainly not complete.
16     Q      On page 18 you cite an article by
17 Blount.
18            Do you see that?
19     A      Yes.
20     Q      Was that given to you by the
21 plaintiffs' lawyers?
22     A      I'd have to look at my records.  I
23 don't recall.
24     Q      Off of the top of your head, are you

Page 124

1  relying on information in that article to form
2  your opinions in this case?
3      A      No.  I'm not relying on any singular
4  article or source to form my opinion on the case.
5      Q      Are you relying in part on the
6  information contained in the Blount article?
7      A      Since I include it in the cited
8  literature, certainly in some -- in some part.
9      Q      What information are you relying on in
10 the Blount article?
11     A      I would have to review the article to
12 remind myself where the --
13     Q      Take a look at it.  We'll pull it right
14 now.
15            What about Paoletti on page 22?  Was
16 that something you found on your own or did the
17 lawyers give you that?
18     A      So Paoletti --
19     Q      Uh-huh.
20     A      Page 22?
21     Q      Uh-huh.
22     A      Actually, the Paoletti one is familiar.
23 That's an interesting one because it's in
24 Italian.

Page 125

1      Q      Are you relying on the information in
2  the Paoletti article to form your opinions in the
3  case?
4      A      Again, the -- I wasn't relying on any
5  singular article but instead tried to present and
6  provide reference to as comprehensive a
7  collection of relevant literature in this -- in
8  this space as possible, of which Paoletti,
9  although being in Italian, there were some --
10 enough translated aspects of that that it was
11 worthy to include in the -- in that cited
12 literature as being relevant to the -- to
13 those -- to those opinions.
14     Q      Just to make sure we get on the same
15 page here, Dr. Levy, when I ask are you relying
16 on something, I don't mean by that question to
17 suggest it's the only thing you're relying on.
18 And I'll try to say "in part" to make it easy for
19 us.  Okay?
20     A      Right.  Just want to be -- make sure
21 we're clear.
22     Q      Absolutely.  So do I.
23            And I want to know are you relying in
24 part on anything in the Paoletti article to form

Page 126

1  your opinions in this case?
2      A    I would say in -- in part. As far as
3  my opinions regarding the biologically plausible
4  mechanism that was presented, no, it does not
5  rely on that specific conclusions of that paper
6  but, rather, that paper was included because of
7  its results regarding asbestos contamination in
8  industrial talc, which only support -- add
9  support to the mechanism that I presented in the
10 report.
11     Q    Is your opinion in this case, Doctor,
12 based on an assumption that baby powder contains
13 asbestos?
14     A    No, it is not.
15 MS. O'DELL:
16         Object to the form.
17 MS. BROWN:
18     Q    Is your opinion in this case based on
19 an assumption that baby powder contains
20 fragrances?
21 MS. O'DELL:
22         Objection to form.
23     A    My -- my opinion considers the totality
24 of the constituent components of baby powder,

Page 127

1  Shower to Shower, you know, under -- either, as
2  we've been referring to it simply as talc or
3  talcum powder or by trade names such as
4  Johnson & Johnson or Shower to Shower, so the --
5  my opinions, as stated in the report, being
6  reasonably -- or trying to be reasonably
7  comprehensive. Therefore, it's not, you know,
8  limited to any -- any singular component, whether
9  it be majority or minority, in the -- in the
10 talcum powder products, as I just stated.
11 MS. BROWN:
12     Q    Is your opinion in this case based on
13 an assumption that Johnson & Johnson baby powder
14 products contain heavy metals?
15 MS. O'DELL:
16         Objection to form.
17     A    Again, similar to the earlier
18 statement, the opinion is not subject to
19 any -- any singular component. I think the
20 information regarding the -- in deferring to some
21 of the other experts regarding the knowledge of
22 constituent components, whether they be heavy
23 metals or asbestos, only helps to support the
24 biological plausibility of the mechanism I

Page 128

1  presented.
2  MS. BROWN:
3      Q    Do you believe that baby talc alone can
4  cause inflammation that may lead to ovarian
5  cancer?
6      A    Based on my review of the literature,
7  there are a number of studies, both of those
8  involving human studies in terms of case
9  controls, as well as a number of animal studies
10 and then, more specifically, in vitro studies
11 that look at talcum powder and its ability to
12 produce clear markers of inflammation.
13         I am -- the -- I am not aware of any
14 specific testing that looked at platy talc
15 individually as a singular component without
16 the -- or out of the context of the products we
17 were just describing in a similar analysis. So I
18 don't -- I don't know that answer.
19     Q    Is it your opinion that
20 Johnson & Johnson baby powder products are
21 contaminated with asbestos?
22 MS. O'DELL:
23         Object to the form. Asked and
24 answered.

Page 129

1      A    I -- I -- I have -- I have been
2  provided expert report, and some of those are
3  referenced in the -- in the report, as we were
4  describing, that describe testing of a number
5  of -- number of samples,
6  included -- Johnson & Johnson included in that,
7  that showed how they -- that the results of those
8  reports showed contamination by asbestos or --
9  or -- or asbestos-like fiber. So, therefore,
10 I've been presented with that evidence.
11 MS. BROWN:
12     Q    Have you relied on that evidence in
13 forming your opinions in this case?
14     A    Again, no, not -- not as a singular
15 evidence. So, as we just discussed a moment ago,
16 that is a component piece of evidence that
17 leads -- and is supportive of the biologically
18 plausible mechanism described in the report.
19         You know, certainly, it is inarguable
20 that asbestos and asbestos-like fibers cause
21 inflammation. There's also ample evidence of the
22 inflammatory effects of talc. And -- and talc
23 pleurodesis, for example, is -- is designed to
24 produce inflammatory response as a treatment.

33 (Pages 126 to 129)

Page 130

1    So I think, again, similar to the
2  relationship of asbestos and inflammation, it's a
3  well-established scientific fact that talc has an
4  inflammatory role now.  Or I should say as of
5  today.
6    Q    Have you attempted to quantify, based
7  on the reports of Dr. Longo that you reviewed,
8  how much asbestos contamination is in
9  Johnson & Johnson baby powder products?
10 MS. O'DELL:
11    Objection.  Vague as to form.
12    A    I --
13 MS. O'DELL:
14    As to the volume and time contained,
15 et cetera.
16    A    My -- my answer is simply that I wasn't
17 asked to quantify that as part of my report.
18 MS. BROWN:
19    Q    Whether there is asbestos in Johnson &
20 Johnson baby powder products or not does not
21 impact your opinions in this case; is that right?
22 MS. O'DELL:
23    Object to the form.
24    A    The opinions regarding the biological

Page 131

1  plausibility described in my report and its
2  relationship to asbestos are somewhat separate,
3  meaning that I have -- I was not able to discover
4  what the contamination rate or content of
5  asbestos was in any of the referenced studies
6  through the course of my report, so, therefore, I
7  can't comment on the likelihood or -- of -- of
8  how many or any -- or any or all of those samples
9  contain asbestos.
10 MS. BROWN:
11    Q    And sounds like you did some work
12 attempting to see if you could calculate a
13 contamination rate.  Is that what you were
14 describing?
15 MS. O'DELL:
16    Object -- object to the form.
17 Misstates his testimony.
18    A    No.  No, not at all.  I stated that I
19 didn't have information available to assess
20 either -- either way.
21 MS. BROWN:
22    Q    Tell me what you meant when you
23 testified that you were not able to discover what
24 the contamination rate or content of asbestos was

Page 132

1  in any of the above-referenced studies.
2  MS. O'DELL:
3    Objection.  Misstates his testimony.
4    A    So reading -- reading back my
5  testimony --
6  MS. BROWN:
7    Q    So, Doctor, I see that you're looking
8  at the realtime?
9    A    Yes.
10    Q    To get clarification on the question?
11    A    No.  To -- to remem- -- to -- you asked
12 me a question about my statement.
13    Q    Correct.
14    A    And I was reviewing specifically what I
15 had stated so I could answer your question
16 accurately.
17    Q    Terrific.  So I want to know what you
18 were talking about when you said you were unable
19 to discover the contamination rate.
20    A    To clarify, I was not asked to estimate
21 or determine the contamination rate, and my
22 statement regarding that was in reference to the
23 material I reviewed and the literature that is
24 referenced in my report.  I don't recall any

Page 133

1  of those studies observing a specific statement
2  of amount of asbestos in the talcum powder
3  products that were under study.  So, therefore, I
4  am not able to form an opinion surrounding that
5  contamination rate.
6    Q    Would the same be true, Doctor, for
7  heavy metals?
8    A    Yes, that's correct.
9    Q    And when I say the same would be true,
10 that means you were not able to calculate a rate
11 of heavy metal contamination of any of the talcum
12 powder products in the studies you reviewed?
13 MS. O'DELL:
14    Objection.  Vague.
15    A    I was not asked to.
16 MS. BROWN:
17    Q    Did you attempt to quantify the amount
18 of heavy metals?
19 MS. O'DELL:
20    Objection.
21    A    I certainly reviewed the literature to
22 understand what information was available
23 regarding the products that may have been used
24 and what testing may have been done on

Shawn Levy, Ph.D.

Page 134

1  those -- on those products.
2  MS. BROWN:
3       Q      And, as it relates to fragrances, have
4  you calculated the amount of fragrances that are
5  present in Johnson & Johnson's baby powder
6  products?
7  MS. O'DELL:
8            Objection to form.
9       A      I -- I wasn't asked to -- to make those
10  calculations.  And I would defer to other expert
11  reports that I had an opportunity to review
12  recently that did perform those calculations.
13  MS. BROWN:
14      Q      Your opinions in this case are not
15  dependent on whether or not --
16      A      I think that was --
17      Q      -- there are fragrances in
18  Johnson & Johnson's baby powder; correct?
19  MS. O'DELL:
20            Objection.
21      A      Sorry.  Let me read that.
22            Sorry.  Could you rephrase your
23  question?  The question that appears on the
24  monitor is that there are fragrances in

Page 135

1  Johnson & Johnson baby powder, question mark.
2  MS. BROWN:
3       Q      That's why it's tricky when you read
4  the realtime.  Just listen to my question.  It'll
5  be more helpful.
6            Your opinion in this case is not
7  dependent on whether or not there are fragrances
8  in Johnson & Johnson baby powder.  Correct?
9  MS. O'DELL:
10            Excuse me.  Objection to form.
11            You may refer to realtime any time you
12  want to, Doctor.
13            But I object to the form of the
14  question.
15      A      So my -- my -- I was -- what was
16  requested of me, again, stating for clarity, was
17  to describe a biologically plausible mechanism
18  for talc and all of its constituent components
19  having a role in inflammation and progression to
20  ovarian cancer based on -- on the information at
21  hand.
22            Certainly the fact, as we've been
23  provided later, the ex- -- the recent review of
24  some other expert reports regarding the

Page 136

1  fragrances as well as asbestos, I would say my
2  opinion now is that that information continues to
3  support the biologically plausible mechanism
4  presented in my report.
5  MS. BROWN:
6       Q      Your opinion that chronic inflammation
7  is a biologically plausible mechanism by which
8  talcum powder could cause ovarian cancer is not
9  dependent on heavy metals being present in talcum
10  powder; correct?
11  MS. O'DELL:
12            Object to the form.  Asked and
13  answered.
14      A      My -- my opinions are not based on --
15  on any singular component or constituent because
16  the -- the available information did not
17  scientifically test any singular components
18  or -- or allow --
19            I'm not aware of any studies that
20  examine the inflammatory or other effects of
21  talcum powder that contained heavy metals versus
22  did not.
23  MS. BROWN:
24      Q      So, for purposes of your opinions in

Page 137

1  this case, for your piece of the puzzle, so to
2  speak, it is not important to you whether or not
3  there are heavy metals in baby powder; correct?
4  MS. O'DELL:
5            Objection to form.  Asked and answered.
6       A      No, that's not correct.  I would say
7  the presence of all of the constituent components
8  is very important for -- from the -- from the
9  perspective of that biologically plausible
10  mechanism, and that includes the type of talc,
11  the structure of the talc, you know, its -- any
12  potential contaminants that are there, as well as
13  the complete spectrum of other constituent
14  components, fragrances, heavy metals.
15            And, of course, fragrances have their
16  own milieu of constituent components that, again,
17  I was not asked to comment on or describe in
18  detail but certainly are part of the overall
19  studies.
20  MS. BROWN:
21      Q      You have a conclusion in your report on
22  page 17, Doctor, conclusion number 2, that talcum
23  powder products cause chronic inflammation.
24            Do you see that?

35 (Pages 134 to 137)

Shawn Levy, Ph.D.

Page 138

1  A    Yes.
2     And I would -- and then my conclu- --
3  Q    Hold on. No question yet.
4  A    Okay.
5  Q    And what I want to know, Doctor, is how
6  do you define the talcum powder products that
7  you've listed here on page 17 of your report?
8  A    Primarily the products that are -- when
9  I consider the totality of everything that I've
10  been examining, the talcum powder products,
11  including Johnson & Johnson and Shower to Shower
12  as, you know, I refer to those consumer products
13  under the term "talcum powder."
14  Q    What about other consumer talcum powder
15  products? Are they included in your conclusions
16  here on page 17?
17  MS. O'DELL:
18     Object to the form.
19  A    So my -- my conclusions are based on
20  the -- on the literature review. And, similar to
21  our discussions regarding contaminants and the
22  ability to quantitate those, many of the studies
23  did not specifically delineate which product or
24  the timing of that product.

Page 139

1     In contrast, some of the more recent
2  information available specific to the
3  constituents did meet that definition, so I would
4  say these conclusions apply to both the specific
5  products that I mentioned, Johnson & Johnson and
6  Shower to Shower, as well as potentially other
7  products. But quant- -- quantifying which study,
8  I would have to go through study by study to
9  answer any questions about which specific may be
10  included.
11  MS. BROWN:
12  Q    Do you include talc-containing
13  deodorizing sprays in your definition of a talcum
14  powder product?
15  A    None of the literature that -- that I
16  reviewed or can recall was limited to those
17  deodorant sprays in terms of a -- as a study
18  variable that I can -- that I can think of.
19  Q    I'm not sure what you mean by that.
20  A    So the -- the basis of this report was
21  on the talcum powder products, and I don't recall
22  any of the studies that delineated talcum powder
23  as a powder versus a talc-containing deodorant
24  spray as a -- as a variable in the study. So I

Page 140

1  don't know if any of the studies used -- used
2  that. I'd have to, again, would have to review
3  some of that information to determine if there
4  was a -- if that was a variable in any of the
5  given studies that are the basis of the report.
6  Q    What methodology did you employ here in
7  coming to your conclusion that chronic
8  inflammation is caused by talcum powder products?
9  MS. O'DELL:
10     Objection. Asked and answered.
11  A    Yeah. Again, to restate, similar to
12  the earlier questions, the -- my methodology was
13  based on standard methodology for establishing
14  biological plausibility, which is a, in a
15  summary, a review of the totality of the evidence
16  and then a summary of that to establish if, based
17  on established or -- or known or factual
18  principles, is there a -- can -- can a mechanism
19  described go from cause to effect in a -- again,
20  in an evidence-supported biologically plausible
21  manner.
22     There's a few references I can provide
23  you that describe that method in a published
24  manner, if that's helpful.

Page 141

1  MS. BROWN:
2  Q    That would be helpful.
3  A    They are -- these are our --
4  MS. O'DELL:
5     These are mine.
6  THE WITNESS:
7     Yeah.
8     There's a -- I can get them --
9  MS. BROWN:
10  Q    Are the published methods referenced in
11  your report, Doctor?
12  A    No, actually, those are not.
13  Q    Okay. How would you go about finding
14  the published methods that contain a description
15  of the methodology you employed in this case?
16  A    No. It's that I was just saying that
17  there's a published -- peer-reviewed published
18  article that is the same as the method I used, if
19  you -- if you wanted to review that. I didn't
20  reference this specific paper in the report.
21  Q    Okay. And you have a -- do you have a
22  copy of that in front of you right now, Doctor?
23  A    I do.
24  Q    Okay. So let's mark that as Exhibit

36 (Pages 138 to 141)

Shawn Levy, Ph.D.

```
1   14.
2            (DEPOSITION EXHIBIT NUMBER 14
3            WAS MARKED FOR IDENTIFICATION.)
4   MS. BROWN:
5   Q     The title of the document is
6   "Evaluating Biological Plausibility in Supporting
7   Evidence For Action Through Systematic Reviews in
8   Public Health."
9            When is the first time you reviewed
10  this document, Doctor?
11  A     In the last -- the last day or so.
12  Q     Was the document provided to you by the
13  lawyers for plaintiffs?
14  A     Yes.
15  Q     The document is not referenced in your
16  report. True?
17  A     It is not referenced. That's correct.
18  Q     You did not review the document prior
19  to writing your report; correct?
20  A     That's right.
21  Q     The document was something the lawyers
22  for plaintiffs gave you after you had already
23  written and authored your report; correct?
24  A     That's correct. I provided that as an
```

```
1   example of the -- of a published example of the
2   methodology that I employed.
3   Q     You didn't endeavor to research the
4   scientific literature to find a published --
5   published example of your methodology, did you?
6   MS. O'DELL:
7            Objection to form.
8   A     I -- it wasn't -- that wasn't what I
9   was -- I wasn't asked to reference the
10  methodology in my report. I was, again, asked to
11  provide an opinion on a biologically plausible
12  mechanism and then, since our discussion has
13  transferred to methodology, to be complete, I
14  wanted to provide an example of a published
15  version of the methodology that -- that is
16  similar to or at least describes in a summary or
17  really in that particular paper an exemplary
18  fashion of the criteria for biological
19  plausibility and the methods used therein.
20  MS. BROWN:
21  Q     Exhibit 14 is the product of research
22  the lawyers for plaintiffs conducted on a
23  published article regarding your methodology.
24  True?
```

```
1   MS. O'DELL:
2            Object to the form.
3   A     No, that's not true.
4   MS. BROWN:
5   Q     The lawyers for plaintiffs found
6   Exhibit 14 in the scientific literature; correct?
7   A     That's correct.
8   Q     In reviewing the scientific literature,
9   did you pay attention to the articles that
10  classify different types of talcum powder
11  products?
12  MS. O'DELL:
13           Object to the form.
14  A     Could you give a specific example, and
15  then I --
16           I wouldn't be able to answer without
17  knowing.
18  MS. O'DELL:
19  Q     Sure.
20           Do you understand that some of the talc
21  epidemiology separates use by type of talcum
22  powder product?
23  MS. O'DELL:
24           Objection to form.
```

```
1   A     Again, do you have a specific example
2   of one of the studies so I could -- so I'd be
3   able to accurately answer your question?
4   MS. BROWN:
5   Q     Here's what I want to know. Did you
6   look at the studies that separated deodorizing
7   sprays from powder products from cornstarch, for
8   example?
9   A     Certainly in my review I made as
10  comprehensive a review of available literature
11  as -- as possible. And, again, if you can name a
12  specific study or one of the references, I can
13  confirm if that was -- if that was part of
14  the -- my review of the epidemiology.
15  Q     Do you hold the opinion that talcum
16  powder-containing deodorant sprays causes
17  inflammation?
18  MS. O'DELL:
19           Objection to form. Vague.
20  A     So if the --
21           Again, I was asked to provide an
22  opinion on the biologically plausible mechanism
23  regarding talc and talcum powder. So,
24  presumably, any product that contains talcum
```

37 (Pages 142 to 145)

Shawn Levy, Ph.D.

Page 146

1    powder could possibly follow that same
2    biologically plausible mechanism.
3    MS. BROWN:
4        Q    Is there a certain amount of talcum
5    powder that a product must contain to cause
6    inflammation?
7    MS. O'DELL:
8            Objection to form.
9        A    That wasn't something I was asked
10   to -- to quantify, similar to the discussions we
11   had about metals, fragrances, and asbestos.
12   MS. BROWN:
13       Q    In forming your opinion that talcum
14   powder products cause inflammation, you have not
15   attempted to quantify how much talcum powder is
16   in those products; is that right?
17   MS. O'DELL:
18           Objection to form.  Asked and answered.
19       A    So my -- my review included a number of
20   studies that looked at exposure rates, and my
21   review also included the review of some studies
22   that did not include use frequency as well as
23   duration.  And, so, both of those considerations
24   in terms of my review of the epidemiology were

Page 147

1    undertaken, but I did not attempt to quantify
2    those relationships specifically.
3    MS. BROWN:
4        Q    Okay.  So there's two different issues
5    there that I want to ask you about.  One, I want
6    to talk to you about whether the talcum powder
7    products you've described on page 17 of your
8    report have a specific composition, in your mind.
9    Okay?
10           Two, I want to talk to you about what
11   you were just answering, which is is there a
12   specific amount of the product that you believe
13   causes inflammation.
14           Do you understand the difference?
15       A    I do.
16   MS. O'DELL:
17           Objection to form.
18   MS. BROWN:
19       Q    Okay.  So let's start, one, with the
20   product.  In forming the opinion that talcum
21   powder products cause inflammation, is there a
22   particular chemical composition that you are
23   relying on?
24   MS. O'DELL:

Page 148

1            Objection to form.  Vague.
2        A    My -- my opinions are based on the
3    available scientific literature regarding the
4    testing performed on talcum powder and talcum
5    powder products.
6            I -- in my review of those results, I
7    did not see a specific enumeration of any one
8    particular chemical composition that was -- had a
9    greater or lesser cause or effect relationship.
10   MS. BROWN:
11       Q    Do you know how much talcum powder is
12   in the Shower to Shower product?
13       A    No.  I wasn't -- I wasn't asked to
14   quantify that, and I would defer to some of the
15   other expert reports regarding the composition of
16   those products.
17       Q    Do you include cornstarch as a talcum
18   powder product?
19   MS. O'DELL:
20           Object to the form.
21       A    Cornstarch was included in some of the
22   epidemiology studies, as you -- as you mentioned
23   a moment ago.
24   MS. BROWN:

Page 149

1        Q    Do you consider cornstarch to be a
2    talcum powder product that also causes
3    inflammation?
4    MS. O'DELL:
5            Object to the form.
6        A    My -- my review of the literature
7    doesn't -- I'm thinking through the available
8    studies, and I don't recall which studies that
9    may -- may have been a dependent variable in
10   terms of the determination.  So I -- I can't
11   answer that.  I -- I don't have the information
12   to answer that accurately.
13   MS. BROWN:
14       Q    So, sitting here today, you're not sure
15   if cornstarch would be a talcum powder product
16   that causes inflammation as you described on page
17   17?
18   MS. O'DELL:
19           Objection.
20       A    No.  So --
21   MS. O'DELL:
22           Misstates the testimony.
23           But you may answer if you understand
24   the question.

38 (Pages 146 to 149)

Shawn Levy, Ph.D.

Page 150

1    A    So corn -- cornstarch and -- and talcum
2  powder are -- are -- when I'm referring to talcum
3  powder and talcum powder products, cornstarch, as
4  a singular component -- or singular product, is
5  not included in that definition.
6        Now, whether products that contain talc
7  also contain cornstarch, I -- I'm not able to
8  say.
9  MS. BROWN:
10   Q    Right.  And so that's my question.
11 What about a product like Shower to Shower that
12 contains talc and cornstarch?  How have
13 you -- what methodology have you employed to
14 arrive at the conclusion that the Shower to
15 Shower product causes inflammation?
16 MS. O'DELL:
17       Object to the form.
18   A    So my -- what I was requested was to
19 write an opinion as to the, again, the
20 biologically plausible mechanism that exposure to
21 talc and its constituents can lead to
22 inflammation.
23       I wasn't asked to provide as to what
24 the minimum or maximum thresholds are of any

Page 151

1  product or of any component of that product or
2  constituent.
3        The information I was provided was the
4  analysis of products like Shower to Shower and
5  Johnson & Johnson's product, to evaluate the
6  spectrum of talc and asbestos contamination in
7  some of the constituent components, and then --
8  and, therefore, develop an opinion as to
9  the -- whether or not that those products are
10 supported by the same mechanism that I developed
11 the opinion on, meaning they have the constituent
12 components to cause inflammation.
13 MS. BROWN:
14   Q    You have not made a determination of a
15 particular amount of talcum powder that is
16 required to be in a product for it to cause
17 chronic inflammation; correct?
18 MS. O'DELL:
19       Object to the form.
20   A    I wasn't asked to provide such an
21 opinion.
22 MS. BROWN:
23   Q    Your opinion that talcum powder
24 products cause chronic inflammation is not based

Page 152

1  on knowledge of how much talcum powder is
2  actually in the product; correct?
3  MS. O'DELL:
4        Objection.  Misstates his testimony.
5    A    Again, not a -- it wasn't part of -- it
6  wasn't an opinion I was asked to provide.
7        The -- the only -- or, I should say,
8  a -- a study that looked at the -- summarizing
9  the epidemiology literature that I reviewed, some
10 of those studies had a duration and component as
11 far as general talcum powder and talcum powder
12 product use.
13 MS. BROWN:
14   Q    And I want to --
15   A    I don't --
16 MS. O'DELL:
17       Excuse me.  Let him finish.
18   A    I was -- I was going to say I don't
19 recall those quantitating the percentage of
20 talcum powder in a -- in a given product in the
21 study.
22 MS. BROWN:
23   Q    Right.  And, so, you're getting a
24 little into the second question, which I do want

Page 153

1  to talk about, which is how much people are
2  exposed to.
3        But sticking with just what's in the
4  product, have you made a determination that there
5  is a threshold amount of talcum powder that is
6  required to be in a product before you can
7  conclude that that product will cause chronic
8  inflammation?
9  MS. O'DELL:
10       Objection to form.  Asked and answered.
11   A    I -- again, I wasn't asked to provide
12 that -- that threshold opinion.
13 MS. BROWN:
14   Q    And understanding whether or not there
15 is a threshold of how much talcum powder has to
16 be in a product to cause inflammation is not
17 necessary for you to opine that talcum powder
18 products cause chronic inflammation?
19 MS. O'DELL:
20       Objection.  Misstates his testimony.
21   A    So my -- my use of the terminology
22 "talcum powder products" includes the product and
23 all of its constituent components, which would
24 be, as we earlier discussed, talcum powder,

Shawn Levy, Ph.D.

Page 154

1    fragrances, and any contaminating substances,
2    such as asbestos or -- or heavy metals.
3         And, so, therefore, to -- to more -- to
4    answer -- to be able to answer your question
5    accurately, we would -- I think we would have to
6    have some discussions as to the type of talcum
7    powder and the level of exposure to be able to
8    answer that regarding my opinion in terms of
9    level.
10         You know, the -- to clarify, the --
11    during this research and the -- and having the
12    opportunity to review much of the literature in
13    talcum powder, it's a -- it's a fascinating field
14    because it is similar to asbestos.  It appears
15    that the diversity of products and the diversity
16    of talc sources are like having a thorn bush with
17    different size thorns, and, depending on the
18    constituent components, you know, those thorns
19    are bigger or smaller or otherwise.  And -- but
20    my opinion is based on the fact that the presence
21    of any of those thorns is sufficient to cause
22    some inflammatory response.
23    MS. BROWN:
24         Q    Does a talcum powder product with 10

Page 155

1    percent talc cause chronic inflammation, in your
2    view?
3    MS. O'DELL:
4         Object to the form.  Incomplete
5    hypothetical.
6         A    I -- I don't have the information to
7    answer that.
8    MS. BROWN:
9         Q    Does a talcum powder product with
10    50 percent talc cause chronic inflammation, in
11    your view?
12         A    Again, I don't have the information to
13    answer that.
14    MS. O'DELL:
15         Object to the form.
16    MS. BROWN:
17         Q    Is it necessary for you to determine
18    the level of talc in a product before determining
19    that it can cause chronic inflammation?
20    MS. O'DELL:
21         Objection.  Asked and answered.
22         A    No.  My -- my -- so my opinion was
23    asked to answer the question of can -- is there a
24    biologically plausible mechanism from talc

Page 156

1    exposure to inflammation to the initiation of
2    core progression of cancer.  And that's -- that's
3    been the focus of my opinion.
4    MS. BROWN:
5         Q    Have you attempted to quantify talc
6    exposure as it relates to individuals?
7         A    No, I have not.
8         Again, my -- my opinions are primarily
9    limited to the -- to the biological mechanism.
10         Q    Well, isn't that dependent, though, on
11    how much talc a person is exposed to?
12    MS. O'DELL:
13         Objection.
14         A    No.  Again, separating the -- so the
15    question of the mechanism is --
16         Can an exposure result in a mechanism
17    is separate from how much of an exposure is
18    required to cause that mechanism.
19    MS. BROWN:
20         Q    So you've identified two questions for
21    us.  One, can exposure result in a mechanism.
22    Correct?
23         A    (Nods affirmatively.)
24         Q    And, two, how much of an exposure do

Page 157

1    you need to produce a mechanism.  Correct?
2    MS. O'DELL:
3         Objection to form.
4         A    Correct.
5    MS. BROWN:
6         Q    And, in this case, you have answered
7    question number one, can exposure to talc cause
8    chronic inflammation.  Correct?
9         A    So my -- yeah.  My -- my report details
10    the -- that opinion regarding a biologically
11    plausible mechanism.
12         Q    You have not, in this case, answered
13    question number two, which is how much exposure
14    to talc is needed to cause chronic inflammation.
15    Is that right?
16    MS. O'DELL:
17         Objection to form.
18         A    I wasn't asked to provide such a
19    mechanism or such a -- such an opinion.
20         Part of my review included some of the
21    epidemiology studies that examine that question,
22    but I certainly would defer to the -- the number
23    of -- of epidemiologists who are -- who are
24    providing testimony in this case, rather than try

40 (Pages 154 to 157)

Shawn Levy, Ph.D.

Page 158

1    and paraphrase or opine on their work.
2    MS. BROWN:
3        Q    Do you believe --
4    MS. O'DELL:
5            Excuse me.  We've been going about an
6    hour and 15 minutes.  I'd love to take a break in
7    the next two or three minutes and --
8    MS. BROWN:
9            It will probably take me a little
10   longer than that, but I'm mindful of the time,
11   and I'll just finish this subject and take a
12   break --
13   MS. O'DELL:
14           Well, Dr. Levy, would you like a break
15   now?
16   THE WITNESS:
17           I think we can finish this subject.
18   MS. BROWN:
19           Thank you.
20   THE WITNESS:
21           I -- I'd rather conclude it than break
22   it up.
23   MS. BROWN:
24       Q    So, Doctor, as it relates to how much

Page 159

1    talc is needed to cause inflammation that can
2    cause cancer, that wasn't what you were asked to
3    figure out in this case.  Is that right?
4    MS. O'DELL:
5            Objection to form.
6    A     No.  Well, I -- I was -- I was asked to
7    provide a review of the literature in terms of
8    talc exposure and inflammation and, in that
9    review, identified a number of studies that
10   examined some relationships to dose.
11           But I -- as you -- as you see in my
12   conclusions, none of them speak to dose or
13   duration in terms of that -- of that mechanism.
14   MS. BROWN:
15       Q    You are not offering an opinion in this
16   case, Doctor, that perineal use of talcum powder
17   exposes an individual to enough talc to cause
18   chronic inflammation than can cause cancer;
19   correct?
20   MS. O'DELL:
21           Objection to form.
22   A     My review of studies that attempted to
23   answer that specific question found a -- or a
24   number of studies, both -- or a number of

Page 160

1    epidemiology studies found that conclusion and,
2    as -- as reviewed in the report, you know, found
3    an increased risk with increasing -- increasing
4    exposure appears, with the current knowledge in
5    the literature, to increase risk.  But my opinion
6    was not to further quantify or further describe
7    that.
8    MS. BROWN:
9        Q    Many of the studies you looked at did
10   not show a dose response; correct?
11   MS. O'DELL:
12           Objection to form.
13   A     The limitation of several of the
14   studies I reviewed was that they did not examine
15   a dose response, so that, therefore, the study
16   was unable -- unable to make that conclusion
17   because they didn't look.
18   MS. BROWN:
19       Q    And some of the studies that did
20   attempt to look at duration and/or frequency did
21   not show a linear dose response.  Correct?
22   A     I would have to look at the specific
23   studies.  But in -- in summary, studies that did
24   look at dose response, particularly more recent

Page 161

1    studies with larger numbers of participants, the
2    meta-analysis studies, found a significant
3    relationship between duration of use as well as
4    frequency of use in terms of their -- their risk
5    ratios.
6        Q    And you are not going to offer the
7    opinion in this case that a woman using Johnson's
8    Baby Powder products perineally is exposed to
9    enough talcum powder to cause chronic
10   inflammation that can cause cancer.  True?
11   MS. O'DELL:
12           Object to the form.
13   A     I -- I wasn't asked to -- to provide
14   that opinion.
15   MS. BROWN:
16       Q    And so, as such, you haven't attempted
17   to quantify how much talcum powder, as used
18   perineally, might get to the ovary.  Is that
19   fair?
20   A     Again, wasn't -- wasn't asked.  I was
21   able to review some of the literature that
22   is -- appears to be long -- longstanding, well
23   established over the last greater than 40 years
24   that show a clear -- and I believe the FDA

41 (Pages 158 to 161)

Shawn Levy, Ph.D.

Page 162

1  statement is -- is describing it as inarguable --
2  that talc can migrate either from perineal
3  exposure or even from inhalation exposure and be
4  found in the ovary.
5      A quantitation of how much exposure is
6  required for that migration to occur and -- or
7  how many times of exposure that migration needs
8  to occur, I think it's been a fairly wide
9  diversity of -- of studies on that subject.
10      And, so, based on that, I'm not able to
11 offer an opinion as to a minimal or maximum dose
12 required to get there, other than -- but,
13 instead, state that there is enough evidence to
14 say factually that migration through the -- or
15 through at least two mechanisms of exposure, talc
16 can be found in the ovary. And I would suggest
17 that -- or I'm not aware of any study that
18 quantitates that further.
19 Q    Is it essential to your opinion that
20 talc causes chronic inflammation that can lead to
21 ovarian cancer that some amount of talc be
22 present in the actual ovary?
23 MS. O'DELL:
24      Object to the form.

Page 163

1  A    So my -- my -- my opinion regarding the
2  biologically plausible mechanism, again, does not
3  rely on duration of exposure or amount of
4  exposure.
5      So, therefore, I would -- I would
6  answer your question directly that it would be
7  no, it does not -- it would not necessarily
8  require talc to be present at the ovary at any
9  given time point for there to be the potential
10 that she had some inflammatory injury due to talc
11 exposure at a previous time.
12      That would, of course, be two different
13 questions, one being effect of exposure and
14 second question being is there clearance of that
15 exposure over time if use is discontinued.
16      So that's, again, two different -- two
17 very different scientific studies would be --
18 would be necessary.
19 MS. BROWN:
20 Q    And you have not undertaken either of
21 those studies. Is that fair?
22 A    That's fair.
23 Q    And -- but essential to your theory,
24 though, Doctor, at some point, some amount of

Page 164

1  talc has to reach the ovary for the chronic
2  inflammation to occur. Is that right?
3  MS. O'DELL:
4      Objection.
5  A    Not -- specific to your question,
6  chronic inflammation, no, not necessarily.
7  MS. BROWN:
8  Q    Is it your opinion in this case,
9  Doctor, that a woman can develop ovarian cancer
10 from chronic inflammation from talc without any
11 particle of talc ever reaching the ovary?
12 MS. O'DELL:
13      Objection to form.
14 A    No, I didn't -- I -- I certainly did
15 not make that statement. And the --
16      Again, restating the -- this summary of
17 my -- my opinion, that the biologically plausible
18 mechanism for talc exposure to inflammation to
19 cellular damage and then potentially creating the
20 correct environment is based on evidence showing
21 talc exposure in the ovary.
22 MS. BROWN:
23 Q    Okay. So critical to your opinion,
24 then, some talc has to get to the ovary at some

Page 165

1  time; right?
2  A    Well, the -- again, the -- my opinion
3  is not based on how talc migrates or -- or when
4  it can migrate. It's simply based on the, again,
5  that biological premise, that exposure to talc.
6      So I wasn't asked to opine whether or
7  not talc exposure in a neighboring tissue could
8  cause enough of an inflammatory response to
9  affect the ovary.
10      So there is the, certainly, the
11 uninvestigated secondary effects that perhaps
12 talc did not -- is not necessary or -- and
13 required to get to the ovary to cause that
14 effect. I'm -- I'm just not aware of any studies
15 that have made that delineation of talc exposure
16 to neighboring or surrounding organs.
17      There is limited or some suggestion
18 regarding the inflammatory response related to
19 talc exposure in the lung that suggests that any
20 talc exposure causes an inflammatory response.
21 Again, but I can't point you to evidence that
22 would take that inflammatory response and tie it
23 specifically to ovarian cancer.
24      So, again, my answer is there is not

42 (Pages 162 to 165)

Shawn Levy, Ph.D.

Page 166

1  enough evidence to -- to support nor refute that
2  any talc exposure can lead to an increased risk
3  of ovarian cancer.  What I do know from my review
4  of the literature is the studies that looked at
5  that specific exposure --
6      And, to be clear, none of the
7  epidemiology studies in humans quantitated the
8  amount of talc reaching the ovary.  It was simply
9  the exposure and the -- and the perineal use of
10 talc.  So I think any discussion about how much
11 did it reach the ovary and how long was it in the
12 ovary is all hypothetical.
13 Q      Why don't we go off the record and take
14 a break.
15      Thank you, Doctor.
16 VIDEOGRAPHER:
17      Going off the record.  The time is
18 11:51 a.m.
19          (LUNCH RECESS.)
20 VIDEOGRAPHER:
21      We're back on the record.  The time is
22 12:52 p.m.
23 MS. BROWN:
24 Q      Welcome back, Doctor.

Page 167

1      You were asked in this case to assess
2  whether perineal use of talcum powder products
3  induces a biologically plausible mechanism or
4  mechanisms that result in ovarian cancer.
5  Correct?
6  A      Correct.
7  Q      And define for us, if you will,
8  "biologically plausible mechanism" as you used it
9  in that sentence.
10 A      Excuse me.  A mechanism that is
11 biologically plausible, I mean that it is
12 supported by either well-established biological
13 facts or supported by at least a single line of
14 evidence in published literature -- you know,
15 generally speaking, peer-reviewed literature but
16 certainly not limited to that -- where when you
17 take -- when you consider the totality of the
18 mechanism, that, essentially, each of the steps
19 makes sense and is -- is supported by -- through
20 either direct or indirect observations.
21 Q      Okay.  And, in this case, as it relates
22 to talcum powder, do you believe that the
23 biologically plausible mechanism of chronic
24 inflammation causing ovarian cancer is supported

Page 168

1  by well-established biological facts?
2  A      I would say the -- that chronic
3  inflammation as a component of causing ovarian
4  cancer is well established by biologically
5  plausible facts.
6  Q      And what are those facts?
7  A      I think a number of studies that
8  include the, first, the -- that talc or talcum
9  powder causes inflammation.  These exist in a
10 number of forms, including very recent -- recent
11 research by Dr. Saed, as we were -- touched on a
12 little bit earlier in the -- in his paper, as
13 well as classical studies with talc pleurodesis
14 where there's -- you know, the fundamentals of
15 that treatment is the inflammatory response
16 caused by talc.
17 Q      Uh-huh.
18 A      And, so, that would be the -- some of
19 the -- two examples of where factual information
20 or at least observations that are supportive
21 of -- of that information, you know, being
22 considered as a bio- -- part of a biologically
23 plausible mechanism.
24 Q      You would agree, Doctor, that not all

Page 169

1  inflammation causes cancer; correct?
2  A      I would say inflammation is not
3  singularly responsible for cancer.  However, I
4  would clarify that the progression from cellular
5  transformation to malignant cancer, at least with
6  our current understanding of cancer biology,
7  appears to have an inflammatory requirement,
8  meaning that all cases of chronic inflammation
9  don't necessarily cause cancer.  However, our
10 understanding of malignant transformation appears
11 to have, universally, an inflammatory component.
12 Q      Okay.  You would agree, though, that
13 not all types of inflammation that the body
14 experiences is inflammation that will lead to
15 cancer.  Correct?
16 MS. O'DELL:
17      Object to the form.
18 A      So I would -- taking a step back
19 and -- and -- or to orient us to some of the
20 basis of my opinions and some statements on
21 general cancer biology --
22 MS. BROWN:
23 Q      Well, let's start with just the
24 question, though, Doctor.

43 (Pages 166 to 169)

Page 170

```
 1    A     Okay.
 2    Q     Okay.  Let's just keep it to an answer
 3  to the question.  And then if you need an
 4  opportunity to make another statement on the
 5  record, that's fine.
 6  MS. O'DELL:
 7         Excuse me.  Just object to the
 8  direction of the witness.
 9         Dr. Levy, you can answer a question
10  however you'd like.
11  MS. BROWN:
12    Q     And, just to orient you, Doctor, what
13  I'm after, the question was:  Not all
14  inflammation that takes place in the body is
15  inflammation that leads to cancer; correct?
16  MS. O'DELL:
17         Object to the form.
18    A     So that, yeah, it's really too general
19  a question.  So you're -- you're -- what you're
20  asking is does all inflammation have the
21  potential to have -- have a relationship to
22  cancer, and the answer to that is -- is yes, it
23  does.
24         Now, does every inflammatory response
```

Page 171

```
 1  directly cause cancer?  And that's a question
 2  that I would say would be reasonable to -- in
 3  layperson's terms, in terms of general
 4  inflammation, is unlikely.
 5         But there -- their distinction
 6  between -- is -- you know, stated simply, is
 7  inflammation is a -- by our current knowledge of
 8  cancer, is a necessary component of cancer
 9  progression.  That does not equate to all
10  inflammation causing cancer.
11  MS. BROWN:
12    Q     Does acute inflammation cause cancer,
13  in your mind, Doctor?
14    A     It is a component of the cancer
15  progression process.  And, so, in my -- to
16  provide a simplistic distinction between them is
17  a --
18         Acute inflammation which results in
19  either an inflammatory response or direct
20  cellular insult or injury can be viewed as having
21  a -- causing cellular damage that results
22  in -- in cellular transformation.
23         Now, that is not sufficient for that --
24  for those transformed cells to then go on to
```

Page 172

```
 1  cause cancer.  The -- you need a contribution of
 2  other factors.  And what those factors are is --
 3  some are understood.  Some are areas of active
 4  research.
 5         In the -- in the specific case of
 6  ovarian cancer, it does appear, given the
 7  late-- -- given the observations about latency
 8  period, that some level of chronic inflammation
 9  appears to be critical, but there is no
10  definition of it being required to then having
11  acute inflammation, again, in summary, causing
12  cellular damage and then chronic inflammation
13  providing a -- a supportive environment for that
14  transformation.
15         And, again, I'm -- I'm generalizing,
16  which, as we discussed earlier in the day, cancer
17  is very complex, and so we have to be cautious
18  with generalizations.
19    Q     Talc pleurodesis is a medical procedure
20  by which talc is injected into the pleura;
21  correct?
22    A     Correct.
23    Q     And it is done that purposefully to
24  elicit an inflammatory response.  Correct?
```

Page 173

```
 1    A     That's correct.
 2    Q     And have you looked in consid- ---
 3  forming your opinions in this case at the body of
 4  epidemiology that has followed folks who received
 5  talc pleurodesis to see if they developed cancer?
 6  MS. O'DELL:
 7         Object.
 8    A     Somewhat, yes.
 9  MS. BROWN:
10    Q     And are you familiar with the findings
11  of those studies that talc, when injected
12  directly into the pleura for the purpose of
13  causing inflammation, had not caused cancer?
14  MS. O'DELL:
15         Object to the form.
16    A     I would disagree with your conclusions.
17  And, in fact, the literature I reviewed has, I
18  think, two fundamental concerns.  One is the time
19  period that these patients were followed post
20  pleurodesis, and the other that there -- there
21  have been at least one report, perhaps two -- I
22  would have to review to make sure I'm speaking
23  accurately -- where there was indeed a
24  asbestos-like response in the formation of a
```

Shawn Levy, Ph.D.

---

Page 174

1  mesothelioma-like event in the -- in the -- in
2  the pleural space following talc pleurodesis.
3           However, you know, taking a step back,
4  given the relative rarity of that as a procedure,
5  particularly today, I think drawing conclusions
6  from that as its -- as its relationship to cancer
7  would be difficult, but I -- I do think
8  fundamentally the -- my use of that as an example
9  was not necessarily to tie talc specifically to
10  cancer.  It was more to state that it's well
11  established that platy talc individually as it --
12  used in those procedures causes an inflammatory
13  response.  And so, you know -- and that is the
14  primary reason I used or reviewed that literature
15  for that purpose.
16  MS. BROWN:
17       Q     Is it your opinion, Doctor, that talc
18  pleurodesis leads to cancer?
19  MS. O'DELL:
20            Object to the form.
21       A     It is my opinion that talc pleurodesis
22  creates an environment supportive of cancer.  And
23  whether or not some number of individuals may
24  progress, could progress or have progressed to

---

Page 175

1  cancer is -- you know, is -- is of limited
2  knowledge right now.
3  MS. BROWN:
4       Q     What scientific support do you have for
5  your opinion that talc pleurodesis creates an
6  environment supportive of cancer?
7       A     Oh, just that it causes an inflammatory
8  response.  And, as we've been discussing, there
9  is ample evidence surrounding the role of
10  inflammation in cancer.  There's a -- you know,
11  in a number of both reference studies and I think
12  generally, I would -- I would state that it's a
13  generally accepted fact in cancer biology.
14       Q     What scientific support do you have for
15  your opinion that talc pleurodesis patients later
16  can and do develop cancer?
17  MS. O'DELL:
18            Object to the form.  Misstate his
19  testimony.
20       A     I'd have to review my -- review some of
21  the literature.  And I can take a look if we want
22  to pause for a moment.
23            But there was -- I recall one study
24  involving talc pleurodesis that was maybe

---

Page 176

1  mid-'80s to early '90s.  I'd have to, again, have
2  to review that --
3            I gave that specific example of a
4  patient or cohort of patients that were found to
5  have, again, asbestos-like effects in the lung
6  leading to, at least in a case or more than
7  perhaps more than one case, a mesothelioma-like
8  effect like we -- like I just mentioned.
9            But, again, to point you to the exact
10  reference, I'd have to review.
11  MS. BROWN:
12       Q     Are you relying on that reference in
13  forming your opinions in this case?
14       A     No.  Specifically -- again, to restate
15  the -- my description of the pleurodesis process
16  was to support the early part of the biological
17  mechanism that talc causes inflammation.  So
18  that -- and, so, in the lung as a tissue, that
19  progression to cancer is -- is -- I think is a --
20  is a -- is a supportive observation to the -- to
21  my overall principle.  But, again, it's a
22  separate -- separate exposure type, certainly a
23  very different dosing, potentially, and, again, a
24  very different patient, or the patient is a very

---

Page 177

1  different individual in the sense that they
2  obviously have reasons for going through the talc
3  pleurodesis which are -- which are -- which are
4  potentially compounding to the overall phenotype.
5       Q     Have you endeavored to quantify the
6  difference between exposure to talc from
7  pleurodesis versus perineal use of cosmetic
8  talcum powder products?
9  MS. O'DELL:
10            Object to the form.
11       A     I have -- I have not attempted to
12  delineate those two simply from the perspective
13  that, again, to the biological mechanism, the
14  initial premise is talc causes inflammation.  And
15  when I examined literature to look for evidence
16  of that historically, talc pleurodesis is one
17  example of inflammation.  There's now others, and
18  there's, subsequent to that, there's been
19  a -- now a number of -- or, you know, probably
20  a --
21            Dr. Saed is one example of a reasonably
22  comprehensive molecular study examining specific
23  inflammatory markers tied specifically to
24  cellular exposure to, in the case of that paper,

---

Shawn Levy, Ph.D.

Page 178

1    specific products, you know, such as the Shower
2    to Shower and the -- and baby powder.
3    MS. BROWN:
4    Q    Do you believe the inflammation caused
5    by talc pleurodesis is chronic inflammation that
6    leads to cancer?
7    MS. O'DELL:
8        Objection to form.  Asked and answered.
9    A    Again, I believe the inflammatory
10    response to talc exposure, which would include
11    talc pleurodesis, induces an inflammatory
12    response that would be supportive of cancer
13    development and/or progression.
14    MS. BROWN:
15    Q    And what scientific literature other
16    than the one study you just referenced for us do
17    you rely on for your opinion that talc
18    pleurodesis induces an inflammatory response that
19    would be supportive of cancer development and/or
20    progression?
21    MS. O'DELL:
22        Object to the form.
23    A    All my -- my opinion is based on
24    connecting two basic concepts.  Talc exposure

Page 179

1    causes inflammation.  Inflammation has a
2    significant role in cancer development.
3        And, so, as far as -- each of those is
4    supported by individual -- individual studies,
5    and -- and now -- as I mentioned, there are now
6    studies that directly tie those together in
7    observation.
8    MS. BROWN:
9    Q    What is the scientific basis for your
10    support that talc exposure causes the type of
11    inflammation that has been linked to cancer?
12    A    The most recent is the Saed publication
13    that we discussed and -- or at least has been
14    mentioned.  In that study, looking at -- there
15    was a assessment and, in some cases, a
16    quantitation of the specific molecular markers
17    for inflammation that were induced, and many
18    of -- some of those markers are shared with known
19    markers for -- for cancer progression, such as
20    CA 125, as well as others.
21    Q    Are you referring to Saed's 2018 paper,
22    Dr. Levy?
23    A    Yes.
24    Q    And you formed the opinions that talcum

Page 180

1    powder products cause chronic inflammation in
2    your November 2018 report before having seen the
3    Saed paper from 2018; correct?
4    MS. O'DELL:
5        Object -- object to the form.
6    Misstates his testimony.
7    A    The -- so, as we discussed -- we
8    discussed earlier, I had seen abstract
9    information as well as earlier publication from
10    Dr. Saed's group and that the current 2018 paper,
11    while not necessary for the opinions described in
12    the report, certainly support those opinions,
13    given that it was a direct assessment of specific
14    products, specific -- in specific doses applied
15    to cellular material and then measurements for
16    inflammation made directly on that material.
17        So while that particular study was
18    not --
19        And, again, the -- the earlier studies
20    that were used to inform the 2018 paper were
21    certainly used in this report and referenced
22    the --
23        And I'm just recalling when.  Or if
24    we've refer- -- had the opportunity to reference

Page 181

1    the --
2        Yeah.  So we reference primarily the
3    abstracts and then, again, as well as some of the
4    other Saed work, which is the foundation of the
5    directed studies that are described in the
6    Reproductive Sciences paper that is Exhibit 12.
7    MS. BROWN:
8    Q    Do you know that Dr. Saed is a paid
9    expert for the plaintiffs' lawyers in this
10    litigation?
11    A    I am aware.  Yes.
12    Q    Have you considered that fact in
13    evaluating Dr. Saed's work?
14    A    I did.
15    Q    Other than Dr. Saed's work from 2017
16    and 2018, what evidence are you relying on to
17    support your opinion that talcum powder produces
18    the type of inflammation that can lead to cancer?
19    A    There has been -- looking through
20    the -- there's the Buz'Zard and Lau, 2007.  We
21    were discussing the Hamilton -- Hamilton paper in
22    terms of immune response but then, more
23    specifically, the NTP reference in 1993.  And in
24    those cases, that was either looking at increases

Shawn Levy, Ph.D.

Page 182

1    in reactive oxygen species generation --
2    THE COURT REPORTER:
3         Wait a minute.  You have to slow down
4    when you read, please.
5    MS. O'DELL:
6         You may continue.
7    A    Just to -- before I left off, I think,
8    in those mentioned references, the reactive
9    oxygen species generation, increased cell
10   proliferation, and the use of -- in the specific
11   case of Buz'Zard and Lau, was looking at the
12   transformation in human ovarian cancer cells that
13   were treated with talcum powder -- sorry -- human
14   ovarian cells treated with talcum powder.
15   MS. BROWN:
16   Q    Other than Buz'Zard, Hamilton, and NTP,
17   is there anything else that you are relying on to
18   support your opinion that the inflammation caused
19   by talcum powder is the type of inflammation that
20   causes cancer?
21   A    So there's additional references
22   mentioned in the report; Gates, Belot, Harper and
23   Saed.  And then, in addition to that, there was
24   a --

Page 183

1         Make sure I'm referring to the right
2    one.
3         So those were the -- those were the
4    primary references.  And then, of course, there
5    were supporting materials and other earlier-cited
6    work.
7         But for the opinion regarding the type
8    of inflammation that is caused by exposure to
9    talc and as far as its specific relationship to
10   cancer, there's -- there's -- I would point to
11   the, at least in the Saed work, the specific
12   quantitation of a very well-known tumor marker,
13   CA 125, also known as mucin-16 elevation in that
14   work, and then, in the case of Gates, some of the
15   fundamental glutathione S-transferase has been
16   associated or has been observed as a higher risk.
17        And, so, that would -- those would be
18   some examples.
19   Q    Are you aware of any animal study,
20   Dr. Levy, that shows the inflammation caused by
21   talcum powder causing precancerous changes?
22   MS. O'DELL:
23        Object to the form.
24   A    I would have to review the -- a few of

Page 184

1    the details, and I -- there -- I am aware
2    of -- mentioned earlier the Woodruff or Woodford,
3    the earlier 1971 paper where I couldn't remember
4    the author, is one of the earliest studies that I
5    came across that had -- it has an animal model
6    study.
7    MS. BROWN:
8    Q    Doctor, is it your testimony that --
9         First of all, do you think it's -- that
10   in opining that there is a biologically plausible
11   mechanism by which talcum powder causes chronic
12   inflammation that can cause ovarian cancer, is it
13   necessary, in your mind, to be able to show in
14   animals that talcum powder does just that?
15   A    That talcum powder causes inflammation?
16   Q    That causes ovarian cancer.
17   A    No, I don't -- I don't think that
18   that's -- that's certainly not a requirement.
19   And the reason I -- the reason I give that answer
20   is -- is quite simple; that there is a wide
21   diversity of animal model studies that have not
22   been able to mimic specifically or correctly
23   human cancer for both -- both from a detection
24   and most often from a treatment perspective,

Page 185

1    meaning that, fundamentally, humans and most --
2    or at least the animal systems used as -- in
3    scientific modeling are different.  Some of their
4    differences are due to different pathways, and
5    others of the differences are due to actually,
6    you know, fundamental immune system differences.
7    Q    The Hamilton article that you
8    identified for me, we marked earlier in the
9    deposition as Exhibit 7.  Do you recall that?
10   MS. O'DELL:
11        Counsel, would you mind just placing
12   the exhibits by the witness so he can refer to
13   them as he'd like, please.
14   A    Yes, I recall this.
15   MS. BROWN:
16   Q    And you would agree with me, Doctor,
17   that the Hamilton study that we discussed this
18   morning concluded that there were no neoplastic
19   changes in the animals that were injected with
20   talcum powder; correct?
21   MS. O'DELL:
22        Object to the form.  Asked and
23   answered.
24   A    No.  No, I -- I wouldn't agree.

47 (Pages 182 to 185)

Shawn Levy, Ph.D.

Page 186

1    MS. BROWN:
2    Q      What evidence in Hamilton, Doctor, are
3    you relying on to support your position that
4    Hamilton showed neoplastic changes in animals
5    injected with talc?
6    A      Well, I'm not -- I'm not stating that
7    Hamilton specifically showed that.
8          What I'm stating is that -- that there
9    is a Hamilton study as an animal model system to
10   make the conclusion that, in this animal model
11   system, that talc or talcum powder does not -- or
12   that causes or does not cause ovarian cancer is
13   not -- it's -- it is -- it has limitations.
14         And, as we discussed a bit earlier, the
15   two limitations are the very limited time points
16   of the animals.  And if we look at the relative
17   and observed time points that we know now, as far
18   as latency period, these are well short of
19   those -- of those periods, even by rat standards,
20   and then the number of treated animals is
21   relatively small at ten.  So the...
22   Q      Doctor, do you rely on the Hamilton
23   article to support your opinion that talcum
24   powder produces chronic inflammation that causes

Page 187

1    ovarian cancer?
2    A      No, I don't rely -- again, I don't rely
3    on any -- there's not a reliance on any singular
4    article.
5    Q      Did not mean to suggest that, Doctor.
6          I asked you for the scientific support
7    that you have for the opinions you're giving in
8    this litigation, and one of the articles you
9    identified was the Hamilton article.  Correct?
10   A      Uh-huh.  Yes.
11   Q      And I -- and this Hamilton article, as
12   we discussed, at page 103, found no evidence of
13   neoplasm in the rats injected with talc.  Right?
14   A      They -- I -- I don't -- they did
15   not -- I don't recall seeing a description of
16   neoplasm in the Hamilton article.
17   Q      Page 103, second column, begins with
18   "No evidence."
19   A      "No evidence of cellular atypia."
20   Q      Uh-huh.  "And concludes that in no
21   ovary was there any evidence of frank neoplasia";
22   right?
23   A      Yes.  That's what's written in the
24   paper.

Page 188

1    Q      So this article looked at talc that was
2    injected into animals and found no evidence of
3    changes that lead to cancer.  Correct?
4    MS. O'DELL:
5          Objection to form.
6    A      Over the time period that they -- that
7    the study was performed, they did -- they did
8    not -- they did not report, and, in fact, as you
9    said, their statements are "no evidence of
10   cellular atypia or mitotic activity."
11   MS. BROWN:
12   Q      So in opining, as you do in this case,
13   that talcum powder can biologically induce
14   chronic inflammation that causes ovarian cancer,
15   what methodology did you employ to consider the
16   findings of the Hamilton article?
17   A      Well, I considered the findings of the
18   Hamilton article, as -- as referenced in the
19   report, primarily showing that talc has an
20   inflammatory or an immune response.  And that was
21   the primary inclusion of the -- of the Hamilton
22   paper.
23   Q      Not all inflammatory or immune
24   responses lead to cancer; right?

Page 189

1    MS. O'DELL:
2          Objection.  Asked and answered.
3    A      As -- as we discussed, not -- not all
4    inflammatory responses have been shown to
5    conclusively lead to cancer.  And, so...
6    MS. BROWN:
7    Q      And Hamilton does not support the
8    opinion that the type of inflammatory response
9    that talc causes is the type that causes cancer.
10   Fair enough?
11   MS. O'DELL:
12         Object to the form.
13   A      No.  I would say that's unfair.
14   Because, again, the limitation of the Hamilton
15   study at the time it was performed was -- is a
16   very short timeline.  So there is -- it is an
17   incomplete study in the sense that there is
18   certainly the possibility that the first aspect
19   or the first event that we're -- that we've been
20   discussing in cancer biology, the cellular damage
21   to lead to transformation, could have occurred in
22   some of the rat tissues but had not progressed
23   enough or had -- or had taken hold enough to
24   cause or to have that be detected in this

48 (Pages 186 to 189)

Shawn Levy, Ph.D.

Page 190

```
 1    particular study performed in the early '80s.
 2         And, furthermore, rat -- the rat model
 3    for human cancer, since this study has been in
 4    other cases, has some limitations as it relates
 5    to how applicable it is to the human condition.
 6    MS. BROWN:
 7    Q    The NTP study that you identified as
 8    supporting your opinion, Doctor, that also does
 9    not show evidence of neoplastic changes; is that
10    right?
11    MS. O'DELL:
12         Object to the form.
13         Doctor, please feel free to refer to
14    the study if you need to.
15    A    Yeah. I'll do that now.
16         (DEPOSITION EXHIBIT NUMBER 15
17         WAS MARKED FOR IDENTIFICATION.)
18    MS. BROWN:
19    Q    Doctor, we'll mark as Exhibit 15 to
20    your deposition the NTP study to which you were
21    referring.
22    A    Uh-huh.
23    Q    And this study, as well, does not show
24    evidence of neoplastic changes.
```

Page 191

```
 1    MS. O'DELL:
 2         Object to the form.
 3         Do you have a copy for me?
 4         It's what number?
 5    MS. BROWN:
 6         Fifteen.
 7    A    I think the -- the important
 8    distinction in this particular study is this was
 9    an aerosol-based -- based study. It certainly
10    was longer than the Hamilton but was -- was not a
11    study that mimics the perineal use of talc.
12    MS. BROWN:
13    Q    And, so, as it relates to your opinion
14    in this case, Doctor, that talc induces a chronic
15    inflammation that can lead to ovarian cancer, the
16    NTP study does not support that, does it?
17    MS. O'DELL:
18         Object to the form.
19    A    I would say the study does support my
20    opinion regarding talc and its role in
21    inflammation. And if we refer to page 6 within
22    the first -- the first paragraph, beginning with
23    "Accumulations of macrophages."
24    MS. BROWN:
```

Page 192

```
 1    Q    Did you review, Doctor, the --
 2         And -- and what about the findings of
 3    NTP support your opinion?
 4    A    Well, first, the inflammatory response,
 5    given the evidence by the accumulation of
 6    macrophages, and then, secondly, that in the
 7    female rats, the incidences of alveolar and
 8    bronchial or adenoma, carcinoma, and adenoma in
 9    the 18-milligram-per-meter group were
10    significantly greater than those of controls.
11    Q    So did you consider the FDA's findings
12    as it relates to the evaluation of the NTP study?
13    MS. O'DELL:
14         Object to the form. Vague.
15    A    Which -- which FDA?
16    MS. BROWN:
17    Q    Have you considered, in connection with
18    this case, the FDA's response to the 2014
19    citizens petition?
20    A    Yes. That's familiar. And if I recall
21    correctly --
22         Or do you have -- is that handy?
23    Q    We'll mark that as Exhibit 16, Doctor.
24         (DEPOSITION EXHIBIT NUMBER 16
```

Page 193

```
 1         WAS MARKED FOR IDENTIFICATION.)
 2    MS. BROWN:
 3    Q    The reason I want to talk to you about
 4    this is it contains a review of the NTP study we
 5    were just discussing.
 6         First of all, did you consider this
 7    document in connection with your opinions in this
 8    case?
 9    A    Yes, this document's familiar.
10    Q    Okay. And do you recall that a cancer
11    prevention coalition wrote the FDA requesting
12    that a warning label be placed on talcum powder
13    products?
14    A    Yes.
15    Q    And do you recall, as evidenced on
16    page 1, the FDA reviewed the data as it related
17    to that question?
18    A    I -- I recall that the FDA reviewed the
19    data and determined that it was insufficient, and
20    they did not identify any new compelling
21    literature at the time. But this was in 2014.
22    Q    And the NTP --
23    MS. O'DELL:
24         Excuse me, counsel.
```

49 (Pages 190 to 193)

Shawn Levy, Ph.D.

Page 194

1        Were you finished?  If you're finished,
2   that's fine.  I just didn't know if you completed
3   your --
4        A     I'm just reading.  There was one
5   other -- I recall --
6   MS. BROWN:
7        Q     Doctor, the NTP study that you pointed
8   us to was from 1993.  Is that right?
9        A     I believe that's correct.
10       Q     All right.  And one of the things that
11  the FDA did in this letter of 2014 is reviewed
12  that study; correct?
13       A     Yes.
14       Q     And I'll direct you to page 3 of 7.
15  And what the FDA concluded was that the study
16  lacked convincing scientific support because of
17  serious flaws in its design and conduct.
18       Do you see that?
19  MS. O'DELL:
20       Where are you reading?  Sorry.
21  MS. BROWN:
22       Page 3.  Page 3.
23  MS. O'DELL:
24       Oh.  Page 3.  Sorry.  I thought you

Page 195

1   said page 2.  I'm sorry.
2   MS. BROWN:
3        Q     Do you see that, Doctor?
4        A     Starting with --
5        Q     Bottom of page 3 --
6        A     -- under toxicology findings?
7        Q     So, to orient us here, Doctor, you
8   pointed, as evidence of support of your opinions
9   in this case, to the NTP study.  Right?
10       A     Correct.
11       Q     And the folks who wrote to the FDA
12  requesting a warning on talc, they, too, pointed
13  to that study; right?
14       A     Yes.
15       Q     All right.  And, so, the FDA reviewed
16  that study and, in the letter denying the
17  citizens petition, included its critique of that
18  study; correct?
19       A     Correct.
20       Q     And one of the things the FDA concluded
21  was that the study had serious flaws.  True?
22  MS. O'DELL:
23       Objection to form.
24       A     I don't -- do you -- I don't see where

Page 196

1   the FDA claimed serious flaws.
2   MS. BROWN:
3        Q     At the bottom of page 3 --
4        A     I see.
5        Q     -- the sentence that begins, "However,
6   this study lacks convincing scientific support
7   because of serious flaws in its design and
8   conduct -- and conduct."
9        Do you see that?
10       A     I do.
11       Q     And one of the things the FDA points to
12  is that the investigators used micronized talc
13  instead of consumer grade talc, resulting in the
14  experimental protocol not being reflective of
15  human exposure conditions in terms of particle
16  size.
17       Do you see that?
18       A     I do.
19       Q     Have you made a determination in this
20  case, sir, about the size of the particles in
21  talcum powder products?
22       A     I -- I've not made that distinction.
23  And --
24       Q     There's --

Page 197

1        A     And, furthermore, I think the --
2   importantly, the -- the flaws that the FDA points
3   out are, you know, not in disagreement with
4   our -- with our discussions surrounding both the
5   inflammatory response and then some of the
6   results there.  I don't -- I don't see as a
7   concern --
8        In fact, the -- it appears the FDA does
9   not disagree with the observation of the evidence
10  of carcinogenic activity in the non-asbestiform
11  talc.  I think they --
12       I share --
13       Q     Let's focus back on the question,
14  Doctor.
15  MS. O'DELL:
16       Excuse me.  Let him finish his answer.
17  He's not finished.
18       A     So, the, you know, the serious flaws
19  were the, I think, in this case, the specific
20  inclusion of nonasbestos talc and use of
21  micronized talc instead of consumer grade.  So I
22  think in that -- in that sense, it's not
23  surprising that it had a different -- perhaps a
24  different response than may be observed with

Page 198

1    consumer products or talc that have -- may have
2    contaminants, whether it be asbestos or other.
3    MS. BROWN:
4    Q    Do you remember the question I asked,
5    Doctor?
6    A    Perhaps it would be helpful to restate.
7    Q    I think, probably.
8         I asked if you had made a determination
9    in this case about the size of the particles in
10   talcum powder products.
11   A    I -- so as far -- a determination, no.
12   I would -- I would say I have had an opportunity
13   to, you know, review or become more educated in
14   the diversity of talc products and the
15   interesting geographic relationship to different
16   size particles and -- in the presence or absence
17   of asbestiform particles in talc, which was a,
18   you know, fascinating area to become educated in.
19        As far as examining that in each of the
20   individual studies, I certainly was able to pay
21   attention to earlier or later studies as it
22   applied to when there was a specific description
23   of the talc, such as in the NTP study where
24   there -- that was one of the few that had a

Page 199

1    specific determination.
2         But I was basing my opinions on the
3    general behavior, summarized behavior of talc
4    based on the available evidence.
5    Q    In forming your opinions in this case,
6    Doctor, have you concluded that a particular
7    route of exposure is more likely when women are
8    using talcum powder products perineally?
9    MS. O'DELL:
10        Object to the form.
11   A    Certainly it would seem logical that
12   the route of talc exposure would be related to
13   the area that the talc is used.
14   MS. BROWN:
15   Q    As such, do you believe and have you
16   assumed for purposes in your -- of your opinions
17   in this case that talc more likely migrates from
18   the perineum to the ovaries, as opposed to talc
19   being inhaled and then traveling down to the
20   ovaries?
21   A    The evidence I've seen would suggest
22   that that migration that you described from the
23   perineum through the vagina into the fallopian
24   tubes into the ovary is certainly far more likely

Page 200

1    when -- when used in the perineum compared to
2    inhalation.
3         But I have not seen a study that tried
4    to distinguish that in terms of having an exposed
5    group who inhaled talc only and then looked for
6    evidence of the presence in the ovary.
7    Q    Back to the FDA document we were
8    discussing, Doctor, the FDA's critique of the NTP
9    study continues on page 4, where the FDA
10   identifies that the investigators conceded they
11   have problems with the aerosol generation system
12   and that the study did not include positive and
13   negative dust controls.
14        Did you consider those critiques in
15   evaluating the NTP study in this case?
16   MS. O'DELL:
17        Object to the form.
18   A    Well, I -- I certainly considered --
19   you know, considered them in -- as -- as I would
20   consider any -- any other evidence or opinion
21   on -- on these relevant subjects.
22   MS. BROWN:
23   Q    The FDA went on to conclude, Doctor,
24   that, in light of the shortcoming, a panel of

Page 201

1    experts at the 1994 ISRTP/FDA workshop declared
2    that the 1993 NTP study has no relevance to human
3    risk.
4         Do you share that conclusion?
5    MS. O'DELL:
6         Object to the form.
7    A    I do not. And I think, importantly,
8    you know, even there at the bottom of page 4,
9    their point number 4 saying a cogent biological
10   mechanism by which talc might lead to ovarian
11   cancer is lacking.
12   MS. BROWN:
13   Q    Uh-huh.
14   A    I believe, as we're discussing today,
15   subsequent research and subsequent studies
16   have -- and including my report, have helped
17   define that plausible biological mechanism
18   which -- by which talc may lead to ovarian
19   cancer.
20   Q    In answering my question, Doctor, you
21   pointed to a different portion of the same page
22   we were discussing; correct?
23   A    Correct.
24   Q    And what you pointed to was the FDA's

Shawn Levy, Ph.D.

Page 202

1  conclusion here in 2014 that a cogent biological
2  mechanism by which talc might lead to ovarian
3  cancer is lacking.  Correct?
4  MS. O'DELL:
5      Object to the form.
6  A     I -- I would disagree in the general
7  nature of your statement and clarify it by saying
8  the FDA found a lack of that mechanism based on
9  the submitted literature of the citizen petition.
10  MS. BROWN:
11  Q     So do you understand, Doctor, in
12  evaluating the FDA's response, that they, in
13  fact, did their own investigation in addition to
14  the literature that was provided to them at the
15  time?
16  MS. O'DELL:
17      Objection.  Misstates the record.
18  A     Well, my reading of it, it says
19  they -- that their -- that the scientific
20  literature considered was submitted in support of
21  both citizen petitions.  And...
22  MS. BROWN:
23  Q     Are you finished, Doctor?
24  A     Yes.  I was just looking to see if

Page 203

1  there was a notation about further --
2  Q     I'll direct you, Doctor, to page 4, the
3  second full paragraph that begins "In addition,
4  the FDA stated."
5      "In addition, we reviewed relevant
6  toxicity literature (consisting of 15 articles
7  from 1980 to 2008) not cited in your petition to
8  determine if there was additional support at this
9  point in time for your suggested warning label."
10      Do you see that?
11  A     I do.
12  Q     And, based on the FDA's review of all
13  the literature that they investigated at the
14  time, they concluded that a cogent biological
15  mechanism by which talc might lead to ovarian
16  cancer was lacking.  Right?
17  MS. O'DELL:
18      Objection to form.
19  MS. BROWN:
20  Q     That was their conclusion; correct?
21  A     Yes, as written, that was their -- that
22  was the FDA's conclusion.
23  Q     And you, Dr. Levy, disagree with that
24  conclusion; correct?

Page 204

1  A     I -- I disagree with the -- or I -- I
2  have found, based on a review of the literature,
3  that there are now additional supporting studies
4  that would -- that would refute some of these
5  conclusions of -- by the FDA review.
6  Q     And explain to us, then, Doctor, what
7  methodology you employed or what research you
8  conducted to reach a conclusion different from
9  the FDA's conclusion in 2014.
10  A     I think, similar to what the FDA
11  described, my review is of the literature now,
12  you know, through 2018, examining the available
13  information regarding inflammatory response to
14  talc and then talc exposure as it relates
15  to -- to the initiation of progression of cancer.
16  Q     Dr. Leavy -- Dr. Levy, do you think
17  that the FDA, in concluding, as they did in 2014,
18  that a cogent biological mechanism by which talc
19  might lead to ovarian cancer is lacking, do you
20  think they were wrong at that time?
21  A     I would -- I -- I would say that they
22  were incomplete at that time.  And, in fact, you
23  know, one of the --
24      If we -- if we look at page 5 in the

Page 205

1  one, two -- third full paragraph beginning with
2  "while there exists," where the FDA does agree
3  about the -- that it's plausible that perineal
4  talc and other particulates reach the endometrial
5  cavity and -- and associated organs and may
6  elicit a foreign-body-type reaction and
7  inflammatory response that in some exposed women
8  may progress to epithelial cancers.  What they do
9  state, "However, there has been no conclusive
10  evidence to support causality."
11      So I would suggest that this paragraph
12  is in support of the biologically plausible
13  mechanism that I included in the report and
14  that -- and, as we've been discussing, I
15  haven't -- we -- we've not been discussing a
16  causal or a formal causal evaluation.
17  Q     What information did you rely on,
18  Doctor, in reaching the conclusion that there is
19  a biological mechanism that the FDA did not?
20  MS. O'DELL:
21      Object to the form.  Misstates his
22  testimony.
23  A     I'm stating that the -- as we
24  discussed, as we've been discussing today, the --

52 (Pages 202 to 205)

Shawn Levy, Ph.D.

Page 206

1  the response to talc -- the response to talc
2  exposure as an inflammatory response is supported
3  by a number of studies, including the NTP study,
4  which, although the FDA had some concerns with,
5  the FDA also made statements regarding the
6  exposure to talc and other particulates having an
7  inflammatory response and that some exposed
8  women's may have progressed to epithelial
9  cancers.
10       So, again, they're -- I think
11  they -- they're in agreement there.  So even the
12  concerns with the study withstanding, there's --
13  there's -- there's -- I still -- I still think
14  the FDA report is in support of the mechanism
15  that we've been discussing.
16  MS. BROWN:
17  Q      The FDA concludes that a cogent
18  biological mechanism by which talc might lead to
19  ovarian cancer is lacking, do they not?
20  MS. O'DELL:
21       Objection to form.  Asked and answered.
22  A      But I would al-- -- I would say the FDA
23  contr-- -- perhaps contradicts itself later in the
24  same document, stating that there is both an

Page 207

1  inflammatory response and that in some exposed
2  women they may progress to epithelial cancer.
3  MS. BROWN:
4  Q      Other than the Woodruff article,
5  Doctor, are you aware of any other study in
6  animals that shows inflammation leading to
7  cancer?
8  MS. O'DELL:
9       Objection to form.  Other than those
10  he's mentioned?
11  A      Yeah.  I -- I would have to -- that
12  would -- that would require review of the
13  literature to -- to speak generally to animal
14  studies and inflammation leading to cancer.
15  MS. BROWN:
16  Q      Let me rephrase.
17       In terms of your opinion here that talc
18  causes chronic inflammation that causes ovarian
19  cancer, you identified the Hamilton study, the
20  NTP study, and the Woodruff study as animal
21  studies that support that view.  True?
22  A      I identified those studies as
23  supportive of my -- my opinion, yes.
24  Q      Are you aware of any additional animal

Page 208

1  studies on which you're relying?
2  A      Not -- not for the contents of the
3  report.  Not that I'm aware of.  I think we've --
4  we've already discussed some of the other
5  references contained in the report
6  below and -- or at least by mention and Gates.
7       (DEPOSITION EXHIBIT NUMBER 17
8       WAS MARKED FOR IDENTIFICATION.)
9  MS. BROWN:
10  Q      I'm gonna mark as Exhibit 17 to your
11  deposition the Buz'Zard study that you mentioned
12  a moment ago.  Do you recall that?
13  A      Yes.
14  Q      Do you rely on the Buz'Zard study in
15  supporting your view that chronic inflammation
16  from talcum powder use can cause ovarian cancer?
17  MS. O'DELL:
18       17?
19  MS. BROWN:
20       Yes.
21  A      Sorry.  Can you restate your question?
22  It wasn't...
23  MS. BROWN:
24  Q      Do you rely on what we've marked as

Page 209

1  Exhibit 17, the Buz'Zard study, to support your
2  view that talcum powder causes chronic
3  inflammation that leads to ovarian cancer?
4  MS. O'DELL:
5       Object to the form.
6  A      As we've discussed, not singularly, but
7  the -- as part -- as part of a complete picture
8  of talc causing reactive oxygen species
9  generation and other inflammatory responses,
10  certainly this is a study that supports that
11  opinion.
12  MS. BROWN:
13  Q      Did you consider the type of cells that
14  were evaluated in the Buz'Zard study?
15  MS. O'DELL:
16       Objection to form.  Vague.
17  A      Certainly in terms of the overall
18  experimental design.
19  MS. BROWN:
20  Q      Did those -- were those normal human
21  ovarian cells?
22  A      The -- the author has labeled them as
23  normal human ovarian cells.  But the -- you know,
24  one of the key characteristics and similar to our

53 (Pages 206 to 209)

Shawn Levy, Ph.D.

Page 210

1    comments on -- on animal systems is all -- all
2    in vitro or in vivo studies that are using cell
3    lines or animals have limitations.  And in this
4    case, you know, cell lines are particularly
5    notorious in research in general for
6    their -- for -- having to use care in extending
7    findings to, you know, broad mechanisms in a --
8    in a complex organism or in the human body.
9    Q    Sure.
10          What you're -- what you're saying is
11   you've got to be careful taking the findings from
12   one cell study and extrapolating that to humans.
13   Fair?
14   MS. O'DELL:
15         Object to the form.
16   A    The -- I think you have to be careful
17   in evaluating each study in using the relevant
18   components of that study and observations in that
19   study as part of an overall mechanism and whether
20   it's supportive or refutes such a mechanism.
21   So --
22   MS. BROWN:
23   Q    Did -- did you exercise that care here
24   as it relates to the Buz'Zard study?

Page 211

1    A    So the Buz'Zard study, you know,
2    primarily, as -- as referenced, was to illustrate
3    a study that showed an increase in reactive
4    oxygen species generation, and that's the --
5    primary purpose, or I should say primary
6    observation on the -- from this.
7          Now, certainly, the study contained
8    more observations than that and certainly had
9    some -- you know, a number of other components.
10   Q    How does the Buz'Zard study support
11   your view that talcum powder causes chronic
12   inflammation that causes ovarian cancer?
13   A    So the Buz'Zard study supports the view
14   that exposure to talcum powder causes an
15   inflammatory response.
16   Q    And that inflammatory response you saw
17   in the Buz'Zard study does not increase with
18   increasing doses of talcum powder.  Correct?
19   A    I have to review.  I believe that -- I
20   believe their figures suggest --
21          You know, are you referring
22   specifically to their reaction -- reactive oxygen
23   specie generation?
24   Q    Correct.

Page 212

1    MS. O'DELL:
2          Figure 3.
3    A    Figure 3?
4          The one interesting observation in
5    these two figures, both Figure 3A and Figure 3B,
6    being the percentage of reactive oxygen specie
7    generation in two different cell types, one in --
8    one in Panel A and one in Panel B, is -- what I
9    did not see included, if I --
10          And I'm reading to see if I recall
11   correctly.
12          -- was a -- the -- the cell viability
13   assay that they use for normalization has
14   a -- somewhat of a limitation in that it -- it
15   doesn't measure cell senescence.  It only
16   measures cell death.  And, so, they -- not to
17   dis- -- not that I disagree with your observation
18   that it did not show the sig- -- significant
19   increase, but there is the possibility that the
20   reason that you see an actual decrease in the RS
21   generation at the higher doses of talc is that
22   cells have gone senescent and are essentially no
23   longer responding to that increased dose.
24          So I think there's at least two

Page 213

1    different ways to interpret some of these
2    results.  But I don't disagree with your
3    observations regarding Figure 3.
4    MS. BROWN:
5    Q    This study was conducted in a
6    nutritional lab, not a cancer lab.  True?
7    A    I'm -- I'm not aware of the type of
8    laboratory or even the...
9    Q    And the study was -- the purpose of the
10   study was to assess whether there was a certain
11   effect of pine bark supplement?  Is that right?
12   MS. O'DELL:
13         Objection to form.
14   A    They were looking at the -- effect
15   of a proprietary -- as stated by the authors, a
16   proprietary mixture of water soluble
17   bioflavonoids extracted from French maritime pine
18   bark.
19   MS. BROWN:
20   Q    Uh-huh.
21          And did you investigate whether the
22   ovarian cells that they used here were
23   genetically altered?
24   A    No, I did not investigate that.

54 (Pages 210 to 213)

Shawn Levy, Ph.D.

Page 214

1    Q      Did you --
2    I'm sorry.  Were you done?
3    A      No.  I would say it's fair -- it's fair
4    to say that, you know, that the -- whether
5    they're genetically altered or not, the -- the --
6    you know, the same potential limitations as far
7    as extrapolation to the human system would apply
8    for any signs.
9          But, again, the purpose of the Buz'Zard
10   study, as -- as referenced in the report, was to
11   indicate that there are studies that have shown
12   an increase in reactive oxygen specie generation
13   under exposure to -- to talc.  And I think the
14   study is reasonably clear on that increase
15   relative to control.
16   Q      Except what this study showed, Doctor,
17   is the more talc you give, the decrease from
18   baseline in the reactive oxygen species.
19   Correct?
20   MS. O'DELL:
21         Object to the form.  Asked and
22   answered.  Misstates the testimony.
23   MS. BROWN:
24   Q      Take a look at Figure 3; right, Doctor?

Page 215

1    A      No.  I agree.  But, as stated, and an
2    important clarification is whether that decrease
3    is significant relative to the biology is -- is
4    unknown.
5    Q      Right.
6          This study certainly does not
7    conclusively show that the more talc you give,
8    the more ROS is generated.  Correct?
9    MS. O'DELL:
10         Object to the form.
11   A      In these particular cell lines under
12   these conditions, the -- the study certainly did
13   not draw that conclusion.
14   MS. BROWN:
15   Q      In fact, what this study shows is the
16   more talc you give, the less of -- of ROS
17   generation you have.  Doesn't it?
18   MS. O'DELL:
19         Object to the form.
20   A      I think importantly in this study, the
21   time dependency for each of the doses is more
22   important at the doses rather than comparing dose
23   to dose.
24   MS. BROWN:

Page 216

1    Q      My question was, Doctor, what this
2    study shows is the more talc you give, the less
3    ROS generation there is.  True?
4    MS. O'DELL:
5          Objection to form.
6    A      Again, under -- under the conditions of
7    this particular study.
8    MS. BROWN:
9    Q      Do you think the Buz'Zard study is
10   scientifically reliable?
11   A      I have no basis to -- to suggest that
12   it's -- that it's not reliable.
13   Q      Do you think that --
14   A      But I think there -- it does -- if
15   there is a -- as we discussed earlier, an
16   importance to not overgeneralize conclusions or
17   lack of conclusions as, you know, outside of the
18   system under study.
19   Q      If -- I want you to assume that the
20   Buz'Zard study used genetically altered ovarian
21   cells that did not have the p53 protein.  Would
22   that affect your analysis of Buz'Zard?
23   MS. O'DELL:
24         Object to the form.

Page 217

1    A      Well, that's -- that's an impossible
2    question.  Like you can't have --
3          Well, you can't call a cell type a
4    normal ovarian cell and -- absent p53 protein.
5    You're -- it'd be -- you're fundamentally
6    changing the biology of the cell as it relates to
7    ovarian cancer or cancer in general.
8    MS. BROWN:
9    Q      Because p53 is something that you have
10   in your genes that prevents against ovarian
11   cancer.  True?
12   MS. O'DELL:
13         Objection.
14   A      So p5- -- p53 is a well-known, often
15   mutated gene in a number of human cancers.
16   MS. BROWN:
17   Q      And, so, if the ovarian cells that were
18   studied in Buz'Zard did not have p53, it will
19   call into question the study.  Fair?
20   MS. O'DELL:
21         Object to the form.
22   A      It would be difficult to answer.  From
23   the perspective of the presence or absence
24   of -- of p53 having an effect on the ability of a

55 (Pages 214 to 217)

Shawn Levy, Ph.D.

Page 218

1  cell to generate reactive oxygen species under --
2  under exposure to a substance like talcum powder
3  would need to be tested directly.
4  MS. BROWN:
5  Q    Fair to say, in your mind, a cell
6  missing p53 is not a normal human ovarian cell.
7  True?
8  A    That is true.
9      (DEPOSITION EXHIBIT NUMBER 18
10      WAS MARKED FOR IDENTIFICATION.)
11  MS. BROWN:
12  Q    Handing you what we've marked as
13  Exhibit 18 to your deposition, it's a review
14  article titled "Perineal Talc Use and Ovarian
15  Cancer," by Ross Penninkilampi.
16      Do you see that?
17  A    I do.
18  Q    This is an article that you cited in
19  your report; correct?
20  A    Correct.
21  Q    Does this article support your view
22  that there is a biolo -- in part --
23      Strike that.
24      Does this article, in part, support

Page 219

1  your opinion in this case that there is a
2  biologically plausible mechanism by which talcum
3  powder can cause ovarian cancer which can
4  cause --
5      Strike that.  Gonna do it again.
6      Does this article support your view, in
7  part, that talcum powder can cause chronic
8  inflammation that can cause ovarian cancer?
9  A    This is an article I considered in
10  the -- in the overall review and, in the
11  conclusions of this article, found a -- an
12  association between perineal talc use and ovarian
13  cancer, according to the authors.
14      So it was supportive of the proposed
15  mechanism but was, again, in part.
16  Q    And, on page 13 and 14 of your report,
17  you, in fact, reference the Penninkilampi study
18  and some of its conclusions; correct?
19  A    Correct.  On the -- on the bottom of
20  page 13, yes.
21  Q    And what was the purpose of including
22  this description of Penninkilampi in your expert
23  report, Doctor?
24  A    Just to be sure to be -- to include

Page 220

1  available literature and, in this case, review a
2  meta-analysis of some reasonably large-scale
3  studies to try to bring the proposed biologically
4  plausible mechanism and include the -- the
5  available epidemiological information for those,
6  such as the Penninkilampi and Eslick paper we're
7  discussing.
8  Q    What methodology did you employ in
9  terms of reviewing the Penninkilampi findings as
10  it relates to the question you addressed in your
11  report?
12  MS. O'DELL:
13      Object to the form.
14  A    I -- I used the same methodology for
15  the other studies as a review of the paper and
16  its -- and its methods and conclusions.
17  MS. BROWN:
18  Q    Do you believe this review, systematic
19  review and meta-analysis, provides evidence that
20  there's a biologically plausible mechanism by
21  which talc can cause ovarian cancer?
22  A    Yes.  It provided -- it shows an
23  association between talc use and ovarian cancer.
24  I don't -- I don't believe this particular study

Page 221

1  goes on to specifically elucidate causation, but
2  it certainly shows the association.
3  Q    Well, the study specifically says that
4  causation cannot be found, based on the results.
5  Right?
6  MS. O'DELL:
7      Objection to form.
8  MS. BROWN:
9  Q    If you look at page 42, Doctor, the
10  very end of that first paragraph, "A certain
11  causal link between talc use and ovarian cancer
12  has not been established."
13      Do you see that?
14  MS. O'DELL:
15      Where are you?  Page 42.  Where are you
16  reading, please?
17  MS. BROWN:
18      Page 42, the end of the first
19  paragraph.
20  A    Yes, I see that.
21  MS. BROWN:
22  Q    Do you agree with that statement,
23  Doctor, that a causal link between talc use and
24  ovarian cancer has not yet been established?

Golkow Litigation Services - 877.370.DEPS

Shawn Levy, Ph.D.

Page 222

1    MS. O'DELL:
2         Objection.
3    A    No, I wouldn't.  But, again, my review
4    of this was to tie the biologically plausible
5    mechanism to, you know, human observation, not
6    provide a evaluation of the -- of the causal
7    link.
8         And I think the -- I would suspect that
9    the --
10        I'm also not aware of a study that has
11   been able to -- or a -- or a -- what would be
12   necessary --
13        I'm not aware of a study that has been
14   able to provide all of the recognized and
15   established methodology for causation and have
16   that applied in -- in talc.
17   MS. BROWN:
18   Q    You're not aware of any study in the
19   talc epidemiology that has concluded that talcum
20   powder causes ovarian cancer; correct?
21   MS. O'DELL:
22        Objection to form.
23   A    I'm aware of a number of studies that
24   have shown a strong correlation between the two.

Page 223

1    But I would have to defer to the epidemiology
2    expert witnesses as to their opinion on
3    causation.
4    MS. BROWN:
5    Q    One of the things you told us that you
6    reviewed in connection with your opinion was the
7    talc epidemiology.  Is that right?
8    A    That's right.
9    Q    Did you conduct a review of all of the
10   available epidemiology on talcum powder use and
11   ovarian cancer?
12   A    I certainly tried to review it as
13   comprehensively as -- as possible.
14   Q    And, in connection with that review,
15   you'll agree there is not a single study that
16   concludes there is a causal association between
17   talcum powder use and ovarian cancer; correct?
18   MS. O'DELL:
19        Objection to form.
20   A    So I would -- I would -- interestingly,
21   there -- it's -- it becomes a -- as more -- as
22   more and more information has become available
23   over the last few years, that becomes a more and
24   more difficult bar to meet, simply because, to

Page 224

1    examine that comprehensively, when you consider
2    the etiology of a disease and the latency periods
3    that have been observed in ovarian cancer in
4    general and the meta review by both this earlier
5    paper by Penninkilampi and then their subsequent
6    later work, you have a challenge of a -- in a
7    cohort study, a disease that is somewhat rare,
8    coupled with a exposure and latency period that's
9    been, in the -- in the limited number of studies
10   that have looked at this, appears to be quite
11   long, and then when you couple in the -- the
12   ethical concerns of actually performing a trial,
13   where it becomes a very difficult causation bar
14   to reach.
15        And, so, instead, we rely on the
16   case -- the available case-control data and then
17   systematic and meta-analysis reviews such as some
18   of the epidemiologists have performed to make
19   assessments into the likelihood that -- and the
20   strength of the association between talc use and
21   ovarian cancer.
22   Q    Are you intending to provide an opinion
23   on the strength of the association between talc
24   use and ovarian cancer as evidenced in the

Page 225

1    epidemiology?
2    MS. O'DELL:
3         Object to the form.
4    A    No.  My -- my opinions are limited to
5    the biologically plausible mechanism and then
6    examining whether that biologically plausible
7    mechanism presented is supported by observations
8    in -- available human studies.
9    MS. BROWN:
10   Q    And when you say your opinion is
11   limited to a biological plausible mechanism, are
12   you talking of the theoretical concept or are you
13   talking about in the context of women using
14   talcum powder perineally?
15   A    In the context --
16   MS. O'DELL:
17        Object to the form.
18   THE WITNESS:
19        Sorry.
20   MS. O'DELL:
21        Excuse me.
22   A    In the -- in the context of women using
23   talcum powder perineally specifically, and
24   then -- and then certainly also the -- some of

57 (Pages 222 to 225)

Shawn Levy, Ph.D.

Page 226

1  the fundamental aspects of that mechanism may
2  apply to other exposures as well.
3  MS. BROWN:
4      Q    Like what?
5      A    Well, the -- the other exposure we've
6  been discussing, in -- in that some of the
7  studies looked at inhalation exposure, et cetera.
8          But the primary review and the primary
9  opinion is based on the perineal use of talcum
10  powder and that exposure that, as -- as we
11  discussed earlier, has a -- certainly a strong
12  association with perineal use and an exposure --
13  exposure in the ovaries.
14     Q    Your opinion is that if a woman uses
15  talcum powder perineally, there is a biologically
16  plausible mechanism by which enough talcum powder
17  can migrate from outside of her vagina to her
18  ovary to cause chronic inflammation that can lead
19  to ovarian cancer?
20  MS. O'DELL:
21         Object to the form.
22     A    So I'd say that the first part of your
23  question is well established and included in the
24  statements from FDA and others that that

Page 227

1  migration does occur.
2          And then the next step in the -- in the
3  mechanism is that that causes inflammation which,
4  again, as we've discussed, in a number of
5  studies, that the inflammation occurs and then,
6  in these human studies, in their systematic
7  review, that there is a clear association or a --
8  a observed association between perineal use of
9  talc and the detection of ovarian cancer at some
10  point in the -- in the women's lives and, in the
11  case of the Penninkilampi, with a relationship to
12  the number of lifetime applications.
13         So considering those things together,
14  yes, there is a biologically plausible mechanism
15  for perineal talc use through to ovarian cancer.
16  MS. BROWN:
17     Q    Have you -- is -- is your opinion that
18  there's a biologically plausible mechanism
19  dependent on a particular number of years of
20  perineal use?
21  MS. O'DELL:
22         Objection to form.
23     A    The -- so the -- as we just discussed,
24  there's no -- I can't point to a formal clinical

Page 228

1  trial that would examine that in a well-powered
2  fashion to answer that question directly.  And,
3  certainly, as of today, there would be some
4  significant ethical concerns with that design.
5          So, instead, we rely on the cohort and
6  case-control studies that are available.  And
7  those, again, studies are supporting an
8  association between talc use and ovarian cancer.
9  MS. BROWN:
10     Q    Right.  But I'm talking about for your
11  opinion that it's biologically plausible for
12  perineal use of talc to cause ovarian cancer,
13  have you made a determination, in your mind, of
14  how long that perineal use has to take place for?
15  MS. O'DELL:
16         Object to the form.
17     A    I wasn't asked to provide -- to provide
18  that opinion on -- and it -- on that length or
19  exposure or duration.
20         Again, it was -- the focus was on the
21  biologically plausible mechanism that if you have
22  a single exposure and that -- that that single
23  exposure through to any other may be sufficient
24  to trigger that mechanism.

Page 229

1  MS. BROWN:
2      Q    That's helpful, Doctor.
3          So, as I understand your opinion, your
4  piece of the puzzle here was to look at whether
5  one single application of talcum powder to the
6  perineum could lead to chronic inflammation that
7  could cause ovarian cancer.
8  MS. O'DELL:
9         Objection.
10  MS. BROWN:
11     Q    Correct?
12     A    No, no.
13  MS. O'DELL:
14         Object to the form of the question.
15     A    No.  That's not my -- my statement.
16         My statement was that, based on the
17  evidence available, that there's a biologically
18  plausible mechanism for the -- for the cellular
19  changes that -- that is independent of the
20  exposure.
21  MS. BROWN:
22     Q    You've made a determin- --
23     A    But certainly a single exposure would
24  be the physically minimum number.  And I

Shawn Levy, Ph.D.

Page 230

1  believe -- I think we --
2  Q      That's what I want to understand.  And
3  how you -- how you make this biological
4  plausibility determination is to evaluate a
5  single exposure?  Is that right?
6  MS. O'DELL:
7        Object to the form.
8  A      No.
9  MS. O'DELL:
10        Misstates his testimony.
11  A      That's -- that's not what I'm stating.
12        My -- my statement is that the -- the
13  biologically plausible mechanism is a mechanism
14  that is independent of the exposure and that, as
15  part of the description of that mechanism and the
16  evaluation of the studies supporting that
17  mechanism through an inflammatory response, the
18  question of exposure, number, and duration,
19  length of time, et cetera, would be a separate
20  evaluation.
21  MS. BROWN:
22  Q      Is your opinion that talcum powder
23  products cause chronic inflammation that cause
24  ovarian cancer limited to perineal use, or have

Page 231

1  you also evaluated body use of talcum powder
2  products?
3  MS. O'DELL:
4        Object to the form.
5  A      My -- my focus was on the perineal use,
6  and that's where the majority of the studies
7  have -- have examined.  So the focus was on
8  perineal use of talcum powder.
9  MS. BROWN:
10  Q      And in conducting that evaluation, the
11  results of which are contained in your report,
12  you did not endeavor to quantify how much talcum
13  powder used perineally could possibly migrate to
14  the ovaries; is that right?
15  MS. O'DELL:
16        Object to the form.  Asked and answered
17  maybe ten times already today.
18        But you may answer the question.
19  A      Yeah.  I -- I wasn't asked to -- to
20  provide that opinion or attempt that
21  quantitation.
22  MS. BROWN:
23  Q      So when you conduct your analysis of
24  whether something can biologically cause an

Page 232

1  effect, it doesn't matter at all how much of the
2  product is used?
3  MS. O'DELL:
4        Objection.
5  MS. BROWN:
6  Q      Do you see what I'm struggling with?
7  Can you help me understand?  If I'm trying to
8  figure out does X cause Y, it sounds like what
9  you're saying is it doesn't matter how much X you
10  have.
11  MS. O'DELL:
12        Objection to form.
13  A      So we're -- we're talking about
14  mech-- -- so mechanistic action --
15  MS. BROWN:
16  Q      Okay.
17  A      -- which means the -- you set aside the
18  "how much."  And the question is, from -- on a
19  molecular level, can the presence of a particular
20  compound in a particular location cause a
21  biological effect.  And, so, that is the primary
22  focus of the opinion in the -- in the paper or --
23  sorry -- in my report.
24        And then extending that to how much,

Page 233

1  how long, and the dur- -- and then the intensity
2  or duration of the biological effect, again, is a
3  separate -- would be a separate discussion or
4  separate study.
5        So, again, to clarify, the focus had
6  been on that -- some of the fundamental
7  mechanisms, talc -- a talcum powder exposure to
8  an inflammatory response to the inflammatory
9  response causing cancer.
10        Again, the -- I would refer to and
11  defer to the other experts in epidemiology
12  regarding their opinions on the validity of
13  the asso- -- validity and strength of the
14  associations, again, from a formal epidemiology
15  perspective.
16        My review of those studies has ind-- --
17  has relied on their conclusions, and, then, in my
18  own review of their -- of their methodology
19  showing a increasing association, that is the
20  bookends of my -- of the mechanism I proposed.
21        So what this study is looking at is
22  perineal use of talc, getting cancer.
23        The -- what I've proposed is in the
24  middle.  But this, again, the epidemiology

59 (Pages 230 to 233)

Shawn Levy, Ph.D.

Page 234

1    studies are asking how many times, what, and
2    where, but there's been no evaluation that I'm
3    aware of that looks at exactly how the talc was
4    applied, when and where.  Instead, it was asked
5    number of lifetime applications, duration of use,
6    and examining latency period.
7          And when I examine that information
8    from the perspective of that biological
9    mechanism, I, you know, notice some parallels in
10   between latency period averaging roughly twenty
11   years, which -- which mimics somewhat what's
12   observed in the asbestos field as far as, you
13   know, lung effect latency.
14         And then that continues into the
15   constituent -- or the other constituent
16   components of some of the products, including
17   testing into asbestos and some of the -- and
18   heavy metal exposure, et cetera, that those are,
19   again, supportive and offer a potential
20   amplifying effect in that -- in that mechanism,
21   given the nature of those other components.
22   Q    What's the scientific support for the
23   amplification effect you just described?
24   A    Just that the presence of

Page 235

1    more -- the --
2          So if we extend beyond the opinion that
3    talc, as a com- -- as a singular compound, causes
4    inflammation and then also, based on the reviewed
5    expert reports, find that testing of talc has
6    been shown to contain asbestos or asbestos
7    fibers, that the presence of now two potential
8    insulting --
9          I'm making a hypothesis or making a
10   statement that the -- you can have -- the more
11   biologically active compounds you have in an
12   exposure such as talc plus asbestos plus chromium
13   and then plus a milieu of chemicals that are in
14   fragrances may have an amplification effect on
15   that exposure and as part of that overall
16   biological mechanism.
17   Q    Are you relying on a particular article
18   or any published scientific support for the
19   amplification argument?
20   MS. O'DELL:
21         Object to the form.  He's answered the
22   question.
23   A    No.  I -- I don't know of a study that
24   is delineated.  The -- it would be synthesizing

Page 236

1    that opinion from the observations of a couple of
2    different studies, including the recent Saed
3    paper that did look at the specific consumer
4    product every -- you know, showing a -- if we do
5    it by way of comparison, between the Buz'Zard
6    paper and the recent Saed, seemingly a larger
7    magnitude of reactive oxygen species generation.
8    But, again, that is a -- extrapolating against
9    two different studies.
10   Q    Do you --
11   MS. O'DELL:
12         Excuse me.  We've been going about an
13   hour and 20 minutes, maybe a little more.
14   MS. BROWN:
15         I think a little less.  But I'm gonna
16   finish up.  Then we'll take a quick break.
17   Q    Does that work for you, Doctor?
18         I just want to finish Penninkilampi if
19   we can.
20   MS. O'DELL:
21         How much more do you have to go?
22   MS. BROWN:
23         About five or ten minutes.
24   MS. O'DELL:

Page 237

1          If you need a break, we can break now.
2    Or we can keep -- if you would like to wait five
3    or ten minutes, that's fine.  Whatever's best for
4    you, Doctor.
5    THE WITNESS:
6          Yeah, if we could break now, that would
7    be great.
8    VIDEOGRAPHER:
9          Going off the record.  The time is
10   2:10 p.m.
11         (OFF THE RECORD.)
12   VIDEOGRAPHER:
13         We're back on the record.  The time is
14   2:26 p.m.
15   MS. BROWN:
16   Q    Welcome back, Doctor.
17         Before we took a break, we were
18   discussing the Penninkilampi article.  Do you
19   remember that?
20   A    I do.
21   Q    And one of the things the authors of
22   this very recent meta-analysis discussed is the
23   potential mechanism of ovarian cancer.  Correct?
24         And I'll direct your attention to the

Page 238

1   discussion that begins on page 45. In the second
2   sentence, the authors conclude here that the
3   mechanism by which perineal talc use may increase
4   the risk of ovarian cancer is uncertain.
5          Do you see that?
6   A    I see that sentence, yes.
7   Q    And they go on to discuss the theory
8   that talc could produce a chronic inflammatory
9   response which could predispose to the
10  development of ovarian cancer.
11         Do you see that?
12  A    Yes.
13  Q    Okay. And they go on to explain a
14  little bit more about the theory. Do you see
15  that?
16  MS. O'DELL:
17         Object to the form.
18  A    Specifically the sentence beginning
19  with "it is argued"?
20  MS. BROWN:
21  Q    Uh-huh. "It is argued that cellular
22  injury, oxidative stress, and local increase in
23  inflammatory mediators such as cytokines,
24  prostaglandins may be mutagenic and, hence,

Page 239

1   promote carcinogenesis."
2          Do you see that?
3   A    I see that.
4   Q    This sentence refers to chronic
5   inflammation promoting cancer. Correct?
6   MS. O'DELL:
7          Object to the form.
8   A    No. This -- this refers to that the
9   presence of -- proposed that talc as a
10  foreign -- that the presence of a foreign body
11  would instigate a chronic inflammatory response.
12  That's the statement in the paper.
13  MS. BROWN:
14  Q    Is it your opinion that talcum powder
15  can cause chronic inflammation that initiates
16  cancer?
17  A    It's -- so it is -- it is my opinion
18  is, part of the mechanism, that talcum powder can
19  have two effects related to inflammation. The
20  first effect is an acute effect resulting in
21  cellular damage, and that is supported by the
22  study showing increase in reactive oxygen species
23  related to talc.
24         The -- beyond that, the continued

Page 240

1   presence of the talc or a continued chronic
2   immune response or chronic inflammatory response,
3   again, either directly or indirectly related to
4   the exposure, would help support a environment
5   that would allow the cancer progression to occur.
6          So that is simply delineating those --
7   those two things as it relates to inflammation
8   and talc exposure.
9   Q    So you described two potential
10  responses to talc right now. Correct?
11  MS. O'DELL:
12         Objection to form.
13  A    At least two, yes.
14  MS. BROWN:
15  Q    Okay. And one is an acute inflammatory
16  response; correct?
17  A    Yes.
18  Q    And for that you point to the Saed data
19  on reactive oxygen species; is that right?
20  MS. O'DELL:
21         Objection to form.
22  A    That is one example, yes.
23  MS. BROWN:
24  Q    Okay. Are there -- is there other

Page 241

1   scientific support for your opinion that talc can
2   cause acute inflammation?
3   A    So it's any of the similar studies to
4   Saed. And I would have to double-check the
5   references, but they would have -- you know, any
6   of the --
7   MS. O'DELL:
8          Feel free to --
9   MS. BROWN:
10  Q    Buz'Zard?
11  A    So Buz'Zard would be one. Harper and
12  Saed is -- is another.
13  Q    In your --
14  A    And so -- yeah. Yes, Buz'Zard and Lau
15  and then -- yeah. So that would --
16  Q    Okay. So for your opinion that talc
17  causes an acute inflamm- -- inflammatory
18  response, you rely on the cell studies done by
19  Saed and Buz'Zard; correct?
20  MS. O'DELL:
21         Object to the form.
22  A    Yes, among others.
23  MS. BROWN:
24  Q    In your opinion, Doctor, does that

Shawn Levy, Ph.D.

Page 242

1    acute inflammatory response resolve?
2    A    I don't -- I don't have any evidence to
3    suggest it resolves or not. The --
4        Again, getting back to the mechanism
5    that has been -- that I've described and is
6    supported by the literature we've been discussing
7    is that there is a acute response as well as
8    evidence for talc causing a more chronic
9    inflammatory response. And so I've proposed a
10   mechanism by which both of those can contribute
11   to or enhance the development of cancer.
12   Q    Can both of those inflammatory
13   responses that you just described initiate
14   cancer?
15   MS. O'DELL:
16       Object to the form. Asked and
17   answered.
18   A    They are certainly a component of that.
19       And so, again, to restate the
20   mechanism, the acute inflammatory response or
21   the -- the formation of reactive oxygen species
22   has been known for decades to cause cellular
23   damage, and then cellular damage can result in
24   mutation of -- of DNA.

Page 243

1        And then when you also consider the
2    full constituents of the products, the potential
3    presence --
4        And this gets back to our earlier
5    discussions about amplification.
6        Components such as chromium, which have
7    a direct DNA-damaging effect, can also
8    ampli- -- again, add to the level of cellular
9    damage present.
10       And then the continued inflammatory
11   response, whether it is a -- related to the
12   initial acute response and a continuation of that
13   or is a separate chronic inflammatory response
14   would then support the environment necessary for
15   the malignant transformation or the malignancy of
16   the cancer to become what we -- what we would
17   generally refer to as ovarian cancer.
18   Q    In your opinion, the chronic
19   inflammation promotes the cancer but does not
20   initiate it?
21   MS. O'DELL:
22       Object to the form. Asked and
23   answered.
24   A    No. So I wouldn't -- I would say

Page 244

1    they're not -- I don't have evidence to -- to
2    delineate those specifically, other than -- other
3    than the supported mechanism that an acute
4    response can cause cellular damage, and then a
5    chronic response can cause cellular damage and be
6    supportive of that continued -- that continued
7    transformation.
8        So they are -- they -- those -- those
9    two delineated immune responses can either work
10   in -- in concert with each other, but there is no
11   evidence to suggest that one is insufficient
12   relative to the other in terms of progression of
13   the disease.
14       And I think specific to the -- to the
15   supported mechanism is that there -- I'm not
16   making that distinction in the -- in the report.
17   MS. BROWN:
18   Q    Right. In your report, you don't talk
19   about acute versus chronic inflammation.
20   Correct?
21   A    That's correct. I don't delineate the
22   two. Right.
23   Q    But, here today, as we discuss in more
24   detail your opinions, you're explaining that

Page 245

1    you're -- in your mind, you see two potential
2    inflammatory responses from talc. Right?
3    MS. O'DELL:
4        Object to the form.
5    A    I would disagree. I would say that
6    I -- I -- based on the information and studies,
7    the -- the review of other expert reports, that
8    it presents a supported opinion that talc has an
9    ability to cause an acute response as well as a
10   chronic response.
11       And, so, then, today we are discussing
12   using that data in support of the -- of the
13   mechanism as to how those -- those two responses
14   can work together or separately in the
15   progression of ovarian cancer.
16   MS. BROWN:
17   Q    At the time you wrote your report in
18   November of 2018, were you of the view that talc
19   can cause both acute and chronic inflammatory
20   response?
21   A    Yes. I mean, it was -- I was of the
22   view that it causes an inflammatory response. And
23   then, as I continued to review information
24   available, it became clear that the talc

62 (Pages 242 to 245)

Shawn Levy, Ph.D.

Page 246

```
 1   response, being an inflammatory response in
 2   totality, may have the ability to have
 3   those -- to -- to have two independent responses
 4   in tissues.
 5       Q       And, in your opinion, can both the
 6   acute inflammatory response and the chronic
 7   inflammatory response separately cause ovarian
 8   cancer?
 9   A       Under the -- the mechanism I've
10   proposed, yes, that would be a -- a possibility
11   that they could separately cause, given that
12   they -- they're both inflammatory responses, they
13   both cause cellular damage.
14           And in the case -- in this case,
15   delineating the acute from chronic was more to
16   clarify the cellular damage aspect, the
17   transformative aspect of cancer from the -- the
18   necessary tumor progression aspects of cancer to
19   actually progress to disease.
20       Q       In your opinion, Doctor, does talc
21   always first cause an acute reaction and then a
22   chronic reaction?
23   MS. O'DELL:
24           Object to the form.
```

Page 247

```
 1   A       I -- I -- I don't have evidence
 2   to -- to state that and would defer to some of
 3   the other expert witnesses, like Dr. Saed, for
 4   opinions on acute response versus chronic.
 5   MS. BROWN:
 6       Q       In your opinion, though, you have at
 7   least delineated in your mind two different types
 8   of inflammatory responses.  Correct?
 9   MS. O'DELL:
10           Objection to form.
11   A       I've -- I have described two mechanisms
12   for inflammation that -- that both can -- are
13   both supportive of the overall mechanism that
14   we're discussing.
15   MS. BROWN:
16       Q       And is it -- is there a length of time
17   that differentiates an acute inflammatory
18   response from a chronic inflammatory response?
19   A       Certainly I would say there -- in my
20   opinion, there would -- it would be a potential
21   time dependency or a magnitude dependency to
22   delineate an acute versus chronic response.  But,
23   again, for the purpose of the biological
24   mechanism, separating them on those lines is not
```

Page 248

```
 1   important.
 2       Q       So there is a length of time or an
 3   amount of exposure that would cause a chronic
 4   inflammation that is different from the length of
 5   time and the magnitude of exposure that will
 6   cause an acute inflammation?
 7   MS. O'DELL:
 8           Object to the form.  Misstates his
 9   testimony.
10   A       Yeah, no.  Not -- that's not what
11   I -- that's not what I've stated.
12           I've simply stated that if we -- if we
13   look at the -- what is known about inflammation
14   and the biological response to foreign bodies,
15   you can have an initial acute response mediated
16   by the immune system and mediated by some of the
17   cellular damage that takes place, and then that
18   same response may continue in a chronic form for
19   some period of time and at some level of
20   magnitude.
21           Now, certainly there is likely a
22   dependency or, I should say, likely a
23   relationship to the amount of exposure and the
24   magnitude of that response.
```

Page 249

```
 1           But, again, the -- the opinions here
 2   are specific to the mechanism and the initial
 3   elucidation of that response and, you know,
 4   not -- not on a quantitation of a -- a
 5   dose-response relation -- or a dose-response
 6   curve or relationship.
 7   MS. BROWN:
 8       Q       Do you believe that every time a talc
 9   particle enters the human body, it produces a
10   inflammatory response?
11   A       All of the evidence would suggest yes.
12       Q       Have you considered Heller's 1996 study
13   on that score?
14   A       I would have to --
15           On the score of inflammatory response?
16       Q       Do you recall that Heller looked at
17   benign ovarian tissue and identified the
18   potential presence of talc?
19   A       Sounds familiar.
20       Q       I'll hand it to you.
21           (DEPOSITION EXHIBIT NUMBER 19
22           WAS MARKED FOR IDENTIFICATION.)
23   MS. BROWN:
24       Q       Handing you, Doctor, what we've marked
```

63 (Pages 246 to 249)

Shawn Levy, Ph.D.

Page 250

1    Heller's '96 article as Exhibit 19.
2         And what I want to ask you about is
3    Heller's finding as it relates to no reaction to
4    the talc particle. Did you consider that --
5    MS. O'DELL:
6         Object to the form.
7    MS. BROWN:
8    Q    -- in forming your opinion here?
9    MS. O'DELL:
10        Excuse me. Object to the form.
11   MS. BROWN:
12   Q    I'll direct you, Doctor.
13        On page 1508 of the Heller article,
14   right above the comments section, "The
15   investigators on this study concluded no evidence
16   or response to talc, such as foreign body giant
17   cell reactions or fibrosis in the tissue."
18        My question is whether, in your
19   opinion, every time talc is -- enters the body,
20   it necessarily produces an inflammatory response.
21   MS. O'DELL:
22        Object to the form.
23   A    No. My opinion is that every time talc
24   enters the body, that has the potential to cause

Page 251

1    an immune response.
2    MS. BROWN:
3    Q    Have you made a determination about
4    whether or not that always happens?
5    A    I'll have --
6    MS. O'DELL:
7         Object to the form. It's vague.
8    A    I'm not aware of any --
9         There -- there -- these -- none of the
10   studies that have been reviewed have been
11   designed to answer the question of "if ever."
12   MS. BROWN:
13   Q    So, in your view, then, it's an open
14   question about whether talc can be inside the
15   body and not produce an inflammatory response.
16   MS. O'DELL:
17        Object.
18   MS. BROWN:
19   Q    Is that fair?
20   MS. O'DELL:
21        Excuse me. Objection to form.
22   Misstates his testimony.
23   A    So my -- my -- my testimony regarding
24   the mechanism is that there is a well-supported

Page 252

1    mechanism that talc causes inflammation and then
2    inflammation has a role in ovarian cancer.
3         Extending that to circumstances where
4    an exposure would not cause inflammation is -- is
5    not germane to that -- to that mechanism and, in
6    fact, again, not supported by literature to show
7    that, you know, that a single exposure or some
8    number of exposures are necessary or sufficient
9    for a particular phenotype.
10   MS. BROWN:
11   Q    So this Heller study purports to have
12   found talc in ovarian tissue without an
13   inflammatory response; right?
14   MS. O'DELL:
15        Object to the form.
16   A    In looking at their --
17        Just one moment.
18        So this was a --
19        So is your -- is your question
20   the -- if the -- if the author showed talc being
21   present in normal ovarian tissue?
22   Q    Well, first my question is did you
23   consider this article in connection with your
24   opinions in the case?

Page 253

1    A    I don't recall this article
2    specifically, and I don't believe I cited it.
3         I guess there's -- no.
4    Q    And then my second question, Doctor, is
5    is it your opinion that every time the human body
6    is exposed to particles of talc, it necessarily
7    produces an inflammatory response that can either
8    promote or initiate cancer of the ovaries?
9    MS. O'DELL:
10        Object to the form.
11   A    No. My --
12   MS. O'DELL:
13        Vague.
14   A    My comment was that the -- that any
15   exposure to talc, particularly the perineal
16   exposure to talc, has the potential to cause an
17   inflammatory reaction.
18        I don't have any evidence that all of
19   the studies that we've been reviewing are in
20   support -- are in support of that mechanism, but
21   I don't know of a study that perhaps has been
22   able to draw a conclusion, from a similar size
23   study, to show that you can get significant talc
24   accumulation without an inflammatory response.

64 (Pages 250 to 253)

Shawn Levy, Ph.D.

Page 254

1  MS. BROWN:
2  Q     Do you think you need significant talc
3  accumulation in the human body to cause or
4  promote ovarian cancer?
5  MS. O'DELL:
6       Objection to form.
7  A     I wasn't asked to -- to provide --
8  provide that opinion.
9       And, again, referring to the studies
10 that have -- that were reviewed and included in
11 the report, there is a relationship between
12 lifetime exposure and an increased risk in the
13 epidemiology reports.
14      But more detail on that in this
15 discussion, I would defer to the epidemiology
16 experts.  But the -- there -- there does appear
17 to be a -- more of a response based on more talc
18 in the -- in the studies referenced.
19 MS. BROWN:
20 Q     So on --
21      Do you have any reason to dispute the
22 findings of Heller here of talc in the ovaries
23 without a foreign body reaction?
24 MS. O'DELL:

Page 255

1       Objection.
2  A     I guess my -- I have some -- I guess I
3  have some concerns with some of the methodology
4  as it relates to the detection of the...
5  MS. BROWN:
6  Q     Do you think it's possible, Doctor, for
7  talc to enter the body and -- and be completely
8  inert and not cause any reaction?
9  MS. O'DELL:
10      Object to the form.
11 A     So my -- the -- the mechanism I've
12 proposed is -- is based -- you know, based on the
13 literature, is that talc causes an inflammatory
14 response and that inflammatory response is
15 supportive of progression to ovarian cancer.
16 MS. BROWN:
17 Q     Does that happen 100 percent of the
18 time?
19 MS. O'DELL:
20      Object to the form.  In terms of
21 inflammatory response or in terms of cancer?
22 MS. BROWN:
23 Q     If you don't understand the question,
24 you'll let me know.

Page 256

1  A     In -- in terms of cancer, the
2  epidemiology would suggest -- or I would say
3  the -- the evidence in the literature is -- does
4  not allow that question to be answered, and the
5  reason being is when you look at the latency of
6  the disease and the progression of the disease
7  and the challenges in detecting it, there just
8  has not been enough time with the, perhaps, rigor
9  of analysis that is undergoing now to make that
10 assessment of is it 100 percent of the time or is
11 it something less than 100 percent of the time.
12      I think, statistically speaking,
13 there -- the only data that -- that is available
14 for review is -- is what is contained in some of
15 the meta-analysis and epidemiology studies
16 showing a significant increased risk to ovarian
17 cancer based on exposure to talc.  And it
18 would -- it would only be -- I think it would be
19 inappropriate at this time to try to infer what
20 percentage of time that would be indicative of
21 for exposure.
22 Q     Have the plaintiffs' lawyers shared
23 with you expert reports from their expert
24 pathologists who have looked at ovarian tissue of

Page 257

1  plaintiffs in this litigation, purported to find
2  talc with no foreign body reaction?
3  MS. O'DELL:
4       Objection.  There have been no
5  case-specific pathology reports disclosed in the
6  litigation we're here about today.  And if
7  there's something else you're talking about, you
8  should be specific.
9  A     The -- I don't recall a pathology
10 report.  I've seen expert reports from
11 epidemiologists, OB-GYN and -- and some -- and
12 other scientists.  But I don't recall a specific
13 pathology report.
14 MS. BROWN:
15 Q     If the biologically plausible mechanism
16 that you posit in your report is true, would you
17 expect that the pathology slides of women with
18 ovarian cancer who have used talc would evidence
19 talcum powder with a foreign body reaction?
20 MS. O'DELL:
21      Object to the form.  Incomplete
22 hypothetical.
23 A     That, I would have to ask how you're
24 defining a foreign body reaction.

65 (Pages 254 to 257)

Shawn Levy, Ph.D.

Page 258

1  MS. BROWN:
2      Q    Well, would you expect to see some
3  evidence of inflammation in the ovarian tissue of
4  women who used talcum powder products?
5  MS. O'DELL:
6          Object to the form.  Incomplete
7  hypothetical.
8      A    Overall, speaking to, as we were
9  discussing earlier, the potential for that
10 inflammatory response remains.  But given the
11 heterogeneity in individuals, their overall
12 health, their natural variation in the levels of
13 activities of antioxidants, et cetera, I -- I
14 would state that I would expect a variety of
15 magnitude of response to a foreign body like talc
16 among the individuals exposed to it.
17 MS. BROWN:
18     Q    You'd expect to see something; right?
19 MS. O'DELL:
20         Object to the form.
21     A    No, not necessarily, because it -- it
22 very much depends on the timing that's -- that is
23 observed, how -- what methodology is used to
24 detect the presence of talc or detect the

Page 259

1  presence of the inflammatory response, if it's,
2  you know, done histopathologically, if it is
3  based on a reactive oxygen species assay.
4          So given the -- speaking in general
5  terms, I think it's just inappropriate to make a
6  conclusion as to that, yes, you would always
7  expect to see something.
8          I would -- again, to restate what was
9  stated earlier, any -- any exposure has the
10 potential to cause that inflammatory response,
11 and then the time, scale, and magnitude of that
12 response is going to vary by person.  Therefore,
13 I would expect there would be a variability in
14 individuals exposed to talc.
15 MS. BROWN:
16     Q    Uh-huh.  Is your opinion related to all
17 the different histologic types of epithelial
18 ovarian cancer?
19     A    My -- my opinion is not exclusive to
20 any -- any one type.  Certainly, the epithelial
21 serous being the more common and most virulent
22 type of cancers I think represents the most
23 common.
24         From a mechanistic perspective, I

Page 260

1  mentioned some of the other subtypes and the
2  common gene mutations that go along with them and
3  as, again, supportive of the same mechanism.  And
4  I think, if anything, the -- the current data
5  would suggest a -- a higher prevalence of a
6  particular subtype of cancer but certainly not
7  the -- the mechanism doesn't -- is not exclusive
8  to any one type.
9      Q    In your view, all types of epithelial
10 ovarian cancer can be caused by inflammation?
11     A    No.  That's -- that's not my statement.
12 I would say all types of ovarian cancer are
13 supported by an inflammatory response but that,
14 as from a causative perspective, that's not what
15 the mechanism is provided as an opinion as to
16 cause.  It's more that the -- an inflammatory
17 response plays a role in disease initiation
18 and/or progression.
19     Q    In your view, Dr. Levy, it is
20 biologically plausible for inflammation to cause
21 all types of epithelial ovarian cancer; true?
22     A    Again, I'm not -- I've not been
23 speaking to inflammation as a causative -- as a
24 cause of ovarian cancer.  It is a factor in --

Page 261

1  in -- in disease progression.
2      Q    So when you conclude, as you do in your
3  report, that talcum powder products cause chronic
4  inflammation, you do not conclude that that
5  chronic inflammation causes ovarian cancer?
6  MS. O'DELL:
7          Object to the form.
8      A    I wasn't asked to provide a causation.
9  MS. BROWN:
10     Q    Your opinion here is limited to the
11 potential for talcum powder products to produce
12 inflammation; correct?
13 MS. O'DELL:
14         Object to the form.
15     A    No.  My -- so my opinion is a -- is a
16 supported plausible biological mechanism by which
17 the exposure to talc can lead to ovarian cancer.
18 And, in my opinion, as supported in the -- in the
19 report, that is through an inflammatory response.
20 MS. BROWN:
21     Q    I must be missing you, Doctor.  So are
22 you of the opinion that inflammation can cause
23 ovarian cancer?
24     A    I'm of the opinion that inflammation is

66 (Pages 258 to 261)

Shawn Levy, Ph.D.

Page 262

1  a component of ovarian cancer.
2  Q    Well, I'm not sure what you mean by
3  that. Can inflammation cause ovarian cancer?
4  MS. O'DELL:
5       Object to the form. Asked and
6  answered.
7  A    I'm asked -- I suppose -- again, the
8  opinion here is of a mechanistic opinion, not a
9  causation. I would defer to some of the
10  epidemiology experts to have opinions on
11  causation.
12  MS. BROWN:
13  Q    You don't have an opinion on whether or
14  not inflammation can cause ovarian cancer?
15  MS. O'DELL:
16       Different question.
17  A    Correct. That's a --
18       As we've been discussing, my opinions
19  are that inflammation is a component of ovarian
20  cancer and can be attributed to aspects, not
21  exclusively, but contributing to aspects of its
22  initiation and aspects of its progression. But I
23  did not say that ovarian cancer is caused by
24  inflammation.

Page 263

1  MS. BROWN:
2  Q    And what scientific support do you have
3  for your opinion that inflammation is a component
4  of ovarian cancer and can be attributed to
5  aspects of ovarian cancer, including its
6  initiation?
7  A    So, again, the synthesis of the -- of
8  the papers we've been discussing, including Saed
9  and others, showing the reactive oxygen species
10  produced from talc. And, then, as far as
11  inflammation and its role in cancer, there
12  are -- and it's a fundamentally accepted aspect
13  of cancer biology that's been around for -- for
14  quite some time. And we mentioned earlier that
15  there's a variety of review articles, including
16  the ones we were comparing sentences to earlier
17  today, that describe that in great detail.
18  Q    It's not generally accepted, though,
19  that ovarian cancer is caused by inflammation.
20  Fair?
21  MS. O'DELL:
22       Object to the form.
23  A    I think there's a number of studies
24  that --

Page 264

1       Well, first, we're -- I want to be
2  cautious with our use of the word "cause"
3  and -- because that's, as we've been discussing,
4  this is a -- it is -- it is not controversial
5  that ovarian cancer -- inflammation plays a role
6  in ovarian cancer and -- and, again, my opinion
7  is not towards causation.
8  MS. BROWN:
9  Q    Well, I mean, tumors themselves elicit
10  inflammatory responses; right?
11  A    What -- so what -- specifically, what
12  are you referring to?
13  Q    Well, you talk about tumor-activated
14  macrophages in your report; right?
15  A    Yes.
16  Q    There is an inflammatory response
17  that's produced by the tumor itself; correct?
18  A    Yes. There are -- there -- there --
19  there are absolutely cancer progression markers
20  that are associated with continued inflammation.
21  Q    And that has nothing to do necessarily
22  with the events that cause the cancer. Right?
23  MS. O'DELL:
24       Object to the form.

Page 265

1  A    Well, so the -- we -- we would be going
2  down a slightly different road. And if
3  we're -- so cancer as a complex disorder, you
4  know, begins with an initiating event. But there
5  is -- there is absolutely tumor evolution from
6  that initial event through the progression of the
7  disease.
8       So to state that the -- in the initial
9  inflammatory response to the tumor is -- is not
10  causative to the continuation of the disease I
11  think would be incorrect.
12  MS. BROWN:
13  Q    The Penninkilampi authors -- to
14  conclude our discussion here -- concluded that
15  the paragraph you were looking at with the
16  sentence "The potential mechanism by which
17  genital talc is associated with an increased risk
18  of ovarian cancer, hence, remains unclear," do
19  you see that?
20  A    Yes.
21  Q    And this meta-analysis was published in
22  January of 2018; correct?
23  A    Correct.
24  Q    And it is, in fact, cited in the

Page 266

1  majority of the plaintiff expert reports in this
2  litigation.  Did you see that?
3  MS. O'DELL:
4        Object to the form.  If you know that.
5  Don't speculate.
6  MS. BROWN:
7  Q      That's why I asked "Did you see that?"
8  A      So I didn't specifically look at if
9  this was referenced.  I -- I certainly referenced
10  it.  But I would also point out another important
11  part of the -- of this same reference, a -- about
12  halfway down the following paragraph, beginning
13  with "If chronic inflammation due to ascending
14  foreign bodies is indeed the mechanism by which
15  talc use is associated with ovarian cancer risks,
16  then these results fit the picture."
17        So I think the authors were both
18  describing some things that remain unclear but
19  also offering some comments that are supportive
20  of our earlier discussions today on this
21  mechanism.
22  Q      And your opinion here today, Doctor, is
23  limited to the potential mechanism; right?
24  MS. O'DELL:

Page 267

1        Object to the form.
2  A      So my -- my opinion is -- is -- is
3  regarding a biologically plausible mechanism.
4  But, then -- and, in doing so, have reviewed some
5  of these studies that we're discussing now.
6  MS. BROWN:
7  Q      Good.
8        And, as it relates to that potential
9  mechanism, these Penninkilampi authors conclude
10  that the potential mechanism remains unclear.
11  Right?
12  MS. O'DELL:
13        Objection to form.
14  A      They -- the article makes a statement,
15  "The potential mechanism by which genital talc is
16  associated with an increased risk of ovarian
17  cancer, hence, remains unclear."
18        However, as we've been discussing, they
19  go on to state, "If chronic inflammation due to
20  ascending foreign body is indeed the mechanism,"
21  then there -- the results in this paper
22  are -- fit that model.
23        So I think they're making reason- --
24  making reasonable statements based on the

Page 268

1  available data that there is a biologically
2  plausible mechanism surrounding and, indeed, in
3  the previous paragraph at the end of it where
4  they discuss use of -- or expression of
5  cyclooxygenase 1 and 2 as well as the action of
6  NSAIDs, again, supportive of -- somewhat
7  supportive of the inflammatory model.  But...
8  MS. BROWN:
9  Q      Well, as it relates to the NSAIDs,
10  Doctor, they point to the fact that the NSAID
11  data is inconsistent, at best, as evidence
12  supportive of their conclusions that the
13  mechanism is unclear; right?
14  A      No.  They point to it as -- they
15  actually try to clarify that the -- the seemingly
16  contradictory data regarding the NSAID use can be
17  explained by the relatively low expression of
18  cyclooxygenase 1 and cyclooxygenase 2, which are
19  the targets of most common NSAIDs.
20  Q      What they say is that the use of
21  nonsteroidal anti-inflammatory drugs, NSAIDs, is
22  not inversely associated with the incidence of
23  ovarian cancer as may be expected if the etiology
24  was related to chronic inflammation.  Right?

Page 269

1  MS. O'DELL:
2        Objection to form.
3  A      Yes, that statement is made.  But,
4  importantly, it is incomplete without the next
5  sentence, again, explaining that -- that
6  apparent -- that apparent question.
7        So if the -- if NSAIDs are not
8  effective in ovarian cancer and the -- and, in
9  turn -- and if the observation is also made that
10  ovarian cancer cells don't express cyclooxygenase
11  1 and 2, then they would not -- they would be
12  nonresponsive to NSAIDs.
13  Q      You state on page 12 of your report,
14  Doctor, in the last paragraph, the second-to-last
15  sentence that begins "moreover," that the effect
16  of nonsteroidal anti-inflammatory drugs, NSAIDs,
17  to reduce the risk of ovarian cancer provides
18  additional support for what you're discussing
19  here, which is that chronic inflammation plays a
20  key role in the development of ovarian cancer.
21        Right?
22  A      Correct.
23  Q      And that is, in fact, the opposite of
24  what the authors in Penninkilampi report as

Shawn Levy, Ph.D.

Page 270

1  relates to NSAIDs; right?
2  MS. O'DELL:
3       Object to the form.
4  A     Not -- not necessarily. So there's --
5  getting back to the -- the specific cells under
6  question and the inflammatory response being
7  examined. And, so, if we are lowering overall
8  chronic inflammation through the use of an NSAID
9  is -- is one question. A separate question is
10  a -- is a ovarian cancer cell responsive to
11  NSAIDs. So they're two separate biological
12  phenomenon.
13       And, in one case, if those cells are
14  not expressing the cyclooxygenase 1 and 2,
15  they'll be nonresponsive.
16       I would speculate that NSAID use in the
17  rest of the body would still result in the
18  expected effect due to, you know, the -- due to
19  the inhibition of cyclooxygenase 1 and 2.
20       So I don't think they're necessarily in
21  conflict with each other.
22       (DEPOSITION EXHIBIT NUMBER 20
23       WAS MARKED FOR IDENTIFICATION.)
24  MS. BROWN:

Page 271

1  Q     Handing you what we've marked as
2  Defense Exhibit 20 to your deposition, this is a
3  paper by Merritt entitled "Talcum Powder Chronic
4  Pelvic Inflammation and NSAIDs in Relation to the
5  Risk of Epithelial Ovarian Cancer."
6       Do you see that?
7  A     I do.
8  Q     And, in fact, on page 12 of your
9  report, you cite this Merritt article. Correct?
10  A     Yes. Uh-huh.
11  Q     And you cite it for the proposition
12  that studies have found a relationship between
13  pelvic inflammatory disease and ovarian cancer
14  risk. Correct?
15  A     Correct.
16  MS. O'DELL:
17       Object to the form.
18  MS. BROWN:
19  Q     And you point to Merritt when you
20  determine here as a finding of a relationship
21  between pelvic inflammatory disease and ovarian
22  cancer in support of your opinion that
23  inflammation can cause ovarian cancer. True?
24  A     I'd have to double-check that

Page 272

1  statement.
2       And then there was, I think,
3  importantly, the Lin 2011 paper is also relevant.
4  Q     Well, as it relates to the Merritt
5  paper, this cite is wrong; right?
6  A     I need a moment to --
7  Q     Let's look at what Merritt actually
8  found about pelvic inflammatory disease.
9       If you look --
10  MS. O'DELL:
11       If you need a moment --
12       Excuse me. I'm sorry. I didn't mean
13  to interrupt you.
14       If you need a moment to refresh
15  yourself, Dr. Levy, please do.
16  MS. BROWN:
17  Q     Sure. And if you -- when you're ready,
18  Doctor, I'll direct you to the second column on
19  page 174, and I want to talk about the last
20  paragraph there that begins "if inflammation."
21  A     Page?
22  Q     And I'll read it into the record while
23  you orient yourself. It's page 174, right-hand
24  column. Final paragraph states, "If inflammation

Page 273

1  plays a role in the etiology of ovarian cancer,
2  then it would be expected that PID would be
3  associated with increased risks of ovarian
4  cancer. PID is not associated with elevated risk
5  of ovarian tumors in our data, confirming several
6  previous reports of no association with PID in
7  studies of all subtypes of ovarian cancer."
8       Did I read that correctly?
9  A     You did.
10  Q     All right. So you cited this study for
11  the proposition that studies have found a
12  relationship between PID and ovarian cancer risk.
13  Right?
14  A     No. I said -- I cited -- I said
15  studies have found a relationship, yes, between
16  PID and ovarian cancer risk.
17  Q     And, in fact, this study did not find a
18  relationship between PID and ovarian cancer risk.
19  Right?
20  A     I think this study found a -- I'm just
21  looking at the...
22       So -- I'm sorry. Would you ask your
23  question again? This -- this study did not
24  find your --

69 (Pages 270 to 273)

Shawn Levy, Ph.D.

Page 274

1    Yes, I --
2    Q    Sure.  I just -- you cited this study
3  for the proposition that it showed there was a
4  relationship between pelvic inflammatory disease
5  and ovarian cancer risk, but, in fact, the study
6  showed the opposite.  Correct?
7    A    Well, to be clear on the wording,
8  stated that the studies have found a
9  relationship.  I didn't indicate whether it was
10  positive or negative.
11    But I think, importantly, the study
12  also has an important paragraph that is probably
13  more related to its inclusion, which is on the
14  same page we were just on, 174, second full
15  paragraph in the discussion.
16    Q    One of the things on this page,
17  Doctor --
18  MS. O'DELL:
19    Are you finished, Doctor?
20    A    I think important to at least finish
21  that thought.
22    That paragraph reads, "Focusing on talc
23  use, we found that any use of perineal talc was
24  associated with a small but significantly

Page 275

1  increased risk of ovarian cancer overall and
2  specifically amongst the invasive and LNP serous
3  tumors, although no clear dose response with
4  increase in duration of use was identified.  This
5  finding is consistent with results of previous
6  studies."
7    So in the case of the report and the
8  biologically plausible mechanism that's been
9  supported by these studies, these studies
10  differentiating the process of pelvic
11  inflammatory disease doesn't ex- -- doesn't
12  exclude or refute the inflammatory role or the
13  role inflammation may play in ovarian cancer.
14    Q    What this study concludes is that, on
15  balance, chronic inflammation does not play a
16  major role in the development of ovarian cancer.
17  Do you recall reviewing this in connection with
18  your opinions in this case?
19  MS. O'DELL:
20    Object to the form.  Misstates the
21  exhibit.
22  MS. BROWN:
23    Counsel, I'll direct you to the last
24  paragraph of the abstract on page 1 which reads,

Page 276

1  quote, "We conclude that, on balance, chronic
2  inflammation does not play a major role in the
3  development of ovarian cancer."
4    Q    Do you see that, Doctor?
5    A    I see that.
6    Q    And what this study did was it
7  endeavored to look into factors potentially
8  associated with ovarian inflammation to see if it
9  could support the theory that chronic
10  inflammation plays a role in ovarian cancer;
11  right?
12  MS. O'DELL:
13    Object to the form.
14    A    I would need to -- this one limitation
15  of this particular paper is that it is connecting
16  inflammation as evidenced by pelvic inflammatory
17  disease and assuming that that source and type of
18  inflammation would be -- the fact that there's
19  not a direct association between -- or an
20  increased risk of ovarian cancer in the presence
21  of pelvic inflammatory disease; therefore,
22  inflammation must not play a role in ovarian
23  cancer.  So that is their conclusions.
24  MS. BROWN:

Page 277

1    Q    Well, they looked at a bunch of
2  different inflammatory conditions, didn't they?
3  That was the focus of the study.  The authors
4  endeavored to look at a number of different
5  pro-inflammatory factors and see if they
6  influenced ovarian cancer.  Do you recall
7  reviewing that?
8    A    I do.  I think -- but, more
9  importantly, when we look at the -- their
10  specific statements that are surrounding the
11  mechanism we're discussing today, which has to do
12  with talc exposure and perineal talc use, I think
13  their -- their statements in that sense, which
14  have already been read, quite stand on their own.
15    So what this may indicate is a variety
16  of types of inflammation do -- as present in
17  other diseases, those individually do not or may
18  not have a specific role in the progression of
19  ovarian cancer.
20    But it does not -- again, it does not
21  mean that ovarian inflammation at the site of
22  talc exposure in the ovary can't have a role in
23  the progression of disease where -- again, as we
24  were discussing earlier, with inflammation, we're

70 (Pages 274 to 277)

Shawn Levy, Ph.D.

Page 278

1  now connecting independent biological processes.
2      And I think you're -- I want to be sure
3  we're clear and not drawing the use of the word
4  "chronic inflammation" as meaning any
5  inflammation and, therefore, if it's not
6  associated with ovarian cancer, that inflammation
7  can't have a role.
8      What we're speaking about in terms of
9  this mechanism is inflammation caused by the
10 perineal use of talcum powder in the ovary and
11 the -- and the -- to explain that increased risk
12 of ovarian cancer, what is a plausible mechanism.
13 Q     The authors write, on page 74 -- 174,
14 Doctor, second column, paragraph that begins with
15 "It has been hypothesized," "It has been
16 hypothesized that talc is linked to ovarian
17 cancer development through inflammation," comma,
18 "however evidence linking an inflammatory
19 response with talc contamination of the ovaries
20 is lacking."
21     Do you see that?
22 A     I do.
23 Q     And you disagree with that statement?
24 A     I would -- I would suggest that a

Page 279

1  number of studies in the literature since the
2  publication of this paper would -- would suggest
3  that these conclusions may have been premature.
4  Q     Do you think that, at the time this
5  paper was published in 2008, that Merritt was
6  accurately representing the data as it related to
7  whether chronic inflammation could play a role in
8  the development of ovarian cancer?
9  MS. O'DELL:
10     Object to the form.
11 A     I would say that Merritt has an
12 unresolved -- has a number of unresolved
13 conclusions or partial conclusions in their
14 paper, again, including the paragraph we've
15 discussed where they comment on the talc use with
16 an increased risk of ovarian cancer.
17 MS. BROWN:
18 Q     Did you see the confidence interval on
19 that finding, Doctor?
20 A     I'd have to -- in --
21     Is this in this paper or in the number
22 of the --
23 Q     You reference the finding of an
24 association between talc use and ovarian cancer a

Page 280

1  couple times, and that's a 1.17 relative risk
2  that you're referring to.  Is that right?
3  A     Where is that?
4  Q     I'm looking at -- in the abstract.
5  A     Yes.
6  Q     Right.  And the confidence interval is
7  1.01 to 1.36.  Right?
8  A     Correct.
9  MS. O'DELL:
10     As to what finding?
11 MS. BROWN:
12     The one we're discussing.
13 Q     And, Doctor, you know that one -- a
14 confidence interval that begins with one is not
15 statistically significant?
16 MS. O'DELL:
17     Object to the form.
18 MS. BROWN:
19 Q     Did you know that?
20 MS. O'DELL:
21     Object to the form.
22 A     Well, I would say the authors have
23 stated in that abstract that it is statistically
24 significant.

Page 281

1  MS. BROWN:
2  Q     Sure, because it's 1.01.  My question
3  to you was do you know that a confidence interval
4  that begins with one is not statistically
5  significant?
6      This finding, Doctor, is barely
7  statistically significant, isn't it?
8  MS. O'DELL:
9      Object to the form.
10 A     Again -- again, it's a -- whether it's
11 barely or whether it's tremendously statistically
12 significant, it -- it's still a finding that I
13 would say is in support of -- has been supported
14 by other studies with similar relative risk
15 numbers in the -- in the 1.2 range and above, as
16 indicated.
17 MS. BROWN:
18 Q     Finally, Doctor, at the very -- the
19 very last sentence of this Merritt study we're
20 discussing, on page 175, concludes, "However,
21 experimental evidence that perineal talc use
22 elicits an inflammatory response in the ovaries
23 is lacking, and overall we conclude that chronic
24 inflammation does not play a major role in the

Shawn Levy, Ph.D.

---

Page 282

1  development of ovarian cancer."
2      And my question for you is what
3  methodology did you employ to consider the
4  findings of the Merritt paper in coming to your
5  opinions contained in your report?
6  MS. O'DELL:
7      Object to the form.
8  A      Again, as we've discussed earlier here
9  today, the -- there's been no singular paper that
10 had a specific role in -- in developing the
11 biologically plausible mechanism contained in the
12 report.  And, so, this -- this paper, among many
13 others, was -- was used.
14 MS. BROWN:
15 Q      Right.  But the findings of this paper
16 is that talcum powder doesn't produce an
17 inflammatory response that leads to cancer.
18 Right?
19 A      The -- the findings of this paper was
20 that there's not an association of pelvic
21 inflammatory disease and risk of ovar- -- of
22 epithelial ovarian cancer.
23 Q      They conclude that chronic inflammation
24 doesn't play a role in the development of ovarian

---

Page 283

1  cancer; right?
2  A      I think they've -- they've extended
3  that observation regarding pelvic inflammatory
4  disease to that conclusion.
5      But I think the studies that have come
6  after this and other -- certainly other areas of
7  review would suggest that those specific -- the
8  wording of those specific statements may not be
9  the most appropriate representation of the -- of
10 the observations made in the -- in the Merritt
11 paper.
12 Q      So did you weight the Merritt paper
13 less than some other papers that came after it?
14 Or how did you --
15      What I'm trying to understand is your
16 methodology for considering this paper, which
17 seems to squarely conclude talc doesn't cause
18 inflammation.
19 MS. O'DELL:
20      Object to the form.
21 A      I'm not -- so I would -- I would
22 disagree that -- this paper does not make those
23 conclusions that talc does not cause
24 inflammation.  What they --

---

Page 284

1      Again, the observations in this paper
2  are regarding chronic inflammation and its -- and
3  its major role in the development of ovarian
4  cancer; and, again, in this -- in the specific
5  individuals that they've looked at, it's in
6  regards to pelvic inflammatory disease.
7      And, so, as far as weighting that
8  paper, it would be similar to other papers and
9  other observations in the sense that it was --
10 that the mechanism that is supported by a wide
11 variety of work considers a history of -- history
12 of work in the talc, inflammation, and ovarian
13 cancer fields both in basic research and
14 epidemiology to come up -- to come to the
15 conclusions and mechanisms that are proposed.
16      I don't -- I can't give you a specific
17 weighting algorithm that was used on any -- any
18 given paper.
19 MS. BROWN:
20 Q      Did you consider Merritt's finding that
21 evidence linking an inflammatory response with
22 talc of the ovaries is lacking?
23 A      I certainly considered their -- I
24 considered their statements in the -- in the

---

Page 285

1  paper.  And I would question the dichotomy of
2  the -- of some of their statements regarding talc
3  risk to cancer.
4      And the first question that would come
5  to mind for this particular study is how they
6  assessed talc-related inflammation in --
7  specifically in the ovary.  I don't recall seeing
8  how they made that assessment.
9      It, instead, seemed to me that their
10 assessments were based on chronic inflammation as
11 it related to other biological conditions and
12 then extrapolating that to rate of ovarian
13 cancer.
14 Q      How do you think one should measure
15 talc-related inflammation in the ovary?
16 MS. O'DELL:
17      Object to the form.
18 A      Again, I wasn't asked to -- to provide
19 that opinion.  But I would reference the more
20 recent Saed paper which -- and other molecular --
21 and other molecular studies and certainly defer
22 to Dr. Saed as an expert witness to discuss
23 appropriate measurements for talc-related
24 inflammation in the -- in the ovary or ovarian

---

72 (Pages 282 to 285)

Shawn Levy, Ph.D.

Page 286

1    cells.
2    MS. BROWN:
3        Q      Have you spoken with Dr. Saed?
4        A      I have not.
5        Q      Have you requested any information from
6    Dr. Saed?
7        A      No, I have not.
8        Q      Have you -- would you hold to the same
9    opinion if you did not consider the work of
10   Dr. Saed?
11   MS. O'DELL:
12       Objection to form.  Vague.
13       A      I -- the work of Dr. Saed is -- is a
14   consideration among the wide variety of other
15   literature contained in here.  And Dr. Saed's
16   work for in vitro analysis and the quantitation
17   of specific reactive oxygen species is -- is a
18   factor in and it is in support of the mechanism
19   that I've proposed, which is that that mechanism
20   does not rely on that study or any singular study
21   for it to be valid.
22   MS. BROWN:
23       Q      The mechanism you proposed, Doctor, is
24   not yet generally accepted in the scientific

Page 287

1    community.  Would you agree?
2    MS. O'DELL:
3        Object to the form.
4        A      I wouldn't have a basis for that
5    opinion.  As -- as we talked about earlier, I
6    haven't shared this mechanism to ask for that
7    opinion.
8    MS. BROWN:
9        Q      You haven't published the proposed
10   mechanism that is the subject of your report.  Is
11   that right?
12       A      That's right.
13       Q      You haven't discussed the proposed
14   mechanism that is the subject of your report with
15   any of your colleagues at HudsonAlpha; correct?
16       A      That's correct.
17       Q      So whether or not the proposed
18   mechanism that is the subject of your report
19   would be accepted by your peers in the scientific
20   community, that's not something you have yet
21   evaluated; correct?
22   MS. O'DELL:
23       Object to the form.
24       A      My -- I wasn't requested to provide a

Page 288

1    biologically plausible mechanism that was also
2    peer-reviewed, and I would rely on or point you
3    to a number of other expert reports, particularly
4    in the epidemiology space from this case, where
5    you'll find a great many parallels to -- to this
6    case.
7        So, I, instead, would state
8    independently myself and other respected
9    scientists have essentially developed the same
10   opinions regarding mechanism in this -- in this
11   particular space.
12   MS. BROWN:
13       Q      Is there another plaintiffs' expert
14   that you're aware of who holds the same opinion
15   as you do on biological plausibility?
16       A      Yes.
17       Q      Who's that?
18       A      Patricia Moorman, who is an
19   epidemiologist whose report I had the opportunity
20   to read yesterday.
21       Q      Is there -- and -- and even though
22   she's an epidemiologist, Dr. Moorman has a view
23   on biological plausibility?  Is that right?
24   MS. O'DELL:

Page 289

1        Object to the form.
2        A      She has a view on --
3        In her report was a -- a view on
4    mechanism -- on mechanism, which included the
5    discussion of inflammatory response and its role
6    in ovarian cancer, which parallels this report.
7    MS. BROWN:
8        Q      Do you consider your proposed mechanism
9    that is the subject of your report to be a novel
10   concept in the scientific world?
11   MS. O'DELL:
12       Object to the form.
13       A      Which part?
14   MS. BROWN:
15       Q      Any part.
16   MS. O'DELL:
17       Object to the form.
18       A      Again, I -- my -- the -- what was
19   requested of me was not to develop a novel
20   concept or even to describe an untested
21   hypothesis.  What was requested of me was to
22   review the available literature and provide a
23   biologically plausible mechanism for talc
24   exposure to ovarian cancer.  And, so, that's

73 (Pages 286 to 289)

Shawn Levy, Ph.D.

Page 290

1    what -- that's what my report provides.
2    MS. BROWN:
3    Q      Do you think there could be other
4    biologically plausible mechanisms by which talcum
5    powder would be associated with ovarian cancer?
6    A      I haven't been asked to -- to make a
7    review related to other biological mechanisms. I
8    was asked to develop a biologically plausible
9    mechanism. And upon review of the totality of
10   the literature, this mechanism that -- that I've
11   presented and provided in the report is, in my
12   opinion, the correct mechanism.
13   Q      Did you have complete autonomy in your
14   task to develop a biologically plausible
15   mechanism?
16   A      Yes.
17   Q      Were there any limitations on how you
18   should go about developing this biologically
19   plausible limita- -- mechanism?
20   MS. O'DELL:
21         Object to the form of the question to
22   the degree that the question seeks --
23   MS. BROWN:
24         Form.

Page 291

1    MS. O'DELL:
2          No, no. If it goes to conversations
3    with counsel, it is not form. It is
4    attorney-client privilege and it's protected.
5    Work product privilege is protected.
6          And, so, Dr. Levy --
7    MS. BROWN:
8          No. Counsel --
9    MS. O'DELL:
10         Excuse me. Excuse me. I'm directing
11   my witness based on privilege, and I can do that.
12         To the degree that counsel is trying to
13   seek the substance of discussions you had with
14   counsel, those are protected, and I direct you
15   not to answer.
16         To the degree there's something in your
17   mind to respond that's not that, you may -- you
18   may respond.
19   MS. BROWN:
20   Q      And as -- as counsel well knows,
21   because we've had this discussion earlier this
22   week, the federal rules allow discovery of any
23   material you relied on in forming your opinions.
24         And, so, my answer here -- my question

Page 292

1    for you here, Doctor, is, were -- was there any
2    limitation placed on you that you relied on in
3    trying to develop your biologically plausible
4    mechanism?
5    MS. O'DELL:
6          What's allowed -- you're well aware of
7    this, counsel, I know -- that that's discoverable
8    is are there materials considered -- you can ask
9    him that -- was there assumptions that he was
10   asked to make -- that's discoverable -- and the
11   compensation. Those are the three things. Not
12   conversations between counsel and Dr. Levy.
13   So --
14   MS. BROWN:
15         Counsel, you can instruct or we'll get
16   the judge. We do not have time for your
17   speeches. We're trying to finish up and let
18   other people -- other people ask questions.
19   MS. O'DELL:
20         That's straight from the rules. You're
21   well aware of that.
22   MS. BROWN:
23         So here's the question. If you want to
24   instruct, we'll take a break and get the judge.

Page 293

1    Q      Did you rely on any instruction from
2    counsel regarding any limitations on how you were
3    to attempt to develop your biologically plausible
4    mechanism?
5    A      No. I was -- I was not provided --
6    there were no --
7          I'm trying to make sure I answer to be
8    correct. But my very simple and direct answer is
9    the requests for the report were very succinct
10   and were given without limitation.
11   Q      Did you try to develop any mechanism
12   that you rejected in connection with your report?
13   MS. O'DELL:
14         Object to the form. Vague.
15   A      So I would best answer that by saying I
16   did not develop an initial mechanism and,
17   instead, began a literature review looking at the
18   available literature in talcum powder
19   inflammation in cancer, ovarian cancer, and then
20   in related subjects, and, then, through the course
21   of that review, was able to synthesize the
22   opinion that you have, that we've been
23   discussing, in the report.
24   MS. BROWN:

74 (Pages 290 to 293)

Shawn Levy, Ph.D.

Page 294

```
 1    Q     Do you consider the biologically
 2   plausible mechanism that is the subject of your
 3   report to be a hypothesis?
 4   MS. O'DELL:
 5         Object to the form.  Asked and
 6   answered.
 7    A     No, no.  In fact, it is not.  And
 8   it's -- I think it's very fundamentally different
 9   than a hypothesis.
10         Because, again, to state, the
11   activities that were undertaken was a review of
12   the literature and then, based on that review, a
13   mechanism that was biologically plausible.  It is
14   not hypothetical.
15   MS. BROWN:
16    Q     Have you tested your biologically
17   plausible mechanism?
18   MS. O'DELL:
19         Object to the form.
20    A     Tested in the sense of --
21         So I would -- I would answer that as --
22   in -- in my opinion, I would suggest that this
23   has been tested based on following the completion
24   of the report and reading other similarly derived
```

Page 295

```
 1   or similarly requested both literature, some of
 2   the publications that we've been discussing, as
 3   well as other expert reports that have, as we've
 4   just discussed, some parallel aspects.
 5         So, from a formal scientific process,
 6   that is -- would not, I think, be considered a
 7   formal test.  But from the perspective of this
 8   biologically plausible mechanism, other
 9   scientists undertaking similar methodology came
10   up with similar results.
11         And, so, therefore, I would say that
12   this report is -- continues to be supported by
13   independent reviews and content.
14   MS. BROWN:
15    Q     The other scientists that you just
16   referenced are also paid experts for the
17   plaintiffs; is that right?
18   MS. O'DELL:
19         Object to the form.
20    A     I don't have knowledge of that
21   specifically.
22   MS. BROWN:
23    Q     Well, when you said other experts
24   looking at the same thing came up with a similar
```

Page 296

```
 1   mechanism, you mean other experts in this
 2   litigation?
 3   MS. O'DELL:
 4         Object to the form.  Misstates his
 5   testimony.
 6    A     Other -- other material -- the
 7   materials that I was -- that I was provided.
 8   MS. BROWN:
 9    Q     And those materials are in the form of
10   other expert reports like yours; right?
11   MS. O'DELL:
12         Object to the form.
13    A     They are.
14   MS. BROWN:
15    Q     Are you aware of any nonlitigation
16   expert that has arrived at the same biologically
17   plausible proposed mechanism as you?
18   MS. O'DELL:
19         Object to the form.
20    A     Well, I think -- yeah, in the sense --
21   in the sense of the number of publications we've
22   been discussing and some of the more recent both
23   reviews and -- and Saed's paper, I suppose, as
24   we've been discussing, Dr. Saed has been funded
```

Page 297

```
 1   for some of this work, but I would counter that
 2   with sponsorship of -- of studies that are
 3   subsequently peer-reviewed, I think are generally
 4   held to a scientific standard and rigor, and
 5   would suggest that his most recent work would
 6   fall under that and -- and, therefore, I would
 7   not consider that in the same realm as an expert
 8   report.
 9   MS. BROWN:
10    Q     Are you aware that the plaintiffs'
11   lawyers funded Dr. Saed's studies?
12    A     I am.
13    Q     How do you know that?
14   MS. O'DELL:
15         Don't speculate.  If you know it,
16   testify to it.
17    A     No.  I'm thinking of --
18         That was disclosed during the
19   discussion of the -- of the paper, and the
20   question I asked and actually looked on the paper
21   was to --
22         And this -- this was getting to my own
23   opinion as to the appropriateness and the
24   potential scientific rigor of the paper, and that
```

Shawn Levy, Ph.D.

Page 298

1  was whether or not Dr. Saed disclosed that
2  relationship, which is, of course, ethically a
3  requirement for sponsored research. And, indeed,
4  that sponsorship is made in the paper.
5  MS. BROWN:
6  Q       Was it important to you --
7          Did you ask Dr. Saed about the funding
8  for his paper?
9  A       I did not. As we -- as we discussed, I
10 haven't spoken with him.
11 Q       Were you troubled by the fact that
12 Dr. Saed's disclosure does not reference which
13 side of the litigation he's working for?
14 MS. O'DELL:
15         Object to the form.
16 A       Are you asking for my opinion on if it
17 troubled me?
18 MS. BROWN:
19 Q       Yeah.
20 A       No.
21 Q       It sounds like you did a little
22 investigation and you were satisfied with the
23 disclosure. Was that your testimony?
24 MS. O'DELL:

Page 299

1          Object to the form. He didn't use the
2  word "investigation."
3  A       I was satisfied seeing a disclosure
4  made regarding funding, which, again, in the
5  scientific climate I would -- or I would state
6  simply I viewed the support of that study which
7  subsequently goes out to peer review functionally
8  equivalent to pharmaceutical support of a study
9  involving a drug or a condition or a treatment.
10         The reality of the scientific space
11 is -- is -- is funding sponsorship comes from a
12 variety of cases. And in each institution,
13 HudsonAlpha certainly, I'm positive Wayne State
14 has a conflict of interest review board which
15 Dr. Saed has to report to as far as the -- how he
16 manages that potential conflict of interest. And
17 given that he's at a reputable institution that
18 I've actually done a fair amount of review work
19 with over the years, being Wayne State, I'm
20 reasonably -- or I would say I'm quite confident
21 that his conflict of interest has been managed
22 appropriately for the -- for the study that was
23 reviewed.
24 MS. BROWN:

Page 300

1  Q       Why is it important, in your mind, to
2  disclose funding for a study?
3  A       Well, it's, you know, ethical premise
4  of -- of most scientific research or really all
5  extramurally funded research that the funding
6  sources are -- are always disclosed. And that's
7  true for publication as well as presentation.
8          And, so, I think most -- most
9  scientists, during presentation, will present a
10 slide that shows their -- their funning support
11 and all of its sources regard-- -- whether it's
12 public or private.
13         And then you'll notice in vast majority
14 of publications, if they are grant supported,
15 again, whether that grant is from a public or a
16 private institution, those things are referenced.
17 And, in fact, the U. S. Government has a
18 requirement that grants be referenced in their --
19 in any publications that were supported by that
20 money.
21 Q       Do you have any critiques of either of
22 Saed's papers?
23 A       No. Not at this time.
24 Q       Do you have any questions or anything

Page 301

1  that doesn't make sense to you, having reviewed
2  the most recent one or the 2017 one?
3  A       No. My focus, particularly on the most
4  recent one, I actually found his molecular
5  studies to be quite comprehensive and --
6          So there was -- there was no specific
7  concerns that -- that I was able to identify.
8  And, again, the -- in the -- in the version of
9  the paper that -- that I -- that I was given.
10 Q       And did you have any opportunity to
11 check to see if you had an earlier version of
12 that paper?
13 A       Oh, I -- I'll be sure and do that at
14 the next break.
15 Q       Okay. Why don't we go ahead and take a
16 break now. You'll take a look, if you wouldn't
17 mind, to see if you have something other than
18 what we've marked at the deposition.
19         I'm going to renew -- review my notes.
20 I'm close to finishing, and then I'll hand it
21 over to my colleague, Mr. Ferguson, who I think
22 will have some questions for you as well. Okay,
23 Doctor?
24 A       Uh-huh.

76 (Pages 298 to 301)

Shawn Levy, Ph.D.

Page 302

1    Q      Thank you, Doctor.
2    VIDEOGRAPHER:
3          Going off the record.  The time is 3:33
4    p.m.
5          (OFF THE RECORD.)
6    VIDEOGRAPHER:
7          We're back on the record.  The time is
8    3:48 p.m.
9    MS. BROWN:
10   Q      Welcome back, Doctor.
11         Did you have an opportunity to take a
12   look if you had an earlier version of Dr. Saed's
13   manuscript?
14   A      I did.
15         I did not.
16   Q      Okay.  And, so, during this deposition,
17   you've referred from time to time to Dr. Saed's
18   2018 paper.  Is that right?
19   A      (Nods affirmatively.)
20   MS. O'DELL:
21         Object to the form.  Excuse me.
22   MS. BROWN:
23   Q      And you received that paper after you
24   authored your report in this case; right?

Page 303

1    MS. O'DELL:
2          Object to the form.
3    A      So I was referring --
4          Yes.  I -- I -- the manuscript we were
5    discussing was received after the completion of
6    this.  But, as we discussed earlier, the
7    materials in the paper were presented in abstract
8    form or long abstract form, and those are
9    referenced in the report.
10   MS. BROWN:
11   Q      And just to close the loop on one thing
12   before I hand it over to my colleague,
13   Mr. Ferguson, you had referenced an animal study
14   by Woodruff earlier in the day.  Do you remember
15   that?
16   A      Yes.
17   Q      That paper doesn't have anything to do
18   with talc; right?
19   MS. O'DELL:
20         Object to the form.
21   A      Let me --
22         Yes, I -- you're -- the Woodruff 1979
23   paper is not the one I was -- I was wrong on the
24   author.  Give me a moment to...

Page 304

1    MS. BROWN:
2    Q      And if that's not the one you were
3    thinking of, Doctor, we can move on.
4    A      I was thinking Henderson 1971.
5    Q      And that's not an animal study; right?
6    A      Maybe this -- this isn't the same one,
7    then.  I can certainly find it at the end if --
8          The -- it was a 1971 study involving a
9    rat model that the major point and conclusion of
10   the study was perhaps something that we've
11   discussed that's been now well accepted that the
12   talc can migrate, after exposure, into the
13   ovarian tissue.
14   Q      Are you aware of any study, Doctor,
15   that talc on the exterior of a woman's vagina can
16   migrate up the fallopian tubes to the ovary?
17   MS. O'DELL:
18         Object to the form.
19   A      I am not aware of a study that tested
20   that specifically.
21   MS. BROWN:
22   Q      And did you consider, in connection
23   with your opinions here, IARC's finding that the
24   science regarding migration is, quote, "weak"?

Page 305

1    MS. O'DELL:
2          Object to the form.
3    A      My -- my primary consideration of IARC
4    was their classification of the talc and the --
5    and the fibrous talc, and I don't recall their
6    conclusions of the migration science being weak.
7          And, in fact, it appears, as stated by
8    the FDA, that the -- the migration question is --
9    is well resolved.
10   MS. BROWN:
11   Q      Finally, Doctor, in connection with
12   your opinions in this case, did you consider
13   articles regarding whether stick lesions evidence
14   inflammation?
15   A      I'd have to review some of the
16   literature for stick lesions specifically.  But
17   that --
18         Can you -- what are you referring to by
19   stick lesions?
20   Q      So do you understand that it's now
21   believed, in terms of the -- where ovarian cancer
22   begins, that it begins in the fallopian tubes,
23   epithelial ovarian cancer?
24   A      I certainly would agree that a -- the

77 (Pages 302 to 305)

Shawn Levy, Ph.D.

Page 306

1  site of initiation, whether -- that it can begin
2  in the fallopian tubes, yes, that there's been
3  studies that have shown that evidence.
4  Q      And some of the early lesions that have
5  been found in the fallopian tubes are sometimes
6  referred to as stick lesions.  Are you familiar
7  with that?
8  MS. O'DELL:
9          Object to the form.
10  A      I'm not.
11  MS. BROWN:
12          So you haven't looked at any studies
13  that have looked at stick lesions that have been
14  removed from women to see if there was any
15  evidence of inflammation?
16  MS. O'DELL:
17          Object to the form.
18  A      That -- that -- I don't recall that as
19  part of the review.
20  MS. BROWN:
21  Q      Fair enough.
22          No further questions.  I'll hand it
23  over to Mr. Ferguson.
24  MR. FERGUSON:

Page 307

1          Thank you.
2              EXAMINATION
3  BY MR. FERGUSON:
4  Q      Good afternoon, Dr. Levy.  My -- my
5  name is Ken Ferguson, and I represent Imerys in
6  this matter.  Do you know who Imerys is?
7  A      Only that they're a mining company.
8  Q      Okay.  And I have some questions for
9  you.  I apologize for my voice.  I've kind of had
10  my allergies and then going into a cold, so it's
11  kind of -- kind of stuffy.  So I apologize.
12          If you have trouble hearing me or
13  understanding me, let me know.  Okay?
14  A      Okay.
15  Q      And -- and just -- I know you've been
16  at this with Miss Brown for a little while, but
17  if there's any question that you don't understand
18  that I'm asking you, just let me know, and I'll
19  restate it so I can make sure that we're
20  communicating.  Okay?
21  A      Okay.
22  Q      I want to talk to you, first of all,
23  about a little bit more about what you do at
24  HudsonAlpha Institute.  So in the what's called

Page 308

1  the Genomic Services Laboratory --
2          Right?  There's one of those at
3  HudsonAlpha; right?
4  A      There is.
5  Q      Do you perform services there such as
6  running clinical samples to report results to
7  healthcare providers?  Is that the kind of things
8  you do?
9  A      To be -- to be clear and to,
10  importantly, differentiate the regulated lab
11  versus the research laboratory, the Genomic
12  Services Laboratory is a -- is a entity of
13  HudsonAlpha that is responsible for research
14  activities.
15          There is a separate wholly owned
16  subsidiary of HudsonAlpha creatively named the
17  Clinical Services Laboratory.  So that laboratory
18  is the laboratory that performs the testing.  And
19  to hopefully not provide a level of confusion,
20  but the two laboratories coexist in the same
21  space.  And what this means is I have staff and
22  equipment.  Some is dedicated to clinical, some
23  is dedicated to research, and some are shared
24  between the two.

Page 309

1          So, in summary, the best way to
2  consider the laboratory is that it's a clinical
3  regulated laboratory that also performs research.
4          Any projects under that research
5  umbrella are referred to as being in the Genomic
6  Services Laboratory.  Anything clinical is
7  referred to the Clinical Services Laboratory.
8  That lab has been CLIA-licensed now for going on
9  five -- just past four years and has been
10  CAP-accredited for three and a half.
11  Q      So is it the Clinical Services
12  Laboratory, then, that would perform services
13  like running clinical samples to get results to
14  healthcare providers?
15  A      That's correct.
16  Q      And -- and among those things that the
17  Clinical Services Laboratory does, is that
18  restricted to whole genome sequencing?
19  A      Our currently -- the only publicly
20  disclosed and validated test for the Clinical
21  Services Laboratory is whole genome sequencing.
22          We have two other laboratory-developed
23  tests, or commonly referred to as LDTs, that are
24  run in a -- as a private assay for some clinical

Shawn Levy, Ph.D.

Page 310

1  trials, so they're not publicly available and to
2  date have not been publicly disclosed. They're
3  protected under confidentiality agreement.
4        And the Clinical Services Laboratory
5  this year will launch a number of other tests
6  that we have publicly disclosed. Those include
7  whole exome sequencing, an oncology panel known
8  as the TruSight Tumor 170, which profiles 170
9  genes with -- that have been -- that have known
10  involvement in cancer risk and progression, and
11  as well as a 500 panel of similar form.
12  Q     So let me talk to you a little bit
13  about your prior position. You were at
14  Vanderbilt University Medical Center; correct?
15  A     Correct.
16  Q     And you were an assistant professor?
17  Is that correct?
18  A     The titles I held there was research
19  assistant professor and then assistant professor,
20  and then I was a associate professor as an
21  adjunct faculty for a number of years after
22  joining HudsonAlpha. So I had to progress
23  through a few of the academic ranks at
24  Vanderbilt, but all of them in the professor

Page 311

1  realm.
2  Q     As an assistant professor, were you
3  appointed on a tenure track?
4  A     Yes.
5  Q     And do you know generally how many
6  years after appointment as an assistant professor
7  is a tenure decision at Vanderbilt typically made
8  in that department?
9  A     It varies from probably five to nine.
10  Q     Did you ever achieve tenure at
11  Vanderbilt?
12  A     Actually, I was up for tenure the year
13  that I moved to HudsonAlpha.
14  Q     So --
15  A     So, technically, I, which will sound
16  odd, I was promoted to associate professor upon
17  leaving.
18  Q     Okay.
19  A     In an adjunct role.
20  Q     So were you turned down for tenure
21  or --
22  A     I was not. I never -- I -- the
23  opportunity at HudsonAlpha predated the time that
24  I would have gone up for tenure. I had a number

Page 312

1  of pre-reviews for tenure. There were no
2  concerns with that progress. But, based on both
3  funding as well as publication records, I wasn't
4  overly concerned with that.
5        But the opportunity to be able to do --
6  and the scale of operations at HudsonAlpha was --
7  was too good to turn down, as far as remaining at
8  Vanderbilt.
9  Q     So you were neither granted tenure nor
10  denied tenure. Is that fair to say?
11  A     That's fair to say.
12        I think the best evidence for the
13  relationship at Vanderbilt after my leaving was I
14  continued as an adjunct faculty in the same
15  department, again with change in title, for a
16  number of years after joining HudsonAlpha. So it
17  was a -- certainly, I wouldn't characterize it as
18  a negative departure from the institution. And I
19  still remain a collaborator with a number of
20  colleagues there.
21  Q     Do you have a copy of your report in
22  front of you?
23  A     I do.
24  Q     Okay. What I'm gonna do is I'm gonna

Page 313

1  try to go through, probably in -- in order,
2  portions of your report that I want to ask about
3  and try to make sure I don't cover things that
4  Miss Brown's already covered.
5        Can you look at page 5 of your report?
6  A     Yes.
7  Q     So there -- and I'm looking at number 2
8  on page 5, Acquired Somatic Gene Mutation.
9        Do you see that?
10  A     I do.
11  Q     And you say there that --
12        I'm skipping the sentences. If you
13  need to go back, feel free.
14        -- "Biological and lifestyle exposures,
15  such as viruses, obesity, hormones and chronic
16  inflammation, are also known to result in
17  cancer-causing mutations."
18        Right?
19  A     I see that sentence.
20  Q     Okay. Wouldn't you agree that the
21  association between obesity and cancer risk is
22  just that, an association and not a known
23  cause-and-effect relationship?
24  MS. O'DELL:

79 (Pages 310 to 313)

Shawn Levy, Ph.D.

Page 314

1        Object to the form.
2    A    I would state that it is known that
3    cancer rates increase in a number of unhealthy
4    conditions, including obesity.  But I am not
5    aware of a -- of any studies that have
6    illustrated a causal effect directly between
7    obesity and cancer.
8    MR. FERGUSON:
9    Q    And, specifically, isn't it true that
10    there is no direct in vivo experimental evidence
11    that obesity causes cancer-causing mutations?
12    A    I would have to review the literature
13    to -- before answering that question.  But the
14    relationship between obesity and cancer risk
15    is -- is quite well established.  And I think for
16    us to discuss that in more detail, we'd have to
17    start delving into some of the specifics around
18    the physiological changes related to obesity and
19    whether those specific physiological changes play
20    a role in cancer.
21    Q    And, just below that, the last sentence
22    in that paragraph, you say, "These mechanisms may
23    be direct, such as radiation directly damaging
24    DNA, as well as indirect, such as an external

Page 315

1    agent causing a cellular -- cellular reaction or
2    inflammatory response that then leads to DNA
3    damage or mutation."
4        What cellular reactions are you
5    referring to that result in DNA damage or
6    mutation?
7    A    So the presence of reactive -- so a few
8    different things.  Primarily, along the
9    discussions for today, the presence of reactive
10    oxygen species which can directly -- which are a
11    cellular reaction that can then cause -- directly
12    cause DNA damage.
13        There's protein oxidation effects that
14    are similar to that, in the sense that you have a
15    chemical change and a cellular component that
16    results in a -- in a protein activity change,
17    again leading to potential DNA damage.
18        And then you can have --
19        So those are two -- two examples of
20    cellular reactions to that.
21    Q    And -- and maybe you just explained it,
22    but I wanted to make sure I'm clear.  What is the
23    mechanism by which an inflammatory response
24    results in DNA damage?

Page 316

1    A    It varies.  So the -- the --
2    "inflammatory response" is a bit general.  So
3    depending on specific type of cellular
4    recruitment and cellular damage through the
5    release of cytokines, the release of oxidative
6    damaging materials from cells like granulocytes,
7    you know, or the -- even the cell's own
8    production of reaction to -- reactive oxygen
9    species, such as from the mitochondria, which is
10    the most common sync -- most common source of
11    reactive oxygen species in the cell.
12        And, so, those are some examples of --
13    of that relationship between an inflammatory
14    response and that cellular reaction.
15    Q    Reactive oxygen species are not the
16    same thing as inflammation; correct?
17    A    I would say reactive oxygen species are
18    a hallmark of inflammation.
19    Q    But they're not the same thing.
20    MS. O'DELL:
21        Object to the form.
22    A    The -- well, they are --
23        Again, reactive oxygen species are a
24    component of inflammation.  So they're -- the

Page 317

1    words are two -- two different definitions, but
2    they are a component.
3    MR. FERGUSON:
4    Q    Would you agree that reactive oxygen
5    species are a normal part of cell physiology?
6    A    Yes, absolutely.
7    Q    And the major source of reactive oxygen
8    species comes from inside the cell and is
9    produced in mitochondria?
10    A    A source, and depending on the site of
11    the physiology.  So a normal, healthy cell not
12    under stress or injury would be -- then, yes,
13    that's a true statement.
14        Under different physiological
15    conditions, that statement may not be true.
16    Q    Can you distinguish reactive oxygen
17    species produced inside a cell from reactive
18    oxygen species produced outside the cell?
19    A    What do you mean?  So by -- by
20    "distinguish," you mean --
21    Q    Can you tell the difference?
22    A    I'm just thinking if there's a way to
23    measure.
24        So you can measure the effects of

80 (Pages 314 to 317)

Shawn Levy, Ph.D.

Page 318

1  exogenously introduced reactive oxygen species
2  and then compare that to the measurement of
3  endogenously produced reactive oxygen species.
4         But as far as determining the
5  difference if the cellular integrity is not
6  intact, I'm not aware of a method to do that.
7  Q     Would you agree that generation of
8  reactive oxygen species is an inevitable
9  consequence of aging in aerobic organisms?
10  MS. O'DELL:
11         Object to the form.
12  A      So reactive oxygen species are a --
13  are present at all stages of life. And aging, as
14  a biological phenomenon, is probably one of the
15  most variable phenomenon that exists.
16         And specific to reactive oxygen
17  species, the diet, lifestyle, and genetics of
18  that individual will drastically change that.
19         And a new area of research that my
20  laboratory has been undertaking for a short
21  time --
22         And, so, I don't have specific
23  publications, and it's really not -- I promise
24  it's not taking us too far afield.

Page 319

1         -- but is the concept of your annual
2  age versus biological age. And my lab has some
3  assays that are based on epigenetics as well as
4  some metabolomic markers. And what we found --
5  now, in very, again, preliminary data -- that
6  individuals will vary by plus or minus 15 years
7  from physiological age to annual age based on,
8  again, a number of lifestyle factors not
9  important for this study.
10         But the point I'm making is the
11  discussion about level of reactive oxygen species
12  and its association with age is actually quite
13  variable based on the long -- or based on the
14  current physiological activity of that person.
15         Stated very simply, which is probably
16  something we all know, the better shape you're
17  in, the younger your physiology will appear. And
18  you can actually modulate that quite quickly,
19  meaning that a person who's 60 and has made poor
20  lifestyle choices can actually gain back quite a
21  bit of that physiological age quite quickly.
22         And so, again, to directly answer your
23  question, a annual age-related conclusion
24  regarding production of reactive oxygen species

Page 320

1  would be very difficult.
2  MR. FERGUSON:
3  Q     In your report, on this same page, you
4  discuss the fact that, even if someone has a
5  genetic mutation that predisposes them to cancer
6  doesn't mean that he or she is certain to get
7  cancer. Correct?
8  A      That is correct.
9  Q     So there is a -- a random component to
10  the effects of known cancer-causing agents.
11  Right?
12  MS. O'DELL:
13         Objection to form.
14  A      There is a complicated relationship
15  between genetics, environment, and expose -- or
16  environment, including exposure and lifestyle,
17  and the progression of cancer.
18         Perhaps the -- a summary analogy is the
19  more predisposing mutations that an individual
20  has, it's -- it's equivalent to their body is
21  rolling the dice more often to collect a mutation
22  sufficient to cause cancer than somebody who does
23  not have the same genetic background.
24         And there's -- there's many, many lines

Page 321

1  of evidence. Probably the most prominent is
2  BRCA1 and 2 mutation and the role it plays in
3  increased risk of breast and ovarian cancer.
4  MR. FERGUSON:
5  Q     Wouldn't you agree that even the
6  inherited susceptibility cannot entirely explain
7  this random component of some people getting
8  cancer when exposed and some people not?
9  MS. O'DELL:
10         Objection to form.
11  A      DNA -- so that, it's very
12  gene-dependent. So BRCA1 and 2 is the example
13  given. That is correct, that if you have a BRCA1
14  and -- 1 or 2 mutation, you are not guaranteed to
15  get cancer.
16         Corollary to that is if you do not have
17  a BRCA1 and 2 mutation, your relative risk for
18  canner does not change, meaning that you're at no
19  less of a risk than somebody -- somebody else who
20  doesn't have that mutation.
21         I should state that there are other
22  genes. P53 is a good example that was mentioned
23  earlier. If you carry a mutation in that gene,
24  the probability that you'll get cancer, assuming

81 (Pages 318 to 321)

Shawn Levy, Ph.D.

Page 322

1    you don't die from something else, is almost
2    certain, meaning that it's in the mid to high 90
3    percents if you -- if you live until a late age.
4    MR. FERGUSON:
5        Q    Further down this paragraph, you
6    indicate that "An inherited gene mutation could
7    instead make one more likely to develop cancer
8    when exposed to certain cancer-causing
9    substances."
10           Correct?  That's your statement?
11       A    Yes.
12       Q    Can you provide any examples in which a
13   woman with an inherited mutation in a particular
14   gene has been demonstrated to have more
15   sensitivity to developing ovarian cancer as a
16   result of exposure to an environmental agent?
17       A    Not for ovarian cancer specifically.  I
18   would need to review --
19           There is a -- I've seen report of a
20   single gene related to ovarian cancer, which,
21   again, I would have to do a bit of searching to
22   be sure I'm naming the correct gene, but I --
23   where that has a much high-- -- increased risk
24   specific to ovarian cancer, but I do not recall

Page 323

1    if there was a measurement of any exogenous
2    exposure risk that amplified that effect or not.
3           But I think the -- as a general
4    premise, it is a -- well established in cancer
5    biology that any mu-- -- any mutation that results
6    in a burden related to DNA repair, related to
7    cell cycle control, you are more susceptible to
8    cancer.
9           In one of our lines of research where
10   we do have some publications, in pediatric
11   cancer, I would simply point to in approximately
12   50 percent of adults who are survivors of
13   childhood cancer will develop a second cancer
14   event primarily because their -- the fact that
15   they developed a childhood cancer generally means
16   you are predisposed to that condition.
17           And -- and, as evidenced in the
18   observations we've done in the analysis of
19   thousands of patients in collaboration with
20   St. Jude and the children's oncology group, we've
21   identified now a ability to do genetic counseling
22   in those individuals and predict with very high
23   accuracy what their secondary cancer is likely to
24   be.

Page 324

1           And the point of my mentioning this is
2    to illustrate that an early predisposition to --
3    or a significant predisposition to cancer that
4    results in a early cancer event, those
5    individuals show a lifetime increase in risk of
6    approximately -- they're -- they're approximately
7    six times, depending on the disease, to 13 times
8    more likely to get that -- to get a secondary
9    disease.
10          So there clearly is a relationship to
11   predisposition in -- in oncology -- or in rate of
12   cancer event.
13       Q    Okay.  And I appreciate your response.
14   But remember that my question was related to
15   ovarian cancer, and -- and we went a little
16   afield from ovarian cancer.
17          And I want to ask you another question
18   in that regard.  Can you provide any example in
19   which a woman with an inherited mutation in a
20   particular gene has been demonstrated to have
21   more sensitivity to developing ovarian cancer as
22   a result of exposure to talcum powder?
23   MS. O'DELL:
24          Object to the form.

Page 325

1           Answer the question.
2        A    So the mechanism we proposed would be
3    independent of -- of that predisposition.  But I
4    would have the opinion that an individual with
5    any predisposition mutation, regardless of the
6    gene but -- and -- in ovarian cancer, that they
7    would be a more fragile individual as -- when it
8    comes to this exposure under the mechanism that
9    we've been discussing today.
10   MR. FERGUSON:
11       Q    Okay.  And what I'm looking for is some
12   example or some literature in that regard.
13       A    I would -- I would have to -- I would
14   have to look --
15       Q    Okay.
16       A    -- to see.
17       Q    So what you've told me is that's your
18   opinion, but you don't have any references for it
19   as you sit here?
20   MS. O'DELL:
21          Objection to form.
22       A    So my -- what was -- I was requested to
23   provide this biologically plausible mechanism,
24   and part of that request was not necessarily

Page 326

1    include the influence on that mechanism that
2    specific gene mutations or inherited risks may
3    have within relation to ovarian cancer.
4         So I'd certainly be delighted to pause
5    for a moment and take -- you know, and -- and
6    work on that -- give you that -- see if I can
7    give you that specific example.
8    MR. FERGUSON:
9    Q     But you can't as you sit here?
10   A     I cannot.
11   Q     Okay.  So let's look at -- further down
12   on page 5, you have a section entitled "The Role
13   of Genetics in Ovarian Cancer."  Correct?
14   A     Correct.
15   Q     And I want to look at a reference that
16   you -- you have cited.  And let me mark this as
17   an exhibit, please.  I guess I can mark it.
18        (DEPOSITION EXHIBIT NUMBER 21
19        WAS MARKED FOR IDENTIFICATION.)
20   MR. FERGUSON:
21   Q     Exhibit 21 is the Nunes article.  Have
22   you seen that?
23   A     I have, yes.
24   Q     Okay.  So if we look at page 5, at top

Page 327

1    of the page, you indicate that ovarian cancer is
2    the major cause of death from gynecologic disease
3    and the second most common gynecologic malignancy
4    worldwide; correct?
5    A     Correct.
6    Q     And then in your report you cite Nunes
7    and Serpa, the article we've just marked as
8    Exhibit 21, as well as Siegel and Torre; correct?
9    A     Yes.
10   Q     If we look at page 2 of the Nunes
11   article, the exact same sentence appears on -- at
12   the bottom of page 2 under the heading of
13   "Ovarian Cancer, an Overview"; correct?
14   A     Correct.
15   Q     Right.
16   A     That's correct.
17   Q     Okay.  And it's --
18   A     It's not quite the same sentence, given
19   that it's that same initial statement, not an
20   identical sentence.
21   Q     Very close to identical?
22   A     Well, they -- they both -- they both
23   introduce the same facts.
24   Q     Okay.  Then if we go down a little bit

Page 328

1    further and you have a sentence that starts
2    "epithelial ovarian cancer."  Correct?
3    MS. O'DELL:
4         On page 6 there?
5    MR. FERGUSON:
6         Yeah.  I apologize.  Yeah, it is.
7    A     Yep.
8    MR. FERGUSON:
9    Q     It's on page 6.  It's the, I believe,
10   the last sentence of the partial paragraph at the
11   top of 6.  See it?
12   A     I do.
13   Q     Okay.  And you say, "Epithelial ovarian
14   cancer (EOC) includes most malignant ovarian
15   neoplasms" -- you cite Chan, 2006 -- "that can be
16   classified based on morphologic and molecular
17   genetic features into the following types:
18   Serous" -- and, in parentheses, "(OSC) low and
19   high grade); endometrioid (EC), clear cell,
20   (OCCC), and mucinous (MC) carcinomas."
21        Correct?
22   A     Correct.
23   Q     Okay.  And then if we look back at page
24   2 of Nunes, in the second sentence of the first

Page 329

1    paragraph under "Ovarian Cancer, an Overview,"
2    the nearly identical sentence appears there.
3    Correct?
4    MS. O'DELL:
5         Object to the form.
6    A     The two sentences stating the same
7    fundamental facts regarding ovarian cancer and
8    the histological types are -- yes, I agree.
9    MR. FERGUSON:
10   Q     With almost the same wording.
11   MS. O'DELL:
12        Object to the form.
13   A     They have similar wording.
14   MR. FERGUSON:
15   Q     Remarkably similar; correct?
16   MS. O'DELL:
17        Object to the form.
18   A     I wouldn't call it -- so they --
19        Again, we're stating fundamental basic
20   facts around histological type and following a
21   number of, again, factual observations for what
22   the state of the art for genetic knowledge
23   in -- in different genes and different proteins
24   is as it relates to our understanding of -- of

Shawn Levy, Ph.D.

Page 330

1    cancer with, again, appropriate reference for
2    those -- for those studies.
3    MR. FERGUSON:
4        Q      And then if we look at the following
5    paragraphs, the first full paragraph there on
6    page 6, in your report you have a sentence that
7    starts "low grade OSC cases generally have
8    genetic alterations" in a number of items you've
9    listed; correct?
10   A        Correct.
11       Q      Okay.  And that sentence ends with the
12   words or "p13/Ras/Notch/FOXM1."  Correct?
13   A        Correct.
14       Q      Okay.  And then if we go back to Nunes,
15   if you look at that same paragraph we've been
16   talking about -- and those -- there's an
17   introductory phrase that you don't have, and then
18   it starts with "low grade OSC generally
19   comprising."  Slightly different wording, but you
20   list the same types of receptors and the same
21   types of items.  Correct?
22   A        Yes.  That's providing a review of,
23   again, the known associations between specific
24   ovarian subtypes and their most commonly referred

Page 331

1    genetic information or genetic predis- --
2    sorry -- mutated genes.  So I'm -- that's right.
3        Q      Okay.
4    A        They are -- they are similar in that
5    both are, again, introducing factual information
6    about the current knowledge in ovarian cancer in
7    this literature, again pointing out that
8    referencing the papers that they both came from,
9    being the Nunes as well as the appropriate
10   references.
11       Q      Okay.  And, then, the paragraph below
12   that starts endo- -- "endometrioid carcinoma,"
13   paren, "(EC)."  Correct?
14   A        Correct.
15       Q      If we look --
16           And then that goes all the way to the
17   word "mucin-coding genes" with two citations;
18   correct?
19   A        Correct.
20       Q      If we look at 2 and the top of page 3
21   in Nunes, there's a sentence that starts "EC."
22   It does not spell out endometrioid carcinoma.  Do
23   you see that four lines from the top?  I'm sorry.
24   Four lines from the bottom --

Page 332

1    MS. O'DELL:
2        I'm sorry.
3    MR. FERGUSON:
4        Q      -- on page 2.
5    A        Yes.
6    MR. FERGUSON:
7        Sorry.  Leigh, it's on page -- the
8    bottom of page 2.
9    MS. O'DELL:
10       Oh, I'm there.  When you said the top,
11   I got --
12   MR. FERGUSON:
13       No worries.  That's -- my mistake.
14       Q      Okay.  It says "EC subtypes," and then
15   it goes to mucin-coding genes on the top of page
16   3.  Correct?
17   A        Correct.
18       Q      Again, that paragraph is nearly
19   identical to the one in your report.  Correct?
20   MS. O'DELL:
21       Object to the form.
22   MR. FERGUSON:
23       Q      Same word, same order, same citations;
24   correct?

Page 333

1    MS. O'DELL:
2        Object to the form.
3    A        So my -- my report is similar to the
4    review article.  It -- it's listing the subtypes
5    of ovarian cancer and -- based on the Nunes
6    paper, which is a 2018 publication, so a more
7    current review.  I'm, again, providing that
8    referenced information about the -- the -- this
9    observation.
10       Q      You're citing the same references as
11   Nunes; correct?
12   A        Yes.
13       Q      You cite the -- the various gene --
14   expression of gene in the same order they do,
15   so --
16           Correct?
17   A        Yes.
18       Q      And is that just coincidental?  That's
19   just happened?  You happened to have put this
20   paragraph in the same order with the same
21   notations as -- as Nunes?
22   MS. O'DELL:
23       Object to the form.
24   A        Well, I'm listing the same information

84 (Pages 330 to 333)

Page 334

1  that's contained in the Nunes paper. And seeing
2  as that -- this was a review of the literature
3  with -- you know, based on the state of the art,
4  the Nunes review is exactly that. And, again,
5  I'm -- I'm repeating the information regarding
6  the specific gene information as it relates to
7  this -- this ovarian cancer risk and -- and --
8  and, again, appropriately citing the basic
9  studies as Nunes did.
10  MR. FERGUSON:
11  Q      With virtually the same wording?
12  A      With similar wording, yes.
13  Q      Let's look at page -- page 7.
14  MS. O'DELL:
15        His report?
16  MR. FERGUSON:
17  Q      Yeah. I apologize. Your report.
18        We can set Nunes aside now.
19        You have a paragraph starts -- that
20  starts "individuals can inherit mutations in
21  BRCA1, BRCA2 or p53."
22        See it?
23  A      Uh-huh.
24  Q      And you say, "These defects allow

Page 335

1  additional mutations to accumulate in cells and
2  lead to a higher probability of cells being
3  cancerous."
4        Correct?
5  A      Correct.
6  Q      And you've indicated earlier in your
7  report that cancer is caused by mutations.
8  Correct?
9  A      Correct.
10  Q      And you say here that mutations in
11  BRCA1, BRCA2 or p53 can result in the
12  accumulation of additional mutations in cells.
13  Correct?
14  MS. O'DELL:
15        Object to the form.
16  A      Yeah. I made the statement that BRCA1,
17  BRCA2 and p53, they can be inherited and then, in
18  turn, positive for those gene mutations.
19  MR. FERGUSON:
20  Q      Okay. Would you --
21  A      So I guess if you could ask the
22  question again to make sure I understand it.
23  Q      Well, let me -- doesn't this paragraph
24  mean, in your comments here, that BRCA1, BRCA2,

Page 336

1  or p53 mutations can be considered causes of
2  cancer?
3  MS. O'DELL:
4        Object to the form.
5  A      No. Not -- not specifically causal. I
6  think the -- each of these -- as we've discussed,
7  each of these genes, BRCA1 and BRCA2, or starting
8  with BRCA1 and BRCA2, increase the probability of
9  a -- of a person -- generally women -- getting
10  breast or ovarian cancer but do not exclusively
11  mean somebody with that mutation will get cancer.
12        So, with that knowledge, I would not
13  consider BRCA1 and BRCA2 mutation alone
14  sufficient to cause cancer. It increased the
15  risk.
16        And, as we talked about, p53 is a bit
17  more of a higher-risk gene, and the question as
18  to whether or not it is possible for someone to
19  have a -- what the rate of someone having a p53
20  mutation and not getting cancer, I believe, is
21  currently unknown. But there, again, is a much
22  higher probability of developing -- developing
23  cancer.
24  MR. FERGUSON:

Page 337

1  Q      And then the last line there of page 7,
2  you say, "The lifetime risk for ovarian cancer is
3  approximately 40 percent for BRCA1 carriers and
4  15 to 20 percent for BRCA2 carriers."
5        Correct?
6  A      Correct. Based on -- based on the
7  study that I referenced, yes.
8  Q      Right.
9        And -- and the -- the -- if we look at
10  the increased risk of 40 percent as compared to
11  the risk of cancer in the -- of ovarian cancer in
12  the general population, that's a 25-fold increase
13  for BRCA1 and about a 7- or 8-fold increase for
14  BRCA2; correct?
15  MS. O'DELL:
16        Object to the form.
17  A      I -- I would have to -- to determine
18  that. But I would say so. I'm certainly
19  comfortable stating that the lifetime risk for
20  ovarian cancer is approximately 40 percent. I'd
21  have to verify your -- your math about that
22  indicating a 25-fold increase.
23  MR. FERGUSON:
24  Q      Do you know what the rate in the

85 (Pages 334 to 337)

Shawn Levy, Ph.D.

Page 338

1  general population of ovarian cancer is?
2  A     It's fairly low.  If I -- thinking of
3  the cohort studies that were reviewed as part of
4  this, it was roughly a hundred to 200 cases per
5  30- to 40,000 women in those -- in those studies,
6  so relatively low.
7  Q     And if we go to the top of the next
8  page, you say -- it's page 8 -- "Therefore, the
9  presence of mutations in the BRCA genes do not
10  guarantee that carriers will get cancer.  The
11  presence of these mutations increases a person's
12  risk of developing cancer when exposed to a
13  carcinogen."
14        Correct?
15  A     Correct.
16  Q     And you cite Park, Vitonis, and Wu for
17  that.  Is that correct?
18  A     That's correct.
19  Q     Looking at Park, isn't it true that
20  Park does not supply any evidence to support your
21  claim that mutations in BRCA1, BRCA2 and/or p53
22  increase a person's risk of developing cancer
23  when exposed to a carcinogen?
24  A     I'd have to remind myself of what's in

Page 339

1  Park.
2  Q     Are you going through the entirety of
3  the article?
4  A     I'm just reminding myself the content
5  to see if I could find something that was
6  specifically related to your question about the
7  presence of a BRCA1 or 2 mutation.
8  Q     Okay.  Is the BRCA1, BRCA2, p53, any of
9  those even mentioned in the article?
10        And -- and I'm not sure we'll have time
11  for you to go through each one of them in this
12  much --
13        You've got -- you cited them for these
14  propositions.  I'm trying to ask you why you
15  cited them for this proposition.
16  A     I -- I'd have to look in more detail.
17  I don't have a specific answer regarding the --
18  regarding BRCA1 --
19  Q     Okay.
20  A     -- I'm sorry -- BRCA genes.
21        I would suspect the Park reference was
22  more in the discussion of overall relative risk
23  of developing cancer and not necessarily
24  exclusive to the presence of a mutation.

Page 340

1        So the -- the Park paper does discuss
2  the relationship of ovarian cancer risk relative
3  to benign gynecological conditions.
4  Q     And -- and your comment that you've
5  cited these studies for is the presence of these
6  mutations increases a person's risk of developing
7  cancer when exposed to a carcinogen.  And these
8  mutations would be what you've been talking about
9  in this paragraph, the B -- the BRCA1, BRCA2, and
10  p53; correct?
11  MS. O'DELL:
12        Object to the form.
13  A     The sentence is worded, "The presence
14  of these mutations increases a person's risk of
15  developing cancer when exposed to a carcinogen."
16  MR. FERGUSON:
17  Q     Right.  Right.
18        And, for example, in Vitonis, isn't it
19  true that BRCA1, BRCA2 and p53 were not even
20  determined in that study and, instead, Jewish
21  ethnicity was used as a surrogate for a woman's
22  risk of having a mutation in one of these genes?
23        Do you recall that --
24  A     Again, I would have --

Page 341

1  Q     -- one way or the other?
2  MS. O'DELL:
3        Objection.
4  A     I would have to review the -- review
5  the paper.  Because part of the review is to
6  be -- include appropriate references with regards
7  to ovarian cancer risk, and those may -- I think
8  those publications provide some information in
9  that space.
10  MR. FERGUSON:
11  Q     All right.  But when you cite studies
12  for a statement in your report, shouldn't the
13  studies relate to that statement?
14  MS. O'DELL:
15        Object to the form.
16  A     Well, the studies relate to a person's
17  risk of developing cancer.  But I -- I think
18  it -- it doesn't change the accuracy of the
19  presence of the mutation relative to that risk.
20  But the -- I don't have a -- a good answer as far
21  as relationship of BRCA1 and 2 to the Park paper.
22  MR. FERGUSON:
23  Q     And -- and, then --
24        Well, we talked about Vitonis, too.

86 (Pages 338 to 341)

Shawn Levy, Ph.D.

---

Page 342

1  And then let's get to Wu.
2  MS. O'DELL:
3       Object to the form.  You didn't comment
4  specifically about Vitonis, if you've got an
5  issue with Vitonis.  You know, it's not fair to
6  assume that because I don't think you asked a
7  direct question.
8  MR. FERGUSON:
9       Okay.  I thought I did, but I could be
10 mistaken.
11 MS. O'DELL:
12      You mentioned it, but I don't think
13 you -- I think it was more you rather than asking
14 a question.
15 MR. FERGUSON:
16 Q    With regard to Wu, do you recall that,
17 in Wu, BRCA1, BRCA2, and p53 inherited carrier
18 mutation status were not even determined in that
19 study?  Do you recall that --
20 A    The --
21 Q    -- one way or the other?
22 MS. O'DELL:
23      Object to the form.
24 A    The Wu paper specifically discussed

---

Page 343

1  nongenetic risk factors.
2  MR. FERGUSON:
3  Q    Let's go to the next paragraph, and
4  there you talk about single nucleotide variance,
5  SNVs; correct?
6  A    Towards the bottom of the paragraph.
7  As -- in terms of modifiers, yes.
8  Q    Yeah.  Are -- are single nucleotide
9  variants mutations?
10 A    Yes.
11 Q    Do most SNVs result in functionally
12 defective proteins?
13 A    Statistically speaking on a genome-wide
14 basis, no.
15      So a -- a single nucleotide variant is
16 a variant at any point.  And if we consider
17 statistically that about 1 percent of the genome
18 encodes proteins, again, it's statistically less
19 likely that any SNV would affect a protein.
20 Q    Okay.  Let's look at the next
21 paragraph.  There you talk about Lynch syndrome;
22 correct?
23 A    Correct.
24 Q    And you make a statement that Lynch

---

Page 344

1  syndrome patients have an increased risk of
2  cancer when exposed to a carcinogen.  Correct?
3  A    Correct.
4  Q    What carcinogens are you referring to?
5  A    I'm not -- not referring to a specific
6  carcinogen.  I'm using the term "carcinogen" to
7  refer to an insult that would result in DNA
8  damage specifically because, similar to the BRCA
9  mutations, Lynch syndrome impairs DNA mismatch
10 repair.
11      So that defect alone is not sufficient
12 to result in a cellular transformation, so
13 something else has to occur.  And when we
14 consider that carcinogens are -- the term
15 "carcinogen" generally refers to something that
16 has the potential to damage cellular components
17 or DNA, it's putting the --
18      Inability to repair along with the
19 presence of a carcinogen is where that sentence
20 comes from.
21 Q    So -- and I want to make sure I
22 understand what you're saying.  Are you saying
23 that Lynch syndrome patients have an increased
24 risk of developing cancer after exposure to a

---

Page 345

1  carcinogen, just like everyone else?
2  A    No.  I'm stating that Lynch syndrome --
3  MS. O'DELL:
4       Object to the form.  Excuse me.
5  A    Lynch syndrome is a hereditary
6  condition that increases the overall risk of
7  cancer to an individual, similar to BRCA1 and 2
8  mutation.
9  MR. FERGUSON:
10 Q    So you -- are you claiming that Lynch
11 syndrome patients have a greater increase in
12 relative risk when exposed to a particular
13 carcinogen than do people without Lynch syndrome?
14 MS. O'DELL:
15      Object to the form.
16 A    No, I'm not making that statement, to a
17 specific carcinogen.
18 MR. FERGUSON:
19 Q    In your next paragraph you talk of --
20 you start with "Myriad Genetics," and you say,
21 "As with all inherited traits, a positive family
22 history is the strongest indicator of the
23 presence of genetic risk alleles in an
24 individual."

---

87 (Pages 342 to 345)

Shawn Levy, Ph.D.

---

Page 346

1        Correct?
2    A    Correct.
3    Q    Isn't it true that many women who have
4    inherited mutations like BRCA1 or BRCA2 and genes
5    that predispose to ovarian cancer development do
6    not have a family history of breast or ovarian
7    cancer?
8    A    So the -- your -- your question is a
9    little bit different than the statement.  So
10   the -- if I could clarify the statement in the
11   report, it is more that a positive family history
12   would be a likely indicator that someone has a
13   genetic risk variant such as BRCA1 and 2.
14   Q    Isn't it true that family history is
15   not a sensitive or specific indicator of
16   whether -- or whether a particular woman has
17   inherited a mutation in a gene associated with
18   increased risk of ovarian cancer?
19   MS. O'DELL:
20        Object to the form.
21   A    I would say that family -- I would ask
22   to define "sensitive" or "specific," because in
23   genetics overall, family history remains a
24   valuable and important characteristic in terms of

---

Page 347

1    determining the genetic component of -- of any
2    disease, cancer included.  And, so, if there's
3    something exact regarding its sensitivity or
4    specificity that I can comment on, I will if I
5    know the answer.  But...
6    MR. FERGUSON:
7    Q    In -- in the top of the page -- of
8    page 9, the next page, you indicate, "Because of
9    the large number of individuals tested and the
10   ability to trace their genetic inheritance, the
11   genes involved in cancer development are well
12   established."
13        Is that correct?
14   A    Correct.  That's what I state.  I did
15   make that statement.
16   Q    And given that they're well
17   established, can you name all of the inherited
18   genes that have been identified as being
19   associated with an increased risk of ovarian
20   cancer?
21   A    No, not -- I can't name them all off
22   the top of my head, no.  There's something in the
23   neighborhood of 500 to -- 500 genes of strong
24   association of cancer risk and progression, some

---

Page 348

1    number higher than that if you're looking at
2    indirect or genetic complex formation.
3        You know, depends how far down the
4    cellular control and signal transduction and
5    growth and proliferation road that we go as far
6    as how many genes.  But I'm sure, as everyone
7    well appreciates, everything in biology is
8    interrelated in some form.
9        And, so, it -- but I would say this
10   statement here is that our ability to look at
11   large-scale genetic analysis in individuals of a
12   variety of cancer types, given the number of
13   individuals affected by cancer and the analysis
14   of their genetics, we've been able to identify
15   many of -- many of the fundamental or most --
16   perhaps most of the fundamental genes involved in
17   that initial disease initiation or progression.
18        It's important that it is not a
19   comprehensive list.  Hence, it is not "all," but
20   there are a large number of genes that are well
21   established.
22   Q    Okay.  Let's look at the next page, 10.
23   And you have a paragraph that starts
24   "Macrophages."

---

Page 349

1    A    Uh-huh.
2    Q    And the last sentence says, "Generally
3    speaking, macrophages can increase inflammation
4    or decrease inflammation, depending on the
5    cytokines released."
6        Correct?
7    A    Correct.
8    Q    So, with that statement, do you agree
9    that inflammation can have both protumorigenic
10   and antitumorigenic effects, depending on
11   context, just as you state here for macrophages?
12   MS. O'DELL:
13        Object to the form.
14   A    No, I -- I would not agree with that.
15   I -- I don't know of any evidence of that, that
16   inflammation, as a physiological phenomenon, acts
17   as an antitumor effect.
18   MR. FERGUSON:
19   Q    Going to the next page, the page 11 --
20        I'm trying to get through this
21   hopefully within the next 15 minutes.
22        -- under the role of inflammation in
23   ovarian cancer --
24        Are you with me there?

---

Shawn Levy, Ph.D.

Page 350

1    A    I am.
2    Q    And you're obviously talking about the
3    role of inflammation there.  Isn't it true that
4    no published animal model has ever shown that
5    inducing inflammation induces the development of
6    ovarian cancer?
7    MS. O'DELL:
8         Object to the form.
9    A    We've been -- earlier today we were
10   discussing some animal models as it relates to --
11   MR. FERGUSON:
12   Q    Yeah.  You and Miss Brown talked about
13   a number of animal models.
14   A    Yeah.
15   Q    And -- and what I'm trying to ask you,
16   is there any of those animal models or any others
17   that have ever shown that inducing inflammation
18   induces the development of ovarian cancer?
19   A    I didn't -- I didn't look specifically
20   for an animal study of that type in the process
21   of developing the report.
22   Q    Later down that page, you talk about
23   two models.  "The literature reviews as well as
24   many direct studies feature the immune system as

Page 351

1    being an important mediator of ovarian
2    carcinogenesis via two models, chronic
3    inflammation and incessant ovulation."
4         Correct?
5    A    Correct.
6    Q    Is it your opinion that incessant
7    ovulation is a form of chronic inflammation?
8    A    It is not.
9    Q    Isn't it true that there's no
10   pathological evidence in humans that perineal
11   talc users have ovarian inflammation?
12   MS. O'DELL:
13        Object to the form.
14   A    I'm thinking.
15        I would have to review the --
16        I'm sorry.  That's -- it's --
17   MR. FERGUSON:
18   Q    Okay.
19   A    I would -- again, I would have to look
20   more carefully for that.  I can't -- I can't name
21   a study of that type right now.
22   Q    So I think you've said previously --
23        Are you done looking?
24        I understood you couldn't give me

Page 352

1    anything on that, so that's --  that's fine.
2    Let's move on.
3    A    Okay.
4    Q    I think you've stated earlier that your
5    opinion in this case is based on the totality of
6    what is included in the product, the talcum
7    powder products.  Is that correct?
8    A    Correct.
9    Q    So you're -- you cannot distinguish
10   the -- the carcinogenicity of the constituent
11   parts of the talcum powder products, correct,
12   including the fragrance?
13   MS. O'DELL:
14        Object to the form.
15   A    I -- I was -- I was not asked to -- to
16   provide that delineation.  And, so, instead,
17   subsequent to seeing some of the other expert
18   reports, we began with talcum powder as a product
19   and then have since learned more about the
20   constituent components, including asbestos,
21   fragrance, potential for heavy metals, which I
22   understand or I've observed that there's a
23   variety of testing documents that -- that show a
24   variety of results.

Page 353

1         So, to answer your question, I did not
2    specifically evaluate the individual specific
3    components in any -- in any individual product as
4    it relates.  Instead, remained focused on the
5    mechanism for the complete -- complete product.
6    MR. FERGUSON:
7    Q    And you've made reference to heavy
8    metals throughout your testimony on occasion.  Do
9    you recall that?
10   A    I do.
11   Q    Do you have any opinions that any of
12   these heavy metals contribute to the inflammation
13   process that you've been talking about?
14   A    The -- to the inflammation --
15        I'm not aware of any direct evidence
16   for heavy metal contribution to the inflammation
17   process that we've been discussing.  Instead, the
18   heavy metals, particularly chromium, caught my
19   attention because of its well-established ability
20   to directly damage DNA and, therefore, you know,
21   potentially play a role in carcinogenesis.
22   Q    Do you have any knowledge or opinion
23   about how much chromium you claim is in the -- in
24   the body powder products?

89 (Pages 350 to 353)

Page 354

1    MS. O'DELL:
2         Object to the form.
3    A    I wasn't asked to evaluate the amount
4    of chromium or whether it was sufficient for
5    damage. It was more reviewing. I would have to
6    defer to other experts who have done the testing
7    on the products.
8    MR. FERGUSON:
9    Q    So you have no opinion on that?
10   MS. O'DELL:
11        Object to the form.
12   A    I'm sorry. An opinion on the amount of
13   chromium?
14   MR. FERGUSON:
15   Q    Correct.
16   A    Again, I wasn't asked to generate such
17   an opinion.
18   Q    I think -- I think I'm almost done.
19        Isn't it true that published data have
20   demonstrated that talc is not genotoxic and does
21   not cause mutations?
22   MS. O'DELL:
23        Object to the form.
24   A    I'm not aware of a study that

Page 355

1    specifically looked at the genotoxicity of -- of
2    talc. And I think it would certainly warrant
3    defining which type of talc and components
4    therein. But I'm -- I'm not aware of a study
5    that has concluded that there are no genotoxic
6    effects of any type of talc.
7    MR. FERGUSON:
8    Q    Would you agree there's no evidence
9    that talc causes sister chromatid exchange or
10   unscheduled DNA synthesis?
11   MS. O'DELL:
12        Object to the form.
13   A    I didn't -- I didn't review the
14   literature for those two specific phenomenon. I
15   would have to, again, specifically look or review
16   for that.
17   MR. FERGUSON:
18   Q    So, as you sit here, you have no
19   opinion as to whether talc is or is not
20   mutagenic?
21   MS. O'DELL:
22        Object to the form.
23   A    No. We've -- so talc in general,
24   particularly in its -- in its form of fibrous

Page 356

1    talc with asbestiform bodies, I think would be
2    very reasonable to state that it has mutagenic
3    properties.
4    MR. FERGUSON:
5    Q    And can you cite me any literature for
6    that?
7    A    I would simply refer to the -- much of
8    the body of asbestos literature for the -- for
9    that.
10   MR. FERGUSON:
11        I think that's all I have. I'll turn
12   it over to someone else to ask some questions.
13   MS. BROWN:
14        Anybody with some more?
15   MS. O'DELL:
16        I'm going to take a break for a few
17   minutes.
18   VIDEOGRAPHER:
19        Going off the record. The time is
20   4:54 p.m.
21        (OFF THE RECORD.)
22   VIDEOGRAPHER:
23        We're back on the record. The time is
24   5:20 p.m.

Page 357

1         EXAMINATION
2    BY MS. O'DELL:
3    Q    Dr. Levy, I have just a few follow-up
4    questions for you.
5         I'm gonna ask you to turn to page 14 of
6    your report.
7         And earlier today --
8         I'm going to ask, Doctor, if you could
9    put the exhibits in front of you, and we'll pull
10   those out.
11        But earlier today you were asked about
12   a letter from the FDA that was marked as Exhibit
13   Number 16, and if you could pull that out of your
14   stack there. And, specifically, if you'll turn
15   to page 4 of the letter.
16        And you'll recall that this letter was
17   written in 2014. Do you remember that?
18   A    Yes.
19   Q    And if you look, however, at page 4 of
20   the letter, it appears that the FDA's review of
21   the relevant toxicity literature stopped at the
22   year 2008. Fair?
23   MS. BROWN:
24        Objection to the form.

90 (Pages 354 to 357)

Shawn Levy, Ph.D.

Page 358

1    MS. O'DELL:
2    Q      Did the FDA's review of the toxicity
3    literature stop in 2008?
4    A      Yes.
5    Q      And if you look at page 14 of -- of
6    your report, your review of the literature
7    included multiple references that were published
8    after 2008?
9    MS. BROWN:
10         Form.
11   A      That's correct.
12   MS. O'DELL:
13   Q      And, in fact, you cited Shukla that was
14   published in --
15         Was Shukla published in 2009?
16   A      Yes. The reference is in the report to
17   2009.
18   Q      Yes.
19         And, in addition to that, did you cite
20   other references in support of your opinion that
21   talc powder causes inflammation that were dated
22   and published after 2008?
23   A      I did.
24   Q      And, so, the suggestion by counsel for

Page 359

1    Johnson & Johnson that somehow the FDA had
2    reviewed the literature for toxicity up until the
3    date of this letter would have been incorrect?
4    MS. BROWN:
5          Objection to the form of the question.
6    A      As -- as we discussed, the -- the
7    letter from the FDA dated April 1st, 2014, states
8    to include literature from 1980 to 2008.
9    MS. O'DELL:
10   Q      Let me ask you --
11         You can put that aside, Dr. Levy.
12   Thank you.
13         And I want to ask you to pull out of
14   the stack the Exhibit 17, which is the Buz'Zard
15   paper.
16   A      I have it.
17   Q      And if you'll turn to page 581.
18   A      Okay.
19   Q      And just to orient our discussion,
20   counsel for Johnson & Johnson suggested that --
21   that this paper showed a decrease in reaction or
22   reactive oxygen species at the longest time
23   interval. Do you recall that discussion?
24   MS. BROWN:

Page 360

1          Objection to the form of the question.
2    A      Yes, we -- we had a discussion
3    regarding the results shown in Figure 3, the
4    level of exposure of talc as well as its
5    duration. Sorry. The talc dose as well as
6    duration.
7    MS. O'DELL:
8    Q      And in the -- if you'll look at
9    Figure 1, Doctor, explain to us, please, what
10   Figure 1 describes in terms of the viability of
11   the cells at the 72-hour mark.
12   A      So the -- so Figure 1 is a graph
13   describing percent cell viability versus the
14   different normal or variant cells at a 24-hour
15   and 72-hour time point, two different ovarian
16   cancer cell lines, as well as doses of talc from
17   zero micrograms per milliliter up to 500
18   micrograms per milliliter, and each of those is
19   applied.
20         And at the 72-hour time point in both
21   cell lines, OSE2a and GCA1 -- GC1a shows a
22   decrease in cellular viability that is
23   dose-dependent in each of the four cell lines.
24   Q      Okay. And --

Page 361

1    A      Sorry. Each of the two cell lines.
2    Q      And is it fair to say that the reason
3    you don't see dose response, you know, at the --
4    at the greatest magnitude is because the cells
5    essentially die?
6    MS. BROWN:
7          Objection to the form.
8    A      Well, I would say if we consider the
9    results displayed in Figure 1 in relation to the
10   results displayed in Figure 3, an ex- -- an
11   explanation for the concentrating on the 500 --
12   the highest dose, the 500 micrograms per
13   milliliter, in the talc exposure, the decrease in
14   cellular viability is an -- is an explanation --
15   could be an explanation for the decrease in
16   reactive oxygen species.
17   MS. O'DELL:
18   Q      Okay. Thank you, Doctor.
19         And if you'll put that aside and turn
20   to Exhibit 7, which was the Hamilton paper we
21   spent quite a lot of time on earlier.
22         Do you recall the -- that discussion
23   regarding the Hamilton paper?
24   A      I do.

91 (Pages 358 to 361)

Shawn Levy, Ph.D.

Page 362

1    Q    And what was the purpose for which you
2    cited the Hamilton paper?
3    A    That it was one of the available animal
4    studies looking at the effects of talc on a rat
5    ovary.
6    Q    And did the paper show that there was a
7    increase in inflammation as result of talc?
8    A    Yes, in the form of foreign body
9    granulomas observed in five of the injected
10    ovaries.
11    Q    And you're looking at, I guess, that
12    last sentence on page 103 and carrying over to
13    the -- to the narrative on page 105?
14    A    Cellular foreign body?
15    Q    Yes.
16    A    Foreign body granulomas without any
17    surrounding inflammation were seen in five of the
18    injected ovaries.  And similar lesions were not
19    uncommonly noted in the supracapsular fat in the
20    connective tissue matrix of the capsule.
21    Q    And if you'll look down in the
22    discussion section, Dr. Levy, the first paragraph
23    there in your -- where -- beginning
24    "Unfortunately," does it appear that talc also

Page 363

1    induced fibrosis --
2    MS. BROWN:
3        Objection to form.
4    MS. O'DELL:
5    Q    -- in the rats?
6    A    The manuscript makes the statement
7    that, "Unfortunately, bursal distention occurred
8    as an unforeseen complication" and further states
9    that this probably resulted from talc-induced
10    fibrosis and obliteration of the small channel
11    which normally allows communication between the
12    cavity where the ovary lies and the perineum.
13    Q    And though the authors concluded that
14    neoplastic changes were not seen, the authors did
15    find evidence of inflammation in their study?
16    A    That's correct.
17    Q    Prior to becoming involved in the
18    litigation, Dr. Levy, did you hold the opinion
19    that inflammation is a cause of cancer?
20    A    As -- as we've discussed earlier, I
21    certainly held the opinion that, you know,
22    inflammation is a significant and necessary
23    component of cancer progression.
24    Q    And has that been -- that general

Page 364

1    principle been published in the peer-reviewed
2    literature?
3    A    It has.
4    Q    And, in regard to ovarian cancer, prior
5    to becoming involved in the litigation, did you
6    hold the opinion that inflammation was a part of
7    the development of ovarian cancer?
8    A    Yes.
9    Q    And has that been researched and that
10    research published in the peer-reviewed
11    literature?
12    A    It has.
13    Q    In the same way, has the fact that
14    talc, talcum powder, induces inflammation been
15    published in the peer-reviewed literature?
16    MS. BROWN:
17        Objection to the form.
18    A    Yes.
19    MS. O'DELL:
20    Q    And you were asked whether there was
21    evidence that talc caused inflammation in humans.
22    Do you recall that question?
23    A    I do.
24    Q    And based on your exhaustive review of

Page 365

1    the literature, what evidence would you point to
2    undergirding your opinion that talc causes
3    inflammation in humans?
4    A    I think considering the molecular
5    mechanism we were discussing of the recent paper
6    by Saed, et al., again, that we discussed earlier
7    today is a fairly in-depth set of experiments to
8    examine the specific inflammatory response
9    of -- of human cells to -- to talcum powder.
10    Q    In addition to the Saed publications,
11    would you -- would you include the Shukla 2009
12    paper in your consideration of talc causing
13    inflammation in humans?
14    A    Yes.
15    MS. BROWN:
16        Form.
17    MS. O'DELL:
18    Q    You were asked about your methodology
19    numerous times today, and can -- would you
20    describe in -- in general the methodology you
21    have used in reaching your opinions in this case?
22    A    Yes.  To clarify or perhaps expand on
23    the earlier discussions, my methodology involved
24    a literature review to examine the totality of

Shawn Levy, Ph.D.

Page 366

1  the information available to the role that talcum
2  powder plays in inflammation in ovarian cancer.
3       And, so, that methodology involved,
4  first, a review of the literature and then a
5  development of a report and then a synthesis of a
6  biologically plausible mechanism where the basis
7  of that plausibility was to ask if each of the
8  different component steps that are described in
9  that mechanism was supported by peer-reviewed
10  research. First, does talc cause inflammation?
11  Second, does inflammation cause cancer? And
12  then, third -- or does inflammation cause ovarian
13  cancer? And then, third, is there -- is that
14  supportive of a overall mechanism of cancer
15  progression and metastasis?
16  Q     Can that methodology be replicated?
17  A     Certainly. I think, you know, anyone
18  with a similar -- similar background and
19  experience who -- who undertook the same
20  activities would likely -- certainly likely come
21  up with the same -- same conclusions.
22  Q     Did you rely on the IARC monograph in
23  relation to nickel, chromium, and cobalt in
24  reaching your opinions in this case?

Page 367

1  MS. BROWN:
2       Objection to the form.
3  A     I -- so the -- the number of IARC
4  publications were certainly in the material that
5  was reviewed for -- for my -- for my report.
6  MS. O'DELL:
7  Q     Based on your review of the literature,
8  is it your opinion that nickel causes
9  inflammation?
10  A     Yes. The IARC -- the -- the
11  characterization of those compounds, nickel as
12  well as chromium, among others, are -- would have
13  an inflammatory response.
14  Q     You were asked questions earlier
15  today -- actually, not so much earlier -- a few
16  minutes ago regarding the Park paper. And you
17  cited the Park paper on page -- I think it was 8
18  of your report.
19  A     Yes.
20  Q     And let me show you what I'm marking as
21  Exhibit 22 to your deposition.
22       (DEPOSITION EXHIBIT NUMBER 22
23       WAS MARKED FOR IDENTIFICATION.)
24  MS. O'DELL:

Page 368

1  Q     Is this the Park paper that you
2  referenced --
3  MS. BROWN:
4       Counsel, do you have a copy for us?
5  MS. O'DELL:
6       I don't. I'm assuming -- I don't think
7  Ken marked it, but I'm assuming he has a copy.
8  Q     Is that the Park paper that you
9  referenced in your report, Dr. Levy?
10  A     It is.
11  Q     And if you'll turn to page 8 of the
12  paper, about midway down the first column, maybe
13  a little bit less, see the paragraph starting "We
14  did find an association"? Page 8.
15  A     I'm looking for the page number.
16  Q     Sorry. Let me give you a page number.
17  I'm not sure it has a page number.
18  A     No, it doesn't.
19  Q     Do you see the paragraph beginning "We
20  did find associations between overall cancer and
21  history of fibroid or ovarian cysts"? Do you see
22  that paragraph?
23  A     Well, actually -- yes, I see that
24  paragraph.

Page 369

1  Q     If you'll look further, the sentence
2  beginning "This observation may suggest," do you
3  see that?
4  A     Yes. Uh-huh.
5  Q     And the paper says, "This observation
6  may suggest a possible additive or synergistic
7  effect on tumor- -- tumorigenesis influenced by
8  the proinflammatory milieu from an increased
9  burden in the number of benign conditions.
10  Increased risk of serous cancer, ovarian cancer,
11  women with other proinflammatory risk factors has
12  been reported -- reported, most notably in talc
13  users."
14       Do you see that?
15  A     I do.
16  Q     Is that the section you were thinking
17  of when you cited it in your report?
18  MS. BROWN:
19       Objection to the form.
20  A     Yes, it is.
21  MS. O'DELL:
22  Q     Let me ask you to -- a couple of other
23  final questions, Dr. Levy.
24       Excuse me. Give me one moment.

93 (Pages 366 to 369)

Shawn Levy, Ph.D.

Page 370

1          In regard to opinions in relation to
2    the pathology of ovarian tissue, would you defer
3    to a gynecologist or gynecologic oncologist or a
4    pathologist regarding that matter?
5        A     Yes, of course.
6        Q     You testified earlier today that you
7    relied on the Longo testing in -- in reaching
8    your opinions in this case.
9    MS. BROWN:
10            Objection to the form.
11   MS. O'DELL:
12       Q     Did you rely on Dr. Longo's testing
13   in -- in reaching your opinions in this case?
14       A     Yes.  They were -- they were one of
15   the -- among many of the manuscripts we've been
16   discussing.
17       Q     Yeah.
18            In fact, you cite Dr. Longo's report on
19   page 15 of your report.  Is that right?
20   MS. BROWN:
21            Objection to the form.
22       A     Yes.
23   MS. O'DELL:
24       Q     And -- and in terms of Dr. Longo's

Page 371

1    report, his findings of 37 of 56 historical talc
2    samples being positive for asbestos and 41 of the
3    42 samples tested containing fibrous talc,
4    was -- was that information you had prior to
5    reaching your opinions and finalizing your
6    report?
7    MS. BROWN:
8            Objection to the form.
9        A     Yes.
10   MS. O'DELL:
11       Q     And in relation to Dr. Crowley's report
12   regarding the fragrance chemicals, do you defer
13   to Dr. Crowley regarding his analysis of the
14   fragrance chemicals?
15       A     Yes.
16       Q     And did you rely on the opinions he
17   reached in relation to the fragrance chemicals in
18   reaching your opinions in this case?
19       A     Yes.  My -- my review of that just, in
20   addition to deferring it, was -- just made the
21   general -- or made the statement that I was in
22   general agreement with his opinions in those
23   matters, seeing as that's not a -- not an area of
24   expertise of mine.

Page 372

1        Q     And did you have the opportunity to
2    consider his report prior to finalizing your
3    report?
4        A     I did.
5        Q     I have nothing further.  Thank you.
6               EXAMINATION
7    BY MS. BROWN:
8        Q     Dr. Levy, would you take Exhibit 16
9    out, please, the FDA's response to the citizens
10   petition?
11       A     I have it.
12       Q     Counsel asked you some questions that
13   involved questions that I asked you.  Remember
14   she asked you the lawyer for J & J didn't point
15   out the articles that were reviewed from 1980 to
16   2008 on page 4?  Do you recall those questions
17   from plaintiffs' counsel?
18       A     Yes.
19       Q     Would you look at the last page of the
20   letter, page 6 of 7?  I'd like to direct your
21   attention to the second sentence on this page
22   that begins "In consideration of your request."
23   Do you see that?
24       A     I do.

Page 373

1        Q     And it states, "In consideration of
2    your request, we conducted an expanded literature
3    search dating from the filing of the petition in
4    2008 through January 2014.  The results of this
5    search failed to identify any new compelling
6    literature data or new scientific data."
7            Do you see that?
8        A     I see that.
9        Q     And putting together, then, the
10   information from page 4 and page 6, you see that
11   the FDA considered literature from 1980 to 2014.
12   Is that correct?
13   MS. O'DELL:
14            Object to the form.
15       A     Yes, that is correct.
16   MS. BROWN:
17       Q     And what the FDA concluded, contrary to
18   your opinion here, Doctor, is that a cogent
19   biological mechanism by which talc might lead to
20   ovarian cancer is lacking; correct?
21   MS. O'DELL:
22            Object to the form.
23       A     That's in this --
24   MS. BROWN:

94 (Pages 370 to 373)

Shawn Levy, Ph.D.

Page 374

1    Q    Directing your attention to page 4,
2   number 4, the conclusion regarding a cogent
3   biological mechanism lacking.  Do you see that?
4   MS. O'DELL:
5        Object to the form.
6    A    Yes.  I see where they -- they made the
7   statement that cogent biological mechanism by
8   which talc might lead to ovarian cancer is
9   lacking and that exposure to talc does not
10  account for all cases of ovarian cancer.
11  MS. BROWN:
12   Q    Next, Doctor, do you rely on the
13  findings of the Hamilton article in forming your
14  opinions in this case?
15   A    Similar to as we've discussed, in a
16  portion, yes.
17   Q    You, Dr. Levy, cannot point us to a
18  single paper showing an inflammatory response
19  leading to ovarian cancer in humans from talc
20  use.  True?
21   A    There is -- I do not know of a single
22  paper that -- in a controlled fashion in humans
23  provided talc exposure that then was --
24  subsequently led to cancer in humans.  That's

Page 375

1   correct.
2    Q    Controlled aside, you're not aware of
3   any observational case report, any kind of study
4   that shows that talcum powder use causing an
5   inflammatory response leading to cancer in
6   humans; correct?
7   MS. O'DELL:
8        Object to the form.
9    A    I would -- my review and development of
10  the biological plausibly -- plausible mechanism
11  examined literature that led to the conclusions
12  described in the report.  I'm not aware of a --
13       The human-based studies were all case
14  cohort and -- or case-controlled and cohort
15  studies that showed an association with talc
16  exposure and cancer, but I'm not aware of a
17  direct study.
18  MS. BROWN:
19   Q    There have been some reports of alleged
20  findings of talc in tissues or in other parts of
21  the body.  Are you familiar with those?
22   A    Yes.
23   Q    And you're not aware of any one of them
24  demonstrating an inflammatory response that the

Page 376

1   talc was causing in the body.  True?
2   MS. O'DELL:
3        Object to the form.
4    A    I'm aware of a number of studies that
5   looked at inflammatory response in model systems
6   and cell lines, and additional studies that
7   looked at inflammation in humans I believe were
8   referenced.
9        Certainly the Penninkilampi manuscripts
10  described inflammatory observations and -- as
11  well as the Buz'Zard and Lau were on human cells.
12   Q    Dr. Levy, is it your testimony that the
13  Penninkilampi meta-analysis of prior
14  case-controlled studies demonstrated a
15  inflammatory response of -- from perineal use of
16  talc that led to ovarian cancer?
17  MS. O'DELL:
18       Object to the form.
19   A    No.  That's not my statement.  It was
20  that those -- those papers reported an
21  inflammatory observation as part of those
22  studies.
23  MS. BROWN:
24   Q    Not in the tissue from talc; right,

Page 377

1   Doctor?
2   MS. O'DELL:
3        Object to the form.
4    A    It would be those studies in the meta
5   review were not examining the tissue content for
6   talc.  So they're unable to make that
7   determination.
8   MS. BROWN:
9    Q    So we must be missing.  I'm -- what I'm
10  asking you is for any study at all in the whole
11  world that shows that talcum powder in somebody's
12  body causing an inflammatory response that led to
13  ovarian cancer.  Can you name one?
14  MS. O'DELL:
15       Object to the form.
16   A    I mean, we've -- we've discussed a
17  number of studies that described the risk and
18  association of talc in ovarian cancer.  But the
19  limitation of the -- of your question or the
20  limitation of the studies relative to your
21  question is those particular studies may not have
22  also assessed the inflammatory response or an
23  inflammatory response, given the nature of the
24  studies.

Shawn Levy, Ph.D.

Page 378

```
 1   MS. BROWN:
 2   Q      Well, we got one.  We got the Heller
 3   study that purported to find talc in ovarian
 4   tissue; right?
 5   MS. O'DELL:
 6          Object to the form.  Different --
 7   MS. BROWN:
 8          Counsel, it's form, please.
 9   MS. O'DELL:
10          Object to the form.
11   A      Yeah.  What was the -- the Heller
12   study, here it is.
13          Yes, I recall our discussion of this
14   paper.
15   MS. BROWN:
16   Q      Right.
17          And this study reported that there was
18   no inflammatory response around the talc that
19   they claimed to have found in the ovarian tissue.
20   True?
21   A      They make those statements in the
22   paper, but the -- the -- I would have some
23   concern with the histological methods, but I
24   would certainly defer to a pathologist in the
```

Page 379

```
 1   sense of being able to determine the both
 2   presence of talc and the inflammatory response in
 3   that.
 4   Q      So you have some critiques of the
 5   Heller study.  Is that fair?
 6   MS. O'DELL:
 7          Object to the form.
 8   A      I would say I would need a -- I would
 9   need a -- a -- I would need a further evaluation
10   of the methodology for detecting both talc as
11   well as inflammation in the same materials using
12   the methods of the Heller paper.
13   MS. BROWN:
14   Q      Are you aware of any other paper that
15   you think is methodologically superior that shows
16   the presence of talc in ovarian tissue exhibiting
17   an inflammatory response?
18   MS. O'DELL:
19          Object to the form.
20   A      Well, we've discussed the rat studies.
21   MS. BROWN:
22   Q      Human tissue.  That's my question.
23   A      Human --
24   Q      Human tissue.
```

Page 380

```
 1   MS. O'DELL:
 2          Actually, that wasn't your question.
 3   But you've clarified it, so --
 4   A      The -- so you're excluding -- are you
 5   excluding cell lines?
 6   MS. BROWN:
 7   Q      Yeah.  Human beings.  Do you know of
 8   any study like Heller in human beings that
 9   purports to find talc in human women ovarian
10   tissue that shows an inflammatory response?
11   MS. O'DELL:
12          Objection to form.
13   A      I'm not aware of a study showing that
14   specifically.
15   MS. BROWN:
16   Q      Counsel asked you some questions about
17   nickel causing inflammation that leads to ovarian
18   cancer.  Do you recall those?
19   MS. O'DELL:
20          Object to the form.
21   A      No.  I was asked if -- if heavy
22   metal -- or components like nickel have been
23   shown to have a potential inflammatory response.
24   MS. BROWN:
```

Page 381

```
 1   Q      Uh-huh.  Because you're not aware of
 2   any published scientific literature that shows
 3   heavy metals cause inflamma-- -- inflammation that
 4   leads to ovarian cancer; right?
 5   A      I wasn't asked to -- to review for
 6   that.  I would state that there's a number of
 7   studies that show the role of metals --
 8   particularly chromium -- and its -- and its
 9   damaging effect on DNA, which I think by -- would
10   certainly have both an inflammatory as well as
11   carcinogenic effect.
12   Q      And we're here on an issue of ovarian
13   cancer.  And, as it relates to ovarian cancer,
14   you're not aware of any scientific support for
15   the proposition that heavy metals can lead to
16   inflammation that causes ovarian cancer.  Fair
17   enough?
18   A      Well, I was -- certainly, I was asked
19   to review the literature to develop a -- and
20   develop conclusions of that literature as it
21   related to a -- a potential or possible
22   biological mechanism.
23          In doing that, in part of that review,
24   we certainly made the observation that talc and
```

Shawn Levy, Ph.D.

Page 382

1    its components, as we discussed earlier, may
2    have -- there's the possibility of having
3    additional component effects, such as heavy
4    metals and their effects, asbestiform and their
5    effects and the like; therefore, really
6    considering the complete components of the
7    product overall.
8         Q    And, as it relates to the testimony you
9    just gave, you're talking about just a
10    theoretical possibility; right?
11    MS. O'DELL:
12         Objection to form.
13    A    Sure.  And, then, from that review
14    developing a -- a conclusion of a biologically
15    plausible mechanism.
16    MS. BROWN:
17         Q    Has that conclusion been published in
18    the peer-reviewed literature, Doctor?
19    A    No, it has not.
20         Q    And, in fact, as you -- all of the
21    opinions that you gave here today, those opinions
22    have not been published in the peer review
23    literature.  True?
24    MS. O'DELL:

Page 383

1         Object to the form.
2    A    Not at this time.
3         Q    Counsel asked you some questions about
4    Dr. Longo.  Do you recall that?
5    A    Yes.
6         Q    You've done nothing to validate the
7    findings that Dr. Longo writes about in his
8    reports.  Is that fair?
9    A    No, I have not done any experiments to
10    validate those findings.
11         Q    Okay.  Are you aware that some of the
12    samples that Dr. Longo tests and purports to find
13    asbestos were purchased off of eBay?
14    MS. O'DELL:
15         Misstates -- well --
16    A    My review of the report, I was -- did
17    not include the -- I guess the specific history
18    of each of the samples.
19    MS. BROWN:
20         Q    Do you understand that asbestos -- that
21    minerals like tremolite or anthophyllite, they
22    exist in both the asbestiform and nonasbestiform
23    way?
24    A    I would defer to other experts on the

Page 384

1    mineralogy of talc.
2         Q    And whether what Dr. Longo is finding
3    in the samples that he tested is the asbestiform
4    or nonasbestiform variety of the minerals, you
5    would defer to others?  Is that fair?
6    A    I'd certainly defer to Dr. Longo.
7         Q    And have you looked at any other
8    testing of the samples that Dr. Longo has tested?
9    MS. O'DELL:
10         Object to the form.  Vague.
11    A    Within the literature, there's -- there
12    was a number of tables describing testing,
13    described tests from previous testimony.
14    MS. BROWN:
15         Q    Have you looked at the testing that
16    public health authorities like the FDA have done
17    on Johnson & Johnson's baby powder?
18    A    I believe some of that was provided,
19    yes.
20         Q    Are you relying on any finding of
21    asbestos from Dr. Longo in forming your opinions
22    here today?
23    A    The --
24    MS. O'DELL:

Page 385

1         Object to the form.
2    A    The inclusion of the asbestos, again,
3    as -- as -- as we've discussed a few times today,
4    the conclusion I developed from the report were
5    not dependent or independent of any one or
6    another component of -- of the talcum powder.
7         As we discussed a bit ago, the presence
8    of asbestos as a known inflammatory mediator, as
9    well as potential carcinogen, I think just helps
10    lend additional support to the biological
11    plausibility of the mechanism.  But I think that
12    biological mechanism is not dependent on the
13    presence of asbestos.
14    MS. BROWN:
15         Q    Other than plaintiffs' expert,
16    Dr. Longo, are you relying on anything else to
17    support the potential for asbestos in baby
18    powder?
19    MS. O'DELL:
20         Object to the form.
21    A    There's -- so I saw reference to
22    asbestos content in some of the other literature
23    that was reviewed during the time, and, so, there
24    were other publications that made mention of the

97 (Pages 382 to 385)

Shawn Levy, Ph.D.

Page 386

1  asbestos content in talc during the overall
2  review.
3  MS. BROWN:
4      Q     Sitting here today, are you aware
5  whether or not that was Johnson & Johnson's
6  cosmetic talc?
7  MS. O'DELL:
8          Object to the form.
9      A     I would have to look closely. I'm not
10 aware of that specifically.
11 MS. BROWN:
12     Q     Counsel asked you some questions about
13 Dr. Crowley and whether or not you were relying
14 on the opinions he reached. Do you remember
15 those questions?
16     A     I do.
17     Q     What opinions did Dr. Crowley reach on
18 which you rely?
19     A     Dr. Crowley performed an analysis of
20 the fragrance components and made assessments of
21 the individual chemical components and their
22 relationship to -- or I should say their -- their
23 inclusion on various lists for their -- their
24 chemical properties or safety. And in most -- in

Page 387

1  the majority of cases, the chemicals were not
2  listed. In a number of cases, there were large
3  numbers of chemicals listed as either irritants
4  and, therefore, able to cause inflammation, or,
5  in a few cases, as potential carcinogens.
6          And, so, it was that review of that
7  information, similar to our discussions around
8  asbestos, that I included or agreed with his
9  opinions regarding that on the last paragraph or
10 close to the last paragraph of the report that
11 stated I was just in agreement that these -- that
12 those chemicals contribute to the inflammatory
13 properties observed.
14     Q     Do you know in what quantity the
15 chemicals Dr. Crowley identifies are present, if
16 at all, in Johnson & Johnson's products?
17     A     No. I wasn't asked to provide that
18 review. I would defer to Dr. Crowley's report
19 regarding any quantitative analysis of those
20 chemicals.
21     Q     And, as it relates to your opinion,
22 Dr. Levy, it makes no difference whether
23 Dr. Crowley's list has ten chemicals in
24 Quantity X or five chemicals in Quantity Y. Your

Page 388

1  opinion is independent of Dr. Crowley's findings.
2  Is that fair?
3  MS. O'DELL:
4          Objection to form. Vague.
5      A     Well, my -- my -- my opinion, again,
6  similar to -- as we've been discussing that, it
7  considers the totality of the information
8  available, including Dr. Crowley's report, but
9  does not rely on any one specific report or
10 otherwise.
11         And, so, the -- again, restating
12 similar to the asbestos, the presence of
13 potential irritants as another component in
14 the -- in the product just provides additional
15 support for that inflammatory mechanism playing a
16 significant role.
17 MS. BROWN:
18     Q     If none of the chemicals Dr. Crowley
19 identified were present in baby powder, would you
20 hold the same opinion of biological plausibility?
21     A     I would.
22     Q     If no asbestos was present in baby
23 powder, would you hold the same opinion on
24 biological plausibility?

Page 389

1      A     Yes.
2  MS. BROWN:
3          No further questions. Thank you.
4  MS. O'DELL:
5          I have just one follow-up.
6          Or do you have anything --
7  MR. FERGUSON:
8          Nothing further.
9  MS. O'DELL:
10         Excuse me. I'm sorry.
11         EXAMINATION
12 BY MS. O'DELL:
13     Q     Dr. Crowley, are your opinions in this
14 case contained in your report as well as in the
15 testimony that you've given here today?
16     A     You said Dr. Crowley.
17     Q     Oh. Excuse me. Sorry. I had
18 Dr. Crowley on my mind.
19         Dr. Levy --
20         It's getting late in the day.
21         Dr. Levy, are your opinions in this
22 case expressed in your report and your testimony
23 today?
24     A     Yes.

98 (Pages 386 to 389)

Shawn Levy, Ph.D.

## Page 390

1    Q      And do you hold those opinions to a
2    reasonable degree of scientific certainty?
3    A      Yes.
4    MS. O'DELL:
5          I have nothing further.
6    MS. BROWN:
7          Thanks for your time, Doctor.
8          I think we're off the record.
9    VIDEOGRAPHER:
10         We're off the record.  The time is
11   6 p.m.
12         (Deposition concluded at 6:00 p.m.)
13
14
15
16
17
18
19
20
21
22
23
24

## Page 391

1          C E R T I F I C A T E
2
3          I do hereby certify that the above and
4    foregoing transcript of proceedings in the matter
5    aforementioned was taken down by me in machine
6    shorthand, and the questions and answers thereto
7    were reduced to writing under my personal
8    supervision, and that the foregoing represents a
9    true and correct transcript of the proceedings
10   given by said witness upon said hearing.
11         I further certify that I am neither of
12   counsel nor of kin to the parties to the action,
13   nor am I in anywise interested in the result of
14   said cause.
15
16
17
18         LOIS ANNE ROBINSON, RPR, RMR
19         REGISTERED DIPLOMATE REPORTER
           CERTIFIED REALTIME REPORTER
20
21
22
23
24

## Page 392

1          E R R A T A  P A G E
2
3          I, SHAWN LEVY, Ph.D., the witness herein,
     have read the transcript of my testimony, and the
4    same is true and correct, to the best of my
     knowledge, with the exceptions of the following
5    changes noted below, if any:
6    Page/Line  Word(s) to be changed/reason Correct Word
7    _____  _____  _____
8    _____  _____  _____
9    _____  _____  _____
10   _____  _____  _____
11   _____  _____  _____
12   _____  _____  _____
13   _____  _____  _____
14   _____  _____  _____
15   _____  _____  _____
16   _____  _____  _____
17   _____  _____  _____
18   _____  _____  _____
19   _____  _____  _____
20   _____  _____  _____
21
              _____
22            SHAWN LEVY, Ph.D.
23
24

## Page 393

1          DECLARATION OF WITNESS
2
3          I, the undersigned, declare under penalty
4    of perjury that I have read the foregoing
5    transcript, and I have made any corrections,
6    additions, or deletions that I was desirous of
7    making; that the foregoing is a true and correct
8    transcript of my testimony contained herein.
9          EXECUTED this _____ day of _____,
10   2019, at _____, _____.
            (City)          (State)
11
12
13
14
15
              _____
16            SHAWN LEVY, Ph.D.
17
18
19
20
21
22
23
24

99 (Pages 390 to 393)

Case 3:16-md-02738-MAS-RLS    Document 33123-3    Filed 08/22/24    Page 783 of 972
PageID: 240990
Shawn Levy, Ph.D.

Page 394

**A**

**a.m** 1:18 7:6
82:12,16
166:18
**abilities** 98:24
**ability** 94:2
128:11 138:22
217:24 245:9
246:2 323:21
347:10 348:10
353:19
**able** 21:12 38:15
85:11 110:18
121:22 131:3
131:23 133:4
133:10 144:16
145:3 150:7
154:4,7 161:21
162:10 184:13
184:22 198:20
222:11,14
253:22 293:21
301:7 312:5
348:14 379:1
387:4
**above-referen...**
132:1
**absence** 198:16
217:23
**absent** 217:4
**absolutely** 28:9
30:8 125:22
264:19 265:5
317:6
**abstract** 86:10
86:15 87:9,10
87:14 88:4
180:8 275:24
280:4,23 303:7
303:8
**abstracts** 85:20
87:18 88:9
123:1 181:3
**academic** 98:11
310:23
**accept** 83:21

**accepted** 175:13
263:12,18
286:24 287:19
304:11
**access** 46:9
86:16 88:3
121:22,23
**accommodate**
10:24
**account** 374:10
**accumulate**
335:1
**accumulation**
192:5 253:24
254:3 335:12
**Accumulations**
191:23
**accuracy** 323:23
341:18
**accurate** 20:23
47:22 74:10
90:19 98:8
**accurately**
21:13 22:6
30:7 39:20
46:13,22 47:5
86:18 110:19
132:16 145:3
149:12 154:5
173:23 279:6
**achieve** 311:10
**acquired** 51:13
51:13,19 53:9
313:8
**act** 77:24 78:11
**action** 5:24
142:7 232:14
268:5 391:12
**active** 106:19
172:3 235:11
**activities** 98:23
101:10,11,14
109:20 121:6
258:13 294:11
308:14 366:20
**activity** 31:12
101:6 188:10

197:10 315:16
319:14
**acts** 349:16
**actual** 162:22
212:20
**acute** 92:4
106:13 115:2
115:14 118:10
171:12,18
172:11 239:20
240:15 241:2
241:17 242:1,7
242:20 243:12
244:3,19 245:9
245:19 246:6
246:15,21
247:4,17,22
248:6,15
**ad** 101:19
**add** 126:8 243:8
**addition** 33:20
101:7 182:23
202:13 203:3,5
358:19 365:10
371:20
**additional** 18:17
18:22 33:14
34:2 35:20
39:15 43:14
47:23 55:7,14
55:20 82:20
182:21 203:8
204:3 207:24
269:18 335:1
335:12 376:6
382:3 385:10
388:14
**additions** 393:6
**additive** 369:6
**addressed**
220:10
**adenoma** 192:8
192:8
**adjunct** 103:11
310:21 311:19
312:14
**administration**

109:14
**adult** 99:2,4
**adults** 323:12
**aerobic** 318:9
**aerosol** 200:11
**aerosol-based**
191:9
**affect** 165:9
216:22 343:19
**affirmatively**
10:15 11:17
156:23 302:19
**afield** 318:24
324:16
**Afindeis@nap...**
2:12
**aforementioned**
391:5
**afternoon** 307:4
**age** 319:2,2,7,7
319:12,21
322:3
**age-related**
319:23
**agent** 315:1
322:16
**agents** 320:10
**aging** 318:9,13
**ago** 9:3 14:19,19
97:14 113:4
129:15 148:23
208:12 367:16
385:7
**agree** 25:18
32:20 52:7
65:21 66:7,12
66:17,18,21
67:7,17 85:18
105:10,15,15
115:20,23
168:24 169:12
185:16,24
205:2 215:1
221:22 223:15
287:1 305:24
313:20 317:4
318:7 321:5

329:8 349:8,14
355:8
**agreed** 387:8
**agreement**
206:11 310:3
371:22 387:11
**ahead** 53:20
301:15
**al** 25:3 365:6
**al-** 206:22
**Alabama** 1:17
1:21 2:4 7:8
91:6 102:21
103:8,10,13
104:19 108:6
**Alabama's**
103:16 104:5
104:11
**ALASTAIR**
2:11
**alerting** 44:7
**ALEXIS** 2:18
**Alexis.kellert...**
2:19
**algorithm**
284:17
**alike** 58:13
**alleged** 375:19
**alleles** 345:23
**ALLEN** 2:3
**allergies** 307:10
**Alli** 8:2 76:19
**ALLISON** 2:15
**Allison.brown...**
2:16
**allow** 62:21 63:4
115:9 122:2
136:18 240:5
256:4 291:22
334:24
**allowed** 101:13
292:6
**allows** 363:11
**alterations**
330:8
**altered** 213:23
214:5 216:20

Shawn Levy, Ph.D.

Page 395

alveolar 192:7
**AMERICA** 3:2
**amount** 79:5
  96:19 100:23
  133:2,17 134:4
  146:4 147:12
  151:15 153:5
  162:21 163:3
  163:24 166:8
  248:3,23
  299:18 354:3
  354:12
**ample** 113:23
  129:21 175:9
**ampli-** 243:8
**amplification**
  234:23 235:14
  235:19 243:5
**amplified** 323:2
**amplifying**
  234:20
**analogous** 98:5
  98:14
**analogy** 320:18
**analysis** 105:6
  128:17 151:4
  216:22 231:23
  256:9 286:16
  323:18 348:11
  348:13 371:13
  386:19 387:19
**analyzed** 23:22
**and/or** 46:6
  77:16 78:6
  94:4 160:20
  178:13,19
  260:18 338:21
**animal** 24:18
  36:11,19 37:2
  37:7 120:1
  128:9 183:19
  184:5,21 185:2
  186:9,10
  207:13,20,24
  210:1 303:13
  304:5 350:4,10
  350:13,16,20

362:3
**animals** 25:20
  27:9 36:2,12
  37:9,10 184:14
  185:19 186:4
  186:16,20
  188:2 207:6
  210:3
**Anne** 1:19 3:21
  391:18
**annual** 319:1,7
  319:23
**answer** 9:13
  20:22,23 21:13
  22:5 25:24
  28:2 29:5,9
  30:4,7 38:15
  39:19 41:18
  42:2 46:22
  47:5,22 50:7
  50:15 55:3
  67:15 69:10
  86:18 100:4,5
  104:17 105:8
  110:18 128:18
  130:16 132:15
  139:9 144:16
  145:3 149:11
  149:12,23
  154:4,4,8
  155:7,13,23
  159:23 163:6
  165:24 170:2,9
  170:22 184:19
  197:16 217:22
  228:2 231:18
  251:11 291:15
  291:24 293:7,8
  293:15 294:21
  319:22 325:1
  339:17 341:20
  347:5 353:1
**answered** 54:23
  67:4,11,12
  68:16 69:7,8
  79:1 80:14
  81:2,22,24

103:20 104:14
  128:24 136:13
  137:5 140:10
  146:18 153:10
  155:21 157:6
  157:12 178:8
  185:23 189:2
  206:21 214:22
  231:16 235:21
  242:17 243:23
  256:4 262:6
  294:6
**answering** 70:7
  71:16 81:15
  147:11 201:20
  314:13
**answers** 10:13
  10:19 11:12
  115:16 391:6
**anthophyllite**
  383:21
**anti-inflamma...**
  268:21 269:16
**antioxidants**
  258:13
**antitumor**
  349:17
**antitumorigenic**
  349:10
**anybody** 74:23
  356:14
**anywise** 391:13
**apologies** 41:10
**apologize** 307:9
  307:11 328:6
  334:17
**apparent** 269:6
  269:6
**Apparently**
  56:13
**appear** 31:1
  64:18 66:23
  172:6 254:16
  319:17 362:24
**appeared** 85:7
  120:11
**appears** 18:23

60:22 62:1
  73:19 83:17
  84:11 122:19
  134:23 154:14
  160:4 161:22
  169:7,10 172:9
  197:8 224:10
  305:7 327:11
  329:2 357:20
**APPEL** 3:14
**applicable** 190:5
**application**
  229:5
**applications**
  227:12 234:5
**applied** 180:14
  198:22 222:16
  234:4 360:19
**apply** 88:24
  106:18 139:4
  214:7 226:2
**appointed** 311:3
**appointment**
  311:6
**appointments**
  103:11,12
**appreciate** 79:2
  324:13
**appreciated**
  105:24
**appreciates**
  348:7
**approached**
  16:20,23
**approaching**
  26:19
**appropriate**
  34:23 35:1
  283:9 285:23
  330:1 331:9
  341:6
**appropriately**
  299:22 334:8
**appropriateness**
  297:23
**approximately**
  1:18 43:19

98:19 323:11
  324:6,6 337:3
  337:20
**April** 359:7
**area** 97:22
  101:15 106:19
  198:18 199:13
  318:19 371:23
**areas** 31:12
  107:23 172:3
  283:6
**argued** 238:19
  238:21
**argument**
  235:19
**ARPS** 2:20
**arrive** 117:19,22
  118:17 150:14
**arrived** 296:16
**art** 8:22 9:21
  32:10 107:7
  329:22 334:3
**article** 5:7,11,15
  6:11,17,19
  30:18 31:19,23
  32:1,6,18 34:6
  37:24 75:6,13
  75:17,22 76:5
  76:15 80:23
  90:14 123:16
  124:1,4,6,10
  124:11 125:2,5
  125:24 141:18
  143:23 185:7
  186:23 187:4,9
  187:11,16
  188:1,16,18
  207:4 218:14
  218:18,21,24
  219:6,9,11
  235:17 237:18
  250:1,13
  252:23 253:1
  267:14 271:9
  326:21 327:7
  327:11 333:4
  339:3,9 374:13

Shawn Levy, Ph.D.

**articles** 35:8
48:8 75:6 81:7
87:4 144:9
187:8 203:6
263:15 305:13
372:15
**asbestiform**
198:17 356:1
383:22 384:3
**asbestiforms**
382:4
**asbestos** 126:7
126:13 127:23
128:21 129:8
129:20 130:2,8
130:19 131:2,5
131:9,24 133:2
136:1 146:11
151:6 154:2,14
198:2 234:12
234:17 235:6,6
235:12 352:20
356:8 371:2
383:13,20
384:21 385:2,8
385:13,17,22
386:1 387:8
388:12,22
**asbestos-like**
129:9,20
173:24 176:5
**ascending**
266:13 267:20
**aside** 232:17
334:18 359:11
361:19 375:2
**asked** 29:1 31:2
41:23 54:23
55:1 69:7
78:24 80:13,14
81:1,21 90:9
93:17,24 94:9
94:17,23 95:5
96:3 102:3
103:19 104:14
111:16,18,21
117:23 119:3

128:23 130:17
132:11,20
133:15 134:9
136:12 137:5
137:17 140:10
143:9,10
145:21 146:9
146:18 148:13
150:23 151:20
152:6 153:10
153:11 155:21
155:23 157:18
159:2,6 161:13
161:20 165:6
167:1 178:8
185:22 187:6
189:2 198:4,8
206:21 214:21
228:17 231:16
231:19 234:4
242:16 243:22
254:7 261:8
262:5,7 266:7
285:18 290:6,8
292:10 294:5
297:20 342:6
352:15 354:3
354:16 357:11
364:20 365:18
367:14 372:12
372:13,14
380:16,21
381:5,18 383:3
386:12 387:17
**asking** 28:21
34:21,22,24
44:12 61:5
111:22,22
170:20 234:1
298:16 307:18
342:13 377:10
**aspect** 53:7
189:18 246:16
246:17 263:12
**aspects** 62:16
79:11 125:10
226:1 246:18

262:20,21,22
263:5 295:4
**assault** 77:16
**assay** 212:13
259:3 309:24
**assays** 319:3
**assess** 131:19
167:1 213:10
**assessed** 285:6
377:22
**assessing** 119:7
**assessment** 4:21
19:14 179:15
180:13 256:10
285:8
**assessments**
224:19 285:10
386:20
**assist** 11:12,18
13:19
**assistant** 310:16
310:19,19
311:2,6
**assists** 30:17
**asso-** 233:13
**associate** 310:20
311:16
**associated** 27:10
183:16 205:5
264:20 265:17
266:15 267:16
268:22 273:3,4
274:24 276:8
278:6 290:5
346:17 347:19
**association** 5:4
5:18 23:11
30:20 83:10
84:13 219:12
220:23 221:2
223:16 224:20
224:23 226:12
227:7,8 228:8
233:19 273:6
276:19 279:24
282:20 313:21
313:22 319:12

347:24 368:14
375:15 377:18
**associations**
96:15 233:14
330:23 368:20
**assume** 216:19
342:6
**assumed** 199:16
**assuming**
276:17 321:24
368:6,7
**assumption**
126:12,19
127:13
**assumptions**
292:9
**attempt** 133:17
147:1 160:20
231:20 293:3
**attempted** 105:1
130:6 146:15
156:5 159:22
161:16 177:11
**attempting**
131:12
**attention** 33:12
72:12,19 78:3
144:9 198:21
237:24 353:19
372:21 374:1
**attorney** 96:18
**attorney-client**
291:4
**attorneys** 11:24
14:2 93:10
95:5 111:22
123:8,15
**attributed**
262:20 263:4
**atypia** 31:11
187:19 188:10
**August** 41:7
42:23
**Austin** 3:4
**author** 37:15,20
84:15,17 184:4
209:22 252:20

303:24
**authored** 142:23
302:24
**authoritative**
58:24,24
109:24
**authorities**
107:12 111:7
384:16
**authority**
109:11,13
110:1
**authors** 30:20
32:11,22 33:1
34:13 35:14
38:17 48:13
213:15 219:13
237:21 238:2
265:13 266:17
267:9 269:24
277:3 278:13
280:22 363:13
363:14
**autonomy**
290:13
**available** 22:5
26:24 40:1
44:4 46:7
48:18 86:6,10
86:13,14 95:6
119:9,15,21
120:10,14
121:14 131:19
133:22 136:16
139:2 145:10
148:3 149:7
199:4 204:12
220:1,5 223:10
223:22 224:16
225:8 228:6
229:17 245:24
256:13 268:1
289:22 293:18
310:1 362:3
366:1 388:8
**Avenue** 2:17 3:4
**averaging**

Shawn Levy, Ph.D.

234:10
**aware** 9:6 21:4
  37:7,13 49:10
  96:13 101:23
  102:6 103:15
  103:21 107:1
  108:5 128:13
  136:19 162:17
  165:14 181:11
  183:19 184:1
  207:5,24 208:3
  213:7 222:10
  222:13,18,23
  234:3 251:8
  288:14 292:6
  292:21 296:15
  297:10 304:14
  304:19 314:5
  318:6 353:15
  354:24 355:4
  375:2,12,16,23
  376:4 379:14
  380:13 381:1
  381:14 383:11
  386:4,10

**B**
**B** 3:14 122:9
  212:8 340:9
**baby** 126:12,19
  126:24 127:13
  128:3,20 130:9
  130:20 134:5
  134:18 135:1,8
  137:3 161:8
  178:2 384:17
  385:17 388:19
  388:22
**BAC-** 73:5
**back** 16:14
  19:24 38:3
  53:19 55:11
  56:23 62:19
  63:1 67:24
  82:15 83:20
  92:1 98:7
  106:3 132:4

166:21,24
169:18 174:3
197:13 200:7
237:13,16
242:4 243:4
270:5 302:7,10
313:13 319:20
328:23 330:14
356:23
**background**
  320:23 366:18
**balance** 275:15
  276:1
**ballpark** 18:21
**bar** 223:24
  224:13
**barely** 281:6,11
**bark** 213:11,18
**BARRIE** 2:8
**BASC** 73:5,14
**base** 110:9
**based** 26:18
  53:8 101:17
  119:7 121:5
  126:12,18
  127:12 128:6
  130:6 135:20
  136:14 138:19
  140:13,16
  148:2 151:24
  154:20 162:10
  164:20 165:3,4
  178:23 191:9
  199:4 202:8
  203:12 204:2
  221:4 226:9
  229:16 235:4
  245:6 254:17
  255:12,12
  256:17 259:3
  267:24 285:10
  291:11 294:12
  294:23 312:2
  319:3,7,13,13
  328:16 333:5
  334:3 337:6,6
  352:5 364:24

367:7
**baseline** 214:18
**basic** 52:17 56:8
  65:6 68:16
  108:20 109:1,1
  178:24 284:13
  329:19 334:8
**basics** 62:17
  65:8
**basing** 199:2
**basis** 5:17 27:5
  59:4 83:9
  84:13 86:1
  139:20 140:5
  169:20 179:9
  216:11 287:4
  343:14 366:6
**BEASLEY** 2:3
**becoming**
  363:17 364:5
**began** 293:17
  352:18
**beginning** 9:14
  24:13 33:16
  105:24 122:18
  191:22 205:1
  238:18 266:12
  362:23 368:19
  369:2
**begins** 31:5
  33:14,20 51:3
  51:8 53:22
  72:14,20 76:10
  77:4,10 112:11
  187:17 196:5
  203:3 238:1
  265:4 269:15
  272:20 278:14
  280:14 281:4
  305:22,22
  372:22
**behavior** 199:3
  199:3
**beings** 380:7,8
**believe** 17:13
  20:13 24:4
  39:3 44:20

46:5 57:9
  58:22 71:13
  85:3 86:11
  101:3 110:6
  114:7 116:17
  117:24 120:5
  123:1,4 128:3
  147:12 158:3
  161:24 167:22
  178:4,9 194:9
  199:15 201:14
  211:19,20
  220:18,24
  230:1 249:8
  253:2 328:9
  336:20 376:7
  384:18
**believed** 305:21
**Belot** 182:22
**benign** 249:17
  340:3 369:9
**Benjamin** 2:21
**Benjamin.hal...**
  2:22
**best** 22:15 237:3
  268:11 293:15
  309:1 312:12
  392:4
**better** 12:8
  319:16
**beyond** 109:1
  235:2 239:24
**bigger** 154:19
**binder** 13:23
  14:4
**bio-** 168:22
**Biochemistry**
  25:10 88:17
**bioflavonoids**
  213:17
**biolo** 218:22
**biologic** 95:1
**biological** 5:23
  37:3 52:17,20
  91:24 93:11,19
  94:1,18,21,24
  95:9 96:3,8,21

111:18 115:7
  117:7 121:3
  127:24 130:24
  140:14 142:6
  143:18 156:9
  165:5 167:12
  168:1 176:16
  177:13 201:9
  201:17 202:1
  203:14 204:18
  205:19 206:18
  225:11 230:3
  232:21 233:2
  234:8 235:16
  247:23 248:14
  261:16 270:11
  278:1 285:11
  288:15,23
  290:7 313:14
  318:14 319:2
  373:19 374:3,7
  375:10 381:22
  385:10,12
  388:20,24
**biologically**
  95:11,11
  101:16 112:8
  113:3 114:3
  126:3 129:17
  135:17 136:3,7
  137:9 140:20
  143:11 145:22
  146:2 150:20
  155:24 157:10
  163:2 164:17
  167:3,8,11,23
  168:4,22
  184:10 188:13
  205:12 219:2
  220:3,20 222:4
  225:5,6 226:15
  227:14,18
  228:11,21
  229:17 230:13
  231:24 235:11
  257:15 260:20
  267:3 268:1

Shawn Levy, Ph.D.

275:8 282:11
288:1 289:23
290:4,8,14,18
292:3 293:3
294:1,13,16
295:8 296:16
325:23 366:6
382:14
**biology** 62:17
65:14 79:11
81:6 169:6,21
175:13 189:20
215:3 217:6
263:13 323:5
348:7
**bioRxiv** 121:11
**Birmingham**
91:6 103:10,13
**bit** 168:12
186:14 238:14
307:23 310:12
316:2 319:21
322:21 327:24
336:16 346:9
368:13 385:7
**blacked** 18:2
**Blount** 123:17
124:6,10
**board** 299:14
**bodies** 248:14
266:14 356:1
**body** 169:13
170:14 173:3
210:8 231:1
239:10 249:9
250:16,19,24
251:15 253:5
254:3,23 255:7
257:2,19,24
258:15 267:20
270:17 320:20
353:24 356:8
362:8,14,16
375:21 376:1
377:12
**book** 86:24
**bookends**

233:20
**bottom** 195:5
196:3 201:8
219:19 327:12
331:24 332:8
343:6
**BRCA** 338:9
339:20 344:8
**BRCA1** 72:14
72:20,24 73:9
321:2,12,13,17
334:21 335:11
335:16,24
336:7,8,13
337:3,13
338:21 339:7,8
339:18 340:9
340:19 341:21
342:17 345:7
346:4,13
**BRCA1-assoc...**
73:3,12
**BRCA2** 334:21
335:11,17,24
336:7,8,13
337:4,14
338:21 339:8
340:9,19
342:17 346:4
**break** 10:23
37:24 50:16
79:18,24 82:9
88:2 158:6,12
158:14,21
166:14 236:16
237:1,1,6,17
292:24 301:14
301:16 356:16
**Breakthrough**
89:4,14
**breast** 89:4,9,14
89:18 90:23
91:9 321:3
336:10 346:6
**bridged** 92:6
**bring** 14:23
220:3

**British** 25:4
**broad** 98:10,23
120:3 210:7
**Broadhollow**
2:10
**broken** 79:14
**bronchial** 192:8
**brought** 14:20
15:7,13 39:17
**Brown** 2:15 4:4
4:7 7:23 8:2
12:10 13:8
14:13 15:9,22
16:6 18:11
19:9 20:18
21:1,16 22:7
23:5 26:2
27:15,23 28:4
28:8,14,18,22
29:8,14,21
30:15 31:24
32:16 33:9
34:19 36:9,18
37:6,19 40:21
41:16 42:1,7
42:11,18 44:1
44:16,21 46:14
46:23 48:12,23
49:19,24 52:23
53:11 54:18
57:21 58:15
59:9 61:6,14
62:18 63:11,19
65:18 66:1,11
66:20 67:6,14
68:2,20 69:3,9
70:15 71:10
72:5,17 74:19
75:20 76:21
77:3,7,13
78:20 79:22
80:9,17 81:8
82:8,17 83:1
87:24 88:10
89:21 90:12
91:19 92:8
93:2,15 94:5

94:15 95:13
97:17 100:6
104:2,9,24
105:17 108:4
110:21 113:14
114:6 116:16
117:17 118:6
119:5 120:13
126:17 127:11
128:2 129:11
130:18 131:10
131:21 132:6
133:16 134:2
134:13 135:2
136:5,23
137:20 139:11
141:1,9 142:4
143:20 144:4
145:4 146:3,12
147:3,18
148:10,24
149:13 150:9
151:13,22
152:13,22
153:13 154:23
155:8,16 156:4
156:19 157:5
158:2,8,18,23
159:14 160:8
160:18 161:15
163:19 164:7
164:22 166:23
169:22 170:11
171:11 173:9
174:16 175:3
176:11 178:3
178:14 179:8
181:7 182:15
184:7 185:15
186:1 188:11
189:6 190:6,18
191:5,12,24
192:16 193:2
194:6,21 195:2
196:2 198:3
199:14 200:22
201:12 202:10

202:22 203:19
206:16 207:3
207:15 208:9
208:19,23
209:12,19
210:22 213:4
213:19 214:23
215:14,24
216:8 217:8,16
218:4,11
220:17 221:8
221:17,21
222:17 223:4
225:9 226:3
227:16 228:9
229:1,10,21
230:21 231:9
231:22 232:5
232:15 236:14
236:22 237:15
238:20 239:13
240:14,23
241:9,23
244:17 245:16
247:5,15 249:7
249:23 250:7
250:11 251:2
251:12,18
252:10 254:1
254:19 255:5
255:16,22
257:14 258:1
258:17 259:15
261:9,20
262:12 263:1
264:8 265:12
266:6 267:6
268:8 270:24
271:18 272:16
275:22 276:24
279:17 280:11
280:18 281:1
281:17 282:14
284:19 286:2
286:22 287:8
288:12 289:7
289:14 290:2

Case 3:16-md-02738-MAS-RLS    Document 33123-3    Filed 08/22/24    Page 788 of 972
PageID: 240995
Shawn Levy, Ph.D.

Page 399

290:23 291:7
291:19 292:14
292:22 293:24
294:15 295:14
295:22 296:8
296:14 297:9
298:5,18
299:24 302:9
302:22 303:10
304:1,21
305:10 306:11
306:20 307:16
350:12 356:13
357:23 358:9
359:4,24 361:6
363:2 364:16
365:15 367:1
368:3 369:18
370:9,20 371:7
372:7 373:16
373:24 374:11
375:18 376:23
377:8 378:1,7
378:15 379:13
379:21 380:6
380:15,24
382:16 383:19
384:14 385:14
386:3,11
388:17 389:2
390:6
**Brown's** 313:4
**bucket** 106:22
**bullet** 63:21
**bunch** 277:1
**burden** 323:6
369:9
**BURNS** 2:7
**bursal** 363:7
**bush** 154:16
**business** 17:12
**Buz'Zard** 6:7
181:20 182:11
182:16 208:11
208:14 209:1
209:14 210:24
211:1,10,13,17

214:9 216:9,20
216:22 217:18
236:5 241:10
241:11,14,19
359:14 376:11

————————
**C**
————————
**C** 2:1 3:1 391:1
391:1
**CA** 179:20
183:13
**calculate** 131:12
133:10
**calculated** 134:4
**calculations**
134:10,12
**calendar** 101:5
**call** 17:11 217:3
217:19 329:18
**called** 307:24
**Canada** 4:20,23
19:13 21:21
**cancer** 4:24 5:5
5:11,19 6:9,15
20:12 21:7,22
23:12 25:8
26:5,8,15,17
32:12,20 35:12
36:2,12,22
51:14,20 52:17
52:21 53:10,15
53:16 54:3,4
55:8,15,21
56:9,18 57:2
57:13 59:13
60:11,15,22
61:13 62:17
65:8,13 74:13
79:11 81:6
83:11 84:15
89:4,10,14,18
89:24 90:4,8
90:14,18,21,23
91:3,5,7,8,9,13
92:2,4,6,7,11
92:15,21,23
93:6,14,20

94:4,11,19,21
95:2,7,12,23
96:6,10,16
99:4,5,6,7,20
100:2,2 101:17
102:8,22 103:8
103:14,17
104:5,11,12,20
104:21 105:2,6
105:11,18,22
106:1,17,18,20
106:22,23,23
107:8,13,17,22
107:23,24
108:6,7,10,12
108:17,18,21
108:24 109:2,7
110:5,10,14,24
111:9,15,17
112:2,9,22
113:6,13,17,22
114:9,17 115:5
115:19,19,22
116:8,18,21,21
116:24 117:2,5
117:10,16,18
117:21 118:2
118:12,13,14
118:14,17
119:19 120:7
120:24 121:5
128:5 135:20
136:8 156:2
159:2,18
161:10 162:21
164:9 165:23
166:3 167:4,24
168:4 169:1,3
169:5,6,9,15
169:21 170:15
170:22 171:1,8
171:8,10,12,14
172:1,6,16
173:5,13 174:6
174:10,18,22
175:1,6,10,13
175:16 176:19

178:6,12,19
179:2,11,19
181:18 182:12
182:20 183:10
184:12,16,23
186:12 187:1
188:3,14,24
189:5,9,20
190:3 191:15
193:10 201:11
201:19 202:3
203:16 204:15
204:19 206:19
207:2,7,14,19
208:16 209:3
211:12 213:6
217:7,7,11
218:15 219:3,8
219:13 220:21
220:23 221:11
221:24 222:20
223:11,17
224:3,21,24
226:19 227:9
227:15 228:8
228:12 229:7
230:24 233:9
233:22 237:23
238:4,10 239:5
239:16 240:5
242:11,14
243:16,17,19
245:15 246:8
246:17,18
252:2 253:8
254:4 255:15
255:21 256:1
256:17 257:18
259:18 260:6
260:10,12,21
260:24 261:5
261:17,23
262:1,3,14,20
262:23 263:4,5
263:11,13,19
264:5,6,19,22
265:3,18

266:15 267:17
268:23 269:8
269:10,17,20
270:10 271:5
271:13,22,23
273:1,4,7,12
273:16,18
274:5 275:1,13
275:16 276:3
276:10,20,23
277:6,19 278:6
278:12,17
279:8,16,24
282:1,17,22
283:1 284:4,13
285:3,13 289:6
289:24 290:5
293:19,19
305:21,23
310:10 313:21
314:3,7,14,20
320:5,7,17,22
321:3,8,15,24
322:7,15,17,20
322:24 323:4,8
323:11,13,13
323:15,23
324:3,4,12,15
324:16,21
325:6 326:3,13
327:1,13 328:2
328:14 329:1,7
330:1 331:6
333:5 334:7
335:7 336:2,10
336:11,14,20
336:23 337:2
337:11,11,20
338:1,10,12,22
339:23 340:2,7
340:15 341:7
341:17 344:2
344:24 345:7
346:5,7,18
347:2,11,20,24
348:12,13
349:23 350:6

Case 3:16-md-02738-MAS-RLS    Document 33123-3    Filed 08/22/24    Page 789 of 972
PageID: 240996
Shawn Levy, Ph.D.

Page 400

350:18 360:16
363:19,23
364:4,7 366:2
366:11,13,14
368:20 369:10
369:10 373:20
374:8,10,19,24
375:5,16
376:16 377:13
377:18 380:18
381:4,13,13,16
**cancer-causing**
56:19 57:3
313:17 314:11
320:10 322:8
**cancerous** 37:10
62:22 63:4
64:10,23 115:9
335:3
**cancers** 105:21
118:18 205:8
206:9 217:15
259:22
**canner** 321:18
**CAP-accredited**
309:10
**capsule** 362:20
**carcinogen**
338:13,23
340:7,15 344:2
344:6,6,15,19
345:1,13,17
385:9
**carcinogenesis**
239:1 351:2
353:21
**carcinogenic**
197:10 381:11
**carcinogenicity**
352:10
**carcinogens**
344:4,14 387:5
**carcinoma**
192:8 331:12
331:22
**carcinomas**
328:20

**care** 3:11 108:19
109:1 210:6,23
**career** 90:15
**careful** 210:11
210:16
**carefully** 351:20
**carrier** 342:17
**carriers** 337:3,4
338:10
**carry** 321:23
**carrying** 362:12
**case** 1:7 8:12,14
8:20 9:1,5,10
13:16 16:21
18:15 19:23
20:1 24:22
33:5 38:6
39:23 44:24
45:5 47:15
57:13 86:8
90:10 96:4
100:15 101:24
102:2 110:3
111:5,24
120:20 121:17
123:9,10 124:2
124:4 125:3
126:1,11,18
127:12 128:8
129:13 130:21
134:14 135:6
137:1 141:15
157:6,12,24
159:3,16 161:7
164:8 167:1,21
172:5 173:3
176:6,7,13
177:24 182:11
183:14 188:12
191:14 192:18
193:8 195:9
196:20 197:19
198:9 199:5,17
200:15 210:4
219:1 220:1
224:16 227:11
246:14,14

252:24 270:13
275:7,18 288:4
288:6 302:24
305:12 352:5
365:21 366:24
370:8,13
371:18 374:14
375:3,13
389:14,22
**case-control**
120:2 224:16
228:6
**case-controlled**
375:14 376:14
**case-specific**
257:5
**cases** 1:8 66:6
121:24 169:8
179:15 181:24
190:4 299:12
330:7 338:4
374:10 387:1,2
387:5
**caught** 353:18
**causal** 118:24
119:4 205:16
205:16 221:11
221:23 222:6
223:16 314:6
336:5
**causality** 205:10
**causation** 221:1
221:4 222:15
223:3 224:13
261:8 262:9,11
264:7
**causative**
260:14,23
265:10
**cause** 21:7 26:15
51:14,20 53:10
55:8,14,20
62:20 63:3
91:13 94:3,10
94:21 95:2,12
96:4,5 102:8
105:7,10

106:15 107:5
107:22 112:5
112:24 113:1,6
113:12,22
115:3,18,21
117:5,21 118:1
128:4 129:20
136:8 137:23
140:19 146:5
146:14 147:21
148:9 151:12
151:16,24
153:7,16,18
154:21 155:1
155:10,19
156:18 157:7
157:14 159:1,2
159:17,18
161:9,10 165:8
165:13 169:9
171:1,12 172:1
180:1 184:12
186:12 189:24
208:16 219:3,4
219:7,8 220:21
226:18 228:12
229:7 230:23
230:23 231:24
232:8,20
239:15 241:2
242:22 244:4,5
245:9,19 246:7
246:11,13,21
248:3,6 250:24
252:4 253:16
254:3 255:8
259:10 260:16
260:20,24
261:3,22 262:3
262:14 264:2
264:22 271:23
283:17,23
315:11,12
320:22 327:2
336:14 354:21
363:19 366:10
366:11,12

381:3 387:4
391:14
**cause-and-eff...**
112:16 313:23
**caused** 36:21
60:16,22
107:13 118:18
140:8 168:16
173:13 178:4
182:18 183:8
183:20 260:10
262:23 263:19
278:9 335:7
364:21
**causes** 32:20
36:12,21 60:4
60:15 92:11
102:7 105:2,18
105:20 106:16
110:4 111:15
111:17 112:2
112:21 113:17
114:9 115:4
120:24 145:16
147:13 149:2
149:16 150:15
162:20 165:20
168:9 169:1
174:12 175:7
176:17 177:14
179:1,10
182:20 184:11
184:15,16
186:12,24
188:14 189:9,9
207:18,18
209:2 211:11
211:12,14
222:20 227:3
235:3 241:17
245:22 252:1
255:13 261:5
314:11 336:1
355:9 358:21
365:2 367:8
381:16
**causing** 37:8

Case 3:16-md-02738-MAS-RLS    Document 33123-3    Filed 08/22/24    Page 790 of 972
PageID: 240997
Shawn Levy, Ph.D.

Page 401

92:14 94:19
96:9 167:24
168:3 171:10
171:21 172:11
173:13 183:21
209:8 233:9
242:8 315:1
365:12 375:4
376:1 377:12
380:17
**cautious** 172:17
264:2
**cavity** 205:5
363:12
**cell** 61:17,19
62:5,21,22
63:3,4 106:1
182:9 210:2,4
210:12 212:7
212:12,15,16
215:11 217:3,4
217:6 218:1,5
218:6 241:18
250:17 270:10
316:11 317:5,8
317:11,17,18
323:7 328:19
360:13,16,21
360:23 361:1
376:6 380:5
**cell's** 64:8,20
316:7
**cells** 60:17,24
64:10,22 76:16
77:15,17,19
78:5,7,9
171:24 182:12
182:14 209:13
209:21,23
212:22 213:22
216:21 217:17
269:10 270:5
270:13 286:1
316:6 335:1,2
335:12 360:11
360:14 361:4
365:9 376:11

**cellular** 25:9
31:7,11 106:8
106:9,10
113:24 114:1
115:1 164:19
169:4 171:20
171:21,22
172:12 177:24
180:15 187:19
188:10 189:20
229:18 238:21
239:21 242:22
242:23 243:8
244:4,5 246:13
246:16 248:17
315:1,1,4,11
315:15,20
316:3,4,18
318:5 344:12
344:16 348:4
360:22 361:14
362:14
**center** 91:5,7
102:22 103:8
103:14,17
104:5,11,20
108:6,7,9,10
108:12,14,17
108:24 109:7
109:14 310:14
**Central** 85:6
**certain** 14:23
15:5 43:24
53:16 54:4
56:19 57:2
109:6 146:4
213:10 221:10
320:6 322:2,8
**certainly** 27:16
38:20 43:16
47:12 50:18
54:16 57:8
75:2 79:2,8
89:10 91:7
92:2,5 96:14
97:23,24 103:9
103:22 105:4

106:24 109:5
110:7 111:10
114:18 115:3
116:2,15
118:13 122:23
123:5,15 124:8
129:19 133:21
135:22 137:18
145:9 157:22
164:14 165:10
167:16 176:22
180:12,21
184:18 189:18
191:9 198:20
199:11,24
200:18 209:10
209:17 211:7,8
215:6,12 221:2
223:12 225:24
226:11 228:3
229:23 242:18
247:19 248:21
259:20 260:6
266:9 283:6
284:23 285:21
299:13 304:7
305:24 312:17
326:4 337:18
355:2 363:21
366:17,20
367:4 376:9
378:24 381:10
381:18,24
384:6
**certainty** 390:2
**Certified** 1:20
391:19
**certify** 391:3,11
**cetera** 10:1
98:10 130:15
226:7 230:19
234:18 258:13
**challenge** 224:6
**challenges** 256:7
**Chan** 328:15
**change** 33:2
35:15 37:5,17

57:22 106:8
111:20 114:1
312:15 315:15
315:16 318:18
321:18 341:18
**changed/reason**
392:6
**changes** 25:20
26:11 27:10
30:1,21,23,24
32:3,24 34:14
36:12 37:10
60:16,23 94:21
95:1 114:5
115:5,9 183:21
185:19 186:4
188:3 190:9,24
229:19 314:18
314:19 363:14
392:5
**changing** 217:6
**channel** 363:10
**chapter** 86:24
**characteristic**
346:24
**characteristics**
209:24
**characterizati...**
367:11
**characterize**
103:7 104:23
312:17
**CHAREST** 2:7
**check** 39:9
301:11
**chemical** 147:22
148:8 315:15
386:21,24
**chemicals**
235:13 371:12
371:14,17
387:1,3,12,15
387:20,23,24
388:18
**Chicago** 3:9
**childhood**
323:13,15

**children's**
323:20
**choices** 319:20
**chromatid**
355:9
**chromium**
235:12 243:6
353:18,23
354:4,13
366:23 367:12
381:8
**chronic** 6:13
20:10 21:6
24:2,16 26:4
26:10,14 29:24
32:2,19 36:1
36:20 37:8
92:3,9,14
102:7 106:13
114:9,13,15,22
115:6,14,21
116:6,7,17,19
117:4,9,20,24
118:8,9,18
136:6 137:23
140:7 151:17
151:24 153:7
153:18 155:1
155:10,19
157:8,14
159:18 161:9
162:20 164:1,6
164:10 167:23
168:2 169:8
172:8,12 178:5
180:1 184:11
186:24 188:14
191:14 207:18
208:15 209:2
211:11 219:7
226:18 229:6
230:23 238:8
239:4,11,15
240:1,2 242:8
243:13,18
244:5,19
245:10,19

Case 3:16-md-02738-MAS-RLS    Document 33123-3    Filed 08/22/24    Page 791 of 972
PageID: 240998
Shawn Levy, Ph.D.

Page 402

246:6,15,22
247:4,18,22
248:3,18 261:3
261:5 266:13
267:19 268:24
269:19 270:8
271:3 275:15
276:1,9 278:4
279:7 281:23
282:23 284:2
285:10 313:15
351:2,7
circumstances
252:3
citations 331:17
332:23
cite 34:6 116:5
116:15 123:16
271:9,11 272:5
327:6 328:15
333:13 338:16
341:11 356:5
358:19 370:18
cited 12:23 39:5
73:24 122:13
123:5 124:7
125:11 203:7
218:18 253:2
265:24 273:10
273:14 274:2
326:16 339:13
339:15 340:5
358:13 362:2
367:17 369:17
cites 35:20,24
citing 333:10
334:8
citizen 202:9,21
citizens 6:5
192:19 195:17
372:9
City 393:10
claim 338:21
353:23
claimed 196:1
378:19
claiming 345:10

clarification
132:10 215:2
clarified 380:3
clarify 34:21
132:20 154:10
169:4 202:7
233:5 246:16
268:15 346:10
365:22
clarity 135:16
classical 168:13
classification
108:11 110:24
305:4
classified 328:16
classify 144:10
clean 42:12
clear 112:7
125:21 128:12
161:24 166:6
214:14 227:7
245:24 274:7
275:3 278:3
308:9 315:22
328:19
clearance
163:14
clearly 32:13
58:7 65:15
324:10
CLIA-licensed
309:8
climate 299:5
Clinic 5:11 59:5
59:12,20,23
60:3,14,15
61:16 62:19
63:22 64:5
65:20 68:9
69:5
Clinic's 58:20
58:23 62:11
63:14 64:14
65:3 66:14,24
67:19
clinical 99:1,13
99:21 227:24

308:6,17,22
309:2,6,7,11
309:13,17,20
309:24 310:4
close 45:15
301:20 303:11
327:21 387:10
closely 386:9
coalition 193:11
cobalt 366:23
code 62:3 100:7
100:18,20
101:18
codirector
104:18
coexist 308:20
cogent 201:9
202:1 203:14
204:18 206:17
373:18 374:2,7
cohort 120:2
176:4 224:7
228:5 338:3
375:14,14
coincidental
333:18
cold 307:10
collaboration
323:19
collaborator
312:19
colleague
301:21 303:12
colleagues 87:12
97:8,16 287:15
312:20
collect 320:21
collection 12:23
74:8 125:7
column 187:17
272:18,24
278:14 368:12
com- 235:3
combined 72:14
72:21
combines 72:24
73:9

come 99:22
283:5 284:14
284:14 285:4
366:20
comes 70:18
98:12 299:11
317:8 325:8
344:20
comfortable
337:19
coming 117:4
140:7 282:4
comma 53:15
54:3 55:7,13
61:20 62:6
73:10 77:24
78:5,7 278:17
commencing
1:17
comment 49:18
52:16 68:1
131:7 137:17
253:14 279:15
340:4 342:3
347:4
commenting
85:9
comments 83:13
83:19 84:2,4
210:1 250:14
266:19 335:24
Commerce 2:3
COMMITTEE
2:2
common 259:21
259:23 260:2
268:19 316:10
316:10 327:3
commonly
70:23 309:23
330:24
communicating
307:20
communication
44:13 363:11
communicatio...
44:9,15

community
287:1,20
company 307:7
compare 47:3
318:2
compared 200:1
337:10
comparing
86:19 215:22
263:16
comparison
236:5
compelling
193:20 373:5
compensation
292:11
complete 107:16
108:2 110:8
112:4 113:5
123:15 137:13
143:13 209:7
290:13 353:5,5
382:6
completed 40:3
45:4 194:2
completely
255:7
completing
22:16
completion
39:21 43:7
294:23 303:5
complex 73:3,4
73:12,13
106:23 107:8
172:17 210:8
265:3 348:2
complexities
105:23
complexity
107:5
compliance
101:21
complicated
107:3 320:14
complication
363:8

Case 3:16-md-02738-MAS-RLS     Document 33123-3     Filed 08/22/24     Page 792 of 972
PageID: 240999
Shawn Levy, Ph.D.

Page 403

complied 100:13
comply 100:17
component 26:7
  99:6 100:22
  118:10,11
  127:8,19
  128:15 129:16
  136:15 150:4
  151:1 152:10
  168:3 169:11
  171:8,14
  242:18 262:1
  262:19 263:3
  315:15 316:24
  317:2 320:9
  321:7 347:1
  363:23 366:8
  382:3 385:6
  388:13
components
  94:3 126:24
  127:22 135:18
  136:17 137:7
  137:14,16
  151:7,12
  153:23 154:18
  210:18 211:9
  234:16,21
  243:6 344:16
  352:20 353:3
  355:3 380:22
  382:1,6 386:20
  386:21
composition
  147:8,22 148:8
  148:15
compound
  37:12 232:20
  235:3
compounding
  177:4
compounds
  235:11 367:11
comprehensive
  91:6 102:22
  103:17 104:5
  104:11,19

108:6,10,13,23
  125:6 127:7
  145:10 177:22
  301:5 348:19
comprehensiv...
  223:13 224:1
comprising
  330:19
computational
  121:7
computer 11:16
  30:9
con- 106:3
conceded
  200:10
concentrating
  361:11
concept 70:6
  96:17 225:12
  289:10,20
  319:1
concepts 68:18
  178:24
concern 197:7
  378:23
concerned 312:4
concerning
  119:17,18
concerns 173:18
  206:4,12
  224:12 228:4
  255:3 301:7
  312:2
concert 53:10
  106:11 115:12
  244:10
conclu- 138:2
conclude 32:11
  35:16,17 153:7
  158:21 200:23
  238:2 261:2,4
  265:14 267:9
  276:1 281:23
  282:23 283:17
concluded
  110:12 185:18
  194:15 195:20

199:6 203:14
  222:19 250:15
  265:14 355:5
  363:13 373:17
  390:12
concludes
  187:20 206:17
  223:16 275:14
  281:20
concluding
  204:17
conclusion
  27:19 31:18
  35:16 111:13
  117:20,23
  118:17 137:21
  137:22 140:7
  150:14 160:1
  160:16 186:10
  201:4 202:1
  203:20,22,24
  204:8,9 205:18
  215:13 253:22
  259:6 283:4
  304:9 319:23
  374:2 382:14
  382:17 385:4
conclusions
  30:22 32:15,17
  36:8 87:11
  111:6 112:16
  126:5 138:15
  138:19 139:4
  159:12 173:16
  174:5 204:5
  216:16,17
  219:11,18
  220:16 233:17
  268:12 276:23
  279:3,13,13
  283:23 284:15
  305:6 366:21
  375:11 381:20
conclusive 205:9
conclusively
  189:5 215:7
condition 107:9

190:5 299:9
  323:16 345:6
conditions
  196:15 215:12
  216:6 277:2
  285:11 314:4
  317:15 340:3
  369:9
conduct 120:18
  194:17 196:8,8
  223:9 231:23
conducted
  143:22 204:8
  213:5 373:2
conducting
  231:10
conference 97:5
confidence
  279:18 280:6
  280:14 281:3
confident
  299:20
confidentiality
  310:3
confirm 99:24
  145:13
confirming 52:5
  273:5
conflict 270:21
  299:14,16,21
confusion
  308:19
Congress 3:4
connecting
  178:24 276:15
  278:1
connection
  13:15 17:15
  25:13 58:21
  93:12 100:14
  120:19 192:17
  193:7 223:6,14
  252:23 275:17
  293:12 304:22
  305:11
connective
  362:20

consequence
  318:9
consid- 173:2
consider 58:5,23
  70:2 97:15
  109:10 111:6
  138:9 149:1
  167:17 188:15
  192:11 193:6
  200:14,20
  209:13 224:1
  243:1 250:4
  252:23 282:3
  284:20 286:9
  289:8 294:1
  297:7 304:22
  305:12 309:2
  336:13 343:16
  344:14 361:8
  372:2
consideration
  123:9 286:14
  305:3 365:12
  372:22 373:1
considerations
  146:23
considered
  13:15 24:21
  58:3 96:8
  111:10 168:22
  181:12 188:17
  192:17 200:18
  200:19 202:20
  219:9 249:12
  284:23,24
  292:8 295:6
  336:1 373:11
considering
  97:12 227:13
  283:16 365:4
  382:6
considers
  126:23 284:11
  388:7
consistent 15:8
  87:2 275:5
consisting 203:6

Shawn Levy, Ph.D.

consists 112:12
consolidate
  106:10
consolidating
  75:18
constituent 94:3
  95:8 126:24
  127:22 135:18
  136:15 137:7
  137:13,16
  151:2,7,11
  153:23 154:18
  234:15,15
  352:10,20
constituents
  114:5 139:3
  150:21 243:2
constraints 32:8
consult 58:20
  69:14
consulting
  101:10,14,20
consumer
  138:12,14
  196:13 197:21
  198:1 236:3
contact 17:7,13
contain 20:10
  24:1,16 86:3
  127:14 131:9
  141:14 146:5
  150:6,7 235:6
contained 12:5
  13:3 15:5 20:6
  22:20 39:12
  96:23,23 97:4
  97:8,19 124:6
  130:14 136:21
  208:5 211:7
  231:11 256:14
  282:5,11
  286:15 334:1
  389:14 393:8
containing
  371:3
contains 21:5
  61:18 62:4

63:13 126:12
  126:19 145:24
  150:12 193:4
contaminants
  137:12 138:21
  198:2
contaminated
  128:21
contaminating
  154:1
contamination
  126:7 129:8
  130:8 131:4,13
  131:24 132:19
  132:21 133:5
  133:11 151:6
  278:19
content 23:20
  45:1,12 74:24
  79:6 85:10
  90:11 102:5
  116:3 121:23
  122:1 131:4,24
  295:13 339:4
  377:5 385:22
  386:1
contents 48:4
  85:14 102:11
  208:2
context 54:17
  66:5 70:13
  81:16 82:1
  128:16 225:13
  225:15,22
  349:11
continuation
  243:12 265:10
continue 77:17
  78:8 107:12
  182:6 248:18
continued 3:1
  5:1 6:1 239:24
  240:1 243:10
  244:6,6 245:23
  264:20 312:14
continues 136:2
  200:9 234:14

295:12
contr- 206:23
contracts 98:13
contradictory
  268:16
contradicts
  206:23
contrary 373:17
contrast 76:10
  76:11,16 77:4
  77:10,14 78:4
  139:1
contribute 71:4
  242:10 353:12
  387:12
contributing
  37:4 262:21
contribution
  172:1 353:16
control 214:15
  323:7 348:4
controlled
  374:22 375:2
controlling 92:4
controls 128:9
  192:10 200:13
controversial
  264:4
conversation
  68:1 101:8
  106:4
conversations
  18:8 291:2
  292:12
convey 44:13
convincing
  194:16 196:6
copied 58:11
copies 15:21
copy 13:21,23
  16:11 19:12
  30:8,16 44:3
  47:2 48:21
  83:4 84:23
  141:22 191:3
  312:21 368:4,7
core 104:18

156:2
corn 150:1
cornstarch
  145:7 148:17
  148:21 149:1
  149:15 150:1,3
  150:7,12
Corollary
  321:16
correct 10:5
  20:2,3,8 22:22
  31:16,19 34:14
  35:5,6,21,22
  36:22 39:13,14
  41:11 46:17
  52:11 54:8,12
  55:2,15,16,18
  55:22 56:1
  57:7 61:1
  64:15 67:20
  70:21 73:15,16
  74:15 78:16
  80:4,11 81:10
  81:19 84:9
  85:16 87:15
  88:12,13,14,15
  90:1,2,4,16
  92:11 93:23
  94:12 95:18
  96:10 97:1,2,5
  97:6,9 99:15
  102:22,23
  107:13,14,17
  109:11 113:17
  115:8 116:9
  118:2 122:14
  122:17 132:13
  133:8 134:18
  135:8 136:10
  137:3,6 142:17
  142:19,23,24
  144:6,7 151:17
  152:2 156:22
  157:1,4,8
  159:19 160:10
  160:21 164:20
  167:5,6 169:1

169:15 170:15
  172:21,22,24
  173:1 180:3
  185:20 187:9
  188:3 194:9,12
  195:10,18,19
  201:22,23
  202:3 203:20
  203:24 211:18
  211:24 214:19
  215:8 218:19
  218:20 219:18
  219:19 222:20
  223:17 229:11
  237:23 239:5
  240:10,16
  241:19 244:20
  244:21 247:8
  261:12 262:17
  264:17 265:22
  265:23 269:22
  271:9,14,15
  274:6 280:8
  287:15,16,21
  290:12 293:8
  309:15 310:14
  310:15,17
  316:16 320:7,8
  321:13 322:10
  322:22 326:13
  326:14 327:4,5
  327:8,13,14,16
  328:2,21,22
  329:3,15 330:9
  330:10,12,13
  330:21 331:13
  331:14,18,19
  332:16,17,19
  332:24 333:11
  333:16 335:4,5
  335:8,9,13
  337:5,6,14
  338:14,15,17
  338:18 340:10
  343:5,22,23
  344:2,3 346:1
  346:2 347:13

Shawn Levy, Ph.D.

347:14 349:6,7
351:4,5 352:7
352:8,11
354:15 358:11
363:16 373:12
373:15,20
375:1,6 391:9
392:4,6 393:7
**corrected** 64:10
64:22
**corrections** 64:8
64:20 393:5
**correctly** 53:17
54:5 55:9 64:6
76:6 184:22
192:21 212:11
273:8
**correlation**
222:24
**corresponding**
84:17
**cosmetic** 177:7
386:6
**COUNCIL** 3:11
**counsel** 2:2 3:7
3:11 7:13
15:12,23 16:8
17:3 18:7,8
19:5 20:17
23:1,1 27:24
28:5,9 38:13
39:16 41:17
42:2 43:3
44:10,15 66:2
82:20 185:11
193:24 275:23
291:3,8,12,14
291:20 292:7
292:12,15
293:2 358:24
359:20 368:4
372:12,17
378:8 380:16
383:3 386:12
391:12
**counseling**
323:21

**counted** 47:23
**counter** 297:1
**couple** 11:7
224:11 236:1
280:1 369:22
**coupled** 224:8
**course** 12:13
32:14 33:2
35:14 74:22
90:14 101:6
123:7 131:6
137:15 163:12
183:4 293:20
298:2 370:5
**court** 1:1 3:22
7:15 10:1,12
10:20 11:2
182:2
**Coussens** 5:15
75:7,12 76:2
76:15 77:14
79:7 80:3,22
**Coussens'** 75:22
76:5
**cover** 313:3
**covered** 313:4
**create** 114:5
**created** 16:12
**creates** 174:22
175:5
**creating** 164:19
**creatively**
308:16
**criteria** 108:12
143:18
**critical** 164:23
172:9
**critique** 195:17
200:8
**critiques** 200:14
300:21 379:4
**Crowley** 40:13
40:14,19,22
43:2,8 45:3
371:13 386:13
386:17,19
387:15 388:18

389:13,16,18
**Crowley's**
371:11 387:18
387:23 388:1,8
**CRR** 3:21
**current** 53:8
101:21 107:7
160:4 169:6
171:7 180:10
260:4 319:14
331:6 333:7
**currently** 99:3
108:3 309:19
336:21
**curve** 249:6
**cycle** 323:7
**cyclooxygenase**
268:5,18,18
269:10 270:14
270:19
**cysts** 368:21
**cytokines**
238:23 316:5
349:5

_____
**D**

**D** 2:8 4:1 5:1 6:1
**D.C** 3:13
**Dallas** 2:8
**damage** 73:1,10
77:15 78:6
106:9,10
113:24 115:1
164:19 171:21
172:12 189:20
239:21 242:23
242:23 243:9
244:4,5 246:13
246:16 248:17
315:3,5,12,17
315:24 316:4
344:8,16
353:20 354:5
**damaging**
314:23 316:6
381:9
**data** 85:22 95:22

193:16,19
224:16 240:18
245:12 256:13
260:4 268:1,11
268:16 273:5
279:6 319:5
354:19 373:6,6
**date** 1:18 7:5
40:22 41:1,1,3
41:6,10,23
42:5,6,10,17
42:20 43:7
85:2 310:2
359:3
**dated** 16:9,10,17
39:12 83:5
84:6 358:21
359:7
**dates** 42:14
**dating** 92:1
373:3
**day** 142:11
172:16 303:14
389:20 393:9
**days** 45:22 47:8
**dealt** 99:11,14
**death** 212:16
327:2
**decades** 242:22
**December** 5:21
18:23 19:19
20:5 23:17,23
43:9 83:5 85:1
85:13
**decision** 311:7
**DECLARATI...**
393:1
**declare** 393:3
**declared** 201:1
**decrease** 212:20
214:17 215:2
349:4 359:21
360:22 361:13
361:15
**dedicated**
308:22,23
**defect** 344:11

**defective** 343:12
**defects** 334:24
**DEFENDANT**
2:13 3:2
**defendants** 8:17
**Defense** 90:24
91:2 271:2
**defer** 114:20
134:10 148:14
157:22 223:1
233:11 247:2
254:15 262:9
285:21 354:6
370:2 371:12
378:24 383:24
384:5,6 387:18
**deferring**
127:20 371:20
**define** 138:6
167:7 201:17
346:22
**defining** 257:24
355:3
**definition** 139:3
139:13 150:5
172:10
**definitions**
317:1
**degree** 44:12
290:22 291:12
291:16 390:2
**deletions** 393:6
**delighted** 326:4
**delineate** 138:23
177:12 244:2
244:21 247:22
**delineated**
139:22 235:24
244:9 247:7
**delineating**
240:6 246:15
**delineation**
165:15 352:16
**delving** 314:17
**demonstrated**
322:14 324:20
354:20 376:14

Shawn Levy, Ph.D.

demonstrating
375:24
denied 312:10
denying 195:16
deodorant
139:17,23
145:16
deodorizing
139:13 145:6
department
90:24 91:2
311:8 312:15
departure
312:18
dependency
215:21 247:21
247:21 248:22
dependent
134:15 135:7
136:9 149:9
156:10 227:19
385:5,12
depending
154:17 316:3
317:10 324:7
349:4,10
depends 258:22
348:3
deponent 7:12
deposed 8:5
10:4
deposition 1:14
4:13,14,15,17
4:19,22 5:2,6,8
5:10,12,14,16
5:20,22 6:2,4,6
6:8,10,12,16
6:18 7:7 8:11
9:24 14:9,10
14:11,22 15:7
15:14 16:4,8
19:4,7 21:14
22:24 23:2,3
30:13 33:7
39:18 49:22
59:7,11 72:3
75:14 82:19,23

142:2 185:9
190:16,20
192:24 208:7
208:11 218:9
218:13 249:21
270:22 271:2
301:18 302:16
326:18 367:21
367:22 390:12
depositions 9:11
derived 294:24
describe 48:11
79:10 115:17
129:4 135:17
137:17 140:23
160:6 263:17
289:20 365:20
described 9:10
36:8 37:16
56:11 87:9
114:18 129:18
131:1 140:19
147:7 149:16
180:11 181:5
199:22 204:11
234:23 240:9
242:5,13
247:11 366:8
375:12 376:10
377:17 384:13
describes 48:20
86:24 143:16
360:10
describing 56:8
61:12 62:15
128:17 129:4
131:14 162:1
266:18 360:13
384:12
description
61:13 65:8
141:14 176:15
187:15 198:22
219:22 230:15
design 32:9,14
194:17 196:7
209:18 228:4

designed 129:23
251:11
desirous 393:6
detail 53:7
114:16 137:18
244:24 254:14
263:17 314:16
339:16
details 157:9
184:1
detect 258:24,24
detected 189:24
detecting 256:7
379:10
detection 184:23
227:9 255:4
determin-
229:22
determination
97:21 149:10
151:14 153:4
196:19 198:8
198:11 199:1
228:13 230:4
251:3 377:7
determine 59:6
132:21 140:3
155:17 203:8
271:20 337:17
379:1
determined
193:19 340:20
342:18
determining
155:18 318:4
347:1
develop 27:1
56:18 57:2
95:8 111:18
151:8 164:9
175:16 289:19
290:8,14 292:3
293:3,11,16
322:7 323:13
381:19,20
developed 48:19
151:10 173:5

288:9 323:15
385:4
developing
95:17 96:20
282:10 290:18
322:15 324:21
336:22,22
338:12,22
339:23 340:6
340:15 341:17
344:24 350:21
382:14
development
52:21 60:11
123:7 178:13
178:19 179:2
238:10 242:11
269:20 275:16
276:3 278:17
279:8 282:1,24
284:3 346:5
347:11 350:5
350:18 364:7
366:5 375:9
devoted 89:24
90:3,7
diabetes 95:24
diagnosis
106:22
dice 320:21
dichotomy
285:1
die 322:1 361:5
diet 318:17
difference 57:10
81:9,12,19
147:14 177:6
317:21 318:5
387:22
differences
185:4,5,6
different 24:19
47:6 58:7,13
81:4 82:1 94:6
98:20 108:11
115:7 144:10
147:4 154:17

163:12,16,17
176:23,24
177:1 185:3,4
197:23,24
198:15 201:21
204:8 212:7
213:1 236:2,9
247:7 248:4
259:17 262:16
265:2 277:2,4
294:8 315:8
317:1,14
329:23,23
330:19 346:9
360:14,15
366:8 378:6
differentiate
308:10
differentiates
247:17
differentiating
275:10
difficult 47:21
174:7 217:22
223:24 224:13
320:1
Diplomate 1:19
391:19
direct 33:11,11
33:18 51:2,7
60:2,9 63:21
63:24 72:6,12
72:19 75:21
76:6 99:23
167:20 171:19
180:13 194:14
203:2 237:24
243:7 250:12
272:18 275:23
276:19 291:14
293:8 314:10
314:23 342:7
350:24 353:15
372:20 375:17
directed 51:18
181:5
directing 78:3

Case 3:16-md-02738-MAS-RLS    Document 33123-3    Filed 08/22/24    Page 796 of 972
PageID: 241003
Shawn Levy, Ph.D.

Page 407

291:10 374:1
**direction** 170:8
**directions**
119:24
**directly** 107:22
108:18 163:6
171:1 173:12
179:6 180:16
218:3 228:2
240:3 314:6,23
315:10,11
319:22 353:20
**dis-** 212:17
**disagree** 113:20
116:14 173:16
197:9 202:6
203:23 204:1
212:17 213:2
245:5 278:23
283:22
**disagreement**
197:3
**disclose** 100:21
102:13 300:2
**disclosed** 97:7
101:6 257:5
297:18 298:1
300:6 309:20
310:2,6
**disclosure**
100:11,19
101:5,19
102:19 298:12
298:23 299:3
**discontinued**
163:15
**discover** 120:17
131:3,23
132:19
**discoverable**
292:7,10
**discovered**
123:14
**discovery**
291:22
**discuss** 44:14
93:13 238:7

244:23 268:4
285:22 314:16
320:4 340:1
**discussed** 102:1
106:5 129:15
153:24 172:16
179:13 180:7,8
185:17 186:14
187:12 189:3
205:24 208:4
209:6 216:15
226:11 227:4
227:23 237:22
279:15 282:8
287:13 295:4
298:9 303:6
304:11 336:6
342:24 359:6
363:20 365:6
374:15 377:16
379:20 382:1
385:3,7
**discusses** 24:17
**discussing** 19:13
21:21 23:10
79:4 175:8
181:21 189:20
193:5 200:8
201:14,22
205:14,15,24
206:15 220:7
226:6 237:18
242:6 245:11
247:14 258:9
262:18 263:8
264:3 267:5,18
269:18 277:11
277:24 280:12
281:20 293:23
295:2 296:22
296:24 303:5
325:9 350:10
353:17 365:5
370:16 388:6
**discussion** 9:24
97:16 143:12
166:10 233:3

238:1 254:15
265:14 274:15
289:5 291:21
297:19 319:11
339:22 359:19
359:23 360:2
361:22 362:22
378:13
**discussions** 9:22
74:8 92:21
138:21 146:10
154:6 197:4
243:5 266:20
291:13 315:9
365:23 387:7
**disease** 95:23
106:1 107:3
224:2,7 244:13
246:19 256:6,6
260:17 261:1
265:7,10
271:13,21
272:8 274:4
275:11 276:17
276:21 277:23
282:21 283:4
284:6 324:7,9
327:2 347:2
348:17
**diseases** 96:1
277:17
**disorder** 265:3
**displayed** 361:9
361:10
**dispute** 100:1
254:21
**distention** 363:7
**distinction**
115:1 171:5,16
191:8 196:22
244:16
**distinguish**
200:4 317:16
317:20 352:9
**DISTRICT** 1:1
1:2
**diversity** 91:8

106:18 154:15
154:15 162:9
184:21 198:14
**divide** 61:21
62:7
**DNA** 60:17,24
61:16 62:2
64:1,7,8,9,19
64:20,21 73:1
73:10 76:17
77:15 78:5
242:24 314:24
315:2,5,12,17
315:24 321:11
323:6 344:7,9
344:17 353:20
355:10 381:9
**DNA-damaging**
243:7
**Docket** 1:9 7:11
**Doctor** 11:6
14:5 15:24
16:12 17:22
18:13 19:3
20:19 21:11,19
22:16,23 24:9
27:13,17 30:16
30:18 31:4
33:4,15 35:23
36:10,20 37:8
37:20 38:3
44:18 47:15
50:6,21 57:23
59:10 60:21
61:7 64:11
66:21 71:14,24
73:17 74:14
76:8 78:4,14
80:1 81:18
82:18 84:19
85:12 98:3
104:3 105:19
114:7 126:11
132:7 133:6
135:12 137:22
138:5 141:11
141:22 142:10

158:24 159:16
163:24 164:9
166:15,24
168:24 169:24
170:12 171:13
174:17 184:8
185:16 186:2
186:22 187:5
190:8,13,19
191:14 192:1
192:23 194:7
195:3,7 197:14
198:5 199:6
200:8,23
201:20 202:11
202:23 203:2
204:6 205:18
207:5 214:16
214:24 216:1
219:23 221:9
221:23 229:2
236:17 237:4
237:16 241:24
246:20 249:24
250:12 253:4
255:6 261:21
266:22 268:10
269:14 272:18
274:17,19
276:4 278:14
279:19 280:13
281:6,18
286:23 292:1
301:23 302:1
302:10 304:3
304:14 305:11
357:8 360:9
361:18 373:18
374:12 377:1
382:18 390:7
**doctors** 89:23
**document** 1:7
4:20,23 19:5
21:10,13,20,24
22:14,24 83:21
142:5,10,12,15
142:18,21

Case 3:16-md-02738-MAS-RLS    Document 33123-3    Filed 08/22/24    Page 797 of 972
PageID: 241004
Shawn Levy, Ph.D.

Page 408

193:7 200:7
206:24
**document's**
193:9
**documentation**
102:17 119:9
**documents**
13:15 14:23
39:16 68:15
82:20 352:23
**doing** 267:4
381:23
**dollars** 100:24
**dose** 159:10,12
160:10,15,21
160:24 162:11
212:23 215:22
215:23 275:3
360:5 361:3,12
**dose-dependent**
360:23
**dose-response**
249:5,5
**doses** 180:14
211:18 212:21
215:21,22
360:16
**dosing** 176:23
**double-check**
241:4 271:24
**Double-sided**
60:7
**dozen** 43:19
**Dr** 5:21 7:12,24
8:5 15:20 18:8
29:9,22 32:18
40:14,15,19,20
41:12 43:2
44:9 49:4,7,13
49:21 50:10,18
50:24 51:1,18
53:13 54:8,12
55:2,6,18,24
56:15,16 68:22
72:6 76:15
77:9,14 83:6
83:21 84:16

85:18 86:12,23
87:12 88:4,11
93:16 110:3
111:6,14 116:6
117:8 122:21
125:15 130:7
158:14 168:11
170:9 177:21
179:22 180:10
181:8,13,15
183:20 203:23
204:16,16
247:3 260:19
272:15 285:22
286:3,6,10,13
286:15 288:22
291:6 292:12
296:24 297:11
298:1,7,12
299:15 302:12
302:17 307:4
357:3 359:11
362:22 363:18
368:9 369:23
370:12,18,24
371:11,13
372:8 374:17
376:12 383:4,7
383:12 384:2,6
384:8,21
385:16 386:13
386:17,19
387:15,18,22
387:23 388:1,8
388:18 389:13
389:16,18,19
389:21
**draft** 4:20 5:3
19:14 23:8
45:24 46:4,10
46:24 47:5,6
47:11,16 49:6
**drastically**
318:18
**draw** 32:14
215:13 253:22
**drawing** 174:5

278:3
**drive** 3:8 12:16
12:20 13:3,9
13:15 40:12
**drug** 299:9
**drugs** 268:21
269:16
**due** 101:2
163:10 185:4,5
266:13 267:19
270:18,18
**duly** 7:19
**dur-** 233:1
**duration** 146:23
152:10 159:13
160:20 161:3
163:3 228:19
230:18 233:2
234:5 275:4
360:5,6
**dust** 200:13

_____
### E
**E** 2:1,1 3:1,1 4:1
5:1 6:1 391:1,1
392:1,1
**earlier** 16:22
22:12,14 35:13
37:15,16 42:21
45:9,11 54:24
74:7 86:16,20
87:3 106:3,3
127:17 140:12
153:24 168:12
172:16 180:8,9
180:19 184:2,3
185:8 186:14
198:21 216:15
224:4 226:11
243:4 258:9
259:9 263:14
263:16 266:20
277:24 282:8
287:5 291:21
301:11 302:12
303:6,14
321:23 335:6

350:9 352:4
357:7,11
361:21 363:20
365:6,23
367:14,15
370:6 382:1
**earlier-cited**
183:5
**earliest** 184:4
**early** 17:7 92:1
176:1,16 190:1
306:4 324:2,4
**EASTERN** 1:2
**easy** 125:18
**eBay** 383:13
**EC** 328:19
331:13,21
332:14
**edit** 71:4,11
**editable** 74:23
**educated** 198:13
198:18
**effect** 96:4,5
112:21,24
113:2 114:17
140:19 148:9
163:13 165:14
176:8 213:11
213:14 217:24
232:1,21 233:2
234:13,20,23
235:14 239:20
239:20 243:7
269:15 270:18
314:6 323:2
349:17 369:7
381:9,11
**effective** 269:8
**effects** 4:24
21:22 34:2,11
34:13,23 35:4
95:23 129:22
136:20 165:11
176:5 239:19
315:13 317:24
320:10 349:10
355:6 362:4

382:3,4,5
**effort** 99:4
**eight** 61:10
**eighteen** 32:7
**either** 35:18
39:16 107:21
127:1 131:20
131:20 162:2
163:20 167:12
167:20 171:19
181:24 240:3
244:9 253:7
300:21 387:3
**electronic**
102:18
**electronically**
40:2
**elevated** 273:4
**elevation** 183:13
**elicit** 172:24
205:6 264:9
**elicits** 281:22
**ELLIS** 3:8
**elucidate** 221:1
**elucidation**
249:3
**email** 5:21 14:18
17:1,13 44:2,6
83:5
**Embassy** 1:16
**EMMEL** 2:5
**employ** 117:3,19
118:16 140:6
188:15 220:8
282:3
**employed**
141:15 143:2
150:13 204:7
**encodes** 343:18
**endeavor** 143:3
231:12
**endeavored**
177:5 276:7
277:4
**endo-** 331:12
**endogenously**
318:3

Case 3:16-md-02738-MAS-RLS    Document 33123-3    Filed 08/22/24    Page 798 of 972
PageID: 241005
Shawn Levy, Ph.D.

Page 409

endometrial
205:4
endometrioid
328:19 331:12
331:22
ends 330:11
engage 103:5
engagements
101:20
enhance 242:11
enter 255:7
enters 249:9
250:19,24
entirely 8:21
321:6
entirety 339:2
entities 111:11
111:13
entitled 5:11
28:9 59:12
60:10,14 271:3
326:12
entity 308:12
entry 16:16
18:23
enumeration
148:7
environment
106:12 115:8
164:20 172:13
174:22 175:6
240:4 243:14
320:15,16
environmental
322:16
EOC 328:14
epidemiologic
33:20
epidemiological
220:5
epidemiologist
88:18 288:19
288:22
epidemiologists
157:23 224:18
257:11
epidemiology

108:20 120:6
122:5 144:21
145:14 146:24
148:22 152:9
157:21 160:1
166:7 173:4
222:19 223:1,7
223:10 225:1
233:11,14,24
254:13,15
256:2,15
262:10 284:14
288:4
epigenetics
319:3
epithelial 6:14
24:18 205:8
206:8 207:2
259:17,20
260:9,21 271:5
282:22 305:23
328:2,13
epithelium
31:13
equally 58:12
equate 171:9
equipment
308:22
equivalent
299:8 320:20
errors 62:20
63:2 64:7,9,20
64:22
Eslick 220:6
Esquire 2:4,5,11
2:15,18,21 3:5
3:9,14
essential 162:19
163:23
essentially
167:18 212:22
288:9 361:5
establish 140:16
established
116:18 117:21
118:1 140:17
161:23 168:4

174:11 221:12
221:24 222:15
226:23 314:15
323:4 347:12
347:17 348:21
establishing
121:2,13
140:13
estimate 132:20
et 10:1 25:3
98:10 130:15
226:7 230:19
234:18 258:13
365:6
ethical 224:12
228:4 300:3
ethically 298:2
Ethics 100:7,18
100:20 101:18
ethnicity 340:21
etiology 107:16
224:2 268:23
273:1
evaluate 151:5
230:4 353:2
354:3
evaluated
209:14 231:1
287:21
evaluating 5:23
117:7 142:6
181:13 200:15
202:12 210:17
evaluation 8:21
101:15 192:12
205:16 222:6
230:16,20
231:10 234:2
379:9
event 174:1
189:19 265:4,6
323:14 324:4
324:12
events 106:11
264:22
evidence 5:23
26:24 31:5,7

31:11,14 33:21
110:12 113:11
113:15,21,23
114:8,15 119:8
119:14,15,17
120:23 129:10
129:12,15,16
129:21 140:15
142:7 162:13
164:20 165:21
166:1 167:14
175:9 177:15
181:16 186:2
187:12,18,19
187:21 188:2,9
190:9,24 192:5
195:8 197:9
199:4,21 200:6
200:20 205:10
220:19 229:17
242:2,8 244:1
244:11 247:1
249:11 250:15
253:18 256:3
257:18 258:3
268:11 278:18
281:21 284:21
305:13 306:3
306:15 312:12
314:10 321:1
338:20 349:15
351:10 353:15
355:8 363:15
364:21 365:1
evidence-supp...
140:20
evidenced
193:15 224:24
276:16 323:17
evolution 265:5
ex- 135:23
275:11 361:10
exact 54:7 55:1
56:12 85:2,10
176:9 327:11
347:3
exactly 51:23

52:4,6,7,11,15
54:11 80:20,22
234:3 334:4
examination 4:2
7:22 95:22
307:2 357:1
372:6 389:11
examine 96:3
136:20 157:21
160:14 224:1
228:1 234:7
365:8,24
examined 7:20
119:24 159:10
177:15 231:7
270:7 375:11
examining
138:10 177:22
198:19 204:12
225:6 234:6
377:5
example 38:15
62:15 77:17
78:7 101:10
122:12 123:2
129:23 143:1,1
143:5,14
144:14 145:1,8
174:8 176:3
177:17,21
240:22 321:12
321:22 324:18
325:12 326:7
340:18
examples 123:6
168:19 183:18
315:19 316:12
322:12
exception 82:4
exceptions
392:4
exchange 355:9
exclude 275:12
excluding 380:4
380:5
exclusive 259:19
260:7 339:24

Case 3:16-md-02738-MAS-RLS    Document 33123-3    Filed 08/22/24    Page 799 of 972
PageID: 241006
Shawn Levy, Ph.D.

Page 410

exclusively
  262:21 336:10
excuse 20:21
  27:12 33:13
  55:11 73:5
  76:19 79:14
  88:8 135:10
  152:17 158:5
  167:10 170:7
  193:24 197:16
  225:21 236:12
  250:10 251:21
  272:12 291:10
  291:10 302:21
  345:4 369:24
  389:10,17
EXECUTED
393:9
exemplary
  143:17
exercise 210:23
exhaustive
  364:24
exhibit 4:13,15
  4:17,19,22 5:2
  5:6,8,10,12,14
  5:16,20,22 6:2
  6:4,6,8,10,12
  6:16,18 14:9
  14:11,22 16:4
  16:7 19:4,7
  20:4,9 21:5,14
  21:18,24 22:8
  22:11,14,16,19
  22:24 23:3,7
  23:13,16,18,22
  24:1,15 30:12
  30:13 33:6,7
  38:4 39:18
  48:2,4,14 49:2
  49:20,22 50:9
  59:7,11,23
  60:2,13 72:2,3
  75:12,14,22,24
  76:6 82:19
  83:4,4,23 84:3
  84:5,8,10,11

86:17 87:3,15
96:24 97:4,8
97:19 122:9
141:24 142:2
143:21 144:6
181:6 185:9
190:16,19
192:23,24
208:7,10 209:1
218:9,13
249:21 250:1
270:22 271:2
275:21 326:17
326:18,21
327:8 357:12
359:14 361:20
367:21,22
372:8
exhibiting
  379:16
exhibits 4:12
  82:23 83:3
  185:12 357:9
exist 116:2
  168:9 383:22
existence 44:7
exists 205:2
  318:15
exogenous 323:1
exogenously
  318:1
exome 310:7
expand 365:22
expanded 46:7
  85:23 87:8
  373:2
expect 257:17
  258:2,14,18
  259:7,13
expected 268:23
  270:18 273:2
experience 10:9
  109:23 119:10
  366:19
experiences
  169:14
experimental

25:4 32:9,13
196:14 209:18
281:21 314:10
experiments
  87:1,7 365:7
  383:9
expert 4:16 5:9
  8:13 40:8,18
  41:11,20 42:15
  43:12,15,20
  44:23 46:9
  48:1,14 49:1
  49:20 50:9
  52:18 54:21
  57:13,17 63:12
  69:15,18 72:7
  74:12 85:15
  93:24 100:14
  102:4 114:21
  129:2 134:10
  135:24 148:15
  181:9 219:22
  223:2 235:5
  245:7 247:3
  256:23,23
  257:10 266:1
  285:22 288:3
  288:13 295:3
  296:10,16
  297:7 352:17
  385:15
expertise 371:24
experts 39:23
  40:4 52:24
  127:21 201:1
  233:11 254:16
  262:10 295:16
  295:23 296:1
  354:6 383:24
explain 70:12
  94:16 118:7
  204:6 238:13
  278:11 321:6
  360:9
explained
  268:17 315:21
explaining

244:24 269:5
explanation
  49:11 56:3
  361:11,14,15
expose 320:15
exposed 56:19
  57:2 99:22
  153:2 156:11
  161:8 200:4
  205:7 206:7
  207:1 253:6
  258:16 259:14
  321:8 322:8
  338:12,23
  340:7,15 344:2
  345:12
exposes 159:17
exposure 94:2
  95:9,10 96:5
  96:16 113:2
  114:4 121:4
  146:20 150:20
  154:7 156:1,6
  156:16,17,21
  156:24 157:7
  157:13 159:8
  160:4 162:3,3
  162:5,7,15
  163:3,4,11,13
  163:15 164:18
  164:21 165:5,7
  165:15,19,20
  166:2,5,9
  176:22 177:6
  177:24 178:10
  178:24 179:10
  183:8 196:15
  199:7,12
  204:14 206:2,6
  211:14 214:13
  218:2 224:8
  226:5,7,10,12
  226:13 228:19
  228:22,23
  229:20,23
  230:5,14,18
  233:7 234:18

235:12,15
240:4,8 248:3
248:5,23 252:4
252:7 253:15
253:16 254:12
256:17,21
259:9 261:17
277:12,22
289:24 304:12
320:16 322:16
323:2 324:22
325:8 344:24
360:4 361:13
374:9,23
375:16
exposures
  107:21 119:2
  226:2 252:8
  313:14
express 269:10
expressed
  120:12 389:22
expressing
  270:14
expression
  268:4,17
  333:14
extend 235:2
extended 283:2
extending 210:6
  232:24 252:3
extends 108:24
extensive 79:5
exterior 304:15
external 314:24
extracted
  213:17
extramural
  109:16
extramurally
  300:5
extrapolating
  210:12 236:8
  285:12
extrapolation
  214:7

Case 3:16-md-02738-MAS-RLS    Document 33123-3    Filed 08/22/24    Page 800 of 972
PageID: 241007
Shawn Levy, Ph.D.

Page 411

**F**

**F** 3:13 391:1
**facility** 104:18
**fact** 74:6 79:7
  103:4 106:5
  130:3 135:22
  154:20 173:17
  175:13 181:12
  188:8 197:8
  202:13 204:22
  215:15 219:17
  252:6 265:24
  268:10 269:23
  271:8 273:17
  274:5 276:18
  294:7 298:11
  300:17 305:7
  320:4 323:14
  358:13 364:13
  370:18 382:20
**factor** 114:18
  260:24 286:18
**factors** 77:19
  78:10 107:21
  110:24 172:2,2
  276:7 277:5
  319:8 343:1
  369:11
**facts** 106:4
  167:13 168:1,5
  168:6 327:23
  329:7,20
**factual** 74:9
  79:10 81:5
  140:17 168:19
  329:21 331:5
**factually** 162:14
**faculty** 89:8
  98:4,5,14
  101:12 103:9
  103:24 310:21
  312:14
**fail** 77:24 78:11
**failed** 373:5
**fair** 10:6,10,11
  18:13,16 20:4

22:19 23:19
28:15,17 32:3
38:5 54:21
85:12 88:5,18
89:13 91:14
95:2,16 99:11
99:12 104:3
109:4 161:19
163:21,22
189:10 210:13
214:3,3 217:19
218:5 251:19
263:20 299:18
306:21 312:10
312:11 342:5
357:22 361:2
379:5 381:16
383:8 384:5
388:2
**fairly** 100:24
  108:22 162:8
  338:2 365:7
**fall** 46:5 297:6
**fallopian** 199:23
  304:16 305:22
  306:2,5
**familiar** 10:8
  49:5 75:9 89:6
  89:12 96:16
  100:8,10 103:1
  109:19 124:22
  173:10 192:20
  193:9 249:19
  306:6 375:21
**family** 345:21
  346:6,11,14,21
  346:23
**far** 13:11 48:21
  92:21 121:19
  126:2 152:11
  179:3 183:9
  186:17 198:11
  198:19 199:24
  214:6 234:12
  263:10 284:7
  299:15 312:7
  318:4,24

341:20 348:3,5
**fascinating**
  97:22 154:13
  198:18
**fashion** 57:15
  115:15 143:18
  228:2 374:22
**fat** 362:19
**FDA** 6:5 111:7
  161:24 192:15
  193:11,16,18
  194:11,15
  195:11,15,20
  196:1,11 197:2
  197:8 200:7,9
  200:23 202:8
  203:4 204:5,10
  204:17 205:2
  205:19 206:4,5
  206:14,17,22
  226:24 305:8
  357:12 359:1,7
  373:11,17
  384:16
**FDA's** 192:11
  192:18 200:8
  201:24 202:12
  203:12,22
  204:9 357:20
  358:2 372:9
**feature** 350:24
**features** 328:17
**federal** 29:16,20
  291:22
**feel** 190:13
  241:8 313:13
**female** 192:7
**Ferguson** 3:5
  4:5 301:21
  303:13 306:23
  306:24 307:3,5
  314:8 317:3
  320:2 321:4
  322:4 325:10
  326:8,20 328:5
  328:8 329:9,14
  330:3 332:3,6

332:12,22
334:10,16
335:19 336:24
337:23 340:16
341:10,22
342:8,15 343:2
345:9,18 347:6
349:18 350:11
351:17 353:6
354:8,14 355:7
355:17 356:4
356:10 389:7
**fiber** 129:9
**fibers** 129:20
  235:7
**fibroid** 368:21
**fibrosis** 30:24
  250:17 363:1
  363:10
**fibrous** 305:5
  355:24 371:3
**field** 116:24
  154:13 234:12
**fields** 284:13
**Fifteen** 191:6
**Fifth** 2:17
**figure** 159:3
  212:2,3,5,5
  213:3 214:24
  232:8 360:3,9
  360:10,12
  361:9,10
**figures** 211:20
  212:5
**file** 40:24 42:5,6
  44:7
**files** 13:11,12,14
**filing** 373:3
**final** 21:24
  45:14 46:17
  47:7,11,12
  63:21 87:21
  272:24 369:23
**finalized** 45:21
  45:23 47:4
  97:13
**finalizing** 46:8

371:5 372:2
**Finally** 281:18
  305:11
**financial** 100:10
  100:18,20,22
  101:18
**find** 32:22 37:24
  53:22 63:17
  66:6 68:21
  69:4 143:4
  235:5 257:1
  273:17,24
  288:5 304:7
  339:5 363:15
  368:14,20
  378:3 380:9
  383:12
**FINDEIS** 2:11
**finding** 120:22
  141:13 250:3
  271:20 275:5
  279:19,23
  280:10 281:6
  281:12 284:20
  304:23 384:2
  384:20
**findings** 29:23
  173:10 188:16
  188:17 192:2
  192:11 195:6
  210:7,11 220:9
  254:22 282:4
  282:15,19
  371:1 374:13
  375:20 383:7
  383:10 388:1
**fine** 42:8 170:5
  194:2 237:3
  352:1
**finish** 79:23
  152:17 158:11
  158:17 197:16
  236:16,18
  274:20 292:17
**finished** 194:1,1
  197:17 202:23
  274:19

Shawn Levy, Ph.D.

Page 412

**finishing** 301:20

**first** 7:18 10:9
  16:16,20 17:1
  17:13 19:18
  20:5 22:11,16
  23:16 31:5
  51:2,11 60:22
  61:11 72:7
  75:23 76:7,22
  77:1 84:15
  98:2 116:22
  142:9 168:8
  184:9 189:18
  189:19 191:22
  191:22 192:4
  193:6 221:10
  221:18 226:22
  239:20 246:21
  252:22 264:1
  285:4 307:22
  328:24 330:5
  362:22 366:4
  366:10 368:12

**fit** 266:16
  267:22

**five** 236:23
  237:2 309:9
  311:9 362:9,17
  387:24

**fix** 79:17

**flag** 50:3

**flaws** 194:17
  195:21 196:1,7
  197:2,18

**Fletcher** 84:15
  87:6,12

**Flip** 60:7

**FLOM** 2:20

**FLW** 1:7

**focus** 88:20 99:3
  114:14 156:3
  197:13 228:20
  231:5,7 232:22
  233:5 277:3
  301:3

**focused** 8:21
  353:4

**Focusing** 274:22

**folks** 64:14
  89:22 173:4
  195:11

**follow** 146:1

**follow-up** 357:3
  389:5

**followed** 173:4
  173:19

**following** 174:2
  266:12 294:23
  328:17 329:20
  330:4 392:4

**follows** 7:21
  53:13 55:6

**footnote** 74:4

**foregoing** 391:4
  391:8 393:4,7

**foreign** 239:10
  239:10 248:14
  250:16 254:23
  257:2,19,24
  258:15 266:14
  267:20 362:8
  362:14,16

**foreign-body-...**
  205:6

**form** 13:6 22:3
  25:22 27:21
  29:16 31:21
  32:5 34:16
  36:5,15,24
  37:12 43:23
  45:7 46:12,19
  48:10,16 49:15
  52:13 54:14
  57:19 58:1
  59:3 61:3,9
  62:13 63:9
  65:5,23 66:2
  66:16 67:2,10
  67:22 68:13
  69:2,7 70:10
  71:8 73:2,11
  74:17 78:18,24
  80:6,13 81:1
  81:21 86:10

87:10,17 88:8
89:16 90:6
91:16,22 92:17
93:8,22 94:14
95:4 97:11
103:19 104:7
105:13 107:19
110:16 113:8
113:19 116:8
116:11 117:12
118:4,21 120:9
122:6 124:1,4
125:2,24
126:16,22
127:16 128:23
130:11,23
131:16 133:4
134:8 135:10
135:13 136:12
137:5 138:18
143:7 144:2,13
144:24 145:19
146:8,18
147:17 148:1
148:20 149:5
150:17 151:19
153:10 155:4
155:15 157:3
157:17 159:5
159:21 160:12
161:12 162:24
164:13 169:17
170:17 173:15
174:20 175:18
177:10 178:8
178:22 180:5
183:23 185:22
188:5 189:12
190:12 191:2
191:18 192:14
195:23 199:10
200:17 201:6
202:5 203:18
205:21 206:21
207:9 209:5,16
210:15 213:13
214:21 215:10

215:19 216:5
216:24 217:21
220:13 221:7
222:22 223:19
225:3,17
226:21 227:22
228:16 229:14
230:7 231:4,16
232:12 235:21
238:17 239:7
240:12,21
241:21 242:16
243:22 245:4
246:24 247:10
248:8,18 250:6
250:10,22
251:7,21
252:15 253:10
254:6 255:10
255:20 257:21
258:6,20 261:7
261:14 262:5
263:22 264:24
266:4 267:1,13
269:2 270:3
271:17 275:20
276:13 279:10
280:17,21
281:9 282:7
283:20 285:17
286:12 287:3
287:23 289:1
289:12,17
290:21,24
291:3 293:14
294:5,19
295:19 296:4,9
296:12,19
298:15 299:1
302:21 303:2,8
303:8,20
304:18 305:2
306:9,17
310:11 314:1
316:21 318:11
320:13 321:10
324:24 325:21

329:5,12,17
332:21 333:2
333:23 335:15
336:4 337:16
340:12 341:15
342:3,23 345:4
345:15 346:20
348:8 349:13
350:8 351:7,13
352:14 354:2
354:11,23
355:12,22,24
357:24 358:10
359:5 360:1
361:7 362:8
363:3 364:17
365:16 367:2
369:19 370:10
370:21 371:8
373:14,22
374:5 375:8
376:3,18 377:3
377:15 378:6,8
378:10 379:7
379:19 380:12
380:20 382:12
383:1 384:10
385:1,20 386:8
388:4

**formal** 9:24 85:4
  87:8 205:16
  227:24 233:14
  295:5,7

**formation**
  173:24 242:21
  348:2

**formed** 179:24

**forming** 18:14
  24:21 44:23
  110:2 111:5
  121:17 129:13
  146:13 147:20
  173:3 176:13
  199:5 250:8
  291:23 374:13
  384:21

**forms** 168:10

Shawn Levy, Ph.D.

**found** 17:20
30:20 122:20
124:16 144:5
159:23 160:1,2
161:2 162:4,16
176:4 187:12
188:2 202:8
204:2 219:11
221:4 252:12
271:12 272:8
273:11,15,20
274:8,23 301:4
306:5 319:4
378:19
**foundation** 65:9
181:4
**four** 40:12 53:21
57:16,20 58:5
65:19 309:9
331:23,24
360:23
**fragile** 325:7
**fragment** 60:21
**fragrance**
352:12,21
371:12,14,17
386:20
**fragrances**
126:20 134:3,4
134:17,24
135:7 136:1
137:14,15
146:11 154:1
235:14
**frame** 101:3
**frank** 31:14
187:21
**free** 190:13
241:8 313:13
**French** 213:17
**frequency**
146:22 160:20
161:4
**Friday** 1:11
**front** 11:7,15
12:2,15 13:3
13:18 14:6

30:19 68:3
141:22 312:22
357:9
**full** 31:5 33:13
33:19 39:4
51:2 72:7,20
76:7,22 77:2
103:23 112:11
121:22 122:1,1
203:3 205:1
243:2 274:14
330:5
**function** 62:21
63:3
**functionally**
299:7 343:11
**functions** 61:19
62:6
**fund** 109:8
**fund-** 65:6
**fundamental**
52:22 53:7
57:12 61:12
62:16 65:13
68:17 74:9
79:11 81:6
91:18 106:4
173:18 183:15
185:6 226:1
233:6 329:7,19
348:15,16
**fundamentally**
105:5 174:8
185:1 217:5
263:12 294:8
**fundamentals**
74:13 168:14
**funded** 108:17
109:3 296:24
297:11 300:5
**funding** 89:9
90:21,22 98:12
98:12 109:7
298:7 299:4,11
300:2,5 312:3
**funning** 300:10
**further** 160:6,6

162:18 203:1
306:22 322:5
326:11 328:1
363:8 369:1
372:5 379:9
389:3,8 390:5
391:11
**furthermore**
190:2 197:1
**future** 97:24

**G**

**G** 392:1
**gain** 319:20
**Gates** 182:22
183:14 208:6
**GC1a** 360:21
**GCA1** 360:21
**gene** 51:13,13
51:20 53:9
55:7,14,20
56:17,24 60:10
64:9,21 217:15
260:2 313:8
321:23 322:6
322:14,20,22
324:20 325:6
326:2 333:13
333:14 334:6
335:18 336:17
346:17
**gene-dependent**
321:12
**general** 70:17
101:9 102:3
105:16 106:21
113:1 115:19
116:21 117:6,9
118:9 152:11
169:21 170:18
171:3 199:3
202:6 210:5
217:7 224:4
259:4 316:2
323:3 337:12
338:1 355:23
363:24 365:20

371:21,22
**generalizations**
172:18
**generalizing**
172:15
**generally** 8:19
70:22 167:15
175:12,13
207:13 243:17
263:18 286:24
297:3 311:5
323:15 330:7
330:18 336:9
344:15 349:2
**generate** 218:1
354:16
**generated** 215:8
**generation**
182:1,9 200:11
209:9 211:4,23
212:7,21
214:12 215:17
216:3 236:7
318:7
**genes** 61:18 62:4
64:7,19 217:10
310:9 321:22
329:23 331:2
331:17 332:15
336:7 338:9
339:20 340:22
346:4 347:11
347:18,23
348:6,16,20
**genetic** 51:3
53:14 54:2
56:10 62:2
106:8 320:5,23
323:21 328:17
329:22 330:8
331:1,1 345:23
346:13 347:1
347:10 348:2
348:11
**genetically**
213:23 214:5
216:20

**geneticist**
119:10
**genetics** 88:17
318:17 320:15
326:13 345:20
346:23 348:14
**genital** 265:17
267:15
**genome** 73:3,13
88:21,23
309:18,21
343:17
**genome-wide**
343:13
**genomic** 8:22
308:1,11 309:5
**genotoxic**
354:20 355:5
**genotoxicity**
355:1
**geographic**
198:15
**germane** 65:10
252:5
**getting** 38:3
152:23 233:22
242:4 270:5
297:22 321:7
336:9,20
389:20
**giant** 250:16
**give** 19:20 27:16
38:14 122:4
124:17 144:14
184:19 214:17
215:7,16 216:2
284:16 303:24
326:6,7 351:24
368:16 369:24
**given** 9:11,16
32:9 33:3
68:16 90:17
92:13 103:24
123:20 140:5
152:20 163:9
172:6,7 174:4
180:13 192:5

Case 3:16-md-02738-MAS-RLS    Document 33123-3    Filed 08/22/24    Page 803 of 972
PageID: 241010
Shawn Levy, Ph.D.

Page 414

234:21 246:11
258:10 259:4
284:18 293:10
299:17 301:9
321:13 327:18
347:16 348:12
377:23 389:15
391:10
**giving** 106:15
187:7
**glutathione**
183:15
**go** 9:5 53:19
55:11 56:23
61:15 67:24
75:5 120:22
139:8 140:19
141:13 166:13
171:24 236:21
238:7,13 260:2
267:19 290:18
301:15 313:1
313:13 327:24
330:14 338:7
339:11 343:3
348:5
**goes** 221:1 291:2
299:7 331:16
332:15
**going** 28:10
41:19 55:4
56:14 79:20
82:11,11
152:18 158:5
161:6 166:17
177:2 236:12
237:9 259:12
265:1 301:19
302:3 307:10
309:8 339:2
349:19 356:16
356:19 357:8
**Golkow** 7:4
**gonna** 14:8
28:19 39:2
41:18,18,22
42:13 64:4

208:10 219:5
236:15 312:24
312:24 357:5
**good** 7:24 8:1
79:16 267:7
307:4 312:7
321:22 341:20
**Google** 121:10
**GORDON** 3:3
**gosh** 9:2
**GOTSHAL**
2:14,17
**government**
4:20,23 19:13
21:21,21 90:20
90:22 300:17
**grade** 196:13
197:21 328:19
330:7,18
**grant** 108:18,23
109:5 300:14
300:15
**granted** 312:9
**grants** 91:3
98:13 300:18
**granulocytes**
316:6
**granulomas**
362:9,16
**graph** 360:12
**great** 42:24
237:7 263:17
288:5
**greater** 148:9
161:23 192:10
345:11
**greatest** 361:4
**ground** 10:7
**group** 58:5
87:12 89:8
180:10 192:9
200:5 323:20
**grow** 61:20 62:7
106:13
**growth** 77:20
78:10 106:2
348:5

**growth/survival**
77:19 78:9
**guarantee**
338:10
**guaranteed**
321:14
**guess** 109:22
119:23 253:3
255:2,2 326:17
335:21 362:11
383:17
**gynecologic**
327:2,3 370:3
**gynecological**
340:3
**gynecologist**
370:3

———————
**H**
**half** 98:22
309:10
**halfway** 266:12
**hallmark**
316:18
**Halperin** 2:21
**Hamilton** 5:7
25:3,16,18
26:3,9,14 27:8
27:8,14,19
29:23,24 30:18
31:19,22 32:1
32:6,17,23
34:6,12,22
35:4,7,11,14
181:21,21
182:16 185:7
185:17 186:2,4
186:7,9,22
187:9,11,16
188:16,18,21
189:7,14
191:10 207:19
361:20,23
362:2 374:13
**Hamilton's** 35:1
**hand** 14:8 16:11
19:3 20:17

59:15 135:21
249:20 301:20
303:12 306:22
**handed** 16:9
19:6
**handing** 20:19
21:17 22:23
33:4 50:8
59:10 75:11
82:18 218:12
249:24 271:1
**handy** 192:22
**happen** 255:17
**happened**
333:19,19
**happens** 251:4
**happy** 10:24
**hard** 13:21,23
30:16 44:3
**Harper** 182:22
241:11
**head** 43:18
123:24 347:22
**heading** 327:12
**heal** 77:24 78:11
**health** 5:24
107:11 108:21
109:11,13,15
110:1 111:7
142:8 258:12
384:16
**healthcare**
308:7 309:14
**healthy** 317:11
**heard** 17:1
**hearing** 307:12
391:10
**heavy** 127:14,22
133:7,11,18
136:9,21 137:3
137:14 154:2
234:18 352:21
353:7,12,16,18
380:21 381:3
381:15 382:3
**held** 1:15 7:7
297:4 310:18

363:21
**Heller** 6:11
249:16 250:13
252:11 254:22
378:2,11 379:5
379:12 380:8
**Heller's** 249:12
250:1,3
**help** 47:10 232:7
240:4
**helped** 201:16
**helpful** 83:7
135:5 140:24
141:2 198:6
229:2
**helps** 127:23
385:9
**Henderson**
304:4
**hereditary**
345:5
**heterogeneity**
258:11
**high** 322:2
323:22 328:19
**high-** 322:23
**higher** 183:16
212:21 260:5
335:2 336:22
348:1
**higher-risk**
336:17
**highest** 361:12
**highly** 105:8
**hired** 8:16 91:10
93:3 95:15
96:7,17 102:14
**histologic**
259:17
**histological**
329:8,20
378:23
**histopathologi...**
259:2
**historical** 371:1
**historically**
177:16

Shawn Levy, Ph.D.

**history** 284:11
284:11 345:22
346:6,11,14,23
368:21 383:17
**hoc** 101:19
**hold** 21:3 115:9
138:3 145:15
189:23 286:8
363:18 364:6
388:20,23
390:1
**holds** 288:14
**hopefully**
308:19 349:21
**hormones**
313:15
**hour** 79:20
158:6 236:13
**hours** 17:23
18:14 19:2
47:14,18,20,23
**HudsonAlpha**
88:21 89:2,3
89:18,22,23
98:1,3,8 100:7
100:11 101:22
101:23 102:6
102:12,20,24
103:11,16
109:4,9 287:15
299:13 307:24
308:3,13,16
310:22 311:13
311:23 312:6
312:16
**HudsonAlpha's**
100:18 101:12
**Huh-uh** 41:17
**Hulfish** 2:14
**human** 128:8
182:12,13
184:23 190:3,5
196:15 201:2
209:20,23
210:8 214:7
217:15 218:6
222:5 225:8

227:6 249:9
253:5 254:3
365:9 376:11
379:22,23,24
380:7,8,9
**human-based**
375:13
**humans** 166:7
185:1 210:12
351:10 364:21
365:3,13
374:19,22,24
375:6 376:7
**hundred** 338:4
**hundreds**
100:24
**Huntsville** 1:16
1:17 7:8
**hypothesis**
32:18 36:11
116:7 235:9
289:21 294:3,9
**hypothesized**
278:15,16
**hypothetical**
155:5 166:12
257:22 258:7
294:14

---

**I**

**IARC** 305:3
366:22 367:3
367:10
**IARC's** 304:23
**idea** 17:19
**identical** 51:19
54:20 55:17
56:1 57:7,17
57:20 58:9
61:24 63:2,13
65:2,16,20,24
66:6,7,13,22
67:8,18 68:21
69:4 73:18
74:5,15,20
78:16,22 80:3
80:11,18,19

82:6 327:20,21
329:2 332:19
**IDENTIFICA...**
14:12 16:5
19:8 21:15
23:4 30:14
33:8 49:23
59:8 72:4
75:15 82:24
142:3 190:17
193:1 208:8
218:10 249:22
270:23 326:19
367:23
**identified** 55:23
82:20 121:22
156:20 159:9
185:8 187:9
190:7 207:19
207:22 249:17
275:4 323:21
347:18 388:19
**identifies** 200:10
387:15
**identify** 11:8
19:10 23:6
24:11 83:7
193:20 301:7
348:14 373:5
**Illinois** 3:9
**illustrate** 106:7
114:15 211:2
324:2
**illustrated** 314:6
**Imerys** 3:2
307:5,6
**immune** 34:3,11
34:24 35:5,9
35:10,11
181:22 185:6
188:20,23
240:2 244:9
248:16 251:1
350:24
**impact** 130:21
**impairs** 344:9
**importance**

117:15 216:16
**important** 52:15
57:10 114:24
115:1 137:2,8
191:7 215:2,22
248:1 266:10
274:12,20
298:6 300:1
319:9 346:24
348:18 351:1
**importantly**
197:2 201:7
215:20 269:4
272:3 274:11
277:9 308:10
**impossible**
217:1
**in-depth** 365:7
**Inability** 344:18
**inadequate**
110:12
**inappropriate**
106:15 114:14
256:19 259:5
**inarguable**
129:19 162:1
**incessant** 351:3
351:6
**incidence**
268:22
**incidences** 192:7
**include** 45:19
69:23 92:2
124:7 125:11
139:12 146:22
148:17 168:8
178:10 200:12
219:24 220:4
310:6 326:1
341:6 359:8
365:11 383:17
**included** 36:7
45:12 73:21,22
83:13 85:23
87:11 91:23
118:15 126:6
129:6,6 138:15

139:10 146:19
146:21 148:21
150:5 157:20
195:17 205:13
212:9 226:23
254:10 289:4
347:2 352:6
358:7 387:8
**includes** 86:1
137:10 153:22
328:14
**including** 19:2
71:6 78:15
79:11 91:9
92:23 105:21
107:24 116:21
118:9 119:8
138:11 168:10
201:16 206:3
219:21 234:16
236:2 263:5,8
263:15 279:14
314:4 320:16
352:12,20
388:8
**inclusion** 31:2
188:21 197:20
274:13 385:2
386:23
**incomplete**
155:4 189:17
204:22 257:21
258:6 269:4
**inconsistent**
268:11
**incorrect** 265:11
359:3
**increase** 160:5
211:3,17
212:19 214:12
214:14 238:3
238:22 239:22
275:4 314:3
324:5 336:8
337:12,13,22
338:22 345:11
349:3 362:7

Case 3:16-md-02738-MAS-RLS    Document 33123-3    Filed 08/22/24    Page 805 of 972
PageID: 241012
Shawn Levy, Ph.D.

Page 416

increased 5:18
    83:11 84:14
    160:3 166:2
    182:9 212:23
    254:12 256:16
    265:17 267:16
    273:3 275:1
    276:20 278:11
    279:16 321:3
    322:23 336:14
    337:10 344:1
    344:23 346:18
    347:19 369:8
    369:10
increases 110:13
    181:24 338:11
    340:6,14 345:6
increasing 160:3
    160:3 211:18
    233:19
ind- 233:16
independent
    115:12 229:19
    230:14 246:3
    278:1 295:13
    325:3 385:5
    388:1
independently
    288:8
indicate 214:11
    274:9 277:15
    322:6 327:1
    347:8
indicated
    281:16 335:6
indicating
    337:22
indicative
    256:20
indicator 345:22
    346:12,15
indirect 167:20
    314:24 348:2
indirectly 240:3
individual 61:18
    62:4 159:17
    177:1 179:4,4

198:20 318:18
    320:19 325:4,7
    345:7,24 353:2
    353:3 386:21
individually
    58:4 67:4,13
    128:15 174:11
    277:17
individuals
    114:10 156:6
    174:23 258:11
    258:16 259:14
    284:5 319:6
    323:22 324:5
    334:20 347:9
    348:11,13
induce 188:13
induced 20:12
    179:17 363:1
induces 167:3
    178:11,18
    191:14 350:5
    350:18 364:14
inducing 350:5
    350:17
industrial 126:8
inert 255:8
inevitable 318:8
infer 256:19
inflamm-
    241:17
inflamma-
    381:3
inflammation
    6:13 20:11
    21:6 24:3,16
    24:17 25:19
    26:4,7,11,15
    26:17 27:9
    29:24 32:2,19
    32:23 36:1,21
    37:9 91:24
    92:10,14,22
    93:5,13,14
    94:3 102:8
    106:13 114:9
    114:13,16,22

114:22 115:2,6
    115:14,15,21
    116:6,7,17,20
    116:24 117:4,9
    117:15,20
    118:1,8,9,10
    118:19 119:1
    119:20 121:4
    128:4,12
    129:21 130:2
    135:19 136:6
    137:23 140:8
    145:17 146:6
    146:14 147:13
    147:21 149:3
    149:16 150:15
    150:22 151:12
    151:17,24
    153:8,16,18
    155:1,10,19
    156:1 157:8,14
    159:1,8,18
    161:10 162:20
    164:2,6,10,18
    167:24 168:3,9
    169:1,2,8,13
    169:14 170:14
    170:15,20
    171:4,7,10,12
    171:18 172:8
    172:11,12
    173:13 175:10
    176:17 177:14
    177:17 178:4,5
    179:1,1,11,17
    180:1,16
    181:18 182:18
    182:19 183:8
    183:20 184:12
    184:15 186:24
    188:14 191:15
    191:21 207:6
    207:14,18
    208:15 209:3
    211:12 219:8
    226:18 227:3,5
    229:6 230:23

235:4 239:5,15
    239:19 240:7
    241:2 243:19
    244:19 247:12
    248:4,6,13
    252:1,2,4
    258:3 260:10
    260:20,23
    261:4,5,12,22
    261:24 262:3
    262:14,19,24
    263:3,11,19
    264:5,20
    266:13 267:19
    268:24 269:19
    270:8 271:4,23
    272:20,24
    275:13,15
    276:2,8,10,16
    276:18,22
    277:16,21,24
    278:4,5,6,9,17
    279:7 281:24
    282:23 283:18
    283:24 284:2
    284:12 285:6
    285:10,15,24
    293:19 305:14
    306:15 313:16
    316:16,18,24
    349:3,4,9,16
    349:22 350:3,5
    350:17 351:3,7
    351:11 353:12
    353:14,16
    358:21 362:7
    362:17 363:15
    363:19,22
    364:6,14,21
    365:3,13 366:2
    366:10,11,12
    367:9 376:7
    379:11 380:17
    381:3,16 387:4
inflammatory
    37:17 77:19
    78:9 92:3

129:22,24
    130:4 136:20
    154:22 163:10
    165:8,18,20,22
    168:15 169:7
    169:11 170:24
    171:19 172:24
    174:12 175:7
    177:23 178:9
    178:11,18
    188:20,23
    189:4,8 192:4
    197:5 204:13
    205:7 206:2,7
    207:1 209:9
    211:15,16
    230:17 233:8,8
    238:8,23
    239:11 240:2
    240:15 241:17
    242:1,9,12,20
    243:10,13
    245:2,19,22
    246:1,6,7,12
    247:8,17,18
    249:10,15
    250:20 251:15
    252:13 253:7
    253:17,24
    255:13,14,21
    258:10 259:1
    259:10 260:13
    260:16 261:19
    264:10,16
    265:9 268:7
    270:6 271:13
    271:21 272:8
    274:4 275:11
    275:12 276:16
    276:21 277:2
    278:18 281:22
    282:17,21
    283:3 284:6,21
    289:5 315:2,23
    316:2,13 365:8
    367:13 374:18
    375:5,24 376:5

Shawn Levy, Ph.D.

376:10,15,21
377:12,22,23
378:18 379:2
379:17 380:10
380:23 381:10
385:8 387:12
388:15
**influence** 326:1
**influenced**
277:6 369:7
**info** 113:5
**infor** 118:10
**inform** 20:6
22:20 23:18,20
39:11 84:5
85:14,21
180:20
**inform-** 65:9
**information**
20:10 21:5
22:5 24:1,15
24:20 27:5
56:8 58:8 65:7
65:13 66:9
67:19 68:14
70:18 71:5,15
74:9,10 75:4
75:18 81:6
85:22 86:2,9
87:2 97:19
100:4 110:23
111:10 112:4
119:22 120:3
123:6,11,13
124:1,6,9
125:1 127:20
131:19 133:22
135:20 136:2
136:16 139:2
140:3 149:11
151:3 155:6,12
168:19,21
180:9 204:13
205:17 220:5
223:22 234:7
245:6,23 286:5
331:1,5 333:8

333:24 334:5,6
341:8 366:1
371:4 373:10
387:7 388:7
**informatory**
65:9
**informed** 83:20
**informing** 83:5
**infrequent**
104:23
**inhalation** 162:3
200:2 226:7
**inhaled** 199:19
200:5
**inherit** 334:20
**inheritance**
347:10
**inherited** 51:8
51:12,19 53:9
53:14 54:2
56:17,24 321:6
322:6,13
324:19 326:2
335:17 342:17
345:21 346:4
346:17 347:17
**inhibition**
270:19
**initial** 47:16,17
177:14 243:12
248:15 249:2
265:6,8 293:16
327:19 348:17
**initially** 47:20
**initiate** 242:13
243:20 253:8
**initiated** 77:17
78:7
**initiates** 239:15
**initiating** 265:4
**initiation** 117:1
117:16 118:11
156:1 204:15
260:17 262:22
263:6 306:1
348:17
**injected** 31:13

172:20 173:11
185:19 186:5
187:13 188:2
362:9,18
**injury** 163:10
171:20 238:22
317:12
**insert** 15:4
**inside** 61:16
251:14 317:8
317:17
**insight** 75:17
**instigate** 239:11
**Institute** 98:10
108:7,18 109:2
307:24
**institutes** 99:6
109:15
**institution** 98:6
98:9,15 101:9
101:21 299:12
299:17 300:16
312:18
**institutions**
104:1
**instruct** 44:14
292:15,24
**instruction** 63:2
293:1
**instructions**
61:19 62:5,20
**insufficient**
193:19 244:11
**insult** 78:6
171:20 344:7
**insulting** 235:8
**intact** 318:6
**integration**
95:22
**integrity** 318:5
**intending**
224:22
**intensity** 233:1
**interest** 299:14
299:16,21
**interested**
391:13

**interesting**
58:12 106:20
124:23 198:15
212:4
**interestingly**
223:20
**interpret** 213:1
**interrelated**
348:8
**interrupt**
272:13
**interval** 32:7
279:18 280:6
280:14 281:3
359:23
**intramural**
109:17
**introduce** 52:21
327:23
**introduced**
318:1
**introducing**
331:5
**introduction**
68:17
**introductory**
56:8 57:12
62:16 65:7
79:5 330:17
**invasive** 275:2
**inversely** 268:22
**investigate**
105:7 107:12
213:21,24
**investigated**
91:12 203:13
**investigation**
106:19 202:13
298:22 299:2
**investigator**
98:4
**investigators**
109:9 196:12
200:10 250:15
**invoice** 16:17
**invoices** 4:18
15:18 16:8,12

17:23 18:3,18
102:14
**involve** 103:24
**involved** 91:7
347:11 348:16
363:17 364:5
365:23 366:3
372:13
**involvement**
16:21 89:17
310:10
**involves** 99:5
**involving**
104:12 128:8
175:24 299:9
304:8
**iPad** 11:10
**irrelevant** 90:9
**irritants** 387:3
388:13
**ISI** 121:10
**isolation** 96:12
**ISRTP/FDA**
201:1
**issue** 342:5
381:12
**issues** 8:20
147:4
**it'd** 217:5
**It'll** 135:4
**Italian** 124:24
125:9
**items** 11:7 13:2
330:8,21

_____
**J**
_____
**J** 2:11 3:5
372:14,14
**J.D** 2:8
**Jackson** 2:7
**JAMES** 3:9
**James.mizgal...**
3:10
**January** 1:11
7:5 16:10
265:22 373:4
**Jennifer** 2:5

Case 3:16-md-02738-MAS-RLS    Document 33123-3    Filed 08/22/24    Page 807 of 972
PageID: 241014
Shawn Levy, Ph.D.

Page 418

16:24 17:2
**Jennifer.emm...**
  2:6
**JERSEY** 1:2
**Jewish** 340:20
**Johnson** 1:4,4
  2:13,13 7:9,9
  8:3,3 127:4,4
  127:13,13
  128:20,20
  129:6,6 130:9
  130:9,19,20
  134:5,18 135:1
  135:1,8,8
  138:11,11
  139:5,5 151:5
  359:1,1,20,20
  384:17 386:5
  387:16
**Johnson's** 134:5
  134:18 151:5
  161:7 384:17
  386:5 387:16
**joining** 310:22
  312:16
**journal** 25:4,9
  83:20
**journals** 121:8
**Jude** 323:20
**judge** 292:16,24
**Judith** 5:9 49:21
  50:10
**Julie** 3:18 7:3
**July** 101:2
  102:13

_____
**K**
**K** 2:5
**keep** 29:15 55:4
  56:14 170:2
  237:2
**KELLERT** 2:18
**Ken** 307:5 368:7
**KENNETH** 3:5
**Keskin** 35:24
**key** 209:24
  269:20

**Kferguson@g...**
  3:5
**kids** 71:6
**kin** 391:12
**kind** 88:1 307:9
  307:11,11
  308:7 375:3
**know** 10:17,24
  12:19 13:13
  17:10,17,18
  18:3 22:1 27:7
  35:23 36:10
  39:1 41:4,5
  44:22 49:4
  59:15 81:23
  88:2 89:20
  101:4 106:7,14
  106:14 108:15
  111:24 112:4
  115:15 121:5
  125:23 127:1,7
  128:18 129:19
  132:17 137:11
  138:5,12 140:1
  145:5 148:11
  154:10,18
  160:2 166:3
  167:14 168:14
  168:21 171:6
  174:3,13 175:1
  175:10 177:19
  178:1 181:8
  185:6 186:17
  194:2 197:3,18
  198:13,18
  200:19 201:8
  204:12,23
  209:23 210:4,7
  211:1,9,21
  214:4,6 216:17
  222:5 234:9,13
  235:23 236:4
  241:5 249:3
  252:7 253:21
  255:12,24
  259:2 265:4
  266:4 270:18

280:13,19
281:3 292:7
297:13,15
300:3 307:6,13
307:15,18
311:5 316:7
319:16 326:5
334:3 337:24
342:5 347:5
348:3 349:15
353:20 361:3
363:21 366:17
374:21 380:7
387:14
**knowing** 49:16
  110:19 144:17
**knowledge**
  12:17 64:16
  66:9 75:19
  99:23 102:3
  103:23 107:8
  107:21 110:9
  127:21 152:1
  160:4 171:7
  175:2 295:20
  329:22 331:6
  336:12 353:22
  392:4
**known** 17:6 73:3
  73:12 89:3
  107:6 140:17
  179:18 183:13
  242:22 248:13
  310:7,9 313:16
  313:22 314:2
  320:10 330:23
  385:8
**knows** 291:20

_____
**L**
**lab** 213:6,6
  308:10 309:8
  319:2
**label** 193:12
  203:9
**labeled** 209:22
**laboratories**

98:18,20 99:2
308:20
**laboratory** 89:1
  99:21 213:8
  308:1,11,12,17
  308:17,18
  309:2,3,6,7,12
  309:17,21
  310:4 318:20
**laboratory-de...**
  309:22
**labs** 99:14
**lack** 202:8
  216:17
**lacked** 194:16
**lacking** 201:11
  202:3 203:16
  204:19 206:19
  278:20 281:23
  284:22 373:20
  374:3,9
**lacks** 196:6
**language** 59:19
  62:15 65:15
  68:17 79:10
  82:5
**laptop** 11:16,21
  11:23 12:3,6
  12:15
**large** 26:23
  61:17 62:3
  69:21 73:2,11
  74:8 107:22,23
  115:24 119:23
  120:4 347:9
  348:20 387:2
**large-scale**
  220:2 348:11
**largely** 115:16
**larger** 161:1
  236:6
**largest** 99:4
**late** 85:2 322:3
  389:20
**late-** 172:7
**latency** 172:7
  186:18 224:2,8

234:6,10,13
256:5
**Lau** 181:20
  182:11 241:14
  376:11
**launch** 310:5
**law** 11:3
**lawyer** 122:2
  372:14
**lawyer's** 12:3,6
**lawyers** 17:9,16
  17:20 18:18
  19:20 84:18,24
  91:11 93:4,17
  95:16 96:8
  102:15 121:15
  122:4 123:21
  124:17 142:13
  142:21 143:22
  144:5 181:9
  256:22 297:11
**lay** 68:17 79:17
**layman's** 65:15
**layperson's**
  171:3
**LDTs** 309:23
**lead** 99:3 109:23
  115:4,5 117:10
  128:4 150:21
  162:20 166:2
  169:14 181:18
  188:3,24 189:5
  189:21 191:15
  201:10,18
  202:2 203:15
  204:19 206:18
  226:18 229:6
  261:17 335:2
  373:19 374:8
  381:15
**leading** 25:19
  37:4 64:10,22
  94:20 95:1
  106:8 111:19
  111:20 112:9
  176:6 207:6,14
  315:17 374:19

Case 3:16-md-02738-MAS-RLS    Document 33123-3    Filed 08/22/24    Page 808 of 972
PageID: 241015
Shawn Levy, Ph.D.

Page 419

375:5
**leads** 26:11 32:2
36:1,12 37:9
114:1 129:17
170:15 174:18
178:6 209:3
282:17 315:2
380:17 381:4
**learned** 352:19
**leaving** 311:17
312:13
**Leavy** 204:16
**led** 29:24 32:23
34:13 35:12
374:24 375:11
376:16 377:12
**left** 56:16 182:7
**Leigh** 2:4 16:24
17:2 332:7
**Leigh.odell@...**
2:5
**lend** 385:10
**length** 228:18
230:19 247:16
248:2,4
**lesions** 305:13
305:16,19
306:4,6,13
362:18
**lesser** 148:9
**let's** 12:11,14,14
15:24 49:20
50:20 53:19
55:4,11 56:14
56:23 59:22
61:15 63:20
71:23 75:5
82:9 86:22
141:24 147:19
169:23 170:2
197:13 272:7
326:11 334:13
342:1 343:3,20
348:22 352:2
**letter** 83:13,18
84:8 194:11
195:16 357:12

357:15,16,20
359:3,7 372:20
**level** 154:7,9
155:18 172:8
232:19 243:8
248:19 308:19
319:11 360:4
**levels** 258:12
**Levy** 1:14 4:16
4:18 7:12,17
7:24 8:5 15:20
18:8 29:9,22
32:18 44:9
72:6 88:11
93:16 110:3
111:6,14 116:6
117:8 122:21
125:15 158:14
170:9 179:22
183:20 203:23
204:16 260:19
272:15 291:6
292:12 307:4
357:3 359:11
362:22 363:18
368:9 369:23
372:8 374:17
376:12 387:22
389:19,21
392:3,22
393:16
**Levy's** 77:9
**LHG** 1:7
**Liability** 1:6
7:10
**libraries** 121:23
**lies** 363:12
**life** 318:13
**lifestyle** 313:14
318:17 319:8
319:20 320:16
**lifetime** 227:12
234:5 254:12
345:5 337:2,19
**lifted** 48:8,11
**light** 200:24
**likelihood** 131:7

224:19
**limita-** 290:19
**limitation**
160:13 189:14
212:14 276:14
292:2 293:10
377:19,20
**limitations**
32:13 186:13
186:15 190:4
210:3 214:6
290:17 293:2
**limited** 9:21
115:17 127:8
139:16 156:9
165:17 167:16
175:1 186:15
224:9 225:4,11
230:24 261:10
266:23
**Lin** 272:3
**line** 24:14
167:13 337:1
**linear** 160:21
**lines** 210:3,4
215:11 247:24
320:24 323:9
331:23,24
360:16,21,23
361:1 376:6
380:5
**link** 221:11,23
222:7
**linked** 179:11
278:16
**linking** 278:18
284:21
**Lisa** 75:7
**list** 12:24 13:10
39:4 40:8
122:9,13,20,22
330:20 348:19
387:23
**listed** 41:7 84:16
138:7 330:9
387:2,3
**listen** 135:4

**listing** 43:14
333:4,24
**lists** 386:23
**literature** 12:23
12:24 37:1
39:4 46:7,21
48:18,20 50:13
50:14 69:21
93:18 95:6,8
96:13,19
114:19 119:9
119:21 120:17
120:18 121:2,6
121:14,16
122:13 123:4,8
124:8 125:7,12
128:6 132:23
133:21 138:20
139:15 143:4
144:6,8 145:10
148:3 149:6
152:9 154:12
159:7 160:5
161:21 166:4
167:14,15
173:17 174:14
175:21 177:15
178:15 193:21
202:9,14,20
203:6,13 204:2
204:11 207:13
220:1 242:6
252:6 255:13
256:3 279:1
286:15 289:22
290:10 293:17
293:18 294:12
295:1 305:16
314:12 325:12
331:7 334:2
350:23 355:14
356:5,8 357:21
358:3,6 359:2
359:8 364:2,11
364:15 365:1
365:24 366:4
367:7 373:2,6

373:11 375:11
381:2,19,20
382:18,23
384:11 385:22
**literature-cited**
122:20
**litigation** 1:6 7:4
7:11 8:12 17:3
54:21 63:13
69:19 91:11
181:10 187:8
257:1,6 266:2
296:2 298:13
363:18 364:5
**little** 152:24
158:9 168:12
236:13,15
238:14 298:21
307:16,23
310:12 324:15
327:24 346:9
368:13
**live** 322:3
**lives** 227:10
**LLP** 2:7,14,17
2:20 3:3,8,12
**LNP** 275:2
**local** 238:22
**location** 232:20
**logical** 199:11
**Lois** 1:19 3:21
7:15 391:18
**long** 161:22
166:11 224:11
228:14 233:1
303:8 319:13
**longer** 106:21
158:10 191:10
212:23
**longest** 359:22
**Longo** 40:13,15
40:20 41:5,9
41:12 42:17
43:1,8 45:4,9
45:11,14,20,21
46:8,16 47:2,4
47:8 130:7

Case 3:16-md-02738-MAS-RLS    Document 33123-3    Filed 08/22/24    Page 809 of 972
PageID: 241016
Shawn Levy, Ph.D.

Page 420

370:7 383:4,7
383:12 384:2,6
384:8,21
385:16
**Longo's** 45:24
370:12,18,24
**longstanding**
161:22
**look** 20:14,16,21
20:24 29:2
30:6 38:1
50:20 53:12
64:7,19 71:23
75:1 110:3
122:8 123:22
124:13 128:11
145:6 160:17
160:20,22,24
175:21 177:15
186:16 204:24
214:24 221:9
229:4 236:3
248:13 256:5
266:8 272:7,9
276:7 277:4,9
301:16 302:12
313:5 325:14
326:11,15,24
327:10 328:23
330:4,15
331:15,20
334:13 337:9
339:16 343:20
348:10,22
350:19 351:19
355:15 357:19
358:5 360:8
362:21 369:1
372:19 386:9
**looked** 32:6
67:17 68:4
69:18,20,20
128:14 146:20
152:8 160:9
166:4 173:2
188:1 200:5
224:10 226:7

249:16 256:24
277:1 284:5
297:20 306:12
306:13 355:1
376:5,7 384:7
384:15
**looking** 24:8,13
29:10 30:5,18
31:4 33:17
42:16 58:17
60:20 63:23
110:23 132:7
179:14 181:19
181:24 182:11
202:24 213:14
233:21 252:16
265:15 273:21
280:4 293:17
295:24 313:7
325:11 338:19
348:1 351:23
362:4,11
368:15
**looks** 16:16
17:22 18:2
234:3
**loop** 303:11
**Loss** 64:1
**lot** 361:21
**love** 158:6
**low** 268:17
328:18 330:7
330:18 338:2,6
**lowering** 270:7
**LUNCH** 166:19
**lung** 4:24 21:22
106:22,23
165:19 176:5
176:18 234:13
**Lynch** 343:21
343:24 344:9
344:23 345:2,5
345:10,13

----

**M**

**M** 2:11,15
**M.D** 88:14

**machine** 391:5
**macrophages**
191:23 192:6
264:14 348:24
349:3,11
**magnitude**
236:7 247:21
248:5,20,24
258:15 259:11
361:4
**major** 99:3
275:16 276:2
281:24 284:3
304:9 317:7
327:2
**majority** 98:12
123:12 127:9
231:6 266:1
300:13 387:1
**making** 52:4
118:24 235:9,9
244:16 267:23
267:24 319:10
345:16 393:7
**malignancy**
243:15 327:3
**malignant** 114:2
115:10 169:5
169:10 243:15
328:14
**managed** 299:21
**management**
98:17
**manages** 299:16
**MANGES** 2:14
2:17
**manner** 52:22
140:21,24
**MANSUKHA...**
3:3
**manu-** 25:23
**manuscript** 5:3
5:17 23:8,9
25:24 83:6,8
83:18 84:19,23
85:5,13,14,23
86:2,5 87:8

302:13 303:4
363:6
**manuscripts**
370:15 376:9
**maritime**
213:17
**mark** 16:7 30:11
33:5 49:20
72:1 76:1
135:1 141:24
190:19 192:23
208:10 326:16
326:17 360:11
**marked** 14:9,12
14:22 16:5
19:4,8 21:15
21:17 22:23
23:4 30:14
33:8 38:4 48:2
49:1,23 50:8
59:8,10,23
72:4 75:11,15
76:5 82:19,24
86:16 87:15
96:24 142:3
185:8 190:17
193:1 208:8,24
218:10,12
249:22,24
270:23 271:1
301:18 326:19
327:7 357:12
367:23 368:7
**marker** 183:12
**markers** 128:12
177:23 179:16
179:18,19
264:19 319:4
**Marketing** 1:5
7:9
**marking** 16:2
367:20
**MARTIN** 2:8
**match** 68:9
**material** 132:23
180:15,16
291:23 296:6

367:4
**materials** 13:18
15:7,13,14,19
24:6 38:10,13
38:18,21 39:1
183:5 292:8
296:7,9 303:7
316:6 379:11
**math** 337:21
**matrix** 362:20
**matter** 7:8 18:7
22:17 23:19
25:13 232:1,9
307:6 370:4
391:4
**matters** 371:23
**maximum**
150:24 162:11
**Mayo** 5:11
58:20,23 59:5
59:12,19,23
60:3,13,15
61:16 62:11,19
63:14,22 64:5
64:14 65:3,20
66:10,14,23
67:19 68:9
69:5
**Mbarrie@bur...**
2:9
**MC** 328:20
**MDL** 1:9 7:11
22:20 40:4
46:9
**MEAGHER**
2:20
**mean** 53:16 54:4
64:9,21 70:4
70:16,18
108:14 112:20
119:13 120:15
121:18 125:16
139:19 167:11
187:5 245:21
262:2 264:9
272:12 277:21
296:1 317:19

Shawn Levy, Ph.D.

317:20 320:6
335:24 336:11
377:16
**meaning** 17:16
87:10 98:11
112:23 120:16
131:3 151:11
169:8 185:1
278:4 319:19
321:18 322:2
**means** 70:13
80:19 108:16
133:10 232:17
308:21 323:15
**meant** 131:22
**measure** 212:15
285:14 317:23
317:24
**measurement**
318:2 323:1
**measurements**
180:15 285:23
**measures**
212:16
**mech-** 232:14
**mechanism**
20:11 21:6
24:2 26:5
92:10,14 94:1
94:10 95:12
101:16 107:12
113:3 114:4
116:18,20
117:6 126:4,9
127:24 129:18
135:17 136:3,7
137:10 140:18
143:12 145:22
146:2 150:20
151:10 155:24
156:9,15,16,18
156:21 157:1
157:11,19
159:13 163:2
164:18 167:3,8
167:10,18,23
168:23 176:17

177:13 184:11
201:10,17
202:2,8 203:15
204:18 205:13
205:19 206:14
206:18 210:19
210:20 219:2
219:15 220:4
220:20 222:5
225:5,7,11
226:1,16 227:3
227:14,18
228:21,24
229:18 230:13
230:13,15,17
233:20 234:9
234:20 235:16
237:23 238:3
239:18 242:4
242:10,20
244:3,15
245:13 246:9
247:13,24
249:2 251:24
252:1,5 253:20
255:11 257:15
260:3,7,15
261:16 265:16
266:14,21,23
267:3,9,10,15
267:20 268:2
268:13 275:8
277:11 278:9
278:12 282:11
284:10 286:18
286:19,23
287:6,10,14,18
288:1,10 289:4
289:4,8,23
290:9,10,12,15
290:19 292:4
293:4,11,16
294:2,13,17
295:8 296:1,17
315:23 325:2,8
325:23 326:1
353:5 365:5

366:6,9,14
373:19 374:3,7
375:10 381:22
382:15 385:11
385:12 388:15
**mechanisms**
52:20 91:12
113:24 162:15
167:4 210:7
233:7 247:11
284:15 290:4,7
314:22
**mechanistic**
95:23 106:16
232:14 259:24
262:8
**mediated**
248:15,16
**mediator** 351:1
385:8
**mediators**
238:23
**medical** 97:4
172:19 310:14
**meet** 108:12
139:3 223:24
**meetings** 9:20
**Melville** 2:11
**member** 89:13
98:5 103:13
**members**
101:12 103:10
104:1
**membership**
91:4
**mention** 208:6
385:24
**mentioned**
84:12 99:11,14
113:4 115:10
139:5 148:22
176:8 179:5,14
182:8,22 184:2
207:10 208:11
260:1 263:14
321:22 339:9
342:12

**mentioning**
324:1
**Merritt** 6:13
271:3,9,19
272:4,7 279:5
279:11 281:19
282:4 283:10
283:12
**Merritt's** 284:20
**mesothelioma...**
174:1 176:7
**meta** 224:4
377:4
**meta-analysis**
5:4 23:11
161:2 220:2,19
224:17 237:22
256:15 265:21
376:13
**metabolomic**
319:4
**metal** 133:11
234:18 353:16
380:22
**metals** 127:14
127:23 133:7
133:18 136:9
136:21 137:3
137:14 146:11
154:2 352:21
353:8,12,18
381:3,7,15
382:4
**metastasis**
366:15
**method** 140:23
141:18 318:6
**methodologic...**
379:15
**methodology**
117:3,19
118:16 121:1
140:6,12,13
141:15 143:2,5
143:10,13,15
143:23 150:13
188:15 204:7

220:8,14
222:15 233:18
255:3 258:23
282:3 283:16
295:9 365:18
365:20,23
366:3,16
379:10
**methods** 87:11
141:10,14
143:19 220:16
378:23 379:12
**microenviron...**
77:18 78:8
**micrograms**
360:17,18
361:12
**micronized**
196:12 197:21
**microphone**
79:14
**mid** 322:2
**mid-'80s** 176:1
**middle** 72:13
233:24
**midway** 368:12
**migrate** 162:2
165:4 226:17
231:13 304:12
304:16
**migrates** 165:3
199:17
**migration** 162:6
162:7,14
199:22 227:1
304:24 305:6,8
**milieu** 106:8
108:2 137:16
235:13 369:8
**milliliter** 360:17
360:18 361:13
**mimic** 184:22
**mimics** 191:11
234:11
**mind** 9:16
105:19 147:8
171:13 184:13

Case 3:16-md-02738-MAS-RLS    Document 33123-3    Filed 08/22/24    Page 811 of 972
PageID: 241018
Shawn Levy, Ph.D.

Page 422

185:11 218:5
228:13 245:1
247:7 285:5
291:17 300:1
301:17 389:18
**mindful** 158:10
**mine** 10:17
141:5 371:24
**mineralogy**
384:1
**minerals** 383:21
384:4
**minimal** 162:11
**minimum**
100:23 150:24
229:24
**mining** 307:7
**minority** 127:9
**minus** 319:6
**minute** 182:3
**minutes** 79:21
158:6,7 236:13
236:23 237:3
349:21 356:17
367:16
**mismatch** 344:9
**Misrepresents**
53:5
**missing** 87:5
218:6 261:21
377:9
**Misstate** 175:18
**Misstates** 63:16
67:22 117:12
118:21 131:17
132:3 149:22
152:4 153:20
180:6 202:17
205:21 214:22
230:10 248:8
251:22 275:20
296:4 383:15
**mistake** 332:13
**mistaken** 342:10
**mitochondria**
316:9 317:9
**mitotic** 31:11

188:10
**mixture** 213:16
**MIZGALA** 3:9
**model** 32:8
184:5,21 186:9
186:10 190:2
267:22 268:7
304:9 350:4
376:5
**modeling** 185:3
**models** 24:18
120:1 350:10
350:13,16,23
351:2
**modest** 100:24
**modified** 41:1
**modifiers** 343:7
**modulate**
319:18
**molecular** 5:17
83:9 84:13
107:2 115:5
177:22 179:16
232:19 285:20
285:21 301:4
328:16 365:4
**moment** 31:7
45:18 52:3
113:4 129:15
148:23 175:22
208:12 252:17
272:6,11,14
303:24 326:5
369:24
**money** 300:20
**monitor** 134:24
**monograph**
366:22
**Monroe** 1:16
**Montgomery**
2:4
**month** 32:7
**months** 32:7
**Moorman**
288:18,22
**morning** 7:24
8:1 19:2 22:9

23:14 82:21
83:24 185:18
**morphologic**
328:16
**move** 304:3
352:2
**moved** 13:11
311:13
**mu-** 323:5
**mucin-16**
183:13
**mucin-coding**
331:17 332:15
**mucinous**
328:20
**multi-subunit**
73:2,11
**multiple** 358:7
**multitude**
113:23
**mutagenic**
77:16 78:6
238:24 355:20
356:2
**mutated** 217:15
331:2
**mutation** 53:14
54:2 56:10,17
57:1 64:8,21
242:24 313:8
315:3,6 320:5
320:21 321:2
321:14,17,20
321:23 322:6
322:13 323:5
324:19 325:5
336:11,13,20
339:7,24
340:22 341:19
342:18 345:8
346:17
**mutations** 51:3
51:13,20 53:10
55:8,14,20
60:10,17,23
260:2 313:17
314:11 320:19

326:2 334:20
335:1,7,10,12
335:18 336:1
338:9,11,21
340:6,8,14
343:9 344:9
346:4 354:21
**Myriad** 345:20

_____
### N
**N** 2:1 3:1 4:1 5:1
6:1 109:13
**N.W** 3:13
**name** 7:2 8:2,24
50:18 89:6,11
104:22 145:11
307:5 347:17
347:21 351:20
377:13
**name's** 49:5
**named** 89:20
308:16
**names** 127:3
**naming** 322:22
**NAPOLI** 2:10
**narrative**
362:13
**narrowing**
114:14
**narrows** 115:13
**nation** 99:5
**national** 99:5
108:7,18 109:2
109:15
**natural** 258:12
**nature** 8:10
98:11 202:7
234:21 377:23
**NCI** 108:6,14
109:8,10,12,13
109:17,22,23
110:3,7,11
111:1,4,7
**NCI-designated**
108:9,9
**nearly** 61:24
62:10 123:12

329:2 332:18
**necessarily**
26:12 66:8
103:22 109:12
115:12 163:7
164:6 169:9
174:9 250:20
253:6 258:21
264:21 270:4
270:20 325:24
339:23
**necessary** 50:16
94:21 114:5
118:11 153:17
155:17 163:18
165:12 171:8
180:11 184:13
222:12 243:14
246:18 252:8
363:22
**need** 10:23
20:16,21 21:10
27:22 30:6
42:13 69:10
157:1 170:3
172:1 190:14
218:3 237:1
254:2 272:6,11
272:14 276:14
313:13 322:18
379:8,9,9
**needed** 55:8,14
55:20 95:2
157:14 159:1
**needs** 162:7
**negative** 200:13
274:10 312:18
**neighborhood**
347:23
**neighboring**
165:7,16
**neither** 35:23
44:4 312:9
391:11
**neoplasia** 31:15
187:21
**neoplasm** 26:1

Shawn Levy, Ph.D.

30:21 31:3
187:13,16
**neoplasms**
328:15
**neoplastic** 25:19
26:11 27:10
30:1 32:3,23
33:2 34:14
35:15 37:5,9
185:18 186:4
190:9,24
363:14
**neurological**
96:1
**never** 92:9,13
311:22
**new** 1:2 2:11,18
2:18,21,21
193:20 318:19
373:5,6
**nice** 14:4
**nickel** 366:23
367:8,11
380:17,22
**Nicole** 84:15
**NIH** 111:8
**nine** 98:22 311:9
**NJ** 2:15
**Nods** 10:15
11:17 156:23
302:19
**non-asbestifor...**
197:10
**non-finalized**
47:1
**nonasbestiform**
383:22 384:4
**nonasbestos**
197:20
**nongenetic**
343:1
**nonlitigation**
296:15
**nonpapillary**
31:12
**nonprofit** 98:9
**nonresponsive**

269:12 270:15
**nonsteroidal**
268:21 269:16
**normal** 62:21
63:3 209:20,23
217:4 218:6
252:21 317:5
317:11 360:14
**normalization**
212:13
**normally** 363:11
**notably** 369:12
**Notary** 1:21
**notation** 203:1
**notations**
333:21
**note** 88:6
**noted** 7:13
362:19 392:5
**notes** 14:5
301:19
**notice** 1:15 4:14
14:10,21 15:6
15:15,19 23:2
38:8 39:18
62:10 234:9
300:13
**notorious** 210:5
**novel** 289:9,19
**November** 20:2
39:13 41:1,10
42:17 43:9
84:6 85:15
180:2 245:18
**NSAID** 268:10
268:16 270:8
270:16
**NSAIDs** 6:14
268:6,9,19,21
269:7,12,16
270:1,11 271:4
**NTP** 6:3 35:24
181:23 182:16
190:7,20
191:16 192:3
192:12 193:4
193:22 194:7

195:9 198:23
200:8,15 201:2
206:3 207:20
**nucleotide** 343:4
343:8,15
**number** 4:13,15
4:17,19,22 5:2
5:6,8,10,12,14
5:16,20,22 6:2
6:4,6,8,10,12
6:16,18 7:11
9:20 14:11
16:4 19:7
21:14 23:3
26:23 30:13
33:7 37:2 38:9
43:12 49:22
59:7 61:17
62:3 66:12,13
66:21,23 67:17
68:8,10 69:21
70:24 72:3
74:10 75:14
81:24 85:19,20
91:8,24 105:21
106:6,11
107:23,23
109:3,8 110:6
115:24 119:23
120:4 121:11
123:5 128:7,9
129:4,5 137:22
142:2 146:19
157:7,13,22
159:9,24,24
168:7,10
174:23 175:11
177:19 186:20
190:16 191:4
192:24 201:9
206:3 208:7
211:9 217:15
218:9 222:23
224:9 227:4,12
227:19 229:24
230:18 234:5
249:21 252:8

263:23 270:22
277:4 279:1,12
279:21 288:3
296:21 310:5
310:21 311:24
312:16,19
313:7 314:3
319:8 326:18
329:21 330:8
347:9 348:1,12
348:20 350:13
357:13 367:3
367:22 368:15
368:16,17
369:9 374:2
376:4 377:17
381:6 384:12
387:2
**numbers** 161:1
281:15 387:3
**numerous**
365:19
**Nunes** 6:17
326:21 327:6
327:10 328:24
330:14 331:9
331:21 333:5
333:11,21
334:1,4,9,18
**nutritional**
213:6
**nutshell** 108:22

——————————
            **O**
——————————
**O'Dell** 2:4 4:6,8
12:7 13:5 15:3
15:17 18:5
20:15,20 21:8
22:2 25:21
27:11,20 28:1
28:6,12,16,20
28:24 29:11,18
31:20 32:4
34:15 36:4,14
36:23 37:11
40:16 41:14,21
42:4,9 43:22

44:8,19 45:6
46:11,18 48:9
48:15 49:14
52:12 53:3
54:13,22 57:18
57:24 59:2
61:2,8 62:12
63:8,15 65:4
65:22 66:15
67:1,9,21
68:12 69:1,6
70:9 71:7
74:16 76:18,24
77:5,11 78:17
78:23 79:13,19
80:5,12,24
81:20 87:16
88:7 89:15
90:5 91:15,21
92:16 93:7,21
94:13 95:3
97:10 99:16
103:18 104:6
104:13 105:12
107:18 110:15
113:7,18
116:10 117:11
118:3,20 120:8
126:15,21
127:15 128:22
130:10,13,22
131:15 132:2
133:13,19
134:7,19 135:9
136:11 137:4
138:17 140:9
141:4 143:6
144:1,12,18,23
145:18 146:7
146:17 147:16
147:24 148:19
149:4,18,21
150:16 151:18
152:3,16 153:9
153:19 155:3
155:14,20
156:12 157:2

Shawn Levy, Ph.D.

157:16 158:4
158:13 159:4
159:20 160:11
161:11 162:23
164:3,12
169:16 170:6
170:16 173:6
173:14 174:19
175:17 177:9
178:7,21 180:4
182:5 183:22
185:10,21
188:4 189:1,11
190:11 191:1
191:17 192:13
193:23 194:19
194:23 195:22
197:15 199:9
200:16 201:5
202:4,16
203:17 205:20
206:20 207:8
208:17 209:4
209:15 210:14
212:1 213:12
214:20 215:9
215:18 216:4
216:23 217:12
217:20 220:12
221:6,14 222:1
222:21 223:18
225:2,16,20
226:20 227:21
228:15 229:8
229:13 230:6,9
231:3,15 232:3
232:11 235:20
236:11,20,24
238:16 239:6
240:11,20
241:7,20
242:15 243:21
245:3 246:23
247:9 248:7
250:5,9,21
251:6,16,20
252:14 253:9

253:12 254:5
254:24 255:9
255:19 257:3
257:20 258:5
258:19 261:6
261:13 262:4
262:15 263:21
264:23 266:3
266:24 267:12
269:1 270:2
271:16 272:10
274:18 275:19
276:12 279:9
280:9,16,20
281:8 282:6
283:19 285:16
286:11 287:2
287:22 288:24
289:11,16
290:20 291:1,9
292:5,19
293:13 294:4
294:18 295:18
296:3,11,18
297:14 298:14
298:24 302:20
303:1,19
304:17 305:1
306:8,16
313:24 316:20
318:10 320:12
321:9 324:23
325:20 328:3
329:4,11,16
332:1,9,20
333:1,22
334:14 335:14
336:3 337:15
340:11 341:2
341:14 342:2
342:11,22
345:3,14
346:19 349:12
350:7 351:12
352:13 354:1
354:10,22
355:11,21

356:15 357:2
358:1,12 359:9
360:7 361:17
363:4 364:19
365:17 367:6
367:24 368:5
369:21 370:11
370:23 371:10
373:13,21
374:4 375:7
376:2,17 377:2
377:14 378:5,9
379:6,18 380:1
380:11,19
382:11,24
383:14 384:9
384:24 385:19
386:7 388:3
389:4,9,12
390:4
**oath** 9:17,18
10:1 11:1
**OB-GYN**
257:11
**obesity** 313:15
313:21 314:4,7
314:11,14,18
**object** 13:6 21:9
22:3 25:22
27:21 31:21
32:5 34:16
36:5,15,24
37:12 43:23
44:14 45:7
46:12,19 48:10
48:16 49:15
52:13 54:14
57:19 58:1
59:3 61:3,9
63:9 65:5
66:16 67:2,10
67:22 68:13
69:2 70:10
71:8 74:17
78:18,24 80:6
80:13 81:1
87:17 88:8

89:16 90:6
91:16,22 92:17
93:8,22 95:4
97:11 99:17
103:19 104:7
105:13 107:19
110:16 113:19
116:11 118:4
118:21 120:9
126:16 128:23
130:23 131:16
131:16 135:13
136:12 138:18
144:2,13
148:20 149:5
150:17 151:19
155:4,15
161:12 162:24
169:17 170:7
170:17 173:7
173:15 174:20
175:18 177:10
178:22 180:5,5
183:23 185:22
189:12 190:12
191:2,18
192:14 199:10
200:17 201:6
202:5 205:21
209:5 210:15
214:21 215:10
215:19 216:24
217:21 220:13
225:3,17
226:21 228:16
229:14 230:7
231:4,16
235:21 238:17
239:7 241:21
242:16 243:22
245:4 246:24
248:8 250:6,10
250:22 251:7
251:17 252:15
253:10 255:10
255:20 257:21
258:6,20 261:7

261:14 262:5
263:22 264:24
266:4 267:1
270:3 271:17
275:20 276:13
279:10 280:17
280:21 281:9
282:7 283:20
285:17 287:3
287:23 289:1
289:12,17
290:21 293:14
294:5,19
295:19 296:4
296:12,19
298:15 299:1
302:21 303:2
303:20 304:18
305:2 306:9,17
314:1 316:21
318:11 324:24
329:5,12,17
332:21 333:2
333:23 335:15
336:4 337:16
340:12 341:15
342:3,23 345:4
345:15 346:20
349:13 350:8
351:13 352:14
354:2,11,23
355:12,22
373:14,22
374:5 375:8
376:3,18 377:3
377:15 378:6
378:10 379:7
379:19 380:20
383:1 384:10
385:1,20 386:8
**objected** 15:5
**Objection** 53:4
54:23 62:13
63:16 65:23
69:7 81:21
94:14 104:14
113:8 117:12

Shawn Levy, Ph.D.

126:22 127:16
130:11 132:3
133:14,20
134:8,20
135:10 137:5
140:10 143:7
144:24 145:19
146:8,18
147:17 148:1
149:19 152:4
153:10,20
155:21 156:13
157:3,17 159:5
159:21 160:12
164:4,13 178:8
188:5 189:2
195:23 202:17
203:18 206:21
207:9 209:16
213:13 216:5
217:13 221:7
222:2,22
223:19 227:22
229:9 232:4,12
240:12,21
247:10 251:21
254:6 255:1
257:4 267:13
269:2 286:12
320:13 321:10
325:21 341:3
357:24 359:5
360:1 361:7
363:3 364:17
367:2 369:19
370:10,21
371:8 380:12
382:12 388:4
**objections** 15:6
15:8,11 29:16
29:19
**obliteration**
363:10
**observation**
31:22 176:20
179:7 197:9
211:6 212:4,17

222:5 269:9
283:3 333:9
369:2,5 376:21
381:24
**observational**
375:3
**observations**
116:1 167:20
168:20 172:7
210:18 211:8
213:3 225:7
236:1 283:10
284:1,9 323:18
329:21 376:10
**observed** 34:13
35:11 99:20
116:22 183:16
186:17 197:24
224:3 227:8
234:12 258:23
352:22 362:9
387:13
**observing** 33:1
133:1
**obviously** 43:6
177:2 350:2
**occasion** 353:8
**OCCC** 328:20
**occur** 162:6,8
164:2 227:1
240:5 344:13
**occurred** 189:21
363:7
**occurs** 227:5
**odd** 57:16
311:16
**offer** 112:1
161:6 162:11
234:19
**offering** 52:19
159:15 266:19
**Oh** 29:3 50:2
175:7 194:24
301:13 332:10
389:17
**okay** 8:10 9:9
10:7,14,19,21

10:23 11:5,15
11:23 12:2,5
12:19 13:14
14:5,8,20 15:2
16:14,23 17:2
17:15,22 18:12
18:17,21 19:3
19:15,23 20:9
21:17 26:13,21
27:7 30:11
35:10 38:1,3,8
38:24 39:6,15
39:24 40:3,22
50:3,22 51:11
60:9 71:23
73:20 77:6
80:21 84:5,10
88:1,14,20
89:7 93:3,16
94:9,16,22
95:14 125:19
138:4 141:13
141:21,24
147:4,9,19
164:23 167:21
169:12 170:1,2
193:10 232:16
238:13 240:15
240:24 241:16
301:15,22
302:16 307:8
307:13,14,20
307:21 311:18
312:24 313:20
324:13 325:11
325:15 326:11
326:24 327:17
327:24 328:13
328:23 330:11
330:14 331:3
331:11 332:14
335:20 339:8
339:19 342:9
343:20 348:22
351:18 352:3
359:18 360:24
361:18 383:11

**old** 26:20
**once** 8:9 43:21
**oncologist** 370:3
**oncology** 99:2
310:7 323:20
324:11
**ones** 263:16
**ongoing** 115:22
115:24
**open** 251:13
**operations**
312:6
**opin-** 93:24
**opine** 153:17
158:1 165:6
**opining** 184:10
188:12
**opinion** 13:16
26:6,10,14,16
27:1,4,6 36:7
36:20 38:21
59:4 65:11
86:1 93:24
94:18,24 95:8
95:17 96:20,22
102:7 110:8
111:14,16,18
111:23 112:1,5
112:21 114:12
117:4,9,14
118:24 119:3,4
121:2 122:6
124:4 126:11
126:18,23
127:12,18
128:19 133:4
135:6 136:2,6
143:11 145:15
145:22 146:13
147:20 150:19
151:8,11,21,23
152:6 153:12
154:8,20
155:22 156:3
157:10,19
159:15 160:5
161:7,14

162:11,19
163:1 164:8,17
164:23 165:2
174:17,21
175:5,15
178:17,23
181:17 182:18
183:7 186:23
189:8 190:8
191:13,20
192:3 200:20
207:17,23
209:11 219:1
223:2,6 224:22
225:10 226:9
226:14 227:17
228:11,18
229:3 230:22
231:20 232:22
235:2 236:1
239:14,17
241:1,16,24
243:18 245:8
246:5,20 247:6
247:20 250:8
250:19,23
253:5 254:8
259:16,19
260:15 261:10
261:15,18,22
261:24 262:8,8
262:13 263:3
264:6 266:22
267:2 271:22
285:19 286:9
287:5,7 288:14
290:12 293:22
294:22 297:23
298:16 325:4
325:18 351:6
352:5 353:22
354:9,12,17
355:19 358:20
363:18,21
364:6 365:2
367:8 373:18
387:21 388:1,5

Case 3:16-md-02738-MAS-RLS     Document 33123-3     Filed 08/22/24     Page 815 of 972
PageID: 241022
Shawn Levy, Ph.D.

Page 426

388:20,23
**opinions** 18:14
20:6 22:20
23:18 24:21
25:13 37:3
38:19 39:12
44:24 52:19
65:10 84:6
85:21 96:23
97:3,7 101:24
102:1,12 110:2
111:5 112:6
114:21 116:4
119:7 120:12
121:17 124:2
125:2,13 126:1
126:3 127:5
129:13 130:21
130:24 134:14
136:14,24
148:2 156:8
169:20 173:3
176:13 179:24
180:11,12
187:7 193:7
195:8 199:2,5
199:16 225:4
233:12 244:24
247:4 249:1
252:24 262:10
262:18 275:18
282:5 288:10
291:23 304:23
305:12 353:11
365:21 366:24
370:1,8,13
371:5,16,18,22
374:14 382:21
382:21 384:21
386:14,17
387:9 389:13
389:21 390:1
**opportunity**
43:11 47:3
85:20 87:23
97:14 98:19
134:11 154:12

170:4 180:24
198:12 288:19
301:10 302:11
311:23 312:5
372:1
**opposed** 199:18
**opposite** 269:23
274:6
**order** 28:2 313:1
332:23 333:14
333:20
**organism** 210:8
**organisms** 318:9
**organization**
54:17 58:7
**organized** 13:12
62:3
**organs** 165:16
205:5
**orient** 47:10
169:19 170:12
195:7 272:23
359:19
**OSC** 328:18
330:7,18
**OSE2a** 360:21
**outcomes**
108:21
**outside** 216:17
226:17 317:18
**ovar-** 282:21
**ovarian** 4:24 5:5
5:19 6:9,14
20:11 21:7,22
23:12 24:18
25:7,8 26:5,8
26:15,17 32:12
32:20 36:21
83:11 84:14
89:4,9,14,18
89:24 90:3,8
90:14,18,21,23
91:3,9,13 92:6
92:11,15,21,23
93:6,20 96:9
99:6,19 100:2
101:17 102:8

104:12,21
105:2,10,18,21
106:23 107:13
107:17,24
110:4,10,13,24
111:8,15 112:2
112:9,22 113:6
113:13,17,22
114:9,17
115:18,21
116:18,21
117:5,18,21
118:2,13,17
119:19 120:7
120:24 121:5
128:4 135:20
136:8 162:21
164:9 165:23
166:3 167:4,24
168:3 172:6
182:12,14
184:12,16
186:12 187:1
188:14 191:15
201:10,18
202:2 203:15
204:19 206:19
207:18 208:16
209:3,21,23
211:12 213:22
216:20 217:4,7
217:10,17
218:6,14 219:3
219:8,12
220:21,23
221:11,24
222:20 223:11
223:17 224:3
224:21,24
226:19 227:9
227:15 228:8
228:12 229:7
230:24 237:23
238:4,10
243:17 245:15
246:7 249:17
252:2,12,21

254:4 255:15
256:16,24
257:18 258:3
259:18 260:10
260:12,21,24
261:5,17,23
262:1,3,14,19
262:23 263:4,5
263:19 264:5,6
265:18 266:15
267:16 268:23
269:8,10,17,20
270:10 271:5
271:13,21,23
273:1,3,5,7,12
273:16,18
274:5 275:1,13
275:16 276:3,8
276:10,20,22
277:6,19,21
278:6,12,16
279:8,16,24
282:1,22,24
284:3,12
285:12,24
289:6,24 290:5
293:19 304:13
305:21,23
321:3 322:15
322:17,20,24
324:15,16,21
325:6 326:3,13
327:1,13 328:2
328:13,14
329:1,7 330:24
331:6 333:5
334:7 336:10
337:2,11,20
338:1 340:2
341:7 346:5,6
346:18 347:19
349:23 350:6
350:18 351:1
351:11 360:15
364:4,7 366:2
366:12 368:21
369:10 370:2

373:20 374:8
374:10,19
376:16 377:13
377:18 378:3
378:19 379:16
380:9,17 381:4
381:12,13,16
**ovaries** 31:13
199:18,20
226:13 231:14
253:8 254:22
278:19 281:22
284:22 362:10
362:18
**ovary** 31:14
32:3 37:18
114:1 116:8
161:18 162:4
162:16,22
163:8 164:1,11
164:21,24
165:9,13 166:8
166:11,12
187:21 199:24
200:6 226:18
277:22 278:10
285:7,15,24
304:16 362:5
363:12
**overall** 137:18
176:21 177:4
209:17 210:19
219:10 235:15
247:13 258:8
258:11 270:7
275:1 281:23
339:22 345:6
346:23 366:14
368:20 382:7
386:1
**overgeneralize**
216:16
**overlapped**
45:16 87:22
**overly** 312:4
**oversee** 99:1
**oversight** 98:17

Case 3:16-md-02738-MAS-RLS   Document 33123-3   Filed 08/22/24   Page 816 of 972
PageID: 241023
Shawn Levy, Ph.D.

Page 427

**Overview**
327:13 329:1
**ovulation** 351:3
351:7
**owned** 308:15
**oxidation**
315:13
**oxidative** 87:1
238:22 316:5
**oxygen** 182:1,9
209:8 211:4,22
212:6 214:12
214:18 218:1
236:7 239:22
240:19 242:21
259:3 263:9
286:17 315:10
316:8,11,15,17
316:23 317:4,7
317:16,18
318:1,3,8,12
318:16 319:11
319:24 359:22
361:16

**P**
**P** 2:1,1,4 3:1,1
392:1
**P.C** 2:3
**p.m** 166:22
237:10,14
302:4,8 356:20
356:24 390:11
390:12
**p13/Ras/Notc...**
330:12
**p5-** 217:14
**p53** 216:21
217:4,9,14,18
217:24 218:6
321:22 334:21
335:11,17
336:1,16,19
338:21 339:8
340:10,19
342:17
**packaged** 61:17

**page** 4:2 5:13
18:3 24:8,13
24:16 30:12
31:4 33:11,18
35:19 50:20,24
51:3,7 53:12
53:19 54:1
55:5,11,12
56:15,24 60:3
60:6,9,20 62:1
63:1,20,22,24
64:19 71:12,24
72:1,8 73:8,22
75:5 76:9 77:9
78:3 112:10
119:6 122:12
122:16,18
123:16 124:15
124:20 125:15
137:22 138:7
138:16 147:7
149:16 187:12
187:17 191:21
193:16 194:14
194:22,22,24
195:1,5 196:3
200:9 201:8,21
203:2 204:24
219:16,20
221:9,15,18
238:1 250:13
269:13 271:8
272:19,21,23
274:14,16
275:24 278:13
281:20 313:5,8
320:3 326:12
326:24 327:1
327:10,12
328:4,9,23
330:6 331:20
332:4,7,8,15
334:13,13
337:1 338:8,8
347:7,8,8
348:22 349:19
349:19 350:22

357:5,15,19
358:5 359:17
362:12,13
367:17 368:11
368:14,15,16
368:17 370:19
372:16,19,20
372:21 373:10
373:10 374:1
**Page/Line** 392:6
**paid** 181:8
295:16
**panel** 200:24
212:8,8 310:7
310:11
**Paoletti** 124:15
124:18,22
125:2,8,24
**paper** 6:13
25:12,16,18
26:3,10,14,23
28:2,10 29:2,2
29:6,10,23,24
30:5,6 38:5,5,9
38:17 39:5,11
79:8 84:12
87:14 102:19
126:5,6 141:20
143:17 168:12
177:24 179:21
180:3,10,20
181:6,21 184:3
187:24 188:22
220:6,15 224:5
232:22 236:3,6
239:12 267:21
271:3 272:3,5
276:15 279:2,5
279:14,21
282:4,9,12,15
282:19 283:11
283:12,16,22
284:1,8,18
285:1,20
296:23 297:19
297:20,24
298:4,8 301:9

301:12 302:18
302:23 303:7
303:17,23
333:6 334:1
340:1 341:5,21
342:24 359:15
359:21 361:20
361:23 362:2,6
365:5,12
367:16,17
368:1,8,12
369:5 374:18
374:22 378:14
378:22 379:12
379:14
**papers** 121:21
263:8 283:13
284:8 300:22
331:8 376:20
**papillary** 30:24
**paragraph** 31:5
31:8,10 33:12
33:14,16,19,24
34:1 49:12,13
49:17 51:1,2,6
51:7,12,17
72:7,13,20
75:23 76:8,20
76:23 77:2,9
82:2 112:11
191:22 203:3
205:1,11
221:10,19
265:15 266:12
268:3 269:14
272:20,24
274:12,15,22
275:24 278:14
279:14 314:22
322:5 328:10
329:1 330:5,15
331:11 332:18
333:20 334:19
335:23 340:9
343:3,6,21
345:19 348:23
362:22 368:13

368:19,22,24
387:9,10
**paragraphs**
330:5
**parallel** 295:4
**parallels** 234:9
288:5 289:6
**paraphrase**
158:1
**paren** 78:7
331:13
**parens** 73:4,5,13
77:16 78:6
**parentheses**
60:16,23 78:16
328:18
**Park** 6:19
338:16,19,20
339:1,21 340:1
341:21 367:16
367:17 368:1,8
**part** 124:5,8
125:18,24
126:2 130:17
137:18 145:13
152:5 157:20
168:22 176:16
209:7,7 210:19
218:22,24
219:7,15
226:22 230:15
235:15 239:18
266:11 289:13
289:15 306:19
317:5 325:24
338:3 341:5
364:6 376:21
381:23
**partial** 279:13
328:10
**participants**
161:1
**participate**
102:3
**participated**
91:1 104:4
**particle** 164:11

Shawn Levy, Ph.D.

196:15 249:9
250:4
**particles** 196:20
198:9,16,17
253:6
**particular** 24:8
32:9 90:10
143:17 147:22
148:8 151:15
180:17 190:1
191:8 199:6
215:11 216:7
220:24 227:19
232:19,20
235:17 252:9
260:6 276:15
285:5 288:11
322:13 324:20
345:12 346:16
377:21
**particularly**
26:18 160:24
174:5 210:4
253:15 288:3
301:3 353:18
355:24 381:8
**particulates**
205:4 206:6
**parties** 391:12
**partner** 103:7
**partners** 102:21
**partnership**
103:4,6
**parts** 48:7
352:11 375:20
**patent** 8:12 9:9
9:21
**pathological**
351:10
**pathologist**
370:4 378:24
**pathologists**
256:24
**pathology** 25:4
25:7,7 257:5,9
257:13,17
370:2

**pathways** 185:4
**patient** 108:19
176:4,24,24
**patients** 99:22
173:19 175:15
176:4 323:19
344:1,23
345:11
**Patricia** 288:18
**pause** 175:22
326:4
**pay** 144:9
198:20
**pediatric** 323:10
**peer** 23:10 299:7
382:22
**peer-review**
71:2
**peer-reviewed**
70:19,20,24
71:3 141:17
167:15 288:2
297:3 364:1,10
364:15 366:9
382:18
**peers** 287:19
**pelvic** 6:13
271:4,13,21
272:8 274:4
275:10 276:16
276:21 282:20
283:3 284:6
**penalty** 393:3
**Penninkilampi**
6:9 218:15
219:17,22
220:6,9 224:5
227:11 236:18
237:18 265:13
267:9 269:24
376:9,13
**people** 153:1
292:18,18
321:7,8 345:13
**percent** 101:13
155:1,10
255:17 256:10

256:11 323:12
337:3,4,10,20
343:17 360:13
**percentage**
152:19 212:6
256:20
**percents** 322:3
**perform** 61:20
62:6 134:12
308:5 309:12
**performed**
99:24 148:4
188:7 189:15
190:1 224:18
386:19
**performing**
224:12
**performs**
308:18 309:3
**perineal** 5:4 6:9
23:11 159:16
162:2 166:9
167:2 177:7
191:11 205:3
218:14 219:12
226:9,12 227:8
227:15,20
228:12,14
230:24 231:5,8
233:22 238:3
253:15 274:23
277:12 278:10
281:21 351:10
376:15
**perineally** 161:8
161:18 199:8
225:14,23
226:15 231:13
**perineum**
199:18,23
200:1 229:6
363:12
**period** 78:10
172:8 173:19
186:18 188:6
224:8 234:6,10
248:19

**periods** 186:19
224:2
**perjury** 393:4
**person** 156:11
259:12 319:14
319:19 336:9
**person's** 338:11
338:22 340:6
340:14 341:16
**personal** 3:11
391:7
**perspective** 71:2
82:6 85:18
115:7 137:9
177:12 184:24
217:23 233:15
234:8 259:24
260:14 295:7
**perspectives**
57:12
**petition** 6:5
192:19 195:17
202:9 203:7
372:10 373:3
**petitions** 202:21
**Ph.D** 1:14 2:8
7:17 49:21
88:11,16 92:1
392:3,22
393:16
**pharmaceutical**
299:8
**phenomenon**
270:12 318:14
318:15 349:16
355:14
**phenotype**
177:4 252:9
**phrase** 36:16
330:17
**physically**
229:24
**physiological**
314:18,19
317:14 319:7
319:14,21
349:16

**physiology**
317:5,11
319:17
**picking** 56:16
**picture** 209:7
266:16
**PID** 273:2,4,6
273:12,16,18
**piece** 27:5
129:16 137:1
229:4
**pine** 213:11,17
**place** 17:11
170:14 228:14
248:17
**placed** 193:12
292:2
**placing** 185:11
**plaintiff** 40:4
43:20 48:24
266:1
**plaintiffs** 8:16
8:18 15:12
16:8 17:3
18:19 19:6,20
23:1 100:15
142:13,22
143:22 144:5
257:1 295:17
**plaintiffs'** 2:2
12:3,6 17:9,16
17:20 38:12
43:2 54:20
84:23 91:10
93:4,10,17
95:16 96:7,18
102:15 121:15
122:2,4 123:8
123:21 181:9
256:22 288:13
297:10 372:17
385:15
**plan** 18:18 97:18
**platy** 128:14
174:11
**plausibility** 5:23
37:4 52:20

Case 3:16-md-02738-MAS-RLS    Document 33123-3    Filed 08/22/24    Page 818 of 972
PageID: 241025
Shawn Levy, Ph.D.

Page 429

93:11,19 94:1
94:18,24 95:9
96:4,9,21
111:19 117:7
121:3 127:24
131:1 140:14
142:6 143:19
230:4 288:15
288:23 366:7
385:11 388:20
388:24
**plausible** 26:4
95:12 101:16
112:8 113:3
114:3 126:3
129:18 135:17
136:3,7 137:9
140:20 143:11
145:22 146:2
150:20 155:24
157:11 163:2
164:17 167:3,8
167:11,23
168:5,23
184:10 201:17
205:3,12 219:2
220:4,20 222:4
225:5,6,11
226:16 227:14
227:18 228:11
228:21 229:18
230:13 257:15
260:20 261:16
267:3 268:2
275:8 278:12
282:11 288:1
289:23 290:4,8
290:14,19
292:3 293:3
294:2,13,17
295:8 296:17
325:23 366:6
375:10 382:15
**plausibly** 375:10
**play** 275:13,15
276:2,22 279:7
281:24 282:24

314:19 353:21
**playing** 388:15
**plays** 116:24
260:17 264:5
269:19 273:1
276:10 321:2
366:2
**please** 19:11
25:2 29:15
40:23 52:3
63:21 83:3
182:4 185:13
190:13 221:16
272:15 326:17
360:9 372:9
378:8
**pleura** 172:20
173:12
**pleural** 174:2
**pleurodesis**
129:23 168:13
172:19 173:5
173:20 174:2
174:18,21
175:5,15,24
176:15 177:3,7
177:16 178:5
178:11,18
**PLLC** 2:10
**plural** 87:17
**plus** 235:12,12
235:13 319:6
**point** 163:9,24
165:21 176:9
183:10 201:9
203:9 227:10
227:24 240:18
266:10 268:10
268:14 271:19
288:2 304:9
319:10 323:11
324:1 343:16
360:15,20
365:1 372:14
374:17
**pointed** 106:6
194:7 195:8,12

201:21,24
**pointing** 331:7
**points** 186:15,17
196:11 197:2
**policies** 101:22
**policy** 101:12
**poor** 319:19
**population**
337:12 338:1
**portfolio** 109:6
**portion** 201:21
374:16
**portions** 86:14
313:2
**posit** 257:16
**position** 98:2
186:3 310:13
**positive** 200:12
274:10 299:13
335:18 345:21
346:11 371:2
**possibilities**
108:2
**possibility** 35:17
97:24 189:18
212:19 246:10
382:2,10
**possible** 47:12
50:19 69:17
71:9 75:3
89:10 92:24
125:8 145:11
223:13 255:6
336:18 369:6
381:21
**possibly** 87:19
146:1 231:13
**post** 173:19
**potential** 4:23
21:22 83:22
91:12 92:10
93:5 105:2
121:4 137:12
163:9 170:21
214:6 234:19
235:7 237:23
240:9 243:2

245:1 247:20
249:18 250:24
253:16 258:9
259:10 261:11
265:16 266:23
267:8,10,15
297:24 299:16
315:17 344:16
352:21 380:23
381:21 385:9
385:17 387:5
388:13
**potentially**
110:7 139:6
164:19 176:23
177:4 276:7
353:21
**powder** 1:5 5:18
6:13 32:19
37:17 83:10
84:14 91:13
92:11,12,20
93:12,19 94:10
94:19,20 95:1
95:7,10 96:5,9
96:15 99:23
100:3 102:7
110:4,9,13
111:8,15,17,19
112:2,8,21
113:16 114:4,8
119:2,19 120:6
120:24 121:4
126:12,19,24
127:3,10,13
128:11,20
130:9,20 133:2
133:12 134:5
134:18 135:1,8
136:8,10,21
137:3,23 138:6
138:10,13,14
139:14,21,22
139:23 140:8
144:10,22
145:7,23 146:1
146:5,14,15

147:6,21 148:4
148:5,11,18
149:2,15 150:2
150:3,3 151:15
151:23 152:1
152:11,11,20
153:5,15,17,22
153:24 154:7
154:13,24
155:9 159:16
161:8,9,17
167:2,22 168:9
177:8 178:2
180:1 181:17
182:13,14,19
183:21 184:11
184:14,15
185:20 186:11
186:24 188:13
193:12 196:21
198:10 199:8
208:16 209:2
211:11,14,18
218:2 219:3,7
222:20 223:10
223:17 225:14
225:23 226:10
226:15,16
229:5 230:22
231:1,8,13
233:7 239:14
239:18 257:19
258:4 261:3,11
271:3 278:10
282:16 290:5
293:18 324:22
352:7,11,18
353:24 358:21
364:14 365:9
366:2 375:4
377:11 384:17
385:6,18
388:19,23
**powder-conta...**
145:16
**Power** 7:9
**practice** 89:24

90:3,7
**Practices** 1:5
7:10
**pre-reviews**
312:1
**precancerous**
183:21
**precisely** 54:16
85:10
**Precursors** 25:8
**predated** 311:23
**predict** 323:22
**predis-** 331:1
**predispose**
107:22 238:9
346:5
**predisposed**
323:16
**predisposes**
53:15 54:3
320:5
**predisposing**
320:19
**predisposition**
324:2,3,11
325:3,5
**preliminary**
319:5
**premature**
279:3
**premise** 52:17
52:22 61:12
165:5 177:14
300:3 323:4
**prepare** 13:23
**prepared** 112:1
**preprint** 5:17
23:9 84:11
85:5 86:11
87:21
**presence** 137:7
154:20 198:16
200:6 217:23
232:19 234:24
235:7 239:9,10
240:1 243:3
249:18 258:24

259:1 276:20
315:7,9 338:9
338:11 339:7
339:24 340:5
340:13 341:19
344:19 345:23
379:2,16 385:7
385:13 388:12
**present** 125:5
134:5 136:9
162:22 163:8
243:9 252:21
277:16 300:9
318:13 387:15
388:19,22
**presentation**
92:13,19 93:1
97:15 300:7,9
**presentations**
90:17 92:22
**presented** 97:3
126:4,9 128:1
129:10 136:4
225:7 290:11
303:7
**presents** 245:8
**president** 101:8
101:20,23
**press** 89:11
96:14
**presumably**
145:24
**prevalence**
260:5
**prevention**
193:11
**prevents** 217:10
**previous** 101:2
163:11 268:3
273:6 275:5
384:13
**previously**
84:12 351:22
**primarily** 95:21
121:9 138:8
156:8 181:2
188:19 211:2

315:8 323:14
**primary** 121:13
174:14 183:4
188:21 211:5,5
226:8,8 232:21
305:3
**Princeton** 2:15
**principle** 176:21
364:1
**principles**
140:18
**printed** 19:12
83:4
**printout** 14:4
59:12 60:3
**prior** 8:22 9:21
10:8 17:7 22:8
23:13 45:22
46:8 50:11
83:23 91:10
95:15,20 96:7
142:18 310:13
363:17 364:4
371:4 372:2
376:13
**private** 98:9
300:12,16
309:24
**privilege** 18:10
44:11 291:4,5
291:11
**pro-inflamma...**
277:5
**probability**
99:19 321:24
335:2 336:8,22
**probably** 12:8
19:1 43:18
105:22 121:12
158:9 177:19
198:7 274:12
311:9 313:1
318:14 319:15
321:1 363:9
**problems**
200:11
**procedure**

172:19 174:4
**procedures**
174:12
**proceeding** 40:5
**proceedings**
391:4,9
**process** 121:20
171:15 176:15
275:10 295:5
350:20 353:13
353:17
**processes** 91:24
278:1
**produce** 64:14
128:12 129:24
157:1 238:8
251:15 261:11
282:16
**produced**
263:10 264:17
317:9,17,18
318:3
**produces** 181:17
186:24 249:9
250:20 253:7
**product** 7:9
18:10 44:10
111:4 138:23
138:24 139:14
143:21 144:22
145:24 146:5
147:12,20
148:12,18
149:2,15 150:4
150:11,15
151:1,1,5,16
152:2,12,20
153:4,6,7,16
153:22 154:24
155:9,18 232:2
236:4 291:5
352:6,18 353:3
353:5 382:7
388:14
**production** 39:2
98:17 316:8
319:24

**products** 1:5,6
3:11 7:10
127:10,14
128:16,20
130:9,20 133:3
133:12,23
134:1,6 137:23
138:6,8,10,12
138:15 139:5,7
139:21 140:8
144:11 145:7
146:14,16
147:7,21 148:5
148:16 150:3,6
151:4,9,24
153:18,22
154:15 161:8
167:2 177:8
178:1 180:1,14
193:13 196:21
198:1,10,14
199:8 230:23
231:2 234:16
243:2 258:4
261:3,11 352:7
352:11 353:24
354:7 387:16
**professor**
310:16,19,19
310:20,24
311:2,6,16
**profiles** 310:8
**profiling** 99:4
**program** 99:9
**programs**
109:17,17
**progress** 174:24
174:24 205:8
207:2 246:19
310:22 312:2
**progressed**
119:22 174:24
189:22 206:8
**progression**
26:7 32:12
96:6 117:2,16
118:12 135:19

156:2 169:4
171:9,15
176:19 178:13
178:20 179:19
204:15 240:5
244:12 245:15
246:18 255:15
256:6 260:18
261:1 262:22
264:19 265:6
277:18,23
310:10 320:17
347:24 348:17
363:23 366:15
**proinflammat...**
369:8,11
**project** 91:18
**projects** 89:19
91:8 98:21,24
99:10 103:24
104:11,16,21
105:1,4 109:3
109:19 309:4
**proliferate**
77:18 78:8
**proliferating**
76:16 77:15
78:5
**proliferation**
182:10 348:5
**prominent**
321:1
**promise** 318:23
**promote** 239:1
253:8 254:4
**promoted**
311:16
**promotes**
243:19
**promoting**
239:5
**properties** 356:3
386:24 387:13
**proposed** 20:11
21:6 24:2
219:14 220:3
233:20,23

239:9 242:9
246:10 255:12
284:15 286:19
286:23 287:9
287:13,17
289:8 296:17
325:2
**proposition** 34:7
35:8,20 271:11
273:11 274:3
339:15 381:15
**propositions**
339:14
**proprietary**
213:15,16
**prostaglandins**
238:24
**protected** 291:4
291:5,14 310:3
**protein** 73:3,12
216:21 217:4
315:13,16
343:19
**proteins** 329:23
343:12,18
**protocol** 196:14
**protumorigenic**
349:9
**provide** 15:18
36:7 43:17
47:21 84:18
93:11,18,24
94:9,17,23
101:9 102:5
108:19 111:16
114:24 125:6
140:22 143:11
143:14 145:21
150:23 151:20
152:6 153:11
157:18 159:7
161:13 171:16
222:6,14
224:22 228:17
228:17 231:20
254:7,8 261:8
285:18 287:24

289:22 308:19
322:12 324:18
325:23 341:8
352:16 387:17
**provided** 14:3
23:1,1 39:21
39:22 40:3,7,9
42:19 43:1,15
83:20 84:22
98:23 122:1,2
123:6,10 129:2
135:23 142:12
142:24 151:3
202:14 220:22
260:15 290:11
293:5 296:7
374:23 384:18
**providers** 308:7
309:14
**provides** 24:19
65:7 98:18
115:8 220:19
269:17 290:1
388:14
**providing**
106:12 157:24
172:13 330:22
333:7
**PTI** 3:7
**public** 1:21 5:24
107:11 109:11
109:13,24
111:7 142:8
300:12,15
384:16
**publication**
83:22 97:15,18
179:12 180:9
279:2 300:7
312:3 333:6
**publications**
295:2 296:21
300:14,19
318:23 323:10
341:8 365:10
367:4 385:24
**publicly** 309:19

310:1,2,6
**published** 48:8
69:21 76:14
90:13 92:9
96:22 140:23
141:10,14,17
141:17 143:1,4
143:5,14,23
167:14 235:18
265:21 279:5
287:9 350:4
354:19 358:7
358:14,15,22
364:1,10,15
381:2 382:17
382:22
**PubMed** 121:9
**pull** 27:13 74:23
124:13 357:9
357:13 359:13
**purchased**
383:13
**purported** 257:1
378:3
**purports** 252:11
380:9 383:12
**purpose** 173:12
174:15 211:5
213:9 214:9
219:21 247:23
362:1
**purposefully**
172:23
**purposes** 136:24
199:16
**pursuant** 1:15
**put** 13:2,10
37:23 48:14
50:23 59:22
76:8 333:19
357:9 359:11
361:19
**putting** 344:17
373:9
**puzzle** 137:1
229:4

## Q

**quant-** 139:7
**quantify** 130:6
130:17 133:17
146:10,15
147:1 148:14
156:5 160:6
161:17 177:5
231:12
**quantifying**
139:7
**quantitate**
138:22
**quantitated**
166:7
**quantitates**
162:18
**quantitating**
152:19
**quantitation**
162:5 179:16
183:12 231:21
249:4 286:16
**quantitative**
387:19
**quantity** 387:14
387:24,24
**question** 9:14
10:16 20:22
21:9 25:24
28:3,15,17
29:9,12,22
30:2,3,4,7 31:3
34:18 36:17
44:17 46:22
47:5 52:4
54:24 61:4
67:15 70:8,14
71:16 80:1,14
80:15 81:12,18
105:8 113:9
115:13 116:13
125:16 132:10
132:12,15
134:23,23
135:1,4,14

Shawn Levy, Ph.D.

Page 432

138:3 145:3
149:24 150:10
152:24 154:4
155:23 156:15
157:7,13,21
159:23 163:6
163:14 164:5
169:24 170:3,9
170:13,19
171:1 193:17
197:13 198:4
201:20 208:21
216:1 217:2,19
220:10 226:23
228:2 229:14
230:18 231:18
232:18 235:22
250:18 251:11
251:14 252:19
252:22 253:4
255:23 256:4
262:16 269:6
270:6,9,9
273:23 281:2
282:2 285:1,4
290:21,22
291:24 292:23
297:20 305:8
307:17 314:13
319:23 324:14
324:17 325:1
335:22 336:17
339:6 342:7,14
346:8 353:1
359:5 360:1
364:22 377:19
377:21 379:22
380:2
**questions** 8:4
10:13 11:11
16:3 29:5
41:18 67:5
105:5 139:9
140:12 156:20
163:13 292:18
300:24 301:22
306:22 307:8

356:12 357:4
367:14 369:23
372:12,13,16
380:16 383:3
386:12,15
389:3 391:6
**quick** 236:16
**quickly** 319:18
319:21
**quite** 45:15
120:3 184:20
224:10 263:14
277:14 299:20
301:5 314:15
319:12,18,20
319:21 327:18
361:21
**quote** 62:20
64:19 276:1
304:24

―――――――
**R**
**R** 2:1 3:1 391:1
392:1,1
**R.E** 25:9
**radiation**
314:23
**random** 320:9
321:7
**range** 281:15
**ranks** 310:23
**Rappel@seyf...**
3:14
**rare** 95:23 224:7
**rarity** 174:4
**rat** 32:7 35:16
186:19 189:22
190:2,2 304:9
362:4 379:20
**rate** 131:4,13,24
132:19,21
133:5,10
285:12 324:11
336:19 337:24
**rates** 146:20
314:3
**ratios** 161:5

**rats** 187:13
192:7 363:5
**RDR** 3:21
**re-** 94:23
**reach** 164:1
166:11 204:8
205:4 224:14
386:17
**reached** 371:17
386:14
**reaching** 164:11
166:8 205:18
365:21 366:24
370:7,13 371:5
371:18
**reaction** 31:1
205:6 211:22
246:21,22
250:3 253:17
254:23 255:8
257:2,19,24
315:1,11 316:8
316:14 359:21
**reactions** 250:17
315:4,20
**reactive** 182:1,8
209:8 211:3,22
212:6 214:12
214:18 218:1
236:7 239:22
240:19 242:21
259:3 263:9
286:17 315:7,9
316:8,11,15,17
316:23 317:4,7
317:16,17
318:1,3,8,12
318:16 319:11
319:24 359:22
361:16
**read** 31:17
53:17 54:5,8
55:2,9 64:4,5
65:19 66:22
68:14 74:5,14
74:18 80:2
113:9 116:12

134:21 135:3
182:4 272:22
273:8 277:14
288:20 392:3
393:4
**reading** 54:24
68:8 83:15
132:4,4 194:4
194:20 202:18
212:10 221:16
294:24
**reads** 31:11 34:1
51:12,19 53:13
54:1 61:16
77:23 274:22
275:24
**ready** 272:17
**reality** 299:10
**really** 106:21
109:12 143:17
170:18 300:4
318:23 382:5
**realm** 297:7
311:1
**realtime** 1:20
11:11 132:8
135:4,11
391:19
**reason** 96:12
174:14 184:19
184:19 193:3
212:20 254:21
256:5 361:2
**reason-** 267:23
**reasonable**
171:2 267:24
356:2 390:2
**reasonably**
106:17 127:6,6
177:21 214:14
220:2 299:20
**reasons** 177:2
**recall** 27:18
28:11 30:1,3
38:19,20 43:5
43:18 45:8,15
50:16,17 59:18

68:8 69:16
70:1 71:21
75:7 84:22
92:19 100:23
110:11,23
111:2,3,12
123:23 132:24
139:16,21
149:8 152:19
175:23 185:9
185:14 187:15
192:20 193:10
193:15,18
194:5 208:12
212:10 249:16
253:1 257:9,12
275:17 277:6
285:7 305:5
306:18 322:24
340:23 342:16
342:19 353:9
357:16 359:23
361:22 364:22
372:16 378:13
380:18 383:4
**recalling** 180:23
**receipt** 15:10
38:12
**receive** 44:2
45:3
**received** 44:6
85:6,13 87:20
90:20,22 173:4
302:23 303:5
**receiving** 17:7
**receptors**
330:20
**RECESS** 166:19
**recognized**
222:14
**recollection**
22:15
**record** 7:2,14
11:9 12:13
15:4 19:10
23:6 24:12
25:2 31:10

Case 3:16-md-02738-MAS-RLS    Document 33123-3    Filed 08/22/24    Page 822 of 972
PageID: 241029
Shawn Levy, Ph.D.

Page 433

42:14 82:11,13
82:15 166:13
166:17,21
170:5 202:17
237:9,11,13
272:22 302:3,5
302:7 356:19
356:21,23
390:8,10
**records** 123:22
312:3
**recruitment**
316:4
**redacted** 18:9
**redactions** 18:6
**redirect** 42:12
**reduce** 269:17
**reduced** 391:7
**REES** 3:3
**refer** 17:16
115:2 116:7
135:11 138:12
185:12 190:13
191:21 233:10
243:17 344:7
356:7
**refer-** 180:24
**reference** 24:4
25:3,6 34:23
35:1 37:22
38:9,18,20
39:4 73:21,24
74:1 75:2 79:7
112:15 119:6
122:9 125:6
132:22 141:20
143:9 175:11
176:10,12
180:24 181:2
181:23 219:17
266:11 279:23
285:19 298:12
326:15 330:1
339:21 353:7
358:16 385:21
**referenced** 18:7
24:6 25:11

47:7 84:3
129:3 131:5
132:24 141:10
142:15,17
178:16 180:21
188:18 211:2
214:10 254:18
266:9,9 295:16
300:16,18
303:9,13 333:8
337:7 368:2,9
376:8
**references** 24:19
24:20 36:6
45:17 79:12
121:24 140:22
145:12 182:8
182:21 183:4
208:5 241:5
325:18 331:10
333:10 341:6
358:7,20
**referencing**
331:8
**referred** 302:17
306:6 309:5,7
309:23 330:24
**referring** 86:21
110:18,20
127:2 150:2
179:21 183:1
190:21 211:21
254:9 264:12
280:2 303:3
305:18 315:5
344:4,5
**refers** 239:4,8
344:15
**reflective**
196:14
**refresh** 30:19
272:14
**refute** 166:1
204:4 275:12
**refutes** 210:20
**regard** 324:18
325:12 342:16

364:4 370:1
**regard-** 300:11
**regarding** 4:20
4:23 5:3 20:10
21:5 24:2,16
26:1,16 31:3
37:3 65:13
90:11,14,18
105:5 110:8
111:4 112:16
114:22 115:20
117:14 121:3
126:3,7 127:20
127:21 130:24
132:22 133:23
135:24 138:21
143:23 145:23
148:3,15 154:8
157:10 163:1
165:18 183:7
191:20 204:13
206:5 213:3
233:12 251:23
267:3 268:16
283:3 284:2
285:2 288:10
293:2 299:4
304:24 305:13
319:24 329:7
334:5 339:17
339:18 347:3
360:3 361:23
367:16 370:4
371:12,13
374:2 387:9,19
**regardless** 325:5
**regards** 92:20
101:18 284:6
341:6
**Registered** 1:19
391:19
**regular** 101:8
**regulated**
308:10 309:3
**rejected** 293:12
**relate** 341:13,16
**related** 89:9

104:21 119:20
165:18 193:16
199:12 239:19
239:23 240:3
243:11 259:16
268:24 274:13
279:6 285:11
290:7 293:20
314:18 322:20
323:6,6 324:14
339:6 381:21
**relates** 1:7 93:18
111:8 117:18
134:3 156:6
158:24 167:21
190:4 191:13
192:12 204:14
210:24 217:6
220:10 240:7
250:3 255:4
267:8 268:9
270:1 272:4
329:24 334:6
350:10 353:4
381:13 382:8
387:21
**relating** 120:23
**relation** 6:14
249:5 271:4
326:3 361:9
366:23 370:1
371:11,17
**relationship**
56:9 93:13
100:3 101:14
112:17 130:2
131:2 148:9
161:3 170:21
174:6 183:9
198:15 227:11
248:23 249:6
254:11 271:12
271:20 273:12
273:15,18
274:4,9 298:2
312:13 313:23
314:14 316:13

320:14 324:10
340:2 341:21
386:22
**relationships**
100:22 147:2
159:10
**relative** 174:4
186:16 214:15
215:3 244:12
280:1 281:14
321:17 339:22
340:2 341:19
345:12 377:20
**relatively**
186:21 268:17
338:6
**release** 316:5,5
**released** 349:5
**relevance** 201:2
**relevant** 119:9
120:11 125:7
125:12 200:21
203:5 210:17
272:3 357:3
**reliability** 70:7
70:13,17
**reliable** 70:3,5
71:15 216:10
216:12
**reliance** 12:24
187:3
**relied** 75:6
129:12 233:17
291:23 292:2
370:7
**rely** 44:23 126:5
163:3 178:17
186:22 187:2,2
205:17 208:14
208:24 224:15
228:5 241:18
286:20 288:2
293:1 366:22
370:12 371:16
374:12 386:18
388:9
**relying** 122:5

Shawn Levy, Ph.D.

Page 434

| | | | | |
|---|---|---|---|---|
| 124:1,3,5,9 | 24:6 25:11 | 114:3 116:4 | 368:9 369:17 | **represents** |
| 125:1,4,15,17 | 27:2 33:1,4,19 | 119:3,6,16 | 370:18,19 | 108:1 259:22 |
| 125:23 147:23 | 34:1 35:3,15 | 120:12 122:8 | 371:1,6,11 | 391:8 |
| 176:12 181:16 | 35:19 36:7 | 122:13 123:7 | 372:2,3 375:3 | **Reproductive** |
| 182:17 186:3 | 37:3 38:6 | 126:10 127:5 | 375:12 383:16 | 83:12 181:6 |
| 208:1 235:17 | 39:12,22 40:23 | 129:2,3,18 | 385:4 387:10 | **reputable** |
| 384:20 385:16 | 41:5,9,24 | 130:17 131:1,6 | 387:18 388:8,9 | 109:11 299:17 |
| 386:13 | 42:16,17,21 | 132:24 136:4 | 389:14,22 | **request** 39:2 |
| **remain** 266:18 | 43:2,8,9 45:2,5 | 137:21 138:7 | **reported** 369:12 | 325:24 372:22 |
| 312:19 | 45:9,11,12,14 | 139:20 140:5 | 369:12 376:20 | 373:2 |
| **remained** 353:4 | 45:15,21,22 | 141:11,20 | 378:17 | **requested** 93:9 |
| **remaining** 312:7 | 46:1,9,10,16 | 142:16,19,23 | **reporter** 1:20,20 | 135:16 150:18 |
| **remains** 55:3 | 46:22,24 47:2 | 143:10 147:8 | 3:22 7:15 10:1 | 286:5 287:24 |
| 60:1 105:11 | 47:4,9,9,15,16 | 157:9 160:2 | 10:12,20 182:2 | 289:19,21 |
| 106:19 258:10 | 47:17,19 48:1 | 173:21 180:2 | 391:19,19 | 295:1 325:22 |
| 265:18 267:10 | 48:7,14,17,19 | 180:12,21 | **reporting** 101:1 | **requesting** |
| 267:17 346:23 | 49:1,7,12,13 | 182:22 188:8 | 101:19 | 193:11 195:12 |
| **Remarkably** | 49:21 50:5,9 | 188:19 201:16 | **reports** 39:22 | **requests** 14:23 |
| 329:15 | 50:17,20,24 | 205:13 206:14 | 40:8,14,15,19 | 15:5 293:9 |
| **remem-** 132:11 | 51:1,6,12,18 | 208:3,5 214:10 | 41:11,20 42:15 | **require** 163:8 |
| **remember** 8:24 | 52:15 53:13,20 | 218:19 219:16 | 43:1,13,15,21 | 207:12 |
| 37:14 184:3 | 54:1,8,11,12 | 219:23 220:11 | 44:23 45:4,20 | **required** 151:16 |
| 198:4 237:19 | 54:17 55:2,6 | 231:11 232:23 | 46:6 48:22 | 153:6 156:18 |
| 303:14 324:14 | 55:12,18,24 | 244:16,18 | 49:17 50:10 | 162:6,12 |
| 357:17 372:13 | 56:1,15,24 | 245:17 254:11 | 53:7 54:21 | 165:13 172:10 |
| 386:14 | 58:11,18,21 | 257:10,13,16 | 57:17 58:6 | **requirement** |
| **remind** 124:12 | 59:20 60:1,10 | 261:3,19 | 74:12 114:21 | 100:21,21 |
| 338:24 | 60:20 62:1 | 264:14 269:13 | 129:8 130:7 | 101:1 169:7 |
| **reminding** 24:5 | 63:1,12,16,20 | 269:24 271:9 | 134:11 135:24 | 184:18 298:3 |
| 339:4 | 63:23 64:19 | 275:7 282:5,12 | 148:15 235:5 | 300:18 |
| **removed** 306:14 | 65:3,10,11 | 287:10,14,18 | 245:7 254:13 | **requirements** |
| **RENÉE** 3:14 | 66:13 67:18 | 288:19 289:3,6 | 256:23 257:5 | 100:11,19 |
| **renew** 301:19 | 68:11,22,23 | 289:9 290:1,11 | 257:10 266:1 | **research** 75:19 |
| **repair** 64:1,7,9 | 69:5,15,19 | 293:9,12,23 | 273:6 288:3 | 86:9,9 91:3,18 |
| 64:19,21 323:6 | 71:20,23 72:7 | 294:3,24 | 295:3 296:10 | 91:23 92:5 |
| 344:10,18 | 73:8,23 75:5 | 295:12 297:8 | 352:18 375:19 | 93:4 95:21 |
| **repeat** 29:12 | 75:12,18 76:9 | 299:15 302:24 | 383:8 | 97:23 98:6,9 |
| **repeating** 334:5 | 77:9 78:4 79:6 | 303:9 308:6 | **represent** 8:2 | 98:14,18 99:3 |
| **rephrase** 134:22 | 80:4,23 82:22 | 312:21 313:2,5 | 307:5 | 99:7,8 101:15 |
| 207:16 | 84:6 85:15,22 | 320:3 322:19 | **representation** | 105:2 108:3,20 |
| **replicated** 106:6 | 86:3,7,14 | 327:6 330:6 | 283:9 | 108:21 115:20 |
| 366:16 | 87:13,21 88:4 | 332:19 333:3 | **representatives** | 115:24 143:3 |
| **report** 4:16 5:9 | 88:5 90:11 | 334:15,17 | 9:22 | 143:21 154:11 |
| 13:1,22 14:6 | 95:19 96:24 | 335:7 341:12 | **represented** | 168:11 172:4 |
| 15:20 19:23 | 97:13,19 101:9 | 346:11 350:21 | 15:13 27:1 | 201:15 204:7 |
| 20:1,7 22:12 | 102:11 110:20 | 357:6 358:6,16 | **representing** 7:3 | 210:5 284:13 |
| 22:17,21 23:21 | 112:7,10,11 | 366:5 367:5,18 | 279:6 | 298:3 300:4,5 |

Case 3:16-md-02738-MAS-RLS    Document 33123-3    Filed 08/22/24    Page 824 of 972
PageID: 241031
Shawn Levy, Ph.D.

Page 435

308:11,13,23
309:3,4 310:18
318:19 323:9
364:10 366:10
**researched**
364:9
**researcher**
119:11
**researchers**
107:11 109:18
**researching**
119:16
**reso-** 70:22
**resolve** 242:1
**resolved** 305:9
**resolves** 242:3
**resource** 71:15
121:9
**resources** 121:8
121:13
**respect** 118:24
**respected** 288:8
**respond** 291:17
291:18
**responding**
212:23
**response** 23:2
34:3,12,24
35:5,9,10,11
39:17 92:3
129:24 154:22
160:10,15,21
160:24 165:8
165:18,20,22
168:15 170:24
171:19 172:24
173:24 174:13
175:8 178:10
178:12,18
181:22 188:20
189:8 192:4,18
197:5,24
202:12 204:13
205:7 206:1,1
206:2,7 207:1
211:15,16
230:17 233:8,9

238:9 239:11
240:2,2,16
241:18 242:1,7
242:9,20
243:11,12,13
244:4,5 245:9
245:10,20,22
246:1,1,6,7
247:4,18,18,22
248:14,15,18
248:24 249:3
249:10,15
250:16,20
251:1,15
252:13 253:7
253:24 254:17
255:14,14,21
258:10,15
259:1,10,12
260:13,17
261:19 264:16
265:9 270:6
275:3 278:19
281:22 282:17
284:21 289:5
315:2,23 316:2
316:14 324:13
361:3 365:8
367:13 372:9
374:18 375:5
375:24 376:5
376:15 377:12
377:22,23
378:18 379:2
379:17 380:10
380:23
**responses**
188:24 189:4
209:9 240:10
242:13 244:9
245:2,13 246:3
246:12 247:8
264:10
**responsibilities**
89:1 98:16
**responsible**
169:3 308:13

**responsive**
15:15,19
270:10
**rest** 47:22
270:17
**restate** 140:11
176:14 198:6
208:21 242:19
259:8 307:19
**restating** 164:16
388:11
**restricted**
309:18
**result** 114:17
156:16,21
167:4 242:23
270:17 313:16
315:5 322:16
324:22 335:11
343:11 344:7
344:12 362:7
391:13
**resulted** 363:9
**resulting** 196:13
239:20
**results** 87:11
126:7 129:7
148:6 171:18
171:21 197:6
213:2 221:4
231:11 266:16
267:21 275:5
295:10 308:6
309:13 315:16
315:24 323:5
324:4 352:24
360:3 361:9,10
373:4
**review** 5:3 14:18
20:14 23:10,10
25:8 29:6 37:1
37:14 43:12
45:10,16 46:20
48:18 49:6
50:13 75:1,16
75:17 79:6
81:7,14 85:3

85:21 87:4,20
87:23 91:2
93:11,18 95:6
96:2 101:8
104:15 105:3
109:5 116:3
119:21,21
121:2 122:3,22
124:11 128:6
134:11 135:23
138:20 140:2
140:15 141:19
142:18 145:9
145:10,14
146:19,21,21
146:24 148:6
149:6 154:12
157:20 159:7,9
159:22 161:21
166:3 173:22
175:20,20
176:2,10
183:24 192:1
193:4 198:13
203:12 204:2,5
204:11 207:12
211:19 218:13
219:10 220:1
220:15,18,19
222:3 223:9,12
223:14 224:4
226:8 227:7
233:16,18
245:7,23
256:14 263:15
283:7 289:22
290:7,9 293:17
293:21 294:11
294:12 299:7
299:14,18
301:19 305:15
306:19 314:12
322:18 330:22
333:4,7 334:2
334:4 341:4,4
341:5 351:15
355:13,15

357:20 358:2,6
364:24 365:24
366:4 367:7
371:19 375:9
377:5 381:5,19
381:23 382:13
382:22 383:16
386:2 387:6,18
**reviewed** 23:22
25:12,15 26:22
27:7 38:5
45:11 50:11,11
50:13,15 52:9
59:5 83:12,19
120:5,10 130:7
132:23 133:12
133:21 139:16
142:9 152:9
160:2,14
173:17 174:14
193:16,18
194:11 195:15
203:5 223:6
235:4 251:10
254:10 267:4
299:23 301:1
338:3 359:2
367:5 372:15
385:23
**reviewer** 84:2,4
**reviewers** 83:19
**reviewing** 34:7
91:2 96:19
132:14 144:8
220:9 253:19
275:17 277:7
354:5
**reviews** 5:24
142:7 224:17
295:13 296:23
350:23
**revised** 46:6
83:21
**revision** 47:24
**rich** 77:18 78:9
**right** 11:10 12:3
12:4 16:18,19

Shawn Levy, Ph.D.

17:4,5,24
22:17,18 27:10
33:17 35:12
36:2,13 45:22
46:10 57:23
61:7 68:3,6
71:6 74:2,3
76:14 86:5,7
88:22 89:5
90:15 92:15
93:6,20 102:9
106:12 113:6
117:10 122:10
124:13 125:20
130:21 141:22
142:20 146:16
150:10 152:23
157:15 159:3
164:2 165:1
175:2 183:1
187:13,22
188:24 190:10
194:8,10 195:9
195:13,15
203:16 213:11
214:24 215:5
221:5 223:7,8
228:10 230:5
231:14 240:10
240:19 244:18
244:22 245:2
250:14 252:13
258:18 264:10
264:14,22
266:23 267:11
268:13,24
269:21 270:1
272:5 273:10
273:13,19
276:11 280:2,6
280:7 282:15
282:18 283:1
287:11,12
288:23 295:17
296:10 302:18
302:24 303:18
304:5 308:2,3

313:18 320:11
327:15 331:2
337:8 340:17
340:17 341:11
351:21 370:19
376:24 378:4
378:16 381:4
382:10
**right-hand**
272:23
**rigor** 256:8
297:4,24
**risk** 4:23 5:5,18
6:14 21:22
23:12 83:11
84:14 110:13
110:24 160:3,5
161:4 166:2
183:16 201:3
238:4 254:12
256:16 265:17
267:16 269:17
271:5,14 273:4
273:12,16,18
274:5 275:1
276:20 278:11
279:16 280:1
281:14 282:21
285:3 310:10
313:21 314:14
321:3,17,19
322:23 323:2
324:5 334:7
336:15 337:2
337:10,11,19
338:12,22
339:22 340:2,6
340:14,22
341:7,17,19
343:1 344:1,24
345:6,12,23
346:13,18
347:19,24
369:10,11
377:17
**risks** 266:15
273:3 326:2

**RMR** 391:18
**road** 2:10 265:2
348:5
**Robinson** 1:19
3:18,21 7:3,15
391:18
**role** 26:17 37:16
52:19 60:10
91:23 92:20,22
93:5 110:9
112:8 117:1,15
121:5 130:4
135:19 175:9
179:2 191:20
252:2 260:17
263:11 264:5
269:20 273:1
275:12,13,16
276:2,10,22
277:18,22
278:7 279:7
281:24 282:10
282:24 284:3
289:5 311:19
314:20 321:2
326:12 349:22
350:3 353:21
366:1 381:7
388:16
**rolling** 320:21
**ROS** 215:8,16
216:3
**Ross** 6:9 218:15
**roughly** 19:2
98:21 234:10
338:4
**route** 199:7,12
**routinely** 105:6
**RPR** 3:21
391:18
**RS** 212:20
**rules** 10:7 29:17
29:20 291:22
292:20
**run** 309:24
**running** 308:6
309:13

| S |
| --- |

**S** 2:1 3:1,8
300:17
**S-transferase**
183:15
**S.W** 1:17
**Saed** 5:21 83:6
83:21 84:16
85:18 86:12,23
123:1 168:11
177:21 179:12
180:3 181:4,8
182:23 183:11
236:2,6 240:18
241:4,12,19
247:3 263:8
285:20,22
286:3,6,10,13
296:24 298:1,7
299:15 365:6
365:10
**Saed's** 87:12
88:4 179:21
180:10 181:13
181:15 286:15
296:23 297:11
298:12 300:22
302:12,17
**safety** 111:4
386:24
**Sales** 1:5 7:10
**samples** 99:20
105:6 129:5
131:8 308:6
309:13 371:2,3
383:12,18
384:3,8
**satisfied** 52:9
298:22 299:3
**saw** 20:5 22:16
27:9 46:4,15
47:1,6,10,11
47:12 90:13
211:16 385:21
**saying** 53:2,6
81:3 107:5

141:16 201:9
202:7 210:10
232:9 293:15
344:22,22
**says** 202:18
221:3 332:14
349:2 369:5
**scale** 259:11
312:6
**Scholar** 121:10
**science** 121:10
304:24 305:6
**Sciences** 83:12
181:6
**scientific** 70:7,8
70:12,17,24
71:16 97:5
109:14 119:11
120:17 121:16
130:3 143:4
144:6,8 148:3
163:17 175:4
175:14 178:15
179:9 185:3
187:6 194:16
196:6 202:19
234:22 235:18
241:1 263:2
286:24 287:19
289:10 295:5
297:4,24 299:5
299:10 300:4
373:6 381:2,14
390:2
**scientifically**
70:3,4 136:17
216:10
**scientists** 89:23
107:11 109:3
257:12 288:9
295:9,15 300:9
**score** 249:13,15
**screening** 4:20
19:14
**Scully** 3:3 25:9
25:12
**search** 373:3,5

Case 3:16-md-02738-MAS-RLS    Document 33123-3    Filed 08/22/24    Page 826 of 972
PageID: 241033
Shawn Levy, Ph.D.

Page 437

searches 120:19
121:6
searching
322:21
second 10:3
16:15 18:3
33:13,19 41:9
45:21 60:2,6
61:15 76:20
112:10 152:24
163:14 187:17
203:3 238:1
253:4 272:18
274:14 278:14
323:13 327:3
328:24 366:11
372:21
second-to-last
269:14
secondary
165:11 323:23
324:8
secondly 192:6
section 60:3,14
63:23 79:23
250:14 326:12
362:22 369:16
see 9:4 11:7
14:17 19:18
21:10 22:11
23:16 25:23
27:22 29:1,6
31:2 33:15,22
34:4 37:24
45:24 50:7
51:4,9,15,21
56:21 57:4
60:18 61:22
62:8,23 63:5
64:11,24 72:10
72:15 73:6
75:1 77:21
78:1,12 86:22
87:22 94:6
110:3,6 112:18
119:11 122:8
123:3,18

131:12 132:7
137:24 148:7
159:11 173:5
194:18 195:3
195:24 196:4,9
196:17 197:6
202:24 203:10
212:9,10,20
218:16 221:13
221:20 232:6
238:5,6,11,14
239:2,3 245:1
258:2,18 259:7
265:19 266:2,7
271:6 276:4,5
276:8 277:5
278:21 279:18
301:11,17
306:14 313:9
313:19 325:16
326:6 328:11
331:23 334:22
339:5 361:3
368:13,19,21
368:23 369:3
369:14 372:23
373:7,8,10
374:3,6
seeing 21:13
49:16 111:3,13
187:15 285:7
299:3 334:1
352:17 371:23
seek 97:18
291:13
seeks 290:22
seemingly 236:6
268:15
seen 14:15 15:20
19:15 22:8
23:13 31:12
32:23 50:1,5
50:19 59:16
74:8 82:21
83:14,23 84:2
84:4 113:11,15
113:21 180:2,8

199:21 200:3
257:10 322:19
326:22 362:17
363:14
seminal 37:15
senescence
212:15
senescent
212:22
senior 84:16
sense 71:3 77:23
78:11 105:24
116:19 167:19
177:1 189:17
197:22 277:13
284:9 294:20
296:20,21
301:1 315:14
379:1
sensitive 346:15
346:22
sensitivity
322:15 324:21
347:3
sensors 73:1,10
sent 43:21
sentence 33:13
33:15 34:1,4
51:11,17 52:2
52:14,16 53:1
53:12,22 54:7
55:1,5,17 57:7
60:21,21,22
61:11,15 62:1
62:19 63:2
72:13 74:1,18
76:9 77:21,23
167:9 196:5
238:2,6,18
239:4 265:16
269:5,15
281:19 313:19
314:21 327:11
327:18,20
328:1,10,24
329:2 330:6,11
331:21 340:13

344:19 349:2
362:12 369:1
372:21
sentences 51:23
52:10 53:21
54:10,15,19
55:24 56:7
57:9,17,20
58:3,6,9,14,17
63:13 64:4,11
64:13,18 65:2
65:19,23 66:4
66:12,13,22,23
67:7,18 68:9
68:10,22 69:5
73:17 74:5,6
74:14 75:22,23
76:7,10 78:15
78:19,22 80:2
80:3,8,16,22
81:5,11,17
82:1 263:16
313:12 329:6
separate 122:9
131:2 156:17
176:22,22
230:19 233:3,3
233:4 243:13
270:9,11
308:15
separated 145:6
separately
245:14 246:7
246:11
separates
144:21
separating
156:14 247:24
sequencing
88:21,23
309:18,21
310:7
serious 194:17
195:21 196:1,7
197:18
serous 259:21
275:2 328:18

369:10
Serpa 327:7
served 15:6,21
20:1 33:5
services 7:4
308:1,5,12,17
309:6,7,11,12
309:17,21
310:4
serving 8:13
47:9,9
set 38:18 61:18
122:5 232:17
334:18 365:7
setting 8:9 9:15
10:4
SEYFARTH
3:12
shape 319:16
share 197:12
201:4
shared 24:5 44:5
44:7 102:11
123:14 179:18
256:22 287:6
308:23
SHAW 3:12
Shawn 1:14 7:12
7:17 392:3,22
393:16
SHKOLNIK
2:10
short 97:13
100:3 186:18
189:16 318:20
shortcoming
200:24
shorthand 391:6
show 25:19 29:4
29:24 37:8
160:10,21
161:24 184:13
190:9,23
212:18 215:7
252:6 253:23
324:5 352:23
362:6 367:20

Shawn Levy, Ph.D.

381:7
**showed** 129:7,8
186:4,7 211:3
214:16 252:20
274:3,6 359:21
375:15
**Shower** 127:1,1
127:4,4 138:11
138:11 139:6,6
148:12,12
150:11,11,14
150:15 151:4,4
178:1,2
**showing** 11:11
164:20 188:19
233:19 236:4
239:22 256:16
263:9 374:18
380:13
**shown** 34:2,12
35:4 115:3
189:4 214:11
222:24 235:6
306:3 350:4,17
360:3 380:23
**shows** 27:8
36:11 183:20
207:6 215:15
216:2 220:22
221:2 300:10
360:21 375:4
377:11 379:15
380:10 381:2
**Shukla** 358:13
358:15 365:11
**sic** 75:12
**side** 37:23 50:23
50:23 72:18,18
76:8,9 77:8,8
298:13
**sides** 9:23
**Siegel** 327:8
**sig-** 212:18
**signal** 73:11
348:4
**significant**
32:11 96:18

117:1 161:2
179:2 212:18
215:3 228:4
253:23 254:2
256:16 280:15
280:24 281:5,7
281:12 324:3
363:22 388:16
**significantly**
58:8 85:24
192:10 274:24
**signing** 46:8
**signs** 214:8
**similar** 22:12,13
57:8,15 62:15
65:16 66:3
68:15 74:7,11
75:17 78:19
79:9,9,12 80:8
80:16 81:5,7
81:11,17 82:2
82:3,7 85:19
96:2 98:6,9
114:21 121:19
127:17 128:17
130:1 138:20
140:11 143:16
146:10 154:14
204:10 209:24
241:3 253:22
281:14 284:8
295:9,10,24
310:11 315:14
329:13,15
331:4 333:3
334:12 344:8
345:7 362:18
366:18,18
374:15 387:7
388:6,12
**similarity** 79:3
**similarly** 66:4
294:24 295:1
**simple** 184:20
293:8
**simplistic**
171:16

**simply** 108:16
127:2 130:16
165:4 166:8
171:6 177:12
223:24 240:6
248:12 299:6
319:15 323:11
356:7
**sing-** 112:4
**single** 26:18
36:11,19 52:14
52:16 73:2
111:13 167:13
223:15 228:22
228:22 229:5
229:23 230:5
252:7 322:20
343:4,8,15
374:18,21
**singular** 27:5
106:15 112:5
113:6,12,22
114:16 115:15
115:18 124:3
125:5 127:8,19
128:15 129:14
136:15,17
150:4,4 187:3
235:3 282:9
286:20
**singularly** 169:3
209:6
**sir** 88:16 196:20
**sister** 355:9
**sit** 325:19 326:9
355:18
**site** 277:21
306:1 317:10
**sitting** 21:2,4
27:18 28:11
107:15 110:22
149:14 386:4
**situation** 29:3
**six** 324:7
**size** 154:17
196:16,20
198:9,16

253:22
**SKADDEN** 2:20
**Skip** 53:20
**skipping** 313:12
**slashes** 78:15
**SLATE** 2:20
**slide** 300:10
**slides** 257:17
**slightly** 108:10
115:6,7 265:2
330:19
**slow** 182:3
**small** 57:22
186:21 274:24
363:10
**smaller** 154:19
**SNV** 343:19
**SNVs** 343:5,11
**soluble** 213:16
**Somatic** 313:8
**somebody**
320:22 321:19
321:19 336:11
**somebody's**
377:11
**something's**
18:2
**somewhat** 131:2
173:8 212:14
224:7 234:11
268:6
**sorry** 34:17
36:17 39:10
40:13 41:8
50:2 76:1,19
77:1 113:9
116:12 134:21
134:22 182:13
194:20,24
195:1 208:21
214:2 225:19
232:23 272:12
273:22 331:2
331:23 332:2,7
339:20 351:16
354:12 360:5
361:1 368:16

389:10,17
**sound** 16:17
17:24 75:9
311:15
**sounds** 16:19
90:16 131:11
232:8 249:19
298:21
**source** 59:1 70:3
70:19 75:4
124:4 276:17
316:10 317:7
317:10
**sources** 65:14
69:21,23 71:1
74:10 106:6
121:12 154:16
300:6,11
**space** 8:22 9:21
125:8 174:2
288:4,11
299:10 308:21
341:9
**speak** 10:9 12:8
40:6 46:13
137:2 159:12
207:13
**speaking** 109:16
167:15 173:22
256:12 258:8
259:4 260:23
278:8 343:13
349:3
**specie** 211:23
212:6 214:12
**species** 182:1,9
209:8 211:4
214:18 218:1
236:7 239:22
240:19 242:21
259:3 263:9
286:17 315:10
316:9,11,15,17
316:23 317:5,8
317:17,18
318:1,3,8,12
318:17 319:11

Case 3:16-md-02738-MAS-RLS    Document 33123-3    Filed 08/22/24    Page 828 of 972
PageID: 241035
Shawn Levy, Ph.D.

Page 439

319:24 359:22
361:16
**specific** 25:24
32:1 38:15
62:5 66:18
89:19 91:17,17
92:12,19,24
102:24 103:3,5
104:16 110:19
115:18 117:22
118:24 121:24
126:5 128:14
133:1 139:2,4
139:9 141:20
144:14 145:1
145:12 147:8
147:12 148:7
159:23 160:22
164:5 166:5
172:5 176:3
177:22 178:1
179:16 180:13
180:14,14
182:10 183:9
183:11 197:19
198:22 199:1
236:3 244:14
249:2 257:8,12
270:5 277:10
277:18 282:10
283:7,8 284:4
284:16 286:17
301:6 314:19
316:3 318:16
318:22 322:24
326:2,7 330:23
334:6 339:17
344:5 345:17
346:15,22
353:2 355:14
365:8 383:17
388:9
**specifically**
25:14 30:23
35:15 38:11
43:6 48:21
50:17 67:3

71:22 95:24
102:2,10
104:22 110:17
111:2 114:13
115:13 128:10
132:14 138:23
147:2 165:23
174:9 176:14
177:23 181:23
184:22 186:7
211:22 221:1,3
225:23 238:18
244:2 253:2
264:11 266:8
275:2 285:7
295:21 304:20
305:16 314:9
322:17 336:5
339:6 342:4,24
344:8 350:19
353:2 355:1,15
357:14 380:14
386:10
**specificity** 347:4
**specifics** 45:10
314:17
**spectrum** 95:7
98:23 103:23
120:3 137:13
151:6
**speculate** 266:5
270:16 297:15
**speeches** 292:17
**spell** 331:22
**spend** 47:14,18
**spent** 18:13,22
96:18 361:21
**spoken** 286:3
298:10
**sponsored** 298:3
**sponsorship**
297:2 298:4
299:11
**spray** 139:24
**sprays** 139:13
139:17 145:7
145:16

**Square** 2:20
**squarely** 283:17
**St** 323:20
**stack** 357:14
359:14
**staff** 308:21
**stages** 318:13
**stand** 38:23
277:14
**standard** 140:13
297:4
**standards**
186:19
**stands** 74:1
**start** 8:3 15:24
147:19 169:23
314:17 345:20
**started** 9:13
11:6
**starting** 55:19
60:13 195:4
336:7 368:13
**starts** 328:1
330:7,18
331:12,21
334:19,20
348:23
**state** 1:21 25:1
32:10 35:3
62:2 65:14
74:6 107:7
109:21 112:15
162:13 174:10
175:12 205:9
247:2 258:14
265:8 267:19
269:13 288:7
294:10 299:5
299:13,19
314:2 321:21
329:22 334:3
347:14 349:11
356:2 381:6
393:10
**stated** 35:13
57:11 65:12
66:4 74:11,22

80:7 82:4
108:16 112:6
113:20 114:2
118:8 127:5,10
131:18 132:15
171:6 203:4
213:15 215:1
248:11,12
259:9 274:8
280:23 305:7
319:15 352:4
387:11
**statement** 12:12
105:16 110:20
111:12 112:24
113:1 114:12
127:18 132:12
132:22 133:1
162:1 164:15
170:4 202:7
221:22 229:15
229:16 230:12
235:10 239:12
260:11 267:14
269:3 272:1
278:23 317:13
317:15 322:10
327:19 335:16
341:12,13
343:24 345:16
346:9,10
347:15 348:10
349:8 363:6
371:21 374:7
376:19
**statements**
110:7 111:3
169:20 188:9
206:5 226:24
267:24 277:10
277:13 283:8
284:24 285:2
378:21
**states** 1:1 55:6
110:4 272:24
359:7 363:8
373:1

**stating** 81:5
135:16 186:6,8
205:23 206:24
230:11 329:6
329:19 337:19
345:2
**statistical** 99:19
**statistically**
256:12 280:15
280:23 281:4,7
281:11 343:13
343:17,18
**status** 342:18
**STEERING** 2:2
**stenographic**
7:14
**step** 98:7 169:18
174:3 227:2
**steps** 167:18
366:8
**stick** 305:13,16
305:19 306:6
306:13
**sticking** 153:3
**stop** 62:21 63:3
358:3
**stopped** 357:21
**storage** 44:5
**stored** 86:20
**Stowers** 98:10
**straight** 292:20
**strange** 63:7,10
**Street** 1:16 2:3,7
2:14 3:13
**strength** 224:20
224:23 233:13
**stress** 87:1
238:22 317:12
**stretching** 26:24
**strike** 57:16
63:7 218:23
219:5
**strong** 222:24
226:11 347:23
**strongest** 345:22
**structure** 82:3
137:11

Shawn Levy, Ph.D.

struggling 232:6
studied 217:18
studies 33:14
  34:2 35:3 37:2
  37:7 85:19
  116:1,5,15
  120:1,2,2,2,10
  128:7,8,9,10
  131:5 132:1
  133:1,12
  136:19 137:19
  138:22 139:22
  140:1,5 145:2
  145:6 146:20
  146:21 148:22
  149:8,8 152:10
  157:21 159:9
  159:22,24
  160:1,9,14,19
  160:23,23
  161:1,2 162:9
  163:17,21
  165:14 166:4,7
  168:7,13
  173:11 175:11
  179:4,6 180:19
  181:5 184:4,21
  198:20,21
  201:15 204:3
  206:3 207:14
  207:21,22
  208:1 210:2
  214:11 220:3
  220:15 222:23
  224:9 225:8
  226:7 227:5,6
  228:6,7 230:16
  231:6 233:16
  234:1 236:2,9
  241:3,18 245:6
  251:10 253:19
  254:9,18
  256:15 263:23
  267:5 271:12
  273:7,11,15
  274:8 275:6,9
  275:9 279:1

281:14 283:5
285:21 297:2
297:11 301:5
306:3,12 314:5
330:2 334:9
338:3,5 340:5
341:11,13,16
350:24 362:4
375:13,15
376:4,6,14,22
377:4,17,20,21
377:24 379:20
381:7
study 6:3,7
  26:18 27:4
  32:14 33:3
  35:14 36:11,19
  37:13,16,20
  86:10 90:21,22
  133:3 139:7,8
  139:8,17,24
  145:12 152:8
  152:21 160:15
  162:17 175:23
  177:22 178:16
  179:14 180:17
  183:19 184:6
  185:17 186:9
  188:7 189:15
  189:17 190:1,3
  190:7,14,20,23
  191:8,9,11,16
  191:19 192:12
  193:4 194:7,12
  194:15 195:9
  195:13,16,18
  195:21 196:6
  198:23 200:3,9
  200:12,15
  201:2 206:3,12
  207:5,19,20,20
  208:11,14
  209:1,10,14
  210:12,17,18
  210:19,24
  211:1,3,7,10
  211:13,17

213:5,9,10
214:10,14,16
215:6,12,15,20
216:2,7,9,18
216:20 217:19
219:17 220:24
221:3 222:10
222:13,18
223:15 224:7
233:4,21
235:23 239:22
249:12 250:15
252:11 253:21
253:23 273:10
273:17,20,23
274:2,5,11
275:14 276:6
277:3 281:19
285:5 286:20
286:20 299:6,8
299:22 300:2
303:13 304:5,8
304:10,14,19
319:9 337:7
340:20 342:19
350:20 351:21
354:24 355:4
363:15 375:3
375:17 377:10
378:3,12,17
379:5 380:8,13
studying 89:24
stuffy 307:11
subject 18:7
  44:10 92:2,4
  127:18 158:11
  158:17 162:9
  287:10,14,18
  289:9 294:2
subjects 119:18
  119:20 200:21
  293:20
submission 85:7
submit 18:18
submitted 23:9
  38:6 83:11
  102:14 202:9

202:20
submitting 49:7
subparagraph
  64:1
subsequent 91:1
  177:18 201:15
  201:15 224:5
  352:17
subsequently
  297:3 299:7
  374:24
subset 62:5
subsidiary
  308:16
substance 57:3
  218:2 291:13
substances
  56:20 154:1
  322:9
substantial
  107:20
substantially
  47:6
subtype 260:6
subtypes 107:2
  260:1 273:7
  330:24 332:14
  333:4
succinct 65:13
  293:9
succinctly 65:15
sufficient
  113:15 114:8
  114:16 154:21
  171:23 228:23
  252:8 320:22
  336:14 344:11
  354:4
suggest 113:16
  125:17 162:16
  187:5 199:21
  205:11 211:20
  216:11 242:3
  244:11 249:11
  256:2 260:5
  278:24 279:2
  283:7 294:22

297:5 369:2,6
suggested 203:9
  359:20
suggestion
  58:10 165:17
  358:24
suggests 113:12
  165:19
Suite 2:7,10,14
  3:4,8
Suites 1:16
summarize
  107:4,4
summarized
  57:14 75:3
  87:10 199:3
summarizing
  83:18 152:8
summary 70:23
  140:15,16
  143:16 160:23
  164:16 172:11
  309:1 320:18
superior 379:15
supervision
  391:8
supplement
  25:10 213:11
supplemental
  38:10,13,18,22
supply 338:20
support 26:3
  32:1,18 35:24
  37:2 38:19,21
  77:20 78:10
  98:21 108:17
  126:8,9 127:23
  136:3 166:1
  175:4,14
  176:16 179:10
  180:12 181:17
  182:18 186:3
  186:23 187:6
  189:7 191:16
  191:19 192:3
  194:16 195:8
  196:6 202:20

Shawn Levy, Ph.D.

203:8 205:10
205:12 206:14
207:21 209:1
211:10 218:21
218:24 219:6
234:22 235:18
240:4 241:1
243:14 245:12
253:20,20
263:2 269:18
271:22 276:9
281:13 286:18
299:6,8 300:10
338:20 358:20
381:14 385:10
385:17 388:15
**supported**
151:10 167:12
167:13,19,24
179:4 206:2
225:7 239:21
242:6 244:3,15
245:8 252:6
260:13 261:16
261:18 275:9
281:13 284:10
295:12 300:14
300:19 366:9
**supporting** 5:17
5:23 83:9
84:13 142:6
183:5 190:8
204:3 208:15
228:7 230:16
**supportive**
129:17 168:20
172:13 174:22
175:6 176:20
178:12,19
207:23 210:20
219:14 234:19
244:6 247:13
255:15 260:3
266:19 268:6,7
268:12 366:14
**supports** 26:6
26:10,14 35:8

36:20 108:19
108:20,23
209:10 211:13
**suppose** 262:7
296:23
**suppressors**
73:1,10
**supracapsular**
362:19
**sure** 20:14,16,23
21:2 24:23
27:3 29:13
33:17,18 34:17
34:20 39:19
40:10 52:4
81:14 83:16
87:5 101:4
102:16 107:1
107:10 121:11
122:16 125:14
125:20 139:19
144:19 149:14
173:22 183:1
210:9 219:24
262:2 272:17
274:2 278:2
281:2 293:7
301:13 307:19
313:3 315:22
322:22 335:22
339:10 344:21
348:6 368:17
382:13
**surface** 31:13
**surfaces** 24:18
**surprise** 52:18
52:24 65:17
68:18 79:8
**surprised** 66:8
68:21,24 69:4
69:12,13
**surprising** 63:17
197:23
**surrogate**
340:21
**surrounded**
96:14

**surrounding**
62:16 119:19
133:4 165:16
175:9 197:4
268:2 277:10
362:17
**surveillance**
73:4,13
**survivors**
323:12
**susceptibility**
321:6
**susceptible**
323:7
**suspect** 222:8
339:21
**suspected** 96:15
**sustain** 76:16
77:15 78:5
**swear** 7:16
**sworn** 7:19
**sync** 316:10
**syndrome**
343:21 344:1,9
344:23 345:2,5
345:11,13
**synergistic**
369:6
**synthesis** 263:7
355:10 366:5
**synthesize**
293:21
**synthesizing**
235:24
**system** 185:6
186:9,11
200:11 214:7
216:18 248:16
350:24
**systematic** 5:3
5:24 23:10
142:7 220:18
224:17 227:6
**systems** 185:2
210:1 376:5

————————
**T**

**T** 391:1,1 392:1
**T.C** 25:3
**table** 79:17
**tables** 384:12
**Taher** 38:5 39:8
39:11
**Taher's** 38:9
**take** 10:20 16:14
20:14,24 38:1
45:18 48:13
59:19,22 71:23
79:24 82:9
98:7 115:9
124:13 158:6,9
158:11 165:22
166:13 167:17
175:21 214:24
228:14 236:16
292:24 301:15
301:16 302:11
326:5 356:16
372:8
**taken** 1:15 66:5
66:10 81:16
189:23 391:5
**takes** 170:14
248:17
**talc** 3:2 4:21,24
5:4 6:9 19:14
20:12 21:23
23:12 31:1
34:3,11,23
35:4 36:11,21
37:4,8 94:2
99:11,15
101:16 113:2
126:8 127:2
128:3,14
129:22,22
130:3 135:18
137:10,11
144:20 145:23
150:6,12,21
151:6 154:16
155:1,10,18,24
156:5,11 157:7
157:14 159:1,8

159:17 162:2
162:15,20,21
163:8,10 164:1
164:10,11,18
164:21,24
165:3,5,7,12
165:15,19,20
166:2,8,10
168:8,13,16
172:19,20
173:5,11 174:2
174:9,11,17,21
175:5,15,24
176:17 177:2,6
177:14,16
178:5,10,11,17
178:24 179:10
183:9 186:5,11
187:13 188:1
188:19 189:9
191:11,14,20
195:12 196:12
196:13 197:11
197:20,21
198:1,14,17,23
199:3,12,13,17
199:18 200:5
201:10,18
202:2 203:15
204:14,14,18
205:4 206:1,1
206:6,18
207:17 209:8
212:21 214:13
214:17 215:7
215:16 216:2
218:14 219:12
220:21,23
221:11,23
222:16,19
223:7 224:20
224:23 227:9
227:15 228:8
228:12 233:7
233:22 234:3
235:3,5,12
238:3,8 239:9

Case 3:16-md-02738-MAS-RLS    Document 33123-3    Filed 08/22/24    Page 831 of 972
PageID: 241038
Shawn Levy, Ph.D.

Page 442

239:23 240:1,8
240:10 241:1
241:16 242:8
245:2,8,18,24
246:20 249:8
249:18 250:4
250:16,19,23
251:14 252:1
252:12,20
253:6,15,16,23
254:2,17,22
255:7,13
256:17 257:2
257:18 258:15
258:24 259:14
261:17 263:10
265:17 266:15
267:15 274:22
274:23 277:12
277:12,22
278:16,19
279:15,24
281:21 283:17
283:23 284:12
284:22 285:2
289:23 303:18
304:12,15
305:4,5 351:11
354:20 355:2,3
355:6,9,19,23
356:1 358:21
360:4,5,16
361:13 362:4,7
362:24 364:14
364:21 365:2
365:12 366:10
369:12 371:1,3
373:19 374:8,9
374:19,23
375:15,20
376:1,16,24
377:6,18 378:3
378:18 379:2
379:10,16
380:9 381:24
384:1 386:1,6
**talc-containing**

139:12,23
**talc-induced**
26:5 30:21,23
363:9
**talc-related**
285:6,15,23
**talcum** 1:5 5:18
6:13 7:9 32:19
37:16 83:10
84:14 91:13
92:11,12,20
93:12,19 94:10
94:19,20,24
95:7,10 96:5,9
96:15 99:22
100:3 102:7
110:4,9,13
111:8,15,17,19
112:1,8,21
113:16 114:4,8
119:1,19 120:6
120:24 121:3
127:3,10
128:11 133:2
133:11 136:8,9
136:21 137:22
138:6,10,13,14
139:13,21,22
140:8 144:10
144:21 145:15
145:23,24
146:4,13,15
147:6,20 148:4
148:4,11,17
149:2,15 150:1
150:2,3 151:15
151:23 152:1
152:11,11,20
153:5,15,17,22
153:24 154:6
154:13,24
155:9 159:16
161:9,17 167:2
167:22 168:8
177:8 179:24
181:17 182:13
182:14,19

183:21 184:11
184:14,15
185:20 186:11
186:23 188:13
193:12 196:21
198:10 199:8
208:16 209:2
211:11,14,18
218:2 219:2,7
222:19 223:10
223:17 225:14
225:23 226:9
226:15,16
229:5 230:22
231:1,8,12
233:7 239:14
239:18 257:19
258:4 261:3,11
271:3 278:10
282:16 290:4
293:18 324:22
352:6,11,18
364:14 365:9
366:1 375:4
377:11 385:6
**talk** 147:6,10
153:1 193:3
244:18 264:13
272:19 307:22
310:12 343:4
343:21 345:19
350:22
**talked** 287:5
336:16 341:24
350:12
**talking** 41:15
116:6 132:18
225:12,13
228:10 232:13
257:7 330:16
340:8 350:2
353:13 382:9
**tangential**
119:24
**targets** 268:19
**task** 290:14
**team** 89:3,4,13

89:14,20
**technically**
311:15
**technology**
32:10
**tell** 7:19 8:8
11:21 21:18
26:13 64:5
76:19 83:2
100:17 131:22
317:21
**telling** 61:19
62:5
**ten** 61:10 186:21
231:17 236:23
237:3 387:23
**tense** 57:6,9,22
**tenure** 311:3,7
311:10,12,20
311:24 312:1,9
312:10
**term** 138:13
344:6,14
**terminology**
153:21
**terms** 70:18,24
82:2 91:17
117:6 123:8
128:8 139:17
146:24 149:10
154:8 159:7,13
161:4 171:3,3
181:22 196:15
200:4 207:17
209:17 220:9
244:12 255:20
255:21 256:1
259:5 278:8
305:21 343:7
346:24 360:10
370:24
**terrific** 42:22
132:17
**test** 136:17
295:7 309:20
**tested** 218:3
294:16,20,23

304:19 347:9
371:3 384:3,8
**testified** 7:21 9:7
46:15 131:23
370:6
**testify** 41:19,20
42:3 297:16
**testimony** 9:16
11:13,19 13:20
26:9 42:14
53:5 67:23
71:14,17,18
117:13 118:22
131:17 132:3,5
149:22 152:4
153:20 157:24
175:19 180:6
184:8 205:22
214:22 230:10
248:9 251:22
251:23 296:5
298:23 353:8
376:12 382:8
384:13 389:15
389:22 392:3
393:8
**testing** 99:24
128:14 129:4
133:24 148:4
234:17 235:5
308:18 352:23
354:6 370:7,12
384:8,12,15
**tests** 309:23
310:5 383:12
384:13
**Texas** 2:8 3:4
**Thank** 15:23
16:1 40:11
77:12 158:19
166:15 302:1
307:1 359:12
361:18 372:5
389:3
**Thanks** 390:7
**theoretical**
225:12 382:10

Case 3:16-md-02738-MAS-RLS    Document 33123-3    Filed 08/22/24    Page 832 of 972
PageID: 241039
Shawn Levy, Ph.D.

Page 443

| | | | | |
|---|---|---|---|---|
| **theory** 32:2 | 259:5,22 260:4 | **tie** 165:22 174:9 | 231:17 234:1 | 325:17 |
| 163:23 238:7 | 263:23 265:11 | 179:6 222:4 | 280:1 324:7,7 | **tool** 88:24 |
| 238:14 276:9 | 266:17 267:23 | **tied** 177:23 | 365:19 385:3 | **tools** 121:7 |
| **thereto** 391:6 | 270:20 272:2 | **time** 7:6 8:23 | **timing** 101:17 | **top** 43:17 123:24 |
| **thing** 81:4 | 273:20 274:11 | 9:15 10:3 | 138:24 258:22 | 326:24 328:11 |
| 125:17 295:24 | 274:20 277:8 | 18:22 20:5 | **tissue** 165:7 | 331:20,23 |
| 303:11 316:16 | 277:12 278:2 | 22:12,13 27:16 | 176:18 249:17 | 332:10,15 |
| 316:19 | 279:4 283:2,5 | 32:10,14 33:2 | 250:17 252:12 | 338:7 347:7,22 |
| **things** 57:14 | 285:14 290:3 | 35:13 48:18 | 252:21 256:24 | **topics** 96:3 |
| 65:14 94:7 | 294:8 295:6 | 79:5 82:12,15 | 258:3 304:13 | **Torre** 327:8 |
| 102:20 107:2 | 296:20 297:3 | 87:13 88:4 | 362:20 370:2 | **total** 17:23 |
| 194:10 195:20 | 300:8 301:21 | 92:5 96:17,19 | 376:24 377:5 | 18:14 47:18 |
| 196:11 223:5 | 312:12 314:15 | 97:12,14,22 | 378:4,19 | 54:17 |
| 227:13 237:21 | 323:3 336:6 | 101:3,13 112:6 | 379:16,22,24 | **totality** 26:23 |
| 240:7 266:18 | 341:7,17 342:6 | 119:16 130:14 | 380:10 | 50:14 86:3 |
| 274:16 292:11 | 342:12,13 | 135:11 142:9 | **tissues** 189:22 | 119:8,13 120:6 |
| 300:16 308:7 | 351:22 352:4 | 158:10 163:9 | 246:4 375:20 | 120:23 123:13 |
| 309:16 313:3 | 354:18,18 | 163:11,15 | **title** 41:8 89:11 | 126:23 138:9 |
| 315:8 | 355:2 356:1,11 | 165:1 166:17 | 142:5 312:15 | 140:15 167:17 |
| **think** 9:13 12:8 | 365:4 366:17 | 166:21 173:18 | **titled** 60:4 64:1 | 246:2 290:9 |
| 37:21 40:17,18 | 367:17 368:6 | 186:15,17 | 83:9 103:6 | 352:5 365:24 |
| 49:9 67:3 | 379:15 381:9 | 188:6 189:15 | 218:14 | 388:7 |
| 69:17 71:19 | 385:9,11 390:8 | 193:21 202:15 | **titles** 310:18 | **touched** 168:11 |
| 81:23 90:13 | **thinking** 92:18 | 203:9,14 | **today** 8:4 11:2 | **toxicity** 203:6 |
| 92:24 105:23 | 149:7 297:17 | 204:20,22 | 11:13 13:20 | 357:21 358:2 |
| 106:5,20 107:6 | 304:3,4 317:22 | 215:21 230:19 | 14:24 19:16 | 359:2 |
| 112:3 113:5,22 | 338:2 351:14 | 237:9,13 | 21:4 27:18 | **toxicology** 195:6 |
| 127:19 130:1 | 369:16 | 245:17 247:16 | 28:11 39:17 | **trace** 347:10 |
| 134:16 139:18 | **third** 51:17 | 247:21 248:2,5 | 43:13 105:11 | **track** 311:3 |
| 154:5 158:17 | 72:19 205:1 | 248:19 249:8 | 107:15 110:22 | **trade** 127:3 |
| 162:8 166:10 | 366:12,13 | 250:19,23 | 118:13 130:5 | **traits** 345:21 |
| 168:7 173:18 | **thorn** 154:16 | 253:5 255:18 | 149:14 174:5 | **transcript** 67:24 |
| 174:5,7 175:11 | **thorns** 154:17 | 256:8,10,11,19 | 201:14 205:24 | 391:4,9 392:3 |
| 176:19 182:7 | 154:18,21 | 256:20 259:11 | 228:3 231:17 | 393:5,8 |
| 184:9,17 191:7 | **thought** 46:15 | 263:14 279:4 | 244:23 245:11 | **transducers** |
| 197:1,11,19,22 | 77:1 194:24 | 292:16 300:23 | 257:6 263:17 | 73:2,11 |
| 198:7 201:7 | 274:21 342:9 | 302:3,7,17,17 | 266:20,22 | **transduction** |
| 204:10,16,20 | **thousands** | 311:23 318:21 | 277:11 282:9 | 348:4 |
| 206:10,13 | 323:19 | 339:10 356:19 | 315:9 325:9 | **transferred** |
| 208:3 210:16 | **three** 40:13 | 356:23 359:22 | 350:9 357:7,11 | 143:13 |
| 212:24 214:13 | 53:21 55:23 | 360:15,20 | 365:7,19 | **transformation** |
| 215:20 216:9 | 58:2,14 158:7 | 361:21 383:2 | 367:15 370:6 | 106:9 114:2 |
| 216:13,14 | 292:11 309:10 | 385:23 390:7 | 382:21 384:22 | 115:10 169:5 |
| 222:8 230:1 | **threshold** 153:5 | 390:10 | 385:3 386:4 | 169:10 171:22 |
| 236:15 244:14 | 153:12,15 | **timeline** 189:16 | 389:15,23 | 172:14 182:12 |
| 254:2 255:6 | **thresholds** | **times** 2:20 8:8 | **Today's** 7:5 | 189:21 243:15 |
| 256:12,18 | 150:24 | 81:24 162:7 | **told** 223:5 | 244:7 344:12 |

Shawn Levy, Ph.D.

Page 444

| | | | | |
|---|---|---|---|---|
| **transformative** 246:17 | 378:20 382:23 391:9 392:4 393:7 | 45:3,22 47:8 51:23 52:10,18 53:20 54:10,15 | 351:21 355:3,6 **types** 91:9 92:7 98:24 100:2 | 14:21 34:17 70:6 80:18 93:16 94:22 |
| **transformed** 171:24 | **TruSight** 310:8 | 54:19,20 57:13 57:17 58:6 | 106:18 118:15 144:10 169:13 | 117:8 118:12 133:22 144:20 |
| **translated** 125:10 | **truth** 7:19,19,20 **try** 10:9,19 29:5 | 64:4,11,13,18 65:2,14 68:15 | 212:7 247:7 259:17 260:9 | 147:14 149:23 202:11 229:3 |
| **traveling** 199:19 | 125:18 157:24 | 73:17 74:4,14 | 260:12,21 | 230:2 232:7 |
| **treated** 182:13 | 220:3 256:19 | 75:21,23 76:7 | 277:16 328:17 | 255:23 283:15 |
| 182:14 186:20 | 268:15 293:11 | 78:14,19,21 | 329:8 330:20 | 305:20 307:17 |
| **treatment** 105:7 | 313:1,3 | 79:3 80:2,3,7 | 330:21 348:12 | 335:22 344:22 |
| 129:24 168:15 | **trying** 37:21 | 80:16,21 81:4 | **typically** 311:7 | 352:22 383:20 |
| 184:24 299:9 | 38:24 127:6 | 81:7,11,16,24 | | **understanding** |
| **tremendously** | 232:7 283:15 | 83:2 87:18 | | 12:14 53:8 |
| 281:11 | 291:12 292:3 | 94:6 147:4,10 | **U** | 107:16 153:14 |
| **tremolite** 383:21 | 292:17 293:7 | 156:20,24 | **U** 300:17 | 169:6,10 |
| **trial** 9:5,7 | 339:14 349:20 | 157:13 158:7 | **Uh-huh** 34:8 | 307:13 329:24 |
| 224:12 228:1 | 350:15 | 162:15 163:12 | 38:2 59:14,24 | **understood** 10:2 |
| **trials** 310:1 | **tubes** 199:24 | 163:16,16 | 60:12 72:9 | 10:22 105:22 |
| **tricky** 38:24 | 304:16 305:22 | 168:19 173:18 | 124:19,21 | 106:17 172:3 |
| 135:3 | 306:2,5 | 173:21 177:12 | 168:17 187:10 | 351:24 |
| **tried** 125:5 | **TUCKER** 3:8 | 178:24 186:15 | 187:20 190:22 | **undertaken** |
| 200:3 223:12 | **tumor** 73:1,9 | 205:1 212:5,7 | 201:13 213:20 | 147:1 163:20 |
| **trigger** 228:24 | 106:12 183:12 | 212:24 222:24 | 238:21 259:16 | 294:11 |
| **trouble** 307:12 | 246:18 264:17 | 235:7 236:9 | 271:10 301:24 | **undertaking** |
| **troubled** 298:11 | 265:5,9 310:8 | 239:19 240:7,9 | 334:23 349:1 | 295:9 318:20 |
| 298:17 | **tumor-** 369:7 | 240:13 244:9 | 369:4 381:1 | **undertook** |
| **true** 32:24 34:9 | **tumor-activated** | 244:22 245:1 | **ultimately** 17:14 | 366:19 |
| 34:10 35:8,9 | 264:13 | 245:13 246:3 | **umbrella** 309:5 | **unfair** 189:13 |
| 65:3 66:14 | **tumorigenesis** | 247:7,11 | **unable** 132:18 | **unforeseen** |
| 68:11 71:2,12 | 369:7 | 270:11 308:20 | 160:16,16 | 363:8 |
| 74:5,20 78:22 | **tumors** 77:24 | 308:24 309:22 | 377:6 | **Unfortunately** |
| 80:23 81:13 | 78:11 264:9 | 315:19,19 | **uncertain** 238:4 | 362:24 363:7 |
| 84:7 90:18,21 | 273:5 275:3 | 317:1,1 329:6 | **unclear** 265:18 | **unhealthy** 314:3 |
| 96:11,12 104:8 | **turn** 63:20 269:9 | 331:17 350:23 | 266:18 267:10 | **uninvestigated** |
| 133:6,9 142:16 | 312:7 335:18 | 351:2 355:14 | 267:17 268:13 | 165:11 |
| 143:24 144:3 | 356:11 357:5 | 360:15 361:1 | **uncommonly** | **UNITED** 1:1 |
| 161:10 195:21 | 357:14 359:17 | **type** 48:1 137:10 | 362:19 | **universally** |
| 207:21 213:6 | 361:19 368:11 | 144:21 154:6 | **underestimate** | 169:11 |
| 216:3 217:11 | **turned** 311:20 | 176:22 179:10 | 107:7 | **University** 91:6 |
| 218:7,8 257:16 | **Turning** 73:8 | 181:18 182:19 | **undergirding** | 102:21 103:7 |
| 260:21 271:23 | **twelve** 9:2 76:3 | 183:7 189:8,9 | 365:2 | 103:10,12,16 |
| 300:7 314:9 | **twenty** 234:10 | 209:13 213:7 | **undergoing** | 104:4,10,19 |
| 317:13,15 | **two** 16:8 17:23 | 217:3 259:20 | 256:9 | 108:5 310:14 |
| 338:19 340:19 | 24:19 35:20 | 259:22 260:8 | **undersigned** | **unknown** |
| 346:3,14 350:3 | 36:6 40:13,14 | 276:17 316:3 | 393:3 | 105:11 107:6 |
| 351:9 354:19 | 40:14,18,18 | 329:20 350:20 | **understand** | 215:4 336:21 |
| 374:20 376:1 | 41:11 43:1 | | 10:16 11:1 | |

Case 3:16-md-02738-MAS-RLS    Document 33123-3    Filed 08/22/24    Page 834 of 972
PageID: 241041
Shawn Levy, Ph.D.

Page 445

unregulated
106:1
unresolved
279:12,12
unscheduled
355:10
untested 289:20
USB 12:16,19
13:3,9,12,14
use 5:4,18 6:9
23:12 59:20
83:10 84:14
103:3 119:2,19
120:6 144:21
146:22,22
152:12 153:21
159:16 161:3,4
163:15 166:9
167:2 174:8
177:7 182:10
191:11 197:20
208:16 210:6
212:13 218:14
219:12 220:23
221:11,23
223:10,17
224:20,24
226:9,12 227:8
227:15,20
228:8,12,14
230:24 231:1,5
231:8 233:22
234:5 238:3
264:2 266:15
268:4,16,20
270:8,16
274:23,23
275:4 277:12
278:3,10
279:15,24
281:21 299:1
374:20 375:4
376:15
users 351:11
369:13
uses 70:22
226:14

**V**

vagina 199:23
226:17 304:15
vague 130:11
133:14 145:19
148:1 192:14
209:16 251:7
253:13 286:12
293:14 384:10
388:4
valid 286:21
validate 383:6
383:10
validated
309:20
validity 233:12
233:13
valuable 346:24
Vanderbilt 91:5
310:14,24
311:7,11 312:8
312:13
variability
259:13
variable 139:18
139:24 140:4
149:9 318:15
319:13
variance 343:4
variant 343:15
343:16 346:13
360:14
variants 343:9
variation 258:12
varies 311:9
316:1
variety 108:23
118:14 119:18
121:7,10
258:14 263:15
277:15 284:11
286:14 299:12
348:12 352:23
352:24 384:4
various 333:13
386:23

vary 259:12
319:6
vast 98:12
123:12 300:13
vastly 107:6
verbalize 10:19
verify 16:24
75:10 337:21
version 45:14
46:16 47:11,13
61:24 84:12
85:4,5,6,8
86:16,21 87:21
143:15 301:8
301:11 302:12
versions 40:4
versus 87:21
136:21 139:23
177:7 244:19
247:4,22
308:11 319:2
360:13
viability 212:12
360:10,13,22
361:14
video 1:14 7:7
videographer
3:18 7:1,3
79:15 82:10,14
166:16,20
237:8,12 302:2
302:6 356:18
356:22 390:9
view 26:4 59:1
115:11 155:2
155:11 207:21
208:15 209:2
211:11,13
218:21 219:6
245:18,22
251:13 260:9
260:19 288:22
289:2,3
viewed 171:20
299:6
virtually 334:11
virulent 259:21

viruses 313:15
Vitonis 338:16
340:18 341:24
342:4,5
vitro 120:1
128:10 210:2
286:16
vivo 120:1 210:2
314:10
voice 307:9
volume 130:14

**W**

W 3:9
Wacker 3:8
wait 182:3 237:2
want 11:8 12:12
16:14 29:6
39:1 44:22
51:1,6 59:22
67:15 72:12,18
111:24 125:20
125:23 132:17
135:12 138:5
145:5 147:5,5
147:10 152:14
152:24 175:21
193:3 216:19
230:2 236:18
250:2 264:1
272:19 278:2
292:23 307:22
313:2 324:17
326:15 344:21
359:13
wanted 141:19
143:14 315:22
warning 193:12
195:12 203:9
warrant 355:2
Washington
3:13
wasn't 9:24 86:5
111:16 112:23
125:4 130:16
134:9 143:8,8
143:9 146:9

148:13,13
150:23 151:20
152:5,6 153:11
157:18 159:2
161:13,20,20
165:6 208:22
228:17 231:19
254:7 261:8
285:18 287:24
312:3 354:3,16
380:2 381:5
387:17
water 213:16
way 9:1 10:12
29:7 31:17
63:10 74:7
114:14 131:20
236:5 309:1
317:22 331:16
341:1 342:21
364:13 383:23
Wayne 299:13
299:19
ways 74:11 81:4
116:8 213:1
we'll 10:9,24
27:16 30:11
33:5 37:24
72:1 79:17,24
124:13 190:19
192:23 236:16
292:15,24
339:10 357:9
we're 28:10
30:11 42:13
81:3,3 82:15
118:23 125:21
166:21 189:19
201:14 220:6
232:13,13
237:13 247:14
257:6 264:1
265:3 267:5
277:11,24
278:3,8 280:12
281:19 292:17
302:7 307:19

Shawn Levy, Ph.D.

329:19 356:23
381:12 390:8
390:10
**we've** 14:22 15:5
21:17 22:23
29:13 48:2
49:1 50:8
58:17 59:10,23
67:3,3,17
68:14,14 74:8
75:11 79:4,20
81:23,23 86:16
87:14 104:16
104:16,20
127:2 135:22
158:5 175:8
180:24 189:19
205:14,15,24
206:15 208:3,4
208:24 209:6
218:12 226:5
227:4 236:12
242:6 249:24
253:19 262:18
263:8 264:3
267:18 271:1
279:14 282:8
291:21 293:22
295:2,3 296:21
296:24 301:18
304:10 323:18
323:20 325:9
327:7 330:15
336:6 348:14
350:9 353:17
355:23 363:20
370:15 374:15
377:16,16
379:20 385:3
388:6
**weak** 304:24
305:6
**Web** 121:10
**web-based**
121:8
**website** 5:11
19:12 58:21,24

59:5,12,20
60:14 61:16
63:14,22 64:14
65:3 66:10,14
66:24 67:19
68:9
**websites** 74:12
**week** 291:22
**weeks** 14:19
**weighing** 119:8
**weight** 283:12
**weighting** 284:7
284:17
**WEIL** 2:14,17
**welcome** 42:12
166:24 237:16
302:10
**well-established**
116:20,23
117:5 130:3
167:12 168:1
353:19
**well-evidenced**
112:7 115:4
**well-known**
183:12 217:14
**well-powered**
228:1
**well-supported**
251:24
**went** 67:12
116:3 200:23
324:15
**Werb** 5:15 75:7
75:13 79:8
**Whatever's**
237:3
**wholly** 308:15
**wide** 32:14
106:18 108:23
162:8 184:20
284:10 286:14
**widely** 102:12
**Wikipedia** 5:13
69:14,18,24
70:2,20,22
71:3,5,12,15

71:20,22 72:1
72:19,24 73:22
73:24 74:12,18
74:22 75:2,3
**withstanding**
206:12
**witness** 7:16,18
8:13 12:11
100:14 102:4
141:6 158:16
158:20 170:8
185:12 225:18
237:5 285:22
291:11 391:10
392:3 393:1
**witnesses** 52:18
57:14 223:2
247:3
**woman** 161:7
164:9 226:14
322:13 324:19
346:16
**woman's** 304:15
340:21
**women** 199:7
205:7 207:2
225:13,22
257:17 258:4
306:14 336:9
338:5 346:3
369:11 380:9
**women's** 206:8
227:10
**wondering** 47:1
110:22
**Woodford** 184:2
**Woodruff** 184:2
207:4,20
303:14,22
**word** 68:10,10
78:14,21 80:2
80:10,21 81:9
81:13,19 103:4
264:2 278:3
299:2 331:17
332:23 392:6
**word-for-word**

54:20
**Word(s)** 392:6
**worded** 340:13
**wording** 58:14
74:21 79:9
82:3 274:7
283:8 329:10
329:13 330:19
334:11,12
**wordings** 66:18
**words** 48:13,21
56:12 58:4
61:10,10 62:10
317:1 330:12
**work** 18:9 44:10
48:24 51:14,20
53:10 88:20,24
92:1 98:19,24
99:13 100:14
103:15,21
104:4 106:11
108:24 120:19
131:11 158:1
181:4,13,15
183:6,11,14
224:6 236:17
244:9 245:14
284:11,12
286:9,13,16
291:5 297:1,5
299:18 326:6
**worked** 104:10
104:20
**working** 11:24
14:3 79:16
109:4 115:11
298:13
**works** 29:7
**workshop** 201:1
**world** 71:11
98:20 289:10
377:11
**worldwide**
327:4
**worries** 332:13
**worthy** 125:11
**wouldn't** 85:11

102:23 110:18
144:16 185:24
222:3 243:24
287:4 301:16
312:17 313:20
321:5 329:18
**wounds** 77:24
78:11
**write** 48:4 55:13
58:16 73:9
78:4 150:19
278:13
**writes** 56:17
60:15 72:24
76:15 77:14
383:7
**writing** 47:17,19
58:21 69:14,18
71:20 95:19
142:19 391:7
**written** 39:14
41:3 54:15
64:13 96:20
142:23 187:23
203:21 357:17
**wrong** 204:20
272:5 303:23
**wrote** 64:16
85:15 86:6
87:13 88:5
193:11 195:11
245:17
**Wu** 338:16
342:1,16,17,24

**X**
**X** 4:1 5:1 6:1
232:8,9 387:24

**Y**
**Y** 232:8 387:24
**yeah** 21:12 22:4
79:2 118:23
140:11 141:7
157:9 170:18
181:2 190:15
207:11 231:19

Case 3:16-md-02738-MAS-RLS    Document 33123-3    Filed 08/22/24    Page 836 of 972
PageID: 241043
Shawn Levy, Ph.D.

Page 447

237:6 241:14
241:15 248:10
296:20 298:19
328:6,6 334:17
335:16 343:8
350:12,14
370:17 378:11
380:7
**year** 85:2 101:2
101:5 310:5
311:12 357:22
**years** 9:2 26:19
27:1 98:22
120:4 161:23
223:23 227:19
234:11 299:19
309:9 310:21
311:6 312:16
319:6
**Yep** 328:7
**yesterday**
288:20
**York** 2:11,18,18
2:21,21
**younger** 319:17

———————

**Z**

**Zelikoff** 5:9 49:4
49:21 50:10
56:16
**Zelikoff's** 49:7
49:13 50:18,24
51:1,18 53:13
54:8,12 55:2,6
55:18,24 56:15
68:22
**Zena** 75:7
**zero** 360:17

———————

**0**

**08542-3792** 2:15

———————

**1**

**1** 4:13 14:9,11
14:22 39:18
193:16 268:5
268:18 269:11

270:14,19
275:24 321:14
343:17 360:9
360:10,12
361:9
**1.01** 280:7 281:2
**1.17** 280:1
**1.2** 281:15
**1.36** 280:7
**1/8/19** 4:18
**10** 5:12 72:2,3
75:22,24
154:24 348:22
**10:15** 82:12
**10:25** 82:16
**100** 255:17
256:10,11
**10036** 2:21
**10153-0119** 2:18
**103** 31:4 187:12
187:17 362:12
**105** 362:13
**11** 1:11 5:14
75:14 76:4,6
349:19
**11:51** 166:18
**11747** 2:11
**11th** 7:5
**12** 5:16 75:12,24
76:2 82:19,23
84:10,11 86:17
87:3,15 181:6
269:13 271:8
**12:52** 166:22
**1200** 98:19
**125** 179:20
183:13
**12th** 18:23
**13** 5:20 79:21
82:19,23 83:4
83:23 84:3,5,8
219:16,20
324:7
**14** 4:13 5:22
33:11,19 35:19
142:1,2 143:21
144:6 219:16

357:5 358:5
**142** 5:22
**14th** 42:17
**15** 6:2 19:2 99:5
158:6 190:16
190:19 203:6
319:6 337:4
349:21 370:19
**1508** 250:13
**1510** 3:4
**16** 4:17 6:4 75:2
192:23,24
357:13 372:8
**16-2738** 1:7
**16th** 16:17
**17** 2:14 6:6
137:22 138:7
138:16 147:7
149:17 208:7
208:10,18
209:1 359:14
**170** 310:8,8
**174** 272:19,23
274:14 278:13
**175** 281:20
**18** 6:8 122:12,18
123:16 218:9
218:13
**18-milligram-...**
192:9
**1800s** 116:22
**19** 4:19 6:10
249:21 250:1
**190** 6:2
**192** 6:4
**1971** 37:13
184:3 304:4,8
**1979** 303:22
**1980** 203:7
359:8 372:15
373:11
**1984** 25:5
**1993** 181:23
194:8 201:2
**1994** 201:1
**1995** 25:10
**1996** 249:12

**1st** 359:7

———————

**2**

**2** 4:15 33:6,7
48:2,4,14 49:2
60:2 96:24
97:4,8,20
112:10 119:6
137:22 195:1
268:5,18
269:11 270:14
270:19 313:7
321:2,12,14,17
327:10,12
328:24 331:20
332:4,8 339:7
341:21 345:7
346:13
**2:10** 237:10
**2:26** 237:14
**20** 6:12 47:20
50:24 51:3
53:12 55:5
56:15 101:13
236:13 270:22
271:2 337:4
**200** 338:4
**20004-1454** 3:13
**2002** 90:23
**2006** 328:15
**2007** 181:20
**2008** 203:7
279:5 357:22
358:3,8,22
359:8 372:16
373:4
**2009** 358:15,17
365:11
**201** 2:14
**2011** 272:3
**2014** 6:5 192:18
193:21 194:11
202:1 204:9,17
357:17 359:7
373:4,11
**2017** 16:17,22
17:7 41:7

42:23 181:15
301:2
**2018** 16:9 18:24
20:2,6 39:13
41:1,9,10
42:17 43:8,10
45:24 46:16
84:6 85:13,15
87:14 88:4
179:21 180:2,3
180:10,20
181:16 204:12
245:18 265:22
302:18 333:6
**2019** 1:11 7:5
16:10 107:15
393:10
**208** 6:6
**21** 4:22 6:16
326:18,21
327:8
**218** 2:3 6:8
**22** 6:18 124:15
124:20 367:21
367:22
**220** 24:14
**23** 5:2 24:13,16
**233** 3:8
**24-hour** 360:14
**249** 6:10
**25-fold** 337:12
337:22
**26** 5:21
**26th** 83:5
**270** 6:12
**2738** 1:9 7:11
**28** 41:1,10
**2nd** 16:9 41:7
42:23

———————

**3**

**3** 4:17 16:4,7
60:9,20 62:1
63:1 194:14,22
194:22,24
195:5 196:3
212:2,3 213:3

Shawn Levy, Ph.D.

Page 448

214:24 331:20
332:16 360:3
361:10
**3:33** 302:3
**3:48** 302:8
**30** 5:6 26:19
**30-** 338:5
**305** 2:10
**307** 4:5
**326** 6:16
**33** 4:15 17:23
18:14
**357** 4:6
**36104** 2:4
**367** 6:18
**37** 371:1
**372** 4:7
**389** 4:8
**3A** 212:5
**3B** 212:5

**4**

**4** 2:20 4:19 19:4
19:7 20:4,9
21:5 22:14
55:11 63:20,24
64:19 200:9
201:8,9 203:2
357:15,19
372:16 373:10
374:1,2
**4:54** 356:20
**40** 161:23 337:3
337:10,20
**40,000** 338:5
**400** 2:10
**41** 371:2
**42** 221:9,15,18
371:3
**45** 238:1
**49** 5:8

**5**

**5** 4:22 21:14,18
21:24 22:8,11
22:16,19 50:20
51:7 53:19

54:1 55:12
56:24 204:24
313:5,8 326:12
326:24
**5,000** 98:21
99:10
**5/2/18** 4:18
**5:20** 356:24
**50** 155:10
323:12
**500** 2:7 310:11
347:23,23
360:17 361:11
361:12
**56** 371:1
**581** 359:17
**59** 5:10

**6**

**6** 5:2 22:24 23:3
23:7,13,16,18
23:23 24:1,15
38:4 191:21
328:4,9,11
330:6 372:20
373:10 390:11
**6:00** 390:12
**60** 319:19
**60606-9997** 3:9
**6950** 3:8

**7**

**7** 4:4 5:6 30:12
30:13 71:24
72:8 73:8
185:9 194:14
334:13 337:1
361:20 372:20
**7-** 337:13
**72** 5:12
**72-hour** 360:11
360:15,20
**74** 278:13
**75** 5:14
**75202** 2:8
**767** 2:17
**78701** 3:4

**8**

**8** 5:8 49:20,22
50:9 338:8
367:17 368:11
368:14
**8-fold** 337:13
**80s** 190:1
**816** 3:4
**82** 5:16,20
**850** 1:16
**8th** 16:10

**9**

**9** 5:10 59:7,11
59:23 60:13
75:5 76:9 77:9
78:3 347:8
**9:04** 1:18 7:6
**90** 322:2
**900** 2:7
**90s** 176:1
**96** 250:1
**975** 3:13

Exhibit 21

Page 231

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF NEW JERSEY

3

4      IN RE: JOHNSON & JOHNSON        )

       TALCUM POWDER PRODUCTS          )

5      MARKETING, SALES PRACTICES,  ) MDL NO. 16-2738(MAS)(RLS)

       AND PRODUCTS LIABILITY          )

6      LITIGATION,                     )

       _____)

7

8

9

10

11

12              VIDEOCONFERENCE DEPOSITION

13                         OF

14          DANIEL CLARKE-PEARSON, M.D. (VOLUME II)

15            (Taken virtually by Defendants)

16               Friday, March 8, 2024

17

18

19

20

            Reported by:  Christine A. Taylor, RPR

21

22

23

24              GOLKOW LITIGATION SERVICES

           877.370.3377 ph | 917.591.5672 fax

25                 deps@golkow.com

Page 232

1   REMOTE APPEARANCES:
2
3   Representing the Plaintiffs:
4       BEASLEY ALLEN
        BY:  LEIGH O'DELL, ESQ.
5           LEANNE PITTARD, ESQ.
            218 Commerce Street
6           Montgomery, Alabama  36104
            334.269.2343
7           leigh.odell@beasleyallen.com
8       and
9       GOLOMB LEGAL
        BY:  RICHARD GOLOMB, ESQ.
10          1835 Market Street, Suite 2900
            Philadelphia, Pennsylvania  19103
11          215.278.4449
            rgolomb@golomblegal.com
12
13
        Representing the Defendants Johnson & Johnson and
14      Johnson & Johnson Consumer Inc.:
15      SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
        BY:  JESSICA DAVIDSON, ESQ.
16          ASHER TRANGLE, ESQ.
            One Manhattan West
17          New York, New York  10001
            212.735.3000
18          jessica.davidson@skadden.com
            asher.trangle@skadden.com
19
20
21
22
23
24
25

Page 234

1   Exhibit 26   3/22/2015 Holy Cross Health record,   311
2       Bates NewsomeT-HCHMR-00277 - 278
3   Exhibit 27   Obesity and risk of ovarian cancer   316
4       subtypes: Evidence from the Ovarian
5       Cancer Association Consortium
6   Exhibit 28   Perineal Talc Use and Ovarian   332
7       Cancer, A Systematic Review and
8       Meta-Analysis
9   Exhibit 29   Pasqualina Rausa Report   338
10  Exhibit 30   Genital powder use and risk of   348
11      epithelial ovarian cancer in the
12      Ovarian Cancer in Women of African
13      Ancestry Consortium
14  Exhibit 31   Use of personal care product   354
15      mixtures and incident
16      hormone-sensitive cancers in the
17      Sister Study: A U.S.-wide
18      prospective cohort
19  Exhibit 32   Chang 2024 Supplemental Data   360
20      spreadsheet
21
22
23
24
25

Page 233

1           C O N T E N T S
2                   PAGE
3   EXAMINATION CONTINUED BY MS. DAVIDSON        235
4   EXAMINATION BY MS. O'DELL               365
5   FURTHER EXAMINATION BY MS. DAVIDSON     378
6   FURTHER EXAMINATION BY MS. O'DELL       388
7   FURTHER EXAMINATION BY MS. DAVIDSON     389
8
9
10              * * *
11
12          E X H I B I T S
13  EXHIBIT         DESCRIPTION         PAGE
14  Exhibit 19   2/22/2024 E-mails, Subject: RE:   242
15      Ovarian Cancer and Talcum powder
16  Exhibit 20   American Cancer Society Cancer Facts   247
17      & Figures 2024
18  Exhibit 21   Materials Considered list   258
19  Exhibit 22   8/27/21 Deposition Transcript of   276
20      Daniel L. Clarke-Pearson, M.D.,
21      Volume 2
22  Exhibit 23   Hilary Converse Report   292
23  Exhibit 24   7/12/2021 Letter to David Dearing   299
24      from Dr. Godleski
25  Exhibit 25   Tamara Newsome Report   304

Page 235

1       On March 8, 2024, commencing at 9:21 a.m.,
2   the videoconference deposition of
3   DANIEL CLARKE-PEARSON, M.D., was taken pursuant to
4   notice and pursuant to the Federal Rules of Civil
5   Procedure, on behalf of the Defendants, remotely
6   via Zoom.
7           - - -
8           P R O C E E D I N G S
9           - - -
10      DANIEL CLARKE-PEARSON, M.D.,
11  having first been duly sworn, was examined
12      and testified as follows:
13          - - -
14      EXAMINATION CONTINUED
15  BY MS. DAVIDSON:
16      Q.   Good morning, Dr. Clarke-Pearson.  As
17  you know, we're continuing your January 20, 2024,
18  deposition in In Re: Johnson & Johnson Talcum
19  Powder Products.
20          Did you bring any materials with you
21  today?
22      A.   Yes.  I brought some journal articles
23  that I thought might be useful to discuss.
24      Q.   Are any of those articles not included
25  on your reliance list or materials considered list?

Page 236

1    A. No, they're all included.
2    Q. Do any of those journal articles have
3 any notes on them?
4    A. Yes.
5       MS. DAVIDSON: Leigh, I would ask that
6    you would produce Dr. Clarke-Pearson's notes
7    on the journal articles.
8       MS. O'DELL: Be happy to do that.
9    After the deposition, we'll figure out the
10    best way --
11       MS. DAVIDSON: Okay.
12       MS. O'DELL: -- to scan those in.
13       MS. DAVIDSON: That sounds good.
14 BY MS. DAVIDSON:
15    Q. How many articles do you have with you
16 today?
17    A. Oh, gosh, do you want me to count them?
18    Q. Just an estimate.
19    A. Probably 15.
20    Q. Okay. And did you review all those
21 articles to prepare for today?
22    A. I have -- well, at some point in time
23 in the past, yes.
24    Q. Did you meet with Leigh to prepare for
25 this deposition?

Page 237

1    A. Yesterday, yes.
2    Q. How long did you guys meet for?
3    A. About three hours.
4    Q. And did you review your testimony from
5 January 2024?
6    A. Yes.
7    Q. When did you do that?
8    A. Oh, maybe a week ago.
9    Q. And is there any testimony you want to
10 change from that deposition?
11    A. Not that I noticed, no.
12    Q. No corrections?
13    A. I didn't see -- there may have been
14 some typos. I didn't make notes of them, but there
15 are some typos there.
16    Q. Understood. And did you meet with
17 anyone other than Leigh yesterday?
18    A. No.
19    Q. And was that the only meeting you've
20 had with plaintiffs' lawyers since January 2024?
21    A. Yes.
22    Q. Yesterday, did Leigh show you any
23 documents that you hadn't previously listed on your
24 materials considered?
25    A. No.

Page 238

1    Q. Did you -- did Ms. -- Ms. -- yeah.
2       Are you aware that plaintiffs obtained
3 a number of communications from ACOG and SGO?
4    A. I'm sorry, give me a second. My phone
5 is going off. I thought I had it turned off.
6       I think I've got it turned off. I'm
7 sorry. You were asking a question when the phone
8 went off.
9    Q. Would you like the court reporter to
10 repeat it?
11       MS. O'DELL: I'm not sure it was
12    finished.
13       MS. DAVIDSON: Leigh, I can't hear you
14    at all.
15       MS. O'DELL: Would you mind -- it was
16    cut off on our end, so --
17       MS. DAVIDSON: Leigh, is there any way
18    you can sit closer to the witness because I
19    really can't hear you.
20       MS. O'DELL: Yes, absolutely.
21       MS. DAVIDSON: I don't know if others
22    are having that problem. But your voice
23    is -- I can't explain it. It sounds like
24    you're -- the only way I can explain it is
25    it sounds like you're under water.

Page 239

1       MS. O'DELL: How about that? Is that
2    better?
3       MS. DAVIDSON: Yeah, I can hear you.
4    Go ahead and repeat your question, please,
5    if you don't mind.
6    (The reporter read back the last question.)
7       THE WITNESS: Yes.
8 BY MS. DAVIDSON:
9    Q. Have you looked at them?
10    A. I think three.
11    Q. I'm sorry?
12    A. I think I've looked at three e-mails.
13    Q. When did you look at those?
14    A. Within the last two weeks.
15    Q. Okay. Those are not on your materials
16 considered; right?
17    A. No.
18    Q. Are there any other materials you
19 looked at or that counsel showed you that are not
20 on your materials considered?
21    A. No.
22    Q. Okay. Have you submitted an invoice
23 for your January deposition?
24    A. I have not yet.
25    Q. Have you done any other work in the

3 (Pages 236 - 239)

Page 240

1  talc litigation since your January deposition other
2  than preparing for this half of the deposition?
3      A.  No.
4      Q.  Have you had any new publications,
5  public statements, or speeches since January?
6      A.  No.
7          MS. DAVIDSON:  I know that's a compound
8      question, Leigh, but I want to move things
9      along.
10 BY MS. DAVIDSON:
11     Q.  Have you reached out to any
12 organizations to discuss talc or ovarian cancer
13 since January?
14     A.  No.
15     Q.  Any changes to your CV since January?
16     A.  No.
17     Q.  In April 2021, you e-mailed ACOG about
18 the Health Canada Assessment; correct?
19     A.  I believe so.  I don't have that in
20 front of me to verify.
21     Q.  I want to show you an April 28, 2021,
22 e-mail between Christopher Zahn and Maureen Phipps.
23 Do you know who they are?
24     A.  Yes.
25     Q.  Who's Christopher Zahn?

Page 241

1      A.  Christopher Zahn is a physician,
2  obstetrician-gynecologist, who was in the -- I
3  believe in the military, and then after retiring
4  became an executive at the American College of
5  Obstetrics and Gynecology.
6      Q.  Who's Maureen Phipps?
7      A.  Maureen Phipps at the time -- is an
8  obstetrician-gynecologist, had previously been
9  chair of the department at Brown University, and
10 then became CEO of ACOG.  She's no longer CEO
11 though.  And, actually, Christopher Zahn is the
12 interim CEO.
13     Q.  All right.  Let's mark -- so are we
14 continuing -- can we just go back to Exhibit 1 or
15 do we need to continue?  Because I have no idea
16 what number we left off on in January.  I forgot to
17 check.
18         MS. DAVIDSON:  Let's go off the record
19     for a minute.
20     (Recess taken from 9:29 a.m. until 9:31 a.m.)
21 BY MS. DAVIDSON:
22     Q.  We're going to mark as Exhibit 19 an
23 e-mail from April 18 -- April 28, 2021, between
24 Christopher Zahn and Maureen Phipps.
25         Dr. Clarke-Pearson, have you seen

Page 242

1  this --
2          MS. DAVIDSON:  Wait, Asher, you're
3      going to e-mail it to the chat and put it on the
4      screen; right?
5          MR. TRANGLE:  Let me put it in the chat
6      first.  Then I'll go back to sharing.  One
7      second.  Because you can't do both at the
8      same time.
9          MS. O'DELL:  And Dr. Clarke-Pearson
10     will need a moment to look at the full
11     document in the chat.  I'll make sure that
12     he's able to open that before he's prepared
13     to answer questions.
14         THE WITNESS:  Did it come through in
15     the chat?
16         MS. O'DELL:  Not yet.
17         MR. TRANGLE:  I'm not seeing an option.
18         MS. DAVIDSON:  How did you do it last
19     time, Ash?
20         MR. TRANGLE:  Usually there's a setting
21     for it.
22         MS. DAVIDSON:  Let's go off the record.
23     (Recess taken from 9:33 a.m. until 9:43 a.m.)
24     (Exhibit 19 marked for identification.)
25 BY MS. DAVIDSON:

Page 243

1      Q.  In this e-mail, Dr. Zahn notes that you
2  had reached out to ACOG multiple times before;
3  correct?
4      A.  Can you expand the -- Asher, what
5  you're projecting, I can -- I really can't read it.
6          MS. DAVIDSON:  Let's go off the record.
7      (Recess taken from 9:44 a.m. until 9:45 a.m.)
8  BY MS. DAVIDSON:
9      Q.  In Dr. Zahn's e-mail to Maureen Phipps,
10 he notes that you had reached out multiple times
11 before; correct?
12     A.  Yes.
13     Q.  And he says we brought this up at the
14 committee level before.  Do you know what committee
15 he's talking about?
16     A.  No, I don't.
17     Q.  Dr. Zahn also states:  "The data is
18 limited, mostly case-controlled, poor quality,
19 questionable biologic plausibility."
20         Do you see that?
21     A.  Yes.
22     Q.  You disagree with Dr. Zahn?
23     A.  Yes, I do.
24     Q.  He also says, "Dan has been a plaintiff
25 witness for these cases so there is some degree of

4 (Pages 240 - 243)

Page 244

1  bias or conflict."
2       Do you see that?
3       A.  Yes.
4       Q.  Is Dr. Zahn correct that you're a paid
5  witness for plaintiffs?
6       MS. O'DELL:  Object to form.
7       THE WITNESS:  I'm a plaintiffs'
8       witness, yes.
9  BY MS. DAVIDSON:
10      Q.  And you understand why an organization
11 like ACOG would be concerned that a plaintiff
12 witness sending multiple letters would be seen as
13 creating a risk of bias; correct?
14      MS. O'DELL:  Object to the form.
15 Speculation.
16      THE WITNESS:  That could be their
17      interpretation.
18 BY MS. DAVIDSON:
19      Q.  And you see here where it says that
20 ACOG actually reached out to SGO and SGO also don't
21 feel that there's any new data meriting a change in
22 position.  Do you see that?
23      MS. O'DELL:  Object to the form.
24 Misstates the document.
25      THE WITNESS:  Yes, I see that.

Page 245

1  BY MS. DAVIDSON:
2       Q.  And Chris goes on to say -- Dr. Zahn
3  goes on to say, "I imagine Dan will continue to
4  bring this up periodically, but the organizations,
5  including SGO, don't share Dan's opinion of the
6  association of talc and ovarian cancer."
7       Do you see that?
8       A.  Yes.
9       Q.  And isn't it still true today that no
10 medical professional organization has agreed with
11 your position?
12      MS. O'DELL:  Object to the form.
13      THE WITNESS:  Health Canada has agreed
14      with my position.
15 BY MS. DAVIDSON:
16      Q.  Is Health Canada a medical professional
17 organization?
18      A.  No.
19      Q.  So my question was isn't it true today
20 that no medical professional organization has
21 agreed with your position?
22      A.  I believe that's correct.
23      Q.  And Dr. Zahn says he searched the SOGC
24 website to see if they had any statement about
25 talc.  Have you ever searched the SOGC website?

Page 246

1       A.  I'm not sure I know what the SOGC
2  website is.
3       Q.  Are you familiar with the acronym SOGC?
4       A.  No.
5       Q.  Does Canada have an organization
6  similar to ACOG or SGO?
7       A.  I believe it does.
8       Q.  Do you know what it's called?
9       A.  I don't.
10      Q.  Okay.  Have you ever searched to see
11 whether the Canadian analog to ACOG or SGO has said
12 anything about talc?
13      A.  No, I have not searched.
14      Q.  As far as you know to this day, ACOG
15 and SGO disagree with your opinion that talcum
16 powder causes ovarian cancer; right?
17      MS. O'DELL:  Object to form.
18      THE WITNESS:  I assume that's what this
19      last communication of April 28, 2021, is
20      saying.
21      MS. DAVIDSON:  Okay.  You can take that
22      down, Asher.
23 BY MS. DAVIDSON:
24      Q.  Are you familiar with the American
25 Cancer Society?

Page 247

1       A.  I know of the American Cancer Society.
2  I'm not sure what you mean by familiar.
3       Q.  What is the American Cancer Society?
4       A.  As I understand it, it's a organization
5  that is interested in trying to reduce and
6  eliminate cancer.  It has a number of fundraising
7  activities.  It communicates with the public.
8  It -- I'm aware that it gives grants for research.
9  I'm not sure I can give you a comprehensive
10 description of what their mission is.
11      Q.  Are you aware that they recently put
12 out a 2024 cancer facts document?
13      A.  I'm not aware of that, I don't think.
14      Q.  I'd like to mark as Exhibit 20,
15 "American Cancer Society Cancer Facts and Figures
16 2024."  Asher will put it in the chat.  He'll put
17 it up on the screen.  I'm going to be focused on
18 pages 22 to 23 of this document.
19      (Exhibit 20 marked for identification.)
20      MR. TRANGLE:  I'm going to e-mail it
21 because the chat function is not there.
22      MS. DAVIDSON:  Oh, it's still not
23 working.
24      MR. GOLOMB:  Asher, this is Richard
25 Golomb.  Can you e-mail that to me as well?

5 (Pages 244 - 247)

Page 248

1  MS. DAVIDSON: If it doesn't go in the
2  chat, yeah, it doesn't go to Richard.
3  MR. GOLOMB: It doesn't go to Richard?
4  MS. DAVIDSON: No. I said if it
5  doesn't go in the chat, you're not getting
6  it. That's a good point. That's what I'm
7  saying, I hadn't focused on that issue.
8  MR. GOLOMB: Okay. Thank you.
9  MR. TRANGLE: So sorry, yeah, I just
10  sent it to Leigh, but I can send you the
11  link as well.
12  MR. GOLOMB: Do you have my e-mail
13  address?
14  MR. TRANGLE: No, I don't.
15  MR. GOLOMB: It's
16  RGolomb@GolombLegal.com. Thanks very much.
17  MR. TRANGLE: Leigh, the e-mail should
18  have already have been sent to you.
19  MS. O'DELL: I've just refreshed and
20  not yet, but --
21  MS. DAVIDSON: I got it.
22  MR. TRANGLE: Rich, I'm going to send
23  you both exhibits right now.
24  RGolomb@GolombLegal.com; right?
25  MR. GOLOMB: Yes.

Page 249

1  MS. O'DELL: Nothing yet.
2  MS. DAVIDSON: I don't understand --
3  can we go off the record for a second.
4  (Recess taken from 9:54 a.m. until 10:00 a.m.)
5  BY MS. DAVIDSON:
6  Q. Dr. Clarke-Pearson, have you seen this
7  document before?
8  A. No. I don't think I've seen this
9  document.
10  Q. Were you aware that the American Cancer
11  Society puts out cancer facts and figures?
12  A. Yes.
13  Q. If you look at page -- do you consider
14  the American Cancer Society to be an accurate
15  source of information about cancer?
16  MS. O'DELL: Objection.
17  THE WITNESS: It usually has good
18  information.
19  BY MS. DAVIDSON:
20  Q. If you look at page 22 under "Incidence
21  trends," it says, "The ovarian cancer incidence
22  rate declined by 1 to 2 percent per year from 1990
23  to the mid 2010s and by almost 3 percent per year
24  from 2015 to 2019. This trend is likely due at
25  least in part to increased oral contraceptive use

Page 250

1  in the latter half of the past century and
2  decreased menopausal hormonal therapy use during
3  the 2000s, both of which are associated with lower
4  risk."
5  Do you see that?
6  A. Yes.
7  Q. Are those statistics accurate to your
8  knowledge?
9  A. To my knowledge, I think they're
10  reasonable. I'm not sure I have references that
11  I've read that -- specifically in the general
12  concept. So I think they're reasonable.
13  Q. Are you surprised to see ovarian cancer
14  rates dropping so significantly?
15  MS. O'DELL: Object to the form.
16  THE WITNESS: 1 to 2 percent is not so
17  significantly, but it is a decline.
18  BY MS. DAVIDSON:
19  Q. 3 percent per year is pretty
20  significant; right?
21  MS. O'DELL: Object to the form.
22  THE WITNESS: Yes, I mean, we're happy
23  with that trend.
24  BY MS. DAVIDSON:
25  Q. And the decrease in ovarian cancer of

Page 251

1  3 percent per year occurred while talcum powder was
2  still on the US market; right?
3  A. Yes.
4  Q. And if you turn to page 23, "risk
5  factors" for ovarian cancer, the American Cancer
6  Society says, "The most important risk factor other
7  than age is a family history of breast or ovarian
8  cancer."
9  Do you agree with that statement?
10  A. It's an important risk factor for women
11  who have BRCA mutations. I'm not sure it's the
12  most important risk factor. There's lots of risk
13  factors. Most women with a BRCA mutation don't
14  have ovarian cancer. It's important for the women
15  that have BRCA mutations. It's not important for
16  anybody else.
17  Q. Did you say most women with a BRCA
18  mutation won't get ovarian cancer?
19  A. That's correct.
20  Q. What percentage of women with a BRCA1
21  mutation will get ovarian cancer?
22  A. Approximately 30 percent.
23  Q. What percentage of women with a BRCA2
24  mutation will get ovarian cancer?
25  A. It's less than that. I don't know the

6 (Pages 248 - 251)

Page 252

1  exact number.
2      Q.  What percentage of women with Lynch
3  syndrome will get ovarian cancer?
4      A.  It's increased over the general
5  population.  I don't know the exact number.
6      Q.  What percentage of women who use talc
7  will get ovarian cancer?
8      A.  Their increased risk is approximately
9  30 to 60 percent.
10     Q.  But that doesn't mean that 30 to
11 60 percent will get ovarian cancer, does it?
12     A.  No.
13     Q.  Do you have an estimate of what
14 percentage of women who use talc in the genital
15 area in your opinion will get ovarian cancer?
16     MS. O'DELL:  Object to the form.
17     THE WITNESS:  They're at increased
18 risk.
19 BY MS. DAVIDSON:
20     Q.  That wasn't my question?
21     A.  Could you repeat the question, please.
22     Q.  You said that 20 percent of women with
23 BRCA1 mutation would get ovarian cancer.  I'm
24 asking you what percentage of women who use talc in
25 a genital area will get ovarian cancer?

Page 253

1      MS. O'DELL:  Object to the form.  I
2  think you misstated his prior testimony,
3  Jessica.  Object to the question.
4      THE WITNESS:  I don't have a specific
5  number in terms of women exposed to talcum
6  powder.
7  BY MS. DAVIDSON:
8      Q.  Why is that?
9      A.  I just don't have that opinion.
10     Q.  Is that because science doesn't know?
11     MS. O'DELL:  Object to the form.
12     THE WITNESS:  Because population-based
13 studies haven't been undertaken to answer
14 that question compared to the studies that
15 have been done with BRCA mutation patients.
16 BY MS. DAVIDSON:
17     Q.  So just to be clear, you disagree with
18 the American Cancer Society that the most important
19 risk factor other than age is a family history of
20 breast or ovarian cancer?
21     A.  A family history now you're talking
22 about or BRCA mutation?
23     Q.  The sentence here, you agree or
24 disagree with it?
25     A.  Which sentence are you reading?

Page 254

1      Q.  The very first sentence says, "The most
2  important risk factor other than age is a family
3  history of breast or ovarian cancer, some of which
4  is related to certain inherited gene mutations."
5      MS. O'DELL:  Hey, Jessica, I'm sorry,
6  there's some background noise on your end.
7  Is somebody doing the dishes or something?
8      MS. DAVIDSON:  I'm going to move to
9  another room.  Okay.
10 BY MS. DAVIDSON:
11     Q.  So where we were was we were looking at
12 this first sentence and it says, "The most
13 important risk factor other than age is a family
14 history of breast or ovarian cancer, some of which
15 is related to certain inherited gene mutations."
16     I'm trying to understand whether you
17 agree or disagree with that statement?
18     A.  I agree with that statement.
19     Q.  "Other medical conditions and
20 characteristics associated with increased risk
21 include a personal history of breast cancer,
22 endometriosis, or pelvic inflammatory disease, and
23 tall adult height."
24     Do you agree with that sentence?
25     A.  Not aware of the tall adult height

Page 255

1  being a risk factor.  The others I would agree
2  with.
3      Q.  Modifiable factors associated with
4  increased risk include use of menopausal hormone
5  therapy, estrogen alone or combined with progestin,
6  previously referred to as hormonal replacement
7  therapy or HRT, and excess body weight for some
8  subtypes."
9      Do you agree with that statement?
10     A.  Yes.
11     Q.  Which subtypes -- for which subtypes is
12 excess body weight a risk factor?
13     A.  I believe it's endometrioid.
14     Q.  Is that the only one?
15     A.  I would have to look at the literature
16 again to give you a complete answer.
17     Q.  Okay.  "Cigarette smoking is associated
18 with a rare subtype, mucinous."
19     Do you agree with that statement?
20     A.  I've seen -- I've seen literature that
21 supports that, yes.
22     Q.  "Factors associated with lower risk
23 include pregnancy, higher number of children, later
24 age at menarche, earlier age at menopause,
25 fallopian tube ligation or removal, and use of

7 (Pages 252 - 255)

Page 256

1 hormonal contraceptives."
2        Do you agree with that statement?
3    A.  Yes.  That's not complete.  I agree
4 with everything they say there.
5    Q.  "Accumulating evidence suggests that
6 frequent aspirin use is also associated with
7 reduced risk, although this can have serious
8 adverse health effects and should only occur in
9 consultation with a health care provider."
10        Do you agree with that statement?
11    A.  Yes.
12    Q.  Last sentence, "The weight of the
13 evidence does not support an association between
14 ovarian cancer and genital exposure to talc-based
15 powder."
16        Do you agree with that sentence?
17    A.  I disagree with that sentence.
18    Q.  So just to be clear, you agree with
19 every sentence in this risk factor section except
20 the last one?
21    MS. O'DELL:  Object to the form.
22    THE WITNESS:  That's correct.
23    Although --
24 BY MS. DAVIDSON:
25    Q.  What?

Page 257

1    A.  That's correct.  Although, there are
2 some risk factors that aren't listed.
3    Q.  What risk factors are not listed?
4    A.  Hysterectomy would be one.
5    Q.  Hysterectomy is a risk factor?
6    A.  It's a -- it reduces risk.
7    Q.  Got it.
8    A.  Just like they say tubal ligation
9 reduces risk.  Lactation and breastfeeding reduce
10 risk.  So this is an incomplete list.
11    Q.  Anything else?
12    A.  Not that I can think of having just
13 seen this a minute or two ago.
14    Q.  Okay.  Does a hysterectomy reduce the
15 risk of ovarian cancer even if you only remove the
16 uterus and not the ovaries?
17    A.  I believe it does, yes.
18    Q.  So you think the American Cancer
19 Society got it wrong about talc?
20    A.  Yes.
21    Q.  And you think ACOG and SGO got it wrong
22 about talc?
23    A.  They haven't made any statement about
24 talc as best I know.
25    Q.  Well, according to the e-mails.

Page 258

1        You think -- you think Dr. Zahn has it
2 wrong in his e-mails to Maureen Phipps about talc?
3    A.  Yes.
4    Q.  Okay.  Let's go to your reliance list.
5 Let's mark it as Exhibit 21.
6        (Exhibit 21 marked for identification.)
7    MR. TRANGLE:  You guys have that in
8 front of you or do you want me to e-mail
9 that as well?
10    MS. O'DELL:  Are you talking about the
11 reliance list that was updated last week?
12 Is that the one you have in front of you?
13 I'm just asking.
14    MR. TRANGLE:  I'll share that one.  I
15 don't -- I can share with that.
16    MS. O'DELL:  Yeah, just trying to make
17 sure we have the same.
18    MR. TRANGLE:  Sure.
19    MS. O'DELL:  And Dr. Clarke-Pearson has
20 a copy -- a printed copy of his list from
21 his January deposition.  And so I will put
22 in front of him the most recent.
23        And then last question, are you putting
24 in the chat the general list or are you
25 including one of the case-specific lists.

Page 259

1    MR. TRANGLE:  Sorry, I was just going
2 to use the general one.
3    MS. O'DELL:  General.
4    MR. TRANGLE:  The general one that you
5 guys sent on 3/5 I think it's dated.  Do you
6 want me to e-mail it because the chat is
7 still not enabled for me or I can just
8 display it if you have it in front of you
9 and we don't need to do that.
10    MS. O'DELL:  Let me just put it in
11 front of Dr. Clarke-Pearson.  And I think
12 for Richard's purposes, it would be good to
13 put it in the chat.
14    MS. DAVIDSON:  Asher, just e-mail it to
15 me and I'll put it in the chat.  So my hope
16 we wouldn't have this problem going forward
17 failed, I guess.
18    MR. TRANGLE:  And I'm also not in the
19 Citrix version of Zoom either.  I'm in a
20 local.  So I don't know.
21    MS. O'DELL:  I've put in front of
22 Dr. Clarke-Pearson an electronic copy of the
23 March 5th list as prepared by counsel.
24    MS. DAVIDSON:  So Golkow can't figure
25 out why you don't have this?

Page 260

1    MR. TRANGLE: No.
2    MS. O'DELL: Okay. He has it in front
3  of him and give him a minute to click
4  through, and he's ready -- he will be ready
5  to proceed.
6    MS. DAVIDSON: Asher, you going to put
7  it up on the screen?
8    MR. TRANGLE: Yeah.
9    THE WITNESS: Let me make sure it's the
10  same one. Okay.
11    MR. TRANGLE: Should I go to a
12  different page?
13    MS. DAVIDSON: Hold on one second.
14  BY MS. DAVIDSON:
15    Q. All right. So who put together this
16  reliance list, Dr. Clarke-Pearson?
17    I know, you know, we lawyers call these
18  things reliance list. Materials considered is
19  probably a more accurate term. So, sorry that I
20  keep saying reliance list. I should call it
21  materials considered. Who put this list together?
22    A. I submitted papers, documents that I
23  thought were important, and there were others that
24  Ms. O'Dell and her team put together. We combined
25  the two in a collaborative effort.

Page 261

1    MS. O'DELL: It was typed by my office.
2  BY MS. DAVIDSON:
3    Q. Are these all -- so every new paper is
4  something you reviewed after your 2021 deposition?
5    MS. O'DELL: Object to the form. Are
6  you talking about every -- what time period
7  are you talking about, new papers?
8  BY MS. DAVIDSON:
9    Q. Every paper that was not on your
10  reliance list in 2021 is a paper that you have read
11  since then?
12    A. I have looked at those papers. I think
13  we talked about this in January that I -- but
14  sometimes I'll look at the abstract and not read
15  the whole paper.
16    Q. That's not my question. My question is
17  there are papers in here that were published before
18  2021, but were not on your 2021 reliance list. Are
19  those papers you looked at after 2021 even though
20  they were published before 2021? That's my
21  question.
22    A. Yes, I would have looked at them.
23    Q. I'm sorry?
24    A. Sorry. I said, yes, I would have
25  looked at them.

Page 262

1    Q. You would have looked at them when?
2    A. After the 2021 deposition.
3    Q. That's my question. Okay.
4    A. That's what I --
5    MS. DAVIDSON: Asher, could you move to
6  like around 449.
7  BY MS. DAVIDSON:
8    Q. You added a bunch of papers having to
9  do with genetics. Are you adding genetics opinions
10  that haven't previously been in your reports?
11    A. My current report is where I stand.
12    Q. So --
13    A. I'm not putting any in right now and
14  adding anything more.
15    Q. Okay. So why did you consider all
16  these genetics papers?
17    MS. O'DELL: Object to the form.
18  Vague. If there's a specific number or a
19  paper you want to put in front of
20  Dr. Clarke-Pearson, he'll be glad to answer
21  questions. But in the abstract, your
22  question is unclear.
23  BY MS. DAVIDSON:
24    Q. You can go ahead and answer.
25    MS. O'DELL: Object to the form.

Page 263

1    THE WITNESS: Can you point out which
2  papers you're talking about? Which numbers?
3  BY MS. DAVIDSON:
4    Q. I'm talking about -- like let's just
5  look at 449 through 460. There's a bunch of
6  genetics papers added to your materials considered.
7  I'm trying to understand what these papers -- what
8  role they play in your opinions?
9    A. So let me look at -- you're saying
10  starting at 441 --
11    Q. 449 through 460, let's start with
12  those. Those are a bunch -- 448 even. We can
13  start with 448 through 460 are a bunch of papers
14  having to do with genetics. I didn't see a
15  genetics opinion in your report. I need to
16  understand why these papers are on your reliance
17  list and what role they play in your opinion.
18    MS. DAVIDSON: I understand your
19  objection, Leigh.
20    MS. O'DELL: I'm going to state it
21  anyway. Object to the form. Misstates
22  what's in this report.
23    And to the degree that you can
24  understand the question, Dr. Clarke-Pearson,
25  please.

9 (Pages 260 - 263)

Page 264

1    THE WITNESS: So these are papers that
2    I looked at. I see one here, 451, that
3    looks at this MUTYH mutation. That is one
4    of the mutations that one of the
5    case-specific patients that I'm evaluating
6    and speaking about. So that was relevant.
7    And I do -- in my case-specific report, I've
8    discussed MUTYH mutation.
9 BY MS. DAVIDSON:
10    Q. Uh-huh.
11    A. So to the extent that that's a genetic
12 opinion, yes, I'm making opinions about these
13 mutations that have been identified in the three
14 patients.
15    Q. Okay. So, I mean, I was trying to
16 spare you having to go through all these so we
17 could get through the day quicker. But like 449,
18 why did you add the Frey paper?
19    A. It's a paper that came up when I was
20 searching because these issues about these -- the
21 US mutations in all three of the patients that I
22 have an opinion about, I had mutations. And so I
23 was trying to learn more and see if there was
24 relevant literature that would support and
25 contribute to my opinion.

Page 265

1    Q. Is that the case with all of these
2 papers?
3    A. I'd have to look at each one. But if
4 they are genetics, then, yes, that would have
5 something to do with me trying to understand the
6 genetics specific to the three cases that I have.
7    Q. Do you believe genetics played a role
8 in any of the three plaintiffs development of
9 ovarian cancer?
10    A. Not these genetic mutations that were
11 identified.
12    Q. Do you believe any genetics played a
13 role in any of the three plaintiffs development of
14 ovarian cancer?
15    MS. O'DELL: Object to form.
16    THE WITNESS: No.
17 BY MS. DAVIDSON:
18    Q. Did these plaintiffs have comprehensive
19 genetic testing with all the genetic testing that's
20 available today?
21    MS. O'DELL: Object to the form.
22    If you need to look at your report --
23    THE WITNESS: I would need to look at
24    the report because I think it had different
25    genetic testing done. I think at the time

Page 266

1    they were done, they were considered
2    comprehensive.
3 BY MS. DAVIDSON:
4    Q. Do you know if their genetic testing
5 would be considered comprehensive today?
6    THE WITNESS: I don't know.
7    MS. O'DELL: You can look at the
8    reports for that general question.
9    THE WITNESS: And I would have to look
10    at what is currently available.
11    MS. DAVIDSON: Leigh, please don't
12    testify for the witness and then tell him
13    how to testify.
14 BY MS. DAVIDSON:
15    Q. Dr. Clarke-Pearson, if you looked at
16 your reports, would you be able to tell if they
17 received complete genetic testing under what's
18 available today?
19    A. I would have to look at the -- not my
20 reports, but the reports of the genetic testing. I
21 believe they were slightly different from what one
22 patient to another. So I would have to go back to
23 their original records.
24    Q. Did you put in your report whether
25 their genetic testing was complete?

Page 267

1    A. I described in my reports the genetic
2 testing that was done.
3    Q. But you're not able from your report to
4 tell me whether that genetic testing is the full
5 panoply of genetic testing that's available today?
6    MS. O'DELL: Object to the form.
7    THE WITNESS: I'm not -- no, I'm not
8    able to tell you that.
9 BY MS. DAVIDSON:
10    Q. Okay. When you review an article in
11 the peer-reviewed literature on something like
12 genetics, what steps do you take to determine the
13 quality or reliability of the paper?
14    A. Again, it depends upon how -- how I
15 want to evaluate that paper. It's -- if I look at
16 an abstract and it's not something that I really
17 think is going to be relevant to my opinion, I
18 don't read the whole paper. So I don't try to
19 grade or weight that sort of paper.
20    When I read a paper sort of from start
21 to finish, then there's a number of issues that
22 I -- that I look at. One is the quality of the
23 journal; two, the authors; three would be the
24 design of the study. The statistics that were
25 applied to evaluate the results. We can go on, but

10 (Pages 264 - 267)

Page 268

1  I think you get the general idea of what I would
2  look at to evaluate quality.
3      Q.  Do you consider the author's bias?
4      A.  Do I consider the author is biased?
5      Q.  Do you consider whether the author is
6  biased?  In other words, do you consider the
7  author's conflict of interest statement?
8      MS. O'DELL:  Object to form.
9      THE WITNESS:  Yes, I would look at that
10     conflict of interest statement.
11 BY MS. DAVIDSON:
12     Q.  As of 2024, is there an established
13 methodology used by GYN oncologists to determine
14 what caused a given woman's ovarian cancer?
15     MS. O'DELL:  Object to the form.
16     THE WITNESS:  I think the methodology
17     would be the same as what we've been talking
18     about.  Evaluating risk factors.
19 BY MS. DAVIDSON:
20     Q.  Is there like a textbook or a treatise
21 I could go to look at to see here's how a
22 GYN-oncologist should determine what caused a
23 woman's cancer?
24     A.  Not that I know of.  We know what the
25 risk factors are.  And the patient who has ovarian

Page 269

1  cancer, gynecologic oncologist really sets him or
2  herself up to best treat that patient.  So the risk
3  factors at that juncture are not relevant to
4  treatment of a woman with ovarian cancer.
5      Q.  Is there a methodology that is
6  established for GYN-oncologists to weigh the
7  different risk factors a woman has and determine
8  how those different risk factors contributed to a
9  woman's cancer, sort of the comparative influence
10 of different risk factors to a woman's cancer?
11     A.  I'm not aware of any, no.
12     Q.  Are there any peer-reviewed
13 publications that talk about a methodology for
14 determining which risk factors contributed most to
15 a woman's cancer?
16     MS. O'DELL:  Object to the form.
17     THE WITNESS:  Not that I'm aware of.
18 BY MS. DAVIDSON:
19     Q.  If a woman uses talcum powder and later
20 develops ovarian cancer, is it ever possible that
21 her cancer was not caused by that talc use?
22     MS. O'DELL:  Object to form.
23     THE WITNESS:  We talked about that in
24     2021.
25 BY MS. DAVIDSON:

Page 270

1      Q.  Can you answer the question?
2      MS. O'DELL:  He did answer your
3  question.
4      THE WITNESS:  Ms. Brown asked me that
5  same question in 2021.
6  BY MS. DAVIDSON:
7      Q.  She asked you a slightly different
8  question.  And can you please answer the question?
9      If a woman uses talcum powder and later
10 develops ovarian cancer, is it ever possible that
11 her cancer was not caused by talc use?
12     MS. O'DELL:  Object to the form.
13     Jessica, I thought we had an understanding
14     that we're --
15     MS. DAVIDSON:  We do have an
16     understanding.  I went through the
17     transcript --
18     MS. O'DELL:  Please, please, please,
19     just let me finish.
20     MS. DAVIDSON:  Sure.  Go ahead.  Get it
21     all off your chest.
22     MS. O'DELL:  With respect, Jessica,
23     just let me make my objection.  We have an
24     agreement that we're not going to retread
25     all topics that was explored at length by

Page 271

1  Ally during the 2021 two-day 14-hour
2  deposition.  And I understand, as recently
3  as yesterday from Susan, that was not going
4  to be something we were going to retread old
5  ground.  So Dr. Clarke-Pearson answered your
6  question.
7      MS. DAVIDSON:  I went very carefully
8  through the 2021 deposition.  I'm being very
9  careful not to ask questions that Ally
10 asked.  This is slightly different from a
11 question she asked Dr. Clarke-Pearson.  I
12 promise I am not trying to waste your time.
13     Could you please answer this question
14 so we can go on?
15     MS. O'DELL:  If it's -- you know, if
16 it's the same topic that was explored at
17 length and you use slightly different words,
18 it's still retreading old ground.
19     MS. DAVIDSON:  Okay.  We've already
20 wasted more time discussing it than it would
21 take to answer the question.
22 BY MS. DAVIDSON:
23     Q.  Dr. Clarke-Pearson, if a woman uses
24 talcum powder and later develops ovarian cancer, is
25 it ever possible her cancer was not caused by that

11 (Pages 268 - 271)

Page 272

1  talc use?
2          MS. O'DELL:  Object to the form.
3          THE WITNESS:  Anything is possible, so
4  yes.
5  BY MS. DAVIDSON:
6      Q.  As of 2024, do you believe that a risk
7  factor is always the same as causation?
8      A.  Risk factor same as causation?  No.
9      Q.  If a woman without children develops
10 ovarian cancer, is it your opinion that her ovarian
11 cancer was always caused by incessant ovulation?
12         MS. O'DELL:  Just a moment here.  It
13 was discussed at length in his August 26th
14 deposition.  Nulliparity was also
15 discussed -- let me just confirm the pages
16 here in the second day.  Let me get the
17 page.  Yeah, page 551, 574, and 622.
18         So by using women without children as
19 the term in your question versus
20 nulliparity, I think that's really not fair.
21 It's covering the same topic, Jessica.
22         He was also asked about it in his 2019
23 deposition as well, but -- if you have
24 another question about new topics, he's
25 certainly available to answer them.

Page 273

1  BY MS. DAVIDSON:
2      Q.  Dr. Clarke-Pearson, if a woman has
3  never had children and develops ovarian cancer, did
4  her incessant ovulation necessarily cause that
5  disease?
6          MS. O'DELL:  Object to the form.  It's
7  recovering old ground.  It's an incomplete
8  hypothetical.
9          So I would just ask you to move on,
10 please.
11 BY MS. DAVIDSON:
12     Q.  Please answer.
13         MS. O'DELL:  Dr. Clarke-Pearson, answer
14 this question.
15         And, Jessica, if you're going to go
16 over old ground, we just have to fight this
17 battle.  I wish we didn't.  But I'll allow
18 him to answer this question, but we're not
19 going to retread the old stuff we've
20 already -- I think we've got an agreement on
21 that and I hope we can keep it.
22         If you could answer the question.
23         THE WITNESS:  Could the court reporter
24 please repeat the question.
25 (The reporter read back the last question.)

Page 274

1          MS. O'DELL:  Object to the form.
2  Incomplete hypothetical.
3          THE WITNESS:  My answer would be no,
4  not necessarily.
5  BY MS. DAVIDSON:
6      Q.  Dr. Clarke-Pearson, are you familiar
7  with any literature suggesting that talc works
8  synergistically with other risk factors to cause
9  ovarian cancer?
10     A.  Not that I'm aware of, no.
11     Q.  Dr. Clarke-Pearson, have you done any
12 further analysis since 2021 as to how many risk
13 factors are needed to cause ovarian cancer?
14         MS. O'DELL:  Object to the form.
15         THE WITNESS:  No.
16 BY MS. DAVIDSON:
17     Q.  Is it still your belief that talc alone
18 is not sufficient to cause an individual woman's
19 ovarian cancer?
20         MS. O'DELL:  Object to the form.  And
21 what are you referring to?
22 BY MS. DAVIDSON:
23     Q.  Dr. Clarke-Pearson, you testified on
24 August 27, 2021, that talc alone is not sufficient
25 to cause an individual woman's ovarian cancer.  I

Page 275

1  just want to make sure that's still your opinion.
2          MS. O'DELL:  And would you please
3  direct us to page and line so he can see the
4  testimony to make sure it's in context.
5          MS. DAVIDSON:  Sure 458/17.  Asher, you
6  want to put it on the screen.  We can mark
7  it as an exhibit.  I think we're on to
8  Exhibit --
9          MR. TRANGLE:  22.
10         MS. DAVIDSON:  -- 22.
11         MS. O'DELL:  458, is that what you
12 said?
13         MS. DAVIDSON:  Yeah.  Asher will put it
14 on the screen.
15         MS. O'DELL:  It's okay.  I can give it
16 to him.  458, what line?
17         MS. DAVIDSON:  Asher is putting it up.
18         MS. O'DELL:  It's okay.  I would just
19 like the line.  I've got the hard copy here.
20         MS. DAVIDSON:  It's line 17.  You'll
21 see it.
22         MR. TRANGLE:  Can you see it here?  I
23 can highlight it if it's easier.
24         MS. DAVIDSON:  Sure.  Highlight it.
25         MR. TRANGLE:  There we go.

12 (Pages 272 - 275)

Page 276

1          (Exhibit 22 marked for identification.)
2    BY MS. DAVIDSON:
3       Q.  Is this still your belief,
4    Dr. Clarke-Pearson, in 2024?
5       A.  Please let me finish reading this.
6          What page is this?
7          MS. O'DELL:  458, I think.
8          MS. DAVIDSON:  It's right here up on
9    the screen.  It's one sentence.
10         THE WITNESS:  458, okay.
11         MS. DAVIDSON:  458.
12         THE WITNESS:  Just one minute.
13   BY MS. DAVIDSON:
14      Q.  It's blown up right on the screen.
15      A.  Right.  Yes, that still remains my
16   opinion.
17      Q.  Have any new risk factors for ovarian
18   cancer been discovered since 2021?
19      A.  Not that I'm aware of.
20      Q.  Do you agree that there are additional
21   risk factors for ovarian cancer that still remain
22   to be discovered?
23      A.  There may be.  I don't know.
24      Q.  Since 2021, have you done any further
25   work to determine how much talc exposure is

Page 277

1    required to cause a woman's ovarian cancer?
2       A.  No.
3       Q.  As of 2024, do you believe that
4    high-grade serous ovarian cancer, clear cell
5    carcinoma, and endometrioid ovarian cancer all have
6    the same pathogenesis?
7       A.  I don't have an opinion about that.
8       Q.  Do you still believe that ovarian
9    cancer requires five to ten mutations?
10      A.  Yes.
11      Q.  Okay.  And in 2021 you said you didn't
12   know how many of the five to ten mutations were
13   attributable to age.  Is that still the case?
14      A.  Yes.
15         MS. O'DELL:  What page -- what page in
16      his deposition, please?
17         MS. DAVIDSON:  He answered yes.  Can we
18      move on?
19         MS. O'DELL:  I would just like to see
20      what page you're referring to, please.
21         MS. DAVIDSON:  It was page 257.  But
22      I'd really like to move on so we can get
23      going.
24   BY MS. DAVIDSON:
25      Q.  Has our knowledge of mutations changed

Page 278

1    or increased since 2021?
2          MS. O'DELL:  Object to the form.
3       Vague.
4          THE WITNESS:  Our knowledge of
5       mutations, is that your question?
6    BY MS. DAVIDSON:
7       Q.  Let me change it.  I think Leigh is
8    right.  I think that was a crappy question.
9          Have any new genes been linked to
10   ovarian cancer since 2021?
11      A.  Not that I'm aware of.
12      Q.  Has the scientific community's
13   understanding about the impact of genetics on
14   ovarian cancer developed in any way since 2021?
15         MS. O'DELL:  Object to the form.
16      Vague.
17         THE WITNESS:  I'm not sure I understand
18      your question.
19   BY MS. DAVIDSON:
20      Q.  Has the scientific community's
21   understanding about the impact of genetic mutations
22   on the development of ovarian cancer developed in
23   any way since 2021?
24         MS. O'DELL:  Object to the form.  It's
25      unclear what you mean by scientific

Page 279

1    community or what you mean by developed.
2          MS. DAVIDSON:  Thank you for your
3       speaking objection, Leigh.
4          MS. O'DELL:  Object to the form.
5          THE WITNESS:  I'm not aware of anything
6       new in terms of genetic understanding of
7       ovarian cancer.
8    BY MS. DAVIDSON:
9       Q.  As of 2024, do we know the full range
10   of genes that predispose someone to developing
11   ovarian cancer?
12         MS. O'DELL:  Object to the form.
13         THE WITNESS:  I guess we will never
14      know for sure.  I can tell you that I'm not
15      aware of any new genes that have been
16      identified in the last five to ten years.
17   BY MS. DAVIDSON:
18      Q.  Are scientists still looking for new
19   genes?
20      A.  I would think so.
21      Q.  I'm sorry?
22      A.  I would think so, yes.  I'm not aware
23   of any specifics though.
24      Q.  Do you think that today's genetic
25   testing is comprehensive?

13 (Pages 276 - 279)

Page 280

1    MS. O'DELL: Excuse me. After this
2  question, can we take a short break? We've
3  been -- though we've had some starts and
4  stops due to technical issues, we've been
5  sitting here for about an hour and
6  40 minutes.
7    MS. DAVIDSON: Okay. Sure. I was
8  going to stop at 11:00, but I can stop after
9  this question.
10 BY MS. DAVIDSON:
11   Q. Given ongoing research into genetics,
12 is it fair to say that today's genetic testing may
13 not be comprehensive?
14   MS. O'DELL: Object to the form.
15   THE WITNESS: As comprehensive as we're
16   able to do today. We don't know what the
17   future brings.
18   MS. DAVIDSON: Okay. We can take a
19   break right now. I'm at a stopping point.
20 (Recess taken from 10:42 a.m. until 10:54 a.m.)
21 BY MS. DAVIDSON:
22   Q. Dr. Clarke-Pearson, have you spoken to
23 Ms. Converse since 2021?
24   MS. O'DELL: Object to the form.
25   THE WITNESS: No, I have not.

Page 281

1  BY MS. DAVIDSON:
2    Q. Have you spoken to her husband?
3    A. No.
4    Q. Any of her treating physicians?
5    A. No.
6    Q. Have you reviewed any new medical
7  records of hers since 2021?
8    A. Let me look at my report, if you give
9  me a moment.
10   Q. Sure.
11   A. I'm aware of medical records in my
12 report that written on April 5, 2023. She had a
13 visit with her gynecologic oncologist at Yale and
14 then normal CA-125 at that time.
15   Q. How did you get those medical records?
16   A. They were provided by counsel.
17   Q. Have you confirmed that you have all of
18 Ms. Converse's available medical records?
19   A. I've been told that I have all the
20 records up to April 2023.
21   Q. Do you recall earlier this morning we
22 looked at an American Cancer Society list of
23 potential risk factors for ovarian cancer?
24   A. Yes.
25   Q. And you recall it listed both family

Page 282

1  history of breast cancer and use of HRT?
2    A. Yes.
3    Q. Ms. Converse has both of those risk
4  factors; right?
5    MS. O'DELL: Object to form.
6    THE WITNESS: The data I'm aware of
7    with regard to HRT is that patients that are
8    estrogen and progesterone are not at
9    increased risk. It's just patients that are
10   on estrogen alone for HRT.
11 BY MS. DAVIDSON:
12   Q. Can you repeat that?
13   A. Certainly. My understanding with
14 regard to risk factors associated with hormone
15 replacement therapy is that women that are taking
16 estrogen and progesterone for their hormone
17 replacement therapy are not at increased risk of
18 ovarian cancer, whereas patients that are just
19 taking estrogen alone are at increased risk0.
20   Q. So you disagree with the American
21 Cancer Society because earlier you said you agreed
22 with them?
23   MS. O'DELL: Object to the form.
24   THE WITNESS: I disagree with regard to
25   the group of women that take estrogen and

Page 283

1  progesterone for hormone replacement
2  therapy.
3  BY MS. DAVIDSON:
4    Q. So you're changing your testimony from
5  earlier today in which you said you agreed with the
6  American Cancer Society about use of HRT?
7    MS. O'DELL: Object to form. He's not
8    changing his testimony.
9    THE WITNESS: I'm clarifying for you.
10 BY MS. DAVIDSON:
11   Q. Okay. You testified in 2021 that you
12 believed her clear cell carcinoma was 30 percent
13 attributable to talc use. Is that still your
14 position?
15   MS. O'DELL: Object to the form.
16   What are you referring to? What are
17   you referring to?
18   THE WITNESS: Where did I -- when --
19 BY MS. DAVIDSON:
20   Q. Okay. You know what, I don't -- every
21 time I show you the deposition, it adds time. So
22 let's just ask the question differently.
23   Do you believe today in 2024 that her
24 clear cell carcinoma is 30 percent attributable to
25 talc use?

14 (Pages 280 - 283)

Page 284

1    Then we can just avoid looking at the
2  deposition.
3    MS. O'DELL:  I don't think it's a fair
4  way to do it, Jessica.
5    MS. DAVIDSON:  That's just a simpler
6  way of doing it.
7    MS. O'DELL:  I don't believe that's the
8  case.  But --
9  BY MS. DAVIDSON:
10   Q.  Dr. Clarke-Pearson, do you believe in
11 2024 that Ms. Converse's clear cell carcinoma is
12 30 percent attributable to talc use?
13   MS. O'DELL:  Object to form.
14   If he testified completely about
15   Converse and his opinions about causation
16   regard to Converse in 2021.  If there is --
17   if you're asking if his opinions changed
18   have -- regarding causation, that's a fair
19   question.
20   But to ask that in that way is an
21   unfair question.  And I'd ask you to restate
22   it.
23 BY MS. DAVIDSON:
24   Q.  All right.  Dr. Clarke-Pearson, please
25 respond.

Page 285

1    A.  My opinion hasn't changed, no.
2    Q.  What is -- do you have an opinion as to
3  what caused -- what -- do you have an opinion as to
4  how much of her -- let me think about how to phrase
5  it.
6    Do you have any opinion as to what you
7  attribute the other 70 percent of her cancer
8  causation to?
9    MS. O'DELL:  I instruct
10   Dr. Clarke-Pearson not to answer the
11   question.
12   He was asked at length over two days
13   about all of his opinions including his
14   opinions about Converse.  She had additional
15   medical treatment.  If you want to ask about
16   that, please do.  And he's happy to answer
17   questions.  But we're not going to retread
18   2021.
19   MS. DAVIDSON:  You're instructing him
20   not to answer?
21   MS. O'DELL:  That's correct.  That's
22   the rules.  I mean, the order says that, as
23   you know.  And he was asked all about his
24   causation opinions regarding Converse and he
25   had full opportunity to --

Page 286

1    MS. DAVIDSON:  We'll be doing the same
2  in our depositions, Leigh.
3    MS. O'DELL:  You guys haven't spoken to
4  2019 in terms of your opinion, so --
5    MS. DAVIDSON:  We will be doing the
6  exact same thing in our depositions.
7    MS. O'DELL:  There will be plenty to
8  cover, I'm sure.
9  BY MS. DAVIDSON:
10   Q.  Is it still your opinion today
11 Dr. Clarke-Pearson, that we do not know the causes
12 of the five to ten mutations that led to
13 Ms. Converse's ovarian cancer?
14   MS. O'DELL:  Object to the form.
15   THE WITNESS:  We can't specifically say
16   that, no.  But there are other things that
17   cause mutations.
18 BY MS. DAVIDSON:
19   Q.  What do you mean by that?
20   A.  The whole list of risk factors that
21 we've talked about are things that can cause
22 mutations.
23   Q.  How does that relate to Ms. Converse?
24 I just don't understand your testimony.
25   A.  My testimony is that talcum powder that

Page 287

1  Ms. Converse used extensively for many, many, many
2  years -- and the number of years is in my report --
3  was a substantial contributing factor to her
4  developing ovarian cancer.
5    Q.  What does that have to do with my
6  question?
7    A.  You wanted to know what the other
8  contributing factors are; right?  That cause
9  mutations?
10   Q.  Okay.  How does that answer my
11 question?
12   MS. O'DELL:  It's his answer to your
13   question.  If you have another question,
14   please feel free to ask it.
15   MS. DAVIDSON:  Leigh, it is not your
16   job to testify today, okay?  It is
17   Dr. Clarke-Pearson's job to testify.  I'm
18   really getting fed up.
19   Dr. Clarke-Pearson, can you finish your
20   answer?
21   Leigh, do not interrupt him in the
22   middle of an answer.  No.
23   MS. O'DELL:  He can --
24   MS. DAVIDSON:  Leigh, no.
25   MS. O'DELL:  He answered --

15 (Pages 284 - 287)

Page 288

1          MS. DAVIDSON:  Enough.
2     BY MS. DAVIDSON:
3          Q.  Dr. Clarke-Pearson, were you in the
4     middle -- excuse me.  Doctor --
5          MS O'DELL:  Be respectful.
6          MS. DAVIDSON:  No, you're not being
7     respectful, Leigh.
8          MS. O'DELL:  I am.
9          MS. DAVIDSON:  Dr. Clarke-Pearson --
10    excuse me, Leigh.
11    BY MS. DAVIDSON:
12         Q.  Dr. Clarke-Pearson, were you in the
13    middle of an answer?
14         A.  I believe I gave you the answer that I
15    wanted to give you.  If you'd like to repeat the
16    question.
17         MS. DAVIDSON:  Let's start again.
18    Court reporter, can you repeat the question.
19    (The reporter read back the last question.)
20         MS. O'DELL:  Object to the form.
21         THE WITNESS:  Could you read my answer
22    then?
23    (The reporter read back the last answer.)
24    BY MS. DAVIDSON:
25         Q.  So, Dr. Clarke-Pearson, what other

Page 289

1     things are you referring to there?
2          A.  In general, it would be the risk
3     factors that we've been talking off and on
4     throughout this deposition so far.
5          Q.  We're talking about Ms. Converse;
6     right?
7          A.  Yes.
8          Q.  So you mean Ms. Converse's risk
9     factors?
10         A.  If we're specifically talking about
11    Ms. Converse, yes, we're talking about her risk
12    factors.
13         Q.  I'm really sorry.  I'm not trying to be
14    difficult.  I really don't understand.  Do you
15    believe that Ms. Converse's known risk factors
16    account for all the five to ten mutations that led
17    to her ovarian cancer?
18         A.  Oh, okay.  Well, that's a different
19    question.  The answer is I don't know all the risk
20    factors that she had that ultimately resulted in
21    the -- enough mutations to cause her ovarian
22    cancer.
23         Q.  Okay.  That's what I didn't understand.
24    I wanted to follow up on something we discussed at
25    your last deposition.

Page 290

1          So I believe in 2021 you testified that
2     the Terry study supported your opinion that talcum
3     powder use can cause clear cell carcinoma, and
4     there might be another study, but you couldn't
5     remember it at the time.
6          I'm wondering if other than Terry, are
7     you relying on any other studies for your clear
8     cell causation opinion at this point?
9          MS. O'DELL:  Is there a specific -- let
10    me just make sure I understand the question.
11    Are you taking aback his 2021 deposition, or
12    you talking about -- when you asked that
13    question?
14    BY MS. DAVIDSON:
15         Q.  Dr. Clarke-Pearson, do you recall
16    testifying in 2021 that you were relying on Terry
17    for your causation opinion with respect to clear
18    cell carcinoma?
19         A.  Yes.  Terry includes eight other
20    studies in copy when he pools that data that
21    supports that talcum powder causes clear cell
22    carcinoma.
23         Q.  Are you relying on any papers other
24    than Terry with respect to your clear cell opinion?
25         A.  I think I'll stick with Terry.  Thank

Page 291

1     you.
2          Q.  Since 2021, have you gone back to look
3     at any of the epidemiology related to clear cell
4     carcinoma?
5          A.  I mean --
6          MS. O'DELL:  Object to the form.
7          THE WITNESS:  I've looked at Terry.  I
8     mean, that's what I'm relying on.
9     BY MS. DAVIDSON:
10         Q.  Have you looked since 2021 at any of
11    the other epidemiology addressing clear cell
12    carcinoma?
13         A.  No.
14         Q.  Since 2021, have you looked into why
15    the Terry paper reports more clear cell cases from
16    the New England consortium than those reported by
17    Dr. Cramer in 2016?
18         MS. O'DELL:  Would you mind, Christine,
19    repeating that question.
20         MS. DAVIDSON:  I'm sorry?
21         MS. O'DELL:  I'm asking Christine to
22    read back the question.
23    (The reporter read back the last question.)
24         MS. O'DELL:  Objection to the form.
25    Misstates the evidence.  And as you know, he

16 (Pages 288 - 291)

Page 292

1     testified at length to Terry in his prior
2     depositions.
3         THE WITNESS: I have not done any other
4     investigation to answer your question.
5     BY MS. DAVIDSON:
6         Q. Have you reached out to either
7     Dr. Terry or Dr. Cramer since 2021 to try to
8     resolve the difference in clear cell cases reported
9     in 2016 versus the number reported in Terry?
10        MS. O'DELL: Object to the form.
11    Misstates the evidence.
12        THE WITNESS: I have not reached out to
13    them, no.
14    BY MS. DAVIDSON:
15        Q. If we could turn to page 18 of the
16    Converse report. We're marking that as Exhibit 23.
17        MR. TRANGLE: Okay. I'm going to put
18    it in the chat.
19        MS. DAVIDSON: What fixed it, Asher?
20        MR. TRANGLE: I don't know. I just
21    logged in and it worked.
22        (Exhibit 23 marked for identification.)
23    BY MS. DAVIDSON:
24        Q. If we could go to hormone replacement
25    therapy. It says here: "She testified that she

Page 293

1     used hormone therapy for six years. I do not
2     consider this a substantial contributing factor."
3         Do you see that?
4         A. Yes.
5         Q. Is it accurate that she used hormone
6     therapy for only six years?
7         A. That was my understanding reviewing the
8     medical records.
9         Q. Do you recall in your 2021 deposition
10    being shown a record that she had used it for ten
11    years?
12        A. I don't recall that.
13        Q. Okay. And do you explain here your
14    view that the risk factor for ovarian cancer is
15    tied to only one form of hormone therapy and not
16    another?
17        MS. O'DELL: Jessica, this is not a
18    part of his report that's changed at all.
19    This was covered in his 2021 deposition. If
20    you want to ask him about his general use of
21    the literature on hormone therapy, you're
22    welcome to do that, and to the degree it's
23    changed since 2021.
24        But to re-review parts of the -- his
25    Converse report that have not changed, it's

Page 294

1     really not within the guidelines of this
2     deposition.
3     BY MS. DAVIDSON:
4         Q. Dr. Clarke-Pearson, do you note here
5     what you -- the -- do you note here what you told
6     me earlier today about your views that the risk
7     factor for hormone replacement therapy is only
8     associated with one form of such therapy?
9         A. To be specific, just estrogen.
10        Q. And not when it's combined with
11    progesterone; right?
12        A. That's my understanding of the
13    literature, yes.
14        Q. Can you tell me which literature says
15    that?
16        A. Not at the moment I can't. Sorry.
17        Q. Is any of that literature on your
18    reliance list, materials considered?
19        A. I'm sorry.
20        Q. Is any of that literature included on
21    your materials considered?
22        A. I believe so.
23        Q. Can you point me to that in your
24    materials considered?
25        A. Not at the moment, no.

Page 295

1         Q. If we -- you can't look at your
2     materials considered list and tell me which
3     articles address that issue?
4         A. Would you like me to go through these
5     486-plus articles.
6         Q. You would have to read every article to
7     find it?
8         A. I would have to skim at least the
9     titles to see if there's something relevant.
10        Q. Do you recall researching this question
11    in order to write your report?
12        A. Yes.
13        Q. So is it your testimony that if I were
14    to go through the list of the 486 articles, I would
15    find literature on this topic?
16        A. Yes.
17        Q. Okay. We'll look at a break.
18        A. I'm sorry, what was your question?
19        Q. I said we'll look at a break so that we
20    can move things forward.
21        Have you undertaken any investigation
22    since 2021 as to whether Ms. Converse had any
23    asbestos exposure?
24        A. Any additional investigation since
25    2021?

17 (Pages 292 - 295)

Page 296

```
1       Q.  Any investigation at all?
2       A.  Just all the materials that were
3  provided in her medical records.  Her -- all the
4  information I had before I wrote my report.
5       Q.  Did you independently investigate
6  whether Ms. Converse has ever been exposed to
7  asbestos?
8       A.  I'm not sure how you're defining it
9  independently.  I've reviewed the records and
10  materials that I was provided and I reviewed that
11  independently.
12       Q.  I noticed you added to your report that
13  Ms. Converse has grade 3 clear cell carcinoma.
14  What's the significance of that addition?
15       A.  That's a more aggressive form of clear
16  cell carcinoma than a grade 2 or grade 1.
17       Q.  In 2021, you said she was cured; right?
18       A.  I'm not sure I used the term "cured"
19  when I'm talking about ovarian cancer.  But she was
20  free of disease at that point in time.
21       Q.  You don't recall saying I think she's
22  likely to be cured?
23       A.  That's a little different story than me
24  saying she was cured.
25       Q.  In 2021 you said, quote, I think she's
```

Page 297

```
1  likely to be cured.  Do you still have that
2  opinion?
3       MS. O'DELL:  Let me just ask you if
4   you're reading a quote, I'd like to know the
5   page of the deposition so Dr. Clarke-Pearson
6   can see it.
7       MS. DAVIDSON:  Asher, will put it up on
8   the screen.
9  BY MS. DAVIDSON:
10       Q.  Do you still have that opinion, Doctor?
11       MS. O'DELL:  Wait --
12       THE WITNESS:  Let me see what I said.
13  BY MS. DAVIDSON:
14       Q.  We can just put it differently.
15       Is it your opinion today in 2024 that
16  she is likely to be cured?
17       A.  Yes.
18       Q.  Okay.  That will save us five minutes.
19       Okay.  If we could turn to page 16 of
20  Ms. Converse's report -- of your report regarding
21  Ms. Converse.  I wanted to talk about -- this might
22  be the wrong page, actually.
23       Asher, I wanted to pull up the part
24  about Godleski.  I don't know why -- page 17.  I
25  might have said page 16.  Okay.
```

Page 298

```
1       Do you see where it says was there
2  talc -- Asher, can you blow up that, Question 3.
3       Doctor, do you see where it says, "Was
4  there talc and/or asbestos found in her pathologic
5  tissue"?
6       A.  Yes.  Item Number 3.
7       Q.  Do you see where you say Dr. Godleski
8  found four talc particles in ovarian tissue and
9  lymph nodes?
10       A.  Yes.
11       Q.  How many were found in ovarian tissue
12  and how many were found in lymph nodes?
13       A.  I would have to go to Dr. Godleski's
14  report to refresh my memory on that.
15       MS. DAVIDSON:  Let's do that.  Let's
16   mark it as Exhibit 23.  Is that the right
17   number, Asher.
18       MR. TRANGLE:  No, I think it's 24.  23
19   is the Converse report.
20  BY MS. DAVIDSON:
21       Q.  I really have short-term memory loss.
22   We're marking as Exhibit 24
23  Dr. Godleski's report.  We're going to put it in
24  the chat.  We're going to put it up on the screen.
25       MS. O'DELL:  Give me just a moment.
```

Page 299

```
1       MS. DAVIDSON:  Asher, if you could put
2   it up on the screen.  I just want to read
3   the title into the record.
4       (Exhibit 24 marked for identification.)
5  BY MS. DAVIDSON:
6       Q.  We're marking as Exhibit 24 a July 12,
7  2021, letter from Dr. Godleski to David Dearing,
8  Esq., at Beasley Allen regarding Hilary Converse.
9       MS. O'DELL:  Is this your opinion that
10   Dr. Godleski's report was not discussed in
11   the 2021 deposition?  Because she was -- he
12   testified to it, I think to all three of his
13   cases in Dr. Godleski's report.
14       Did you hear my question?
15       MS. DAVIDSON:  I have one question
16   about this letter, Leigh.
17       MS. O'DELL:  I'm just -- you can ask
18   your question.  I may object to it depending
19   on what it is, because he was examined about
20   it previously.  But go ahead.
21       MS. DAVIDSON:  I already asked my
22   question.
23       MS. O'DELL:  I'm sorry, would you
24   mind --
25       THE WITNESS:  I have the report here.
```

18 (Pages 296 - 299)

Page 300

1    MS. O'DELL:  Would you mind repeating
2    it or having Christine read it back?
3    BY MS. DAVIDSON:
4    Q.  Just to be clear, the discussion of
5    Godleski in the report was revised.  So it's fair
6    game to ask about it.
7    MS. O'DELL:  Are you saying that
8    Dr. Godleski's report was available at the
9    time of his deposition?
10   BY MS. DAVIDSON:
11   Q.  Dr. Clarke-Pearson's report on Hilary
12   Converse was revised.  I really don't want to get
13   into these squabbles.
14   MS. O'DELL:  I'm just trying to clarify
15   what the question is and what your --
16   what --
17   MS. DAVIDSON:  You can write a redline
18   of the Hilary Converse report.  That's what
19   we did, and that's what I based my questions
20   on.
21   MS. O'DELL:  Would you mind just again
22   repeating your question?
23   (The reporter read back the last question.)
24   THE WITNESS:  Okay.  And so looking at
25   his report on page 4, the second full

Page 301

1    paragraph, he says that he found two talc
2    particles in block 3-4, the right pelvic
3    lymph node, and one in the anterior cervix
4    and one in the right para-aortic lymph node,
5    total of four.
6    BY MS. DAVIDSON:
7    Q.  So can we go back to your report on
8    Hilary Converse?
9    A.  Yes, I have it in front of me.
10   MS. DAVIDSON:  Asher, can you put it
11   back up on the screen.
12   BY MS. DAVIDSON:
13   Q.  This statement in paragraph 3,
14   "Dr. Godleski in his pathologic evaluation found
15   four talc particles in ovarian tissue and lymph
16   nodes."
17   That's not accurate, is it?
18   A.  No.  It was cervix tissue, not ovarian
19   tissue.
20   Q.  Do you plan to revise your report to
21   fix that?
22   A.  I'm sorry, you broke up on me.
23   Q.  Do you plan to revise your report to
24   fix that error?
25   A.  Yes, of course.  I want to make it

Page 302

1    correct.
2    Q.  Okay.  Do you also plan to fix the
3    error about the years of Ms. Converse's HRTs?
4    MS. O'DELL:  Objection to form.
5    THE WITNESS:  I will go back -- I'll
6    make a note to go back and look to see if --
7    let me just make a note here.
8    BY MS. DAVIDSON:
9    Q.  Does Dr. Godleski note whether the talc
10   particles are fibrous or not?
11   A.  Let me just take a look one more time.
12   He says they're nonfibrous.
13   Q.  Did you put that in your report?
14   A.  No.
15   Q.  Is that relevant?
16   A.  Well, fibers certainly increase her
17   risk even more.  But the talc particles are there.
18   And it continues to support my belief that there's
19   migration from the vulva to the ovary and in the
20   lymph nodes, so that route of spread of talcum
21   powder to the ovary and other pelvic tissues is
22   confirmed by what Dr. Godleski found in this case
23   and in other cases.
24   Q.  Did Dr. Godleski identify the talc he
25   found and where it was from originally?

Page 303

1    MS. O'DELL:  Object to the form.  You
2    can answer, Dr. Godleski.  I mean --
3    THE WITNESS:  I don't think he makes
4    any comment in his report one way or the
5    other.
6    BY MS. DAVIDSON:
7    Q.  How many other particles did he find?
8    A.  Let me go back to the report here.
9    A total of 255 other particles.
10   Q.  Do you know what they were?
11   A.  No.  It's listed in his report.
12   Q.  Did you do any research on whether any
13   of those particles could be associated with an
14   increased risk of cancer?
15   MS. O'DELL:  Object to form.
16   THE WITNESS:  I'm not aware of any of
17   these particles increasing the risk of
18   ovarian cancer.
19   BY MS. DAVIDSON:
20   Q.  Did you do any research to look into
21   that though?
22   MS. O'DELL:  Object to the form.
23   THE WITNESS:  All -- all of the -- all
24   the research I've done throughout this whole
25   case, none of these particles have been

19 (Pages 300 - 303)

Page 304

1    identified as causing ovarian cancer.
2    BY MS. DAVIDSON:
3        Q.  Did Dr. Godleski find any asbestos?
4        A.  No.
5        Q.  All right.  Have any of your opinions
6    with respect to Ms. Converse changed since 2021?
7        A.  No.  I updated the report based on her
8    last medical record that was available to me.  But,
9    otherwise, hasn't changed my opinion.
10       Q.  Let's move on to Ms. Newsome.  Let's
11   mark the Newsome report as Exhibit 25.
12       MR. TRANGLE:  Okay.  I just put it in
13       the chat, and I'll put it on the screen.
14       (Exhibit 25 marked for identification.)
15   BY MS. DAVIDSON:
16       Q.  Has your opinion with respect to
17   Ms. Newsome changed at all since 2021?
18       A.  No.
19       Q.  Have you interviewed or spoken to
20   Ms. Newsome since 2021?
21       A.  I've never spoken with Ms. Newsome, no.
22       Q.  Have you ever spoken with any of her
23   family members or treating physicians?
24       A.  No, I have not.
25       Q.  Have you reviewed any of her medical

Page 305

1    records since 2021?
2        A.  Reviewed the record June 9, 2023.
3        Q.  Is there any mention of talc in any of
4    her medical records?
5        A.  I would have to go back and look at her
6    medical records again.  I wasn't looking for that
7    notation in her records.
8        Q.  Sitting here today, do you recall any
9    mention of talc in either her medical records --
10   sitting here today, do you recall any mention of
11   talc in Ms. Newsome's medical records?
12       A.  I don't recall, no.
13       Q.  Sitting here today, do you recall any
14   mention of talc in Ms. Converse's medical records?
15       A.  No.
16       Q.  Sorry, I forgot to that ask that
17   before.
18       A.  Okay.
19       Q.  Did you confirm with plaintiffs'
20   counsel that they gave you all of his Ms. Newsome's
21   available medical records?
22       A.  Yes.
23       Q.  Is it still your opinion that if
24   Ms. Newsome had not used talcum powder, she would
25   not have gotten ovarian cancer?

Page 306

1        A.  I believe the talcum powder was a
2    substantial contributing cause to her developing
3    ovarian cancer.
4        Q.  And do you attribute the same
5    30 percent that you did for Ms. Converse?
6        MS. O'DELL:  Object to the form.
7        Misstates the record.
8        THE WITNESS:  My opinion hasn't changed
9        on that topic.
10   BY MS. DAVIDSON:
11       Q.  Is that a "yes"?
12       MS. O'DELL:  No.  His response is what
13       it is.
14   BY MS. DAVIDSON:
15       Q.  Is it your opinion in 2024 that you
16   attribute 30 percent of Ms. Newsome's ovarian
17   cancer to her talc use?
18       MS. O'DELL:  Object to the form.
19       THE WITNESS:  Yes.
20   BY MS. DAVIDSON:
21       Q.  Okay.  Do you have an opinion sitting
22   here in 2024 as to what percentage of her ovarian
23   cancer was caused by asbestos exposure?
24       MS. O'DELL:  Objection.  Form.
25       THE WITNESS:  I'm sorry, the last part

Page 307

1    of the question broke up.
2    BY MS. DAVIDSON:
3        Q.  Do you have an opinion sitting here in
4    2024 as to what percentage of her ovarian cancer
5    was caused by asbestos exposure?
6        MS. O'DELL:  Objection.
7        THE WITNESS:  Asbestos exposure, is
8        that what you're asking?
9    BY MS. DAVIDSON:
10       Q.  Uh-huh.
11       A.  It's increased because she was using
12   talcum powder.  And we know from other studies that
13   you'll probably want to talk about that talcum
14   powder contains asbestos.
15       Q.  I'm sorry, you said we know from other
16   studies you'll probably want to talk about?
17       MS. O'DELL:  That wasn't the complete
18       answer.
19       MS. DAVIDSON:  I'm not sure what you
20       said.
21       THE WITNESS:  There are studies that
22       show that talcum powder contains asbestos.
23   BY MS. DAVIDSON:
24       Q.  Okay.  What studies are you referring
25   to?

20 (Pages 304 - 307)

Page 308

1    A.  Predominantly -- well, we could start
2  with Hopkins and go now to Longo.
3    Q.  When you say studies, do you generally
4  mean something published in the peer-reviewed
5  literature?
6    A.  It can be that.  It can be other
7  information that's not published in the
8  peer-reviewed literature.  Hopkins was not
9  peer-reviewed, but that --
10    Q.  Hopkins --
11    MS. O'DELL:  I think he wasn't
12    finished.
13  BY MS. DAVIDSON:
14    Q.  When you say "Hopkins," what are you
15  referring to?
16    A.  The J&J grid that was created by
17  Hopkins.
18    Q.  Who's Hopkins?
19    A.  Am I saying his name wrong?
20    Q.  I'm asking who is that?
21    A.  He's somebody that was employed by
22  Johnson & Johnson and provided information in prior
23  trial, as I understand it.
24    Q.  What kind of information did he
25  provide?

Page 309

1    MS. O'DELL:  I'm going to object to the
2    question.  He has been -- he testified to
3    the Hopkins testimony in 2019.  He was asked
4    about this in 2021.
5    MS. DAVIDSON:  Leigh, he just said to
6    me -- I am following up on his answer.  This
7    is absurd.
8    MS. O'DELL:  No, it's not, actually.
9    MS. DAVIDSON:  Yeah, it is, actually.
10    MS. O'DELL:  Nope.  We disagree on
11    that.
12  BY MS. DAVIDSON:
13    Q.  Okay.  You said something about a
14  Hopkins grid.  What are you referring to?
15    A.  There's a chart that lists finding of
16  asbestos in Johnson & Johnson talcum powder.  It
17  was an internal document.
18    Q.  And when did you see that?
19    A.  A long time ago.
20    Q.  And it's your understanding that
21  Mr. Hopkins prepared that?
22    MS. O'DELL:  Objection.
23    THE WITNESS:  It was created at trial,
24    I think.
25  BY MS. DAVIDSON:

Page 310

1    Q.  Okay.  And when -- and your reference
2  to Longo, what's that a reference to?
3    A.  The number of reports that he submitted
4  with regard to this litigation.
5    Q.  Are you aware that defendants' expert
6  submitted a report refuting Dr. Longo's testing?
7    A.  I have not seen that report.
8    Q.  Do you know who defendants' expert is?
9    A.  No, I don't.
10    Q.  Did you ask to see that report?
11    A.  No.  I wasn't aware there was a report.
12    Q.  Would you agree that as a scientist you
13  should look at the totality of the scientific
14  evidence?
15    MS. O'DELL:  Object to the form.
16    THE WITNESS:  I think it would be nice
17    to know there are things in this case that
18    I'm sure I would like to see, but I'm not
19    aware of to even ask.
20  BY MS. DAVIDSON:
21    Q.  If we could turn to page 19 of
22  Ms. Newsome's report.  Do you see where it says,
23  "Obesity.  Her BMI at diagnosis was 28.5.  She was
24  not obese"?
25    A.  Yes.

Page 311

1    Q.  What record is that based on?
2    MS. O'DELL:  That is exactly what he
3    had in his report in 2021, and be happy to
4    look at it in the deposition.  But I'm
5    pretty sure that he was asked about
6    Ms. Newsome and any reference to obesity in
7    his deposition.
8    That's no change.  That's exactly what
9    he had in his 2021 report.
10    MS. DAVIDSON:  I don't believe in 2021
11    he was able to point us to where that 28.5
12    came from.
13    Let's mark Exhibit 46.  Exhibit 46 is
14    going to be the admission record at Holy
15    Cross, Newsome HCHMR-00277?
16    MR. TRANGLE:  I think 26, right?
17    MS. DAVIDSON:  What?
18    MR. TRANGLE:  You said 46.
19    MS. DAVIDSON:  Exhibit 26.  Sorry.
20    MS. O'DELL:  Which record?  Which one,
21    please?
22    MR. TRANGLE:  Sorry.  It's in the chat
23    right now.
24    MS. O'DELL:  Give us a moment.
25    (Exhibit 26 marked for identification.)

21 (Pages 308 - 311)

Page 312

BY MS. DAVIDSON:

Q. Dr. Clarke-Pearson, Ms. Newsome was diagnosed with ovarian cancer in March 2015; right?

A. Yes.

Q. If we could turn to this medical record from March 2015, it lists her -- it lists her BMI -- excuse me, Leigh.

MS. O'DELL: We haven't opened it yet, so --

MS. DAVIDSON: It's right on the screen, Leigh. Please don't interrupt me. Please stop interrupting me. You've been interrupting me all day.

MS. O'DELL: That's not true.

BY MS. DAVIDSON:

Q. Dr. Clarke-Pearson --

MS. O'DELL: Let us open it.

MS. DAVIDSON: You can open it. But stop interrupting me.

BY MS. DAVIDSON:

Q. Dr. Clarke-Pearson, this medical record lists her BMI as 30. Do you see that?

MS. O'DELL: Just wait, Dr. Clarke-Pearson, until you've had a chance to look at the document.

Page 313

THE WITNESS: Take a look at it and calculate for myself.

Sorry. I'm trying to find a BMI calculator on my phone here.

BY MS. DAVIDSON:

Q. Dr. Clarke-Pearson, my question was not how you calculate her BMI. My question does this medical record list her BMI as 30?

MS. O'DELL: He will answer your question when he's ready to do so. Don't rush him, please.

MS. DAVIDSON: Oh, my God, Leigh.

THE WITNESS: I'm trying to see. It says BMI date/time, okay. Here, BMI 30 is what it says.

BY MS. DAVIDSON:

Q. Is that inconsistent with your statement in the report that her BMI diagnosis was 28.5?

A. Yes.

Q. Is 30 considered obese?

A. Yes.

Q. Is this an error in your report?

A. That's why I want to calculate it. I may have calculated -- it may be an error in the

Page 314

medical record. Have you done that math?

Q. We have multiple medical records showing her with a BMI over 30, Doctor. If you would like to do the math, you're welcome to.

MS. O'DELL: Object.

THE WITNESS: That's what I'd like to do.

Why can't I find --

MS. DAVIDSON: You could just go on the Internet, there's a thousand BMI calculators, unfortunately for those of us --

THE WITNESS: All right.

BY MS. DAVIDSON:

Q. According to AARP it's 30.1. So actually they underestimated it. According to the AARP BMI calculator, which I just went online and did, 5-foot-3 and 171 pounds is a BMI of 30.1, Doctor.

A. Well, I'm having trouble with my calculator. So if you think that's the correct thing, then your question is would I correct my report, and I would say yes.

Q. Is there a reason why you didn't correct this after this was pointed out to you in

Page 315

2021?

MS. O'DELL: Object to the form.

THE WITNESS: I wasn't aware that that was pointed out to me.

BY MS. DAVIDSON:

Q. Okay.

A. I don't recall that.

Q. Was obesity a risk factor for Ms. Newsome?

MS. O'DELL: Object to the form.

THE WITNESS: If her BMI is over 30, then she's considered obese. And there's literature that suggests that obesity doesn't really increase the risk unless the patient is severely obese, in other words, a BMI of over 40. That's reported by IARC as one reference.

BY MS. DAVIDSON:

Q. Is it your testimony that the literature has not found an increased risk for endometrioid cancer for obesity with a BMI between 30 and 34?

MS. O'DELL: Object to the form.

THE WITNESS: Let me take a look at one reference, if I could.

22 (Pages 312 - 315)

Page 316

1  BY MS. DAVIDSON:
2      Q.  What are you looking at?
3      A.  I'm looking at the publication by the
4  Ovarian Cancer Association Consortium, lead author
5  is Catherine Olsen published in 2013.
6      Q.  Co-authored by Dr. Moorman, plaintiffs'
7  expert here?
8      MS. O'DELL:  Objection.
9      THE WITNESS:  There are -- I can't even
10  count the number of authors on this paper.
11      MS. DAVIDSON:  Why don't we mark it as
12  Exhibit 27 and put Table 3 up on the screen.
13      (Exhibit 27 marked for identification.)
14      MR. TRANGLE:  It's in the chat and I'll
15  put it on the screen.
16      MS. DAVIDSON:  You're going to have
17  blow it up really big for my old eyes,
18  Asher.
19      MS. O'DELL:  He was asked about this
20  Olsen paper at length in his September 27th,
21  I believe was the day it was marked.
22      MS. DAVIDSON:  Well, Leigh, he also
23  said she had a BMI of 28.5 at his last
24  deposition.  So I don't think you're on very
25  solid ground here.

Page 317

1      MS. O'DELL:  Let me just finish,
2  please.  I do think I'm on very solid
3  ground.
4      If you have a question about
5  Ms. Newsome in particular to new things in
6  Ms. Newsome's report, you're welcome to ask.
7      MS. DAVIDSON:  I am asking.
8      MS. O'DELL:  Well, I don't believe it's
9  new, and this was marked and he was examined
10  about this in his -- I believe it was the
11  27th.
12      MS. DAVIDSON:  Okay.
13      MS. O'DELL:  37.
14      MS. DAVIDSON:  Okay.
15  BY MS. DAVIDSON:
16      Q.  Dr. Clarke-Pearson --
17      MS. O'DELL:  At page 602.
18      MS. DAVIDSON:  Are you done?
19      MS. O'DELL:  No, I'm not.
20      MS. DAVIDSON:  Okay.  Let me know when
21  you're done.
22      MS. O'DELL:  Yeah.  And kindly let me
23  finish.  It was marked as Exhibit 37 at his
24  September 27th deposition -- August 27th,
25  excuse me, deposition.  He was asked at

Page 318

1  length about it.  And if I'm not mistaken,
2  including as reference to Ms. Newsome, but
3  certainly the testimony about this article
4  goes on for more than ten pages, and give me
5  just a moment here.  Yeah.  Page 610.
6      He's asked these very questions about
7  Ms. Newsome and obesity.  And so this is
8  very much a retreading old ground, and I
9  would object.
10      MS. DAVIDSON:  Okay.
11  BY MS. DAVIDSON:
12      Q.  Dr. Clarke-Pearson, as you can see
13  here, a BMI between 30 and 34.0 shows a 1.37
14  increased risk that's statistically significant.
15  Is it your testimony today that Ms. Newsome's
16  obesity did or did not put her at an increased risk
17  of endometrioid cancer?
18      MS. O'DELL:  Object to the question.
19  He was asked these very same questions in
20  2021, and I'm going to ask him not to
21  answer.  His testimony stands from 2021.
22  You have it right here.  I'm looking at it.
23      MS. DAVIDSON:  In 2021, he denied that
24  Ms. Newsome was obese.  We have now showed
25  him medical records with a 30 BMI.

Page 319

1  BY MS. DAVIDSON:
2      Q.  Dr. Clarke-Pearson, please respond.
3  Did Ms. Newsome's BMI of 30-plus put her at an
4  increased risk of endometrioid cancer?
5      MS. O'DELL:  Objection.  Misstates the
6  record.  This is a retread of 2021.  I'm
7  asking you to move on according to the
8  order.  This is not new material.  This is
9  old material.  And the order says new
10  material.  And so he gave his testimony in
11  2021.  And I'm sure Dr. Clarke-Pearson
12  stands on his testimony.
13  BY MS. DAVIDSON:
14      Q.  Dr. Clarke-Pearson, today you saw that
15  Ms. Newsome was diagnosed at a time when she had a
16  BMI over 30.  Does the -- did her BMI that was over
17  30 put her at increased risk of endometrioid
18  cancer?
19      MS. O'DELL:  Object to the form.
20      THE WITNESS:  I have some concern about
21  that because I know I calculated BMI, it was
22  less than 30.  So I would -- I need to see
23  other medical records.  You've shown me one
24  record that would make her BMI slightly over
25  30.

23 (Pages 316 - 319)

Page 320

1    It's my recollection that I looked at
2    some records that calculated her BMI at less
3    than 30. And according to this paper that
4    you have on the screen here, if her BMI is
5    less than 30, she does not have a
6    significant increased risk of developing
7    ovarian -- endometrioid ovarian cancer.
8    BY MS. DAVIDSON:
9    Q. Assuming that we are correct and the
10   medical records are correct, there are multiple
11   medical records, I can show them to you, putting
12   her BMI over 30, did that put her at an increased
13   of endometrioid cancer?
14         MS. O'DELL: Object to the form. Asked
15   and answered. Misstates the record.
16         THE WITNESS: Based on this table, she
17   has a slightly increased risk of developing
18   ovarian cancer.
19   BY MS. DAVIDSON:
20   Q. Do you consider 1.37 to be a slightly
21   increased risk?
22   A. It's an increased risk.
23   Q. How would you characterize 1.37 in
24   terms of slight, weak?
25   A. I'm not going to quantify it by slight,

Page 321

1    moderate, severe. I'm just going to say it's a
2    37 percent increased risk.
3    Q. Would you attribute 37 percent of
4    her -- would you attribute 37 percent of her
5    endometrioid cancer to her obesity?
6          MS. O'DELL: Object to the form. As
7    Dr. Clarke-Pearson said, this misstates his
8    testimony. He has already said there are
9    other records.
10         THE WITNESS: It contributed -- yes, it
11   contributed to her developing ovarian
12   cancer.
13   BY MS. DAVIDSON:
14   Q. Can you quantify by how much?
15   A. Somewhere between -- I mean, you know,
16   you see the numbers right there, 1.37.
17   Q. Have you reviewed any epidemiological
18   studies since 2021 besides Schildkraut and
19   Penninkilampi that address a potential association
20   between talc use and endometrioid cancer?
21   A. I think there are other papers besides
22   Schildkraut and Penninkilampi that support talc
23   causing endometrioid ovarian cancer.
24   Q. What are they?
25   A. I reviewed them before. I don't -- I

Page 322

1    mean, I didn't re-review them since 2021.
2    Q. The two you identified in 2021 were
3    Schildkraut and Penninkilampi. Are there any
4    others you would identify today?
5    A. I will have to go back and go through
6    my notes and records, and I can send that to you.
7    Q. Okay. You can send that to us. But
8    I'll ask for those after the deposition.
9          But are there any others you would
10   identify sitting here today?
11   A. Not off the top of my head here today.
12   Q. Do you know who wrote the Health Canada
13   risk assessment.
14   A. I don't. I can look and see if there's
15   an author list. I have it here with me.
16   Q. Is Ms. Newsome cancer-free?
17         MS. O'DELL: He's trying to respond to
18   your question.
19   BY MS. DAVIDSON:
20   Q. I thought he answered. He didn't know
21   and he would look.
22   A. I'm looking right now.
23   Q. Okay.
24   A. I don't -- to answer your question, I
25   don't know who specifically wrote it. Whether it

Page 323

1    was one person or a committee.
2    Q. I think my next question that I asked
3    apparently prematurely was is Ms. Newsome
4    cancer-free?
5    A. She is as of June 2023.
6    Q. Does she have a good prognosis?
7    A. Yes, I would think so.
8    Q. Same for Ms. Converse, good prognosis?
9    A. Yes.
10   Q. I noticed in your report you decreased
11   Ms. Newsome's duration of use from 1975 to 2020 to
12   1975 to 2015. What was the reason for that?
13         MS. O'DELL: Read back the question.
14   (The reporter read back the last question.)
15         MS. O'DELL: Let me put in front of him
16   his 2021 report so he can see what is being
17   referred to, if anything.
18   BY MS. DAVIDSON:
19   Q. I'm just asking a simple question,
20   Leigh. A number change, 2020 changed to 2015.
21         MS. O'DELL: Well, he's entitled to
22   look at what you're looking at.
23         MS. DAVIDSON: I'm looking at his
24   report and I'm wondering why it says 2015.
25   What is your basis for --

24 (Pages 320 - 323)

Page 324

1    MS. O'DELL: Just a moment.
2    THE WITNESS: Do you have the prior
3    report in front of you?
4    There's a typographical error here.
5    The prior report says 1975-20. And there's
6    not even a space and it says approximately.
7    There's a typographical error. It's
8    supposed to read 20 -- 2015 to begin with.
9    That's why I corrected it. Do you see that?
10   BY MS. DAVIDSON:
11   Q. It was just a typographical error.
12   There wasn't a point where you believed she used it
13   through 2020?
14   A. I'm sorry. State -- say -- state your
15   question again. I'm sorry.
16   Q. Are you saying that it was just a
17   typographical error? There wasn't a period when
18   you thought she used it through 2020?
19   A. I believe it's a typographical error
20   that '15 wasn't included in this first report and
21   we updated it. We corrected it.
22   MS. DAVIDSON: Okay. Got it. Let's go
23   off the record.
24   (Recess taken from 11:59 a.m. until 12:12 p.m.)
25   BY MS. DAVIDSON:

Page 325

1    Q. Just following up on one question i
2    asked earlier. Dr. Clarke-Pearson, you mentioned a
3    Hopkins grid. You understand that was used at a
4    deposition; right?
5    A. I don't know whether it was in trial or
6    in a deposition. I'm sorry, I don't know the
7    specifics.
8    Q. Did you read the full transcript where
9    defendants addressed why they believed the chart
10   was inaccurate?
11   A. No.
12   Q. Okay. And I think you've been asked
13   this before, and I just want to make sure in case
14   you haven't because I didn't have the time in the
15   break to check all your prior depositions. But you
16   don't personally know how to identify asbestos in a
17   product; right?
18   A. You mean am I mineralogist or --
19   Q. Yeah like you've never done any of
20   that?
21   A. No.
22   Q. Okay. We'll move on.
23   Let's talk about Ms. Rausa. Have your
24   opinions with respect to Ms. Rausa changed at all
25   since 2021?

Page 326

1    A. No, not that I recall. I don't have
2    the prior report in front of me. I have my current
3    report.
4    Q. Have you looked at Ms. Rausa's updated
5    medical records?
6    A. I reviewed updated medical records up
7    through August 15, 2023.
8    Q. And you -- have you asked for medical
9    records since then?
10   A. I have not. So to go back to your
11   former question, yes, obviously, this is updated
12   with regard to her recurrent disease and subsequent
13   treatment for her recurrence.
14   Q. And have you spoken to Ms. Rausa, any
15   of her family members, or any of her treating
16   physicians since 2021?
17   A. No, I have not.
18   Q. Have you seen any references to talc in
19   any of her medical records?
20   A. No, I don't recall that I have.
21   Q. And do you have the same 30 percent
22   opinion with respect to Ms. Rausa that you do for
23   Ms. Converse and Ms. Newsome?
24   MS. O'DELL: I'm sorry, would you
25   mind -- I didn't hear part of that. Would

Page 327

1    you mind repeating it, please, or if you --
2    Christine, if you could read it back.
3    (The reporter read the last question.)
4    MS. O'DELL: Object to the form.
5    THE WITNESS: You know, that's a number
6    I use. It probably could be modified given
7    the duration of talc use in all three of
8    these women.
9    BY MS. DAVIDSON:
10   Q. So are you changing your opinion?
11   A. I'm saying 30 percent is a good place
12   to start with, then we can get more specific.
13   Q. So the purpose of this deposition is to
14   understand your opinions. So if you're getting
15   more specific, now is the time to do it.
16   A. Right. Well, then we would have go and
17   look at other data, look at the long-term use, and
18   frequency of use in all of these patients. But the
19   epidemiological literature does say there's a
20   higher risk in women that use talc over a long
21   period of time.
22   Q. So are you changing your specific
23   causation opinions now with respect to these three
24   women?
25   A. I am telling you that there's a range.

25 (Pages 324 - 327)

Page 328

1 30 is not -- 30.0 is not what I'm trying to say or
2 is not what I've been trying to say. That's --
3 that's a ballpark number.
4      Q. Okay. Is this -- did you change your
5 opinion in our last break?
6      A. No. It just came to my mind that these
7 women are women that are using a lot more talcum
8 powder than a lot of other epidemiological studies
9 reported.
10     Q. When did this come to your mind?
11     A. At the break.
12     Q. So you've been on this case for five
13 years and it came to the mind at the last break
14 that you wanted to change your opinion?
15     MS. O'DELL: Objection to the form.
16 Misstates his testimony.
17     THE WITNESS: Yes.
18 BY MS. DAVIDSON:
19     Q. Well, then we'll have to go back to
20 Ms. Converse. Did you talk to Ms. O'Dell during
21 the break, Dr. Clarke-Pearson?
22     A. No, I didn't. I went to the bathroom.
23     Q. And in the bathroom you had an epiphany
24 that you wanted to change your specific causation
25 opinion with respect to all three plaintiffs?

Page 329

1      MS. O'DELL: Object to the form.
2 Misstates his testimony.
3      THE WITNESS: I don't think I had an
4      epiphany. It just -- when I thought about
5      it, it just came to me like these are
6      women -- these three women have used talcum
7      powder extensively. And the epidemiologic
8      data says the extensive use does increase
9      the risk more than 30 percent.
10 BY MS. DAVIDSON:
11     Q. And when you're talking about the
12 epidemiological data, you're just talking about
13 Woolen; right?
14     A. I mean, there's other studies that have
15 dose response to them of difference source.
16     Q. What studies are you talking about
17 other than Woolen?
18     A. I think we've talked about that in
19 other depositions too. I would go to Penninkilampi
20 for one. Woolen would be another, yes.
21     Q. Do Penninkilampi and Woolen show --
22 well, let's start with Ms. Converse.
23      What subtype does Ms. Converse have?
24     A. Let me just double-check. She has
25 clear cell.

Page 330

1      Q. Okay. And does Penninkilampi show --
2 what's the increased risk for Ms. Converse's level
3 of use for clear cell carcinoma in Penninkilampi?
4      A. I don't think Penninkilampi
5 specifically looks at clear cell.
6      Q. So what are you --
7      MS. O'DELL: Excuse me. If you need to
8 see a paper, Dr. Clarke-Pearson, just feel
9 free to put it -- you know, we can get it in
10 front of you.
11 BY MS. DAVIDSON:
12     Q. So, Dr. Clarke-Pearson, what are you
13 relying on for your new opinion that you formulated
14 in the middle of this deposition that
15 Ms. Converse's quote/unquote heavy use of talcum
16 powder increased her risk more than 30 percent?
17     MS. O'DELL: Object to the form.
18 Misstates his testimony.
19     THE WITNESS: If I can pull
20     Penninkilampi paper and look at it, I can
21     give you some more specifics.
22     MS. DAVIDSON: Okay. Let's go off the
23 record for you to do that.
24     MS. O'DELL: I've got it right here for
25 him.

Page 331

1      MS. DAVIDSON: We just got a new
2      opinion in the middle of this deposition
3      and --
4      MS. O'DELL: It's not a new opinion.
5      MS. DAVIDSON: Oh, come on.
6      MS. O'DELL: He's testified extensively
7 to Penninkilampi in the past and --
8      MS. DAVIDSON: No. Come on.
9      MS. O'DELL: He testified to
10 Penninkilampi in 2019 as you well know. And
11 he's testified to it in -- I think he
12 mentioned it in his 2021 deposition. It's
13 not a new opinion. You look at his dose
14 response opinion in his report, it's not --
15     MS. DAVIDSON: We're going to go off
16 the record while you look at this paper.
17     MS. O'DELL: I think he's ready to
18 answer your questions.
19 BY MS. DAVIDSON:
20     Q. Dr. Clarke-Pearson, are you ready to
21 answer at this moment?
22     A. Not right -- not at this moment.
23     MS. DAVIDSON: Then let's go off the
24 record.
25 (Recess taken from 12:22 p.m. until 12:25 p.m.)

26 (Pages 328 - 331)

Page 332

1    (Exhibit 28 marked for identification.)
2    BY MS. DAVIDSON:
3        Q.   Where are you taking us, Doctor?
4        A.   Table 1.  If you look at the length of
5    talc use, long-term less than 3600, greater than
6    3600, greater than 3600 pushes the testament to
7    1.42.
8        Q.   And is that for clear cell?
9        A.   It's for all epithelial ovarian
10   cancers.
11       Q.   Is there any paper that addresses
12   whether heavier use of talcum powder is associated
13   with a higher risk of clear cell?
14       MS. O'DELL:  Object to the form.
15       THE WITNESS:  Not that I'm aware of.
16   BY MS. DAVIDSON:
17       Q.   Okay.  So sitting here today, what
18   percentage, you know, I was -- I was berated for
19   asking this question because it was covered in
20   2021.  Now it turns out you actually have a
21   different opinion.
22       Sitting here today, what percentage of
23   Ms. Converse's clear cell ovarian cancer do you
24   attribute to talc use?
25       A.   I think I would increase it to

Page 333

1    42 percent based on Penninkilampi's table.
2        Q.   Are you basing it on anything else?
3        A.   Not at the moment.
4        Q.   Are you aware of any epidemiological
5    literature finding a 42 percent increased risk
6    between any amount of talcum powder use and the
7    development of clear cell ovarian cancer?
8        MS. O'DELL:  Object to form.
9        THE WITNESS:  No.
10   BY MS. DAVIDSON:
11       Q.   Okay.  Let's go to Ms. Newsome.  Now,
12   Ms. Newsome had endometrioid cancer; correct?
13       A.   Yes, she did.
14       Q.   And, sitting here today, are you able
15   to ascribe a percentage contribution of talc to the
16   cause of her ovarian cancer?
17       A.   I would stick with this table from
18   Penninkilampi that we're talking about and say
19   42 percent.
20       Q.   And if we can look at this table from
21   Penninkilampi -- Asher, you took it down
22   prematurely -- what is the risk ratio it shows for
23   endometrioid?
24       A.   It doesn't specifically for
25   endometrioid.  Specifically talks about all

Page 334

1    epithelial ovarian cancers.
2        Q.   Are you aware of any paper showing a
3    42 percent increased risk for endometrioid ovarian
4    cancer as a result of genital talc use?
5        MS. O'DELL:  I'm sorry, Christine,
6        would you repeat that question, please.
7        (The reporter read back the last question.)
8        MS. O'DELL:  Object to the form.
9        THE WITNESS:  No, I'm not.
10   BY MS. DAVIDSON:
11       Q.   Is Penninkilampi the only paper you're
12   relying on for your 42 percent opinion with respect
13   to both Ms. Newsome and Ms. Converse?
14       A.   There are some other papers that I'm
15   aware of that I can't identify for you today.
16       Q.   Do those papers --
17       MS. O'DELL:  I'm sorry, I don't think
18       he's finished.
19       THE WITNESS:  I'm sorry.  I broke up.
20       Those papers talk about different sorts of
21       use.  Penninkilampi is talking about 3600 or
22       more applications.  Others talk about
23       duration and frequency.  So they vary a
24       little bit, but they describe heavy use.
25   BY MS. DAVIDSON:

Page 335

1        Q.   Do any of those papers have a
2    42 percent risk ratio?
3        A.   They have an increase -- I don't have
4    the number on the top of my head.  They have an
5    increased risk above the 1.3 that we've been
6    talking about before.
7        Q.   Can I ask you a question?  And this is
8    just because I'm not a mathematical person.
9        Is a 42 percent increased risk the same
10   thing as saying that you're attributing 42 percent
11   of the cause to something?
12       MS. O'DELL:  Object to the form.
13       THE WITNESS:  What I'm talking about is
14       the contribution and the increased risk of
15       talcum powder exposure over long period of
16       time as one of the causes of these women's
17       ovarian cancer.  Or another way to look at
18       it is it increases her risk by 42 percent.
19   BY MS. DAVIDSON:
20       Q.   But it's really important to understand
21   that increasing your risk by 42 percent does not
22   mean a 42 percent risk; right?
23       MS. O'DELL:  Objection to form.
24       THE WITNESS:  Yes, that's true.
25   BY MS. DAVIDSON:

27 (Pages 332 - 335)

Page 336

1    Q.  And that's a common misconception;
2   right?
3        MS. O'DELL:  Object to the form.
4        THE WITNESS:  I don't know whose
5    conception that is.
6   BY MS. DAVIDSON:
7    Q.  Are you changing your opinion with
8   respect to Ms. Rausa as well?
9    A.  Yes.
10    Q.  And I believe Ms. Rausa's ovarian
11   cancer has a 42 percent attribution to talc use?
12    A.  Yes.
13    Q.  Is that notwithstanding her tubal
14   ligation?
15    A.  I accounted for that in my calculation
16   of how much exposure she had with a patent
17   reproductive tract.
18    Q.  Did you look at literature of women who
19   had tubal ligations and consider that literature in
20   terms of what that showed about increased risk?
21        MS. O'DELL:  Object to the form.  Can
22    you be more specific?  Vague.
23   BY MS. DAVIDSON:
24    Q.  Doctor?
25    A.  I'm going to have to ask the reporter

Page 337

1   to repeat the question.
2    (The reporter read back the last question.)
3    A.  So the literature demonstrates the
4   tubal ligation reduces the risk.  But I'm not aware
5   of the literature that talks about the tubal
6   ligation plus the duration of exposure that
7   Mrs. Rausa had.
8    Q.  So when you -- when you formulated your
9   opinion in the break that Ms. Rausa is now at a
10   42 percent increased risk, did you consider her
11   tubal ligation in that ten-minute period?
12        MS. O'DELL:  Object to the form.
13    Misstates his testimony.  Asked and
14    answered.
15        THE WITNESS:  My answer is, yes, this
16    Penninkilampi paper on Table 1 talks about
17    greater than 3600 exposures and she had that
18    before she had her tubes tied.
19   BY MS. DAVIDSON:
20    Q.  The Woolen paper thought it was
21   important to look at women who had patent tubes;
22   right?
23    A.  Yes.  They excluded women that didn't
24   have patent tubes or had had a hysterectomy.
25    Q.  And why did they do that?

Page 338

1    A.  To have one hypothesis on my part would
2   be that they wanted to have a consistent group of
3   patients.  Some groups may have had more tubal
4   ligations.  Others may have had less.  So to have a
5   consistent group of patients.  And we also know
6   that women that have patent tubes are at higher
7   risk to develop ovarian cancer.
8        Mrs. Rausa had patent tubes for a long
9   time before she had her tubes tied and had that
10   duration of exposure with patency.
11    Q.  How many years before her diagnosis
12   were her tubes tied?
13    A.  Let me go to my report here.  I'm
14   sorry, I had Newsome's report here.  Sorry.
15    Q.  Asher, did we mark Ms. Rausa's report?
16        MR. TRANGLE:  We have not, no.
17        MS. DAVIDSON:  Would it be 28?
18        MR. TRANGLE:  No.  It would be 29.
19        MS. DAVIDSON:  Let's mark Ms. Rausa's
20    report as 29.
21    (Exhibit 29 marked for identification.)
22        MR. TRANGLE:  It's in the chat.  Want
23    me to go to it and display it?
24        MS. O'DELL:  Dr. Clarke-Pearson was
25    asked about this during his last deposition.

Page 339

1    If this is a foundational question,
2    certainly he can answer it.  But this was
3    explored previously.
4        THE WITNESS:  I'm sorry.  Is there a
5    question pending?
6   BY MS. DAVIDSON:
7    Q.  Uh-huh.  There is, indeed.
8    A.  Can I have it read back to me, please.
9        MS. DAVIDSON:  Of course.
10    (The reporter read back the last question.)
11        THE WITNESS:  Okay.  So to answer that
12    question, she had her tubes tied in 1988 and
13    she had her ovarian cancer diagnosed in May
14    of 2018.
15   BY MS. DAVIDSON:
16    Q.  30 years; right?
17    A.  Yes.  And she had 20 years --
18    Q.  Is there any --
19        MS. O'DELL:  Excuse me.
20        THE WITNESS:  She had 20 years of
21    exposure to talcum powder before she had her
22    tubes tied.
23   BY MS. DAVIDSON:
24    Q.  I understand.  Is there any literature
25   that addresses the increased risk of ovarian

28 (Pages 336 - 339)

Page 340

1  cancer -- scratch that.
2      Is there any literature that addresses
3  the potential association between genital talc use
4  and ovarian cancer for women who had their tubes
5  tied three decades before their diagnosis?
6      MS. O'DELL: Object to form.
7      THE WITNESS: I'm not aware of any
8  literature that specifically looks at that
9  issue.
10 BY MS. DAVIDSON:
11     Q.  Is there any literature addressing a
12 potential association between talc use and ovarian
13 cancer for women whose talc use ended three decades
14 before their diagnosis?
15     MS. O'DELL: Object to the form.
16     THE WITNESS: Not that I'm aware of.
17 BY MS. DAVIDSON:
18     Q.  Is it your opinion that asbestos is a
19 cause of Ms. Rausa's ovarian cancer?
20     A.  It's my opinion that talcum powder
21 increased -- was causative in her developing
22 ovarian cancer and that talcum powder has asbestos
23 in it.  So yes.
24     Q.  Is that your opinion with respect to
25 fibrous talc as well?

Page 341

1      A.  Yes.
2      Q.  Do you believe that ovarian cancer has
3  a latency period of more than 30 years?
4      MS. O'DELL: Jessica, he's testified to
5      this in 2019.  I can check the 2021
6      depositions.  But he's testified at length
7      about latency.  I believe it's in his report
8      as well for which he was deposed.  So this
9      is --
10     MS. DAVIDSON: I've got one question on
11     this topic, Leigh.  Then we can move on.
12 BY MS. DAVIDSON:
13     Q.  Dr. Clarke-Pearson, do you believe that
14 ovarian cancer has a latency period of more than
15 30 years?
16     A.  It can have a latency period.  It can
17 have a shorter period than 30 years too.
18     Q.  Can it have a latency period of more
19 than 30 years?
20     A.  Yes.
21     Q.  And what literature can I -- can you
22 point to to support that opinion?
23     MS. O'DELL: He's -- you said one
24     question.  You had three questions.
25     MS. DAVIDSON: No.  I repeated the

Page 342

1  question, and now I'm just asking what
2  literature supports that opinion.
3      MS. O'DELL: He's already testified to
4  the literature on latency.  It's in his
5  report.
6      MS. DAVIDSON: We have not had a
7  30-year latency period before, Leigh.  We
8  are talking about a plaintiff who had a
9  tubal ligation 30 years ago.  I just don't
10 want to get into these arguments over and
11 over.  You know, this, this is an expert
12 who's testifying at trial.  If you didn't
13 want him to testify, find another expert.
14 BY MS. DAVIDSON:
15     Q.  Doctor, is there any literature --
16     MS. O'DELL: Hey, Jessica --
17 BY MS. DAVIDSON:
18     Q.  -- to support --
19     MS. O'DELL: Forgive me.  Let me just
20 respond to the objection.  So let me --
21     MS. DAVIDSON: Okay.  Sure.
22     MS. O'DELL: Your pejorative comments
23 are, one, disrespectful to
24 Dr. Clarke-Pearson and the process.  Second,
25 he has testified to latency in the past and

Page 343

1  including what he said here previously
2  today.  And so, I mean, I just -- we
3  wouldn't have to have these discussions if
4  you would stay within the confines of the
5  rules.  And so he's already testified to
6  latency.  You've got his opinion --
7      MS. O'DELL: Your expert changed his
8  opinion in the middle of the deposition,
9  Leigh.
10     MS. O'DELL: He did not.
11     MS. DAVIDSON: I don't know how you can
12 make these sanctimonious with an expert who
13 purportedly went to the bathroom and changed
14 his opinions.
15     MS. O'DELL: He did not change his
16 opinion.  So -- which is clear from the
17 record.
18     So if you have a question about
19 Ms. Rausa that relates to new information
20 since 2021, Dr. Clarke-Pearson is here and
21 ready to answer your questions.
22     He is not here to go through all of his
23 previous 25 hours of deposition testimony.
24 That's not what we're here for.
25     MS. DAVIDSON: Are you done?

29 (Pages 340 - 343)

Page 344

1    MS. O'DELL: He's ready for your next
2    question.
3  BY MS. DAVIDSON:
4    Q.  Dr. Clarke-Pearson, what literature
5  supports your position that ovarian cancer can
6  request have a latency period of more than
7  30 years?
8    A.  The general consensus in the oncology
9  world, if you will, is that there's a latency
10  period that can -- that can be quite long.  It's
11  certainly not one year.  It's certainly not two
12  years of exposure to a carcinogen.  I'm not sure
13  how better to answer your question.
14    Q.  Well, my question was can you point to
15  a paper that says the latency period for ovarian
16  cancer can be more than three decades.  That's my
17  question.
18    MS. O'DELL: Object to the form.  He's
19    answered your question.
20    THE WITNESS:  I don't think I can give
21    you specific literature.  But individual
22    cases we know have been exposed more than
23    30 years beforehand and then develop ovarian
24    cancer.
25  BY MS. DAVIDSON:

Page 345

1    Q.  Exposed to what?
2    A.  Talcum powder.
3    Q.  Are you saying that you know that
4  ovarian cancer has a latency period of more than
5  30 years because there are women who have been
6  exposed to talcum powder and then developed ovarian
7  cancer more than 30 years later?
8    MS. O'DELL: Object to the form.
9    Mischaracterizes.
10    THE WITNESS:  Those aren't
11    peer-reviewed papers.  Those are just my
12    personal experience as a physician taking
13    care of women with ovarian cancer.
14  BY MS. DAVIDSON:
15    Q.  So your opinion that ovarian cancer can
16  have a latency period of more than 30 years is
17  based on your anecdotal experience that women have
18  used talcum powder and then developed ovarian
19  cancer more than 30 years later?
20    MS. O'DELL: Objection.  Misstates his
21    testimony.
22    THE WITNESS:  The oncology literature
23    recognizes a latency period from the time --
24    prior to -- the amount of time from exposure
25    to whatever the carcinogen is, in this case

Page 346

1  it's talcum powder with asbestos, and it can
2  be longer than 30 years, yes.
3  BY MS. DAVIDSON:
4    Q.  But that's what I'm asking.  Which
5  literature says it can be longer than 30 years?
6    A.  It's general -- I mean, it's just
7  general oncology literature understanding how
8  carcinogenesis happens, how cancers develop.
9    Q.  Can you point to any general oncology
10  literature that says ovarian cancer has a latency
11  period of more than 30 years?
12    MS. O'DELL: Object to the form.  Asked
13    and answered.  Dr. Clarke-Pearson has
14    already answered your question.  And please
15    don't badger him.
16  BY MS. DAVIDSON:
17    Q.  You can answer.
18    A.  I can't answer your question right now.
19  I can find literature for you if you'd like to see
20  it.
21    Q.  Okay.  We'll follow up on that.
22  There's a couple of things you mentioned today.
23  We'll send a list.
24    A.  Okay.
25    Q.  Have you investigated whether Ms. Rausa

Page 347

1  was exposed to any asbestos other than her claimed
2  exposure to asbestos and talcum powder?
3    MS. O'DELL: He was asked that question
4    in his 2021 deposition.  If you want to ask
5    if he's done anything since 2021, you're
6    welcome to do that?
7    THE WITNESS:  I haven't done --
8  BY MS. DAVIDSON:
9    Q.  Go ahead, Doctor.
10    A.  I haven't done any subsequent
11  investigation.  I'm relying my opinion based on her
12  medical records.
13    Q.  Have you done any investigation since
14  2021 with respect to any risk factors Ms. Rausa has
15  with regard to ovarian cancer?
16    MS. O'DELL: Object to the form.
17    THE WITNESS:  I -- I have not, no.
18  BY MS. DAVIDSON:
19    Q.  At the end of your deposition in the
20  first half of your deposition in January 2024, we
21  started talking about the Davis paper, then we had
22  a little bit of some bickering about whether your
23  deposition was over or not, and we never finished.
24    So let's go back to the Davis paper.
25    A.  All right.

30 (Pages 344 - 347)

1    Q.  We're going to mark it as Exhibit 30.
2  I think I finally am getting the number right.
3         MS. DAVIDSON:  Asher, did I get it
4  right?
5         MR. TRANGLE:  Yes.
6         MS. DAVIDSON:  It was the third cup of
7  coffee.
8         (Exhibit 30 marked for identification.)
9         MS. DAVIDSON:  I want to turn to
10  page OF8.  I don't know what the OF is,
11  Asher.
12        MR. TRANGLE:  This is a different
13  version, but it's the same thing.  Okay.
14        MS. O'DELL:  It will take us a little
15  bit to navigate because we don't have this
16  version.  We have the other version.
17        MS. DAVIDSON:  Why can't we just e-mail
18  it to you.
19        MR. TRANGLE:  I can just find the other
20  version.  I have the other version.
21        MS. O'DELL:  It's okay.  I'm not asking
22  for anything other than to give us a little
23  time to make sure we're in the right
24  section.
25        MS. DAVIDSON:  Leigh, you send me mixed

1  messages because sometimes you want more
2  time, sometimes you want me to hurry.
3         MS. O'DELL:  No.  I'm just -- you have
4  a different version than what
5  Dr. Clarke-Pearson --
6         MS. DAVIDSON:  Right.  Asher is
7  saying --
8         MS. O'DELL:  I just -- real quick, just
9  wherever you're going to ask questions,
10  that's fine.  Just direct us there and let
11  just --
12        MS. DAVIDSON:  I think Asher is saying
13  he's happy to put up your version to make it
14  go quicker and smoother.
15        THE WITNESS:  Okay.
16        MS. O'DELL:  That's fine.  I wanted to
17  let you know that what we're looking at is a
18  little bit different than what we have
19  before us, what we're looking at on the
20  screen.
21        If you want to ask him a question,
22  Jessica, you're welcome to.
23        MS. DAVIDSON:  Asher is putting up your
24  version.
25        MS. O'DELL:  Not our version.  We

1  didn't -- there are two things out there in
2  the public.
3         MS. DAVIDSON:  Whatever.
4         THE WITNESS:  That's the version I have
5  thank you.
6         MS. DAVIDSON:  Asher, can you turn to
7  page OF8.
8  BY MS. DAVIDSON:
9     Q.  Dr. Clarke-Pearson, do you agree that
10  the authors of Davis did not find a dose response?
11     A.  Yes.
12     Q.  How did you weigh that into your
13  opinions in this matter?
14     A.  I'm not quite sure I understand the
15  question.  The findings of this study showed an
16  increased risk of developing ovarian cancer in
17  African American women as well as white women.
18     Q.  For African American women, the finding
19  was nonstatistically significant; right?
20     A.  I'm sorry.  You're talking awfully
21  fast.  I didn't hear what you said.
22     Q.  For African American women, the finding
23  was not statistically significant; correct?
24        MS. O'DELL:  Object to the form.
25        THE WITNESS:  It was increased by

1  5 percent for all histotypes, but increased
2  by 31 percent for high grade serous
3  carcinomas.
4  BY MS. DAVIDSON:
5     Q.  My question was for African American
6  women and ever use, the finding was not
7  statistically significant; correct?
8     A.  It was not significant if you look at
9  all ovarian cancers put together.
10     Q.  Correct.
11     A.  All cases.
12     Q.  Going back to my prior question, I
13  asked you did you have -- how did you consider the
14  lack of dose response in formulating your overall
15  opinions?
16     A.  In this particular study, it didn't
17  show a dose response, although, they didn't
18  correlate frequency of use and duration of use.
19  They just looked at ever use.
20     Q.  Did you address the fact that this
21  study did not find a dose response in your report?
22     A.  Let me take a look at my report.
23        So your question is did I address that
24  in my report?
25     Q.  Uh-huh.

31 (Pages 348 - 351)

Page 352

1    A.  Is that the question?
2    Q.  Yes.
3    A.  No.  I didn't address it in the report.
4    Q.  You would agree that a scientist
5  addressing dose response should address the
6  totality of the evidence; right?
7        MS. O'DELL:  Object to form.
8        THE WITNESS:  You know, if there's good
9    evidence, yes.  Although, I'm not sure that
10    dose response is necessarily relevant in
11    this situation.
12  BY MS. DAVIDSON:
13    Q.  You do have a paragraph about dose
14  response in your report, though; right?
15    A.  I'm pretty sure I do.  I'd like to see
16  what I said.
17        Yes, I do mention it.  There are --
18  there is some literature that talks about dose
19  response.
20    Q.  But when you amended your report, you
21  didn't add Davis; right?
22    A.  I didn't add it because it didn't have
23  a dose response in it.
24    Q.  So you only added the studies that did
25  show a dose response; right?

Page 353

1        MS. O'DELL:  Object to the form.  His
2    paragraph of Davis in his report.  Is that
3    what you're talking about --
4        MS. DAVIDSON:  Leigh, please stop
5    testifying.  It's just getting ridiculous.
6        MS. O'DELL:  No, it's vague.  I mean,
7    you're being intentionally confusing and
8    unclear.
9        MS. DAVIDSON:  I'm not being
10    intentionally confusing, Leigh.
11        MS. O'DELL:  Yes, you are.
12        MS. DAVIDSON:  And you are not the
13    witness.
14        MS. O'DELL:  I understand.
15  BY MS. DAVIDSON:
16    Q.  Dr. Clarke-Pearson, did you understand
17  the question?
18    A.  Well, not quite.  I didn't add Davis to
19  my section on biologic grade dose response because
20  it doesn't demonstrate that.  But there are other
21  papers:  Terry, Schildkraut, Cramer, Penninkilampi
22  that do talk about dose response.  And they weren't
23  added to this report because they were in my
24  original report.
25    Q.  Woolen was added; right?

Page 354

1    A.  Yes.
2    Q.  And Davis does talk about dose response
3  even though it doesn't find one; right?
4    A.  I don't recall that.  If you can point
5  me to where that is.
6    Q.  Well, I had it up on the screen a few
7  minutes ago.
8    A.  Yeah.
9    Q.  Specifically, I showed you language --
10  Asher, you can yellow it -- furthermore, there was
11  not a dose response relationship between frequency
12  or duration of genital powder use and ovarian
13  cancer risks or any significant differences in
14  association by histotype.  Do you see that?
15    A.  Yes.
16    Q.  So there is a discussion of dose
17  response; correct?
18    A.  Yes.
19    Q.  Okay.  Let's move on.  I'm going to
20  mark a paper called Chang 2024 as Exhibit 31.
21        (Exhibit 31 marked for identification.)
22  BY MS. DAVIDSON:
23    Q.  Have you seen this paper?
24    A.  It doesn't ring a bell to me.
25    Q.  "Use of personal care product mixtures

Page 355

1  and incident hormone-sensitive cancers in the
2  Sister Study:  A U.S.-wide prospective cohort" by
3  Chang, O'Brien, Keil, Goldberg, Taylor, Sandler,
4  and White.
5        THE WITNESS:  I don't have it.
6        MR. TRANGLE:  It's in the chat.
7        MS. O'DELL:  Just appeared in the chat
8    for us.  Let us download it.
9  BY MS. DAVIDSON:
10    Q.  So, Doctor, you have never seen this
11  paper.
12    A.  I don't recall that I have.
13    Q.  Okay.  I think --
14    A.  2024.
15    Q.  Leigh, don't get mad at me.  Don't get
16  mad at me, Leigh.  I think I asked you in January
17  if you've ever spoken to Dr. O'Brien or
18  Dr. Wentzensen and you said no; is that right?
19    A.  That's correct.
20    Q.  Okay.  Have you ever met any of the
21  authors of this paper?
22    A.  I don't think so, no.
23    Q.  Okay.  Do you want to go off the record
24  to skim this paper?
25        MS. O'DELL:  If he -- I think he needs

32 (Pages 352 - 355)

Page 356

1    the opportunity to review it for sure.
2         MS. DAVIDSON:  Let's go off the record.
3    (Recess taken from 1:01 p.m. until 1:10 p.m.)
4    BY MS. DAVIDSON:
5         Q.   Dr. Clarke-Pearson, did you read this
6    article during the break?
7         A.   I skimmed it.  Let's put it that way.
8         Q.   Okay.  Fair enough.
9         A.   I don't think I --
10        Q.   You guys read very dense material.
11   It's definitely not beach reading.
12        A.   No.
13        Q.   Did you discuss the article with your
14   counsel during the break?
15        A.   I did not.
16        Q.   Good.  I wanted to look at page 2.
17             Asher, you put it up?
18        A.   Let me scroll down to it here.
19        Q.   Where it says, "In this study we aim to
20   examine the associations between the use of every
21   day PCPs," which I think is personal care products.
22        MS. DAVIDSON:  Asher, you're very
23   young.  We're all old.  You've got to make it
24   bigger.
25        THE WITNESS:  If he could highlight it

Page 357

1    too.  I'm not sure where you are.
2         MS. DAVIDSON:  Asher, we're about
3    two-thirds of the way down on the left-hand
4    column and you've got to make it bigger.
5         THE WITNESS:  "In this study, we aim to
6    examine."
7         MS. DAVIDSON:  Yes.  Do you know how to
8    make it bigger, Ash?
9         MR. TRANGLE:  One second.  It's really
10   annoying to use this tool.  Hold on.
11        MS. O'DELL:  Dr. Clarke-Pearson is
12   looking --
13        THE WITNESS:  I can read it on the iPad
14   here.
15        MS. DAVIDSON:  I know, but I need to
16   read it.  And my eyes are weak and aged.
17   Excellent.
18   BY MS. DAVIDSON:
19        Q.   "In this study, we aimed to examine the
20   association between use of everyday PCPs," which I
21   think is personal care products, "and cancers of
22   the breast, ovary, and uterus with a focus on joint
23   effect of multiple product use in a large
24   prospective cohort in the US."
25             Do you see that?

Page 358

1         A.   Yes, I do.
2         Q.   So we understand the purpose of the
3    study; right?  I read that correctly?
4         A.   I think so.
5         Q.   And they looked at, I believe, around
6    eight different hygiene products; correct?
7         A.   I see a lot of hygiene products.  I'm
8    not sure whether it was eight or --
9         MS. O'DELL:  Object to form.
10   BY MS. DAVIDSON:
11        Q.   Yeah.  What amazed me most about this
12   paper, Doctor, is that anybody has time to use all
13   these products.  Anyway, I wanted to go down to
14   Page 10, Figure 4 to look at the actual
15   associations with ovarian cancer.
16        A.   So Page 10?
17        Q.   Uh-huh.  I think it's Page 10,
18   Figure 4.  It's sort of like -- yes.
19             And so on the left --
20        A.   Here, we are.
21        Q.   -- it shows the single product.  I'm
22   sorry, Leigh, I was speaking.
23        MS. O'DELL:  I was just asking if you
24   would just slow down just a moment and let's
25   get to the right place.  Okay.

Page 359

1    BY MS. DAVIDSON:
2         Q.   On the left it shows single products
3    and on the right it shows multiproduct and it's
4    right up on the screen.
5         A.   Yes.
6         Q.   Are you with me, Doctor?
7         A.   I am.  I see the graph you got.
8         Q.   And if you look on the left, it shows
9    bath gel, deodorant, douche, mouthwash, shaving
10   cream, talc under the arms, talc vaginal, and talc
11   other; right?
12        A.   Yes.
13        Q.   And there is one PCP, as they call it,
14   personal care product, that shows a statistically
15   significant association with ovarian cancer; right?
16        A.   Let me -- is -- this table is
17   specifically for ovarian cancer?
18        Q.   Yes.
19        MS. O'DELL:  If you could just scroll
20   down to the box.
21        THE WITNESS:  Looking at the fine print
22   underneath it here.
23   BY MS. DAVIDSON:
24        Q.   Adjusted association between one
25   frequency category use of personal care products

33 (Pages 356 - 359)

Page 360

1  and ovarian cancer.
2      A.  I see.  Okay.  Yes.
3          Your question was the one that's
4  statistically significant is douching.
5      Q.  Talc under the arm and talc vaginal are
6  not statistically significant; right?
7      A.  Not statistically significant, but they
8  are leaning towards increased risk.
9      Q.  In fact, they're both a 1.07 if you
10  look at Table S4?
11          MR. TRANGLE:  Do you want me to display
12  it?
13          MS. DAVIDSON:  Yeah, you can just go
14  there.
15          MS. O'DELL:  Which table, please?
16  Which table are you going to, please?
17          MS. DAVIDSON:  S4.
18          MR. TRANGLE:  It's in the supplemental
19  data.  I'll put the file in the --
20          MS. O'DELL:  We don't have that.  All
21  right.
22          MS. DAVIDSON:  Asher is going to put it
23  in the chat and put it on the screen.  We'll
24  mark it as 32.
25          (Exhibit 32 marked for identification.)

Page 361

1          MR. TRANGLE:  32.
2  BY MS. DAVIDSON:
3      Q.  Trying to get it right now, guys.
4          It shows an age adjusted --
5          MS. O'DELL:  Give us just a moment
6  since we haven't seen this before.
7  Dr. Clarke-Pearson hasn't seen this before.
8  BY MS. DAVIDSON:
9      Q.  So if you go to Table S4 --
10          MS. O'DELL:  Need just a moment to --
11          MS. DAVIDSON:  I understand, Leigh.
12  I'm just reading from the chart.
13          If you go to Table S4, Asher.
14          MS. O'DELL:  Sure.  But you're -- if
15  you're directing Asher, that's fine.  But if
16  you're talking to Dr. Clarke-Pearson, he
17  can't look at this table and listen to you
18  at the same time.  And so --
19          MS. DAVIDSON:  I think you
20  underestimate Dr. Clarke-Pearson's
21  abilities, Leigh.
22          MS. O'DELL:  I guarantee you I do not.
23          MS. DAVIDSON:  I have more faith in
24  Dr. Clarke-Pearson's abilities to listen and
25  look at a table than you do.

Page 362

1          Asher, what Table -- so this is Table
2  S4.
3          MS. O'DELL:  Unfair way to examine him.
4  If you've given something new, fair enough.
5  He can look at it.  But he just needs the
6  opportunity to review it.  So just a moment.
7          MS. DAVIDSON:  Asher, can you move this
8  so that ovarian cancer is -- yeah, perfect.
9  There's no way to move it so that you just
10  get rid of the breast.  I don't know how, I
11  have it printed in a way -- yes.  That's
12  what I'm asking for.
13          MR. TRANGLE:  I can hide the columns
14  that deal with that.  I can also do the same
15  for beauty.
16          MS. DAVIDSON:  Let's just go to hygiene
17  and ORs.
18          MS. O'DELL:  Dr. Clarke-Pearson is
19  happy to answer your questions, but he's
20  going to review the table first and not just
21  what's on the screen.
22          MS. DAVIDSON:  We're just putting it on
23  the screen, the table, Leigh.  My God.
24          MS. O'DELL:  But the whole thing
25  doesn't fit and it --

Page 363

1          MS. DAVIDSON:  Because the others are
2  uterine cancer and breast cancer, Leigh.
3          MS. O'DELL:  But still he's entitled to
4  get the context so he can provide answers to
5  your questions and he's certainly willing to
6  do that.  Just give him a moment.
7          MS. DAVIDSON:  Asher?
8          MR. TRANGLE:  Yeah.
9          MS. DAVIDSON:  We should be showing
10  here -- there's something wrong with the way
11  you have this up here because it should be
12  the age adjusted AR and the fully adjusted.
13          MR. TRANGLE:  Maybe Table S5 then.
14  Could be a different table.  There's two
15  tables.  We can do Table S4.
16          MS. DAVIDSON:  Mine is Table S4, and it
17  shows an age adjusted HR and a fully
18  adjusted HR.  That's what I'm looking for.
19  Thank you, Asher.
20          MS. O'DELL:  You're looking at S4?
21          MS. DAVIDSON:  Correct.  Let's go to
22  hygiene.
23          MS. O'DELL:  Just a moment, please.
24          MS. DAVIDSON:  There are numbers,
25  Leigh.  There's nothing to read.

34 (Pages 360 - 363)

Page 364

1    MS. O'DELL:  There is a lot of data on
2    here and Dr. Clarke-Pearson just needs just
3    a moment to get his bearings.
4        THE WITNESS:  Okay.  I'm looking at the
5    table.
6 BY MS. DAVIDSON:
7    Q.  Okay.  Thank you, Doctor.
8        What is the age adjusted HR for
9 douching?
10    MS. O'DELL:  Adjusted HR, is that what
11    you're referring to?  Not age adjusted.  It
12    just says adjusted.
13        THE WITNESS:  Age adjusted.  HR for
14    douching, it looks like you've got
15    highlighted 1.37.
16 BY MS. DAVIDSON:
17    Q.  Confidence interval?
18    A.  Confidence, 1.12 to 1.68.
19    Q.  So that's a 37 percent increased risk
20 as you've been using the term today?
21    A.  Yes.
22    Q.  And for talc under the arm and vaginal,
23 it's 1.07; right?
24    A.  In this particular table.  I would like
25 to turn to Table S8 in a minute, but -- yes, 1.07.

Page 365

1 Confidence interval 0.94 to 1.21.
2    Q.  And that's about the same --
3    A.  That's underarm, I'm sorry.
4        Yeah, 1.07 for vaginal too.
5    Q.  And that's about the same risk ratio or
6 hazard ratio as using bath gel; right?
7    A.  I'm sorry, as using what?
8    Q.  Bath gel.
9    A.  Bath gel, I see what you're saying.
10    MS. O'DELL:  Object.
11    THE WITNESS:  Yes.
12 BY MS. DAVIDSON:
13    Q.  Okay.  Thank you.  You can take it
14 down, Asher.
15    A.  You don't want to look at S8?
16    MS. DAVIDSON:  Those are my questions.
17    Leigh, do you have any questions.
18    MS. O'DELL:  Yes, I do have some
19    questions.
20        EXAMINATION
21 BY MS. O'DELL:
22    Q.  Dr. Clarke-Pearson, you were just
23 commented on S8 in the Chang paper, the
24 supplemental tables.  Is there something you wanted
25 to add in regard to that?

Page 366

1    A.  With regard to -- in Table S8, ovarian
2 cancer under hygiene, there's three different
3 models here.  I don't know exactly how this paper
4 was -- the study was done.  But we have
5 statistically significant increase in covariate
6 that's age adjusted, covariate analysis B, and all
7 three are statistically significant increase of
8 1.49, 1.40, 1.36.  So just wanted to point that
9 out.
10    Q.  And, Doctor, turning back to Chang
11 again, and I will put it on the screen here.  Is
12 Chang a paper you've seen before today?
13    A.  Not that I recall.  Answered that
14 before.
15    Q.  Direct your attention, we should be
16 sharing now, to the last page of the paper.  And --
17    A.  Make it bigger.  There we go.
18    Q.  And looking at this paragraph,
19 paragraph beginning with "we did not collect
20 information."  Do you see that?
21    A.  Yeah.
22    Q.  And so this particular -- if you go
23 down, it says after the Rivera Nunez reference at
24 2021.  Do you see that?
25    A.  Right.

Page 367

1    Q.  And it states, "We only evaluated
2 product use in the 12 months prior to baseline."
3        Did I read that correctly?
4    A.  Yes, you did.
5    Q.  And so this was not a paper that
6 evaluated the lifetime use of --
7    A.  No, it doesn't.
8    Q.  -- women who use talc; is that -- would
9 that be fair?
10    A.  It doesn't speak to duration or
11 frequency.  It certainly doesn't allow for any
12 latent period.  You know, 12 months is not
13 considered, in my opinion, latency.
14    Q.  And one more question, please.  Go to
15 the beginning, keep it scrolling.  And I think you
16 were asked some questions about the number of --
17        (Zoom audio muted.)
18        THE COURT REPORTER:  Your audio is
19    muted.
20 BY MS. O'DELL:
21    Q.  I'm sorry.
22        So, Dr. Clarke-Pearson, I want to take
23 you back to the description of the study itself and
24 in subsection 2.2, it's entitled, "Assessment for
25 personal care product use."  Do you see that?

35 (Pages 364 - 367)

Page 368

1    A.   Yes.
2    Q.   And in that paragraph, does it list
3  literally more than 40 -- I think it says 41
4  personal care products that they evaluate in the
5  study; correct?
6    A.   Yes.  The question is collected
7  information on frequency use of 41 PCP, 12 months,
8  products, et cetera.
9    Q.   And in this is not a study that
10  particularly focused on talc and the question of
11  ovarian cancer; correct?
12    A.   Looked at 41 products, yeah.
13    Q.   Dr. Clarke-Pearson, I have some
14  follow-up questions.  You were asked a number of
15  questions -- well, let me get organized here.
16  Maybe I'll do Davis first.  Do you have the Davis
17  paper in front of you?
18    A.   Yes, I can get it.
19    Q.   This was previously marked as an
20  exhibit to your deposition.  And I would direct
21  you, Dr. Clarke-Pearson, to the last page of the
22  paper.  And on the left side, the left column at
23  the bottom of the first full photograph, do you see
24  the sentence that says, "We did not"?
25    A.   Yes, I see that.  "We did not conduct

Page 369

1  an analysis that addressed both duration and
2  frequency of application."
3        I think I mentioned that in answering
4  Ms. Davidson's question, too.
5    Q.   In order to evaluate dose, is it
6  necessary to consider both the frequency of use of
7  the product as well as the duration of the use?
8    A.   That would be my preference, yes.
9    Q.   And for other studies that have
10  considered both duration and frequency to get total
11  lifetime applications, have other papers that have
12  done that work demonstrated a dose response?
13    A.   Yes.  Penninkilampi was one that I
14  referenced earlier.
15    Q.   Would that be true in the Schildkraut
16  study as well?
17    A.   Yes.
18    Q.   You were asked a number of questions
19  about long-term use in relation to your opinions.
20  And, Dr. Clarke-Pearson, have you in reaching your
21  opinions in these cases as well as your general
22  opinions in the litigation, have you considered all
23  of the epidemiological studies that have addressed
24  the question of genital talc use and ovarian
25  cancer?

Page 370

1    A.   I think I've looked at all the
2  epidemiologic studies.
3    Q.   And you rely on all of those in
4  reaching your opinions?
5    A.   Yes.  The totality of those studies.
6    Q.   And in rendering your opinions in these
7  three particular cases:  Rausa, Newsome, and --
8    A.   Converse.
9    Q.   -- Converse.  Thank you.
10    A.   That's right.
11    Q.   Let me strike that and start again.
12        Are Converse, Rausa, and Newsome, all
13  of these women, were they long-term users of talc?
14    A.   Yes, they were very long-term users.
15    Q.   And would you rely on and be prepared
16  to testify to all of the data in the epidemiologic
17  literature that addresses long-term use of talcum
18  powder and ovarian cancer?
19    A.   Yes.  I'd have to do a little bit of
20  additional preparation.
21    Q.   And there are a number of studies that
22  look at long-term use.  And I think in relation to
23  Penninkilampi in particular, you said they report
24  on long-term use or greater number of applications
25  that used in general, and they don't break it out

Page 371

1  by subtype?
2    A.   That's correct.  Histologic subtype.
3    Q.   Right.  And so for all of that data,
4  whether it be in Penninkilampi or other studies
5  that talk about long-term heavy use, is it
6  necessary in order to employ that data in reaching
7  your opinions that they break it out by subtype?
8    A.   I wish they would have done that.  It
9  make some of our conversation earlier about
10  endometrioid or clear cell, those are rare -- much
11  rarer cancers than high-grade serous cancers.  So
12  on the other hand looking at epithelial ovarian
13  cancer, that's where most of the epidemiologic
14  studies have come down to say that talcum powder
15  increases the risk of developing epithelial ovarian
16  cancers.
17    Q.   And the data that relates to long-term
18  use that applies to epithelial ovarian cancer as
19  generally, would that also apply to clear cell
20  cancer?
21    A.   Yes.
22    Q.   And would that same question for
23  endometrioid, would that apply to clear cell
24  cancer?
25    A.   I believe it would, yes.

36 (Pages 368 - 371)

Page 372

1    Q.  You were asked some questions about
2   latency and your opinions about latency.  And I
3   would direct you to page 13.  Doctor --
4    A.  Of my report?
5    Q.  Of your report.  Dr. Clarke-Pearson,
6   your report.  And specifically to the temporality
7   section of your Bradford Hill analysis.  Do you see
8   that?
9    A.  Yes, I do.
10   Q.  And do you stand by and always been
11  your opinion that latency can extend over decades?
12   A.  Yes.
13   Q.  And what's the reference that you cite
14  there?
15   A.  Nadler and Zurbenko 2014.
16   Q.  And is your statement in your report
17  consistent with your testimony today that latency
18  can be 30 years or greater?
19   A.  Yes.
20   Q.  And, Doctor, in relation to you were
21  asked some questions about -- I believe it was
22  Ms. Rausa -- let me --
23    Actually, it was Ms. Newsome's.
24   A.  Okay.
25   Q.  Yeah.  On page 17 of your report for --

Page 373

1   in relation to Ms. Newsome's case, I think you
2   mentioned that you had reviewed records from her
3   June 9, 2023, record in updating your report.
4    Do you recall that?
5    A.  Yes, I have that listed in my report.
6    Q.  And looking at the paragraph above, did
7   you review other records that were, you know,
8   really they were documentations of visits since
9   your 2021 deposition?
10   A.  Yes.  I list several interactions
11  November 2020, March of 2022, '23, June of '23.  I
12  didn't go on at any length to describe what those
13  visits were about.  They were all basically, she
14  was fine, didn't have any evidence of cancer.
15   Q.  And for each of these women, did you
16  consider all of the risk factors that are currently
17  accepted in relation to ovarian cancer?
18   A.  I believe I did.  I listed them
19  separately in each one of the reports.
20   Q.  In relation to -- you were asked a lot
21  of questions about your methodology.  In your
22  methodology in considering the risk factors for
23  each of these individual --
24   A.  Yes.
25   Q.  -- women.  Is the process and the

Page 374

1   methodology you used to reach your opinions
2   regarding specific causation, is that methodology a
3   methodology that would be generally accepted in --
4   in among ovarian cancer specialists like yourself?
5    A.  I guess I would use the term "created a
6   differential diagnosis."  So going through the
7   possibilities, if you will, consider all the
8   possibilities and then ranking them into what's
9   most likely to happen.  If it's making a diagnosis,
10  what the most likely diagnosis is.  In this case,
11  what are the likely things that contributed to
12  these women developing ovarian cancer.
13   Q.  In each of those cases --
14    (Zoom audio interference.)
15    In reaching your case specific opinions
16  in each of these individual cases, did you conduct
17  a differential diagnosis?
18   A.  As much information as I can gather
19  from medical records, depositions, patient's own
20  statement, putting all that information together
21  and coming up with a differential diagnosis.
22   Q.  And is the process -- I think you said
23  this, but I just want to make the record clear.  Is
24  the process of employing differential diagnosis, is
25  that methodology generally accepted as in among GYN

Page 375

1   oncology?
2    A.  Yes.  I mean, you start with all the
3   possibilities and then try to focus and establish a
4   diagnosis.
5    Q.  Okay.  You were asked a number of
6   questions that earlier talking about the number of
7   mutations needed in order to form cancer, and you
8   were particularly directed back to your deposition
9   from August of 2021.  Give me just a moment to turn
10  there.
11    Doctor, you were on page 454 and 455,
12  you gave the following testimony.  "So then we can
13  say, and we said yesterday it's multifactorial
14  cancer.  It's not just one cause.  It's many causes
15  that can add up and it requires five to ten
16  mutations based on what the cancer scientists tell
17  us.  You can at least start to see those things
18  that do cause mutations.  And we know that
19  mutations of BRCA, for example, are -- put that
20  patient at high risk, but not everybody with BRCA
21  mutation develops ovarian cancer.  So other
22  mutations happened on that top of that inherited to
23  ultimately have that patient develop ovarian
24  cancer."
25    Is that your -- that's the testimony

37 (Pages 372 - 375)

Page 376

1  you gave that day.  Do you stand by that testimony?
2      A.  Yes, that's what I believe.  Yes.
3      Q.  And is that consistent with the
4  testimony you gave earlier today?
5      A.  Yes.
6      Q.  And based on your opinion that multiple
7  risk factors can work together or different
8  environmental exposures can work together to cause
9  ovarian cancer, is it your opinion that those
10  things can work synergistically?
11      A.  Yes.  I mean, I think that -- I
12  understand that from other oncology points of
13  perspectives.  Other -- so they can be additive or
14  synergistic, another way for me to put it.
15      Q.  Would you use the terms "additive" or
16  "synergistic" sort of interchangeably in that
17  context?
18      A.  I think they're slightly different from
19  each other.  You know, that there can be additive
20  one thing on top of another.  They don't interact
21  with each other.  But they ended up with the
22  mutations we need to have to have a cancer.  And
23  then I think there are some things that do
24  synergize each other, make that risk factor,
25  whatever that carcinogen is, even more effective in

Page 377

1  causing the cancer.
2      Q.  Has that, for example, estrogen use
3  only and talc use working together to increase the
4  risk of cancer --
5      A.  Yeah, that would be a great example of
6  the interaction of the synergics --
7      MS. DAVIDSON:  I'm sorry, I didn't hear
8      the question or the answer.
9  BY MS. O'DELL:
10      Q.  The question was that as an example of
11  two things working synergistically estrogen use
12  only and talc use causing a greater increased risk
13  of ovarian cancer than just talc alone, is that a
14  good example?  That's my question.
15      A.  I would consider it an example of
16  synergism between two different mechanisms that are
17  different from each other.
18      MS. O'DELL:  Doctor, I don't have
19      anything further at the moment.  Thank you.
20      MS. DAVIDSON:  I couldn't hear what you
21      said.
22      MS. O'DELL:  I said I don't have
23      anything further at the moment.  I just said
24      thank you.
25      MS. DAVIDSON:  Okay.

Page 378

1      FURTHER EXAMINATION
2  BY MS. DAVIDSON:
3      Q.  Dr. Clarke-Pearson, Ms. O'Dell asked
4  you about something about the latency period in the
5  Chang paper.  Do you know what it was?
6      MS. O'DELL:  I didn't ask about the
7      latency period in the Chang paper.
8      THE WITNESS:  The paper -- you're
9      talking about the paper I referenced in my
10      report?
11  BY MS. DAVIDSON:
12      Q.  The Chang paper we talked about today.
13  You mentioned a latency period in the Chang paper.
14      MS. O'DELL:  I did not mention that.
15      I -- so if there's something you want him to
16      look at, happy to have him answer the
17      question, but I did not mention latency.
18  BY MS. DAVIDSON:
19      Q.  Dr. Chang [sic], did you testify in
20  response to Ms. Leigh's questions about what the
21  latency period was in the Chang paper?
22      A.  I don't think --
23      MS. DAVIDSON:  Please don't shake your
24      head, Leigh, and tell the witness how to
25      answer.  Seriously?

Page 379

1      MS. O'DELL:  I didn't.  I just didn't
2      ask about that.  I asked about the Chang
3      paper, but --
4      MS. DAVIDSON:  I didn't ask what you
5      asked about.  Please stop.  This is such
6      inappropriate conduct.
7  BY MS. DAVIDSON:
8      Q.  Dr. Clarke-Pearson, did you testify in
9  response to Leigh's questions about what the
10  latency period was in the Chang paper?
11      THE WITNESS:  No.  I referenced the
12      Nadler paper that's in my report.
13  BY MS. DAVIDSON:
14      Q.  Did you testify as to how long the
15  latency period was for the sister study in the
16  Chang paper?
17      A.  No.
18      Q.  You did not testify that the latency
19  period was 12 months?
20      A.  No.  I don't recall saying that at all.
21      Q.  In fact, it was longer than 12 months;
22  right?
23      A.  Is this a paper you brought up in the
24  last part of your deposition?
25      Q.  The sister study paper.

38 (Pages 376 - 379)

Page 380

1    A. Yeah, I -- I didn't read the thing
2  thoroughly. I don't think I read anything about a
3  latency period in that -- in that study.
4    Q. Okay. You may --
5    A. I'm sorry. I did mention, yes, that
6  the -- that the period of that study was asking the
7  question, as I recall, of just a year prior to
8  starting the study. Did you use a personal care
9  product of some sort within the last year, which my
10  comment then was that doesn't allow much of a
11  latency period. In fact, it's not a latency period
12  for just one year. So we really didn't allow those
13  women to have enough time whether they were
14  actually going to develop cancer from those
15  personal care products.
16    Q. But, in fact, it followed women for
17  much more than 12 months, you know that; right?
18    A. I don't -- I don't know that paper that
19  well. What I saw was 12 months.
20    Q. Okay. If we can pull up the paper, I
21  can show you that, in fact -- so, Leigh, you shook
22  your head, but he did testify to that. So maybe
23  you owe me an apology.
24    MS. O'DELL: No, I think the question I
25    asked was about the --

Page 381

1    MS. DAVIDSON: It wasn't your question.
2  It was his testimony, Leigh. And he just
3  said very nicely and honestly that is what
4  he testified to.
5    Asher, can you pull up the paper so we
6  can show Dr. Clarke-Pearson and clarify the
7  record as to what the latency period
8  actually was.
9    MS. O'DELL: I think you asked me if I
10  asked about latency and I just said I
11  didn't.
12    MS. DAVIDSON: That was not my
13  question, Leigh, if you'd listen to the
14  question carefully. Asher, anyway, can you
15  just pull it up.
16    MR. TRANGLE: Yeah, isn't it being
17  shared?
18    MS. DAVIDSON: Oh, sorry. You need to
19  make it bigger, Asher. Okay.
20  BY MS. DAVIDSON:
21    Q. How many years of follow-up was there,
22  Doctor?
23    A. Right there in the results it says
24  after 11.6 years of follow-up.
25    Q. Okay. Thank you. If we could go to

Page 382

1  Table S8. You mentioned Table S8, and I thought we
2  should put it up.
3    You were talking about how table S8 --
4  I think what your point was that if you took all
5  the hygiene products together, it showed an
6  increased risk. Is that what you were trying to
7  say?
8    A. That's what it shows, yes.
9    Q. That was driven by the increase for
10  douching; right?
11    A. I'm not sure whether driven is the
12  right word. But douching certainly weighed in to
13  contribute to that.
14    Again, I'm sorry -- if I can just
15  finish. I'm sorry I don't know this study because
16  I just saw it within the last hour. And when I saw
17  S8, it talked about hygiene. And I know talcum
18  powder fell into that category.
19    Q. But douching had a much higher hazard
20  ratio than anything else. So douching primarily
21  drove that risk ratio and the authors say as much
22  in their study; right?
23    MS. O'DELL: Object to form.
24    THE WITNESS: I don't know what the
25    authors said in the study. I didn't have

Page 383

1  time to read it.
2  BY MS. DAVIDSON:
3    Q. Okay. Do you have any reason to
4  believe that it was not douching that drove this
5  hazard ratio?
6    A. I would put it another way and say from
7  what you showed on the other table, douching
8  contributed significantly to the overall hazard
9  ratio in this table.
10    Q. Can we look at the Davis paper. You
11  testified multiple times that Davis did not look at
12  frequency and duration. I think that was a
13  misstatement on your part.
14    If we could pull up Davis.
15    MS. O'DELL: Object to the form.
16    Misstates his testimony.
17    MS. DAVIDSON: Asher, putting it up?
18    MR. TRANGLE: Yes, one second.
19  BY MS. DAVIDSON:
20    Q. Both you and Ms. O'Dell pointed to a
21  sentence in Davis -- if you could yellow it, Asher,
22  that would be great -- that talks about that says
23  did not examine associations by frequency or
24  duration. But that sentence is talking about a
25  different paper, not this paper; right?

39 (Pages 380 - 383)

Page 384

1    MS. O'DELL: That's not where he was
2 looking at before.
3    THE WITNESS: We're looking on
4 page 1667, first full paragraph near the
5 bottom says, "We did not conduct an analysis
6 that addressed both duration and frequency
7 of application."
8 BY MS. DAVIDSON:
9    Q. If you could go to -- if we could go to
10 Table 4, the authors did address frequency; right?
11    A. In Table 4, they addressed frequency,
12 yes. Based on --
13    Q. If you go to --
14    MS. O'DELL: Sorry, he wasn't finished.
15    THE WITNESS: Based on less than once
16 per week greater than once per peek.
17 BY MS. DAVIDSON:
18    Q. And if you go to Table 5, the authors
19 addressed duration; right?
20    A. That's correct.
21    Q. Okay.
22    A. But they didn't address them both
23 together.
24    Q. Okay. I misunderstood. You weren't
25 saying that the authors didn't address frequency or

Page 385

1 duration. You were saying that they didn't combine
2 them?
3    A. Right. That's what they say and that's
4 what I say, yes.
5    Q. I misunderstood. So you did not
6 misspeak. I misunderstood. I'm glad you clarified
7 the record.
8    You testified that estrogen and talc
9 could be synergistic in causing ovarian cancer.
10 Did I understand that testimony correctly?
11    MS. O'DELL: Object to form.
12    THE WITNESS: That's my understanding
13 of some of the epidemiology.
14 BY MS. DAVIDSON:
15    Q. What epidemiological study are you
16 relying on for that?
17    A. I think there was a Cramer study. I
18 may be wrong, but I think it was Cramer.
19    Q. Which Cramer study finds that estrogen
20 and talc combine to cause ovarian cancer?
21    MS. O'DELL: Object to the form.
22    THE WITNESS: Once again, I don't have
23 it in front of me, and I don't have it
24 committed to memory.
25 BY MS. DAVIDSON:

Page 386

1    Q. Do you generally that one
2 epidemiological study is enough to form a causative
3 opinion?
4    MS. O'DELL: Object to form.
5    THE WITNESS: I think there are other
6 studies as well.
7 BY MS. DAVIDSON:
8    Q. How many epidemiological studies
9 address any supposed synergistic or additive
10 relationship between estrogen and talc?
11    A. I can't give you a number right now.
12    Q. Can you point to any epidemiological
13 paper that addresses an alleged synergistic or
14 additive relationship between talc and any other
15 risk factor for ovarian cancer?
16    MS. O'DELL: Object to form.
17    THE WITNESS: Talc and any other risk
18 factor, not estrogen.
19 BY MS. DAVIDSON:
20    Q. Any risk factor. Estrogen or anything
21 else?
22    A. I think the Cramer study that I just
23 mentioned.
24    Q. You --
25    A. It shows that estrogen plus talc has a

Page 387

1 higher incidence of ovarian cancer than talc alone.
2    Q. You don't -- you said the Cramer study
3 I pointed to, but you don't know which Cramer;
4 right?
5    A. Not right now.
6    Q. Other than this unspecified Cramer
7 study, anything else?
8    MS. O'DELL: Object to the form.
9    THE WITNESS: There -- I'm quite
10 certain there's some other studies, but I
11 can't quote them to you right now.
12 BY MS. DAVIDSON:
13    Q. Are they on your reliance list?
14    A. They should be.
15    Q. And when you say you're quite certain
16 there's other studies, are those other studies
17 about estrogen or are they about some other risk
18 factor that is allegedly synergistic or additive to
19 talcum powder?
20    A. Estrogen is what I recall.
21    Q. Right. Is there any epidemiology
22 addressing any potential synergistic or additive
23 effect of any risk factor other than estrogen --
24    MS. O'DELL: Object to form.
25 BY MS. DAVIDSON:

40 (Pages 384 - 387)

Page 388

1    Q. -- and talc?
2        MS. O'DELL: Object to form.
3        THE WITNESS: For ovarian cancer,
4    you're specifically talking about?
5    BY MS. DAVIDSON:
6    Q. Yeah. That's --
7    A. Not that I recall.
8    Q. Are you planning to go back and -- are
9    you planning to go back and clarify Ms. Newsome's
10   BMI?
11   A. Yes, I have a note to myself to do
12   that.
13       MS. DAVIDSON: Leigh, do you have any
14   other questions?
15       MS. O'DELL: I have one question
16   actually or two questions maybe. Are you
17   finished?
18       MS. DAVIDSON: Go ahead.
19       FURTHER EXAMINATION
20   BY MS. O'DELL:
21   Q. Dr. Clarke-Pearson, did you review
22   the -- you reviewed the Phung paper in preparation
23   for your opinions in this case?
24   A. Yes.
25   Q. And does the Phung paper report on

Page 389

1    endometriosis and talc?
2    A. Yes. In patients with endometriosis
3    and talc had higher incidence of ovarian cancer.
4    That would be another synergism, if you will, or
5    additive effect based on an inflammatory response.
6        FURTHER EXAMINATION
7    BY MS. DAVIDSON:
8    Q. Was that statistically significant? Do
9    you recall?
10   A. I can pull the paper out. I have it in
11   my stack here.
12   Q. I can't recall if we discussed that in
13   January, to be honest.
14   A. So the relative risk without
15   endometriosis is 1.12 with the confidence interval,
16   it doesn't overlap 1. And with endometriosis and
17   talc, it was 1.38 with the confidence interval, it
18   doesn't overlap 1.
19       MS. DAVIDSON: Can we go off the record
20   for a minute.
21   (Recess taken from 1:56 p.m. until 1:58 p.m.)
22   BY MS. DAVIDSON:
23   Q. We pulled up Phung, which is
24   Exhibit 12. Thank you, Leigh, who has a way better
25   memory than I do.

Page 390

1        Before I question about -- I have one
2    question about it. I just wanted to go back to my
3    notes. I think that Leigh was going to --
4    Dr. Clarke-Pearson and Leigh were going to get back
5    to me on what was the basis for
6    Dr. Clarke-Pearson's note that Ms. Newsome had a
7    28.5 BMI because I couldn't find it in the records.
8    And, also, you were going to get me
9    Dr. Clarke-Pearson's notes on the studies.
10       I think everything else got resolved
11   over the course of the deposition because you
12   pointed to Nadler and latency. And we found the
13   other studies that I had been looking for on the
14   reliance list. So I think everything else was
15   addressed that we were following up on.
16       So let's just cover this and then I
17   think we can all go home, and I hope you make your
18   flight, Leigh.
19       In the results, the authors state,
20   "Overall, we did not find any statistically
21   significant interactions between endometriosis and
22   the ten ovarian cancer risk factors considered in
23   our analysis. Do you see that, Dr. Clarke-Pearson?
24   A. Yes.
25   Q. And one of those ten ovarian cancer

Page 391

1    risk factors they considered was talc; right?
2    A. Yes.
3    Q. So the authors did not believe there
4    was a statistically significant interaction between
5    endometriosis and talc use; right?
6        MS. O'DELL: Object to form.
7        THE WITNESS: Yes. That's what they
8    say.
9    BY MS. DAVIDSON:
10   Q. Do you disagree with them?
11   A. No. I see on Table 2, their P for
12   interaction is .2.
13   Q. So you agree with them?
14   A. Yes.
15       MS. DAVIDSON: Okay. I got no more
16   questions.
17       MS. O'DELL: Nothing further.
18       - - -
19   (Read and sign reserved.)
20       - - -
21   (Time noted at 2:01 p.m.)
22       - - -
23
24
25

41 (Pages 388 - 391)

Page 392

CERTIFICATE OF REPORTER

I, Christine A. Taylor, Registered
Professional Reporter and Notary Public for the
State of North Carolina at Large, do hereby
certify:
     That the foregoing deposition was taken
before me on the date and at the time and location
as stated in this transcript; that the deponent was
located in Orange County, North Carolina; that the
deponent was duly sworn to testify to the truth,
the whole truth and nothing but the truth; that the
testimony of the deponent and all objections made
at the time of the examination were recorded
stenographically by me and were thereafter
transcribed; that the foregoing deposition as typed
is a true, accurate and complete record of the
testimony of the deponent and of all objections
made at the time of the examination to the best of
my ability.

     I further certify that I am neither related
to nor counsel for any party to the cause pending
or interested in the events thereof. Witness my
hand, this 11th of March, 2024.

_____
Christine A. Taylor,
Registered Professional Reporter
Notary Public 19960530077
State of North Carolina

---

Page 393

DEPOSITION ERRATA SHEET

Our Assignment No: 6453284

Case Caption: Talcum Powder Litigation MDL 2738

DECLARATION UNDER PENALTY OF PERJURY

     I declare under penalty of perjury that I
have read the entire transcript of my deposition
taken in the captioned matter or the same has been
read to me, and the same is true and accurate, save
and except for changes and/or corrections, if any,
as indicated by me on the DEPOSITION ERRATA SHEET
hereof, with the understanding that I offer these
changes as if still under oath.

     Signed on the _____ day of _____,
20 __.

_____
DANIEL CLARKE-PEARSON, M.D.

---

Page 394

DEPOSITION ERRATA SHEET

Page No. _____ Line No. _____ Change to: _____
_____
Reason for Change: _____
Page No. _____ Line No. _____ Change to: _____
_____
Reason for Change: _____
Page No. _____ Line No. _____ Change to: _____
_____
Reason for Change: _____
Page No. _____ Line No. _____ Change to: _____
_____
Reason for Change: _____
Page No. _____ Line No. _____ Change to: _____
_____
Reason for Change: _____
Page No. _____ Line No. _____ Change to: _____
_____
Reason for Change: _____

SIGNATURE: _____ DATE:_____

     DANIEL CLARKE-PEARSON, M.D.

---

Page 395

DEPOSITION ERRATA SHEET

Page No. _____ Line No. _____ Change to: _____
_____
Reason for Change: _____
Page No. _____ Line No. _____ Change to: _____
_____
Reason for Change: _____
Page No. _____ Line No. _____ Change to: _____
_____
Reason for Change: _____
Page No. _____ Line No. _____ Change to: _____
_____
Reason for Change: _____
Page No. _____ Line No. _____ Change to: _____
_____
Reason for Change: _____
Page No. _____ Line No. _____ Change to: _____
_____
Reason for Change: _____

SIGNATURE: _____ DATE: _____

     DANIEL CLARKE-PEARSON, M.D.

**[& - 2021]**                                          Page 1

| & | | | |
|---|---|---|---|
| **&** 231:4 232:13 232:14,15 233:17 235:18 308:22 309:16 | **10001** 232:17 **10:00** 249:4 **10:42** 280:20 **10:54** 280:20 **11.6** 381:24 **11:00** 280:8 **11:59** 324:24 **11th** 392:14 **12** 299:6 367:2 367:12 368:7 379:19,21 380:17,19 389:24 **125** 281:14 **12:12** 324:24 **12:22** 331:25 **12:25** 331:25 **13** 372:3 **14** 271:1 **15** 236:19 324:20 326:7 **16** 297:19,25 **16-2738** 231:5 **1667** 384:4 **17** 275:20 297:24 372:25 **171** 314:18 **18** 241:23 292:15 **1835** 232:10 **19** 233:14 241:22 242:24 310:21 **19103** 232:10 | **1975** 323:11,12 **1975-20** 324:5 **1988** 339:12 **1990** 249:22 **19960530077** 392:19 **1:01** 356:3 **1:10** 356:3 **1:56** 389:21 **1:58** 389:21 | **2019** 249:24 272:22 286:4 309:3 331:10 341:5 **2020** 323:11,20 324:13,18 373:11 **2021** 240:17,21 241:23 246:19 261:4,10,18,18 261:19,20 262:2 269:24 270:5 271:1,8 274:12,24 276:18,24 277:11 278:1 278:10,14,23 280:23 281:7 283:11 284:16 285:18 290:1 290:11,16 291:2,10,14 292:7 293:9,19 293:23 295:22 295:25 296:17 296:25 299:7 299:11 304:6 304:17,20 305:1 309:4 311:3,9,10 315:1 318:20 318:21,23 319:6,11 321:18 322:1,2 323:16 325:25 |

## 0

**0.94** 365:1
**00277** 234:2 311:15

## 1

**1** 241:14 249:22 250:16 296:16 332:4 337:16 389:16 389:18
**1.07** 360:9 364:23 365:4
**1.07.** 364:25
**1.12** 364:18 389:15
**1.21.** 365:1
**1.3** 335:5
**1.36.** 366:8
**1.37** 318:13 320:20,23
**1.37.** 321:16 364:15
**1.38** 389:17
**1.40** 366:8
**1.42.** 332:7
**1.49** 366:8
**1.68.** 364:18
**10** 358:14,16,17

## 2

**2** 233:21 249:22 250:16 296:16 356:16 391:11,12
**2.2** 367:24
**2/22/2024** 233:14
**20** 233:16 235:17 247:14 247:19 252:22 324:8 339:17 339:20 393:16
**2000s** 250:3
**2010s** 249:23
**2013** 316:5
**2014** 372:15
**2015** 249:24 312:3,6 323:12 323:20,24 324:8
**2016** 291:17 292:9
**2018** 339:14

**[2021 - 389]**

326:16 331:12
332:20 341:5
343:20 347:4,5
347:14 366:24
373:9 375:9
**2022** 373:11
**2023** 281:12,20
305:2 323:5
326:7 373:3
**2024** 231:16
233:17 234:19
235:1,17 237:5
237:20 247:12
247:16 268:12
272:6 276:4
277:3 279:9
283:23 284:11
297:15 306:15
306:22 307:4
347:20 354:20
355:14 392:14
**21** 233:18
258:5,6
**212.735.3000**
232:17
**215.278.4449**
232:11
**21572** 392:16
**218** 232:5
**22** 233:19
247:18 249:20
275:9,10 276:1
**23** 233:22
247:18 251:4
292:16,22

298:16,18
373:11,11
**235** 233:3
**24** 233:23
298:18,22
299:4,6
**242** 233:14
**247** 233:16
**25** 233:25
304:11,14
343:23
**255** 303:9
**257** 277:21
**258** 233:18
**26** 234:1
311:16,19,25
**26th** 272:13
**27** 234:3
274:24 316:12
316:13
**2738** 393:4
**276** 233:19
**278** 234:2
**27th** 316:20
317:11,24,24
**28** 234:6
240:21 241:23
246:19 332:1
338:17
**28.5** 311:11
313:19 316:23
390:7
**28.5.** 310:23
**29** 234:9
338:18,20,21

**2900** 232:10
**292** 233:22
**299** 233:23
**2:01** 391:21

**3**

**3** 249:23
250:19 251:1
296:13 298:2,6
301:13 314:18
316:12
**3-4** 301:2
**3/22/2015**
234:1
**3/5** 259:5
**30** 234:10
251:22 252:9
252:10 283:12
283:24 284:12
306:5,16
312:22 313:8
313:14,21
314:3 315:11
315:22 318:13
318:25 319:3
319:16,17,22
319:25 320:3,5
320:12 326:21
327:11 328:1
329:9 330:16
339:16 341:3
341:15,17,19
342:7,9 344:7
344:23 345:5,7
345:16,19
346:2,5,11

348:1,8 372:18
**30.0** 328:1
**30.1** 314:18
**30.1.** 314:15
**304** 233:25
**31** 234:14
351:2 354:20
354:21
**311** 234:1
**316** 234:3
**32** 234:19
360:24,25
361:1
**332** 234:6
**334.269.2343**
232:6
**338** 234:9
**34** 315:22
**34.0** 318:13
**348** 234:10
**354** 234:14
**360** 234:19
**3600** 332:5,6,6
334:21 337:17
**36104** 232:6
**365** 233:4
**37** 317:13,23
321:2,3,4
364:19
**378** 233:5
**388** 233:6
**389** 233:7

| 4 | | | |
|---|---|---|---|
| **4**  300:25 | **60**  252:9,11 | 280:20 324:24 | 257:21 |
| 358:14,18 | **602**  317:17 | **aarp**  314:15,17 | **acronym**  246:3 |
| 384:10,11 | **610**  318:5 | **aback**  290:11 | **activities**  247:7 |
| **40**  280:6 | **622**  272:17 | **abilities**  361:21 | **actual**  358:14 |
| 315:16 368:3 | **6453284**  393:3 | 361:24 | **actually**  241:11 |
| **41**  368:3,7,12 | | **ability**  392:11 | 244:20 297:22 |

| 6 | | | |
|---|---|---|---|

| 7 | | | |
|---|---|---|---|

**4**  300:25
358:14,18
384:10,11
**40**  280:6
315:16 368:3
**41**  368:3,7,12
**42**  333:1,5,19
334:3,12 335:2
335:9,10,18,21
335:22 336:11
337:10
**441**  263:10
**448**  263:12,13
**449**  262:6
263:5,11
264:17
**451**  264:2
**454**  375:11
**455**  375:11
**458**  275:11,16
276:7,10,11
**458/17**  275:5
**46**  311:13,13,18
**460**  263:5,11,13
**486**  295:5,14

**5**

**5**  281:12
314:18 351:1
384:18
**551**  272:17
**574**  272:17
**5th**  259:23

**6**

**60**  252:9,11
**602**  317:17
**610**  318:5
**622**  272:17
**6453284**  393:3

**7**

**7/12/2021**
233:23
**70**  285:7

**8**

**8**  231:16 235:1
**8/27/21**  233:19
**877.370.3377**
231:24

**9**

**9**  305:2 373:3
**917.591.5672**
231:24
**9:21**  235:1
**9:29**  241:20
**9:31**  241:20
**9:33**  242:23
**9:43**  242:23
**9:44**  243:7
**9:45**  243:7
**9:54**  249:4

**a**

**a.m.**  235:1
241:20,20
242:23,23
243:7,7 249:4
249:4 280:20

280:20 324:24
**aarp**  314:15,17
**aback**  290:11
**abilities**  361:21
361:24
**ability**  392:11
**able**  242:12
266:16 267:3,8
280:16 311:11
333:14
**above**  335:5
373:6
**absolutely**
238:20
**abstract**  261:14
262:21 267:16
**absurd**  309:7
**accepted**
373:17 374:3
374:25
**account**  289:16
**accounted**
336:15
**accumulating**
256:5
**accurate**
249:14 250:7
260:19 293:5
301:17 392:10
393:10
**acog**  238:3
240:17 241:10
243:2 244:11
244:20 246:6
246:11,14

257:21
**acronym**  246:3
**activities**  247:7
**actual**  358:14
**actually**  241:11
244:20 297:22
309:8,9 314:16
332:20 372:23
380:14 381:8
388:16
**add**  264:18
352:21,22
353:18 365:25
375:15
**added**  262:8
263:6 296:12
352:24 353:23
353:25
**adding**  262:9
262:14
**addition**
296:14
**additional**
276:20 285:14
295:24 370:20
**additive**  376:13
376:15,19
386:9,14
387:18,22
389:5
**address**  248:13
295:3 321:19
351:20,23
352:3,5 384:10
384:22,25

**[address - appearances]**                                   Page 4

386:9
**addressed**
  325:9 369:1,23
  384:6,11,19
  390:15
**addresses**
  332:11 339:25
  340:2 370:17
  386:13
**addressing**
  291:11 340:11
  352:5 387:22
**adds**  283:21
**adjusted**
  359:24 361:4
  363:12,12,17
  363:18 364:8
  364:10,11,12
  364:13 366:6
**admission**
  311:14
**adult**  254:23,25
**adverse**  256:8
**african**  234:12
  350:17,18,22
  351:5
**age**  251:7
  253:19 254:2
  254:13 255:24
  255:24 277:13
  361:4 363:12
  363:17 364:8
  364:11,13
  366:6

**aged**  357:16
**aggressive**
  296:15
**ago**  237:8
  257:13 309:19
  342:9 354:7
**agree**  251:9
  253:23 254:17
  254:18,24
  255:1,9,19
  256:2,3,10,16
  256:18 276:20
  310:12 350:9
  352:4 391:13
**agreed**  245:10
  245:13,21
  282:21 283:5
**agreement**
  270:24 273:20
**ahead**  239:4
  262:24 270:20
  299:20 347:9
  388:18
**aim**  356:19
  357:5
**aimed**  357:19
**alabama**  232:6
**alleged**  386:13
**allegedly**
  387:18
**allen**  232:4
  299:8
**allow**  273:17
  367:11 380:10
  380:12

**ally**  271:1,9
**amazed**  358:11
**amended**
  352:20
**american**
  233:16 241:4
  246:24 247:1,3
  247:15 249:10
  249:14 251:5
  253:18 257:18
  281:22 282:20
  283:6 350:17
  350:18,22
  351:5
**amount**  333:6
  345:24
**analog**  246:11
**analysis**  234:8
  274:12 366:6
  369:1 372:7
  384:5 390:23
**ancestry**
  234:13
**anecdotal**
  345:17
**annoying**
  357:10
**answer**  242:13
  253:13 255:16
  262:20,24
  270:1,2,8
  271:13,21
  272:25 273:12
  273:13,18,22
  274:3 285:10

285:16,20
287:10,12,20
287:22 288:13
288:14,21,23
289:19 292:4
303:2 307:18
309:6 313:9
318:21 322:24
331:18,21
337:15 339:2
339:11 343:21
344:13 346:17
346:18 362:19
377:8 378:16
378:25
**answered**
  271:5 277:17
  287:25 320:15
  322:20 337:14
  344:19 346:13
  346:14 366:13
**answering**
  369:3
**answers**  363:4
**anterior**  301:3
**anybody**
  251:16 358:12
**anyway**  263:21
  358:13 381:14
**aortic**  301:4
**apology**  380:23
**apparently**
  323:3
**appearances**
  232:1

**appeared** 355:7
**application**
369:2 384:7
**applications**
334:22 369:11
370:24
**applied** 267:25
**applies** 371:18
**apply** 371:19
371:23
**approximately**
251:22 252:8
324:6
**april** 240:17,21
241:23,23
246:19 281:12
281:20
**ar** 363:12
**area** 252:15,25
**arguments**
342:10
**arm** 360:5
364:22
**arms** 359:10
**arps** 232:15
**article** 267:10
295:6 318:3
356:6,13
**articles** 235:22
235:24 236:2,7
236:15,21
295:3,5,14
**asbestos** 295:23
296:7 298:4
304:3 306:23

307:5,7,14,22
309:16 325:16
340:18,22
346:1 347:1,2
**ascribe** 333:15
**ash** 242:19
357:8
**asher** 232:16
242:2 243:4
246:22 247:16
247:24 259:14
260:6 262:5
275:5,13,17
292:19 297:7
297:23 298:2
298:17 299:1
301:10 316:18
333:21 338:15
348:3,11 349:6
349:12,23
350:6 354:10
356:17,22
357:2 360:22
361:13,15
362:1,7 363:7
363:19 365:14
381:5,14,19
383:17,21
**asher.trangle**
232:18
**asked** 270:4,7
271:10,11
272:22 285:12
285:23 290:12
299:21 309:3

311:5 316:19
317:25 318:6
318:19 320:14
323:2 325:2,12
326:8 337:13
338:25 346:12
347:3 351:13
355:16 367:16
368:14 369:18
372:1,21
373:20 375:5
378:3 379:2,5
380:25 381:9
381:10
**asking** 238:7
252:24 258:13
284:17 291:21
307:8 308:20
317:7 319:7
323:19 332:19
342:1 346:4
348:21 358:23
362:12 380:6
**aspirin** 256:6
**assessment**
240:18 322:13
367:24
**assignment**
393:3
**associated**
250:3 254:20
255:3,17,22
256:6 282:14
294:8 303:13
332:12

**association**
234:5 245:6
256:13 316:4
321:19 340:3
340:12 354:14
357:20 359:15
359:24
**associations**
356:20 358:15
383:23
**assume** 246:18
**assuming** 320:9
**attention**
366:15
**attributable**
277:13 283:13
283:24 284:12
**attribute** 285:7
306:4,16 321:3
321:4 332:24
**attributing**
335:10
**attribution**
336:11
**audio** 367:17
367:18 374:14
**august** 272:13
274:24 317:24
326:7 375:9
**author** 268:4,5
316:4 322:15
**author's** 268:3
268:7
**authored** 316:6

[authors - bmi]                                    Page 6

**authors**   267:23
  316:10 350:10
  355:21 382:21
  382:25 384:10
  384:18,25
  390:19 391:3
**available**
  265:20 266:10
  266:18 267:5
  272:25 281:18
  300:8 304:8
  305:21
**avoid**   284:1
**aware**   238:2
  247:8,11,13
  249:10 254:25
  269:11,17
  274:10 276:19
  278:11 279:5
  279:15,22
  281:11 282:6
  303:16 310:5
  310:11,19
  315:3 332:15
  333:4 334:2,15
  337:4 340:7,16
**awfully**   350:20

**b**

**b**   233:12 366:6
**back**   239:6
  241:14 242:6
  266:22 273:25
  288:19,23
  291:2,22,23
  300:2,23 301:7

301:11 302:5,6
303:8 305:5
322:5 323:13
323:14 326:10
327:2 328:19
334:7 337:2
339:8,10
347:24 351:12
366:10 367:23
375:8 388:8,9
390:2,4
**background**
  254:6
**badger**   346:15
**ballpark**   328:3
**based**   253:12
  256:14 300:19
  304:7 311:1
  320:16 333:1
  345:17 347:11
  375:16 376:6
  384:12,15
  389:5
**baseline**   367:2
**basically**
  373:13
**basing**   333:2
**basis**   323:25
  390:5
**bates**   234:2
**bath**   359:9
  365:6,8,9
**bathroom**
  328:22,23
  343:13

**battle**   273:17
**beach**   356:11
**bearings**   364:3
**beasley**   232:4
  299:8
**beasleyallen....**
  232:7
**beauty**   362:15
**beginning**
  366:19 367:15
**behalf**   235:5
**belief**   274:17
  276:3 302:18
**believe**   240:19
  241:3 245:22
  246:7 255:13
  257:17 265:7
  265:12 266:21
  272:6 277:3,8
  283:23 284:7
  284:10 288:14
  289:15 290:1
  294:22 306:1
  311:10 316:21
  317:8,10
  324:19 336:10
  341:2,7,13
  358:5 371:25
  372:21 373:18
  376:2 383:4
  391:3
**believed**   283:12
  324:12 325:9
**bell**   354:24

**berated**   332:18
**best**   236:10
  257:24 269:2
  392:11
**better**   239:2
  344:13 389:24
**bias**   244:1,13
  268:3
**biased**   268:4,6
**bickering**
  347:22
**big**   316:17
**bigger**   356:24
  357:4,8 366:17
  381:19
**biologic**   243:19
  353:19
**bit**   334:24
  347:22 348:15
  349:18 370:19
**block**   301:2
**blow**   298:2
  316:17
**blown**   276:14
**bmi**   310:23
  312:7,22 313:3
  313:7,8,14,14
  313:18 314:3
  314:10,17,18
  315:11,16,21
  316:23 318:13
  318:25 319:3
  319:16,16,21
  319:24 320:2,4
  320:12 388:10

**[bmi - cancers]**                                                          Page 7

390:7

**body** 255:7,12

**bottom** 368:23
384:5

**box** 359:20

**bradford** 372:7

**brca** 251:11,13
251:15,17
253:15,22
375:19,20

**brca1** 251:20
252:23

**brca2** 251:23

**break** 280:2,19
295:17,19
325:15 328:5
328:11,13,21
337:9 356:6,14
370:25 371:7

**breast** 251:7
253:20 254:3
254:14,21
282:1 357:22
362:10 363:2

**breastfeeding**
257:9

**bring** 235:20
245:4

**brings** 280:17

**broke** 301:22
307:1 334:19

**brought** 235:22
243:13 379:23

**brown** 241:9
270:4

**bunch** 262:8
263:5,12,13

**c**

**c** 233:1 235:8

**ca** 281:14

**calculate** 313:2
313:7,24

**calculated**
313:25 319:21
320:2

**calculation**
336:15

**calculator**
313:4 314:17
314:21

**calculators**
314:11

**call** 260:17,20
359:13

**called** 246:8
354:20

**canada** 240:18
245:13,16
246:5 322:12

**canadian**
246:11

**cancer** 233:15
233:16,16
234:3,5,7,11,12
240:12 245:6
246:16,25
247:1,3,6,12,15
247:15 249:10
249:11,14,15
249:21 250:13

250:25 251:5,5
251:8,14,18,21
251:24 252:3,7
252:11,15,23
252:25 253:18
253:20 254:3
254:14,21
256:14 257:15
257:18 265:9
265:14 268:14
268:23 269:1,4
269:9,10,15,20
269:21 270:10
270:11 271:24
271:25 272:10
272:11 273:3
274:9,13,19,25
276:18,21
277:1,4,5,9
278:10,14,22
279:7,11
281:22,23
282:1,18,21
283:6 285:7
286:13 287:4
289:17,22
293:14 296:19
303:14,18
304:1 305:25
306:3,17,23
307:4 312:3
315:21 316:4
318:17 319:4
319:18 320:7
320:13,18

321:5,12,20,23
322:16 323:4
332:23 333:7
333:12,16
334:4 335:17
336:11 338:7
339:13 340:1,4
340:13,19,22
341:2,14 344:5
344:16,24
345:4,7,13,15
345:19 346:10
347:15 350:16
354:13 358:15
359:15,17
360:1 362:8
363:2,2 366:2
368:11 369:25
370:18 371:13
371:18,20,24
373:14,17
374:4,12 375:7
375:14,16,21
375:24 376:9
376:22 377:1,4
377:13 380:14
385:9,20
386:15 387:1
388:3 389:3
390:22,25

**cancers** 234:16
332:10 334:1
346:8 351:9
355:1 357:21
371:11,11,16

**[caption - changing]**                                         Page 8

**caption** 393:4
**captioned**
  393:9
**carcinogen**
  344:12 345:25
  376:25
**carcinogenesis**
  346:8
**carcinoma**
  277:5 283:12
  283:24 284:11
  290:3,18,22
  291:4,12
  296:13,16
  330:3
**carcinomas**
  351:3
**care** 234:14
  256:9 345:13
  354:25 356:21
  357:21 359:14
  359:25 367:25
  368:4 380:8,15
**careful** 271:9
**carefully** 271:7
  381:14
**carolina** 392:3
  392:6,19
**case** 243:18
  258:25 264:5,7
  265:1 277:13
  284:8 302:22
  303:25 310:17
  325:13 328:12
  345:25 373:1

  374:10,15
  388:23 393:4
**cases** 243:25
  265:6 291:15
  292:8 299:13
  302:23 344:22
  351:11 369:21
  370:7 374:13
  374:16
**category**
  359:25 382:18
**catherine** 316:5
**causation**
  272:7,8 284:15
  284:18 285:8
  285:24 290:8
  290:17 327:23
  328:24 374:2
**causative**
  340:21 386:2
**cause** 273:4
  274:8,13,18,25
  277:1 286:17
  286:21 287:8
  289:21 290:3
  306:2 333:16
  335:11 340:19
  375:14,18
  376:8 385:20
  392:13
**caused** 268:14
  268:22 269:21
  270:11 271:25
  272:11 285:3
  306:23 307:5

**causes** 246:16
  286:11 290:21
  335:16 375:14
**causing** 304:1
  321:23 377:1
  377:12 385:9
**cell** 277:4
  283:12,24
  284:11 290:3,8
  290:18,21,24
  291:3,11,15
  292:8 296:13
  296:16 329:25
  330:3,5 332:8
  332:13,23
  333:7 371:10
  371:19,23
**century** 250:1
**ceo** 241:10,10
  241:12
**certain** 254:4
  254:15 387:10
  387:15
**certainly**
  272:25 282:13
  302:16 318:3
  339:2 344:11
  344:11 363:5
  367:11 382:12
**certificate**
  392:1
**certify** 392:4,12
**cervix** 301:3,18
**cetera** 368:8

**chair** 241:9
**chance** 312:25
**chang** 234:19
  354:20 355:3
  365:23 366:10
  366:12 378:5,7
  378:12,13,19
  378:21 379:2
  379:10,16
**change** 237:10
  244:21 278:7
  311:8 323:20
  328:4,14,24
  343:15 394:3,5
  394:6,8,9,11,12
  394:14,15,17
  394:18,20
  395:3,5,6,8,9
  395:11,12,14
  395:15,17,18
  395:20
**changed**
  277:25 284:17
  285:1 293:18
  293:23,25
  304:6,9,17
  306:8 323:20
  325:24 343:7
  343:13
**changes** 240:15
  393:11,14
**changing** 283:4
  283:8 327:10
  327:22 336:7

**[characteristics - communicates]**                                                                                           Page 9

characteristics
  254:20
characterize
  320:23
chart  309:15
  325:9 361:12
chat  242:3,5,11
  242:15 247:16
  247:21 248:2,5
  258:24 259:6
  259:13,15
  292:18 298:24
  304:13 311:22
  316:14 338:22
  355:6,7 360:23
check  241:17
  325:15 329:24
  341:5
chest  270:21
children
  255:23 272:9
  272:18 273:3
chris  245:2
christine
  231:20 291:18
  291:21 300:2
  327:2 334:5
  392:2,18
christopher
  240:22,25
  241:1,11,24
cigarette
  255:17
cite  372:13

citrix  259:19
civil  235:4
claimed  347:1
clarified  385:6
clarify  300:14
  381:6 388:9
clarifying
  283:9
clarke  231:14
  233:20 235:3
  235:10,16
  236:6 241:25
  242:9 249:6
  258:19 259:11
  259:22 260:16
  262:20 263:24
  266:15 271:5
  271:11,23
  273:2,13 274:6
  274:11,23
  276:4 280:22
  284:10,24
  285:10 286:11
  287:17,19
  288:3,9,12,25
  290:15 294:4
  297:5 300:11
  312:2,16,21,24
  313:6 317:16
  318:12 319:2
  319:11,14
  321:7 325:2
  328:21 330:8
  330:12 331:20
  338:24 341:13

342:24 343:20
344:4 346:13
349:5 350:9
353:16 356:5
357:11 361:7
361:16,20,24
362:18 364:2
365:22 367:22
368:13,21
369:20 372:5
378:3 379:8
381:6 388:21
390:4,6,9,23
393:21 394:23
395:24
clear  253:17
  256:18 277:4
  283:12,24
  284:11 290:3,7
  290:17,21,24
  291:3,11,15
  292:8 296:13
  296:15 300:4
  329:25 330:3,5
  332:8,13,23
  333:7 343:16
  371:10,19,23
  374:23
click  260:3
closer  238:18
coffee  348:7
cohort  234:18
  355:2 357:24
collaborative
  260:25

collect  366:19
collected  368:6
college  241:4
column  357:4
  368:22
columns
  362:13
combine  385:1
  385:20
combined
  255:5 260:24
  294:10
come  242:14
  328:10 331:5,8
  371:14
coming  374:21
commencing
  235:1
comment  303:4
  380:10
commented
  365:23
comments
  342:22
commerce
  232:5
committed
  385:24
committee
  243:14,14
  323:1
common  336:1
communicates
  247:7

[communication - copy]    Page 10

communication
  246:19
communicati...
  238:3
community
  279:1
community's
  278:12,20
comparative
  269:9
compared
  253:14
complete
  255:16 256:3
  266:17,25
  307:17 392:10
completely
  284:14
compound
  240:7
comprehensive
  247:9 265:18
  266:2,5 279:25
  280:13,15
concept    250:12
conception
  336:5
concern    319:20
concerned
  244:11
conditions
  254:19
conduct    368:25
  374:16 379:6
  384:5

confidence
  364:17,18
  365:1 389:15
  389:17
confines    343:4
confirm    272:15
  305:19
confirmed
  281:17 302:22
conflict    244:1
  268:7,10
confusing
  353:7,10
consensus
  344:8
consider
  249:13 262:15
  268:3,4,5,6
  293:2 320:20
  336:19 337:10
  351:13 369:6
  373:16 374:7
  377:15
considered
  233:18 235:25
  237:24 239:16
  239:20 260:18
  260:21 263:6
  266:1,5 294:18
  294:21,24
  295:2 313:21
  315:12 367:13
  369:10,22
  390:22 391:1

considering
  373:22
consistent
  338:2,5 372:17
  376:3
consortium
  234:5,13
  291:16 316:4
consultation
  256:9
consumer
  232:14
contains
  307:14,22
context    275:4
  363:4 376:17
continue
  241:15 245:3
continued
  233:3 235:14
continues
  302:18
continuing
  235:17 241:14
contraceptive
  249:25
contraceptives
  256:1
contribute
  264:25 382:13
contributed
  269:8,14
  321:10,11
  374:11 383:8

contributing
  287:3,8 293:2
  306:2
contribution
  333:15 335:14
controlled
  243:18
conversation
  371:9
converse
  233:22 280:23
  282:3 284:15
  284:16 285:14
  285:24 286:23
  287:1 289:5,11
  292:16 293:25
  295:22 296:6
  296:13 297:21
  298:19 299:8
  300:12,18
  301:8 304:6
  306:5 323:8
  326:23 328:20
  329:22,23
  334:13 370:8,9
  370:12
converse's
  281:18 284:11
  286:13 289:8
  289:15 297:20
  302:3 305:14
  330:2,15
  332:23
copy    258:20,20
  259:22 275:19

[copy - davidson]                                                    Page 11

290:20
**correct** 240:18
243:3,11 244:4
244:13 245:22
251:19 256:22
257:1 285:21
302:1 314:21
314:22,25
320:9,10
333:12 350:23
351:7,10
354:17 355:19
358:6 363:21
368:5,11 371:2
384:20
**corrected** 324:9
324:21
**corrections**
237:12 393:11
**correctly** 358:3
367:3 385:10
**correlate**
351:18
**counsel** 239:19
259:23 281:16
305:20 356:14
392:13
**count** 236:17
316:10
**county** 392:6
**couple** 346:22
**course** 301:25
339:9 390:11
**court** 231:1
238:9 273:23

288:18 367:18
**covariate** 366:5
366:6
**cover** 286:8
390:16
**covered** 293:19
332:19
**covering**
272:21
**cramer** 291:17
292:7 353:21
385:17,18,19
386:22 387:2,3
387:6
**crappy** 278:8
**cream** 359:10
**created** 308:16
309:23 374:5
**creating** 244:13
**cross** 234:1
311:15
**cup** 348:6
**cured** 296:17
296:18,22,24
297:1,16
**current** 262:11
326:2
**currently**
266:10 373:16
**cut** 238:16
**cv** 240:15

**d**

**d** 235:8
**dan** 243:24
245:3

**dan's** 245:5
**daniel** 231:14
233:20 235:3
235:10 393:21
394:23 395:24
**data** 234:19
243:17 244:21
282:6 290:20
327:17 329:8
329:12 360:19
364:1 370:16
371:3,6,17
**date** 313:14
392:5 394:22
395:23
**dated** 259:5
**david** 233:23
299:7
**davidson**
232:15 233:3,5
233:7 235:15
236:5,11,13,14
238:13,17,21
239:3,8 240:7
240:10 241:18
241:21 242:2
242:18,22,25
243:6,8 244:9
244:18 245:1
245:15 246:21
246:23 247:22
248:1,4,21
249:2,5,19
250:18,24
252:19 253:7

253:16 254:8
254:10 256:24
259:14,24
260:6,13,14
261:2,8 262:5
262:7,23 263:3
263:18 264:9
265:17 266:3
266:11,14
267:9 268:11
268:19 269:18
269:25 270:6
270:15,20
271:7,19,22
272:5 273:1,11
274:5,16,22
275:5,10,13,17
275:20,24
276:2,8,11,13
277:17,21,24
278:6,19 279:2
279:8,17 280:7
280:10,18,21
281:1 282:11
283:3,10,19
284:5,9,23
285:19 286:1,5
286:9,18
287:15,24
288:1,2,6,9,11
288:17,24
290:14 291:9
291:20 292:5
292:14,19,23
294:3 297:7,9

**[davidson - deposition]** Page 12

| | | | |
|---|---|---|---|
| 297:13 298:15 | 336:23 337:19 | 385:14,25 | **decreased** |
| 298:20 299:1,5 | 338:17,19 | 386:7,19 | 250:2 323:10 |
| 299:15,21 | 339:6,9,15,23 | 387:12,25 | **defendants** |
| 300:3,10,17 | 340:10,17 | 388:5,13,18 | 231:15 232:13 |
| 301:6,10,12 | 341:10,12,25 | 389:7,19,22 | 235:5 310:5,8 |
| 302:8 303:6,19 | 342:6,14,17,21 | 391:9,15 | 325:9 |
| 304:2,15 | 343:7,11,25 | **davidson's** | **defining** 296:8 |
| 306:10,14,20 | 344:3,25 | 369:4 | **definitely** |
| 307:2,9,19,23 | 345:14 346:3 | **davis** 347:21,24 | 356:11 |
| 308:13 309:5,9 | 346:16 347:8 | 350:10 352:21 | **degree** 243:25 |
| 309:12,25 | 347:18 348:3,6 | 353:2,18 354:2 | 263:23 293:22 |
| 310:20 311:10 | 348:9,17,25 | 368:16,16 | **demonstrate** |
| 311:17,19 | 349:6,12,23 | 383:10,11,14 | 353:20 |
| 312:1,10,15,18 | 350:3,6,8 | 383:21 | **demonstrated** |
| 312:20 313:5 | 351:4 352:12 | **day** 246:14 | 369:12 |
| 313:12,16 | 353:4,9,12,15 | 264:17 271:1 | **demonstrates** |
| 314:9,14 315:5 | 354:22 355:9 | 272:16 312:13 | 337:3 |
| 315:18 316:1 | 356:2,4,22 | 316:21 356:21 | **denied** 318:23 |
| 316:11,16,22 | 357:2,7,15,18 | 376:1 393:15 | **dense** 356:10 |
| 317:7,12,14,15 | 358:10 359:1 | **days** 285:12 | **deodorant** |
| 317:18,20 | 359:23 360:13 | **deal** 362:14 | 359:9 |
| 318:10,11,23 | 360:17,22 | **dearing** 233:23 | **department** |
| 319:1,13 320:8 | 361:2,8,11,19 | 299:7 | 241:9 |
| 320:19 321:13 | 361:23 362:7 | **decades** 340:5 | **depending** |
| 322:19 323:18 | 362:16,22 | 340:13 344:16 | 299:18 |
| 323:23 324:10 | 363:1,7,9,16,21 | 372:11 | **depends** 267:14 |
| 324:22,25 | 363:24 364:6 | **declaration** | **deponent** 392:6 |
| 327:9 328:18 | 364:16 365:12 | 393:6 | 392:7,8,10 |
| 329:10 330:11 | 365:16 377:7 | **declare** 393:7 | **deposed** 341:8 |
| 330:22 331:1,5 | 377:20,25 | **decline** 250:17 | **deposition** |
| 331:8,15,19,23 | 378:2,11,18,23 | **declined** | 231:12 233:19 |
| 332:2,16 | 379:4,7,13 | 249:22 | 235:2,18 236:9 |
| 333:10 334:10 | 381:1,12,18,20 | **decrease** | 236:25 237:10 |
| 334:25 335:19 | 383:2,17,19 | 250:25 | 239:23 240:1,2 |
| 335:25 336:6 | 384:8,17 | | 258:21 261:4 |

Golkow Technologies,
A Veritext Division

**[deposition - document]**                                            Page 13

262:2 271:2,8
272:14,23
277:16 283:21
284:2 289:4,25
290:11 293:9
293:19 294:2
297:5 299:11
300:9 311:4,7
316:24 317:24
317:25 322:8
325:4,6 327:13
330:14 331:2
331:12 338:25
343:8,23 347:4
347:19,20,23
368:20 373:9
375:8 379:24
390:11 392:5,9
393:1,8,12
394:1 395:1
**depositions**
286:2,6 292:2
325:15 329:19
341:6 374:19
**deps** 231:25
**describe**
334:24 373:12
**described**
267:1
**description**
233:13 247:10
367:23
**design** 267:24
**determine**
267:12 268:13

268:22 269:7
276:25
**determining**
269:14
**develop** 338:7
344:23 346:8
375:23 380:14
**developed**
278:14,22
279:1 345:6,18
**developing**
279:10 287:4
306:2 320:6,17
321:11 340:21
350:16 371:15
374:12
**development**
265:8,13
278:22 333:7
**develops**
269:20 270:10
271:24 272:9
273:3 375:21
**diagnosed**
312:3 319:15
339:13
**diagnosis**
310:23 313:18
338:11 340:5
340:14 374:6,9
374:10,17,21
374:24 375:4
**difference**
292:8 329:15

**differences**
354:13
**different**
260:12 265:24
266:21 269:7,8
269:10 270:7
271:10,17
289:18 296:23
332:21 334:20
348:12 349:4
349:18 358:6
363:14 366:2
376:7,18
377:16,17
383:25
**differential**
374:6,17,21,24
**differently**
283:22 297:14
**difficult** 289:14
**direct** 275:3
349:10 366:15
368:20 372:3
**directed** 375:8
**directing**
361:15
**disagree**
243:22 246:15
253:17,24
254:17 256:17
282:20,24
309:10 391:10
**discovered**
276:18,22

**discuss** 235:23
240:12 356:13
**discussed** 264:8
272:13,15
289:24 299:10
389:12
**discussing**
271:20
**discussion**
300:4 354:16
**discussions**
343:3
**disease** 254:22
273:5 296:20
326:12
**dishes** 254:7
**display** 259:8
338:23 360:11
**disrespectful**
342:23
**district** 231:1,2
**doctor** 288:4
297:10 298:3
314:3,19 332:3
336:24 342:15
347:9 355:10
358:12 359:6
364:7 366:10
372:3,20
375:11 377:18
381:22
**document**
242:11 244:24
247:12,18
249:7,9 309:17

[document - endometriosis]                                              Page 14

312:25
**documentatio...**
373:8
**documents**
237:23 260:22
**doing**  254:7
284:6 286:1,5
**dose**  329:15
331:13 350:10
351:14,17,21
352:5,10,13,18
352:23,25
353:19,22
354:2,11,16
369:5,12
**double**  329:24
**douche**  359:9
**douching**  360:4
364:9,14
382:10,12,19
382:20 383:4,7
**download**
355:8
**dr**  233:24
235:16 236:6
241:25 242:9
243:1,9,17,22
244:4 245:2,23
249:6 258:1,19
259:11,22
260:16 262:20
263:24 266:15
271:5,11,23
273:2,13 274:6
274:11,23

276:4 280:22
284:10,24
285:10 286:11
287:17,19
288:3,9,12,25
290:15 291:17
292:7,7 294:4
297:5 298:7,13
298:23 299:7
299:10,13
300:8,11
301:14 302:9
302:22,24
303:2 304:3
310:6 312:2,16
312:21,24
313:6 316:6
317:16 318:12
319:2,11,14
321:7 325:2
328:21 330:8
330:12 331:20
338:24 341:13
342:24 343:20
344:4 346:13
349:5 350:9
353:16 355:17
355:18 356:5
357:11 361:7
361:16,20,24
362:18 364:2
365:22 367:22
368:13,21
369:20 372:5
378:3,19 379:8

381:6 388:21
390:4,6,9,23
**driven**  382:9,11
**dropping**
250:14
**drove**  382:21
383:4
**due**  249:24
280:4
**duly**  235:11
392:7
**duration**
323:11 327:7
334:23 337:6
338:10 351:18
354:12 367:10
369:1,7,10
383:12,24
384:6,19 385:1

**e**

**e**  233:1,12,14
235:8,8 239:12
240:17,22
241:23 242:3
243:1,9 247:20
247:25 248:12
248:17 257:25
258:2,8 259:6
259:14 348:17
**earlier**  255:24
281:21 282:21
283:5 294:6
325:2 369:14
371:9 375:6
376:4

**easier**  275:23
**effect**  357:23
387:23 389:5
**effective**
376:25
**effects**  256:8
**effort**  260:25
**eight**  290:19
358:6,8
**either**  259:19
292:6 305:9
**electronic**
259:22
**eliminate**  247:6
**employ**  371:6
**employed**
308:21
**employing**
374:24
**enabled**  259:7
**ended**  340:13
376:21
**endometrioid**
255:13 277:5
315:21 318:17
319:4,17 320:7
320:13 321:5
321:20,23
333:12,23,25
334:3 371:10
371:23
**endometriosis**
254:22 389:1,2
389:15,16
390:21 391:5

**england** 291:16
**entire** 393:8
**entitled** 323:21
  363:3 367:24
**environmental**
  376:8
**epidemiologic**
  329:7 370:2,16
  371:13
**epidemiologi...**
  321:17 327:19
  328:8 329:12
  333:4 369:23
  385:15 386:2,8
  386:12
**epidemiology**
  291:3,11
  385:13 387:21
**epiphany**
  328:23 329:4
**epithelial**
  234:11 332:9
  334:1 371:12
  371:15,18
**errata** 393:1,12
  394:1 395:1
**error** 301:24
  302:3 313:23
  313:25 324:4,7
  324:11,17,19
**esq** 232:4,5,9
  232:15,16
  299:8
**establish** 375:3

**established**
  268:12 269:6
**estimate**
  236:18 252:13
**estrogen** 255:5
  282:8,10,16,19
  282:25 294:9
  377:2,11 385:8
  385:19 386:10
  386:18,20,25
  387:17,20,23
**et** 368:8
**evaluate**
  267:15,25
  268:2 368:4
  369:5
**evaluated**
  367:1,6
**evaluating**
  264:5 268:18
**evaluation**
  301:14
**events** 392:13
**everybody**
  375:20
**everyday**
  357:20
**evidence** 234:4
  256:5,13
  291:25 292:11
  310:14 352:6,9
  373:14
**exact** 252:1,5
  286:6

**exactly** 311:2,8
  366:3
**examination**
  233:3,4,5,6,7
  235:14 365:20
  378:1 388:19
  389:6 392:8,11
**examine**
  356:20 357:6
  357:19 362:3
  383:23
**examined**
  235:11 299:19
  317:9
**example**
  375:19 377:2,5
  377:10,14,15
**excellent**
  357:17
**except** 256:19
  393:11
**excess** 255:7,12
**excluded**
  337:23
**excuse** 280:1
  288:4,10 312:7
  317:25 330:7
  339:19
**executive** 241:4
**exhibit** 233:13
  233:14,16,18
  233:19,22,23
  233:25 234:1,3
  234:6,9,10,14
  234:19 241:14

241:22 242:24
  247:14,19
  258:5,6 275:7
  275:8 276:1
  292:16,22
  298:16,22
  299:4,6 304:11
  304:14 311:13
  311:13,19,25
  316:12,13
  317:23 332:1
  338:21 348:1,8
  354:20,21
  360:25 368:20
  389:24
**exhibits** 248:23
**expand** 243:4
**experience**
  345:12,17
**expert** 310:5,8
  316:7 342:11
  342:13 343:7
  343:12
**explain** 238:23
  238:24 293:13
**explored**
  270:25 271:16
  339:3
**exposed** 253:5
  296:6 344:22
  345:1,6 347:1
**exposure**
  256:14 276:25
  295:23 306:23
  307:5,7 335:15

**[exposure - forgot]**                                                      Page 16

336:16 337:6
338:10 339:21
344:12 345:24
347:2
**exposures**
337:17 376:8
**extend** 372:11
**extensive** 329:8
**extensively**
287:1 329:7
331:6
**extent** 264:11
**eyes** 316:17
357:16

**f**

**fact** 351:20
360:9 379:21
380:11,16,21
**factor** 251:6,10
251:12 253:19
254:2,13 255:1
255:12 256:19
257:5 272:7,8
287:3 293:2,14
294:7 315:8
376:24 386:15
386:18,20
387:18,23
**factors** 251:5
251:13 255:3
255:22 257:2,3
268:18,25
269:3,7,8,10,14
274:8,13
276:17,21

281:23 282:4
282:14 286:20
287:8 289:3,9
289:12,15,20
347:14 373:16
373:22 376:7
390:22 391:1
**facts** 233:16
247:12,15
249:11
**failed** 259:17
**fair** 272:20
280:12 284:3
284:18 300:5
356:8 362:4
367:9
**faith** 361:23
**fallopian**
255:25
**familiar** 246:3
246:24 247:2
274:6
**family** 251:7
253:19,21
254:2,13
281:25 304:23
326:15
**far** 246:14
289:4
**fast** 350:21
**fax** 231:24
**fed** 287:18
**federal** 235:4
**feel** 244:21
287:14 330:8

**fell** 382:18
**fibers** 302:16
**fibrous** 302:10
340:25
**fight** 273:16
**figure** 236:9
259:24 358:14
358:18
**figures** 233:17
247:15 249:11
**file** 360:19
**finally** 348:2
**find** 295:7,15
303:7 304:3
313:3 314:8
342:13 346:19
348:19 350:10
351:21 354:3
390:7,20
**finding** 309:15
333:5 350:18
350:22 351:6
**findings** 350:15
**finds** 385:19
**fine** 349:10,16
359:21 361:15
373:14
**finish** 267:21
270:19 276:5
287:19 317:1
317:23 382:15
**finished** 238:12
308:12 334:18
347:23 384:14
388:17

**first** 235:11
242:6 254:1,12
324:20 347:20
362:20 368:16
368:23 384:4
**fit** 362:25
**five** 277:9,12
279:16 286:12
289:16 297:18
328:12 375:15
**fix** 301:21,24
302:2
**fixed** 292:19
**flight** 390:18
**flom** 232:15
**focus** 357:22
375:3
**focused** 247:17
248:7 368:10
**follow** 289:24
346:21 368:14
381:21,24
**followed**
380:16
**following** 309:6
325:1 375:12
390:15
**follows** 235:12
**foot** 314:18
**foregoing**
392:5,9
**forgive** 342:19
**forgot** 241:16
305:16

**[form - genital]**

| | | | |
|---|---|---|---|
| **form**  244:6,14 | 337:12 340:6 | 369:10 383:12 | **g** |
| 244:23 245:12 | 340:15 344:18 | 383:23 384:6 | |
| 246:17 250:15 | 345:8 346:12 | 384:10,11,25 | **g**  235:8 |
| 250:21 252:16 | 347:16 350:24 | **frequent**  256:6 | **game**  300:6 |
| 253:1,11 | 352:7 353:1 | **frey**  264:18 | **gather**  374:18 |
| 256:21 261:5 | 358:9 375:7 | **friday**  231:16 | **gel**  359:9 365:6 |
| 262:17,25 | 382:23 383:15 | **front**  240:20 | 365:8,9 |
| 263:21 265:15 | 385:11,21 | 258:8,12,22 | **gene**  254:4,15 |
| 265:21 267:6 | 386:2,4,16 | 259:8,11,21 | **general**  250:11 |
| 268:8,15 | 387:8,24 388:2 | 260:2 262:19 | 252:4 258:24 |
| 269:16,22 | 391:6 | 301:9 323:15 | 259:2,3,4 |
| 270:12 272:2 | **former**  326:11 | 324:3 326:2 | 266:8 268:1 |
| 273:6 274:1,14 | **formulated** | 330:10 368:17 | 289:2 293:20 |
| 274:20 278:2 | 330:13 337:8 | 385:23 | 344:8 346:6,7 |
| 278:15,24 | **formulating** | **full**  242:10 | 346:9 369:21 |
| 279:4,12 | 351:14 | 267:4 279:9 | 370:25 |
| 280:14,24 | **forward**  259:16 | 285:25 300:25 | **generally**  308:3 |
| 282:5,23 283:7 | 295:20 | 325:8 368:23 | 371:19 374:3 |
| 283:15 284:13 | **found**  298:4,8 | 384:4 | 374:25 386:1 |
| 286:14 288:20 | 298:11,12 | **fully**  363:12,17 | **genes**  278:9 |
| 291:6,24 | 301:1,14 | **function** | 279:10,15,19 |
| 292:10 293:15 | 302:22,25 | 247:21 | **genetic**  264:11 |
| 294:8 296:15 | 315:20 390:12 | **fundraising** | 265:10,19,19 |
| 302:4 303:1,15 | **foundational** | 247:6 | 265:25 266:4 |
| 303:22 306:6 | 339:1 | **further**  233:5,6 | 266:17,20,25 |
| 306:18,24 | **four**  298:8 | 233:7 274:12 | 267:1,4,5 |
| 310:15 315:2 | 301:5,15 | 276:24 377:19 | 278:21 279:6 |
| 315:10,23 | **free**  287:14 | 377:23 378:1 | 279:24 280:12 |
| 319:19 320:14 | 296:20 322:16 | 388:19 389:6 | **genetics**  262:9 |
| 321:6 327:4 | 323:4 330:9 | 391:17 392:12 | 262:9,16 263:6 |
| 328:15 329:1 | **frequency** | **furthermore** | 263:14,15 |
| 330:17 332:14 | 327:18 334:23 | 354:10 | 265:4,6,7,12 |
| 333:8 334:8 | 351:18 354:11 | **future**  280:17 | 267:12 278:13 |
| 335:12,23 | 359:25 367:11 | | 280:11 |
| 336:3,21 | 368:7 369:2,6 | | **genital**  234:10 |
| | | | 252:14,25 |

**[genital - guess]**

256:14 334:4
340:3 354:12
369:24
**getting**  248:5
287:18 327:14
348:2 353:5
**give**  238:4
247:9 255:16
260:3 275:15
281:8 288:15
298:25 311:24
318:4 330:21
344:20 348:22
361:5 363:6
375:9 386:11
**given**  268:14
280:11 327:6
362:4
**gives**  247:8
**glad**  262:20
385:6
**go**  239:4
241:14,18
242:6,22 243:6
248:1,2,3,5
249:3 258:4
260:11 262:24
264:16 266:22
267:25 268:21
270:20 271:14
273:15 275:25
292:24 295:4
295:14 298:13
299:20 301:7
302:5,6 303:8

305:5 308:2
314:9 322:5,5
324:22 326:10
327:16 328:19
329:19 330:22
331:15,23
333:11 338:13
338:23 343:22
347:9,24
349:14 355:23
356:2 358:13
360:13 361:9
361:13 362:16
363:21 366:17
366:22 367:14
373:12 381:25
384:9,9,13,18
388:8,9,18
389:19 390:2
390:17
**god**  313:12
362:23
**godleski**  233:24
297:24 298:7
299:7 300:5
301:14 302:9
302:22,24
303:2 304:3
**godleski's**
298:13,23
299:10,13
300:8
**goes**  245:2,3
318:4

**going**  238:5
241:22 242:3
247:17,20
248:22 254:8
259:1,16 260:6
263:20 267:17
270:24 271:3,4
273:15,19
277:23 280:8
285:17 292:17
298:23,24
309:1 311:14
316:16 318:20
320:25 321:1
331:15 336:25
348:1 349:9
351:12 354:19
360:16,22
362:20 374:6
380:14 390:3,4
390:8
**goldberg**  355:3
**golkow**  231:24
259:24
**golkow.com**
231:25
**golomb**  232:9,9
247:24,25
248:3,8,12,15
248:25
**golomblegal....**
232:11 248:24
**golomblegal....**
248:16

**good**  235:16
236:13 248:6
249:17 259:12
323:6,8 327:11
352:8 356:16
377:14
**gosh**  236:17
**gotten**  305:25
**grade**  267:19
277:4 296:13
296:16,16
351:2 353:19
371:11
**grants**  247:8
**graph**  359:7
**great**  377:5
383:22
**greater**  332:5,6
337:17 370:24
372:18 377:12
384:16
**grid**  308:16
309:14 325:3
**ground**  271:5
271:18 273:7
273:16 316:25
317:3 318:8
**group**  282:25
338:2,5
**groups**  338:3
**guarantee**
361:22
**guess**  259:17
279:13 374:5

**[guidelines - identification]**                                    Page 19

**guidelines**
  294:1
**guys**  237:2
  258:7 259:5
  286:3 356:10
  361:3
**gyn**  268:13,22
  269:6 374:25
**gynecologic**
  269:1 281:13
**gynecologist**
  241:2,8
**gynecology**
  241:5

**h**

**h**  233:12
**half**  240:2
  250:1 347:20
**hand**  357:3
  371:12 392:14
**happen**  374:9
**happened**
  375:22
**happens**  346:8
**happy**  236:8
  250:22 285:16
  311:3 349:13
  362:19 378:16
**hard**  275:19
**hazard**  365:6
  382:19 383:5,8
**hchmr**  234:2
  311:15
**he'll**  247:16
  262:20

**head**  322:11
  335:4 378:24
  380:22
**health**  234:1
  240:18 245:13
  245:16 256:8,9
  322:12
**hear**  238:13,19
  239:3 299:14
  326:25 350:21
  377:7,20
**heavier**  332:12
**heavy**  330:15
  334:24 371:5
**height**  254:23
  254:25
**hereof**  393:13
**hey**  254:5
  342:16
**hide**  362:13
**high**  277:4
  351:2 371:11
  375:20
**higher**  255:23
  327:20 332:13
  338:6 382:19
  387:1 389:3
**highlight**
  275:23,24
  356:25
**highlighted**
  364:15
**hilary**  233:22
  299:8 300:11
  300:18 301:8

**hill**  372:7
**histiologic**
  371:2
**history**  251:7
  253:19,21
  254:3,14,21
  282:1
**histotype**
  354:14
**histotypes**
  351:1
**hold**  260:13
  357:10
**holy**  234:1
  311:14
**home**  390:17
**honest**  389:13
**honestly**  381:3
**hope**  259:15
  273:21 390:17
**hopkins**  308:2
  308:8,10,14,17
  308:18 309:3
  309:14,21
  325:3
**hormonal**
  250:2 255:6
  256:1
**hormone**
  234:16 255:4
  282:14,16
  283:1 292:24
  293:1,5,15,21
  294:7 355:1

**hour**  271:1
  280:5 382:16
**hours**  237:3
  343:23
**hr**  363:17,18
  364:8,10,13
**hrt**  255:7 282:1
  282:7,10 283:6
**hrts**  302:3
**huh**  264:10
  307:10 339:7
  351:25 358:17
**hurry**  349:2
**husband**  281:2
**hygiene**  358:6,7
  362:16 363:22
  366:2 382:5,17
**hypothesis**
  338:1
**hypothetical**
  273:8 274:2
**hysterectomy**
  257:4,5,14
  337:24

**i**

**iarc**  315:16
**idea**  241:15
  268:1
**identification**
  242:24 247:19
  258:6 276:1
  292:22 299:4
  304:14 311:25
  316:13 332:1
  338:21 348:8

**[identification - item]**                                                                      Page 20

354:21 360:25
**identified**
264:13 265:11
279:16 304:1
322:2
**identify** 302:24
322:4,10
325:16 334:15
**ii** 231:14
**imagine** 245:3
**impact** 278:13
278:21
**important**
251:6,10,12,14
251:15 253:18
254:2,13
260:23 335:20
337:21
**inaccurate**
325:10
**inappropriate**
379:6
**incessant**
272:11 273:4
**incidence**
249:20,21
387:1 389:3
**incident** 234:15
355:1
**include** 254:21
255:4,23
**included**
235:24 236:1
294:20 324:20

**includes** 290:19
**including** 245:5
258:25 285:13
318:2 343:1
**incomplete**
257:10 273:7
274:2
**inconsistent**
313:17
**increase** 302:16
315:14 329:8
332:25 335:3
366:5,7 377:3
382:9
**increased**
249:25 252:4,8
252:17 254:20
255:4 278:1
282:9,17,19
303:14 307:11
315:20 318:14
318:16 319:4
319:17 320:6
320:12,17,21
320:22 321:2
330:2,16 333:5
334:3 335:5,9
335:14 336:20
337:10 339:25
340:21 350:16
350:25 351:1
360:8 364:19
377:12 382:6
**increases**
335:18 371:15

**increasing**
303:17 335:21
**independently**
296:5,9,11
**indicated**
393:12
**individual**
274:18,25
344:21 373:23
374:16
**inflammatory**
254:22 389:5
**influence** 269:9
**information**
249:15,18
296:4 308:7,22
308:24 343:19
366:20 368:7
374:18,20
**inherited** 254:4
254:15 375:22
**instruct** 285:9
**instructing**
285:19
**intentionally**
353:7,10
**interact** 376:20
**interaction**
377:6 391:4,12
**interactions**
373:10 390:21
**interchangea...**
376:16
**interest** 268:7
268:10

**interested**
247:5 392:13
**interference**
374:14
**interim** 241:12
**internal** 309:17
**internet** 314:10
**interpretation**
244:17
**interrupt**
287:21 312:11
**interrupting**
312:12,13,19
**interval** 364:17
365:1 389:15
389:17
**interviewed**
304:19
**investigate**
296:5
**investigated**
346:25
**investigation**
292:4 295:21
295:24 296:1
347:11,13
**invoice** 239:22
**ipad** 357:13
**issue** 248:7
295:3 340:9
**issues** 264:20
267:21 280:4
**item** 298:6

[j&j - leigh]                                                                                        Page 21

| j | k |
|---|---|
| **j&j** 308:16 | **keep** 260:20 |
| **january** 235:17 | 273:21 367:15 |
| 237:5,20 | **keil** 355:3 |
| 239:23 240:1,5 | **kind** 308:24 |
| 240:13,15 | **kindly** 317:22 |
| 241:16 258:21 | **know** 235:17 |
| 261:13 347:20 | 238:21 240:7 |
| 355:16 389:13 | 240:23 243:14 |
| **jersey** 231:2 | 246:1,8,14 |
| **jessica** 232:15 | 247:1 251:25 |
| 253:3 254:5 | 252:5 253:10 |
| 270:13,22 | 257:24 259:20 |
| 272:21 273:15 | 260:17,17 |
| 284:4 293:17 | 266:4,6 268:24 |
| 341:4 342:16 | 268:24 271:15 |
| 349:22 | 276:23 277:12 |
| **jessica.david...** | 279:9,14 |
| 232:18 | 280:16 283:20 |
| **job** 287:16,17 | 285:23 286:11 |
| **johnson** 231:4 | 287:7 289:19 |
| 231:4 232:13 | 291:25 292:20 |
| 232:13,14,14 | 297:4,24 |
| 235:18,18 | 303:10 307:12 |
| 308:22,22 | 307:15 310:8 |
| 309:16,16 | 310:17 317:20 |
| **joint** 357:22 | 319:21 321:15 |
| **journal** 235:22 | 322:12,20,25 |
| 236:2,7 267:23 | 325:5,6,16 |
| **july** 299:6 | 327:5 330:9 |
| **juncture** 269:3 | 331:10 332:18 |
| **june** 305:2 | 336:4 338:5 |
| 323:5 373:3,11 | 342:11 343:11 |
| | 344:22 345:3 |
| | 348:10 349:17 |

352:8 357:7,15
362:10 366:3
367:12 373:7
375:18 376:19
378:5 380:17
380:18 382:15
382:17,24
387:3
**knowledge**
250:8,9 277:25
278:4
**known** 289:15

**l**

**l** 233:20
**lack** 351:14
**lactation** 257:9
**language** 354:9
**large** 357:23
392:3
**latency** 341:3,7
341:14,16,18
342:4,7,25
343:6 344:6,9
344:15 345:4
345:16,23
346:10 367:13
372:2,2,11,17
378:4,7,13,17
378:21 379:10
379:15,18
380:3,11,11
381:7,10
390:12
**latent** 367:12

**lawyers** 237:20
260:17
**lead** 316:4
**leaning** 360:8
**leanne** 232:5
**learn** 264:23
**led** 286:12
289:16
**left** 241:16
357:3 358:19
359:2,8 368:22
368:22
**legal** 232:9
**leigh** 232:4
236:5,24
237:17,22
238:13,17
240:8 248:10
248:17 263:19
266:11 278:7
279:3 286:2
287:15,21,24
288:7,10
299:16 309:5
312:7,11
313:12 316:22
323:20 341:11
342:7 343:9
348:25 353:4
353:10 355:15
355:16 358:22
361:11,21
362:23 363:2
363:25 365:17
378:24 380:21

[leigh - looked]                                                    Page 22

381:2,13
388:13 389:24
390:3,4,18
**leigh's** 378:20
379:9
**leigh.odell**
232:7
**length** 270:25
271:17 272:13
285:12 292:1
316:20 318:1
332:4 341:6
373:12
**letter** 233:23
299:7,16
**letters** 244:12
**level** 243:14
330:2
**liability** 231:5
**lifetime** 367:6
369:11
**ligation** 255:25
257:8 336:14
337:4,6,11
342:9
**ligations**
336:19 338:4
**likely** 249:24
296:22 297:1
297:16 374:9
374:10,11
**limited** 243:18
**line** 275:3,16
275:19,20
394:3,6,9,12,15

394:18 395:3,6
395:9,12,15,18
**link** 248:11
**linked** 278:9
**list** 233:18
235:25,25
257:10 258:4
258:11,20,24
259:23 260:16
260:18,20,21
261:10,18
263:17 281:22
286:20 294:18
295:2,14 313:8
322:15 346:23
368:2 373:10
387:13 390:14
**listed** 237:23
257:2,3 281:25
303:11 373:5
373:18
**listen** 361:17
361:24 381:13
**lists** 258:25
309:15 312:6,6
312:22
**literally** 368:3
**literature**
255:15,20
264:24 267:11
274:7 293:21
294:13,14,17
294:20 295:15
308:5,8 315:13
315:20 327:19

333:5 336:18
336:19 337:3,5
339:24 340:2,8
340:11 341:21
342:2,4,15
344:4,21
345:22 346:5,7
346:10,19
352:18 370:17
**litigation** 231:6
231:24 240:1
310:4 369:22
393:4
**little** 296:23
334:24 347:22
348:14,22
349:18 370:19
**llp** 232:15
**local** 259:20
**located** 392:6
**location** 392:5
**logged** 292:21
**long** 237:2
309:19 327:17
327:20 332:5
335:15 338:8
344:10 369:19
370:13,14,17
370:22,24
371:5,17
379:14
**longer** 241:10
346:2,5 379:21
**longo** 308:2
310:2

**longo's** 310:6
**look** 239:13
242:10 249:13
249:20 255:15
261:14 263:5,9
265:3,22,23
266:7,9,19
267:15,22
268:2,9,21
281:8 291:2
295:1,17,19
302:6,11
303:20 305:5
310:13 311:4
312:25 313:1
315:24 322:14
322:21 323:22
327:17,17
330:20 331:13
331:16 332:4
333:20 335:17
336:18 337:21
351:8,22
356:16 358:14
359:8 360:10
361:17,25
362:5 365:15
370:22 378:16
383:10,11
**looked** 239:9
239:12,19
261:12,19,22
261:25 262:1
264:2 266:15
281:22 291:7

**[looked - medical]**                                                    Page 23

291:10,14
320:1 326:4
351:19 358:5
368:12 370:1
**looking** 254:11
279:18 284:1
300:24 305:6
316:2,3 318:22
322:22 323:22
323:23 349:17
349:19 357:12
359:21 363:18
363:20 364:4
366:18 371:12
373:6 384:2,3
390:13
**looks** 264:3
330:5 340:8
364:14
**loss** 298:21
**lot** 328:7,8
358:7 364:1
373:20
**lots** 251:12
**lower** 250:3
255:22
**lymph** 298:9,12
301:3,4,15
302:20
**lynch** 252:2

**m**

**m.d.** 231:14
233:20 235:3
235:10 393:21
394:23 395:24

**mad** 355:15,16
**made** 257:23
392:8,11
**mail** 240:22
241:23 242:3
243:1,9 247:20
247:25 248:12
248:17 258:8
259:6,14
348:17
**mailed** 240:17
**mails** 233:14
239:12 257:25
258:2
**make** 237:14
242:11 258:16
260:9 270:23
275:1,4 290:10
301:25 302:6,7
319:24 325:13
343:12 348:23
349:13 356:23
357:4,8 366:17
371:9 374:23
376:24 381:19
390:17
**makes** 303:3
**making** 264:12
374:9
**manhattan**
232:16
**march** 231:16
235:1 259:23
312:3,6 373:11
392:14

**mark** 241:13
241:22 247:14
258:5 275:6
298:16 304:11
311:13 316:11
338:15,19
348:1 354:20
360:24
**marked** 242:24
247:19 258:6
276:1 292:22
299:4 304:14
311:25 316:13
316:21 317:9
317:23 332:1
338:21 348:8
354:21 360:25
368:19
**market** 232:10
251:2
**marketing**
231:5
**marking**
292:16 298:22
299:6
**mas** 231:5
**material** 319:8
319:9,10
356:10
**materials**
233:18 235:20
235:25 237:24
239:15,18,20
260:18,21
263:6 294:18

294:21,24
295:2 296:2,10
**math** 314:1,4
**mathematical**
335:8
**matter** 350:13
393:9
**maureen**
240:22 241:6,7
241:24 243:9
258:2
**mdl** 231:5
393:4
**meagher**
232:15
**mean** 247:2
250:22 252:10
264:15 278:25
279:1 285:22
286:19 289:8
291:5,8 303:2
308:4 321:15
322:1 325:18
329:14 335:22
343:2 346:6
353:6 375:2
376:11
**mechanisms**
377:16
**medical** 245:10
245:16,20
254:19 281:6
281:11,15,18
285:15 293:8
296:3 304:8,25

[medical - mutation]                                                Page 24

305:4,6,9,11,14
305:21 312:5
312:21 313:8
314:1,2 318:25
319:23 320:10
320:11 326:5,6
326:8,19
347:12 374:19
**meet**  236:24
237:2,16
**meeting**  237:19
**members**
304:23 326:15
**memory**  298:14
298:21 385:24
389:25
**menarche**
255:24
**menopausal**
250:2 255:4
**menopause**
255:24
**mention**  305:3
305:9,10,14
352:17 378:14
378:17 380:5
**mentioned**
325:2 331:12
346:22 369:3
373:2 378:13
382:1 386:23
**meriting**
244:21
**messages**  349:1

**met**  355:20
**meta**  234:8
**methodology**
268:13,16
269:5,13
373:21,22
374:1,2,3,25
**mid**  249:23
**middle**  287:22
288:4,13
330:14 331:2
343:8
**migration**
302:19
**military**  241:3
**mind**  238:15
239:5 291:18
299:24 300:1
300:21 326:25
327:1 328:6,10
328:13
**mine**  363:16
**mineralogist**
325:18
**minute**  241:19
257:13 260:3
276:12 337:11
364:25 389:20
**minutes**  280:6
297:18 354:7
**mischaracteri...**
345:9
**misconception**
336:1

**mission**  247:10
**misspeak**  385:6
**misstated**
253:2
**misstatement**
383:13
**misstates**
244:24 263:21
291:25 292:11
306:7 319:5
320:15 321:7
328:16 329:2
330:18 337:13
345:20 383:16
**mistaken**  318:1
**misunderstood**
384:24 385:5,6
**mixed**  348:25
**mixtures**
234:15 354:25
**models**  366:3
**moderate**  321:1
**modifiable**
255:3
**modified**  327:6
**moment**  242:10
272:12 281:9
294:16,25
298:25 311:24
318:5 324:1
331:21,22
333:3 358:24
361:5,10 362:6
363:6,23 364:3
375:9 377:19

377:23
**montgomery**
232:6
**months**  367:2
367:12 368:7
379:19,21
380:17,19
**moorman**
316:6
**morning**
235:16 281:21
**mouthwash**
359:9
**move**  240:8
254:8 262:5
273:9 277:18
277:22 295:20
304:10 319:7
325:22 341:11
354:19 362:7,9
**mucinous**
255:18
**multifactorial**
375:13
**multiple**  243:2
243:10 244:12
314:2 320:10
357:23 376:6
383:11
**multiproduct**
359:3
**mutation**
251:13,18,21
251:24 252:23
253:15,22

[mutation - o'dell]                                                    Page 25

264:3,8 375:21
**mutations**
  251:11,15
  254:4,15 264:4
  264:13,21,22
  265:10 277:9
  277:12,25
  278:5,21
  286:12,17,22
  287:9 289:16
  289:21 375:7
  375:16,18,19
  375:22 376:22
**muted**  367:17
  367:19
**mutyh**  264:3,8

**n**

**n**  233:1,1 235:8
**nadler**  372:15
  379:12 390:12
**name**  308:19
**navigate**
  348:15
**near**  384:4
**necessarily**
  273:4 274:4
  352:10
**necessary**
  369:6 371:6
**need**  241:15
  242:10 259:9
  263:15 265:22
  265:23 319:22
  330:7 357:15
  361:10 376:22

381:18
**needed**  274:13
  375:7
**needs**  355:25
  362:5 364:2
**neither**  392:12
**never**  273:3
  279:13 304:21
  325:19 347:23
  355:10
**new**  231:2
  232:17,17
  240:4 244:21
  261:3,7 272:24
  276:17 278:9
  279:6,15,18
  281:6 291:16
  317:5,9 319:8
  319:9 330:13
  331:1,4,13
  343:19 362:4
**newsome**
  233:25 304:10
  304:11,17,20
  304:21 305:24
  311:6,15 312:2
  315:9 317:5
  318:2,7,24
  319:15 322:16
  323:3 326:23
  333:11,12
  334:13 370:7
  370:12 390:6
**newsome's**
  305:11,20

306:16 310:22
  317:6 318:15
  319:3 323:11
  338:14 372:23
  373:1 388:9
**newsomet**
  234:2
**nice**  310:16
**nicely**  381:3
**node**  301:3,4
**nodes**  298:9,12
  301:16 302:20
**noise**  254:6
**nonfibrous**
  302:12
**nonstatistically**
  350:19
**nope**  309:10
**normal**  281:14
**north**  392:3,6
  392:19
**notary**  392:3
  392:19
**notation**  305:7
**note**  294:4,5
  302:6,7,9
  388:11 390:6
**noted**  391:21
**notes**  236:3,6
  237:14 243:1
  243:10 322:6
  390:3,9
**notice**  235:4
**noticed**  237:11
  296:12 323:10

**notwithstandi...**
  336:13
**november**
  373:11
**nulliparity**
  272:14,20
**number**  238:3
  241:16 247:6
  252:1,5 253:5
  255:23 262:18
  267:21 287:2
  292:9 298:6,17
  310:3 316:10
  323:20 327:5
  328:3 335:4
  348:2 367:16
  368:14 369:18
  370:21,24
  375:5,6 386:11
**numbers**  263:2
  321:16 363:24
**nunez**  366:23

**o**

**o**  233:1 235:8
**o'brien**  355:3
  355:17
**o'dell**  232:4
  233:4,6 236:8
  236:12 238:11
  238:15,20
  239:1 242:9,16
  244:6,14,23
  245:12 246:17
  248:19 249:1
  249:16 250:15

**[o'dell - object]**

| | | | |
|---|---|---|---|
| 250:21 252:16 | 299:17,23 | 344:1,18 345:8 | 318:7,16 321:5 |
| 253:1,11 254:5 | 300:1,7,14,21 | 345:20 346:12 | **object** 244:6,14 |
| 256:21 258:10 | 302:4 303:1,15 | 347:3,16 | 244:23 245:12 |
| 258:16,19 | 303:22 306:6 | 348:14,21 | 246:17 250:15 |
| 259:3,10,21 | 306:12,18,24 | 349:3,8,16,25 | 250:21 252:16 |
| 260:2,24 261:1 | 307:6,17 | 350:24 352:7 | 253:1,3,11 |
| 261:5 262:17 | 308:11 309:1,8 | 353:1,6,11,14 | 256:21 261:5 |
| 262:25 263:20 | 309:10,22 | 355:7,25 | 262:17,25 |
| 265:15,21 | 310:15 311:2 | 357:11 358:9 | 263:21 265:15 |
| 266:7 267:6 | 311:20,24 | 358:23 359:19 | 265:21 267:6 |
| 268:8,15 | 312:8,14,17,23 | 360:15,20 | 268:8,15 |
| 269:16,22 | 313:9 314:5 | 361:5,10,14,22 | 269:16,22 |
| 270:2,12,18,22 | 315:2,10,23 | 362:3,18,24 | 270:12 272:2 |
| 271:15 272:2 | 316:8,19 317:1 | 363:3,20,23 | 273:6 274:1,14 |
| 272:12 273:6 | 317:8,13,17,19 | 364:1,10 | 274:20 278:2 |
| 273:13 274:1 | 317:22 318:18 | 365:10,18,21 | 278:15,24 |
| 274:14,20 | 319:5,19 | 367:20 377:9 | 279:4,12 |
| 275:2,11,15,18 | 320:14 321:6 | 377:18,22 | 280:14,24 |
| 276:7 277:15 | 322:17 323:13 | 378:3,6,14 | 282:5,23 283:7 |
| 277:19 278:2 | 323:15,21 | 379:1 380:24 | 283:15 284:13 |
| 278:15,24 | 324:1 326:24 | 381:9 382:23 | 286:14 288:20 |
| 279:4,12 280:1 | 327:4 328:15 | 383:15,20 | 291:6 292:10 |
| 280:14,24 | 328:20 329:1 | 384:1,14 | 299:18 303:1 |
| 282:5,23 283:7 | 330:7,17,24 | 385:11,21 | 303:15,22 |
| 283:15 284:3,7 | 331:4,6,9,17 | 386:4,16 387:8 | 306:6,18 309:1 |
| 284:13 285:9 | 332:14 333:8 | 387:24 388:2 | 310:15 314:5 |
| 285:21 286:3,7 | 334:5,8,17 | 388:15,20 | 315:2,10,23 |
| 286:14 287:12 | 335:12,23 | 391:6,17 | 318:9,18 |
| 287:23,25 | 336:3,21 | **oath** 393:14 | 319:19 320:14 |
| 288:5,8,20 | 337:12 338:24 | **obese** 310:24 | 321:6 327:4 |
| 290:9 291:6,18 | 339:19 340:6 | 313:21 315:12 | 329:1 330:17 |
| 291:21,24 | 340:15 341:4 | 315:15 318:24 | 332:14 333:8 |
| 292:10 293:17 | 341:23 342:3 | **obesity** 234:3 | 334:8 335:12 |
| 297:3,11 | 342:16,19,22 | 310:23 311:6 | 336:3,21 |
| 298:25 299:9 | 343:10,15 | 315:8,13,21 | 337:12 340:6 |

**[object - opinions]**                                                    Page 27

| | | | |
|---|---|---|---|
| 340:15 344:18 | **oh** 236:17 | 349:15 354:19 | 267:17 272:10 |
| 345:8 346:12 | 237:8 247:22 | 355:13,20,23 | 275:1 276:16 |
| 347:16 350:24 | 289:18 313:12 | 356:8 358:25 | 277:7 285:1,2 |
| 352:7 353:1 | 331:5 381:18 | 360:2 364:4,7 | 285:3,6 286:4 |
| 358:9 365:10 | **okay** 236:11,20 | 365:13 372:24 | 286:10 290:2,8 |
| 382:23 383:15 | 239:15,22 | 375:5 377:25 | 290:17,24 |
| 385:11,21 | 246:10,21 | 380:4,20 | 297:2,10,15 |
| 386:4,16 387:8 | 248:8 254:9 | 381:19,25 | 299:9 304:9,16 |
| 387:24 388:2 | 255:17 257:14 | 383:3 384:21 | 305:23 306:8 |
| 391:6 | 258:4 260:2,10 | 384:24 391:15 | 306:15,21 |
| **objection** | 262:3,15 | **old** 271:4,18 | 307:3 326:22 |
| 249:16 263:19 | 264:15 267:10 | 273:7,16,19 | 327:10 328:5 |
| 270:23 279:3 | 271:19 275:15 | 316:17 318:8 | 328:14,25 |
| 291:24 302:4 | 275:18 276:10 | 319:9 356:23 | 330:13 331:2,4 |
| 306:24 307:6 | 277:11 280:7 | **olsen** 316:5,20 | 331:13,14 |
| 309:22 316:8 | 280:18 283:11 | **once** 384:15,16 | 332:21 334:12 |
| 319:5 328:15 | 283:20 287:10 | 385:22 | 336:7 337:9 |
| 335:23 342:20 | 287:16 289:18 | **oncologist** | 340:18,20,24 |
| 345:20 | 289:23 292:17 | 268:22 269:1 | 341:22 342:2 |
| **objections** | 293:13 295:17 | 281:13 | 343:6,8,16 |
| 392:8,10 | 297:18,19,25 | **oncologists** | 345:15 347:11 |
| **obstetrician** | 300:24 302:2 | 268:13 269:6 | 367:13 372:11 |
| 241:2,8 | 304:12 305:18 | **oncology** 344:8 | 376:6,9 386:3 |
| **obstetrics** | 306:21 307:24 | 345:22 346:7,9 | **opinions** 262:9 |
| 241:5 | 309:13 310:1 | 375:1 376:12 | 263:8 264:12 |
| **obtained** 238:2 | 313:14 315:6 | **ongoing** 280:11 | 284:15,17 |
| **obviously** | 317:12,14,20 | **online** 314:17 | 285:13,14,24 |
| 326:11 | 318:10 322:7 | **open** 242:12 | 304:5 325:24 |
| **occur** 256:8 | 322:23 324:22 | 312:17,18 | 327:14,23 |
| **occurred** 251:1 | 325:12,22 | **opened** 312:8 | 343:14 350:13 |
| **of8** 348:10 | 328:4 330:1,22 | **opinion** 245:5 | 351:15 369:19 |
| 350:7 | 332:17 333:11 | 246:15 252:15 | 369:21,22 |
| **offer** 393:13 | 339:11 342:21 | 253:9 263:15 | 370:4,6 371:7 |
| **office** 261:1 | 346:21,24 | 263:17 264:12 | 372:2 374:1,15 |
| | 348:13,21 | 264:22,25 | 388:23 |

**[opportunity - paper]**                                      Page 28

| | | | |
|---|---|---|---|
| **opportunity** | 265:14 268:14 | 358:15 359:15 | 275:3 276:6 |
| 285:25 356:1 | 268:25 269:4 | 359:17 360:1 | 277:15,15,20 |
| 362:6 | 269:20 270:10 | 362:8 366:1 | 277:21 292:15 |
| **option**  242:17 | 271:24 272:10 | 368:11 369:24 | 297:5,19,22,24 |
| **oral**  249:25 | 272:10 273:3 | 370:18 371:12 | 297:25 300:25 |
| **orange**  392:6 | 274:9,13,19,25 | 371:15,18 | 310:21 317:17 |
| **order**  285:22 | 276:17,21 | 373:17 374:4 | 318:5 348:10 |
| 295:11 319:8,9 | 277:1,4,5,8 | 374:12 375:21 | 350:7 356:16 |
| 369:5 371:6 | 278:10,14,22 | 375:23 376:9 | 358:14,16,17 |
| 375:7 | 279:7,11 | 377:13 385:9 | 366:16 368:21 |
| **organization** | 281:23 282:18 | 385:20 386:15 | 372:3,25 |
| 244:10 245:10 | 286:13 287:4 | 387:1 388:3 | 375:11 384:4 |
| 245:17,20 | 289:17,21 | 389:3 390:22 | 394:3,6,9,12,15 |
| 246:5 247:4 | 293:14 296:19 | 390:25 | 394:18 395:3,6 |
| **organizations** | 298:8,11 | **ovaries**  257:16 | 395:9,12,15,18 |
| 240:12 245:4 | 301:15,18 | **ovary**  302:19 | **pages**  247:18 |
| **organized** | 303:18 304:1 | 302:21 357:22 | 272:15 318:4 |
| 368:15 | 305:25 306:3 | **overall**  351:14 | **paid**  244:4 |
| **original**  266:23 | 306:16,22 | 383:8 390:20 | **panoply**  267:5 |
| 353:24 | 307:4 312:3 | **overlap**  389:16 | **paper**  261:3,9 |
| **originally** | 316:4 320:7,7 | 389:18 | 261:10,15 |
| 302:25 | 320:18 321:11 | **ovulation** | 262:19 264:18 |
| **ors**  362:17 | 321:23 332:9 | 272:11 273:4 | 264:19 267:13 |
| **ovarian**  233:15 | 332:23 333:7 | **owe**  380:23 | 267:15,18,19 |
| 234:3,4,6,11,12 | 333:16 334:1,3 | **own**  374:19 | 267:20 291:15 |
| 240:12 245:6 | 335:17 336:10 | | 316:10,20 |
| 246:16 249:21 | 338:7 339:13 | **p** | 320:3 330:8,20 |
| 250:13,25 | 339:25 340:4 | **p**  235:8 391:11 | 331:16 332:11 |
| 251:5,7,14,18 | 340:12,19,22 | **p.m.**  324:24 | 334:2,11 |
| 251:21,24 | 341:2,14 344:5 | 331:25,25 | 337:16,20 |
| 252:3,7,11,15 | 344:15,23 | 356:3,3 389:21 | 344:15 347:21 |
| 252:23,25 | 345:4,6,13,15 | 389:21 391:21 | 347:24 354:20 |
| 253:20 254:3 | 345:18 346:10 | **page**  233:2,13 | 354:23 355:11 |
| 254:14 256:14 | 347:15 350:16 | 249:13,20 | 355:21,24 |
| 257:15 265:9 | 351:9 354:12 | 251:4 260:12 | 358:12 365:23 |
| | | 272:17,17 | |

366:3,12,16
367:5 368:17
368:22 378:5,7
378:8,9,12,13
378:21 379:3
379:10,12,16
379:23,25
380:18,20
381:5 383:10
383:25,25
386:13 388:22
388:25 389:10
**papers** 260:22
261:7,12,17,19
262:8,16 263:2
263:6,7,13,16
264:1 265:2
290:23 321:21
334:14,16,20
335:1 345:11
353:21 369:11
**para** 301:4
**paragraph**
301:1,13
352:13 353:2
366:18,19
368:2 373:6
384:4
**part** 249:25
293:18 297:23
306:25 326:25
338:1 379:24
383:13
**particles** 298:8
301:2,15

302:10,17
303:7,9,13,17
303:25
**particular**
317:5 351:16
364:24 366:22
370:7,23
**particularly**
368:10 375:8
**parts** 293:24
**party** 392:13
**pasqualina**
234:9
**past** 236:23
250:1 331:7
342:25
**patency** 338:10
**patent** 336:16
337:21,24
338:6,8
**pathogenesis**
277:6
**pathologic**
298:4 301:14
**patient** 266:22
268:25 269:2
315:15 375:20
375:23
**patient's**
374:19
**patients** 253:15
264:5,14,21
282:7,9,18
327:18 338:3,5
389:2

**pcp** 359:13
368:7
**pcps** 356:21
357:20
**pearson** 231:14
233:20 235:3
235:10,16
241:25 242:9
249:6 258:19
259:11,22
260:16 262:20
263:24 266:15
271:5,11,23
273:2,13 274:6
274:11,23
276:4 280:22
284:10,24
285:10 286:11
287:19 288:3,9
288:12,25
290:15 294:4
297:5 312:2,16
312:21,24
313:6 317:16
318:12 319:2
319:11,14
321:7 325:2
328:21 330:8
330:12 331:20
338:24 341:13
342:24 343:20
344:4 346:13
349:5 350:9
353:16 356:5
357:11 361:7

361:16 362:18
364:2 365:22
367:22 368:13
368:21 369:20
372:5 378:3
379:8 381:6
388:21 390:4
390:23 393:21
394:23 395:24
**pearson's**
236:6 287:17
300:11 361:20
361:24 390:6,9
**peek** 384:16
**peer** 267:11
269:12 308:4,8
308:9 345:11
**pejorative**
342:22
**pelvic** 254:22
301:2 302:21
**penalty** 393:6,7
**pending** 339:5
392:13
**penninkilampi**
321:19,22
322:3 329:19
329:21 330:1,3
330:4,20 331:7
331:10 333:18
333:21 334:11
334:21 337:16
353:21 369:13
370:23 371:4

**[penninkilampi's - possibilities]**                                                    Page 30

**penninkilam...**
  333:1
**pennsylvania**
  232:10
**percent**  249:22
  249:23 250:16
  250:19 251:1
  251:22 252:9
  252:11,22
  283:12,24
  284:12 285:7
  306:5,16 321:2
  321:3,4 326:21
  327:11 329:9
  330:16 333:1,5
  333:19 334:3
  334:12 335:2,9
  335:10,18,21
  335:22 336:11
  337:10 351:1,2
  364:19
**percentage**
  251:20,23
  252:2,6,14,24
  306:22 307:4
  332:18,22
  333:15
**perfect**  362:8
**perineal**  234:6
**period**  261:6
  324:17 327:21
  335:15 337:11
  341:3,14,16,17
  341:18 342:7
  344:6,10,15

345:4,16,23
346:11 367:12
378:4,7,13,21
379:10,15,19
380:3,6,11,11
381:7
**periodically**
  245:4
**perjury**  393:6,7
**person**  323:1
  335:8
**personal**
  234:14 254:21
  345:12 354:25
  356:21 357:21
  359:14,25
  367:25 368:4
  380:8,15
**personally**
  325:16
**perspectives**
  376:13
**ph**  231:24
**philadelphia**
  232:10
**phipps**  240:22
  241:6,7,24
  243:9 258:2
**phone**  238:4,7
  313:4
**photograph**
  368:23
**phrase**  285:4
**phung**  388:22
  388:25 389:23

**physician**
  241:1 345:12
**physicians**
  281:4 304:23
  326:16
**pittard**  232:5
**place**  327:11
  358:25
**plaintiff**  243:24
  244:11 342:8
**plaintiffs**  232:3
  237:20 238:2
  244:5,7 265:8
  265:13,18
  305:19 316:6
  328:25
**plan**  301:20,23
  302:2
**planning**  388:8
  388:9
**plausibility**
  243:19
**play**  263:8,17
**played**  265:7
  265:12
**please**  239:4
  252:21 263:25
  266:11 270:8
  270:18,18,18
  271:13 273:10
  273:12,24
  275:2 276:5
  277:16,20
  284:24 285:16
  287:14 311:21

312:11,12
313:11 317:2
319:2 327:1
334:6 339:8
346:14 353:4
360:15,16
363:23 367:14
378:23 379:5
**plenty**  286:7
**plus**  295:5
  319:3 337:6
  386:25
**point**  236:22
  248:6 263:1
  280:19 290:8
  294:23 296:20
  311:11 324:12
  341:22 344:14
  346:9 354:4
  366:8 382:4
  386:12
**pointed**  314:25
  315:4 383:20
  387:3 390:12
**points**  376:12
**pools**  290:20
**poor**  243:18
**population**
  252:5 253:12
**position**  244:22
  245:11,14,21
  283:14 344:5
**possibilities**
  374:7,8 375:3

[possible - pushes]                                                   Page 31

**possible**   269:20
  270:10 271:25
  272:3
**potential**
  281:23 321:19
  340:3,12
  387:22
**pounds**   314:18
**powder**   231:4
  233:15 234:10
  235:19 246:16
  251:1 253:6
  256:15 269:19
  270:9 271:24
  286:25 290:3
  290:21 302:21
  305:24 306:1
  307:12,14,22
  309:16 328:8
  329:7 330:16
  332:12 333:6
  335:15 339:21
  340:20,22
  345:2,6,18
  346:1 347:2
  354:12 370:18
  371:14 382:18
  387:19 393:4
**practices**   231:5
**predispose**
  279:10
**predominantly**
  308:1
**preference**
  369:8

**pregnancy**
  255:23
**prematurely**
  323:3 333:22
**preparation**
  370:20 388:22
**prepare**   236:21
  236:24
**prepared**
  242:12 259:23
  309:21 370:15
**preparing**
  240:2
**pretty**   250:19
  311:5 352:15
**previous**
  343:23
**previously**
  237:23 241:8
  255:6 262:10
  299:20 339:3
  343:1 368:19
**primarily**
  382:20
**print**   359:21
**printed**   258:20
  362:11
**prior**   253:2
  292:1 308:22
  324:2,5 325:15
  326:2 345:24
  351:12 367:2
  380:7
**probably**
  236:19 260:19

307:13,16
  327:6
**problem**
  238:22 259:16
**procedure**
  235:5
**proceed**   260:5
**process**   342:24
  373:25 374:22
  374:24
**produce**   236:6
**product**   234:14
  325:17 354:25
  357:23 358:21
  359:14 367:2
  367:25 369:7
  380:9
**products**   231:4
  231:5 235:19
  356:21 357:21
  358:6,7,13
  359:2,25 368:4
  368:8,12
  380:15 382:5
**professional**
  245:10,16,20
  392:3,18
**progesterone**
  282:8,16 283:1
  294:11
**progestin**   255:5
**prognosis**
  323:6,8
**projecting**
  243:5

**promise**   271:12
**prospective**
  234:18 355:2
  357:24
**provide**   308:25
  363:4
**provided**
  281:16 296:3
  296:10 308:22
**provider**   256:9
**public**   240:5
  247:7 350:2
  392:3,19
**publication**
  316:3
**publications**
  240:4 269:13
**published**
  261:17,20
  308:4,7 316:5
**pull**   297:23
  330:19 380:20
  381:5,15
  383:14 389:10
**pulled**   389:23
**purportedly**
  343:13
**purpose**   327:13
  358:2
**purposes**
  259:12
**pursuant**   235:3
  235:4
**pushes**   332:6

**[put - rausa's]**                                                                      Page 32

| | | | |
|---|---|---|---|
| **put**  242:3,5 | **question**  238:7 | 332:19 334:6,7 | 388:14,16 |
| 247:11,16,16 | 239:4,6 240:8 | 335:7 337:1,2 | 391:16 |
| 258:21 259:10 | 245:19 252:20 | 339:1,5,10,12 | **quick**  349:8 |
| 259:13,15,21 | 252:21 253:3 | 341:10,24 | **quicker**  264:17 |
| 260:6,15,21,24 | 253:14 258:23 | 342:1 343:18 | 349:14 |
| 262:19 266:24 | 261:16,16,21 | 344:2,13,14,17 | **quite**  344:10 |
| 275:6,13 | 262:3,22 | 344:19 346:14 | 350:14 353:18 |
| 292:17 297:7 | 263:24 266:8 | 346:18 347:3 | 387:9,15 |
| 297:14 298:23 | 270:1,3,5,8,8 | 349:21 350:15 | **quote**  296:25 |
| 298:24 299:1 | 271:6,11,13,21 | 351:5,12,23 | 297:4 330:15 |
| 301:10 302:13 | 272:19,24 | 352:1 353:17 | 387:11 |
| 304:12,13 | 273:14,18,22 | 360:3 367:14 | |
| 316:12,15 | 273:24,25 | 368:6,10 369:4 | **r** |
| 318:16 319:3 | 278:5,8,18 | 369:24 371:22 | **r**  235:8 |
| 319:17 320:12 | 280:2,9 283:22 | 377:8,10,14 | **range**  279:9 |
| 323:15 330:9 | 284:19,21 | 378:17 380:7 | 327:25 |
| 349:13 351:9 | 285:11 287:6 | 380:24 381:1 | **ranking**  374:8 |
| 356:7,17 | 287:11,13,13 | 381:13,14 | **rare**  255:18 |
| 360:19,22,23 | 288:16,18,19 | 388:15 390:1,2 | 371:10 |
| 366:11 375:19 | 289:19 290:10 | **questionable** | **rarer**  371:11 |
| 376:14 382:2 | 290:13 291:19 | 243:19 | **rate**  249:22 |
| 383:6 | 291:22,23 | **questions** | **rates**  250:14 |
| **puts**  249:11 | 292:4 295:10 | 242:13 262:21 | **ratio**  333:22 |
| **putting**  258:23 | 295:18 298:2 | 271:9 285:17 | 335:2 365:5,6 |
| 262:13 275:17 | 299:14,15,18 | 300:19 318:6 | 382:20,21 |
| 320:11 349:23 | 299:22 300:15 | 318:19 331:18 | 383:5,9 |
| 362:22 374:20 | 300:22,23 | 341:24 343:21 | **rausa**  234:9 |
| 383:17 | 307:1 309:2 | 349:9 362:19 | 325:23,24 |
| **q** | 313:6,7,10 | 363:5 365:16 | 326:14,22 |
| **quality**  243:18 | 314:22 317:4 | 365:17,19 | 336:8 337:7,9 |
| 267:13,22 | 318:18 322:18 | 367:16 368:14 | 338:8 343:19 |
| 268:2 | 322:24 323:2 | 368:15 369:18 | 346:25 347:14 |
| **quantify** | 323:13,14,19 | 372:1,21 | 370:7,12 |
| 320:25 321:14 | 324:15 325:1 | 373:21 375:6 | 372:22 |
| | 326:11 327:3 | 378:20 379:9 | **rausa's**  326:4 |
| | | | 336:10 338:15 |

Golkow Technologies,
                A Veritext Division                                      www.veritext.com

**[rausa's - referring]**                                    Page 33

338:19 340:19
**reach**  374:1
**reached**  240:11
243:2,10
244:20 292:6
292:12
**reaching**
369:20 370:4
371:6 374:15
**read**  239:6
243:5 250:11
261:10,14
267:18,20
273:25 288:19
288:21,23
291:22,23
295:6 299:2
300:2,23
323:13,14
324:8 325:8
327:2,3 334:7
337:2 339:8,10
356:5,10
357:13,16
358:3 363:25
367:3 380:1,2
383:1 391:19
393:8,10
**reading**  253:25
276:5 297:4
356:11 361:12
**ready**  260:4,4
313:10 331:17
331:20 343:21
344:1

**real**  349:8
**really**  238:19
243:5 267:16
269:1 272:20
277:22 287:18
289:13,14
294:1 298:21
300:12 315:14
316:17 335:20
357:9 373:8
380:12
**reason**  314:24
323:12 383:3
394:5,8,11,14
394:17,20
395:5,8,11,14
395:17,20
**reasonable**
250:10,12
**recall**  281:21
281:25 290:15
293:9,12
295:10 296:21
305:8,10,12,13
315:7 326:1,20
354:4 355:12
366:13 373:4
379:20 380:7
387:20 388:7
389:9,12
**received**
266:17
**recent**  258:22
**recently**  247:11
271:2

**recess**  241:20
242:23 243:7
249:4 280:20
324:24 331:25
356:3 389:21
**recognizes**
345:23
**recollection**
320:1
**record**  234:1
241:18 242:22
243:6 249:3
293:10 299:3
304:8 305:2
306:7 311:1,14
311:20 312:5
312:21 313:8
314:1 319:6,24
320:15 324:23
330:23 331:16
331:24 343:17
355:23 356:2
373:3 374:23
381:7 385:7
389:19 392:10
**recorded**  392:8
**records**  266:23
281:7,11,15,18
281:20 293:8
296:3,9 305:1
305:4,6,7,9,11
305:14,21
314:2 318:25
319:23 320:2
320:10,11

321:9 322:6
326:5,6,9,19
347:12 373:2,7
374:19 390:7
**recovering**
273:7
**recurrence**
326:13
**recurrent**
326:12
**redline**  300:17
**reduce**  247:5
257:9,14
**reduced**  256:7
**reduces**  257:6,9
337:4
**reference**  310:1
310:2 311:6
315:17,25
318:2 366:23
372:13
**referenced**
369:14 378:9
379:11
**references**
250:10 326:18
**referred**  255:6
323:17
**referring**
274:21 277:20
283:16,17
289:1 307:24
308:15 309:14
364:11

**[refresh - reserved]**                                                         Page 34

**refresh** 298:14
**refreshed**
    248:19
**refuting** 310:6
**regard** 282:7
    282:14,24
    284:16 310:4
    326:12 347:15
    365:25 366:1
**regarding**
    284:18 285:24
    297:20 299:8
    374:2
**registered**
    392:2,18
**relate** 286:23
**related** 254:4
    254:15 291:3
    392:12
**relates** 343:19
    371:17
**relation** 369:19
    370:22 372:20
    373:1,17,20
**relationship**
    354:11 386:10
    386:14
**relative** 389:14
**relevant** 264:6
    264:24 267:17
    269:3 295:9
    302:15 352:10
**reliability**
    267:13

**reliance** 235:25
    258:4,11
    260:16,18,20
    261:10,18
    263:16 294:18
    387:13 390:14
**rely** 370:3,15
**relying** 290:7
    290:16,23
    291:8 330:13
    334:12 347:11
    385:16
**remain** 276:21
**remains** 276:15
**remember**
    290:5
**remote** 232:1
**remotely** 235:5
**removal** 255:25
**remove** 257:15
**rendering**
    370:6
**repeat** 238:10
    239:4 252:21
    273:24 282:12
    288:15,18
    334:6 337:1
**repeated**
    341:25
**repeating**
    291:19 300:1
    300:22 327:1
**replacement**
    255:6 282:15
    282:17 283:1

292:24 294:7
**report** 233:22
    233:25 234:9
    262:11 263:15
    263:22 264:7
    265:22,24
    266:24 267:3
    281:8,12 287:2
    292:16 293:18
    293:25 295:11
    296:4,12
    297:20,20
    298:14,19,23
    299:10,13,25
    300:5,8,11,18
    300:25 301:7
    301:20,23
    302:13 303:4,8
    303:11 304:7
    304:11 310:6,7
    310:10,11,22
    311:3,9 313:18
    313:23 314:23
    317:6 323:10
    323:16,24
    324:3,5,20
    326:2,3 331:14
    338:13,14,15
    338:20 341:7
    342:5 351:21
    351:22,24
    352:3,14,20
    353:2,23,24
    370:23 372:4,5
    372:6,16,25

373:3,5 378:10
    379:12 388:25
**reported**
    231:20 291:16
    292:8,9 315:16
    328:9
**reporter** 238:9
    239:6 273:23
    273:25 288:18
    288:19,23
    291:23 300:23
    323:14 327:3
    334:7 336:25
    337:2 339:10
    367:18 392:1,3
    392:18
**reports** 262:10
    266:8,16,20,20
    267:1 291:15
    310:3 373:19
**representing**
    232:3,13
**reproductive**
    336:17
**request** 344:6
**required** 277:1
**requires** 277:9
    375:15
**research** 247:8
    280:11 303:12
    303:20,24
**researching**
    295:10
**reserved**
    391:19

**resolve**  292:8

**resolved**
  390:10

**respect**  270:22
  290:17,24
  304:6,16
  325:24 326:22
  327:23 328:25
  334:12 336:8
  340:24 347:14

**respectful**
  288:5,7

**respond**  284:25
  319:2 322:17
  342:20

**response**
  306:12 329:15
  331:14 350:10
  351:14,17,21
  352:5,10,14,19
  352:23,25
  353:19,22
  354:2,11,17
  369:12 378:20
  379:9 389:5

**restate**  284:21

**result**  334:4

**resulted**  289:20

**results**  267:25
  381:23 390:19

**retiring**  241:3

**retread**  270:24
  271:4 273:19
  285:17 319:6

**retreading**
  271:18 318:8

**review**  234:7
  236:20 237:4
  267:10 293:24
  322:1 356:1
  362:6,20 373:7
  388:21

**reviewed**  261:4
  267:11 269:12
  281:6 296:9,10
  304:25 305:2
  308:4,8,9
  321:17,25
  326:6 345:11
  373:2 388:22

**reviewing**
  293:7

**revise**  301:20
  301:23

**revised**  300:5
  300:12

**rgolomb**
  232:11 248:16
  248:24

**rich**  248:22

**richard**  232:9
  247:24 248:2,3

**richard's**
  259:12

**rid**  362:10

**ridiculous**
  353:5

**right**  239:16
  241:13 242:4

246:16 248:23
248:24 250:20
251:2 260:15
262:13 276:8
276:14,15
278:8 280:19
282:4 284:24
287:8 289:6
294:11 296:17
298:16 301:2,4
304:5 311:16
311:23 312:3
312:10 314:13
318:22 321:16
322:22 325:4
325:17 327:16
329:13 330:24
331:22 335:22
336:2 337:22
339:16 346:18
347:25 348:2,4
348:23 349:6
350:19 352:6
352:14,21,25
353:25 354:3
355:18 358:3
358:25 359:3,4
359:11,15
360:6,21 361:3
364:23 365:6
366:25 370:10
371:3 379:22
380:17 381:23
382:10,12,22
383:25 384:10

384:19 385:3
386:11 387:4,5
387:11,21
391:1,5

**ring**  354:24

**risk**  234:3,10
  244:13 250:4
  251:4,6,10,12
  251:12 252:8
  252:18 253:19
  254:2,13,20
  255:1,4,12,22
  256:7,19 257:2
  257:3,5,6,9,10
  257:15 268:18
  268:25 269:2,7
  269:8,10,14
  272:6,8 274:8
  274:12 276:17
  276:21 281:23
  282:3,9,14,17
  286:20 289:2,8
  289:11,15,19
  293:14 294:6
  302:17 303:14
  303:17 315:8
  315:14,20
  318:14,16
  319:4,17 320:6
  320:17,21,22
  321:2 322:13
  327:20 329:9
  330:2,16
  332:13 333:5
  333:22 334:3

**[risk - see]**                                    Page 36

335:2,5,9,14,18
335:21,22
336:20 337:4
337:10 338:7
339:25 347:14
350:16 360:8
364:19 365:5
371:15 373:16
373:22 375:20
376:7,24 377:4
377:12 382:6
382:21 386:15
386:17,20
387:17,23
389:14 390:22
391:1
**risk0** 282:19
**risks** 354:13
**rivera** 366:23
**rls** 231:5
**role** 263:8,17
265:7,13
**room** 254:9
**route** 302:20
**rpr** 231:20
**rules** 235:4
285:22 343:5
**rush** 313:11

**s**

**s** 233:1,12
235:8
**s4** 360:10,17
361:9,13 362:2
363:15,16,20

**s5** 363:13
**s8** 364:25
365:15,23
366:1 382:1,1
382:3,17
**sales** 231:5
**sanctimonious**
343:12
**sandler** 355:3
**save** 297:18
393:10
**saw** 319:14
380:19 382:16
382:16
**saying** 246:20
248:7 260:20
263:9 296:21
296:24 300:7
308:19 324:16
327:11 335:10
345:3 349:7,12
365:9 379:20
384:25 385:1
**says** 243:13,24
244:19 245:23
249:21 251:6
254:1,12
285:22 292:25
294:14 298:1,3
301:1 302:12
310:22 313:14
313:15 319:9
323:24 324:5,6
329:8 344:15
346:5,10

356:19 364:12
366:23 368:3
368:24 381:23
383:22 384:5
**scan** 236:12
**schildkraut**
321:18,22
322:3 353:21
369:15
**science** 253:10
**scientific**
278:12,20,25
310:13
**scientist** 310:12
352:4
**scientists**
279:18 375:16
**scratch** 340:1
**screen** 242:4
247:17 260:7
275:6,14 276:9
276:14 297:8
298:24 299:2
301:11 304:13
312:11 316:12
316:15 320:4
349:20 354:6
359:4 360:23
362:21,23
366:11
**scroll** 356:18
359:19
**scrolling**
367:15

**searched**
245:23,25
246:10,13
**searching**
264:20
**second** 238:4
242:7 249:3
260:13 272:16
300:25 342:24
357:9 383:18
**section** 256:19
348:24 353:19
372:7
**see** 237:13
243:20 244:2
244:19,22,25
245:7,24
246:10 250:5
250:13 263:14
264:2,23
268:21 275:3
275:21,22
277:19 293:3
295:9 297:6,12
298:1,3,7
302:6 309:18
310:10,18,22
312:22 313:13
318:12 319:22
321:16 322:14
323:16 324:9
330:8 346:19
352:15 354:14
357:25 358:7
359:7 360:2

**[see - society]**

365:9 366:20
366:24 367:25
368:23,25
372:7 375:17
390:23 391:11
**seeing** 242:17
**seen** 241:25
244:12 249:6,8
255:20,20
257:13 310:7
326:18 354:23
355:10 361:6,7
366:12
**send** 248:10,22
322:6,7 346:23
348:25
**sending** 244:12
**sensitive**
234:16 355:1
**sent** 248:10,18
259:5
**sentence**
253:23,25
254:1,12,24
256:12,16,17
256:19 276:9
368:24 383:21
383:24
**separately**
373:19
**september**
316:20 317:24
**serious** 256:7
**seriously**
378:25

**serous** 277:4
351:2 371:11
**services** 231:24
**sets** 269:1
**setting** 242:20
**several** 373:10
**severe** 321:1
**severely** 315:15
**sgo** 238:3
244:20,20
245:5 246:6,11
246:15 257:21
**shake** 378:23
**share** 245:5
258:14,15
**shared** 381:17
**sharing** 242:6
366:16
**shaving** 359:9
**sheet** 393:1,12
394:1 395:1
**shook** 380:21
**short** 280:2
298:21
**shorter** 341:17
**show** 237:22
240:21 283:21
307:22 320:11
329:21 330:1
351:17 352:25
380:21 381:6
**showed** 239:19
318:24 336:20
350:15 354:9
382:5 383:7

**showing** 314:3
334:2 363:9
**shown** 293:10
319:23
**shows** 318:13
333:22 358:21
359:2,3,8,14
361:4 363:17
382:8 386:25
**sic** 378:19
**side** 368:22
**sign** 391:19
**signature**
392:16 394:22
395:23
**signed** 393:15
**significance**
296:14
**significant**
250:20 318:14
320:6 350:19
350:23 351:7,8
354:13 359:15
360:4,6,7
366:5,7 389:8
390:21 391:4
**significantly**
250:14,17
383:8
**similar** 246:6
**simple** 323:19
**simpler** 284:5
**single** 358:21
359:2

**sister** 234:17
355:2 379:15
379:25
**sit** 238:18
**sitting** 280:5
305:8,10,13
306:21 307:3
322:10 332:17
332:22 333:14
**situation**
352:11
**six** 293:1,6
**skadden**
232:15
**skadden.com**
232:18,18
**skim** 295:8
355:24
**skimmed** 356:7
**slate** 232:15
**slight** 320:24
320:25
**slightly** 266:21
270:7 271:10
271:17 319:24
320:17,20
376:18
**slow** 358:24
**smoking**
255:17
**smoother**
349:14
**society** 233:16
246:25 247:1,3
247:15 249:11

**[society - studies]**                                                    Page 38

249:14 251:6
253:18 257:19
281:22 282:21
283:6
**sogc** 245:23,25
246:1,3
**solid** 316:25
317:2
**somebody**
254:7 308:21
**sorry** 238:4,7
239:11 248:9
254:5 259:1
260:19 261:23
261:24 279:21
289:13 291:20
294:16,19
295:18 299:23
301:22 305:16
306:25 307:15
311:19,22
313:3 324:14
324:15 325:6
326:24 334:5
334:17,19
338:14,14
339:4 350:20
358:22 365:3,7
367:21 377:7
380:5 381:18
382:14,15
384:14
**sort** 267:19,20
269:9 358:18
376:16 380:9

**sorts** 334:20
**sounds** 236:13
238:23,25
**source** 249:15
329:15
**space** 324:6
**spare** 264:16
**speak** 367:10
**speaking** 264:6
279:3 358:22
**specialists**
374:4
**specific** 253:4
258:25 262:18
264:5,7 265:6
290:9 294:9
327:12,15,22
328:24 336:22
344:21 374:2
374:15
**specifically**
250:11 286:15
289:10 322:25
330:5 333:24
333:25 340:8
354:9 359:17
372:6 388:4
**specifics**
279:23 325:7
330:21
**speculation**
244:15
**speeches** 240:5
**spoken** 280:22
281:2 286:3

304:19,21,22
326:14 355:17
**spread** 302:20
**spreadsheet**
234:20
**squabbles**
300:13
**stack** 389:11
**stand** 262:11
372:10 376:1
**stands** 318:21
319:12
**start** 263:11,13
267:20 288:17
308:1 327:12
329:22 370:11
375:2,17
**started** 347:21
**starting** 263:10
380:8
**starts** 280:3
**state** 263:20
324:14,14
390:19 392:3
392:19
**stated** 392:6
**statement**
245:24 251:9
254:17,18
255:9,19 256:2
256:10 257:23
268:7,10
301:13 313:18
372:16 374:20

**statements**
240:5
**states** 231:1
243:17 367:1
**statistically**
318:14 350:23
351:7 359:14
360:4,6,7
366:5,7 389:8
390:20 391:4
**statistics** 250:7
267:24
**stay** 343:4
**stenographic...**
392:9
**steps** 267:12
**stick** 290:25
333:17
**stop** 280:8,8
312:12,19
353:4 379:5
**stopping**
280:19
**stops** 280:4
**story** 296:23
**street** 232:5,10
**strike** 370:11
**studies** 253:13
253:14 290:7
290:20 307:12
307:16,21,24
308:3 321:18
328:8 329:14
329:16 352:24
369:9,23 370:2

[studies - talc]                                                    Page 39

370:5,21 371:4
371:14 386:6,8
387:10,16,16
390:9,13
**study** 234:17
267:24 290:2,4
350:15 351:16
351:21 355:2
356:19 357:5
357:19 358:3
366:4 367:23
368:5,9 369:16
379:15,25
380:3,6,8
382:15,22,25
385:15,17,19
386:2,22 387:2
387:7
**stuff** 273:19
**subject** 233:14
**submitted**
239:22 260:22
310:3,6
**subsection**
367:24
**subsequent**
326:12 347:10
**substantial**
287:3 293:2
306:2
**subtype** 255:18
329:23 371:1,2
371:7
**subtypes** 234:4
255:8,11,11

**sufficient**
274:18,24
**suggesting**
274:7
**suggests** 256:5
315:13
**suite** 232:10
**supplemental**
234:19 360:18
365:24
**support** 256:13
264:24 302:18
321:22 341:22
342:18
**supported**
290:2
**supports**
255:21 290:21
342:2 344:5
**supposed** 324:8
386:9
**sure** 238:11
242:11 246:1
247:2,9 250:10
251:11 258:17
258:18 260:9
270:20 275:1,4
275:5,24
278:17 279:14
280:7 281:10
286:8 290:10
296:8,18
307:19 310:18
311:5 319:11
325:13 342:21

344:12 348:23
350:14 352:9
352:15 356:1
357:1 358:8
361:14 382:11
**surprised**
250:13
**susan** 271:3
**sworn** 235:11
392:7
**syndrome**
252:3
**synergics** 377:6
**synergism**
377:16 389:4
**synergistic**
376:14,16
385:9 386:9,13
387:18,22
**synergistically**
274:8 376:10
377:11
**synergize**
376:24
**systematic**
234:7

| t |
| --- |

**t** 233:1,1,12
**table** 316:12
320:16 332:4
333:1,17,20
337:16 359:16
360:10,15,16
361:9,13,17,25
362:1,1,20,23

363:13,14,15
363:16 364:5
364:24,25
366:1 382:1,1
382:3 383:7,9
384:10,11,18
391:11
**tables** 363:15
365:24
**take** 246:21
267:12 271:21
280:2,18
282:25 302:11
313:1 315:24
348:14 351:22
365:13 367:22
**taken** 231:15
235:3 241:20
242:23 243:7
249:4 280:20
324:24 331:25
356:3 389:21
392:5 393:9
**talc** 234:6
240:1,12 245:6
245:25 246:12
252:6,14,24
256:14 257:19
257:22,24
258:2 269:21
270:11 272:1
274:7,17,24
276:25 283:13
283:25 284:12
298:2,4,8

301:1,15 302:9
302:17,24
305:3,9,11,14
306:17 321:20
321:22 326:18
327:7,20 332:5
332:24 333:15
334:4 336:11
340:3,12,13,25
359:10,10,10
360:5,5 364:22
367:8 368:10
369:24 370:13
377:3,12,13
385:8,20
386:10,14,17
386:25 387:1
388:1 389:1,3
389:17 391:1,5
**talcum** 231:4
233:15 235:18
246:15 251:1
253:5 269:19
270:9 271:24
286:25 290:2
290:21 302:20
305:24 306:1
307:12,13,22
309:16 328:7
329:6 330:15
332:12 333:6
335:15 339:21
340:20,22
345:2,6,18
346:1 347:2

370:17 371:14
382:17 387:19
393:4
**talk** 269:13
297:21 307:13
307:16 325:23
328:20 334:20
334:22 353:22
354:2 371:5
**talked** 261:13
269:23 286:21
329:18 378:12
382:17
**talking** 243:15
253:21 258:10
261:6,7 263:2
263:4 268:17
289:3,5,10,11
290:12 296:19
329:11,12,16
333:18 334:21
335:6,13 342:8
347:21 350:20
353:3 361:16
375:6 378:9
382:3 383:24
388:4
**talks** 333:25
337:5,16
352:18 383:22
**tall** 254:23,25
**tamara** 233:25
**taylor** 231:20
355:3 392:2,18

**team** 260:24
**technical** 280:4
**tell** 266:12,16
267:4,8 279:14
294:14 295:2
375:16 378:24
**telling** 327:25
**temporality**
372:6
**ten** 277:9,12
279:16 286:12
289:16 293:10
318:4 337:11
375:15 390:22
390:25
**term** 260:19
272:19 296:18
298:21 327:17
332:5 364:20
369:19 370:13
370:14,17,22
370:24 371:5
371:17 374:5
**terms** 253:5
279:6 286:4
320:24 336:20
376:15
**terry** 290:2,6
290:16,19,24
290:25 291:7
291:15 292:1,7
292:9 353:21
**testament**
332:6

**testified** 235:12
274:23 283:11
284:14 290:1
292:1,25
299:12 309:2
331:6,9,11
341:4,6 342:3
342:25 343:5
381:4 383:11
385:8
**testify** 266:12
266:13 287:16
287:17 342:13
370:16 378:19
379:8,14,18
380:22 392:7
**testifying**
290:16 342:12
353:5
**testimony**
237:4,9 253:2
275:4 283:4,8
286:24,25
295:13 309:3
315:19 318:3
318:15,21
319:10,12
321:8 328:16
329:2 330:18
337:13 343:23
345:21 372:17
375:12,25
376:1,4 381:2
383:16 385:10
392:8,10

[testing - today]                                          Page 41

| | | | |
|---|---|---|---|
| **testing** 265:19 | **think** 238:6 | 378:22 380:2 | 281:14 283:21 |
| 265:19,25 | 239:10,12 | 380:24 381:9 | 283:21 290:5 |
| 266:4,17,20,25 | 247:13 249:8 | 382:4 383:12 | 296:20 300:9 |
| 267:2,4,5 | 250:9,12 253:2 | 385:17,18 | 302:11 309:19 |
| 279:25 280:12 | 257:12,18,21 | 386:5,22 390:3 | 313:14 319:15 |
| 310:6 | 258:1,1 259:5 | 390:10,14,17 | 325:14 327:15 |
| **textbook** | 259:11 261:12 | **third** 348:6 | 327:21 335:16 |
| 268:20 | 265:24,25 | **thirds** 357:3 | 338:9 345:23 |
| **thank** 248:8 | 267:17 268:1 | **thoroughly** | 345:24 348:23 |
| 279:2 290:25 | 268:16 272:20 | 380:2 | 349:2 358:12 |
| 350:5 363:19 | 273:20 275:7 | **thought** 235:23 | 361:18 380:13 |
| 364:7 365:13 | 276:7 278:7,8 | 238:5 260:23 | 383:1 391:21 |
| 370:9 377:19 | 279:20,22,24 | 270:13 322:20 | 392:5,8,11 |
| 377:24 381:25 | 284:3 285:4 | 324:18 329:4 | **times** 243:2,10 |
| 389:24 | 290:25 296:21 | 337:20 382:1 | 383:11 |
| **thanks** 248:16 | 296:25 298:18 | **thousand** | **tissue** 298:5,8 |
| **therapy** 250:2 | 299:12 303:3 | 314:10 | 298:11 301:15 |
| 255:5,7 282:15 | 308:11 309:24 | **three** 237:3 | 301:18,19 |
| 282:17 283:2 | 310:16 311:16 | 239:10,12 | **tissues** 302:21 |
| 292:25 293:1,6 | 314:21 316:24 | 264:13,21 | **title** 299:3 |
| 293:15,21 | 317:2 321:21 | 265:6,8,13 | **titles** 295:9 |
| 294:7,8 | 323:2,7 325:12 | 267:23 299:12 | **today** 235:21 |
| **thereof** 392:13 | 329:3,18 330:4 | 327:7,23 | 236:16,21 |
| **thing** 286:6 | 331:11,17 | 328:25 329:6 | 245:9,19 |
| 314:22 335:10 | 332:25 334:17 | 340:5,13 | 265:20 266:5 |
| 348:13 362:24 | 344:20 348:2 | 341:24 344:16 | 266:18 267:5 |
| 376:20 380:1 | 349:12 355:13 | 366:2,7 370:7 | 280:16 283:5 |
| **things** 240:8 | 355:16,22,25 | **tied** 293:15 | 283:23 286:10 |
| 260:18 286:16 | 356:9,21 | 337:18 338:9 | 287:16 294:6 |
| 286:21 289:1 | 357:21 358:4 | 338:12 339:12 | 297:15 305:8 |
| 295:20 310:17 | 358:17 361:19 | 339:22 340:5 | 305:10,13 |
| 317:5 346:22 | 367:15 368:3 | **time** 236:22 | 318:15 319:14 |
| 350:1 374:11 | 369:3 370:1,22 | 241:7 242:8,19 | 322:4,10,11 |
| 375:17 376:10 | 373:1 374:22 | 261:6 265:25 | 332:17,22 |
| 376:23 377:11 | 376:11,18,23 | 271:12,20 | 333:14 334:15 |

**[today - underestimate]**

343:2 346:22
364:20 366:12
372:17 376:4
378:12
**today's** 279:24
280:12
**together**
260:15,21,24
351:9 374:20
376:7,8 377:3
382:5 384:23
**told** 281:19
294:5
**took** 333:21
382:4
**tool** 357:10
**top** 322:11
335:4 375:22
376:20
**topic** 271:16
272:21 295:15
306:9 341:11
**topics** 270:25
272:24
**total** 301:5
303:9 369:10
**totality** 310:13
352:6 370:5
**towards** 360:8
**tract** 336:17
**trangle** 232:16
242:5,17,20
247:20 248:9
248:14,17,22
258:7,14,18

259:1,4,18
260:1,8,11
275:9,22,25
292:17,20
298:18 304:12
311:16,18,22
316:14 338:16
338:18,22
348:5,12,19
355:6 357:9
360:11,18
361:1 362:13
363:8,13
381:16 383:18
**transcribed**
392:9
**transcript**
233:19 270:17
325:8 392:6
393:8
**treat** 269:2
**treating** 281:4
304:23 326:15
**treatise** 268:20
**treatment**
269:4 285:15
326:13
**trend** 249:24
250:23
**trends** 249:21
**trial** 308:23
309:23 325:5
342:12
**trouble** 314:20

**true** 245:9,19
312:14 335:24
369:15 392:10
393:10
**truth** 392:7,7,7
**try** 267:18
292:7 375:3
**trying** 247:5
254:16 258:16
263:7 264:15
264:23 265:5
271:12 289:13
300:14 313:3
313:13 322:17
328:1,2 361:3
382:6
**tubal** 257:8
336:13,19
337:4,5,11
338:3 342:9
**tube** 255:25
**tubes** 337:18
337:21,24
338:6,8,9,12
339:12,22
340:4
**turn** 251:4
292:15 297:19
310:21 312:5
348:9 350:6
364:25 375:9
**turned** 238:5,6
**turning** 366:10
**turns** 332:20

**two** 239:14
257:13 260:25
267:23 271:1
285:12 301:1
322:2 344:11
350:1 357:3
363:14 377:11
377:16 388:16
**typed** 261:1
392:9
**typographical**
324:4,7,11,17
324:19
**typos** 237:14
237:15

**u**

**u.s.** 234:17
355:2
**uh** 264:10
307:10 339:7
351:25 358:17
**ultimately**
289:20 375:23
**unclear** 262:22
278:25 353:8
**under** 238:25
249:20 266:17
359:10 360:5
364:22 366:2
393:6,7,14
**underarm**
365:3
**underestimate**
361:20

[underestimated - want]                                                    Page 43

| | | | |
|---|---|---|---|
| **underestimated** | **university** | 370:17,22,24 | 348:20,20 |
| 314:16 | 241:9 | 371:5,18 374:5 | 349:4,13,24,25 |
| **underneath** | **unquote** 330:15 | 376:15 377:2,3 | 350:4 |
| 359:22 | **unspecified** | 377:11,12 | **versus** 272:19 |
| **understand** | 387:6 | 380:8 391:5 | 292:9 |
| 244:10 247:4 | **updated** 258:11 | **used** 268:13 | **videoconfere...** |
| 249:2 254:16 | 304:7 324:21 | 287:1 293:1,5 | 231:12 235:2 |
| 263:7,16,18,24 | 326:4,6,11 | 293:10 296:18 | **view** 293:14 |
| 265:5 271:2 | **updating** 373:3 | 305:24 324:12 | **views** 294:6 |
| 278:17 286:24 | **use** 234:6,10,14 | 324:18 325:3 | **virtually** |
| 289:14,23 | 249:25 250:2 | 329:6 345:18 | 231:15 |
| 290:10 308:23 | 252:6,14,24 | 370:25 374:1 | **visit** 281:13 |
| 325:3 327:14 | 255:4,25 256:6 | **useful** 235:23 | **visits** 373:8,13 |
| 335:20 339:24 | 259:2 269:21 | **users** 370:13,14 | **voice** 238:22 |
| 350:14 353:14 | 270:11 271:17 | **uses** 269:19 | **volume** 231:14 |
| 353:16 358:2 | 272:1 282:1 | 270:9 271:23 | 233:21 |
| 361:11 376:12 | 283:6,13,25 | **using** 272:18 | **vulva** 302:19 |
| 385:10 | 284:12 290:3 | 307:11 328:7 | **w** |
| **understanding** | 293:20 306:17 | 364:20 365:6,7 | **wait** 242:2 |
| 270:13,16 | 321:20 323:11 | **usually** 242:20 | 297:11 312:23 |
| 278:13,21 | 327:6,7,17,18 | 249:17 | **want** 236:17 |
| 279:6 282:13 | 327:20 329:8 | **uterine** 363:2 | 237:9 240:8,21 |
| 293:7 294:12 | 330:3,15 332:5 | **uterus** 257:16 | 258:8 259:6 |
| 309:20 346:7 | 332:12,24 | 357:22 | 262:19 267:15 |
| 385:12 393:13 | 333:6 334:4,21 | **v** | 275:1,6 285:15 |
| **understood** | 334:24 336:11 | | 293:20 299:2 |
| 237:16 | 340:3,12,13 | **vaginal** 359:10 | 300:12 301:25 |
| **undertaken** | 351:6,18,18,19 | 360:5 364:22 | 307:13,16 |
| 253:13 295:21 | 354:12,25 | 365:4 | 313:24 325:13 |
| **unfair** 284:21 | 356:20 357:10 | **vague** 262:18 | 338:22 342:10 |
| 362:3 | 357:20,23 | 278:3,16 | 342:13 347:4 |
| **unfortunately** | 358:12 359:25 | 336:22 353:6 | 348:9 349:1,2 |
| 314:11 | 367:2,6,8,25 | **vary** 334:23 | 349:21 355:23 |
| **united** 231:1 | 368:7 369:6,7 | **verify** 240:20 | 360:11 365:15 |
| | 369:19,24 | **version** 259:19 | 367:22 374:23 |
| | | 348:13,16,16 | |

**[want - women]**                                                    Page 44

| | | | |
|---|---|---|---|
| 378:15 | **weigh**  269:6 | 266:6,9,12 | 347:17 349:15 |
| **wanted**  287:7 | 350:12 | 267:7 268:9,16 | 350:4,25 352:8 |
| 288:15 289:24 | **weighed**  382:12 | 269:17,23 | 353:13 355:5 |
| 297:21,23 | **weight**  255:7 | 270:4 272:3 | 356:25 357:5 |
| 328:14,24 | 255:12 256:12 | 273:23 274:3 | 357:13 359:21 |
| 338:2 349:16 | 267:19 | 274:15 276:10 | 364:4,13 |
| 356:16 358:13 | **welcome** | 276:12 278:4 | 365:11 378:8 |
| 365:24 366:8 | 293:22 314:4 | 278:17 279:5 | 378:24 379:11 |
| 390:2 | 317:6 347:6 | 279:13 280:15 | 382:24 384:3 |
| **waste**  271:12 | 349:22 | 280:25 282:6 | 384:15 385:12 |
| **wasted**  271:20 | **went**  238:8 | 282:24 283:9 | 385:22 386:5 |
| **water**  238:25 | 270:16 271:7 | 283:18 286:15 | 386:17 387:9 |
| **way**  236:10 | 314:17 328:22 | 288:21 291:7 | 388:3 391:7 |
| 238:17,24 | 343:13 | 292:3,12 | 392:13 |
| 278:14,23 | **wentzensen** | 297:12 299:25 | **woman**  269:4,7 |
| 284:4,6,20 | 355:18 | 300:24 302:5 | 269:19 270:9 |
| 303:4 335:17 | **west**  232:16 | 303:3,16,23 | 271:23 272:9 |
| 356:7 357:3 | **white**  350:17 | 306:8,19,25 | 273:2 |
| 362:3,9,11 | 355:4 | 307:7,21 | **woman's** |
| 363:10 376:14 | **wide**  234:17 | 309:23 310:16 | 268:14,23 |
| 383:6 389:24 | 355:2 | 313:1,13 314:6 | 269:9,10,15 |
| **we've**  268:17 | **willing**  363:5 | 314:13 315:3 | 274:18,25 |
| 271:19 273:19 | **wish**  273:17 | 315:11,24 | 277:1 |
| 273:20 280:2,3 | 371:8 | 316:9 319:20 | **women**  234:12 |
| 280:4 286:21 | **witness**  238:18 | 320:16 321:10 | 251:10,13,14 |
| 289:3 329:18 | 239:7 242:14 | 324:2 327:5 | 251:17,20,23 |
| 335:5 | 243:25 244:5,7 | 328:17 329:3 | 252:2,6,14,22 |
| **weak**  320:24 | 244:8,12,16,25 | 330:19 332:15 | 252:24 253:5 |
| 357:16 | 245:13 246:18 | 333:9 334:9,19 | 272:18 282:15 |
| **website**  245:24 | 249:17 250:16 | 335:13,24 | 282:25 327:8 |
| 245:25 246:2 | 250:22 252:17 | 336:4 337:15 | 327:20,24 |
| **week**  237:8 | 253:4,12 | 339:4,11,20 | 328:7,7 329:6 |
| 258:11 384:16 | 256:22 260:9 | 340:7,16 | 329:6 336:18 |
| **weeks**  239:14 | 263:1 264:1 | 344:20 345:10 | 337:21,23 |
| | 265:16,23 | 345:22 347:7 | 338:6 340:4,13 |

**[women - zurbenko]**                                                    Page 45

| | x | yesterday |
|---|---|---|
345:5,13,17 | **x**   233:12 | 237:1,17,22

345:5,13,17
350:17,17,18
350:22 351:6
367:8 370:13
373:15,25
374:12 380:13
380:16
**women's**
335:16
**wondering**
290:6 323:24
**woolen**  329:13
329:17,20,21
337:20 353:25
**word**   382:12
**words**   268:6
271:17 315:15
**work**   239:25
276:25 369:12
376:7,8,10
**worked**   292:21
**working**
247:23 377:3
377:11
**works**   274:7
**world**   344:9
**write**   295:11
300:17
**written**   281:12
**wrong**   257:19
257:21 258:2
297:22 308:19
363:10 385:18
**wrote**   296:4
322:12,25

**x**

**x**   233:12

**y**

**yale**   281:13
**yeah**   238:1
239:3 248:2,9
258:16 260:8
272:17 275:13
309:9 317:22
318:5 325:19
354:8 358:11
360:13 362:8
363:8 365:4
366:21 368:12
372:25 377:5
380:1 381:16
388:6
**year**   249:22,23
250:19 251:1
342:7 344:11
380:7,9,12
**years**   279:16
287:2,2 293:1
293:6,11 302:3
328:13 338:11
339:16,17,20
341:3,15,17,19
342:9 344:7,12
344:23 345:5,7
345:16,19
346:2,5,11
372:18 381:21
381:24
**yellow**   354:10
383:21

**yesterday**
237:1,17,22
271:3 375:13
**york**   232:17,17
**young**   356:23

**z**

**zahn**   240:22,25
241:1,11,24
243:1,17,22
244:4 245:2,23
258:1
**zahn's**   243:9
**zoom**   235:6
259:19 367:17
374:14
**zurbenko**
372:15

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

Exhibit 22



REVIEW ARTICLE
published: 13 May 2014
doi: 10.3389/fonc.2014.00104

# The role of the tumor stroma in ovarian cancer

## Ben Davidson[1,2]*, Claes G. Trope[2,3] and Reuven Reich[4]

[1] Department of Pathology, Oslo University Hospital, Norwegian Radium Hospital, Oslo, Norway
[2] University of Oslo, Faculty of Medicine, Institute of Clinical Medicine, Oslo, Norway
[3] Department of Gynecologic Oncology, Oslo University Hospital, Norwegian Radium Hospital, Oslo, Norway
[4] Institute of Drug Research, School of Pharmacy, Faculty of Medicine, The Hebrew University of Jerusalem, Jerusalem, Israel

**Edited by:**
Nicolas Wentzensen, National Cancer Institute, USA

**Reviewed by:**
Ie-Ming Shih, Johns Hopkins Medical Institutions, USA
Elise Kohn, National Cancer Institute, USA

**\*Correspondence:**
Ben Davidson, Department of Pathology, Oslo University Hospital, Norwegian Radium Hospital, Montebello, Oslo N-0424, Norway
e-mail: bend@medisin.uio.no

The tumor microenvironment, consisting of stromal myofibroblasts, endothelial cells, and leukocytes, is growingly perceived to be a major contributor to the pathogenesis and disease progression in practically all cancer types. Stromal myofibroblasts produce angiogenic factors, proteases, growth factors, immune response-modulating proteins, anti-apoptotic proteins, and signaling molecules, and express surface receptors and respond to stimuli initiated in the tumor cells to establish a bi-directional communication network in the microenvironment to promote tumor cell invasion and metastasis. Many of these molecules are candidates for targeted therapy and the cancer stroma has been recently regarded as target for biological intervention. This review provides an overview of the biology and clinical role of the stroma in ovarian cancer.

**Keywords: ovarian carcinoma, stromal myofibroblasts, metastasis, tumor progression, prognosis**

## INTRODUCTION

Cancer is characterized by uncontrolled cell growth due to the combined effect of growth-promoting and cell death-suppressing signaling. Tumor growth and progression in carcinomas characteristically involves a pre-invasive phase, followed by invasion of the surrounding stroma, entry into blood and lymphatic vessels, and metastasis. It is growingly perceived that all these phases require cross-talk between tumor cells and their microenvironment, which consists of immune system effectors, endothelial cells, and stromal myofibroblasts. The latter cell population, often referred to as cancer-associated fibroblasts (CAF), has a particularly important role in tumor biology, due to its ability to dynamically modify the composition of the extracellular matrix (ECM), thereby facilitating invasion and subsequent metastatic colonization, and to produce and secrete tumor-promoting factors (1–3). This has impacted on the development of therapeutic strategies designed at targeting stromal myofibroblasts in cancer (4).

Ovarian cancer, the most lethal gynecologic malignancy (5), is a heterogeneous group of malignant tumors, of which ovarian carcinoma (OC) is the most common one. The common histological types of OC – serous, endometrioid, clear cell, and mucinous carcinoma, are distinct morphological entities that are growingly perceived to be of different etiology, with unique genetic and phenotypic characteristics and different clinical behavior, including response to chemotherapy (6). OC patients are diagnosed with advanced-stage disease in the majority of cases, and despite aggressive surgery combined with platinum-based chemotherapy often succumb to their disease, primarily due to chemoresistance in recurrent tumors (7).

As in other cancers, the OC stroma produces and expresses myriad molecules relevant for tumor biology, and the mere presence of a large stroma component in OC was reported to be associated with poor survival in advanced-stage disease (8). This

review summarizes current data regarding the expression and clinical relevance of molecules related to the cancer microenvironment in OC stromal cells. Data related to the immune system or to the tumor vasculature are not discussed. Studies of areas which remain controversial, such as the role of mesenchymal stem cells in OC biology, are similarly not the focus of this paper.

## PROTEASES

Proteases are critical mediators of invasion and metastasis and are the cancer-associated molecules which have been most frequently studied in the OC stroma. Studies have predominantly focused on the matrix metalloproteinase (MMP) family, but a significant number of papers have focused on urinary-type plasminogen activator and cathepsin D.

Matrix metalloproteinases are a family of at least 23 membrane-bound (MT-MMP) or secreted zinc-dependent endopeptidases involved in invasion, tumor growth, inflammation, and angiogenesis. MMP family members share several domains, including a signal peptide required for secretion, a propeptide which keeps the enzyme latent, catalytic domain, and hemopexin-like domain, the latter required for binding tissue inhibitors of metalloproteinases (TIMP) and MMP activation. MMP-2 (Gelatinase A, 72 kDa type IV collagenase) and MMP-9 (Gelatinase B, 92 kDa type IV collagenase) additionally contain a collagen-binding area adjacent to their catalytic domain. In addition to ECM molecules, MMP substrates include proteases (other MMPs, plasminogen), growth factors (transforming growth factor; TGF), tyrosine kinase receptors (epidermal growth factor receptor, fibroblast growth factor receptor; EGFR, FGFR1), adhesion molecules (CD44, E-cadherin, αV integrin), chemokines, and the metastasis inhibitor KISS-1. MMPs are negatively regulated by various proteins, including TIMP-1–4, α2 macroglobulins, thrombospondins, and RECK. However, MMP-2

activation requires the formation of a complex with TIMP-2 and MT1-MMP (MMP-14) (9–11).

Collagen I and an anti-β1 integrin antibody induced activation of proMMP-2 in OC-derived fibroblasts *in vitro* (12). OC cell lines implanted in the peritoneal cavity of mice lacking the MMP-9 gene had fewer and smaller tumors than cells injected into mice with wild-type MMP-9 (13). MMP-2, MMP-9, MT1-MMP, and MT2-MMP were detected in the mouse stroma in animals inoculated with OC cells, but only MMP-2 and MT1-MMP levels were increased compared to normal mouse ovaries. Stromal expression of these molecules was unrelated to metastasis, the latter being rather related to tumor MT1-MMP levels (14).

The presence of stromal MMP-1, MMP-2, MMP-9, MT1-MMP, and TIMP-2 mRNA and/or protein has been shown in multiple studies of clinical OC specimens (15–35). However, the clinical significance of MMP and TIMP expression in the OC stroma remains controversial. In analysis of 90 primary OC, MMP-2, MMP-9, and MT1-MMP protein expression in stromal cells by immunohistochemistry (IHC) was significantly related to advanced-stage disease and poor disease-specific survival (DSS). Stromal MMP-9 and MT1-MMP were independent prognosticators in multivariate analysis (28). Higher stromal MMP-9 protein expression was similarly related to poor DSS in univariate, though not multivariate, analysis in another study (31). Stromal MMP-2 protein expression was related to shorter overall and disease-free survival (OS, DFS) in endometrioid, but not in serous OC in a third report (27). In contrast, in a smaller study of 33 OC, absence of MMP-2 from the OC stroma was associated with more aggressive disease (20). TIMP-2 mRNA expression in stromal cells of both primary OC and OC metastases was associated with poor outcome in univariate analysis, whereas the presence of MT1-MMP mRNA in stromal cells in metastases correlated with significantly longer survival. The association between stromal TIMP-2 mRNA expression in primary carcinomas and poor survival retained its significance in a multivariate analysis. Stromal MMP-2 and MMP-9 mRNA expression in primary or metastatic disease was unrelated to survival (19). In contrast, stromal TIMP-2 protein expression was significantly related to better chemoresponse and longer progression-free survival (PFS) and OS in analysis of 43 tumors (33).

Stromal expression of MMP-2 (30–32, 34), MMP-7 (34), MMP-9 (34), MMP-11 (32), MT1-MMP (34), TIMP-1 (34), and TIMP-2 (34) proteins was unrelated to survival in several studies.

The glycoprotein extracellular matrix metalloproteinase inducer (EMMPRIN; CD147) is member of the immunoglobulin superfamily of adhesion molecules, which stimulates the synthesis of several MMPs and binds MMP-1 and integrins on the surface of tumor cells.

Extracellular matrix metalloproteinase inducer was detected in tumor cells in primary OC, solid metastases, and malignant effusions in OC, as well as in stromal cells and endothelial cells. In solid lesions, EMMPRIN mRNA by *in situ* hybridization (ISH) was significantly co-expressed with β1 integrin mRNA in stromal cells. In survival analysis, EMMPRIN protein expression in stromal and endothelial cells of primary carcinomas correlated with poor survival (36).

Extracellular matrix metalloproteinase inducer protein expression by immunofluorescence was found in both tumor and stromal cells in a study of 120 primary OC and 40 intraperitoneal metastases. The monocarboxylate transporters MCT1 and MCT4, reported to be associated with EMMPRIN expression and drug resistance, were additionally detected in these specimens (37).

Urokinase-type plasminogen activator (uPA) is a serine protease that is synthesized as a latent pro-enzyme and activated by several proteases, including plasmin, cathepsins B and L, and kallikreins (KLKs). uPA and its homolog tissue-type PA (tPA) cleave plasminogen to plasmin, thereby mediating degradation of fibrin and other ECM proteins and the activation of several MMPs, as well as growth factors such as basic fibroblast growth factor (bFGF), insulin-like growth factor (IGF), and TGF-β. The uPA receptor uPAR additionally binds ECM proteins and integrins. The plasminogen activator inhibitors PAI1 and PAI2 and the plasmin inhibitor α2 antiplasmin negatively regulate this system (38, 39).

Analysis of uPA mRNA and protein expression in 57 ovarian tumors and 8 abdominal metastases showed expression of uPA mRNA in epithelial cells in benign and borderline tumors, whereas poorly differentiated primary OC and metastases of different histological grade had predominantly stromal expression. In contrast, uPA protein expression was seen in both compartments (40). In another paper by this group, increased expression of uPA, uPAR, and PAI1 mRNA was found in poorly differentiated primary OC with solid growth pattern and in metastases compared to cystic, better differentiated tumors (41). Protein expression of uPA and uPAR, as well as several MMP members, was frequently seen in the OC stroma in both primary carcinomas and metastases, though uPA and uPAR were absent in the stroma of well-differentiated tumors (42). In a murine OC model, uPAR$^{-/-}$ mice lacking uPAR in host mesothelial cells had reduced tumor and ability to form peritoneal metastases, as well as reduced ascites formation and longer survival compared to uPAR$^{+/+}$ mice. In clinical specimens, higher stromal uPAR protein expression was seen in OC compared to normal ovaries, with higher expression associated with higher histological grade (43).

The ETS family of transcription factors regulates the transcription of a large number of cancer-associated molecules, including uPA, uPAR, MMP-7, and MMP-9, as well as the apoptosis inhibitor Survivin, the tumor suppressor Maspin, the cell cycle protein p21/CIP1, and Slug, mediator of epithelial-to-mesenchymal transition (EMT), thereby affecting many cellular processes, including angiogenesis, invasion and metastasis, and cell survival (44).

Ets-1 mRNA is co-expressed with MMP-1 and MMP-9 mRNA in the OC stroma (22). In analysis of 66 primary and metastatic OC from long-term and short-term survivors, Ets-1 mRNA was detected in stromal cells in 33% of cases using ISH (**Figure 1**), more often in tumors of short-term survivors, and was co-expressed with vascular endothelial growth factor (VEGF) mRNA. Ets-1 mRNA expression in both tumor and stromal cells was associated with poor survival in univariate analysis, and expression in stromal cells was an independent prognostic factor in a multivariate analysis (45).



**FIGURE 1 | Localization of mRNA of cancer-associated molecules to the ovarian carcinoma stroma**. OC stromal cells express mRNA of the Ets-1 transcription factor **(A)**, laminin receptors **(B,C)**, and the angiogenic factors IL-8 and bFGF **(D,E)**; **(F)** negative control. Tumor cells express Ets-1, IL-8, and bFGF (NBT-BCIP as chromogen, nuclear fast red as counterstain).

In another study of the same cohort, the expression of PEA3, another Ets family member, was assessed using ISH. PEA3 mRNA was detected in stromal cells in 89% of tumors, but strong expression was limited to the stroma of grade 2–3 tumors. PEA3 mRNA expression in stromal cells was significantly related to MMP-2 mRNA expression in carcinoma cells, whereas PEA3 expression in carcinoma cells was significantly related to mRNA expression of the β1 integrin subunit, bFGF, and EMMPRIN in stromal cells. PEA3 mRNA was detected significantly more often in both carcinoma and stromal cells in tumors of short-term survivors and PEA3 expression in stromal cells correlated with shorter DFS and OS in univariate and multivariate survival analysis (46).

The clinical role of cathepsins, another family of proteases, was investigated in several studies. The level of cathepsin D, a lysosomal aspartyl protease, measured by immunoradiometric assay in OC tissue homogenates, was unrelated to clinical parameters or survival, with similar results for protein expression in tumor and stromal cells by IHC (47). In a study limited to stage III tumors ($n = 185$), tumor cell cathepsin D expression was related to longer OS in univariate analysis, with no such role for stromal expression. However, combined epithelial and stromal expression was an independent prognostic factor in multivariate analysis (48). No association was found with PFS. In contrast, cathepsin D expression in stromal cells was an independent prognostic factor of longer DFS, but not OS, in IHC analysis of 80 OC, with no prognostic role observed for tumor cell expression (49).

Cathepsin B, a cysteine protease, and the cysteine protease inhibitor cystatin C were detected in OC cells and their stroma, and were absent in cystadenomas (50).

Tissue KLKs are a family of 15 serine proteases encoded by a single gene cluster located at chromosome 19q13.4. Analysis of KLK4 expression in 43 primary and 63 metastatic OC showed stromal KLK4 expression in 48/103 specimens, which was significantly higher in primary tumors compared to metastases, with no prognostic role for this protein (51).

## ECM PROTEINS AND THEIR RECEPTORS

The ECM composition in OC and its clinical relevance has been the subject of several studies.

Analysis of mRNA expression of the proα1(I) and proα2(I) chains of type I procollagen and of the proα1(III) chain of type I procollagen by ISH demonstrated their localization to the OC stroma, whereas expression was weaker or absent in the stroma of benign cysts. In poorly differentiated carcinomas ($n = 2$), signals were additionally detected in tumor cells (52). Differences in the density of collagen type I fibers were observed between cystadenomas, borderline tumors, and OC of different histological grade in another study (53). Oncofetal fibronectin was detected in the OC stroma, but not in endometriosis, suggesting this protein was selectively expressed by the tumor microenvironment (54). Fibulin-1, an estrogen-regulated calcium-binding and acidic ECM glycoprotein, was localized to the OC stroma, with strongest expression in proximity to tumor cells, and its mRNA was localized to the latter compartment. Staining increased from normal ovaries through benign and borderline tumors to OC, and was associated with progesterone receptor, but not estrogen receptor expression (55).

Analysis of the expression pattern of laminin γ2 chain in mucinous ovarian tumors with gastrointestinal differentiation by IHC showed basement membrane localization in adenomas, borderline tumors, intraepithelial carcinomas, and adenocarcinomas with expansile growth pattern, whereas expression was cytoplasmic or stromal in carcinomas growing with infiltrative pattern (56). Stromal expression of laminin-5 γ2 chain with concomitant presence of MT1-MMP on the tumor cell surface was reported in clear cell OC (57). Galectin-1, a laminin-binding protein regulating tumor cell proliferation and adhesion to matrix, was overexpressed in OC compared to normal ovaries and co-localized with laminin-1 and fibronectin. Its levels were increased in fibroblasts cultured with OC cells *in vitro* with effect on tumor cell proliferation and adhesion (58). Analysis of the expression of two laminin receptors, the 67-kDa laminin receptor precursor (LBP) and the α6 integrin subunit, in 41 primary OC and 75 solid metastases showed

mRNA expression by ISH in stromal cells in 68 and 20% of cases (**Figure 1**), respectively. No association with clinicopathologic parameters or outcome was found (59).

Analysis of additional integrin subunits in primary OC and solid metastases showed stromal expression of the $\beta1$ integrin subunit mRNA by ISH in 2 independent tumor series, whereas the $\alpha V$ subunit mRNA was found in the stroma in only one of the series. While tumor $\alpha V$ subunit mRNA expression was associated with poor survival in one of these studies, the presence of these subunits in stromal cells had no prognostic value (60, 61).

The mRNA expression of angiogenic cytokines and growth factors was analyzed in two studies. bFGF, interleukin-8 (IL-8), and VEGF mRNA was expressed in both tumor and stromal cells with no significant difference between primary carcinomas and metastases. bFGF was the most strongly and frequently expressed transcript in primary OC and in solid metastases in both series, with intermediate expression of IL-8 and low expression of VEGF (**Figure 1**). None of these factors was related to clinicopathologic parameters or disease outcome (62, 63). In another series, IL-8 mRNA expression was higher in tumor compared to stromal cells in OC specimens, whereas the protein was expressed in both compartments. IL-8 receptor B, but not A, was expressed in stromal cells (64). In a study of FGF-8 expression in OC, this cytokine was localized to tumor cells, whereas its receptors FGFR1, FGFR2, and FGFR4 were expressed by tumor cells, and to lesser extent, in stromal cells (65).

Hyaluronan (also termed hyaluronic acid or hyaluronate; HA), a large, linear, negatively charged polysaccharide with strong capacity to attract water, maintains tissue hydration and osmotic balance under normal condition. It additionally regulates cell adhesion, migration, apoptosis, and proliferation via interaction with specific cell surface receptors, which include the adhesion molecule CD44. HA has been shown to be involved in tumor progression of multiple cancers, through its effect on the above processes, as well as angiogenesis, invasion, and EMT (66).

HA is expressed in the stroma of both stage I and stage III OC, and its expression is increased in peritoneal metastases from patients with stage III disease compared to primary carcinomas (67). Analysis of 309 primary OC showed significant association between stromal HA expression and high histological grade, serous histology, advanced-stage and large residual disease volume, with no relationship to tumor cell CD44 expression. High stromal HA expression was further significantly related to poor relapse-free survival (RFS) and OS, and HA was more highly expressed in 45 patient-matched metastases additionally studied (68). Allelic imbalance at chromosome 3p21.3, a region harboring the hyaluronidase genes *HYAL1-3*, was found in microdissected tumor and stromal cells of borderline tumors and OC (69).

The unique stroma of clear cell OC was reported to contain both HA and collagen type IV, and these components were involved in its formation or modification (70, 71).

Proteoglycans, composed of a core protein to which glycosaminoglycan chains are attached, are a family of highly conserved macromolecules localized to the cellular membrane or the ECM. Proteoglycans are expressed by multiple cancers and mediate angiogenesis, tumor growth, invasion, and metastasis (72, 73).

Davies et al. analyzed the expression of syndecan-1–4, glypican-1, and perlecan in 147 ovarian specimens, including 115 OC, using IHC. Syndecan-1 was expressed in tumor and stromal cells of benign ovarian tumors, borderline tumors, and OC, with most intense staining in areas of invasion in OC, and was absent in normal ovaries. Syndecan-2 and -3 and glypican-1 were expressed in the stroma of all types of specimens, as was true for syndecan-4 in epithelial cells. Stromal perlecan expression was frequently seen in benign tissue and borderline tumors, but was lost in 67% of carcinomas. Stromal syndecan-1 expression was significantly associated with poor PFS and OS, though not independently (74).

In another study, stromal syndecan-1 and versican expression were associated with advanced-stage, serous histology, massive ascites, positive peritoneal cytology, and sub-optimal cytoreduction, as well as poor PFS and OS, though not independently (75). Ghosh et al. reported on overexpression of versican in OC compared to normal ovaries, as well as in advanced-stage compared to early-stage disease. Stromal versican expression was associated with higher microvessel counts, platinum resistance, and poor PFS and OS in univariate analysis (76). In another study, stromal versican expression was related to non-mucinous histology, advanced-stage, and reduced 5-year survival rate (77).

Decorin protein was reported to be expressed by the OC stroma, whereas tumor cells were negative, despite the presence of its mRNA in both cellular compartments (78). Periostin was overexpressed in the OC stroma compared to borderline and benign tumors and its presence in OC was associated with advanced-stage, disease recurrence, and poor OS, the latter also in multivariate analysis (79).

TGF-$\beta$ is a ubiquitous cytokine with a dual role as both growth suppressor and promoter, effects which are largely mediated by the stroma and immune system. TGF-$\beta$ acts predominantly as tumor promoter in several cancer types, including OC, and is consequently under consideration as a potential therapeutic target (80).

Comparative analysis of TGF-$\beta$1 and latent TGF-$\beta$1 binding protein 1 (LTBP-1) expression in serous and mucinous OC and adenomas showed strong stromal expression of these proteins limited to the former group (81). Transcriptome analysis of microdissected tumor and stromal cells from OC specimens and TGF-$\beta$-treated normal ovarian fibroblasts recently identified versican as an upregulated gene in CAF, and versican expression was upregulated by TGF-$\beta$, with resulting activation of the NF-$\kappa$B signaling pathway and increased levels of CD44, MMP-9, and the hyaluronan-mediated motility receptor (82). Chloride intracellular channel 4 (CLIC4) was shown to mediate conversion of fibroblasts to myofibroblasts following stimulation with TGF-$\beta$1 *in vitro* and was frequently expressed in the OC stroma (83). Expression of TGF-$\beta$ in the stroma of primary and recurrent OC was reported in another study (84).

Protein expression of the $\beta$A-subunit of activin A, member of the TGF-$\beta$ superfamily, which regulates migration and invasion during EMT, metastasis, and MMP expression, was increased in stromal cells from OC specimens compared to adenomas (85).

Stromal protein and mRNA expression of secreted protein, acidic and rich in cysteine (SPARC; a.k.a osteonectin), a

matricellular protein involved in angiogenesis and tumor invasion, was higher in OC compared to normal ovaries and borderline tumors. Tumor cells expressed SPARC protein, but not mRNA [86, 87].

Endothelins, mitogenic peptides with autocrine and paracrine effect, stimulated the growth of fibroblast cell lines isolated from ascites specimens of OC patients, and were found in both the tumor cell and stromal compartments in clinical specimens [88].

The platelet-derived growth factor receptors PDGFRα and PDGFRβ were expressed in stromal cells in 32 and 44% of OC in analysis of 170 tumors, but their expression was unrelated to clinical parameters or survival [89].

The granulin–epithelin precursor (GEP/progranulin/PC-cell-derived growth factor) is a 68-kDa secreted protein with several higher molecular weight forms due to glycosylation, most commonly of 88 kDa. GEP was shown to be a growth factor in OC [90]. Analysis of 189 solid OC specimens (64 primary OC, 125 metastases) showed GEP expression in stromal and endothelial cells 52 and 67% specimens, respectively. Stromal GEP expression was significantly lower in metastases sampled during or following chemotherapy compared to chemo-naïve tumors, and the presence of GEP-positive stromal cells in untreated primary tumors correlated with worse OS [91].

Insulin-like growth factor-1 was detected in the OC stroma, with strongest expression around vessels, with less frequent and weaker expression in tumor cells [92].

## TRANSCRIPTIONAL REGULATORS

HOX transcription factors constitute a large family of proteins that regulate embryogenesis and organogenesis via spatial cues, as well as by regulating apoptosis, proliferation, differentiation, motility, and angiogenesis. HOX members are differentially expressed in adult tissues and regulate the expression of cadherins, integrins, NCAM (CD56), and p53. Deregulation of HOX members has been shown in different cancers [93, 94].

HOXA7 was overexpressed in the tumor cell nuclei and in the stroma of clear cell OC compared to other OC histotypes, and expression was lowest in serous OC [95]. HOXA9 expression in OC cells induced normal peritoneal fibroblasts and adipose tissue- and bone marrow-derived mesenchymal cells to develop CAF features, a process shown to be mediated by TGF-β2 upregulation of CXCL12, IL-6, and VEGF-A [96]. HOXA10 expression in OSE cells stimulated interaction with the ECM proteins fibronectin and vitronectin, with omental mesothelial cells and fibroblasts [97].

DNA topoisomerase IIα (TOP2α), an enzyme involved in DNA replication, RNA transcription, chromosomal condensation, and mitotic chromatid separation, is the target of chemotherapeutic drugs such as etoposide and doxorubicin. Comparative analysis of primary and recurrent OC specimens showed reduced TOP2α expression in tumor cells in the latter group, whereas stromal expression was increased [98].

Vestigial like 3, a putative tumor suppressor, was expressed in high-grade serous OC cells, and to a lesser extent in stromal cells, in a series of 182 tumors, and higher stromal expression was associated with a trend for longer survival [99].

Nuclear expression of Snail1, one of the key regulators of EMT, was observed in tumor and stromal cells in 23 and 24% specimens, respectively, in a series of 74 OC. Snail1 expression was minimal in borderline tumors and absent in adenomas and normal ovaries. Snail1 tumor cell and stromal expression was unrelated to clinicopathologic parameters or survival [100].

Expression of two of four studied members of the CCAAT/enhancer binding protein (C/EBP) family of transcription factors, reported initially to regulate adipocyte proliferation and differentiation, was observed in the OC stroma, whereas all four proteins (C/EBP-α, -β, -δ, and -ζ) were expressed in tumor cells [101].

Nuclear expression of adrenal 4-binding protein/steroidogenic factor-1 (Ad4BP/SF-1) and dosage-sensitive sex reversal adrenal hypoplasia congenita critical region on the X chromosome gene 1 (DAX-1), nuclear receptor superfamily members involved in the regulation of steroidogenesis, was shown in stromal cells in OC. Enzymes involved in ovarian steroidogenesis, including steroidogenic acute regulatory protein (StAR), P450 side chain cleavage enzyme (P450scc), and 3-beta-hydroxysteroid dehydrogenase (3b-HSD) were detected in the stromal cell cytoplasm [102]. Stromal protein expression of PPAR-β, another nuclear receptor superfamily member, was reduced in OC compared to borderline tumors, benign tumors, and normal ovaries, whereas expression of its target protein 3-phosphoinositide-dependent protein kinase 1 (PDK1) was limited to epithelial cells and increased in OC [103].

## OTHER MOLECULES

Various molecules related to other biological pathways have been localized to the OC stroma and are discussed in this section.

### IMMUNE RESPONSE EFFECTORS

Several studies have investigated the expression of molecules related to the immune response in OC stromal cells. Proteins reported to be expressed by stromal cells include IL-11 receptor [104], the pro-inflammatory peptide LL-37 and its precursor human cationic antimicrobial protein-18 [hCAP-18; [105]], lymphotoxin-β receptor and the chemokine CXCL11 [106], and CD277 [107], as well as IL-6, COX-2, and CXCL1 [108]. The clinical role of these biomarkers in this cellular compartment remains to be established.

IL-1β was recently reported to suppress nuclear p53 expression in CAF. High IL-1β and its receptor IL-1R1 and low p53 expression in CAF were associated with poor OS. p53 knockdown in ovarian fibroblasts resulted in increased expression and secretion of IL-1β, IL-6, IL-8, VEGF, and growth-regulated oncogene-α (GRO-α) and increased tumor growth *in vivo* in a NF-κB-dependent manner [109]. Induction of senescence in fibroblasts by GRO-α was previously reported to mediate tumor promotion in a previous study by the same group [110].

Ribonuclease-2 (RNASET2), an extracellular RNase expressed in the OC stroma, was shown to mediate recruitment of macrophages to the tumor microenvironment and its silencing enhanced tumor growth of OVCAR-3 cells *in vivo*. Genes altered following *RNASET2* silencing were involved in pathways related to the immune response and cell adhesion [111].

### CELL CYCLE AND APOPTOSIS-RELATED PROTEINS

Protein expression of the cell cycle inhibitor p16 in stromal cells was reported to be associated with improved prognosis, whereas

the presence of this protein in tumor cells was a poor prognostic marker (112). Stromal expression of another cell cycle inhibitor, p27, was significantly reduced in OC compared to normal ovaries, as was the expression of lung resistance protein (LRP), a protein associated with multidrug resistance (MDR), whereas multidrug resistance protein (MRP) expression was not significantly different (113). Expression of tumor necrosis factor-related apoptosis-inducing ligand (TRAIL) and the death receptors DR4, DR5, and DcR1 was found in OC stromal cells (114). TRAIL was detected in the OC stroma in an additional study (115).

### VARIOUS MOLECULES

The RNA-binding protein HuR and COX-2 were expressed in the OC stroma in 24 and 7% of specimens in a study of mucinous OC, with no clinical role observed for expression in this cellular compartment (116). Analysis of proteins related to the prostaglandin synthesis pathway using IHC showed expression of COX-2, microsomal prostaglandin E synthase-I (mPGES-I), and the prostaglandin $E_2$ receptors $EP_1$ and $EP_2$ to the OC stroma, particularly in tumors of higher histological grade (117).

Expression of the α, β, and π sub-types of the detoxification enzyme glutathione *S*-transferase was observed in the stroma of OC specimens and different benign tumors (118).

Somatostatin and its receptors $sst_1$, $sst_2$, $sst_3$, and $sst_5$ were expressed with variable frequency in OC tumor cells and in their surrounding stroma, as well as in the stroma of different benign conditions. Somatostatin was significantly co-expressed with $sst_1$, $sst_2$, and $sst_5$ in the stromal compartment in analysis of the entire cohort (119).

The serotonin receptors 5-HT1A, 5-HTA2, 5-HT2B, and 5-HT4 were expressed, to variable extent, in the stroma of normal ovaries, benign ovarian tumors, borderline tumors, and OC specimens, with 5-HT2B being the most expressed receptor (120).

Retinoic acid receptor-α was found in stromal fibroblasts, tumor-infiltrating lymphocytes, and OC cells in analysis of 16 tumors of serous or mixed histology (121).

Neural endopeptidase (CD10) was expressed in the stroma of serous borderline tumors and in OC of different histotype, whereas no staining was observed in mucinous borderline tumors, in benign tumors, and in normal ovaries (122).

Luteinizing hormone receptor mRNA expression analysis by RT-PCR and ISH was reduced in both tumor cells and the OC stroma compared to benign tumors, with intermediate levels for borderline tumors. Expression in grade 2–3 tumors was less frequent then in their grade 1 counterparts, and the receptor was absent in five analyzed metastases (123).

The expression of six different isozymes of aldehyde dehydrogenase, an enzyme implicated in stem cell biology in OC, was investigated in normal ovaries, adenomas, borderline tumors, and OC specimens. Stromal and tumor cell expression of several isozymes was found to differ between normal tissue and ovarian tumors, as well as between OC of different histotype (124).

Expression of class III β-tubulin was reduced, though not significantly, in the OC stroma following neoadjuvant chemotherapy in analysis of 22 paired tumors obtained pre- and post-chemotherapy. Tumor and stromal class III β-tubulin expression was associated with poor OS (125).

Graphical illustration linking molecules known to have biological association, including HA, bFGF, MMP members, uPA, ETS transcription factors, HuR, and HOXA is shown in **Figure 2**.

## CONCLUDING COMMENTS

Ovarian carcinoma is a highly lethal cancer characterized by considerable heterogeneity across different histological sub-types, as well as within the same morphological entity. In order to achieve noticeable improvement in the outcome of this disease, better understanding of the microenvironment of this tumor at both the primary site and metastatic locations is critically in need.

The above-discussed papers provide compelling evidence regarding the synthetic capacity of CAF in OC and emphasize the cross-talk between tumor cells and the stromal compartment; the latter interaction recently demonstrated *in vitro* (126). They additionally highlight the fact that the clinical relevance of a given molecule may be different or even opposite when expressed in carcinoma cells or in stromal cells. Nevertheless, many of these studies constitute single reports of the expression and clinical role of a given molecule, which need to be confirmed in series from other institutions, preferably studies in which each of the histological types of OC is studied separately.

Recent studies have applied high-throughput technology to the identification of central regulatory pathways in OC fibroblasts, often following microdissection, which allows for analyses focused on the target cell population. Qiu et al. studied genome-wide copy number and loss of heterozygosity (LOH) in CAF isolated from 25 OC and 10 breast carcinoma samples using SNP arrays. LOH and copy number alterations were rarely observed (127). Microarray analysis of microdissected stroma from 24 OC identified 52 candidate genes related to PFS, of which early growth response 1 (*EGR1*) and FBJ murine osteosarcoma viral oncogene homolog B (*FOSB*) were validated in an independent series of 50 tumors and found to be independent prognostic markers of poor PFS (128).

The role of miRNAs in reprograming of normal fibroblasts into CAF through downregulation of miR-31 and miR-214 and upregulation of miR-155 was recently shown, and the chemokine CCL5 was identified as target of miR-214, suggesting a role in modulation of the tumor microenvironment (129).

Exosomes are 30–100 nm lipoprotein vesicles containing proteins, mRNAs, and miRNAs that are secreted from cells and present in most circulating body fluids (130). Exosomes from SKOV-3 and OVCAR-3 cells induced adipose tissue-derived stem cells to acquire characteristics of myofibroblasts, with activation of the TGF-β pathway (131).

Lili et al. studied the stroma of 45 OC by microarray analysis and found two distinct signatures for the stromal compartment, characterized by different pairs of receptors and ligands (132).

Many of the molecules discussed in this review are expressed by both tumor and stromal cells and thereby present the possibility to target both cellular components in order to maximize the tumor-suppressive effect. While clinical studies aimed at inhibiting some of these cellular targets, e.g., proteases and COX-2, have been largely disappointing, other pathways, particularly receptor



**FIGURE 2 | Biologically linked cancer-associated molecules in ovarian carcinoma cells and the tumor stroma**. Graphical illustration linking molecules known to have biological association in this cancer, including hyaluronic acid (HA), basic fibroblast growth factor (bFGF), matrix metalloproteinases (MMP), urinary-type plasminogen activator, ETS transcription factors, HuR, and HOXA.

tyrosine kinase-driven pathways mediating angiogenesis and other tumor-related processes, are highly relevant (133, 134).

Therapeutic approaches are likely to focus to a larger extent on the tumor stroma in the future, as in the recent study by McCann and co-workers, in which inhibition of *Gli1*, part of the Hedgehog pathway, using the cyclopamine derivative IPI-926 in combination with chemotherapy was assessed (135). Whether such approaches could change the clinical course of OC is yet to be determined.

## ACKNOWLEDGMENTS
Studies by the authors of this review were supported by the Inger and John Fredriksen Foundation for Ovarian Cancer Research.

Reuven Reich is affiliated with the David R. Bloom Center for Pharmacy and the Adolf and Klara Brettler Center for Research in Molecular Pharmacology and Therapeutics at The Hebrew University of Jerusalem, Israel.

## REFERENCES

1. Polanska UM, Orimo A. Carcinoma-associated fibroblasts: non-neoplastic tumour-promoting mesenchymal cells. *J Cell Physiol* (2013) 228:1651–7. doi:10.1002/jcp.24347

2. Marsh T, Pietras K, McAllister SS. Fibroblasts as architects of cancer pathogenesis. *Biochim Biophys Acta* (2013) 1832:1070–8. doi:10.1016/j.bbadis.2012.10.013

3. Karagiannis GS, Poutahidis T, Erdman SE, Kirsch R, Riddell RH, Diamandis EP. Cancer-associated fibroblasts drive the progression of metastasis through both paracrine and mechanical pressure on cancer tissue. *Mol Cancer Res* (2012) 10:1403–18. doi:10.1158/1541-7786.MCR-12-0307

4. Fang H, Declerck YA. Targeting the tumor microenvironment: from understanding pathways to effective clinical trials. *Cancer Res* (2013) 73:4965–77. doi:10.1158/0008-5472.CAN-13-0661

5. Siegel R, Naishadham D, Jemal A. Cancer statistics, 2012. *CA Cancer J Clin* (2012) 62:10–29. doi:10.3322/caac.21149

6. Prat J. Ovarian carcinomas: five distinct diseases with different origins, genetic alterations, and clinicopathological features. *Virchows Arch* (2012) 460:237–49. doi:10.1007/s00428-012-1203-5

7. Hennessy BT, Coleman RL, Markman M. Ovarian cancer. *Lancet* (2009) 374:1371–82. doi:10.1016/S0140-6736(09)61338-6

8. Labiche A, Heutte N, Herlin P, Chasle J, Gauduchon P, Elie N. Stromal compartment as a survival prognostic factor in advanced ovarian carcinoma. *Int J Gynecol Cancer* (2010) 20:28–33. doi:10.1111/IGC.0b013e3181bda1cb

9. Egeblad M, Werb Z. New functions for the matrix metalloproteinases in cancer progression. *Nat Rev Cancer* (2002) 2:161–74. doi:10.1038/nrc745

10. Bjorklund M, Koivunen E. Gelatinase-mediated migration and invasion of cancer cells. *Biochim Biophys Acta* (2005) 1755:37–69. doi:10.1016/j.bbcan.2005.03.001

11. Bauvois B. New facets of matrix metalloproteinases MMP-2 and MMP-9 as cell surface transducers: outside-in signaling and relationship to tumor progression. *Biochim Biophys Acta* (2012) 1825:29–36. doi:10.1016/j.bbcan.2011.10.001

12. Boyd RS, Balkwill FR. MMP-2 release and activation in ovarian carcinoma: the role of fibroblasts. *Br J Cancer* (1999) 80:315–21. doi:10.1038/sj.bjc.6690357

13. Huang S, Van Arsdall M, Tedjarati S, McCarty M, Wu W, Langley R, et al. Contributions of stromal metalloproteinase-9 to angiogenesis and growth of human ovarian carcinoma in mice. *J Natl Cancer Inst* (2002) 94:1134–42. doi:10.1093/jnci/94.15.1134

14. Drew AF, Blick TJ, Lafleur MA, Tim EL, Robbie MJ, Rice GE, et al. Correlation of tumor- and stromal-derived MT1-MMP expression with progression of human ovarian tumors in SCID mice. *Gynecol Oncol* (2004) 95:437–48. doi:10.1016/j.ygyno.2004.08.032

15. Autio-Harmainen H, Karttunen T, Hurskainen T, Höyhtyä M, Kauppila A, Tryggvason K. Expression of 72 kilodalton type IV collagenase (gelatinase A) in benign and malignant human ovarian tumors. *Lab Invest* (1993) 69:312–21.

16. Naylor MS, Stamp GW, Davies BD, Balkwill FR. Expression and activity of MMPS and their regulators in ovarian cancer. *Int J Cancer* (1994) 58:50–6. doi:10.1002/ijc.2910580110

17. Afzal S, Lalani N, Foulkes WD, Boyce B, Tickle S, Cardillo MR, et al. Matrix metalloproteinase-2 and tissue inhibitor of metalloproteinase-2 expression and synthetic matrix metalloproteinase-2 inhibitor binding in ovarian carcinomas and tumor cell lines. *Lab Invest* (1996) 74:406–21.

18. Afzal S, Lalani EN, Poulsom R, Stubbs A, Rowlinson G, Sato H, et al. MT1-MMP and MMP-2 mRNA expression in human ovarian tumors: possible implications for the role of desmoplastic fibroblasts. *Hum Pathol* (1998) 29:155–65. doi:10.1016/S0046-8177(98)90226-X

19. Davidson B, Goldberg I, Gotlieb WH, Kopolovic J, Ben-Baruch G, Nesland JM, et al. High levels of MMP-2, MMP-9, MT1-MMP and TIMP-2 mRNA correlate with poor survival in ovarian carcinoma. *Clin Exp Metastasis* (1999) 17:799–808. doi:10.1023/A:1006723011835

20. Westerlund A, Apaja-Sarkkinen M, Höyhtyä M, Puistola U, Turpeenniemi-Hujanen T. Gelatinase A-immunoreactive protein in ovarian lesions – prognostic value in epithelial ovarian cancer. *Gynecol Oncol* (1999) 75:91–8. doi:10.1006/gyno.1999.5533

21. Huang LW, Garrett AP, Bell DA, Welch WR, Berkowitz RS, Mok SC. Differential expression of matrix metalloproteinase-9 and tissue inhibitor of metalloproteinase-1 protein and mRNA in invasive ovarian tumors. *Gynecol Oncol* (2000) 77:369–76. doi:10.1006/gyno.2000.5806

22. Behrens P, Rothe M, Florin A, Wellmann A, Wernert N. Invasive properties of serous human epithelial ovarian tumors are related to Ets-1, MMP-1 and MMP-9 expression. *Int J Mol Med* (2001) 8:149–54. doi:10.3892/ijmm.8.2.149

23. Davidson B, Reich R, Berner A, Givant-Horwitz V, Goldberg I, Risberg B, et al. Ovarian carcinoma cells in serous effusions show altered MMP-2 and TIMP-2 mRNA levels. *Eur J Cancer* (2001) 37:2040–9. doi:10.1016/S0959-8049(01)00235-0

24. Furuya M, Ishikura H, Nemori R, Shibata M, Fujimoto S, Yoshiki T. Clarification of the active gelatinolytic sites in human ovarian neoplasms using in situ zymography. *Hum Pathol* (2001) 32:163–8. doi:10.1053/hupa.2001.21558

25. Wu X, Li H, Kang L, Li L, Wang W, Shan B. Activated matrix metalloproteinase-2 – a potential marker of prognosis for epithelial ovarian cancer. *Gynecol Oncol* (2002) 84:126–34. doi:10.1006/gyno.2001.6477

26. Okamoto T, Niu R, Yamada S. Increased expression of tissue inhibitor of metalloproteinase-2 in clear cell carcinoma of the ovary. *Mol Hum Reprod* (2003) 9:569–75. doi:10.1093/molehr/gag074

27. Torng PL, Mao TL, Chan WY, Huang SC, Lin CT. Prognostic significance of stromal metalloproteinase-2 in ovarian adenocarcinoma and its relation to carcinoma progression. *Gynecol Oncol* (2004) 92:559–67. doi:10.1016/j.ygyno.2003.11.011

28. Kamat AA, Fletcher M, Gruman LM, Mueller P, Lopez A, Landen CN Jr, et al. The clinical relevance of stromal matrix metalloproteinase expression in ovarian cancer. *Clin Cancer Res* (2006) 12:1707–14. doi:10.1158/1078-0432.CCR-05-2338

29. Lin YG, Han LY, Kamat AA, Merritt WM, Landen CN, Deavers MT, et al. EphA2 overexpression is associated with angiogenesis in ovarian cancer. *Cancer* (2007) 109:332–40. doi:10.1002/cncr.22415

30. Sillanpää S, Anttila M, Suhonen K, Hämäläinen K, Turpeenniemi-Hujanen T, Puistola U, et al. Prognostic significance of extracellular matrix metalloproteinase inducer and matrix metalloproteinase 2 in epithelial ovarian cancer. *Tumour Biol* (2007) 28:280–9. doi:10.1159/000110426

31. Sillanpää S, Anttila M, Voutilainen K, Ropponen K, Turpeenniemi-Hujanen T, Puistola U, et al. Prognostic significance of matrix metalloproteinase-9 (MMP-9) in epithelial ovarian cancer. *Gynecol Oncol* (2007) 104:296–303. doi:10.1016/j.ygyno.2006.09.004

32. Périgny M, Bairati I, Harvey I, Beauchemin M, Harel F, Plante M, et al. Role of immunohistochemical overexpression of matrix metalloproteinases MMP-2 and MMP-11 in the prognosis of death by ovarian cancer. *Am J Clin Pathol* (2008) 129:226–31. doi:10.1309/49LA9XCBGWJ8F2KM

33. Halon A, Nowak-Markwitz E, Donizy P, Matkowski R, Maciejczyk A, Gansukh T, et al. Enhanced immunoreactivity of TIMP-2 in the stromal compartment of tumor as a marker of favorable prognosis in ovarian cancer patients. *J Histochem Cytochem* (2012) 60:491–501. doi:10.1369/0022155412446978

34. Brun JL, Cortez A, Lesieur B, Uzan S, Rouzier R, Daraï E. Expression of MMP-2, -7, -9, MT1-MMP and TIMP-1 and -2 has no prognostic relevance in patients with advanced epithelial ovarian cancer. *Oncol Rep* (2012) 27:1049–57. doi:10.3892/or.2011.1608

35. Grelewski PG, Bar JK. The role of p53 protein and MMP-2 tumor/stromal cells expression on progressive growth of ovarian neoplasms. *Cancer Invest* (2013) 31:472–9. doi:10.3109/07357907.2013.820320

36. Davidson B, Goldberg I, Berner A, Kristensen GB, Reich R. EMMPRIN (extracellular matrix metalloproteinase inducer) is a novel marker of poor outcome in serous ovarian carcinoma. *Clin Exp Metastasis* (2003) 20:161–9. doi:10.1023/A:1022696012668

37. Chen H, Wang L, Beretov J, Hao J, Xiao W, Li Y. Co-expression of CD147/EMMPRIN with monocarboxylate transporters and multiple drug resistance proteins is associated with epithelial ovarian cancer progression. *Clin Exp Metastasis* (2010) 27:557–69. doi:10.1007/s10585-010-9345-9

38. Blasi F, Carmeliet P. uPAR: a versatile signalling orchestrator. *Nat Rev Mol Cell Biol* (2002) 3:932–42. doi:10.1038/nrm977

39. Duffy MJ, Duggan C. The urokinase plasminogen activator system: a rich source of tumour markers for the individualized management of patients with cancer. *Clin Biochem* (2004) 37:541–8. doi:10.1016/j.clinbiochem.2004.05.013

40. Borgfeldt C, Casslén B, Liu CL, Hansson S, Lecander I, Astedt B. High tissue content of urokinase plasminogen activator (u-PA) is associated with high stromal expression of u-PA mRNA in poorly differentiated serous ovarian carcinoma. *Int J Cancer* (1998) 79:588–95. doi:10.1002/(SICI)1097-0215(19981218)79: 6<588::AID-IJC6>3.0.CO;2-W

41. Borgfeldt C, Hansson SR, Gustavsson B, Måsbäck A, Casslén B. Dedifferentiation of serous ovarian cancer from cystic to solid tumors is associated with increased expression of mRNA for urokinase plasminogen activator (uPA), its receptor (uPAR) and its inhibitor (PAI-1). *Int J Cancer* (2001) 92:497–502. doi:10.1002/ijc.1215

42. Wang L, Madigan MC, Chen H, Liu F, Patterson KI, Beretov J, et al. Expression of urokinase plasminogen activator and its receptor in advanced epithelial ovarian cancer patients. *Gynecol Oncol* (2009) 114:265–72. doi:10.1016/j.ygyno.2009.04.031

43. Al-Hassan NN, Behzadian A, Caldwell R, Ivanova VS, Syed V, Motamed K, et al. Differential roles of uPAR in peritoneal ovarian carcinomatosis. *Neoplasia* (2012) 14:259–70. doi:10.1593/neo.12442

44. Steffan JJ, Koul HK. Prostate derived ETS factor (PDEF): a putative tumor metastasis suppressor. *Cancer Lett* (2011) 310:109–17. doi:10.1016/j.canlet.2011.06.011

45. Davidson B, Reich R, Goldberg I, Gotlieb WH, Kopolovic J, Berner A, et al. Ets-1 mRNA expression is a novel marker of poor survival in ovarian carcinoma. *Clin Cancer Res* (2001) 7:551–7.

46. Davidson B, Goldberg I, Gotlieb WH, Kopolovic J, Ben-Baruch G, Reich R. PEA3 is the second Ets family transcription factor involved in tumor progression in ovarian carcinoma. *Clin Cancer Res* (2003) 9:1412–9.

47. Ferrandina G, Scambia G, Fagotti A, D'Agostino G, Benedetti Panici P, Carbone A, et al. Immunoradiometric and immunohistochemical analysis of cathepsin D in ovarian cancer: lack of association with clinical outcome. *Br J Cancer* (1998) 78:1645–52. doi:10.1038/bjc.1998.737

48. Baekelandt M, Holm R, Tropé CG, Nesland JM, Kristensen GB. The significance of metastasis-related factors cathepsin-D and nm23 in advanced ovarian cancer. *Ann Oncol* (1999) 10:1335–41. doi:10.1023/A:1008352502465

49. Lösch A, Schindl M, Kohlberger P, Lahousen J, Breitenecker G, Horvat R, et al. Cathepsin D in ovarian cancer: prognostic value and correlation with p53 expression and microvessel density. *Gynecol Oncol* (2004) 92:545–52. doi:10.1016/j.ygyno.2003.11.016

50. Nishikawa H, Ozaki Y, Nakanishi T, Blomgren K, Tada T, Arakawa A, et al. The role of cathepsin B and cystatin C in the mechanisms of invasion in ovarian cancer. *Gynecol Oncol* (2004) 92:881–6. doi:10.1016/j.ygyno.2003.11.017

51. Davidson B, Xi Z, Klokk TI, Tropé CG, Dørum A, Scheistrøen M, et al. Kallikrein 4 expression is up-regulated in epithelial ovarian carcinoma cells in effusions. *Am J Clin Pathol* (2005) 123:360–8. doi:10.1309/PTBB5BPCKX8K9V69

52. Kauppila S, Saarela J, Stenbäck F, Risteli J, Kauppila A, Risteli L. Expression of mRNAs for type I and type III procollagens in serous ovarian cystadenomas and cystadenocarcinomas. *Am J Pathol* (1996) 148:539–48.

53. Zhu GG, Risteli L, Mäkinen M, Risteli J, Kauppila A, Stenbäck F. Immunohistochemical study of type I collagen and type I pN-collagen in benign and malignant ovarian neoplasms. *Cancer* (1995) 75:1010–7. doi:10.1002/1097-0142(19950215)75:4<1010::AID-CNCR2820750417>3.0.CO;2-O

54. Menzin AW, Loret de Mola JR, Bilker WB, Wheeler JE, Rubin SC, Feinberg RF. Identification of oncofetal fibronectin in patients with advanced epithelial ovarian cancer: detection in ascitic fluid and localization to primary sites and metastatic implants. *Cancer* (1998) 82:152–8. doi:10.1002/(SICI)1097-0142(19980101)82:1<152::AID-CNCR19>3.0.CO;2-1

55. Roger P, Pujol P, Lucas A, Baldet P, Rochefort H. Increased immunostaining of fibulin-1, an estrogen-regulated protein in the stroma of human ovarian epithelial tumors. *Am J Pathol* (1998) 153:1579–88. doi:10.1016/S0002-9440(10)65746-X

56. Okuma E, Ohishi Y, Oda Y, Aishima S, Kurihara S, Nishimura I, et al. Cytoplasmic and stromal expression of laminin γ 2 chain correlates with infiltrative invasion in ovarian mucinous neoplasms of gastro-intestinal type. *Oncol Rep* (2010) 24:1569–76. doi:10.3892/or_00001019

57. Kato N, Motoyama T. Relation between laminin-5 gamma 2 chain and cell surface metalloproteinase MT1-MMP in clear cell carcinoma of the ovary. *Int J Gynecol Pathol* (2009) 28:49–54. doi:10.1097/PGP.0b013e3181808021

58. van den Brûle F, Califice S, Garnier F, Fernandez PL, Berchuck A, Castronovo V. Galectin-1 accumulation in the ovary carcinoma peritumoral stroma is induced by ovary carcinoma cells and affects both cancer cell proliferation and adhesion to laminin-1 and fibronectin. *Lab Invest* (2003) 83:377–86. doi:10.1097/01.LAB.0000059949.01480.40

59. Givant-Horwitz V, Davidson B, van de Putte G, Dong HP, Goldberg I, Amir S, et al. Expression of the 67 kDa laminin receptor and the alpha6 integrin subunit in serous ovarian carcinoma. *Clin Exp Metastasis* (2003) 20:599–609. doi:10.1023/A:1027340208536

60. Goldberg I, Davidson B, Reich R, Gotlieb WH, Ben-Baruch G, Bryne M, et al. Alphav integrin expression is a novel marker of poor prognosis in advanced-stage ovarian carcinoma. *Clin Cancer Res* (2001) 7:4073–9.

61. Davidson B, Goldberg I, Reich R, Tell L, Dong HP, Trope CG, et al. AlphaV-and beta1-integrin subunits are commonly expressed in malignant effusions from ovarian carcinoma patients. *Gynecol Oncol* (2003) 90:248–57. doi:10.1016/S0090-8258(03)00321-4

62. Davidson B, Goldberg I, Kopolovic J, Gotlieb WH, Givant-Horwitz V, Nesland JM, et al. Expression of angiogenesis-related genes in ovarian carcinoma – a clinicopathologic study. *Clin Exp Metastasis* (2000) 18:501–7. doi:10.1023/A:1011858225144

63. Davidson B, Reich R, Kopolovic J, Berner A, Nesland JM, Kristensen GB, et al. Interleukin-8 and vascular endothelial growth factor mRNA and protein levels are down-regulated in ovarian carcinoma cells in serous effusions. *Clin Exp Metastasis* (2002) 19:135–44. doi:10.1023/A:1014582911680

64. Ivarsson K, Ekerydh A, Fyhr IM, Janson PO, Brännström M. Upregulation of interleukin-8 and polarized epithelial expression of interleukin-8 receptor A in ovarian carcinomas. *Acta Obstet Gynecol Scand* (2000) 79:777–84. doi:10.1034/j.1600-0412.2000.079009777.x

65. Valve E, Martikainen P, Seppänen J, Oksjoki S, Hinkka S, Anttila L, et al. Expression of fibroblast growth factor (FGF)-8 isoforms and FGF receptors in human ovarian tumors. *Int J Cancer* (2000) 88:718–25. doi:10.1002/1097-0215(20001201)88:5<718::AID-IJC6>3.0.CO;2-F

66. Sironen RK, Tammi M, Tammi R, Auvinen PK, Anttila M, Kosma VM. Hyaluronan in human malignancies. *Exp Cell Res* (2011) 317:383–91. doi:10.1016/j.yexcr.2010.11.017

67. Afify AM, Ferguson AW, Davila RM, Werness BA. Expression of CD44S and CD44v5 is more common in stage III than in stage I serous ovarian carcinomas. *Appl Immunohistochem Mol Morphol* (2001) 9:309–14. doi:10.1097/00022744-200112000-00004

68. Anttila MA, Tammi RH, Tammi MI, Syrjänen KJ, Saarikoski SV, Kosma VM. High levels of stromal hyaluronan predict poor disease outcome in epithelial ovarian cancer. *Cancer Res* (2000) 60:150–5.

69. Tuhkanen H, Anttila M, Kosma VM, Ylä-Herttuala S, Heinonen S, Kuronen A, et al. Genetic alterations in the peritumoral stromal cells of malignant and borderline epithelial ovarian tumors as indicated by allelic imbalance on chromosome 3p. *Int J Cancer* (2004) 109:247–52. doi:10.1002/ijc.11733

70. Kato N, Takeda J, Fukase M, Motoyama T. Alternate mucoid and hyalinized stroma in clear cell carcinoma of the ovary: manifestation of serial stromal remodeling. *Mod Pathol* (2010) 23:881–8. doi:10.1038/modpathol.2010.75

71. Kato N, Takeda J, Fukase M, Motoyama T. Hyalinized stroma in clear cell carcinoma of the ovary: how is it formed? *Hum Pathol* (2012) 43:2041–6. doi:10.1016/j.humpath.2012.02.012

72. Iozzo RV, Sanderson RD. Proteoglycans in cancer biology, tumour microenvironment and angiogenesis. *J Cell Mol Med* (2011) 15:1013–31. doi:10.1111/j.1582-4934.2010.01236.x

73. Couchman JR, Pataki CA. An introduction to proteoglycans and their localization. *J Histochem Cytochem* (2012) 60:885–97. doi:10.1369/0022155412464638

74. Davies EJ, Blackhall FH, Shanks JH, David G, McGown AT, Swindell R, et al. Distribution and clinical significance of heparan sulfate proteoglycans in ovarian cancer. *Clin Cancer Res* (2004) 10:5178–86. doi:10.1158/1078-0432.CCR-03-0103

75. Kusumoto T, Kodama J, Seki N, Nakamura A, Hongo A, Hiramatsu Y. Clinical significance of syndecan-1 and versican expression in human epithelial ovarian cancer. *Oncol Rep* (2010) 23:917–25. doi:10.3892/or_00000715

76. Ghosh S, Albitar L, LeBaron R, Welch WR, Samimi G, Birrer MJ, et al. Upregulation of stromal versican expression in advanced stage serous ovarian cancer. *Gynecol Oncol* (2010) 119:114–20. doi:10.1016/j.ygyno.2010.05.029

77. Voutilainen K, Anttila M, Sillanpää S, Tammi R, Tammi M, Saarikoski S, et al. Versican in epithelial ovarian cancer: relation to hyaluronan,

clinicopathologic factors and prognosis. *Int J Cancer* (2003) **107**:359–64. doi:10.1002/ijc.11423

78. Nash MA, Deavers MT, Freedman RS. The expression of decorin in human ovarian tumors. *Clin Cancer Res* (2002) **8**:1754–60.

79. Choi KU, Yun JS, Lee IH, Heo SC, Shin SH, Jeon ES, et al. Lysophosphatidic acid-induced expression of periostin in stromal cells: prognostic relevance of periostin expression in epithelial ovarian cancer. *Int J Cancer* (2011) **128**:332–42. doi:10.1002/ijc.25341

80. Smith AL, Robin TP, Ford HL. Molecular pathways: targeting the TGF-β pathway for cancer therapy. *Clin Cancer Res* (2012) **18**:4514–21. doi:10.1158/1078-0432.CCR-11-3224

81. Higashi T, Sasagawa T, Inoue M, Oka R, Shuangying L, Saijoh K. Overexpression of latent transforming growth factor-beta 1 (TGF-beta 1) binding protein 1 (LTBP-1) in association with TGF-beta 1 in ovarian carcinoma. *Jpn J Cancer Res* (2001) **92**:506–15. doi:10.1111/j.1349-7006.2001.tb01123.x

82. Yeung TL, Leung CS, Wong KK, Samimi G, Thompson MS, Liu J, et al. TGF-β modulates ovarian cancer invasion by upregulating CAF-derived versican in the tumor microenvironment. *Cancer Res* (2013) **73**:5016–28. doi:10.1158/0008-5472.CAN-13-0023

83. Yao Q, Qu X, Yang Q, Wei M, Kong B. CLIC4 mediates TGF-beta1-induced fibroblast-to-myofibroblast transdifferentiation in ovarian cancer. *Oncol Rep* (2009) **22**:541–8. doi:10.3892/or_00000469

84. Bristow RE, Baldwin RL, Yamada SD, Korc M, Karlan BY. Altered expression of transforming growth factor-beta ligands and receptors in primary and recurrent ovarian carcinoma. *Cancer* (1999) **85**:658–68. doi:10.1002/(SICI)1097-0142(19990201)85:3<658::AID-CNCR16>3.0.CO;2-M

85. Do TV, Kubba LA, Antenos M, Rademaker AW, Sturgis CD, Woodruff TK. The role of activin A and Akt/GSK signaling in ovarian tumor biology. *Endocrinology* (2008) **149**:3809–16. doi:10.1210/en.2007-1584

86. Brown TJ, Shaw PA, Karp X, Huynh MH, Begley H, Ringuette MJ. Activation of SPARC expression in reactive stroma associated with human epithelial ovarian cancer. *Gynecol Oncol* (1999) **75**:25–33. doi:10.1006/gyno.1999.5552

87. Paley PJ, Goff BA, Gown AM, Greer BE, Sage EH. Alterations in SPARC and VEGF immunoreactivity in epithelial ovarian cancer. *Gynecol Oncol* (2000) **78**:336–41. doi:10.1006/gyno.2000.5894

88. Moraitis S, Miller WR, Smyth JF, Langdon SP. Paracrine regulation of ovarian cancer by endothelin. *Eur J Cancer* (1999) **35**:1381–7. doi:10.1016/S0959-8049(99)00131-8

89. Madsen CV, Dahl Steffensen K, Waldstrøm M, Jakobsen A. Immunohistochemical expression of platelet-derived growth factor receptors in ovarian cancer patients with long-term follow-up. *Patholog Res Int* (2012) **2012**:851432. doi:10.1155/2012/851432

90. Jones MB, Michener CM, Blanchette JO, Kuznetsov VA, Raffeld M, Serrero G, et al. The granulin-epithelin precursor/PC-cell-derived growth factor is a growth factor for epithelial ovarian cancer. *Clin Cancer Res* (2003) **9**:44–51.

91. Davidson B, Alejandro E, Flørenes VA, Goderstad JM, Risberg B, Kristensen GB, et al. Granulin-epithelin precursor is a novel prognostic marker in epithelial ovarian carcinoma. *Cancer* (2004) **100**:2139–47. doi:10.1002/cncr.20219

92. Weigang B, Nap M, Bittl A, Jaeger W. Immunohistochemical localization of insulin-like growth factor 1 receptors in benign and malignant tissue of the female genital tract. *Tumour Biol* (1994) **15**:236–46. doi:10.1159/000217897

93. Grier DG, Thompson A, Kwasniewska A, McGonigle GJ, Halliday HL, Lappin TR. The pathophysiology of HOX genes and their role in cancer. *J Pathol* (2005) **205**:154–71. doi:10.1002/path.1710

94. Shah N, Sukumar S. The Hox genes and their roles in oncogenesis. *Nat Rev Cancer* (2010) **10**:361–71. doi:10.1038/nrc2826

95. Ota T, Gilks CB, Longacre T, Leung PC, Auersperg N. HOXA7 in epithelial ovarian cancer: interrelationships between differentiation and clinical features. *Reprod Sci* (2007) **14**:605–14. doi:10.1177/1933719107307781

96. Ko SY, Barengo N, Ladanyi A, Lee JS, Marini F, Lengyel E, et al. HOXA9 promotes ovarian cancer growth by stimulating cancer-associated fibroblasts. *J Clin Invest* (2012) **122**:3603–17. doi:10.1172/JCI62229

97. Ko SY, Lengyel E, Naora H. The Müllerian HOXA10 gene promotes growth of ovarian surface epithelial cells by stimulating epithelial-stromal interactions. *Mol Cell Endocrinol* (2010) **317**:112–9. doi:10.1016/j.mce.2009.12.025

98. Chekerov R, Klaman I, Zafrakas M, Könsgen D, Mustea A, Petschke B, et al. Altered expression pattern of topoisomerase IIalpha in ovarian tumor epithelial and stromal cells after platinum-based chemotherapy. *Neoplasia* (2006) **8**:38–45. doi:10.1593/neo.05580

99. Gambaro K, Quinn MC, Wojnarowicz PM, Arcand SL, de Ladurantaye M, Barrès V, et al. VGLL3 expression is associated with a tumor suppressor phenotype in epithelial ovarian cancer. *Mol Oncol* (2013) **7**:513–30. doi:10.1016/j.molonc.2012.12.006

100. Tuhkanen H, Soini Y, Kosma VM, Anttila M, Sironen R, Hämäläinen K, et al. Nuclear expression of Snail1 in borderline and malignant epithelial ovarian tumours is associated with tumour progression. *BMC Cancer* (2009) **9**:289. doi:10.1186/1471-2407-9-289

101. Sundfeldt K, Ivarsson K, Carlsson M, Enerbäck S, Janson PO, Brännström M, et al. The expression of CCAAT/enhancer binding protein (C/EBP) in the human ovary in vivo: specific increase in C/EBPbeta during epithelial tumour progression. *Br J Cancer* (1999) **79**:1240–8. doi:10.1038/sj.bjc.6690199

102. Abd-Elaziz M, Moriya T, Akahira J, Nakamura Y, Suzuki T, Sasano H. Immunolocalization of nuclear transcription factors, DAX-1 and Ad4BP/SF-1, in human common epithelial ovarian tumors: correlations with StAR and steroidogenic enzymes in epithelial ovarian carcinoma. *Int J Gynecol Pathol* (2005) **24**:153–63. doi:10.1097/01.pgp.0000155075.75209.42

103. Ahmed N, Riley C, Quinn MA. An immunohistochemical perspective of PPAR beta and one of its putative targets PDK1 in normal ovaries, benign and malignant ovarian tumours. *Br J Cancer* (2008) **98**:1415–24. doi:10.1038/sj.bjc.6604306

104. Campbell CL, Guardiani R, Ollari C, Nelson BE, Quesenberry PJ, Savarese TM. Interleukin-11 receptor expression in primary ovarian carcinomas. *Gynecol Oncol* (2001) **80**:121–7. doi:10.1006/gyno.2000.6064

105. Coffelt SB, Waterman RS, Florez L, Höner zu Bentrup K, Zwezdaryk KJ, Tomchuck SL, et al. Ovarian cancers overexpress the antimicrobial protein hCAP-18 and its derivative LL-37 increases ovarian cancer cell proliferation and invasion. *Int J Cancer* (2008) **122**:1030–9. doi:10.1002/ijc.23186

106. Lau TS, Chung TK, Cheung TH, Chan LK, Cheung LW, Yim SF, et al. Cancer cell-derived lymphotoxin mediates reciprocal tumor-stromal interactions in human ovarian cancer by inducing CXCL11 in fibroblasts. *J Pathol* (2014) **232**:43–56. doi:10.1002/path.4258

107. Cubillos-Ruiz JR, Martinez D, Scarlett UK, Rutkowski MR, Nesbeth YC, Camposeco-Jacobs AL, et al. CD277 is a negative co-stimulatory molecule universally expressed by ovarian cancer microenvironmental cells. *Oncotarget* (2010) **1**:329–38.

108. Erez N, Glanz S, Raz Y, Avivi C, Barshack I. Cancer associated fibroblasts express pro-inflammatory factors in human breast and ovarian tumors. *Biochem Biophys Res Commun* (2013) **437**:397–402. doi:10.1016/j.bbrc.2013.06.089

109. Schauer IG, Zhang J, Xing Z, Guo X, Mercado-Uribe I, Sood AK, et al. Interleukin-1β promotes ovarian tumorigenesis through a p53/NF-κB-mediated inflammatory response in stromal fibroblasts. *Neoplasia* (2013) **15**:409–20. doi:10.1593/neo.121228

110. Yang G, Rosen DG, Zhang Z, Bast RC Jr, Mills GB, Colacino JA, et al. The chemokine growth-regulated oncogene 1 (Gro-1) links RAS signaling to the senescence of stromal fibroblasts and ovarian tumorigenesis. *Proc Natl Acad Sci U S A* (2006) **103**:16472–7. doi:10.1073/pnas.0605752103

111. Acquati F, Lualdi M, Bertilaccio S, Monti L, Turconi G, Fabbri M, et al. Loss of function of ribonuclease T2, an ancient and phylogenetically conserved RNase, plays a crucial role in ovarian tumorigenesis. *Proc Natl Acad Sci U S A* (2013) **110**:8140–5. doi:10.1073/pnas.1222079110

112. Dong Y, Walsh MD, McGuckin MA, Gabrielli BG, Cummings MC, Wright RG, et al. Increased expression of cyclin-dependent kinase inhibitor 2 (CDKN2A) gene product P16INK4A in ovarian cancer is associated with progression and unfavourable prognosis. *Int J Cancer* (1997) **74**:57–63. doi:10.1002/(SICI)1097-0215(19970220)74:1<57::AID-IJC10>3.0.CO;2-F

113. Goff BA, Paley PJ, Greer BE, Gown AM. Evaluation of chemoresistance markers in women with epithelial ovarian carcinoma. *Gynecol Oncol* (2001) **81**:18–24. doi:10.1006/gyno.2000.6105

114. Arts HJ, de Jong S, Hollema H, ten Hoor K, van der Zee AG, de Vries EG. Chemotherapy induces death receptor 5 in epithelial ovarian carcinoma. *Gynecol Oncol* (2004) **92**:794–800. doi:10.1016/j.ygyno.2003.11.054

115. Horak P, Pils D, Kaider A, Pinter A, Elandt K, Sax C, et al. Perturbation of the tumor necrosis factor – related apoptosis-inducing ligand cascade in ovarian cancer: overexpression of FLIPL and deregulation of the functional receptors DR4 and DR5. *Clin Cancer Res* (2005) **11**:8585–91. doi:10.1158/1078-0432.CCR-05-1276

116. Erkinheimo TL, Sivula A, Lassus H, Heinonen M, Furneaux H, Haglund C, et al. Cytoplasmic HuR expression correlates with epithelial cancer cell but not

with stromal cell cyclooxygenase-2 expression in mucinous ovarian carcinoma. *Gynecol Oncol* (2005) **99**:14–9. doi:10.1016/j.ygyno.2005.04.047

117. Rask K, Zhu Y, Wang W, Hedin L, Sundfeldt K. Ovarian epithelial cancer: a role for PGE2-synthesis and signalling in malignant transformation and progression. *Mol Cancer* (2006) **5**:62. doi:10.1186/1476-4598-5-62

118. Green JA, Robertson LJ, Clark AH. Glutathione S-transferase expression in benign and malignant ovarian tumours. *Br J Cancer* (1993) **68**:235–9. doi:10.1038/bjc.1993.321

119. Hall GH, Turnbull LW, Richmond I, Helboe L, Atkin SL. Localisation of somatostatin and somatostatin receptors in benign and malignant ovarian tumours. *Br J Cancer* (2002) **87**:86–90. doi:10.1038/sj.bjc.6600284

120. Henriksen R, Dizeyi N, Abrahamsson PA. Expression of serotonin receptors 5-HT1A, 5-HT1B, 5-HT2B and 5-HT4 in ovary and in ovarian tumours. *Anticancer Res* (2012) **32**:1361–6.

121. Katsetos CD, Stadnicka I, Boyd JC, Ehya H, Zheng S, Soprano CM, et al. Cellular distribution of retinoic acid receptor-alpha protein in serous adenocarcinomas of ovarian, tubal, and peritoneal origin: comparison with estrogen receptor status. *Am J Pathol* (1998) **153**:469–80. doi:10.1016/S0002-9440(10)65590-3

122. Khin EE, Kikkawa F, Ino K, Suzuki T, Shibata K, Kajiyama H, et al. Neutral endopeptidase/CD10 expression in the stroma of epithelial ovarian carcinoma. *Int J Gynecol Pathol* (2003) **22**:175–80. doi:10.1097/00004347-200304000-00010

123. Lu JJ, Zheng Y, Kang X, Yuan JM, Lauchlan SC, Pike MC, et al. Decreased luteinizing hormone receptor mRNA expression in human ovarian epithelial cancer. *Gynecol Oncol* (2000) **79**:158–68. doi:10.1006/gyno.2000.5928

124. Saw YT, Yang J, Ng SK, Liu S, Singh S, Singh M, et al. Characterization of aldehyde dehydrogenase isozymes in ovarian cancer tissues and sphere cultures. *BMC Cancer* (2012) **12**:329. doi:10.1186/1471-2407-12-329

125. Roque DM, Buza N, Glasgow M, Bellone S, Bortolomai I, Gasparrini S, et al. Class III β-tubulin overexpression within the tumor microenvironment is a prognostic biomarker for poor overall survival in ovarian cancer patients treated with neoadjuvant carboplatin/paclitaxel. *Clin Exp Metastasis* (2014) **31**:101–10. doi:10.1007/s10585-013-9614-5

126. Fu S, Dong L, Sun W, Xu Y, Gao L, Miao Y. Stromal-epithelial crosstalk provides a suitable microenvironment for the progression of ovarian cancer cells in vitro. *Cancer Invest* (2013) **31**:616–24. doi:10.3109/07357907.2013.849723

127. Qiu W, Hu M, Sridhar A, Opeskin K, Fox S, Shipitsin M, et al. No evidence of clonal somatic genetic alterations in cancer-associated fibroblasts from human breast and ovarian carcinomas. *Nat Genet* (2008) **40**:650–5. doi:10.1038/ng.117

128. Kataoka F, Tsuda H, Arao T, Nishimura S, Tanaka H, Nomura H, et al. EGRI and FOSB gene expressions in cancer stroma are independent prognostic indicators for epithelial ovarian cancer receiving standard therapy. *Genes Chromosomes Cancer* (2012) **51**:300–12. doi:10.1002/gcc.21916

129. Mitra AK, Zillhardt M, Hua Y, Tiwari P, Murmann AE, Peter ME, et al. MicroRNAs reprogram normal fibroblasts into cancer-associated fibroblasts in ovarian cancer. *Cancer Discov* (2012) **2**:1100–8. doi:10.1158/2159-8290.CD-12-0206

130. Valadi H, Ekström K, Bossios A, Sjöstrand M, Lee JJ, Lötvall JO. Exosome-mediated transfer of mRNAs and microRNAs is a novel mechanism of genetic exchange between cells. *Nat Cell Biol* (2007) **9**:654–9. doi:10.1038/ncb1596

131. Cho JA, Park H, Lim EH, Kim KH, Choi JS, Lee JH, et al. Exosomes from ovarian cancer cells induce adipose tissue-derived mesenchymal stem cells to acquire the physical and functional characteristics of tumor-supporting myofibroblasts. *Gynecol Oncol* (2011) **123**:379–86. doi:10.1016/j.ygyno.2011.08.005

132. Lili LN, Matyunina LV, Walkerm LD, Benigno BB, McDonald JF. Molecular profiling predicts the existence of two functionally distinct classes of ovarian cancer stroma. *Biomed Res Int* (2013) **2013**:846387. doi:10.1155/2013/846387

133. Banerjee S, Kaye SB. New strategies in the treatment of ovarian cancer: current clinical perspectives and future potential. *Clin Cancer Res* (2013) **19**:961–8. doi:10.1158/1078-0432.CCR-12-2243

134. Morotti M, Becker CM, Menada MV, Ferrero S. Targeting tyrosine-kinases in ovarian cancer. *Expert Opin Investig Drugs* (2013) **22**:1265–79. doi:10.1517/13543784.2013.816282

135. McCann CK, Growdon WB, Kulkarni-Datar K, Curley MD, Friel AM, Proctor JL, et al. Inhibition of Hedgehog signaling antagonizes serous ovarian cancer growth in a primary xenograft model. *PLoS One* (2011) **6**:e28077. doi:10.1371/journal.pone.0028077

**Conflict of Interest Statement:** The authors declare that the research was conducted in the absence of any commercial or financial relationships that could be construed as a potential conflict of interest.

*Received: 03 February 2014; paper pending published: 28 March 2014; accepted: 27 April 2014; published online: 13 May 2014.*

*Citation: Davidson B, Trope CG and Reich R (2014) The role of the tumor stroma in ovarian cancer. Front. Oncol. 4:104. doi: 10.3389/fonc.2014.00104*

*This article was submitted to Women's Cancer, a section of the journal Frontiers in Oncology.*

*Copyright © 2014 Davidson, Trope and Reich. This is an open-access article distributed under the terms of the Creative Commons Attribution License (CC BY). The use, distribution or reproduction in other forums is permitted, provided the original author(s) or licensor are credited and that the original publication in this journal is cited, in accordance with accepted academic practice. No use, distribution or reproduction is permitted which does not comply with these terms.*

Exhibit 23



RESEARCH ARTICLE

# Establishment of five immortalized human ovarian surface epithelial cell lines via SV40 T antigen or HPV E6/E7 expression

Ha-Yeon Shin☯, Wookyeom Yang☯, Eun-ju Lee, Gwan Hee Han, Hanbyoul Cho, Doo Byung Chay, Jae-hoon Kim ⬦ *

Gangnam Severance Hospital, Yonsei University College of Medicine, Seoul, Republic of Korea

☯ These authors contributed equally to this work.
* jaehoonkim@yuhs.ac



## Abstract

### Background

Human ovarian surface epithelial (HOSE) cells are a critical cell source for ovarian cancer research; however, they are difficult to obtain and maintain under standard laboratory conditions in large quantities. The aim of this study was to generate immortalized HOSE (IHOSE) cells with maintained properties to the original cell source, thereby guaranteeing a sufficiently large cell quantity for ovarian cancer research.

### Methods

HOSE cells isolated from four non-cancer patients and five IHOSE cell lines were established by induction of HPV-E6/E7 expression or SV40 large T antigen using a lenti-viral system. Each of IHOSE cells was confirmed to be distinct by STR profiling. RNA-sequencing was used to compare gene expression profiles in HOSE, IHOSE and ovarian cancer cells.

### Results

RNA-sequencing results revealed a stronger linear correlation in gene expression between IHOSE and HOSE cells ($R^2$ = 0.9288) than between IHOSE or HOSE cells and ovarian cancer cells ($R^2$ = 0.8562 and $R^2$ = 0.7982, respectively). The gene expression pattern of 319 differentially expressed genes revealed minimal differences between HOSE and IHOSE cells, while a strong difference between ovarian cancer cells and HOSE or IHOSE cells was observed. Furthermore, the five IHOSE cell lines displayed morphological characteristics typical of epithelial cells but showed a lower level of EpCAM, CD133 and E-cadherin, as cancer stem marker, than ovarian cancer cells. Moreover, unlike cancer cells, IHOSE cells could not form colonies in the anchorage-independent soft agar growth assay.

### Conclusion

These findings demonstrate that five newly established IHOSE cell lines have characteristics of progenitor HOSE cells while exhibiting continuous growth, and thus, should be highly useful as control cells for ovarian cancer research.

**Citation:** Shin H-Y, Yang W, Lee E-j, Han GH, Cho H, Chay DB, et al. (2018) Establishment of five immortalized human ovarian surface epithelial cell lines via SV40 T antigen or HPV E6/E7 expression. PLoS ONE 13(10): e0205297. https://doi.org/10.1371/journal.pone.0205297

**Editor:** David Wai Chan, The University of Hong Kong, HONG KONG

**Received:** June 25, 2018

**Accepted:** September 21, 2018

**Published:** October 8, 2018

**Copyright:** © 2018 Shin et al. This is an open access article distributed under the terms of the Creative Commons Attribution License, which permits unrestricted use, distribution, and reproduction in any medium, provided the original author and source are credited.

**Data Availability Statement:** All relevant data are within the paper and its Supporting Information files.

**Funding:** The study was supported by Basic Science Research program through the National Research Foundation of Korea (NRF) funded by the Ministry of Education (NRF-2017R1D1A1A09000576, NRF-2017R1A2B2008505).

**Competing interests:** The authors have declared that no competing interests exist.



## Introduction

Ovarian cancer has a poor prognosis with the lowest survival rate among all gynecological cancers, which is mainly due to the lack of early symptoms, resulting in diagnosis when the cancer has already progressed to an advanced stage [1]. The World Cancer Report of the International Agency for Research on Cancer stated that 114,240 women were diagnosed with ovarian cancer in 2014, with a 5-year survival rate below 45% [2]. In the United States, the mortality rate of ovarian cancer ranks fifth among all cancer patients, with 22,440 new patients with ovarian cancer diagnosed in 2017 resulting in 14,080 deaths [1]. Improvement of this situation requires more extensive research on epithelial ovarian cancer, which necessitates an adequate quantity of human ovarian surface epithelial (HOSE) cells as controls for comparisons of the specific properties and biological behaviors of ovarian cancer cells. However, HOSE cells have an extremely short life span in monolayer cell culture, which has thus far limited ovarian cancer research. Although culture of HOSE cells in a modified medium (NOSE-CM) could potentially prolong cell survival compared to culture in more common media [3], this method alone cannot sustain the amount of HOSE cells required for basic research purposes. Therefore, cell immortalization methods that allow continuous cell growth without limitation of cellular life span have been actively investigated [4–7], including viral gene induction that controls proteins involved in the cell cycle and artificial expression of core proteins related to cell immortality [8]. Specifically, immortalized cell lines are established by overexpression of the HPV-E6/E7 protein or SV40 T antigen in healthy ovarian surface epithelial cells [4, 5]. Alternatively, overexpression of human telomerase (hTERT) instead of HPV-E6/E7 has been reported to maintain cellular functions of pRB and p53 [6]. Moreover, the success rate of producing immortalized cell lines increases when hTERT overexpression is coupled with overexpression of HPV-E6/E7 or SV40 T antigen compared to overexpression of hTERT alone [7]. Furthermore, once an immortalized cell line is established, it must be verified by confirming that the characteristics of the progenitor cell line are preserved. For an epithelial cell line, such observations are based on examination of the cellular morphology and expression pattern of the epithelial marker cytokeratin [9]. In addition, any changes in chromosomes that may have been induced by the immortalization protocol are screened by karyotype analysis [10] and/or the presence of gene mutations from the progenitor cell using whole-exome sequencing [11]. Actually, ovarian cancer has been known to originate from the ovarian surface epithelium (OSE) since the mid-90s to early 2000s [12–15]. To understand the ovarian carcinogenesis, immortalized OSE (IOSE) cells were constructed by the overexpression of immortalized SV-40 T antigen, telomerase and the HPV E6/E7 protein by various study groups [12–14, 16–20]. Several studies have been attempted to identify the genetic differences and their functions in IOSE cells as an intermediate step in cancer, in order to understand the function of pre-malignant or tumorigenic cells [12–15, 17, 21]. In Clinical Cancer Research article (2003), the differences in the gene expression between the IOSE and normal OSE cells were compared using microarray, and whether IOSE cells could be used as a control for ovarian cancer research was discussed [19]. Since then, in the late 2000s and mid-2010, an IOSE cell line was used as an experimental control for ovarian cancer, and these cells were used as a tool to identify the functions and mechanisms of genes implicated in cancer cells [20, 22–28]. Although it has been concluded that the origin of serous ovarian carcinoma arises from the fallopian tube epithelium, and that the endometrioid and clear cell carcinoma are derived from endometriosis [29–31], IOSE cells are still used in many studies as an experimental control and to understand gene functions. Moreover, various kinds of immortalized cells generated in the future might serve as important experimental tools [26–28]. Here, we used an RNA sequencing technique for gene expression profiling to verify whether our established immortalized HOSE (IHOSE) cells



retained characteristics of the progenitor HOSE cells in comparison to those of ovarian cancer cells. In addition, we investigated whether the IHOSE cells demonstrated any malignant features of cancer cells based on cancer stem cell marker expression and an anchorage-independent growth assay. Confirmation of these characteristics and stability of IHOSE cells established with the proposed method could provide a useful resource for comparative or gene expression studies on ovarian cancer toward identification of novel therapeutic and/or diagnostic targets.

## Materials and methods

### Cell culture

HOSE cells were obtained by scraping the surfaces of healthy ovaries from patients without cancer, and were provided by the Korea Gynecologic Cancer Bank through the Bio&Medical Technology Development Program of the Ministry of the National Research Foundation (NRF) funded by the Korea government (MSIT) (NRF-2017M3A9B8069610). The monolayer of HOSE cells was cultured with M199/MCDB basal medium (1:1) supplemented with 10% Fetal bovine serum FBS and 1% penicillin/streptomycin. HOSE cells were maintained up to six passages, but most HOSE cells aged at two or three passages. IHOSE cells were established by transfecting HPV E6/E7 and SV40 T antigen to short-cultured HOSE cells using a lentiviral system. Cells were grown in DMEM containing 10% FBS with 1% penicillin / streptomycin and cultured at 37°C in 5% $CO_2$. Images of the cells were acquired using an Cell Imaging System (Thermo Fisher Scientific, Rockford, IL). This study was approved by the institutional review board of Gangnam Severance Hospital, and informed consent was obtained from each patient before sample collection. All cell lines were established in the Laboratory of Obstetrics and Gynecology, Gangnam Severance Hospital, Seoul, Korea. Five IHOSE cell lines were deposited with the Korean Gynecology Cancer Bank (KGCB), and are available to researchers. SKOV3 and OVCAR3 cell lines were purchased from the American Type Culture Collection (ATCC, Manassas, VA). SKOV3 and OVCAR3 cell line was maintained in RPMI-1640 supplemented with 1% penicillin / streptomycin and were cultured at 37°C in 5% $CO_2$.

### Lentiviral production and infection

To generate pCDH-HPV-E6 and pCDH-HPV-E7, cDNA encoding HPV-E6 or HPV-E7 was amplified from total RNA of cervical cancer SiHa cells using the following primer sets for HPV-E6: 5′-AAGAATTCATGCACCAAAAGAGAACTGCAAT-3′ (forward) and 5′-A AGGATCCTTACAGCTGGGTTTCTCTACGTG-3′ (reverse), and HPV-E7: 5′-AAGA ATTCATGCATGGAGATACACCTACATT-3′ (forward) and 5′-AAGGATCCTTATGGTT TCTGAGAACAGATGG-3′ (reverse). The amplified cDNA was cloned into EcoRI and BamHI restriction sites of the pCDH-EF1-MCS-T2A-copGFP Lentivector (System Biosciences, Mountain View, CA). pLenti CMV/TO SV40 small+Large T vector was obtained from Addgene (Cambridge, MA). HEK293T cells ($1 \times 10^6$) were co-transfected with 2 μg lentiviral vector and 2 μg pPACKH1 Lentivector Packaging Kit (System Biosciences, Palo Alto, CA). The crude viral supernatant was collected 48 h and 72 h after transfection (collected viral medium, 10 mL). HOSE cells were infected with 500 μL of the collected crude viral medium per dish. The medium with infected cells was replaced with fresh medium after 24 h. During this process, the infected cells did not have with a selectable marker, and single colonies were not selected.

### Short tandem repeat (STR) profiling and mycoplasma contamination test

Genomic DNA of IHOSE cells were extracted by Total DNA Extreaction Kit. (iNtRON Biotechnology, Seoul, Republic of Korea). STR profiling analysis was conducted through the

PLOS ONE                                                                    Establishment of iHOSEs via lenti-viral system

Korea Cell Line Bank (http://cellbank.snu.ac.kr). Genomic DNA was processed for STR profiling using PCR Amplification kit (Applied Biosystems, Foster, CA) according to the manufacturer's direction. After PCR amplification, the samples were analyzed on the ABI 3530xl Genetic Analyzer (Applied Biosystems) using the GeneMapper v5.0 software (Applied Biosystems). Each sample was amplified using Mycoplasma PCR Detection kit (iNtRON Biotechnology) according to the manufacturer's suggested protocol. The PCR products were separated in 1% agarose gel at 30 V for 30 min and detected using Gel Doc XR+ imaging system (Bio-Rad Laboratories, Inc, Hercules, CA)

### Ion AmpliSeq Transcriptome library Preparation

When 3 HOSE, 5 IHOSE and 2 ovarian cancer cells were 70% confluence, total RNA was extracted with TRIzol Reagent according to manufacturer's protocol (Ambion, Carlsbad, CA) and were quantified using Qubit RNA HS Assay Kit (Life Technologies, Carlsbad, CA) and calculated percentage of RNA fragments larger than 200nt using smear analysis of Agilent 2100 Bioanalyzer (Agilent Technologies, Santa Clara, CA). DNA samples were quantified using Qubit dsDNA HS Assay Kit (Life Technologies). An Ion AmpliSeq Transcriptome library was constructed with the Ion Transcriptome Human Gene Expression Kit (Life Technologies) as per manufacturer's protocol. 10 ng of total RNA were reverse transcribed to make cDNA by random priming. cDNA product was amplified target genes using the Ion AmpliSeq Human Gene Expression Core Panel with the Ion AmpliSeq Library Kit Plus. After primer digestion, adapters and molecular barcodes were ligated to the amplicons followed by magnetic bead purification. This library was amplified for a total of 5 cycles and purified. Amplicon size and DNA concentration were measured using an Agilent High Sensitivity DNA Kit (Agilent Technologies) according to the manufacturer's recommendation.

### Ion Proton sequencing

Sample emulsion PCR, emulsion breaking, and enrichment were performed using the Ion PI Template OT2 200 Kit v3 (Life Technologies, Part #4488318 Rev. B.0), according to the manufacturer's instructions. Multiple barcoded libraries were combined together with equal molar ratios for one Ion PI v2 chip. 2 pooled Ion AmpliSeq Exome libraries were loaded onto a single Ion PI v2 chip. 5 pooled Ion AmpliSeq Transcriptome libraries were loaded onto a single Ion PI v2 chip. Subsequent emulsion PCR and enrichment of the sequencing beads of the pooled libraries was performed using the Ion OneTouch system (Life Technologies) according to the manufacturer's protocol within about 7 hours. Finally, 520 Flows sequencing was done on the Ion PI v2 chip using Ion PI Sequencing 200 Kit v3 (Life Technologies, Part #4488315 Rev. B.0) on the Ion Proton sequencer (Life Technologies).

### RNA sequencing read mapping and gene expression analysis

RNA sequencing reads were mapped to the human genome (hg19) and calculated the reads count for each gene. Finally, each gene was normalized using RPKM. And we analyzed scatter plot, heat-map and differentially expressed genes (DEGs). The heat map was drawn as log values. This whole process was analyzed using DNASTAR Lasergene 15 software. David bioinformatics database (https://david.ncifcrf.gov/) was used for Gene ontology analysis.

### Real-time PCR

At 70–80% of confluence, all cells were washed with PBS and total RNA was extracted with TRIzol Reagent according to manufacturer's protocol (Ambion, Carlsbad). Total RNA (1 µg) from each sample was reverse-transcribed into cDNA using Maxima First Strand cDNA Synthesis Kit

(Thermo Scientific, Waltham, MA) according to the manufacturer's protocol. Real-time polymerase chain reaction (PCR) was performed to quantify mRNA expression using SYBR Green PCR Master Mix (Enzynomics, Daejeon, Republic of Korea) and an ABI PRISM 7300 real-time PCR system (Applied Biosystems, Foster City, CA) according to the manufacturer's instructions. Relative mRNA expression was quantified using the comparative Ct ($\Delta$Ct) method and expressed as $2^{\cdot}\Delta\Delta^{Ct}$, where $\Delta\Delta$Ct = $\Delta$E– $\Delta$C, $\Delta$E = CtE target–CtE GAPDH, and $\Delta$C = CtC target–CtC GAPDH (E = experimental result and C = controls). Each assay was done in triplicate and expressed as the mean ± standard error (SE). A series of dilutions were prepared from a stock solution of total RNA to generate a standard curve to determine reaction efficiencies. The primers for PCR were as follows: `HPS1: Forward 5'-CTCCAAAAGTGAGCCCGGAT-3'` and `Reverse 5'-ATGAGCCTCTGCACTTGGTC-3'`, `KRT222: Forward 5'-AAGGGGCC TTGAAAACTCCC-3'` and `Reverse 5'-GGAGGTGGCGATAAGTTGCT-3'`, `PKP1: Forward 5'-AGGAGGAACTCATTGCCCAC-3'` and `Reverse 5'-AGCTCAGGTTCC TCAAGCAG-3'`, `OR522N1: Forward 5'-ACTGCAAGGGCAACGTCATA-3'` and `Reverse 5'-ATCAAAGCCCCCAATCAGCA-3'`, and `GAPDH: Forward 5'-GAAGGTG AAGGTCGGAGT-3'` and `Reverse 5'-GAAGATGGTGATGGGATTTC-3'`.

## Protein extraction and western blotting

Total cell lysates were isolated using cell lysis buffer (150 mM NaCl, 50 mM Tris pH 7.4, 1% NP-40, 1 mM EDTA, 1 mM sodium orthovanadate, 1 mM NaF, and 1 mM sodium pyrophosphate) containing proteinase inhibitor cocktail (Roche, Nutley, NJ). Protein concentrations were determined by BCA assay (Sigma-Aldrich, St. Louis, MO). Proteins were separated by SDS-PAGE and transferred from gels to 0.2 μm nitrocellulose membranes (Pall Corporation, Washington, NY). Protein bands were visualized using western blotting luminol reagent (Santa Cruz Biotechology, Inc., Dallas, Texas) after binding with a HRP-conjugated secondary antibody. Anti-Cytokeratin 7 (sc-23879), anti-Cytokeratin 18 (sc-515852), anti-EpCAM (sc-25308), anti-α-Actinin (sc-17829), and anti-GAPDH (sc-59541) antibodies were obtained from Santa Cruz Biotechnology, while anti-E-cadherin (#14472), anti-CD133 (#5860), and anti-CD44 (#3570) antibodies were purchased from Cell Signaling Technology (Danvers, MA)

## Cell proliferation assay

To directly count the number of cells, cells were seeded in a 6-well plate at a density of $4 \times 10^4$ cells per well and cultured for 8 days. Ten microliters of resuspended cells were used for obtaining cell counts every 2 days using an automated cell counter (Logos Biosystems, Inc., Republic of Korea). All experiments were performed in triplicate. The growth rate was estimated between 2 and 8 days using the formula [32] :

$$N_t = N_0 2^{ft}$$

where $N_t$, total number of cells; $N_0$, initial number of cells; f, growth rate; and t, treatment time. The growth rate values were then used to calculate the doubling time, using the formula [32] :

$$\text{Doubling time} = \frac{\ln(2)}{f}$$

where f, growth rate and ln = natural logarithm.

## Soft agar assay for colony formation

Cells ($1 \times 10^4$) were seeded on 0.3% agar containing 10% FBS underneath 0.6% top agar in a 12-well plate. After a 1-week incubation at 37°C and 5% $CO_2$, 1 mL of media was added to the



dishes to avoid drying out and to refill sufficient nutrients. Four weeks later, colonies were stained using a 5 mg/mL 3-(4,5-dimethylthiazol-2-yl)-2,5-diphenyltetrazolum (MTT) solution.

## Statistical analysis

Experimental results were statistically evaluated with two-tailed paired student's t test using Graphpad Prism 7. All tests of significance were set at p < 0.05.

## Results

### Preparation and characterization of five IHOSE cell lines

We obtained HOSE cells from four patients without cancer and used a lentivirus to overexpress HPV-E6/E7 and SV40 T antigen in these cells. One of the HOSE cell samples, HOSE-1431, was used to produce two immortalized cell lines that respectively overexpressed HPV-E6/E7 or SV40 T antigen. IHOSE cell lines were established from the other three HOSE cell samples by inducing overexpression of SV40 T antigen only, because HOSE cells expressing HPV-E6/E7 exhibited senescence. Fig 1A shows images of the cells of the five IHOSE cell lines at low or high density. In previous reports, HOSE or IHOSE cells in a monolayer culture exhibited a cobblestone appearance, depending on the conditions of the culture media [33–35], and IHOSE cells infected of hTERT exhibited the co-existence of rod and cobblestone shapes [6]. The five IHOSE exhibited this co-existence with similar a morphology to that of epithelial cells (Fig 1A). Using RT-PCR, we screened for mycoplasma contamination, and confirmed no mycoplasma DNA was present in any of the cell lines (Fig 1B). Further, RT-PCR was used to confirm the successful insertion of the SV40 T antigen and HPV-E6/E7 genes for cell immortalization. All four IHOSE cell lines immortalized by SV40 T antigen expressed the antigen, whereas HPV-E6/E7 was expressed in the other IHOSE cell line. HPV-E6/E7 protein expression was also detected from total RNA samples of SNU-17 and Caski cervical cancer cells as positive controls (Fig 1C). Western blotting was used to detect protein expression of the epithelial cell markers cytokeratin 7 and cytokeratin 18 in IHOSE cells; cytokeratin 18 showed relatively high expression in both IHOSE cells and ovarian cancer cells, whereas cytokeratin 7 was expressed at lower levels in IHOSE cells compared to that found in ovarian cancer cells. However, both cytokeratins were expressed at lower levels in cells from the IHOSE-0160-SV40 cell line and SKOV3 ovarian cancer cells than in the other cells tested (Fig 1D). This difference is consistent with the well-known low expression of cytokeratin genes in SKOV3 cells [36, 37]. From RNA sequencing analysis, we determined that the major expressed cytokeratins in IHOSE and ovarian cancer cells were keratin types 7, 8, 18, and 19. The expression of these cytokeratins in IHOSE cells decreased after immortalization. Especially, the expression level of these keratins was diminished more in IHOSE-0160-SV40 cells than in the other IHOSE cell lines (S1 Table). For the five IHOSE and two ovarian cancer cell lines, the growth rates were measured for up to 8 days. The growth rates of five IHOSE cells differed from each other. 8695-SV40 and 1431-SV40 grew faster than the other IHOSE cells, and 1431 E6/E7 grew the slowest. Compared to the ovarian cancer cell lines, 8695-SV40 and 1431-SV40 grew faster than SKOV3, but their growth was similar with OVCAR3 (Fig 1E and Table 1). Table 1 indicated the doubling time of each cell lines. Genomic DNA was extracted from cells from all five IHOSE cell lines, and DNA fingerprinting was conducted using 16 STR loci. Comparison of STR profiles with the integrated molecular authentication database 2.1 [38] confirmed that all five IHOSE cell lines represent novel cell lines (Table 2). As IHOSE-1431-E6/E7 and IHOSE-1431-SV40 cells share the common HOSE progenitor cell HOSE-

PLOS ONE



**Fig 1. Characterization of five immortalized human ovary surface epithelial (IHOSE) cell lines. (A)** Representative images showing the morphology of cells from five IHOSE cell lines. SE (Upper panel = Low density of cells; Bottom panel = High density of cells). Scale bar: 400 μm, 100× magnification. **(B)** Mycoplasm contamination testing was performed using 100 ng genomic DNA by RT-PCR. **(C)** The expression levels of SV40 T antigen and HPV E6/E7 in IHOSE cells were detected by RT-PCR. β-actin and GAPDH were used as loading controls. **(D)** The expression levels of indicated protein were determined by western blot analysis in the five IHOSE and cancer cell lines. β-actin and GAPDH were used as loading controls. **(E)** Cells (4 × 10⁴) were seeded in a 6-well plate and counted every 2 days up to 8 days. Cell proliferation was determined using an automated cell counter. Results indicate cell number ± SD.

https://doi.org/10.1371/journal.pone.0205297.g001

1431, identical STR profiling results were obtained for these two cell lines. Consequently, we have established five IHOSE cell lines capable of continuous growth.

## IHOSE cells are genetically closer to HOSE cells than ovarian cancer cells

RNA sequencing was then performed to examine the gene expression patterns in the newly established IHOSE cells in comparison to three of the progenitor HOSE cell lines and two ovarian cancer cell lines. Based on expression data of 22,878 genes (S3 Table), correlation ($R^2$) values among the three groups were analyzed through comparison of scatter plots between groups. The correlation in gene expression levels was greater between the IHOSE and HOSE

PLOS ONE

Establishment of iHOSEs via lenti-viral system

**Table 1. The doubling time of each cell lines.**

| Cell lines | Doubling Time (h)[a] | Std. Deviation |
|---|---|---|
| 1431 E6/E7 | 90.20 | 11.52 |
| 1431 SV40 | 35.81 | 1.55 |
| 0160 SV40 | 42.92 | 1.17 |
| 8695 SV40 | 33.67 | 2.21 |
| 4138 SV40 | 52.11 | 2.47 |
| SKOV3 | 46.02 | 1.12 |
| OVCAR3 | 33.98 | 0.67 |

The doubling time was calculated using results between 2 and 8 days in Fig 1E.

[a](h) = hour

https://doi.org/10.1371/journal.pone.0205297.t001

groups ($R^2 = 0.9288$) than that found between IHOSE or HOSE and cancer cells ($R^2 = 0.8562$ and $R^2 = 0.7982$, respectively) (Fig 2A). Gene expression patterns of the 319 differentially expressed genes (DEGs) were obtained based on a signal threshold $\geq 0.1$, $p \leq 0.05$, false discovery rate of 5%, and two-fold alteration. There were 37 DEGs identified between the IHOSE and HOSE groups, 278 DEGs identified between the IHOSE and cancer groups, and four DEGs among all three groups (Fig 2B and S2 Table). The heatmap representing the expression patterns of these 319 DEGs revealed little difference in gene expression between the HOSE and IHOSE groups, with significant differences evident for the cancer group. This region of significant difference in gene expression was categorized into gene cluster 1 and gene cluster 2 (Fig 2C), reflecting 102 and 67 genes with reduced and enhanced expression in the ovarian cancer group, respectively (Fig 2D). Gene Ontology (GO) analysis of these clusters showed that gene cluster 1 could be divided into 25 GO terms, with "mesenchyme migration" and "cell adhesion" included among the top eight terms. Gene cluster 2 was divided into eight GO terms, with "detection of chemical stimulus involved sensory perception of smell" and "G-protein coupled receptor signaling pathway" ranked highest (Fig 2E). In addition, the dendrogram constructed for each cell type according to the gene expression pattern revealed that IHOSE cells clustered closer to HOSE cells, which were clearly distinguishable from ovarian cancer cells (Fig 2F). To

**Table 2. STR profiling of five immortalized human ovary surface epithelial cells.**

| STR Loci | 1431 E6/E7 | 1431 SV40 | 0160 Myc/SV40 | 8695 SV40 | 4138 SV40 |
|---|---|---|---|---|---|
| D8S1179 | 14, 17 | 14,17 | 12, 13 | 13, 14 | 10, 16 |
| D21S11 | 29, 33.2 | 29, 33.2 | 30 | 29, 33.2 | 30 |
| D7S820 | 10, 13 | 10, 13 | 12 | 12 | 11 |
| CSF1PO | 10, 12 | 10, 12 | 11, 12 | 9, 10 | 12, 13 |
| D3S1358 | 15 | 15 | 15,18 | 15, 17 | 16, 7 |
| TH01 | 7, 9 | 7, 9 | 6, 9 | 9 | 7, 9 |
| D13S317 | 8, 12 | 8, 12 | 10 | 8, 10 | 10, 12 |
| D16S539 | 9, 11 | 9, 11 | 10, 12 | 9, 11 | 9, 13 |
| D2S1338 | 19, 20 | 19, 20 | 23, 24 | 18, 25 | 23, 24 |
| D19S433 | 13, 14 | 13, 14 | 13, 14.2 | 13, 14.2 | 13, 14 |
| Vwa | 18 | 18 | 18, 19 | 16 | 17, 19 |
| TPOX | 8, 11 | 8, 11 | 8, 9 | 8 | 9, 11 |
| D18S51 | 15, 16 | 15, 16 | 13, 14 | 13, 17 | 13, 14 |
| Amelogenin | X | X | X | X | X |
| D5S818 | 11, 12 | 11, 12 | 10, 12 | 11, 12 | 10 |
| FGA | 24, 25 | 24, 25 | 21, 23 | 10, 12 | 26 |

https://doi.org/10.1371/journal.pone.0205297.t002

PLOS ONE

Establishment of iHOSEs via lenti-viral system



**Fig 2. Analysis of differentially expressed genes (DEGs) between IHOSE, HOSE, and ovarian cancer (Cancer) cells using RNA sequencing. (A)** Scatter plot revealing a linear correlation of gene expression pattern according to comparative analysis in HOSE versus IHOSE, IHOSE versus Cancer, and HOSE versus Cancer. **(B)** Venn diagram showing a common denominator in 319 DEGs based on sorting conditions of 2-fold change, a read-count threshold > 0.1, and p < 0.05. **(C)** Heatmap of 319 DEGs in three analyzed groups. **(D)** Heat map of downregulated genes (Cluster 1) or upregulated genes (Cluster 2) in ovarian cancer compared to HOSE and IHOSE. **(E)** Gene ontology related to biological process ordered according to p–value (–log10). Functional annotation clustering was performed using the DAVID algorithm (Upper panel = Cluster 1; Lower panel = Cluster 2). **(F)** Dendrogram for the clustering of each cell with Euclidean distance metric. **(G)** Validation of RNA-sequencing gene expression levels by real-time PCR for four common DEGs in the three groups. Data are represented as the mean fold change ± SE (Upper panel = RNA sequencing; Lower panel = Real-time PCR).

https://doi.org/10.1371/journal.pone.0205297.g002



**Fig 3. Immortalized human ovary surface epithelial (IHOSE) cell lines have no malignant characteristics. (A)** The expression levels of indicated protein for the cancer stem markers EpCAM, CD133, and E-cadherin were measured by western blot analysis (Star = non-specific band). **(B)** Soft agar colony formation of 5 IHOSE and OVCAR3 cell lines stained by 5 mg/mL MTT solution. Representative images of wells and colonies (Colonies = 100× magnification).

https://doi.org/10.1371/journal.pone.0205297.g003

verify the accuracy of the RNA sequencing results, real-time PCR was performed for the four commonly altered genes found in the three groups (Fig 2B). Despite slight differences in the degree of variation among groups, the patterns of increased or decreased gene expression among groups were consistent to those found from RNA sequencing (Fig 2G, top) and real-time PCR results (Fig 2G, bottom). Overall, these findings demonstrate that IHOSE cells have a more similar gene expression pattern to HOSE cells than to ovarian cancer cells, indicating their suitability as control cell lines for cancer research.

## IHOSE cells have no malignant features of cancer cells

IHOSE cell lines were established by overexpressing immortalizing proteins to maintain continuous cell division. Since continuous cell division is a prominent feature of cancer cells, we verified whether these IHOSE cells have the malignant features of cancer cells by detecting protein expression levels of cancer stem cell markers using western blotting. We found that two cancer stem cell markers, EpCAM and CD133, were expressed only in ovarian cancer cells, and the expression level of the surface marker E-cadherin was much higher in ovarian cancer cells than in cells from any of the five IHOSE cell lines (Fig 3A). Another feature of cancer cells is able to growth in suspended state. Using the anchorage-independent soft agar assay, we demonstrated that the IHOSE cells did not form colonies as opposed to the ovarian cancer cells that formed colonies (Fig 3B). Therefore, based on the previous results of the RNA sequencing analysis, we showed that the IHOSE cells are more similar to the HOSE cells than the ovarian cancer cell lines. Moreover, the IHOSE cells exhibited low expression of cancer stem cell markers and lack of anchorage-independent growth. Hence, we concluded that the IHOSE cells did not show carcinogenic characteristics of ovarian cancer cells, but they still exhibited the desired property of continuous cell division.

## Discussion

We have been exploring differences in gene expression between the HOSE and ovarian cancer cell lines for more than a decade and have been identifying the clinical implications of various



ovarian cancer markers [39–43]. However, culturing of HOSE cells has proven to be a challenge; moreover, the diversity of HOSE pool doesn't appear to be sufficiently secure. This study was initiated as part of our efforts to directly secure IHOSE cells and to have diversity in the experimental control group, while recognizing that immortalization of HOSE cells, which has previously been conducted in various laboratories, may be one method. Additionally, several papers related to the origin of ovarian cancer have been published in recently. It has been reported that epithelial ovarian cancer cells originate from other organs, and not from the ovaries. Serous tumors have been reported to occur in the epithelial cells of the fallopian tube, and endometrioid and clear cell tumors have been reported to be associated with endometriosis which generally occurs in endometrial tissue due to retrograde menstruation. Thus, the endometrium is also a origin site for these ovarian tumors [29, 31, 44]. Ovarian cancer is a heterogeneous disease that consists of several types of tumors with very different clinicopathological features and behaviors. Therefore, the origin of ovarian cancer is likely to vary. In order to study ovarian cancer, it is necessary to secure normal cells from other pelvic organs in addition to the normal ovarian epithelial cells. Our future goal is to obtain a variety of normal cells that are associated with the development of ovarian cancer, in order to produce a cell line and use it to study ovarian cancer. By the way, a suitable source of carcinogenic tissue and cell lines is essential for research on ovarian cancer to identify candidate biomarkers. However, such studies have been hindered owing to the challenge of obtaining histologically stable samples of HOSE cells as controls. Moreover, even if HOSE cells can be obtained, their use is limited to single short-term experiments because of aging-induced damage that prevents continuous cell division. Thus, the acquisition of HOSE cells and establishment of immortalized cell lines are essential preparative steps to advance the field of ovarian cancer research. Recently, the development of advanced next-generation sequencing technology enables detailed genomic analysis of tumor and cell lines as well as investigation into the key genes and molecular events involved in carcinogenesis [45]. Among these techniques, RNA sequencing is a powerful method for accurately detecting over 10,000 changes at the RNA level using only a small amount of RNA. Thus, we employed an RNA sequencing strategy to compare gene expression profiles of the newly established IHOSE cell lines with each of their progenitor HOSE cells and ovarian cancer cells, demonstrating that IHOSE cells had retained most of the gene expression profiles of their progenitor cells, and were distinct from cancer cells. Notably, the two types of IHOSE cells (1431-E6/E7 and 1431-SV40) established by overexpressing HPV-E6/E7 and SV40 T antigen from the common progenitor HOSE-1431 exhibited identical STR profiles. However, the cell growth rates of these two IHOSE cell lines differed by over two-fold, indicating a strong influence of the immortalization on cell growth properties. Nevertheless, the short Euclidean distance between IHOSE-1431-E6/E7 and IHOSE-1431-SV40 on the dendrogram confirmed that these differences in growth rates were not due to alterations in gene expression during the immortalization process. Further, cells from these two IHOSE cell lines do not seem to have significant differences in overall gene expression compared to cells from the other IHOSE cell lines or progenitor HOSE cells. The consistency between HOSE and IHOSE cells was further confirmed through analysis of DEGs, with clear differences detected from the gene expression patterns of ovarian cancer cells. The gene cluster showing enhanced expression in the cancer group was enriched in the GO term 'G-protein coupled receptor signaling pathway', a finding which is consistent with a previous study showing a close association of G-protein-coupled receptors with the development, progression, and metastasis of ovarian cancer [46]. In general, when cell adhesion decreases, cell growth increases along with an increase in migration or invasion [47, 48]. However, the RNA sequencing and GO results are in conflict with this general pattern, demonstrating reduced expression levels of genes involved in cell adhesion and mesenchyme migration in ovarian cancer cells. Cell adhesion molecules are

widely known as tumor suppressors because they promote cell adhesion-mediated contact inhibition to reduce cell growth and inhibit tumor dissemination [48]. However, there are also some cell adhesion molecules that can promote cell migration or invasiveness. For example, increasing the expression level of hepaCAM in HepG2 and MCF7 cells results in enhanced cell-extracellular matrix adhesion and cell migration [49]. In addition, overexpression of CEA-CAM1 in thyroid cancer cells results in increased cell invasion and migration, while CEA-CAM1 knockdown improved cell growth but decreased cell invasiveness [50]. Based on this background, the present results may imply reduced expression of genes governing migration along with reduced expression of certain cell adhesion molecules in ovarian cancer cells. We further detected a clear difference in the expression of cancer stem cell markers and tumor formation ability between IHOSE cells and ovarian cancer cells. Unfortunately, we were not able to conduct this comparison with additional progenitor HOSE cells because of the limited quantity of cells. We also found that the cancer stem cell markers EpCAM, CD133, and E-cadherin were either expressed at low levels or were absent in IHOSE cells, and none of the five IHOSE cell lines formed colonies in the anchorage-independent soft agar assay. Thus, despite exhibiting immortalization characteristics for the continuous growth of IHOSE cells, these cells do not show the genetic or phenotypic characteristics of cancer cells. Therefore, the established IHOSE cells should be highly useful as a control cell source for ovarian cancer studies, and thus, are expected to become indispensable in basic research on ovarian cancer.

## Supporting information

**S1 Table. Cytokeratin expression in RNA sequencing data.**
(XLSX)

**S2 Table. Gene lists and RNA-sequencing read counts in venn diagram.**
(XLSX)

**S3 Table. Whole gene list and read counts (22,878 genes).**
(XLSX)

## Acknowledgments

The research resources (Human ovarian surface epithelial cells) were provided by Korea Gynecologic Cancer bank [KGCB] through BIO & Medical Technology Development Program of the MEST, Korea (http://www.kgcb.or.kr).

## Author Contributions

**Conceptualization:** Wookyeom Yang, Hanbyoul Cho, Doo Byung Chay, Jae-hoon Kim.

**Data curation:** Ha-Yeon Shin, Wookyeom Yang, Eun-ju Lee, Gwan Hee Han.

**Formal analysis:** Ha-Yeon Shin, Wookyeom Yang, Gwan Hee Han, Hanbyoul Cho, Doo Byung Chay.

**Funding acquisition:** Wookyeom Yang, Jae-hoon Kim.

**Investigation:** Wookyeom Yang, Eun-ju Lee, Gwan Hee Han.

**Methodology:** Ha-Yeon Shin, Wookyeom Yang, Eun-ju Lee, Hanbyoul Cho, Jae-hoon Kim.

**Project administration:** Wookyeom Yang, Jae-hoon Kim.

**Resources:** Wookyeom Yang, Hanbyoul Cho, Doo Byung Chay, Jae-hoon Kim.



Establishment of iHOSEs via lenti-viral system

**Validation:** Ha-Yeon Shin, Wookyeom Yang, Eun-ju Lee.

**Visualization:** Ha-Yeon Shin, Wookyeom Yang, Eun-ju Lee, Gwan Hee Han.

**Writing – original draft:** Ha-Yeon Shin, Wookyeom Yang.

**Writing – review & editing:** Ha-Yeon Shin, Wookyeom Yang, Jae-hoon Kim.

## References

1. Siegel RL, Miller KD, Jemal A. Cancer Statistics, 2017. CA: a cancer journal for clinicians. 2017; 67 (1):7–30. Epub 2017/01/06. https://doi.org/10.3322/caac.21387 PMID: 28055103.

2. Dixon SC, Nagle CM, Wentzensen N, Trabert B, Beeghly-Fadiel A, Schildkraut JM, et al. Use of common analgesic medications and ovarian cancer survival: results from a pooled analysis in the Ovarian Cancer Association Consortium. British journal of cancer. 2017; 116(9):1223–8. Epub 2017/03/30. https://doi.org/10.1038/bjc.2017.68 PMID: 28350790; PubMed Central PMCID: PMCPmc5418444.

3. Li NF, Wilbanks G, Balkwill F, Jacobs IJ, Dafou D, Gayther SA. A modified medium that significantly improves the growth of human normal ovarian surface epithelial (OSE) cells in vitro. Laboratory investigation; a journal of technical methods and pathology. 2004; 84(7):923–31. Epub 2004/04/13. https://doi.org/10.1038/labinvest.3700093 PMID: 15077121.

4. Tsao SW, Mok SC, Fey EG, Fletcher JA, Wan TS, Chew EC, et al. Characterization of human ovarian surface epithelial cells immortalized by human papilloma viral oncogenes (HPV-E6E7 ORFs). Experimental cell research. 1995; 218(2):499–507. Epub 1995/06/01. https://doi.org/10.1006/excr.1995.1184 PMID: 7796885.

5. Davies BR, Steele IA, Edmondson RJ, Zwolinski SA, Saretzki G, von Zglinicki T, et al. Immortalisation of human ovarian surface epithelium with telomerase and temperature-sensitive SV40 large T antigen. Experimental cell research. 2003; 288(2):390–402. Epub 2003/08/14. PMID: 12915130.

6. Li NF, Broad S, Lu YJ, Yang JS, Watson R, Hagemann T, et al. Human ovarian surface epithelial cells immortalized with hTERT maintain functional pRb and p53 expression. Cell proliferation. 2007; 40 (5):780–94. Epub 2007/09/20. https://doi.org/10.1111/j.1365-2184.2007.00462.x PMID: 17877616.

7. Balducci L, Blasi A, Saldarelli M, Soleti A, Pessina A, Bonomi A, et al. Immortalization of human adipose-derived stromal cells: production of cell lines with high growth rate, mesenchymal marker expression and capability to secrete high levels of angiogenic factors. Stem cell research & therapy. 2014; 5 (3):63. Epub 2014/06/03. https://doi.org/10.1186/scrt452 PMID: 24887516; PubMed Central PMCID: PMCPmc4055112.

8. Maqsood MI, Matin MM, Bahrami AR, Ghasroldasht MM. Immortality of cell lines: challenges and advantages of establishment. Cell biology international. 2013; 37(10):1038–45. Epub 2013/06/01. https://doi.org/10.1002/cbin.10137 PMID: 23723166.

9. Joshi PS, Modur V, Cheng J, Robinson K, Rao K. Characterization of immortalized human mammary epithelial cell line HMEC 2.6. Tumour biology: the journal of the International Society for Oncodevelopmental Biology and Medicine. 2017; 39(10):1010428317724283. Epub 2017/10/13. https://doi.org/10.1177/1010428317724283 PMID: 29022488.

10. Kim CW, Kim CD, Choi KC. Establishment and evaluation of immortalized human epidermal keratinocytes for an alternative skin irritation test. Journal of pharmacological and toxicological methods. 2017; 88(Pt 2):130–9. Epub 2017/08/23. https://doi.org/10.1016/j.vascn.2017.08.005 PMID: 28827132.

11. Li J, Mitani Y, Rao PH, Perlaky L, Liu B, Weber RS, et al. Establishment and genomic characterization of primary salivary duct carcinoma cell line. Oral oncology. 2017; 69:108–14. Epub 2017/06/01. https://doi.org/10.1016/j.oraloncology.2017.04.007 PMID: 28559013; PubMed Central PMCID: PMCPmc5531198.

12. Auersperg N, Maines-Bandiera SL, Dyck HG, Kruk PA. Characterization of cultured human ovarian surface epithelial cells: phenotypic plasticity and premalignant changes. Laboratory investigation; a journal of technical methods and pathology. 1994; 71(4):510–8. Epub 1994/10/01. PMID: 7967506.

13. Auersperg N, Pan J, Grove BD, Peterson T, Fisher J, Maines-Bandiera S, et al. E-cadherin induces mesenchymal-to-epithelial transition in human ovarian surface epithelium. Proceedings of the National Academy of Sciences of the United States of America. 1999; 96(11):6249–54. Epub 1999/05/26. PMID: 10339573; PubMed Central PMCID: PMCPMC26867.

14. Choi KC, Kang SK, Tai CJ, Auersperg N, Leung PC. The regulation of apoptosis by activin and transforming growth factor-beta in early neoplastic and tumorigenic ovarian surface epithelium. The Journal of clinical endocrinology and metabolism. 2001; 86(5):2125–35. Epub 2001/05/10. https://doi.org/10.1210/jcem.86.5.7478 PMID: 11344217.

PLOS ONE

Establishment of iHOSEs via lenti-viral system

15. Choi KC, Kang SK, Tai CJ, Auersperg N, Leung PC. Estradiol up-regulates antiapoptotic Bcl-2 messenger ribonucleic acid and protein in tumorigenic ovarian surface epithelium cells. Endocrinology. 2001; 142(6):2351–60. Epub 2001/05/18. https://doi.org/10.1210/endo.142.6.8144 PMID: 11356682.

16. McClellan M, Kievit P, Auersperg N, Rodland K. Regulation of proliferation and apoptosis by epidermal growth factor and protein kinase C in human ovarian surface epithelial cells. Experimental cell research. 1999; 246(2):471–9. Epub 1999/02/02. https://doi.org/10.1006/excr.1998.4328 PMID: 9925763.

17. Hu YL, Tee MK, Goetzl EJ, Auersperg N, Mills GB, Ferrara N, et al. Lysophosphatidic acid induction of vascular endothelial growth factor expression in human ovarian cancer cells. Journal of the National Cancer Institute. 2001; 93(10):762–8. Epub 2001/05/17. PMID: 11353786.

18. Tsao SW, Wong N, Wang X, Liu Y, Wan TS, Fung LF, et al. Nonrandom chromosomal imbalances in human ovarian surface epithelial cells immortalized by HPV16-E6E7 viral oncogenes. Cancer genetics and cytogenetics. 2001; 130(2):141–9. Epub 2001/10/25. PMID: 11675135.

19. Zorn KK, Jazaeri AA, Awtrey CS, Gardner GJ, Mok SC, Boyd J, et al. Choice of normal ovarian control influences determination of differentially expressed genes in ovarian cancer expression profiling studies. Clinical cancer research: an official journal of the American Association for Cancer Research. 2003; 9(13):4811–8. Epub 2003/10/29. PMID: 14581352.

20. Choi JH, Choi KC, Auersperg N, Leung PC. Overexpression of follicle-stimulating hormone receptor activates oncogenic pathways in preneoplastic ovarian surface epithelial cells. The Journal of clinical endocrinology and metabolism. 2004; 89(11):5508–16. Epub 2004/11/09. https://doi.org/10.1210/jc.2004-0044 PMID: 15531506.

21. Choi KC, Tai CJ, Tzeng CR, Auersperg N, Leung PC. Adenosine triphosphate activates mitogen-activated protein kinase in pre-neoplastic and neoplastic ovarian surface epithelial cells. Biology of reproduction. 2003; 68(1):309–15. Epub 2002/12/21. PMID: 12493727.

22. Hurst JH, Mendpara N, Hooks SB. Regulator of G-protein signalling expression and function in ovarian cancer cell lines. Cellular & molecular biology letters. 2009; 14(1):153–74. Epub 2008/11/04. https://doi.org/10.2478/s11658-008-0040-7 PMID: 18979070.

23. Li NF, Kocher HM, Salako MA, Obermueller E, Sandle J, Balkwill F. A novel function of colony-stimulating factor 1 receptor in hTERT immortalization of human epithelial cells. Oncogene. 2009; 28(5):773–80. Epub 2008/11/11. https://doi.org/10.1038/onc.2008.412 PMID: 18997822.

24. Rattan R, Narita K, Chien J, Maguire JL, Shridhar R, Giri S, et al. TCEAL7, a putative tumor suppressor gene, negatively regulates NF-kappaB pathway. Oncogene. 2010; 29(9):1362–73. Epub 2009/12/08. https://doi.org/10.1038/onc.2009.431 PMID: 19966855.

25. Wang M, Wang J, Wang L, Wu L, Xin X. Notch1 expression correlates with tumor differentiation status in ovarian carcinoma. Medical oncology (Northwood, London, England). 2010; 27(4):1329–35. Epub 2009/12/17. https://doi.org/10.1007/s12032-009-9384-8 PMID: 20012562.

26. Hsu MM, Huang PY, Lee YC, Fang YC, Chan MW, Lee CI. FT-IR microspectrometry reveals the variation of membrane polarizability due to epigenomic effect on epithelial ovarian cancer. International journal of molecular sciences. 2014; 15(10):17963–73. Epub 2014/10/10. https://doi.org/10.3390/ijms151017963 PMID: 25299694; PubMed Central PMCID: PMCPMC4227199.

27. Huang H, Chen AY, Ye X, Li B, Rojanasakul Y, Rankin GO, et al. Myricetin inhibits proliferation of cisplatin-resistant cancer cells through a p53-dependent apoptotic pathway. International journal of oncology. 2015; 47(4):1494–502. Epub 2015/09/01. https://doi.org/10.3892/ijo.2015.3133 PMID: 26315556; PubMed Central PMCID: PMCPMC4583523.

28. Li B, Gao Y, Rankin GO, Rojanasakul Y, Cutler SJ, Tu Y, et al. Chaetoglobosin K induces apoptosis and G2 cell cycle arrest through p53-dependent pathway in cisplatin-resistant ovarian cancer cells. Cancer letters. 2015; 356(2 Pt B):418–33. Epub 2014/10/12. https://doi.org/10.1016/j.canlet.2014.09.023 PMID: 25304379; PubMed Central PMCID: PMCPMC4351971.

29. Kurman RJ, Shih Ie M. The origin and pathogenesis of epithelial ovarian cancer: a proposed unifying theory. The American journal of surgical pathology. 2010; 34(3):433–43. Epub 2010/02/16. https://doi.org/10.1097/PAS.0b013e3181cf3d79 PMID: 20154587; PubMed Central PMCID: PMCPMC2841791.

30. Erickson BK, Conner MG, Landen CN Jr. The role of the fallopian tube in the origin of ovarian cancer. American journal of obstetrics and gynecology. 2013; 209(5):409–14. Epub 2013/04/16. https://doi.org/10.1016/j.ajog.2013.04.019 PMID: 23583217; PubMed Central PMCID: PMCPMC3937451.

31. Kurman RJ, Shih Ie M. The Dualistic Model of Ovarian Carcinogenesis: Revisited, Revised, and Expanded. The American journal of pathology. 2016; 186(4):733–47. Epub 2016/03/26. https://doi.org/10.1016/j.ajpath.2015.11.011 PMID: 27012190; PubMed Central PMCID: PMCPMC5808151.

32. Sherley JL, Stadler PB, Stadler JS. A quantitative method for the analysis of mammalian cell proliferation in culture in terms of dividing and non-dividing cells. Cell proliferation. 1995; 28(3):137–44. Epub 1995/03/01. PMID: 7734623.

33. Dunfield LD, Shepherd TG, Nachtigal MW. Primary culture and mRNA analysis of human ovarian cells. Biological procedures online. 2002; 4:55–61. Epub 2003/05/08. https://doi.org/10.1251/bpo34 PMID: 12734568; PubMed Central PMCID: PMCPMC145557.

34. Gregoire L, Rabah R, Schmelz EM, Munkarah A, Roberts PC, Lancaster WD. Spontaneous malignant transformation of human ovarian surface epithelial cells in vitro. Clinical cancer research: an official journal of the American Association for Cancer Research. 2001; 7(12):4280–7. Epub 2001/12/26. PMID: 11751530.

35. Shepherd TG, Theriault BL, Campbell EJ, Nachtigal MW. Primary culture of ovarian surface epithelial cells and ascites-derived ovarian cancer cells from patients. Nature protocols. 2006; 1(6):2643–9. Epub 2007/04/05. https://doi.org/10.1038/nprot.2006.328 PMID: 17406520.

36. Beaufort CM, Helmijr JC, Piskorz AM, Hoogstraat M, Ruigrok-Ritstier K, Besselink N, et al. Ovarian cancer cell line panel (OCCP): clinical importance of in vitro morphological subtypes. PloS one. 2014; 9(9): e103988. Epub 2014/09/18. https://doi.org/10.1371/journal.pone.0103988 PMID: 25230021; PubMed Central PMCID: PMCPmc4167545.

37. Hu C, Dong T, Li R, Lu J, Wei X, Liu P. Emodin inhibits epithelial to mesenchymal transition in epithelial ovarian cancer cells by regulation of GSK-3beta/beta-catenin/ZEB1 signaling pathway. Oncology reports. 2016; 35(4):2027–34. Epub 2016/01/29. https://doi.org/10.3892/or.2016.4591 PMID: 26820690.

38. Romano P, Manniello A, Aresu O, Armento M, Cesaro M, Parodi B. Cell Line Data Base: structure and recent improvements towards molecular authentication of human cell lines. Nucleic acids research. 2009; 37(Database issue):D925–32. Epub 2008/10/18. https://doi.org/10.1093/nar/gkn730 PMID: 18927105; PubMed Central PMCID: PMCPmc2686526.

39. Cho H, Kim JH. Lipocalin2 expressions correlate significantly with tumor differentiation in epithelial ovarian cancer. The journal of histochemistry and cytochemistry: official journal of the Histochemistry Society. 2009; 57(5):513–21. Epub 2009/02/04. https://doi.org/10.1369/jhc.2009.953257 PMID: 19188485; PubMed Central PMCID: PMCPMC2675069.

40. Cho H, Kim S, Shin HY, Chung EJ, Kitano H, Hyon Park J, et al. Expression of stress-induced phosphoprotein1 (STIP1) is associated with tumor progression and poor prognosis in epithelial ovarian cancer. Genes, chromosomes & cancer. 2014; 53(4):277–88. Epub 2014/02/04. https://doi.org/10.1002/gcc.22136 PMID: 24488757.

41. Cho H, Lee YS, Kim J, Chung JY, Kim JH. Overexpression of glucose transporter-1 (GLUT-1) predicts poor prognosis in epithelial ovarian cancer. Cancer investigation. 2013; 31(9):607–15. Epub 2013/10/30. https://doi.org/10.3109/07357907.2013.849722 PMID: 24164300.

42. Cho H, Shin HY, Kim S, Kim JS, Chung JY, Chung EJ, et al. The role of S100A14 in epithelial ovarian tumors. Oncotarget. 2014; 5(11):3482–96. Epub 2014/06/19. https://doi.org/10.18632/oncotarget.1947 PMID: 24939856; PubMed Central PMCID: PMCPMC4116497.

43. Yang W, Cho H, Shin HY, Chung JY, Kang ES, Lee EJ, et al. Accumulation of cytoplasmic Cdk1 is associated with cancer growth and survival rate in epithelial ovarian cancer. Oncotarget. 2016; 7(31):49481–97. Epub 2016/07/08. https://doi.org/10.18632/oncotarget.10373 PMID: 27385216; PubMed Central PMCID: PMCPMC5226523.

44. Nakamura K, Nakayama K, Ishikawa N, Ishikawa M, Sultana R, Kiyono T, et al. Reconstitution of high-grade serous ovarian carcinoma from primary fallopian tube secretory epithelial cells. Oncotarget. 2018; 9(16):12609–19. Epub 2018/03/22. https://doi.org/10.18632/oncotarget.23035 PMID: 29560094; PubMed Central PMCID: PMCPMC5849158.

45. Volchenboum SL, Li C, Li S, Attiyeh EF, Reynolds CP, Maris JM, et al. Comparison of primary neuroblastoma tumors and derivative early-passage cell lines using genome-wide single nucleotide polymorphism array analysis. Cancer research. 2009; 69(10):4143–9. Epub 2009/05/14. https://doi.org/10.1158/0008-5472.CAN-08-3112 PMID: 19435921; PubMed Central PMCID: PMCPmc2739280.

46. Zhang Q, Madden NE, Wong AST, Chow BKC, Lee LTO. The Role of Endocrine G Protein-Coupled Receptors in Ovarian Cancer Progression. Frontiers in endocrinology. 2017; 8:66. Epub 2017/04/26. https://doi.org/10.3389/fendo.2017.00066 PMID: 28439256; PubMed Central PMCID: PMCPmc5383648.

47. Moh MC, Shen S. The roles of cell adhesion molecules in tumor suppression and cell migration: a new paradox. Cell adhesion & migration. 2009; 3(4):334–6. Epub 2009/12/02. PMID: 19949308; PubMed Central PMCID: PMCPMC2802741.

48. Okegawa T, Li Y, Pong RC, Hsieh JT. Cell adhesion proteins as tumor suppressors. The Journal of urology. 2002; 167(4):1836–43. Epub 2002/03/26. PMID: 11912444.

49. Moh MC, Tian Q, Zhang T, Lee LH, Shen S. The immunoglobulin-like cell adhesion molecule hepaCAM modulates cell adhesion and motility through direct interaction with the actin cytoskeleton. Journal of




cellular physiology. 2009; 219(2):382–91. Epub 2009/01/15. https://doi.org/10.1002/jcp.21685 PMID: 19142852.

50. Liu W, Wei W, Winer D, Bamberger AM, Bamberger C, Wagener C, et al. CEACAM1 impedes thyroid cancer growth but promotes invasiveness: a putative mechanism for early metastases. Oncogene. 2007; 26(19):2747–58. Epub 2006/10/24. https://doi.org/10.1038/sj.onc.1210077 PMID: 17057731.

Exhibit 24

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**                                    Public Health Service

Food and Drug Administration
College Park, MD  20740

APR 1 – 2014

Samuel S. Epstein, M.D.
Cancer Prevention Coalition
University of Illinois at Chicago
School of Public Health, MC 922
2121 West Taylor Street, Rm. 322
Chicago, Illinois 60612

RE:  Docket Numbers 94P-0420 and FDA-2008-P-0309-0001/CP

Dear Dr. Epstein:

This letter is in response to your two Citizen Petitions dated November 17, 1994 and May
13, 2008, requesting that the Food and Drug Administration (FDA or the Agency) require
a cancer warning on cosmetic talc products. Your 1994 Petition requests that all cosmetic
talc bear labels with a warning such as "Talcum powder causes cancer in laboratory
animals. Frequent talc application in the female genital area increases the risk of ovarian
cancer." Additionally, your 2008 Petition requests that cosmetic talcum powder products
bear labels with a prominent warning such as: "Frequent talc application in the female
genital area is responsible for major risks of ovarian cancer." Further, both of your
Petitions specifically request, pursuant to 21 CFR 10.30(h)(2), a hearing for you to
present scientific evidence in support of this petition.

We have carefully considered both of your Petitions. We are committed to the protection
of the public health and share your interest in reducing the risk of ovarian cancer.
Current regulations state that cosmetic products shall bear a warning statement whenever
necessary or appropriate to prevent a health hazard that may be associated with a product.
FDA may publish a proposal to establish a regulation prescribing a warning statement on
behalf of a petitioner if the petition is supported by adequate scientific basis on
reasonable grounds.

After careful review and consideration of the information submitted in your Petitions, the
comments received in response to the Petitions, and review of additional scientific
information, this letter is to advise you that FDA is denying your Petitions. FDA did not
find that the data submitted presented conclusive evidence of a causal association
between talc use in the perineal area and ovarian cancer.

For this reason and for the additional reasons described below, FDA is denying your
Petitions.

Page 2 – Dr. Epstein

**I. Discussion**

The basis of your request, throughout both Petitions, can be summarized as comprising three major points:

1. Talc may be associated with asbestos.
2. Talc is a carcinogen based on the findings of a 1993 National Toxicology Program study.
3. Epidemiological studies confirm the causal relation between genital application of talc and ovarian cancer, and the protective effect of tubal ligation or hysterectomy, preventing the translocation of talc to the ovary.

As the points you raise in your Petitions concern the chemistry and toxicology of talc, the epidemiology associated with talc use, and the etiology of ovarian cancer, commensurate reviews were conducted to assess your request.

Chemistry Findings:

Asbestos is a known carcinogen and your first major point is that talc may be associated with asbestos. As evidence that talc cosmetic products contain asbestos, you first cite a 1968 survey of 22 talcum products that found fiber content averaging 19% in all 22 products. This author further concludes that "the fibrous material was predominantly talc but probably contained minor amounts of tremolite, anthophyllite, and chrysotile [asbestos-like fibers] as these are often present in fibrous talc mineral deposits …"

You then cite a follow up study from 1971-1975 that examined 21 samples of consumer talcums and powder and concluded that cosmetic grade talc was not used exclusively in these products. This study found the presence of asbestiform anthophyllite and tremolite, chrysotile, and quartz. From these two citations, one may infer that currently available talc-containing cosmetic products are presently contaminated with asbestos, a known carcinogen. Unfortunately, you did not present any original data on the chemical composition of talc currently being used in cosmetics talc products or data linking these findings to currently used talc.

It has been reported in the scientific literature that most talc products in world trade are impure as a result of the geological processes involved in the formation of talc deposits. Further, talc containing asbestos fibers such as tremolite asbestos or chrysotile are sometimes encountered. However, large deposits of high purity, asbestos-free talc do exist and talc purification techniques have been developed which can be used to improve talc quality. Thus, while it has been reported in the past that cosmetic talc has been contaminated with asbestos, it has been also reported that asbestos-free talc deposits do exist. In addition, techniques do exist for the purification of talc in order to improve its quality. You have not provided evidence that asbestos contaminated talc-containing cosmetic products are currently being marketed, since the data submitted is almost 40 years old.

Page 3 – Dr. Epstein

Because safety questions about the possible presence of asbestos in talc are raised periodically, in 2009 FDA conducted an exploratory survey of currently marketed cosmetic-grade raw material talc and finished cosmetic products containing talc. This survey analyzed cosmetic-grade raw material talc from four suppliers out of a possible group of nine suppliers we had requested talc samples from, along with thirty-four talc-containing cosmetic products currently available in the Washington, D.C. metropolitan area for the presence of asbestos. In order to cover as broad a product range as possible, samples identified for testing included low, medium, and high priced products, along with some from "niche" markets. The cosmetic products identified as containing talc included eye shadow, blush, foundation, face powder, and body powder.

The survey found no asbestos fibers or structures in any of the samples of cosmetic-grade raw material talc or cosmetic products containing talc. While FDA found this data informative, the results were limited by the fact that only four suppliers submitted samples and by the number of products tested.  They do not prove that all talc-containing cosmetic products currently marketed in the United States are free of asbestos contamination. As always, when potential public health concerns are raised, we will continue to monitor for new information and take appropriate actions to protect the public health. You may wish to see more on this survey on our website at http://www.fda.gov/Cosmetics/ProductandIngredientSafety/SelectedCosmeticIngredients/ucm293184.htm.

Toxicology Findings:

Your second major point is that talc is a carcinogen with or without the presence of asbestos-like fibers.  The basis to this claim is that in 1993, the National Toxicology Program (NTP) published a study on the toxicity of non-asbestiform talc and found clear evidence of carcinogenic activity.

This NTP report concluded that cosmetic-grade talc caused tumors in animals, even though no asbestos-like fibers were found.  The report made the following observations:
-   There was some evidence of carcinogenic activity in non-asbestiform talc from inhalation studies in male rats based on an increased incidence of benign or malignant pheochromocytomas of the adrenal gland.
-   There was clear evidence of carcinogenic activity of talc in female rats based on increased incidences of alveolar/bronchiolar adenomas and carcinomas of the lung and benign or malignant pheochromocytomas of the adrenal gland.
-   There was no evidence of carcinogenic activity of talc in male or female mice exposed to 6 or 18 mg/cubic meter.
However, this study lacks convincing scientific support because of serious flaws in its design and conduct, including:
-   The investigators used micronized talc instead of consumer-grade talc resulting in the experimental protocol not being reflective of human exposure conditions in terms of particle size.

Page 4 – Dr. Epstein

- Investigators conceded that they had problems with the aerosol generation system; whereby, the target aerosol concentrations were either excessive or not maintained during 26 of the 113-122 weeks of the study.
- The study did not include positive and negative dust controls which would have permitted an "exact assessment" of the talc's carcinogenicity relative to the two control dusts.

In light of these shortcomings, a panel of experts at the 1994 ISRTP/FDA workshop declared that the 1993 NTP study has no relevance to human risk.

In addition, we reviewed relevant toxicity literature (consisting of 15 articles from 1980 to 2008), not cited in your Petitions, to determine if there was additional support at this point in time to for your suggested warning label. Scientific literature on studies of acute exposure effects, subchronic exposure effects, chronic exposure or carcinogenicity effects, developmental or reproductive toxicity, and genotoxicity effects were reviewed. As a result of the review of this relevant literature, FDA did not find enough additional support at this point in time for your suggested warning label.

Epidemiology and Etiology Findings:

Your third major point is that epidemiological studies confirm the causal relation between genital application of talc and ovarian cancer, and the protective effect of tubal ligation or hysterectomy, preventing the translocation of talc to the ovary.

After consideration of the scientific literature submitted in support of both Citizen Petitions, FDA found:

1   The exposure to talc is not well-characterized; it is not known if the talc referred to in the scientific studies was free of asbestos contamination; various consumer brands or lots of talc were not identified; and contamination of talc by asbestiform minerals or other structurally similar compounds was not ruled out.

2   Several of the studies acknowledge biases in the study design and no single study has considered all the factors that potentially contribute to ovarian cancer, including selection bias and/or uncontrolled confounding that result in spurious positive associations between talc use and ovarian cancer risk.

3   Results of case-controls studies do not demonstrate a consistent positive association across studies; some studies have found small positive associations between talc and ovarian cancer but the lower confidence limits are often close to 1.0 and dose-response evidence is lacking.

4   A cogent biological mechanism by which talc might lead to ovarian cancer is lacking; exposure to talc does not account for all cases of ovarian cancer; and

Page 5- Dr. Epstein

5   there was no scientific consensus on the proportion of ovarian cancer cases that
    may be caused by talc exposure.

6   The conclusion of the International Agency for Research on Cancer that
    epidemiological studies provide limited evidence for the carcinogenicity of
    perineal use of talc based body powder and the IARC classification of body-
    powder talc as group-2B, a possible carcinogen to human beings, is persuasive,
    but the results of the Nurses' Health Study, a large prospective cohort study,
    revealed no overall association with ever talc use and epithelial ovarian cancer.

Per the etiology review, approximately 10% of epithelial ovarian cancers are associated
with inherited mutations. The remaining 90% of epithelial ovarian cancers are not related
to these genetic mutations are non-hereditary. They have been historically classified
based on histology as borderline/low malignant potential, serous, endometrioid,
mucinous, and clear-cell.

Two theories have historically dominated on the cause of epithelial ovarian cancer and
these are the "incessant ovulation hypothesis" and the "gonadotropin hypothesis." In
addition to these endogenous factors, the role of exogenous factors via retrograde
transport of noxious substances (e.g. carcinogens, particulates such as talc and asbestos,
endometriosis and infectious agents) from the vagina and uterus into the Fallopian Tubes
and peritoneal cavity have been studied extensively as a possible risk factor for ovarian
cancer.

While there exists no direct proof of talc and ovarian carcinogenesis, the potential for
particulates to migrate from the perineum and vagina to the peritoneal cavity is
indisputable. It is, therefore, plausible that perineal talc (and other particulate) that
reaches the endometrial cavity, Fallopian Tubes, ovaries and peritoneum may elicit a
foreign body type reaction and inflammatory response that, in some exposed women,
may progress to epithelial cancers. However, there has been no conclusive evidence to
support causality.

The best evidence for an association or causal relationship between genital talc exposure
and ovarian cancer comes from epidemiologic data which show a statistically significant
but modest increased risk of epithelial ovarian cancer, especially with serous histology,
among women with a history of genital dusting with talcum powder. While the growing
body of evidence to support a possible association between genital talc exposure and
serous ovarian cancer is difficult to dismiss, the evidence is insufficient for FDA to
require as definitive a warning as you are seeking.

Request for hearing

In addition to your request for a warning label, you also requested a hearing, under 21
CFR 10.30(h)(2), so that you can present scientific evidence in support of your petitions.

Page 6 – Dr. Epstein

Under this regulation, FDA may deny a citizen petition request for a hearing if the data and information submitted (even if accurate), are insufficient to justify the determination urged. In consideration of your request, we conducted an expanded literature search dating from the filing of the petition in 2008 through January 2014. The results of this search failed to identify any new compelling literature data or new scientific evidence.

Since we find that the data and information are insufficient to justify the determination you request and we did not identify any new compelling literature data or new scientific evidence, FDA is also denying your hearing request.

## II. Conclusion

FDA appreciates the goals of the Cancer Prevention Coalition and FDA supports the goal of reducing the rate of ovarian cancer. Although FDA is denying the Cancer Prevention Coalition's petitions for the reasons discussed above, the Agency shares your commitment to the public health.

Sincerely,

Steven M. Musser, Ph.D.
Deputy Director for Scientific Operations
Center for Food Safety
 and Applied Nutrition

Drafted:  J. Gasper, OCAC, 2/28/14
Comments:  L. Katz, OCAC, 3/3/14
Revised:  J. Gasper, OCAC, 3/4/14
Cleared: N.Sadrieh, OCAC, 3/4/14
Cleared: LMKatz, OCAC, 3/5/14
Reviewed: FHogue, OCAC: 3/614
Cleared by:Musser:3/13/14
F/T:SRussell, OCAC 3/18/14

Exhibit 25

IARC MONOGRAPHS

# ARSENIC, METALS, FIBRES, AND DUSTS

## VOLUME 100 C
## A REVIEW OF HUMAN CARCINOGENS

IARC MONOGRAPHS
ON THE EVALUATION
OF CARCINOGENIC RISKS
TO HUMANS

International Agency for Research on Cancer

World Health Organization

Russian Federation (Onot); and, northern Spain (Respina)

- those derived from hydrothermal alteration (including retrograde metamorphism) of regionally metamorphosed siliceous dolomites and other magnesium-rich rocks such as in the USA (Murphy Marble belt, North Carolina; Death Valley-Kingston Range, California; Gouverneur District, New York; Chatsworth, Georgia); Canada (Madoc); Italy (Chisone Valley); the Russian Federation (Krasnoyarsk); Germany (Wunsiedel); Austria (Leoben); Slovakia (Gemerska); Spain; France (Trimouns); and Brazil (Brumado) (IARC, 2010).

In a study to examine the amphibole asbestos content of commercial talc deposits in the USA, Van Gosen *et al.* (2004) found that the talc-forming environment (e.g. regional metamorphism, contact metamorphism, or hydrothermal processes) directly influenced the amphibole and amphibole-asbestos content of the talc deposit. Specifically, the study found that hydrothermal talcs consistently lack amphiboles as accessory minerals, but that contact metamorphic talcs show a strong tendency to contain amphiboles, and regional metamorphic talc bodies consistently contain amphiboles, which display a variety of compositions and habits (including asbestiform). Death Valley, California is an example of a contact metamorphic talc deposit that contains accessory amphibole-asbestos (namely talc-tremolite).

### 1.6.5 Human exposure

#### (a) Exposure of the general population

Consumer products (e.g. cosmetics, pharmaceuticals) are the primary sources of exposure to talc for the general population. Inhalation and dermal contact (i.e. through perineal application of talcum powders) are the primary routes of exposure. As talc is used as an anti-sticking agent in several food preparations (e.g. chewing gum), ingestion may also be a potential, albeit minor, route of exposure.

As late as 1973, some talc products sold in the USA contained detectable levels of chrysotile asbestos, tremolite, or anthophyllite (Rohl *et al.*, 1976), and it is possible that they remained on the market in some places in the world for some time after that (Jehan, 1984). Some of the tremolite and anthophyllite may have been asbestiform in habit (Van Gosen, 2006).

Blount (1991) examined pharmaceutical- and cosmetic-grade talcs for asbestiform amphibole content using a density-optical method. High-grade talc product samples ($n$ = 15) were collected from deposits in Montana, Vermont, North Carolina, Alabama, and from outside the USA but available in the US market. Samples were uniformly low in amphibole content (with counts in the range of 0–341 particles/mg), and some samples appeared to be completely free of amphibole minerals. In samples containing amphibole minerals, cleavage-type and asbestos-type minerals were observed. Only one sample was found to contain an amphibole particle size distribution typical of asbestos.

More complete information on the levels of exposure experienced by the general population can be found in the previous *IARC Monograph* (IARC, 2010).

#### (b) Occupational exposure

Inhalation is the primary route of exposure to talc in occupational settings. Exposure by inhalation to talc dust occurs in the talc-producing industries (e.g. during mining, crushing, separating, bagging, and loading), and in the talc-using industries (e.g. rubber dusting and addition of talcs to ceramic clays and glazes). Because industrial talc is a mixture of various associated minerals, occupational exposure is to a mixture of mineral dusts (IARC, 1987b).

In general, data on numbers of workers occupationally exposed to talc are lacking. The

may induce chrysotile-leaching, contributing to its bioattenuation (Favero-Longo *et al.*, 2005). However, the dissolution of chrysotile is very low, because any breakdown of the silica framework takes place at a slow rate (Hume & Rimstidt, 1992), and is limited to a few layers in mild conditions (Gronow, 1987). Even in a strong acidic environment, the final product still retains a fibrous aspect at the nanoscale which is devoid of cations (Wypych *et al.*, 2005).

### 4.3.2 Direct genotoxicity

Mineral fibres may directly induce genotoxicity by catalysing the generation of reactive oxygen species resulting in oxidized DNA bases and DNA strand breaks that can produce gene mutations if not adequately repaired (IOM, 2006). Both asbestos and erionite fibres can induce DNA damage mediated by reactive oxygen species. Asbestos fibres have also been shown to physically interfere with the mitotic apparatus, which may result in aneuploidy or polyploidy, and specific chromosomal alterations characteristic of asbestos-related cancer (Jaurand, 1996).

In addition to direct clastogenic and aneuploidogenic activities that may be induced following the translocation of asbestos fibres to target cell populations in the lungs, persistent inflammation and macrophage activation can secondarily generate additional reactive oxygen species, and reactive nitrogen species that can indirectly induce genotoxicity in addition to activation of intracellular signalling pathways, stimulation of cell proliferation and survival, and induction of epigenetic alterations (Fig. 4.2).

### 4.3.3 Indirect mechanisms

Asbestos fibres have unique and potent effects on alveolar macrophages that have been postulated to trigger the chain of events leading to chronic lung fibrosis (asbestosis), and lung cancer (Shukla *et al.*, 2003). Macrophages express a variety of cell-surface receptors that bind to mineral fibres leading to phagocytosis, macrophage apoptosis, or macrophage activation. Receptors expressed by macrophages and other target cells in the lung that bind mineral fibres include MARCO, a scavenger receptor class A, and integrin receptors (Boylan *et al.*, 1995; Gordon *et al.*, 2002; Arredouani *et al.*, 2005). Macrophage apoptosis has also been postulated to contribute to an increased incidence of autoimmune diseases in residents in Libby, Montana, USA, who are exposed to vermiculite contaminated with amphibole asbestos fibres (Noonan *et al.*, 2006; Blake *et al.*, 2008).

Phagocytosis of asbestos fibres leads to the excess generation of reactive oxygen and nitrogen species by both direct (described in Sections 4.3.1 and 4.3.2), and indirect mechanisms (Manning *et al.*, 2002). Alveolar macrophages phagocytize particulate materials and micro-organisms leading to assembly of NADPH oxidase in the phagolysosomal membrane that generates reactive oxygen species, which are potent antimicrobial agents. Asbestos fibres have elevated surface reactivity and redox-active iron that can generate hydroxyl radicals leading to lipid peroxidation, protein oxidation, and DNA damage resulting in lung injury that is amplified by persistent inflammation (Fig. 4.1 and 4.2). Recent investigations in genetically engineered mice have provided evidence for a key role of the NALP3 inflammasome as an intracellular sensor of the initial interactions between asbestos fibres and other crystals such as monosodium urate with macrophages (Yu & Finlay, 2008). The NALP3 inflammasome activates caspase-1 that cleaves IL-1β precursor to active IL-1β that is rapidly secreted (Cassel *et al.*, 2008; Dostert *et al.*, 2008). This cytokine then triggers the recruitment and activation of additional inflammatory cells and the release of additional cytokines including TNF-α, IL-6, and IL-8 that perpetuate a prolonged inflammatory response to these biopersistent mineral dusts (Shukla *et al.*, 2003).

**Fig. 4.2 Proposed mechanism for the carcinogenicity of asbestos fibres**



IL-1β, interleukin -1β; RNS, reactive nitrogen species; ROS, reactive oxygen species.
Adapted from Shukla *et al*. (2003), Kane (2006), Nymark *et al*. (2008)

The generation of reactive oxygen species by asbestos fibres has also been associated with inducing apoptosis in mesothelial cells (Broaddus *et al.*, 1996), and alveolar epithelial cells (Aljandali *et al.*, 2001).

Asbestos fibres have been shown to contribute to the transformation of a variety of target cells from different species *in vitro*, and to induce lung tumours and malignant pleural mesothelioma in rodents following chronic inhalation (Bernstein *et al.*, 2005). There are important species differences in the induction of asbestos-related cancers: rats are more susceptible to the induction of lung cancer, and hamsters are resistant to the induction of lung cancer but more susceptible to the development of malignant pleural mesothelioma (IARC, 2002). Subchronic inhalation studies using refractory ceramic fibres (RCF-1) suggest that the increased susceptibility of hamsters to developing malignant pleural mesothelioma may be related to greater translocation and accumulation of fibres in the pleural space, and an increased mesothelial cell proliferation in hamsters compared to rats (Gelzleichter *et al.*, 1999). There are serious limitations in extrapolating these species differences to humans. First, most human lung cancers, even in asbestos-exposed individuals, are confounded by tobacco smoke that has potent independent genotoxic effects as reviewed later in Section 4.4.1. Second, diffuse malignant mesothelioma in humans is usually diagnosed at an advanced stage, and there are no reliable premalignant changes or biomarkers that may provide clues about the molecular pathogenesis of mesothelioma associated with exposure to asbestos or erionite fibres (NIOSH, 2009).

A unifying mechanism based on the experimental in-vitro cellular and in-vivo rodent models is proposed in Fig. 4.2.

Recent biochemical studies have confirmed that oxidative damage to cytosine is a plausible biological mechanism leading to epigenetic alterations and development of cancer in association with persistent inflammation (Valinluck & Sowers, 2007). Neutrophils and macrophages are the source of reactive oxygen and nitrogen species triggered by phagocytosis of crystalline silica (quartz) or asbestos fibres. In addition, myeloperoxidase catalyses the formation of hypochlorous acid (HOC1) in neutrophils, and a specific peroxidase catalyses the formation of hypobromous acid (HOBr) in eosinophils (Babior, 2000). The formation of 8-oxoguanine, 5-hydroxymethylcytosine, or 5-hydroxycytosine interferes with DNA methylation and binding of methyl-CpG binding domains (MBDs). In contrast, chlorination or bromination of cytosine mimics 5-methylcytosine and induces heritable DNA methylation at previously unmethylated sites. Halogenated cytosines are also recognized by MBDs to facilitate chromatin remodelling. However, these modified bases are not recognized by DNA glycosylase, and are not repaired (Valinluck & Sowers, 2007).

This hypothesis linking heritable alterations in patterns of cytosine methylation with endogenous sources of oxidants released from inflammatory cells is a plausible explanation for the development of lung cancer and diffuse malignant mesothelioma associated with exposure to mineral fibres. Elevated neutrophils and eosinophils have been found in the pleural space following the inhalation of refractory ceramic fibres by hamsters and rats (Gelzleichter *et al.*, 1999). Furthermore, myeloperoxidase activity has been detected in rodent lungs following exposure to asbestos fibres, whereas a decreased lung inflammation was observed in asbestos-exposed myeloperoxidase-null mice (Haegens *et al.*, 2005). This indirect mechanism secondary to persistent inflammation may be responsible for altered epigenetic methylation profiles, which are characteristic of human malignant pleural mesotheliomas (Christensen *et al.*, 2009).

## 4.4 Susceptible populations

Both exogenous environmental and occupational exposures and endogenous factors including genetic susceptibility contribute to the development of lung cancer (NIOSH, 2009) and diffuse malignant mesothelioma (Weiner & Neragi-Miandoab, 2009). The best example of an exogenous exposure that is a major cofactor with asbestos fibres in the development of cancer of the larynx and of the lung is tobacco smoking (Table 4.3; Table 4.4; IARC, 2004; IOM, 2006). Additional environmental and occupational exposures are also risk factors for cancer of the larynx (Table 4.3) and of the lung (Table 4.4); these exposures are potential confounders in human epidemiological studies (IOM, 2006). Specific examples of these cofactors and other environmental and occupational exposures will be described in relationship to mechanisms of these cancers associated with mineral dust exposures.

### 4.4.1 Other risk factors for cancer of the lung and of the larynx, and diffuse malignant mesothelioma

#### (a) Tobacco smoke

Co-exposure to tobacco smoke and asbestos fibres is at least additive and possibly multiplicative in the development of lung cancer (Vainio & Boffetta, 1994). The inhalation of tobacco smoke (Walser et al., 2008) as well as mineral fibres is associated with excess generation of reactive oxygen and nitrogen metabolites, cell injury and apoptosis, and persistent lung inflammation (Shukla et al., 2003; IARC, 2004). Excess oxidant generation has been shown to enhance the penetration of asbestos fibres into respiratory epithelial cells, and to impair fibre clearance (McFadden et al., 1986; Churg et al., 1989), as well as altering the metabolism and detoxification of tobacco smoke carcinogens (Nymark et al., 2008). Asbestos fibres can also adsorb tobacco smoke

**Table 4.3 Risk factors for the development of cancer of the larynx**

| Exposure | Reference |
|---|---|
| Active tobacco smoking | IARC (1986, 2004, 2012d) |
| Alcohol | IARC (1988, 2010, 2012d) |
| Mustard gas | IARC (1987a, 2012e) |
| Inorganic acid mists containing sulfuric acid | IARC (1992, 2012e) |
| Asbestos fibres | IOM (2006), IARC (2012b) |
| Human papilloma virus (HPV): types 6, 11, 16, 18 limited evidence | IARC (2007, 2012c) |

Compiled by the Working Group

carcinogens and metals and facilitate their transport into the lungs (IOM, 2006). Asbestos fibres have also been shown to activate growth-factor receptors and cell-signalling pathways that stimulate cell proliferation and promote cell survival (Albrecht et al., 2004). In summary, co-exposures to tobacco smoke and mineral fibres can amplify acquired genetic mutations induced by tobacco smoke carcinogens, and amplify cell proliferation in response to tissue injury leading to an increased risk for the development of cancer of the larynx and of the lung (Nymark et al., 2008).

#### (b) Other occupational and environmental exposures

Alcohol and occupational exposure to irritants (Table 4.3) also contribute to the development of cancer of the larynx. These irritants, similar to inhalation of tobacco smoke, can cause repeated episodes of injury to the respiratory epithelium, resulting in metaplasia and dysplasia (Olshan, 2006); these preneoplastic lesions may then acquire additional molecular alterations and progress towards the development of invasive lung or laryngeal carcinoma. Other occupational exposures responsible for the development of lung cancer include direct-acting carcinogens such as ionizing radiation (IARC, 2000, 2012a), and metals (reviewed in IARC, 2012b).