Exhibit 61

Downloaded from https://academic.oup.com/ajcp/advance-article-abstract/doi/10.1093/ajcp/aqz080/5532355 by jjlg4528@aol.com on 31 July 2019

# Migration of Talc From the Perineum to Multiple Pelvic Organ Sites

## Five Case Studies With Correlative Light and Scanning Electron Microscopy

Sandra A. McDonald, MD,[1] Yuwei Fan, PhD,[1,2,3] William R. Welch, MD,[4] Daniel W. Cramer,[5] and John J. Godleski, MD[1,2,4,6]

From [1]John J. Godleski, MD, PLLC, Milton, MA; [2]Electron Microscopy Laboratory, Department of Environmental Health, Harvard T.H. Chan School of Public Health, Boston, MA; [3]Boston University School of Dental Medicine, Boston, MA; [4]Department of Pathology and [5]Obstetrics and Gynecology Epidemiology Center, Brigham and Women's Hospital, Boston, MA; and [6]Harvard Medical School, Boston, MA.

**Key Words:** Talc; Pelvic lymph node; Ovarian carcinoma; Scanning electron microscopy; Polarized light microscopy

*Am J Clin Pathol* 2019;XX:1–18

DOI: 10.1093/AJCP/AQZ080

## ABSTRACT

***Objectives:*** *Genital talc use is associated with increased risk for ovarian carcinoma in epidemiologic studies. Finding talc in pelvic tissues in women with ovarian carcinoma who have used talc is important in documenting exposure and assessing talc's biologic potential, but tissue-based morphology studies have been rarely reported.*

***Methods:*** *We report five patient cases with documented perineal talc use, each of whom had talc (by both polarized light and scanning electron microscopy) in multiple pelvic sites distant from the perineum. Six negative-exposure control patients were also analyzed.*

***Results:*** *Talc particles were found in exposed patients, typically within two or more of the following locations: pelvic region lymph nodes, cervix, uterine corpus, fallopian tubes, and ovaries.*

***Conclusions:*** *Our report adds new insights into the biologic potential of talc and suggests additional anatomic sites that should be closely examined for talc by oncologic surgical pathologists in the setting of perineal talc use.*

Of great current medical, public health, and medicolegal importance is the epidemiologic association of ovarian malignancy and the use of talc cosmetic products in the genital area. Relevant data from epidemiologic studies have shown a clear excess of women with ovarian malignancy who had used talc in their genital area prior to developing cancer compared with control women.[1-5] In 2006, the data were evaluated by the International Agency for Research on Cancer, which concluded that the data were sufficient to classify the use of talc (not containing asbestos) in the genital area as possibly carcinogenic (class 2B).[6] A recent summary of the epidemiologic data, as they existed cumulatively up to 2017, found that genital talc use may increase ovarian malignancy risk by about 30%.[7] A recent Health Canada assessment[8] resulted in a proposed recommendation that talc meets the criteria under paragraph 64(*c*) of the Canadian Environmental Protection Act and may constitute a danger in Canada to human life or health.

Although the hypothesis about talc and ovarian cancer took its origin, in part, from descriptions of talc in ovarian tissue,[9] the presence of talc in the tissues of the genital tract from women with ovarian malignancy has not been a component or focus of interest in epidemiologic studies. Published histopathologic data showing talc in pelvic organs are very limited. Finding talc in the tissues of exposed patients is part of a larger key principle: the

© American Society for Clinical Pathology, 2019. All rights reserved.
For permissions, please e-mail: journals.permissions@oup.com

McDonald et al / Migration of Talc From the Perineum to Pelvic Sites

Downloaded from https://academic.oup.com/ajcp/advance-article-abstract/doi/10.1093/ajcp/aqz080/5523255 by jjlg4528@aol.com on 31 July 2019

quantification of foreign material in tissue is critical to assessing the disease occurrence, causality, and severity related to that tissue (reviewed by Abraham[10]). This is perhaps best known for asbestos and mesothelioma or pulmonary fibrosis.[11] The most complete quantification is yielded through the digestion of a tissue sample, because this procedure uses much greater amounts of tissue than could be assessed in a histologic tissue section.[10] The procedure can be used to identify and quantify individual particles by transmission electron microscopy (TEM) or scanning electron microscopy (SEM), which are then characterized by energy-dispersive X-ray analysis (EDX), to verify that their elemental compositions are consistent with a specific type of foreign material exposure.[12] Applying TEM and/or SEM and EDX to tissue sections cut from paraffin blocks also yields meaningful quantification when the concentration of particles in tissue is high enough for this detection.[13,14] This procedure can also show the cellular location where the foreign material resides in a tissue section, for example, exogenous particles in macrophages within lymph nodes.[15] Foreign particulate exposure can be estimated by studying histologic tissue sections under polarized light microscopy, which shows birefringent material, including its size and shape.[16,17] Besides the utility of these methods from a scientific point of view, they have also been applied to medicolegal contexts stemming from injuries in various exposure settings, including asbestos.[10]

Tissue digestion must be paired with a good understanding of local histomorphology to be effective and for its data to be properly evaluated in context. Contamination from laboratory or other sources can potentially complicate tissue digestion procedures, in which the anatomic landmarks are necessarily dissolved in the process. A study by Heller et al[18] was done with tissue digestion and subsequent TEM on ovaries from 24 women having hysterectomy/oophorectomy to treat conditions other than ovarian malignancy. Birefringent particles were found in digestates of all 24 patients by light microscopy and talc in approximately half of the patients by TEM, and talc particle counts were unrelated to reported levels of perineal talc use. This suggested to the authors that unassessed exposures, including infant diapering, might help explain the apparently widespread nature of the finding. Also, even though the authors stated they used talc-free gloves, contamination from laboratory processing sources outside the authors' own environment could have also played a role, given the widespread occurrence of talc in many settings.

In a woman with ovarian carcinoma, looking for talc in benign residual ovarian tissue is a good initial way to find evidence of historical exposure, but in many cases, the ovary is largely replaced by the new growth of tumor, and in such situations, there is often little residual ovary found in resected specimens. A subset of authors from the present study has previously described a case report[15] in which a woman with serous carcinoma of the ovary and who had used talc in her genital area was shown to have talc in three of four examined pelvic lymph nodes. A subsequent recent study by the current authors[19] examined the presence of talc in a series of talc-exposed women with ovarian carcinoma and available pelvic region lymph nodes. This study showed that measurements of talc from digestion of nodes may be adversely influenced by contamination, which may spuriously raise measured talc counts and obscure differences between patients that are related to clinical history and that would otherwise be detectable and significant. Instead, our study demonstrated that polarized light microscopy and in situ SEM/EDX are recommended for the assessment of talc in lymph nodes and, by extension, other exposed tissues as well. The main reason is that in situ SEM/EDX preserves anatomic landmarks and so enables a much better assessment of what is likely to be contamination and what is not.

Until now, the presence of migrated talc in multiple locations in the female pelvis/genital tract in the same patient has not been reported. Such a finding, if present, would add new insights into the potential of talc present in the perineum to enter the upper genital tract and demonstrate the importance of a more careful examination of pelvic tissues from women with epithelial ovarian cancer to correlate with clinical history of talc exposure. We report here a series of five patient cases with documented talc exposure of the genital area and with surgically resected pelvic tissues that were examined by polarized light microscopy, SEM, and EDX for the presence of talc that had migrated from the perineum. These results are compared with examination of surgical material from six patients with ovarian carcinoma who had no genital exposure to talc.

## Materials and Methods

Five patient cases were received for consultative purposes, each representing a patient with ovarian carcinoma and a history of perineal talc use. Clinical history, including surgical pathology reports, was provided for each patient with the consultative materials; also, additional history, including surgical history and perineal talc use, was obtained directly from the patients. All patient identifiers, including the 18 recognized Health Insurance Portability and Accountability Act identifiers,[20] were removed from the study data prior to final assembly of

DOI: 10.1093/AJCP/AQZ080
© American Society for Clinical Pathology

the data and publication. Histologic H&E-stained slides from the oncologic surgical treatment procedure (typically a total abdominal hysterectomy [TAH]/bilateral salpingo-oophorectomy [BSO] and various other auxiliary procedures) were provided by the outside hospital. All slides were analyzed with an Olympus BH-2 light microscope equipped with polarizing filter capabilities (analyzer and rotating polarizer with specimen slide in between). Each tissue slide was first reviewed to verify the histologic features, tumor type (if present), and tissue site (ovary, cervix, uterus, lymph node, etc). Then, each slide was scanned systematically and completely at ×200 under polarized light, and all birefringent particles were counted that were in the same plane of focus as the tissue. Birefringent particles were counted only if they were located more than a few cell widths' distance deep relative to the surface to avoid including any surface contamination in the analysis. Birefringent particles such as paper, organic debris, starch, and other clearly recognizable contaminants were not counted if they were in any way interpretable as related to the surface.

Paraffin blocks corresponding to histologic slides of interest were obtained from the treating hospital. The tissue blocks were handled with a procedure for in situ SEM/EDX, which was first described by Thakral and Abraham,[13] for assessment of particulate materials in paraffin-embedded tissue. The full details of this procedure as it was applied in our laboratory are available elsewhere.[21] Importantly, to protect against contamination, the tissue blocks were handled with particle-free gloves on precleaned surfaces and sectioned removing ~30 μm of tissue and paraffin using a rotary microtome with a fresh, clean stainless-steel blade. This sectioning was intended to remove any surface contamination from previous storage and handling. After the fresh surface was exposed, the block surfaces were washed in distilled, deionized water for 30 seconds to remove soluble surface materials such as sodium chloride and sodium phosphates used in processing for histology. The blocks were mounted for SEM examination and always kept in closed containers to limit any environmental contamination. A Hitachi SU6600 field emission SEM was used, with an Oxford EDX with Aztec version 2.0 to 3.3 software, EDX detector model X-Max 50 SDD, and electron beam penetration depth estimated at 2.5 μm, with an X-ray microanalysis range of 0.5 to 2.5 μm in depth. Talc particles were characterized by magnesium (Mg) and silicon (Si) peaks falling within 5% of the theoretical atomic ratio of 0.750 and atomic weight percent ratio of 0.649 (representative talc spectrum is shown in ▮Image 1▮).

Because all patients in this study were born before 1970, which was the time point when talc manufacturers



**▮Image 1▮** Representative spectrum of talc, showing characteristic magnesium (Mg) and silicon (Si) peaks. The characteristic Mg-Si atomic ratio is 0.75 and atomic weight percent ratio is 0.649, and particles are considered to be talc if their Mg-Si ratio falls within 5% of this theoretical value (0.649).

claimed to voluntarily remove asbestos contamination from commercial talc preparations (establishing a cosmetic grade "free of asbestos" vs industrial grade that may contain it),[22,23] and because these patients had talc exposure extending across many years, we re-reviewed all SEM backscattered electron images generated on each patient specifically for fibers or fiber-like particles (defined as a 5:1 aspect ratio). We separately tallied and categorized them (one caveat being that plate-like particles, when viewed on edge, could give the impression of being a fiber, whereas with another orientation, they might not). The EDX spectrum for any particle meeting the fiber criterion was reexamined to determine its chemical composition, and where necessary, atomic weight percent calculations were done to determine fit (or lack of fit) with known classes of inorganic fibers.

To provide a set of nonexposed controls for the five patients in this case series, six patients with ovarian carcinoma were identified (see Results section and Supplementary Table 1; all supplemental materials can be found at *American Journal of Clinical Pathology* online) who were part of a large case-control study of ovarian cancer in eastern Massachusetts and New Hampshire.[3] Patients completed structure interviews and provided written informed consent allowing for review of pathologic material from their surgery. The study was approved by the Dana Farber/Harvard Cancer Center Ethical Review Panel. Patients were selected who stated that they had not used talc, either in their perineal area or as a general body

Downloaded from https://academic.oup.com/ajcp/advance-article-abstract/doi/10.1093/ajcp/aqz080/5523355 by jljg4528@aol.com on 31 July 2019

McDonald et al / MIGRATION OF TALC FROM THE PERINEUM TO MULTIPLE PELVIC SITES

Downloaded from https://academic.oup.com/ajcp/advance-article-abstract/doi/10.1093/ajcp/aqz080/5532355 by jljg4528@aol.com on 31 July 2019

powder. These patients had a distribution of tumor types (five serous carcinomas, one endometrioid carcinoma), ages (47-58 years), and remote surgical history (ie, prior to the development of cancer) similar to the five patients in the main study, and all had undergone TAH/BSO as part of their surgical oncologic treatment. In addition, patients from the Brigham and Women's Hospital were selected to facilitate retrieval of archival materials. H&E slides were examined by regular and polarized light microscopy. A count of birefringent particles was made by systematic, complete review at ×200 of each H&E slide under polarized light microscopy, the same as for the patient slides in the main study. Subsequently, and also similar to the main study, tissue blocks were examined with SEM/EDX, using the same in situ method previously described, and with all talc or other backscattered electron imaging-positive particles characterized.

## Results

**Table 1** shows key clinical details of the five talc-exposed women in this series. Ages fell within a fairly narrow range (47-59 years). Three patients had serous carcinoma, one endometrioid carcinoma, and one clear cell carcinoma. All these histologic types have been identified as being included in the general increase in risk with talc exposure in epidemiologic studies.[5] Pathologic International Federation of Gynecology and Obstetrics staging ranged from IA (one patient) to IC (one patient) to IIIC (three patients). All patients had BSO, and four of the five had accompanying TAH. Four of five had pelvic region lymph nodes excised for staging and/or treatment purposes.

**Table 2** shows the findings from polarizing light microscopy of key sections from the talc-exposed patients' resected tissues. All patients had significant numbers of birefringent particles in tissue sections from two or more pelvic region sites, ranging from two (case 1, exocervical soft tissue and right pelvic lymph node) to four (case 2, with large numbers of particle accumulations in uterine serosa, pelvic lymph nodes, ovaries [right > left], and the fibromuscular tissue surrounding the right fallopian tube). Case 3 showed birefringent particles in the uterine serosa, bilateral fallopian tubes, and ovaries. Cases 4 and 5 had birefringent particles in the tissues of multiple

**Table 1**
**Talc-Exposed Patients' Clinical Histories**

| Case No. | Age, y | Tumor Type | Pathologic Stage | Surgical Procedure Type | Exposure History (Talc Years)[a] | Comments |
|---|---|---|---|---|---|---|
| 1 | 47 | Endometrioid carcinoma, G3 (poorly differentiated) | pT1c N0 MX (FIGO stage IC) | TAH/BSO with multiple pelvic/para-aortic lymph node excisions, with omentectomy/appendectomy (February 2009) | 42 | No history of surgeries prior to TAH/BSO |
| 2 | 50 | Serous carcinoma, high grade | pT3c N1 MX (FIGO stage IIIC) | TAH/BSO with multiple pelvic/para-aortic lymph node excisions, with omentectomy (October 2013) | 31 | Diagnostic cervical, pelvic mass, and pelvic lymph node biopsies performed a few months prior to TAH/BSO; tubal ligation at age 20 years |
| 3 | 59 | Serous carcinoma, high grade | pT3c NX MX (FIGO stage IIIC) | TAH/BSO with omentectomy (June 2010) | 58 | Diagnostic omental mass biopsy 2 weeks prior to TAH/BSO; tubal ligation and cesarean section at age 32 years and cholecystectomy at age 45 years |
| 4 | 49 | Serous carcinoma, low grade | pT3c N0 MX (FIGO stage IIIC) | BSO with multiple pelvic/para-aortic lymph node excisions, with omentectomy, appendectomy, and right hemi-diaphragmectomy (March 2013) | 31 | No history of surgery prior to BSO |
| 5 | 56 | Clear cell carcinoma, grade 2 | pT1a N0 MX (FIGO stage IA) | TAH/BSO with multiple pelvic/para-aortic lymph node excisions, with omentectomy/appendectomy (March 2009) | 51 | No history of surgery prior to TAH/BSO |

BSO, bilateral salpingo-oophorectomy; FIGO, International Federation of Gynecology and Obstetrics; TAH, total abdominal hysterectomy
[a]Talc year = daily (at least) application of talc-containing hygiene product to the genital area for 1 year. Patients 3 and 5 had reportedly experienced talc exposure since birth and/or early in infancy.

© American Society for Clinical Pathology

pelvic sites (fallopian tubes, ovaries, pelvic region lymph nodes), but due to the logistics of case review, processing, and send-out, we were not able to quantify these retro-actively with additional light microscopy after the in situ SEM data had been obtained on the same blocks.

Table 3 shows in situ SEM/EDX data on the same patients as in Table 2, with 28 total blocks (across the five patients) examined by SEM/EDX and included in our case series (most, but not all, of the blocks in which bi-refringent particles were seen subsequently proceeded

to electron microscopy). As is shown, there were gen-erally substantial talc particle counts in the same tissue blocks corresponding to where birefringent particles were identified by light microscopy. For example, markedly high light microscopic particle counts in case 1 (cervix and right pelvic lymph node), case 2 (right fal-lopian tube), and case 3 (uterine serosa) were all matched by high talc particle counts by SEM/EDX for the corre-sponding cases and tissues in Table 3. Comparative exam-ination of the data in Tables 2 and 3, particularly the pairs

Downloaded from https://academic.oup.com/ajcp/advance-article-abstract/doi/10.1093/ajcp/aqz080/5532355 by jljg4528@aol.com on 31 July 2019

**Table 2**

**Polarizing Light Microscopy Findings in Pelvic Tissues From Five Talc-Exposed Patients**

| Case No. | Lower Tract (Uterus/Cervix) | Fallopian Tube | Ovary | Lymph Nodes |
|---|---|---|---|---|
| | | **Distribution of Birefringent Particulates Within Tissue (Particles/Histologic Section), No.** | | |
| 1 | Cervix: >100 | Left tube: 3<br>Right tube: 3 | Left ovary: 6 | Right pelvic node: >500<br>Left pelvic node: >50 |
| 2 | Anterior cervix: 6<br>Posterior uterus: >50 | Right fallopian tube: >50, mainly in fibromuscular tissues near the tube | Right ovary, first block: 13<br>Right ovary, second block: 35<br>Right ovary, third block: 3<br><br>Left ovary, first block: 1<br>Left ovary, second block: 6 | Right pelvic node: >100<br>Left pelvic node, first block: >200<br>Left pelvic node, second block: >100<br>Left pelvic node, third block: >100<br>(Note: first through third blocks are together one node.) |
| 3 | Uterus: >200 | Right tube: 15<br>Left tube: 14 | Right ovary: 27<br>Left ovary: 11 | None surgically resected |
| 4 | Tissue type not made available | Birefringent particles seen in left fallopian tube (one block) and right fallopian tube (two blocks); exact counts not available | Birefringent particles seen in left ovary (two blocks) and right ovary (two blocks); exact counts not available | Birefringent particles seen in right pelvic lymph nodes (four blocks) and left pelvic lymph node (one block); exact counts not available |
| 5 | No birefringent particles seen in tissues | Birefringent particles seen in left fallopian tube (one block) and right fallopian tube (one block); exact counts not available | Birefringent particles seen in right ovary (one block) and left ovary (one block); exact counts not available | Birefringent particles seen in left pelvic lymph nodes, two blocks (three nodes total by gross examination report); exact counts not available |

**Table 3**

**In Situ Scanning Electron Microscopy Findings for Pelvic Tissues in Five Talc-Exposed Patients**

| Case No. | Lower Tract (Uterus/Cervix) | Fallopian Tube | Ovary | Lymph Nodes |
|---|---|---|---|---|
| | | **No. of Talc Particles Found in Each Tissue Block by In Situ Scanning Electron Microscopy/EDX** | | |
| 1 | Cervix: 52 | Left tube: no SEM done<br>Right tube: no SEM done | Left ovary: 8 | Right pelvic node: 65<br>Left pelvic node: 61 |
| 2 | Anterior cervix: 1<br>Posterior uterus: 53 | Right tube: 31 | Right ovary, first block: 2<br>Right ovary, second block: 51<br>Right ovary, third block: 0<br><br>Left ovary, first block: 1<br>Left ovary, second block: 3 | Right pelvic node: 18<br>Left pelvic node, first block: 43<br>Left pelvic node, second block: 35<br>Left pelvic node, third block: 24<br>(Note: first through third blocks are together one node.) |
| 3 | Uterus: 36 | Right tube: 2<br>Left tube: 1 | Right ovary: 24<br>Left ovary: 0 | None resected |
| 4 | Not examined by SEM | Not examined by SEM | Right ovary, first block: 4<br>Right ovary, second block: 0 | Right pelvic node: 28 (one block examined) |
| 5 | Not examined by SEM | Right tube: 0 | Right ovary: 8<br>Left ovary: 0 | Left pelvic node: 13 (one block examined) |

EDX, energy-dispersive X-ray analysis; SEM, scanning electron microscopy.

**McDonald et al** / Migration of Talc From the Perineum to Multiple Pelvic Sites

Downloaded from https://academic.oup.com/ajcp/advance-article-abstract/doi/10.1093/ajcp/aqz080/5523355 by jjlg4528@aol.com on 31 July 2019

of tissue blocks (generally in cases 1 through 3) for which both polarized light microscopy and SEM/EDX numerical particle counts were available, showed an *r* value of 0.675 and a *P* value of .002 by linear regression analysis. Where direct comparisons between the counts in Tables 2 and 3 were able to be made (generally the first three cases), counts of birefringent particles by light microscopy were generally higher than the corresponding counts by SEM. This can be explained by the finding of other nontalc foreign material in the blocks by SEM/EDX. EDX analyses were performed of backscatter-positive particles seen in these blocks. Across the 28 blocks, this yielded an aggregate total of 503 talc particles and 945 foreign nontalc particles. Of the latter, most (802, 85%) were nonspecific mineral particles consisting generally of Si in various combinations with sodium (Na), Mg, and especially aluminum (Al). Where Mg and Si predominated in this group, the spectral peak ratio fell outside the atomic weight percent range ($0.649\% \pm 5\%$) expected for talc, so they were not classified as such. Occasionally, silicon oxide particles were identified by SEM/EDX, which exhibits birefringence.[17] The remaining exogenous particles consisted of various metals, either alone or in various combinations, most notably copper, chromium, Al, titanium, zinc, nickel, and manganese. Iron (Fe) was often combined with some of these metallic particles. Besides talc and exogenous metals and minerals, the other broad category of particles seen in the case analyses included endogenous particles, often in the form of dystrophic calcification, which is common in serous ovarian malignancy. Particles with calcium (Ca), Na, phosphorus (P), carbon, potassium (K), and Fe in various combinations were considered endogenous. No asbestos fibers or ferruginous bodies were found in the analyses. Based on the data, the nonspecific mineral particles accounted for many of the birefringent particulates seen under light microscopy that were not talc. Such particles can be encountered in everyday living and may presumably gain access to the perineum and associated lymphatics in similar ways to talc. Based on data from Jurinski and Rimstidt[24] for talc vs silica, these nonspecific silicates could be reasonably expected to have a slow dissolution rate (years or decades) and a long retention time in tissue.

Tissue macrophages were a key particle location for many sites and thus a key part of the tissue response to the migrated talc. Such cells, with cytoplasm filled with birefringent particles, were seen in the cervix (case 1) and the uterine serosa and pelvic region lymph nodes of multiple cases. In rare instances, the affected macrophages were seen to coalesce into multinucleate giant cells as part of the inflammatory response. Affected macrophages often had grayish, faintly ground-glass cytoplasm and

were sometimes accompanied by a mix of other chronic inflammatory cells (eg, in the soft tissues near the fallopian tube in case 5). Birefringent material was often seen localized near small vasculature, particularly in the uterine serosa (cases 1 and 3) and soft tissue near fallopian tubes (cases 2 and 5). For extranodal talc migration sites, the concomitant presence of lymphatic vessels was strongly suspected, but this was often difficult to ascertain histologically since these vessels may be nonpatent and/or otherwise hard to see in tissue sections. Of note, for three of the four patients who had pelvic region lymph nodes resected, none of their talc-positive lymph nodes had concomitant metastatic malignancy. However, case 2 had two pelvic region lymph nodes (represented on slides as multiple lymph node profiles) with both metastatic tumor and abundant birefringent particles in macrophages, often existing close to each other. An example is shown in ▮Image 2▮. Because both are regarded as migrating via lymphatic pathways, their coexistence in one of our patient cases was not a surprise. ▮Image 3▮ emphasizes this point from a different point of view by showing regular H&E (Image 3A) and polarized light microscopy (Image 3B) of the same view of uterine serosa in case 3. Several lymphovascular spaces are present, a larger one of which is highlighted with the arrows and is seen to contain birefringent material in Image 3B. EDX of this patient's uterine serosa tissue showed that this birefringent material was talc (see next paragraph).

▮Image 4▮, ▮Image 5▮, ▮Image 6▮, ▮Image 7▮ and ▮Image 8▮ (pertaining respectively to cases 1 through 5 in Tables 1-3) show representative correlative polarized light and SEM (with backscattered electron imaging) micrographs. For each case, EDX analysis of most of the backscattered image-positive particles (typically 1-10 μm diameter) showed the characteristic spectrum of talc in Image 1, thus confirming that most of the birefringent material seen by polarizing light microscopy in these particular areas was, in fact, talc. Considering each figure individually, Image 4 shows birefringent material clustered in macrophages in deep exocervical fibrous tissue and comparable particle morphology in the same region on backscattered electron SEM imaging. Similar correlative morphology is seen in the same figure for macrophages within pelvic lymph node tissue. The exocervical tissues and lymph node show rather unremarkable macrophage morphology when reviewed by light microscopy without polarization. Image 5 shows birefringent particle accumulations in the uterine serosa (both macrophages and soft tissue and near vascular spaces) and fallopian tube peripheral tissue, ovary, and lymph node tissue (the latter frequently in macrophages), with corresponding morphology in the SEM backscattered electron images. Image 6 shows

© American Society for Clinical Pathology

Downloaded from https://academic.oup.com/ajcp/advance-article-abstract/doi/10.1093/ajcp/aqz080/5523355 by jljg4528@aol.com on 31 July 2019



∎Image 2∎ Regular light microscopy (**A**) and polarized light microscopy (**B**) of left pelvic lymph node in patient 2, same field of view, showing juxtaposition of birefringent particles in macrophages, metastatic carcinoma, and uninvolved lymph node parenchyma. This particular area was not analyzed by scanning electron microscopy, but based on the findings in other histologic regions, much of this birefringent material is likely talc. (H&E, ×400)



∎Image 3∎ Regular light microscopy (**A**) and polarized light microscopy (**B**) of the uterine serosa in patient 3, same field of view, showing serosal fibrovascular tissue and abundant birefringent particles that are seen in one lymphvascular space (arrows). This serosal birefringent material was shown to be talc by scanning electron microscopy/energy-dispersive X-ray analysis (see Image 6). (H&E, ×200)

uterine serosa with numerous birefringent particles within soft tissue and macrophages, as well as ovarian stroma showing a birefringent particle within soft tissue but close to a blood vessel, with corresponding SEM images showing backscattered electron-positive particles. Images 7 and 8 show birefringent particles in pelvic region lymph nodes with corresponding backscattered electron-positive positive SEM images, as well as birefringent particle(s)

in auxiliary sites: ovary (Image 7) and soft tissue from around the fallopian tube (Image 8). The latter was notable for a mixed chronic inflammatory infiltrate in and around the exogenous material.

Review of the backscattered electron SEM images from all 28 tissue blocks from all five patients (typically there were around 50-250 SEM images generated on each block) showed a total of 52 fibers or fiber-like particles,

**McDonald et al** / Migration of Talc From the Perineum to Multiple Pelvic Organ Sites

Downloaded from https://academic.oup.com/ajcp/advance-article-abstract/doi/10.1093/ajcp/aqz080/5522355 by jljg4528@aol.com on 31 July 2019



**◼Image 4◼** Representative photomicrographs for patient 1. **A**, Deep exocervical soft tissue with collections of macrophages in dense collagenous tissue. A few macrophages were multinucleate and showed slightly glassy grayish cytoplasm (H&E, ×400). **B**, Same histologic field as **A**, under polarized light microscopy, showing collections of macrophages with numerous birefringent cytoplasmic particles 1 to 10 μm in diameter (H&E, ×400). **C**, Scanning electron microscopy (SEM, ×500) with backscattered electron imaging from the same general area as in **A** and **B** but a different histologic section, showing numerous backscattered electron-positive particulates within the cytoplasm of macrophages, similar to **A**, the majority of which had a spectrum characteristic of talc. **D**, Right pelvic lymph node with aggregates of intranodal macrophages (H&E, ×400).

of which 18 (35%) were talc, 18 (35%) were nontalc mineral silicates (typically Al-Si often in combination with other cations), six (11%) were metals or combinations of metals, and 10 (19%) were endogenous (various combinations of Na, P, sulfur, Ca, K, and Fe). Most of the identified fiber-like particles had aspect ratios approximately or slightly greater than 5:1 (the threshold we used), but there were four fibers identified with long aspect ratios (>10:1) and strongly parallel sides. Three of these were found in the right ovary of patient case

2, and the fourth was found in the left fallopian tube of patient case 3. By EDX, these fibers were aluminum silicates with Mg and Ca and, in two of the fibers, also Fe. Atomic weight percent calculations on these fibers showed that the Mg/Si and Ca/Si ratios were far outside the ranges expected for tremolite asbestos fibers; also, the presence of Al was additional evidence against tremolite since it would not be expected to occur in the latter. Asbestos fibers or ferruginous bodies, if present, were below the level of detection of our analysis and

Downloaded from https://academic.oup.com/ajcp/advance-article-abstract/doi/10.1093/ajcp/aqz080/5523255 by jljg4528@aol.com on 31 July 2019




∎**Image 4**∎ (cont) **E**, Same histologic field as **D**, under polarized light microscopy, with numerous birefringent particles similar in size and appearance to those seen in the exocervix, within intranodal macrophages (H&E, ×400). **F**, SEM (×500) from the same general area as **D** and **E** but in a different histologic section, showing numerous backscattered electron-positive particulates within the cytoplasm of macrophages, similar to **C**, and the majority having a spectrum characteristic of talc.

hence not found. A representative sampling of the fibers and fiber-like particles we found is shown in ∎Image 9∎, along with more details on the atomic weight percent calculations.

Supplementary Table 1 shows the clinical, light microscopic, and SEM data for the six control patients with no history of perineal or body use talc exposure. Ten ovary blocks and one fallopian tube block comprised the six control patients' materials. Polarizing light microscopy, as shown in the table, revealed a range of two to 17 birefringent particles per slide; these values are comparable to the lower end of the polarizing light microscopy results of the exposed patients in Table 2 but markedly less than for tissues from those patients who had substantial talc by subsequent SEM/EDX. Inflammatory infiltrates, when seen in the control tissues, were generally attributable to the presence of nearby tumor and not to the presence of the uncommon birefringent material. Giant cells, such as were seen in some talc-exposed patients, were not observed in controls.

Correlative SEM/EDX of the control tissue blocks showed a total of four talc particles across all patients: two in patient 2 (right ovary) and two in patient 3 (right fallopian tube). Of note, in Supplementary Table 1, both these patients had pelvic surgery more than 30 years prior to their ovarian cancer surgical procedure. The talc particles represented a very small proportion (0.8%) of the overall backscattered electron-positive particles that were found and analyzed across the 11 control tissue

blocks (494). Of those, most were endogenous, the most common being calcium phosphate (202 [41%] particles), sodium salts (108 [22%] particles), and iron phosphate (56 [11%] particles). Nonspecific minerals accounted for 105 (21%) particles; these may access the genitourinary tract through hygiene practices and general living. No fibers, talc or otherwise, were found in any control tissues by SEM/EDX.

## Discussion

The cases reported here show in vivo pelvic migration potential for talc that has, to our knowledge, not been reported previously. Within a set of five patient cases, all with known talc exposure to the perineum and all of which had groups of pelvic organs/tissues surgically resected for the management of ovarian carcinoma, talc was found in two pelvic organ sites (three patients), three sites (one patient), and four sites (one patient) distant from the original site of application (perineum). In four of the five patients, pelvic region lymph nodes were one of the sites affected. Talc has been described in one distant pelvic organ site before[15,19] but, prior to this report, not more than one such site in a given patient.

It is important to remember that, because the in situ SEM technique examines only a very small volume of tissue, the finding of even modest numbers of exogenous particles (eg, talc) in tissue sections may translate into a

McDonald et al / Migration of Talc From the Perineum to Multiple Pelvic Organ Sites

Downloaded from https://academic.oup.com/ajcp/advance-article-abstract/doi/10.1093/ajcp/aqz080/5532355 by jljg4528@aol.com on 31 July 2019






▮Image 5▮ Representative photomicrographs for patient 2. **A**, Uterine serosa showing numerous birefringent particles 1 to 10 mm in diameter within soft tissue and macrophages (H&E, ×200). **B**, Scanning electron microscopy (SEM) corresponding to **A**, showing numerous backscattered electron-positive particles (×500), the majority with an energy-dispersive X-ray analysis (EDX) spectrum characteristic of talc. **C**, Fibromuscular soft tissue near fallopian tube, showing a macrophage with abundant intracellular birefringent material similar to that seen in **A** (H&E, ×400). **D**, SEM of the same region as **C**, showing a backscattered electron-positive particle approximately 5 μm in diameter that proved to be talc using EDX (×500).

significant exposure when calculated on a per-gram-of-tissue basis and when placed in appropriate clinical context. Or, to put it another way, seeing particles by in situ microscopy (both light and SEM) requires a relatively large amount of material distributed within the tissues to make it possible to find it in this manner. Roggli and Pratt[25] demonstrated this principle by showing that the identification of one asbestos body in a tissue section corresponded to at least 100 fibers per gram of tissue.

The six control cases supported the contention that talc is rarely found in surgically resected pelvic tissues

from patients with no prior perineal or body use exposure. The four talc particles found by SEM/EDX were in two patients who had undergone pelvic surgical procedures more than 30 years prior. Given that history and timeline, the talc could have been introduced from the ambient environment or from talc on instruments or gloves. The latter was relatively common decades ago when these patients had surgery.[26] Birefringent particles of other etiologies (endogenous or nonspecific mineral particles) can be found in nontalc-exposed patient tissues, as was the case in our controls, with SEM/EDX useful in

© American Society for Clinical Pathology

Downloaded from https://academic.oup.com/ajcp/advance-article-abstract/doi/10.1093/ajcp/aqz080/5532355 by jljg4528@aol.com on 31 July 2019



▮**Image 5**▮ (cont) **E**, Birefringent particle seen in soft tissue of ovary, with mixed inflammation and fibrosis in the general background (H&E, ×400). **F**, SEM showing several backscattered electron-positive particles within the same region as **E** (ovary). The particles were irregularly shaped, less than 7 μm in diameter, and on EDX analysis showed the characteristic spectrum of talc (Image 1) (×500). **G**, Left pelvic lymph node with numerous birefringent particles similar in size and appearance to those seen in the uterine serosa, within intranodal macrophages (H&E, ×400). **H**, SEM from the same general area as **E** but in a different histologic section, showing numerous backscattered electron-positive particulates within the cytoplasm of macrophages, similar to **E**, with most having an EDX spectrum characteristic of talc (×500).

the distinction. However, most of the numerous calcium phosphate particles found in the controls would likely have been nonbirefringent and thus not detected by polarizing light microscopy.

The five cases described here were part of a larger group of cases (all women with ovarian carcinoma and with perineal talc exposure) that were received by us for consultative purposes over a 3- to 4-year period. Among 34 consults recently reviewed by one author (S.A.M.), 29 (85%) had birefringent particles in more than one pelvic

organ site, and of the five that did not, three had substantially limited material for review. Most of these cases have not yet had SEM/EDX performed on tissue blocks, so we do not yet know to what extent these light microscopic findings translate into sites of talc migration. But these preliminary data suggest that a substantial fraction might among patients with the appropriate exposure history.

A prominent finding in several of our cases and tissue sites was the accumulation of numerous birefringent particles in the cytoplasm of tissue macrophages

Downloaded from https://academic.oup.com/ajcp/advance-article-abstract/doi/10.1093/ajcp/aqz080/5532355 by jljg4528@aol.com on 31 July 2019



**❚Image 6❚** Representative photomicrographs for patient 3. **A**, Uterine serosa showing numerous birefringent particles 1 to 10 μm in diameter within soft tissue and macrophages (H&E, ×400). **B**, Scanning electron microscopy (SEM) corresponding to **A**, showing numerous backscattered electron-positive particles (×500), most with an energy-dispersive X-ray analysis spectrum of talc similar to Image 1. **C**, Ovarian stroma showing a birefringent particle within soft tissue but close to blood vessel. Other birefringent particles were seen in different microscopic fields in this section. **D**, SEM showing several backscattered electron-positive particles within the same tissue (but different section) corresponding to **C**. These backscattered electron-positive particles showed a spectrum characteristic of talc (Image 1) (×500).

on both light microscopy and SEM, which, using EDX analysis, proved to be talc. The H&E appearance of these macrophages was often rather subtle, with grayish cytoplasm and a faintly ground-glass appearance; in our opinion, they could be easily missed on a routine slide review where just light microscopy is performed. This therefore highlights the importance of doing polarizing light microscopy on surgically resected pelvic tissues, not necessarily in every case but indeed if or when the appropriate talc exposure history is present.

Talc is able to stimulate the phagocytic potential of macrophages: a subset of the current authors and their colleagues reanalyzed the slides from the study by Beck et al,[27] who did in vivo hamster studies using sonicated intratracheally induced talc and granite exposure. It was found that pulmonary macrophages phagocytize talc more avidly than granite, especially in the initial 1 to 2 days following exposure (unpublished data). Beck et al[27] showed that these macrophages that have ingested talc are then unable to phagocytose radiolabeled particles

© American Society for Clinical Pathology

**AJCP** / ORIGINAL ARTICLE

Downloaded from https://academic.oup.com/ajcp/advance-article-abstract/doi/10.1093/ajcp/aqz080/5532355 by jljg4528@aol.com on 31 July 2019



▌**Image 7**▌ Representative photomicrograph for patient 4. **A**, Tissue of the right ovary with a string-like arrangement of multiple birefringent particles (1-5 μm in greatest dimension) within ovarian stromal tissue (H&E, ×400). **B**, Scanning electron microscopy (SEM) showing an irregularly shaped particle, which in backscatter mode is about 6 μm in diameter. Energy-dispersive X-ray analysis of this particle showed the typical spectrum of talc (Image 1) (×1,000). **C**, Right pelvic lymph node tissue with approximately eight birefringent particles (each ~2 μm in greatest dimension or less) visible in the same plane of focus with the cells of the lymph node. Many of these particles are clearly within macrophage cells in the lymph node. **D**, SEM of the same right pelvic lymph node tissue (but a different section) showing numerous backscattered electron-positive particles within the cytoplasm of a macrophage, similar to the light microscopic morphology in **C**. These particles had the characteristic spectrum of talc (Image 1) (×1,000).

as readily as macrophages that have ingested granite or control macrophages, which may be why we also observe talc particles in tissue outside of phagocytic cells. This apparent initial avidity of macrophages for talc is consistent with the morphologic findings in our case series and may help explain the inflammatory potential of talc. Full reviews of macrophage biology and inflammatory responses are available in the literature, including the

phenomena of reactive oxygen species generation and opsonization.[28-31] Talc may remain long after the initial inflammatory response has run its course, as evidenced by studies showing that talc has a slow dissolution rate in tissue.[24] In addition to the macrophage activity described earlier, mixed inflammatory infiltrates were sometimes seen in our talc-containing cases, for example, in the fallopian tube in patient 5 (Image 6) and the ovary in patient

McDonald et al / Migration of Talc From the Perineum to Multiple Pelvic Sites

Downloaded from https://academic.oup.com/ajcp/advance-article-abstract/doi/10.1093/ajcp/aqz080/5523355 by jjlg4528@aol.com on 31 July 2019



**▪Image 8▪** Representative photomicrograph for patient 5. **A**, Birefringent particle approximately 7 μm in diameter, found in the soft tissues around the fallopian tube, and associated with chronic inflammation (H&E, ×400). **B**, Scanning electron microscopy (SEM) showing numerous backscattered electron-positive particles within the soft tissues around the same fallopian tube tissue as in **A** but a different tissue section (×500). **C**, Two birefringent particles within a left pelvic lymph node (H&E, ×400). **D**, SEM of the same pelvic lymph node tissue as in **C**, showing an irregularly shaped, backscattered electron-positive particle less than 5 μm in diameter, which showed the characteristic spectrum of talc.

2 (Image 3). The understanding of talc's ability to induce inflammation is well established.[32]

Through the migration of particles to lymph nodes as well as to other pelvic sites, the morphologic findings in our study indicate the likely importance of lymphatic pathways in the migration of talc. Talc may access lymphatics directly in the perineum (its typical initial exposure location) or at any point in its ascent through the genitourinary tract toward the fallopian tubes and ovaries. Among other possible mechanisms, this might occur through erosions in the superficial epithelial surface, thereby exposing the lymphatic channels directly underneath. Once talc particles reach ovaries and/or pelvic region lymph nodes, they have access to a further network of lymphatics present in those locations, thus yielding further migration potential. One example would be talc migration to para-aortic nodes, which we have seen in one patient (not included as part of this series but included in a separate report[19]) and conceptually mirrors the clinical finding that ovarian serous carcinoma tends to

© American Society for Clinical Pathology

Downloaded from https://academic.oup.com/ajcp/advance-article-abstract/doi/10.1093/ajcp/aqz080/5522355 by jilg4528@aol.com on 31 July 2019




**Image 9** Representative fibers and fiber-like particles (≥5:1 aspect ratio) found in our patient analysis (all photos are scanning electron microscopy with backscattered electron imaging, ×500). **A**, Long aspect ratio fibers (arrows) with a chemical signature of calcium (Ca), magnesium (Mg), aluminum (Al), iron, and silicon (Si) found in patient case 2 (right ovary). Fiber at right is seen to be extending into tissue where it disappears from view; thus, its aspect ratio may be higher than what is visible. For the total of four long aspect ratio fibers (10:1 or greater) that we found in our study, based on atomic weight percent calculations, average Mg/Si was 0.241 and Ca/Si was 1.03, where the respective ratios expected for tremolite are 0.542 and 0.357. Average Al/Si for the four fibers was 0.327, whereas no Al is expected for tremolite. **B**, Talc fiber-like particle (arrow) with an approximately 6:1 aspect ratio from case 2 (uterus). **C**, Talc fiber-like particle (arrow) from case 3 (uterus), with an approximately 6:1 aspect ratio. Particles in **B** and **C** had Mg-Si spectra with atomic weight percent ratios within 5% of the theoretical value of 0.649 for talc, similar to Image 1. In **C**, the other nearby backscattered electron-positive particles were also talc but did not meet the 5:1 aspect ratio threshold for a fibrous morphology.

metastasize early to para-aortic nodes preferentially over other node groups.[33] Theoretically, talc could even reach distant extrapelvic sites through further lymphatic spread and induce inflammatory reactions there, but in the women with ovarian malignancy who we have evaluated, this type of study opportunity has not arisen, simply because these extrapelvic tissues do not become available for examination as part of TAH/BSO surgery.

Besides the finding (with obvious implications) of exogenous material in lymph nodes, in our set of cases, evidence of lymphatic migration was seen in the distribution of birefringent material around small blood vessels in the uterine serosa (cases 2 and 3) and soft tissues at the periphery of the fallopian tube (cases 2 and 6). These areas are rich in lymphatics, and the clustering of exogenous material there is strongly suggestive of migration via such a route. Lymphatic vessels are highly distensible and compliant and have an elaborate pumping mechanism consisting of contractile lymphatic muscle cells and one-way valves that facilitate the transport of material (whether endogenous or exogenous) consistently via an anterograde flow route.[34] Initial lymphatics present in

peripheral locations, such as those likely to be encountered in talc exposure, are typically tens of microns in diameter,[34] well within the range of the 1- to 10-μm size typically seen for talc particles in exposure settings and also consistent with the size of pathogens, malignant cells, and other materials the lymph system typically collects and transports.

Sentinel lymph node studies, although derived from oncology, offer insight into the migration potential of talc from the perineum or lower genital tract and help explain the peculiar idiosyncratic specificity of talc migration sites that is often seen in patient cases. The general principle from sentinel lymph node studies is that usually there is one node or at most a small group of nodes that represent the initial site of dissemination or metastasis in a given patient, among many nodes that in theory are part of the drainage basin,[35] and so if that sentinel node is free of metastases, then remaining nodes in the same nodal basin should be free also.[36] The lymphatic network of the ovary is known to be both rich and complex and subject to frequent remodeling based on the menstrual/hormonal cycle.[37] Based on studies of ovarian

Downloaded from https://academic.oup.com/ajcp/advance-article-abstract/doi/10.1093/ajcp/aqz080/5523355 by jjjg4528@aol.com on 31 July 2019

malignancy, the most common drainage sites from the ovary are the pelvic, paraaortic, and iliac lymph nodes,[38] so talc that migrates to the ovary would then be expected to have access to these lymph node groups through a similar mechanism. A further study by Vanneuville et al[39] using lymphoscintigraphy on 14 patients showed that ovarian lymphatic drainage may be age dependent, with premenopausal drainage likely to be both pelvic and para-aortic but postmenopausal drainage likely to be predominantly para-aortic. As for the lymphatic drainage basin for the uterus, pelvic and para-aortic nodes may become involved simultaneously, in contrast to those in the cervix, where pelvic nodes become involved first and then result in spread to para-aortic nodes.[40] Further sentinel lymph node studies have showed that within the uterus, upper and lower drainage pathways exist, with the former draining to external iliac and obturator lymph nodes and the latter draining to the internal iliac and presacral lymph nodes.[41] Furthermore, pelvic lymphatic pathways are frequently anastomosing, idiosyncratic, and subject to modification.[37,39,40]

Taking all of this together, it seems prudent to conclude that once talc gains access to the lymphatic system anywhere in the female genital tract, it could potentially be detected in any of the lymph node groups previously described for which metastases and sentinel lymph node tracers have been localized in the past, as well as in solid organ sites (ovary, fallopian tube, uterus), which contain efferent from those same lymphatic networks. This is entirely consistent with the spectrum of histologic findings that we report in this case series. It is also likely that patterns of talc dissemination, like patterns of lymphatic drainage and metastasis in other settings, are likely to be idiosyncratic and patient dependent, without clear explanations in most cases as to why a given patient localized foreign material in a particular node or site and not other sites, other than a given particular drainage pathway simply being what that patient's anatomy prefers. Other factors, such as the overall burden of exposure, the exact sites of exposure and the nature of the physical application, and the size distribution of the talc particle exposure, all also likely play roles in whether and where pelvic migration pathways develop.

Among the five patients in the main study, two had a history of tubal ligation (cases 2 and 3, Table 1). In theory, this should reduce the risk of ovarian carcinoma from talc exposure by blocking the latter's ascension to the ovaries through the reproductive tract, thus mitigating inflammatory effects. In fact, some but not all studies have shown an increased risk in malignancy from talc use in women who have not undergone tubal ligation.[5,42,43] What is interesting is that the two patients in our study with tubal ligations had numerous talc particles in a strongly lymphovascular distribution in their uterine serosal areas (Tables 2 and 3 and Image 3), with patient 2 also showing abundant talc in pelvic region lymph nodes (nodes were not sampled in patient 3). Although the numbers here are too small to draw definitive conclusions, an interesting possibility is that blockage of the reproductive tract passage may lead to countervailing greater access of talc to the lymphatic system, especially if exposure levels are high.

Talc found in our study was usually polygonal and nonfibrous; nevertheless, 18 fiber-like talc particles were found across the main part of the study, with an aspect ratio of 5:1 or more. These were typically found in areas with large collections of talc particles overall (eg, macrophages, lymph nodes) and so most likely simply represent one end of the size distribution of naturally heterogeneous particles in size and shape. Only four long aspect fibers (≥10:1) were found, and these were nonasbestos.

The expanded understanding of talc's biologic potential, as evident in this set of cases, has implications for surgical pathologists who review TAH/BSO specimens from patients with ovarian carcinoma. If a history of talc use is known or suspected, it may be prudent to examine with polarizing light microscopy the range of tissue types studied in this case and not simply the ovaries (although the latter is indeed a prudent place to start, especially if benign residual stroma can be found). If birefringent particles are identified in the tissue, the corresponding slides and blocks can then be referred for SEM/EDX analysis for confirmation. Based on our surgical pathology experience, the macrophage, giant cell, and chronic inflammatory infiltrates seen in some of our talc-containing cases by light microscopy are unlikely to be pathognomonic alone. Thus, while their presence is of interest, especially in the right clinical setting (ie, history of talc use), the auxiliary studies described here would be needed. Our concomitant study of six patient controls supports the contention that talc is rarely found in the pelvic tissues of nonexposed patients. The findings in the main study, especially balanced against the control tissue findings, further support the contention that unexpected or unexplained inflammatory infiltrates (especially chronic or macrophage-rich), combined with birefringent material on polarized microscopy, should prompt SEM/EDX for confirmation of talc (or, if not talc, whatever the exogenous substance may be).

## Conclusion

The existence of morphologically demonstrated talc in multiple pelvic organ sites, including pelvic tissues and lymph nodes simultaneously, which is reported here in

DOI: 10.1093/AJCP/AQZ080
© American Society for Clinical Pathology

Downloaded from https://academic.oup.com/ajcp/advance-article-abstract/doi/10.1093/ajcp/aqz080/5523355 by jljg4528@aol.com on 31 July 2019

multiple patients, has not been reported to our knowledge. Given the ongoing concerns regarding talc, particularly with regard to its epidemiologic association with ovarian cancer, these findings are important and offer new insight into the biologic potential of talc, its inflammatory potential, and its migration via pelvic lymphatics from the perineum. Along with the available epidemiologic studies and the few previous morphology-based reports, the findings suggest that clinicians may want to closely examine pelvic organs and lymph nodes (when made available through surgical resection) for talc in patients with ovarian carcinoma and a history of perineal talc use. The index of suspicion is especially high in cases with birefringent material (by polarizing light microscopy) and unexplained chronic or macrophage-rich inflammatory infiltrates in pelvic tissues.

*Corresponding author: Sandra A. McDonald, MD; sandram8690@gmail.com.*

*The authors declare the following competing financial interest(s): J.J.G., W.R.W., and D.W.C. have served as consultants and provided expert testimony in talc and other environmental litigation. S.A.M. and Y.F. report no conflicts of interest. Funding for this research was provided through National Institutes of Health grant R01CA054419, the authors, and John J. Godleski, MD, PLLC.*

## References

1. Cramer DW, Welch WR, Scully RE, et al. Ovarian cancer and talc: a case-control study. *Cancer.* 1982;50:372-376.

2. Cramer DW, Liberman RF, Titus-Ernstoff L, et al. Genital talc exposure and risk of ovarian cancer. *Int J Cancer.* 1999;81:351-356.

3. Cramer DW, Vitonis AF, Terry KL, et al. The association between talc use and ovarian cancer: a retrospective case-control study in two US states. *Epidemiology.* 2016;27:334-346.

4. Schildkraut JM, Abbott SE, Alberg AJ, et al. Association between body powder use and ovarian cancer: the African American Cancer Epidemiology Study (AACES). *Cancer Epidemiol Biomarkers Prev.* 2016;25:1411-1417.

5. Terry KL, Karageorgi S, Shvetsov YB, et al; Australian Cancer Study (Ovarian Cancer); Australian Ovarian Cancer Study Group; Ovarian Cancer Association Consortium. Genital powder use and risk of ovarian cancer: a pooled analysis of 8525 cases and 9859 controls. *Cancer Prev Res (Phila).* 2013;6:811-821.

6. World Health Organization, International Agency for Research on Cancer. *IARC (International Agency for Research on Cancer) Monograph 93-8C.* Lyon, France: IARC; 2010;277-413.

7. Penninkilampi R, Eslick GD. Perineal talc use and ovarian cancer: a systematic review and meta-analysis. *Epidemiology.* 2018;29:41-49.

8. Health Canada. Draft Screening Assessment, Talc, Chemical Abstracts Registry Service Number 14807-96-6, Environment and Climate Change Canada. Ottawa, Canada: Health Canada; 2018.

9. Henderson WJ, Joslin CA, Turnbull AC, et al. Talc and carcinoma of the ovary and cervix. *J Obstet Gynaecol Br Commonw.* 1971;78:266-272.

10. Abraham JL. Analysis of fibrous and nonfibrous particles. In: Rom WN, Markowitz SB, eds. *Environmental and Occupational Medicine.* 4th ed. Philadelphia, PA: Lippincott Williams and Wilkins; 2006:277-297.

11. Roggli VL. Asbestos bodies and nonasbestos ferruginous bodies. In: Roggli Vl, Greenberg SD, Pratt PC, eds. *Pathology of Asbestos-Associated Diseases.* Boston, MA: Little, Brown; 1992:39-75.

12. McDonald JW, Roggli VL, Churg A, et al. Microprobe analysis in pulmonary pathology. In: Ingram P, Shelburne JD, Roggli VL, et al, eds. *Biomedical Applications of Microprobe Analysis.* San Diego, CA: Academic Press; 1999:201-256.

13. Thakral C, Abraham JL. Automated scanning electron microscopy and x-ray microanalysis for in situ quantification of gadolinium deposits in skin. *J Electron Microsc (Tokyo).* 2007;56:181-187.

14. Shelburne JD, Estrada H, Hale M, et al. Correlative microscopy and microprobe analysis in pathology. In: Bailey GW, ed. *Proceedings of the 47th Annual Meeting of the Electron Microscopy Society of America.* San Francisco, CA: San Francisco Press; 1989:900.

15. Cramer DW, Welch WR, Berkowitz RS, et al. Presence of talc in pelvic lymph nodes of a woman with ovarian cancer and long-term genital exposure to cosmetic talc. *Obstet Gynecol.* 2007;110:498-501.

16. Wolman M. Polarized light microscopy as a tool of diagnostic pathology. *J Histochem Cytochem.* 1975;23:21-50.

17. McDonald JW, Roggli VL. Detection of silica particles in lung tissue by polarizing light microscopy. *Arch Pathol Lab Med.* 1995;119:242-246.

18. Heller DS, Westhoff C, Gordon RE, et al. The relationship between perineal cosmetic talc usage and ovarian talc particle burden. *Am J Obstet Gynecol.* 1996;174:1507-1510.

19. McDonald SA, Fan Y, Welch WR, et al. Correlative polarizing light and scanning electron microscopy for the assessment of talc in pelvic lymph nodes. *Ultrastruct Pathol.* 2019;43:13-27.

20. US Department of Veterans Affairs. List of 18 HIPAA identifiers. https://www.atlanta.va.gov/Docs/HIPAA_Identifiers.pdf. Accessed June 12, 2019.

21. Campion A, Smith KJ, Fedulov AV, et al. Identification of foreign particles in human tissues using Raman microscopy. *Anal Chem.* 2018;90:8362-8369.

22. Hildick-Smith GY. The biology of talc. *Br J Ind Med.* 1976;33:217-229.

23. Harlow BL, Hartge PA. A review of perineal talc exposure and risk of ovarian cancer. *Regul Toxicol Pharmacol.* 1995;21:254-260.

24. Jurinski JB, Rimstidt JD. Biodurability of talc. *Am Mineralogist.* 2001;86:392-399.

25. Roggli VL, Pratt PC. Numbers of asbestos bodies on iron-stained tissue sections in relation to asbestos body counts in lung tissue digests. *Hum Pathol.* 1983;14:355-361.

26. US Food and Drug Administration. Banned devices: proposal to ban powdered surgeon's gloves; powdered patient examination gloves, and absorbable powder for lubricating a surgeon's glove. 81 FR 15173-15188. March 22, 2016. https://www.gpo.gov/fdsys/pkg/FR-2016-03-22/pdf/2016-06360.pdf. Accessed June 12, 2019.

27. Beck BD, Feldman HA, Brain JD, et al. The pulmonary toxicity of talc and granite dust as estimated from an in vivo hamster bioassay. *Toxicol Appl Pharmacol.* 1987;87:222-234.

Downloaded from https://academic.oup.com/ajcp/advance-article-abstract/doi/10.1093/ajcp/aqz080/5532355 by jljg4528@aol.com on 31 July 2019

28. Klebanoff SJ. Oxygen metabolism and the toxic properties of phagocytes. *Ann Intern Med*. 1980;93:480-489.

29. Southorn PA, Powis G. Free radicals in medicine, II: involvement in human disease. *Mayo Clin Proc*. 1988;63:390-408.

30. Kobzik L, Godleski JJ, Brain JD. Oxidative metabolism in the alveolar macrophage: analysis by flow cytometry. *J Leukoc Biol*. 1990;47:295-303.

31. Kobzik L, Huang S, Paulauskis JD, et al. Particle opsonization and lung macrophage cytokine response: in vitro and in vivo analysis. *J Immunol*. 1993;151:2753-2759.

32. van den Heuvel MM, Smit HJ, Barbierato SB, et al. Talc-induced inflammation in the pleural cavity. *Eur Respir J*. 1998;12:1419-1423.

33. Haller H, Mamula O, Krasevic M, et al. Frequency and distribution of lymph node metastases in epithelial ovarian cancer. *Int J Gynecol Cancer*. 2011;21:245-250.

34. Athanasiou D, Edgar LT, Jafarnejad M, et al. The passive biomechanics of human pelvic collecting lymphatic vessels. *PLoS One*. 2017;12:e0183222.

35. Nune SK, Gunda P, Majeti BK, et al. Advances in lymphatic imaging and drug delivery. *Adv Drug Deliv Rev*. 2011;63:876-885.

36. Morton DL, Wen DR, Wong JH, et al. Technical details of intraoperative lymphatic mapping for early stage melanoma. *Arch Surg*. 1992;127:392-399.

37. Brown HM, Russell DL. Blood and lymphatic vasculature in the ovary: development, function and disease. *Hum Reprod Update*. 2014;20:29-39.

38. Klipper E, Levit A, Mastich Y, et al. Induction of endothelin-2 expression by luteinizing hormone and hypoxia: possible role in bovine corpus luteum formation. *Endocrinology*. 2010;151:1914-1922.

39. Vanneuville G, Mestas D, Le Bouedec G, et al. The lymphatic drainage of the human ovary in vivo investigated by isotopic lymphography before and after the menopause. *Surg Radiol Anat*. 1991;13:221-226.

40. El-Agwany AS, Meleis MH. Value and best way for detection of sentinel lymph node in early stage endometrial cancer: selective lymphadenectomy algorithm. *Eur J Obstet Gynecol Reprod Biol*. 2018;225:35-39.

41. Geppert B, Lönnerfors C, Bollino M, et al. A study on uterine lymphatic anatomy for standardization of pelvic sentinel lymph node detection in endometrial cancer. *Gynecol Oncol*. 2017;145:256-261.

42. Mills PK, Riordan DG, Cress RD, et al. Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. *Int J Cancer*. 2004;112:458-464.

43. Houghton SC, Reeves KW, Hankinson SE, et al. Perineal powder use and risk of ovarian cancer. *J Natl Cancer Inst*. 2014;106:9-14.

DOI: 10.1093/AJCP/AQZ080
© American Society for Clinical Pathology

# Exhibit 62

Gynecologic Oncology xxx (2020) xxx



Contents lists available at ScienceDirect

# Gynecologic Oncology

journal homepage: www.elsevier.com/locate/ygyno



# Analytic comparison of talc in commercially available baby powder and in pelvic tissues resected from ovarian carcinoma patients

Kurt E. Johnson [a,*], Anastas Popratiloff [b], Yuwei Fan [c], Sandra McDonald [d], John J. Godleski [e]

[a] Anatomy and Cell Biology, The George Washington University School of Medicine and Health Sciences, Washington, DC, USA
[b] Anatomy and Cell Biology, GW Nanofabrication and Imaging Center, The George Washington University School of Medicine and Health Sciences, Washington, DC, USA
[c] Goldman School of Dental Medicine, Boston University, Boston, MA, USA
[d] Pathologist, USA
[e] Harvard Medical School, Department of Environmental Health at Harvard TH Chan School of Public Health, 304 Central Ave., Milton, MA 02186, USA

## HIGHLIGHTS

- 77.7%– of particles in talcum powder have aspect ratio of 1–3.9 and area of 1–400 μm².
- 83.5% of talc particles in pelvic tissues ovarian carcinoma patients have an aspect ratio of 1–3.9 and an area of 1–400 μm².
- These similarities are statistically significant.

## ARTICLE INFO

Article history:
Received 16 July 2020
Accepted 4 September 2020
Available online xxxx

Keywords:
Talc
Talcum powder
Ovarian carcinoma
Microscopic analysis of talc particles

## ABSTRACT

Objective. Measure the size and shape of talc particles in talcum powder and compare this data to the size and shape of talc particles found in surgically resected tissues from patients with ovarian carcinoma.

Methods. Using polarized light microscopy (PLM) and scanning electron microscopy (SEM), we measured the size and shape of talc particles in samples of talc-containing baby powder (TCBP) and surgically resected pelvic tissues (hysterectomies) from talc-exposed patients with ovarian carcinoma.

Results. The most frequent class of particles in TCBP can be unequivocally identified as talc, using both polarized light microscopy and scanning electron microscopy with energy dispersive X-ray analysis (SEM/EDX). The talc particles found in resected tissues from ovarian carcinoma patients are similar in size and shape to the most abundant morphological class of particles in TCBP.

Conclusions. This finding, combined with previous epidemiological literature and tissue-based analytical studies, provides further evidence that the small, isodiametric particles that dominate TCBP can migrate from the perineum and become lodged in distal structures in the female reproductive tract, where they may lead to an increased risk of developing ovarian carcinoma.

© 2020 The Authors. Published by Elsevier Inc. This is an open access article under the CC BY-NC-ND license (http://creativecommons.org/licenses/by-nc-nd/4.0/).

## 1. Introduction

The chemical formula for the mineral talc is $Mg_3Si_4O_{10}(OH)_2$. Cosmetic talc (CAS No. 14807–96-6) is a powder of native hydrous magnesium silicate, with small amounts of contaminating aluminum silicate [1]. Talc-containing baby powder (TCBP) is produced by mining talc, grinding, sifting, and adding fragrances [2,3]. TCBP has been widely used for many years both for infant skin care and for personal hygiene, e.g., perineal application. In recent decades there has been strong suspicion that the long-term use of such products may increase the likelihood of developing ovarian cancer, specifically epithelial ovarian carcinoma. Many epidemiological studies indicate that there is a clear excess, often statistically significant, in the incidence of ovarian cancer with the long-term use of commercially available talc powder, with a risk ratio being about 1.3 [4–8]. Recent studies have explained the association of talc with ovarian carcinoma in molecular terms, specifically the generation of a proinflammatory and prooxidant state that renders mutations and increased cell proliferation more likely [9].

Talc and other materials can migrate from the perineum to the ovary and/or other pelvic tissues via the transport system in the female reproductive tract that normally moves ova proximally and spermatozoa distally. Vandemark and Moeller [10] showed that in estrous cows, spermatozoa reached the oviducts within 2.5 min of mating, far sooner than would be expected if spermatozoan motility were solely

* Corresponding author at: 214 Ross Hall, The George Washington University School of Medicine and Health Sciences, 2300 I Street NW, Washington, DC 20037, USA.
E-mail addresses: kurtj@gwu.edu, kurtj@email.gwu.edu (K.E. Johnson).

https://doi.org/10.1016/j.ygyno.2020.09.028
0090-8258/© 2020 The Authors. Published by Elsevier Inc. This is an open access article under the CC BY-NC-ND license (http://creativecommons.org/licenses/by-nc-nd/4.0/).

Please cite this article as: K.E. Johnson, A. Popratiloff, Y. Fan, et al., Analytic comparison of talc in commercially available baby powder and in pelvic tissues resected fro..., Gynecologic Oncology, https://doi.org/10.1016/j.ygyno.2020.09.028

K.E. Johnson, A. Popratiloff, Y. Fan et al.                                                                    Gynecologic Oncology xxx (2020) xxx

responsible for this rapid transport, suggesting that smooth muscle contraction is an important driver of distal transport of spermatozoa. Oxytocin, a hormone released during copulation in cows and humans, stimulates smooth muscle contraction in the female reproductive tract [11], thus accelerating distal transport of spermatozoa as well as non-motile particles from the vagina to the uterine tubes and ovary. Egli and Newton [12] inserted carbon particles in the vagina of two healthy women before hysterectomy, recovering them in the uterine tubes about 30 min later. Radiographic tracer studies show that labeled particles can migrate from the external genitalia to internal pelvic structures via lymphatics [13–15]. Thus, it is reasonable to assume that talc particles in TCBP may migrate from the perineum to the uterine tubes and ovary in substantial numbers. It is also reasonable to assume that there may be differences in patients regarding the transport ability and speed, and that migration pathways for talc or other exogenous substances may be idiosyncratic. The purpose of the study reported here was to determine the range of particle sizes in TCBP in comparison to the size of particles found in pelvic tissues of ovarian cancer patients with a history of perineal talc use. Particle size has not been a focus of previous studies identifying talc particles in pelvic tissues.

Ovarian cancers are heterogeneous, but as a general category, they are the most lethal gynecologic malignancy [16]. Although many ovarian cancer cases have an uncertain etiology, BRCA mutations are involved in some cases [17–19]. The epidemiological association of ovarian carcinoma, i.e., cancers with epithelial cell origin, with talc use has been previously mentioned [4–8]. In contrast, oral contraceptives, multiple pregnancies, and tubal ligation appear to reduce the incidence of ovarian carcinoma [20]. In this study, we showed that the most frequent class of small, roughly isodiametric particles found in commercial talcum powder samples are very similar to the most frequent class of small, roughly isodiametric talc particles found in surgically resected tissues from ovarian carcinoma patients.

## 2. Materials and methods

### 2.1. Sample description

TCBP samples were purchased at drug stores; or, from Amazon.com; or, partially used samples were obtained from personal contacts. The samples used in this study are described in **Supplementary Material Table 1**.

### 2.2. Microscopy

Bright field, differential interference contrast (DIC), polarized light microscopy (PLM), and scanning electron microscopy (SEM) with energy dispersive X-ray analysis (SEM/EDX) were used to study both TCBP samples and surgically resected tissues from TCBP-exposed human patients with ovarian cancer. For each sample of TCBP, a small amount was placed on a standard glass slide and covered with a drop

of Permount and a coverslip; or, on a SEM stub with adhesive. For LM, we used a Zeiss AXIO Imager A.2 light microscope equipped with a Zeiss Axiocam MRm camera, with Zeiss Axiovision software. For SEM/EDX we used a field emission SEM low vacuum instrument (FEI Teneo) with 50 pA beam current, 10 or 20 kV beam acceleration, 10 mm working distance, and condenser lens current of 400 pA. Spectra were generated by an EDAX AMETEK system using EDAX software and vertical counts collected for 200 s. An individual particle was identified as talc if it showed only oxygen, magnesium, and silicon major peaks with the Mg/Si atomic weight percent ratio within the theoretical value of $0.649 \pm 5\%$. We measured the width and length of randomly chosen particles from different TCBP samples or from resected tissues in the SEM. The length (L) was the longest dimension of the particle and the width (W) was the longest dimension perpendicular to the length. The aspect ratio (AR) was then calculated as L/W. The area of the particle was simply LXW.

### 2.3. Resected tissues from ovarian carcinoma patients

We also conducted a detailed study of talc particles from 11 different, randomly selected patients with epithelial ovarian carcinoma (Table 2). As shown in Table 2, the ages of the 11 patients ranged from 36 to 69, and FIGO stages from I to IV, and nine patients had serous carcinoma, one endometrioid carcinoma, and one mixed serous-endometrioid carcinoma. We measured and recorded the dimensions of 200 talc particles as described above. All 11 patient cases were received for consultative purposes by JJG, each representing a patient with ovarian carcinoma and a significant known history of perineal talc use. Surgical pathology reports were provided for each patient. All patient identifiers, including the 18 recognized HIPPA identifiers (https://www.atlanta.va.gov/Docs/HIPPA Identifiers.pdf), were removed prior to final assembly of the data and submission for publication. Hematoxylin and eosin (H&E)-stained sections from resections were reviewed. All slides were analyzed with an Olympus BH-2 LM with dual, rotating polarizing filters. Each slide was scanned systematically and completely at 200× to identify birefringent particles in the same plane of focus as the tissue. Birefringent particles located outside the contours of the tissue, or within the tissue, but less than the width of one high-power (400×) field away from the tissue surface were assumed to be laboratory contaminants and thus not included in the assessment [21].

Paraffin blocks, corresponding to histological slides having the most abundant birefringent intracellular particles in the tissue were used for in situ SEM/EDX as described by Thakral and Abraham [22]. As a precaution against contamination, the blocks were handled with particle-free gloves on precleaned surfaces and were sectioned, thus removing ~30 μm of tissue and paraffin using a rotary microtome with a fresh, cleaned, blade. This removed surface contamination from previous handling. The blocks were always kept in closed containers to prevent any laboratory contamination. The tissue surfaces were studied with a Hitachi SU6600 field emission SEM with an Oxford EDX with Aztec version 2.0 to 3.3 software, and EDX detector model X-Max 50 SDD. The backscatter mode of the microscope highlighted mineral particles within the tissues. Particles were examined to assess morphological characteristics and to carry out spectral analysis with EDX on each particle found. Talc particles were characterized by magnesium (Mg) and silicon (Si) peaks falling within $\pm 5\%$ of the theoretical atomic ratio of 0.75 and atomic weight percentage ratio of 0.649 [21].

## 3. Results

### 3.1. Size distribution of randomly chosen talc particles

We gathered details on the morphology of particles in various TCBP samples so that we could subsequently compare them with talc particle morphology in surgically resected specimens from patients with

**Table 1**

Aspect ratio and total area of 400 randomly selected TCBP particles from SEM and 200 talc particles from ovarian carcinoma resections.

| Aspect Ratio, Area μm$^2$ | Number | %Total |
|---|---|---|
| **400 Sample TCBP** | | |
| 1–3.9, 1–400 | 311 | 77.7 |
| 1–2, > 400 | 56 | 14.0 |
| 4.0- > 10, 1–200 | 33 | 8.3 |
| **200 Ovarian Carcinoma Talc** | | |
| 1–3.9, 1–400 | 167 | 83.5 |
| 1–2, >400 | 0 | 0.0 |
| 4.0- > 10, 1–200 | 33 | 16.3 |

K.E. Johnson, A. Popratiloff, Y. Fan et al.

*Gynecologic Oncology xxx (2020) xxx*

**Table 2**
Size Distribution of 200 Talc Particles in Surgically Resected Pelvic Tissues from 11 Patients with Ovarian Carcinoma.

| Case Number | Patient age | Carcinoma Type | Anatomic stage | Resected Tissue Site(s) | Number of Particles Analyzed | Average Area $\pm$ s.d. $\mu m^2$ | Average Aspect Ration $\pm$ s.d. |
|---|---|---|---|---|---|---|---|
| 1 | 49 | serous carcinoma, poorly differentiated | T3b N1 MX (FIGO Stage III) | Omentum | 3 | $64.1 \pm 49.3$ | $1.4 \pm 0.4$ |
| 2 | 37 | endometrioid carcinoma, well-differentiated | T1a N0 MX (FIGO Stage I) | ovarian fossa and r. pelvic lymph nodes | 6 | $31.8 \pm 21.2$ | $2.0 \pm 0.7$ |
| 3 | 55 | serous carcinoma, moderately differentiated | T2b N0 MX (FIGO Stage II) | r. ovary and cervix | 54 | $20.1 \pm 33.1$ | $3.0 \pm 11.7$ |
| 4 | 57 | mixed serous and endometrioid carcinoma, well differentiated | T1a N0 MX (FIGO Stage I) | r. iliac lymph nodes | 16 | $34.0 \pm 20.4$ | $1.6 \pm 0.4$ |
| 5 | 59 | serous carcinoma, high grade | T3c N1 MX (FIGO Stage III) | l. pelvic lymph nodes | 11 | $56.2 \pm 56.0$ | $2.5 \pm 1.4$ |
| 6 | 48 | Serous carcinoma poorly differentiated | T3b N1 MX (FIGO Stage III) | l. and r. ovary | 5 | $24.3 \pm 14.8$ | $3.3 \pm 0.7$ |
| 7 | 38 | serous carcinoma, (moderately differentiated) | T3c NX M1 (FIGO Stage IV) | l. tube and ovary | 7 | $17.3 \pm 10.5$ | $2.6 \pm 0.9$ |
| 8 | 52 | serous carcinoma, high grade | T3c NX MX (FIGO Stage III) | r. ovary | 6 | $13.0 \pm 16.6$ | $2.7 \pm 1.8$ |
| 9 | 48 | serous carcinoma, high grade | T3c NX MX (FIGO Stage III) | Omentum | 8 | $36.6 \pm 26.8$ | $1.5 \pm 0.4$ |
| 10 | 36 | serous carcinoma, well differentiated | T3a NX MX (FIGO Stage III) | r. pelvic and l. para-aortic lymph nodes | 16 | $36.0 \pm 29.4$ | $1.5 \pm 0.5$ |
| 11 | 69 | serous carcinoma, high grade | pT3c N1 MX (FIGO stage III) | r. ovary and pelvic lymph nodes, l. ovary | 68 | $14.0 \pm 35.6$ | $2.9 \pm 1.6$ |

ovarian carcinoma. TCBP samples had a variety of dimensions of particles but were all essentially alike in both the PLM and SEM. Talc particles were birefringent and consisted of a mixture of large and small particles (range 1–65 μm diameter) (Fig. 1).

Most particles were either small or large and approximately isodiametric with aspect ratios in the 1–2 range. Detailed analysis of 400 randomly chosen TCBP particles with SEM revealed three main size classes:

the most common class, (aspect ratio 1–3.9 and small area 1–400 μm$^2$; 77.7%); and, two other uncommon classes; one with a small aspect ratio (1–2) and large area (> 400 μm$^2$; 14.0%); and, the other with a large aspect ratio (4- > 10) but a small area (1–200 μm$^2$, 8.3%). These results are summarized in Table 1.

These measurements were essentially consistent and reproducible. For example, of 600 particles from different samples of Johnson &



**Fig. 1.** Differential interference contrast microscopy (top left), polarized light microscopy (top right) of the same field of a typical sample of talc-containing baby powder. Scale bar on left = 50 μm and applies to both images. Scanning electron micrograph of a typical sample of talc-containing baby powder (bottom). Scale bar = 200 μm.

K.E. Johnson, A. Popratiloff, Y. Fan et al.                                                                 Gynecologic Oncology xxx (2020) xxx



**Fig. 2.** A,B,D, and E are H&E-stained lymph nodes from Patient 11. The light micrographs in A and D showed two nondescript patterns in macrophages in pelvic lymph nodes. Polarized light microscopy of these exact same fields (B and E) showed these macrophages filled with small birefringent particles. Scanning electron micrographs on the tissue block from which the slide was made (but of course at a different level in the tissue from the histology slide) showed similar aggregates of particles in macrophages and all of the particles were less than 4 μm in greatest dimension, and many are less than 1 μm. Light microscopy bars are 20 μm. SEM bars are 4 μm.

Johnson and Caswell-Massey talcum powders, 81.0% were 1–3.9 AR, 1–400 μm² area, 15.8% were 1–2 AR, > 400 μm², and 3.2% were 4.0 > 10 AR, 1–200 μm² area.

### 3.2. Identification of particles in talc samples with SEM/EDX

Under SEM analysis, the TCBP samples showed a wide variety of particles, most small and roughly isodiametric, some large and roughly isodiametric, and a few elongated fibers with a high aspect ratio (Fig. 1). With SEM /EDX, both small and large isodiametric and fibers show oxygen, magnesium, and silicon spectral signals characteristic of talc in the appropriate Mg/Si ratio (**See Supplemental Material,** Figs. 1 and 2). We examined 29 particles from three different samples of TCBP by SEM/EDX. A large (66 × 58 μm, AR = 1.1) particle and a small particle (2.1 × 1.3 μm, AR = 1.6) both showed typical talc signals. Of the remaining 27 particles, with a range of AR 2.4 to 13.0, average = 6.0 ± 2.7 s.d., 24 produced typical talc spectra, but two gave talc with a trace of aluminum and one gave talc with a trace of aluminum and iron.

### 3.3. Analysis of talc particles in ovarian carcinoma resections

It was essential to gather morphological measurements on talc particles found in surgically resected tissues from ovarian carcinoma patients. All ovarian carcinoma patients had a substantial, long-term exposure to either Baby Powder or Shower to Shower talc-containing products manufactured by Johnson & Johnson. In surgically resected tissues from talc-exposed patients with ovarian carcinoma, a subset of tissues studied with PLM revealed birefringent particles commonly in lymph nodes, ovaries, and other pelvic tissues. The particles were most often within benign tissue, reactive fibroblastic tissue, or chronically inflamed tissue near tumor, but not typically within tumor itself. In lymph nodes, birefringent particles typically were clustered within macrophages (Fig. 2A, B, D, E).

When paraffin-embedded blocks of different areas of these same tissues were examined with SEM/EDX, many particles gave talc spectral signals with peaks for oxygen, magnesium, and silicon with Mg/Si ratios indicative of talc (Figs. 2C, F, Fig. 3, Fig. 4). We collected measurements on 200 talc particles in surgically resected tissues from 11 ovarian carcinoma patients (Table 2). The range of dimensions was from the



**Fig. 3.** Left, SEM image of three small particles in a left iliac lymph node from patient 4. Right, EDX spectrum of particle 81 with peaks for magnesium, silicon, and oxygen. All three particles are magnesium silicates, but only particle 81 is within the ±5% of the theoretical atomic weight % of talc (0.649) at 0.642. The particle is 1.5 μm in greatest dimension.

K.E. Johnson, A. Popratiloff, Y. Fan et al.

Gynecologic Oncology xxx (2020) xxx






**Fig. 4.** Top Left, PLM showing large and small particles on the luminal epithelial surface of the uterine tube in Patient 11. Bar = 20 μm. Top Right, SEM image of particles along the luminal epithelial surface of the uterine tube also showed small and large particles. Bar = 20 μm. Below, EDX spectrum from a small particle on the luminal epithelial surface of the uterine tube with a Mg/Si atomic weight ratio of 0.677 within ±5% of the 0.649 theoretical Mg/Si ratio for talc.

smallest particle, which was 0.9 μm long and 0.8 μm wide (area 0.72 μm², AR 1.1); to the largest particle 28.9 μm long and 6.2 μm wide (area 179.18 μm², AR 4.7). These results show that small, roughly isodiametric particles of talc, when applied externally, can make their way through the female reproductive tract and become embedded in tissues of surgical resections from ovarian carcinoma patients. In addition, we found that 185/200 (92.5%) of the talc particles in association with malignant ovarian tissue were small, with length in the 0.9–10 μm range, interestingly, quite similar to the most frequent class of particles in control TCBP. All measurements for these 200 particles from 11 ovarian carcinoma patients are shown in Table 2. We also summarized the data from talc particles in ovarian carcinoma resections in Table 1, using the same size groupings we used for TCBP. A scatter plot of 200 TCBP particles and all 200 talc particles in ovarian carcinoma resections, plotting aspect ratio as a function of particle area, is shown in **Supplemental Materials** Figs. 3 and 4.

The range of particle sizes, based on the maximum length for all 200 talc particles was from 0.9 μm to 28.9 μm (average = 5.78 μm ± 4.02 s.d.). The range of aspect ratios was from 1 to 11.17 (average = 2.49 ± 1.51 s.d.). These particles fell into two classes: the most common class, (aspect ratio 1–3.9 and small area 1–400 μm²; 83.5%); and, the other with a large aspect ratio (4 > 10) but a small area (1–200 μm²; 16.3%). We found no particles with a small aspect ratio (1–2) and large area (700–4425 μm²; 0.00%). All 200 particles described in Table 2 are talc based on SEM/EDX spectral analysis. A typical example of SEM/EDX analysis of these particles is shown in Fig. 3. These results are summarized in Table 2 **and Supplementary Materials Figs. 5 and 6**.

It is important to note that the vast majority of the particles of talc found in resections from ovarian carcinoma patients had both a small area and small aspect ratio. We found elongated fibers of talc with a large aspect ratio in these resected specimens rarely.

In resections from ovarian carcinoma patients, uterine tubes are typically included as part of the hysterectomy. In these more proximal locations in the female reproductive tract, a small number of birefringent particles, some identified as talc by SEM/EDX, assumed to be talc originally applied to the perineum, were also present (Fig. 4).

In patient 3, a case of serous ovarian carcinoma, we found 53 talc particles in the cervix. In this subset of particles, the size statistics (mean ± standard deviation) were as follows:

1) Average Length = 6.30 μm ± 5.02 s.d range 0.90–28.90 μm
2) Average Width = 2.33 μm ± 1.57 s.d. range 0.54–7.90 μm
3) Average Area = 20.10 μm² ± 33.09 s.d. range 0.68–179.18 μm²
4) Average Aspect ratio = 2.98 ± 1.75 s.d. range 1–11.17

These do not appear to be significantly different in dimensional statistics from the total group of talc particles in all other specimens (147 total particles):

1) Average Length = 5.51 μm ± 3.76 s.d range 1.06–17.10 μm
2) Average Width = 3.17 μm ± 2.57 s.d. range 0.15–14.3 μm
3) Average Area = 25.31 μm2 ± 35.05 s.d. range 0.41–244.53 μm²
4) Average Aspect ratio = 2.32 ± 1.38 s.d. range 1–6.93

These cervical talc particles likely originate from perineal application of talc. They may have reached the cervical stroma through erosions in the overlying epithelial surface, and/or have been transported to deeper cervical tissue locations via lymphatic channels.

## 4. Discussion

Many reports show that talc-containing powder, when applied to the perineum, has clear potential for migration to other pelvic organs and sites. For example, Cramer et al. [23], used SEM/EDX to show talc in several pelvic lymph nodes from a patient with ovarian carcinoma and a

K.E. Johnson, A. Popratiloff, Y. Fan et al.                                                                                    Gynecologic Oncology xxx (2020) xxx

history of perineal talc use. They reported that the nodal talc particles ranged in size from 5 to 10 μm, although they did not give more specific details on particle dimensions. A subsequent study [21] used tissue digestion and quantitative SEM/EDX to show that talc in pelvic lymph nodes statistically correlated with known talc use in patients with ovarian carcinoma, when contamination factors were properly controlled for. In another report, McDonald et al. [24] used SEM/EDX to demonstrate the presence of talc in a variety of pelvic sites (ovaries, lymph nodes, cervix, and/or uterus) in a series of five talc-exposed patients with ovarian carcinoma. The majority of talc particles identified in that study were small and equally isodiametric rather than fibrous, with overall dimensions 1–10 μm, consistent with the study of Cramer et al. [23], and consistent with the most common size class found in the analysis of the TCBP and talc particles in ovarian carcinoma resections in the current study. Fibrous talc particles were found by McDonald et al. [21,24] (18 of 502 total talc particles, 4%), and they had an aspect ratio of approximately 3–6, with none reaching or exceeding 10. This is generally consistent with the dimensions and proportions of the large-aspect-ratio particles found and analyzed in the current study.

In this study, we used 11 randomly selected patients to achieve 200 talc particles within pelvic tissues resected at surgery for detailed study of particle size and shape. Our experience in analysis of particles and fibers in pelvic tissue was recently presented at a recorded, public US Food and Drug Administration meeting in February 2020 [25]. At that time, we reported that 196 ovarian cancer cases (with a history of talc use) had been studied by polarized light microscopy and birefringent particles were found in the pelvic tissues of 180 (92%) of those patients. Of those cases, 91 had been studied by SEM/EDX and 82 (90%) were found to have talc particles. The cases used in the study reported here ranged from 3 to 68 talc particles in planes of tissue ~2 μm in depth. In all our cases studied, most were under 100 particles per case, but we do have one case with over 500 and one with over 1000 talc particles per case. Therefore, the cases selected for this study were very representative of our experience using this morphological approach.

Gilbert et al. [26] studied two commercially available talc preparations used in pleurodesis and measured a median particle diameter of 26.57 μm (range 0.399 to 100.237 μm) in one preparation and 24.49 μm diameter (0.224 to 100.237 μm) in another. Our results, collected from 400 randomly found talc particles in TCBP, showed an average length of 19.29 μm ± 20.73 s.d. (range of 1 to 65 μm), which are consistent with these previously published results. It should be noted, though, that our samples represented talc sold over the counter, and intended for external bodily hygiene use, not for iatrogenic use in an interior anatomic compartment. Furthermore, talc particles used for pleurodesis are by design large particles because it is known that particles <5 μm in greatest dimension can enter the pulmonary lymphatics and may cause inflammatory pulmonary disease and respiratory failure [27–30].

Talc, when applied to the perineum, can gain access to other pelvic organs and sites either through retrograde ascension through the female genital tract, thereby reaching uterine tubes and ovaries [10–12,31,32], or through entry into small submucosal lymphatics. Entry into lymphatics could presumably be accessed through superficial erosions that occur in the epithelium of the lower female genital tract [24]. Talc could then migrate to many potential locations via lymphatics [13–15], including some (e.g., ovary) that could also be accessed via the retrograde ascension route. However, pelvic lymph nodes are a commonly expected and observed anatomic end site for lymphatic migration [21,23,24]. Talc may also lodge in the subserosal soft tissue of the uterus and uterine tubes; the source, at least in part, is presumed to be lymphatic migration, since the distribution of talc in such locations is often perivascular [24].

There were many similarities in talc particle dimensions between the consumer TCBP samples and the talc particles in the 11 ovarian carcinoma patients, suggesting that one is a plausible source for the other. Most particles in the two groups are small and isodiametric (Tables 1 and 2). Roughly similar proportions of talc particles in the two groups were of the small/isodiametric category and the longer aspect ratio/smaller size category. The size ranges in Table 2 were also similar to those presented in the aforementioned tissue-based study of McDonald et al. [24]. The vast majority of particles in the consumer preparations were talc, as expected. Within the patient samples, a large proportion of particles were talc in sites such as lymph nodes and subserosal lymphatics. However, when all patient tissues and sites are considered in aggregate, a substantial number of birefringent particles may be other categories, particularly silicates. These may be absorbed into the perineum through general living practices, in a manner similar to talc, and then also be absorbed or disseminate locally into other tissues. For example, a substantial number of silicates along with talc were demonstrated by SEM/EDX in the tissue-based study of five talc-exposed ovarian carcinoma patients by McDonald et al. [24]. The analysis of the commercially available TCBP samples indicates that contaminants of these commercial samples may be an important source of exogenous nontalc silicate particles [33].

Talc is clearly capable of inducing inflammation. This has been demonstrated by the stimulation of macrophage activity in animal models [34,35] the presence of variable macrophage, giant cell, or lymphocytic infiltrates in talc-exposed human tissues depending on the patient and anatomic site [24,36] and the increase in proinflammatory markers in the setting of talc exposure in in vitro models [9,37] and the tissue response to in vivo pleurodesis [36]. Talc is known to have a slow dissolution rate in tissue, on the order of years [38], thereby indicating that talc may be capable of stimulating inflammation and then remaining as a source of inflammation for many years following exposure. Through its interaction with macrophages and ovarian carcinoma cells in vitro, talc is capable of generating reactive oxygen species, which are known to promote the occurrence of mutations which stimulate and enhance carcinogenesis [9]. The development of malignancy occurs gradually over time and in multiple molecular stages, with the persistence of talc in tissue again being a key factor that would make carcinogenesis more likely from a biochemical standpoint.

It is important to note that talc particles (corresponding to birefringent material seen by PLM) that were found in the surgically resected tissues from ovarian carcinoma patients were typically in benign rather than malignant tissue, e.g., see the collections of talc particles in the macrophages in resected lymph nodes (Fig. 2). Often such particles were found within inflamed stromal or fibroblastic tissue in ovaries, with tumor nearby. Talc does not need to be found within the actual tumor tissue to support a causal link, the presumption being that it accumulates in benign ovarian or other female genital tract tissue some time before tumor develops.

Lymphatics present in submucosal and/or peripheral locations, such as the ones presumably accessed by perineal talc, are typically tens of microns in diameter [15], well within the range of the microbes, cells, and particulate matter that the lymphatic system typically transports, including the talc studied in the TCBP preparations. Thus, the size range of the talc particles demonstrated in the consult patients in this study (average 5.78 μm, ± 4.02 s.d.) is consistent with a lymphatic route of transport, though by itself does not prove it. Lymphatic channels are probably also more efficient at transporting isodiametric particles, which were the most encountered category of talc in this study. High-aspect-ratio talc fibers could theoretically enter a lymphatic channel in a longitudinal fashion, but they would have a greater chance to become trapped early in the transport process by impaction or interception at convolutions or branch points in the lymphatic pathway.

In conclusion, our study lends support to the contention, also evidenced by other literature reports, that externally-applied talc can migrate from the perineum to other pelvic sites, and that commercially available talc powder is consistent in particle size and dimensions with the typical talc particles, found by SEM/EDX, that are lodged in surgically resected pelvic tissues of ovarian carcinoma patients.

K.E. Johnson, A. Popratiloff, Y. Fan et al.                                                                                        *Gynecologic Oncology xxx (2020) xxx*

**Financial support**

Support for this study was provided by the authors.

**Conflict of interest statement**

KEJ worked as a paid expert medical witness for the Beasley Allen Law Firm in 2018 and 2019. JJG has served as a consultant and provided expert testimony in talc and other environmental litigation. AP, SM, and YF report no conflicts of interest.

**Authors contributions**

KEJ conceived, planned, did most of the writing, assisted on SEM/EDX for TCBP, assembled data sets, and summarized the project. AP did the SEM/EDX studies for TCBP. JJG, YF, and SM wrote most of the discussion and did microscopy for ovarian carcinoma resections. All authors contributed to manuscript writing and editing.

**Declariation of Competing Interest**

None.

**Acknowledgements**

KEJ thanks Kenna Peusner, PhD, Professor of Anatomy and Cell Biology, The George Washington University School of Medicine and Health Sciences for use of her light microscope and Sally Moody, PhD, Professor and Chair of Anatomy and Cell Biology, The George Washington University School of Medicine and Health Sciences for her helpful comments on our manuscript. The authors also thank Mr. Benjamin Karasko for technical assistance.

**Appendix A. Supplementary data**

Supplementary data to this article can be found online at https://doi.org/10.1016/j.ygyno.2020.09.028.

**References**

[1] McCrone Atlas, www.mccroneatlas.com.
[2] IARC Monograph, Talc not Containing Asbestiform Fibers, 2010.
[3] Scientific Literature Review, Talc Used in Cosmetics, Cosmetic Ingredient Review, Washington, DC, 2012.
[4] D.W. Cramer, W.R. Welch, R.E. Scully, C.A. Wojciechowski, Ovarian Cancer and talc: a case-control study, Cancer 50 (1982) 372–376.
[5] D.W. Cramer, R.F. Liberman, L. Titus-Ernstoff, W.R. Welch, E.R. Greenberg, Genital talc exposure and risk of ovarian Cancer, Int. J. Cancer 81 (1999) 351–356.
[6] W. Berge, K. Mundt, H. Luu, P. Boffetta, Genital use of talc and risk of ovarian cancer: a meta-analysis, Eur. J. Cancer Prev. 27 (2017) 248–257.
[7] R. Penninkilampi, G.D. Eslick, Perineal talc use and ovarian Cancer: a systematic Review and meta-analysis, Epidemiology 29 (2018) 41–49.
[8] D. Zuckerman, D. Shapiro, Talcum Powder and Ovarian Cancer, http://www.center4research.org/talcum-powder-ovarian-cancer/ 2018.
[9] N.M. Fletcher, A.K. Harper, I. Memaj, R. Fan, R.T. Morris, G. Saed, Molecular basis supporting the association of talcum powder use with increased risk of ovarian cancer, Reprod. Sci. (2019)https://doi.org/10.1177/1933719119831773 1933719119831773.
[10] N.L. Vandemark, A.N. Moeller, Speed of spermatozoa transport in reproductive tract of estrous cow, Am. J. Phys. 165 (1951) 674–679, https://doi.org/10.1152/ajplegacy.1951.165.3.674.
[11] C.G. Hartman, How do sperms get into the uterus? Fertil. Steril. 8 (1957) 403–427.
[12] G.E. Egli, M. Newton, The transport of carbon particles in the human female reproductive tract, Fertil. Steril. 12 (1961) 151–155.
[13] G. Vanneuville, D. Mestas, G. Le Bouedec, et al., The lymphatic drainage of the human ovary in vivo investigated by isotopic lymphography before and after the menopause, Surg. Radiol. Anat. 13 (1991) 221–226.

[14] H.M. Brown, D.L. Russell, Blood and lymphatic vasculature in the ovary: development, function and disease, Hum. Reprod. Update 20 (2014) 29–39.
[15] D. Athanasiou, I.T. Edgar, M. Jafamejad, K. Nixon, D. Duarte, E.D. Hawkins, S. Jamalian, P. Cunnea, C. Lo Celso, S. Kobayashi, C. Fotopoulou, J.E. Moore, The passive biomechanics of human pelvic collecting lymphatic vessels, PLoS One (2017) https://doi.org/10.1371/journal.pone.0183222 (now cited in introduction, as well as the following papers).
[16] J.S. Berek, K. Bertelsen, A. du Bois, M.F. Brady, J. Carmichael, E.A. Eisenhauer, M. Gore, S. Grenman, T.C. Hamilton, S.W. Hansen, P.G. Harper, G. Horvath, S.B. Kaye, H.J. Lück, B. Lund, W.P. McGuire, J.P. Neijt, R.F. Ozols, M.K. Parmar, M.J. Piccart-Genhart, R. van Rijswijk, P. Rosenberg, C.J. Rustin, C. Sessa, J.T. Thigpen, C. Tropé, M.K. Tuxen, I. Vergote, J.B. Vermorken, P.H. Willemse, Epithelial ovarian cancer (advanced stage): consensus conference, Gynecol Obstet Fertil 7-8 (1998) 576–583.
[17] H. Langseth, S.E. Hankinson, J. Siemiatycki, E. Weiderpass, Perineal use of talc and risk of ovarian cancer, J. Epidemiol. Community Health 62 (2008) 358–360.
[18] H.T. Lynch, M.J. Casey, C.L. Snyder, C. Bewtra, J.F. Lynch, M. Butts, A.K. Godwin, Hereditary ovarian carcinoma: heterogeneity, molecular genetics, pathology, and management, Mol. Oncol. 3 (2009) 97–137.
[19] B.M. Reid, J.B. Permuth, T.A. Sellers, Epidemiology of ovarian cancer: a review, Cancer Biol. Med. 14 (2017) 9–32.
[20] J. Whysner, M. Mohan, Perineal application of talc and cornstarch powders: evaluation of ovarian cancer risk, Am. J. Obstet. Gynecol. 182 (2000) 720–724.
[21] S.A. McDonald, Y. Fan, W.R. Welch, D.W. Cramer, R.C. Stearns, L. Sheedy, M. Katler, J.J. Godleski, Correlative polarizing light and scanning electron microscopy for the assessment of talc in pelvic lymph nodes, Ultrastruct. Pathol. 43 (2019) 13–27, https://doi.org/10.1080/01913123.2019.1593271.
[22] C. Thakral, J.L. Abraham, Automated scanning electron microscopy and X-ray microanalysis for in situ quantification of gadolinium deposits in skin, J. Electron Microsc. 56 (2007) 181–187.
[23] D.W. Cramer, W.R. Welch, R.S. Berkowitz, J.J. Godleski, Presence of talc in pelvic lymph nodes of a woman with ovarian cancer and long-term genital exposure to cosmetic talc, Obstet. Gynecol. 110 (2007) 498–501.
[24] S.A. McDonald, Y. Fan, W.R. Welch, D.W. Cramer, J.J. Godleski, Migration of talc from the perineum to multiple pelvic organ sites: five case studies with correlative light and scanning electron microscopy, Am. J. Clin. Pathol. 152 (5) (2019) 590–607, https://doi.org/10.1093/ajcp/aqz080 PubMed PMID: 31305893; PubMed Central PMCID: PMC6779257.
[25] J.J. Godleski, Identification of Platy Talc and Fibers in the Female Genital Tract. FDA meeting, Testing Methods for Asbestos in Talc and Cosmetic Products. Feb 4, 2020 Silver Spring, MD 20993. Transcript available at FDA-2020-N-0025, 2020 290–297.
[26] C.R. Gilbert, B.R. Furman, D.J. Feller-Kopman, P. Haouzi, Description of particle size, distribution, and behavior of talc preparations commercially available within the United States, J Bronchol. Intervent. Pulmonol. 25 (2018) 25–30.
[27] P. Lee, Point: should thoracoscopic talc pleurodesis be the first choice management for malignant effusion? Yes, Chest 142 (2012) 15–17 (discussion 20–21).
[28] R.W. Light, Talc should not be used for pleurodesis, Am. J. Respir. Crit. Care Med. 162 (2000) 2024–2026.
[29] R.W. Light, Counterpoint: should thoracoscopic talc pleurodesis be the first choice management for malignant pleural effusion? No, Chest 142 (2012) 17–19 (discussion 19–20).
[30] D.H. Rehse, R.W. Aye, M.G. Florence, Respiratory failure following talc pleurodesis, Am. J. Surg. 177 (1999) 437–440.
[31] D.W. Cramer, A.F. Vitonis, K.L. Terry, W.R. Welch, L.J. Titus, The association between talc use and ovarian cancer: a retrospective case-control study in two US states, Epidemiol 27 (2016) 334–346.
[32] W.J. Henderson, C.A.F. Joslin, A.C. Turnbull, K. Griffiths, Talc and carcinoma of the ovary and cervix, J Obstet Gynaecol Br Commonw 78 (1971) 266–272.
[33] S.A. McDonald, Y. Fan, R.A. Rogers, J.J. Godleski, Magnesium/silicon atomic weight percent ratio standards for the tissue identification of talc by scanning electron microscopy and energy dispersive X-ray analysis, Ultrastruct. Pathol. 43 (6) (2019) 248–260, https://doi.org/10.1080/01913123.2019. 1692119.
[34] B.D. Beck, H.A. Feldman, J.D. Brain, T.J. Smith, M. Hallock, B. Gerson, The pulmonary toxicity of talc and granite dust as estimated from an in vivo hamster bioassay, Toxicol. Appl. Pharmacol. 87 (1987) 222–234.
[35] E. Sato, S.A. McDonald, Y. Fan, S. Peterson, J.D. Brain, J.J. Godleski, Analysis of particles from hamster lungs following pulmonary talc exposures: implications for pathogenicity, Particle & Fibre Toxicol 17 (2020) 20–36, https://doi.org/10.1186/s12989-020-00356-0.
[36] M.M. Van den Heuvel, H.J. Smit, S.B. Barbierato, C.E.G. Havenith, R.H.J. Beelen, P.H. Postmus, Talc-induced inflammation in the pleural cavity, Eur. Respir. J. 12 (1998) 1419–1423.
[37] A. Mandarino, D.J. Gregory, C.C. McGuire, et al., The effect of talc particles on phagocytes in co-culture with ovarian cancer cells, Environ. Res. 180 (2020) 108676, https://doi.org/10.1016/j.envres.2019. 108676.
[38] J.B. Jurinski, J.D. Rimstidt, Biodurability of talc, Am. Mineral. 86 (2001) 392–399.

Exhibit 63

Pergamon

0278-6915(94)00105-7

*Fd Chem. Toxic.* Vol. 32, No. 12, pp. 1173–1184, 1994
Copyright © 1994 Elsevier Science Ltd
Printed in Great Britain. All rights reserved
0278-6915/94 $26.00 + 0.00

# Review Section

## BIOLOGICAL EFFECTS OF COSMETIC TALC

A. P. WEHNER

Biomedial and Environmental Consultants, Inc., 312 Saint Street, Richland, WA 99352, USA

*(Accepted 16 June 1994)*

**Summary**—A review of the literature reveals two primary issues: (1) a weak, but not causal, association of hygienic use of cosmetic talc and ovarian cancer; (2) lung changes in animals exposed to talc aerosol concentrations that resulted in lung overload. The evidentiary weight of the most significant of the epidemiological and laboratory studies and their biological significance for human risk assessment are briefly discussed. Publications describing granulomatous lesions attributed to talc on surgical gloves, and consequences of accidental inhalation of baby powder by infants are also reviewed. The literature reviewed does not provide any convincing evidence that pure cosmetic talc, when used as intended, presents a health risk to the human consumer.

### Introduction

Hildick-Smith (1976 and 1977) and Lord (1978) have reviewed the older literature relating to talc. Hildick-Smith concluded that the normal use of cosmetic-grade talc does not present a health hazard. In his review of biological effects of talc in laboratory animals, Lord found the mineral to be fibrogenic but he observed that the fibrotic response was a function of the administered dose and 'that there are levels of exposure that are tolerable'. In none of the studies reviewed was there any indication of neoplasia.

A computer search of the literature of the last 15 years provided well over 700 titles/abstracts on various aspects of talc and talc issues. Of these, 137 were selected for review as they describe epidemiological, clinical and relevant animal and *in vitro* studies. Papers on exposures to *industrial* talc, often containing more toxic impurities, such as asbestos fibres, were excluded as irrelevant to the safety of *cosmetic* talc when used as intended. Studies of lesions following intravenous injection of talc by drug addicts were also excluded because of unintended use. The term 'cosmetic talc' in this review refers to talc of high purity as produced by today's responsible manufacturers.

A review of the selected titles reveals two primary issues, namely (1) hygienic use of cosmetic talc and ovarian cancer risk, and (2) health effects of inhaled cosmetic talc. In addition, a number of papers describe granulomatous lesions attributed to talc on surgical gloves, and consequences of accidental inhalation of baby powder by infants. This review focuses on publications dealing with these and related issues.

### Hygienic use of talc and ovarian cancer risk

#### The Harlow paper

Publication of a paper by Harlow *et al.* (1992) revived concern that chronic talc use in genital hygiene might be associated with an increased risk of epithelial ovarian cancer. That concern was originally raised 21 years earlier in a paper by Henderson *et al.* (1971) on the same subject. Harlow *et al.* (1992) provided the most detailed results to date on the relationship between perineal talc exposure and ovarian cancer. The study is the only one to date designed specifically to address this issue. It is among the largest studies (greatest statistical power) and one of the few to use closely age-matched neighbourhood controls.

The authors interviewed 235 white women diagnosed with epithelial ovarian cancer between 1984 and 1987 in Boston and 239 population-based matched controls. Approximately 50% of cases and 40% of controls used talc on the perineum, undergarments, sanitary napkins or diaphragms. This resulted in a 1.5 odds ratio (OR) for ovarian cancer [95% confidence interval (CI) 1.0–2.1]. Perineal exposure to talc resulted in significantly elevated risks in the subgroups who applied it directly as a body powder (OR 1.7, 95% CI 1.1–2.7), on a daily basis (OR 1.8, 95% CI 1.1–3.0), and for more than 10 years (OR 1.6, 95% CI 1.0–2.7). The greatest risk was

*Abbreviations*: BAL = bronchoalveolar lavage fluid; CI = confidence interval; NTP = National Toxicology Program; OR = odds ratio; RR = relative risk; SCE = sister chromatid exchange; UDS = unscheduled DNA synthesis.

JNJ 000014178

observed in women with more than 10,000 talc applications during years when they were ovulating and had an intact genital tract (OR 2.8, 95% CI 1.4–5.4); however, this applied to only 14% of the women with ovarian cancer.

The authors acknowledge the inherent limitations of epidemiological studies. In their statistical analyses they adjusted for several confounding variables and conceded the existence of additional but intangible variables. In-person interviews included enquiries into dietary history but it is not clear whether, for example, lactose consumption and coffee consumption were determined and adjusted for; both substances have been associated with a significant increase in the risk of ovarian cancer (Cramer et al., 1989; Whittemore et al., 1988). Except for these two cases, no diligent efforts appear to have been made to identify other confounding variables that could account for increased incidence of ovarian cancer, such as vulvovaginal diseases (e.g. yeast infections and trichomoniasis) and obesity. McGowan et al. (1979) reported a higher incidence of rubella infection between the ages of 12 and 18 years in ovarian cancer patients than in controls, but there was a lower frequency of mumps (West, 1966) and of pneumonia and influenza (Joly et al., 1974).

Harlow et al. (1992) mention in one sentence that they used meta-analysis in the statistical evaluation of their epidemiological data. Meta-analysis requires rigid criteria that must be strictly observed to yield meaningful results (Chalmers et al., 1989; Yusuf et al., 1985). Without details on the meta-analytical procedures used by the authors it is not possible to determine whether the use of meta-analysis was appropriate, and if so, whether it was used appropriately.

The sample population in the Harlow study is limited in numbers and restricted to white women in the Boston area. With an overall adjusted OR of 1.5 (CI 1.0–2.1) the results are statistically barely significant. Extrapolating from results in that small, restrictive group to the general population will require caution.

The authors conclude that their "data support the concept that a life-time pattern of perineal talc use may increase the risk for epithelial ovarian cancers", but they do not claim to have established a cause–effect relationship.

### Related literature

Harlow et al. (1992) cite a number of literature references on talc translocation and putative association between hygienic use of talc and ovarian cancer. These references contribute to the ambiguity of the database as some of them suggest translocation or support an association whereas others do not; again, others suggest alternative explanations for greater-than-average incidences of ovarian cancer. For example, Cramer et al. (1989) suggested that lactose consumption might be a dietary risk factor

and transferase a genetic risk factor. Whittemore et al. (1988) observed in a well-designed study (188 cases, 539 controls) that the ovarian cancer risk in women who had consumed coffee for more than 40 years was 3.4 times that of women who had never regularly consumed coffee. This relationship is more robust ($P = 0.01$) than the marginal significance of the relationship with perineal talc use [relative risk (RR) = 1.40, $P = 0.06$].

A causal relationship between talc and ovarian cancer requires that talc particles, administered to the perineum or to the vagina, can translocate to the ovaries. Whether or not inanimate particles without locomotion of their own can do this without assistance has been the subject of a number of investigations in humans and animals. Results have been inconsistent and ambiguous. For a discussion of relevant findings published before 1986, reference is made to Wehner et al. (1986).

Henderson et al. (1986) observed talc particles in the ovaries of all eight ex-breeder rats after intrauterine deposition of a talc suspension. Following intravaginal deposition of talc suspension, talc particles were found in the ovaries of only two of six ex-breeder rats. Retrograde flow of menstrual products into the peritoneal cavity through the oviducts is well known; therefore, translocation to the ovaries of talc particles deposited in the uterus in $250\,\mu$l saline, perhaps aided by the hydrostatic pressure of the saline solution during and after deposition, is not surprising. Yet in two of six rats the inanimate talc particles managed to cross the cervical barrier and reach the ovaries, perhaps also aided by hydrostatic pressure during deposition. Henderson et al. (1986) express a guarded opinion on the association of talc with cancer, stating that "carcinogenic activity of talc has not been established although its ubiquitous presence in the environment and its elemental similarity to asbestos has brought it under suspicion". Elemental similarity, of course, does not necessarily mean similarity in biological effects. It is well known that differences in physical properties, such as shape and surface characteristics, between elementally similar substances are responsible for significant differences in their biological effects. The pharmacological action of certain elementally and structurally identical agents (isomers) depends on whether they are dextrorotatory or levorotatory.

A remarkably large number of talc particles were found by Henderson et al. (1979) in human ovarian tissue, namely from 6900 to 55,100 particles/g wet weight tissue in three normal ovaries, from 17,400 to 24,300 in three cystic ovaries, and from 6400 to 24,300 in three ovarian adenocarcinomas. In another reference (Henderson et al., 1978), $2 \times 10^5$ particles/$mm^3$ are reported from oxygen incineration studies of human ovarian tissue.

Talc particles in human and animal tissues can be identified by X-ray fluorescence and X-ray diffraction

(Wehner *et al.*, 1977c) and by neutron activation of talc before animal exposure and subsequent γ-ray analysis of animal tissues for at least two suitable radionuclides (Wehner *et al.*, 1986 and 1977b). The neutron activation technique eliminates contamination problems during sample collection and processing.

Talc particles found, for example, *on* ovarian tissue might be contaminants deposited during sample collection and processing. For talc particles *in* ovarian tissue, contamination during sample collection and processing can be ruled out.

Wehner *et al.* (1985 and 1986) investigated talc translocation in Cynomolgus monkeys (*Macaca fascicularis*). The female of this species resembles the human female closer than any other animal model in the physiological and anatomical parameters of interest. The authors deposited a suspension of neutron-activated talc in the posterior fornix of the vagina on 30 consecutive work days (45 calendar days), that is, through at least one menstrual cycle (Wehner *et al.*, 1986). 2 days after the 30th talc application the animals were killed. The following samples underwent γ-ray analysis: vagina with the cervix of the uterus; uterus; the entire oviduct in three sections; ovaries; and peritoneal lavage fluid. Only the vagina-with-cervix samples—the site of deposition—contained varying quantities of talc. No talc was detected in any of the other samples. The detection limit of the neutron activation/γ-ray analysis technique under the described experimental conditions was approximately 0.5 μg talc (Wehner *et al.*, 1986) or about 1/230,000–1/245,000 of the estimated talc deposition in the posterior vaginal fornix (Wehner *et al.*, 1985).

Harlow and Weiss (1989) interviewed 116 patients with borderline ovarian tumours on their use of hygienic powders and found 'no appreciably altered risk' in the use of baby powder or cornstarch. However, the unspecified smaller number among those women who use deodorizing powders alone or in combination with other talc-containing powders had a 2.8-fold higher risk than 158 women without perineal exposure to powder. In the light of this newly discovered confounding variable, Harlow and Weiss recommend that the specific type(s) of powder used should be identified in future studies on hygienic powder use and ovarian tumours.

Cramer *et al.* (1982) observed a statistically significant (*P* < 0.003) relationship between epithelial ovarian cancer and talc used for dusting the perineum or sanitary napkins in 215 women. However, Cramer *et al.* (1982) found no relationship between ovarian cancer and talc exposure from dusting condoms or diaphragms, even though talc, in the latter applications, is deposited close to the cervical os. Hartge *et al.* (1983) made a similar observation from their epidemiological study. Their data indicate that the use of talc on a diaphragm did not appear to increase risk and that there was no overall association

between talc use and risk of ovarian cancer although a small group of women who specifically reported 'genital use' of talc showed an unspecified excess relative risk.

Mostafa *et al.* (1985) observed in 175 grossly normal, surgically removed human ovaries a 9% incidence of magnesium silicate granulomas and an additional 9% incidence of histological changes very similar to these granulomas.

Booth *et al.* (1989) reported an association between infertility as well as late onset of menopause and increased risk of ovarian cancer. In their opinion, the evidence linking talc with ovarian cancer was controversial, and they stated that more studies are needed to clarify this issue.

The association between 'fibre' exposure and ovarian cancer has been described by Rosenblatt *et al.* (1992). Cases were ascertained between 1981 and 1985. The authors define fibre exposure "as exposure to asbestos, talc (which may contain asbestos), and fiberglass". The authors observed elevated, but statistically not significant, risks with the use of condoms, powdered diaphragms and genital bath-talc. The risk for use of talc on sanitary napkins was significantly greater than unity (RR = 4.8; 95% CI = 1.3–18.0). The authors conclude that "The results of our study and others suggest that genital fiber exposure may be associated with an adverse effect ... but further study is needed to determine if this relationship is causal in nature."

Tzonou *et al.* (1993) examined the use of analgesics, tranquillizers and perineal talc application as risk factors for ovarian cancer in 189 cases and 200 controls. Talc use was determined on a no/yes basis without attempts to quantify application. The authors adjusted for a number of confounding variables, among them age, years of schooling, body weight, age at menarche, menopausal status, parity (nulliparous/parous, parous age at first birth, smoking (non-smoker/ever smoker), consumption of alcohol (glasses/day) and coffee (cups/day). There was a marginally significant inverse association with an apparent dose–response trend between frequency of analgesics use and ovarian cancer, and a highly significant dose-dependent positive relation between hair dyeing and ovarian cancer. As to talc, the authors state, "although the number of talc users is in general small and the respective confidence interval fairly large, there is clearly no evidence of an increased risk associated with perineal application of talc."

Chen *et al.* (1992) investigated risk factors for epithelial ovarian cancer in Beijing in 112 cases and 224 age-matched community controls. Among a number of other risk factors, the authors reported in their abstract an elevated risk in women with a history of long-term (>3 months) application of talc-containing dusting powder to the lower abdomen and perineum (RR 3.9, 95% CI 0.9–10.63).

JNJ 000014180

1176                                        A. P. WEHNER

Examination of the full paper reveals that these figures are based on seven (!) cases and five (!) controls.

Kupryjanczyk (1989) described multiple talc granulomas, inclusion cysts and adhesions in close proximity to an adenomatoid tumour of the left ovary of a 41-year-old patient. She suggests that talc crystals, as well as repair and inflammatory processes, should be taken into account as initiating factors in the development of ovarian adenomatoid tumours in susceptible patients.

In their paper on the aetiology of ovarian cancer, Baylis et al. (1986) conclude, "It certainly cannot be said at present that talc causes ovarian cancer." However, because the cause of ovarian cancer is unknown, and because of the "unexpected and unwarranted" presence of talc in ovarian cancer tissue and talc's "chemical similarity with asbestos", the authors are pursuing further investigations.

In their review paper on the epidemiology of ovarian cancer, Greene et al. (1984) summarize the role of talc and asbestos as follows: "while the above observations [reviewer's comment: referring to some of the publications reviewed here] are provocative, a conclusive role for talc or asbestos or both in the genesis of human ovarian cancer has yet to be demonstrated in either cohort or case–control studies."

There are other papers in which an association between hygienic talc application and ovarian cancer is mentioned. Most are reviews, referring to the literature reviewed here. None provide new information on the talc/ovarian cancer issue.

Hamilton et al. (1984) injected 100 $\mu$l saline containing 10 mg talc into ovaries of rats and observed no evidence of neoplasia.

In their review, Longo and Young (1979) point out that "epidemiological data could be interpreted as showing that the risk of developing cancer from an occupational talc exposure was due to contaminating asbestos." This could equally apply to chronic exposure from hygienic use of talc. The authors support this view by subsequently stating "... consumer talc products marketed before 1973 were variably contaminated by asbestos", and, later, "... data collected on populations exposed before 1976 may reflect the hazard of contaminating asbestos rather than talc. Unfortunately, adherence to the revised Cosmetic, Toiletry and Fragrance Association guidelines is voluntary ... so that, even now [1979; year added], commercial talcs are not certain to be asbestos-free." Cralley et al. (1968) found fibre contents ranging from 8 to 30% in cosmetic talc products available at the time of their investigation.

In considering mechanisms that might be involved in ovarian carcinogenesis, Venter (1981) points to the extremely high concentrations of gonadotrophins and potent steroids in the follicular fluid that is released monthly into the pelvic cavity by the rupture of the ovarian follicles. The concentration of these chemicals correlates with the mitotic and biosynthetic activities of granulosa cells, of which approximately 50 million accumulate in a follicle during the follicular phase with about 6.5 ml of antral fluid before the follicle is transformed into a corpus luteum. Given the fact that oestrogens cause proliferation of certain cells, Venter proposes the hypothesis that the antral fluid could act as an ovarian cancer promoter. Dietl et al. (1986) emphasize that the ovarian surface epithelium is a dynamic tissue with distinct morphological differentiations: it may proliferate inwards and form crypts and inclusion cysts or it may develop superficial papillary excrescences. In addition, constant metaplastic changes may take place in various parts of the müllerian epithelium. These growth processes appear to be influenced by endogenous and exogenous factors. It is conceivable that these factors, in combination with the physiological, biochemical and morphological characteristics of the ovarian tissue, can induce neoplastic lesions in the ovarian surface epithelium. The repeated breaks in the epithelium that occur during ovulation apparently increase the risk of developing neoplasia.

## Biological effects of inhaled talc

The literature search revealed that publications on biological effects of inhaled cosmetic talc are sparse and basically fall into two categories: (1) findings in animal studies; (2) accidental inhalation of large quantities of talc by infants and small children.

### Talc pneumoconioses in adults

Feigin (1989) distinguished between three forms of pulmonary disease caused by talc inhalation, namely (1) talcosilicosis, (2) talcoasbestosis and (3) pure talcosis. Feigin writes: "Talcosilicosis is produced by exposure to talc usually from Italy but also from California associated with silica and other non-asbestiform minerals.... The clinical and radiographic manifestations resemble those of silicosis.... The only documented difference between silicosis and talcosilicosis is the presence of talc, as demonstrated histologically. No other differences have been described. The radiographic changes are indistinguishable from those of silicosis." Talcoasbestosis is caused by inhalation of talc containing asbestiform fibres, such as tremolite and anthophyllite, as mined, for example, in upper New York state. On pure talcosis, Feigin writes: "Symptoms and pulmonary function test results consistent with restrictive pulmonary disease are well documented in pure talcosis; airway obstruction may also occur. The clinical form of the disease has most often been documented in miners and other workers involved in the obtaining and processing of pure talc. It has also been documented in people exposed to cosmetics, but only when the exposure was very heavy and prolonged".

This reviewer could find only two literature references on talcosis in consumers. Wells et al. (1979)

JNJ 000014181

describe a case of talcosis due to talc abuse, initially suspected to be tuberculosis, in a 41-year-old housewife. On direct questioning the patient admitted to very heavy (at least once a day) use of talc powder over her whole body in an unventilated room for many years. The other reference is to a paper by Tukiainen et al. (1984) who describe two cases. One of them involved an elderly female smoker of 20 years with a history of several operations. When she presented years later with non-productive cough, dyspnoea, tachycardia and low-grade fever, talcosis was considered a possibility on account of her 10-year use of talcum powder two or three times a day in an unventilated room. The authors eventually diagnosed chronic sarcoidosis with talc deposition in the lungs. The other case was an elderly female smoker of 30 years who had been occupationally exposed to *industrial* talc from 1958 to 1968.

Scatarige and Stitik (1988) reviewed the literature on the induction of thoracic malignancies in inorganic dust pneumoconiosis. They concluded that "talc pneumoconiosis does not appear to be associated with an increased risk of lung carcinoma or mesothelioma, and animal studies have failed to convincingly demonstrate the carcinogenicity of talc."

*Accidental inhalation of large quantities of talc by infants*

A number of reports describe consequences of accidental inhalation of large quantities of baby talc powder by infants. Although the cases do not constitute talc use as intended, they are nevertheless included in this review for the sake of completeness as they present a form of—albeit accidental—talc inhalation.

Brouillette and Weber (1978) describe the case of a prematurely born 1-month-old girl, presented at a hospital in cardiac arrest. She was covered with talc powder which had been poured into her mouth and nose by her 3-year-old brother. Following appropriate treatment of her severe pneumonia, she was discharged after 12 days of hospitalization without apparent consequences. The authors refer in their paper to at least 24 previous cases of massive talc powder inhalation by infants. Most of the children were older than 6 months, and those old enough to play with the powder container were considered at risk. The mortality in these cases was 20%.

Mofenson et al. (1981) point out the potential hazard of careless use of baby powder. They reviewed the experience of the Poison Control Center at the Nassau County Medical Center, New York, with baby powder inhalation in children less than 5 years of age, in whom most of the incidents occur. Of approximately 4300 calls in a 6-month period, 40 concerned baby powder inhalation. Symptoms included cough in 14 children, dyspnoea in five, sneezing in five, vomiting in six, and cyanosis in one.

McCormick et al. (1982) describe the hazards associated with diaper (nappy) changing, based on statistics from the Massachusetts Poison Control System. Of 138 cases of exposure to various 'poisons' during diaper change in a 3-month period, powders accounted for 47%. Symptoms such as coughing, wheezing and shortness of breath were described as mild, occurring most often with powders.

Motomatsu et al. (1979) report the clinical case of two baby girls who died following accidental inhalation of baby powder and unsuccessful treatment. "In order to investigate the harm of baby powder," the authors placed eight mice in a box, the bottom of which was covered with baby powder which was then "blown up" with compressed air. Neither aerosol characterization nor other measurements or experimental data are provided by the authors. Four mice, removed from exposure after 30 and 60 min, "recovered completely". Two other mice, removed after 90 min exposure, died within 6 hours and the last two mice died after 2 hours of exposure. Histopathological findings include haemorrhage, oedema and desquamation of bronchial epithelium.

Pfenninger and D'Apuzzo (1977) describe two cases of powder inhalation. One was a 7.5-month-old girl who had inhaled Fissan baby powder containing talc, zinc oxide and other unspecified substances. The patient responded only slowly to treatment and required 19 days of hospitalization but eventually recovered fully. The second case involved a 13-month-old boy who had inhaled Merfen powder containing talc and borate of phenylmercury. The patient responded well to treatment and recovered completely within 4 days.

De La Rocha and Brown (1989) report a case of baby powder inhalation followed by adult respiratory distress syndrome in a 16-month-old girl who recovered fully after 20 days of hospitalization.

Gutermuth et al. (1980) describe accidental talc inhalation and treatment in an 11-month-old female infant and in a 21-month-old boy. The first patient recovered after a 16-day hospital stay, the second one after a 13-day hospital stay.

Mussi et al. (1979) report a fatal case of powder inhalation in a 14-month-old girl. After a characteristic fairly asymptomatic initial period—in this case 12 hours—the girl did not respond to treatment and died 41 hours after the accident.

Swanson-Biearman et al. (1991) report the case of a 10-month-old boy who was hospitalized for 16 days following massive talc inhalation. The patient had recovered completely by the time of his discharge.

Butenandt et al. (1981) treated a 9-month-old male infant who had accidentally inhaled several grams of Penanten powder which contained 96% talc. Prompt bronchial lavage plus appropriate treatment resulted in an asymptomatic status after only 4 days of hospitalization.

JNJ 000014182

1178                                         A. P. WEHNER

Cotton and Davidson (1985) describe the case of a prematurely born 4-month-old male infant with a tracheotomy tube in place to maintain airway patency. During diaper change at home, baby powder was spilled accidentally and apparently blocked the infant's airway. At arrival in the hospital the boy was in cardiac arrest. He was resuscitated but died the following day.

Pairaudeau et al. (1991) report respiratory arrest in a 12-week-old boy, following a talc spill on his face during diaper change. He recovered during several days of hospitalization and treatment.

Cruthirds et al. (1977) diagnosed progressive diffuse pulmonary fibrosis (talc pneumoconiosis) in a 10-year-old girl who had inhaled a considerable quantity of baby powder at 2 years of age at which time hospitalization was not thought indicated.

Articles by Rumack (1982), Hayden and Sproul (1984), Wagner and Hindi-Alexander (1984) and Hollinger (1990) are mainly brief reviews which do not contribute new scientific information above and beyond the papers reviewed in this report.

*Animal studies*

Wehner et al. (1977c) exposed hamsters to a respirable talc aerosol concentration of approximately 8 mg/m$^3$ for 3, 30, or 150 minutes/day, 5 days/week for 30 days, or for 30 or 150 minutes/day either until they died naturally or for a maximum of 300 days. The hamsters received cumulative exposures ranging from about 15 to more than 6000 mg/hr/m$^3$. Estimates based on a pulmonary deposition and clearance study with neutron-activated talc (Wehner et al., 1977b) indicate that 0.05–6 μg talc, depending on the length of exposure, was deposited in the hamster lungs at each exposure. Estimates based on infant-dusting experiments (J. N. Sivertson, personal communication, 1976) show that the weekly hamster exposures, expressed in mg/hr/m$^3$, exceeded the average weekly infant exposures by some 30 to 1700 times, depending on the hamster exposure group. At death, the lungs, trachea, larynx, liver, one kidney, stomach, uterus, one ovary, or one testis, and all tissues showing gross lesions were collected for histopathological examination. The talc exposures did not affect body weight, survival or the type, incidence or degree of histopathological changes in the exposed groups compared with sham-exposed controls.

Wehner et al. (1977b) determined pulmonary deposition, translocation and clearance of inhaled talc in hamsters by a single 2-hour nose-only exposure to neutron-activated talc and subsequent serial killing. Lungs, liver, kidneys, ovaries, skinned carcass and 2-day and 4-day excreta were subjected to γ-ray analysis. The isotope $^{60}$Co was used to estimate talc quantities in the samples; the isotope $^{46}$Sc was used to check the validity of $^{60}$Co as a tracer for talc. From 20 to 80 μg talc (approx. 6–8% of the quantity inhaled) was deposited in the deep lung with

a biological half-life of 7–10 days. Alveolar clearance was essentially complete 4 months after exposure. No translocation of talc to liver, kidneys, ovaries or other parts of the body was found.

To validate the interpretation of the pulmonary deposition, translocation and clearance data (Wehner et al., 1977b), Wilkerson et al. (1977) investigated whether radionuclides leached from the neutron-activated talc in serum and in dilute hydrochloric acid. Leaching was negligible in both liquids, but somewhat higher in dilute hydrochloric acid than in serum.

A gavage study with neutron-activated talc showed that talc absorption in the gastro-intestinal tract of hamsters is also negligible (Wehner et al., 1977a).

In 1992, the National Toxicology Program (NTP, 1992) prepared for public review and comment a draft technical report on a comprehensive chronic inhalation study conducted at the Lovelace Biomedical and Environmental Research Institute. The study, designed to investigate toxicology and carcinogenesis of talc in rats and mice, followed the standard NTP experimental protocol for chronic inhalation studies. F344/N rats and B6C3F$_1$ mice were exposed for 6 hours/day, 5 days/week to an intended talc aerosol concentration of 0, 6 or 18 mg/m$^3$. In rats, the exposures resulted in impaired respiratory function; increased lung weights; inflammatory, reparative and proliferative processes in the lungs; hyperplasia of alveolar epithelium; interstitial fibrosis; accumulation of macrophages in lymphoid tissue and regional lymph nodes; and occasionally squamous metaplasia. Incidence and severity of these changes generally were a function of dose. The incidences of alveolar/bronchiolar adenomas and carcinomas were significantly higher in female rats (but not in males) of the 18 mg/m$^3$ exposure group than in the controls. A significantly increased incidence of phaeochromocytomas of the adrenal medulla in talc-exposed rats of both sexes cannot be explained, as there is no known mechanism by which talc particles deposited in the lungs can affect the adrenal medulla, with the possible exception of a stress-related effect owing to a high pulmonary particle load. In mice, the talc exposures produced chronic inflammation and macrophage accumulation in the lungs, but no hyperplasia, metaplasia or interstitial fibrosis, and no pulmonary neoplasms.

As a relatively recent, comprehensive study that yielded interesting—even puzzling—results, the Lovelace study deserves special comment. Although it was generally well conducted, the study has flaws that can interfere with the interpretation of its results. Inclusion of negative and positive dust control groups would have allowed unambiguous determination of relative toxicity/carcinogenicity of inhaled talc. As it is, the question remains whether the observed pulmonary lesions and other changes in the talc-exposed rodents of the Lovelace study are

JNJ 000014183

talc-specific or a non-specific foreign-body (dust) reaction that is to be expected as a consequence of inhalation exposures at concentrations that result in lung overload.

The investigators were unable to maintain target aerosol concentrations for the 18 mg/m³ rat exposure group during 19 of the 113–122 weeks of exposure. For 7 of these weeks the rats were exposed to approximately twice the intended aerosol concentration. Even the two intended exposure concentrations led to an impairment of lung clearance mechanisms; both of them, therefore, meet the criteria for a maximum tolerated dose or maximum functionally tolerated dose. On the basis of present knowledge and standards for conducting chronic inhalation studies to investigate carcinogenicity, the chosen talc aerosol concentrations in the Lovelace study were too high. The carcinogenic response observed in female rats of the high-dose exposure group might therefore be attributable to a secondary effect of carcinogenesis, based on a high particle load in the lung (lung overload condition). The Lovelace study can be considered irrelevant for assessing the pulmonary oncogenicity of inhaled talc in humans and the authors of the NTP draft report do not imply any such relevance. Talc aerosol doses received by users of cosmetic talc are several orders of magnitude lower (Aylott et al., 1979; Russell et al., 1979) with no danger of reaching a lung overload condition. The increased incidence of phaeochromocytomas in male and female rats at the high talc exposure concentration remains a perplexing phenomenon that needs to be independently confirmed. Its relevance for humans is questionable, last but not least, again because of the excessive amount of talc accumulating in the rat lungs and the possibility of subsequent stress-related effect. Background incidences of phaeochromocytomas in control rats were already rather high, and no significant increase was observed in the low exposure groups, although these groups also clearly showed symptoms of lung particle overload with impairment of alveolar macrophage clearance function.

The benign pulmonary lesions in the talc-exposed animals generally were those typically observed in inhalation exposures of laboratory rodents to high concentrations of a variety of dusts. There was a significant incidence of bronchiolar/alveolar adenomas and carcinomas in the female rat group exposed to 18 mg/m³, but not in the males, and not in mice of either sex. The biological significance of this observation remains uncertain.

Pickrell et al. (1989) investigated the relationship between the inhalation exposure concentration of talc and the resulting lung burdens and histological lesions. Rats were exposed to 0, 2.3, 4.3 and 17 mg talc/m³ for 6 hours/day, 5 days/week, for 4 weeks. Lung burdens were 0, 0.07, 0.17 and 0.72 mg talc/g lung, respectively. Mice were exposed to 0, 2.2, 5.7 or 20.4 mg talc/m³, which resulted in lung burdens of 0, 0.10, 0.29 and 1.0 mg talc/g lung. Histological changes consisted of a modest increase in talc-containing free macrophages within alveolar spaces in both rat and mouse groups exposed to the highest concentration of talc.

Wagner et al. (1977) exposed groups of rats to mean respirable concentrations of 11 mg SFA chrysotile or Italian talc/m³, 7.5 hours/day, 5 days/week, for 3, 6 or 12 months, respectively. Some rats were killed 10 days after termination of exposures, others after one year. Minimal to slight fibrosis as a function of exposure duration occurred in the dust-exposed rats.

### In vitro studies

Beck et al. (1987) investigated the toxicity of quartz- and asbestos-free talc and of granite (12% quartz), collected from worksites, in hamsters that received the dusts by intratracheal instillation. Dose–response (0.15, 0.75 and 3.75 mg/100 g body weight) and time-course (1–14 days) studies were conducted in bronchoalveolar lavage fluid (BAL). One day after exposure, both talc and granite caused elevated enzyme levels, pulmonary oedema, and increased cell numbers in BAL. Macrophage phagocytosis was inhibited. Response levels were either between 'nontoxic' iron oxide and toxic alpha-quartz or comparable with alpha-quartz. The response to granite dust decreased fairly rapidly as a function of time, but talc exposure resulted in longer elevated enzyme levels and decreased macrophage phagocytosis. The authors conclude that, given similar mass deposition in the lungs, talc causes more lung injury than granite.

Endo-Capron et al. (1993) studied genotoxicity of three talc samples in rat pleural mesothelial cells, using genotoxicity assays for unscheduled DNA synthesis (UDS) and sister chromatid exchanges (SCEs). Attapulgite and anatase served as negative controls, chrysotile and crocidolite as positive controls. The positive asbestos controls enhanced UDS or SCEs in treated cultures compared with untreated control cultures, but the talc samples and the negative controls did not.

Davies et al. (1983) tested the cytotoxicity of seven specimens of high-purity talc dust in mouse peritoneal macrophages. All samples consistently showed moderate macrophage cytotoxicity, suggesting that they would be fibrogenic in vivo.

### Talc granulomas from powdered surgical gloves

Talc powder is fibrogenic when administered by various routes to many species of animals (Lord, 1978). When introduced into open wounds it may induce talc granulomas. This phenomenon is used therapeutically in pleurodesis, the deliberate production of adhesions between the parietal and visceral pleura by (usually surgical) deposition of talc or kaolin to treat recurrent pneumothorax. Chappell

JNJ 000014184

1180                                                                    A. P. WEHNER

*et al.* (1979) published a survey of the long-term effects of talc and kaolin pleurodesis. There was no increased incidence of lung cancer and no case of mesothelioma in 199 traceable patients who underwent pleurodesis 14 to 40 years previously. Weissberg and Kaufman (1986) successfully used talc for pleurodesis in the treatment of resistant empyema in five patients who completely recovered from empyema with no undesirable side-effects. However, in the vast majority of cases, talc granulomas are undesirable effects of wound contamination with talc, usually from surgical gloves.

Sparrow and Hallam (1991) implicate talc powder in the aetiology of an appreciable number of umbilical granulomas excised from infants and young children. In view of these cases and with reference to the sometimes disastrous consequences of accidental inhalation of baby powder by infants, the authors strongly discourage the routine use of talc powder in the care of infants.

Healey and McDonald (1977) observed a talc granuloma in the right hemiscrotum of a 3-year-old boy who had undergone a right hydrocelectomy 3 months previously. The authors state that the interval for granuloma formation following contamination is extremely variable, ranging from 2 weeks to 45 years, with an average of 2 months after surgery. The extent of granuloma formation depends mainly on the dose and antigenicity of the contaminant and on host response.

Pratt *et al.* (1985) consistently found birefringent particles, which they identified as talc, in the subserosal stroma of hernia sacs. Cellular response was remarkably mild, perhaps owing to the small particle size (about $10 \mu m$) compared with about $50 \mu m$ of particles in talc granulomas. The authors further hypothesize that the particles were ingested with medication or food and reached the peritoneal cavity by migration through the intact intestinal wall.

Al-Sheikhli (1978) observed talc powder in granulomas of the vocal cords of a 16-year-old girl and suspects as the cause accidental talc contamination of an endotracheal tube with which she was intubated 4 months previously.

Simsek *et al.* (1992) report a case of severe obstruction of the urinary tract due to a talc granuloma in a 70-year-old male patient 7 years after a suprapubic transvesical prostatectomy.

Pelling and Evans (1986) experimentally tested in rats long-term peritoneal tissue response to mould-release agents and lubricant powder used on surgical gloves. Intraperitoneal implantation of talc produced significantly more adhesions and more severe, persistent, granulomatous reaction than starch powder and calcium carbonate.

Sheikh *et al.* (1984) describe tissue reactions to talc and Keoflo (low cross-linked cornstarch) which they tested as contaminants on the surface of surgical sutures or as pellets implanted in the abdominal muscle of rats. Keoflo caused a strong acute inflammatory reaction which, together with the starch, had essentially disappeared by the fourth week, leaving minimal lesions and scar formation. By contrast, the implanted talc initially induced only mild to moderate acute inflammation followed by chronic inflammatory response, and granuloma formation by the third day. The results suggest that low cross-linked cornstarch is a bioabsorbable substance, whereas talc is not. The authors therefore conclude that low cross-linked cornstarch "is a safe material for use as surgical glove powder", a conclusion not supported by findings of cornstarch-induced lesions reported independently by several other investigators (see below). Kaiser *et al.* (1982) reported similar results with intraperitoneal tests in rats.

Talc may contaminate surgical gloves as a mould-release agent during the manufacturing process or it may be deliberately added as a lubricant for easier donning. In a letter to the editor, Henderson and Griffiths (1979) state: "The large number of talc particles observed on certain American-produced surgeons' gloves, on occasions in excess of $6 \times 10^7$ particles/cm², would suggest that it is this material that is being employed as the releasing dusting powder in the molding process." Tolbert and Brown (1980) and Khan *et al.* (1983) point out that removal of talc particles from gloves is difficult using recommended washing and wiping procedures, and that a shedding hazard might exist by mechanical dislodging of the particles during surgery.

Rather than reviewing all publications of the last 15 years on talc granulomas, it is the limited objective of this section to show that talc granulomas following surgery can and do occur at various locations and that they can be induced experimentally in animal models. For relatively recent comprehensive reviews of various aspects of glove-related issues, reference is made to the papers by Ellis (1990) and Beck (1992), Fay and Sullivan (1992), White (1992) and Witmeyer (1992). Parenthetically, replacement of talc with cornstarch powder as a glove lubricant has resulted in starch granulomas (Wilson and Garach, 1981), starch peritonitis (Ellis, 1990; Loup *et al.*, 1979; Urdiales Cabal *et al.*, 1989) and intraperitoneal adhesions in rats (Kamffer *et al.*, 1992). With the trend since the 1980s towards powder-free gloves gaining momentum, complications from wound contamination with surgical glove powders may become rarer but not eliminated. To avoid allergic reactions (including anaphylactic shock) in sensitive individuals exposed to water-extractable latex proteins on medical gloves (Beezhold, 1992), vinyl, nitrile, neoprene and co-polymer gloves are now available; generally, these gloves are powdered (Witmeyer, 1992).

## Ingested talc

Under conditions of normal use, talc can be ingested in one of two ways. First, when used as intended as dusting powder, very small amounts of

talc dust may be inhaled. That portion of the talc particles which is deposited on the ciliated part of the respiratory tract will be transported cranially by the mucociliary escalator mechanism and then swallowed. There are no reports in the literature describing biological effects of these minute quantities of ingested talc. Secondly, talc accounts for the bulk of filler materials in tablets. Appreciable amounts of talc can be ingested with chronic heavy consumption of pills.

Anani *et al.* (1987) describe the case of a 46-year-old male who presented with abdominal pain. Further examination and a right hemicolectomy showed marked fibrosis of the intestinal wall in which bire-fringent particles with energy-dispersive spectra typical of those for talc were found. The anamnesis revealed that, at the age of 27 years, the patient was treated over a period of 28 months for pulmonary tuberculosis with tablets containing talc (183 g talc per 2670 g total tablet ingestion). The authors speculate that the tablets ingested during this antituberculosis therapy were the source of the talc found in the intestinal fibrosis. If this assumption is correct, the potential consequences of daily multiple pill use, as can be the case with vitamin and mineral supplements, should be more closely examined. Moderate pill consumption does not appear to present a risk. In their review of pharmaceutical excipients, Golightly *et al.* (1988) state, "Ingestion of talc is very unlikely to be toxic."

The Joint Expert Committee of Food Additives of the Food and Agriculture Organisation of the United Nations and the World Health Organization stated in its report on food additives that talc was not mutagenic *in vitro* or *in vivo* and allocated an acceptable daily intake "not specified" classification to food-grade (i.e. free of asbestiform particles) talc (FAO/WHO, 1987).

## Discussion

The literature reviewed reflects several areas of concern regarding biological effects of cosmetic talc use.

### Hygienic talc use and ovarian cancer

The presence of large numbers of talc particles in normal and diseased ovarian tissue seems indisputable although it is difficult to imagine how inanimate particles without locomotion of their own can breach the formidable cervical barrier and migrate 'upstream' against the ciliary beat of the fallopian epithelium to the ovaries. Several investigators have reported an association between hygienic use of talc and ovarian cancer; none claims to have established a causal relationship. The epidemiological evidence linking hygienic talc use with an increased risk of ovarian cancer generally is weak and sometimes inconsistent: confounding variables were often ignored; the reported increased risk ratios, in most

cases less than 2, are barely statistically significant, and epidemiological studies are not sensitive enough to estimate risk ratios less than 2. Talc use might be a causally unrelated marker for confounders associated with increased ovarian cancer risk such as, for example, vulvovaginal disease or obesity. There appears to be a consensus of opinion that more and better designed studies are needed before valid scientific judgement can be passed on whether or not there exists a causal relationship between hygienic talc use and increased ovarian cancer risk.

An interesting question remains. Talc is a recognized fibrogen. If there are sufficient numbers of talc particles in ovarian tissues long enough to cause cancer, where is the ovarian fibrosis which one would expect to develop long before cancer occurs? The only references to ovarian granulomas are those by Mostafa *et al.* (1985) and Kupryjanczyk (1989).

### Talc inhalation

In contrast to individuals occupationally exposed to industrial talc, talc pneumoconiosis from personal use of cosmetic talc appears to be extremely rare, occurring only following chronic abuse. When talc, a fibrogenic substance, is chronically deposited at doses sufficiently high to overwhelm the bronchopulmonary clearance mechanism, a fibrotic/ granulomatous tissue response can and will occur, as observed in humans and animals. Animal studies suggest that natural defence mechanisms, such as macrophages and mucociliary clearance, can cope with exposure to talc concentrations considerably exceeding estimated infant exposures, without lesion development (Wehner *et al.*, 1977c). If doses in animal experiments are increased substantially so as to result in pulmonary overload, the results can no longer be considered relevant for human risk assessment. The Lovelace study (NTP, 1992) is a case in point.

Paracelsus recognized some 450 years ago, "*dosis solum venenum facit*" (only the dose makes a poison). Lee *et al.* (1985) confirmed this dramatically by inducing a significant incidence of squamous cell carcinoma in lungs of female CD rats, exposed for up to 104 weeks to 250 mg titanium dioxide/m$^3$, a substance long considered by many to be biologically inert and frequently used as negative dust control. Should titanium dioxide therefore be considered a carcinogen in rats—and in humans? There is no evidence in the literature to suggest that cosmetic talc, inhaled under conditions of normal use, can cause cancer in the human respiratory system.

Accidental inhalation of baby powder by infants presents a largely avoidable problem if physicians, nurses, parents and other individuals handling the infants are made aware of the potential danger and observe appropriate precautions, such as keeping the powder can out of reach of children. Considering the very large number of dustings administered daily to babies, these incidences fortunately are very rare.

JNJ 000014186

1182                                                    A. P. WEHNER

*Other studies*

*In vitro* studies have shown that talc is fibrogenic and not genotoxic. The number of papers reporting talc granulomas caused by powdered surgical gloves indicates a certain concern. Calls for talc-free surgical gloves have been voiced. Cornstarch powder does not appear to be a suitable substitute as it, too, causes lesions. The use of talc on surgical gloves presents a special problem that does not affect the typical consumer of cosmetic talc. Ingestion of food-grade talc is unlikely to be toxic.

## Conclusion

There is no conclusive evidence in the literature reviewed to indicate that cosmetic talc, when used as intended, presents a health hazard.

*Acknowledgements*—Johnson & Johnson Consumer Products, Inc. granted permission to publish this manuscript which is based on a critical literature review previously prepared for Johnson & Johnson.

The Cosmetic, Toiletry and Fragrance Association (CTFA) authorized the inclusion of excerpts in this review from BEC's 1992 technical report to CTFA, written by E. L. Alpen, A. J. Gross, G. Oberdörster, F. J. C. Roe, R. K. Ross and A. P. Wehner.

## REFERENCES

Al-Sheikhli A. R. J. (1978) Bilateral post-intubation talc granulomata of the vocal cords. *Journal of Laryngology and Otology* 92, 735.

Aylott R. I., Byrne G. A., Middleton J. D. and Roberts M. E. (1979) Normal use levels of respiratory cosmetic talc: preliminary study. *International Journal of Cosmetic Science* 1, 177.

Anani P. A., Ribaux C. and Gardiol D. (1987) Unusual intestinal talcosis. *American Journal of Surgical Pathology* 11, 890.

Baylis M. S., Henderson W. J., Pierrepoint C. G. and Griffiths K. (1986) The aetiology of ovarian cancer. In *Gynaecological Oncology*. Edited by C. P. Morrow and G. E. Smart. pp. 157–000. Springer-Verlag, Berlin.

BEC (1992) *Critiques of NTP Technical Report on the Toxicology and Carcinogenesis Studies of Talc in F344/N Rats and B6C3F₁ Mice and Perineal Exposure to Talc and Ovarian Cancer*. BEC Technical Report to CTFA. Richland, Washington, September.

Beck B. D., Feldman J. A., Brain J. D. *et al.* (1987) The pulmonary toxicity of talc and granite dust as estimated from an in vivo hamster bioassay. *Toxicology and Applied Pharmacology* 87, 222.

Beck W. C. (1992) Issues related to surgical gloves. *Biomedical Instrumentation and Technology* 26, 225.

Beezhold D. H. (1992) Latex allergy. *Biomedical Instrumentation and Technology* 26, 238.

Booth M., Beral V. and Smith P. (1989) Risk factors for ovarian cancer: a case-control study. *British Journal of Cancer* 60, 592.

Brouillette F. and Weber M. L. (1978) Massive aspiration of talcum powder by an infant. *Canadian Medical Association Journal* 119, 354.

Butenandt I., Däumling S. and Hager C. (1981) Akzidentelle Babypuder-Aspiration. *Monatsschrift für Kinderheilkunde* 129, 605.

Chalmers T. C., Hewett P., Reitman D. and Sacks H. S. (1989) Selection and evaluation of empirical research

in technology assessment. *International Journal of Technology Assessment and Health Care* 5, 521.

Chappell A. G., Johnson A., Charles J. *et al.* (1979) A survey of the long-term effects of talc and kaolin pleurodesis. *British Journal of Diseases of the Chest* 73, 285.

Chen Y., Wu P. C., Lang J. H., Ge W. J., Hartge P. and Brinton L. A. (1992) Risk factors for epithelial ovarian cancer in Beijing, China. *International Journal of Epidemiology* 21, 23.

Cotton W. H. and Davidson P. J. (1985) Aspiration of baby powder. *New England Journal of Medicine* 313, 1662.

Cralley L. J., Key M. M., Groth D. H., Lainhart W. S. and Ligo R. M. (1968) Fibrous and mineral content of cosmetic talcum products. *American Industrial Hygiene Association Journal* 29, 350.

Cramer D. W., Harlow B. L., Willett W. C., Welch W. R., Bell D. A., Scully R. E., Ng W. G. and Knapp R. C. (1989) Galactose consumption and metabolism in relation to the risk of ovarian cancer. *Lancet* 2, 66.

Cramer D. W., Welch W. R., Scully R. E. and Wojciechowski C. A. (1982) Ovarian cancer and talc. A case-control study. *Cancer* 50, 372.

Cruthirds T. P., Cole F. H. and Paul R. N. (1977) Pulmonary talcosis as a result of massive aspiration of baby powder. *Southern Medical Journal* 70, 626.

Davies R., Skidmore J. W., Griffiths D. M. and Moncrieff C. B. (1983) Cytotoxicity of talc for macrophages *in vitro*. *Food and Chemical Toxicology* 21, 201.

De La Rocha S. R. and Brown M. A. (1989) Normal pulmonary function after baby powder inhalation causing adult respiratory distress syndrome. *Pediatric Emergency Care* 5, 43.

Dietl J., Buchholz F. and Stoll P. (1986) Das ovarielle Deckepithel und seine histogenetische Beziehung zum Ovarialkarzinom. *Geburtshilfe und Frauenheilkunde* 46, 561.

Ellis H. (1990) The hazards of surgical glove dusting powder. *Surgery, Gynecology and Obstetrics* 171, 521.

Endo-Capron S., Renier A., Janson X., Kheuang L. and Jaurand M. C. (1993) *In vitro* response of rat pleural mesothelial cells to talc samples in genotoxicity assays (sister chromatid exchanges and DNA repair). *Toxicology in Vitro* 7, 7–14.

FAO/WHO (1987) *Evaluation of Certain Food Additives and Contaminants. Thirtieth Report of the Joint FAO/WHO Expert Committee on Food Additives*. WHO Technical Report Series 751. WHO, Geneva.

Fay M. F. and Sullivan R. W. (1992) Changing requirements for glove selection and hand protection. *Biomedical Instrumentation and Technology* 26, 227.

Feigin D. S. (1989) Misconceptions regarding the pathogenicity of silicas and silicates. *Journal of Thoracic Imaging* 4, 68.

Golightly L. K., Smolinske S. S., Bennett M. L., Sutherland E. W., III and Rumack B. H. (1988) Pharmaceutical excipients. Adverse effects associated with 'inactive' ingredients in drug products (Part II). *Medical Toxicology and Adverse Drug Experience* 3, 209.

Greene M. H., Clark J. W. and Blayney D. W. (1984) The epidemiology of ovarian cancer. *Seminars in Oncology* 11, 209.

Gutermuth M., Schirg E., Steinbacher D. and Weiss H. (1980) Akzidentelle Aspiration von Babypuder *Intensivmedizin* 2, 83.

Hamilton T. C., Fox H., Buckley C. H., Henderson W. J. and Griffiths K. (1984) Effects of talc on the rat ovary. *British Journal of Experimental Pathology* 65, 101.

Harlow B. L., Cramer D. W., Bell D. A. and Welch W. R. (1992) Perineal exposure to talc and ovarian cancer risk. *Obstetrics and Gynecology* 80, 19.

Harlow B. L. and Weiss N. S. (1989) A case-control study of borderline ovarian tumors: the influence of perineal

JNJ 000014187

Biological effects of cosmetic talc                                    1183

exposure to talc. *American Journal of Epidemiology* **130**, 390.

Hartge P., Hoover R., Lesher L. P. and McGowan L. (1983) Talc and ovarian cancer. *Journal of the American Medical Association* **250**, 1844.

Hayden G. F. and Sproul G. T. (1984) Baby powder use in infant skin care. Parental knowledge and determinants of powder usage. *Clinical Pediatrics* **23**, 163.

Healey G. B. and McDonald D. F. (1977) Talc granuloma presenting as a testicular mass. *Journal of Urology* **118**, 122.

Henderson W. J. and Griffiths K. (1979) Talc on surgeons' gloves (letter). *British Journal of Surgery* **66**, 599.

Henderson W. J., Hamilton T. C., Baylis M. S., Pierrepoint C. G. and Griffiths K. (1986) The demonstration of the migration of talc from the vagina and posterior uterus to the ovary in the rat. *Environmental Research* **40**, 247.

Henderson W. J., Hamilton T. C. and Griffiths K. (1979) Talc in normal and malignant ovarian tissue. *Lancet* **1**, 499.

Henderson W. J., Joslin C. A. F., Turnbull A. C. and Griffiths K. (1971) Talc and carcinoma of the ovary and cervix. *Journal of Obstetrics and Gynaecology of the British Commonwealth* **78**, 266.

Henderson W. J., Melville-Jones C., Wilson D. W. and Griffiths K. (1978) Oxygen incineration and electron microscope X-ray microanalysis of mineral particles in biological tissues. *Journal of Histochemistry and Cytochemistry* **26**, 1087.

Hildick-Smith G. Y. (1976) The biology of talc. *British Journal of Industrial Health* **33**, 217.

Hildick-Smith G. Y. (1977) Talc—recent epidemiological studies. In *Inhaled Particles IV*. Edited by W. H. Walton. pp. 655–665. Pergamon, Oxford.

Hollinger M. A. (1990) Pulmonary toxicity of inhaled and intravenous talc. *Toxicology Letters* **52**, 121.

Joly D. J., Lilienfeld A. M., Diamond E. L. and Brass I. D. J. (1974) An epidemiologic study of the relationship of reproductive experience to cancer of the ovary. *American Journal of Epidemiology* **99**, 190.

Kaiser W., Otten G., Kohnlein H. E. and Kitzinger H. (1982) Unspezifische Gewebsreaktionen durch Handschuh-Puder. *Fortschritte der Medizin* **100**, 1213.

Kamffer W. J., Jooste E. V., Nel J. T. and de Wet J. I. (1992) Surgical glove powder and intraperitoneal adhesion formation. *South African Medical Journal* **81**, 158.

Khan M. A., Brown J. L., Logan K. V. and Hayes R. J. (1983) Suture contamination by surface powders on surgical gloves. *Archives of Surgery* **118**, 738.

Kupryjanczyk J. (1989) Adenomatoid tumour of the ovary and uterus in the same patient. *Zentralblatt für allgemeine Pathologie und pathologische Anatomie* **135**, 437.

Lee K. P., Trochimowicz H. J. and Reinhardt C. F. (1985) Pulmonary response of rats exposed to titanium dioxide by inhalation for two years. *Toxicology and Applied Pharmacology* **79**, 179.

Longo D. L. and Young R. C. (1979) Cosmetic talc and ovarian cancer. *Lancet* **ii**, 349.

Lord G. H. (1978) The biological effects of talc in the experimental animal: a literature review. *Food and Cosmetics Toxicology* **16**, 51–57.

Loup P., Besson A., Critsotakis J. and Mosimann R. (1979) Peritonite a amidon. *Helvetica chirurgica acta* **45**, 733.

McCormick M. A., Lacouture P. G., Gaudreault P. and Lovejoy F. H. (1982) Hazards associated with diaper changing. *Journal of the American Medical Association* **248**, 2159.

McGowan L., Parent L., Lednar W. and Norris H. J. (1979) The woman at risk of developing ovarian cancer. *Gynecologic Oncology* **7**, 325.

Mofenson H. C., Greensher J., DiTomasso A. and Okun S. (1981) Baby powder—a hazard! *Pediatrics* **68**, 265.

Mostafa S. A. M., Bargeron C. B., Flower R. W., Rosenshein N. B., Parmley T. H. and Woodruff J. D. (1985) Foreign body granulomas in normal ovaries. *Obstetrics and Gynecology* **66**, 701.

Motomatsu K., Adachi H. and Uno T. (1979) Two infant deaths after inhaling baby powder. *Chest* **75**, 448.

Mussi N. C., Borghetti V. L. M., Mussi M. M. *et al.* (1979) Aspiração aguda de talco. *Journal of Pediatrics* **47**, 233.

National Toxicology Program (1992) *NTP Technical Report on the Toxicology and Carcinogenesis Studies of Talc in F344/N Rats and B6C3F₁ Mice*. NIH Publication No. 92-3152. National Institutes of Health, Bethesda, MD.

Pairaudeau P. W., Wilson R. G., Hall M. A. and Milne M. (1991) Inhalation of baby powder: an unappreciated hazard. *British Medical Journal* **302**, 1200.

Pelling D. and Evans J. G. (1986) Long-term peritoneal tissue response in rats to mould-release agents and lubricant powder used on surgeons' gloves. *Food and Chemical Toxicology* **24**, 425–430.

Pfenninger J. and D'Appuzzo V. (1977) Powder aspiration in children. Report of two cases. *Archives of Disease in Childhood* **52**, 157.

Pickrell J. A., Snipes M. B., Benson J. M. *et al.* (1989) Talc deposition and effects after 20 days of repeated inhalation exposure of rats and mice to talc. *Environmental Research* **49**, 233.

Pratt P. C., George M. H., Mastin J. P. and Roggli V. L. (1985) Crystalline foreign particulate material in hernia sacs. *Human Pathology* **16**, 1141.

Rosenblatt K. A., Szklo M. and Rosenshein N. B. (1992) Mineral fiber exposure and the development of ovarian cancer. *Gynecologic Oncology* **45**, 20.

Rumack B. H. (1982) Diapers and poisons (editorial). *Journal of the American Medical Association* **248**, 2164.

Russell R. S., Merz R. D., Sherman W. T. and Sivertson J. N. (1979) The determination of respirable particles in talcum powder. *Food and Cosmetics Toxicology* **17**, 117–122.

Scatarige J. C. and Stitik F. P. (1988) Induction of thoracic malignancy in inorganic dust pneumoconiosis. *Journal of Thoracic Imaging* **3**, 67.

Sheikh K. M. A., Dugal K., Relfson M., Gignac S. and Rowden G. (1984) An experimental histopathologic study of surgical glove powders. *Archives of Surgery* **119**, 215.

Simsek F., Türkeri L., Ilker Y., Küllü S. and Akdas A. (1992) Severe obstruction of the urinary tract due to talcum powder granuloma after surgery. *International Urology and Nephrology* **24**, 31.

Sparrow S. A. and Hallam L. A. (1991) Talc granulomas (letter). *British Medical Journal* **303**, 6793.

Swanson-Biearman B., Cobaugh D. J., Dean B. S. and Krenzelok E. P. (1991) Massive talc aspiration: it still occurs. *Veterinary and Human Toxicology* **33**, 383.

Tolbert T. W. and Brown J. L. (1980) Surface powders on surgical gloves. *Archives of Surgery* **115**, 729.

Tzonou A., Polychronopoulou A., Hsieh C., Rebelakos A., Karakatsani A. and Trichopoulos D. (1993) Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. *International Journal of Cancer* **55**, 408.

Tukiainen P., Nickels J., Taskinen E. *et al.* (1984). Pulmonary granulomatous reaction: talc pneumoconiosis or chronic sarcoidosis? *British Journal of Industrial Medicine* **41**, 81.

Urdiales Cabal G., Lamamie de Clairac E., Sampedro Nuno A. and Diaz-Faes Cervero M. (1989) Peritonitis granulomatosa por almidón. A propósito de un caso. *Revista Espanola de las Enfermedades del Aparato Digestivo* **75**, 411.

Venter P. F. (1981) Ovarian epithelial cancer and chemical carcinogenesis. *Gynecologic Oncology* **12**, 281.

Wagner J. C., Berry G., Cooke T. J., Hill R. J., Pooley F. D. and Skidmore J. W. (1977) Animal experiments

JNJ 000014188

1184                                              A. P. WEHNER

with talc. In *Inhaled Particles*. Vol. IV, Part 2. Edited
by W. H. Walton and B. McGovern. pp. 647–654.
Pergamon, Oxford.

Wagner T. J. and Hindi-Alexander M. (1984) Hazards of
baby powder? *Pediatric Nursing* **10**, 124.

Wehner A. P., Hall A. S., Weller R. E., Lepel E. A. and
Schirmer R. E. (1985) Do particles translocate from the
vagina to the oviducts and beyond? *Food and Chemical
Toxicology* **23**, 367–372.

Wehner A. P., Tanner T. M. and Buschbom R. L. (1977a)
Absorption of ingested talc by hamsters. *Food and
Cosmetics Toxicology* **15**, 453–455.

Wehner A. P., Weller R. E. and Lepel E. A. (1986) On talc
translocation from the vagina to the oviducts and beyond.
*Food and Chemical Toxicology* **24**, 329–338.

Wehner A. P., Wilkerson C. L., Cannon W. C., Buschbom
R. L. and Tanner T. M. (1977b) Pulmonary deposition,
translocation and clearance of inhaled neutron-activated
talc in hamsters. *Food and Cosmetics Toxicology* **15**,
213–224.

Wehner A. P., Zwicker G. M., Cannon W. C., Watson
C. R. and Carlton W. W. (1977c) Inhalation of talc baby
powder by hamsters. *Food and Cosmetics Toxicology* **15**,
121–129.

Weissberg D. and Kaufman M. (1986) The use of talc for
pleurodesis in the treatment of resistant empyema. *Annals
of Thoracic Surgery* **41**, 143.

Wells I. P., Dubbins P. A. and Whimster W. F. (1979)
Pulmonary disease caused by the inhalation of cosmetic
talcum powder. *British Journal of Radiology* **52**, 586.

West R. O. (1966) Epidemiologic study of malignancies of
the ovaries. *Cancer* **19**, 1001.

White N. D. (1992) Understanding latex. *Biomedical Instru-
mentation and Technology* **26**, 232.

Whittemore A. S., Wu M. L., Paffenbarger R. S., Jr, Sarles
D. L., Kampert J. B., Grosser S., Jung D. L., Ballon S.
and Hendrickson M. (1988) Personal and environmental
characteristics related to epithelial ovarian cancer. II.
Exposure to talcum powder, tobacco, alcohol, and coffee.
*American Journal of Epidemiology* **128**, 1228.

Wilkerson C. L., Wehner A. P. and Rancitelli L. A. (1977)
Leaching of radionuclides from neutron-activated talc in
serum and in dilute hydrochloric acid. *Food and Cosmetics
Toxicology* **15**, 589–593.

Wilson D. F. and Garach V. (1981) Surgical glove starch
granuloma. *Oral Surgery, Oral Medicine, Oral Pathology*
**51**, 342.

Witmeyer R. J. (1992) Trends in glove product and process
development. *Biomedical Instrumentation and Technology*
**26**, 235.

Yusuf S., Peto S. R., Lewis J., Collins R. and Sleight P.
(1985) Beta blockade during and after myocardial infarc-
tion: an overview of the randomized trials. *Journal of
Progressive Cardiovascular Disease* **27**, 335.

JNJ 000014189

Exhibit 64

OPEN

# Serous Ovarian Cancer Caused by Exposure to Asbestos and Fibrous Talc in Cosmetic Talc Powders—A Case Series

*Joan E. Steffen, BA, Triet Tran, BA, BS, Muna Yimam, BS, Kate M. Clancy, Tess B. Bird, DPhil, Mark Rigler, PhD, William Longo, PhD, and David S. Egilman, MD, MPH*

**Objective:** Asbestos is a known cause of ovarian cancer. We report 10 cases of serous ovarian cancer among users of Johnson & Johnson (J&J) asbestos-containing "cosmetic" talc products. **Methods:** We conducted an asbestos exposure assessment during talc application and analyzed surgical tissues and talc containers for asbestos and talc. **Results:** Talc was found in all cases and tremolite and/or anthophyllite asbestos was found in 8/10 cases. The asbestos fibers found in the "cosmetic" talc containers matched those found in tissues. We estimated inhaled asbestos dose ranged from 0.38 to 5.18 fiber years. **Conclusion:** We provide evidence that the inhaled dose of asbestos/fibrous talc from "cosmetic" talc use causes ovarian cancer. The unique combination of the types of asbestiform minerals detected in cancerous tissue and "cosmetic" talc is a fingerprint for exposure to asbestos-containing talc.

**Keywords:** asbestos, baby powder, cosmetics, Johnson & Johnson, ovarian cancer, talc

K nown amongst oncologists as a "silent killer," ovarian cancer is the leading cause of death from all gynecologic cancers and the fifth leading cause of cancer-related deaths among women in the United States.[1] The American Cancer Society estimates that about 22,000 American women will be diagnosed and 13,850 will die of the disease in 2019.[2] In 2010, the agency determined that perineal talc powder use was possibly carcinogenic to humans (group 2b).[3]

Epidemiological studies have examined the relationship between perineal talc use and ovarian cancer. In a 1982 case–control study, Cramer et al[4] first reported an association between genital talc use and ovarian cancer. At least 32 subsequent epidemiologic studies have examined the association between talc

powder use and ovarian cancer.[5–36] High-grade serous carcinoma (HGSC) is the most common form of ovarian cancer and the type of ovarian cancer that has been most consistently associated with perineal use of cosmetic talc products.[6–8,10,12,14,15,24,27,29,32,33,36,37] Meta-analyses have consistently shown an increased risk of HGSC of about 1.3 for perineal talc use.[18,38–40]

Asbestos exposure by inhalation occurs during cosmetic talc use.[41,42] International Agency for Research on Cancer (IARC) concluded in 2009 that asbestos was a group 1 cancer carcinogen.[43,44] Dr Wyers' first reported a case of ovarian cancer in a woman with asbestosis in 1949.[45] Twenty-seven epidemiological studies have since examined the relationship between asbestos exposure and ovarian cancer.[46–72] Nine of these 27 studies report a statistically significant elevation in ovarian cancer risk.[46–48,51,61,62,68,69,71] Epidemiologic findings have demonstrated consistency in different populations: studies of asbestos and ovarian cancer have shown a statistically-significant association among women in different countries with exposures to different types of asbestos fibers and in various occupational and environmental settings.[46–48,51,61,62,68,69,71] Epidemiologic research also suggests a dose–response relationship for asbestos and ovarian cancer when comparing low-exposure and high-exposure subgroups.[47,72] Camargo et al[73] performed a meta-analysis of 18 cohort studies of occupational asbestos exposure and reported a pooled standardized mortality ratio (SMR) for ovarian cancer of 1.77 (95% confidence interval [CI], 1.37–2.28).

Epidemiological studies of talc and ovarian cancer have generally accepted representations by talc mining and manufacturing companies that consumer talc has been asbestos-free since 1976.[6–8,10,12,14,15,24,25,27,29,32,36] However, studies show that

From the Never Again Consulting, Attleboro, Massachusetts (Ms Steffen, Mr Tran, Ms Yimam, Ms Clancy, Dr Bird, Dr Egilman); College of Engineering and Mines (student), University of Alaska – Fairbanks, Fairbanks, Alaska (Ms Clancy); Mellon Postdoctoral Fellow, Wesleyan University, Middletown, Connecticut (Dr Bird); Materials Analytical Services LLC, Suwanee, Georgia (Dr Rigler, Dr Longo); Department of Family Medicine, Warren Alpert Medical School, Brown University, Providence, Rhode Island (Dr Egilman).

Funding: Plaintiffs' attorneys in litigation against Johnson & Johnson (Ingham et al vs Johnson & Johnson et al) paid for tissue analysis for talc and asbestos in patient tissues. They also paid for travel costs and time spent examining and interviewing patients. There was no outside funding for work on this manuscript.

Institution and Ethics approval and informed consent: There was no requirement for ethics review or institutional review board approval because this research was not experimental and was originally conducted pursuant to a lawsuit. Informed consent was obtained from all living patients. For one deceased patient (Case No. 8), consent was obtained from the surviving spouse. For the remaining two deceased patients (Case No. 4 and Case No. 9), authors relied only on public information revealed during court proceedings.

Disclosure (Authors): During litigation, J.T.S., J.J., K.C., M.Y. and T.B. work for Dr Egilman, who served as an expert witness in litigation at the request of people who were injured as the result of using talcum powders. Mr Tran, Ms Steffen, Ms Clancy, Ms Yimam, and Dr Bird were not compensated by law firms for work on this paper and the lawyers for the injured plaintiffs did not review this paper and had no input into the content of the paper.

Dr Rigler, Dr Rigler and Dr Longo report payments from lawyers related to the submitted work. All serve as expert witnesses in litigation at the request of people who were injured as the result of using talcum powders; plaintiffs' lawyers paid for the patient examinations taken by Dr Egilman as part of his expert witness work.

Dr Rigler and Dr Longo originally performed the tissue analysis for talc and asbestos as part of their expert witness work and were paid by plaintiffs' lawyers for their work. Dr Egilman has also served as an expert witness at the request of companies who have been sued for exposure to asbestos from their mines or products. They were not compensated for work on this paper and the lawyers for the injured plaintiffs did not review this paper and had no input into the content of the article.

Disclaimer: Historic testing of talc for asbestos is limited in methodology and scope. Courts and plaintiff lawyers have agreed, without the knowledge or permission of their clients, to keep secret some of the documents reported here; these documents became public during court proceedings over the objections of J&J and Imerys. Many documents remain sealed.

Supplemental digital contents are available for this article. Direct URL citation appears in the printed text and is provided in the HTML and PDF versions of this article on the journal's Web site (www.joem.org).

Clinical significance: We provide evidence that asbestiform minerals present in "cosmetic" talc causes ovarian cancer. We provide an estimate of asbestiform minerals inhaled per talc application and cumulative lifetime exposure. The unique combination of asbestiform minerals detected in cancerous tissue and "cosmetic" talc is a fingerprint for exposure to asbestos-containing talc.

Address correspondence to: David S. Egilman, MD, MPH, Never Again Consulting, 8 N Main St, Ste 404, Attleboro, MA 02703 (degilman@egilman.com).

Copyright © 2020 The Authors. Published by Wolters Kluwer Health, Inc. on behalf of the American College of Occupational and Environmental Medicine. This is an open access article distributed under the terms of the Creative Commons Attribution-Non Commercial-No Derivatives License 4.0 (CCBY-NC-ND), where it is permissible to download and share the work provided it is properly cited. The work cannot be changed in any way or used commercially without permission from the journal.

DOI: 10.1097/JOM.0000000000001800

Downloaded from https://journals.lww.com/joem by xAYiCdzAe4HY6GtYQ93OzLauLascx6fxDhLOxCCCvDdKLfzJ7VJvZDJwjxTTrsWWfErpe4JX6ZaV7gj6Eu4f81eTTm2DQ2GuuhRKtxbb4Th/4ZrZwP+ymjju on 02/05/2020

consumer talc contains asbestos and a review of the world's largest talc producers records indicated that talc mines contained asbestos, that asbestos cannot be removed from talc, and that talc used in cosmetics was not asbestos-free.[41,74–82] Case control and cohort studies of talc use and ovarian cancer have not differentiated inhalation and perineal talc exposures, and have not considered inhalation exposures in their analyses; this has contributed to misclassification of exposed cases and inaccurate dose–response assessments.[42] In addition, industry marketing studies from the 1970s indicate that up to 85% of women used talc powders thus many ''controls'' were probably exposed to asbestos containing talcs.[42,83]

We report 10 cases of serous ovarian cancer among users of asbestos-containing Johnson & Johnson (J&J) cosmetic talc products. Unlike most previous studies on talc and ovarian cancer, we focused on inhalation exposures to asbestos during various talc uses and not perineal exposures.[4,6,12,40] We measured inhalation exposures during perineal application of asbestos-containing cosmetic talc. Based on exposure histories, we estimate the dose of inhaled asbestos and the increase in ovarian cancer risk for each case. Our case series also includes tissue analysis for talc and asbestos in both product and cancer tissue. By synthesizing current knowledge of asbestos carcinogenicity and evidence of asbestos in consumer talc products, our case series provides novel insight into the link between cosmetic talc use and ovarian cancer.

## MATERIALS AND METHODS

We report 10 cases of serous ovarian cancer in women who primarily or exclusively used a variety of J&J cosmetic talc products including Johnson's Baby Powder (JBP), Shower to Shower (STS), and STS Shimmer.[84] These cases were identified among a group of 22 plaintiffs in Ingham et al versus Johnson & Johnson et al. All plaintiffs were diagnosed with ovarian cancer after exposure to J&J cosmetic talc products and transmission electron microscope (TEM) tissue analysis for talc and asbestos was performed for 10 of these plaintiffs. We only report on the 10 plaintiffs for whom TEM tissue analysis was completed.

There was no requirement for ethics review or institutional review board approval because this research was not experimental and patients participated voluntarily in conjunction with a lawsuit. Informed consent for publication was obtained from all living patients. One patient (Case No. 8) passed away after her exposure history was collected but before consent for publication was obtained. In this case, consent was obtained from the surviving spouse. For the remaining two deceased patients (Case No. 4 and Case No. 9), authors relied only on public information revealed during court proceedings. For the exposure assessment, the researcher wore a respirator and was decontaminated post-assessment. The researcher was not exposed to any risk, required to reveal personal information or subjected to specimen collection. The assessment did not meet the requirements to necessitate Institutional Review Board (IRB) approval.[85]

### Patient Histories

Medical histories, exposure histories (history questionnaire attached as Appendix 1, http://links.lww.com/JOM/A685), and physical examinations were collected for all living patients (8/10 cases). Exposure histories included questions about talc powder use and other sources of asbestos exposure. We analyzed the frequency and duration of talc uses for each case. For the two deceased patients (Case No. 4 and Case No. 9), a rough exposure history was compiled from the testimony of relatives who were familiar with each patient. Available medical records were also reviewed for all cases.

### Exposure Assessment—Perineal Application

The exposure assessment was completed in a $15'' \times 15'' \times 8''$ room with appropriate negative asbestos airflow technology. The experiment was videotaped using two Sony Model HDR-CX900 cameras with alternating Tyndall and standard lighting. (See Appendix 2, http://links.lww.com/JOM/A686.) Area and background samples were collected using four high-volume area sampling pump stations set up 5'' to 6'' from the talc user; these pump stations used 25 mm air cassettes containing 0.8 μm pore size mixed cellulose ester (MCE) filters with 5.0 μm backing pads and were calibrated to run at 10 L/min. Personal samples were collected using four low-volume pumps affixed to the talc user with the cassettes adjusted to be in the breathing zone of the investigator; the ''personal'' pumps were calibrated to 2.5 L/min. During the experiment, air samples were collected for 5 minutes from all sources.

A researcher wearing personal protective equipment and ''personal'' air pumps used a metal container of JBP for the experiment. Based on JBP advertisements featuring product images, we estimated that the JBP used in this test had been manufactured sometime in the 1950s and sourced from the Val Chisone mine.[86,87] (See Appendix 3, http://links.lww.com/JOM/A688 for images of JBP product tested and for full written report on exposure assessment.) J&J used this mine source from 1946 until 1968 and 1980 to 1981.[86–88] From 1969 to 2003, J&J used Vermont talc in their powder products and later switched to Chinese talc.[42,89] Using $t$ test analysis, the asbestos content (fibers per gram) in all the bottles tested were statistically comparable across these three talc sources. (See Appendix 4, http://links.lww.com/JOM/A689)

The JBP can be weighed before the experiment using a Fisher Scientific balance. The researcher wore a bikini bottom over an inner pair of boxer briefs and sat on a chair in the middle of the room for the experiment. To simulate perineal talc application, the researcher shook the talc powder into his hand twice and then rubbed the powder into the upper leg area. This was repeated for the other leg. Then, the researcher stood, pulled the bikini bottom down and away from the body, and applied two squeezes of talc powder into the bikini bottom. The researcher released the briefs and sat down on the chair for the remainder of the study. The metal container of JBP was weighed again following the study. After the study, two field blanks were opened inside the study room.

A total of four background samples, four personal samples, and four area samples were collected along with two field blanks. All 12 air samples were analyzed for asbestos by the National Institute Occupational Safety and Health (NIOSH) 7400 phase contrast microscopy method using ''A'' counting rules and by the NIOSH 7402 TEM method.[90,91] For TEM analysis, amphibole asbestos fibers or bundles with substantially parallel sides and an aspect ratio of 3:1 or greater, at least longer than 5.0 μm in length and greater than 0.25 μm were counted as per NIOSH 7402 asbestos structure sizing rules.[91] The four personal air samples were also analyzed by the NIOSH 7402 method for fibrous talc particles.[91] The two field blanks were analyzed for asbestos by phase contrast microscopy and TEM in accordance with NIOSH 7400 and NIOSH 7402.[90,91]

### Dose Calculations

For each case, we calculated asbestos dose in environmental fiber years (for consistency with the Environmental Protection Agency (EPA) risk assessment model) and in total fibers inhaled (to account for changes in respiratory intake in infancy to adulthood).[92] We used the asbestos dose in environmental fiber years to calculate the excess risk. (See section on Dose–Response Risk Assessment.)

We calculated total asbestos dose based on the four most common usages of J&J talc powder reported among the 10 cases: perineal application (10/10), upper body powdering (9/10), exposure as an adult during diapering (8/10), and exposures as an infant during diapering (7/10). For each of these scenarios, we incorporated the intensity of the exposure (f/cc), duration of each exposure (minutes), and total number of applications (from exposure

histories) to calculate the dose. Although we did not adjust for latency, we excluded exposures that occurred after ovarian cancer diagnosis. Fibrous talc exposures from powdering were excluded from our calculations except exposure from baby diapering.[41] Dement et al[93] did not differentiate type of fiber detected.

For perineal powdering exposures, we relied on measurements from our exposure assessment. (See above.) Air samples were collected over the course of 5 minutes in this test.

For upper body powdering, we used Gordon's et al[41] measurements for shaker application of cosmetic talc powder to the underarm, shoulder, and upper arm area. Gordon et al[41] used Cashmere Bouquet, which used the same Italian mine source as J&J (Val Chisone) from 1940 until 1992.[94,95] Gordon et al[41] found that users were exposed to 1.9 f/cc of asbestos fibers over the course of 5 minutes.[41]

For exposures during diapering, Dement et al[93] from NIOSH found that an adult is exposed to 2.2 f/cc of fibrous material and that a baby is exposed to 1.8 f/cc over the course of two minutes. When subjects reported that their parents had used talc on them during diaper changes as an infant, we relied on diaper changing norms to estimate infant exposures. United States market research and survey data show that diaper changes typically occur 8 to 10 times per day for infants (0 to 6 months) and 4 to 6 times per day for toddlers (6 to 24 months).[96–98] Diaper changing frequency in the U.S. also changed over time: the average number of diaper changes per day over the first two years of life dropped from eight times per day in the 1960s to 5 to 6 times per day by the 1980s due to improvements in disposable diapers and reduction in cloth diaper use.[97,99] Since all of the women in our series were born prior to 1975, we assumed that diaper changes occurred eight times per day for two years.

We calculated the dose for each case in fiber years $\left(\frac{f}{cc} \times year\right)$ using the same conversions as Anderson et al.[100] For consistency with the EPA dose–response curve used for our risk assessment, we calculated the total duration of exposure based on a continuous, 24-hour exposure period (525,600 min/yr) until date of diagnosis.[92]

Formula 1:
Formula to estimate inhalation exposure from talc application:

$$\text{Asbestos exposure in } \frac{f}{cc}$$
$$\times \frac{\text{duration of each exposure } \times \text{ total number of applications}}{525,600 \text{ min per year}}$$
$$= \text{total dose in } \frac{f}{cc} \cdot \text{years}$$

We also calculated the total number of asbestos fibers inhaled in each case. For adults, we used the National Research Council (NRC)'s estimate of "an annual inhaled air volume of 7,300 m³"[101] and formula to convert the dose from fiber years to total fibers.[101] We relied on measurements of infant lung volume from Hall[102] and on median infant respiratory rates calculated by Fleming et al[103] to estimate the total inhaled air volume for infants from age 0 to 2. Using time-weighted averages for tidal volume and respiratory rate, we calculated that infants breathed 11,025,072,000 ccs in the first 2 years of life, or 5,512,536,000 ccs per year on average.

Formula 2:
Formula to convert adult exposures to total fibers based on NRC (1984):

$$\left[\text{total does in } \frac{f}{cc} \times \text{years}\right] \times \frac{7,300,000,000 \ cc}{\text{year}}$$
$$= \text{Total number of asbestos fibers}$$

Formula 3:
Formula to convert infant exposures to total fibers based on Hall[102] and Fleming et al[103]:

$$\left[\text{total does in } \frac{f}{cc} \times \text{years}\right] \times \frac{5,512,536,000 \ cc}{\text{year}}$$
$$= \text{Total number of asbestos fibers}$$

We added together adult and infant exposures to calculate the exposures in total number of asbestos fibers. See Appendix 5, http://links.lww.com/JOM/A690 for the full dose calculations for each case.

## Dose–Response Risk Assessment

We developed a method to apply the EPA dose–response curves for inhaled asbestos and mesothelioma risk to ovarian cancer risk.[92] First, we examined the EPA dose–response curve for mesothelioma from environmental asbestos exposure (24-hours, 365 days per year).[92] Utilizing the EPA dose–response estimates, we extrapolated a formula for the line of best fit for mesothelioma risk.

We then identified studies that reported mesothelioma and ovarian cancer rates in the same cohort and calculated comparative risk of mesothelioma versus ovarian cancer for each study.[58,62,63,68,71] (See Table 1.)

Using these studies, we calculated the geometric mean comparative risk of contracting mesothelioma versus ovarian cancer from the same asbestos exposures. We applied this comparative risk to the line of best fit for mesothelioma based on the EPA dose–response data to determine a formula for risk of ovarian cancer.

The subjects of the EPA occupational exposure study were entirely men.[92] Since women are more susceptible to cancer from asbestos exposure, we used Lacourt's[104] findings comparing the mesothelioma odds ratio (OR) in men versus women with the same exposures to adjust the formula for the increase in cancer risk for women. At total doses more than 0 to 0.1 fiber years, women were 1.725 times more likely to have mesothelioma than men.[104] At total doses more than 0.1 to 1 fiber years, women were 2.855 times more likely to have mesothelioma than men.[104] We applied these ratios to the EPA dose curve calculated to obtain a better estimate of the ovarian cancer dose–response in women.

The resulting dose–response curve for inhaled asbestos and ovarian cancer is shown in Fig. 1. We used each case's asbestos dose estimate in fiber years to identify their relative lifetime risk of developing ovarian cancer along the dose–response curve. We then compared each case's risk of contracting ovarian cancer due to inhaled asbestos exposure to the expected incidence of ovarian cancer for those without asbestos exposure: 11.4 per 100,000 from the National Cancer Institute's Surveillance, Epidemiology, and End Results (SEER) Program.[105]

## Tissue Analysis for Asbestos and Talc

Samples from a combination of the left and right ovaries, left and right fallopian tubes, and left and right pelvic lymph nodes were obtained from the hospital for each of the 10 patients. Tissues were analyzed to identify and quantify talc and asbestos content in the tissue.

For tissue analysis, a small portion of the tissue in each block was removed with a clean razor blade and placed in a pre-weighed 20 to 30 mL borosilicate glass vial. The vial was filled with 10 mL of filtered extraction solvent (hexane) and placed in a 60 °C water bath. The filtered extraction solvent was replaced every 20 minutes for a total of three changes. After the last extraction solvent change, two changes of filtered ethanol (10 mL, each) 10 minutes each were performed, then the tissue piece(s) were dried at 110 to 120 °C.

© 2020 The Author(s). Published by Wolters Kluwer Health, Inc. on behalf of the American College of Occupational and Environmental Medicine.

**TABLE 1.** Studies with Both Mesothelioma and Ovarian Cancer Rates in the Same Cohort and Calculated Comparative Risk of Mesothelioma to Ovarian Cancer in Female-Only Cohorts

| Study | Mesothelioma Risk (SMR) | Ovarian Cancer Risk (SMR) | Comparative Risk M/OC |
|---|---|---|---|
| Loomis 2009 | 10.92 | 1.23 | 8.88 |
| Magnani 2008 | 51.49 | 2.27 | 22.68 |
| Pira 2016 | 51.3 | 3.03 | 16.93 |
| Wang 2013 | 166.67 | 7.69 | 21.67 |
| Wilczyńska 2005 | 22.67 | 1.76 | 12.88 |
| Geometric mean of comparative risk | | | 15.69 |

Tissue samples were digested with 15 to 30 mL of filtered sodium hypochlorite (appx. 8.0% bleach). After digestion, the remaining digested material was filtered through a 25 mm, 0.4 μm polycarbonate (PC) filter. The filter containing the tissue residue was dried and then subsequently prepared for TEM examination.

A paraffin control sample (wax blank) was obtained by dissolving a known quantity of the paraffin blocks (devoid of tissue) in 10 mL of filtered extraction solvent and the dissolved solvent/wax solution was then filtered onto a 25 mm, 0.4 μm PC filter. The filter was allowed to dry and then prepared for TEM analysis. A process blank (sample vial) was prepared in the same manner and followed the wax blank and tissue sample vials through all steps.

For TEM analysis, 100 to 300 grid openings were analyzed for all asbestos and talc structures at a magnification of between 4000 and 20,000×. As per standard TEM analysis protocols, asbestos fiber/bundle identification was done by morphology (substantially parallel sides and length to width ratio of at least 5:1), length (greater than 0.5 μm in length), selected area electron diffraction (SAED), and energy dispersive X-ray spectroscopy (EDS).[106–112] Talc structures (platy and fibrous) were identified morphologically, by selected area diffraction (SAED), and energy dispersive spectroscopy (EDS).

## RESULTS

### Exposure Assessment

Total weight used during the application process was 4.05 g of talc powder. For the five minute sampling time, the average total fiber exposure was 4.52 f/cc (5.86, 4.38, 3.85, and 3.98 f/cc), the average asbestos exposure was 2.57 f/cc (4.51, 1.88, 2.07, and 1.81 f/cc), and the average talc exposure was 1.95 f/cc (1.35, 2.50, 1.78, and 2.16 f/

cc) for the talc user personal samples. For area samples, the average total fiber exposure was 0.41 f/cc (0.52, 0.28, 0.42, 0.40 f/cc), the average asbestos exposure was 0.2 f/cc (0.31, 0.20, 0.13, and 0.16 f/cc) and the average fibrous talc exposure was 0.19 f/cc (0.13, 0.08, 0.29, and 0.24 f/cc). The type of asbestos fiber identified in all samples was tremolite asbestos. No fibers were detected in the background samples or field blanks. The complete exposure assessment report, including count sheets and fiber images, is available as Appendix 3, http://links.lww.com/JOM/A688.

### Dose Calculations and Risk Assessment

Results for dose calculations, risk assessment, and tissue analysis are summarized in Table 2. See Appendix 5, http://links.lww.com/JOM/A690 for complete past medical history, history of present illness, other ovarian risk factors, exposure history, and dose calculations for each case.

STS was comprised of talcum powder mixed with cornstarch. The STS products contained between 80% and 100% talc sourced from the same mines as JBP.[84] Only four cases used these products for brief or unknown periods of time. Case No. 3 reported infrequent use of unidentified facial make-up powder, and Case No. 6 reported infrequent use of generic store-brand talcum powder. We could not calculate exposures for the brief use of these unknown products.

All cases had pathologically confirmed serous ovarian cancer. Age at diagnosis ranged from 41 to 78 years, with a mean age at diagnosis of 51.1 years and median age at diagnosis of 50 years. By contrast, the median age of ovarian cancer diagnosis in the United States is 63 with most cases occurring in women aged 55 to 64. Seven of 10 cases tested negative for BRCA mutations; two cases were never tested (No. 2 and No. 5), and one case (No. 8) tested positive for BRCA2 variant L771 V.



**FIGURE 1.** Ovarian cancer dose response (adjusted for difference in female mesothelioma risk).

All cases reported perineal talc application; the frequency of perineal powdering with talc ranged from once per day to 10 times per day and the duration ranged from 24 years to 47 years. Nine of 10 cases reported upper body powdering with talc ranging from 1 to 5 times per day and lasting from 20 to 47 years. Seven of 10 cases reported that their parents used talc powder on them during diaper changes and eight of 10 cases used talc powder during diapering. The total asbestos dose from talc powder use ranged from 2,774,000,000 to 37,742,501,440 asbestos fibers (0.38 to 5.18 fiber years) and the average dose was 9,308,551,008 asbestos fibers (1.28 fiber years). No other known asbestos exposure was identified for any of the cases. Based on EPA dose–response estimates, the risk of developing ovarian cancer due to inhaled asbestos exposure was calculated to be 2.3 to 31.1 times greater in these cases compared with baseline risk for ovarian cancer.[105] On average, the risk of ovarian cancer increased 7.7-fold among these cases.

## Tissue Analysis

Talc and/or asbestos was identified in the tissue from all cases. Platy talc was found in 9/10 cases (90%) with an average concentration of 264,487 structures per gram (s/g) (range, 0 to 2,057,640 s/g). Fibrous talc was found in 8/10 cases (80%) with an average concentration of 5878 s/g (range, 0 to 21,545 s/g). Tremolite asbestos was found in 6/10 cases (60%) with an average concentration of 6488 s/g (range, 0 to 22,000 s/g). Anthophyllite asbestos was found in 4/10 cases (40%) with an average concentration of 2393 s/g (range: 0 to 12,000 s/g). Ferro-anthophyllite asbestos was also identified in two cases (20%), winchite and richterite asbestos were identified in one case (10%), and crocidolite asbestos was identified in one case (10%). Two tremolite structures with aspect ratios less than 5:1 were observed in one case, but were not counted as asbestos.

In the "possible fallopian tube B" tissue of Case No. 2, a cluster measuring $20.0 \times 16.0 \,\mu m$ was identified composed of 36 counted talc plates, two fibrous talc structures, and one tremolite fiber. (See Fig. 2.)

## DISCUSSION

This case series identified asbestos and/or talc in the tissue of 10 women diagnosed with serous ovarian cancer and exposed to J&J cosmetic talc products. Prior to their ovarian cancer diagnosis, these women were exposed to as much as 2,774,000,000 to 37,742,501,440 asbestos fibers (0.38 to 5.18 fiber years) due to their use of J&J cosmetic talc products. In all reported cases, asbestos exposures due to J&J talc use resulted in a substantial increase in ovarian cancer risk (2.3 to 31.1) based on our model. Early median age of diagnosis (50 in this case series vs. 63 nationally), and the EPA dose response table, indicates that asbestos exposure in infancy may cause ovarian cancer to occur sooner than it would have occurred absent this exposure.[92,105]

The asbestos type found in the perineal talc use inhalation exposure assessment (tremolite asbestos) and the predominant asbestos types identified in these tissue samples (tremolite and anthophyllite asbestos) matched the fiber types previously identified in cosmetic talc products and in talc mines.[41,74,75,77–81] (See Table 3.) Researchers have previously identified anthophyllite asbestos in Johnson's Baby Powder (by TEM analysis),[79] amphibole needles and fibers in baby powder sourced from Vermont,[76,77] and tremolite asbestos fibers in commercial talc produced prior to 1975 from J&J's talc source in Val Chisone, Italy.[81,89]

In 2017, a bundle of tremolite asbestos fibers was found in a bottle of JBP purchased by Case No. 3 in 2014. (See Appendix 6, http://links.lww.com/JOM/A691 for full purchase report.) Tremolite asbestos was also identified in Case No. 3's right pelvic lymph node. (See Fig. 3.) Winchite and richterite asbestos were found in the tissue in one case. However, richterite was called sodium

tremolite prior to 1978.[113] Winchite is found in talc from the Allamoore, Texas mine, and may have contaminated J&J Italian talc processed at the same plant in the 1970s.[114–118] Similarly, Transite pipes present in Royston Plant for J&J baby products may have contaminated J&J talc with crocidolite.[119,120] Furthermore, Colgate acknowledges that there is crocidolite in some talc.[121]

The most common structures identified by tissue analysis (platy talc, fibrous talc, tremolite and anthophyllite asbestos) strongly indicate talc powder as the source of asbestos exposure in these cases. Tremolite asbestos has had minor commercial production in India and Italy and is mainly found as an accessory mineral in talc, vermiculite, and chrysotile.[122–124] Anthophyllite asbestos, which occurs as an accessory mineral in talc and chrysotile, has also had limited commercial use.[123–125] Anthophyllite and tremolite together account for less than 1% of asbestos production and consumption worldwide.[124]

None of the cases reported in this series had any known history of alternative asbestos or vermiculite exposure and no chrysotile or vermiculite was found in any of the tissue samples. Churg and Warnock[126] performed a population study of lung asbestos and noted that "... in women a major source [of asbestos fibers] may be cosmetic talc, which is often contaminated with anthophyllite and tremolite." Finkelstein's[127] analysis of mesothelial tissue found a statistically significant association for tremolite detected with talc in tissue. This association was higher for women, 82% of whom had talc in their tissue compared with 68% of men.[127] The increased use of talcum-based cosmetics by women, and the similar fiber type combination is a fingerprint of cosmetic talc migrating to the pelvic organs. The combination of talc with tremolite and/or anthophyllite asbestos, as identified by Finkelstein[127] and the 10 cases reported here, as a fingerprint for exposure to asbestos-containing talc.[128–130] (Appendix 7, http://links.lww.com/JOM/A692: a chart of fibers detected in J&J compared with fibers in tissue). These results indicate that perineal use can result in important inhalation exposure to asbestos, which is an accepted route of transmigration to the peritoneum and ovary.[131]

Our exposure assessment found that cosmetic talc users can be exposed to 2.57 f/cc asbestos in the breathing zone during perineal talc application; this finding was generally in agreement with previous studies of asbestos exposures during talc use.[41,93] The bottle of JBP used in this exposure assessment was tested by TEM which detected 15 million fibers per gram. Further analysis found asbestos in 56/90 JBP bottles with a range of 4400 to 15,100,000 asbestos fibers per gram (appendix 4, http://links.lww.com/JOM/A689). For comparison, Gordon et al[41] conducted examination on 50 samples of a single brand of cosmetic talc, sourced from either Montana, North Carolina or Val Chisone. Gordon et al[41] found a range of 1840 to 200 million asbestos fibers per gram. Asbestos is not evenly distributed in talc ores and sampling cannot be completely representative of exposure.[88,132]

Gordon et al[41] selected a bottle with 18 million asbestos fibers per gram for the inhalation study. The results for Gordon's et al.'s[41] simulation of body powdering, 1.9 f/cc, is comparable to our findings of 2.57 f/cc asbestos exposure per application. Application of cosmetic talc varies greatly, including differences in product, application time, grams per use, and location of application. In addition, talc is mined and milled prior to sale, potentially modifying fiber size or dispersing asbestos unequally in finished cosmetic talc product.[133] Talc was sourced from various mines and processing methods changed over time, adding to the variability of asbestos content in talc-containing cosmetic products. However, our findings of an asbestos fingerprint in the tissue reveal that regardless of the dose, exposure to talc-containing cosmetic products is sufficient to cause ovarian cancer.

We relied on NIOSH measurements by Dement et al[93] to calculate exposures during diapering, however these measurements did not account for airborne asbestos exposures that continued after

© 2020 The Author(s). Published by Wolters Kluwer Health, Inc. on behalf of the American College of Occupational and Environmental Medicine.

**TABLE 2.** Summary of Cases

| Case Number | Diagnosis | Age at Diagnosis | Talc Exposure History | | | | Calculated Asbestos Dose | Relative Increase in Ovarian Cancer Risk | Pathological Examination | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Perineal Powdering | Upper body Powdering | Infant Exposure During Diapering | Adult Exposure During Diapering | | | Tissue Examined | Findings (Structures Per Gram of Tissue) |
| 1 | Metastatic high grade papillary serous carcinoma | 45 | 10x/d, 40yrs | 5x/d, 40yrs | 8x/d, 2yrs | 10x/d, 8yrs | 37,742,501,440 fibers, (5.18 fiber years) | 31.1 | Ovary (R) | Platy talc (333 s/g), Fibrous talc (4,000 s/g), Ferro-anthophyllite (3,667 s/g) |
| | | | | | | | | | Ovary (L) | Fibrous talc (1,200 s/g), ferro-anthophyllite (399 s/g) |
| 2 | Poorly differentiated high grade serous ovarian carcinoma | 53 | 1x/d, 36yrs | 1x/d, 23yrs | 8x/d, 2yrs | 7.5x/d, 7.5yrs | 4,892,501,440 fibers, (0.68 fiber years) | 4.1 | Fallopian tube (R) | NSD* |
| | | | | | | | | | Fallopian tube (L) | — |
| | | | | | | | | | Pelvic Lymph Node (R) | NSD* |
| | | | | | | | | | Pelvic Lymph Node (L) | NSD* |
| | | | | | | | | | Ovary A | Platy talc (323 s/g) |
| | | | | | | | | | Ovary B | NSD* |
| | | | | | | | | | Possible fallopian tube A | Platy talc (56,700 s/g), Fibrous talc (4,720 s/g) |
| | | | | | | | | | Possible fallopian tube B | Fibrous talc (22,000 s/g) |
| 3 | High grade serous carcinoma | 49 | 3x/d, 39yrs | 3x/d, 20yrs | 8x/d, 2yrs | 7x/d, 5yrs | 11,535,501,440 fibers, (1.59 fiber years) | 9.6 | Ovary, fallopian tube (R) | Platy talc (2,001,503 s/g), Fibrous talc (13,343 s/g) |
| | | | | | | | | | Adnexa, fallopian tube (L) | Platy talc (12,308 s/g), Fibrous talc (8,202 s/g) |
| | | | | | | | | | Pelvic lymph node (R) | Tremolite (15,670 s/g), Winchite (15,670 s/g),[1] Richterite (15,670 s/g)[1] |
| | | | | | | | | | Pelvic lymph node (L) | Platy talc (43,829 s/g) |
| 4 | Poorly differentiated serous adenocarcinoma | 78 | 1x/day, 43yrs[§] | unknown[§] | unknown[§] | unknown[§] | 2,774,000,000 fibers, (0.38 fiber years) | 2.3 | Ovary (R) | Platy talc (2,860 s/g), Anthophyllite (952 s/g) |
| | | | | | | | | | Ovary (L) | Tremolite (604 s/g) |
| | | | | | | | | | Fallopian tube (R) | Platy talc (30,000 s/g) |
| | | | | | | | | | Fallopian tube (L) | Platy talc (868 s/g) |
| | | | | | | | | | Pelvic Lymph Node (R) | Platy talc (12,600 s/g) |
| | | | | | | | | | Pelvic Lymph Node (L) | Platy talc (17,600 s/g) |
| 5 | Low grade serous carcinoma | 52 | 1x/d, 47yrs | 1x/d, 47yrs | 8x/d, 2yrs | 10x/d, 10yrs | 7,812,501,440 fibers, (1.08 fiber years) | 6.5 | Ovary (R) | Platy talc (10,900 s/g), Fibrous talc (1,810 s/g) |
| | | | | | | | | | Ovary (L) | Platy talc (25,000 s/g), Fibrous talc (5,000 s/g), Tremolite (5,000 s/g) |
| | | | | | | | | | Int. Iliac lymph node (R) | Platy talc (77,200 s/g), Fibrous talc (7,720 s/g), Tremolite (3,860 s/g), Anthophyllite (3,860 s/g) |
| | | | | | | | | | Comm. Iliac lymph node (R) | Platy talc (50,600 s/g) |

*(continues)*

 © 2020 The Author(s). Published by Wolters Kluwer Health, Inc. on behalf of the American College of Occupational and Environmental Medicine.

**TABLE 2. (Continued)**

| Case Number | Diagnosis | Age at Diagnosis | Perineal Powdering | Upper body Powdering | Infant Exposure During Diapering | Adult Exposure During Diapering | Calculated Asbestos Dose | Relative Increase in Ovarian Cancer Risk | Tissue Examined | Findings (Structures Per Gram of Tissue) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | **Talc Exposure History** | | | | | | **Pathological Examination** | |
| 6 | High grade serous papillary carcinoma | 51 | 1x/d, 40yrs | 1x/d, 40yrs | 8x/d, 2yrs | 10x/d, 10yrs | 7,009,501,440 fibers, (0.97 fiber years) | 5.8 | Adnexa, tumor/ovary (R)<br>Adnexa, tumor/ovary (L)<br>Adnexa, fallopian tube (R)<br>Adnexa, fallopian tube (L)<br>Pelvic lymph node (L) | Platy talc (21,300s/g)<br>Platy talc (4,720s/g)<br>Platy talc (12,000s/g), Tremolite (12,000s/g), Anthophyllite (12,000s/g)<br>Platy talc (13,700s/g)<br>Platy talc (11,500s/g) |
| 7 | Serous adenocarcinoma | 56 | 1x/d, 37yrs | 1x/d, 37yrs | Unknown | 7.5x/d, 6yrs | 5,183,000,000 fibers, (0.71 fiber years) | 4.3 | Ovary (R)<br>Ovary (L)<br>Fallopian tube (R)<br>Fallopian tube (L) | Platy talc (8,740s/g), fibrous talc (1,090s/g)<br>Platy talc (10,500s/g)<br>Platy talc (8,500s/g)<br>Platy talc (10,900s/g) |
| 8 | High grade ovarian serous carcinoma | 44 | 1x/d, 24yrs | 1x/d, 24yrs | Unknown | 3.5x/d, 4yrs | 2,993,000,000 fibers, (0.41 fiber years) | 2.5 | Ovary (R)<br>Ovary (L)<br>Fallopian tube (R)<br>Fallopian tube (L) | Platy talc (3,340s/g), Ferro-anthophyllite (1,670s/g), Crocidolite (1,670s/g)<br>Platy talc (799s/g)<br>Platy talc (9,690s/g), Fibrous talc (1,380s/g), Tremolite (1,385s/g), Anthophyllite (1,385s/g)<br>Platy talc (7,400s/g), Tremolite (1,850s/g) |
| 9 | Poorly differentiated serous papillary adenocarcinoma[||] | 41 | 1x/d, 42yrs[§] | 1x/d, 42yrs[§] | 8x/d, 2yrs[§] | n/a[a] | 4,965,501,440 fibers, (0.69 fiber years) | 4.1 | Ovary (R)<br>Ovary (L)<br>Fallopian tube (R)<br>Fallopian tube (L)<br>Pelvic Lymph Node (L) | NSD[*]<br>NSD[*]<br>NSD[*]<br>NSD[*]<br>NSD[*] |
| 10 | High-grade ovarian papillary serous carcinoma | 42 | 2x/d, 32yrs | 2x/d, 32yrs | 8x/d, 2yrs | 8x/d, 4yrs | 8,177,501,440 fibers, (1.13 fiber years) | 6.8 | Ovary, fallopian tube (R)<br>Ovary, fallopian tube (L)<br>Pelvic lymph node (R)<br>Pelvic lymph node (L) | Fibrous talc (8,770s/g), Platy talc (10,800s/g)[¶]<br>Platy talc (5,520s/g)<br>Platy talc (79,300s/g)<br>Platy talc (84,400s/g) |

[*]No asbestos or talc structures detected.
[†]Tissue received, but not analyzed.
[‡]Richterite asbestos were known as sodium tremolite.
[§]Patient deceased; exposure history based on recollections of family and friends.
[||]The final pathology report also noted minor components of transitional cell and mucinous carcinoma.
[¶]Two tremolite structures were reported with an aspect ratio of less than 5:1 that were not counted.



**FIGURE 2.** TEM image of cluster measuring $20.0 \times 16.0\ \mu m$ composed of 36 counted talc plates, two fibrous talc structures, and one tremolite fiber identified in "possible fallopian tube B" tissue of Case No. 2.

the sampling time.[93] Dement et al[93] collected air samples for 2 minutes during a simulated diaper change with JBP, but another experiment in the same study indicated that exposures continued for at least 3 minutes and likely persisted for even longer. Dement et al[93] used phase contrast microscopy and did not differentiate between asbestos and fibrous talc. However, in 1968, NIOSH injected asbestos containing "cosmetic" talc into hamsters and detected tremolite asbestos bodies but no fibrous talc in the animal lungs.[134] Anderson et al[100] reported much lower levels during body dusting with talc (0 to 0.0039 f/cc). However, the microscopist in the Anderson et al[100,135] study originally identified four anthophyllite asbestos fibers in the air samples by TEM, but changed the result to transition fibers at the request of the project supervisor due to concern that the results would be used in litigation.[135]

Both our study and Gordon's et al[41] exposures assessment used less talc powder than the average user: these experiments used 4.05 and 0.37 g of talc respectively, but J&J's unpublished studies found that women used 8.16 g and men used 13.02 g of talc powder on average during body powdering.[41,136] Anderson et al[100] reported that subjects used 11.6 g of talc on average to powder their bodies after showering. Therefore, our use estimates were 3 to 20 times lower than Anderson et al[100] and J&J's.

We also excluded many reported talc uses from our dose calculations due to a lack of exposure data. For instance, three cases (No. 1, No. 3, and No. 5) regularly used talc powder on their sheets and pillows; several other cases also reported seeing and smelling dust in the air while cleaning the room where they regularly applied talc. (See Appendix 5, http://links.lww.com/JOM/A690 for complete exposure

**TABLE 3.** Summary of Studies Reporting Asbestos in Consumer Talc Products

| Study | Test Method | Summary of Findings |
|---|---|---|
| Rohl et al (1976) | XRD, PLM, TEM, SEM | 0.1–14% tremolite and anthophyllite (mostly fibrous) by weight in 10 of 20 consumer talc products tested |
| Paoletti et al (1984) | TEM | 0.5–1.6% asbestos in two of six Italian cosmetic talc powders tested |
| | | Trace to 0.15% chrysotile in 3 of 14, 18.7–21.7% anthophyllite asbestos and tremolite asbestos in 2 of 14, and 0.13% tremolite asbestos & chrysotile in 2 of 10 samples provided by the European Pharmacopeia |
| Blount (1991) | PLM | 10 to 341 structures per mg amphibole fibers, needles, cleavages and "prismatic pieces" in 9 of 14 samples of pharmaceutical and cosmetic-grade talc powders tested |
| Jehan (2004) | PLM | Qualitative identification of tremolite asbestos in 13 of 28, chrysotile in 12 of 28, anthophyllite asbestos in 3 of 28, and a mixture of asbestos fibers in 4 of 28 cosmetic talc powder products used in Pakistan |
| Floyd (2004) | TEM | 0.20% anthophyllite asbestos by weight in Johnson's Baby Powder |
| Mattenklott (2009) | SEM | 0.001–0.0073% asbestos by weight in 13 of 57 samples of talc powders sold on the German market from 1996 to 2005 |
| Gordon et al (2014) | PLM | 1,840–1,104,000 fibers per gram asbestos in 50 of 50 historical samples of one brand of cosmetic talc powder tested (40 of 50 contained anthophyllite asbestos only, four contained tremolite asbestos only, four contained tremolite and anthophyllite asbestos, two contained tremolite, anthophyllite, and chrysotile asbestos) |
| | TEM | 0.004–0.9% amphibole asbestos by weight in nine of nine samples of the same cosmetic talc product |
| Ilgren et al (2017) | TEM | $3.687 \times 10^6$ tremolite asbestos fibers/g in an authentic sample of commercial talc produced prior to 1975 from the talc mine in Val Chisone, Italy |



**FIGURE 3.** TEM images of a tremolite asbestos fibers in Case No. 3 right pelvic lymph node tissue (left) and in sample of JBP purchased by Case No. 3 in 2014 (right).

histories.) Although our findings indicate that asbestos is present in consumer talc products at a level sufficient to cause disease, our dose estimates may under or over estimate the total exposure to asbestos in talc in these cases.

Burns et al[137] created a dose estimation-model for cosmetic talc, relying on previous assessments to predict asbestos exposure, including Moon et al[138], Gordon et al[41], Russell et al[136], and Anderson et. al.[100] Burns's et al[137] assessment was based on an assumption of 0.1% level of asbestos in talc mathematical model that incorrectly reduced the exposure estimate by 1000. For example, Gordon et al[41] reported, 4.8 f/cc, however, Burns's et al[137] math model reduces this figure to 0.0048 f/cc. In comparison, Addison et al (1988)[139] reported that dusts containing 0.1% asbestos may release 1.17 to 2.79 asbestos fibers/cc into the air, consistent with our measurements.

Our tissue analysis results were consistent with previous reports of asbestos and/or talc in ovarian tissue.[136,140–144] (See Table 4.) The number of asbestos structures per gram, however, was approximately one order of magnitude lower in our study than in previous quantitative studies of asbestos in ovarian tissue.[143] This discrepancy may be due to differences in tissue preparation and analytical procedures. Other quantitative studies relied on wet tissue weight for their analysis whereas we used a dry weight procedure.[143] Additionally, we counted 100 to 300 grid openings in our study while other studies appear to have counted the entire grid area.[143] We also found that some tissue samples contained "hot spots" with very high concentrations of asbestos and/or talc compared with the surrounding tissue. (See Fig. 2.) The occurrence or absence of "hot spots" may also account for variability in reported asbestos concentrations in tissue. The predominant types of asbestos identified in our series (tremolite and anthophyllite asbestos) are the same as those most commonly reported in past studies.[140,143,144]

We did not consider latency in our risk estimate because our calculations followed the EPA risk assessment, which did not consider latency.[92] In addition, Pira et al[68] found that for asbestos-caused ovarian cancer "…the SMRs increased monotonically with time since first employment, although the number of deaths was small in several categories..." Our omission of latency from this study is to remain consistent with the EPA assessment and reflect the lack of effect demonstrated by Pira's et al analysis.

We omitted fibrous talc from our risk assessment due to a lack of dose–response data in the published literature. IARC has previously classified fibrous talc as a Group 1 carcinogen and OSHA regulates fibrous talc per the asbestos standard.[3,43,145–147] Further research on the relationship between talc powder use and ovarian cancer should include studies of fibrous talc toxicity.

## CONCLUSION

Of the 10 reported cases of serous ovarian cancer, all were found to have talc and eight were found to have asbestos in their tissue samples. The main types of asbestos identified in tissue, tremolite and anthophyllite, constitute a fingerprint for talc containing asbestos and indicate that "cosmetic" talc powder as the source of asbestos exposure in these cases. IARC has concluded that asbestos is an ovarian carcinogen.[43] IARC has likewise classified talc containing asbestiform fibers (including both asbestos and fibrous talc) as a carcinogen.[3,43,148] These cases provide more evidence of the causal link between asbestos, talc, and ovarian cancer and indicate that asbestos is present in consumer talc products at a level sufficient to cause disease.

In 1973, J&J told the Food and Drug Administration (FDA) that "Johnson & Johnson's policy of full cooperation with FDA and that if the results of any scientific studies show any question of safety of talc, Johnson & Johnson will not hesitate to take it off the market" and their corporate position is that there is no known safe level of exposure to asbestos.[149] J&J's studies have shown that asbestos has been present in its cosmetic talc ores since the 1950s. In 2019, the FDA has found asbestos in JBP sourced from China and Claire's cosmetics.[150,151] At least three retailers of cosmetic talc accept the causal relationship between talc use and ovarian cancer: Angel of Mine, Perfect Purity, and Assured Body and Foot Powders warn that "frequent application of talcum powder in the female genital area may increase the risk of ovarian cancer."[152] In addition, J&J's talc supplier Rio Tinto Minerals has warned its customers since 2006 of this risk in Material Safety Data Sheets (MSDS) for talc: "perineal use of talc-based body powder is possibly carcinogenic to humans."[153,154] J&J removes this warning from its talc MSDS and cosmetic talc products.[155] Because talc powder is a cosmetic product with no medical benefit, these warnings still do not warrant the sale of a products when the benefits cannot outweigh the risks, especially when there is a safer substitute.[156–158]

© 2020 The Author(s). Published by Wolters Kluwer Health, Inc. on behalf of the American College of Occupational and Environmental Medicine.

**TABLE 4.** Summary of Studies Finding Asbestos and/or Talc in Ovarian Tissue From Cosmetic Talc Use

| Study | Tissue Weight Type | Test Method | Summary of Findings |
|---|---|---|---|
| Henderson et al (1971) | n/a | TEM | Qualitative identification of talc in 10/13 ovarian tumors<br>Qualitative identification of talc in 12/21 cervical tumors |
| Langer (1971) | n/a | Unknown | Qualitative identification of talc and chrysotile asbestos in Henderson et al (1971) samples |
| Heller, Westhoff et al (1996) | Wet weight | PLM | 26–464 talc particles per gram in 12/12 samples of benign ovarian neoplasms from 12 women with history of adult perineal talc use |
| | | | 69–420 talc particles per gram in 11/11 samples of benign ovarian neoplasms from 12 women with history of talc diapering during infancy |
| | | | 6–2,200 talc particles per gram in 6/7 samples of benign ovarian neoplasms from 12 women with no history of adult perineal talc use and an unknown history of other talc uses |
| | | TEM | 151,300–7,565,000 talc particles per gram in 5/12 samples of benign ovarian neoplasms from 12 women with history of adult perineal talc use |
| | | | 151,300–1,600,288 talc particles per gram in 6/11 samples of benign ovarian neoplasms from 12 women with history of talc diapering during infancy |
| | | | 63,042–1,669,000 talc particles per gram in 3/7 samples of benign ovarian neoplasms from 12 women with no history of adult perineal talc use and an unknown history of other talc uses |
| Cramer et al (2007) | n/a | PLM and SEM | Qualitative identification of birefringent particles consistent with talc in pelvic lymph nodes of a 68-year-old woman with stage III ovarian papillary serous carcinoma and a 30-year history of perineal talc use |

J&J should comply with its self-proclaimed obligation to take talc-containing cosmetic products off the market "if the results of any scientific studies show any question of safety of talc, Johnson & Johnson will not hesitate to take it off the market."[149]

## ACKNOWLEDGMENTS

The authors thank Sander Greenland for his review of our risk model and dose calculation equations. Any errors are our responsibility.

## REFERENCES

1. Gajjar K, Ogden G, Mujahid MI, Razvi K. Symptoms and risk factors of ovarian cancer: a survey in primary care. *ISRN Obstet Gynecol.* 2012;2012:754197.
2. Society AC. Key Statistics for Ovarian Cancer; 2019. Available at: https://www.cancer.org/cancer/ovarian-cancer/about/key-statistics.html. Accessed May 14, 2019.
3. International Agency for Research on Cancer (IARC). Carbon black, titanium dioxide, and talc. *IARC Monogr Eval Carcinog Risks Hum.* 2010;93:1–413.
4. Cramer DW, Welch WR, Scully RE, Wojciechowski CA. Ovarian cancer and talc: a case-control study. *Cancer.* 1982;50:372–376.
5. Booth M, Beral V, Smith P. Risk factors for ovarian cancer: a case-control study. *Br J Cancer.* 1989;60:592–598.
6. Chang S, Risch HA. Perineal talc exposure and risk of ovarian carcinoma. *Cancer.* 1997;79:2396–2401.
7. Cook LS, Kamb ML, Weiss NS. Perineal powder exposure and the risk of ovarian cancer. *Am J Epidemiol.* 1997;145:459–465.
8. Cramer DW, Vitonis AF, Terry KL, Welch WR, Titus LJ. The association between talc use and ovarian cancer: a retrospective case-control study in two US States. *Epidemiology.* 2016;27:334–346.
9. Cramer DW, Xu H. Epidemiologic evidence for uterine growth factors in the pathogenesis of ovarian cancer. *Ann Epidemiol.* 1995;5:310–314.
10. Gates MA, Tworoger SS, Terry KL, et al. Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian cancer. *Cancer Epidemiol Biomarkers Prev.* 2008;17:2436–2444.
11. Godard B, Foulkes WD, Provencher D, et al. Risk factors for familial and sporadic ovarian cancer among French Canadians: a case-control study. *Am J Obstet Gynecol.* 1998;179:403–410.
12. Harlow BL, Cramer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer risk. *Obstet Gynecol.* 1992;80:19–26.
13. Kurta ML, Moysich KB, Weissfeld JL, et al. Use of fertility drugs and risk of ovarian cancer: results from a U.S.-based case-control study. *Cancer Epidemiol Biomarkers Prev.* 2012;21:1282–1292.
14. Merritt MA, Green AC, Nagle CM, Webb PM, Australian Cancer S, Australian Ovarian Cancer Study G. Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. *Int J Cancer.* 2008;122:170–176.
15. Mills PK, Riordan DG, Cress RD, Young HA. Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. *Int J Cancer.* 2004;112:458–464.
16. Ness RB, Grisso JA, Cottreau C, et al. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. *Epidemiology.* 2000;11:111–117.
17. Purdie D, Green A, Bain C, et al. Reproductive and other factors and risk of epithelial ovarian cancer: an Australian case-control study. Survey of Women's Health Study Group. *Int J Cancer.* 1995;62:678–684.
18. Terry KL, Karageorgi S, Shvetsov YB, et al. Genital exposure to talc and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls. *Cancer Prev Res (Phila).* 2013;6:811–821.
19. Vitonis AF, Titus-Ernstoff L, Cramer DW. Assessing ovarian cancer risk when considering elective oophorectomy at the time of hysterectomy. *Obstet Gynecol.* 2011;117:1042–1050.
20. Wu AH, Pearce CL, Tseng CC, Pike MC. African Americans and Hispanics remain at lower risk of ovarian cancer than non-hispanic whites after considering nongenetic risk factors and oophorectomy rates. *Cancer Epidemiol Biomarkers Prev.* 2015;24:1094–1100.
21. Pike MC. Hormonal factors and the risk of invasive ovarian cancer: a population-based casecontrol study. *Fertil Steril.* 2004;82:186–195.
22. Chen Y, Wu PC, Lang JH, Ge WJ, Hartge P, Brinton LA. Risk factors for epithelial ovarian cancer in Beijing, China. *Int J Epidemiol.* 1992;21:23–29.
23. The Cosmetics Fragrance and Toiletry Association (CTFA). The Cosmetics, Fragrance and Toiletry Association (CTFA) Specifications - Talc & Cosmetic Talc; 1976.

24. Gertig DM, Hunter DJ, Cramer DW, et al. Prospective study of talc use and ovarian cancer. *J Natl Cancer Inst*. 2000;92:249–252.

25. Harlow BL, Weiss NS. A case-control study of borderline ovarian tumors: the influence of perineal exposure to talc. *Am J Epidemiol*. 1989;130:390–394.

26. Hartge P, Hoover R, Lesher LP, McGowan L. Talc and ovarian cancer. *JAMA*. 1983;250:1844.

27. Houghton SC, Reeves KW, Hankinson SE, et al. Perineal powder use and risk of ovarian cancer. *J Natl Cancer Inst*. 2014;106:dju208.

28. Moorman PG, Palmieri RT, Akushevich L, et al. Ovarian cancer risk factors in African-American and White Women. *Am J Epidemiol*. 2009;170:598–606.

29. Rosenblatt KA, Weiss NS, Cushing-Haugen KL, Wicklund KG, Rossing MA. Genital powder exposure and the risk of epithelial ovarian cancer. *Cancer Causes Control*. 2011;22:737–742.

30. Tzonou A, Polychronopoulou A, Hsieh CC, Rebelakos A, Karakatsani A, Trichopoulos D. Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. *Int J Cancer*. 1993;55:408–410.

31. Whittemore AS, Wu ML, Paffenbarger Jr RS, et al. Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. *Am J Epidemiol*. 1988;128:1228–1240.

32. Gates MA, Rosner BA, Hecht JL, Tworoger SS. Risk factors for epithelial ovarian cancer by histologic subtype. *Am J Epidemiol*. 2010;171:45–53.

33. Wong C, Hempling RE, Piver MS, Natarajan N, Mettlin CJ. Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study. *Obstet Gynecol*. 1999;93:372–376.

34. Rosenblatt KA, Szklo M, Rosenshein NB. Mineral fiber exposure and the development of ovarian cancer. *Gynecol Oncol*. 1992;45:20–25.

35. Gonzalez NL, O'Brien KM, D'Aloisio AA, Sandler DP, Weinberg CR. Douching, talc use, and risk of ovarian cancer. *Epidemiology*. 2016;27:797–802.

36. Schildkraut J, Abbott S, Alberg A, et al. Association between body powder use and ovarian cancer: The African American Cancer Epidemiology Studies (AACES). *Cancer Epidemiol Biomarkers Prev*. 2016;25:1411–1417.

37. Kim J, Park E, Kim O, et al. Cell origins of high-grade serous ovarian cancer. *Cancers*. 2018;10:433.

38. Huncharek M, Geschwind JF, Kupelnick B. Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: a meta-analysis of 11,933 subjects from sixteen observational studies. *Anticancer Res*. 2003;23:1955–1960.

39. Muscat JE, Huncharek MS. Perineal talc use and ovarian cancer: a critical review. *Eur J Cancer Prev*. 2008;17:139–146.

40. Penninkilampi R, Eslick GD. Perineal talc use and ovarian cancer: a systematic review and meta-analysis. *Epidemiology*. 2018;29:41–49.

41. Gordon RE, Fitzgerald S, Millette J. Asbestos in commercial cosmetic talcum powder as a cause of mesothelioma in women. *Int J Occup Environ Health*. 2014;20:318–332.

42. Tran T, Steffen J, Clancy K, Bird T, Egilman D. Talc, Asbestos, and Epidemiology: Corporate Influence and Scientific Incognizance. *Epidemiology*; 2019; 30:783–788.

43. IARC. Arsenic, Metals, Fibres, and Dusts - A Review of Human Carcinogens. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans; 2012: 100C.

44. Straif K, Benbrahim-Tallaa L, Baan R, et al. Special Report: Policy. A review of human carcinogens—Part C: metals, arsenic, dusts, and fibres. *Lancet*. 2009;10:453–454.

45. Wyers H. Asbestosis. *Postgrad Med J*. 1949;25:631–638. illust.

46. Acheson ED, Gardner MJ, Pippard EC, Grime LP. Mortality of two groups of women who manufactured gas masks from chrysotile and crocidolite asbestos: a 40-year follow-up. *Br J Ind Med*. 1982;39:344–348.

47. Berry G, Newhouse ML, Wagner JC. Mortality from all cancers of asbestos factory workers in east London. *Occup Environ Med*. 2000;57:782–785.

48. Bulbulyan MA, Ilychova SA, Zahm SH, Astashevsky SV, Zaridze DG. Cancer mortality among women in the Russian printing industry. *Am J Ind Med*. 1999;36:166–171.

49. Ferrante D, Bertolotti M, Todesco A, Mirabelli D, Terracini B, Magnani C. Cancer mortality and incidence of mesothelioma in a cohort of wives of asbestos workers in Casale Monferrato, Italy. *Environ Health Perspect*. 2007;115:1401–1405.

50. Gardner MJ, Winter PD, Pannett B, Powell CA. Follow up study of workers manufacturing chrysotile asbestos cement products. *Br J Ind Med*. 1986;43:726–732.

51. Germani D, Belli S, Bruno C, et al. Cohort mortality study of women compensated for asbestosis in Italy. *Am J Ind Med*. 1999;36:129–134.

52. Clin B, Morlais F, Dubois B, et al. Occupational asbestos exposure and digestive cancers - a cohort study. *Aliment Pharmacol Ther*. 2009;30:364–374.

53. Newhouse ML, Sullivan KR. A mortality study of workers manufacturing friction materials. *Br J Ind Med*. 1989;46:176–179.

54. Rosler JA, Woitowitz HJ, Lange HJ, Woitowitz RH, Ulm K, Rodelsperger K. Mortality rates in a female cohort following asbestos exposure in Germany. *J Occup Med*. 1994;36:889–893.

55. Tarchi M, Orsi D, Comba P, et al. Cohort mortality study of rock salt workers in Italy. *Am J Ind Med*. 1994;25:251–256.

56. Szeszenia-Dabrowska N, Urszula W, Szymczak W, Strzelecka A. Mortality study of workers compensated for asbestosis in Poland. *Int J Occup Med Environ Health*. 2002;15:267–278.

57. Mamo C, Costa G. Mortality Experience in an Historical Cohort of Chrysotile Asbestos Textile Workers. Proceedings from the Global Asbestos Congress; November 19-21, 2004; Waseda University, Tokyo, Japan.

58. Wilczynska U, Szymczak W, Szeszenia-Dabrowska N. Mortality from malignant neoplasms among workers of an asbestos processing plant in Poland: results of prolonged observation. *Int J Occup Med Environ Health*. 2005;18:313–326.

59. McDonald JC, Harris JM, Berry G. Sixty years on: the price of assembling military gas masks in. *Occup Environ Med*. 2006;63:852–855.

60. Hein MJ, Stayner LT, Lehman E, Dement JM. Follow-up study of chrysotile textile workers: cohort mortality and exposure-response. *Occup Environ Med*. 2007;64:616–625.

61. Pira E, Pelucchi C, Piolatto PG, Negri E, Discalzi G, La Vecchia C. First and subsequent asbestos exposures in relation to mesothelioma and lung cancer mortality. *Br J Cancer*. 2007;97:1300–1304.

62. Magnani C, Barone-Adesi FDF. Cancer risk after cessation of asbestos exposure: a cohort study of Italian Asbestos Cement Workers. *Occup Environ Med*. 2008;65:164–170.

63. Loomis D, Dement J, Wolf S, RIcherdson D. Lung cancer mortality and fibre exposures among North Carolina asbestos Workers. *Occup Environ Med*. 2009;66:353–542.

64. Reid A, Segal A, Heyworth JS, de Klerk NH, Musk AW. Gynecologic and breast cancers in women after exposure to blue asbestos at Wittenoom. *Cancer Epidemiol Biomarkers Prev*. 2009;18:140–147.

65. Harding A-H, Darnton A, Wegerdt J, McElvenny D. Mortality among British asbestos workers undergoing regular medical examinations (1971–2005). *Occup Environ Med*. 2009;66:487–495.

66. Langseth H, Kjaerheim K. Ovarian cancer and occupational exposure among pulp and paper employees in Norway. *Scan J Work Environ Health*. 2004;30:356–361.

67. Pira E, Pelucchi C, Buffoni L, et al. Cancer mortality in a cohort of asbestos textile workers. *Br J Cancer*. 2005;92:580–586.

68. Pira ERC, Violante FS. Updated mortality study of a Cohort of asbestos textile workers. *Cancer Med*. 2016;5:2623–2628.

69. Reid A, Franklin P, Olsen N, et al. All-cause mortality and cancer incidence among adults exposed to blue asbestos during childhood. *Am J Ind Med*. 2013;56:133–145.

70. Vasama-Neuvonen K, Pukkala E, Paakkulainen H, et al. Ovarian cancer and occupational exposures in Finland. *Am J Ind Med*. 1999;36:83–89.

71. Wang X, Lin S, Yu I, Qiu H, Lan Y, Yano E. Cause-specific mortality in a Chinese chrysotile textile worker cohort. *Cancer Sci*. 2013;104:245–249.

72. Wignall BK, Fox AJ. Mortality of female gas mask assemblers. *Br J Ind Med*. 1982;39:34–38.

73. Camargo MC, Stayner LT, Straif K, et al. Occupational exposure to asbestos and ovarian cancer: a meta-analysis. *Environ Health Perspect*. 2011;119:1211–1217.

74. Rohl A, Langer A, Selikoff I, et al. Consumer talcums and powders: mineral and chemical characterization. *J Toxicol Environ Health*. 1976;2:255–284.

75. Paoletti L, Caiazza S, Donelli G, Pocchiari F. Evaluation by electron microscopy techniques of asbestos contamination in industrial, cosmetic, and pharmaceutical talcs. *Regul Toxicol Pharmacol*. 1984;4:222–235.

76. Blount A. "Amphibole Content of Cosmetic and Pharmaceutical Talcs" with attached letters and sample key; 1991:IMERY211157-211165.

77. Blount AM. Amphibole content of cosmetic and pharmaceutical talcs. *Environ Health Perspect*. 1991;94:225–230.

© 2020 The Author(s). Published by Wolters Kluwer Health, Inc. on behalf of the American College of Occupational and Environmental Medicine.

78. Jehan N. *Sustainable Management of Mineral Resources with Special Reference to Asbestos and Silica in Northern Pakistan.* National Centre of Excellence in Geology, University of Peshawar; 2004.

79. Floyd M. Exhibit PLT-00002-0001: Quantitative Analysis Report for Asbestos in Bulk Material TEM; 2004.

80. Mattenklott M. Asbestos in talc powders and soapstone- the present state. *Gefahrstoffe - Reinhalt der Luft.* 2007;67:287–291.

81. Ilgren E, Sartorio Carlo, Hoskins J. Analysis of an authentic historical Italian Cosmetic Talc sample – further evidence for the lack of cancer Risk. *Environ Pollut.* 2017;6.

82. Steffen JE, Tran T, Fassler EA, Egilman DS. Presence of Asbestos in Consumer Talc Products: Evaluating a "zero tolerance" Policy; 2017. Atlanta, GA: APHA.

83. Wells P. Memo: Johnson and Johnson Baby Powder- Review of Consumer Research; 1973. Available at: https://repository.library.brown.edu/studio/item/bdr:967137/. Accessed October 8, 2019.

84. Johnson Ja. 1969 & 1991 Shower to Shower and Specification. 1969; JNJ000280197 & JNJTALC000023772. Available at: https://repository.library.brown.edu/studio/item/bdr:958143/. Accessed October 8, 2019.

85. E-CFR. Electronic Code of Federal Regulations- Title 45- PART 46— Protection of Human Research Subjects; 2018. Available at: https://www.ecfr.gov/cgi-bin/retrieveECFR?gp=&SID=83c-d09e1c0f5c6937cd9d7513160fc3f&pitd=20180719&n=pt45.1.46&r=-PART&ty=HTML#se45.1.46_1104. Accessed October 8, 2019.

86. Johnson & Johnson. Happy Mother's Day: Mothers and Children in Our Ads Through the Years; 2012. Available at: https://web.archive.org/web/20170511033452/https://www.kilmerhouse.com/2012/05/happy-mothers-day-mothers-and-children-in-our-ads-through-the-years. Accessed June 6, 2017.

87. Johnson & Johnson. Johnson & Johnson and The Adventures of Robin Hood; 2013. Available at: https://web.archive.org/web/20161218073707/http://www.kilmerhouse.com/2013/10/johnson-johnson-and-the-adventures-of-robin-hood/. Accessed December 18, 2016.

88. Minnitt RCA, Rice PM, Spangenberg C. Part 1: Understanding the components of the fundamental sampling error: a key to good sampling practice. *J Southern Afr Instit Mining Metall.* 2007;107:107–511.

89. Johnson & Johnson (J&J). Johnson & Johnson and Johnson & Johnson Consumer Inc.'s Supplemental Answer to Interrogatory No. 3 of Plaintiff's First Set of Interrogatories. In. Jody E Ratcliff v American Honda Motor Co. Inc., et al.: Superior Court for Washington for King County; 2017.

90. National Institute for Occupational Safety and Health (NIOSH). Method 7400, Issue 2: ASBESTOS and OTHER FIBERS by PCM. In: 1994.

91. National Institute for Occupational Safety and Health (NIOSH). Method 7402, Issue 2: ASBESTOS by TEM. In: 1994.

92. EPA. Airborne Asbestos Health Assessment Update. In: EPA Office of Health and Environmental Assessment; 1986.

93. Dement J, Shuler P, Zumwalde R. Preliminary Report: Fiber Exposure During Use of Baby Powders. NIOSH Environmental Investigations Branch; 1972.

94. Company CP. Defendant Colgate-Palmolive Company's Supplemental Responses And Objections To Plaintiff's Interrogatories 2-5, 7-12, 14-16, 19-22, 24-26, 32-37, and 39-42. In Re: Personal Injury And Wrongful Death Asbestos Litigation; 2013.

95. Palmolive C. *Formula for Cashmere Bouquet*; 1992. Available at: https://repository.library.brown.edu/studio/item/bdr:958148/. Accessed October 8, 2019.

96. DeVito M, Schecter A. Exposure assessment to dioxins from the use of tampons and diapers. *Environ Health Perspect.* 2002;110:23–28.

97. Sauer B, Hildebrandt C, Franklin W, Hunt R. Resource and environmental profile analysis of children's diaper systems. *Environ Toxicol Chem.* 1994;13:1003–1009.

98. Thaman L, Eichenfield L. Diapering: a global perspective. *Pediatric Dermatol.* 2014;31:15–18.

99. Elzinga K, Mills D. Innovation and entry in the US disposable diaper industry. *Ind Corporate Change.* 1996;5:791–812.

100. Anderson EL, Sheehan PJ, Kalmes RM, Griffin JR. Assessment of health risk from historical use of cosmetic talcum powder. *Risk Anal.* 2017;37:918–929.

101. NRC. Asbestiform Fibers: Nonoccupational Health Risks. Committee on Nonoccupational Health Risks of Asbestiform Fibers, Board on Toxicology and Environmental Health Hazards, National Research Council; 1984.

102. Hall JE. The physiology of respiration in infants and young children. *Proc R Soc Med.* 1955;48:761–764.

103. Fleming S, Thompson M, Stevens R, et al. Normal ranges of heart rate and respiratory rate in children from birth to 18 years of age: a systematic review of observational studies. *Lancet.* 2011;377:1011–1018.

104. Lacourt A, Gramond C, Rolland P, et al. Occupational and non-occupational attributable risk of asbestos exposure for malignant pleural mesothelioma. *Thorax.* 2014;69:532–539.

105. Surveillance E, and End Results Program. Cancer Stat Facts: Ovarian Cancer; 2016. Available at: https://seer.cancer.gov/statfacts/html/ovary.html. Accessed May 14, 2019.

106. ISO 10312:1995 Ambient air—Determination of asbestos fibres—Direct transfer transmission electron microscopy method. International Organization for Standardization; 1995.

107. ISO 13794:1999 Ambient air—Determination of asbestos fibres—Indirect-transfer transmission electron microscopy method. International Organization for Standardization; 1999.

108. ISO 22262-2:2014 Air quality—Bulk materials—Part 2: Quantitative determination of asbestos by gravimetric and microscopical methods. International Organization for Standardization; 2014.

109. EPA. *Asbestos Hazard Emergency Response Act. 40 CFR Part 763, Subpart E – Asbestos Containing Materials in Schools.* Washington, DC: U.S. Environmental Protection Agency; 1987.

110. ASTM D5756-02(2008), Standard Test Method for Microvacuum Sampling and Indirect Analysis of Dust by Transmission Electron Microscopy for Asbestos Mass Surface Loading (Withdrawn 2017). West Conshohocken, PA: ASTM International; 2008.

111. ASTM D5755-09(2014)e1, Standard Test Method for Microvacuum Sampling and Indirect Analysis of Dust by Transmission Electron Microscopy for Asbestos Structure Number Surface Loading. West Conshohocken, PA: ASTM International; 2014.

112. ASTM D7712-18, Standard Terminology for Sampling and Analysis of Asbestos. West Conshohocken. PA: ASTM International; 2018.

113. National Institute for Occupational Safety and Health (NIOSH). Asbestos Fibers and Other Elongate Mineral Particles: State of the Science and Roadmap for Research. In: Department of Health, Human Services - Centers for Disease Control, Prevention, ed., Vol, 62, Current Intelligence, Bulletin; 2011.

114. Whittaker Clark & Daniels. Review of Talc Meeting Held at South Kearny. In:1970:WCD002843-002844.

115. Whittaker Clark & Daniels. Inter-Office Correspondence. In:1970:FM-WCD-MOR-KAN 0002325.

116. Ferry DR. Letter to Mr. Robert G. Smith, President, Whittaker Clark & Daniels. In:1970:CAM-163.

117. Rohrbacher RG. Asbestos in the Allamoore Talc District, Hudspeth and Culberson Counties, Texas. Geological Circular: Bureau of Economic Geology, University of Texas at Austin; 1973.

118. Wylie AG, Huggins CW. Characteristics of a Potassium Winchite-Asbestos from the Allamoore Talc District, Texas. *Canadian Mineral.* 1980; 18:101–107.

119. Ingham Vs. Johnson and Johnson. Videotaped Deposition of Mathew Sanchez- Tuesday May 8, 2018; 2018. Available at: https://web.archive.org/web/20191211212735/https://repository.library.brown.edu/studio/item/bdr:1047843/. Accessed November 31, 2019.

120. ENSR Corporation. Phase I Environmental Site Assessment and Environmental Compliance Assessment of the Johnson & Johnson Consumer Products Facility, Royston, Georgia; 2004. Available at: https://web.archive.org/save/; https://repository.library.brown.edu/studio/item/bdr:1047828//. Accessed November 31, 2019.

121. Cynthia Hayes VS. Colgate Palmolive et al. Videotaped Deposition of Michael Burke Colgate Palmolive- July 10, 2018; 2019. Available at: https://web.archive.org/save/https://repository.library.brown.edu/studio/item/bdr:1053202/. Accessed November 31, 2019.

122. Finley B, Pierce J, Phelka A, et al. Evaluation of tremolite asbestos exposures associated with the use of commercial products. *Crit Rev Toxicol.* 2012;42:119–146.

123. Alleman J, Mossman B. Asbestos revisited. *Scientific Am.* 1997;227:70–75.

124. Virta R. Mineral Commodity Profiles—Asbestos. In: Interior UDot, ed. Reston, Virginia: US Geological Survey (USGS); 2005.

125. Dodson R, Levin J. An Unusual Case of Mixed-Dust Exposure Involving a "Noncommercial" Asbestos. *Environ Health Perspect.* 2001;109:199–203.

126. Churg A, Warnock M. Analysis of the cores of ferruginous (asbestos) bodies from the general populations. *Lab Investig.* 1979;40:622–626.

127. Finkelstein M. Malignant Mesothelioma and its nonasbestos causes. *Arch Pathol Lab Med.* 2018;143:659–660.

128. Henderson DW, Silkin, Langlois SLP, Whitaker D. Malignant mesothelioma. In: *The Cancer Series*. New York, NY: Hemisphere Publishing; 1992

129. Roggli VL. Asbestos bodies and nonasbestos ferruginous bodies. In: Roggli VL, Sporn TA, Oury TD, editors. *Pathology of Asbestos-Associated Diseases*. New York, NY: Springer New York; 2004. p. 34–70.

130. Glickman L, Domanski L, Maguire T, Dubielzig R, Churg A. Mesothelioma in pet dogs associated with exposure of their owners to asbestos. *Environ Res*. 1983;32:305–313.

131. Attanoos RL, Gibbs AR. Primary malignant gonadal mesotheliomas and asbestos. *Histopathology*. 2000;37:150–159.

132. British Columbia: Ministry of Environment. Technical guidance on Contaiminated Site: Chapter 12 Composite Sample; 2005: 10–12.

133. Egilman D. Health Effects of Censored Elongated Mineral Particles: A Critical Review. In: Brisson M, ed. Detection Limits in Air Quality and Environmental Measurements - STP 1618. Vol Detection Limits in Air Quality And Environmental Measurements; 2019.

134. Cralley L. Fibrous and mineral content of cosmetic talcum products. *Am Ind Hyg Assoc J*. 1968;29:350–354.

135. Egilman D, Steffen J. Commentary on "Assessment of Health Risk from Historical Use of Cosmetic Talcum Powder". *New Solut*. 2018;28:400–409.

136. Russell R. Special Talc Studies - JBP, Respirable Particle Measurements During Adult Usage, Project #0503.01. In:1977:JNJ000886943-000886945.

137. Burns A, Barlow C, Banducci A, Unice K, Sahmel J. Potential airborne asbestos exposure and risk associated with the historical use of cosmetic talcum powder products. *Risk Anal*. 2019;39:2272–2294.

138. Moon MC, Park JD, Choi BS, et al. Risk assessment of baby powder exposure through inhalation. *Toxicol Res*. 2011;27:137–141.

139. Addison J, JMG. D. A comparison of the carcinogenicity of six tremolites using the intraperitoneal injection assay in rats. In: Proceedings of the VIIth International Pneumoconiosis Conference. Pittsburgh: NIOSH-ILO; 1998.

140. Langer AM. Letter to Dr. Gavin Hildick-Smith, Director of Clinical Research, Johnson & Johnson. In:1971:JNJ000288077-000288078.

141. Graham J, Graham R. Ovarian cancer and asbestos. *Environ Res*. 1967; 1:115–128.

142. Cramer DW, Welch WR, Berkowitz RS, Godleski JJ. Presence of talc in pelvic lymph nodes of a woman with ovarian cancer and long-term genital exposure to cosmetic talc. *Obstet Gynecol*. 2007;110(2 pt 2):498–501.

143. Langseth H, Johansen BV, Nesland JM, Kjaerheim K. Asbestos fibers in ovarian tissue from Norwegian pulp and paper workers. *Int J Gynecol Cancer*. 2007;17:44–49.

144. Musti M, Massaro T, Cavone D, et al. Exposure to asbestos and risk of occurrence of primary ovarian mesothelioma. Note II: Description of two case studies. *Conference Paper*. 2009.

145. Occupational Safety and Health Administration. OSHA Standard 1915.1000 - Air contaminants. Occup. Safety and Health Standards for Shipyard Employment, Toxic and Hazardous Substances - Air Contaminants; 2017. Available at: http://web.archive.org/web/20190401215023/https://www.osha.gov/laws-regs/regulations/standardnumber/1915/1915.1000. Accessed April 1, 2019.

146. Occupational Safety and Health Administration. Part 57-Health and Safety Standards - Metal and Nonmetallic Underground Mines, Miscellaneous Amendments. *Federal Reg*. 1974;39:24319.

147. Occupational Safety and Health Administration. Part 1910 - occupational safety and health standards, subpart g - occupational health and environmental control. *Federal Reg*. 1972;37:22139–22163.

148. International Agency for Research on Cancer (IARC). Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1 to 42. In. Vol Supplement No. 71987.

149. Hildick-Smith G. Nashed W. Memo: Johnson & Johnson Meeting with the Commisioner: Substantial Asbestos Can be Allowed Safely in a Baby Powder. 1974; JNJ 000307413. Available at: https://repository.library.brown.edu/studio/item/bdr:841462/. Accessed November 31, 2019.

150. Food and Drug Administration (FDA). AMA Analytical Services, Inc. Summary of Asbestos and Talc Analysis – Claire's 2019. Available at: https://www.fda.gov/media/127825/download. Accessed November 31, 2019.

151. Food and Drug Administration (FDA). AMA Analytical Services, Inc. Summary of Asbestos and Talc Analysis – Johnson & Johnson – Baby Powder Lot #22318RB; 2019. Available at: https://www.fda.gov/media/131989/download. Accessed November 31, 2019.

152. Images of labels for Angel of Mine and Perfect Purity talc powder products; 2018.

153. Imerys. Rio Tinto Minerals Talc MSDS; 2009.

154. Rio Tinto Minerals. Material Data Safety Sheet - Talc, Version 1.0. In:2006:IMERYS042245-042249.

155. Johnson & Johnson. Safety Data Sheet - Johnson's Baby Powder; 2015:1–7.

156. Johnson & Johnson (J&J). Technological Forecast - Powders. In:1986:JNJ000000523-JNJ000000536.

157. Johnson & Johnson (J&J). Introducing Johnson & Johnson Baby Cornstarch - Advertisement. In:1984:JNJ000060260.

158. Nicholson S. Email to J. James and I. Ahmed, FW: Cornstarch containing JBP (with attachments). In:2016:JNJ000526749-JNJ000526754.

© 2020 The Author(s). Published by Wolters Kluwer Health, Inc. on behalf of the American College of Occupational and Environmental Medicine.

Exhibit 65

Daniel L. Clarke-Pearson, M.D.

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF NEW JERSEY

 3

     ---------------------------------X

 4

     IN RE:  JOHNSON & JOHNSON

 5

     TALCUM POWDER PRODUCTS

 6                                     MDL No.:

     MARKETING, SALES PRACTICES,

 7                                     16-2738 (FLW)(LHG)

     AND PRODUCTS LIABILITY

 8

     LITIGATION

 9

     ---------------------------------X

10

11               ORAL AND VIDEOTAPED DEPOSITION OF

12                 DANIEL L. CLARKE-PEARSON, M.D.

13   _____

14                   MONDAY, FEBRUARY 4, 2019

15                         9:03 A.M.


     _____

16

                     Taken by the Defendants

17                    at The Carolina Inn

                      211 Pittsboro Street

18              Chapel Hill, North Carolina 27516

19

20                        -   -   -

21        Reported by Sophie Brock, RPR, RMR, RDR, CRR

22                        -   -   -

23

24             GOLKOW LITIGATION SERVICES

           877.370.3377 ph | 917.591.5672 fax

25                   deps@golkow.com
```

Daniel L. Clarke-Pearson, M.D.

Page 2

```
 1            A P P E A R A N C E S
 2  ON BEHALF OF THE PLAINTIFFS:
 3      BEASLEY, ALLEN, CROW, METHVIN,
        PORTIS & MILES, P.C.
 4      218 Commerce Street
        Montgomery, Alabama 36104
 5      Telephone: (334) 269-2343
        By:  LEIGH O'DELL, ESQ.
 6          leigh.odell@beasleyallen.com
            MARGARET THOMPSON, MD, JD, MPAff
 7          margaret.thompson@beasleyallen.com
 8       - and -
 9      BLOOD, HURST & O'REARDON, LLP
        501 West Broadway, Suite 1490
10      San Diego, California 92101
        Telephone: (619) 338-1100
11      By:  PAULA R. BROWN, ESQ.
            pbrown@bholaw.com
12
13  ON BEHALF OF THE DEFENDANT
    JOHNSON & JOHNSON:
14
        TUCKER ELLIS, LLP
15      515 South Flower Street
        Forty-Second Floor
16      Los Angeles, California 90071
        Telephone: (213) 430-3301
17      By:  MICHAEL C. ZELLERS, ESQ.
            michael.zellers@tuckerellis.com
18
        - and -
19
        DRINKER BIDDLE & REATH, LLP
20      600 Campus Drive
        Florham Park, New Jersey 07932-1047
21      Telephone: (973) 549-7164
        By:  JESSICA L. BRENNAN, ESQ.
22          jessica.brennan@dbr.com
23
24
25
```

Page 3

```
 1       A P P E A R A N C E S (Continued)
 2  ON BEHALF OF THE DEFENDANT
    IMERYS TALC AMERICA, INC.:
 3
        DYKEMA GOSSETT, PLLC
 4      112 E. Pecan Street, Suite 1800
        San Antonio, Texas 78205
 5      Telephone: (210) 554-5549
        By:  JANE E. BOCKUS, ESQ.
 6          jbockus@dykema.com
 7       - and -
 8      COUGHLIN DUFFY LLP
        350 Mount Kemble Avenue
 9      Morristown, New Jersey 07962
        Telephone: (973) 267-0058
10      By:  MARYAM M. MESEHA, ESQ.
            mmeseha@coughlinduffy.com
11
12  ON BEHALF OF THE DEFENDANT
    PERSONAL CARE PRODUCTS COUNCIL:
13
        SEYFARTH SHAW LLP
14      975 F Street, N.W.
        Washington, DC 20004-1454
15      Telephone: (202) 463-2400
        By:  JAMES R. BILLINGS-KANG, ESQ.
16          jbillingskang@seyfarth.com
17
18  ON BEHALF OF THE DEFENDANT PTI:
19      TUCKER ELLIS
        233 South Wacker Drive
20      Chicago, Illinois 60606
        Telephone: (312) 624-6300
21      By:  JAMES W. MIZGALA, ESQ.
            james.mizgala@tuckerellis.com
22
23  VIDEOGRAPHER:
24      Brad Smith
25
```

Page 4

```
 1          INDEX OF EXAMINATIONS
 2                                   PAGE
 3  BY MR. ZELLERS . . . . . . . . . . . . . . . . .9, 345
 4  BY MS. BOCKUS  . . . . . . . . . . . . . .308, 345
 5  BY MR. MIZAGALA  . . . . . . . . . . . . . . . . 341
 6  BY MS. O'DELL . . . . . . . . . . . . . . . . . 343
 7
 8          INDEX OF EXHIBITS
 9  NUMBER       DESCRIPTION         MARKED
10  Exhibit 1   Notice of Deposition of . . . . . . . .11
                Daniel L. Clarke-Pearson
11
        Exhibit 2   Invoice from UNC School of  . . . . . .16
12              Medicine to Beasley Allen Law
                Firm, dated January 4, 2019
13
        Exhibit 3   Dr. Clarke-Pearson's list of  . . . . .26
14              medicolegal cases in the past
                five years
15
        Exhibit 4   Exhibit C:  . . . . . . . . . . . . . .26
16              Daniel Clarke-Pearson, MD,
                Prior Testimony
17
        Exhibit 5   Rule 26 Expert Report of  . . . . . . .30
18              Daniel L. Clarke-Pearson, MD
19  Exhibit 6   Exhibit B: Listing of additional  . . .33
                materials considered
20
        Exhibit 7   Article titled "Epidemiology of . . . .36
21              Commonly Used Statistical Terms
                and Analysis of Clinical
22              Studies," by Wendy R. Brewster,
                MD, PhD
23
        Exhibit 8   UpToDate reprint of article . . . . . .36
24              titled "Evidence-based medicine,"
                authored by Arthur T. Evans, MD,
25              MPH, and Gregory Mints, MD, FACP
```

Page 5

```
 1          INDEX OF EXHIBITS (Continued)
 2  NUMBER       DESCRIPTION         MARKED
    Exhibit 9   Article titled "Emerging Themes . . . .36
 3              in Epidemiology," by Fedak et al.
 4  Exhibit 10   Folder marked "ASBESTOS OV CA"  . . . .37
 5
        Exhibit 11   Folder marked "EPI" . . . . . . . . . .47
 6
        Exhibit 12   Folder titled "ANIMALS" . . . . . . . .49
 7
        Exhibit 13   Folder titled "LATENCY" . . . . . . . .51
 8
        Exhibit 14   Folder titled "ASBESTOS FIBROUS . . . .53
 9              TALK LONGO, ETC"
10  Exhibit 15   Exhibit A: Curriculum Vitae of  . . . .54
                Daniel Lyle Clarke-Pearson, M.D.
11
        Exhibit 16   Article titled "Spectrum of . . . . . .99
12              Mutation and Frequency of Allelic
                Deletion of the p53 Gene in
13              Ovarian Cancer," by Matthew F.
                Kohler, et al.
14
        Exhibit 17   Article titled "Screening for . . . . 102
15              Ovarian Cancer," published by
                Daniel L. Clarke-Pearson, M.D.,
16              in The New England Journal of
                Medicine
17
        Exhibit 18   Article from the National . . . . . . 110
18              Cancer Institute website titled
                "Ovarian, Fallopian Tube, and
19              Primary Peritoneal Cancer
                Prevention (PDQ®) - Health
20              Professional Version"
21  Exhibit 19   Letter from FDA Department of . . . . 113
                Health and Human Services, dated
22              April 1, 2014, to Samuel S.
                Epstein, M.D.
23
        Exhibit 20   International Agency for  . . . . . . 124
24              Research on Cancer printout
                listing agents classified by the
25              IARC Monographs, Volumes 1-123
```

Page 6

           INDEX OF EXHIBITS (Continued)
NUMBER          DESCRIPTION         MARKED
Exhibit 21   Article titled "Perineal Use of . . . 136
             Talc and Risk of Ovarian Cancer,"
             by H. Langseth, et al.
Exhibit 22   Article titled "Genital Use of  . . . 152
             Talc and Risk of Ovarian Cancer:
             A Meta-Analysis," by Wera Berge,
             et al.

Exhibit 23   Ovid SP printout of article . . . . . 152
             titled "Genital Use of Talc and
             Risk of Ovarian Cancer: A
             Meta-Analysis," by Wera Berge,
             et al.

Exhibit 24   Article titled "Perineal Talc . . . . 153
             Use and Ovarian Cancer A
             Systematic Review and
             Meta-Analysis," by Ross
             Penninkilampi and Guy D. Eslick

Exhibit 25   Article titled "Association . . . . . 159
             between Body Powder Use and
             Ovarian Cancer: The African
             American Cancer Epidemiology
             Study (AACES)," by Joellen M.
             Schildkraut, et al.
Exhibit 26   Article titled "The Association . . . 190
             Between Talc Use and Ovarian
             Cancer A Retrospective
             Case-Control Study in Two US
             States," by Daniel W. Cramer, et
             al.

Exhibit 27   Article titled "The . . . . . . . . 230
             Relationship Between Perineal
             Cosmetic Talc Usage and Ovarian
             Talc Particle Burden," by
             Debra S. Heller, MD, et al.

Page 7

           INDEX OF EXHIBITS (Continued)
NUMBER          DESCRIPTION         MARKED
Exhibit 28   Article titled "Talcum Powder, . . . 238
             Chronic Pelvic Inflammation and
             NSAIDs in Relation to Risk of
             Epithelial Ovarian Cancer," by
             Melissa A. Merritt, et al.
Exhibit 29   Health Canada Decision-Making . . . . 292
             Framework for Identifying,
             Assessing, and Managing Health
             Risks, dated August 1, 2000

Exhibit 30   Systematic Review and . . . . . . . 300
             Meta-Analysis of the Association
             between Perineal Use of Talc and
             Risk of Ovarian Cancer, by
             Mohamed Kadry Taher, et al.

Page 8

P R O C E E D I N G S

THE VIDEOGRAPHER:  We are now on
record.  Today's date is February 4, 2019, and the
time is approximately 9:03 a.m.

This is the videotaped deposition of
Dr. Daniel Clarke-Pearson.  It's being taken in
regards to the Talcum Powder Litigation, MDL No. 2738.

Would counsel please now introduce
themselves for the record, and then our court reporter
will swear in the witness.

MS. O'DELL:  Leigh O'Dell from
Beasley Allen, on behalf of the plaintiffs.

MS. THOMPSON:  Margaret Thompson,
Beasley Allen, on behalf of the plaintiffs.

MS. BROWN:  Paula Brown from Blood,
Hurst & O'Reardon, on behalf of the plaintiffs.

MR. ZELLERS:  Michael Zellers, on
behalf of the Johnson & Johnson defendants.

MS. BRENNAN:  Jessica Brennan, on
behalf of the Johnson & Johnson defendants.

MR. BILLINGS-KANG:  James
Billings-Kang, Seyfarth Shaw, on behalf of Personal
Care Products Council.

MS. BOCKUS:  Jane Bockus, on behalf of
Imerys.

Page 9

MS. MESEHA:  Maryam Meseha, on behalf
of Imerys.

MR. MIZGALA:  James Mizgala, on behalf
of PTI.

Whereupon,

DANIEL L. CLARKE-PEARSON, MD,
having first been duly sworn/affirmed,
was examined and testified as follows:

EXAMINATION BY COUNSEL FOR THE
JOHNSON & JOHNSON DEFENDANTS

BY MR. ZELLERS:

Q.  Can you state your name, please.

A.  Yes.  Daniel Lyle Clarke-Pearson.

Q.  Dr. Clarke-Pearson, we're here to take your
deposition in the talcum powder MDL litigation.

You're aware of that?

A.  Yes, sir.

Q.  You've given a number of depositions in the
past; is that right?

A.  I have.

Q.  You are familiar with the rules that we're
going to follow here today?

A.  Yes.

Q.  If I ask you a question or if any counsel
asks you a question that you don't understand, tell us

Daniel L. Clarke-Pearson, M.D.

|  | Page 10 |
| --- | --- |

1 you don't understand and we'll repeat or rephrase the
2 question so it's clear to you.
3         Can you do that?
4     A. Yes, sir.
5     Q. If you answer a question, we're going to
6 assume that you understood it. Is that fair?
7     A. Fair.
8         MS. O'DELL: Objection.
9 BY MR. ZELLERS:
10     Q. As we go along, only one of us can speak at a
11 time. So please try to let me finish my question
12 before you answer. I will try to allow you to finish
13 your answer so that we can get the best record
14 possible.
15         Is that agreeable?
16     A. Agreeable.
17     Q. All right. You are following this,
18 apparently, on the realtime; is that right?
19     A. Yes.
20     Q. Is that going to be distracting to you?
21     A. It might be.
22     Q. All right. Well, have you ever done that
23 before in a deposition?
24     A. No, sir.
25     Q. Well, if it becomes distracting, then we'll

|  | Page 11 |
| --- | --- |

1 deal with it.
2         You are here pursuant to a notice of
3 deposition. We've marked the notice of deposition as
4 Exhibit 1.
5     (Exhibit No. 1 was marked for identification.)
6 BY MR. ZELLERS:
7     Q. Can you take a look at that and let us know
8 if you've seen that before?
9         MS. O'DELL: I would just reassert that
10 the objections to certain document requests in the
11 notice, I think those were previously served.
12         MR. ZELLERS: Yes, we did receive the
13 objections of plaintiffs.
14         THE WITNESS: Yes, I've seen this.
15 BY MR. ZELLERS:
16     Q. If you go to -- beginning on page 3, there
17 are a number of documents that are requested to be
18 produced here today.
19         Have you either brought with you here today
20 or supplied to counsel for plaintiffs all of the
21 documents and materials in your possession that are
22 requested in the deposition notice?
23         MS. O'DELL: To the degree that they
24 are not objectionable --
25         MR. ZELLERS: No. My question goes,

|  | Page 12 |
| --- | --- |

1 you know, across the board. If there is a document
2 that he has in his possession that may be
3 objectionable, then he can tell us what it is and you
4 can assert your objection.
5         MS. O'DELL: Well, you asked if he had
6 brought them here, and Dr. Clarke-Pearson has only
7 brought materials subject to requests that are not
8 objectionable, which include the materials listed in
9 his materials-considered list that are in the binders
10 behind me on the table.
11         They also include binders of cited
12 materials, his report, invoices, and the cases in
13 which he has provided testimony within the last five
14 years. I think he has a copy of his report in front
15 of him.
16         Those are the materials we view to be
17 nonobjectionable, and those are what
18 Dr. Clarke-Pearson has brought with him today.
19         MR. ZELLERS: Okay. Ms. O'Dell, as
20 we -- I would appreciate it if you let the witness
21 answer the questions. I do appreciate the
22 clarification. But, as we go along today, if you'll
23 do your best, you know, to follow the rules. I mean,
24 the both of us need to follow in terms of objections.
25 I'd appreciate it.

|  | Page 13 |
| --- | --- |

1         MS. O'DELL: Well, certainly, I'm going
2 to follow the rules today, but it's because of the
3 objections asserted and because it's unclear to what
4 degree Dr. Clarke-Pearson is familiar with all the
5 requests and all the objections, then that was just a
6 difficult question for him -- maybe an unfair question
7 for him. And so I have responded in keeping with our
8 previously served objections.
9         MR. ZELLERS: I don't think asking him
10 if he's gone through the request for production of
11 documents and can identify for us any documents that
12 are in your possession that are responsive that you've
13 not brought here today, I don't think that is a
14 difficult question. But let's have Dr. Clarke-
15 Pearson answer it.
16         THE WITNESS: I don't think I've
17 brought any of these documents here today. Counsel
18 has some of them, like my curriculum vitae.
19 BY MR. ZELLERS:
20     Q. My question, I guess, goes to -- so that we
21 can identify whether there's anything at all for us
22 that we need to fight about should be produced.
23         Are there documents that are responsive to
24 the notice of deposition that are not being produced
25 here today, to your knowledge, that originated from

Daniel L. Clarke-Pearson, M.D.

Page 14

1  you and are in your possession?
2      A. I think let's just walk through the list,
3  then. I don't have a CV in my possession, but counsel
4  does --
5      Q. And, Doctor, to shortcut this, I don't need
6  to go through and ask you, you know, what documents
7  are being produced.
8          Are you aware of documents that are called
9  for in the notice of deposition that are not being
10  produced today?
11     A. I don't -- I would have to go through this
12  list. I don't have any documents with me aside from
13  what you've just described.
14     Q. So you've reviewed the notice of deposition
15  in preparation for today; correct?
16     A. Yes.
17     Q. You knew that was important; correct?
18     A. Yes.
19     Q. And yet you're unable to tell us whether or
20  not there are documents that are in your possession
21  that are called for in the notice of deposition that
22  you are not producing today; is that right?
23         MS. O'DELL: Objection. That's not
24  correct, but --
25         MR. ZELLERS: Well, he can answer.

Page 15

1          MS. O'DELL: I've made my objection --
2          MR. ZELLERS: Understood.
3          MS. O'DELL: -- which I'm perfectly
4  entitled to do that, as you know.
5          MR. ZELLERS: You certainly are. You
6  certainly are.
7          MS. O'DELL: So, Dr. Clarke-Pearson,
8  just answer to the best of your knowledge, and, of
9  course, there are objections that have been asserted;
10  and to the degree you're not familiar with those
11  details, then counsel and I can sort that out later.
12         THE WITNESS: So documents -- I do not
13  have any of these documents in my possession. For
14  example, I thought I saw -- passed you a document
15  showing my billing and collections to date. Isn't
16  that right on top?
17  BY MR. ZELLERS:
18     Q. My question was are you aware, as you sit
19  here right now, of any documents that you have that
20  are responsive to the notice of deposition that are
21  not in the large pile of materials that we have here
22  today?
23     A. I'm not aware of any.
24     Q. All right. Ms. O'Dell produced for us or
25  provided to me two documents prior to the deposition

Page 16

1  and then has advised me that you have reviewed a
2  number of additional materials since you prepared your
3  report. So I'd like to go through those now, if we
4  can.
5          Notice of deposition, Exhibit 2, is a copy,
6  it appears, of your invoices in this matter. Is that
7  right?
8      (Exhibit No. 2 was marked for identification.)
9          THE WITNESS: Yes, sir.
10  BY MR. ZELLERS:
11     Q. You have spent a total of 20 hours working on
12  this matter since being retained back in April of
13  2017; is that right?
14         MS. O'DELL: Object to the form.
15         THE WITNESS: Up until the preparation
16  of -- and submission of my report, I spent 20 hours.
17  BY MR. ZELLERS:
18     Q. All right. You prepared your report, you
19  edited your report, and you submitted your report on
20  November 4th of 2018; is that right?
21     A. I believe it was -- I submitted it, but
22  I think it was November 16th, 2018.
23     Q. Did you bill any time or spend any time on
24  the MDL talcum powder litigation between
25  November 4th of 2018 and the end of the year,

Page 17

1  December 31st of 2018?
2      A. Yes.
3      Q. How much additional time did you spend during
4  that time?
5      A. I don't know exactly. I'd have to go back to
6  several notes that I have on records and papers and
7  that sort of thing. I would say between
8  November 4th and today, it's been about 60 hours.
9      Q. 60 additional hours?
10     A. Yes, sir.
11     Q. So you spent 20 hours talking with counsel,
12  doing whatever research and analysis you needed to do,
13  and writing your report; is that right?
14     A. Yes.
15     Q. You have spent an additional 60 hours since
16  that time; is that right?
17     A. Yes.
18     Q. If your invoice is dated January 4th of 2019,
19  Exhibit 2, why does none of that time appear on your
20  invoice?
21     A. Because my accounting office turned this over
22  on January 4th. I submitted -- I submitted this
23  invoice to my business manager, and this is when it
24  was submitted from our office.
25     Q. I guess I don't understand. You tell me that

Daniel L. Clarke-Pearson, M.D.

Page 18

1  you have worked a considerable amount of time between
2  November 4th of 2018 and the end of 2018; correct?
3      A.  Yes.
4      Q.  Why is that time and those hours not
5  reflected on your invoice which is dated January 4th
6  of 2019?
7      A.  Because I hadn't submitted the request for my
8  business manager to submit the invoice to the
9  attorneys.
10     Q.  Why did you cut off your time entry as of
11  November 4th, 2018?
12         MS. O'DELL:  Object to the form.
13         THE WITNESS:  I think there was a gap.
14  I can't tell you when I picked up again after
15  November 4th, after I did the report.  There was a
16  time when I wasn't actively involved reading,
17  preparing.
18  BY MR. ZELLERS:
19     Q.  Do you keep track of the time that you spend
20  doing activities as an expert witness in the MDL
21  talcum powder litigation?
22     A.  Yes.
23     Q.  And do you keep that on a regular, systematic
24  basis?
25     A.  Not so much.

Page 19

1      Q.  Were you first retained back in April of 2017
2  by Ms. O'Dell and by Ms. Thompson?
3      A.  Yes, I believe so.
4      Q.  Had you known Ms. O'Dell or any attorneys
5  from her office, the Beasley Allen office, prior to
6  being contacted in this litigation?
7      A.  I had not known Ms. O'Dell.  I knew
8  Dr. Thompson.
9      Q.  How did you know Dr. Thompson?
10     A.  Dr. Thompson and I were residents at Duke
11  University Medical Center.  I was a few years ahead of
12  her, but we were in the residency training program.
13  And then I began my fellowship and gynecologic
14  oncology at Duke, and I believe Dr. Thompson was still
15  a resident during part of that time.
16     Q.  Did you make -- maintain contact with
17  Dr. Thompson over the years?
18     A.  Off and on.  Probably on average about once a
19  year at an alumni meeting that we attended, although
20  neither one of us attended every year, but...
21     Q.  These were alumni meetings at Duke
22  University; is that right?
23     A.  With regard to the obstetrical and
24  gynecological department.
25     Q.  Other contacts that you had with

Page 20

1  Ms. O'Dell -- strike that -- with Dr. Thompson over
2  the years?
3      A.  I believe she probably called me somewhere
4  before April 17th when I was retained and described
5  work that was ongoing with talcum powder.  So we had a
6  conversation.  I didn't bill for that.
7      Q.  You knew Dr. Thompson socially before being
8  retained; is this correct?
9      A.  Yes.
10     Q.  Other than --
11     A.  And -- excuse me.  And professionally.
12     Q.  Socially and professionally.
13         What professional interaction did you have
14  with Dr. Thompson since the time that you were a
15  resident and a fellow at Duke University?
16     A.  Okay.  So since that time -- I mean,
17  throughout her residency, we were professionally
18  involved with training and taking care of patients.
19  Subsequent to her completing her residency, I've not
20  had any professional interaction with her per se.
21     Q.  Were you socially involved with Dr. Thompson
22  while the two of you were at Duke?
23     A.  No.
24     Q.  You might go to events and see one another,
25  but in terms of any relationship between the two of

Page 21

1  you, there was none; is that fair?
2      A.  I guess you'll have to define "relationship"
3  for me.
4      Q.  Well, I was trying to make it easy.
5         Did you socialize with other persons in the
6  internship and residency programs while you were at
7  Duke?
8      A.  Yes.  And faculty and spouses, yes.
9      Q.  And Dr. Thompson was one of those persons; is
10  that right?
11     A.  Yes, sir.
12     Q.  Do you know Dr. Thompson's husband or former
13  husband?
14     A.  I did not.
15     Q.  All right.  Your contact was solely with
16  Dr. Thompson; is that right?
17     A.  Yes.
18     Q.  Over the years, prior to being retained by
19  Dr. Thompson in this litigation, did you review any
20  medicolegal matters for her?
21     A.  No, sir.
22     Q.  Were you asked to review any medicolegal
23  matters for her?
24     A.  You just asked that question, I think.
25     Q.  No --

Daniel L. Clarke-Pearson, M.D.

Page 22

1    A.  Did I misunderstand?
2    Q.  Well, and at least what I had hoped was the
3  distinction is that I had asked you if you had
4  reviewed any matters, and then the second question was
5  whether or not Dr. Thompson had requested that you
6  review any medicolegal matters for her.
7    A.  Okay.  So it's a two-part question.  I did
8  not review any matters, and Dr. Thompson hadn't
9  requested me to review any medicolegal matters.
10    Q.  When -- well, strike that.
11       What did Dr. Thompson ask you to do with
12  respect to the MDL talcum powder litigation?
13    A.  At the time of the conference call with
14  Ms. O'Dell and Dr. Thompson, I was asked to evaluate
15  and offer my opinion regarding talcum powder and
16  whether it was causative to the occurrence of ovarian
17  cancer in women who use talcum powder on their
18  perineum.
19    Q.  Were you asked to research or answer any
20  other question other than that?
21    A.  So in my report, I think I make it clearer
22  than what I just described.  So "Can the use of talcum
23  powder in the perineal area cause epithelial ovarian
24  cancer?" and also, "If so, what biologic mechanism did
25  this -- by which did this occur?" were the two key

Page 23

1  questions I was asked to form an opinion on.
2    Q.  You mentioned that you did speak with
3  Dr. Thompson prior to the conversation with Ms. O'Dell
4  and Dr. Thompson.
5       What, at that time, did Dr. Thompson tell
6  you about the litigation?
7    A.  I don't recall details.  It was that she was
8  working on cases that had to do with talcum powder and
9  ovarian cancer.
10    Q.  Do you recall any other background that you
11  were provided?
12    A.  Not at that time.
13    Q.  Did you understand that Dr. Thompson was
14  representing the plaintiffs in this matter, along with
15  a number of other attorneys?
16    A.  Yes.
17    Q.  Prior to being contacted by Dr. Thompson and
18  by Ms. O'Dell, had you formed opinions in terms of
19  whether or not talcum powder was causally related to
20  ovarian cancer for women who used it in the perineal
21  region?
22    A.  So that's an interesting question, because it
23  goes back to my training.  And throughout the years,
24  since 1975, when I began my residency training, the
25  conversation in the gynecologic community and the

Page 24

1  GYN oncology community has been one of could talcum
2  powder be associated with the occurrence of ovarian
3  cancer?
4       And, in fact, I think, in the early '70s, we
5  believed it did; and then I was told as a trainee that
6  talcum powder previously had had asbestos in it, and
7  then we were told it was taken out.  So that was very
8  reassuring.
9       Yet periodically over the years, papers came
10  out -- case-control studies, cohort studies -- off and
11  on that continued to raise the question.
12       So the question has been in my mind.  And,
13  really, it wasn't until I really started thinking
14  about this and gathered up all the literature that it
15  became clear to me, and I formed my opinion.
16    Q.  That was my question.  When did you form your
17  opinion that talcum powder is causally related to
18  ovarian cancer when used by women in the genital area?
19    A.  Well, some -- I'm not sure there was a
20  particular day when the light bulb went off.  I think
21  in the process of digging into this issue in more
22  detail and putting together all the case-control
23  trials that had come out over a period of time and the
24  meta-analysis that had come out over a period of time
25  that kept raising questions, when I started to put

Page 25

1  that all together, it became clear to me that, in my
2  opinion, talcum powder causes ovarian cancer.
3    Q.  That was sometime after you were contacted
4  and retained in this matter back in April of 2017 as
5  an expert for the plaintiffs; correct?
6    A.  It was the request to provide opinions and to
7  develop an opinion, and I -- yes.
8    Q.  All right.  Do you agree that the medical
9  community as a whole has not reached a consensus that
10  talcum powder causes ovarian cancer?
11       MS. O'DELL:  Object to the form.
12  Excuse me.
13       THE WITNESS:  I think we're at a
14  tipping point in that question.
15  BY MR. ZELLERS:
16    Q.  Can you answer that question?
17    A.  Well, I think you would have to define "the
18  medical community" for me.
19    Q.  Well, let's be more specific.
20       Has the gynecologic oncologist medical
21  community reached a consensus that talcum powder
22  causes ovarian cancer?
23    A.  As best I know, not at this time.
24    Q.  All right.  You also -- Ms. O'Dell provided
25  me with an updated list of your testimony; is that

Daniel P. Clarke-Pearson, M.D.

Page 26

1 right?
2           MR. ZELLERS:  We'll mark that as
3 Exhibit 3.
4      (Exhibit No. 3 was marked for identification.)
5           THE WITNESS:  Yes, sir.
6 BY MR. ZELLERS:
7      Q.  The testimony that you provided back in
8 November of 2017 -- strike that -- November of 2018,
9 when you submitted your report, Exhibit C -- we'll
10 mark that as Deposition Exhibit 4 --
11      (Exhibit No. 4 was marked for identification.)
12      Q.  -- contained just one listing of testimony;
13 is that right?
14      A.  Yes.
15      Q.  What has changed since you prepared your
16 report in November of 2018 and today with respect to
17 deposition and trial testimony that you have provided?
18      A.  I believe simply an oversight on my part.
19      Q.  The oversight was not listing at least two of
20 the matters that you had testified in in the past five
21 years as of November of 2018; is that right?
22      A.  Yes, sir.
23      Q.  The Edmonson matter that you testified in
24 December of 2014, was that a medical malpractice
25 action?

Page 27

1      A.  Yes, it was a malpractice action.
2      Q.  And September 1st of 2015, the Rappaport
3 matter, that was a physician who was losing his or her
4 privileges?
5      A.  He was being fired from his practice.
6      Q.  The Pizzirusso case or matter that you
7 provided testimony in March of 2015, what was that?
8      A.  That was a medical malpractice case in
9 Brooklyn, New York.
10      Q.  January of 2019, Paduda, what type of matter
11 was that?
12      A.  This was -- I need to make sure I've got the
13 two straight here.  Yes, it's a medical malpractice
14 case.
15      Q.  And then, finally, you were deposed on
16 January 22nd of 2009 in a matter called Cutsinger.
17 What type of matter was that?
18      A.  It was 2019.
19           MS. O'DELL:  '19.
20           MR. ZELLERS:  Thank you, Counsel.
21 BY MR. ZELLERS:
22      Q.  January 22nd of 2019.
23      A.  This is a product liability suit.
24      Q.  Involving what product?
25      A.  A morcellator manufactured by Gyrus.

Page 28

1 BY MR. ZELLERS:
2      Q.  The medical malpractice cases that you have
3 listed -- Edmonson, Pizzirusso, and Paduda -- were you
4 serving as an expert for plaintiff or defense in those
5 cases?
6      A.  In all three of those cases, for the defense.
7      Q.  Over the years, you have done a lot of
8 testifying in medical malpractice cases.  Is that
9 fair?
10           MS. O'DELL:  Object to the form.
11           THE WITNESS:  I don't know how you
12 define "a lot."
13 BY MR. ZELLERS:
14      Q.  Have you given -- at least up until 2005 or
15 so, did you give about three depositions a year in
16 medical malpractice cases?
17      A.  Probably three or more.  Three to six, maybe.
18      Q.  Since 2005, you've cut back some in terms of
19 your medicolegal work; is that right?
20      A.  Yes.
21      Q.  Is it accurate to say that, over the years,
22 you've testified about 50 percent for plaintiff and
23 about 50 percent for defendants in litigation matters?
24      A.  Yes.
25      Q.  Is the only product liability matter that you

Page 29

1 have testified in, other than the MDL talcum powder
2 litigation, the morcellator deposition that you gave
3 earlier in -- this year, in January?
4      A.  Yes, sir.
5      Q.  Ms. O'Dell advised us at the start of the
6 deposition that, in addition to the materials that you
7 cite in your report and in your additional materials
8 list, that you have now reviewed a number of
9 additional materials prior to today; is that right?
10      A.  Yes.
11      Q.  Do those additional materials that you have
12 reviewed change in any respect the opinions that you
13 have set forth in your report?
14      A.  They reinforce and enhance or support my
15 opinion.
16      Q.  As we go through today, I may refer to talc,
17 I may refer to talcum powder, I may refer to talc
18 products or to baby powder or to Shower to Shower.
19 I intend, when I use those terms, to be referring to
20 the baby powder product manufactured by Johnson &
21 Johnson Consumer Products Inc. and the Shower to
22 Shower product formerly manufactured by Johnson &
23 Johnson Consumer Products Inc.
24           Do you understand that?
25      A.  I understand.

Daniel J. Clarke-Pearson, M.D.

Page 30

1    Q.  Your report which was provided to us, we will
2  mark as Deposition Exhibit 5.
3    (Exhibit No. 5 was marked for identification.)
4  BY MR. ZELLERS:
5    Q.  Can you just take a quick look at that and
6  confirm for us that that is Deposition Exhibit 5?
7    A.  It is.
8    Q.  Your report, which we have marked as
9  Deposition Exhibit 5, does that contain all of the
10  opinions that you intend to offer at any trial or
11  hearing in this matter?
12    A.  I believe so, yes.
13    Q.  Does your report identify everything that you
14  are relying on in forming your opinions in this
15  matter?
16    MS. O'DELL:  Object to the form.
17    THE WITNESS:  Obviously, we just talked
18  about some additional information -- materials that
19  I've reviewed since writing that report, so they would
20  be included in my opinion.
21  BY MR. ZELLERS:
22    Q.  We'll go through in a moment the additional
23  materials that you have reviewed.
24    If we look at your report and if we look at
25  the additional materials that you have reviewed in

Page 31

1  preparation for the deposition, does that include all
2  of the materials that you are relying on in forming
3  your opinion?
4    A.  To be clear, you're saying what I have
5  included in my report plus my additional materials,
6  that's what I relied on?
7    Q.  Yes.
8    Is that correct?
9    A.  Yes.
10    Q.  Is your report accurate?
11    A.  Yes.
12    Q.  Is your report complete?
13    A.  I believe it is.
14    Q.  Let's try to quickly go through, if we can,
15  the additional materials that you have reviewed since
16  you prepared your report, Exhibit 5.
17    Ms. O'Dell stated that you have reviewed the
18  Health Canada risk assessment; is that right?
19    A.  Yes.
20    Q.  You have reviewed the Taher, T-A-H-E-R, 2018
21  publication; is that right?
22    A.  Yes.
23    Q.  You have reviewed the 2019 Saed paper?
24    A.  Yes.
25    Q.  You have reviewed the Longo supplemental

Page 32

1  report?
2    A.  Yes.
3    Q.  You've reviewed a chapter of a book by
4  Creasman that was authored by Dr. Brewster; is that
5  right?
6    A.  That's correct.
7    Q.  Is there anything else that you have reviewed
8  and are relying on in preparation for your deposition
9  today and in providing us with your opinions?
10    A.  So all these references here (indicating),
11  I've reviewed.  I believe they're listed as part of an
12  exhibit.
13    Q.  And let's, you know, be as systematic as we
14  can be.
15    Your report, Exhibit 5, has a list of
16  references; is that right?
17    A.  Yes.
18    Q.  What do you intend -- or what is the meaning
19  of the references that appear as pages 11 through 14
20  in your report?
21    A.  Those references support what I quote -- not
22  quotes, but facts that are in my report.  They don't
23  include everything that I used in my consideration of
24  coming to my opinion.
25    Q.  Deposition Exhibit 6 is Exhibit B to your

Page 33

1  report.
2    (Exhibit No. 6 was marked for identification.)
3  BY MR. ZELLERS:
4    Q.  Is that correct?
5    Is Deposition Exhibit B a listing of
6  additional materials considered?
7    A.  Yes, it is.
8    Q.  Did you actually read and consider all of the
9  materials that are cited as Exhibit B to your report?
10    A.  I would say I did not read every word of
11  every paper.  I reviewed them, many times reading the
12  abstract.
13    Q.  Did you read at least the abstract of each of
14  the references contained as Exhibit B to your report,
15  going from page 1 through page 28?
16    A.  I believe so.
17    Q.  Exhibit B is meant to be materials that you
18  considered but are not directly relying on in
19  formulating your opinions; is that fair?
20    MS. O'DELL:  Object to the form.
21    THE WITNESS:  That's fair.
22  BY MR. ZELLERS:
23    Q.  In addition to the references that are
24  attached to your report, Exhibit 5 to the deposition,
25  and Exhibit B, which we've marked as Exhibit 6 to the

Daniel L. Clarke-Pearson, M.D.

| Page 34 | Page 36 |
|---|---|
| 1 deposition, are there any other materials that you | 1 you relied upon? |

---

Page 34

1 deposition, are there any other materials that you
2 have reviewed and relied upon in formulating the
3 opinions you're going to give today other than the
4 additional materials that we discussed a moment ago?
5     A. No.
6     Q. Are there any additional materials that you
7 have reviewed and relied upon since the time of your
8 report other than the materials that have been
9 identified by Ms. O'Dell?
10     A. No.
11     Q. Did you bring those additional materials with
12 you in the folders that you have in front of you?
13     A. Some of them. I have the Longo updated
14 report, for example.
15     Q. All right. I'd like to just mark, so that we
16 have a record of what it is you have reviewed, to the
17 extent there's any ambiguity in the record. And, for
18 example, I'm looking at --
19     MS. O'DELL: Mike, excuse me. Can
20 I just mention one thing?
21     MR. ZELLERS: Yes.
22     MS. O'DELL: Because when you were
23 going through your list, I had mentioned before an
24 UpToDate reference. It's in the stack I think you
25 have in your hand. But you didn't mention that in

Page 35

1 your sort of questions to Dr. Clarke-Pearson. So
2 I don't want there to be a misrepresentation --
3     MR. ZELLERS: Understood.
4     MS. O'DELL: -- on the -- I didn't mean
5 it that way. I didn't want there to be a
6 misunderstanding on the record.
7     MR. ZELLERS: I do understand.
8 I appreciate the clarification.
9 BY MR. ZELLERS:
10     Q. What I had been given was a clip with the
11 Brewster chapter from the Creasman textbook. But in
12 addition to what was on top, there is an UpToDate
13 official reprint that states at the top
14 "Evidence-based medicine," and then it lists several
15 authors, the first of which is Arthur T. Evans; is
16 that correct?
17     A. Yes.
18     Q. That's an additional set of materials that
19 you have reviewed and relied upon?
20     A. Yes.
21     Q. Also in the stack, and something that I did
22 not mention earlier, is "Emerging Themes in
23 Epidemiology, Analytical Perspective." First author
24 is Fedak. And this appears to be a 2015 publication.
25     Is that also something that you reviewed and

Page 36

1 you relied upon?
2     A. Yes, sir.
3     Q. We'll mark the Brewster chapter as Exhibit 7.
4     (Exhibit No. 7 was marked for identification.)
5     MR. ZELLERS: We will mark the UpToDate
6 reprint as Exhibit 8.
7     (Exhibit No. 8 was marked for identification.)
8     MR. ZELLERS: We will mark the Emerging
9 Themes in Epidemiology, 2015, Fedak, as Exhibit 9.
10     (Exhibit No. 9 was marked for identification.)
11 BY MR. ZELLERS:
12     Q. I'll return these to you, Doctor.
13     Can you show me or provide to me whatever
14 folders you have brought. I don't need the binders,
15 but just whatever additional materials you have
16 brought with you.
17     (Document was handed to counsel.)
18 BY MR. ZELLERS:
19     Q. And then it looks like you have IARC
20 monographs; is that right?
21     A. Yes.
22     Q. Are those IARC monographs that you have
23 brought with you, is that something that's either on
24 your reference list or your reliance list?
25     A. I believe it is.

Page 37

1     Q. Can you just tell us the title of the IARC
2 monograph that you have brought with you?
3     A. "IARC Monographs on the Evaluation of
4 Carcinogenic Risks to Humans, Volume 93, Carbon Black,
5 Titanium Dioxide, and Talc," dated 2010.
6     Q. The next set of materials, I'll mark these
7 collectively as Exhibit 10 so we can keep them in the
8 same order that you have brought them with you.
9     (Exhibit No. 10 was marked for identification.)
10 BY MR. ZELLERS:
11     Q. Exhibit 10, the first page is a listing of
12 handwritten notes. Can you read just the first line
13 to us.
14     A. "Exposure IARC 100C page 232."
15     Q. What does that refer to?
16     A. I put these together, if I can explain, so
17 that we might facilitate this discussion and be able
18 to find documents a little bit more quickly.
19     Q. What discussion does Exhibit 10 relate to?
20     A. Could I see the front of the folder, please?
21     Q. Sure.
22     A. It has to do with asbestos and ovarian
23 cancer.
24     Q. I will re-mark Deposition Exhibit 10.
25 Instead of putting the sticker on your page of

Daniel L. Clarke-Pearson, M.D.

Page 38

1 handwritten notes, I'll put it on the outside of the
2 folder, which are your references on asbestos and
3 ovarian cancer; is that right?
4         MS. O'DELL: Object to the form.
5         THE WITNESS: They are some of my
6 references.
7 BY MR. ZELLERS:
8     Q. These are the references, though, that you
9 chose to bring with you today to be prepared to answer
10 questions that the lawyers may ask?
11         MS. O'DELL: Object to the form. He
12 brought other references as well.
13         THE WITNESS: All of these references
14 here are -- also could support the question in that
15 folder about asbestos and ovarian cancer.
16 BY MR. ZELLERS:
17     Q. Who prepared the folder "Asbestos on Ovarian
18 Cancer"?
19     A. I did.
20     Q. Whose notes are the first page of this
21 folder?
22     A. That's mine.
23     Q. Who chose to include and to write down the
24 references that you did on this piece of paper?
25     A. I did.

Page 39

1     Q. The other exhibits that you have today, the
2 exhibits that we marked, was it -- Exhibit 9, is that
3 the Brewster chapter?
4     A. Exhibit 7 is the Brewster chapter.
5     Q. Okay, Exhibit 7. Who provided those
6 materials to you?
7     A. This is from a textbook in my office.
8     Q. Okay. Did you obtain that -- you know, that
9 information?
10     A. I'm not quite sure -- so I wrote a chapter
11 for this textbook myself on surgical complications.
12 It's a textbook that's in my office. This particular
13 document, if you will, or reprint from that chapter,
14 I'm not sure if I produced it or counsel did.
15     Q. Well, it's clear at the bottom that it was
16 produced by counsel; correct?
17     A. Okay.
18     Q. There's a notation that Dr. Thompson
19 downloaded that reference back in January of this
20 year; is that right?
21     A. I see that, yes.
22     Q. Are many of the materials that you've looked
23 at, including those on your reference list, your
24 additional materials-considered list, materials that
25 were provided to you by counsel for the plaintiffs?

Page 40

1         MS. O'DELL: Object to the form.
2         THE WITNESS: Many of them were
3 reprints that I created, and some were given to me by
4 counsel.
5 BY MR. ZELLERS:
6     Q. Are you able -- if we went through your list
7 of references that are attached to your report,
8 Exhibit 5, are you able to tell me easily which ones
9 came from counsel and which ones you may have found on
10 your own?
11     A. No, not easily.
12     Q. All right. Same question with respect to
13 Exhibit B, this 28 pages of additional materials. Are
14 you able to separate out for us easily what materials
15 came from counsel and what materials you found on your
16 own?
17         MS. O'DELL: Object to the form.
18         THE WITNESS: No, I can't.
19 BY MR. ZELLERS:
20     Q. The materials that are included in Deposition
21 Exhibit 10, the articles that you list on your sheet
22 of paper and have brought with you, there is a -- it
23 looks like an excerpt from the IARC working group
24 relating to asbestos and different types of asbestos;
25 is that right?

Page 41

1     A. Yes.
2     Q. You're not an expert in asbestos; correct?
3         MS. O'DELL: Object to the form.
4         THE WITNESS: It seems like I've become
5 pretty good at it after reading all of this material.
6 BY MR. ZELLERS:
7     Q. Well, I understand that. But you do not hold
8 yourself out or consider yourself to be an expert in
9 asbestos; is that right?
10     A. I think I've made it part of my job as an
11 expert to become very familiar with the issues
12 regarding asbestos and ovarian cancer.
13     Q. Do you consider yourself to be an expert in
14 asbestos?
15     A. Can you define "expert," please.
16     Q. Sure. Are you an expert in the different
17 types of asbestos: chrysotile, amosite,
18 crocidolite, tremolite, actinolite, and anthophyllite?
19     A. I'm aware that there are different types of
20 asbestos.
21     Q. Are you an expert in it?
22         MS. O'DELL: Object to the form.
23         THE WITNESS: I'm not sure I understand
24 what an expert is.
25

Daniel J. Clarke-Pearson, M.D.

Page 42

BY MR. ZELLERS:
1
2    Q. You're testifying as an expert gynecologist
3 oncologist in this case; is that right?
4    A. Yes.
5    Q. You consider yourself to be an expert in that
6 field; is that right?
7    A. Of course.
8    Q. Do you consider yourself to be an expert, to
9 provide expert testimony to the jury, on asbestos and
10 the different forms of asbestos?
11    A. I think I can testify to the jury what is in
12 the literature and the impact that asbestos has on
13 ovarian cancer risk.
14    Q. Prior to being retained by Dr. Thompson and
15 Ms. O'Dell, did you have professional experience with
16 asbestos?
17    A. I'm not sure what you mean by "professional
18 experience." I don't use it in my practice.
19    Q. Did you research it?
20    A. As I said, back in 1975, when I was a
21 resident, there was discussion about asbestos in
22 talcum powder.
23    Q. Did you consider yourself to be an expert in
24 asbestos before you were retained by Dr. Thompson and
25 Ms. O'Dell?

Page 43

1         MS. O'DELL: Object to the form.
2         THE WITNESS: I was aware of issues
3 with asbestos in terms of carcinogenic potential for
4 mesothelioma and ovarian cancer.
5 BY MR. ZELLERS:
6    Q. Is that a yes, you considered yourself to be
7 an expert in asbestos prior to being retained in this
8 matter?
9         MS. O'DELL: Object to the form.
10 I think he stated he was an expert in the health
11 effects.
12         MR. ZELLERS: The doctor can answer the
13 questions.
14         MS. O'DELL: He did answer the
15 question.
16         THE WITNESS: That's what I was trying
17 to say. It was the health effects, carcinogenic
18 potential of asbestos in talcum powder and other
19 industrial exposures.
20 BY MR. ZELLERS:
21    Q. Are you familiar with at least what the
22 different types of claimed asbestos is in talcum
23 powder?
24    A. Yes.
25    Q. And are you familiar with the health effects

Page 44

1 or alleged health effects of those different types of
2 asbestos?
3    A. Yes.
4    Q. Did you consider yourself to be an expert in
5 asbestos prior to being retained in this litigation in
6 2017?
7         MS. O'DELL: Objection. Asked and
8 answered.
9         THE WITNESS: I don't know when
10 I morphed into feeling I knew more about asbestos than
11 I did in 1975.
12 BY MR. ZELLERS:
13    Q. Your -- the -- strike that.
14       What gives you expertise, in your view, as
15 an expert in asbestos is the reading that you have
16 done since being retained in this matter; is that
17 right?
18         MS. O'DELL: Objection to the form.
19 Misstates his testimony.
20         THE WITNESS: The knowledge that I've
21 gained over time, including during this preparation
22 for this deposition and my report.
23 BY MR. ZELLERS:
24    Q. When you were contacted by Dr. Thompson, did
25 you consider yourself to be an expert in asbestos at

Page 45

1 that time?
2         MS. O'DELL: Object to the form.
3         THE WITNESS: Again, I've told you what
4 I knew about asbestos at that time, and I've learned
5 more since then.
6 BY MR. ZELLERS:
7    Q. Can you answer my question?
8       Did you consider yourself to be an expert in
9 asbestos when you were first contacted by
10 Dr. Thompson?
11    A. Again, I'm stuck with what -- how you define
12 asbestos -- how you define an expert.
13    Q. You're expert who -- an expert is someone
14 who has a special expertise in a matter that peers
15 would look to as a person and a resource.
16       Do people look to you as a resource on
17 asbestos?
18    A. People looked to me for a long time with
19 regard to -- as a resource with regard to asbestos and
20 its effects on the female genital tract and ovarian
21 cancer.
22    Q. So that's a yes, people have come to you for
23 some number of years as an expert on asbestos?
24    A. Patients have.
25         MS. O'DELL: Object to the form. It

Daniel J. Clarke-Pearson, M.D.

Page 46

1 misstates his testimony.
2         MR. ZELLERS:  Well, I'm trying to get
3 an answer to my question.
4         MS. O'DELL:  I think he answered your
5 question.
6         THE WITNESS:  Patients have come to me
7 as an expert in this topic as it relates to their
8 health.
9 BY MR. ZELLERS:
10    Q.  How about your peers?  Do your peers come to
11 you as an expert in asbestos at any time?
12    A.  I have different groups of peers.  My
13 gynecologic oncology colleagues, I don't think I'm any
14 more of an expert than they are.
15         On the other hand, a general obstetrician
16 and gynecologist, an internist, a family medicine
17 physician, a pediatrician would consider me an expert.
18    Q.  And that -- so my question very simply is do
19 your peers come to you as an expert in asbestos?
20         MS. O'DELL:  Object to the form.  Asked
21 and answered.
22         THE WITNESS:  I have lots of different
23 levels of peers, is what I was trying to describe.
24 BY MR. ZELLERS:
25    Q.  The second article that you brought and

Page 47

1 placed in your "Asbestos Ovarian Cancer" folder is an
2 article by Reid.  States at the top, published online
3 first May 24, 2011, in Cancer Epidemiology,
4 "Biomarkers & Prevention"; is that right?
5    A.  Yes.
6    Q.  The third article is "Occupational Exposure
7 to Asbestos and Ovarian Cancer."  This is a paper with
8 the first author of Camargo.  It appears that it was
9 published in Environmental Health Perspectives,
10 September 2011; is that right?
11    A.  Yes.
12    Q.  The last paper that you included in your
13 folder was an article on ovarian cancer and asbestos,
14 first named author Graham.  It was received -- is this
15 1967?
16    A.  Yes, sir.
17    Q.  You brought with you, which we will mark as
18 Exhibit 11, a folder captioned "EPI."  Is that right?
19    A.  Yes.
20    (Exhibit No. 11 was marked for identification.)
21 BY MR. ZELLERS:
22    Q.  The first page, are these your notes to help
23 you in terms of answering my questions relating to the
24 epidemiology of ovarian cancer and talcum powder?
25    A.  Yes, sir.

Page 48

1    Q.  Did you prepare these notes?
2    A.  Yes.
3    Q.  First paper you list here is -- or have
4 brought with you included in this folder and
5 highlighted is Gates, which was published
6 November 12th of 2009; is that right?
7    A.  Yes.
8    Q.  You also have brought a paper, HHS Public
9 Access, "Douching, Talc Use," Epidemiology, 2016.
10 First author is Gonzalez; is that right?
11    A.  Yes, sir.
12    Q.  Then you have another collection of materials
13 with some additional handwritten notes, also in what
14 we have marked as Exhibit 11, your "EPI" folder.  And
15 at the top of your handwritten notes, which appear on
16 two Post-its, it's "Penninkilampi."
17         That is a study that you have written down
18 along with some other notes, and you have brought that
19 with you in your folder; is that right?
20    A.  Yes.
21    Q.  You have brought the Berge paper, dated
22 May 18, 2018, European Journal of Cancer Prevention.
23 You have that in your folder; correct?
24    A.  Yes.
25    Q.  You have the Langseth paper that was accepted

Page 49

1 for -- well, strike that -- that was published in
2 Journal of Epidemiol. Community Health, 2008; is that
3 right?
4    A.  Yes.
5    Q.  And then finally, you have in your folder the
6 Taher -- T-A-H-E-R -- paper, which appears to be -- is
7 this a 2018 or 2019 paper, if you know?
8    A.  I don't know.
9    Q.  Was the Taher paper something that was
10 provided to you by counsel for the plaintiffs?
11    A.  Yes.
12    Q.  Was the Health Canada assessment something
13 that was provided to you by counsel for plaintiffs?
14    A.  Yes.
15    Q.  You've got a folder on animals with a couple
16 of very brief notes.  We've marked your folder on
17 animals as Exhibit 12.
18    (Exhibit No. 12 was marked for identification.)
19 BY MR. ZELLERS:
20    Q.  First paper we have is the Keskin article
21 from Gynecologic Obstetrics, 2009.  Keskin is spelled
22 K-E-S-K-I-N.  Is that right?
23    A.  Yes, the spelling's correct.
24    Q.  The next paper is the Hamilton paper.  It
25 looks like it was published in 1984.  The other

Daniel I.   Clarke-Pearson, M.D.

| Page 50 | Page 52 |
|---|---|
| 1 authors are Fox, Buckley, Henderson, and Griffiths. | 1 articles that I identified in my literature search. |
| 2 It was received for publication in 1983. | 2 BY MR. ZELLERS: |
| 3     Is that right? | 3     Q. Did you find any articles on the latency |
| 4     A. Yes. | 4 period of ovarian cancer in women? |
| 5     Q. Are these studies that you found, these | 5     A. The latency at the time of exposure to |
| 6 animal studies, or are these studies that were | 6 asbestos or talcum powder? |
| 7 provided to you by counsel for the plaintiffs? | 7     Q. Yes. |
| 8         MS. O'DELL: Object to the form. | 8     A. I think it's clear that there has to be a |
| 9         THE WITNESS: I think it's some of | 9 latency period, and it's probably very parallel, in my |
| 10 both. | 10 opinion, to the latency period for mesothelioma and |
| 11 BY MR. ZELLERS: | 11 many other cancers that requires decades of exposure |
| 12     Q. Well, there's only two that are here. So did | 12 before one develops ovarian cancer. |
| 13 you find and review the Keskin paper? | 13     Q. Can you be any more precise than "decades of |
| 14     A. I found it and reviewed it, yes. | 14 exposure"? |
| 15     Q. Not provided to you by counsel; is that | 15         MS. O'DELL: Object to the form. |
| 16 right? | 16         THE WITNESS: No more precise than |
| 17     A. Can I see them both? | 17 these papers that talk about the latency for |
| 18     Q. Sure. Of course. | 18 mesothelioma -- |
| 19     (Document was handed to the witness.) | 19 BY MR. ZELLERS: |
| 20         THE WITNESS: I think I printed this | 20     Q. You believe -- |
| 21 online, off of PubMed. | 21     A. -- which run the gamut from 22 to 32 years in |
| 22 BY MR. ZELLERS: | 22 one paper and 20 to 40 years in another paper. |
| 23     Q. And my question is a little different. | 23     Q. You believe that the latency period for |
| 24     Are these articles that you were made aware | 24 ovarian cancer is the same as the latency period for |
| 25 of by plaintiffs' counsel, or are these articles that | 25 mesothelioma; is that right? |

| Page 51 | Page 53 |
|---|---|
| 1 you found in any research that you did after being | 1         MS. O'DELL: Object to the form. |
| 2 retained in this matter? | 2         THE WITNESS: I believe it should be |
| 3     A. I understand your question. | 3 very close. |
| 4     Yes, I researched and found these as I did | 4 /// |
| 5 my PubMed search. | 5 /// |
| 6     Q. All right. Latency, Exhibit 13. | 6     (Exhibit No. 14 was marked for identification.) |
| 7     (Exhibit No. 13 was marked for identification.) | 7 BY MR. ZELLERS: |
| 8 BY MR. ZELLERS: | 8     Q. The last folder that you brought with you is |
| 9     Q. You've got a couple of handwritten notes, | 9 the -- is titled or captioned "Asbestos Fibers Talc |
| 10 just a couple of articles in here. One is "The | 10 Longo, etc." |
| 11 latency period of mesothelioma among a cohort of | 11     Is this also a folder that you prepared? |
| 12 British asbestos workers (1978-2005)"; and also | 12     A. Yes, sir. |
| 13 "Latency Period for Malignant Mesothelioma" by | 13     Q. You've got a number of handwritten notes and |
| 14 Dr. Lanphear, which is dated -- well, we'll have to | 14 calculations here; is that right? |
| 15 just let the record -- it was uploaded in 2016 by the | 15         MS. O'DELL: Object to the form. |
| 16 author. | 16         THE WITNESS: I'm not sure it's |
| 17     Are these materials that you found in your | 17 calculations. It's notes taken from the papers. |
| 18 search and have put together, or are these articles | 18 BY MR. ZELLERS: |
| 19 that were provided to you by counsel? | 19     Q. You cite and have brought with you a report, |
| 20         MS. O'DELL: Object to the form. | 20 Longo, January 15th, 2019. |
| 21         THE WITNESS: May I see that again? | 21     Is that the updated report that was referred |
| 22 BY MR. ZELLERS: | 22 to earlier? |
| 23     Q. Sure. | 23     A. That's my understanding. |
| 24     (Document was handed to the witness.) | 24     Q. You've got, looks like, an exhibit from the |
| 25         THE WITNESS: I believe these are both | 25 Hopkins deposition; is that right? |

Daniel L. Clarke-Pearson, M.D.

Page 54

1    A.  Yes.
2    Q.  You have an article by Blount, "Amphibole
3  Asbestos in Vermont Talc"; is that correct?
4    A.  Yes.
5    Q.  That's got an Imerys Bates number on it.
6      Is that where you obtained that document?
7        MS. O'DELL:  Object to the form.
8        THE WITNESS:  I obtained it from
9  counsel.
10 BY MR. ZELLERS
11   Q.  And then you also have the Pier deposition
12 exhibit in your folder; is that right?
13   A.  Yes.
14   Q.  Have we now identified all of the materials
15 that you have reviewed and relied upon in formulating
16 your opinions in this matter?
17   A.  Above and beyond these folders, the other
18 folders that we have here are included in my reliance.
19   Q.  Your reliance list and your reference list;
20 is that right?
21   A.  Yes.
22   Q.  Exhibit A, just so we are complete here, is
23 your CV, or curriculum vitae, as of the time that your
24 report was published; is that right?
25   (Exhibit No. 15 was marked for identification.)

Page 55

1  BY MR. ZELLERS:
2    Q.  And your report was published or provided and
3  signed in November of 2018?
4      And that's too many questions in one.
5      You attached an exhibit, Exhibit A, to your
6  report, which we have marked as Exhibit 5; is that
7  right?
8        MS. O'DELL:  Is it -- Exhibit 15 is
9  the --
10       MR. ZELLERS:  So Exhibit 15 is --
11 Deposition Exhibit 15 is a copy of Exhibit A to
12 Dr. Clarke-Pearson's report, which we marked as
13 Exhibit 5.
14 BY MR. ZELLERS:
15   Q.  Number one, is that correct?  Is this your
16 CV?
17   A.  This is my CV at the time my report was
18 submitted.
19   Q.  Is there a date on this curriculum vitae?
20   A.  I don't believe so.
21   Q.  Was it accurate and complete as of November
22 of 2018?
23   A.  I'm just checking to see what my most recent
24 reference was in here.  I try to keep it up to date.
25     Yes, I believe it was correct at the time

Page 56

1  that this was submitted in November 2018.
2    Q.  Are there any updates to your curriculum
3  vitae that you believe in any way are relevant to the
4  opinions you're giving here today?
5    A.  I understand.  No, there's no -- nothing
6  relevant to add.
7    Q.  I did not tell you at the beginning, but if
8  at any time you need to take a break and get up and
9  stretch, just tell me and we'll do that.
10   A.  Okay.
11       MR. ZELLERS:  Same goes for you as
12 well, Counsel.
13       MS. O'DELL:  Thank you.
14 BY MR. ZELLERS:
15   Q.  Did anyone assist you with your review and
16 research and preparation of your report in this matter
17 other than counsel?
18   A.  No, sir.
19   Q.  You were able to do the research that you
20 felt you needed to do to answer the questions that
21 were posed to you by counsel for the plaintiffs within
22 the 20 hours that are identified in your invoice,
23 Exhibit 2, between April 17th of 2017 and
24 November 4th of 2018?
25   A.  That's what I billed for.  As I sort of

Page 57

1  indicated earlier, I'm not very diligent on marking
2  down every minute or every hour that I spend.  So
3  that's what I billed for.  It's close to what time
4  I spent.
5    Q.  That's your best estimate of the time that
6  you had spent on this matter through the preparation
7  of your report, which we marked as Exhibit 5; is that
8  right?
9    A.  That's correct.
10   Q.  When were you first asked to prepare a
11 report?
12   A.  I'm not sure I can answer that question.  It
13 was obviously after I'd been retained and after I'd
14 had the opportunity to review materials to be able to
15 formulate an opinion.
16   Q.  Other than Ms. O'Dell and Dr. Thompson, what
17 other attorneys for the plaintiffs in the MDL talcum
18 powder litigation have you met with or communicated
19 with?
20   A.  I met Ms. Brown yesterday for the first time.
21   Q.  Anyone else?
22   A.  No, sir.
23   Q.  Do the -- strike that.
24     Does your invoice, Exhibit 2, approximate
25 the meetings and discussions that you had with

Daniel L. Clarke-Pearson, M.D.

| Page 58 | Page 60 |
|---|---|
| 1 Dr. Thompson and Ms. O'Dell up and through the | 1 powder proceeding, aside from the talcum powder MDL? |
| 2 production of your report in November of 2018? | 2   A. No. |
| 3     MS. O'DELL: Objection. Form. | 3   Q. What percent of your professional time do you |
| 4     THE WITNESS: I believe so. | 4 spend working as a consultant? |
| 5 BY MR. ZELLERS: | 5   A. With regard to medicolegal expert witness |
| 6   Q. Since then, what other time have you spent | 6 work? |
| 7 with the attorneys for plaintiffs relating to this | 7   Q. Yes. |
| 8 matter? | 8   A. What percent? I'd say probably 5 percent in |
| 9   A. I've had one meeting, I believe in early | 9 this past year, less than that in the preceding |
| 10 January, for an hour and a half or two -- | 10 several years. |
| 11   Q. Was that an in-person meeting or -- | 11   Q. What percent of your income is from |
| 12   A. Yes, it was in person. | 12 consulting on litigation matters? |
| 13   Q. Was that here in Chapel Hill? | 13   A. None of my income. |
| 14   A. Yes. | 14   Q. You receive no income as an expert witness |
| 15   Q. Was that with Ms. O'Dell and Dr. Thompson? | 15 consultant on litigation? |
| 16   A. Yes. | 16   A. No. |
| 17   Q. Anyone else? | 17   Q. Where does the money that you're billing for |
| 18   A. No. | 18 your services as an expert witness in this case go? |
| 19   Q. Any other meetings that you've had with | 19   A. The rules that we have at University of North |
| 20 counsel preparing for your deposition? | 20 Carolina is that any revenue, if you will, from expert |
| 21   A. This past Saturday and Sunday. | 21 witness work is considered clinical revenue and is |
| 22   Q. Did you meet with the three plaintiffs' | 22 sent to the practice plan. |
| 23 counsel who are here today? | 23   Q. Does your income, at least in part -- is it |
| 24   A. Ms. O'Dell and Dr. Thompson on Saturday, and | 24 determined by the income you bring into the |
| 25 Ms. Brown joined us on Sunday. | 25 university? |

| Page 59 | Page 61 |
|---|---|
| 1   Q. What amount of time did you spend, total, on | 1   A. The compensation plan doesn't account for the |
| 2 Saturday and Sunday with counsel preparing for the | 2 income we bring in. |
| 3 deposition? | 3   Q. Your testimony is that doesn't matter what |
| 4   A. I'd estimate probably four to five hours on | 4 grants you may bring in, it doesn't matter what expert |
| 5 Saturday and about five to six hours on Sunday. | 5 witness consulting you may do or what income you may |
| 6   Q. Anything else you did to prepare for your | 6 generate, it has no effect on your compensation; is |
| 7 deposition? | 7 that right? |
| 8   A. I reviewed a lot of materials here to be | 8     MS. O'DELL: Object to the form. |
| 9 really fresh on it. That's why you see these folders. | 9     THE WITNESS: The Department of |
| 10   Q. Anything else you did to prepare for your | 10 Obstetrics & Gynecology at the University of North |
| 11 deposition? | 11 Carolina, of which I'm the chair, the compensation |
| 12   A. I'm not sure I understand what else I might | 12 plan, the base salary is based on the AAMC median |
| 13 do. | 13 income based on subspecialty. |
| 14   Q. Did you talk to anyone other than counsel for | 14     So a maternal-fetal medicine physician, |
| 15 plaintiffs? | 15 based on their rank -- assistant, associate, and full |
| 16   A. I see. No, I didn't. | 16 professor -- has a different median income than does a |
| 17   Q. Did you speak to any of your colleagues about | 17 gynecologic oncologist, but it's pegged to national |
| 18 this? | 18 standards. |
| 19   A. No, sir. | 19 BY MR. ZELLERS: |
| 20   Q. The total amount of time that you've spent, | 20   Q. Is there any type of bonus or additional |
| 21 you would approximate to be the 20 hours that are | 21 compensation that someone in your department, |
| 22 reflected on Exhibit 2, plus an additional 60 hours up | 22 including yourself, can earn? |
| 23 until today when we started your deposition? | 23   A. Yes. |
| 24   A. That would be my approximation, yes. | 24   Q. How or what are the factors in terms of bonus |
| 25   Q. Have you been retained in any other talcum | 25 compensation or additional compensation? |

Daniel O. Clarke-Pearson, M.D.

Page 62

1     A.  Clinical relative value units that are
2  generated by a faculty member that exceed the
3  60th percentile are then attributed to that faculty
4  member.  The percent of the number of faculty members'
5  RVUs that are generated as a whole are then divided
6  out amongst the pot of money, if you will, that's
7  available for incentive distribution.  And that amount
8  of money depends upon the department's overall
9  financial status.
10     Q.  Do grants that are brought into the
11  university by members of your department have any
12  impact or part in this incentive distribution
13  calculation?
14     A.  Yes.
15     Q.  Do -- or strike that.
16        Does any income from litigation consulting
17  have a part in this incentive distribution?
18     A.  No.
19     Q.  Are you -- you are in charge of the
20  department; is that right?
21     A.  I'm the chair of the department.
22     Q.  Do you have to balance the books in terms of
23  money in and money out?
24     A.  Yes, sir.
25     Q.  Does income that you generate from litigation

Page 63

1  consulting help you balance the books of the
2  department?
3     A.  Yes.
4     Q.  The Deposition Exhibit 3, your list of
5  testimony that you've given in the past five years, is
6  that now accurate and complete?
7     A.  Yes, sir.
8     Q.  Have all of the testimonies you've given that
9  are listed on Exhibit 3, are those all deposition
10  testimony?  Or have you testified at trial?
11     A.  Let me take a look at them.
12        The Edmonson and Lee, I testified at trial.
13  Rappaport, I testified at trial.  Pizzirusso, I
14  testified at trial.  The latter two that I -- are just
15  depositions.
16     Q.  Is it accurate you did not give deposition
17  testimony in Edmonson, Rappaport, and Pizzirusso?
18     A.  No, that's not accurate.
19     Q.  Well, should those depositions also be
20  included in this list of testimonies?
21     A.  I don't know exactly what you asked for.
22  I -- this is either depositions or testimony that
23  I made in court.
24     Q.  Did you give a deposition in Edmonson in the
25  past five years?

Page 64

1     A.  Yes.
2     Q.  Is that included in the disclosure that was
3  given to us today, Exhibit 3?
4     A.  I considered it as deposition and trial
5  testimony.
6     Q.  So there were two testimonies, both of which
7  you gave on December 12th of 2014; is that right?
8     A.  No.  That was probably when we submitted our
9  invoice.  I got this information from my billing
10  department.
11     Q.  So Edmonson really should be two testimonies;
12  is that right?
13     A.  Yes.  Deposition --
14     Q.  And the deposition --
15     A.  A deposition and trial testimony.
16     Q.  And the date you've given here relates to
17  your invoice, not to when you provided the testimony?
18     A.  I believe so.
19     Q.  And the same answer with respect to
20  Rappaport.  The date on Exhibit 3 doesn't relate to
21  when you provided the testimony; is that right?
22     A.  That's right.  And I had a deposition and
23  trial.
24     Q.  And, lastly, with respect to the Pizzirusso
25  matter, the date doesn't relate to when you provided

Page 65

1  the testimony; correct?
2     A.  That's correct.
3     Q.  And it was actually a deposition and trial
4  testimony in those matters; is that right?
5     A.  Yes.
6     Q.  Have you ever been retained in a case
7  involving asbestos?
8     A.  No.
9     Q.  Have you ever been retained in a case
10  involving cosmetic products?
11     A.  No, sir.
12     Q.  Did you review any of the expert reports of
13  the other experts that have been retained by the
14  plaintiffs in the MDL talcum powder litigation?
15        MS. O'DELL:  Other than Dr. Longo,
16  which he's testified to.
17        MR. ZELLERS:  I'd like to hear it from
18  the doctor, but, yes, other than Dr. Longo.
19        THE WITNESS:  I've read a lot of
20  things.  Not many reports, so I don't recall exactly
21  if I -- may I ask counsel, since we've been working?
22  BY MR. ZELLERS:
23     Q.  Well, no, because I really want it to be your
24  testimony.  If you don't understand -- and I should
25  have told you this up front.  If you have to guess or

Daniel L. Clarke-Pearson, M.D.

| Page 66 | Page 68 |
|---|---|

**Page 66**

1 speculate to answer my question, tell me you can't
2 answer it because it would call for a guess or
3 speculation.
4     A. Okay. I can't answer that.
5     Q. You don't recall, as you sit here, other than
6 Dr. Longo's updated report, reviewing any other expert
7 reports in this litigation; correct?
8         MS. O'DELL: Object to the form.
9         THE WITNESS: I reviewed Dr. Longo's
10 original report and now the updated report.
11 BY MR. ZELLERS:
12     Q. Other than those reports, at least as you sit
13 here, you don't have a memory of reviewing other
14 expert reports in this matter; is that right?
15     A. I don't recall.
16     Q. Do you recall reviewing any defense expert --
17 or strike that.
18         Do you recall reviewing any other expert
19 reports in any talcum powder litigation other than the
20 MDL?
21     A. No.
22     Q. Have you communicated about the litigation --
23 the MDL talcum powder litigation -- with anyone other
24 than plaintiffs' counsel?
25     A. I'm required to communicate that to the

**Page 67**

1 hospital counsel, and I have.
2     Q. Who is the hospital counsel?
3     A. Her name is Glenn -- G-L-E-N-N -- George.
4     Q. Does she work for the university directly or
5 is she in private practice, if you know?
6     A. She works for the University of North
7 Carolina Hospital as the head counsel.
8     Q. Have you communicated about talc as a cause
9 of ovarian cancer with anyone other than the
10 plaintiffs' counsel?
11     A. As it regards to this case?
12     Q. Yes, as it regards to this case and your
13 opinion that talcum powder used in the perineal region
14 by women is a cause of ovarian cancer.
15     A. I've communicated to the immediate past
16 president of the Society of Gynecologic Oncology that
17 I think that they should investigate and offer a
18 committee opinion on the topic.
19     Q. Who is the -- past president you said you
20 communicated with?
21     A. Past president.
22     Q. Who is that?
23     A. Her name is Laurel Rice, R-I-C-E.
24     Q. When did you have that communication with
25 Dr. Rice?

**Page 68**

1     A. Sometime after I formed my opinion. I'm not
2 sure. I'm in communication with Dr. Rice quite often.
3 She's a friend of mine.
4     Q. Was it before or after you prepared your
5 report --
6     A. It was after my report.
7     Q. So sometime after November --
8     A. 16th.
9     Q. -- 16th of 2018; is that right?
10     A. Yes.
11     Q. Any other communication you've had with
12 anyone other than counsel for plaintiffs regarding
13 your opinion that talc is a cause of ovarian cancer?
14     A. No.
15     Q. Have you reviewed any deposition or trial
16 testimony from any of the talcum powder cases?
17     A. Yes. I'm blanking on her name. The GYN
18 oncologist, Judy -- one of the experts on the
19 plaintiffs' side that --
20     Q. Judy Wolf?
21     A. Yeah, Judy Wolf.
22     Q. Do you know Dr. Wolf?
23     A. I've met her once.
24     Q. Have you had any discussions with her about
25 the subject matter of your opinions in this case with

**Page 69**

1 Dr. Wolf?
2     A. I've had no communication with Dr. Wolf
3 whatsoever.
4     Q. You reviewed her deposition transcript in
5 preparation for today; correct?
6     A. Yes.
7     Q. Any other deposition transcripts or trial
8 transcripts in the talcum powder litigation or any
9 talcum powder case that you have reviewed?
10     A. Reviewed -- I can't remember the name --
11 Pinkerton, maybe. It was a toxicologist that had a
12 deposition.
13     Q. Do you remember the name or do you -- did you
14 know this toxicologist?
15     A. I don't know the toxicologist. I think the
16 name was Pinkerton.
17     Q. Any other deposition transcripts or trial
18 transcripts that you have reviewed?
19     A. No, sir.
20     Q. Were the transcripts of Dr. Wolf and
21 Pinkerton, the toxicologist, provided to you by
22 counsel for the plaintiffs?
23     A. Yes.
24     Q. Did you request any information or material
25 from counsel for the plaintiffs that was not provided

Daniel L. Clarke-Pearson, M.D.

Page 70

1  to you?

2      A.  No.  I think everything was provided to me

3  that I requested.

4      Q.  In your report and in one of your file

5  folders, you have exhibits from the deposition of John

6  Hopkins.  And let me rephrase that.  You have an

7  exhibit from a witness by the name of John Hopkins.

8  Are you aware of that?

9      A.  Yes.

10     Q.  Who is Mr. Hopkins?

11     A.  I've been -- it's my understanding -- and

12 I may be wrong -- that he is a former employee of

13 Johnson & Johnson.

14     Q.  Do you know what he did for Johnson &

15 Johnson?

16     A.  I believe somehow he was involved with

17 testing of talcum powder to evaluate for products such

18 as fibrous talc and asbestos.

19     Q.  Do you know anything else that Mr. Tom --

20 Mr. Hopkins did for Johnson & Johnson?

21     A.  No.

22     Q.  Did you review or read his deposition?

23     A.  I did not.

24     Q.  Do you know who Julie Pier is?

25     A.  Vaguely.

Page 71

1      Q.  Who is Julie Pier?

2      A.  My understanding is that she has also done

3  testing on Johnson & Johnson products.

4      Q.  Do you know where she works or by whom she is

5  employed?

6      A.  No.

7      Q.  Did you read her deposition transcript?

8      A.  No.

9      Q.  Have you reviewed any other exhibits to the

10 deposition of John Hopkins?

11     A.  No, sir.

12     Q.  Have you reviewed any other exhibits to the

13 deposition of Julie Pier?

14     A.  No.

15     Q.  Is it your practice outside of litigation to

16 rely on isolated exhibits from deposition testimony?

17         MS. O'DELL:  Object to the form.

18         THE WITNESS:  I think sometimes if

19 they're meaningful, yes.

20 BY MR. ZELLERS:

21     Q.  Have you ever, in any of the peer-reviewed

22 publications that are listed in Exhibit A, cited to

23 isolated exhibits from deposition testimony of

24 depositions that you didn't read?

25         MS. O'DELL:  Object to the form.

Page 72

1          THE WITNESS:  I'm sorry.  You're asking

2  me about peer-reviewed publications?

3  BY MR. ZELLERS:

4      Q.  Yes, and whether or not you have ever relied

5  upon isolated exhibits provided to you by counsel from

6  depositions that you have never read as support for

7  any of your peer-reviewed publications.

8      A.  In a peer-reviewed publication, one on

9  occasion will cite a personal communication from a

10 colleague or an expert.

11     Q.  Can you answer my question?

12     A.  "In a peer-reviewed publication, one on

13 occasion will cite a personal communication" -- okay.

14 So your question was -- all right.

15         So in my peer-reviewed publications, I would

16 say the answer is no.

17     Q.  What is the difference between the references

18 which are at the end of your report that we marked as

19 Exhibit 5 and the list of additional materials which

20 we marked as Deposition Exhibit 6 and you included as

21 Exhibit B to your report?

22     A.  Those are additional materials that

23 I reviewed in formulating my opinion, but I felt that

24 they didn't need to be included in my report.

25     Q.  Were the references that you listed in your

Page 73

1  report, Exhibit 5, the key primary materials that

2  you're relying on?

3          MS. O'DELL:  Object to the form.

4          THE WITNESS:  I think that's fair to

5  say, yes.

6  BY MR. ZELLERS:

7      Q.  If you go to Exhibit 6 -- could you find that

8  in front of you.  This, again, is Exhibit B to your

9  report.  Go to page 11.

10         And you see, starting at the bottom of page

11 11 carried over to page 12, there are a number of

12 documents that begin with "Imerys" and then have a

13 number following them.

14         Do you see that?

15     A.  Yes.

16     Q.  Did you rely on those documents in forming

17 your opinions?

18     A.  I reviewed them.

19     Q.  Can you identify for us here what those

20 documents are?

21     A.  I would have to go to the books to review

22 them.

23     Q.  Do you know how those documents were

24 compiled?

25     A.  They were supplied by counsel.

Daniel L. Clarke-Pearson, M.D.

Page 74

1    Q.  Turning to page 13, there's a series of
2  documents that begin with "J&J" followed by numbers.
3       Do you see that?
4    A.  Yes.
5    Q.  Did you rely on those documents in forming
6  your opinions?
7    A.  I reviewed them, and they probably served as
8  part of my overall opinion; but I'm not referencing
9  them per se in my report.
10   Q.  Can you identify or tell us what those
11 documents are?
12   A.  These were internal documents from J&J.
13 I don't recall specifically what each one of these
14 numbers represent.
15   Q.  Do you know how they were compiled?
16   A.  They were provided to me by counsel.
17   Q.  Plaintiffs' counsel provided you with these
18 select company documents that you have identified in
19 your additional materials list; is that right?
20   A.  Yes.
21       MS. O'DELL:  Object to the form.
22 BY MR. ZELLERS:
23   Q.  Were you provided with any documents of
24 either Imerys or J&J by counsel for plaintiffs that
25 you did not include or list in your additional

Page 75

1  materials-considered list?
2    A.  No.  I believe I've listed everything that we
3  saw.
4    Q.  Based upon -- well, strike that.
5       Did you review each of these documents of
6  Imerys and J&J that are identified in your
7  materials-reviewed list?
8       MS. O'DELL:  Objection.  Asked and
9  answered.
10      THE WITNESS:  Yes.
11 BY MR. ZELLERS:
12   Q.  Based upon that review, did you ask
13 plaintiffs' counsel if there were any additional
14 documents or documents that might put in context the
15 documents that were selected by plaintiffs' counsel
16 for you to review?
17      MS. O'DELL:  Object to the form.
18      THE WITNESS:  No, I didn't ask for
19 that.
20 BY MR. ZELLERS:
21   Q.  Outside of your work in litigation, do you,
22 with respect to your scientific publications and work,
23 rely on small subsets of internal company documents?
24      MS. O'DELL:  Object to the form.
25      THE WITNESS:  I believe this is the

Page 76

1  first time I've been shown internal documents in a
2  litigation.
3  BY MR. ZELLERS:
4    Q.  Do you have any knowledge as to what
5  percentage of the internal documents that have been
6  produced in this litigation were actually provided to
7  you and appear in your materials-considered list,
8  Exhibit 6 to this deposition?
9       MS. O'DELL:  Object to the form.
10      THE WITNESS:  I do not.
11 BY MR. ZELLERS:
12   Q.  Is it fair to say, Dr. Clarke-Pearson, that
13 the only company documents that you reviewed -- either
14 Imerys or Johnson & Johnson -- are the ones that were
15 hand-selected by plaintiffs' lawyers and provided to
16 you?
17   A.  Yes, that's fair to say.
18   Q.  Do you agree, based upon your experience and
19 the studies that you've reviewed, that most women who
20 used talcum powder in their perineal region begin that
21 use before age 30?
22      MS. O'DELL:  Object to the form.
23      THE WITNESS:  I believe that's
24 reasonable.  I'm not aware of any data that
25 specifically says that.

Page 77

1  BY MR. ZELLERS:
2    Q.  Well, the Cramer 2016 paper actually goes
3  through and lists out the age for the folks that were
4  included in that study first used genital powder.  Is
5  that generally familiar to you?
6    A.  I can pull the paper if we're going to need
7  to discuss it more, but...
8    Q.  Well, my question is -- and you can decide if
9  you need to pull the paper.  But do you agree that,
10 based upon your review of the literature, your
11 personal experience, that the vast majority of women
12 who use talcum powder in their perineal region begin
13 that use before the age of 30?
14      If you need to take a look at the Cramer
15 paper, go to page 336.  This is Cramer 2016, Table 1.
16   A.  So --
17   Q.  I think it's a simple question --
18   A.  Probably so.
19      So can you restate the question?  I've lost
20 it on the screen.
21   Q.  Sure.
22      Do you agree that most women who use talcum
23 powder in their perineal region begin that use before
24 age 30?
25   A.  Yes.

Daniel L. Clarke-Pearson, M.D.

Page 78

1    Q.  Do you agree that, on average, women who use
2  talcum powder in their perineal region continue that
3  use for over 20 years?
4    A.  Yes.
5    Q.  It's your opinion that talcum powder causes
6  ovarian cancer; is that right?
7    A.  Yes, sir.
8    Q.  What are the other causes of ovarian cancer?
9    A.  We can talk about risk factors --
10   Q.  No, I don't want to talk about risk factors.
11  You have identified talcum powder as a causative
12  factor in ovarian cancer; is that right?
13   A.  Right.
14   Q.  That's different than being a risk factor for
15  ovarian cancer; is that right?
16      MS. O'DELL:  Object to the form.
17      THE WITNESS:  I'm not sure that's true.
18  BY MR. ZELLERS:
19   Q.  Well, is it your opinion that ovarian cancer
20  is caused by talcum powder or that talcum powder is a
21  risk factor for ovarian cancer?
22   A.  Ovarian cancer is caused by talcum powder.
23   Q.  What other causes of ovarian cancer are
24  there, in your opinion?
25   A.  Fair enough.

Page 79

1      Age, lack of exposure to birth control
2  pills, lack of being pregnant -- so nulliparity --
3  obesity, women that have had pelvic inflammatory
4  disease, women who use a nonhormonal-producing
5  intrauterine device, women who have gene mutations for
6  BRCA1, 2, or Lynch syndrome.
7      There are probably others; but, off the top
8  of my head, I think that's a fairly complete list.
9    Q.  Each of the items that you have mentioned, in
10  your opinion, those are causes of ovarian cancer; is
11  that right?
12   A.  Yes.
13   Q.  What is the difference between a risk factor
14  and a cause?
15   A.  They're virtually the same.  A risk factor
16  describes a cause.  It does not affect every woman
17  that has that risk factor.
18   Q.  Is that true for all of the risk factors that
19  you just identified?
20   A.  Yes.
21   Q.  Is that true for talcum powder?
22   A.  Yes.
23   Q.  What makes a factor cross the line from being
24  a risk factor to being a cause?
25   A.  Well, I think that the risk factor is the

Page 80

1  cause, but the cause doesn't -- but the risk factor
2  doesn't cause the cancer in every instance.
3    Q.  Talcum powder is a risk factor for ovarian
4  cancer; is that right?
5    A.  And it causes ovarian cancer.
6    Q.  Every factor that you identified for us --
7  age, pelvic inflammatory disease, obesity -- those are
8  all risk factors for ovarian cancer and, in your
9  opinion, causes of ovarian cancer; is that right?
10   A.  Yes.
11   Q.  If a study shows a statistically significant
12  relationship between a risk factor and a disease, is
13  that enough for the factor to be classified as a
14  cause?
15   A.  In my opinion, yes.
16   Q.  Just takes one study; is that right?
17      MS. O'DELL:  Object to the form.
18      THE WITNESS:  No.  Now we're talking
19  about the totality of the evidence, and nearly all of
20  those -- all those risk factors that I described to
21  you that are causative for ovarian cancer, including
22  talcum powder, there's more than just one study.
23  BY MR. ZELLERS:
24   Q.  Let me ask my question again because I may
25  not have been clear.

Page 81

1      If a study shows a statistically significant
2  relationship between a risk factor and a disease, is
3  that enough for the factor to be classified as a
4  cause?
5    A.  I see what you're saying.
6      So, no, one study is not sufficient, in my
7  opinion.
8    Q.  Other than your discussion with Dr. Rice
9  sometime after November 16th of 2018, what have you
10  done to alert the medical community about the
11  relationship between talcum powder and ovarian cancer?
12      MS. O'DELL:  Object to the form.
13      THE WITNESS:  That's all I've done
14  right now.
15  BY MR. ZELLERS:
16   Q.  What was your methodology for concluding that
17  talcum powder causes ovarian cancer?
18   A.  All right.  So then we get into what
19  I describe as my methods to come to this conclusion.
20  And I was asked by counsel to form an opinion one way
21  or the other.
22      To do that, I used very similar techniques
23  that I use in doing peer-reviewed publications, of
24  which I have over 250 and over 50 book chapters.
25  I need to research the literature.

Daniel L. Clarke-Pearson, M.D.

Page 82

```
1          In this case, I used a PubMed search.
2   I also used a Google search.  And I reviewed a number
3   of textbooks.  In my PubMed search, many times there
4   were references that then I would turn to and also
5   pull up to review; and that's where many of these
6   publications over here in these binders come from.
7          As I then start working my way through it,
8   we start -- you know, in medicine, I would call it
9   evidence-based medicine.  In this particular
10  circumstance, Bradford Hill criteria are used to come
11  to a conclusion.  And I have my Bradford Hill summary
12  in the back of my -- at the end of my report to show
13  you how I came to my conclusions that talcum powder
14  causes ovarian cancer.
15      Q.  Anything else that you did in terms of your
16  methodology for concluding that talcum powder causes
17  ovarian cancer?
18      A.  I, you know, of course, in looking at
19  publications come to try to put some weight on the
20  publications, whether this is something that should be
21  given more weight or less weight.
22          I don't have a scoring system per se, but
23  evaluating the size of the study, the statistical
24  analysis, the study design, the credibility of the
25  author, the quality of the journal that the
```

Page 83

```
1   publication is printed in are all things that come to
2   my -- fit into my evaluation and help me come to my
3   conclusion.
4       Q.  Anything else?
5       A.  In the end, it's a matter of the totality of
6   what I've reviewed to bring forward my opinion based
7   on the Bradford Hill criteria.
8       Q.  Anything else?
9       A.  Not that I'm aware of except for my own
10  personal experience as a gynecologic oncologist for
11  nearly 40 years.  And I've harkened back several times
12  already to my early training and then subsequent to
13  that.
14      Q.  Did you follow this same methodology with
15  regard to the other question that you addressed,
16  whether or not there was a biologic mechanism by which
17  talcum powder could cause ovarian cancer?
18      A.  Yes, sir.
19      Q.  Do you believe that the standard for proving
20  causation in the medical literature is the same as the
21  one that applies in litigation?
22          MS. O'DELL:  Object to the form.
23          THE WITNESS:  I think that we use --
24  whether you want to call it Bradford Hill or whether
25  we want to call it evidence-based medicine, those are,
```

Page 84

```
1   I think, pretty much interchangeable terms.
2          I think in evidence-based medicine probably
3   fits more into my clinical practice, and it's my
4   understanding Bradford Hill fits more into litigation.
5   BY MR. ZELLERS:
6       Q.  Try to answer my question if you can.
7          Do you believe that the standard for proving
8   causation in the medical and scientific literature is
9   the same as the one that applies in litigation?
10          MS. O'DELL:  Object to the form.  Asked
11  and answered.
12          THE WITNESS:  I believe so.
13  BY MR. ZELLERS:
14      Q.  Is it generally known among gynecological
15  oncologists that talcum powder causes ovarian cancer?
16      A.  Not until recently.  I think I referred to a
17  tipping point that's happening right now that will
18  make more gynecologic oncologists aware of the
19  problem.
20      Q.  At least as of now, though, the answer would
21  be no based upon your experience; correct?
22      A.  My experience at the moment is that many
23  gynecologic oncologists are starting to suspect that
24  there is an association and that talcum powder causes
25  ovarian cancer based on the literature and then also,
```

Page 85

```
1   importantly, on what the news media has been
2   reporting.
3       Q.  What was your methodology for focusing on
4   certain studies and excluding or not addressing other
5   studies in your review?
6          MS. O'DELL:  Object to the form.
7          THE WITNESS:  Well, I think I tried to
8   answer that before.  I was trying to put a weight to
9   those studies that are more or less strong, if you
10  will, and -- and others that are there but really
11  don't have any input or bearing on my decision.
12  BY MR. ZELLERS:
13      Q.  You do not discuss or address the cohort
14  studies in your report; is that right?
15      A.  That's true.
16          MS. O'DELL:  Object to the form.
17  BY MR. ZELLERS:
18      Q.  Would you agree that, if you had only looked
19  at the cohort studies in this case, that you would not
20  have been able to opine that talcum powder causes
21  ovarian cancer?
22          MS. O'DELL:  Object to the form.
23          THE WITNESS:  Exactly why I tried to do
24  a full literature search and included case-control
25  studies.
```

Daniel L. Clarke-Pearson, M.D.

Page 86

1  BY MR. ZELLERS:
2      Q.  You believe -- well, strike that.
3          You have published a number of articles on
4  ovarian cancer; is that right?
5      A.  I believe so.
6      Q.  In any of those articles, have you published
7  your theory that baby powder causes ovarian cancer?
8          MS. O'DELL:  Object to the form.
9          THE WITNESS:  The intention of those
10 articles was not to address causation or risk factors.
11 BY MR. ZELLERS:
12     Q.  Is the answer no, that you have not, at least
13 in those publications, discussed your theory that baby
14 powder causes ovarian cancer?
15         MS. O'DELL:  Object to the form.
16         THE WITNESS:  Those papers were not
17 intended to discuss risk factors associated with
18 talcum powder, so the answer is no.
19 BY MR. ZELLERS:
20     Q.  Have you conducted any tests or experiments
21 to confirm your theory that talc migrates from the
22 perineum to the ovaries?
23         MS. O'DELL:  Object to the form.
24         THE WITNESS:  It's my opinion -- and
25 this is not a theory -- that it's well established in

Page 87

1  the gynecologic community that talc can migrate along
2  with other particles from the perineum to the ovarian
3  surface and fallopian tube.
4  BY MR. ZELLERS:
5      Q.  Try and answer my question if you can.
6          Have you, Dr. Clarke-Pearson, conducted any
7  tests or experiments to confirm the theory that talc
8  migrates from the perineum to the ovaries?
9          MS. O'DELL:  Object to the form.
10         THE WITNESS:  No, I have not.
11 BY MR. ZELLERS:
12     Q.  Have you, Dr. Clarke-Pearson, conducted any
13 tests or experiments to confirm your theory that talc
14 causes cancer via inflammation?
15         MS. O'DELL:  Object to the form.
16         THE WITNESS:  It's not my theory; it's
17 my opinion that talc causes ovarian cancer through
18 inflammation.
19         I have not done any studies to confirm my
20 opinion.
21 BY MR. ZELLERS:
22     Q.  Can you identify a single article that
23 identifies inflammation anywhere in a woman's
24 reproductive tract resulting from external genital
25 talc application?

Page 88

1          MS. O'DELL:  Mike, after
2  Dr. Clarke-Pearson answers this question, we've been
3  going about an hour and 50 minutes.  If we could take
4  a break, that would be great.
5          MR. ZELLERS:  That's fine.  I've got
6  one more after this, and then would be glad to take a
7  break.
8  BY MR. ZELLERS:
9      Q.  Dr. Clarke-Pearson, can you answer that?
10     A.  I thought I had a folder on inflammation
11 here.  I don't think you put it under your pile.  But,
12 at any rate, I think I have seen evidence that talc
13 can cause inflammation in the ovary.
14     Q.  Let me ask my question again.
15         Can you identify a single article that
16 identifies inflammation anywhere in a woman's
17 reproductive tract resulting from external genital
18 talc application?
19         MS. O'DELL:  Object to the form.
20         THE WITNESS:  I don't believe so, that
21 I can quote for you right now.
22 BY MR. ZELLERS:
23     Q.  Can you cite a single study, animal or human,
24 that traces externally applied talc up through the
25 reproductive tract to the ovaries?

Page 89

1      A.  I think that's well accepted, as I said, in
2  the gynecologic community, that the vagina is open to
3  the outside world, if you will, there's no lid at the
4  opening of the vagina, and that particles of talc can
5  migrate from the vulva and perineum up through the
6  uterus and onto the ovaries.
7      Q.  Now I need you to answer my question.  Do you
8  need me to repeat it?
9          MS. O'DELL:  Well, Counsel, won't you
10 be courteous of the witness.  He answered your
11 question.  You may not have liked the answer.  And you
12 happy to ask another question.
13         MR. ZELLERS:  No, he did not answer my
14 question.
15         MS. O'DELL:  He did answer your
16 question.
17         MR. ZELLERS:  The record will reflect
18 he did not.  And I think both of us, all of us, are
19 being cordial and professional.
20         If, at any time, Dr. Clarke-Pearson, you
21 don't think I'm being professional, let me know.
22 Okay?
23         THE WITNESS:  Sure.
24 BY MR. ZELLERS:
25     Q.  My specific question to you is can you cite

Daniel L. Clarke-Pearson, M.D.

| Page 90 |
|---|

1  any study, animal or human, that traces externally
2  applied talc up through the reproductive tact to the
3  ovaries?
4         MS. O'DELL:  Object to the form.
5         THE WITNESS:  So by study, you mean a
6  peer-reviewed publication?
7  BY MR. ZELLERS:
8     Q.  Yes.
9     A.  I cannot.
10        MR. ZELLERS:  Let's take a break.
11        THE VIDEOGRAPHER:  Going off the record
12  at 10:50 a.m.
13     (Recess taken from 10:50 a.m. to 11:04 a.m.)
14        THE VIDEOGRAPHER:  Back on record at
15  11:04 a.m.
16  BY MR. ZELLERS:
17     Q.  Dr. Clarke-Pearson, do you treat women who
18  have ovarian cancer and other gynecological disease?
19     A.  I've treated hundreds of women with ovarian
20  cancer, put them through radical surgical procedures,
21  including bowel resections and removing their spleen
22  to get their cancer out.  I've given them
23  chemotherapy.  We've had some successes.  I've taken
24  care of a lot of patients throughout the remainder of
25  their life as they died from ovarian cancer.

| Page 91 |
|---|

1         So to answer your question, yes.
2     Q.  Do you also counsel women who are at high
3  risk for ovarian cancer?
4         MS. O'DELL:  Object to the form.
5         THE WITNESS:  Yes.
6  BY MR. ZELLERS:
7     Q.  Ovarian cancer is a complex disease; correct?
8     A.  Cancer, in general, is a complex disease.
9  I wish we knew more about it.
10     Q.  No one knows for sure how ovarian cancer
11  develops; is that right?
12        MS. O'DELL:  Object to the form.
13        THE WITNESS:  I think we have some
14  strong opinions based on scientific research, and we
15  continue to research further in terms of the genetics
16  and mutations that go along with developing ovarian
17  cancer.
18  BY MR. ZELLERS:
19     Q.  Is it true that no one knows for sure how
20  ovarian cancer develops?
21        MS. O'DELL:  Object to the form.
22        THE WITNESS:  I guess no one knows for
23  sure.
24  BY MR. ZELLERS:
25     Q.  You refer in your report to there being

| Page 92 |
|---|

1  several theories as to the origin of ovarian cancer;
2  is that right?
3         MS. O'DELL:  Object to the form.
4         THE WITNESS:  Yes.
5  BY MR. ZELLERS:
6     Q.  Do you agree that, although some risk
7  factors, like age or BRCA genetic mutations have been
8  identified, it's impossible to say for sure what the
9  cause of ovarian cancer was for any individual woman?
10        MS. O'DELL:  Object to the form.
11        THE WITNESS:  Well, we know that the
12  cause is a genetic mutation that allows the ovarian
13  cancer -- that ovarian cell that was normal to become
14  a malignant cell and loses its regulation and growth.
15  BY MR. ZELLERS:
16     Q.  Do you agree, though, that it is impossible
17  to say for sure what the cause of ovarian cancer was
18  for any individual woman?
19        MS. O'DELL:  Object to the form.
20        THE WITNESS:  The cause is always a
21  gene mutation.
22  BY MR. ZELLERS:
23     Q.  Is it your testimony that you are able to
24  identify the cause of ovarian cancer in all cases?
25        MS. O'DELL:  Object to the form.

| Page 93 |
|---|

1         THE WITNESS:  I can't identify the gene
2  mutation in all cases, no.
3  BY MR. ZELLERS:
4     Q.  Is it impossible to say for sure what gene
5  mutation or other cause of ovarian cancer was for any
6  individual woman?
7         MS. O'DELL:  Object to the form.
8         THE WITNESS:  In some individual women,
9  we can identify the cause, for example, the mutation
10  of the BRCA1 and 2 gene.  We can also do genetic
11  profiling more and more these days, identifying a
12  number of gene mutations that then lead to the
13  malignancy.
14  BY MR. ZELLERS:
15     Q.  Other than BRCA1 and 2, do you agree that it
16  is impossible to say for sure what the cause of
17  ovarian cancer was for any individual woman?
18        MS. O'DELL:  Object to the form.
19        THE WITNESS:  There are more gene
20  mutations than BRCA 1 and 2.  There's PD1 and others
21  that I don't have off the top of my head that are now
22  being identified.
23  BY MR. ZELLERS:
24     Q.  Other than when a specific gene mutation can
25  be identified, is it impossible to say for sure what

Daniel L. Clarke-Pearson, M.D.

Page 94

1  the cause of ovarian cancer was for any individual
2  woman?
3          MS. O'DELL:  Object to the form.
4          THE WITNESS:  In -- to answer your
5  question, what I think I understand your question
6  being, if we can't identify a gene mutation, then we
7  don't know what caused it.  Is that what you're asking
8  me?
9  BY MR. ZELLERS:
10     Q.  Yes.
11     A.  Then the answer would be, yes, we don't know.
12     Q.  In your practice, do you diagnose what caused
13  your patients' ovarian cancer?
14     A.  We do genetic profiling, as is a relatively
15  new approach to trying to approach causes, and also
16  personalized treatment for patients with ovarian
17  cancer.
18     Q.  Other than genetic profiling, in your
19  practice do you diagnose what caused your patients'
20  ovarian cancer?
21         MS. O'DELL:  Object to the form.
22         THE WITNESS:  We don't.  There's no --
23  I don't think anybody can.
24  BY MR. ZELLERS:
25     Q.  In your practice, do you tell your patients

Page 95

1  what caused their ovarian cancer other than with
2  respect to genetic profiling?
3          MS. O'DELL:  Object to the form.
4          THE WITNESS:  No.
5  BY MR. ZELLERS:
6     Q.  Have you ever given any presentation on the
7  relationship between talcum powder and ovarian cancer?
8     A.  No.
9     Q.  Have you ever spoken at a conference or
10  meeting of the American College of Obstetricians and
11  Gynecologists, or ACOG, about the relationship between
12  talcum powder and ovarian cancer?
13     A.  Not that I recall.
14     Q.  Have you ever spoken at a conference or
15  meeting of the Society of Gynecologic Oncology, or
16  SGO, about the relationship between talcum powder and
17  ovarian cancer?
18     A.  No.
19     Q.  Does your institution, the University of
20  North Carolina, advise women that perineal use of
21  talcum powder causes ovarian cancer?
22     A.  Well, again, back to my point of the tipping
23  point in this whole discussion.  And so at this
24  juncture, we are considering adding that to our
25  patient intake form, to ask for that information, and

Page 96

1  then also advise.
2     Q.  As of today, it's not part of the patient
3  intake form; is that right?
4     A.  As of today, no.
5     Q.  As of today, the University of North Carolina
6  and the department that you chair do not advise women
7  that perineal use of talcum powder causes ovarian
8  cancer; correct?
9          MS. O'DELL:  Object to the form.
10         THE WITNESS:  That's correct.
11  BY MR. ZELLERS:
12     Q.  Do you teach residents about talc as a
13  potential risk factor?
14     A.  It is listed as a potential risk factor
15  today, and I think in the very near future it will be
16  considered a risk factor and a causative factor.
17     Q.  When did you first start doing that, teaching
18  residents about talc as a potential risk factor?
19     A.  Well, I think it's been in the literature for
20  a good while as a potential risk factor.
21     Q.  My question is when did you first begin
22  teaching residents about talc as a potential risk
23  factor?
24     A.  I think from the time that I was starting to
25  teach residents in 1975 -- well, I was a resident in

Page 97

1  '75 -- 1979 when I finished my residency and started
2  teaching residents.
3     Q.  Do you today ask any of your own patients if
4  they used talcum powder as a routine screening
5  question?
6     A.  I think that would be very inappropriate for
7  a woman who has advanced ovarian cancer to try to find
8  and cause her to feel guilt that she did something to
9  cause ovarian cancer.  My situation is one of trying
10  to take care of women that have ovarian cancer.
11     Q.  Have you ever told a patient that talcum
12  powder caused her ovarian cancer?
13     A.  No.
14     Q.  Have you ever recommended increased screening
15  or monitoring for ovarian cancer based on a patient's
16  prior use of talcum powder products?
17     A.  Not yet.
18     Q.  Have you ever recommended that a patient who
19  had a history of using talcum powder undergo
20  prophylactic surgery to remove the fallopian tubes or
21  ovaries because of her talcum powder use?
22     A.  I think that is likely to become a discussion
23  in the near future, and we would have to balance the
24  risks of surgery versus the risks of developing
25  ovarian cancer.

Daniel L. Clarke-Pearson, M.D.

| Page 98 |
|---|

1     Q. As of today, you have not; is that right?
2     A. That's correct.
3     Q. Have you ever asked your patients about their
4  exposure to asbestos in the course of taking their
5  medical histories?
6     A. No.
7     Q. Are you familiar with screenings for asbestos
8  exposure?
9     A. I'm not familiar with that.
10     Q. Do you ask your patients about their
11  occupational history?
12     A. I often -- yes, most of the time I find out
13  what the patient does outside the home.
14     Q. Do you ask your patients about the
15  occupational history of their parents?
16     A. I do not.
17     Q. Do you ask your patients about their spouse's
18  occupational history?
19     A. Sometimes.
20     Q. Do you ask what kind of buildings your
21  patients have either lived in or do live in?
22     A. No.
23     Q. Do you ask about the kind of buildings that
24  your patients either work in or have worked in?
25     A. Have not.

| Page 99 |
|---|

1     Q. In 1993 you coauthored an article on the
2  mutations of the p53 gene and ovarian cancer; is that
3  right?
4     A. I believe so. I was a coauthor.
5     Q. That study concluded that p53 mutations in
6  ovarian cancer arise because of spontaneous errors in
7  DNA synthesis and repair rather than direct
8  interaction with -- strike that -- rather than the
9  direct interaction of carcinogens with DNA; is that
10  right?
11        MS. O'DELL: He needed --
12        THE WITNESS: I would have to see that
13  paper. 1993 was a long time ago. It was kind of our
14  lab. And I was not in the lab, but I was a coauthor.
15        MR. ZELLERS: Deposition Exhibit 16 is
16  the paper on which you were an author. First named
17  author was Kohler.
18     (Exhibit No. 16 was marked for identification.)
19  BY MR. ZELLERS:
20     Q. Take just a quick look at that, and I have a
21  specific question for you.
22        This is your paper that you were a coauthor
23  on back in 1993; is that right?
24     A. Allow me to read this a little bit more.
25     Q. Sure.

| Page 100 |
|---|

1     A. All right. I think I can answer this. This
2  is a long time ago.
3     Q. As -- and let me just repeat my question, and
4  I'm specifically looking at the statement toward the
5  bottom of the third column on page 1 of the
6  publication.
7        The study concluded that p53 mutations in
8  ovarian cancer arise because of spontaneous errors in
9  DNA synthesis and repair rather than the direct
10  interaction of carcinogens with DNA; is that right?
11     A. That's what it reads.
12     Q. That would be inconsistent with the idea that
13  exposure to talcum powder causes errors in DNA
14  synthesis and repair that lead to cancer; is that
15  right?
16        MS. O'DELL: Object to the form.
17        THE WITNESS: No, that's not -- that's
18  not correct.
19  BY MR. ZELLERS:
20     Q. Why is that not correct?
21     A. So the inflammatory response of the ovarian
22  epithelium to talcum powder then leads to gene
23  mutations, and there is mounting evidence that that's
24  happening in work that's being written and presented
25  by Dr. Saed in particular.

| Page 101 |
|---|

1     Q. Does your paper -- the 1993 paper -- discuss
2  inflammation?
3     A. No. That wasn't part of the question that
4  was being pursued in this laboratory investigation.
5     Q. Your paper in 1983 [sic] states that
6  (as read):
7        "Consistent with data from
8        epidemiologic studies that failed
9        to demonstrate a convincing
10        relationship between ovarian
11        cancer and exposure to
12        environmental carcinogens."
13        Is that right?
14        MS. O'DELL: Object to the form.
15  BY MR. ZELLERS:
16     Q. And I'm looking again at the first page of
17  your article at the bottom -- or right above the line
18  in the third column.
19     A. You've read that correctly. I would have to
20  reread this paper -- it's more than 20 years old --
21  because I'm not continue -- I'm not currently aware of
22  the investigation that we did looking at carcinogens.
23     Q. In 2009, you published an article entitled
24  "Screening for Ovarian Cancer." Is that right?
25     A. I'd have to see the article.

Daniel L. Clarke-Pearson, M.D.

Page 102

1         MR. ZELLERS:  We'll mark your 2009
2 article as Deposition Exhibit 17.
3         (Exhibit No. 17 was marked for identification.)
4         THE WITNESS:  Yes.  Okay.
5 BY MR. ZELLERS:
6     Q.  This is an article that you authored; is that
7 right?
8     A.  Yes, it was printed in The New England
9 Journal.  I was invited to write this clinical review.
10    Q.  This is an article that is captioned
11 "Screening for Ovarian Cancer."  Is that right?
12    A.  Yes.
13    Q.  This is many years before you were retained
14 by Dr. Thompson and plaintiffs' counsel in the talcum
15 powder litigation; is that right?
16    A.  Yes.
17    Q.  In this article, you discussed risk factors
18 for ovarian cancer.  And I'm looking at the second
19 paragraph on page 1.
20    A.  The first page of -- page 170?
21    Q.  Yes.  And my question, specifically, is you
22 only discussed in this article the risk factors of
23 family history of ovarian or breast cancer and the
24 BRCA genetic mutations; is that right?
25        MS. O'DELL:  Object to the form.

Page 103

1         THE WITNESS:  That's what appears to
2 be, yes.
3 BY MR. ZELLERS:
4     Q.  You did not mention talcum powder in this
5 article; is that right?
6     A.  It appears I didn't mention several other
7 risk factors.  That wasn't the intent of this article.
8     Q.  Well, in July of 2014, you appeared on a FOX
9 News station to discuss ovarian cancer; do you
10 remember that?
11    A.  Vaguely.
12    Q.  That was before you were retained by
13 Dr. Thompson and by plaintiffs' counsel in this case;
14 correct?
15        MS. O'DELL:  Object to the form.
16        THE WITNESS:  Yes.
17 BY MR. ZELLERS:
18    Q.  As part of that discussion, you were asked
19 and talked about risk factors for ovarian cancer.
20        Do you recall that?
21    A.  No.
22    Q.  Do you recall that, in that interview in
23 2014, July, you only mentioned age, family history of
24 breast or ovarian cancer, and BRCA genetic mutations
25 as risk factors?

Page 104

1     A.  I don't recall that, but it may be on the
2 videotape that you probably have.
3     Q.  You did not tell the viewers that talcum
4 powder was associated with or a cause of ovarian
5 cancer; is that right?
6     A.  That's correct, because at that point in time
7 I didn't believe it was causative.
8     Q.  It wasn't until after being retained in this
9 case, and around the time that you concluded your
10 review in November of 2018, that you formed that
11 opinion; correct?
12        MS. O'DELL:  Object to the form.
13        Excuse me.  Go ahead.
14        THE WITNESS:  As I was preparing to
15 offer an opinion, I did this review and came to that
16 opinion, yes.
17 BY MR. ZELLERS:
18    Q.  If we try to put a time on it, it would be
19 toward the latter part of 2018, once you had completed
20 your review that you've told us about in connection
21 with this litigation; correct?
22    A.  Yes.
23        MS. O'DELL:  Object to the form.
24 BY MR. ZELLERS:
25    Q.  Where do practicing gynecological oncologists

Page 105

1 look for guidance on what the risk factors are for
2 ovarian cancer?
3     A.  I think a variety of sources, from --
4 published in many textbooks, review articles.
5     Q.  Well, just as you don't have the time to go
6 and research each and every potential risk factor for
7 ovarian cancer in depth, you rely on certain
8 organizations to do that research for you; right?
9        MS. O'DELL:  Object to the form.
10        THE WITNESS:  And other researchers,
11 yes.
12 BY MR. ZELLERS:
13    Q.  One organization would be the American
14 College of Obstetricians and Gynecologists, or ACOG;
15 is that right?
16    A.  Yes.
17    Q.  Another organization would be the Society of
18 Gynecologic Oncology, or SGO; is that right?
19    A.  Yes.
20    Q.  Another would be the National Cancer
21 Institute's physician data queries?
22    A.  I probably wouldn't turn to that, but it's
23 information available to the public.
24    Q.  That's generally thought to be reliable
25 information; correct?

Daniel L. Clarke-Pearson, M.D.

| Page 106 | Page 108 |
|---|---|

**Page 106**

1    MS. O'DELL:  Object to the form.
2    THE WITNESS:  I'm not quite certain.
3  I'm not familiar with that.  Is this a PDQ you're
4  talking about?
5  BY MR. ZELLERS:
6    Q.  A PDQ.  But you're familiar, certainly, with
7  the National Cancer Institute; right?
8    A.  Yes.
9    Q.  The National Cancer Institute has funded at
10  least some of the studies that you have been involved
11  in; is that right?
12    A.  As basic research and research into ovarian
13  cancer treatment, not necessarily risk factors.
14    Q.  Is it a reputable organization, the National
15  Cancer Institute?
16    A.  It's an agency that sponsors cancer research,
17  by and large.
18    Q.  Is that a "yes"?
19    A.  There -- they're reputable in terms of
20  sponsoring cancer research.
21    Q.  You're a member of ACOG; is that right?
22    A.  Yes, sir.
23    Q.  You're a member of SGO; is that right?
24    A.  Yes.
25    Q.  You were the president of SGO from 2009 to

**Page 107**

1  2010; is that right?
2    A.  Yeah.
3    Q.  You've served on a number of committees for
4  both ACOG and SGO; is that right?
5    A.  Yes.
6    Q.  Do you agree, generally, that the doctors and
7  scientists in organizations like ACOG and SGO are
8  working very hard to protect women's health?
9    A.  Yes.
10    MS. O'DELL:  Object to the form.
11  BY MR. ZELLERS:
12    Q.  And, in forming your opinions in this case,
13  did you consider the risk factors that ACOG and SGO
14  recognized for ovarian cancer?
15    A.  I was familiar with the existing risk factors
16  that had been identified.
17    Q.  Are you aware that, even as of today, in
18  their patient-facing websites as well as in their
19  publicly available information about ovarian cancer,
20  neither ACOG nor SGO identify perineal use of talcum
21  powder as a risk factor for ovarian cancer?
22    A.  Again, I'm getting back to my point that
23  we're at a point in time where it's a tipping point.
24  And so, yes, right now, that's not posted.  And
25  I would imagine that my opinion that ovarian cancer is

**Page 108**

1  caused by talcum powder will be reflected in those
2  statements in the future.
3    Q.  You don't have any reason to believe that the
4  physicians at ACOG and SGO have not kept up to date
5  with the talc and ovarian cancer epidemiology, do you?
6    MS. O'DELL:  Object to the form.
7    THE WITNESS:  I think that they haven't
8  looked at this question as in depth as I have.
9  BY MR. ZELLERS:
10    Q.  How do you know that?
11    A.  I'm quite certain of that.
12    Q.  Well --
13    A.  This is a huge amount of work, to spend 80
14  hours reviewing materials to come to my opinion.  I'm
15  not aware of any other physician that's been tasked
16  with that job, if you will.
17    Q.  Are there not committees on both ACOG and SGO
18  that look into risk factors and potential causes for
19  ovarian cancer?
20    A.  I have served as the committee chair for the
21  GYN Management Committee at ACOG, which publishes
22  committee opinions.  And I've also served on the
23  practice committee, which puts out technical
24  bulletins, now called practice bulletins.
25    In both cases, ACOG is asked by a member to

**Page 109**

1  consider investigating and writing an opinion about
2  that.  So if the opinion was requested by an ACOG
3  member, that committee would then decide whether they
4  wanted to pursue that or not.
5    Q.  Does ACOG and SGO have committees who
6  generally look at the risk factors for ovarian cancer?
7    A.  Only if that committee is asked to look at
8  that question.
9    Q.  Any member of ACOG or any member of SGO can
10  ask either ACOG or SGO and their respective committees
11  to look at and evaluate a particular risk factor;
12  correct?
13    A.  Yes.  Sure.
14    Q.  And it's your testimony that that's never
15  ever been done up until today?
16    MS. O'DELL:  Object to the form.
17    THE WITNESS:  No, it's not my
18  testimony.  I don't know what's been requested of ACOG
19  in the past or currently.
20  BY MR. ZELLERS:
21    Q.  Would it be important to you to know that
22  Centers for Disease Control and Prevention, the CDC,
23  does not list talcum powder or talc as a risk factor
24  for ovarian cancer?
25    A.  That doesn't surprise me.

Daniel L. Clarke-Pearson, M.D.

Page 110

1    Q. The same for the Mayo Clinic. The Mayo
2 Clinic does not list talc as a risk factor for ovarian
3 cancer; correct?
4    A. I'll take your word for it.
5    Q. Have you received funding from the National
6 Institutes of Health?
7    A. I've received funding from the National
8 Cancer Institute, and I have received funding for
9 physician training through the National Institutes of
10 Health for a women's reproductive health research
11 grant.
12    Q. Are you aware that NIH does not list talc as
13 a risk factor for ovarian cancer?
14    A. I would have to look at their publications.
15 That wouldn't surprise me, along with all the other
16 agencies and foundations and organizations that you've
17 listed previously.
18    Q. With respect to the National Cancer
19 Institute, they do publish guidance for physicians on
20 risk factors for cancer; is that right?
21    A. I believe so.
22    Q. Take a look at Deposition Exhibit 18.
23    (Exhibit No. 18 was marked for identification.)
24 BY MR. ZELLERS:
25    Q. Are you familiar with this publication of the

Page 111

1 National Cancer Institute?
2    A. No.
3    Q. This is not something that you reviewed in
4 all of your preparation and research for rendering
5 your opinions in this case?
6    A. I may have seen it, but I'm not familiar with
7 all the details of it.
8    Q. Well, did you review and rely on this
9 statement by the National Cancer Institute with regard
10 to ovarian, fallopian tube, and primary peritoneal
11 cancer prevention in your review of this matter?
12    MS. O'DELL: Object to the form.
13    THE WITNESS: It did not contribute to
14 my formation of my opinion, if that's what you're
15 asking.
16 BY MR. ZELLERS:
17    Q. Well, take a look, if you will, on page 12,
18 12 of 18, at the section "Perineal Talc Exposure."
19    Do you see that?
20    A. Yes.
21    Q. The National Cancer Institute states
22 (as read):
23    "The weight of evidence does not
24    support an association between
25    perineal talc exposure and an

Page 112

1    increased risk of ovarian cancer."
2    Is that right?
3    A. That's what they say.
4    Q. If you go to 18 of 18, this statement was
5 updated as of January 4th of 2019; is that right?
6    MS. O'DELL: Object to the form.
7    THE WITNESS: Yes, I see they updated
8 that.
9    And I think that I do recall having seen
10 this. And my recollection is that their references
11 are not fully up to date too. And also, it befuddles
12 me that the National Cancer Institute -- is that
13 right? -- National Cancer Institute, going back to
14 page 12, would take statistically significant clinical
15 studies and dismiss that clinical significance -- a
16 relative risk of 1.44, a relative risk of 1.26 -- I'm
17 sorry -- 1.71, a relative risk of 1.2 -- and say that
18 they're not important.
19 BY MR. ZELLERS:
20    Q. You have no personal knowledge of the
21 analysis done by the National Cancer Institute that
22 underlie this statement; correct?
23    A. I don't, and I have a hard time understanding
24 how they came to the conclusions they have.
25    Q. Well, let's look at the FDA. The FDA has

Page 113

1 also looked at this issue, has looked at the Bradford
2 Hill factors, and has concluded that causation has not
3 been established as between talcum powder use --
4 peritoneal -- perineal talcum powder use and ovarian
5 cancer; is that right?
6    MS. O'DELL: Object to the form.
7    THE WITNESS: I'd have to see the
8 publication.
9 BY MR. ZELLERS:
10    Q. Well, let's take a look.
11    I'm handing you what we have marked as
12 Deposition Exhibit 19.
13    (Exhibit No. 19 was marked for identification.)
14 BY MR. ZELLERS:
15    Q. This is a letter from the FDA. It has a date
16 stamp at the top, April 1, 2014. It's addressed to
17 Dr. Epstein at the University of Illinois in Chicago.
18    A. I think I have seen this one.
19    Q. FDA is another governmental entity; is that
20 right?
21    A. Yes.
22    Q. As far as you know, the FDA is not biased one
23 way or the other with respect to the food and drug
24 issues that they research and opine on; is that right?
25    MS. O'DELL: Object to the form.

Daniel L. Clarke-Pearson, M.D.

| Page 114 | Page 116 |
|---|---|

**Page 114**

1    THE WITNESS: No, that's incorrect. In
2 my personal experience, the FDA has done a bad job in
3 evaluating the risk of morcellation of uterine
4 fibroids. The data that they based their black box
5 opinion on in November of 2014 was based on inadequate
6 review of the medical literature. And it was biased
7 and I think clearly influenced by some outside
8 sources.
9 BY MR. ZELLERS:
10    Q. Do you have criticisms of the FDA's review
11 and investigation of talcum powder products?
12    A. I would like to reread this, because I did
13 have some criticism in reading this.
14    Q. Well, my question is more general. But you
15 would agree --
16    A. Yes, I have criticism. I think that they're
17 not sufficiently evaluating all the data and evidence
18 that's here.
19    Q. Does the FDA have qualified scientists and
20 medical professionals that look at various issues,
21 including talcum powder?
22    MS. O'DELL: Object to the form.
23    THE WITNESS: They probably have
24 qualified people that sometimes make mistakes or
25 sometimes have biases of their own.

**Page 115**

1 BY MR. ZELLERS:
2    Q. But do you agree that, on scientific issues,
3 including the one that we're here to talk about today,
4 whether or not talcum powder -- genital use of talcum
5 powder is a risk factor for ovarian cancer, that's a
6 topic on which well-qualified scientists and
7 physicians may have differing views?
8    MS. O'DELL: Object to the form.
9    THE WITNESS: They may have differing
10 views, yes.
11 BY MR. ZELLERS:
12    Q. Let's look at this publication from the FDA.
13 Turn to page 4, if you will. And we are looking at
14 Deposition Exhibit 21. Are you at page 4?
15    MS. O'DELL: Are we at 21 or 19?
16    MR. ZELLERS: Oh, I'm sorry.
17 I misspoke. Thank you, Ms. O'Dell. Yes. So let me
18 ask that question again.
19 BY MR. ZELLERS:
20    Q. Turn, if you will, Doctor, to page 4 of
21 Deposition Exhibit 19.
22    THE WITNESS: Ms. O'Dell, may I have --
23 I have some notes on this letter.
24    MS. O'DELL: Is it in your --
25    THE WITNESS: No, I don't think it's in

**Page 116**

1 the pile.
2 BY MR. ZELLERS:
3    Q. You have notes that are other than what you
4 brought here today?
5    MS. O'DELL: I think it's in -- may be
6 in your stack, Doctor. I'm not sure. I don't have
7 it --
8    THE WITNESS: Well, I'll go through it.
9 My recall of this is this letter is all over
10 the place in terms of pros and cons and pros and cons.
11 So we can work my way through it, but -- go ahead.
12 I'm on page 4.
13 BY MR. ZELLERS:
14    Q. All right. The FDA goes through and reviews
15 epidemiology and etiology findings; is that right?
16    A. That's where they start, yes.
17    Q. The FDA noted, in reviewing this issue,
18 genital use of talcum powder and ovarian cancer, that
19 "selection bias and/or uncontrolled confounding result
20 in spurious positive associations" --
21    A. I'm sorry. Can you just take me to where you
22 are on page 4?
23    Q. Sure. Let's look -- if we're on page 4,
24 right above the findings or conclusion, it says
25 (as read):

**Page 117**

1    "After consideration of the" --
2    A. My page 4 doesn't have findings and
3 conclusions. "Epidemiology and etiology findings"?
4    Q. Yes. So we're on the same page --
5    A. Above this (indicating)?
6    Q. Underneath "epidemiology and etiology
7 findings" --
8    A. Okay.
9    Q. -- if we go to the second paragraph, it
10 states (as read):
11       "After consideration of the
12       scientific literature submitted in
13       support of both citizen petitions,
14       FDA found..."
15    Are you with me?
16    A. Yes, I am.
17    Q. All right. No. 2 (as read):
18       "The FDA noted that no single
19       study has considered all the
20       factors that potentially
21       contribute to ovarian cancer,
22       including selection bias and/or
23       uncontrolled confounding that
24       result in spurious positive
25       associations between talc use and

Daniel L. Clarke-Pearson, M.D.

Page 118

1   ovarian cancer."
2       Did I read that correctly?
3   A. Yes.
4   Q. You would agree that there are limitations on
5   case-control studies; is that right?
6   A. Yes, there are.
7   Q. There are difficulties in interpreting a
8   retrospective case-control study; is that right?
9       MS. O'DELL: Object to the form.
10      THE WITNESS: I'm not sure what you
11  mean by "difficulties."
12  BY MR. ZELLERS:
13  Q. Well, are there limitations in interpreting a
14  retrospective case-control study?
15  A. There can be.
16  Q. What are those limitations that you're aware
17  of based upon your experience?
18  A. Well, it depends upon how the study is
19  designed, in terms of the size of the study, the --
20  how the -- you know, recall issue is always an issue
21  when you're dealing with patients retrospectively.
22      There are similar problems in cohort studies
23  as well.
24  Q. My question is very simple.
25      What are you aware of in terms of

Page 119

1   limitations of retrospective case-control studies?
2       MS. O'DELL: Object to the form. Asked
3   and answered.
4   BY MR. ZELLERS:
5   Q. That generally apply to case-control studies.
6       MS. O'DELL: Object to the form. Asked
7   and answered.
8       THE WITNESS: Well, there are
9   limitations in probably -- there's a variety of
10  limitations, depending upon the particular studies.
11  So I think we would have to get down to a particular
12  study. And I don't hang my weight -- or hang my hat
13  or put the weight of my opinion on a single study.
14  BY MR. ZELLERS:
15  Q. Well, you would agree that selection bias is
16  a potential concern in case-control studies; correct?
17  A. It can be.
18  Q. And uncontrolled confounding is a potential
19  concern in case-control studies; is that right?
20  A. Yes. But if your controls are well selected,
21  then that negates much of the bias.
22  Q. And, at least in this document, the FDA
23  states that "those result in spurious positive
24  associations between talc use and ovarian cancer
25  risk"; is that right?

Page 120

1   A. That's with regard -- in the first part of
2   their sentence to "no single study."
3   Q. Let's look at Conclusion 3.
4       "The FDA concludes that results of
5       case-control studies do not
6       demonstrate a consistent positive
7       association across studies."
8       Is that right?
9       MS. O'DELL: Objection.
10      THE WITNESS: That's wrong. You read
11  it right; it's wrong.
12  BY MR. ZELLERS:
13  Q. You disagree with the FDA's conclusion; is
14  that right?
15  A. Yes.
16  Q. And I'm going to ask you all about that
17  today --
18  A. Okay.
19  Q. -- so you'll have to chance to tell me why
20  you disagree.
21      Did the FDA also state that, at least based
22  upon its review of the epidemiology and etiology
23  findings, that a dose response -- strike that -- that
24  dose response evidence is lacking?
25      MS. O'DELL: Object to the form.

Page 121

1       THE WITNESS: And can you show me where
2   you're reading that?
3   BY MR. ZELLERS:
4   Q. Sure. Conclusion 3, last part of the
5   statement.
6   A. There is dose response evidence. It's not in
7   every single study, but we are aware of dose
8   response --
9   Q. Doctor, my question was, was it the FDA's
10  conclusion, based upon the epidemiology that it
11  reviewed as of 2014, that dose response evidence is
12  lacking?
13  A. That's the FDA's opinion; that's not my
14  opinion.
15  Q. Finally, the FDA found that "a cogent
16  biological mechanism was lacking." And I'm looking at
17  number 4, "A cogent biological mechanism by which talc
18  might lead to ovarian cancer is lacking."
19      Is that the statement of the FDA, at least
20  as of 2014?
21  A. The statement goes on in the same sentence to
22  say (as read):
23      "Exposure to talc does not account
24      for all cases of ovarian cancer."
25      Nothing accounts for all cases of ovarian

Daniel L. Clarke-Pearson, M.D.

Page 122

1  cancer.  I can't believe the FDA would even say
2  something like this.
3       Q.  Are you able to answer my question without
4  editorializing?
5       A.  I answered your question.  I have to finish
6  the whole sentence that you want me to read.
7       Q.  Did the FDA state, as of 2014, that "a cogent
8  biological mechanism by which talc might lead to
9  ovarian cancer is lacking"?
10          MS. O'DELL:  Object to the form.  Asked
11  and answered.
12          THE WITNESS:  That's what half of the
13  sentence says.  That's what the FDA wrote.
14  BY MR. ZELLERS:
15       Q.  All right.  IARC, you're certainly familiar
16  with IARC.  You brought your whole monograph here with
17  you today; is that right?
18       A.  Yes.
19          MS. O'DELL:  Object to the form.  It's
20  not his monograph; it's not the whole monograph --
21  it's multiple monographs, as you know.  So don't --
22  don't be --
23          MR. ZELLERS:  I haven't gone through it
24  page by page, but it looks like it's about a
25  2-inch-thick monograph that he brought with him today.

Page 123

1  BY MR. ZELLERS:
2       Q.  My question is, are you familiar with IARC?
3       A.  I am.
4       Q.  All right.  IARC has addressed Bradford Hill
5  considerations with respect to talc used in a perineal
6  manner with respect to women -- is that right? -- in
7  ovarian cancer?
8          MS. O'DELL:  Object to the form.
9          THE WITNESS:  You're asking me a
10  question, not what the FDA is writing here now but
11  what IARC has said?
12  BY MR. ZELLERS:
13       Q.  I'm now on to IARC.  So let me ask my
14  question.
15          Based upon your review of the IARC
16  monographs, it has addressed the Bradford Hill
17  considerations; is that right?
18          MS. O'DELL:  Object to the form.
19          Are you referring to all the monographs?
20  Are you referring to a certain topic that's --
21  because, as you know, there are multiple monographs
22  and they relate to different substances.  So, for your
23  specific question, that might be helpful.
24  BY MR. ZELLERS:
25       Q.  Are you aware, Dr. Clarke-Pearson, that IARC

Page 124

1  rejected classification of talc as carcinogenic and
2  instead assigned it to the classification of possibly
3  carcinogenic to humans?
4          MS. O'DELL:  Object to the form.
5          THE WITNESS:  I think that was an IARC
6  publication in the mid 2000s.  And I'm aware of it,
7  yes.
8  BY MR. ZELLERS:
9       Q.  Are you generally familiar with the IARC
10  categories?
11       A.  Generally, but I'm happy to walk through them
12  with you.
13       Q.  Sure.  Doctor, I show you Exhibit 20.
14     (Exhibit No. 20 was marked for identification.)
15  BY MR. ZELLERS:
16       Q.  This is a one-page listing of the agents
17  classified by the IARC monographs, Volumes 1 to 123,
18  and it lists out the different categories that IARC
19  classifies agents within.
20          You're generally familiar with --
21       A.  Yes.
22       Q.  -- with these classifications; is that right?
23       A.  Yes, sir.
24       Q.  Looking at Exhibit 20, there are 120 agents
25  in Group 1, "carcinogenic to humans"; is that right?

Page 125

1       A.  Yes.
2       Q.  That's the only category in which IARC finds
3  sufficient evidence in humans; is that right?
4       A.  That's my understanding.
5       Q.  And there's 82 agents in Group 2A, "probably
6  carcinogenic to humans"; is that right?
7       A.  I see that.
8       Q.  It appears that IARC isn't shy about
9  declaring something to be either a known or a probable
10  carcinogen; is that right?
11          MS. O'DELL:  Object to the form.
12          THE WITNESS:  I don't know about being
13  shy.  They have their listing from their --
14  BY MR. ZELLERS:
15       Q.  Well, they have over 200 agents in those two
16  categories; is that right?
17       A.  Yes.
18       Q.  There's only one agent in Group 4, "probably
19  not carcinogenic to humans"; is that right?
20          MS. O'DELL:  Object to the form.
21          THE WITNESS:  That's what it says.
22  BY MR. ZELLERS:
23       Q.  So out of the over a thousand agents that
24  IARC has reviewed, IARC has placed only one agent in
25  Group 4, "probably not carcinogenic"?

Page 126

1    A.  Yes.
2    Q.  IARC doesn't have a Group 5, "not
3  carcinogenic," do they?
4    A.  Not on this sheet.
5    Q.  With genital talc, IARC has classified
6  genital talc as a Group 2B category agent; is that
7  right?
8       MS. O'DELL:  Object to the form.
9       THE WITNESS:  I'm not sure.  It's just
10  genital talc.  Isn't the talcum powder of all forms?
11  BY MR. ZELLERS:
12    Q.  Talcum powder is a Group 2B agent, "possibly
13  carcinogenic to humans"; is that right?
14    A.  Yes.
15    Q.  That designation is based, according to the
16  IARC definitions, on limited evidence in humans; is
17  that right?
18       MS. O'DELL:  Object to the form.
19       THE WITNESS:  I would have to read what
20  is written.
21  BY MR. ZELLERS:
22    Q.  Is it your understanding that, in classifying
23  talcum powder as a Group 2B agent, that IARC cannot
24  rule out chance, bias, or confounding with reasonable
25  confidence; correct?

Page 127

1    A.  I suppose you're reading that from some IARC
2  statement that I don't have, but...
3    Q.  That's generally your understanding; correct?
4    A.  That would be generally my understanding,
5  yes.
6    Q.  Are you aware of some of the other agents
7  that have been designated as 2B agents by IARC as
8  possibly carcinogenic?
9    A.  I am not.
10    Q.  Ginkgo biloba?  Are you familiar with that?
11    A.  No.
12    Q.  Occupational carpentry and joinery?
13       MS. O'DELL:  I'm sorry.  I missed that
14  last one.  What did you say?
15  BY MR. ZELLERS:
16    Q.  Occupational carpentry and joinery.
17    A.  I was not aware of that.
18    Q.  Pickled vegetables?
19    A.  I've heard that.
20    Q.  All right.  What association does the
21  literature report between talc use and ovarian cancer?
22    A.  Well, now we move into looking at
23  epidemiology, in my opinion.
24    Q.  Well, these are just a few general questions.
25  If you need to look at your folders, please do.  But

Page 128

1  I just have a few general questions.
2    A.  All right.  Well, please go ahead.
3    Q.  Well, are you able to tell me, generally,
4  what association the literature reports between talc
5  use and ovarian cancer?
6    A.  The literature consistently shows an
7  increased risk of developing ovarian cancer in women
8  that are exposed to talcum powder.
9    Q.  Generally, it's around a 1.3 odds ratio in
10  the case-control studies; is that fair?
11       MS. O'DELL:  Object to the form.
12       THE WITNESS:  I would acknowledge that,
13  yes.
14  BY MR. ZELLERS:
15    Q.  All right.  Do you also acknowledge that the
16  epidemiologists consider a 1.3 odds ratio in
17  case-control studies to be a weak or modest
18  association?
19       MS. O'DELL:  Object to the form.
20       THE WITNESS:  I'm not sure what they
21  mean by "weak" or "modest."
22  BY MR. ZELLERS:
23    Q.  Would you categorize it as a weak or modest
24  association?
25    A.  No.  I would call it a statistically

Page 129

1  significant observation that impacts the lives of
2  thousands of women that I've taken care of over the
3  years and that, if talcum powder were not on the
4  market and being used in perineal hygiene, for lack of
5  a better word, many other women would not have died of
6  ovarian cancer that I've taken care of.
7       MR. ZELLERS:  Move to strike as
8  nonresponsive.
9  BY MR. ZELLERS:
10    Q.  You are unaware as to whether or not an
11  epidemiologist would consider a 1.3 odds ratio in a
12  case-control study to be a weak or modest association;
13  is that right?
14    A.  I don't understand the definition of "weak"
15  or "modest."
16    Q.  You're not an epidemiologist; is that right?
17    A.  That's correct.
18    Q.  Can you point to any peer-reviewed literature
19  on talc and ovarian cancer that states that 1.3 odds
20  ratio is a strong association?
21    A.  I think --
22       MS. O'DELL:  Object to the form.
23       THE WITNESS:  -- it's a statistically
24  significant association that's been consistently
25  reported in case-control studies and in meta-analyses.

Daniel L. Clarke-Pearson, M.D.

Page 130

BY MR. ZELLERS:
1
2     Q. I take it that's no to my question. Is that
3  right? And I'll ask it again if you'd like me to.
4         MS. O'DELL: Object to the form.
5  I think he answered your question.
6         THE WITNESS: I'm not aware that it's a
7  strong association or a weak association. It's a
8  statistically significant association.
9  BY MR. ZELLERS:
10    Q. You cannot point me to any peer-reviewed
11 literature on talc and ovarian cancer that states that
12 1.3 is a strong association; correct?
13        MS. O'DELL: Object to the form. Asked
14 and answered.
15        THE WITNESS: That's correct.
16 BY MR. ZELLERS:
17    Q. IARC does not refer to this as a strong
18 association; correct?
19    A. I'm not familiar with what IARC says.
20    Q. FDA does not refer to this as a strong
21 association; correct?
22    A. I'm not aware.
23    Q. The National Cancer Institute does not refer
24 to this as a strong association; correct?
25    A. I'm not aware what they said about strong or

Page 131

1  weak.
2     Q. Do your opinions on causation and strength of
3  association apply equally to all forms of ovarian
4  cancer?
5     A. No.
6     Q. Are you able to break down your opinion with
7  respect to ovarian cancer?
8     A. Yeah. So there are three types of ovarian
9  cancer: germ cell, sex cord-stromal, and epithelial
10 ovarian cancers. I have no evidence that sex
11 cord-stromal tumors or germ cell tumors are associated
12 with the use of talcum powder, although they are rare
13 cancers, so it would take much larger populations to
14 really fully investigate that issue.
15    Q. Do you -- strike that.
16        Does your opinion on strength of association
17 and causation apply equally to all forms of epithelial
18 ovarian cancer?
19    A. Reading the literature, it appears that there
20 is some variation in terms of impact that talcum
21 powder might have on some forms of ovarian cancer.
22    Q. Tell us what your opinions with the different
23 subtypes of epithelial ovarian cancer and whether or
24 not they are either a risk factor or a causative
25 factor for ovarian cancer.

Page 132

1         MS. O'DELL: Object to the form.
2         THE WITNESS: I'm not sure that
3  question --
4  BY MR. ZELLERS:
5     Q. I thought it was a good question. I can try
6  to do it again, but, did you not understand that
7  question?
8     A. I think what you're trying to get at is does
9  talcum powder have equal carcinogenic effect resulting
10 in different types of epithelial ovarian cancers?
11    Q. Yes.
12    A. Okay. So different types of epithelial
13 ovarian cancers are separated into several -- and we
14 believe there are several different mechanisms that
15 cause them. So in the past, they've been lumped into
16 epithelial ovarian cancers; but, in fact, the biology
17 of mucinous tumors -- cancers -- are different than
18 serous cancers.
19        Based on the epidemiologic evidence that
20 I've seen, there is a preponderance of impact on women
21 that have serous carcinomas of the ovary, which is the
22 most common ovarian cancer; and because it is the most
23 common, it's more likely we're going to see a
24 statistical association as opposed to a rarer cancer
25 like a mucinous cancer.

Page 133

1         So that is my answer to your question.
2     Q. Do your opinions as to talcum powder used in
3  the perineal area being a risk factor and/or a
4  causative factor for serous ovarian cancer also apply
5  to mucinous ovarian cancer?
6     A. I think the association is weaker for
7  mucinous.
8     Q. How about for endometrioid?
9     A. I think some studies have suggested
10 endometrioid is increased risk with talcum powder.
11    Q. Is it weaker?
12    A. Is it weaker?
13    Q. Than serous.
14    A. Than serous? I'm not certain of that.
15    Q. Clear cell, is it weaker than serous?
16    A. I'm not certain of that because clear cell is
17 a very rare cancer.
18    Q. On page 8 of your report, you say that
19 (as read):
20        "The strength of association
21        between talcum powder and ovarian
22        cancer is critically important
23        because of severity and frequency
24        of ovarian cancer."
25        Is that right?

Daniel L. Clarke-Pearson, M.D.

Page 134

1    A.  That's what I say.
2    Q.  Do you believe that ovarian cancer is a
3  frequently occurring disease?
4    A.  In my practice it is.  It occurs in 22,400
5  women a year in the United States, and about 14,000 of
6  those women will ultimately die of their cancer.
7    Q.  What is your support for that?
8    A.  My support for that data, the incidence of
9  ovarian cancer?
10    Q.  Yes.
11    A.  Well, I may have rounded it off and it may
12  not be exact, but the American -- I mean the American
13  Cancer Society, the SEER database.  Those would be two
14  sources of information that count the annual incidence
15  of ovarian cancer and the mortality from ovarian
16  cancer.
17    Q.  When you examine a causation, are you more
18  likely to consider a lower association causal if the
19  disease is severe or frequent?
20    MS. O'DELL:  Object to the form.
21    THE WITNESS:  Let me read your question
22  again.
23    I'm not sure what you mean by "lower
24  association."
25

Page 135

1  BY MR. ZELLERS:
2    Q.  You have told us in your report that "the
3  strength of association between talcum powder and
4  ovarian cancer is critically important because of the
5  severity and frequency of ovarian cancer."
6    Is that right?
7    A.  Yes, that's right.
8    Q.  My question is, when you examine causation,
9  are you more likely to consider a lower association
10  causal if the disease is severe or frequent?
11    MS. O'DELL:  Object to the form.
12    THE WITNESS:  No, it doesn't have
13  anything to do with my opinion as to what the
14  causation is.
15  BY MR. ZELLERS:
16    Q.  Langseth, 2008, that is a study that you have
17  reviewed and that you rely upon for your opinions in
18  this case; is that right?
19    A.  I believe so.  It's one of the meta-analyses,
20  as I recall.
21    Q.  Are you familiar with the Langseth
22  publication?
23    A.  I have read it, and I think it's of value,
24  but --
25    Q.  Take a look at -- I'm going to hand you the

Page 136

1  exhibit copy.
2    A.  Sure.
3    Q.  We have marked this one as Exhibit 21.
4    (Exhibit No. 21 was marked for identification.)
5    THE WITNESS:  Okay.
6    MS. O'DELL:  Feel free to look at your
7  own copy if you'd rather, Doctor.
8  BY MR. ZELLERS:
9    Q.  Do you have Exhibit 21?
10    A.  Yes.  You gave me two copies.  Here, let me
11  give you one back.
12    Q.  Ah, okay.
13    You have both the exhibit copy I gave you,
14  which is not highlighted, and you have your own
15  personal highlighted copy of the study; is that right?
16    A.  Yes, sir.
17    Q.  On page 7 of your report, you address this
18  meta-analysis by Langseth; is that right?
19    A.  I've lost track of my report, but as soon as
20  I get to it -- here we go.
21    Q.  Your report is Exhibit 5; is that right?
22    A.  I have one that's not marked, but go ahead.
23    Q.  Well, turn to page 7.
24    A.  Mm-hmm.
25    Q.  And do you see in your chart you have

Page 137

1  identified Langseth as one of the six articles that
2  you have pulled out and highlighted in your paper; is
3  that right?
4    A.  Yes.
5    Q.  And you list the odds ratio found by Langseth
6  and the other authors in that paper to be 1.40; is
7  that right?
8    A.  That's correct.
9    Q.  Go to Figure 1 on page 359 of the Langseth
10  article, Exhibit 21.
11    Do you have that?
12    A.  Yes.
13    Q.  And Langseth lists 20 case-control studies;
14  is that right?
15    A.  I believe so.
16    Q.  Of those 20 studies, only 10 have
17  statistically significant results; is that right?
18    A.  I'm going to have to go through each one, so
19  give me a moment here.
20    I count 11.
21    Q.  You count 11 that found a statistical
22  significance?
23    A.  Where the confidence interval does not
24  overlap 1.
25    Q.  Well, we have Cramer; correct?

Daniel L. Clarke-Pearson, M.D.

Page 138

1    A. Yes.
2    Q. Second, Harlow; correct?
3    A. Yes.
4    Q. Cramer again; correct?
5    A. Yes.
6    Q. Purdie; is that right?
7    A. Yes.
8    Q. Chang?
9    A. Yes.
10   Q. Cook?
11   A. Yes.
12   Q. Green?
13   A. Yep.
14   Q. Cramer?
15   A. Yep.
16   Q. Ness?
17   A. Yes.
18   Q. Mills?
19   A. Yes.
20   Q. That's 10. You see another one?
21   A. Okay. I'm sorry. I counted the pooled odds
22   ratio population-based studies. So 10. Yes, I agree
23   with you.
24   Q. So out of the 20 case-control studies that
25   are cited by Langseth and that you rely on for your

Page 139

1    opinions in this matter, only 10 of the 20 have
2    statistically significant results; is that right?
3    A. Yes.
4    Q. Is this the first time that you've done that
5    exercise, that you've actually looked at the 20
6    studies and determined that only 10 of them have
7    statistically significant results?
8         MS. O'DELL: Object to the form.
9         THE WITNESS: No. I didn't go through
10   every -- to count -- let me read your question again.
11        I was not aware of the exact count that you
12   brought to my attention. On the other hand, I think
13   that this paper results in a statistically significant
14   finding. That's the beauty of a meta-analysis.
15   BY MR. ZELLERS:
16   Q. Would you agree that 10 out of 20 is no
17   better than a coin toss?
18        MS. O'DELL: Object to the form.
19        THE WITNESS: You're misusing
20   epidemiologic data.
21   BY MR. ZELLERS:
22   Q. Would you agree that 10 out of 20 is no
23   better than a coin toss?
24        MS. O'DELL: Object to the form.
25        THE WITNESS: You'll have to tell me

Page 140

1    what 10 out of 20 we're talking about.
2         MS. O'DELL: Sorry, Doctor. Object to
3    the form. Asked and answered.
4         You may answer his question.
5    BY MR. ZELLERS:
6    Q. Generally, if you flip a coin 20 times, are
7    you going to get 10 heads and 10 tails?
8         MS. O'DELL: Object to the form.
9         THE WITNESS: Statistically, yes.
10   BY MR. ZELLERS:
11   Q. All right. Is it your opinion that 10 out of
12   20 means there are consistent results across
13   studies --
14   A. That's where a meta-analysis puts weight onto
15   some studies more than others.
16   Q. The --
17   A. -- and comes up with a conclusion that this
18   is a statistically significant finding, pooling all of
19   these papers.
20   Q. Langseth is just looking at the case-control
21   studies; is that right?
22   A. Yes.
23   Q. Langseth concluded -- and the authors
24   concluded -- that causation should be rejected and
25   that more study is needed; is that right?

Page 141

1         MS. O'DELL: Object to the form.
2         THE WITNESS: I'd have to see where
3    that's written.
4    BY MR. ZELLERS:
5    Q. Well, look under -- so same page, underneath
6    our table, see where it says "Proposal to research
7    community"?
8    A. Yes.
9    Q. (As read):
10        "The current body of experimental
11        and epidemiological evidence is
12        insufficient to establish a causal
13        association between perineal use
14        of talc and ovarian cancer risk."
15        Did I read that correctly?
16   A. You read that correctly.
17   Q. Would you agree that you're drawing
18   conclusions from this study that are broader than the
19   study authors' own conclusions?
20        MS. O'DELL: Object to the form.
21        THE WITNESS: My opinion is not based
22   on just this study; it's based on all of the studies
23   that I have in my report where there's a consistency
24   across all meta-analyses that there's a statistically
25   increased risk of ovarian cancer in women exposed to

Daniel L. Clarke-Pearson, M.D.

Page 142

1  perineal talc. Those confidence intervals in all of
2  those meta-analyses are statistically significant.
3          MR. ZELLERS: Move to strike as
4  nonresponsive.
5  BY MR. ZELLERS
6      Q. Are these -- at least with the Langseth
7  paper, you've gone further than what the authors have
8  concluded; correct?
9          MS. O'DELL: Object to the form.
10         THE WITNESS: I'm developing my opinion
11 on the totality of the evidence that I have reviewed.
12 BY MR. ZELLERS:
13     Q. Please answer my question. Just on the
14 Langseth paper --
15     A. My opinion is not based on the Langseth
16 paper.
17     Q. I understand. But with respect to Langseth
18 and the opinions that you've drawn from Langseth,
19 you've gone further in your conclusions than the
20 Langseth paper authors; correct?
21     A. No, I do not.
22         MS. O'DELL: Excuse me.
23     Object to the form. Misstates his
24 testimony.
25     You may repeat your answer if you'd like.

Page 143

1          THE WITNESS: My conclusions are not
2  based on only Langseth. That is a piece of
3  information that I've used in formulating my opinion.
4  BY MR. ZELLERS:
5      Q. Consistency is one of the Bradford Hill
6  factors; is that right?
7      A. Yes, sir.
8      Q. On page 6 of your report, you discuss the
9  epidemiological studies on talcum powder and ovarian
10 cancer; is that right?
11     A. Yes.
12     Q. In the second paragraph, under
13 "Epidemiology," you state (as read):
14     "When looking at these
15     epidemiologic studies and their
16     totality, the data shows a
17     consistent statistically
18     significant increased risk of
19     developing EOC [epithelial ovarian
20     cancer] with perineal talcum
21     powder use."
22     Is that right?
23     A. Yes, sir.
24     Q. In looking at this section, you don't discuss
25 or address the cohort studies at all; is that right?

Page 144

1      A. That's right.
2      Q. You just discuss the case-control studies and
3  then the meta-analyses; is that right?
4      A. That's correct.
5          MS. O'DELL: Object to the form.
6  BY MR. ZELLERS
7      Q. The cohort studies do not show a
8  statistically significant association between talc use
9  and ovarian cancer; is that right?
10     A. The cohort studies were not designed to
11 answer that question. They're poorly done and I don't
12 think contribute to this discussion.
13     Q. Is that a "yes," that the cohort studies do
14 not show a statistically significant association
15 between talc use and ovarian cancer?
16     A. The way they're written and studied and
17 reported, yes, correct.
18     Q. Berge 2017, that's a paper you've got in one
19 of your folders that we went through earlier today.
20 And you're generally familiar with that study; is that
21 right?
22     A. Yes.
23     Q. In Berge, the authors concluded that
24 (as read):
25          "The positive association between

Page 145

1          talc use and ovarian cancer
2          appears to be limited to serous
3          histologic type and to
4          case-control studies."
5      Do you agree with that?
6      A. Yes.
7      Q. How can you validate completely excluding
8  cohort studies from your discussion?
9          MS. O'DELL: Object to the form.
10         THE WITNESS: Because I don't think
11 they contribute one way or the other. They're poorly
12 designed, poorly executed, and the data that they
13 provide does not inform us at all.
14     And, in fact, these meta-analyses, in many
15 cases, included the cohort studies and still came out
16 with statistically significant increased risk of
17 ovarian cancer.
18 BY MR. ZELLERS:
19     Q. It was appropriate for you to exclude the
20 cohort studies from your discussion; correct?
21         MS. O'DELL: Object --
22         THE WITNESS: I did --
23         MS. O'DELL: Excuse me. Object to the
24 form. Misstates his testimony.
25     You may answer.

Daniel J. Clark, Pearson, M.D.

Page 146

1    THE WITNESS:  This table back here
2  that's got all these papers on it, we excluded.
3  They're not in my discussion.  I considered them, and
4  I didn't think that they contributed to the
5  information that I needed to present in my report.
6  BY MR. ZELLERS:
7    Q.  You state that Penninkilampi shows that the
8  cohort studies support a statistically -- well, strike
9  that.
10    I want to ask you a few questions about the
11  cohort studies.
12    Did you review the Gates 2010 cohort study?
13    A.  Yes.
14    Q.  The Gates 2010 cohort study found that there
15  was not a statistically significant relationship for
16  the serous invasive subtype of ovarian cancer; is that
17  right?
18    A.  I believe that's true, from my recollection.
19    Q.  Berge 2017 shows that the cohort studies do
20  not support a statistically significant relationship
21  between perineal talc use and ovarian cancer for any
22  subtype; is that right?
23    MS. O'DELL:  Object to the form.
24    THE WITNESS:  This is Berge's analysis
25  of the cohort studies and Berge's meta-analysis.  Is

Page 147

1  that the paper you're talking about?
2  BY MR. ZELLERS:
3    Q.  Yes.  2017.
4    A.  I presume, if you're reading it, that's what
5  he says.
6    Q.  Well, I'm looking at Berge 2017, page 6, left
7  column, at the bottom (as read):
8    "This positive association appears
9    to be limited to serous histologic
10    type and the case-control
11    studies."
12    We covered that earlier; correct?
13    A.  Yes.
14    MS. O'DELL:  What page, please?
15    MR. ZELLERS:  Page 6.
16  BY MR. ZELLERS:
17    Q.  We're in agreement on that; correct, Doctor?
18    MS. O'DELL:  Object to the form.  Give
19  him a moment.
20    THE WITNESS:  Yes, he says that in his
21  abstract.
22  BY MR. ZELLERS:
23    Q.  You were aware that Berge 2017 included the
24  Gates 2010 cohort study; is that right?
25    A.  Yes.  It's in Figure 2.

Page 148

1    Q.  You're aware that one of the studies --
2  another one of the meta-analyses that you cite to,
3  Penninkilampi 2018, excludes the Gates 2010 cohort
4  study; right?
5    A.  I believe so.
6    Q.  How did you make a determination to weigh
7  Penninkilampi more heavily than Berge?
8    They're both meta-analyses; correct?
9    A.  Right.
10    Q.  Why did you make a determination to weigh
11  Penninkilampi 2018 and place greater weight on it than
12  the Berge study?
13    MS. O'DELL:  Object to the form.
14    THE WITNESS:  I don't think
15  I necessarily placed greater weight on it.  I've told
16  you how I weight studies, and they all contribute to
17  the totality of my opinion.
18  BY MR. ZELLERS:
19    Q.  Did you -- well, strike that.
20    Isn't it a problem that Penninkilampi 2018
21  does not factor in the data from the Gates 2010 study,
22  given that the Gates study tends to negate an
23  association between perineal talc use and ovarian
24  cancer?
25    MS. O'DELL:  Object to the form.

Page 149

1    THE WITNESS:  I can't explain to you
2  what Penninkilampi was thinking or why he chose to
3  exclude it.
4  BY MR. ZELLERS:
5    Q.  Did you verify that the data that
6  Penninkilampi reports is accurate?
7    A.  Have I gone through every single case-control
8  study and verified every number that's in his tables?
9    Q.  Have you -- strike that.
10    Penninkilampi purports to report odds
11  ratios, lower limits and upper limits, for the
12  individual studies; is that right?
13    A.  Yes.
14    Q.  Did you go back to verify that Penninkilampi
15  was correct in his reporting of the results of those
16  individual studies?
17    A.  Yeah, that's the question I was just asking
18  you.
19    No, I did not go back.
20    Q.  In determining the study is of high quality,
21  would it be important to you that the authors are
22  accurately reporting the odds ratios and the
23  confidence intervals?
24    MS. O'DELL:  Object to the form.
25    THE WITNESS:  I trust the peer review

Daniel L. Clarke-Pearson, M.D.

Page 150

1  process that resulted in this publication.
2  BY MR. ZELLERS:
3      Q.  If there were errors in reporting of the odds
4  ratios or the confidence intervals, would that call
5  into question the reliability of the study?
6          MS. O'DELL:  Object to the form.
7          THE WITNESS:  It might.
8  BY MR. ZELLERS:
9      Q.  Of the histological subtypes for epithelial
10  ovarian cancer, do you consider endometrioid and clear
11  cell to be related?
12      A.  No.
13      Q.  You do not consider endometrioid and clear
14  cell ovarian cancer to be related?
15      A.  Only related in they fall into the
16  classification of epithelial ovarian cancers.
17      Q.  Penninkilampi only found a statistically
18  significant increased risk for serous and endometrioid
19  ovarian cancers; is that right?
20      A.  Okay.  Yes.
21          MS. O'DELL:  Let -- excuse me, Doctor.
22      If you need to look at the --
23  BY MR. ZELLERS:
24      Q.  You have Penninkilampi in front of you,
25  right, Doctor?

Page 151

1      A.  I have.
2      Q.  And if you need to take any more time to
3  answer any of my questions, please do.
4      A.  Okay.
5      Q.  Penninkilampi did not find a statistically
6  significant increased risk for clear cell or mucinous
7  ovarian cancer; is that right?
8      A.  Can you show me where you're reading it from?
9      Q.  Sure.  Take a look at the abstract for the
10  results.
11      A.  He says he found an increased risk of serous
12  and endometrioid but not mucinous or clear cell.
13      Q.  And that's where I was going to.  So our
14  record is complete, let's mark -- well, let's mark
15  both Berge 2017 -- we'll mark Berge 2017.
16          MS. O'DELL:  Mike, I think there's an
17  updated Berge publication, 2018.  Do you have the most
18  up to date?
19          MR. ZELLERS:  Asking him a question
20  about the Berge publication copyrighted 2017 that
21  appeared in "Genital Use of Talc and Risk of Ovarian
22  Cancer, a Meta-analysis."  That's the one that I'm
23  referring to and I believe the one that the doctor has
24  identified in his materials.
25          THE WITNESS:  Actually, mine is from

Page 152

1  May of 2018, European Journal of Cancer Prevention.
2  BY MR. ZELLERS:
3      Q.  Okay.  So let's do this:  Doctor, if you
4  don't mind, hand me your copy.  We'll mark that as
5  Deposition Exhibit 23.
6          MR. ZELLERS:  For right now, I'm going
7  to just put a No. 23.  And, Ms. Court Reporter, if, at
8  a break, you can put an official sticker on it.
9          MS. O'DELL:  I hate to even say this,
10  but did we mark 22?
11          MR. ZELLERS:  Yes.  So Deposition
12  Exhibit 22 is the Berge 2017 paper.
13          Deposition Exhibit 23 is the Berge
14  publication that appeared in the European Journal of
15  Cancer Prevention, dated May 2018.
16      (Exhibit Nos. 22 and 23 were marked for
17          identification.)
18  BY MR. ZELLERS:
19      Q.  So I'm going to hand both of these back to
20  you, Dr. Clarke-Pearson.
21          MR. ZELLERS:  I'm going to hand out my
22  exhibit copies to counsel.
23          Let me also, just so we have it in the
24  record, we'll mark as Deposition Exhibit 24 the
25  Penninkilampi meta-analysis that's referred to in the

Page 153

1  doctor's report.
2      (Exhibit No. 24 was marked for identification.)
3  BY MR. ZELLERS:
4      Q.  All right, Doctor.  Can I ask you some more
5  questions?
6      A.  Let's go for it.
7      Q.  Does it make sense that an environmental
8  exposure could increase the risk for endometrioid
9  ovarian cancer but not clear cell ovarian cancer?
10          MS. O'DELL:  Object to the form.
11          THE WITNESS:  Yes.
12  BY MR. ZELLERS:
13      Q.  How do you explain that finding?
14      A.  Well, we've talked about mutations
15  previously, and I'll bring it up again, that different
16  mutations occur that result in different types of
17  cancers.  And so the ovarian epithelium being exposed
18  to talcum powder may develop different cancers,
19  depending upon the impact that that talcum powder and
20  its products have on that particular cell.
21      Q.  Do you believe -- and, I think, as you told
22  us earlier -- that you find a stronger association
23  between perineal talcum powder use and serous ovarian
24  cancer than you find for endometrioid, clear cell, or
25  mucinous ovarian cancer; is that right?

Daniel L. Clarke-Pearson, M.D.

| Page 154 | Page 156 |
|---|---|
| 1    MS. O'DELL: Object to the form. | 1 exposure at one point in time and never followed the |
| 2    THE WITNESS: I think serous has the | 2 patients subsequent to that to get some idea of |
| 3 strongest association. But in some studies we see, | 3 frequency of use, whether the patient continued to use |
| 4 just as you're quoting from the -- whichever the study | 4 the talcum powder so that the real question is ever |
| 5 is that we're looking at, that whichever -- the | 5 use. We don't know duration and frequency from these |
| 6 Penninkilampi study -- so serous and endometrioid is | 6 cohort. |
| 7 increased. | 7    MR. ZELLERS: Move to strike as |
| 8 BY MR. ZELLERS: | 8 nonresponsive. |
| 9    Q. But not clear cell or mucinous; correct? | 9    MS. O'DELL: Oppose the motion. |
| 10    A. That's correct in this one study. | 10    MR. ZELLERS: And, Counsel, |
| 11    Q. Do you believe that Penninkilampi 2018 | 11 I understand that anytime I do that, you will oppose |
| 12 provides evidence that there's a biologically | 12 it. |
| 13 plausible mechanism by which talc can cause ovarian | 13    MS. O'DELL: I just wanted to make it |
| 14 cancer? | 14 clear. Didn't want you to think I was asleep over |
| 15    A. I don't recall, and I'm not seeing it as I do | 15 here. |
| 16 a quick scan, that he addresses mechanisms of | 16    MR. ZELLERS: I'm going to ask my |
| 17 cancer -- carcinogenesis. I wouldn't expect that in | 17 question again. |
| 18 an epidemiologic study. | 18 BY MR. ZELLERS: |
| 19    Q. Penninkilampi specifically states that | 19    Q. Dr. Clarke-Pearson, all of the cohort studies |
| 20 (as read): | 20 were prospective as opposed to retrospective; correct? |
| 21        "A certain causal link between | 21    A. They're prospective except for the fact that |
| 22        talc use and ovarian cancer has | 22 they don't continue to evaluate the ongoing use of |
| 23        not been established." | 23 talc in these patients. It was a point in time that |
| 24    Correct? | 24 the patient was asked whether she did or didn't use |
| 25    MS. O'DELL: Object to the form. | 25 talc. |

| Page 155 | Page 157 |
|---|---|
| 1    THE WITNESS: That's what he has | 1    Q. The cohort studies were not subject to the |
| 2 written, and you've read it correctly. | 2 same selection bias as retrospective case-control |
| 3    MS. O'DELL: Are you reading at a | 3 studies; is that right? |
| 4 certain page, Counsel? | 4    A. That's true. |
| 5    MR. ZELLERS: Yes. I was reading from | 5    Q. Recall bias is a concern in every |
| 6 page 42, the end of the first paragraph. | 6 retrospective study; correct? |
| 7    THE WITNESS: Okay. Right. | 7    A. Yes. |
| 8 BY MR. ZELLERS: | 8    Q. Recall bias can distort a scientific |
| 9    Q. Did I read that correctly? It's the last | 9 evaluation of whether an exposure is actually related |
| 10 statement in the first paragraph in the left-hand side | 10 to a disease; correct? |
| 11 (as read): | 11    MS. O'DELL: Object to the form. |
| 12        "A certain causal link between | 12    THE WITNESS: Let me read your question |
| 13        talc use and ovarian cancer has | 13 again. |
| 14        not yet been established." | 14    Recall bias has that risk of not being able |
| 15    Did I read that correctly? | 15 to analyze the data. |
| 16    A. I'm sorry. I'm losing track of where you | 16 BY MR. ZELLERS: |
| 17 are. Are you up here? | 17    Q. For example, recall bias could distort |
| 18    Q. Right here (indicating). | 18 results if women with ovarian cancer were more likely |
| 19    A. Okay. Yes, you read it correctly. | 19 to remember their exposure to talc than women without |
| 20    Q. Cohort studies are not affected by recall | 20 ovarian cancer; is that right? |
| 21 bias; is that right? | 21    MS. O'DELL: Object to the form. |
| 22    A. Not by recall bias, no. | 22    THE WITNESS: The issue in these large |
| 23    Q. All of the cohort studies were prospective as | 23 case-control trials is that we have many, many more |
| 24 opposed to retrospective; is that right? | 24 women in them that have ovarian cancer. And, |
| 25    A. The cohort studies gathered information about | 25 therefore, those potentially confounding factors get |

Daniel I.  Clarke-Pearson, M.D.

| Page 158 | Page 160 |
|---|---|
| 1 worked out in most cases, and there is a consistency | 1 case; is that right? |
| 2 across all of these studies. | 2    A. Yes. |
| 3 BY MR. ZELLERS: | 3    Q. Schildkraut 2016 looked at, among other |
| 4    Q. I'm going to ask you about consistency.  I'm | 4 things, what impact, if any, lawsuit filings in 2014 |
| 5 going to ask you about confounding factors.  But, for | 5 had had on whether women recalled using talc in the |
| 6 right now, please try to answer my question. | 6 past; is that right? |
| 7       Recall bias could distort results if women | 7    A. I think she tried to evaluate that, yes. |
| 8 with ovarian cancer were more likely to remember their | 8    Q. The authors thought that the publicity from |
| 9 exposure to talc than women without ovarian cancer; | 9 the lawsuits might influence the participants' recall |
| 10 correct? | 10 of prior body powder use; is that right? |
| 11    A. Yes, that could distort the results. | 11    A. Yes. |
| 12    Q. Recall bias could explain the fact that some | 12    Q. If we go to page 4 of Exhibit 25 -- |
| 13 retrospective case-control studies have found a | 13    A. Page 1414, Table 2? |
| 14 statistically significant relationship between talcum | 14    Q. Yeah.  Page 1414, Table 2, the second column |
| 15 powder and ovarian cancer but the cohort studies have | 15 shows the number of cases.  That's women with ovarian |
| 16 not; correct? | 16 cancer; is that right? |
| 17       MS. O'DELL:  Object to the form. | 17    A. Yes. |
| 18       THE WITNESS:  (As read): | 18    Q. The third column shows the controls.  Those |
| 19       "Recall bias could explain the | 19 are the women who do not have ovarian cancer; is that |
| 20       fact that some retrospective | 20 right? |
| 21       case-control studies have found a | 21    A. That's correct. |
| 22       statistically significant | 22    Q. Looking at this data, before 2014, before the |
| 23       relationship between talcum powder | 23 lawsuits, the percentage of controls -- meaning women |
| 24       and ovarian cancer?" | 24 without ovarian cancer -- who said they used talc on |
| 25       Yes, that's true. | 25 their genitals was 34 percent; is that right? |

| Page 159 | Page 161 |
|---|---|
| 1       And then you go on to say "but the cohort | 1    A. That's not in this table, I don't think, is |
| 2 studies have not." | 2 it? |
| 3       Have not found a statistically significant | 3    Q. Take a look -- do you see, under "Exposure," |
| 4 relationship?  That's true.  The cohort studies | 4 "Body powder use by location"?  It's about eight lines |
| 5 haven't found a statistically -- because the cohort | 5 down, "Interview date, less than or earlier than |
| 6 studies have many other confounding and inadequate | 6 2014." |
| 7 parts of their evaluation. | 7    A. I'm with you, yeah.  Okay. |
| 8       MR. ZELLERS:  Move to strike as | 8    Q. All right.  So the percentage of controls -- |
| 9 nonresponsive. | 9 meaning women without ovarian cancer -- who said they |
| 10 BY MR. ZELLERS: | 10 used talc on their genitals was 34 percent; is that |
| 11    Q. You rely on the Schildkraut case-control 2016 | 11 right? |
| 12 study for your opinions about dose response; is that | 12    A. I'm not seeing that.  I see "interview date |
| 13 right? | 13 less than 2014, never used." |
| 14    A. About what response? | 14    Q. Then you go down to "any genital use." |
| 15    Q. About dose response. | 15    A. Okay.  "Any genital use, 34 percent," yes. |
| 16    A. Dose response?  That's one of the studies. | 16 I see what you're saying. |
| 17    Q. All right.  Take a look, if you will, please, | 17    Q. And then the percentage of cases -- meaning |
| 18 at Deposition Exhibit 25, which is the Schildkraut | 18 women with ovarian cancer -- that they said used talc |
| 19 2016 study cited and relied upon by you. | 19 on their genitals who were interviewed before 2014 was |
| 20    (Exhibit No. 25 was marked for identification.) | 20 36.5 percent; is that right? |
| 21 BY MR. ZELLERS: | 21    A. Right.  That's correct. |
| 22    Q. Do you have that in front of you? | 22    Q. So roughly the same reporting of genital talc |
| 23    A. Yes.  You just handed it to me. | 23 use between women with and without ovarian cancer |
| 24    Q. And this is a study that you have previously | 24 before the lawsuits were filed; is that right? |
| 25 reviewed and you cite to in your materials in this | 25    A. Yes. |

Daniel T. Clarke-Pearson, M.D.

Page 162

1    Q. Now, look at what happened after the lawsuits
2 were filed.
3    A. I see.
4    Q. After 2014, what percent of women without
5 ovarian cancer said they used talc on their genitals?
6    A. 34.4 percent.
7    Q. So essentially the same as before; is that
8 right?
9    A. Yes.
10    Q. So, based on this data, the lawsuits had
11 essentially no effect on how many of the women without
12 ovarian cancer, the controls, remembered or recalled
13 using baby powder; is that right?
14    A. That seems to be true.
15    Q. For women with ovarian cancer, as we
16 discussed, before the lawsuits were filed,
17 36.5 percent of them said they recalled using baby
18 powder; is that right?
19    A. Yes.
20    Q. But after the lawsuits were filed,
21 the percent of women with ovarian cancer who said they
22 used baby powder went up to 51.5 percent; is that
23 right?
24    A. That's correct.
25    Q. So after the lawsuits were filed, the percent

Page 163

1 of women with ovarian cancer who said they used baby
2 powder jumped by over 40 percent; is that right?
3    A. It went from 36.5 to 51.5.
4    Q. That's just over 40 percent; correct?  That
5 increase?
6    A. From 36 to 51?
7    Q. Yes.
8    A. You're doing the math, but --
9    Q. Well, it's a substantial increase.
10    A. Yes.
11    Q. Would you agree with that?
12       MS. O'DELL:  Object to the form.
13       THE WITNESS:  Yes.
14 BY MR. ZELLERS:
15    Q. All right.  So, looking at this data, lawsuit
16 filings affected how many women with ovarian cancer
17 remembered using talc on their genitals but basically
18 had no effect on the memory of women without ovarian
19 cancer; correct?
20       MS. O'DELL:  Object to the form.
21       THE WITNESS:  I don't know that it --
22 the hypothesis that Dr. Schildkraut puts out there is
23 that the lawsuit filings may have changed women's
24 recall, if you will.  There may be other factors that
25 are involved here too.

Page 164

1 BY MR. ZELLERS:
2    Q. At least according to the author, the women,
3 after a lawsuit was filed, with ovarian cancer
4 remembered using talc much more than the women without
5 ovarian cancer; correct?
6    A. Yes.
7       MS. O'DELL:  Object to the form.
8 BY MR. ZELLERS:
9    Q. Those findings would be an example of the
10 potential effect of recall bias; is that right?
11    A. Yes.
12       MS. O'DELL:  Object to the form.
13 BY MR. ZELLERS:
14    Q. What was your methodology for discounting the
15 effect of recall bias in the population-based
16 case-control studies?
17    A. My methodology was to rely on a skilled
18 epidemiologist like Dr. Schildkraut to work her way
19 through all of the data and come up to her
20 conclusions.
21    Q. Is there a rate of error in such a
22 methodology?
23       MS. O'DELL:  Object to the form.
24       THE WITNESS:  I'm not sure I know what
25 you mean by "rate of error."

Page 165

1 BY MR. ZELLERS:
2    Q. Didn't the cohort studies involve a much
3 greater number of women than the case-control studies?
4    A. More women altogether, but less cancer cases.
5    Q. What was your methodology for weighing the
6 power of the cohort of studies versus the case-control
7 studies?
8    A. My methodology was to look at the issues
9 regarding cohort studies that are at fault, that are
10 defective in their trial design and the reporting of
11 their data.
12    Q. You're speaking about cohort studies in
13 general; is that right?
14    A. Well, three cohort studies.
15    Q. Is that right?  But you're talking about the
16 studies in general as opposed to specific aspects of
17 the individual cohort studies?
18    A. We can go through the specifics of these
19 three studies.
20    Q. Well, Gates 2010, the Nurses' Health Study,
21 did you review that?
22    A. Yes.
23    Q. It was a follow-up to the cohort study Gertig
24 2000; is that right?
25    A. Yes.

Daniel J. Clarke-Pearson, M.D.

Page 166

1    Q. It's an analysis of data collected in the
2 Nurses' Health Study; correct?
3    A. Yes.
4    Q. The analysis included over 100,000 women; is
5 that right?
6    A. I believe so.
7    Q. The women in the Nurses' Health Study were
8 followed from 1976 to 2006, so for 30 years; is that
9 right?
10    A. The knowledge in this study by the study --
11 the researchers doing the study did not gain any
12 information about exposure until 1982.
13    Q. After following over 100,000 women for three
14 decades, the data did not show a statistically
15 significant relationship between talcum powder use and
16 any type of epithelial ovarian cancer; is that
17 correct?
18        MS. O'DELL: Object to the form.
19        THE WITNESS: That's correct, and
20 there's many defects in the design of this study.
21        For example, the patients were never asked,
22 once again after 1982, whether they used or didn't use
23 talc or how frequently they used talc.
24 BY MR. ZELLERS:
25    Q. Well, let me ask you questions about that.

Page 167

1        The Nurses' Health Study participants were
2 between the ages of 30 to 55 at the start of the study
3 in 1976; is that right?
4    A. I believe so.
5        MS. O'DELL: If you need to see it --
6        THE WITNESS: I don't have -- well,
7 maybe I do have it here.
8 BY MR. ZELLERS:
9    Q. If you need to take a look at it -- do you
10 have it in front of you? I can give it to you if you
11 need it.
12    A. Okay.
13    Q. So my question is the Nurses' Health Study
14 participants were between the ages of 30 to 55 at the
15 start of the study in 1976; is that right?
16    A. Yes.
17    Q. They were asked about their talcum powder use
18 in 1982; is that right?
19    A. That's my understanding, yes.
20    Q. So they would have been between the ages of
21 36 and 61 when they were asked about their talcum
22 powder use; is that right?
23    A. Yes.
24    Q. Most women, as we have discussed, who used
25 talc in their perineal region start that use before

Page 168

1 age 30; right?
2    A. That's what we've seen in other studies.
3    Q. So if a study asks women ages 36 to 61 if
4 they use talcum powder, it would capture the majority
5 of women who use genital powder during the follow-up
6 period; correct?
7        MS. O'DELL: Objection to form.
8        THE WITNESS: During the follow-up
9 period?
10 BY MR. ZELLERS:
11    Q. Yes.
12    A. No. It's a point in time. The question was
13 ever used up to 1982.
14    Q. It would capture the majority of women who
15 use, genital powder use; is that right? In this
16 study.
17        MS. O'DELL: Object to the form.
18        THE WITNESS: Up till 1982.
19 BY MR. ZELLERS:
20    Q. Houghton, 2014, the Women's Health Initiative
21 Study, did you review that study?
22    A. I did.
23    Q. That study involves over 61,000 women; is
24 that right?
25    A. And only 429 cases of ovarian cancer.

Page 169

1    Q. Houghton 2014 did not find a statistically
2 significant relationship between perineal talc use and
3 ovarian cancer among women who had ever used talc; is
4 that right?
5    A. Yes. And this study was not powered to
6 identify --
7        MS. O'DELL: If you need it.
8        THE WITNESS: -- the relative risk that
9 we're talking about in the cohort studies -- I mean
10 the case-control studies. Excuse me.
11 BY MR. ZELLERS:
12    Q. Or among women who had fewer than nine years
13 of perineal talc use; right?
14    A. That's what I believe.
15    Q. I'm looking at page 4, Houghton 2014,
16 Table 2.
17    A. Okay. The question again? Table 2?
18    Q. Yeah. The question is Houghton did not find
19 a statistically significant relationship between
20 perineal talc use and ovarian cancer among women who
21 had fewer than nine years of perineal talc use; right?
22    A. Yes. That sort of exposure is minimal.
23    Q. Or among women who had more than ten years of
24 perineal talc use; is that right?
25    A. Yes.

Page 170

1    Q. And the same results for talcum powder on a
2 sanitary napkins or diaphragms; is that right?
3    A. Yes.
4    Q. Isn't it true that, when combined in a
5 meta-analysis, these cohort studies, the three that
6 we're talking about, have sufficient power to detect a
7 relative risk of 1.25?
8    A. I'm not aware that that -- how that
9 calculation was made.
10   Q. Did you consider the published power
11 calculation by Berge?
12      And so if you look at the Berge 2017 paper,
13 page 6, second column, first paragraph, Berge and his
14 coauthor states (as read):
15      "The statistical power of the
16      meta-analysis of these cohort
17      studies" --
18      MS. O'DELL: I'm sorry, Mike. Where
19 are you reading? Page 6?
20      MR. ZELLERS: Page 6, second column,
21 first paragraph.
22      MS. O'DELL: Thank you.
23      MR. ZELLERS: Sure.
24      THE WITNESS: Second column. That's
25 what this looks like to me (indicating).

Page 171

1 BY MR. ZELLERS:
2    Q. Looking at Exhibit 22.
3    A. I've got 23, which is the more recent paper.
4    Q. Well, take a look at 22, which is the year
5 before, 2017. And I'm looking at page 6. And I'm
6 looking at the last part of the first full paragraph
7 in the right-hand column.
8      Are you with me?
9    A. "The important feature of the present
10 meta-analysis"?
11   Q. Yes.
12   A. Okay.
13   Q. And so if we go down about two-thirds of the
14 way, Berge and the authors conclude (as read):
15      "The statistical power of the
16      meta-analysis of these cohort
17      studies to detect a relative risk
18      of 1.25, similar to the result of
19      the meta-analysis of case-control
20      studies, was 0.99. Thus low power
21      of cohort studies cannot be
22      invoked as an explanation of the
23      heterogeneity of results."
24      Do you see that?
25   A. Let me read it one more time, please.

Page 172

1    Q. Sure.
2    A. So he is saying that the cohort studies are
3 not powered to detect 1.25.
4    Q. What he is saying, I believe, is that the
5 cohort studies are powered to detect a relative risk
6 of 1.25, which was the basis for his conclusion in the
7 last sentence (as read):
8      "Thus low power of cohort studies
9      cannot be invoked as explanation
10      of the heterogeneity of results."
11      MS. O'DELL: Object to the form.
12      THE WITNESS: I read that with a
13 different understanding.
14      What he's saying is that the ability of the
15 cohort study is to detect a relative risk of 1.25 that
16 is similar to the results of the meta-analyses
17 case-control studies was only .99.
18      So those cohort studies aren't powered to
19 detect 1.25.
20 BY MR. ZELLERS:
21   Q. Does Berge conclude "Thus low power of cohort
22 studies cannot be invoked as explanation of the
23 heterogeneity of results"?
24   A. And I'm not sure what I mean -- what you mean
25 by -- what he means by "heterogeneity of results."

Page 173

1    Q. Did I read it correctly?
2    A. Yes, you read it correctly.
3    Q. All right.
4      You're familiar with the hospital-based
5 case-control studies; is that right?
6    A. They are part of the case-control studies,
7 yes.
8    Q. You agree with me that none of the
9 hospital-based case-control studies show a
10 statistically significant association between talc use
11 and ovarian cancer; is that right?
12      MS. O'DELL: Object to the form.
13      THE WITNESS: I would have to go back
14 to each one of those studies, sir.
15 BY MR. ZELLERS:
16   Q. Well, let's -- do you have Langseth there?
17 That might be an easy way to --
18   A. I do.
19   Q. -- take a look at this.
20      We looked at the Langseth as Deposition
21 Exhibit 21.
22   A. I have it.
23   Q. And if we look at his table on page 359, he
24 lists out each of the hospital-based case-control
25 studies.

Daniel L. Clarke-Pearson, M.D.

Page 174

1      Do you see that?
2      A.  Right.  Those are in the forest plot, yes.
3      Q.  None of the hospital-based case-control
4  studies show a statistically significant association
5  between talc use and ovarian cancer; correct?
6      A.  Yes.
7      Q.  The results of the hospital-based
8  case-control studies are not consistent with the
9  results of the population-based case-control studies;
10 correct?
11     A.  That's right.  That's why they're combined.
12     Q.  What methodology did you use to account for
13 this lack of consistency between the population-based
14 case-control studies and the hospital-based
15 case-control studies?
16     A.  This is what the beauty of a meta-analysis
17 is, where it brings together all the studies and comes
18 to a conclusion.  And the conclusion here is that
19 there's a 1.35 risk of developing ovarian cancer in
20 women who receive perineal talc.
21     Q.  Which Langseth and the other authors
22 concluded was "insufficient to establish a causal
23 association between perineal use of talc and ovarian
24 cancer risk"; correct?
25          MS. O'DELL:  Object to the form.

Page 175

1          THE WITNESS:  It's statistically
2  significant, which to a clinician means that we could
3  reduce the risk of ovarian cancer if we eliminated
4  talcum powder from the patients that are being exposed
5  to it.
6          MS. BOCKUS:  Object.  Nonresponsive.
7          MR. ZELLERS:  Joined.
8  BY MR. ZELLERS:
9      Q.  Are you familiar with the term "selection
10 bias"?
11     A.  Yes.
12     Q.  What does "selection bias" mean?
13     A.  Means that the selection of the patients in a
14 particular study may be inappropriate, that they may
15 not be the proper controls or the proper candidates to
16 be included in the study.
17     Q.  You agree that hospital-based case-control
18 studies may be less susceptible to selection bias than
19 population-based case-control studies; correct?
20          MS. O'DELL:  Object to the form.
21          THE WITNESS:  I'm not sure I believe
22 that.
23 BY MR. ZELLERS:
24     Q.  Well, hospital-based case-control studies,
25 you're more likely to be comparing hospitalized

Page 176

1  patients to hospitalized patients; is that right?
2      A.  Yes.
3      Q.  Whereas in a population-based study, you're
4  more likely to be comparing ill people to healthy
5  people; is that right?
6          MS. O'DELL:  Object to the form.
7          THE WITNESS:  In a hospital-based
8  study, the people are ill.  That's why they're in the
9  hospital.
10 BY MR. ZELLERS:
11     Q.  And they're compared to other ill people,
12 other hospitalized patients; is that right?
13     A.  Yes.
14     Q.  There's a difference in the populations that
15 are being studied between a hospital-based
16 case-control study and a population-based case-control
17 study; correct?
18     A.  Yes.
19     Q.  How did you account for selection bias in
20 population case-control studies?
21     A.  I think if there was selection bias -- and
22 I didn't control for selection bias, but if there was
23 selection bias, first of all, it would be usually
24 negated by the large number of patients in that study.
25     Q.  Even among the population-based case

Page 177

1  controls, some studies have shown statistically
2  significant findings and some have not; is that right?
3      A.  Yes.
4      Q.  What is your methodology for weighing the
5  lack of consistency in statistical significance across
6  case-control studies?
7          MS. O'DELL:  Objection to form.
8          THE WITNESS:  That's where a
9  meta-analysis becomes a very valuable tool.
10 BY MR. ZELLERS:
11     Q.  You agree that, if a study does not show a
12 statistically significant association, it could mean
13 that no risk exists; is that right?
14     A.  It's a possibility, yes.
15          MS. O'DELL:  Excuse me, Mike.  When you
16 get to a -- we've been going an hour and 45 minutes or
17 so.
18          MR. ZELLERS:  Let's take a break.
19          THE VIDEOGRAPHER:  Going off the record
20 at 12:46 p.m.
21     (Recess taken from 12:46 p.m. to 1:45 p.m.)
22          THE VIDEOGRAPHER:  Back on record at
23 1:45 p.m.
24 BY MR. ZELLERS:
25     Q.  Dr. Clarke-Pearson, in your report, page 7,

Daniel L. Clarke-Pearson, M.D.

| Page 178 | Page 180 |
|---|---|

**Page 178**

1 you have a table where you state that you reviewed six
2 meta-analyses reported between 1995 and 2018; is that
3 right?
4     A. Yes. I overlooked adding Berge to this list.
5     Q. What other studies did you overlook adding to
6 this list?
7     A. Subsequent to my report, there's also a
8 meta-analysis by Taher.
9     Q. Any other studies that you omitted from your
10 report and specifically the table on page 7?
11         MS. O'DELL: Object to the form.
12         THE WITNESS: No, not that I'm aware
13 of.
14 BY MR. ZELLERS:
15     Q. What's the difference -- well, strike that.
16         In your report, page 7, you list out five
17 meta-analyses and a pooled analysis; is that right?
18     A. Yes.
19     Q. What is the difference between a pooled
20 analysis and a meta-analysis?
21     A. You know, I really can't give you a good
22 definition of that.
23     Q. How did you select these five studies to set
24 forth in your report?
25     A. I think these were all of the meta-analyses

**Page 180**

1         MS. O'DELL: Object to the form.
2         THE WITNESS: To some degree.
3 BY MR. ZELLERS:
4     Q. A proper meta-analysis or pooled analysis
5 must analyze the sources of heterogeneity across the
6 studies; right?
7     A. Yes.
8     Q. And a proper meta-analysis or pooled analysis
9 must examine the methodology that lead to the
10 underlying studies; right?
11     A. Yes. I think that's where the weighting done
12 in the meta-analysis helps.
13     Q. Did you examine the methodology in the
14 studies underlying these meta-analyses and pooled
15 analyses?
16     A. Not in detail.
17     Q. Do you agree that consistency exists when
18 different studies look at different populations --
19 strike that. Let me ask that question again.
20         Do you agree that consistency exists when
21 different studies looking at different populations
22 reach consistent results?
23         MS. O'DELL: Object to the form.
24         THE WITNESS: Yes. It seems to be what
25 I would consider consistency.

**Page 179**

1 that I was aware of.
2     Q. Did you only review the studies that showed a
3 statistically significant relationship between
4 perineal talc use and ovarian cancer?
5     A. I believe I included all the meta-analyses
6 that I could identify.
7     Q. Meta-analyses and pooled analyses combine the
8 work of other published studies into one study; is
9 that right?
10     A. Yes.
11     Q. If there are biases and confounding in the
12 underlying studies, the meta-analysis or pooled
13 analysis will reflect the biases and confounding;
14 correct?
15         MS. O'DELL: Object to the form.
16         THE WITNESS: It obviously varies from
17 one study to another. I would be very surprised if
18 all studies included in the meta-analysis had the same
19 errors, if you will.
20 BY MR. ZELLERS:
21     Q. Well, can you answer that question?
22         If there are biases and confounding in the
23 underlying studies, the meta-analysis or pooled
24 analysis will reflect the biases and confounding;
25 correct?

**Page 181**

1 BY MR. ZELLERS:
2     Q. A meta-analysis does not demonstrate whether
3 similar results were replicated across different
4 populations; correct?
5     A. Yes. It combines all the papers that were
6 considered in the meta-analysis.
7     Q. It combines study results into one risk
8 calculation; is that right?
9     A. After weighting the different studies in
10 terms of the number of patients and the statistics.
11     Q. Therefore, meta-analyses themselves cannot
12 demonstrate consistency of results across different
13 populations; correct?
14         MS. O'DELL: Object to the form.
15         THE WITNESS: They could demonstrate
16 consistency.
17 BY MR. ZELLERS:
18     Q. How could they demonstrate consistency of
19 results across different populations if what they're
20 doing is combining the study results into one risk
21 calculation?
22         MS. O'DELL: Object to the form.
23         THE WITNESS: I don't understand what
24 you mean by them not being able to demonstrate
25 consistency across different populations.

Daniel L. Clarke-Pearson, M.D.

| Page 182 |
|---|
| 1 BY MR. ZELLERS: |
| 2    Q.  In your report, you claim that Penninkilampi |
| 3 and every meta-analysis before 2018 report a similar |
| 4 increase in the risk of epithelial ovarian cancer with |
| 5 the use of talcum powder; is that right? |
| 6    A.  Yes. |
| 7    Q.  But each of these meta-analyses that you set |
| 8 forth on page 7 of your report use many of the same |
| 9 studies as the other meta-analyses; is that right? |
| 10    A.  Yes.  Over time, new case-control studies |
| 11 were added to the meta-analyses. |
| 12    Q.  Well, for instance, Langseth 2008 and Graham |
| 13 1999 each include all nine of the studies that were |
| 14 included in Gross and Berg 1995; is that right? |
| 15        MS. O'DELL:  Object to the form. |
| 16        THE WITNESS:  I believe -- |
| 17        MS. O'DELL:  Did you say Graham '99? |
| 18        MR. ZELLERS:  No, I said Cramer '99. |
| 19        MS. O'DELL:  Okay.  I thought you said |
| 20 Graham. |
| 21        THE WITNESS:  It says Graham on the |
| 22 transcription. |
| 23        MS. O'DELL:  So Cramer is what you're |
| 24 referring to, '99? |
| 25        MR. ZELLERS:  Yes.  I'll ask that |

| Page 183 |
|---|
| 1 question again if it was unclear. |
| 2 BY MR. ZELLERS: |
| 3    Q.  For instance, Langseth 2008 and Cramer 1999 |
| 4 each included all nine of the studies that were |
| 5 included in Gross and Berg 1995; correct? |
| 6    A.  I believe so. |
| 7    Q.  Langseth 2008 included all but one of the 14 |
| 8 studies that were included in Cramer 1999; correct? |
| 9        MS. O'DELL:  And if you need to |
| 10 compare -- |
| 11        THE WITNESS:  I need to see the paper. |
| 12 I have Langseth; if I can see Cramer's. |
| 13 BY MR. ZELLERS: |
| 14    Q.  Well, did you consider this in terms of |
| 15 analyzing the information and data? |
| 16    A.  No. |
| 17    Q.  Take a look, then, if you need to, at the |
| 18 Cramer 1999 paper. |
| 19        MS. O'DELL:  Just a moment.  I'm sorry. |
| 20 BY MR. ZELLERS: |
| 21    Q.  We're still just looking at your folders from |
| 22 earlier today that you have in front of you; right, |
| 23 Doctor? |
| 24    A.  Yes. |
| 25    Q.  Let me phrase it a different way, and then we |

| Page 184 |
|---|
| 1 can let the record -- correct this later if need be. |
| 2    Doctor -- |
| 3        MS. O'DELL:  I'll have it in front of |
| 4 you in one moment, Doctor. |
| 5 BY MR. ZELLERS: |
| 6    Q.  Okay.  Dr. Clarke-Pearson, you now have |
| 7 Langseth 2008 and Cramer 1999 in front of you; is that |
| 8 right? |
| 9    A.  Yes. |
| 10    Q.  Langseth 2008 included all but one of the 14 |
| 11 studies that were included in Cramer 1999; is that |
| 12 right? |
| 13    A.  This is the Cramer case-control study. |
| 14    Q.  Let me ask you the question this way, Doctor: |
| 15 Do you have any reason to doubt as you sit here or |
| 16 dispute as you sit here that Langseth 2008 did not |
| 17 include all but one of the 14 studies that were |
| 18 included in Cramer 1999? |
| 19    A.  I would accept that as the truth. |
| 20    Q.  Thank you.  As you sit here, do you have any |
| 21 reason to doubt or dispute that Langseth 2008 included |
| 22 all but one of the 15 studies that were included in |
| 23 Huncharek 2003? |
| 24    I understand you don't have the studies in |
| 25 front of you to be able to make that -- |

| Page 185 |
|---|
| 1        MS. O'DELL:  Let me just -- I would |
| 2 just object to the line of questions.  If you're going |
| 3 to ask the specific studies that are listed in the |
| 4 table and ask him to compare -- |
| 5        MR. ZELLERS:  No.  What I'm asking him, |
| 6 Counsel -- |
| 7        MS. O'DELL:  Let me finish. |
| 8    It's unfair to ask him to make comparisons |
| 9 regarding the studies included in the meta-analyses |
| 10 without affording him the opportunity to look at the |
| 11 articles themselves. |
| 12        MR. ZELLERS:  And, Counsel, as you |
| 13 know, we've got limited time, and I don't want to sit |
| 14 here -- |
| 15        MS. O'DELL:  It's still an unfair |
| 16 question. |
| 17        MR. ZELLERS:  It is not an unfair |
| 18 question to ask this witness if he has any reason as |
| 19 he sits here to dispute or to doubt that Langseth 2008 |
| 20 included all but one of the 15 studies that were |
| 21 included in Huncharek 2003. |
| 22        MS. O'DELL:  Well, that's not a fair |
| 23 question when you're not providing him an opportunity |
| 24 to compare the two. |
| 25    And so if Dr. Clarke-Pearson wants to see a |

Daniel L. Clarke-Pearson, M.D.

1 copy of the study, then we'll put it in front of him,
2 because that's not a fair analysis, particularly when
3 you're talking about multiple -- more than 10 to 15
4 meta-analyses -- excuse me -- cohorts over time.
5 MR. ZELLERS: Counsel, I've asked you a
6 number of times not to make speaking objections. All
7 that I am doing is asking the doctor questions about
8 the studies included in the six meta-analyses and
9 pooled analysis that he sets out in a chart.
10 If he doesn't have the answer, my question
11 is framed as to whether or not he has any reason to
12 dispute or doubt the overlap of these.
13 MS. O'DELL: Well, I would just say,
14 Dr. Clarke-Pearson, to the degree you remember, you
15 can answer his questions. But, to the degree he asks
16 you to assume something, don't assume that what
17 counsel is stating is correct because it may or may
18 not be true.
19 MR. ZELLERS: And I'm not asking the
20 doctor to assume.
21 MS. O'DELL: Yes, you did.
22 MR. ZELLERS: I did not ask him to
23 assume, Counsel. You can go back and read the
24 question, but it did not ask him to assume that. It
25 asked him if he was aware of there being any

1 difference in terms of Langseth including all but one
2 of the 15 studies that were included in Huncharek
3 2003.
4 MS. O'DELL: I stand corrected. You
5 said "Do you have a reason to doubt or dispute,"
6 which I took to be --
7 MR. ZELLERS: "Do you have any reason
8 to" --
9 MS. O'DELL: -- which I took to be
10 assume.
11 And I'm asking you to assume that counsel is
12 not being accurate.
13 BY MR. ZELLERS:
14 Q. Can you answer my question, Doctor?
15 And here's my question: Do you have any
16 reason to believe that Langseth 2008, which you cite,
17 included all but one of the 15 studies that were
18 included in Huncharek 2003, which you cite?
19 A. Without reading and going through the table
20 of the 'teen or so studies, I would have to assume
21 that you're representing properly what --
22 Q. That is not a comparison that you have made
23 personally; correct?
24 A. I have not. And if I did, I can't remember
25 now.

1 Q. Okay.
2 A. I mean, if this is a quiz about memorizing
3 details of clinical studies, then...
4 Q. I don't want it to be a quiz. Let me ask you
5 a new question.
6 If the meta-analyses are all combining the
7 same set of studies, you would expect them to yield
8 similar results; correct?
9 A. If they only contain the same set of studies
10 but each one had slightly different, and the more
11 recent ones added studies to them.
12 Q. Have you attempted to quantify how much
13 talcum powder reaches a woman's ovaries when they use
14 a talcum powder product?
15 A. Have I done some experiment?
16 Q. Yes.
17 A. I know that talcum powder gets there; I have
18 not done any experimentation to that question.
19 Q. Do you have any -- were you finished?
20 A. Yes.
21 MS. BOCKUS: Object as nonresponsive.
22 BY MR. ZELLERS:
23 Q. Do you have any idea how much talcum powder
24 reaches a woman's ovaries each time she uses it?
25 A. I'm sure it varies depending upon the

1 menstrual cycle, the age of the patient, the patient's
2 anatomy.
3 Q. It's fair to say you don't know and have not
4 done any type of calculation or experiment to
5 determine the answer to that question; correct?
6 MS. O'DELL: Object to the form.
7 THE WITNESS: That's correct.
8 BY MR. ZELLERS:
9 Q. Isn't the biological mechanism dependent on
10 how much talc a woman's ovaries are exposed to?
11 A. Which biological mechanism are you talking
12 about?
13 Q. Dose response.
14 MS. O'DELL: Object to the form.
15 THE WITNESS: So, then, rephrasing your
16 question, isn't the dose response dependent upon how
17 much talc a woman's ovaries are exposed to?
18 BY MR. ZELLERS:
19 Q. I'll accept that.
20 A. That sounds like the answer -- you answered
21 your own question.
22 Q. Well, I need you to answer the question. The
23 answer is a yes to that question; correct?
24 A. The dose is dependent upon how much talc gets
25 to the ovaries, yes.

Daniel L. Clarke-Pearson, M.D.

Page 190

1    Q. And you've not done a calculation or
2  experiment to determine what that amount is; correct?
3    A. That's correct.
4    Q. All right.
5       Let me mark Cramer 2016. We discussed it
6  earlier, but we'll mark it for the record. This is a
7  study that you cite in your materials. We'll mark it
8  as Exhibit 26.
9    (Exhibit No. 26 was marked for identification.)
10 BY MR. ZELLERS:
11   Q. You recognize this paper; correct?
12   A. I've reviewed it.
13   Q. This is a retrospective case-control study
14 published in 2016; correct?
15   A. Yes.
16   Q. You discuss this study in your report on
17 page 9; is that right?
18   A. Let me turn to page 9.
19   Q. Sure. I'm looking under "Biologic
20 Gradient/Dose-response" right in the middle.
21      You claim that (as read):
22      "A number of studies have
23      demonstrated an association
24      between 'dose' and the occurrence
25      of EOC [or epithelial ovarian

Page 191

1      cancer] (response)."
2      Is that right?
3    A. That's correct.
4    Q. Let's look at what the Cramer study shows.
5       Turn to page 337 of the Cramer paper, if you
6  will, Exhibit 26 to the deposition.
7       Do you see Table 1?
8    A. Yes, sir.
9    Q. Table 1 shows the risk of ovarian cancer for
10 women who use talc daily for different periods of
11 time -- 1 year, 1 to 5 years, 5 to 20 years, and more
12 than 20 years. Is that right?
13   A. Yes.
14   Q. There was only statistical significance for
15 one to five years of use and for more than 20 years of
16 use; is that right?
17   A. According to the odds ratio and the
18 confidence intervals, yes.
19   Q. If there is a dose response, shouldn't there
20 continue to be statistical significance with increased
21 exposure?
22   A. In general, you would think that. But, on
23 the other hand, maybe we don't have to have a dose
24 response to cause cancer.
25   Q. Well, certainly you've opined in your report

Page 192

1  that there is a dose response; is that right?
2    A. Yes.
3    Q. And, in fact, at least looking at Table 1 of
4  the Cramer study, this does not show a dose response;
5  correct?
6       MS. O'DELL: Object to the form.
7       THE WITNESS: So, going down that
8  table, there is more of a dose response as we get
9  under the second half of that table, toward "general
10 talc applications."
11 BY MR. ZELLERS:
12   Q. There is not a consistent dose response;
13 correct?
14   A. Not a consistent.
15   Q. Yes. I mean, you get a statistically
16 significant finding and then a period of time where
17 there's not a statistically significant finding and
18 then another period of time where there is a
19 statistically significant finding; is that right?
20      MS. O'DELL: Object to the form.
21      THE WITNESS: As I read through the
22 second half of this table, there's a consistent
23 statistically significant finding beginning after less
24 than 360 applications, equivalent to one year of daily
25 use.

Page 193

1  BY MR. ZELLERS:
2    Q. Well, when you review, you consider all of
3  the data; correct?
4    A. Yes.
5    Q. The top of the Table 1 is not consistent with
6  the bottom of Table 1, at least in terms of
7  statistically significant findings; is that right?
8    A. The two -- the two vary, depending upon how
9  you quantitate dose.
10   Q. Another criteria or factor for Bradford Hill
11 is biological plausibility; is that right?
12   A. Yes.
13   Q. The biological mechanisms of cancer are not
14 your area of expertise; is that correct?
15      MS. O'DELL: Object to the form.
16      THE WITNESS: I think, as a gynecologic
17 oncologist, I have a good understanding of the
18 biological mechanisms of cancer. For example, human
19 papillomavirus causes cervical cancer, vaginal cancer,
20 vulvar cancer, anal cancer, oropharyngeal cancer.
21 BY MR. ZELLERS:
22   Q. Do you defer to other experts on the topic of
23 biologic plausibility?
24   A. I think there are some that know more than
25 I know about it. But I know that, for example, in

Daniel L. Clarke-Pearson, M.D.

Page 194

1 this disease of ovarian cancer caused by talcum
2 powder, inflammation is the most likely cause.
3 Q. And do you consider yourself to be an expert
4 on the topic of biologic plausibility as it relates to
5 talcum powder and ovarian cancer?
6 MS. O'DELL: Objection to form. Asked
7 and answered.
8 THE WITNESS: I think I have a very
9 good understanding of that, and I'm not sure how you
10 define an expert.
11 BY MR. ZELLERS:
12 Q. Is all epithelial ovarian cancer caused by
13 the same mechanism?
14 A. I don't think so.
15 Q. You stated before that there are different
16 mechanisms; is that right?
17 A. I said -- yes.
18 Q. What is the biologic mechanism for serous
19 ovarian cancer?
20 A. There could be several biological mechanisms
21 for any of the ovarian cancers.
22 Q. Well, what biologic mechanisms are there,
23 based upon your experience, for serous cancer --
24 ovarian cancer?
25 A. One of the biologic mechanisms are BRCA1 to 2

Page 195

1 mutations. And, as I discussed previously, all
2 cancers are caused by mutations of genes that regulate
3 cell growth and result in invasion and metastases.
4 Q. Any others?
5 A. Anything else beside gene mutations?
6 Q. Gene mutations, yes, for serous ovarian
7 cancer.
8 A. There are always gene mutations causing the
9 cancer. And, therefore, if you're just specifically
10 talking about serous cancers, then gene mutations for
11 all serous cancers occur. They are not normal cells.
12 Q. Does talcum powder increase all subtypes of
13 ovarian cancer?
14 MS. O'DELL: Objection. Asked and
15 answered.
16 THE WITNESS: I think the epidemiologic
17 data would suggest that serous cancers are the most
18 common but endometrioid are there.
19 And the other study -- other types of
20 epithelial ovarian cancers -- clear cell and
21 mucinous -- are so infrequent -- they're rare cancers.
22 And, therefore, we don't have statistical power to
23 decide whether they're caused by talc or not.
24 BY MR. ZELLERS:
25 Q. Different subtypes of epithelial ovarian

Page 196

1 cancer have different biological mechanisms; correct?
2 A. Again, I'm not sure what you mean by
3 "biological mechanism."
4 Q. You're not familiar with biological
5 mechanisms that cause ovarian cancer?
6 A. The biological mechanism that I've been
7 trying to explain to you is gene mutation.
8 Q. That's the only biological mechanism that
9 causes ovarian cancer, in your experience; is that
10 right?
11 A. You're talking about what causes ovarian
12 cancer, not the mechanism that becomes ovarian cancer
13 or what ovarian cancer represents.
14 Q. I'm asking you the mechanism that causes
15 ovarian cancer. And you have told me that, with
16 talcum powder, it is gene mutation; is that right?
17 MS. O'DELL: Object to the form.
18 THE WITNESS: As it is for all cancers.
19 As it is for all ovarian cancers.
20 BY MR. ZELLERS:
21 Q. If talc is associated with all subtypes of
22 epithelial ovarian cancer or with different subtypes
23 in different studies, doesn't that suggest that the
24 association is by chance?
25 MS. O'DELL: Object to the form.

Page 197

1 THE WITNESS: So no carcinogen is going
2 to cause cancer in every circumstance in every
3 patient. Some patients may be more susceptible to a
4 carcinogen; others may be more resistant.
5 Women with BRCA1 mutations don't always
6 develop ovarian cancer, but they are at much higher
7 risk. It usually causes -- it requires a number of
8 mutations before a malignancy occurs, not just one.
9 BY MR. ZELLERS:
10 Q. You would agree that different studies have
11 found different associations between talcum powder use
12 and different types of epithelial ovarian cancer; is
13 that right?
14 A. The -- yes, and because possibly many of
15 those rare cancers, like mucinous cancers and clear
16 cell cancers, are not -- the studies aren't powered to
17 identify those. So we don't know, I guess would be my
18 answer.
19 Q. Putting aside inhalation for the moment, your
20 opinion is that talcum powder travels from the
21 perineal region to the ovaries through the woman's
22 reproductive tract; is that right?
23 A. Yes, sir.
24 Q. So the talcum powder must travel across the
25 vulva, through the labia majora, through the labia

Daniel L. Clarke-Pearson, M.D.

Page 198

1  minora, across the -- and clitoris, across the
2  perineal body, up into the vagina, into the cervical
3  canal, through the cervix and cervical mucosa, or
4  mucus, into the endometrial cavity, through the
5  uterus, into the fallopian tube opening, across the
6  entire length of the fallopian tube to the fimbria,
7  and then into the ovary; is that right?
8      A. Yes, sir.
9      Q. If talcum powder can make this migration, can
10 other substances also make the same migration?
11     A. I presume so.
12     Q. Sand from the beach?
13     A. I think the particle size may have some
14 bearing on how far it can get up the reproductive
15 tract.
16     Q. Toilet paper particles?
17         MS. O'DELL: Object to the form.
18         THE WITNESS: Again, depends upon the
19 particle size.
20 BY MR. ZELLERS:
21     Q. There is no human study that demonstrates the
22 migration of any particulate matter from the perineum
23 to the ovaries; correct?
24         MS. O'DELL: Object to the form.
25         THE WITNESS: Number of studies that

Page 199

1  show that once it's in the vagina, it can migrate --
2  BY MR. ZELLERS:
3      Q. There is --
4      A. -- to the ovary.
5      Q. But the answer to my question is correct.
6  There are no human studies that demonstrate the
7  migration of any particulate matter from the perineum
8  to the ovaries; correct?
9          MS. O'DELL: Object to the form.
10         THE WITNESS: Nobody has studied it
11 that I'm aware of.
12 BY MR. ZELLERS:
13     Q. None of the articles you cite in your report
14 actually looked at whether talc can migrate from
15 perineal application through the fallopian tubes to
16 the ovaries; correct?
17         MS. O'DELL: Object to the form.
18         THE WITNESS: Well, if you go to
19 Langseth, for example, on the second page underneath
20 the forest plot at the end of the second full
21 paragraph -- I'm sorry. I've got your exhibit.
22 BY MR. ZELLERS:
23     Q. Well, you have the exhibit. I should have a
24 copy.
25     A. Okay.

Page 200

1      Q. And my question to you is --
2          MS. O'DELL: I think he was finished --
3  he wasn't finished.
4          THE WITNESS: I was going to read this
5  to you from Langseth. And the sentence says
6  (as read):
7              "The evidence of talc migrating to
8              the ovaries lends credibility to
9              such a possible association."
10 BY MR. ZELLERS:
11     Q. Can you answer my question?
12     A. I was reporting to you a study.
13     Q. I need you to answer my question if you can.
14     A. Okay.
15     Q. I'll ask it again.
16     Is there any human study that demonstrates
17 the migration of any particulate -- and let me
18 withdraw that, because I think I moved on to the next
19 question.
20     None of the articles that you cite actually
21 looked at whether talc can migrate from the perineal
22 application through the fallopian tubes to the
23 ovaries; correct?
24         MS. O'DELL: Object to the form.
25         THE WITNESS: That's correct.

Page 201

1  BY MR. ZELLERS:
2      Q. All right. You also cannot cite any article
3  that shows granulomas, fibrosis, or adhesions anywhere
4  up the reproductive tract of a woman as a result of
5  her external genital talc application, can you?
6          MS. O'DELL: Object to the form.
7          THE WITNESS: No.
8  BY MR. ZELLERS:
9      Q. Let's talk about the studies that you cite in
10 your report in support of your theory of migration.
11         MS. O'DELL: Object to -- excuse me.
12 Sorry.
13         MR. ZELLERS: It's okay.
14         MS. O'DELL: I apologize.
15 BY MR. ZELLERS:
16     Q. In support of your theory of migration, you
17 discuss sperm. I'm looking at page 7, last paragraph
18 that carries over onto page 8. Is that right?
19     A. I have it.
20         MS. O'DELL: Object to form.
21 BY MR. ZELLERS:
22     Q. Sperm have tails and motility; is that right?
23     A. Yes, and that's acknowledged in my report.
24     Q. Sperm affirmatively move themselves up the
25 reproductive tract; is that right?

Daniel H. Clarke-Pearson, M.D.

Page 202

1    A.  They can.
2    Q.  You cite Egli, 1961, the carbon particle
3  study.  Are you familiar with that, or do you need me
4  to hand you another copy?
5    A.  I've reviewed it before.  It's been a little
6  while.
7    Q.  Well, let me ask you a couple of questions.
8    A.  Sure.
9    Q.  And if you need the study, then I'll be happy
10 to have you take a look at it.
11    Egli did not involve talcum powder; correct?
12    A.  No.  These are carbon particles.
13    Q.  Egli used carbon particles that were
14 suspended in a solution that had the consistency of
15 seminal fluid; is that right?
16    MS. O'DELL:  If you need to take a
17 moment to review, Doctor, feel free to do that.
18    THE WITNESS:  They were suspended in
19 dextran suspension.
20 BY MR. ZELLERS:
21    Q.  Is that seminal fluid, fluid that sperm are
22 suspended in?
23    A.  No.
24    Q.  What solution were they suspended in?
25    A.  Dextran.

Page 203

1    Q.  What support do you have for the proposition
2  that talcum powder behaves similarly to carbon
3  particles suspended in a dextran fluid-like substance?
4    A.  I think it's very similar to talcum powder
5  particles progressing up.  Dextran is a thick,
6  glucose-rich medium that is much like vaginal fluid,
7  if you will.
8    Q.  It's a fluid; right?
9    A.  Yes.
10    Q.  Talcum powder is a particle; correct?
11    A.  Once talcum powder gets into the vagina, it
12 becomes part of the vaginal fluid.
13    Q.  The Egli study involved three women; is that
14 right?
15    A.  Yes.
16    Q.  Tiny sample size; correct?
17    A.  Yes.
18    Q.  They used intramuscular oxytocin to aid the
19 transport of the particles; is that right?
20    A.  Yes.  It stimulated the uterus to contract.
21    Q.  And for the administration of the carbon
22 particles, the women were laying on their backs with
23 their heads tilted at a downward angle; is that right?
24    A.  That's what it says.
25    Q.  Do you agree that laying down with their

Page 204

1  heads tilted downward is a very -- is very different
2  from the way in which women generally apply talcum
3  powder to their perineal region?
4    A.  Honestly, I don't know how they apply talcum
5  powder to their perineal region.  I would imagine
6  they're not with their head down, but they may be
7  sitting, they may be standing, they may be lying.
8    Q.  Based upon your experience, it's different;
9  correct?
10    A.  I don't have any experience with talcum
11 powder application.
12    Q.  Right.  So you don't know whether or not most
13 women apply talcum powder to their perineal region
14 with their head toward the ground and their legs up in
15 the air?
16    MS. O'DELL:  Object to the form.
17    THE WITNESS:  I think it's unlikely
18 that they have their heads to the ground and legs in
19 the air, but they have probably multiple positions
20 they could apply it in.
21 BY MR. ZELLERS:
22    Q.  Even with these artificial conditions, the
23 researchers only found carbon particles in the
24 fallopian tubes of two of the three women; is that
25 right?

Page 205

1    A.  I think that's what the results said.
2    Q.  Are you familiar with the Venter 1979 study
3  that you cite?
4    A.  I'll have to pull it back out to refresh my
5  memory.  It's been a few months since I looked at
6  that.
7    Q.  Well, can I ask you a few questions about it?
8    A.  If I can answer them, I will.  Sure.
9    Q.  Is this the radioactive marker study?
10    A.  Yes.
11    Q.  That study did not involve talcum powder; it
12 involved a particle with a radioactive tracer.  Is
13 that right?
14    A.  Yes.  Technetium albumin in microspheres.
15    Q.  What support do you have for the proposition
16 that talcum powder behaves similarly to this kind of
17 particle?
18    A.  I think that talcum powder is similar to
19 these particles.  It's small and can migrate.
20    Q.  In the study it involved a small sample size;
21 right?  Only 24 women?
22    MS. O'DELL:  Object to the form.
23    THE WITNESS:  Yes.
24 BY MR. ZELLERS:
25    Q.  The women laid on their backs with their

Daniel J. Clarke-Pearson, M.D.

| Page 206 | Page 208 |
|---|---|

**Page 206**

1  buttocks elevated; is that right?
2      A. When it was applied, and then the patients
3  didn't undergo surgery until the next day. So the
4  patients, after being in the position where the
5  talc -- where the radioactive tracer was applied, were
6  then up and about until they came in for surgery the
7  next day. So they were in different positions.
8      Q. Is that really what you think, based upon
9  your review of the study?
10      A. You don't think that the patient was laying
11  in bed for 24 hours until she had surgery?
12      Q. Doctor, your recollection of this study is
13  that the radioactive tracer marker was used and then
14  the women were up and around?
15          MS. O'DELL: Object to the form.
16  BY MR. ZELLERS:
17      Q. In fact, after the radioactive marker was
18  administered, the women remained laying in the
19  position with their -- on their backs with their
20  buttocks elevated for two hours, with their legs
21  pressed together; is that right?
22      A. I would have to find it to refresh my memory.
23      Q. If that's true, that would be different than
24  your understanding of how women use talcum powder in
25  the genital area; correct?

**Page 207**

1          MS. O'DELL: Objection. Misstates the
2  doctor's testimony.
3      If you need to review --
4          THE WITNESS: Again, I don't think that
5  we know -- I know how they apply talcum powder. But
6  these women didn't lay supine for 24 hours until they
7  had their surgery, when they found the radioactive
8  microspheres in the ovary.
9  BY MR. ZELLERS:
10      Q. Do you know whether or not they laid supine
11  for two hours after the radioactive marker was
12  administered with their legs pressed together?
13      A. Yes.
14      Q. Yes, you agree with that; correct?
15      A. Yes.
16      Q. And even under these artificial conditions,
17  the researchers only found radioactive activity in the
18  fallopian tubes or ovaries of 9 of the 21 women; is
19  that right?
20          MS. O'DELL: Object to the form.
21          THE WITNESS: That's what they reported
22  in 24 hours.
23  BY MR. ZELLERS:
24      Q. You cite Sjosten, 2004, the glove study; is
25  that right?

**Page 208**

1      A. I did.
2      Q. That study did not involve talcum powder; it
3  involved starch. Is that right?
4      A. Yes.
5      Q. Sjosten involved the researchers examining
6  the women's cervix with their fingers; is that right?
7      Are you able to answer that question?
8      A. I need to read along with you.
9      So they examined -- they did a pelvic exam,
10  a bimanual exam on the patients.
11      Q. Examining the women's cervix with their
12  fingers; is that correct?
13      A. And examining the vagina.
14      Q. What is your basis for saying that pressing
15  gloved fingers against the cervix is comparable to an
16  external dusting of talcum powder?
17          MS. O'DELL: Object to form.
18          THE WITNESS: I think it deposits the
19  substance, the powder, against the cervix.
20  BY MR. ZELLERS:
21      Q. And the study found particles in the
22  reproductive tract of women who were examined with
23  powder-free gloves; is that right?
24      A. I believe so.
25      Q. You cite the Heller study of women's ovaries

**Page 209**

1  after surgical oophorectomy; is that right?
2      A. Yes.
3      Q. Didn't Heller find talc in tissues of all 24
4  patients, including the 12 who did not use perineal
5  talc?
6      A. Give me a moment.
7      Q. Let me try to ask it this way so that we can
8  move on.
9      Do you have any reason to dispute that
10  Heller found talc in tissues of all 24 patients,
11  including the 12 who did not use perineal talc?
12          MS. O'DELL: Object to the form.
13          THE WITNESS: Yes, as long as there's
14  not an issue with recall bias.
15  BY MR. ZELLERS:
16      Q. If talcum powder migrates from the perineal
17  region to the ovaries, shouldn't exposure to talc be
18  far greater in concentration in the rectal, vulvar,
19  vaginal, cervical, and uterine tissues which are
20  closer to the area of initial exposure?
21          MS. O'DELL: Object to the form.
22          THE WITNESS: I'm not sure what the
23  basis of that observation is. The urethra and anus
24  have sphincters. The urethra and anus also have an
25  exit mechanism by urination or defecation.

Daniel F. Clarke-Pearson, M.D.

Page 210

BY MR. ZELLERS:
1
2    Q. So you -- I just want to make sure I'm clear.
3  You disagree that -- if talcum powder migrates from
4  the perineal region to the ovaries, you disagree that
5  exposure to talc would be greater in concentration in
6  the rectal, vulvar, vaginal, cervical, and uterine
7  tissues; correct?
8          MS. O'DELL: Objection. Asked and
9  answered.
10         THE WITNESS: I'm not understanding
11 your question. Would be greater where?
12 BY MR. ZELLERS:
13    Q. Would be greater in the rectal, vulvar,
14 vaginal, cervical, and uterine tissues than in the
15 ovaries.
16         MS. O'DELL: Objection. Asked and
17 answered.
18         THE WITNESS: I don't have any evidence
19 about the rectum or the urethra. And it would be --
20 yes, more likely than not, there would be more on the
21 vulva than on the ovaries. All of it that goes on the
22 vulva does not land on the ovaries.
23 BY MR. ZELLERS:
24    Q. Talc particles should be causing inflammation
25 in all those organs and areas if your theory is

Page 211

1  correct; is that right?
2    A. No.
3          MS. O'DELL: Object to the form.
4  BY MR. ZELLERS:
5    Q. Why would you not expect inflammation in the
6  rectal, vulvar, vaginal, cervical, and uterine
7  tissues?
8          MS. O'DELL: Object to the form.
9          THE WITNESS: So there's no -- no
10 evidence that this talc gets into the rectum that I'm
11 aware of, unless you have some evidence that I'm not
12 seeing.
13 BY MR. ZELLERS:
14    Q. Why do talc particles not cause inflammation
15 in the other organs and areas?
16    A. I think the other organs -- the vagina,
17 cervix, uterus, and fallopian tubes -- are different
18 tissues; and different tissues have different
19 susceptibility, if you will, to the impact of talcum
20 powder and its contents.
21    Q. What is it about the tissues of the vulvar,
22 vaginal, cervical, and uterine areas that would result
23 in talc not causing inflammation to those tissues but
24 causing, at least under your theory, inflammation to
25 the ovary?

Page 212

1          MS. O'DELL: Object to the form.
2          THE WITNESS: Because the ovary has a
3  different epithelium, a different surface. The
4  vagina -- I'm sorry -- the vulva, vagina, and
5  exocervix are all squamous epithelium. They are much
6  more susceptible to HPV. So I can turn around the
7  explanation and say HPV doesn't infect the
8  endometrium -- the uterus, fallopian tubes, or
9  ovaries. So some tissues are more susceptible to a
10 carcinogen than others.
11 BY MR. ZELLERS:
12    Q. What study are you referring to for that
13 proposition?
14    A. About HPV?
15    Q. No. About the tissue being the same --
16 strike that.
17         Tissue being different and not susceptible
18 to inflammation from talc in the human vulvar,
19 vaginal, cervical, and uterine tissues.
20         MS. O'DELL: Object to the form.
21         THE WITNESS: They are all different
22 tissues, and we have not seen any inflammation or
23 cancer associated with talcum powder in those organs.
24 BY MR. ZELLERS:
25    Q. Is there a study that you're referring to

Page 213

1  that finds that there is not inflammation from talc to
2  those tissues?
3          MS. O'DELL: Object to the form.
4          THE WITNESS: I don't have a study,
5  but, obviously, it's not associated with cancers of
6  those tissues.
7  BY MR. ZELLERS:
8    Q. There are no studies that show inflammation
9  as a result of genital talc use result in cancer in
10 those areas; is that right?
11         MS. O'DELL: Objection to form.
12         THE WITNESS: In what areas now are you
13 talking about?
14 BY MR. ZELLERS:
15    Q. Let me make it even simpler.
16         There's no studies that show inflammation as
17 a result of genital talc use in the vulvar, vaginal,
18 cervical, and uterine areas; is that right?
19    A. That's correct.
20         MS. O'DELL: Object to the form.
21 BY MR. ZELLERS:
22    Q. There are no studies that show a link between
23 external genital talc use and rectal, vulvar, vaginal,
24 cervical, or uterine cancer; is that right?
25    A. That's correct.

Page 214

1    Q. In Exhibit B of your report, you include a
2  study published by Huncharek in 2007. That's page 11.
3      Do you recall that study?
4    A. No, but I'd like to refresh my memory.
5      MS. O'DELL: Which Huncharek?
6      MR. ZELLERS: 2007.
7  BY MR. ZELLERS:
8    Q. Do you have that easily available?
9      This is a study that you cite in your
10 materials reviewed; is that right?
11   A. Yes.
12   Q. It's a meta-analysis of studies and the
13 relationship between ovarian cancer and using
14 diaphragms that are dusted with talcum powder; is that
15 right?
16   A. Yes.
17   Q. A diaphragm is inserted directly onto a
18 woman's cervix; is that right?
19   A. Yes.
20   Q. You did not include Huncharek 2007 in your
21 list of meta-analyses regarding talc and ovarian
22 cancer on page 7 of your report, did you?
23     MS. O'DELL: Object to the form.
24     THE WITNESS: No, because it wasn't
25 dealing with applying talcum powder to the vulva,

Page 215

1  perineum.
2  BY MR. ZELLERS:
3    Q. Well, your theory, putting aside inhalation,
4  is that the talcum powder travels from the perineal
5  region through the vagina through the cervix through
6  the uterus and then into the fallopian tubes; is that
7  right?
8    A. Yes.
9    Q. How, then, do you validate excluding data
10 about the relationship between ovarian cancer and
11 talcum powder that is applied directly to the cervix?
12     MS. O'DELL: Object to the form.
13     THE WITNESS: Because it's not the
14 volume of talcum powder that is used on the vulva.
15 And, over a period of time, application of diaphragms
16 is most likely much less likely than somebody using
17 talcum powder on the vulva on a daily basis.
18 BY MR. ZELLERS:
19   Q. On what study are you relying for that
20 statement?
21   A. My clinical experience of understanding the
22 sexual lives of women. They don't use diaphragms
23 every day, in most cases.
24   Q. Are you aware of any study that talcum powder
25 affects the body differently when it is applied to the

Page 216

1  perineal region and travels to the cervix compared to
2  when it is applied directly to the cervix?
3      MS. O'DELL: Object to the form.
4      THE WITNESS: I'm not aware of any
5  study, no.
6  BY MR. ZELLERS:
7    Q. When applied to the perineal region, the
8  talcum powder would also be in close contact with a
9  woman's urethra; correct?
10   A. Yes.
11   Q. Substances are capable of traveling up the
12 urethra; right?
13   A. Not that I know of, except for bacteria.
14   Q. Women get urinary tract infections when
15 bacteria travels up the urethra; right?
16   A. I recognize that as a modal -- motile, like
17 sperm and bacteria, when I discuss lower genital tract
18 migration from the vagina up into the tubes and
19 ovaries with sperm and sexually transmitted infection.
20 So, yes, women get urinary tract infections.
21   Q. Studies do not show an increase in bladder
22 cancer with talcum powder use; is that right?
23   A. That's right. The bladder is a different
24 epithelium than the ovary.
25   Q. And studies do not show an increase in rectal

Page 217

1  cancer with talcum powder use; is that right?
2    A. That's correct.
3      MS. O'DELL: Objection. Asked and
4  answered.
5  BY MR. ZELLERS:
6    Q. Are you opining on inhalation exposure as a
7  plausible mechanism for talcum powder to reach the
8  ovaries, or do you defer to other experts on that?
9    A. I think there's literature that suggests that
10 it's a lower possibility, but inhalation of asbestos
11 can increase the risk of ovarian cancer.
12   Q. Well, you rely in part on Steiling 2018; is
13 that right? This is at page 8 of your report.
14   A. IARC and the Steiling.
15   Q. Right. Steiling 2018 deals generally with
16 cosmetic powders, not talcum powder; correct?
17   A. I need to look at the paper again.
18   Q. Well, either your counsel can hand it to you
19 or I can hand it to you.
20     MR. ZELLERS: Did you find it, Counsel?
21 BY MR. ZELLERS:
22   Q. Do you have the Steiling paper in front of
23 you?
24   A. Yes --
25     MS. O'DELL: Do you have a copy for me,

Daniel L. Clarke-Pearson, M.D.

Page 218

1  please, if you don't mind.  Thank you.
2      Are you going to mark that, Mike, or are
3  you --
4      MR. ZELLERS:  If you want me to mark
5  it, I can.  I think we all know what it is.
6      MS. O'DELL:  I'm just asking.
7      MR. ZELLERS:  Would you like it marked?
8      MS. O'DELL:  Only if you were going to
9  mark it, I was just going to put a number on it.
10      MR. ZELLERS:  Well, I just have a few
11  basic questions.
12  BY MR. ZELLERS:
13      Q.  So, Doctor, my first question is the Steiling
14  2018 deals generally with cosmetic powders, not talcum
15  powder specifically; is that right?
16      A.  Apparently so, yes.
17      Q.  And Steiling 2018 just discusses the fact
18  that particles can be inhaled; is that right?
19      A.  Yes.
20      MS. O'DELL:  Object to the form.
21  BY MR. ZELLERS:
22      Q.  It says nothing about inhaled particles
23  migrating to the ovaries, does it?
24      A.  No.
25      Q.  In fact, it says nothing about inhaled

Page 219

1  particles migrating anywhere, does it?
2      MS. O'DELL:  Objection.
3      THE WITNESS:  It doesn't talk about
4  migration.  You're right.
5  BY MR. ZELLERS:
6      Q.  And it also says nothing about inhaled
7  particles causing ovarian cancer; is that right?
8      A.  In this particular study, although we know
9  from asbestos studies that it does.
10      Q.  Well, don't studies of talcum powder use fail
11  to show statistically significant association between
12  nongenital use of talcum powder and ovarian cancer?
13      A.  I believe so.
14      Q.  If inhaled talc could migrate to the ovaries,
15  wouldn't you expect to see increased ovarian cancer
16  risk with nongenital use of talcum powder?
17      MS. O'DELL:  Object to the form.
18      THE WITNESS:  In other words, inhaled.
19  I think the inhalation is much smaller, but, to date,
20  we haven't seen an increased risk of ovarian cancer.
21  BY MR. ZELLERS:
22      Q.  With inhaled talcum powder; correct?
23      A.  With inhaled talcum powder.
24      Q.  And that was a finding that you read about in
25  Cramer 2016 as well as other places; correct?

Page 220

1      MS. O'DELL:  Object to the form.
2  BY MR. ZELLERS:
3      Q.  I'll withdraw the question and move on.
4      Do you agree -- well, strike that.
5      You assert that talcum powder, when it
6  reaches the ovaries, it elicits an inflammatory
7  response that is linked to ovarian cancer; is that
8  right?
9      A.  Yes.  I think that's the mechanism by which
10  gene mutation occurs.
11      Q.  Is it your opinion -- strike that.
12      Is your opinion related to all of the
13  different histologic types of epithelial ovarian
14  cancer?
15      MS. O'DELL:  Objection.  Asked and
16  answered.
17      THE WITNESS:  I think an inflammatory
18  response happens on the ovarian epithelium, and some
19  ovarian cancers -- some epithelial ovarian cancers are
20  more common, serous carcinoma being the most common.
21  BY MR. ZELLERS:
22      Q.  Is it your opinion that inflammation is a
23  cause of clear cell and mucinous ovarian cancer?  Or
24  do you not have an opinion?
25      A.  I don't have an opinion.

Page 221

1      Q.  You have not done an expert review of the
2  inflammation evidence yourself, have you?
3      MS. O'DELL:  Object to the form.
4      THE WITNESS:  I'm aware of -- I've done
5  a review and have been aware of inflammation in
6  gynecologic cancers, especially ovarian cancer, with
7  elevated serum biomarkers suggesting inflammation and
8  also more biologic -- the laboratory work that
9  Dr. Saed and others have done.
10  BY MR. ZELLERS:
11      Q.  You do know that not all inflammatory
12  conditions lead to cancer; correct?
13      A.  Yes.
14      Q.  There's conditions that are inflammatory
15  reactions that all of us may have -- or that folks may
16  have that don't lead to cancer, such as rheumatoid
17  arthritis; is that right?
18      A.  That's, best as I understand, rheumatoid
19  arthritis.
20      Q.  Same with psoriasis; is that right?
21      A.  Yes.
22      Q.  Those are chronic inflammatory diseases;
23  correct?
24      A.  Of the skin.
25      Q.  Rheumatoid arthritis is a chronic

Daniel H. Clarke-Pearson, M.D.

Page 222

1  inflammatory disease of the skin?

2      A.  It can have -- in joints.  There can be a

3  skin component to rheumatoid arthritis.  I thought you

4  were talking about psoriasis.

5      Q.  How does an acute inflammatory response lead

6  to cancer?

7      A.  An acute inflammatory response, I don't

8  believe, leads to cancer.

9      Q.  You have -- well, strike that.

10      On page 9 of your report, you conclude that

11  (as read):

12          "Talcum powder products is a

13          causative factor in the

14          development of epithelial ovarian

15          cancer."

16      Is that right?

17      A.  Yes.

18      Q.  We can change that now based upon your

19  testimony that talcum powder products is a causative

20  factor in the development of serous ovarian cancer;

21  correct?

22          MS. O'DELL:  Object to the form.

23          THE WITNESS:  I think I would stay with

24  epithelial ovarian cancer till we have more data.

25

Page 223

1  BY MR. ZELLERS:

2      Q.  How do you define the term "talcum powder

3  products"?

4      A.  Talcum powder products are Johnson's baby

5  powder and Shower to Shower.

6      Q.  Are other consumer talcum powder products

7  included in your conclusions?

8      A.  Yes, but Johnson & Johnson has the market

9  share, as I understand it.

10      Q.  Do you understand that some of the talc

11  epidemiology separates use by type of talcum powder

12  product?

13          MS. O'DELL:  Object to the form.

14          THE WITNESS:  I'm not sure what you

15  mean by type of talcum powder.

16  BY MR. ZELLERS:

17      Q.  Do you include talc-containing deodorizing

18  sprays in your definition of talcum powder products?

19          THE WITNESS:  No.  We've been talking

20  today, I thought, about Johnson -- as you defined it

21  to start the day as Johnson & Johnson baby powder and

22  Shower to Shower.

23  BY MR. ZELLERS:

24      Q.  Is there a certain amount of talcum powder

25  that a product must contain to cause inflammation?

Page 224

1      A.  We don't know that information.

2      Q.  Do you consider cornstarch to be a talcum

3  powder product that causes inflammation?

4          MS. O'DELL:  Object to the form.

5          THE WITNESS:  It's not a talcum powder

6  product.

7  BY MR. ZELLERS:

8      Q.  What about a product like Shower to Shower,

9  which contains cornstarch and talcum powder?

10      A.  And your question is?

11      Q.  My question is, is there a certain amount of

12  talcum powder that a product must contain to cause

13  inflammation?

14      A.  Not that we're aware of.

15      Q.  1 percent talcum powder, 99 percent

16  cornstarch, that could cause inflammation resulting in

17  epithelial ovarian cancer.  Is that your testimony?

18      A.  I think that's possible.

19      Q.  What methodology have you arrived -- strike

20  that.

21      What methodology have you employed to arrive

22  at the conclusion that the Shower to Shower product

23  causes inflammation?

24      A.  It has talcum powder in it.

25      Q.  Your opinion that talcum powder products

Page 225

1  cause inflammation is not based on the determination

2  that there is a threshold amount of talcum powder that

3  is required to be in the product before you can

4  conclude that the product will cause chronic

5  inflammation; correct?

6          MS. O'DELL:  Object to the form.

7          THE WITNESS:  I think there's no

8  threshold amount that -- below which the patient

9  that's exposed to talcum powder is safe.

10  BY MR. ZELLERS:

11      Q.  Is there a study that you can cite me to for

12  that proposition?

13      A.  No, except that, overall, women that have

14  been exposed to talcum powder in the perineum have an

15  increased risk of ovarian cancer.  And we don't know

16  the quantity in each individual patient.  So some

17  patients may have had a small amount and developed

18  ovarian cancer, unfortunately.

19      Q.  If inflammation is the issue, why would

20  cornstarch be a superior alternative to talc?

21      A.  Because I don't believe cornstarch causes

22  chronic inflammation.  It's absorbed by the body.

23  Macrophages come in and clear it out.  It's not a

24  permanent mineral like talc is.

25      Q.  Are you aware that the FDA banned the use of

Daniel H. Clarke-Pearson, M.D.

Page 226

1  cornstarch on surgical gloves because of the risk of
2  inflammation, granulomas, fibrosis, adhesions, and
3  irritation?
4      A. Yes, because that was causing an acute
5  inflammation, not a chronic inflammation.
6      Q. Are you aware, though, that that was the
7  reason the FDA banned the use of cornstarch on
8  surgical gloves?
9      A. They were trying to stop adhesion formation
10  after surgery.
11      Q. So you are aware of that; is that right?
12      A. Yes. When I was coming up, we had to wash
13  our gloves before we operated, for that reason.
14      Q. How many patients with ovarian cancer have
15  you operated on over the course of your career?
16      A. I would say probably 30 women a year over 40
17  years.
18      Q. For those patients that had nonendometrioid
19  ovarian cancer, have you seen evidence of inflammation
20  when you operated?
21          MS. O'DELL: Object to the form.
22          THE WITNESS: When I operated,
23  75 percent of these patients have cancer all over
24  their abdominal and peritoneal cavity, and identifying
25  inflammation visually from the cancer is something a

Page 227

1  surgeon or any doctor can't do.
2          If you look at histologic specimens of the
3  tumor -- the cancer, we see inflammation, we see
4  lymphocytes and other inflammatory cells. And, in
5  addition, you see inflammatory biomarkers like CA-125.
6  BY MR. ZELLERS:
7      Q. At least grossly, when you operate on
8  patients with nonendometrioid ovarian cancer, you do
9  not see evidence of inflammation; correct?
10          MS. O'DELL: Object to the form.
11          THE WITNESS: Well, I see --
12          MS. O'DELL: I'm sorry.
13          THE WITNESS: -- probably more acute
14  inflammation. We do see additional increased
15  peritoneal fluid, what's called ascites, which is
16  probably an inflammatory response to the cancer.
17  BY MR. ZELLERS:
18      Q. Do you see adhesions?
19      A. Sometimes.
20      Q. So it's your testimony that, when you operate
21  on patients with nonendometrioid ovarian cancer, you
22  do see evidence of inflammation grossly; is that
23  right?
24      A. Yes, with ascites.
25      Q. What else?

Page 228

1      A. That's about the only thing that I can
2  determine with my naked eye as to what looks like
3  inflammation.
4      Q. You see that in some patients but not all
5  patients with ovarian cancer; correct?
6      A. That's true. That's not the only thing that
7  is related to inflammation.
8      Q. For your patients with a nonendometrioid
9  ovarian cancer, has microscopic examination of their
10  tissues shown evidence of activation of an
11  inflammatory cascade?
12          MS. O'DELL: Object to the form.
13          THE WITNESS: I don't think that
14  pathologists look at that. And I'm not sure exactly
15  what you would identify histologically in an
16  inflammatory cascade. I described to you lymphocytes,
17  for example, that represent inflammation.
18  BY MR. ZELLERS:
19      Q. Has it shown evidence of granulomas?
20      A. No.
21          MS. O'DELL: Object to the form.
22  BY MR. ZELLERS:
23      Q. Has it shown evidence of foreign body or
24  giant cell reactions?
25      A. Not that I'm aware of.

Page 229

1      Q. Do you believe that every time a talc
2  particle enters the human body, it produces an
3  inflammatory response?
4      A. A talc particle? Are we talking about platy
5  talc or fibrous talc or what kind of talc --
6      Q. Talcum powder. Do you believe that every
7  time a talc particle -- talcum powder enters the human
8  body, it produces an inflammatory response?
9      A. I think it does on a microscopic basis, yes.
10      Q. You rely on Heller 1996 for the idea that
11  talc can migrate to the ovaries. We talked about the
12  Heller paper; right?
13      A. Yes.
14      Q. And, in fact, didn't Heller find that there
15  was no reaction in the ovaries to the talc particles?
16      A. I'd like to look at that paper again --
17      Q. Sure. Take --
18      A. -- because we were talking along the lines of
19  what ovarian cancer patients look like and now we're
20  back to --
21      Q. I can get it for you or your counsel can show
22  you.
23          I'm looking at Heller 1996, page 1508, right
24  column, second-to-last paragraph.
25          Counsel, is it easier for me to find it?

Daniel H. Clarke-Pearson, M.D.

Page 230

1          MS. O'DELL:  Yeah, why don't you do
2     that?
3          MR. ZELLERS:  All right.  We'll mark
4     the Heller paper that we discussed previously as
5     Exhibit 27.
6          (Exhibit No. 27 was marked for identification.)
7     BY MR. ZELLERS:
8          Q.  Doctor, is this the paper we talked about
9     previously and that you reviewed and are relying on in
10    this case?
11         A.  Yes.
12         Q.  Turn, if you will, to page 1508, the second
13    page.  And I'm looking on the right-hand column just
14    two sentences above "Comment" (as read):
15              "There was no evidence of response
16              to talc, such as foreign body
17              giant cell reactions or fibrosis
18              in the tissue."
19         Did I read that correctly?
20         A.  Yes.
21         Q.  What evidence is there that externally
22    applied talcum powder causes chronic inflammation?
23         A.  Again, I think we see increased biomarkers.
24    I think Dr. Saed's research using ovarian cancer cells
25    shows the inflammatory response that results in gene

Page 231

1     mutations.
2          Q.  Well, we talked a bit ago, you're unaware of
3     any reports or studies in the literature of externally
4     applied talc leading to inflammation, granulomas,
5     fibrosis, or adhesions anywhere along a woman's
6     reproductive tract; is that right?
7          MS. O'DELL:  Object to the form.
8          THE WITNESS:  So what you're describing
9     with adhesions is a reaction -- is an acute
10    reaction -- acute inflammatory reaction, not a chronic
11    reaction.
12    BY MR. ZELLERS:
13         Q.  My question is if up to 50 percent of US
14    women have used genital talc, shouldn't this be a
15    common finding, inflammation, granulomas, fibrosis
16    along a woman's reproductive tract?
17         MS. O'DELL:  Object to the form.
18         THE WITNESS:  Those conditions you're
19    describing are the reaction to an acute inflammation.
20    We're talking about chronic inflammation.
21    BY MR. ZELLERS:
22         Q.  So your testimony is inflammation,
23    granulomas, fibrosis, or adhesions are inconsistent
24    with and not associated with chronic inflammation in
25    your experience; is that right?

Page 232

1          MS. O'DELL:  Object to the form.
2          THE WITNESS:  That's correct.
3     BY MR. ZELLERS:
4          Q.  In your report, you state (as read):
5              "An inflammatory reaction caused
6              by talcum powder on the tube and
7              surface of the ovary results in
8              genetic mutations and
9              carcinogenesis."
10         Is that right?
11         A.  Yes.
12         Q.  And you cite on page 9 in your report --
13    well, strike that.
14         So what authority supports that statement?
15         A.  What was the question again?
16         Q.  Sure.  In your report, page 9, under
17    "Plausibility," second sentence, you state (as read):
18              "An inflammatory reaction caused
19              by talcum powder on the tube and
20              surface of the ovary results in
21              genetic mutations and
22              carcinogenesis."
23         What authority supports that statement?
24         A.  The sequence of events from perineal talc
25    exposure to ovarian cancer and the mechanism of

Page 233

1     chronic inflammation on that ovary over a period of
2     time results in the gene mutation which then becomes
3     ovarian cancer.
4          Q.  On what authority, on what study, are you
5     relying for that statement?
6          A.  On the epidemiologic data showing that the
7     use of perineal talc results in ovarian cancer.
8          Q.  But those studies don't state and find that
9     it's an inflammatory reaction caused by talcum powder
10    on the tube and the ovary, do they?
11         A.  By the time the patient has ovarian cancer,
12    you don't see that.
13         Q.  So my question is you've made the statement,
14    "An inflammatory reaction caused by talcum powder on
15    the tube and surface of the ovary results in genetic
16    mutations and carcinogenesis."
17         What study can I go look at, what study can
18    I read, what study are you relying on for that
19    statement?
20         A.  What I just described to you.  The study is
21    that the patients have ovarian cancer.
22         Q.  Please name the study that you're relying on
23    for that proposition.
24         A.  All the epidemiologic studies that we've been
25    talking about today in totality show the association

Daniel H. Clarke-Pearson, M.D.

Page 234

1 between the exposure of talcum powder to women's
2 perineum and ovarian cancer.
3     Q. And it's your testimony that all of those
4 studies discuss the inflammatory reaction as the
5 causal mechanism; is that right?
6         MS. O'DELL: Object to the form.
7         THE WITNESS: Those studies do not
8 discuss the mechanism in all studies. Some do.
9 BY MR. ZELLERS:
10     Q. So here's what I want: You're saying here
11 "An inflammatory reaction caused by talcum powder on
12 the tube and surface of the ovary results in genetic
13 mutations and carcinogenesis."
14         What study are you referring to, are you
15 relying on, for that statement?
16     A. That the patient got ovarian cancer. She had
17 carcinogenesis. She had gene mutations caused by
18 chronic inflammation that led to cancer. And then we
19 operated on the patient and found she had cancer.
20     Q. What is the study that says that the
21 mechanism, the biologic mechanism, was an inflammatory
22 reaction caused by talcum powder on the tube and
23 surface of the ovary?
24     A. Would you like to turn to laboratory studies?
25     Q. Is there a study that you're relying on for

Page 235

1 that statement?
2     A. There's no way somebody could do a study.
3     Q. All right.
4     A. They do serial biopsies of the ovary, watch
5 for those gene mutations, and then watch for cancer to
6 occur, and then say, hey, chronic inflammation led to
7 cancer several years later. I don't know how anybody
8 could do such a study.
9     Q. In your report, you state -- this is also on
10 page 9, under "Coherence" (as read):
11         "Epidemiologic data, in vitro and
12         in vivo research, are consistent
13         in explaining the pathogenesis of
14         epithelial ovarian cancer through
15         the inflammatory methods described
16         above."
17         Did I read that correctly?
18     A. Yes, sir.
19     Q. How does epidemiological data support your
20 inflammation theory?
21         MS. O'DELL: Objection to the form.
22         THE WITNESS: The inflammation theory
23 is the only plausible theory that I think we have to
24 explain why talcum powder can cause ovarian cancer.
25         And we see, then, in Dr. Saed's laboratory

Page 236

1 that inflammation is occurring when Johnson's baby
2 powder is put into culture with a very normal ovarian
3 cancer -- normal ovarian cells.
4 BY MR. ZELLERS:
5     Q. You'd agree that the research regarding
6 whether chronic inflammation can cause ovarian cancer
7 is ongoing; is that right?
8     A. I think cancer research in general is
9 ongoing.
10     Q. Most of the studies that you cite talking
11 about chronic inflammation refer to chronic
12 inflammation as a hypothesis of one of the ways cancer
13 might form in the ovary; is that right?
14         MS. O'DELL: Object to the form.
15         THE WITNESS: I think it's the most
16 likely -- more likely than not that's the reason that
17 ovarian cancer forms on the ovary.
18 BY MR. ZELLERS:
19     Q. But it is a hypothesis which scientists and
20 medical professionals are studying; is that right?
21         MS. O'DELL: Objection to form.
22         THE WITNESS: It's being studied, and
23 evidence coming out of laboratories is confirming that
24 hypothesis that we have in human beings.
25

Page 237

1 BY MR. ZELLERS:
2     Q. You are familiar with a paper published by
3 Merritt in 2008, "Talcum Powder, Chronic Pelvic
4 Inflammation, and NSAIDs in Relation to Risk of
5 Epithelial Ovarian Cancer"; is that right?
6     A. I've seen it.
7     Q. All right. And you cite that in Exhibit B to
8 your report. We've marked that as Exhibit 6 to this
9 deposition.
10         That's an Australian-wide case-control study
11 of around 1500 women with invasive and low malignant
12 potential ovarian tumors and 1500 population-based
13 controls.
14         Does that refresh your recollection?
15         MS. O'DELL: Are you speak of Merritt
16 2007?
17         MR. ZELLERS: I thought I was speaking
18 of Merritt 2008, which the doctor refers to in his
19 additional materials-considered list on page 17.
20         MS. O'DELL: Let's make sure we've got
21 that. And that's "Talcum Powder, Chronic
22 Inflammation, NSAIDs in Relation to the Risk of
23 Epithelial Ovarian Cancer"?
24         MR. ZELLERS: That's correct.
25         MS. O'DELL: Okay.

Daniel T. Clarke-Pearson, M.D.

| Page 238 |
| --- |

BY MR. ZELLERS:

1 Q. And let me try to cut to the chase, Doctor,
2 so when you look at it, we can --
3 The study concludes that, on balance,
4 chronic inflammation does not play a major role in the
5 development of ovarian cancer; is that right?
6 A. I would have to reread this study if you're
7 reading from some particular place. I don't recall
8 exactly how this study was even designed or executed.
9 Q. Take a look -- and we'll mark this as an
10 exhibit. Deposition Exhibit 28 is the Merritt paper.
11 (Exhibit No. 28 was marked for identification.)
12 BY MR. ZELLERS:
13 Q. Doctor, is this the same as what you're
14 looking at there?
15 A. Yes.
16 Q. This is a study that you cite in support of
17 your opinions; is that right?
18 MS. O'DELL: Object to the form.
19 I think it's referenced in his materials list. It's
20 not cited in his report.
21 BY MR. ZELLERS:
22 Q. It's a study that you felt was at least
23 important enough to refer to in your
24 materials-considered list; is that right?

| Page 239 |
| --- |

1 A. Along with all these other materials, yes.
2 Q. Well, if we go to the "Discussion" on
3 page 174 of Deposition Exhibit 28 -- are you with me
4 on 174?
5 A. I'm on 174. Which paragraph?
6 Q. Well, the very first --
7 A. Can I back up? I'd like to refresh my memory
8 of what this study was about.
9 It was a case-control study, 1500 patients.
10 Confirmed statistical significance of increased
11 ovarian cancer risk associated with use of talc.
12 Relative risk 1.17. Strongest were serous. I'm
13 trying to get down to your inflammation question.
14 Q. Well, it also talks about --
15 MS. O'DELL: I don't think the doctor
16 was finished.
17 MR. ZELLERS: Okay. If the doctor
18 wasn't finished, what else do you need to say, Doctor,
19 before --
20 THE WITNESS: I'm trying to find out
21 where -- all's I'm reading is the abstract, not even
22 the details of the study so far.
23 BY MR. ZELLERS:
24 Q. So I'd like you to go to "Discussion," which
25 is on page 174.

| Page 240 |
| --- |

1 A. Okay. Without knowing what -- how we got to
2 this discussion, go right ahead.
3 Q. Well, I'm citing your paper or at least one
4 of the papers you read and considered.
5 A. I have not read every word of every one of
6 these papers. And you can imagine that, and you can
7 appreciate that.
8 Q. You've not read the studies that are
9 contained in your materials-considered list --
10 MS. O'DELL: Objection.
11 BY MR. ZELLERS:
12 Q. -- Exhibit 6 to the deposition?
13 MS. O'DELL: Excuse me. Objection.
14 Misrepresents his testimony.
15 What's your question?
16 BY MR. ZELLERS:
17 Q. Well, do you want to answer that question?
18 You've not read each and every one of the studies;
19 correct?
20 MS. O'DELL: Objection. Misrepresents
21 his testimony. I think what he had testified to
22 earlier is that he had not read every word of every
23 study but had read the abstracts of -- certainly of
24 every one.
25 THE WITNESS: Right. And I haven't

| Page 241 |
| --- |

1 committed every abstract to memory. I'm sure you can
2 appreciate that too.
3 BY MR. ZELLERS:
4 Q. I can, and that's why you have it in front of
5 you.
6 A. Okay.
7 Q. So if we go to page 174, "Discussion," do you
8 see that? See that paragraph on the left-hand side?
9 A. I see the page. Which paragraph do you want
10 to see?
11 Q. Well, do you see the word "Discussion"?
12 A. Yes.
13 Q. All right. The first paragraph under
14 "Discussion," the last sentence (as read):
15 "These results, in combination
16 with previous studies, suggest
17 that chronic inflammation is
18 unlikely to play a major role in
19 the development of ovarian
20 cancer."
21 Is that the statement -- did I read that
22 correctly?
23 A. I don't think so. Says (as read):
24 "May be linked to increased risk
25 of developing ovarian cancer."

Daniel L. Clarke-Pearson, M.D.

Page 242

1    Are we reading the same -- you're reading
2  the first sentence under "Discussion"?
3    Q.  No.  I'm reading the last sentence of
4  "Discussion" -- last sentence of the first paragraph.
5    A.  Okay.  You read it correctly.
6    Q.  All right.  And then if we go to the
7  right-hand side, on the same page of the last
8  paragraph, the first two sentences state (as read):
9       "If inflammation plays a role in
10       the etiology of ovarian cancer,
11       then it would be expected that PID
12       would be associated with increased
13       risk of ovarian cancer.  PID was
14       not associated with elevated risk
15       of ovarian tumors in our data,
16       confirming several previous
17       reports of no association with PID
18       in studies of all subtypes of
19       ovarian cancer."
20    Did I read that correctly?
21    A.  You did.
22    Q.  So this study concludes that, on balance,
23  chronic inflammation does not play a major role in the
24  development of ovarian cancer; correct?
25    A.  So PID is pelvic inflammatory disease.  Is

Page 243

1  that what you understand it?
2    Q.  Yes.
3    A.  So pelvic inflammatory disease is an acute
4  infection treated with antibiotics and usually
5  resolves with proper treatment.  So it's not a chronic
6  infection.  Having said that, PID is recognized as a
7  risk factor in many of the studies -- many of the
8  documents that you've referred to earlier this
9  morning.
10       So this particular case-control study
11  doesn't identify PID as a risk; but, in totality,
12  pelvic inflammatory disease is considered a risk
13  factor for ovarian cancer.
14    Q.  What study do you rely on for your opinion
15  that pelvic inflammatory disease is a risk factor or
16  causative of ovarian cancer?
17    A.  If I could turn back to the documents you
18  were using earlier today from either the CDC or --
19    Q.  And just refer to them generally, and then
20  we'll take a look.  The CDC --
21    A.  Well, I mean, the risk -- I'm not sure which
22  one it was, but they are --
23    Q.  Let me ask another question, then.
24       What methodology did you employ to consider
25  the findings of the Merritt paper in coming to the

Page 244

1  opinions contained in your report?
2       MS. O'DELL:  Objection to form.
3       THE WITNESS:  That it is well
4  established, in my opinion, that pelvic inflammatory
5  disease is a risk factor for ovarian cancer.
6  BY MR. ZELLERS:
7    Q.  Do you agree you cannot ignore the data that
8  doesn't support your opinion and are only relying or
9  looking at data that does support your opinion?
10       MS. O'DELL:  Object to the form.
11       THE WITNESS:  My opinion is based on a
12  larger body of evidence and that other authorities,
13  not my opinion, have established that PID is a risk
14  factor.
15       MS. BOCKUS:  Object.  Nonresponsive.
16       MR. ZELLERS:  Move to strike as
17  nonresponsive.
18  BY MR. ZELLERS:
19    Q.  Do you agree that in doing a proper expert
20  analysis, you need to review and consider the studies
21  that both support your opinions and the studies that
22  do not support your opinions?
23    A.  Absolutely.  That's my methodology.
24    Q.  And you believe that you have done that in
25  the discussion in your report; is that right?

Page 245

1    A.  I believe so.
2    Q.  All right.  Do you agree that the studies
3  relating to NSAIDs are not consistent in terms of
4  establishing that NSAIDs, which reduce inflammation,
5  are associated with reduced ovarian cancer risk?
6    A.  That's my understanding.
7    Q.  Wouldn't you expect, if your theory of
8  inflammation is correct, that there would be
9  consistency among the NSAID studies and that they
10  would be consistently associated with reduced ovarian
11  cancer risk?
12    A.  I'd have to review those studies in more
13  detail.  I don't know what the doses of the NSAIDs
14  were, how chronically they were used, whether they
15  started at the time the chronic inflammation started
16  or later.
17    Q.  Would you agree that the literature that you
18  cite and that you rely upon for your inflammation
19  theory cites and just shows inflammation, not chronic
20  inflammation, leading to cancer?
21       MS. O'DELL:  Object to the form.
22       THE WITNESS:  I'm talking about chronic
23  inflammation, to be clear.
24  BY MR. ZELLERS:
25    Q.  Let's take a quick look at your report.

Page 246

1    Page 4, you cite Eberl 1948, Redic 1988, and
2 1993 NTP study of rats and mice for the proposition
3 that talcum powder is known to elicit an inflammatory
4 response in animals and humans.  Is that right?
5    A.  Yes.
6    Q.  Those studies just show an acute inflammatory
7 response; is that right?
8        MS. O'DELL:  Object to the form.
9        THE WITNESS:  I don't recall that,
10 but...
11 BY MR. ZELLERS:
12    Q.  Well, are you familiar with the FDA's 2014
13 response to the citizens petition which we talked
14 about earlier?
15    A.  Yeah.  Let me pull that out again.
16    Q.  Sure.  Do you have that available?
17    A.  There's an exhibit here.
18    Q.  I have it as Exhibit 19.
19        Do you see that -- do you have that in front
20 of you?
21    A.  I have the exhibit.
22    Q.  So go to page 3, where the authors talk about
23 the toxicologic findings.
24        Do you see that?
25    A.  I'll get there in a second.

Page 247

1    Q.  Sure.
2        Can I ask you a question?
3    A.  Just give me one minute, please.
4        Okay.
5    Q.  The FDA, in reviewing the toxicology findings
6 and specifically commenting on the 1993 National
7 Toxicology Program, published a study, they state --
8 and I'm reading now the last paragraph (as read):
9        "The study lacks convincing
10        scientific support because of
11        serious flaws in its design and
12        conduct, including the
13        investigators used micronized talc
14        instead of consumer-grade talc,
15        resulting in the experimental
16        protocol not being reflective of
17        human exposure conditions in terms
18        of particle size."
19        Did I read that correctly?
20    A.  Well, yes.  But that's taken out of context
21 to what's above here from the NTP report.
22    Q.  Have you made a determination in this case
23 about the size of the particles in talcum powder
24 products?
25    A.  They vary in size, from my understanding.

Page 248

1    Q.  But the FDA noted -- and I'm looking at
2 page 4 -- that (as read):
3        "The investigators conceded that
4        they had problems with the aerosol
5        generation system and that the
6        study did not include positive and
7        negative dust controls."
8        Is that right?
9    A.  That's what it says.
10    Q.  The FDA went on to conclude that (as read):
11        "In light of these shortcomings, a
12        panel of experts at the 1994
13        ISRTP/FDA workshop declared that
14        the 1993 NTP study had no
15        relevance to human risk."
16        Did I read that correctly?
17        MS. O'DELL:  Object to the form.
18        THE WITNESS:  You read that correctly,
19 and this -- that study was -- that workshop was
20 convened a decade before this letter was written.
21 There was definitely more information available that
22 the FDA, once again, chose to not include or ignore.
23 BY MR. ZELLERS:
24    Q.  Well, let's take a look at just a couple of
25 the studies that you refer to in your report.

Page 249

1        You cite to the Buz'Zard 2007 study; is that
2 right?
3    A.  Yes.
4    Q.  You rely on the Buz'Zard study to support
5 your view that talcum powder causes chronic
6 inflammation that leads to ovarian cancer.  This is
7 page 4 of your report, second-to-last paragraph.
8    A.  Yes.  I'm trying to pull out the Buz'Zard
9 paper here.
10    Q.  Do you need me to give it to you, or do you
11 have it in front of you?
12    A.  I have it, sir.
13    Q.  All right.  So this study was conducted in a
14 nutritional lab, not a cancer lab; is that right?
15    A.  Yes.
16    Q.  The purpose of the study was to assess
17 whether there was a certain effect from pine bark
18 supplements; is that right?
19    A.  There was an effect to neutralize the impact
20 of talcum powder.
21    Q.  Did you consider the type of cells that were
22 evaluated in the Buz'Zard study?
23        And let me make it easy for you.  The
24 Buz'Zard study used immortalized cells; is that right?
25 I'm looking at the second page, left column, "Cell

Daniel L. Clarke-Pearson, M.D.

| Page 250 | Page 252 |
|---|---|

**Page 250**

1  culture and treatment."
2      A. I'm trying to find where they talk about
3  human origin. Temperatures. Immortalized, yes.
4  Normal ovarian epithelium and normal granulosa cells.
5  It's not just generic immortalized cells.
6      Q. But the study used immortalized cells; is
7  that correct?
8      A. Immortalized ovarian cells.
9      Q. Did you investigate whether the ovarian cells
10  that they used were genetically altered?
11      A. Did I investigate whether they were
12  genetically altered?
13      Q. Yes.
14      A. I had no opportunity to investigate that
15  question.
16      Q. If the Buz'Zard study used genetically
17  altered ovarian cells that did not have the p53
18  protein, would that affect your analysis of Buz'Zard?
19      A. I would have to turn to a molecular biologist
20  to tell me what impact that might have had on the
21  impact of this study.
22      Q. Well, you yourself, as we talked about in the
23  very beginning today in one of your early
24  publications, a cell missing the p53 protein is not a
25  normal human ovarian cell; is that right?

**Page 251**

1          MS. O'DELL: Object to the form.
2          THE WITNESS: No, that's not what we
3  were talking about this morning in the one 1993 study
4  that I was a coauthor on. P53 mutation is what we
5  were talking about.
6  BY MR. ZELLERS:
7      Q. Right. Well, looking at the Figure 3 of the
8  Buz'Zard study 2007, "The inflammatory response does
9  not increase with increasing doses of talcum powder."
10      Is that right?
11          MS. O'DELL: Object to the form.
12          THE WITNESS: It does up to a point.
13  BY MR. ZELLERS:
14      Q. Then stops; is that right?
15      A. That's right. And then it goes down,
16  probably because the talcum powder was killing the
17  cells.
18          MR. ZELLERS: Move to strike as
19  nonresponsive.
20  BY MR. ZELLERS:
21      Q. In fact, the study shows that higher doses of
22  talcum powder are associated with lower ROS
23  generation; is that right?
24          MS. O'DELL: Object to the form.
25          THE WITNESS: That's what it says.

**Page 252**

1  BY MR. ZELLERS:
2      Q. Saed. You were citing the Saed studies, both
3  2018, and now the Harper and Saed 2009 -- strike
4  that -- 2019 abstract; is that right?
5      A. Repeat the first one.
6      Q. Sure. You're relying, in part, for your
7  inflammation theory on Saed 2018, that chapter, and
8  the Harper and Saed 2019 abstract; is that right?
9          MS. O'DELL: Object to the form.
10          THE WITNESS: I'm relying on a paper --
11  a review paper published in Gyn Oncology in 2017. Is
12  that what you're talking about?
13  BY MR. ZELLERS:
14      Q. Well, I thought Saed that you cite in your
15  paper -- or your report -- was Saed 2018 and Harper
16  and Saed 2019.
17      Are you relying on a Saed 2017 paper as
18  well?
19      A. There's a review paper, "Updates on Oxidative
20  Stress in Pathogenesis of Ovarian Cancer" that I am
21  familiar with and is a very nice review paper
22  describing oxidative stress and gene mutation.
23      Q. Well, let me ask you a --
24      A. But there's two other abstracts here that
25  I think you're talking about.

**Page 253**

1      Q. Do you know that Dr. Saed is a paid expert
2  for the plaintiffs' lawyers in this litigation?
3      A. No.
4      Q. Did you consider that fact in evaluating
5  Dr. Saed's work?
6      A. I believe he's an honest scientist and is
7  doing good scientific work.
8      Q. What is your basis for concluding that he's
9  an honest scientist?
10      A. He has a good reputation in the gynecologic
11  oncology community. He's published peer review
12  publications that have been -- undergone critical peer
13  review.
14      Q. Did Dr. Saed, in any of the publications that
15  you have reviewed -- 2017, 2018, and 2019 -- disclosed
16  that he's a paid expert for the plaintiff lawyers in
17  this litigation?
18          MS. O'DELL: Object to the form.
19          THE WITNESS: Not exactly in those
20  words.
21  BY MR. ZELLERS:
22      Q. Have you spoken with Dr. Saed?
23      A. No. I've never met him.
24      Q. Have you ever requested any information from
25  Dr. Saed?

Daniel T. (Clarke-Pearson, M.D.

Page 254

1    A. No, I have not.
2    Q. The Saed study looked at immortalized cell
3  lines; is that right?
4         MS. O'DELL: Which study are you
5  referring to?
6         MR. ZELLERS: I'm referring to the 2018
7  and 2009 publications that you have referenced with
8  the doctor.
9         MS. O'DELL: You said 2009 --
10         MR. ZELLERS: I'm sorry. 2019. Excuse
11  me.
12         THE WITNESS: Just to be clear, just so
13  we know the authors, so you're talking about Fletcher
14  and Saed, the abstract?
15  BY MR. ZELLERS:
16    Q. I was referring to what you cite and
17  reference in your report, which, at least in part, is
18  Saed 2018 and Harper and Saed 2019.
19         Did you review those studies and are you
20  relying, at least in part, on those studies?
21    A. Those studies and then with the subsequent
22  full-length manuscript by Dr. Saed.
23    Q. All right. And you're aware that Dr. Saed
24  looked at immortalized cell lines; is that right?
25    A. That is about the only way to do that kind of

Page 255

1  research, is with immortalized cells.
2    Q. Are you aware that Dr. Saed has testified
3  that the cells were modified with a virus to make them
4  undergoing -- strike that -- to make them keep
5  undergoing division in vitro?
6    A. I was not aware of that, but it may be a
7  laboratory technique that's necessary to do continuous
8  studies on the same cell line.
9    Q. Are you aware that Dr. Saed testified that
10  the p53 gene was turned off in those cells?
11         MS. O'DELL: Object to the form.
12         THE WITNESS: I was not aware of his
13  testimony at all. I've not read his deposition.
14  BY MR. ZELLERS:
15    Q. What methodology did you use to apply the
16  Saed results to normal cells in actual organs?
17         MS. O'DELL: Object to the form.
18         THE WITNESS: I think this is the best
19  one can do, I presume -- I'm not a laboratory
20  scientist, but the best they can do to replicate
21  in vitro the impact of talcum powder on ovarian cells.
22  BY MR. ZELLERS:
23    Q. Can you cite any data showing that the
24  concentrations of exposure used in the Saed study are
25  the same as would be encountered in cosmetic use?

Page 256

1         MS. O'DELL: Object to the form.
2         THE WITNESS: I think we don't know how
3  much talcum powder gets to the ovary.
4  BY MR. ZELLERS:
5    Q. Can you cite any data showing that the level
6  of concentration of exposure used in the Saed study
7  has ever occurred in women with perineal talc use?
8    A. I think that's an unknown answer.
9    Q. Do you know what SNPs are, S-N-P-S?
10    A. Yes. Single-nucleotide polymorphisms.
11    Q. The Saed abstract and article looked at
12  single-nucleotide polymorphisms, or SNPs; is that
13  right?
14    A. That's correct.
15    Q. They are changes to the individual building
16  blocks of DNA; is that right?
17    A. Yes.
18    Q. SNPs can be caused by a number of agents or
19  factors; is that right?
20    A. I believe so.
21    Q. Most SNPs have no effect on health or
22  development; is that right?
23         MS. O'DELL: Object to the form.
24         THE WITNESS: Individual SNPs. So SNPs
25  do represent a gene mutation, and they do have impact

Page 257

1  on the carcinogenesis, if you will, or development of
2  cancer. Not in all cases.
3  BY MR. ZELLERS:
4    Q. What evidence do you have that the SNPs that
5  Dr. Saed observed are associated with ovarian cancer?
6    A. We see that this chronic inflammation caused
7  by talcum powder in his laboratory is creating SNPs,
8  gene mutations. Gene mutations then become cancer.
9    Q. What studies can you cite that show that
10  those SNPs have a statistically significant
11  association with ovarian cancer?
12         MS. O'DELL: Object to the form.
13         THE WITNESS: I would have to return to
14  the literature. There's a broad literature about SNPs
15  that are more than the laboratory right now. But the
16  combination of different SNPs is recognized as causing
17  cancer.
18         I don't know the specific SNPs that you're
19  referring to.
20  BY MR. ZELLERS:
21    Q. Other SNPs have no effect on health or
22  development; correct?
23    A. Some.
24         MS. O'DELL: Object to the form.
25

Daniel L. Clarke-Pearson, M.D.

Page 258

1  BY MR. ZELLERS:
2     Q.  Oxidative stress, would you agree that
3  reactive oxygen species are a normal part of cell
4  physiology?
5     A.  To some degree.
6     Q.  Do all substances that cause oxidative stress
7  also cause cancer?
8     A.  No.
9     Q.  Does the presence of oxidative stress in
10  tissue indicate that cancer will develop in that
11  tissue?
12     A.  It can develop in that tissue.
13          MS. O'DELL:  Excuse me, Mike.  Whenever
14  you get to a breaking -- stopping point, we've been
15  going about an hour and 40 minutes, I think, something
16  like that.
17          MR. ZELLERS:  Sure.  Let me just finish
18  a couple of questions here.
19  BY MR. ZELLERS:
20     Q.  The presence of oxidative stress in a tissue
21  may or may not indicate that cancer will develop in
22  that tissue; is that fair?
23     A.  Yes, that's correct.
24     Q.  If exposure to a substance causes oxidative
25  stress in a certain tissue, does that mean that the

Page 259

1  substance will cause oxidative stress in all types of
2  tissues?
3     A.  Not necessarily.
4     Q.  Does the body have protective mechanisms that
5  can limit tissue damage from oxidative stress?
6     A.  Yes.
7     Q.  What publications indicate that oxidative
8  stress is involved in the development of ovarian
9  cancer?
10     A.  We're again talking about the evidence that
11  there's gene mutations being caused by oxidative
12  stress.
13     Q.  Can you cite to me a publication?
14     A.  That results in ovarian cancer?
15     Q.  Yes.
16     A.  No, I can't cite that to you.  I can show you
17  the laboratory evidence that's leading to that
18  conclusion that it will happen one day.
19          MR. ZELLERS:  Let's take a break.
20          THE VIDEOGRAPHER:  Going off the record
21  at 3:22 p.m.
22     (Recess taken from 3:22 p.m. to 3:38 p.m.)
23          THE VIDEOGRAPHER:  Back on the record
24  at 3:38 p.m.
25

Page 260

1  BY MR. ZELLERS:
2     Q.  Dr. Clarke-Pearson, are you familiar with the
3  term "confounding"?
4     A.  Yes.
5     Q.  That's where the presence of another
6  association confuses the relationship between the
7  exposure and disease being studied; correct?
8     A.  That sounds like a reasonable definition.
9     Q.  For example, if you're studying the
10  association between coffee and pancreatic cancer, you
11  need to be mindful of whether cigarette smoking is
12  more common in coffee drinkers than in the rest of the
13  population; correct?
14     A.  And if there's some synergism between the
15  two.
16     Q.  Cigarette smoking could be a confounder in
17  that situation; is that right?
18     A.  Yes.
19     Q.  Because if more coffee drinkers are smokers
20  than non-coffee drinkers, an association between
21  coffee drinking and pancreatic cancer might be due to
22  the smoking, not the coffee drinking; correct?
23          MS. O'DELL:  Object to the form.
24          THE WITNESS:  That's where a researcher
25  would need to control for those variables.

Page 261

1  BY MR. ZELLERS:
2     Q.  Confounding can distort results in
3  epidemiologic studies; is that right?
4     A.  Yes.
5     Q.  You agree that residual confounding is
6  possible in every observational study; correct?
7     A.  I'm not sure I understand what "residual
8  confounding" is.
9     Q.  Well, residual confounding is confounding
10  that remains even after you have controlled for known
11  confounders.
12          MS. O'DELL:  Object to the form.
13          THE WITNESS:  So let me read your
14  question.
15  BY MR. ZELLERS:
16     Q.  Or I can ask it again.
17     A.  Okay.
18     Q.  I'll ask it again.
19          You agree that residual confounding is
20  possible in every observational study; correct?
21          MS. O'DELL:  Object to the form.
22          THE WITNESS:  That is possible.
23  BY MR. ZELLERS:
24     Q.  You agree that it's possible that unmeasured
25  confounders may be present in every observational

Daniel L. Clarke-Pearson, M.D.

Page 262

1 study; correct?
2          MS. O'DELL:  Objection to form.
3          THE WITNESS:  Yes, that's possible.
4 BY MR. ZELLERS:
5     Q.  It's impossible to say that all known and
6 unknown confounding factors have been controlled for
7 in any given study; is that right?
8          MS. O'DELL:  Object to the form.
9          THE WITNESS:  That's why we do
10 randomized control trials if possible.
11 BY MR. ZELLERS:
12     Q.  Many new factors possibly involved in ovarian
13 cancer are just being published in the literature; is
14 that right?
15          MS. O'DELL:  Object to the form.
16          THE WITNESS:  What's being -- what
17 I was referring to as new factors are really the
18 biological mechanisms by which ovarian cancer occurs.
19 BY MR. ZELLERS:
20     Q.  Well, through time, there have been different
21 factors or potential factors involved in ovarian
22 cancer; is that right?
23          MS. O'DELL:  Object to the form.
24          THE WITNESS:  Yes.
25

Page 263

1 BY MR. ZELLERS:
2     Q.  Some of those are borne out and some are not;
3 is that right?
4     A.  I'm not sure what you mean --
5          MS. O'DELL:  Object to the form.
6          THE WITNESS:  -- by factors aren't
7 borne out.
8 BY MR. ZELLERS:
9     Q.  Well, at one point, was it thought that a
10 mumps virus was a potential viral etiology of ovarian
11 cancer?
12     A.  Not that I'm aware of.  When was that?
13     Q.  You're not aware of that?
14     A.  I'm not aware of it.
15     Q.  All right.  Well, how about Chlamydia
16 infection, a history of Chlamydia infection and a
17 history of weight gain during adolescence are two
18 recent examples of potentially new factors involved
19 with ovarian cancer; correct?
20          MS. O'DELL:  Object to the form.
21          THE WITNESS:  Well, we just finished
22 talking about pelvic inflammatory disease, and
23 Chlamydia is a pelvic inflammatory disease, so that
24 may be a specific new factor.  But we already have
25 accepted PID as a risk factor.

Page 264

1          Obesity in adolescence may or may not be.
2 I'm not aware of the data on that.
3 BY MR. ZELLERS:
4     Q.  Factors weren't controlled for, Chlamydia
5 infection, history of weight gain, those are factors
6 that were not controlled for -- strike that.  Let me
7 be more precise.
8          A history of Chlamydia infection and a
9 history of weight gain during adolescence are two
10 recent factors that are being discussed among the
11 gynecologic oncology community; correct?
12          MS. O'DELL:  Object to the form.
13          THE WITNESS:  I'm not aware of the
14 obesity in adolescence.  It may be.
15 BY MR. ZELLERS:
16     Q.  Those factors were not controlled for in any
17 of the published talc ovarian cancer studies; correct?
18     A.  That's correct.
19     Q.  You rely on Terry 2013 in your report.  It's
20 part of your graph on -- or your table on page 7; is
21 that right?
22     A.  Yes.
23     Q.  Terry 2013 did not adjust for hormone
24 replacement therapy usage; is that right?
25     A.  I would have to look to see what he did and

Page 265

1 didn't adjust for.
2     Q.  Is that easy for you to do?
3     A.  I'm sorry?
4     Q.  Is that easy for you to do?
5     A.  It's buried in here under fine print, I'm
6 sure.
7     Q.  Let me -- let me ask the question this way:
8 If hormone replacement therapy is a risk -- well,
9 strike that.
10          Is hormone replacement therapy a risk factor
11 for ovarian cancer?
12     A.  We believe it is.
13     Q.  If Terry 2013 -- and I'm asking you to assume
14 this.
15          If Terry 2013 did not account for that
16 potential confounding factor, then we wouldn't know
17 whether the odds ratio in the study would have been
18 lower if the authors had made that adjustment;
19 correct?
20          MS. O'DELL:  Object to the form.
21          THE WITNESS:  Or it may have been
22 higher.
23 BY MR. ZELLERS:
24     Q.  We don't know; correct?
25          MS. O'DELL:  Object to the form.

Daniel L. Clarke-Pearson, M.D.

Page 266

1       THE WITNESS:  We don't know.
2   BY MR. ZELLERS:
3       Q.  Asbestos.  You're, as you've told us today,
4   an expert in asbestos; is that right?
5       A.  I feel comfortable talking about asbestos.
6       Q.  You feel comfortable, as you told us and
7   testified earlier, testifying as an expert on
8   asbestos; is that right?
9           MS. O'DELL:  Object to the form.
10          THE WITNESS:  I don't think I said
11  I was an expert in asbestos.
12  BY MR. ZELLERS:
13      Q.  Well, on page 9 of your report, you say
14  (as read):
15          "There are numerous reports in the
16          medical literature of minerals
17          similar to talc causing cancer.
18          Probably the most significant
19          example is asbestos and lung
20          cancer/mesothelioma."
21      Is that right?
22      A.  Yes.  I'm trying to find where I say that.
23  I -- it sounds perfectly right.
24          I'm sorry.  I'm having a hard time finding
25  it.  I looked under -- which topic are you reading

Page 267

1   from?
2       Q.  All right.  You got page 9, under "Analogy"?
3   Or --
4       A.  Yes.
5       Q.  "There are numerous reports in the medical
6   literature of minerals similar to talc causing cancer.
7   Probably the most significant example is asbestos and
8   lung cancer/mesothelioma."
9           Did I read that correctly --
10      A.  Yes.
11      Q.  -- from your report?
12      A.  That's correct.
13      Q.  How is talc similar to asbestos?
14      A.  First of all, the -- a number of components
15  in talcum powder have carcinogens in them.  There's
16  evidence that we haven't talked about yet that
17  Johnson & Johnson baby powder and Shower to Shower had
18  asbestos in it, that fibrous talc is a carcinogen
19  according to IARC.
20          And, in addition, heavy metals that are
21  contained in Johnson & Johnson baby powder, two of
22  them are considered carcinogens also.
23          MR. ZELLERS:  Move to strike as
24  nonresponsive.
25

Page 268

1   BY MR. ZELLERS:
2       Q.  How is talc similar to asbestos?
3       A.  Talc has fibrous talc in it.  Assuming
4   there's -- let me just make an assumption that there's
5   no asbestos in talc.  So that's what you're asking me
6   about.
7       Q.  I'm asking you --
8       A.  A hypothetical that talc doesn't have --
9   talcum powder doesn't have asbestos in it.
10      Q.  My question to you is that you state here
11  that there are minerals similar to talc causing
12  cancer.  And what I want to know is how is talc as a
13  mineral similar to asbestos?
14      A.  Talc has a fiber in it.  Fibrous talc is
15  similar to asbestos.
16      Q.  Can you be any more specific?
17          MS. O'DELL:  Object to the form.
18          THE WITNESS:  It's considered a
19  carcinogen.  It's a long bundle of fibers.
20  BY MR. ZELLERS:
21      Q.  Talc is a long bundle of fibers?
22      A.  Fibrous talc is.
23      Q.  Well, I'm asking you about talc right now.
24  Is talc different than fibrous talc?
25      A.  If you are talking hypothetically about platy

Page 269

1   talc only --
2       Q.  I'm talking about you as an expert and
3   describing for us the differences in the minerals
4   talc, fibrous talc, and asbestos.
5       A.  So platy talc hypothetically is probably not
6   like asbestos, but it contains fibrous talc, which is
7   a long, elongated mineral that can act in the human
8   body similar to asbestos.
9       Q.  Can you be any more descriptive, or is that
10  as far as you can go in terms of explaining how
11  fibrous talc is similar to asbestos?
12      A.  Both cause a chronic inflammation in normal
13  tissues and then go on to cause oxidative stress and
14  mutations.
15      Q.  I'm talking more about the minerals.  Can you
16  be any more descriptive about how fibrous talc, the
17  mineral, is similar to asbestos?
18          MS. O'DELL:  Objection to form.
19          THE WITNESS:  Pictures I've seen look
20  like asbestos particles, and fibrous talc looked very
21  similar.
22  BY MR. ZELLERS:
23      Q.  What other minerals that are similar to talc
24  cause cancer?
25          MS. O'DELL:  Object to the form.

Daniel L. Clarke-Pearson, M.D.

Page 270

1    THE WITNESS: I'm not aware of any.
2  BY MR. ZELLERS:
3    Q. Are your opinions in this case dependent on
4  talcum powder containing asbestos?
5    A. No.
6    Q. Do you believe that talcum powder that does
7  not contain asbestos causes ovarian cancer?
8    A. Yes.
9    Q. If your -- if your assumption about
10  contamination of talcum powder products with asbestos
11  were not true, would that change your opinion in this
12  case?
13    A. No.
14    MS. O'DELL: Object to the form.
15  BY MR. ZELLERS:
16    Q. Is it fair to say that you have not made any
17  independent determination that the Johnson's baby
18  powder and talcum powder products are contaminated
19  with asbestos?
20    MS. O'DELL: Objection to form.
21    THE WITNESS: The only determination
22  I've had is the evidence that I've seen.
23  BY MR. ZELLERS:
24    Q. You don't have the personal expertise to make
25  that determination; is that right?

Page 271

1    A. I have the personal expertise to read reports
2  from experts and --
3    Q. Do you have the personal expertise to do the
4  testing necessary to determine whether or not talc is
5  contaminated with asbestos?
6    A. No, I do not.
7    Q. You're relying on the reports of Longo for
8  that information; is that right?
9    MS. O'DELL: Object to the form.
10    THE WITNESS: And I think also testing
11  that was performed by Johnson & Johnson, reported in
12  the John Hopkins deposition.
13  BY MR. ZELLERS:
14    Q. Well, you're talking about the two exhibits
15  that you looked at, one exhibit in John Hopkins'
16  deposition and one exhibit in Julie Pier deposition;
17  is that right?
18    A. Yes.
19    Q. You were given those documents by
20  Dr. Thompson and counsel for plaintiffs; is that
21  right?
22    A. Or by Ms. O'Dell, I'm not sure who.
23    Q. Or by Ms. O'Dell. I'll put her in the
24  counsel of plaintiffs.
25    You did not undertake a review of the

Page 272

1  literature on the topic of the alleged presence of
2  asbestos in talcum powder; is that right?
3    MS. O'DELL: Object to the form.
4    THE WITNESS: The literature?
5  BY MR. ZELLERS:
6    Q. You're relying for their -- strike that.
7    For the proposition that there is asbestos
8  in the Johnson's baby powder and Shower to Shower
9  product, your reviewing on the documents you were
10  provided by counsel, the exhibit from John Hopkins
11  deposition, the exhibit from Julie Pier, and from the
12  selected company documents they provided to you;
13  correct?
14    A. I'm also relying on a publication by A.M.
15  Blount.
16    Q. That's what we identified earlier; is that
17  right?
18    A. I believe so.
19    Q. The A.M. Blount article deals with
20  mesothelioma, not ovarian cancer; is that right?
21    MS. O'DELL: Objection to form.
22    THE WITNESS: It talks about the
23  presence of asbestos in talcum powder.
24  BY MR. ZELLERS:
25    Q. Do you know that the deposition exhibits that

Page 273

1  you were given -- the exhibit to John Hopkins'
2  deposition and the exhibit to Julie Pier's
3  deposition -- that they were tables and exhibits that
4  were created by the plaintiff attorneys?
5    MS. O'DELL: Objection to form.
6    THE WITNESS: I'm not aware of how
7  these tables were created.
8  BY MR. ZELLERS:
9    Q. Do you know where the data in those exhibits
10  came from?
11    A. I do not.
12    Q. Are you -- strike that.
13    Have you made any effort to investigate any
14  alternative explanations for the data in those charts?
15  And I'm talking about the Hopkins and Pier deposition
16  exhibits.
17    A. No.
18    Q. If scientists with Johnson & Johnson
19  companies and Imerys scientists say that those tests
20  don't actually show asbestos, you have no expertise to
21  dispute that personally, do you?
22    MS. O'DELL: Object to the form.
23    THE WITNESS: Personally, no.
24  BY MR. ZELLERS:
25    Q. Have you looked at the evidence or been

Daniel R. Clarke-Pearson, M.D.

| Page 274 |
|---|

1  provided with the evidence of Johnson & Johnson
2  companies and Imerys that, in fact, those tests do not
3  show asbestos?
4        MS. O'DELL:  Object to the form.
5        THE WITNESS:  You're referring to the
6  charts that I have?
7  BY MR. ZELLERS:
8    Q.  Yes.
9    A.  I'm not aware of that.
10   Q.  Have you confirmed that any of the talc
11 samples mentioned in those charts, the two exhibits of
12 Hopkins deposition and Pier deposition, were actually
13 from talc that was used in body powder?
14   A.  I believe the testing that was reported in
15 Hopkins was from Johnson & Johnson.
16   Q.  Number one, have you confirmed that any of
17 the talc samples mentioned in those charts were
18 actually from talc that was used in body powder?
19       MS. O'DELL:  Objection to form.
20       THE WITNESS:  I can't confirm that.
21 BY MR. ZELLERS:
22   Q.  You realize that the vast majority of talc
23 isn't used for body powder; correct?
24       MS. O'DELL:  Objection to form.
25       THE WITNESS:  I don't know.

| Page 275 |
|---|

1  BY MR. ZELLERS:
2    Q.  Did you consider any testing of Johnson &
3  Johnson or Imerys that found no asbestos in the talcum
4  powder?
5    A.  I presume there is.  The report by Dr. Longo
6  didn't show it in every single sample.
7    Q.  Well, did you consider -- did you review any
8  of that testing of either Johnson & Johnson companies
9  or Imerys that found no asbestos?
10   A.  I was not aware of any data on that to that
11 point.
12   Q.  Were you provided that data or those test
13 results by counsel for plaintiffs?
14   A.  No.
15   Q.  Have you reviewed the FDA's testing of talcum
16 powder products?
17   A.  You'd have to show me that evidence.
18   Q.  Do you recall, sitting here, whether or not
19 you have been provided with the FDA's testing of
20 talcum powder products?
21   A.  I believe I've seen it.
22   Q.  Have you made any effort -- well, strike
23 that.
24       The FDA's testing, do you recall whether it
25 found asbestos or did not find asbestos?

| Page 276 |
|---|

1    A.  My recollection was, whatever technique they
2  used, they didn't find asbestos.
3    Q.  Have you made any effort to quantify the
4  amount of any alleged contaminant in the Johnson's
5  baby powder products?
6        MS. O'DELL:  Objection to form.
7        THE WITNESS:  What contaminant are you
8  talking about?
9  BY MR. ZELLERS:
10   Q.  Well, let's start with asbestos.
11   A.  I haven't made any effort to quantify aside
12 from what's in the reports.
13   Q.  Have you made any effort to quantify the
14 trace amounts of heavy metals that you contend are in
15 the baby powder?
16   A.  I have not tried to quantitate that except
17 for what's in the reports.
18   Q.  Have you attempted to quantify in any manner
19 the fragrance chemicals that you believe are contained
20 in the baby powder?
21       MS. O'DELL:  Objection to form.
22       THE WITNESS:  The fragrance chemicals
23 that I know are contained in the baby powder?
24 BY MR. ZELLERS:
25   Q.  Well, you don't really know if any fragrance

| Page 277 |
|---|

1  chemicals are contained in the baby powder.  You have
2  reviewed some documents and materials prepared by
3  others which talk about that; right?
4    A.  Yes.
5    Q.  All right.  Do you have an opinion on what
6  type of asbestos, if any, is in the Johnson's baby
7  powder?
8    A.  Looking at the reports, there are several
9  types.
10   Q.  Tell us what types you believe -- what types
11 of asbestos are found or -- strike that.
12       What types of asbestos are found in the baby
13 powder?
14   A.  So this is from the Hopkins Report.
15 Tremolite.  Crystalline.  Some more crystalline.
16 Crystalline.  Crystalline.  Tremolite.  Actinolite.
17 Actinolite.
18       Would you like me to go on?
19   Q.  Well, you're just reading down from the
20 Hopkins, Exhibit 47; is that right?
21   A.  That's correct.
22   Q.  Do you know what type of asbestos is most
23 commonly associated with ovarian cancer?
24       MS. O'DELL:  Object to the form.
25       THE WITNESS:  I think they all are.

Daniel L. Clarke-Pearson, M.D.

Page 278

BY MR. ZELLERS:
1  
2     Q. That's your belief? That all types of
3  asbestos are equally associated with ovarian cancer?
4     A. I think they're all carcinogens.
5     Q. Am I correct that, at least as you sit here,
6  you believe that all forms of asbestos are associated
7  with ovarian cancer?
8     A. There's never been a randomized trial
9  exposing women to different forms of asbestos to
10 determine whether one is more carcinogenic than the
11 other.
12    Q. So your answer is yes; is that right?
13          MS. O'DELL: Object to the form.
14          MS. BOCKUS: I was going to object to
15 his prior answer as nonresponsive.
16          THE WITNESS: Your question was, "Am
17 I correct?"
18 BY MR. ZELLERS:
19    Q. What I want to know --
20    A. Do I believe that all forms of asbestos are
21 associated with ovarian cancer? And the answer is
22 yes.
23    Q. Is there a particular type of asbestos that
24 is primarily associated with ovarian cancer?
25          MS. O'DELL: Objection. Asked and

Page 279

1  answered.
2          THE WITNESS: Not that I'm aware of.
3  BY MR. ZELLERS:
4     Q. What dose of asbestos is associated with
5  ovarian cancer?
6     A. We don't know. Possibly any dose.
7     Q. What type of ovarian cancer is asbestos
8  associated with?
9          I guess that goes back to the answer before.
10 You don't know. Is that right?
11          MS. O'DELL: Objection to form. That's
12 not what he said.
13          THE WITNESS: It's associated with
14 epithelial ovarian cancer.
15 BY MR. ZELLERS:
16    Q. Does the type of ovarian cancer vary based on
17 the type of asbestos?
18          MS. O'DELL: Objection. Asked and
19 answered.
20          THE WITNESS: I don't think anybody
21 knows that.
22 BY MR. ZELLERS:
23    Q. You've looked at studies that have explored
24 the potential link between asbestos and ovarian
25 cancer; is that right?

Page 280

1     A. Yes.
2     Q. Are you familiar with the limitations of that
3  research?
4          MS. O'DELL: Objection. Vague.
5          THE WITNESS: I'm not quite sure --
6  BY MR. ZELLERS:
7     Q. I'm sorry. Did you finish?
8     A. Yes.
9     Q. One of the papers you looked at -- and
10 I think it's contained in one of your folders -- was
11 the Reid 2011 paper. Is that right?
12    A. Yes.
13    Q. That was research on the potential
14 relationship between asbestos and ovarian cancer. One
15 of the limitations as discussed by Reid is that
16 there's a very small number of cases.
17          Is that right?
18          MS. O'DELL: Object to the form.
19          THE WITNESS: I believe so.
20 BY MR. ZELLERS:
21    Q. Is it true that most, if not all, of the
22 studies that you have reviewed with respect to
23 asbestos and ovarian cancer involve occupational
24 exposure?
25          MS. O'DELL: Object to the form.

Page 281

1          THE WITNESS: That's correct.
2  BY MR. ZELLERS:
3     Q. Did any of the nonoccupational asbestos
4  studies reach statistical significance?
5     A. No.
6     Q. Do you know how many women have been studied
7  in nonoccupational settings?
8     A. In this particular study, it looks like
9  Italian wives of asbestos factory workers would be in
10 nonindustrial settings is 1780 women.
11    Q. Are you aware of the difficulties that have
12 existed over time in distinguishing between peritoneal
13 mesothelioma and ovarian cancer?
14    A. I'm aware that there are some uncertainty in
15 some pathologic diagnoses, yes.
16    Q. Those difficulties potentially affect the
17 reliability of the studies; is that right?
18    A. Well, I think both epithelial ovarian cancer
19 and mesothelioma of the ovary or peritoneum are both
20 malignancy.
21    Q. Well, the studies have acknowledged that it's
22 difficult to distinguish between the two, between
23 peritoneal mesothelioma and ovarian cancer; is that
24 right?
25    A. Pathologically, that's correct.

Daniel H. Clarke-Pearson, M.D.

Page 282

1    Q. And the Reid study, again, makes that
2  finding. On the first page, in the right-hand column,
3  Number 2, "Difficulties with Diagnosis"; is that
4  right?
5    A. Yes.
6    Q. Have the studies addressed confounding and
7  independent risk factors?
8      MS. O'DELL: Object to the form.
9      THE WITNESS: Well, I'm certain that --
10 I would be quite confident that they didn't evaluate
11 these women, whether they had a BRCA1 or 2 mutation or
12 not, and other risk factors were not included.
13 BY MR. ZELLERS:
14   Q. Well, Camargo 2011. That's another study
15 that you put in one of your folders in preparation for
16 today; is that right?
17   A. Yeah.
18   Q. That study acknowledged an inability to
19 account for nonoccupational risk factors for ovarian
20 cancer other than age; is that right?
21   A. Yes.
22   Q. These researchers conducted a meta-analysis
23 to evaluate the association between asbestos and
24 ovarian cancer; is that right?
25   A. Yes.

Page 283

1    Q. And they acknowledge, as we spoke just a
2  moment ago, that they could not account for
3  nonoccupational risk factors for ovarian cancer other
4  than age; is that right?
5    A. I believe so.
6    Q. Also looking at Camargo, wouldn't you expect
7  to find higher rates of other cancers in women using
8  talc, like mesothelioma, if they are being exposed to
9  substantial amounts of asbestos?
10     MS. O'DELL: Object to the form.
11     THE WITNESS: They would be -- they
12 would have to inhale it to a quantity enough to cause
13 mesothelioma of the lung.
14 BY MR. ZELLERS:
15   Q. Are women who use talc in the perineal region
16 at greater risk of mesothelioma?
17   A. Not that I'm aware of.
18   Q. Are women who use talc in the perineal region
19 at greater risk of asbestosis?
20   A. Not that I'm aware of.
21   Q. If there was more asbestos in talcum powders
22 in the 1970s, shouldn't we have seen higher rates of
23 ovarian cancer in the earlier studies?
24     MS. O'DELL: Object to the form.
25     THE WITNESS: I think getting back to

Page 284

1  your point about confounding issues, the risk factors
2  in the 1970s above and beyond exposure to talc were
3  not always controlled for. I think we know more about
4  that today in ongoing studies.
5  BY MR. ZELLERS:
6    Q. You'd agree that exposure to asbestos through
7  the perineal cosmetic talc use, assuming that talc
8  contains asbestos fibers, is different from the heavy
9  occupational exposure that's primarily been
10 researched; is that right?
11     MS. O'DELL: Object to the form.
12     THE WITNESS: Yes, I would agree with
13 that.
14 BY MR. ZELLERS:
15   Q. Is the asbestos that women are exposed to
16 from using cosmetic talc qualitatively the same as the
17 raw asbestos encountered at a factory, if you know?
18     MS. O'DELL: Object to the form.
19     THE WITNESS: The raw asbestos
20 encountered at a factory before it's processed?
21 BY MR. ZELLERS:
22   Q. Yes.
23   A. I don't know the answer to that.
24   Q. Do you know what a cleavage fragment is?
25   A. It's part of platy talc.

Page 285

1    Q. Do you know how a cleavage fragment differs
2  from an asbestos fiber?
3    A. It has to do with the size of the fiber.
4    Q. Do you have any opinions about cleavage
5  fragments in this case?
6    A. What case are we talking about?
7    Q. You serving as an expert witness in the --
8    A. I guess I think of a case as a patient.
9    Q. Well, you're here today talking generally
10 about the risk of ovarian cancer from talcum powder
11 use; is that right?
12   A. Yes.
13   Q. Do you intend to express any expert opinions
14 in this matter about cleavage fragments?
15     MS. O'DELL: Objection to form.
16     THE WITNESS: If asked.
17 BY MR. ZELLERS:
18   Q. Okay. What opinions do you have about
19 cleavage fragments? And, specifically, how does a
20 cleavage fragment differ from an asbestos fiber?
21   A. So it has to do with the ratio of length to
22 width, and a cleavage factor has a less than 6:1
23 proportion.
24   Q. Anything else?
25   A. You were asking about cleavage fragments?

Daniel L. Clarke-Pearson, M.D.

Page 286

1    Q. Yes. And I'm asking how it differs from an
2 asbestos fiber --
3    A. Asbestos needle is longer. It's either a
4 ratio of 6:1 up to less than 15:1.
5    Q. Anything else?
6    A. And then fibers are considered greater than
7 15:1 ratio.
8    Q. Asbestos fibers or cleavage fragments?
9    A. Asbestos fibers.
10    Q. How does a cleavage fragment differ from
11 fibrous talc?
12    A. I'm not sure I know the difference.
13    Q. Does it make a difference to your theory and
14 your opinions if it turns out that talc contains
15 cleavage fragments of nonasbestiform amphiboles
16 instead of asbestiform amphiboles?
17        MS. O'DELL: Objection.
18        THE WITNESS: I'm going to have to read
19 your question.
20 BY MR. ZELLERS:
21    Q. Sure. And if you don't have opinions, that's
22 okay. I'm just trying to find out what you have
23 opinions about.
24    A. No, I don't have an opinion.
25    Q. You don't have opinions about whether or not

Page 287

1 regulatory action in this area rejects the idea that
2 science has established that cleavage fragments or
3 nonasbestiform amphiboles pose the same risk as
4 asbestos; correct? You leave that to other experts to
5 address?
6    A. The regulatory portion, yes.
7    Q. How, if at all, did you factor the difference
8 between asbestiform and nonasbestiform minerals into
9 your analysis of the relationship between talcum
10 powder use and ovarian cancer?
11        MS. O'DELL: Objection to the form.
12 Compound.
13        You may answer the question if you
14 understand it.
15        THE WITNESS: Well, I'm quite certain,
16 based on IARC, that asbestiform minerals are
17 carcinogenic.
18 BY MR. ZELLERS:
19    Q. That is your answer to my question?
20    A. Yes.
21    Q. All right. Fragrance chemicals and heavy
22 metals, you're aware those are addressed in
23 Dr. Crowley's report; is that right?
24        MS. O'DELL: Objection. Form.
25        THE WITNESS: Yes. I don't have that

Page 288

1 in front of me, though.
2 BY MR. ZELLERS:
3    Q. You're not expressing opinions in this case
4 on fragrance chemicals and heavy metals and any
5 association fragrance chemicals and heavy metals may
6 have on ovarian cancer; correct?
7        MS. O'DELL: Objection. Form.
8        THE WITNESS: No. I am expressing an
9 opinion about that.
10 BY MR. ZELLERS:
11    Q. What research have you done with respect to
12 the fragrance chemical and trace amounts of heavy
13 metals that are contained in the talcum powder?
14        MS. O'DELL: Objection to the form.
15 Compound.
16        THE WITNESS: It's my opinion that
17 talcum powder causes ovarian cancer, that talcum
18 powder contains platy talc, fibrous talc, asbestos,
19 heavy metals -- three of them -- and fragrances.
20        I'm not necessarily saying one of that list
21 is causing the cancer. It's the talcum powder -- the
22 baby talc -- baby powder and the Shower to Shower --
23 that's causing the ovarian cancer.
24 BY MR. ZELLERS:
25    Q. I understand that, and I think I've asked you

Page 289

1 my questions with respect to that.
2        What I'm asking about now is whether or not
3 you have made a separate analysis as to whether one or
4 more of the fragrance chemicals or one or more of the
5 trace heavy metals that have been reported to be
6 contained in talcum powder, whether those are causally
7 associated or a causal factor for ovarian cancer?
8    A. In combination with the commercial product
9 called baby powder and Shower to Shower, I think they
10 all contribute to the outcome, which is ovarian
11 cancer.
12    Q. Are you relying on any scientific literature
13 to support your opinion that some of the chemicals in
14 Johnson's baby powder cause ovarian cancer?
15        MS. O'DELL: Object to the form.
16        THE WITNESS: We know that they can be
17 carcinogenic.
18 BY MR. ZELLERS:
19    Q. With respect to ovarian cancer.
20    A. Not specifically to ovarian cancer. We
21 haven't studied that.
22    Q. Do you have any evidence that the fragrance
23 chemicals and trace heavy metals contained in
24 Johnson's baby powder have been tested in human beings
25 and found to cause inflammation?

Daniel J. Clarke-Pearson, M.D.

Page 290

1    A.  I'm not aware of those studies.
2    Q.  Is there any epidemiology, human studies,
3 substantiating the theory that fragrance ingredients
4 can cause ovarian cancer?
5    A.  Fragrance ingredients by themselves?
6    Q.  Yes.
7    A.  I'm not aware of any study that's evaluated
8 that.
9    Q.  Is there any epidemiology study
10 substantiating the theory that fibrous talc is
11 carcinogenic?
12    A.  IARC claims it is carcinogenic.
13    Q.  That it causes ovarian cancer, specifically?
14    A.  I believe so.
15    Q.  You'd defer to IARC on that; is that right?
16        MS. O'DELL:  Object to the form.
17        THE WITNESS:  Yes.
18 BY MR. ZELLERS:
19    Q.  Is there any epidemiology substantiating the
20 theory that exposures to trace amounts of heavy
21 metals, allegedly, or that you believe are contained
22 in the Johnson's baby powder can cause ovarian cancer?
23    A.  I'm not aware that anybody's done a
24 randomized trial in human beings with carcinogen --
25 carcinogenic heavy metals to evaluate whether ovarian

Page 291

1 cancer or any other cancer might occur.
2    Q.  Well, aside from a randomized clinical trial,
3 are you aware of any other epidemiology substantiating
4 the theory that exposures to trace amounts of the
5 heavy metals that are reported to be in the Johnson's
6 baby powder can cause ovarian cancer?
7        MS. O'DELL:  Object to the form.
8        THE WITNESS:  I don't think that
9 anybody's ever studied that as a separate entity of
10 metals only exposed to the ovary.
11 BY MR. ZELLERS:
12    Q.  You have no evidence that the blood or tissue
13 levels of any trace heavy metals are higher in genital
14 talc users as compared to nonusers; is that right?
15    A.  That's correct.
16    Q.  Are your opinions in this case depending on
17 talc containing carcinogenetic [sic] metals?
18    A.  Not necessarily.
19    Q.  Are your opinions in this case dependent on
20 talc containing carcinogenetic [sic] fragrances?
21    A.  Not necessarily.
22    Q.  Do you have any opinions or knowledge as to
23 the concentration of each of the fragrance chemicals
24 that are contained in Johnson's baby powder?
25    A.  No.

Page 292

1    Q.  Or Shower to Shower?
2    A.  No.
3    Q.  You've not done any independent testing of
4 that; correct?
5    A.  That's correct.
6    Q.  How, if at all, did you factor the dose
7 fragrances and heavy -- or trace heavy metals into
8 your analysis of the potential relationship between
9 those compounds and ovarian cancer?
10    A.  I didn't factor in.
11    Q.  Let me ask you a couple of questions about
12 the Health Canada assessment and the Taher article.
13 Those are new materials that you reviewed between the
14 time of your report and appearing here today; is that
15 right?
16    A.  That's correct.
17    Q.  Have you read the draft Health Canada risk
18 assessment -- I'll provide you with a copy so we know
19 what we're speaking of.
20    (Exhibit No. 29 was marked for identification.)
21        MR. ZELLERS:  Deposition Exhibit 29 is
22 the draft Health Canada decision framework -- strike
23 that.
24        Exhibit 29 is the Health Canada
25 Decision-Making Framework for Identifying, Assessing,

Page 293

1 and Managing Health Risks.
2        Is that not what he's reviewed?
3        MS. O'DELL:  If you're handing him that
4 and suggesting, that's not the health assessment that
5 he's reviewed.
6        MR. ZELLERS:  So do we have the health
7 assessment here?  And, if not, we can just identify
8 it.  But I do want to ask him a few questions about
9 the --
10        MS. O'DELL:  I do think we have it
11 here.  But, if you're going to ask him questions,
12 I would put it in front of him.  So, if we don't have
13 a hard copy, I'm happy to put my electronic copy in
14 front of him.
15        MR. ZELLERS:  Well, please put whatever
16 you think you need to put in front of the witness so
17 he can answer a couple of questions about the Health
18 Canada risk assessment.
19        MS. O'DELL:  Sure.  Give me just a
20 moment --
21        MR. ZELLERS:  Sure.
22        MS. O'DELL:  -- because the copy I have
23 is marked up, and I know you prefer for me not to hand
24 him my marked-up copy.
25        MR. ZELLERS:  I would prefer that.

Daniel L. Clarke-Pearson, M.D.

Page 294

1        MS. O'DELL:  Doctor, if you want to
2   just use my computer, feel free to --
3        THE WITNESS:  Okay.  I'm not real fast
4   at running through a computer, but --
5   BY MR. ZELLERS:
6        Q.  Hopefully, my questions will be pretty
7   high-level.
8            You have in front of you the draft Health
9   Canada risk assessment; is that right?
10       A.  On my tablet, yes.
11       Q.  Have you looked into what other public health
12  authorities have had to say about talc and ovarian
13  cancer?
14       A.  Except for what the FDA has had to say.
15       Q.  The answer is, no, other than with respect to
16  what the FDA has said; is that right?
17       A.  The answer is no.
18       Q.  Why would you rely on Health Canada but not
19  other public health organizations?
20       MS. O'DELL:  Object to the form.
21       THE WITNESS:  It's my understanding
22  that this is very recent analysis of the issues
23  regarding talcum powder and ovarian cancer and other
24  harms.
25

Page 295

1   BY MR. ZELLERS:
2        Q.  You understand it's a draft assessment; is
3   that right?
4        A.  That's correct.
5        Q.  You understand that we're at the very
6   beginning of the public comment period; is that right?
7        MS. O'DELL:  Object to the form.
8        THE WITNESS:  I don't know that.
9   BY MR. ZELLERS:
10       Q.  Are you aware that Health Canada can take up
11  to two years to take any action or no action at all?
12       MS. O'DELL:  Object to the form.
13       THE WITNESS:  I was not aware.
14  BY MR. ZELLERS:
15       Q.  How did you come to learn of the Health
16  Canada risk assessment?
17       A.  It was brought to my attention by counsel.
18       Q.  By counsel for plaintiffs; is that right?
19       A.  That's correct.
20       Q.  Were you involved in the risk assessment
21  prior to its publication?
22       A.  Was I involved?
23       Q.  Yes.
24       A.  No.
25       Q.  Have you submitted any comments to Health

Page 296

1   Canada?
2        A.  I wasn't aware -- as I said, I wasn't aware
3   that there were comments that could be made.
4        Q.  Outside of your litigation consulting work,
5   do you generally rely on draft assessments by
6   regulatory agencies?
7        MS. O'DELL:  Object to the form.
8        THE WITNESS:  I think it's something
9   that's worth looking at.  It doesn't necessarily sway
10  my opinion, but could be useful additional information
11  that might be cutting edge.
12  BY MR. ZELLERS:
13       Q.  You don't cite or -- strike that.
14           You do not rely on draft regulatory
15  assessments in your peer-reviewed publications and
16  studies; is that right?
17       MS. O'DELL:  Object to the form.  Asked
18  and answered.
19       THE WITNESS:  Not usually, but don't
20  know what -- there's information there.  If there's
21  information I can extract from a draft of something
22  that's useful, I can use it.
23  BY MR. ZELLERS:
24       Q.  Are you familiar with the precautionary
25  principle?

Page 297

1        A.  Slightly.
2        Q.  Basically, that means taking a precautionary
3   approach to decision-making that emphasizes the need
4   to take timely preventative action even in the absence
5   of a full scientific demonstration of cause and
6   effect.
7            Does that sound right?
8        A.  Sounds very reasonable, yeah.
9        Q.  You understand that Health Canada may have
10  made recommendations that are purely precautionary; is
11  that right?
12       MS. O'DELL:  Object to the form.
13       THE WITNESS:  That's what I've read,
14  yes.
15  BY MR. ZELLERS:
16       Q.  I can go through the document for it if need
17  be, but in the -- its publication -- I'll hand it to
18  you -- which we've marked as Exhibit 29, it is
19  captioned "Health Canada Decision-Making Framework for
20  Identifying, Assessing, and Managing Health Risks."
21           Do you have that in front of you?
22       A.  You've handed it to me, yes.
23       Q.  If you go to page 5, Health Canada sets out
24  the bases for its risk assessments; is that right?
25       A.  Let me get to page 5 here.

Daniel L. Clarke-Pearson, M.D.

Page 298

1  Q. Sure.
2  A. In the black box "Underlying Principles"?
3  Q. Yes, "Underlying Principles."
4  One of the underlying principles is "use a
5  precautionary approach"; is that right?
6  A. That's what it says.
7  Q. If you go, then, to page 8, second paragraph,
8  second sentence, where Health Canada sets forth "use
9  of a precautionary approach," the second sentence
10  reads (as read):
11  "A precautionary approach to
12  decision-making emphasizes the
13  need to take timely and
14  appropriately preventative action
15  even in the absence of a full
16  scientific demonstration of cause
17  and effect."
18  Did I read that correctly?
19  A. Yes, sir.
20  Q. So a recommendation by Health Canada does not
21  require a finding of causation like is required in a
22  court. Does that sound right based upon what we have
23  reviewed here?
24  MS. O'DELL: Object to the form.
25  THE WITNESS: I'm not sure what the

Page 299

1  requirements are for court. I understand the
2  precautionary portion here.
3  BY MR. ZELLERS:
4  Q. And you also understand that, with the use of
5  a precautionary approach, that action can be taken
6  even in the absence of a full scientific demonstration
7  of cause and effect?
8  MS. O'DELL: Objection to form.
9  THE WITNESS: What action are you
10  talking about?
11  BY MR. ZELLERS:
12  Q. Well, decision-making, any sort of
13  assessment.
14  MS. O'DELL: Objection to form.
15  THE WITNESS: I'm still not
16  understanding.
17  BY MR. ZELLERS:
18  Q. Sure. Health Canada --
19  A. Yes.
20  Q. -- does not need, in terms of its risk
21  assessment, to have a full scientific demonstration of
22  cause and effect?
23  A. I understand.
24  MS. O'DELL: Objection to form.
25

Page 300

1  BY MR. ZELLERS:
2  Q. All right. Thayer 2018, that's a new and
3  additional meta-analysis that you have reviewed?
4  A. Yes.
5  Q. Let's mark Thayer 2018 as Deposition
6  Exhibit 30.
7  (Exhibit No. 30 was marked for identification.)
8  BY MR. ZELLERS:
9  Q. And you can tell us if this is --
10  A. I've got a copy.
11  Q. Well, take, if you will, the court --
12  deposition exhibit number. Just put it in your pile
13  there so we can make sure we all understand what we're
14  talking about.
15  You have seen this review before; is that
16  right?
17  A. Yes, I have.
18  Q. The Health Canada risk assessment that you
19  looked at a few moments ago relies on this
20  meta-analysis by Thayer and others; is that right?
21  A. That's my understanding. They may use other
22  information too.
23  Q. Do you know whether or not Thayer 2018 has
24  been peer-reviewed?
25  A. I'm not aware of that.

Page 301

1  Q. Do you know if it has been submitted for
2  publication?
3  A. I do not know.
4  Q. How can you rely on the Health Canada risk
5  assessment without assessing the quality of one of the
6  major studies on which they rely?
7  MS. O'DELL: Objection to form.
8  THE WITNESS: And the major study
9  you're referring to is Thayer?
10  BY MR. ZELLERS:
11  Q. Yes.
12  A. Let me read the first part of your question
13  here.
14  So I'm not saying that I rely on the Health
15  Canada risk for my total opinion. It's another piece
16  of evidence and information that's helpful in me
17  coming to my opinion. And this only supports my
18  opinion.
19  Bradford Hill's breakdown is very similar to
20  my opinion. I didn't see this before I created my
21  opinion.
22  Q. Do you know if Thayer 2018 employed a
23  reliable methodology?
24  A. I believe it's very similar to other
25  methodology and systematic reviews and meta-analyses.

Daniel L. Clarke-Pearson, M.D.

| Page 302 | Page 304 |
|---|---|

**Page 302**

1    Q.  Did you have access to the appendices or
2  supplemental tables referenced in the Thayer
3  meta-analysis?
4    A.  I did not.
5    Q.  Do you know the source of funding for Thayer
6  2018 meta-analysis?
7    A.  If it was listed on here, I should have
8  picked it up.  If not, then I don't know the answer to
9  your question.
10    Q.  Do you know the credentials of the authors of
11  Thayer 2018?
12    A.  None other than what are listed on the cover
13  sheet of this paper.
14    Q.  Do you personally know any of the authors of
15  Thayer 2018?
16    A.  No, sir.
17    Q.  Do you know whether or not any of those
18  authors have conflicts of interest or potential
19  conflicts of interest?
20    A.  Do not know.
21    Q.  In Thayer 2018, the authors concluded that
22  "The evidence suggests that asbestos contamination
23  does not explain the positive association between
24  perineal use of talc powder and ovarian cancer."
25    Is that right?

**Page 303**

1    MS. O'DELL:  Mike, what page are you
2  reading from?
3    MR. ZELLERS:  Page 41, last sentence.
4  So we're on Deposition Exhibit 30, the Thayer
5  meta-analysis, page 41, last part.
6    MS. O'DELL:  Thank you.
7  BY MR. ZELLERS:
8    Q.  Doctor, I really just have a really simple
9  question.
10    A.  Okay.
11    Q.  So the authors conclude -- or state that
12  (as read):
13    "The similarity of findings
14    between studies published prior to
15    and after this point suggest
16    asbestos contamination does not
17    explain the positive association
18    between perineal use of talc
19    powder and risk of ovarian
20    cancer."
21    Is that right?
22    MS. O'DELL:  Object to the form.
23    THE WITNESS:  That's what they say.
24  BY MR. ZELLERS:
25    Q.  Do you disagree with the authors on that

**Page 304**

1  point?
2    A.  I do not disagree with the author on that
3  point.
4    Q.  One of the Bradford Hill criteria that we've
5  discussed is consistency; is that right?
6    A.  Yes.
7    Q.  Look at Thayer 2018.  So Exhibit 30, page 25,
8  Table 2.
9    Do you have that?
10    A.  Yes.
11    Q.  Table 2 is entitled "Summary of Evidence for
12  Each of the Hill Criteria of Causation as Applied to
13  Perineal Application of Talc and Ovarian Cancer."
14    Is that right?
15    A.  I'm sorry.  What were you reading -- where
16  were you reading from?
17    Q.  Sure.  Table 2 on page 25 --
18    A.  Right.
19    Q.  -- is captioned "Summary of Evidence for Each
20  of the Hill Criteria of Causation as Applied to
21  Perineal Application of Talc and Ovarian Cancer."
22    A.  Yes.
23    Q.  And they kind of go through the same Bradford
24  Hill factors that you do; is that right?
25    A.  Yes.

**Page 305**

1    Q.  Under "Consistency," they said that
2  (as read):
3    "15 out of 30 studies reported
4    positive and significant
5    associations."
6    Is that right?
7    A.  That's right.
8    Q.  We're back to, similar with Langseth, half
9  the studies showing significant associations and half
10  the studies don't.  Thayer reports that same findings
11  here; is that right?
12    A.  Yes, but not all studies have the same
13  weight.
14    Q.  And we've discussed that before; is that
15  right?
16    A.  Yes.  I just wanted to bring it up again,
17  since we're talking about that topic.
18    Q.  Let's go to "no dose response."  And that was
19  your -- well, let me withdraw that statement.
20    Go to page 21, if you will, second
21  paragraph, last few sentences.
22    Do you have that?
23    MS. O'DELL:  What page are you on?
24    MR. ZELLERS:  Page 21.
25

Daniel L. Clarke-Pearson, M.D.

Page 306

BY MR. ZELLERS:
1
2    Q.  The authors here in this section are
3  discussing whether or not there is a dose response and
4  dose response findings in the studies; is that right?
5    A.  Yes.
6    Q.  They conclude at the very end -- and I'm
7  looking on page 21, the last sentence above 3.3.2
8  (as read):
9        "When conducted, findings from
10        trend analyses were not
11        consistent."
12  Do you see that?
13    A.  Yes, I do.
14    Q.  The authors recognize that there's no
15  consistent dose response across studies, and you agree
16  with that; is that right?
17        MS. O'DELL:  Objection to form.
18        THE WITNESS:  I think there's some
19  evidence there's dose response.  Some studies don't do
20  enough to evaluate for dose response, especially the
21  cohort studies that are pretty well destroyed back on
22  page 43.
23  BY MR. ZELLERS:
24    Q.  Some studies find dose response and some
25  studies don't; correct?

Page 307

1        MS. O'DELL:  Objection to form.
2        THE WITNESS:  That's correct.
3  BY MR. ZELLERS
4    Q.  And that's true of case-control studies; is
5  that right?
6    A.  Yes.
7    Q.  I want to go back to a question I had asked
8  you earlier.
9        When you do surgery and you see
10  inflammation, would you agree that inflammation that
11  you see is likely related to the cancer itself?
12    A.  So let me clarify so we don't get confused.
13        The inflammation that I see is purely
14  ascites.  The rest -- which is fluid in the abdomen
15  either caused by the cancer or by inflammation.
16    Q.  The ascites can be caused by the cancer
17  itself; correct?
18    A.  Yes.
19        MR. ZELLERS:  I have no further
20  questions.  Some of my colleagues may have questions
21  for you.  Thank you for your time.
22        THE WITNESS:  Thank you.
23        MS. BOCKUS:  Could we take a quick
24  break so that we can change places?
25        MS. O'DELL:  Sure.

Page 308

1        THE VIDEOGRAPHER:  Going off the record
2  at 4:36 p.m.
3    (Recess taken from 4:36 p.m. to 4:44 p.m.)
4        THE VIDEOGRAPHER:  Back on the record
5  at 4:44 p.m.
6  CROSS-EXAMINATION BY COUNSEL FOR THE DEFENDANT IMERYS
7  BY MS. BOCKUS:
8    Q.  Doctor, I just want to be sure that what we
9  have marked so far will provide us with copies of all
10  of your handwritten notes.
11    A.  Certainly.
12    Q.  Okay.  Are there some handwritten notes that
13  are not on the table in front of you right now?
14    A.  Yeah.  There's some in these files and
15  some -- like this, with sticky notes.
16    Q.  And that's what I'm looking for.  I want to
17  make sure I get all your sticky notes and all of the
18  notations that you have made in your review of the
19  articles.
20        And so when we get -- it looks like there
21  are two binders that have flags and that sort of thing
22  in them.  Are there notes in the binders that are over
23  on the table?
24    A.  No, ma'am.
25    Q.  Okay.  So other than the binders and the

Page 309

1  materials that are on the table, do you have
2  handwritten notes somewhere else?
3    A.  No.
4    Q.  Earlier today, you were asked a question --
5  I think it was about the FDA letter -- and you thought
6  you had some handwritten notes on that.  Do you know
7  where those might be?
8    A.  I don't recall now.  You know, it was a
9  sticky note.  Just what I've been trying to do is
10  abstract these papers to a few facts that I think are
11  important.  It's not personal opinions or other things
12  like that; it's just trying to move the conversation
13  along.
14    Q.  Would you agree that in general ovarian
15  cancer is a disease of aging?
16        MS. O'DELL:  Objection to form.
17        THE WITNESS:  That is one of the risk
18  factors, yes.
19  BY MS. BOCKUS:
20    Q.  That very few women are diagnosed with
21  ovarian cancer who are under 30 years of age; correct?
22    A.  With epithelial ovarian cancer, yes.
23    Q.  And that risk -- so the numbers are different
24  depending which type of ovarian cancer you're talking
25  about; correct?

Daniel L. Clarke-Pearson, M.D.

| Page 310 | Page 312 |
|---|---|

**Page 310**

1  A. Yes.
2  Q. So confining it to epithelial ovarian cancer,
3  that risk starts to rise in the 30s and rises even
4  more in the 40s, 50s, and 60s; correct?
5  A. Yes, that's my understanding.
6  Q. And in the 60s, it kind of levels off --
7  A. In the 60s or 70s. I've forgotten what the
8  curves look like exactly.
9  Q. And other than being female of a certain age,
10 most patients who you see, you don't have any idea of
11 what caused their ovarian cancer; correct?
12       MS. O'DELL: Object to the form.
13       THE WITNESS: Again, I get back to my
14 theme about gene mutation. Something caused the gene
15 mutation to cause that normal cell that's mutated now
16 to become malignant.
17 BY MS. BOCKUS:
18  Q. Exactly. Somewhere along the aging process,
19 perhaps, or through some exposure, there's been a gene
20 mutation and -- well, let me stop there. Scratch all
21 that.
22       It actually takes multiple gene mutations
23 for a cancer to begin, does it not?
24  A. That's our understanding.
25  Q. Our understanding is that several things

**Page 311**

1  happen -- have to happen before a cancer cell is
2  formed; correct?
3  A. That's our usual understanding of what the
4  onset of cancer is.
5  Q. And our general understanding is that it
6  takes decades for that to happen, generally speaking;
7  correct?
8  A. It depends upon what the mutations are. A
9  woman that's born with a genetic mutation of BRCA1,
10 for example, already has some mutations. So that's
11 why we believe they develop ovarian cancer at an
12 earlier age. Just a couple more mutations, and then
13 the ovarian cancer starts.
14       Whereas a woman that doesn't have a BRCA1
15 mutation, as she gets older, she obtains or gets
16 mutations over time. And the longer you live, the
17 more likely you are to have those mutations to become
18 ovarian cancer.
19  Q. And one of the things that happens over time
20 is our body's ability to fight off detected mutations
21 decreases; correct?
22  A. Yes, in general.
23  Q. So back to my prior question, when patients
24 come to you who have ovarian cancer, other than being
25 female and over a certain age, are you ever able to

**Page 312**

1  tell them what caused the genetic mutation that caused
2  their cancer?
3       MS. O'DELL: Object to the form.
4       THE WITNESS: Aside from the inherited
5  BRCA mutations and Lynch syndrome, in general, no, we
6  can't.
7  BY MS. BOCKUS:
8  Q. Would you agree that what we know today about
9  what causes ovarian cancer is actually dwarfed by what
10 we don't yet know about the cause of ovarian cancer?
11       MS. O'DELL: Object to form.
12       THE WITNESS: I think it's fair to say
13 we know some risk factors.
14 BY MS. BOCKUS:
15  Q. But we're learning new risk factors and new
16 genetic mutations all the time; correct?
17       MS. O'DELL: Object to the form.
18       THE WITNESS: In general, we're moving
19 along those lines in research.
20 BY MS. BOCKUS:
21  Q. I just want to be clear. Is it your position
22 that being powdered as an infant with talc increases
23 that person's risk of being diagnosed with ovarian
24 cancer as a woman?
25  A. I think it's the sustained exposure more than

**Page 313**

1  if an infant was just -- received talcum powder and
2  then never continued to use it into her 20s, 30s, 40s,
3  and 50s, my opinion would be that infant is not at
4  particularly high risk.
5  Q. Is it your opinion that powdering one's baby
6  with talcum powder increases the mother's risk of
7  ovarian cancer?
8       MS. O'DELL: Object to the form.
9       THE WITNESS: So just -- just through
10 inhaled? I believe that there's not enough evidence
11 to say that.
12 BY MS. BOCKUS:
13  Q. Okay. And so fair to say that you're truly
14 confining your opinion to the theory that talc can
15 travel from the perineum to the ovary and cause
16 ovarian cancer that way; is that correct?
17  A. And cause --
18       MS. O'DELL: Object to the form.
19       Excuse me.
20       THE WITNESS: -- cause chronic
21 irritation and inflammation, yes.
22 BY MS. BOCKUS:
23  Q. In order for a cancer to be called a cancer,
24 it has to evolve in such a way that it has limitless
25 replicative potential; correct?

Daniel L. Clarke-Pearson, M.D.

|  | Page 314 |
|---|---|
| 1 | MS. O'DELL: Object to the form. |
| 2 | THE WITNESS: I think cancers -- if |
| 3 | I understand what you're saying, some cancers also |
| 4 | replicate rapidly and then slow down and may be |
| 5 | indolent for a period of time. |
| 6 | So the timeline of onset of cancer to death, |
| 7 | which is, I guess, the timeline, can vary from one |
| 8 | patient to another. |
| 9 | BY MS. BOCKUS: |
| 10 | Q. Cancer needs to develop the ability to evade |
| 11 | apoptosis; correct? |
| 12 | A. I'm sorry? |
| 13 | Q. Evade apoptosis. |
| 14 | A. Yeah, that's sort of -- by definition, cancer |
| 15 | has already evaded apoptosis. |
| 16 | Q. Exactly. |
| 17 | Cancer also needs to develop sustained |
| 18 | angiogenesis; correct? |
| 19 | A. It needs to derive a blood supply, and |
| 20 | angiogenesis is the blood supply. |
| 21 | Q. It needs the ability to invade other tissue |
| 22 | and metastasize; correct? |
| 23 | MS. O'DELL: Object to the form. |
| 24 | THE WITNESS: I'm not sure it needs to. |
| 25 | I mean, in general, the time course is one of invasion |

|  | Page 316 |
|---|---|
| 1 | A. It might be. |
| 2 | Q. Is chronic inflammation associated -- well, |
| 3 | let me back up. |
| 4 | You testified earlier that you would not |
| 5 | expect to see signs of chronic inflammation at the |
| 6 | time you operate on a woman with ovarian cancer; is |
| 7 | that correct? |
| 8 | MS. O'DELL: Object to the form. |
| 9 | THE WITNESS: Yes, that's true. |
| 10 | BY MS. BOCKUS: |
| 11 | Q. Why would you no longer see the signs of |
| 12 | chronic inflammation at the time of her surgery for |
| 13 | ovarian cancer? |
| 14 | A. One, I'm not sure we know the signs that a |
| 15 | surgeon would identify as chronic inflammation to my |
| 16 | naked eye or to my field. |
| 17 | Two, most of the time in women with ovarian |
| 18 | cancer, three-quarters of the women I take care of |
| 19 | have cancer spread throughout their abdomen and |
| 20 | pelvis, with cancer everywhere, so that -- I mean, we |
| 21 | don't -- I don't know how to identify chronic |
| 22 | inflammation. I suggested that ascites has something |
| 23 | to do with inflammation but not always. |
| 24 | Q. And the ascites could come from the cancer |
| 25 | itself; correct? |

|  | Page 315 |
|---|---|
| 1 | or metastasis or both. |
| 2 | BY MS. BOCKUS: |
| 3 | Q. Okay. Which of those steps do you believe |
| 4 | talc contributes to? |
| 5 | MS. O'DELL: Objection to form. |
| 6 | THE WITNESS: I believe talc |
| 7 | contributes to the first onset -- or the additional or |
| 8 | first onset of mutations that then lead on to cancer. |
| 9 | BY MS. BOCKUS: |
| 10 | Q. What -- in what gene does the mutation occur |
| 11 | in that talc impacts? |
| 12 | MS. O'DELL: Object to the form. |
| 13 | THE WITNESS: Some genes -- SNPs that |
| 14 | Dr. Saed has identified are what we know, I think, to |
| 15 | date. We know there's other genetic mutations that |
| 16 | are present in the somatic form of ovarian cancer as |
| 17 | well as the inherited genes. |
| 18 | But I don't think anybody has studied that |
| 19 | in correlation with talc exposure, so that would be an |
| 20 | interesting investigation to undertake. |
| 21 | BY MS. BOCKUS: |
| 22 | Q. Inflammation -- chronic inflammation, is that |
| 23 | associated with pain? |
| 24 | A. With pain? |
| 25 | Q. Yes. |

|  | Page 317 |
|---|---|
| 1 | A. Yes. |
| 2 | Q. What would signs of chronic inflammation in |
| 3 | the fallopian tubes be? |
| 4 | MS. O'DELL: Object to the form. |
| 5 | THE WITNESS: I don't think there's any |
| 6 | signs that I'm aware of that recognize -- or would be |
| 7 | identified as chronic inflammation. |
| 8 | BY MS. BOCKUS: |
| 9 | Q. Is chronic inflammation something that could |
| 10 | be identified by a pathologist? |
| 11 | A. It might be. |
| 12 | Q. Do you know whether there have been any |
| 13 | studies looking at -- looking for signs of chronic |
| 14 | inflammation in women whose fallopian tubes have been |
| 15 | removed as part of any of the studies that you cite? |
| 16 | MS. O'DELL: Object to the form. |
| 17 | THE WITNESS: I'm sorry. They've had |
| 18 | their fallopian tubes removed? |
| 19 | BY MS. BOCKUS: |
| 20 | Q. And looked at by a pathologist, yes. And |
| 21 | it's reported in the studies. |
| 22 | A. Signs of chronic inflammation of the |
| 23 | fallopian tube? I'm not aware of that, no. |
| 24 | Q. Okay. Would you expect a woman who is using |
| 25 | talcum powder regularly to have signs of inflammation |

Daniel L. Clarke-Pearson, M.D.

| Page 318 |
| --- |

1 in her fallopian tubes?

2          MS. O'DELL: Objection. Form.

3          THE WITNESS: Again, the signs of

4 chronic inflammation are vague and not well defined in

5 terms of what a pathologist would see. If they did

6 molecular testing -- for example, the reason we now

7 believe that most ovarian cancers arise in the

8 fallopian tube is by doing molecular testing of the

9 fallopian tube and seeing p53 mutations and early

10 cancers arising from the fallopian tube that then

11 metastasize to the ovary in the peritoneal cavity. So

12 that's a molecular biology approach that pathologists

13 don't usually do unless it's in a research setting.

14 BY MS. BOCKUS:

15    Q. Is it your belief that pathologists cannot

16 identify chronic inflammation in tissue samples that

17 they examine?

18          MS. O'DELL: Objection. Form.

19          THE WITNESS: I think they can identify

20 it on some occasions on H&E slides. Is that what

21 you're talking about?

22 BY MS. BOCKUS:

23    Q. Yes.

24    A. I think they can see it sometimes.

25    Q. And do you know if chronic inflammation is

| Page 319 |
| --- |

1 reported as existing in the fallopian tubes in any of

2 the studies that you have cited in your report?

3          MS. O'DELL: Objection. Asked and

4 answered.

5          THE WITNESS: Not that I'm aware of,

6 no.

7 BY MS. BOCKUS:

8    Q. I'm going to be jumping around a lot, and I'm

9 just going to apologize in advance for that --

10    A. Okay.

11    Q. -- but so much of what I was going to ask you

12 has already been covered.

13          Did I understand you correctly to say that

14 it is your belief that age causes ovarian cancer?

15    A. Age causes ovarian cancer?

16    Q. Yes.

17    A. Age allows time for mutations to occur; and,

18 therefore, ovarian cancer comes from that.

19    Q. Do you know what the relative risk of ovarian

20 cancer is for a woman in her 60s compared to a woman

21 in her 30s?

22    A. I'd have to look at some statistical tables.

23 I'm sure it's available.

24    Q. But it's greater than three or four; correct?

25          MS. O'DELL: Object to the form.

| Page 320 |
| --- |

1          THE WITNESS: I'm not sure how much

2 greater. It's greater as women age.

3 BY MS. BOCKUS:

4    Q. You indicated that not using birth control

5 pills causes ovarian cancer.

6          Did I understand you correctly?

7          MS. O'DELL: Object to the form.

8          THE WITNESS: It allows, more likely

9 than not, more mutations to occur as the patient

10 ovulates rather than having ovulation suppression by

11 birth control pills.

12 BY MS. BOCKUS:

13    Q. Okay. Do you believe that that mechanism is

14 supported in light of the fact that it is now believed

15 that cancers originate in the fallopian tubes?

16    A. Yes, I think it's hormonal changes in the

17 fallopian tubes as well as the ovary.

18    Q. Okay. Do you know to what -- what are the

19 odds ratios for a woman developing ovarian cancer who

20 has never used birth control pills compared to women

21 who have?

22    A. There's one statistic, I think, that is

23 pretty well agreed upon is that women who used birth

24 control pills for five years have about a 50 percent

25 reduction in the lifetime risk of ovarian cancer.

| Page 321 |
| --- |

1    Q. In your report on page 4, at the bottom, you

2 talk about EOC risk factors.

3          Can you see where I'm talking about?

4    A. Yes, ma'am.

5    Q. And you say (as read):

6          "The lifetime risk of developing

7          ovarian cancer is 39 to 46 percent

8          in BRCA1 carriers."

9          Did I read that correctly?

10    A. Yes.

11    Q. So does that come out to 390 to 460 women per

12 thousand who carry the BRCA1 gene mutation will

13 develop ovarian cancer in their lifetime?

14          MS. O'DELL: Objection to form.

15          THE WITNESS: Give me a second to do

16 the math. So if we had a thousand women, in their

17 lifetime, 390 would develop ovarian cancer.

18 BY MS. BOCKUS:

19    Q. Okay. Somewhere between 390 and 460?

20    A. Yes. I just did the math for one, but yes.

21    Q. Okay. And then going on, women who carry the

22 BRCA2 mutation, it would be 110 to 270 out of 1,000 in

23 their lifetime would develop ovarian cancer; is that

24 correct?

25    A. Yes.

Daniel R. Clarke-Pearson, M.D.

Page 322

1    MS. O'DELL:  For women with BRCA2?
2    MS. BOCKUS:  Yes.  For women with
3 BRCA2.  I thought I made that qualification.
4 BY MS. BOCKUS:
5    Q.  And then you say (as read):
6       "This is compared to the
7       1.3 percent lifetime risk in
8       noncarriers."
9    Correct?
10    A.  That's correct.
11    Q.  So in other words, 13 women out of 1,000,
12 approximately, in the US will develop ovarian cancer
13 in their lifetime?
14    MS. O'DELL:  Objection to form.
15 BY MS. BOCKUS:
16    Q.  Is that what that means?
17    A.  Yes.
18    MS. O'DELL:  Objection to form.
19 BY MS. BOCKUS:
20    Q.  And it's your opinion that -- and that's
21 all-comers; right?  That's women who have had
22 children, women who haven't had children, et cetera?
23    A.  Yes.
24    Q.  That's the entire population?
25    A.  But that don't have these BRCA mutations.

Page 323

1    Q.  Correct.  Fair enough.
2       So, as I understand it, it is your opinion
3 that the use of body powders, talcum body powders,
4 increases a woman's risk by about 30 percent.  Is that
5 correct?
6    A.  That's what the epidemiology says, yes.
7    Q.  Okay.  So does that mean that, instead of 13
8 out of 1,000 women who use talcum powder, then you
9 would expect to see 17 out of 1,000 who would develop
10 ovarian cancer in their lifetime?
11    MS. O'DELL:  Object to the form.
12    THE WITNESS:  I'd have to do the math,
13 but that sounds about right.
14 BY MS. BOCKUS:
15    Q.  And out of those 17 per thousand, 13 would
16 have developed it anyway; correct?
17    MS. O'DELL:  Object to the form.
18    THE WITNESS:  Yes.
19 BY MS. BOCKUS:
20    Q.  And do you know of any methodology that would
21 allow you to identify which of the 4 out of 17
22 developed ovarian cancer because of their use of talc
23 as opposed to just being on this planet and living a
24 certain number of years?
25    MS. O'DELL:  Object to the form.

Page 324

1    THE WITNESS:  Being on the planet is
2 the 1.3 percent, or the 13 out of 1,000.
3 BY MS. BOCKUS:
4    Q.  Correct.
5    A.  Being exposed to talc adds the other 4, if
6 your math is right --
7    Q.  Okay.  But do you know of any way that you or
8 anyone else can say, in this group of 17 women who
9 have ovarian cancer who used talcum powder, it's these
10 4 who developed it because of their talcum powder use
11 versus the 13 that we know would have been diagnosed
12 with ovarian cancer whether they ever used talc or
13 not?
14    MS. O'DELL:  Objection.  Incomplete
15 hypothetical.
16    THE WITNESS:  So this is a hypothetical
17 that 1,000 women used talcum powder, and we knew, if
18 they hadn't used talcum powder, that 1 point -- that
19 13 of them would develop it, and then the other 4
20 develop it because, in my opinion, they used talcum
21 powder?
22 BY MS. BOCKUS:
23    Q.  Right, because that's the difference between
24 the background rate and the rate that, it's your
25 opinion, is associated with talc use; correct?

Page 325

1    A.  So do I know which one of those -- what
2 number are we up to now?
3    Q.  The 4 out of 17.
4    A.  -- the 4 out of 17 --
5    Q.  Yes.
6    A.  -- was caused by talcum powder?
7    Q.  Right.
8    A.  I don't think I can say that.
9    Q.  Do you know of any methodology that would
10 allow someone to identify which of the 4 out of 17
11 were associated with their talc use versus associated
12 with just living that long?
13    MS. O'DELL:  Objection to form.
14    THE WITNESS:  I'm not aware of any --
15 if you're talking about biomarkers or something else,
16 I'm not aware of any that would distinguish between
17 cancer caused by talc and cancer caused by age alone.
18 BY MS. BOCKUS:
19    Q.  Okay.  And if one were to guess, they would
20 be mistaken two times out of three; correct?
21    MS. O'DELL:  Object to the form.
22    THE WITNESS:  To guess about what?
23 BY MS. BOCKUS:
24    Q.  Which of the 17 had ovarian cancer because of
25 their talc use as opposed to because they would have

Daniel L. Clarke-Pearson, M.D.

Page 326

1 gotten it anyway?
2          MS. O'DELL: Object to the form.
3          THE WITNESS: I'm not quite sure
4 I understand where you're going or what the question
5 is. I think the answer is we don't -- we won't -- we
6 can't identify which one of those patients that have
7 ovarian cancer because they all -- your hypothetical
8 is that they all were exposed to talc.
9          MS. O'DELL: I don't think that was her
10 hypothetical.
11          THE WITNESS: Okay. Well, then I've
12 lost this.
13 BY MS. BOCKUS:
14   Q. As I under -- well, let me just move on.
15      When women go swimming in a swimming pool,
16 does chlorinated water go into their uterus?
17   A. Goes into their vagina.
18   Q. That wasn't my question. Does it go to their
19 uterus?
20   A. Probably not.
21   Q. Why not?
22   A. I don't know the answer to that question.
23   Q. When women go swimming in the ocean, does
24 saltwater go into their uterus?
25   A. Not usually, no.

Page 327

1   Q. Why not?
2   A. It just doesn't.
3   Q. Is there something blocking the uterus from
4 the vagina?
5   A. The cervix is there, and there is mucus in
6 the cervix at certain times. I think the other, to
7 follow up on your question with a little bit better
8 answer, is that exposure to the water is limited.
9 It's not like the patient's in the water for hours,
10 day after day after day.
11   Q. That really wasn't my question.
12   A. Okay.
13   Q. My question has to do with the passage of any
14 kind of particles from outside the human body to
15 inside the human body -- the female body.
16   A. Okay.
17   Q. Is it your opinion that particles contained
18 in bathwater make their way into the fallopian tubes?
19   A. I don't have an answer -- answer or opinion
20 on that.
21   Q. Same question for swimming pool water.
22   A. Likewise.
23          MS. O'DELL: Objection to form.
24 BY MS. BOCKUS:
25   Q. Do you know whether there's an increased

Page 328

1 incidence of ovarian cancer in women who have been
2 competitive swimmers?
3   A. Not that I'm aware of.
4   Q. Those women clearly will have spent hours a
5 day, every day, in a swimming pool for many years of
6 their life; correct?
7   A. Yes.
8   Q. And you would expect, would you not, if
9 particles from outside a woman's body could freely
10 move into the inside of her body, that the chlorine
11 and other particles found in a swimming pool would
12 make their way to their ovaries; correct?
13   A. They could. But if they're not carcinogens,
14 then they wouldn't cause any problem.
15   Q. Would any foreign body that makes its way to
16 its ovary -- to a woman's ovary cause a foreign body
17 reaction?
18   A. Not necessarily.
19   Q. What foreign particle could make its way to a
20 woman's ovary and not cause a foreign body reaction?
21          MS. O'DELL: Objection to the form.
22          THE WITNESS: I think that those that
23 don't cause inflammation, those that are not cleared.
24 We talked about cornstarch earlier in today's
25 proceedings, and cornstarch seems not to cause an

Page 329

1 inflammatory reaction. It gets cleared by the immune
2 system, and it dissolves.
3 BY MS. BOCKUS:
4   Q. Does cornstarch make it to the ovary?
5   A. Cornstarch has been documented to get to the
6 ovary, yes.
7   Q. Has it been associated with foreign body
8 reaction in the ovary?
9   A. Not that I'm aware of.
10   Q. Do you know whether pelvic mesh causes
11 ovarian cancer?
12   A. Mesh?
13   Q. Yes.
14   A. Not that I'm aware of.
15   Q. Is pelvic mesh a foreign body?
16   A. Yes. It's in the vagina or -- yeah, it's
17 placed in the vagina, not in the peritoneal cavity per
18 se.
19   Q. Does pelvic mesh cause chronic inflammation?
20   A. Not that I'm aware of. I think it causes
21 acute inflammation and an ingrowth of fibroblasts and
22 fibrous tissue to cause -- to get the result that the
23 surgeon wants and the patient wants.
24   Q. Just because something is classified as a
25 carcinogen doesn't mean it's carcinogenic to every

Daniel T. Clarke-Pearson, M.D.

Page 330

1  organ in the body; correct?
2      A. I think that's fair to say.
3      Q. And I think you told us previously that, to
4  your knowledge, you're not aware of nickel, chromium,
5  or cobalt ever being identified as carcinogenic to the
6  ovary; correct?
7      A. I'm not aware that anybody's ever tested that
8  hypothesis.
9      Q. Did you look at the IARC classifications of
10  those three heavy metals?
11      A. Yes.
12      Q. And did you see where IARC did not identify
13  that they were carcinogenic to the ovary?
14          MS. O'DELL: Objection to form.
15          THE WITNESS: Right. I'm not sure that
16  there's any data, going back to my answer to my last
17  question, where that's ever been tested. So two of
18  those heavy metals are considered carcinogens, but not
19  specifically to the ovary because they haven't been
20  tested in the ovary.
21  BY MS. BOCKUS:
22      Q. So without that -- without those tests, you
23  can't say one way or the other whether those heavy
24  metals, the three you identify in your report,
25  increase the risk of ovarian cancer, can you?

Page 331

1          MS. O'DELL: Object to the form.
2          THE WITNESS: I think they're contained
3  within Johnson's baby powder.
4  BY MS. BOCKUS:
5      Q. That wasn't my question.
6          Without science to support that, you cannot
7  say that these three heavy metals that you identify in
8  your report cause or contribute to cause ovarian
9  cancer; correct?
10          MS. O'DELL: Object to the form.
11          THE WITNESS: I think they're in
12  Johnson baby powder and the baby powder causes ovarian
13  cancer. So something amongst that, including the
14  heavy metals, is contributing to the onset of ovarian
15  cancer.
16  BY MS. BOCKUS:
17      Q. And you're comfortable saying that without
18  any science to support it; correct?
19          MS. O'DELL: Objection to form.
20          THE WITNESS: The science is the
21  epidemiology of increased risk of ovarian cancer in
22  women that are exposed to Johnson baby powder.
23  BY MS. BOCKUS:
24      Q. Did I understand your testimony previously
25  that it is your opinion that the Women's Health

Page 332

1  Initiative is a poorly designed, poorly executed
2  study?
3          MS. O'DELL: Object to the form.
4          THE WITNESS: Yes.
5  BY MS. BOCKUS:
6      Q. Is it your opinion that the Nurses' Health
7  Study is a poorly designed, poorly executed study?
8          MS. O'DELL: Object to the form.
9          THE WITNESS: With regard to the
10  detection of ovarian cancer being caused by perineal
11  use of talcum powder, yes.
12  BY MS. BOCKUS:
13      Q. Is it your opinion that the Gonzalez Sister
14  Study is a poorly designed, poorly executed study?
15      A. Yeah. That's the worst one.
16      Q. You have testified -- and this certainly
17  would be part of your practice to understand -- that
18  we now know that HPV causes cervical cancer; correct?
19      A. That's correct.
20      Q. What is the odds ratio of developing cervical
21  cancer in women who have HPV -- or who have had HPV
22  versus those who have not?
23      A. HPV is nearly 100 percent -- let me turn this
24  back around.
25          Women with squamous cell carcinoma of the

Page 333

1  cervix, which is the most common type, almost all --
2  as close to 100 percent as possible -- have been
3  infected with HPV.
4      Q. And that allows the scientific and medical
5  community to conclude with consensus that HPV causes
6  cervical cancer; correct?
7      A. Yes, but not in all women that are infected
8  with HPV.
9      Q. There is no similar factor for ovarian cancer
10  as closely linked as HPV is to cervical cancer, is
11  there?
12          MS. O'DELL: Objection to form.
13          THE WITNESS: I'm not sure I understand
14  the question.
15  BY MS. BOCKUS:
16      Q. Because it wasn't a very good one.
17      A. Okay.
18      Q. You indicated that close to 100 percent of
19  all women who develop a specific -- the most common
20  type of cervical cancer have had HPV; correct?
21      A. That's correct.
22      Q. There is nothing even close to that in terms
23  of an exposure and ovarian cancer; correct?
24      A. Yes, I would agree.
25      Q. Do you know what percentage of sperm make it

Daniel J. Clarke-Pearson, M.D.

Page 334

1 to the fallopian tube from a single ejaculation?
2    A. I don't.
3    Q. You know that that's been studied; correct?
4    A. I don't know that. The last time I did any
5 reproductive endocrinology was in 1975. So I don't
6 know what's --
7    Q. Let me ask you --
8    A. -- been studied.
9    Q. I apologize. I didn't mean to interrupt.
10    A. Yes.
11    Q. Do you have any reason to believe that a talc
12 particle would fare better than a sperm in terms of
13 its chances of making it from the vagina to the ovary?
14         MS. O'DELL: Object to the form.
15         THE WITNESS: No.
16 BY MS. BOCKUS:
17    Q. Do you think that it's probably that fewer
18 talc particles -- or a smaller percentage of talc
19 particles deposited into the vagina would make it to
20 the ovary than percentage of sperm?
21    A. I don't have an opinion.
22    Q. Okay. With regard to studies by Dr. Saed, do
23 you believe that it would have been appropriate for
24 Dr. Saed to indicate on those studies that his
25 research was being funded by plaintiffs' lawyers in

Page 335

1 this litigation?
2         MS. O'DELL: Object to the form.
3         THE WITNESS: I'm not sure I understand
4 exactly what was his funding.
5 BY MS. BOCKUS:
6    Q. For the studies that you're relying on, the
7 Saed studies that you have relied on in your report.
8    A. I'm not aware of the extent of the funding,
9 if it was from the attorneys -- the plaintiffs'
10 attorneys.
11    Q. Assuming that the evidence will show that the
12 funding for Dr. Saed's experiments came from
13 plaintiffs' attorneys, would it be appropriate and
14 ethical for a physician to reveal that that's the
15 source of their funding?
16         MS. O'DELL: Objection to form.
17         THE WITNESS: So peer-reviewed journals
18 have certain conflict of interest statements and
19 disclosures that are asked as part of the peer review
20 process of accepting a manuscript. So I'm not sure
21 what the policies are of this particular journal.
22 BY MS. BOCKUS:
23    Q. So does such a conflict of interest only have
24 to be revealed if it's the policy of the journal?
25         MS. O'DELL: Objection to form.

Page 336

1         THE WITNESS: I think the journal, if
2 it's going to publish, would want to make sure that
3 they are publishing information that's correct and,
4 you know, through the peer review process, and also
5 any conflicts of interest are declared, any sources of
6 funding are usually declared, including grants from
7 National Institutes of Health, for example.
8 BY MS. BOCKUS:
9    Q. When Dr. Saed placed talc on these cultured
10 ovarian cancer cells, one of the findings that he
11 reported was that it increased the level of CA-125;
12 correct?
13    A. Yes.
14    Q. You would agree that CA-125 is raised by many
15 things; correct?
16    A. Yes, including inflammation -- in particular
17 inflammation in terms of a false positive CA-125.
18    Q. It can be raised by pregnancy; is that right?
19    A. Yes.
20    Q. Can be raised by cirrhosis of the liver?
21    A. Yes.
22    Q. Can be raised by uterine fibroids; correct?
23    A. Yeah --
24    Q. By all kinds of things?
25    A. -- among other things, yes.

Page 337

1    Q. And Dr. Saed did not use any positive or
2 negative controls in his study, did he?
3         MS. O'DELL: Objection. Form.
4         THE WITNESS: He did use controls in
5 his study.
6 BY MS. BOCKUS:
7    Q. Did Dr. Saed use any controls in which he
8 applied a -- something like glass beads to the same
9 tissue to see what the reaction would be compared to
10 the talc he was applying?
11         MS. O'DELL: Objection to form.
12         THE WITNESS: So applying glass -- I'm
13 not a laboratory scientist, but putting glass beads
14 into a culture plate, for example? So that would be
15 potentially another inflammatory product, so I don't
16 know why one would put glass beads into the control
17 plate.
18         He has controls in all of his tables here
19 (indicating). It's just the medium that the talc is
20 suspended in. So the medium didn't cause the changes
21 that he demonstrates in these cancer cells and these
22 epithelial cells. It was the talc that caused the
23 changes. That's why you do a control.
24 BY MS. BOCKUS:
25    Q. But a -- but to do a control with regard

Daniel R. Clarke-Pearson, M.D.

| Page 338 | Page 340 |
|---|---|

**Page 338**

1 to -- to determine whether talc causes these cells to
2 react differently than other items that have
3 previously been shown not to cause inflammation in the
4 cells, you would need to add something in addition to
5 the medium; correct?
6        MS. O'DELL:  Objection to form.
7        THE WITNESS:  No.  That's what a
8 control is.  Why would you add anything?  That would
9 be a third experiment.  You've got your controls and
10 now your glass beads and now your talc.
11 BY MS. BOCKUS:
12    Q.  Is it your understanding that glass beads
13 would cause inflammation to the ovarian epithelial?
14    A.  I don't know what they do.  I don't know why
15 one would put glass beads in a control.
16    Q.  Other than the medium, did Dr. Saed
17 include -- did he do any test to determine whether
18 other particulate would cause the exact same reaction
19 as the talc?
20    A.  I don't think that was part of his
21 experimental design.
22    Q.  Do you think that would have been an
23 appropriate experimental design to determine if talc
24 elicited a response different than any other foreign
25 particulate?

**Page 339**

1        MS. O'DELL:  Object to the form.
2        THE WITNESS:  Oh, you could do an
3 extensive experiment of all kinds of particulates and
4 compare it with talc.  That wasn't the question he was
5 trying to ask.  I'm not quite sure where you're going
6 with this.  I mean...
7 BY MS. BOCKUS:
8    Q.  To determine whether the changes that he
9 noted actually cause cancer would take more steps;
10 correct?
11    A.  Yes.  He's showing --
12        MS. O'DELL:  Object to the form.
13        THE WITNESS:  -- that there's gene
14 mutations.  They are the first step -- or the next
15 step towards cancer.
16 BY MS. BOCKUS:
17    Q.  And all of our -- we all have gene mutations
18 going on in our bodies every day; correct?
19    A.  Yes.  A little scary.
20    Q.  And we all have -- thank God, the way we're
21 put together, there are systems in place that detect
22 gene mutations and kill them; correct?
23    A.  Apoptosis.  Yes.
24    Q.  And so the fact that a gene mutation is
25 caused in a Petri dish is a long ways from proving

**Page 340**

1 that that particulate -- in this case, talc -- causes
2 cancer; correct?
3        MS. O'DELL:  Object to the form.
4        THE WITNESS:  It doesn't -- it's not
5 conclusive, but it certainly is a step in the process
6 leading towards cancer.
7 BY MS. BOCKUS:
8    Q.  And there are specific tests that can be done
9 for genotoxicity; correct?
10       Are you familiar with those --
11    A.  I'm not familiar with what that exactly
12 means.
13    Q.  Have you seen studies where, in the lab, they
14 have started this process, such as Dr. Saed did with
15 causing a single gene mutation, and then implanting
16 that tissue into a lab animal to see if it actually
17 grows into a cancer?
18       MS. O'DELL:  Object to the form.
19       THE WITNESS:  I'm not aware of that,
20 but it's certainly -- I presume it's possible to do
21 something like that, but I'm not sure.
22 BY MS. BOCKUS:
23    Q.  I think you've answered this question.  And
24 if you have, I apologize.
25       What is the threshold response for talc?

**Page 341**

1        MS. O'DELL:  Object to the form.
2        THE WITNESS:  The threshold response
3 that would induce cancer, I presume is what you're
4 really asking?
5 BY MS. BOCKUS:
6    Q.  Yes, sir.  Thank you.
7    A.  I don't think we know that.
8        MS. BOCKUS:  That's all that I have.
9 Thank you.
10       THE WITNESS:  Thank you.
11       MS. BOCKUS:  I'll cede back my last 15
12 minutes to the other defense counsel who are here.
13       MS. O'DELL:  Do you have questions?
14       MR. BILLINGS-KANG:  I don't think so,
15 no.
16       MS. O'DELL:  Do you have questions?
17       MR. ZELLERS:  No further questions.
18       MR. MIZGALA:  I want to ask a question.
19       MR. ZELLERS:  Please do.
20 CROSS-EXAMINATION BY COUNSEL FOR THE DEFENDANT PTI
21 BY MR. MIZGALA:
22    Q.  Doctor, on page 2 of your report, at the
23 bottom --
24    A.  Yes.
25    Q.  -- you write (as read):

Daniel L. Clarke-Pearson, M.D.

1    "I approached each article
2    objectively and critically,
3    assessing for factors such as
4    design, power, reputation of the
5    authors, quality of the journal,
6    and potential biases."
7        Correct?
8    A. Yes, that's what I wrote.
9    Q. Where is that -- where is that written down?
10  Where is it compiled?
11    A. Where is what compiled?
12    Q. All those things that you assessed?  Did you
13  reduce that to writing anywhere?
14    A. No.  I mean, these are the articles
15  I identified and reviewed and assessed (indicating).
16    Q. Okay.  So you don't have a spreadsheet or
17  something of all these factors that you assessed?
18    A. No.
19        MS. O'DELL:  Objection to form.
20        THE WITNESS:  No.
21  BY MR. MIZGALA:
22    Q. In your head?
23    A. In my head at the time, and I chose articles
24  that I thought were appropriate to put into my report.
25        MR. MIZGALA:  Okay.  No further

1  questions.
2        MS. O'DELL:  Let's go off the record.
3        THE VIDEOGRAPHER:  Going off record at
4  5:23 p.m.
5        (Recess taken from 5:23 p.m. to 5:40 p.m.)
6        THE VIDEOGRAPHER:  Back on the record
7  at 5:40 p.m.
8    CROSS-EXAMINATION BY COUNSEL FOR THE PLAINTIFFS
9  BY MS. O'DELL:
10    Q. Dr. Clarke-Pearson, I have just a few
11  questions to ask you.
12        First, let me ask you, in regard to
13  asbestos, can asbestos be inhaled and cause ovarian
14  cancer?
15        MR. ZELLERS:  Objection to form.
16        THE WITNESS:  Yes.
17        Yes.  IARC has deemed that true, to be the
18  case that it can cause ovarian cancer by inhalation.
19  BY MS. O'DELL:
20    Q. And, similarly, can fibrous talc be inhaled
21  and cause ovarian cancer?
22        MR. ZELLERS:  Objection.  Form.
23        THE WITNESS:  Yes.  The same answer.
24  BY MS. O'DELL:
25    Q. You were asked a series of questions about --

1  and they were hypotheticals, as I recall -- regarding
2  specific patients and the cause or causes of their
3  ovarian cancer.
4        In regard to a woman who has potentially,
5  say, a BRCA mutation -- maybe she's of a certain
6  age -- and she's a routine user of talcum powder such
7  as Johnson's baby powder, do you have an opinion as to
8  what the causes of her cancer would be?
9        MR. ZELLERS:  Objection.  Form.
10        THE WITNESS:  So several causes, but
11  the talcum powder would have to be considered a
12  contributing cause to her ovarian cancer.
13  BY MS. O'DELL:
14    Q. For a woman who has -- in whom there's not
15  been identified a known risk factor but she is a
16  routine user of talcum powder such as baby powder or
17  Shower to Shower, do you have an opinion as to what
18  one of the causes of her cancer -- ovarian cancer
19  would be?
20        MR. ZELLERS:  Objection.  Form.
21        THE WITNESS:  What I've been trying to
22  say all day is the Johnson & Johnson baby powder
23  causes ovarian cancer.  In this particular patient, it
24  is a significant contributing cause.
25        MS. O'DELL:  I have nothing further,

1  Doctor.  Thank you.
2        THE WITNESS:  Okay.  Thank you.
3    FURTHER EXAMINATION BY COUNSEL FOR THE
4        JOHNSON & JOHNSON DEFENDANTS
5  BY MR. ZELLERS:
6    Q. The asbestos studies that you referred to
7  earlier dealing with inhalation, those were
8  occupational studies; correct?
9        MS. O'DELL:  Object to the form.
10        THE WITNESS:  Yes.
11        MR. ZELLERS:  Okay.  I have no further
12  questions.
13        MS. BOCKUS:  I have one.
14    FURTHER EXAMINATION BY COUNSEL FOR THE
15        DEFENDANT IMERYS
16  BY MS. BOCKUS:
17    Q. Doctor, are you aware of any study that
18  indicates that women who carry a BRCA gene mutation
19  and uses -- and has a lifetime history of using talcum
20  powder is at a higher risk of developing ovarian
21  cancer than women who have the BRCA gene mutation and
22  have never used talcum powder?
23        MS. O'DELL:  Objection to form.
24        THE WITNESS:  It would be my opinion
25  that talcum powder would increase the patient's chance

Daniel L. Clarke-Pearson, M.D.

## Page 346

1  of having ovarian cancer. I'm not aware of any study
2  that's been able to investigate that to date.
3  BY MS. BOCKUS:
4      Q.  That is something that could be investigated;
5  correct?
6          MS. O'DELL:  Object to the form.
7          THE WITNESS:  In a case-control study,
8  yes.
9  BY MS. BOCKUS:
10     Q.  But to your knowledge, it's never been
11  reported; correct?
12     A.  Not that I'm aware of.
13         MS. BOCKUS:  That's all I have.
14         THE WITNESS:  Thank you, everybody.
15         MR. ZELLERS:  Thank you, Doctor.
16         THE VIDEOGRAPHER:  Just one second.
17     This concludes the deposition of Dr. Daniel
18  Clarke-Pearson.  Time going off the record is
19  5:44 p.m.
20     (Whereupon, at 5:44 p.m., the deposition ceased.
21         Signature was reserved.)
22
23
24
25

## Page 347

1          ACKNOWLEDGMENT OF DEPONENT
2          I, DANIEL L. CLARKE-PEARSON, M.D., do hereby
3  acknowledge that I have read and examined the foregoing
4  testimony, and the same is a true, correct, and complete
5  transcription of the testimony given by me, and any
6  corrections appear on the attached errata sheet signed
7  by me.
8
9  _____    _____
10    (DATE)              (SIGNATURE)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 348

1          E R R A T A
2  CASE NAME:  TALCUM POWDER LITIGATION MDL NO. 2738CASE
3  WITNESS NAME:  DANIEL L. CLARKE-PEARSON, M.D.
4  CASE NUMBER:  16-2738 (FLW)(LHG)
5  PAGE LINE    READS        SHOULD READ
6  ___ ___ _____ _____
7  ___ ___ _____ _____
8  ___ ___ _____ _____
9  ___ ___ _____ _____
10 ___ ___ _____ _____
11 ___ ___ _____ _____
12 ___ ___ _____ _____
13 ___ ___ _____ _____
14 ___ ___ _____ _____
15 ___ ___ _____ _____
16 ___ ___ _____ _____
17 ___ ___ _____ _____
18 ___ ___ _____ _____
19 ___ ___ _____ _____
20 ___ ___ _____ _____
21 ___ ___ _____ _____
22 ___ ___ _____ _____
23 ___ ___ _____ _____
24 ___ ___ _____ _____
25 ___ ___ _____ _____

## Page 349

1  STATE OF NORTH CAROLINA  )
                           ) C E R T I F I C A T E
2  COUNTY OF ORANGE        )
3      I, Sophie Brock, Court Reporter and Notary
4  Public, the officer before whom the foregoing proceeding
5  was conducted, do hereby certify that the witness(es)
6  whose testimony appears in the foregoing proceeding were
7  duly sworn by me; that the testimony of said witness(es)
8  were taken by me to the best of my ability and
9  thereafter transcribed under my supervision; and that
10 the foregoing pages, inclusive, constitute a true and
11 accurate transcription of the testimony of the
12 witness(es).
13     I do further certify that I am neither counsel
14 for, related to, nor employed by any of the parties to
15 this action, and further, that I am not a relative or
16 employee of any attorney or counsel employed by the
17 parties thereof, nor financially or otherwise interested
18 in the outcome of said action.
19     This, the 6th day of February, 2019.
20
21
22
                    _____
23
                    Sophie Brock, RPR, RMR, RDR, CRR
24                  Notary Number: 200834000001
25

Exhibit 66

ORIGINAL ARTICLE

# Perineal Talc Use and Ovarian Cancer
## A Systematic Review and Meta-Analysis

*Ross Penninkilampi, and Guy D. Eslick*

**Background:** It has been posited that there is an association between perineal talc use and the incidence of ovarian cancer. To date, this has only been explored in observational studies.

**Objectives:** To perform a meta-analysis to evaluate the association between perineal talc use and risk of ovarian cancer.

**Methods:** Studies were identified using six electronic databases. Observational studies involving at least 50 cases of ovarian cancer were eligible for inclusion. We analyzed the association between ovarian cancer, including specific types, and any perineal talc use, long-term (>10 years) use, total lifetime applications, and use on diaphragms or sanitary napkins. A subgroup analysis was performed, stratifying by study design and population.

**Results:** We identified 24 case–control (13,421 cases) and three cohort studies (890 cases, 181,860 person-years). Any perineal talc use was associated with increased risk of ovarian cancer (OR = 1.31; 95% CI = 1.24, 1.39). More than 3600 lifetime applications (OR = 1.42; 95% CI = 1.25, 1.61) were slightly more associated with ovarian cancer than <3600 (OR = 1.32; 95% CI = 1.15, 1.50). An association with ever use of talc was found in case–control studies (OR = 1.35; 95% CI = 1.27, 1.43), but not cohort studies (OR = 1.06; 95% CI = 0.90, 1.25). However, cohort studies found an association between talc use and invasive serous type ovarian cancer (OR = 1.25; 95% CI = 1.01, 1.55). We found an increased risk of serous and endometrioid, but not mucinous or clear cell subtypes.

**Conclusions:** In general, there is a consistent association between perineal talc use and ovarian cancer. Some variation in the magnitude of the effect was found when considering study design and ovarian cancer subtype.

(*Epidemiology* 2018;29: 41–49)

Submitted July 12, 2017; accepted August 27, 2017.
From the Whiteley-Martin Research Centre, Discipline of Surgery, The University of Sydney, Nepean Hospital, Penrith, NSW, Australia.
This manuscript is original, has not been previously published in whole or in part, and is not under consideration for publication elsewhere. Neither animals nor human subjects were used in this research.
All authors have read the manuscript, agree that the work is ready for submission, and accept the contents of the manuscript.
The authors report no conflicts of interest.
[SDC] Supplemental digital content is available through direct URL citations in the HTML and PDF versions of this article (www.epidem.com).
Correspondence: Guy D. Eslick, The Whiteley-Martin Research Centre, Discipline of Surgery, The University of Sydney, Nepean Hospital, Level 3, Clinical Building, PO Box 63, Penrith, NSW 2751, Australia. E-mail: guy.eslick@sydney.edu.au.

Copyright © 2017 Wolters Kluwer Health, Inc. All rights reserved.
ISSN: 1044-3983/18/2901-0041
DOI: 10.1097/EDE.0000000000000745

Ovarian cancer is the gynecologic cancer associated with the highest mortality in the United States, in 2012 being the fifth highest cause of cancer death in women with 14,404 deaths in that country.[1] The National Cancer Institute's Surveillance, Epidemiology, and End Results Program (SEER) predicts that in the United States, in 2016, there will be 22,280 incidences of newly diagnosed ovarian cancer, and 14,240 deaths caused by ovarian cancer based on age-adjusted data from 2009 to 2013.[2] The 5-year survival statistics for ovarian cancer are poor, largely because patients usually present with advanced disease, which is less amenable to curative therapy.[3] SEER estimates that only 15% of patients present with disease localized to the ovary, which contributes to a 5-year survival of 46.2%.[2] It is imperative to develop public health programs, which either reduce the incidence of ovarian cancer or detect it at an earlier stage, to reduce the burden of this disease.

Routine pelvic examinations, transvaginal ultrasonography, and tumor markers have been trialed as potential screening tools for ovarian cancer, but are limited in their usefulness. The cancer marker cancer antigen 125 (CA-125, also known as mucin 16) has been found to be elevated in 80% of all ovarian carcinomas, but this falls to 50% in women in which the cancer is localized only to the ovary, where it is most amenable to treatment.[4] As CA-125 has a low sensitivity and limited specificity, it is not recommended as a screening test for women without clinical symptoms.[5] Ultrasound has a reasonable sensitivity but poor specificity and positive predictive value, particularly as it is poor at distinguishing between benign and malignant masses.[6] While the search for an effective screening regimen for ovarian cancer continues, the importance of primary prevention becomes paramount.

Talcum powder is made of talc, a hydrated magnesium silicate, and is used to absorb moisture on the body. Some women choose to dust talc on the perineum, or apply it to diaphragms or sanitary napkins, to reduce friction, keep the skin dry, reduce odor, and prevent rashes. The potential association between perineal talc use and ovarian cancer has been discussed for decades. The first investigation of this association was performed by Cramer et al[7] in 1982, when the investigators found a relative risk of 1.92 (95% CI = 1.27, 2.89) for ovarian cancer when women either dusted the perineum with talc powder or used it on sanitary napkins. Since this time, there has been substantial interest in and research into this association.

Copyright © 2017 Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

*Penninkilampi and Eslick*    *Epidemiology* • Volume 29, Number 1, January 2018

In the present context, the association between talc use and ovarian cancer takes on considerable relevance, as the pharmaceutical and consumer products company Johnson & Johnson has recently had damages levied to the total of US$717 million against them in five law suits. In these cases, juries decided that the use of talcum powder caused or contributed to the development of the plaintiff's ovarian cancer. The evidence for the association between perineal talc use and ovarian cancer is based on the body of knowledge from observational studies, and most of these have been retrospective case–control studies prone to recall bias. Hence, while perineal talc use has not been shown to be safe, in a similar regard, a certain causal link between talc use and ovarian cancer has not yet been established.[8,9]

In 2013, a pooled analysis was performed for eight population-based case–control studies, and found a modest increased risk (OR = 1.24) of ovarian carcinoma associated with perineal talc use.[10] In 2007, a meta-analysis was performed of nine observational studies; however, this study only examined the use of talc on contraceptive diaphragms.[11] The overall finding of this meta-analysis was that the use of talc on contraceptive diaphragms was not associated with ovarian cancer. Meta-analyses have been performed on this subject before; however, the most recent was in 2008,[9] and since this time, the results of a number of large case–control studies and two cohort studies[12,13] have been published. Hence, there is a need to update the literature, particularly considering pending litigation against Johnson & Johnson by other claimants, and Johnson & Johnson's potential plans to appeal the previous decisions. Furthermore, producers of talcum powder products continue to sell these products without any warning labels regarding perineal use and potential associations with ovarian cancer. Hence, there is a need for clarification, to allow women to be adequately informed of the risk of use of these products, possibly preventing future harm.

This paper aims to review the literature and provide an overall risk estimate for the association between perineal talc use and ovarian carcinoma. We will also perform subgroup analyses by the method of talc application, the duration of talc use, the total number of perineal talc applications, and the type of ovarian cancer developed to further elucidate the relationship between talc use and ovarian carcinoma.

## METHODS

### Study Protocol

We followed the Preferred Reporting Items for Systematic reviews and Meta-Analyses (PRISMA) guidelines.[14] R.P. performed a systematic search of the databases MEDLINE (from 1950), PubMed (from 1946), Embase (from 1949), the Cumulative Index to Nursing and Allied Health Literature (CINAHL), LILACS, and the Cochrane Central Register of Controlled Trials through 22 August 2017 to identify relevant articles. The search used the terms ("talc" OR "talcum

powder") AND ("ovarian cancer" OR "ovarian carcinoma"), which were searched as text word and as exploded medical subject headings where possible. We also searched the reference lists of relevant articles for appropriate studies. No language restrictions were used in either the search or study selection. We did not search for unpublished literature.

### Study Selection

We included studies that met the following inclusion criteria: (1) the study investigated the perineal use of talc in relation to risk of development of ovarian cancer; (2) the study reported adverse events as an odds ratio (OR), or the data were presented such that an OR could be calculated; (3) the 95% confidence interval (CI) was reported, or the data were presented such that the CI could be calculated; and (4) the study involved a minimum of 50 cases. We excluded studies that did not meet the inclusion criteria.

### Data Extraction

One of us (R.P.) performed data extraction using a standardized data extraction form, collecting information on the publication year, study design, number of cases, number of controls, total sample size, population type, country, mean age, number of adjusted variables, the risk estimates or data used to calculate the risk estimates, CIs or data used to calculate CIs, and the type of ovarian cancer. R.P. assessed the quality of the studies using the Newcastle-Ottawa Scale (NOS); however, no studies were excluded on the basis of NOS score.[15] Authors were not contacted for missing data. Adjusted ratios were extracted in preference to nonadjusted ratios; however, where ratios were not provided, R.P. calculated unadjusted ORs and CIs.

### Statistical Analysis

One of us (G.D.E.) calculated pooled ORs and 95% CIs for the effect of any perineal talc use with all ovarian cancers using a random effects model.[16] Analyses were also performed based on the method of administration (diaphragm, sanitary napkins), duration of use, and type of ovarian cancer developed (all mucinous, mucinous invasive, mucinous borderline, all serous, serous invasive, serous borderline, endometrioid, clear cell). For long-term talc use, we extracted the odds ratio for the group with the longest duration of talc exposure compared with controls, provided that group used talc for a minimum duration of 10 years. For overall lifetime talc applications, groups within each study were divided into either <3600 lifetime applications, equivalent to less than approximately 10 years of daily use, or >3600 applications. Where a group from a study did not completely fit into this dichotomy, we placed it into the category it most closely fit. Details on the categorization of individual groups are available in eTable 1 (http://links.lww.com/EDE/B261). Odds ratios were pooled for invasive serous, invasive mucinous, borderline serous, and borderline mucinous tumors individually. However, as many studies reported only all mucinous or all serous in a single

© 2017 Wolters Kluwer Health, Inc. All rights reserved.

Copyright © 2017 Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

group, we also ran analyses for risk associated with all mucinous and all serous tumors. Where a study reported separately as borderline and serous, both odds ratios were included separately in the meta-analysis, to ensure all available data were considered.

We tested heterogeneity with Cochran's $Q$ statistic, with $P < 0.10$ indicating heterogeneity, and quantified the degree of heterogeneity using the $I^2$ statistic, which represents the percentage of the total variability across studies which is due to heterogeneity. $I^2$ values of 25%, 50%, and 75% corresponded to low, moderate, and high degrees of heterogeneity, respectively.[17] We quantified publication bias using the Egger's regression model,[18] with the effect of bias assessed using the fail-safe number method. The fail-safe number was the number of studies that we would need to have missed for our observed result to be nullified to statistical nonsignificance at the $P < 0.05$ level. Publication bias is generally regarded as a concern if the fail-safe number is less than $5n + 10$, with n being the number of studies included in the meta-analysis.[19] All analyses were performed with Comprehensive Meta-analysis (version 3·0; Biostat, Englewood, NJ; 2014).

## RESULTS

### Study Characteristics

We performed a broad literature search of electronic databases, identifying 363 citations for review (Figure 1). Initially, 318 studies were discarded, with many being narrative reviews, duplicates, animal studies, opinion pieces, editorials, or otherwise irrelevant. Forty-five citations were selected for full-text review. Of these, three were excluded due to being associated with endometrial rather than ovarian cancer, two were meta-analyses, five were duplications of data from the same study, one involved non-perineal application of talc, and seven were otherwise irrelevant. No studies were excluded for failing to report an odds ratio or for not providing the necessary raw data from which an odds ratio could be provided. Some studies provided only the raw data, i.e., the number of cases and controls with and without perineal talc use. This allowed an unadjusted odds ratio to be calculated, which was then included in the analysis. Overall, 27 studies were selected. Note that Wu et al[33] (2015) include results from Wu et al[36] (2009); however, only Wu et al[36] (2009) reported on non-perineal talc use, total lifetime applications, and long-term talc use. Hence data were extracted from Wu et al[33] (2015) for the "any perineal use" outcome, and from Wu et al[36] (2009) for the three other outcomes previously mentioned. Hence, while 27 studies were included in the analysis, only 26 were included in the any perineal use analysis. Three studies were cohort studies, including 890 cases and 181,860 person-years.[12,13,20] The remaining 26 studies were case–control studies, with a total of 13,421 cases and 19,314 controls. The case–control studies are described in eTable 1 (http://links.lww.com/EDE/B261), while the cohort studies are described in eTable 2 (http://links.



**FIGURE 1.** PRISMA flowchart for literature search and study selection.

lww.com/EDE/B261). In total, studies involving 14,311 cases of ovarian cancer were included in this review.

The quality of the studies was assessed using the Newcastle-Ottawa Scale (NOS), which involves separate assessment tools for both case–control and cohort studies.[15] The highest score awarded was 8/10, and the lowest was 5/10. The mean score was 7.0. Almost all studies lost points because the exposure to talc was ascertained through self-report rather than an independently verified source, and because the interviewer was not blinded to cases and controls. Many studies also failed to specifically describe that their chosen controls did not have a personal history of previous ovarian cancer. It may be the case that this was done, but not reported in the study methods. Generally, case ascertainment and matching controls based on age and other factors, often geographical location or ethnicity, were well performed in the reviewed studies. The breakdown of individual study scores is included in Tables 1 and 2. Overall, the quality of studies included in

© 2017 Wolters Kluwer Health, Inc. All rights reserved.

Copyright © 2017 Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

**TABLE 1.** Summary of Pooled Effect Sizes for Examined Outcome Variables

| | No. Studies | Effect Size OR (95% CI) | Heterogeneity $I^2$ | P | Publication Bias P |
|---|---|---|---|---|---|
| **Method of talc use** | | | | | |
| Any perineal | 26 | 1.31 (1.24, 1.39) | 10.52 | 0.31 | 0.09 |
| Any non-perineal | 5 | 1.24 (1.01, 1.51) | 66.84 | 0.02 | 0.86 |
| Diaphragm | 8 | 0.84 (0.68, 1.05) | 14.76 | 0.31 | 0.64 |
| Sanitary napkins | 12 | 1.15 (0.94, 1.41) | 43.82 | 0.05 | 0.17 |
| **Length of talc use** | | | | | |
| Long-term use (>10 years) | 12 | 1.25 (1.10, 1.43) | 45.11 | 0.04 | 0.31 |
| <3600 total applications | 5 | 1.32 (1.15, 1.50) | 1.83 | 0.41 | 0.20 |
| >3600 total applications | 5 | 1.42 (1.25, 1.61) | 12.59 | 0.33 | 0.40 |
| **Type of ovarian cancer** | | | | | |
| All serous | 10 | 1.32 (1.22, 1.43) | 0.00 | 0.75 | 0.44 |
| Serous invasive | 5 | 1.32 (1.13, 1.54) | 25.10 | 0.25 | 0.75 |
| Serous borderline | 3 | 1.39 (1.09, 1.78) | 0.00 | 0.94 | 0.83 |
| All mucinous | 9 | 1.12 (0.94, 1.33) | 5.79 | 0.39 | 0.79 |
| Mucinous invasive | 2 | 1.34 (0.48, 3.79) | 69.39 | 0.07 | NA[a] |
| Mucinous borderline | 3 | 1.18 (0.76, 1.81) | 34.07 | 0.22 | 0.96 |
| Endometrioid | 8 | 1.35 (1.14, 1.60) | 0.00 | 0.61 | 0.78 |
| Clear cell | 3 | 1.02 (0.75, 1.39) | 0.00 | 0.78 | 0.22 |

[a]NA = not applicable; no publication bias ... result available when there are fewer than three studies in the analysis.

this review was reasonably high. No studies were excluded from the review based on NOS score.

All studies reported at least an odds ratio for any perineal use of talc and its association with ovarian cancer. As previously described, Wu et al[36] (2009) was not included in this analysis to prevent duplication of data. Five studies reported on only non-perineal exposure. Additionally, eight studies provided data for use of talc on a diaphragm, and 12 for sanitary napkins. Twelve studies provided an odds ratio for long-term talc use and its association with ovarian cancer; however, the chosen threshold for long term was variable, from more than 10 years to more than 37.4 years. Five studies reported on the total number of talc applications. It was frequently necessary to report different groups from a single study separately to perform the meta-analysis of this outcome, with the groupings being described specifically in eTable 1 (http://links.lww.com/EDE/B261). Ten studies reported odds ratios for all serous ovarian cancers, five reported for serous invasive cancers, and three reported for serous borderline cancers. Similarly, nine reported for all mucinous cancers, two for mucinous invasive, and three for mucinous borderline. Eight studies reported odds ratios for endometrioid ovarian cancer, and three reported for clear cell ovarian cancer.

## Quantitative Data Synthesis

The results of the initial pooling of data from all studies are summarized in Table 1. Pooling of data revealed an increased risk of ovarian cancer associated with any perineal use of talc (Figure 2A; OR = 1.31; 95% CI = 1.24, 1.39). Use of talc long term (>10 years) was also associated with an increased ovarian cancer risk (Figure 2B; OR = 1.25; 95% CI = 1.10, 1.43). Both <3600 total lifetime applications (OR = 1.32; 95% CI = 1.15, 1.50) and >3600 lifetime applications (OR = 1.42; 95% CI = 1.25, 1.61) of talc were associated with an increased risk of ovarian cancer, with a slightly higher risk in the group with greater usage. Talc use on diaphragms or on sanitary napkins was not individually associated with increased risk of ovarian cancer. Any perineal talc use was associated with any serous (Figure 2C; OR = 1.32; 95% CI = 1.22, 1.43), serous invasive (OR = 1.32; 95% CI = 1.13, 1.54), serous borderline (OR = 1.39; 95% CI = 1.09, 1.78), and endometrioid (Figure 2D; OR = 1.35; 95% CI = 1.14, 1.60) subtypes of ovarian cancer, but not the other subtypes.

We performed a subgroup analysis stratifying by study design. It is important to note that there were only three cohort studies, each of which did not report on all the assessed associations. For any perineal talc use, only case–control studies showed an association with ovarian cancer (Figure 2A; OR = 1.35; 95% CI = 1.27, 1.43), while no association was noted for cohort studies (OR = 1.06; 95% CI = 0.90, 1.25). For the other associations assessed, the results are reported in Table 2. In cohort studies, the only association found was between perineal talc use and the incidence of serous invasive cancer subtypes (OR = 1.25; 95% CI = 1.01, 1.55). For borderline serous, borderline mucinous, invasive mucinous, and clear cell ovarian cancer subtypes, no cohort studies provided data for the association and hence the odds ratios reported in eTable 2 (http://links.lww.com/EDE/B261) are derived entirely from case–control studies. The only outcome reported in all three cohort studies was any perineal talc use; hence the available data from prospective studies were limited.

A subgroup analysis related to study population setting, i.e., in the hospital or in the general population, was performed for any perineal talc application. Generally, hospital-based studies were older (pre-2000) than the community-based studies. There were seven hospital-based studies, all of which were case–control studies. There were 20 population-based studies, including 17 case–control studies and all three cohort studies. There was no difference between the pooled results for hospital- and population-based studies (OR = 1.22 vs. 1.33), respectively.

There was heterogeneity in the analysis of non-perineal applications of talc ($I^2$ = 66.84; P = 0.02). There was no heterogeneity for any of the other outcome measures in either the meta-analysis of all available studies or the subgroup analyses. There was no publication bias in the meta-analysis of any genital talc exposure and ovarian cancer, which included all the studies in the review, except Wu et al[36] (2009) (Figure 3; P = 0.09). The result for publication bias for each of the individual analyses is included in Table 1.

© 2017 Wolters Kluwer Health, Inc. All rights reserved.

Copyright © 2017 Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

*Epidemiology* • Volume 29, Number 1, January 2018
*Perineal Talc Use and Ovarian Cancer*

**TABLE 2.** Summary of Pooled Effect Sizes in Subgroup Analysis by Study Design

| | Case–Control Studies (n = 24) | | | | Cohort Studies (n = 3) | | | |
| | | Effect Size | Heterogeneity | | | Effect Size | Heterogeneity | |
| | No. Studies | OR (95% CI) | $I^2$ | $P$ | No. Studies | OR (95% CI) | $I^2$ | $P$ |
|---|---|---|---|---|---|---|---|---|
| Method of talc use | | | | | | | | |
| Any perineal use | 23 | 1.35 (1.27, 1.43) | 0.00 | 0.77 | 3 | 1.06 (0.90, 1.25) | 18.89 | 0.29 |
| Non-perineal use | 5 | 1.24 (1.01, 1.51) | 66.84 | 0.02 | 0 | NA | NA | NA |
| Diaphragm | 7 | 0.81 (0.61, 1.08) | 21.92 | 0.26 | 1 | 0.92 (0.68, 1.24) | 0.00 | 1.00 |
| Sanitary napkin | 10 | 1.27 (0.98, 1.65) | 40.49 | 0.09 | 2 | 0.93 (0.77, 1.13) | 0.00 | 0.77 |
| Length of talc use | | | | | | | | |
| Long-term use | 11 | 1.29 (1.13, 1.47) | 40.53 | 0.08 | 1 | 0.98 (0.75, 1.29) | 0.00 | 1.00 |
| <3600 total applications | 5 | 1.32 (1.15, 1.50) | 1.83 | 0.41 | 0 | NA | NA | NA |
| >3600 total applications | 5 | 1.42 (1.25, 1.61) | 12.59 | 0.33 | 0 | NA | NA | NA |
| Type of ovarian cancer | | | | | | | | |
| All serous | 12 | 1.34 (1.23, 1.47) | 0.00 | 0.71 | 2 | 1.19 (0.97, 1.47) | 0.00 | 0.61 |
| Serous invasive | 3 | 1.36 (1.05, 1.75) | 47.96 | 0.15 | 2 | 1.25 (1.01, 1.55) | 0.00 | 0.33 |
| Serous borderline | 3 | 1.39 (1.09, 1.78) | 0.00 | 0.94 | 0 | NA | NA | NA |
| All mucinous | 9 | 1.15 (0.93, 1.41) | 21.03 | 0.26 | 2 | 0.96 (0.61, 1.53) | 0.00 | 0.84 |
| Mucinous invasive | 2 | 1.34 (0.48, 3.79) | 69.39 | 0.07 | 0 | NA | NA | NA |
| Mucinous borderline | 3 | 1.18 (0.76, 1.81) | 34.07 | 0.21 | 0 | NA | NA | NA |
| Endometrioid | 6 | 1.39 (1.16, 1.66) | 0.00 | 0.52 | 2 | 1.09 (0.66, 1.80) | 0.00 | 0.48 |
| Clear cell | 3 | 1.02 (0.75, 1.39) | 0.00 | 0.78 | 0 | NA | NA | NA |

NA = not applicable; no cohort studies reported on the relevant associations.

## DISCUSSION

The present meta-analysis reports a positive association between perineal talc use and ovarian cancer, specifically of the serous and endometrioid histologic subtypes. The mechanism by which perineal talc use may increase the risk of ovarian cancer is uncertain. It has been previously proposed that talc, as a foreign body, may ascend from the vagina through to the uterine tubes and instigate a chronic inflammatory response, which may predispose to the development of ovarian cancer. It is argued that cellular injury, oxidative stress, and local increase in inflammatory mediators such as cytokines and prostaglandins may be mutagenic and hence promote carcinogenesis.[21] In support of this hypothesis, it has been found that hysterectomy or bilateral tubal ligation, in which ovarian exposure to inflammatory mediators would be significantly curtailed, is associated with a reduced risk of ovarian cancer.[22–24] However, the use of non-steroidal anti-inflammatory drugs (NSAIDs) is not inversely associated with the incidence of ovarian cancer, as may be expected if the etiology was related to chronic inflammation.[25,26] It has also been found that human epithelial ovarian cells have an unusually low expression of cyclo-oxygenase-1 (COX-1) and cyclooxygenase-2 (COX-2), which would reduce their sensitivity to the action of NSAIDs.[27] The potential mechanism by which genital talc is associated with an increased risk of ovarian cancer hence remains unclear.

An important finding of this study is that talc use appears to be associated with increased risk of serous ovarian cancer, of both invasive and borderline types, and not with mucinous ovarian cancer. Additionally, endometrioid ovarian cancers but not clear cell cancers were significantly associated with perineal talc use. Intriguingly, a meta-analysis examining the effects of tubal ligation on ovarian cancer risk found a reduced risk of the same subtypes of ovarian cancer as mentioned here: serous and endometrioid, but not mucinous.[24] If chronic inflammation due to ascending foreign bodies is indeed the mechanism by which talc use is associated with increased ovarian cancer risk, then these results fit the picture. The results for non-perineal application of talc were still positive but of lower magnitude, supporting the hypothesis of ascending foreign bodies causing chronic inflammation. It is plausible that non-perineal application of talc may cause increased risk through, e.g., the respiratory tract. Unfortunately, the evidence remains insufficient to understand the mechanism with any reasonable certainty.

We also found a slightly greater increased risk of ovarian cancer with >3600 lifetime applications compared with those with <3600 lifetime applications. The number of lifetime applications is a more valid measure of the patient's exposure to perineal talc than either duration or frequency of use alone. This finding also supports the chronic inflammatory hypothesis, as repeated exposure would induce a longer period of chronic inflammation, and therefore should increase the predisposition to the development of ovarian cancer. It is notable that these data were only available from

*© 2017 Wolters Kluwer Health, Inc. All rights reserved.*

Copyright © 2017 Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

*Penninkilampi and Eslick*    *Epidemiology* • Volume 29, Number 1, January 2018



**FIGURE 2.** A, Any perineal talc use is associated with an increased risk of any ovarian cancer (OR = 1.31; 95% CI = 1.24, 1.39). B, Long-term perineal talc use (>10 years use) is associated with an increased risk of any ovarian cancer, but of a lower magnitude than any perineal use (OR = 1.25; 95% CI = 1.10, 1.43). C, Any perineal talc use is associated with an increased risk of serous ovarian cancers (OR = 1.32; 95% CI = 1.22, 1.43). D, Any perineal talc use is associated with an increased risk of endometrioid type ovarian cancers (OR = 1.35; 95% CI = 1.14, 1.60).

case–control studies, as the three cohort studies did not sufficiently record duration and frequency of use to be included in the analysis. This retrospective finding is therefore prone to recall bias.

This meta-analysis had several strengths. None of the analyses in this review had statistically significant heterogeneity, except for non-perineal application, which indicates consistency in the direction and magnitude of the effect size between individual studies, and strengthening the reliability of the pooled effect sizes. Another strength of this review is

the large number of overall cases (n = 14,311), improving the power of the meta-analysis to detect a relatively small effect size, as occurred in this case. Another strength of this review is that the included studies were of relatively high quality as assessed through the NOS, reducing the potential for bias in the conclusions drawn. The NOS revealed that the most common limitations of the included case–control studies were the failure to blind interviewers to case–control status of subjects in the interview, and reliance on memory and self-report for collection of data on perineal talc use.

    *© 2017 Wolters Kluwer Health, Inc. All rights reserved.*

Copyright © 2017 Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.



**FIGURE 3.** Funnel plot for the meta-analysis of studies examining any perineal talc use and risk of ovarian cancer ($P = 0.09$).

A limitation of this study is that it pools nonrandomized studies, primarily case–control studies. The retrospective nature of case–control studies introduces the potential for recall bias. In this case, it is entirely possible that patients with ovarian cancer may be more aware of their previous talc use and hence be more likely to report higher past use. It is possible to attempt to overcome this by blinding the participants to the nature of the study, usually by asking spurious questions; however, the effectiveness of this approach may be limited.[28] Many of the studies in this review recorded data about talc use as part of a more extensive questionnaire focused on other associations, which may reduce the potential for recall bias. However, since the initiation of lawsuits in 2014, there has been extensive media coverage regarding this association, and the potential for recall bias in case–control studies conducted since then may be exacerbated.

Cohort studies are useful in that they are prospective; however, the low incidence of ovarian cancer results in relatively small number of cases even in large cohorts, as seen in the three cohort studies included in this review.[29] Considering potential exposure misclassification issues in case–control studies, the effect for any perineal talc use was very weak in a small number of cohort studies. However, an association between talc use and serous invasive ovarian cancer was found.

Of the studies in this review, case–control studies achieved much large number of cases, in some instances in excess of 2000 cases and a similar number of age-matched controls, which provide greater statistical power for the detection of an effect size of small magnitude. Hence while case–control studies are low-level evidence, they have been preferred in the investigation of the association between talc use and ovarian cancer. They also have the important advantage of not requiring 15 or more years of follow-up, as is necessary for a cohort study to sufficient detect cases of ovarian cancer relative to certain exposures. One potential way to overcome this limitation in future studies is to ensure that talc use is always included in questionnaires of any cohort studies investigating ovarian cancer. It is important not only that talc use be investigated but also the precise location, duration, and frequency of use. As it stands, a meta-analysis of observational studies such as the present study provides the highest level of evidence practically feasible for this research question.

## CONCLUSIONS

The results of this review indicate that perineal talc use is associated with a 24%–39% increased risk of ovarian cancer. While the results of case–control studies are prone to recall bias, especially with intense media attention following the commencement of litigation in 2014, the confirmation of an association in cohort studies between perineal talc use and serous invasive ovarian cancer is suggestive of a causal association. Additional epidemiologic evidence from prospective

*© 2017 Wolters Kluwer Health, Inc. All rights reserved.*

Copyright © 2017 Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

studies with attention to effects within ovarian cancer subtype is warranted. There is a substantial need for further research on a potential mechanism by which ovarian cancer may be caused by talc, as this will allow a causal relationship to be established or rejected with more certainty. However, particularly because of the dearth of screening tests available for this high-mortality cancer, it is important that research into this association continue as it is a potential avenue for cancer prevention.

## REFERENCES

1. Siegel RL, Miller KD, Jemal A. Cancer statistics, 2016. *CA Cancer J Clin*. 2016;66:7–30.
2. SEER. SEER stat fact sheet: ovary cancer. Accessed 8 May 2016. https://seer.cancer.gov/statfacts/html/ovary.html.
3. Holschneider CH, Berek JS. Ovarian cancer: epidemiology, biology, and prognostic factors. *Semin Surg Oncol*. 2000;19:3–10.
4. Jelovac D, Armstrong DK. Recent progress in the diagnosis and treatment of ovarian cancer. *CA Cancer J Clin*. 2011;61:183–203.
5. Sölétormos G, Duffy MJ, Othman Abu Hassan S, et al. Clinical use of cancer biomarkers in epithelial ovarian cancer: updated guidelines from the European Group on Tumor Markers. *Int J Gynecol Cancer*. 2016;26:43–51.
6. van Nagell JR Jr, Hoff JT. Transvaginal ultrasonography in ovarian cancer screening: current perspectives. *Int J Womens Health*. 2013;6:25–33.
7. Cramer DW, Welch WR, Scully RE, Wojciechowski CA. Ovarian cancer and talc: a case-control study. *Cancer*. 1982;50:372–376.
8. Huncharek M, Muscat J. Perineal talc use and ovarian cancer risk: a case study of scientific standards in environmental epidemiology. *Eur J Cancer Prev*. 2011;20:501–507.
9. Langseth H, Hankinson SE, Siemiatycki J, Weiderpass E. Perineal use of talc and risk of ovarian cancer. *J Epidemiol Community Health*. 2008;62:358–360.
10. Terry KL, Karageorgi S, Shvetsov YB, et al; Australian Cancer Study (Ovarian Cancer); Australian Ovarian Cancer Study Group; Ovarian Cancer Association Consortium. Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls. *Cancer Prev Res (Phila)*. 2013;6:811–821.
11. Huncharek M, Muscat J, Onitilo A, Kupelnick B. Use of cosmetic talc on contraceptive diaphragms and risk of ovarian cancer: a meta-analysis of nine observational studies. *Eur J Cancer Prev*. 2007;16:422–429.
12. Houghton SC, Reeves KW, Hankinson SE, et al. Perineal powder use and risk of ovarian cancer. *J Natl Cancer Inst* 2014;106:dju208.
13. Gonzalez NL, O'Brien KM, D'Aloisio AA, Sandler DP, Weinberg CR. Douching, talc use, and risk of ovarian cancer. *Epidemiology*. 2016;27:797–802.
14. Moher D, Liberati A, Tetzlaff J, Altman DG; PRISMA Group. Preferred reporting items for systematic reviews and meta-analyses: the PRISMA statement. *Int J Surg*. 2010;8:336–341.
15. Wells GA, Shea B, O'Connell D, et al. The Newcastle-Ottawa Scale (NOS) for assessing the quality of nonrandomised trials in meta-analyses. 2000. Accessed 2 September 2017. http://www.ohri.ca/programs/clinical_epidemiology/oxford.asp
16. DerSimonian R, Laird N. Meta-analysis in clinical trials. *Control Clin Trials*. 1986;7:177–188.
17. Higgins JP, Thompson SG, Deeks JJ, Altman DG. Measuring inconsistency in meta-analyses. *BMJ*. 2003;327:557–560.
18. Egger M, Davey Smith G, Schneider M, Minder C. Bias in meta-analysis detected by a simple, graphical test. *BMJ*. 1997;315:629–634.
19. Orwin RG. A fail-safe N for effect size in meta-analysis. *J Educ Stat*. 1983;8:157–159.
20. Gertig DM, Hunter DJ, Cramer DW, et al. Prospective study of talc use and ovarian cancer. *J Natl Cancer Inst*. 2000;92:249–252.
21. Ness RB, Cottreau C. Possible role of ovarian epithelial inflammation in ovarian cancer. *J Natl Cancer Inst*. 1999;91:1459–1467.
22. Weiss NS, Harlow BL. Why does hysterectomy without bilateral oophorectomy influence the subsequent incidence of ovarian cancer? *Am J Epidemiol*. 1986;124:856–858.
23. Irwin KL, Weiss NS, Lee NC, Peterson HB. Tubal sterilization, hysterectomy, and the subsequent occurrence of epithelial ovarian cancer. *Am J Epidemiol*. 1991;134:362–369.
24. Cibula D, Widschwendter M, Májek O, Dusek L. Tubal ligation and the risk of ovarian cancer: review and meta-analysis. *Hum Reprod Update*. 2011;17:55–67.
25. Bonovas S, Filioussi K, Sitaras NM. Do nonsteroidal anti-inflammatory drugs affect the risk of developing ovarian cancer? A meta-analysis. *Br J Clin Pharmacol*. 2005;60:194–203.
26. Merritt MA, Green AC, Nagle CM, Webb PM; Australian Cancer Study (Ovarian Cancer); Australian Ovarian Cancer Study Group. Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. *Int J Cancer*. 2008;122:170–176.
27. Rodríguez-Burford C, Barnes MN, Oelschlager DK, et al. Effects of nonsteroidal anti-inflammatory agents (NSAIDs) on ovarian carcinoma cell lines: preclinical evaluation of NSAIDs as chemopreventive agents. *Clin Cancer Res*. 2002;8:202–209.
28. Mann CJ. Observational research methods. Research design II: cohort, cross sectional, and case-control studies. *Emerg Med J*. 2003;20:54–60.
29. Narod SA. Talc and ovarian cancer. *Gynecol Oncol*. 2016;141:410–412.
30. Schildkraut JM, Abbott SE, Alberg AJ, et al. Association between body powder use and ovarian cancer: The African American Cancer Epidemiology Study (AACES). *Cancer Epidemiol Biomarkers Prev*. 2016;25:1411–1417.
31. Cramer DW, Xu H. Epidemiologic evidence for uterine growth factors in the pathogenesis of ovarian cancer. *Ann Epidemiol*. 1995;5:310–314.
32. Cramer DW, Vitonis AF, Terry KL, Welch WR, Titus LJ. The association between talc use and ovarian cancer: a retrospective case-control study in two US states. *Epidemiology*. 2016;27:334–346.
33. Wu AH, Pearce CL, Tseng CC, Pike MC. African Americans and Hispanics remain at lower risk of ovarian cancer than non-Hispanic Whites after considering nongenetic risk factors and oophorectomy rates. *Cancer Epidemiol Biomarkers Prev*. 2015;24:1094–1100.
34. Kurta ML, Moysich KB, Weissfeld JL, et al. Use of fertility drugs and risk of ovarian cancer: results from a U.S.-based case-control study. *Cancer Epidemiol Biomarkers Prev*. 2012;21:1282–1292.
35. Rosenblatt KA, Weiss NS, Cushing-Haugen KL, Wicklund KG, Rossing MA. Genital powder exposure and the risk of epithelial ovarian cancer. *Cancer Causes Control*. 2011;22:737–742.
36. Wu AH, Pearce CL, Tseng CC, Templeman C, Pike MC. Markers of inflammation and risk of ovarian cancer in Los Angeles County. *Int J Cancer*. 2009;124:1409–1415.
37. Mills PK, Riordan DG, Cress RD, Young HA. Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. *Int J Cancer*. 2004;112:458–464.
38. Ness RB, Grisso JA, Cottreau C, et al. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. *Epidemiology*. 2000;11:111–117.
39. Wong C, Hempling RE, Piver MS, Natarajan N, Mettlin CJ. Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study. *Obstet Gynecol*. 1999;93:372–376.
40. Godard B, Foulkes WD, Provencher D, et al. Risk factors for familial and sporadic ovarian cancer among French Canadians: a case-control study. *Am J Obstet Gynecol*. 1998;179:403–410.
41. Green A, Purdie D, Bain C, et al. Tubal sterilisation, hysterectomy and decreased risk of ovarian cancer. Survey of Women's Health Study Group. *Int J Cancer*. 1997;71:948–951.
42. Cook LS, Kamb ML, Weiss NS. Perineal powder exposure and the risk of ovarian cancer. *Am J Epidemiol*. 1997;145:459–465.
43. Chang S, Risch HA. Perineal talc exposure and risk of ovarian carcinoma. *Cancer*. 1997;79:2396–2401.
44. Shushan A, Paltiel O, Iscovich J, Elchalal U, Peretz T, Schenker JG. Human menopausal gonadotropin and the risk of epithelial ovarian cancer. *Fertil Steril*. 1996;65:13–18.
45. Purdie D, Green A, Bain C, et al. Reproductive and other factors and risk of epithelial ovarian cancer: an Australian case-control study. Survey of Women's Health Study Group. *Int J Cancer*. 1995;62:678–684.
46. Tzonou A, Polychronopoulou A, Hsieh CC, Rebelakos A, Karakatsani A, Trichopoulos D. Hair dyes, analgesics, tranquilizers and peri-

© 2017 Wolters Kluwer Health, Inc. All rights reserved.

Copyright © 2017 Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

neal talc application as risk factors for ovarian cancer. *Int J Cancer*. 1993;55:408–410.

47. Rosenblatt KA, Szklo M, Rosenshein NB. Mineral fiber exposure and the development of ovarian cancer. *Gynecol Oncol*. 1992;45:20–25.

48. Chen Y, Wu PC, Lang JH, Ge WJ, Hartge P, Brinton LA. Risk factors for epithelial ovarian cancer in Beijing, China. *Int J Epidemiol*. 1992;21:23–29.

49. Booth M, Beral V, Smith P. Risk factors for ovarian cancer: a case-control study. *Br J Cancer*. 1989;60:592–598.

50. Harlow BL, Weiss NS. A case-control study of borderline ovarian tumors: the influence of perineal exposure to talc. *Am J Epidemiol*. 1989;130:390–394.

51. Whittemore AS, Wu ML, Paffenbarger RS Jr, et al. Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. *Am J Epidemiol*. 1988;128:1228–1240.

52. Hartge P, Hoover R, Lesher LP, McGowan L. Talc and ovarian cancer. *JAMA*. 1983;250:1844.

*© 2017 Wolters Kluwer Health, Inc. All rights reserved.*

Copyright © 2017 Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

Exhibit 67

*Int. J. Cancer:* **112**, 458–464 (2004)
© 2004 Wiley-Liss, Inc.



Publication of the International Union Against Cancer

# PERINEAL TALC EXPOSURE AND EPITHELIAL OVARIAN CANCER RISK IN THE CENTRAL VALLEY OF CALIFORNIA

Paul K. Mills[1,2]*, Deborah G. Riordan[1], Rosemary D. Cress[3] and Heather A. Young[4]

[1]*Cancer Registry of Central California/Public Health Institute, Fresno, CA, USA*
[2]*Fresno Medical Education Program, University of California, San Francisco, Fresno, CA, USA*
[3]*California Cancer Registry, Sacramento, CA, USA*
[4]*Department of Epidemiology and Biostatistics, George Washington University School of Public Health and Health Services, Washington, DC, USA*

Perineal talc use has been suggested as a possible risk factor for ovarian cancer based on its structural similarity to asbestos, a known human carcinogen. A population-based epidemiologic case-control study of epithelial ovarian cancer (EOC) was conducted in 22 counties of Central California that comprise the reporting area for 2 regional cancer registries. Telephone interviews were conducted with 256 cases diagnosed in the years 2000–2001 and 1,122 controls frequency-matched on age and ethnicity. The interview obtained information on demographic factors, menstrual and reproductive experience, exogenous hormone use, surgical history and family history of cancer. Questions on perineal talc use included frequency of use, duration of use and specific years when talc was used. Multivariate-adjusted odds ratio (OR) and 95% confidence intervals (CI) were derived from unconditional logistic regression. The OR for ever use of talc was 1.37 (CI = 1.02–1.85) compared to never users. However, no dose response association was found. Tubal ligation (TL) modified the effect of talc on EOC such that women with TL had an OR of 0.88 (CI = 0.46–1.68) associated with perineal talc use, whereas women with no TL had an OR of 1.54 (CI = 1.10–2.16). Talc use and EOC risk was highest in women with serous invasive tumors (OR = 1.77; CI = 1.12–2.81). This study provides some support for the hypothesis that perineal talc use is associated with an increased risk of EOC.
© 2004 Wiley-Liss, Inc.

**Key words:** *epidemiology; gynecologic cancer; risk factors*

Interest in the relationship between talcum powder and ovarian cancer risk is based on certain physical properties of talcum powder, including the fact that talc is mineralogically similar to asbestos and that talcum powder manufactured before 1973 may have been contaminated with asbestos.[1] In animal studies, talc and other similar substances have been demonstrated to migrate from the vagina through the peritoneal cavity to the ovaries.[2] Henderson *et al.*[3] also observed that particles with the appearance of talc were more prevalent in ovarian tumors than in normal ovarian tissue. Several epidemiologic studies have investigated perineal use of talcum powder as a potential risk factor for ovarian cancer and most have found elevations in risk, although there has been a large range in the risk estimates, from 1.1 to 3.9.[4] Collectively, these studies point to a possible etiologic role of talc in ovarian cancer via an inflammatory process at the site of the ovarian epithelium,[5] although recall bias may play a role in retrospective studies.[4] Inflammation produces oxidants that are thought to damage DNA and Ames *et al.*[6] argue that damage to tumor suppressor genes caused by the inflammatory process leads to carcinogenesis. Chronic inflammation may also result in deregulated cytokine production, which may result in altered cell growth, inhibition of apoptosis and changes in differentiation.[7]

Cramer *et al.*[8] proposed 2 mechanisms that might explain talc carcinogenesis. Talc may stimulate the entrapment of the ovarian surface epithelium, thus mimicking what occurs during ovulation and posing a risk similar to that proposed by incessant ovulation.[9] Alternatively, if talc is present at the time of ovulation, it may become incorporated into the inclusion cyst. It has been suggested that foreign-body exposure may result in granulomas[10] and that

pure talc may induce granulomas in open wounds.[11] Granulomas are also associated with persistent acute inflammatory responses.[12]

The role of cornstarch powder on ovarian cancer risk has also been evaluated in epidemiologic research and a recent review concluded that there is no association between this type of powder and increased risk of ovarian cancer.[13] The conclusion was based on a total of 4 case-control studies that elicited information on use of cornstarch in perineal dusting, in which the average odds ratio was 0.62. However, there were only a total of 20 cases of ovarian cancer combined in those studies and 51 control subjects. Cornstarch is also not thought to exert the same toxicologic reaction in human tissue as does talc.[13]

## MATERIAL AND METHODS

A population-based epidemiologic case-control study of epithelial ovarian cancer (EOC) was conducted in 22 counties of Central California that comprise the reporting area for 2 regional cancer registries. Geographically, these counties make up the majority of the Central Valley of California, which is the poorest area of the state, with many residents living below the poverty level.[14] Demographically, the Valley is a very ethnically diverse area in which many counties are over 40% Hispanic. Two population-based cancer registries have monitored cancer incidence in the Central Valley of California continuously since 1988: the Cancer Registry of Central California (CRCC) in Fresno and the Cancer Surveillance Program (CSP), Region 3, in Sacramento.[15,16] All newly diagnosed histologically confirmed EOC patients were available for inclusion in this study for the years 2000 and 2001.

Cases were women-identified via a rapid case ascertainment (RCA) procedure as having been diagnosed with EOC (malignant neoplasms of the ovary, ICD-O 3 = C56.9) living in the Central Valley during a 24-month period from 1 January 2000 through 31 December 2001. Tumors were designated as borderline if the behavior code was designated as 1, or if the pathology report described the tumor as borderline, low malignant potential, or atypically proliferating.[17] The borderline classification was limited to serous and mucinous cell types because ICD-O 3 has no morphology code for the borderline classification in the other subtypes and because serous and mucinous tumors make up the majority of borderline tumors.[18] All other tumors were classified as invasive.

Grant sponsor: the California Cancer Research Program; Grant number: 98-16022.

*Correspondence to: Cancer Registry of Central California, 1320 E. Shaw Avenue, Suite 160, Fresno, CA 93710. Fax: +559-222-8960. E-mail: mills@ucsfresno.edu

Received 14 January 2004; Accepted 3 May 2004

DOI 10.1002/ijc.20434
Published online 17 June 2004 in Wiley InterScience (www.interscience.wiley.com).

Histologic subtypes were identified by pathologic report or by ICD-O 3 morphology codes. The histologic subtypes included were serous, mucinous, endometrioid, clear cell and other epithelial/unclassified. The latter category included unspecified adenocarcinomas as well as undifferentiated tumors in which a cell type could not be classified histologically. All newly diagnosed EOCs of epithelial origin were identified via RCA methods in which hospital tumor registrars were asked to provide listings of newly diagnosed EOCs within 1 month of diagnosis. A board-certified pathologist reviewed the pathology reports of a sample of cases. Physician consent was obtained by mailing the physician of record a letter and informing him/her that an interview with the patient was planned. If the physician did not respond within a 3-week period, passive consent was assumed. The control group consisted of women 18 years or older selected by random digit dialing (RDD) techniques who were residents of the area, had not been diagnosed with EOC and had at least one intact ovary at the time of the interview. Controls were frequency matched to cases on age and race/ethnicity. The overall data collection period covered a 2-year period, with each respondent being interviewed only once during this period by telephone. Interviews were conducted with both cases and controls on a monthly basis throughout the 2-year period.

All cases and controls were approached via an introductory letter that included a prompt list that described topics the interview questions would address. The Institutional Review Board at the Public Health Institute approved the study protocol. For both case and control groups, letters and prompt lists were sent in either English or Spanish on the letterhead of the principal investigator. Telephone interviews with both case and control respondents were conducted by female professional, trained telephone interviewers in either English or Spanish as preferred by the respondent.

The interview obtained information on demographic factors as well as information pertinent to the respondent's menstrual and reproductive experience, use of exogenous hormones, gynecologic surgical history and family history of cancer. Four questions were asked in regard to the use of talcum powder, including adult use in the genital area, calendar year(s) of use, frequency of use (*i.e.*, daily, several times a week) and total duration of use. The last 2 questions were used to create a variable reflecting—cumulative use by combining frequency (categorically weighted 0–3) and duration (in months) of use.

Age-adjusted odds ratios were calculated using the Mantel-Haenszel method.[19] Multivariate adjusted odds ratios were calculated using unconditional logistic regression.[20] Initially, multivariate models were constructed to include age as a continuous variable and race/ethnicity, duration of use of oral contraceptives, duration of breast-feeding, history of breast or EOC in a first-degree relative, pregnancy history, parity, body mass index (BMI), hysterectomy, tubal ligation and duration of hormone replacement therapy use as categorical variables. However, the Hosmer-Lemshow goodness-of-fit tests revealed that after terms for duration of oral contraceptive use and duration of breast-feeding were added to the models, fit was not improved by the addition of the other variables listed above. Nor were the estimated odds ratios altered by the addition of the several variables listed above. Therefore, in the interest of parsimony, the final models chosen for the analysis included terms for age, race/ethnicity, oral contraceptive use and breast-feeding. Interaction was assessed by comparing stratum-specific odds ratios. If the stratum-specific odds ratios differed by more than 100%, interaction was also assessed by including first-order cross product terms into the logistic model and examining the significance of the interaction coefficient. Tests for trend were conducted for variables that were ordinal in nature by recoding the categories into continuous form and evaluating the Wald statistic associated with the resulting coefficient. Confounding was assessed by examining the differences in the crude, age-adjusted and multivariate-adjusted odds ratios.

## RESULTS

The regional cancer registries initially identified a total of 652 cases of confirmed epithelial ovarian cases residing in the 22 county study area diagnosed between 1 January 2000 and 31 December 2001. Seventeen cases were excluded due to speaking a language other than English or Spanish or due to hearing/speech impairment, resulting in 635 cases that met the study criteria. Seventy-six cases died prior to research contact and physicians refused permission to contact for 10 cases. Forty-one cases were too ill to participate in the study and 119 were not contacted due to incorrect telephone numbers or no answer after repeated efforts. Of the remaining 389 cases, 133 refused to participate, resulting in 256 completed interviews. Therefore, the response fraction was 40% among all cases identified. There were no significant differences in age ($p = 0.273$) or level of invasiveness between interviewed and noninterviewed cases. Histologically, interviewed cases were more likely to be of the serous subtype (57.4% for interviewed cases, 45.6% for noninterviewed cases) and less likely to be classified as "other epithelial" (10.5% for interviewed cases; 22% for noninterviewed cases). There was no statistically significant difference between interviewed and noninterviewed cases for the other histologic subtypes. Information on perineal talc use was missing in 7 cases.

Households with eligible women were identified through RDD methods, resulting in 2,327 controls identified and sent an introductory letter with a prompt list. Eighty of these women were later found not to meet the age requirement and 21 were ineligible due to residence outside the study area. Ten controls were excluded due to speaking a language other than English or Spanish. Two hundred fifty-two controls were excluded due to reporting bilateral oophorectomy, resulting in 1,964 controls that met the study criteria. Nineteen controls were too ill to participate and 358 were later found to have moved, changed phone numbers, or failed to answer after repeated efforts. Of the remaining 1,587 contacted controls, 465 refused to participate, resulting in 1,122 completed control interviews for a response fraction of 57% for total identified eligible controls. Information on perineal talc exposure was missing in 17 controls.

Invasive tumors constituted 71.1% of the case series and 28.9% of the tumors were of borderline malignancy. Among non-Hispanic white women, who constituted 74% of the cases, 25.8% were of borderline invasiveness. Overall, 57% of the case series were serous adenocarcinomas, divided 60% and 40% for invasive and borderline, respectively. Mucinous and endometrioid each comprised 14% of the EOC cases. There were slightly more mucinous borderline cases than invasive cases. Clear cell and other/unclassified histologies made up the remaining 5% and 11%, respectively.

The demographic characteristics of all cases and controls and cases and controls stratified by talc exposure are shown in Table I. Matching was successful and cases and controls were similar in age and ethnicity. Controls were less likely to have finished high school but more likely to have an education beyond high school. A somewhat larger proportion of the case series were single (12.5%) compared to the control series (10.0%). Control women were more likely to have been born outside of the United States (16.8%) than were cases (12.9%).

A total of 42.6% of EOC cases reported ever use of talcum powder in the perineal area while 37.1% of control women reported such a history. Case women using talc were slightly older at interview than controls. Women in the oldest age group used talc less than younger women, much more so for control women than case women. White non-Hispanic women were more likely to use talc than their Hispanic counterparts. Talc use was higher in both white non-Hispanic and Hispanic cases compared to controls but this pattern was not seen in the "other" ethnic category. Talc use was also associated with a higher education level. Talc use was higher in both cases and controls with birthplace in the United States.

460                                                                      MILLS *ET AL.*

TABLE I – DESCRIPTIVE CHARACTERISTICS OF EOC CASES AND CONTROLS IN CALIFORNIA'S CENTRAL
VALLEY BY TALC EXPOSURE, 2000–2001

| Characteristic | Cases | | Controls | |
|---|---|---|---|---|
| | Total[1] | Talc exposure, n (%) | Total[1] | Talc exposure, n (%) |
| Number of subjects | 249 | 106 (42.6) | 1105 | 410 (37.1) |
| Mean age at interview | 56.6 | 56.6 | 55.0 | 53.7 |
| Age group (%) | | | | |
| < 40 | 20 | 7 (35.0) | 112 | 43 (38.4) |
| 40–49 | 66 | 34 (51.5) | 317 | 121 (38.2) |
| 50–59 | 57 | 20 (35.1) | 268 | 113 (42.2) |
| 60–69 | 56 | 25 (44.6) | 211 | 82 (38.9) |
| ≥ 70 | 50 | 20 (40.0) | 197 | 51 (25.9) |
| Ethnicity (%) | | | | |
| White non-Hispanic | 187 | 85 (45.5) | 802 | 317 (39.5) |
| Hispanic | 42 | 15 (35.7) | 201 | 54 (26.9) |
| Other | 20 | 6 (30.0) | 102 | 39 (38.2) |
| Education (%) | | | | |
| < high school graduate | 33 | 13 (39.4) | 208 | 60 (28.8) |
| High school graduate | 84 | 34 (40.5) | 261 | 99 (37.9) |
| > high school graduate | 130 | 59 (45.4) | 635 | 251 (39.5) |
| Marital status (%) | | | | |
| Single | 32 | 11 (34.4) | 111 | 40 (36.0) |
| Married | 133 | 59 (44.4) | 670 | 246 (36.7) |
| Divorced/separated | 40 | 17 (42.5) | 175 | 77 (44.0) |
| Widowed | 44 | 19 (43.2) | 145 | 46 (31.7) |
| Birthplace (%) | | | | |
| In United States | 216 | 96 (44.4) | 919 | 379 (41.2) |
| Outside United States | 33 | 10 (30.3) | 186 | 31 (16.7) |

[1]Numbers may not add up to total cases and controls due to missing data.

TABLE II – FREQUENCIES, MULTIVARIATE-ADJUSTED ODDS RATIOS AND 95% CONFIDENCE INTERVALS FOR
PATTERNS OF TALC USE FOR EOC CASES AND CONTROLS, CENTRAL VALLEY OF CALIFORNIA, 2000–2001

| Patterns of talc use | Cases (%) (n = 256)[1] | Controls (%) (n = 1,122)[1] | Multivariate-adjusted OR (95% CI) |
|---|---|---|---|
| Talc use | | | |
| Never | 143 (57.4) | 695 (62.9) | 1.0 |
| Ever | 106 (42.6) | 410 (37.1) | 1.37 (1.02–1.85) |
| Frequency of use | | | |
| Never | 143 (57.4) | 695 (63.2) | 1.0 |
| Rarely to several times per month | 34 (13.7) | 138 (12.5) | 1.34 (0.87–2.08) |
| 1–3 times per week | 31 (12.4) | 145 (13.2) | 1.16 (0.74–1.81) |
| 4–7 times per week | 41 (16.5) | 122 (11.1) | 1.74 (1.14–2.64) |
| | | | Trend p = 0.015 |
| Duration of use | | | |
| Never | 143 (58.9) | 695 (64.2) | 1.0 (referent) |
| ≤ 3 years | 18 (7.4) | 99 (9.2) | 1.01 (0.58–1.76) |
| 4–12 years | 32 (13.2) | 98 (9.1) | 1.86 (1.16–2.98) |
| 13–30 years | 29 (11.9) | 102 (9.4) | 1.45 (0.90–2.32) |
| > 30 years | 21 (8.6) | 88 (8.1) | 1.22 (0.72–2.08) |
| | | | Trend p = 0.045 |
| Cumulative use (frequency × duration) | | | |
| Never | 143 (58.9) | 695 (64.4) | 1.0 (referent) |
| First quartile (lowest exposure) | 18 (7.4) | 95 (8.8) | 1.03 (0.59–1.80) |
| Second quartile | 28 (11.5) | 95 (8.8) | 1.81 (1.10–2.97) |
| Third quartile | 34 (14.0) | 107 (9.9) | 1.74 (1.11–2.73) |
| Fourth quartile (highest exposure) | 20 (8.2) | 88 (8.1) | 1.06 (0.62–1.83) |
| | | | Trend p = 0.051 |

Adjusted for age, race/ethnicity, duration of oral contraceptive use and breast feeding. [1]Numbers may not add up to total cases and controls due to missing data.

Ever use of talcum powder in the genital area was associated with a 37% elevation in risk of EOC, which was statistically significant (Table II). Increasing frequency of use was associated with increasing risk such that those women who reported use 4–7 times per week experienced a significant 74% elevation in EOC risk ($p$ for trend = 0.015). However, this was not a monotonic trend in that risk decreased between the second and third categories of use (from 1.34 to 1.16). Duration of use of talcum powder was associated with increased risk, although the pattern was also not clear-cut in that the point estimate peaked among those reporting 4–12 years of use and declined somewhat among those report-

ing longer duration of use ($p$ for trend = 0.045). Cumulative use also demonstrated an uneven association with risk of EOC in that the point estimates peaked in the second and third quartiles of intensity but declined in the highest quartile of use.

The multivariate adjusted odds ratios were elevated primarily among those with a serous or mucinous invasive tumor and were lower among women with other cell types or with borderline tumors (Table III).

Risk of EOC associated with use of talcum powder was higher and statistically significant in those who reported first using pow-

**TABLE III** – FREQUENCIES, MULTIVARIATE-ADJUSTED ODDS RATIOS AND 95% CONFIDENCE INTERVALS FOR PERINEAL TALC USE AND EOC RISK BY INVASIVENESS AND HISTOLOGIC SUBTYPE, CENTRAL VALLEY OF CALIFORNIA, 2000–2001

| Histologic subtype | Cases (%) (n = 256)[1] | Controls (%) (n = 1,122)[1] | Multivariate-adjusted OR (95% CI) |
|---|---|---|---|
| All invasive (n = 182)[1] | | | |
|   − perineal talc use | 98 (55.7) | 696 (62.9) | 1.0 (referent) |
|   + perineal talc use | 78 (44.3) | 410 (37.1) | 1.51 (1.07–2.12) |
| Serous invasive (n = 92)[1] | | | |
|   − perineal talc use | 46 (52.3) | 696 (62.9) | 1.0 (referent) |
|   + perineal talc use | 42 (47.7) | 410 (37.1) | 1.77 (1.12–2.81) |
| Mucinous invasive (n = 16) | | | |
|   − perineal talc use | 6 (37.5) | 696 (62.9) | 1.0 (referent) |
|   + perineal talc use | 10 (62.5) | 410 (37.1) | 2.56 (0.89–7.39) |
| Endometrioid (n = 35) | | | |
|   − perineal talc use | 21 (60.0) | 696 (62.9) | 1.0 (referent) |
|   + perineal talc use | 14 (40.0) | 410 (37.1) | 1.28 (0.62–2.62) |
| Clear cell (n = 12)[1] | | | |
|   − perineal talc use | 8 (72.7) | 696 (62.9) | 1.0 (referent) |
|   + perineal talc use | 3 (27.3) | 410 (37.1) | 0.63 (0.15–2.64) |
| Other epithelial (n = 27)[1] | | | |
|   − perineal talc use | 17 (65.4) | 696 (62.9) | 1.0 (referent) |
|   + perineal talc use | 9 (34.6) | 410 (37.1) | 1.06 (0.45–2.48) |
| All borderline (n = 74)[1] | | | |
|   − perineal talc use | 45 (61.6) | 696 (62.9) | 1.0 (referent) |
|   + perineal talc use | 28 (38.4) | 410 (37.1) | 1.09 (0.65–1.83) |
| Serous borderline (n = 55)[1] | | | |
|   − perineal talc use | 32 (59.3) | 696 (62.9) | 1.0 (referent) |
|   + perineal talc use | 22 (40.7) | 410 (37.1) | 1.28 (0.71–2.31) |
| Mucinous borderline (n = 19) | | | |
|   − perineal talc use | 13 (68.4) | 696 (62.9) | 1.0 (referent) |
|   + perineal talc use | 6 (31.6) | 410 (37.1) | 0.76 (0.28–2.07) |

Adjusted for age, race/ethnicity, duration of oral contraceptive use and breast feeding. [1]Numbers may not add up to total cases and controls due to missing data.

**TABLE IV** – FREQUENCIES, MULTIVARIATE-ADJUSTED ODDS RATIOS AND 95% CONFIDENCE INTERVALS FOR PERINEAL TALC USE AND EOC RISK BY TIMING OF USE, CENTRAL VALLEY OF CALIFORNIA, 2000–2001

| Timing of talc use | Cases (%) (n = 256)[1] | Controls (%) (n = 1,122)[1] | Multivariate-adjusted OR (95% CI) |
|---|---|---|---|
| Year of first use | | | |
|   Never use | 143 (59.1) | 695 (65.6) | 1.0 (referent) |
|   Before/during 1975 | 52 (21.5) | 206 (19.4) | 1.22 (0.84–1.77) |
|   After 1975 | 47 (19.4) | 149 (15.0) | 1.92 (1.27–2.91) |
| Age at first use | | | |
|   Never use | 143 (59.1) | 695 (65.7) | 1.0 (referent) |
|   < 20 years | 30 (12.4) | 169 (16.0) | 0.95 (0.61–1.48) |
|   20–24 years | 26 (10.7) | 61 (5.8) | 2.41 (1.43–4.09) |
|   ≥ 25 years | 43 (17.8) | 133 (12.6) | 1.80 (1.19–2.73) |
| First use before or after first birth[2] | | | |
|   Never use | 113 (59.2) | 631 (65.6) | 1.0 (referent) |
|   Use at or prior to first birth | 36 (18.8) | 229 (23.8) | 0.98 (0.64–1.48) |
|   Use after first birth | 42 (22.0) | 102 (10.6) | 2.51 (1.63–3.87) |
| Years since last use | | | |
|   Never use | 143 (59.1) | 695 (65.6) | 1.0 (referent) |
|   Current users | 32 (13.2) | 133 (12.5) | 1.27 (0.81–1.98) |
|   1–2 years | 27 (11.2) | 61 (5.8) | 2.40 (1.43–4.05) |
|   3–20 years | 20 (8.3) | 83 (7.8) | 1.57 (0.90–2.73) |
|   > 20 years | 20 (8.3) | 88 (8.3) | 1.13 (0.66–1.94) |

Adjusted for age, race/ethnicity, duration of oral contraceptive use and breast feeding. [1]Numbers may not add up to total cases and controls due to missing data.–[2]Parous women only.

der after 1975 compared to those reporting use prior to that date (Table IV). Higher risk was found among those reporting first use at ages after age 20 compared to those who were younger at first use (Table IV). In addition, risk was elevated among those women who used talcum powder only after the birth of their first child, while no effect was seen among those whose first use occurred before their first child was born.

In an attempt to assess latency issues, we evaluated risk of EOC by categorizing participants by the numbers of years since last reported use of talcum powder (Table IV). The highest and significant risks were found among women who had stopped using

talcum powder relatively recently (1–2 years prior to interview), while those who reported last using powders in the more distant past did not experience altered risk.

An evaluation of effect modification of the talcum powder-EOC relationship by gynecologic surgery, reproductive history, exogenous hormone use and BMI is presented in Table V. Women without a tubal ligation experienced higher talcum powder-associated risks than women with a tubal ligation and this result was statistically significant (OR = 1.54; 95% CI = 1.10–2.16). The interaction coefficient for the relationship between talc use and tubal ligation was not statistically significant. There was no mod-

MILLS ET AL.

**TABLE V – FREQUENCIES, MULTIVARIATE-ADJUSTED ODDS RATIOS AND 95% CONFIDENCE INTERVALS FOR TALC USE AND RISK OF EOC BY LEVELS OF MODIFIERS IN THE CENTRAL VALLEY OF CALIFORNIA, 2000–2001**

|  | Cases ($n = 256$)[1] | Controls ($n = 1,122$)[1] | Multivariate-adjusted OR (95% CI) |
|---|---|---|---|
| **Tubal ligation** |  |  |  |
| Never talc use | 29 (56.9) | 161 (54.9) | 1.0 (referent) |
| Ever talc use | 22 (43.1) | 132 (45.1) | 0.88 (0.46–1.68) |
| **No tubal ligation** |  |  |  |
| Never talc use | 113 (57.4) | 531 (65.8) | 1.0 (referent) |
| Ever talc use | 84 (42.6) | 276 (34.2) | 1.54 (1.10–2.16) |
| **Hysterectomy**[2] |  |  |  |
| Never talc use | 27 (50.0) | 117 (58.8) | 1.0 (referent) |
| Ever talc use | 27 (50.0) | 82 (41.2) | 1.79 (0.91–3.52) |
| **No hysterectomy**[3] |  |  |  |
| Never talc use | 116 (59.5) | 576 (63.7) | 1.0 (referent) |
| Ever talc use | 79 (40.5) | 328 (36.3) | 1.33 (0.95–1.87) |
| **Ever pregnant** |  |  |  |
| Never talc use | 118 (55.9) | 648 (63.0) | 1.0 (referent) |
| Ever talc use | 93 (44.1) | 381 (37.0) | 1.44 (1.05–1.97) |
| **Never pregnant** |  |  |  |
| Never talc use | 25 (65.8) | 47 (62.7) | 1.0 (referent) |
| Ever talc use | 13 (34.2) | 28 (37.3) | 0.93 (0.37–2.34) |
| **Ever parous**[4] |  |  |  |
| Never talc use | 113 (57.4) | 633 (62.7) | 1.0 (referent) |
| Ever talc use | 84 (42.6) | 376 (37.3) | 1.34 (0.97–1.85) |
| **Nulliparous**[4] |  |  |  |
| Never talc use | 5 (35.7) | 15 (75.0) | 1.0 (referent) |
| Ever talc use | 9 (64.3) | 5 (25.0) | 4.91 (0.68–35.25) |
| **Ever OC use** |  |  |  |
| Never talc use | 72 (51.4) | 422 (57.7) | 1.0 (referent) |
| Ever talc use | 68 (48.6) | 309 (42.3) | 1.26 (0.86–1.83) |
| **Never OC use** |  |  |  |
| Never talc use | 71 (65.1) | 272 (72.9) | 1.0 (referent) |
| Ever talc use | 38 (34.9) | 101 (27.1) | 1.63 (1.0–2.64) |
| **HRT**[5] |  |  |  |
| Never talc use | 54 (52.4) | 220 (59.9) | 1.0 (referent) |
| Ever talc use | 49 (47.6) | 147 (40.1) | 1.41 (0.89–2.24) |
| **No HRT**[6] |  |  |  |
| Never talc use | 89 (62.2) | 472 (64.4) | 1.0 (referent) |
| Ever talc use | 54 (37.8) | 261 (35.6) | 1.30 (0.87–1.93) |
| **BMI < 25** |  |  |  |
| Never talc use | 55 (63.2) | 311 (66.5) | 1.0 (referent) |
| Ever talc use | 32 (36.8) | 157 (33.5) | 1.23 (0.74–2.04) |
| **BMI ≥ 25** |  |  |  |
| Never talc use | 85 (53.5) | 358 (59.1) | 1.0 (referent) |
| Ever talc use | 74 (46.5) | 248 (40.9) | 1.36 (0.92–1.99) |

Adjusted for age, race/ethnicity, duration of oral contraceptive use and breast feeding. [1]Numbers may not add up to total cases and controls due to missing data.–[2]Includes women with ≥ 2 years since hysterectomy.–[3]Includes women with < 2 years since hysterectomy.–[4]Gravida women only.–[5]Includes women with one or more years of use.–[6]Includes women with never use or < 1 year of use.

ification within categories of prior hysterectomy, however. Higher risks were observed among those who were ever pregnant compared to those who were never pregnant. Talcum powder-associated risk was not different within the parous and nulliparous. Talcum powder-associated risk was higher (and significant) in women who never used oral contraceptives; however, the interaction coefficient was not statistically significant. Neither BMI or hormone replacement therapy (HRT) use appeared to modify the relationship of talc use and EOC risk.

## DISCUSSION

The prevalence of talc use among controls in our study (37.1%) is similar to the average percentage of use among the control populations in a review of 14 studies (36.8% calculated from data presented in original study).[21] In the current analysis as in others,[11,21–24] a larger percentage of cases *versus* controls reported perineal exposure to talc. We found a slight trend of decreasing use with increasing age in control women but our findings were not as strong as those noted by Rosenblatt *et al.*[25] Other studies[21,24] have found increased use in both cases and controls over 50 years of age compared to their counterparts

less than or equal to 50 years of age. In the present study, cases less than 50 years of age were more likely to have used talc *versus* women 50 years or older (47.7% and 39.9%, respectively). Different findings in talc use patterns between the present study and previous studies may be explained by differences in study locations, study time periods and age categories. Frequency of use in the current study was similar for both the younger and older groups in controls (38.2% and 36.4%, respectively).

Talc use was higher in white non-Hispanics compared to Hispanics in this study. However, the pattern of increased use in EOC cases for both groups contributed to the overall increased risk of EOC among talc users. Differential talc use by various ethnic groups and its relation to EOC risk has not, to our knowledge, been evaluated previously.

As in other studies,[21,25] we found that talc use increased with education level, although one earlier study reported the opposite finding.[24] Other studies have compared talc use in ever married to never married women and found either similar use in both groups for cases and controls[21] or increased frequency of use in ever married women.[24] In the current analysis, talc exposure was 43.8% for ever married cases *versus* 34.4% for never married cases. However, fre-

quency of use was similar between ever married and never married controls (37.2% and 36.0%, respectively). There was much greater use of talc among those born in the United States *versus* those born outside it.

The odds ratio comparing ever use to never use in this study (OR = 1.37; CI = 1.02–1.85) is similar to the results of a recent metaanalysis that pooled 16 studies (summary RR = 1.33; CI = 1.16–1.45).[4] When stratified by hospital- *versus* population-based studies, the population studies had a summary relative risk of 1.38 (1.25–1.52).

Cornstarch use and ovarian cancer has been evaluated in a small number of case-control studies[11,21,22,26] and have been reviewed with the conclusion that no relationship exists between cornstarch and EOC, although the number of study participants using cornstarch *versus* talc was small.[13] Our study was not able to differentiate between use of perineal powders containing talc and those containing cornstarch, which may have driven the odds ratio toward the null. Type of application, including direct application on the perineum, or indirect exposure from dusting sanitary napkins, underwear and diaphragms (storage) was also not assessed.

As in other studies,[4] the present study did not find a clear dose response based on duration of use or cumulative use. Limiting the analysis of dose response to women who reported ever use of talc did not affect the results (data not shown). The lack of dose response between talc use and EOC may be explained by the inability to quantify the actual amount of talc used per application and timing of the application.[21] Cramer *et al.*[21] propose that application during ovulation may pose more risk due to the possibility of talc entrapment in inclusion cysts. Harlow *et al.*[24] found little change in odds ratios after excluding use after tubal ligation or hysterectomy in their estimate of total lifetime perineal talc applications. However, when they excluded nonovulatory periods of exposure in their calculation, there was significant increase in risk. We were unable to exclude nonovulatory periods and talcum powder use after gynecologic surgery in our cumulative use calculations.

Our analysis found that talc use and EOC risk varied by histologic subtype, as have others who found that exposure to talc is a significant risk for invasive tumors[22] and specifically for serous invasive tumors.[21] Cook *et al.*[11] also found an increased risk of serous tumors (including both invasive and borderline) in talc users *versus* nonusers. Gertig *et al.*[27] have suggested that there are pathologic similarities between serous adenocarcinomas and mesothelioma that may explain findings of increase risk for serous invasive tumors in talc users. Harlow *et al.*[24] reported a significant increase in risk of either endometrioid or borderline tumors with talc use and suggest that variation in risk among histologic subtypes may be due to chance or a foreign-body effect unique to specific subtypes.

In a study of the mineral and chemical characterization of consumer talcum powder formulated prior to June 1973, almost half of the samples tested contained 1 of the 3 asbestos group minerals.[1] In 1976, talcum powder manufacturers instituted voluntary guidelines to prevent asbestos contamination in talc products,[24] but we did not find an increase in EOC risk with talc use on or before 1975; rather, we found that risk of EOC increased with use after 1975, which may be related to the recency of use. Harlow *et al.*[24] observed ovarian cancer risk was increased in women using talc products before 1960, although Chang and Risch[22] found no relationship between risk and use either before or after 1970.

In the current analysis, a statistically significant increase in EOC risk occurred with first use after age 20 compared to first use at younger ages. Controlling for recency of use did not change this finding. Other studies have reported either no trend with age at first use[21] or increased risk of EOC with first use at younger than age 20 and older than age 25.[24] Disagreement in findings between studies may be due to differences in age distributions and talc use patterns among study participants. Although we cannot directly assess risk during ovulatory *versus* nonovulatory periods, our

findings of increased risk in adult women support the hypotheses of increased EOC risk with talc exposure during ovulatory periods and in parous reproductive tracts.

Cramer *et al.*[21] found that EOC risk was increased in parous women with talc use occurring before first birth, suggesting that prepregnancy ovarian tissue may be more vulnerable to talc damage because it has not undergone stromal differentiation (decidual reaction that occurs during pregnancy). However, their reference group was all parous women. In this analysis, we stratified parous women by never use, use before first birth and use after first birth. We found increased risk after first pregnancy. Anatomical changes in the genital tract after pregnancy may increase the possibility of talc migration to the ovaries.[28] Harlow *et al.*[24] suggest that pregnancy may increase risk due to its effect of increasing the size of the cervical opening into the uterus. In the current study, perineal talc use had no apparent impact on EOC risk among those women who had never been pregnant and parity was difficult to evaluate because of the small number of nulliparous women. In 2 prospective studies of talc use and EOC risk, there was no significant difference in parity between users and nonusers of talc.[25,27]

Harlow *et al.*[24] reported a significant increase in EOC risk if perineal talc use occurred in the last 6 months. We also found that recent users were at increased risk (even when we controlled for duration of use). It is noteworthy that a significant latency effect is well documented for asbestos exposure and development of both pleural and peritoneal mesotheliomas[29] while there appears to be no latency with talcum powder. The asbestos association has been reported from an occupational cohort mortality study where exposure is indirect and not the result of direct application, as is the case for talcum powder.[30] This may explain the differences between observed patterns of latency for asbestos and talcum powder. Additionally, risk of EOC with talc use may not be due to talc's chemical similarity to asbestos but rather due to the ovary's unique function, resulting in vulnerability to carcinogenesis from particulates such as talc.[8] In a study of gynecologic surgery and EOC, Green *et al.*[31] found that women reporting fallopian tubal occlusion, through tubal ligation or hysterectomy, were at decreased risk for developing EOC. They concluded that surgical tubal occlusion decreased EOC risk by preventing contaminants from reaching the ovary. Ness and Cottreau[32] proposed that the inflammatory response of the ovarian epithelium to various irritants may result in ovarian mutagenesis, tumor growth and tumor invasiveness. Cramer *et al.*[21] reported no association between EOC risk and talc use in women with a tubal ligation; however, risk remained nonsignificantly elevated in women with a hysterectomy. A recent prospective study[27] found that EOC risk in talc users was not modified by either tubal ligation or hysterectomy. The analysis was not able to determine the timing of talc use (before or after surgery). In a hospital-based case-control study, Wong *et al.*[33] found that risk of EOC with talc use was increased in women without gynecologic surgery and decreased in women with a history of tubal ligation or hysterectomy but neither finding was significant. They also were unable to delineate talc use before or after gynecologic surgery. Tubal ligation may limit a woman's exposure to contaminants more than hysterectomy since it is usually performed earlier in a woman's reproductive history, while she is still ovulating.[34]

Oral contraceptives (OCs) act by suppression of ovulation and the fact that elevated risks were found in those talcum powder users that never used OCs in this study suggests that uninterrupted ovulation with associated formation of inclusion cysts may enhance the impact that talcum powder may have on ovarian carcinogenesis. Unlike our study, however, Cramer *et al.*[21] and Harlow *et al.*[24] reported that OCs had no effect on talc use and EOC risk. A prospective study of talc use and ovarian cancer also found that the prevalence of OC use was similar in both users and nonusers of talc. However, these studies also reported lower percentages of OC use among both cases and controls (talc users and nonusers) than was found in the present study.

Our analysis found that BMI did not modify the risk associated with talc use and EOC in agreement with Cramer *et al.*[21] Talc use

464                                                                  MILLS ET AL.

was greater in women with a high *versus* low BMI for both cases and controls but the difference was not significant. Rosenblatt *et al.*[25] in a prospective study found that women in the highest BMI quartile were more likely to use perineal talc. They concluded that since some studies have found an increased risk for ovarian cancer in obese women, BMI may be a confounder of talc use and ovarian cancer risk. Harlow *et al.*,[24] however, reported no differential use of talc between leaner and heavier controls.

There are several limitations to this study that may limit interpretation of the findings. The sample size was relatively small and the response fraction lower than ideal. However, we have observed the same or similar relationships in our study between several risk factors such as OC use and parity, as has been observed in several earlier studies. Recall bias has also been implicated as a limitation in studies of talc and ovarian cancer.[35] However, findings in a prospective study, the Nurses' Health Study, in which exposure data were collected prior to diagnosis and hence free of recall bias, were similar to the present study finding for talc and serous invasive ovarian cancer.[27] It has also been suggested that use of talc is habitual *versus* memorable and not likely to be subject to recall bias.[35] Huncharek *et al.*[4] suggested that the positive relationship between talc use and EOC risk found in a review of epidemiologic studies may also be explained by a treatment effect in prevalent cases. The present study used incident cases

exclusively. The present analysis was also limited due to our inability to exclude use during nonovulatory periods and posttubal ligation or hysterectomy, nor were we able to differentiate between various formulations.

Research has provided little biologic or experimental evidence to support a relationship between talcum powder use and ovarian cancer risk. However, given the suggestive though uncertain role of talcum powder and EOC found in epidemiologic studies, including the present study, users should exercise prudence in reducing or eliminating use. In this instance, the precautionary principle should be invoked, especially given that this is a serious form of cancer, usually associated with a poor prognosis, with no current effective screening tool, steady incidence rates during the last quarter century and no prospect for successful therapy. Unlike other forms of environmental exposures, talcum powder use is easily avoidable.

ACKNOWLEDGEMENTS

The authors gratefully acknowledge the contributions of the physicians and tumor registrars who assisted in the study. They also thank the efforts of Jeanne Grunwald and Nandini Krishnaswamy of the Field Research Corporation in the data collection phase and Dr. Gordon Honda for pathology consultation.

REFERENCES

1.  Rohl AN, Langer AM, Selikoff IJ, Tordini A, Klimentidis R. Consumer talcums and powders: mineral and chemical characterization. J Toxicol Environ Health 1976;2:255–84.
2.  Venter PF. Ovarian epithelial cancer and chemical carcinogenesis. Gynecol Oncol 1981;12:281–5.
3.  Henderson WJ, Joslin CAF, Turnbull AC, Griffiths K. Talc and carcinoma of the ovary and cervix. J Obstet Gynecol Br Comm 1971;78:266–72.
4.  Huncharek M, Geschwind JF, Kupelnick B. Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: a meta-analysis of 11,933 subjects from sixteen observational studies. Anticancer Res 2003;23:1955–60.
5.  Ness RB, Grisso JA, Cottreau C, Klapper J, Vergona, R, Wheeler JE, Morgan M, Schlesselman JJ. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. Epidemiology 2000; 11:111–7.
6.  Ames BN, Gold LS, Willett WC. The causes and prevention of cancer. Proc Natl Acad Sci USA 1995;92:5258–65.
7.  Dranoff G. Cytokines in cancer pathogenesis and cancer therapy. Nat Rev Cancer 2004;4:11–22.
8.  Cramer DW, Welch WR, Scully RE, Wojciechowski CA. Ovarian cancer and talc. Cancer 1982;50:372–6.
9.  Fathalla MF. Incessant ovulation: a factor in ovarian neoplasia? Lancet 1971;2:163.
10. Mostafa SAM, Bargeron CB, Flower RW, Rosenshein NB, Parmley TH, Woodruff JD. Foreign body granulomas in normal ovaries. Obstet Gynecol 1985;66:701–2.
11. Cook LS, Kamb ML, Weiss NS. Perineal powder exposure and the risk of ovarian cancer. Am J Epidemiol 1997;145:459–65.
12. Fantone JC, Ward PA. Inflammation. In: Rubin E, Farber JL, eds. Pathology, 3rd ed. Philadelphia: Lippincott-Raven, 1999. 72–3.
13. Whysner J, Mohan M. Perineal application of talc and cornstarch powders: evaluation of ovarian cancer risk. Am J Obstet Gynecol 2000;182:720–4.
14. State of California, Department of Finance, Table D-21: median income and poverty status, 2000 census. Sacramento, CA: Department of Finance, 2002.
15. Mills PK. Cancer incidence and mortality in the Central Valley, 1988–1997. Fresno, CA: Cancer Registry of Central California, Region 2, 2000.
16. Cress RD, Creech C, Caggiano V. Cancer incidence in the Sacramento Region, 1988–1997. Sacramento, CA: Cancer Surveillance Program, Region 3, 2000.
17. Ferrier A. Mullerian epithelial and mesenchymal tumors–introduction, clinical perspective, and principles of management. In: Farnsworth RP, ed. Surgical pathology of the ovary, 2nd ed. New York: Churchill Livingstone, 1997. 229–38.
18. Chapman WB. Developments in the pathology of ovarian tumours. Curr Opin Obstet Gynecol 2001;13:53–9.
19. Mantel N, Haenszel W. Statistical aspects of the analysis of data from retrospective studies of disease. J Natl Cancer Inst 1959;22:719–48.
20. Breslow NE, Day NE. The analysis of case-control studies. Lyon: IARC, 1980.
21. Cramer DW, Liberman RF, Titus-Ernstoff L, Welch WR, Greenberg R, Baron JA, Harlow B. Genital talc exposure and risk of ovarian cancer. Int J Cancer 1999;81:351–6.
22. Chang S, Risch HA. Perineal talc exposure and risk of ovarian carcinoma. Cancer 1997;79:2396–401.
23. Godard B, Foulkes WD, Provencher D, Brunet J-S, Tonin PN, Mes-Masson A-M, Narod SA, Ghadirian P. Risk factors for familial and sporadic ovarian cancer among French-Canadians: a case-control study. Am J Obstet Gynecol 1998;179:403–10.
24. Harlow BL, Cramer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer. Obstet Gynecol 1992;80:19–26.
25. Rosenblatt KA, Mathews WA, Daling JR, Voigt LF, Malone K. Characteristics of women who use perineal powders. Obstet Gynecol 1998;92:753–6.
26. Harlow BL, Weiss NS. A case-control study of borderline ovarian tumors: the influence of perineal exposure to talc. Am J Epidemiol 1989;130:390–4.
27. Gertig DM, Hunter DJ, Cramer DW, Colditz GA, Speizer FE, Willett WC, Hankinson SE. Prospective study of talc use and ovarian cancer. J Natl Cancer Inst 2000;92:249–52.
28. Cunningham FG, MacDonald PC, Gant NF, Leveno KJ, Gilstrap LC III, Hankins GDV, Clark SL. Williams obstetrics, 20th ed. Stamford, CT: Appleton and Lange, 1997. 40–51.
29. Blot WJ, Fraumeni JF Jr. Cancers of the lung and pleura. In: Shottenfeld D, Fraumeni JF Jr, eds. Cancer epidemiology and prevention, 2nd ed. New York: Oxford University Press, 1996. 637–65.
30. Acheson E, Gardner MJ, Pippard EC, Grime LP. Mortality of two groups of women who manufactured gas masks from chrysotile and crocidolite asbestos:a 40-year follow-up. Br J Indust Med 1982;39:344–8.
31. Green A, Purdie D, Bain C, Siskind V, Russell P, Quinn M, Ward B, the Survey of Women's Health Study Group. Tubal sterilization, hysterectomy and decreased risk of ovarian cancer. Int J Cancer 1997;71:948–51.
32. Ness RB, Cottreau C. Possible role of ovarian epithelial inflammation in ovarian cancer. J Natl Cancer Inst 1999;91:1459–67.
33. Wong C, Hempling RE, Piver MS, Natarajan N, Mettlin CJ. Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study. Obstet Gynecol 1999;93:372–6.
34. Whittemore AS, Wu ML, Paffenbarger RS Jr, Sarles DL, Kampert JB, Grosser S, Jung DL, Ballon S, Hendrickson M. Personal and environmental characteristics related to epithelial ovarian cancer: 2, exposures to talcum powder, tobacco, alcohol, and coffee. Am J Epidemiol 1988;128:1228–40.
35. Harlow BL, Hartge PA. A review of perineal talc exposure and risk of ovarian cancer. Regul Toxicol Pharmacol 1995;21:254–60.

# Exhibit 68

*Int. J. Cancer:* **124,** 1409–1415 (2009)
© 2008 Wiley-Liss, Inc.

# Markers of inflammation and risk of ovarian cancer in Los Angeles County

Anna H. Wu[1*], Celeste L. Pearce[1], Chiu-Chen Tseng[1], Claire Templeman[2] and Malcolm C. Pike[1]

[1]*Department of Preventive Medicine, University of Southern California, Keck School of Medicine, Los Angeles, CA*
[2]*Department of Obstetric and Gynecology, University of Southern California, Keck School of Medicine, Los Angeles, CA*

Factors that increase inflammation have been suggested to influence the development of ovarian cancer, but these factors have not been well studied. To further investigate this question, we studied the role of talc use, history of endometriosis and use of non-steroidal anti-inflammatory drugs (NSAIDs) and risk of ovarian cancer in a population-based case-control study in Los Angeles County involving 609 women with newly diagnosed epithelial ovarian cancer and 688 population-based control women. Risk of ovarian cancer increased significantly with increasing frequency and duration of talc use; compared to never users risk was highest among long-duration (20+ years), frequent (at least daily talc users (adjusted relative risk (RR) = 2.08, 95% confidence interval (CI) = 1.34–3.23). A history of physician-diagnosed endometriosis was statistically significantly associated with risk (RR = 1.66, 95% CI = 1.01–2.75). Women who were talc users and had a history of endometriosis showed a 3-fold increased risk (RR = 3.12, 95% CI = 1.36–7.22). Contrary to the hypothesis that risk of ovarian cancer may be reduced by use of NSAIDs; risk increased with increasing frequency (per 7 times/week, RR = 1.27, 95% CI = 1.14–1.43) and years of NSAID use (per 5 years of use, RR = 1.25, 95% CI = 1.10–1.42); this was consistent across types of NSAIDs. We conclude that risk of ovarian cancer is significantly associated with talc use and with a history of endometriosis, as has been found in previous studies. The NSAID finding was unexpected and suggests that factors associated with inflammation are associated with ovarian cancer risk. This result needs confirmation with careful attention to the reasons for NSAID use.
© 2008 Wiley-Liss, Inc.

Key words: talc; endometriosis; non-steroidal anti-inflammatory drugs; ovarian cancer

In 1999, Ness and Cottreau proposed that chronic inflammation may lead to the development of epithelial ovarian cancer.[1] They hypothesized that factors including talc exposure, endometriosis and pelvic inflammatory disease (PID) may increase risk by a common pathway, increasing local inflammation of the "ovarian epithelium." They also suggested that studying the effect of non-steroidal anti-inflammatory drugs (NSAIDs) may offer additional opportunities to evaluate the inflammation hypothesis. In a 2008 paper, Merritt *et al.*[2] studied the role of inflammation, based on histories of talc use, PID, endometriosis and use of NSAIDs in the same study. They concluded that chronic inflammation is unlikely to play an important role because risk of ovarian cancer was modestly increased in association with talc use and history of endometriosis and was unrelated to use of NSAIDs but they restricted attention to medication use in the 5 years prior to diagnosis of ovarian cancer, rather than long-term use.[2] No support for the use of NSAIDs was found in a recent study conducted in Seattle, Washington which collected information on lifetime medication use. These investigators found increased risk of ovarian cancer in association with use of acetaminophen, aspirin and other NSAIDs, particularly among long (10+ years) term users.[3] We have conducted a population-based case-control study of ovarian cancer in Los Angeles County to further investigate the role of inflammation in the risk of ovarian cancer. We focused our attention on risk in relation to lifetime use of talc, NSAIDs and history of various gynecological conditions. We are particularly interested in risk patterns associated with long duration of NSAID use. We report our results herein.

## Material and methods

### Study design

This was a population-based case-control study of ovarian cancer. Eligible patients were English speaking residents of Los Angeles County between the ages of 18 and 74 inclusive who had histologically confirmed invasive or borderline (low malignant potential; LMP) ovarian cancers that were first diagnosed from 1998 to 2002. The cases were identified by the Cancer Surveillance Program (CSP), part of the National Cancer Institute's Surveillance, Epidemiology and End Results (SEER) Program, covering all residents of Los Angeles County.

A total of 1,097 patients meeting the pathological case definition were identified by the CSP. Of these, 136 patients had died or were too ill to be interviewed by the time we contacted them, 109 patients had moved away from Los Angeles County and could not be interviewed in person or they could not be located and 151 patients declined to be interviewed. Interviews were conducted with 701 ovarian cancer patients of whom 15 were later identified who did not have ovarian cancer and they were excluded from all analyses. Of the 686 ovarian cancer patients interviewed, 77 had a previous cancer (excluding non-melanoma skin cancer) before their diagnosis of ovarian cancer and were excluded from this report because their previous cancer diagnosis and/or treatment may have influenced their use of NSAIDs and other risk factors. This left 609 ovarian cancer cases for the present analysis, 81% were invasive tumors [22% localized stage (Stage 1 or 2), 59% advanced stage (Stage 3 or greater) and 19% were LMP tumors. The cell type distribution is as follows: 58% serous, 14% clear cell/endometrioid, 12% mucinous and 16% other category.

Controls were identified through a well-established neighborhood recruitment algorithm, which we have used successfully in previous studies of breast, endometrial and other cancers to investigate the role of hormonal and non-hormonal medications and other factors.[4] For this study, controls were women with at least one intact ovary, with no history of cancer, except possibly non-melanoma skin cancer, and individually matched with patients on race/ethnicity (non-Hispanic White, African-American, Hispanic, Asians) and date of birth (+/−5 years). Neighborhood controls were sought by one of our staff who physically canvassed the neighborhood of the case using a systematic algorithm based on the address of the case. If the first eligible matched control declined to participate, the second eligible matched control in the sequence was asked, and so on. Letters were left when no one was at home, and follow-up by mail, telephone and further visits to the neighborhood continued until either an eligible control agreed to be interviewed or 150 housing units had been screened. When we failed to identify an exact race/ethnicity matched control, we

Grant sponsor: California Cancer Research Program; Grant number: 2II0200. Grant sponsor: National Cancer Institute; Grant number: P01 CA 17054. Grant sponsor: National Cancer Institute's Division of Cancer Prevention and Control's Surveillance, Epidemiology, and End Results (SEER) Program; Grant number: N01CN25403.
*Correspondence to: University of Southern California/Norris Comprehensive Cancer Center, 1441 Eastlake Avenue, MC 9175, Los Angeles, CA 90089-9175, USA. Fax: +[(323) 865-0139].
E-mail: annawu@usc.edu
Received 18 July 2008; Accepted after revision 1 October 2008
DOI 10.1002/ijc.24091
Published online 21 October 2008 in Wiley InterScience (www.interscience.wiley.com).

🌐 uicc
global cancer control

Publication of the International Union Against Cancer

1410                                                          WU *ET AL.*

accepted a control subject who was matched on age. A total of
688 control women were successfully interviewed by the closing
date of the study. The first eligible match was interviewed for
76% of the patients, and the second match for another 17% and
the third or later match for 6% of the patients. On average, we
contacted a median number of 19 housing units to interview a
matched control subjects for those neighborhoods with no refusal,
a median of 36 housing units for those neighborhoods with 1 re-
fusal and 58 housing units when there were 2 or more refusals.

Study participants were interviewed using a comprehensive
questionnaire that covered medical, gynecological, reproductive
and lifestyle history. All but 15 participants were interviewed in-
person; cases and their matched controls were interviewed by the
same person in almost all instances. A reference date was defined
as 2 years before the date of diagnosis of the case. This same refer-
ence date was used for each case's matched control subject. Cal-
endars were used to chart major life events and reproductive and
contraceptive histories. Specifically, participants were asked if
they were ever told by a physician that they had certain gyneco-
logical conditions including PID, gonorrhea, endometriosis, ovar-
ian cysts, or uterine fibroids before the reference date. If the
response was yes to any of the conditions, participants were then
asked the age at which they were first diagnosed with the condi-
tion and if they had ever been treated for the condition. To deter-
mine the use of talcum powder, participants were asked if they
ever used talc at least once per month for 6 months or more. If the
response was positive, we then asked whether they had ever used
talc in nonperineal areas (feet, arms, chest or back), perineal areas,
or on underwear or sanitary pads/diaphragm. Questions on talc use
included age at first use, frequency of use (times per month) and
years of talc use. Few of the talc users (13 cases, 11 controls) had
a tubal ligation or hysterectomy before they started using talc; the
numbers were too sparse to determine for certain the effect of talc
use in this group and these 24 users were included with the nonus-
ers in subsequent analyses on frequency and duration of talc use.
Results were unchanged when we excluded these 24 users from
the analysis (data not shown).

We asked the participants whether they took prescription or
nonprescription NSAIDs for various conditions including back
trouble, arthritis, headaches, migraine headaches, dental problems,
sinus trouble, colds or sore throats, menstrual pain or cramps or
any other reason. They were also asked if they took any of these
medications for prevention reasons, such as for prevention of heart
attack. We explicitly asked about usage patterns of 10 common
over-the-counter NSAIDs (regular aspirin, buffered aspirin, Ana-
cin, APC, Tylenol, Excedrin, Advil, Nuprin, Coricidin, Dristan),
12 prescription brand-name NSAIDs (Clinoril, Motrin, Anaprox,
Feldene, Empirin with codeine, Tylenol with codeine, Darvocet,
Indocin, Fiorinal, Percocet-5, Percodan, Naprosyn) and two COX-
2 inhibitors (Celebrex, Vioxx). We also asked the participants if
they had used any NSAIDs that were not on our list and recorded
the drug name and details of use. Respondents were also asked
about use of 4 common diuretics; these medications are not
hypothesized to be related to ovarian cancer risk, but they were
included as a check of differential recall between cases and con-
trols. Taking a specific medication 2 or more times a week for 1
month or longer was categorized as "use"; otherwise participants
were considered "non-users." Participants were asked about the
ages at first and last use, duration of use, usual frequency of use
and the primary reason for such use. All of the medications data
were categorized into the following groups based on their compo-
nents: aspirin, acetaminophen, other NSAIDs, COX-2 inhibitors
and diuretics.

Total duration and frequency of the main classes of medication
(aspirin, acetaminophen, other NSAIDs) were calculated by sum-
ming all use of the same class of medication for each person (there
were few users of COX-2 inhibitors, thus results are not shown).
We also created a combined variable representing use of all
NSAIDs. Duration of use was categorized as no use, less than 5
years, 5–10 years and >10 years of use of the specific type of

TABLE I – DEMOGRAPHIC AND OTHER CHARACTERISTICS
OF OVARIAN CANCER PATIENTS AND CONTROLS

|  | Cases N = 609 | Controls N = 688 | RR | 95% CI[1] |
|---|---|---|---|---|
| **Race/ethnicity** | | | | |
| Non-Hispanic White | 381 | 503 | | |
| Black | 41 | 44 | | |
| Hispanic | 136 | 103 | | |
| Asian | 51 | 38 | | |
| **Age** | | | | |
| ≤34 | 40 | 36 | | |
| 35–44 | 92 | 138 | | |
| 45–54 | 162 | 227 | | |
| 55–64 | 149 | 162 | | |
| 65+ | 166 | 125 | | |
| **Education** | | | | |
| ≤high school | 92 | 50 | | |
| Some college | 109 | 81 | | |
| College graduate | 223 | 242 | | |
| Graduate | 185 | 315 | | |
| **Family history of ovarian cancer** | | | | |
| No | 581 | 672 | 1.00 | |
| Yes | 26 | 16 | 1.76 | 0.89–3.47 |
| *p*-value | | | 0.10 | |
| **Number of livebirth** | | | | |
| 0 | 156 | 149 | 1.00 | |
| 1 | 98 | 110 | 0.76 | 0.52–1.12 |
| 2 | 157 | 202 | 0.61 | 0.43–0.86 |
| 3 | 109 | 118 | 0.61 | 0.41–0.90 |
| 4+ | 89 | 109 | 0.34 | 0.22–0.53 |
| *p* trend | | | <0.0001 | |
| **Oral contraceptives** | | | | |
| 0 yr | 241 | 189 | 1.00 | |
| >0 to <5 yr | 259 | 261 | 0.98 | 0.73–1.32 |
| ≥5 to <10 yrs | 57 | 112 | 0.54 | 0.36–0.82 |
| ≥10 yrs | 52 | 126 | 0.40 | 0.26–0.61 |
| *p* trend | | | <0.0001 | |
| **Tubal ligation** | | | | |
| No | 531 | 553 | 1.00 | |
| Yes | 78 | 135 | 0.66 | 0.47–0.93 |
| *p* value | | | 0.017 | |

[1]Adjusted for race/ethnicity, age, education, tubal ligation, family
history of ovarian cancer, menopausal status, use of oral contracep-
tives, and parity.

medication (years of use of different medications may be overlap-
ping). The no use category included never users, occasional users
and those who only started to use a particular medication within
the interval beginning 2 years before date of diagnosis for case
patients and the same reference period for controls to avoid
including medication use because of early symptoms in cancer
patients. We also repeated the analyses excluding first use of med-
ication within 5 years of diagnosis. In addition, we evaluated
effect modification of the NSAIDs-ovarian cancer association by
race/ethnicity, education, menopausal status, tumor stage, history
of endometriosis, talc use and frequency of Pap smears in the 10
years before reference date.

The study was approved by the Institutional Review Board
of the Keck School of Medicine at the University of Southern
California. Informed consent was obtained from each case and
control before her interview.

*Statistical methods*

We calculated odds ratios as estimates of relative risk (RR),
their corresponding 95% confidence intervals (CIs) and statistical
significance (*p*) values. We used conditional stratified logistic
regression analysis, with stratification sets defined jointly by age
(<35, 35–44, 45–54, 55–64, ≥65) and race/ethnicity (non-His-
panic White, African-American, Hispanic, Asians). All regression
models also included as categorical covariates education level
(high school or less, some college, college graduate, >college),

TABLE II – MULTIVARIABLE RRS (95% CIS) FOR TALC USE AND RISK OF OVARIAN CANCER

| | Cases | Controls | RR | 95% CI[1] |
|---|---|---|---|---|
| Talc use | | | | |
| No[2] | 363 | 469 | 1.00 | |
| Yes | 242 | 219 | 1.48 | 1.15–1.91 |
|    Yes, non-perineal area[3] | 112 | 103 | 1.43 | 1.03–1.98 |
|    Yes, perineal area | 130 | 116 | 1.53 | 1.13–2.09 |
| Frequency and duration of talc use | | | | |
| No | 363 | 469 | 1.00 | |
| 1 ≤20 yrs and ≤10 times/month | 35 | 31 | 1.36 | 0.79–2.32 |
| 1 ≤20 yrs and >10 to ≤30 times/month | 23 | 30 | 1.16 | 0.63–2.12 |
| 1 ≤20 yrs and >30 times/month | 21 | 21 | 1.23 | 0.63–2.41 |
| >20 yrs and ≤10 times/month | 45 | 49 | 1.27 | 0.80–2.01 |
| >20 yrs and >10 to ≤30 times/month | 51 | 43 | 1.57 | 0.99–2.50 |
| >20 yrs and >30 times/month | 67 | 45 | 2.08 | 1.34–3.23 |
| $p$ (6 df) | | | | $p = 0.032$ |
| Total times of talc use | | | | |
| No | 363 | 469 | 1.00 | |
| ≤5200 | 49 | 52 | 1.20 | 0.77–1.88 |
| >5200 to ≤15600 | 46 | 47 | 1.38 | 0.87–2.20 |
| >15,600 to ≤52000 | 63 | 61 | 1.34 | 0.89–2.02 |
| >52000 | 84 | 59 | 1.99 | 1.34–2.96 |
| $p$ (1 df) | | | | $p = 0.0004$ |
| Total times of talc use | | | | |
| No | 363 | 469 | 1.00 | |
| Before 1975 | | | | |
| ≤5200 | 24 | 35 | 0.84 | 0.47–1.51 |
| >5200 to ≤15600 | 29 | 29 | 1.41 | 0.79–2.53 |
| >15,600 to ≤52000 | 49 | 45 | 1.45 | 0.91–2.31 |
| >52000 | 82 | 58 | 1.93 | 1.29–2.88 |
| After 1975 | | | | |
| ≤5200 | 25 | 17 | 1.95 | 0.98–3.89 |
| >5200 to ≤15600 | 17 | 18 | 1.17 | 0.56–2.48 |
| >15,600 | 16 | 17 | 0.98 | 0.45–2.13 |

[1]Adjusted for race/ethnicity, age, education, tubal ligation, family history of breast/ovarian cancer, menopausal status, use of oral contraceptives and parity.–[2]Subjects (13 Cases, 11 Controls) reported tubal ligation and/or hysterectomy before started talc use and were included with the never users.–[3]Included arms and extremities.

age at menarche (<=11, 12, 13, 14+), parity (0, 1, 2, 3, 4+ births), use of oral contraceptives (none, >0 to <5, 5 to <10, 10+ years), family history of breast/ovarian cancer (no/yes), menopausal status (premenopausal, natural or surgical menopause) and tubal ligation (no/yes). Results obtained using stratified conditional logistic regression methods were consistent with those obtained in matched analyses that preserved the original case-control matching, and we show the results from the stratified analyses. All statistical significance $p$ values quoted are two-sided and are standard chi-squared tests based on differences in log-likelihoods.

## Results

The race/ethnicity, age and education of the ovarian cancer cases and controls are shown in Table I. Risk of ovarian cancer increased with family history of ovarian cancer (RR = 1.76, 95% CI = 0.89–3.47) and decreased significantly with increasing number of births (RR per birth = 0.79, 95% CI = 0.72–0.88), with increasing duration of oral contraceptive use (RR per 5 years of use = 0.73, 95% CI = 0.64–0.83) and with a history of tubal ligation (RR = 0.66, 95% CI = 0.47–0.93).

Table II shows risk associations with talc use. Ever use of talc was associated with a statistically significant increased risk (RR = 1.48, 95% CI = 1.15–1.91). This included talc that was applied to the perineal area (RR = 1.53, 95% CI = 1.13–2.09) and to the nonperineal area only (RR = 1.43, 95% CI = 1.03–1.98). Elevated risks were found among those who used talc on sanitary napkins (RR = 1.61, 95% CI = 0.93–2.78), underwear (RR = 1.71, 95% CI = 0.99–2.97) and on diaphragm/cervical caps (RR = 1.14, 95% CI = 0.46–2.87). When we examined risk patterns by frequency and duration of talc use, the effect of frequency of use was relatively modest among users of less than 20 years but there was a clear trend of increasing risk with increasing frequency of use among longer duration (>20 years) users. Compared with never users, risk was highest in long-term (>20 years), daily (>30 times/month) talc users (RR = 2.08, 95% CI = 1.34–3.23). Risk increased significantly with lifetime total times of talc use, but the association was limited to those who started talc use before 1975 ($p_{trend}$ <0.001). The association between talc use and risk of ovarian cancer was strongest for serous ovarian cancer, the RR associated with any use was 1.70 (95% CI = 1.27–2.28). The risk associations for talc use and other histologic cell types overlapped with the finding for serous ovarian cancer (RRs were 0.99 for mucinous, 1.19 for clear/endometrioid and 1.46 for other cell types). Elevated risks in relation to talc use were found for those with invasive cancers (RR = 1.31, 95% CI = 0.85–2.01 for localized stage; RR = 1.66, 95% CI = 1.22–2.26 for advanced stage) and LMP tumors (RR = 1.32, 95% CI = 0.88–2.22).

Women with a history of physician-diagnosed endometriosis experienced a nearly 2-fold increased risk of ovarian cancer (RR = 1.95, 95% CI = 1.20–3.17). The risk associated with endometriosis remained statistically significant after adjustment for other gynecological conditions including PID, gonorrhea, ovarian cysts and uterine fibroids (adjusted RR = 1.66, 95% CI = 1.01–2.75) (Table III). Small (4–18%) increased risks were also associated with a history of the other gynecological conditions as mentioned earlier but none of these findings were statistically significant (data not shown). The risk of ovarian cancer increased significantly (RR = 2.58) for more recent diagnoses of endometriosis (2–10 years prior to cancer diagnosis) and was less strong (RR = 1.58) for women with diagnosis more than 10 years previously. The endometriosis-risk association was stronger for invasive cancers (RR = 1.80, 95% CI = 0.85–3.80 for localized stage, RR =

WU *ET AL.*

TABLE III – MULTIVARIABLE RRS (95% CIS) FOR PREVIOUS OVARIAN DISEASE AND RISK OF OVARIAN CANCER

|  |  | Cases | Controls | Adjusted RR[1] | Adjusted RR[2] |
|---|---|---|---|---|---|
| Pelvic inflammatory disease |  |  |  |  |  |
| No |  | 579 | 657 | 1.00 | 1.00 |
| Yes |  | 25 | 22 | 1.48 (0.78–2.82) | 1.15 (0.60–2.21) |
| Gonorrhea |  |  |  |  |  |
| No |  | 553 | 619 | 1.00 | 1.00 |
| Yes |  | 51 | 60 | 1.19 (0.77–1.84) | 1.04 (0.67–1.62) |
| Endometriosis |  |  |  |  |  |
| No |  | 553 | 642 | 1.00 | 1.00 |
| Yes |  | 51 | 37 | 1.95 (1.20–3.17) | 1.66 (1.01–2.75) |
| Years since first diagnosed |  |  |  |  |  |
| 2–10 |  | 15 | 8 | 2.66 (1.06–6.64) | 2.58 (1.03–6.48) |
| 11+ |  | 36 | 29 | 1.56 (0.90–2.70) | 1.58 (0.91–2.76) |
| Talc | Endometriosis |  |  |  |  |
| No | No | 332 | 435 | 1.00 | 1.00 |
| No | Yes | 29 | 28 | 1.68 (0.93–3.04) | 1.67 (0.92–3.01) |
| Yes | No | 221 | 207 | 1.50 (1.15–1.94) | 1.49 (1.15–1.94) |
| Yes | Yes | 22 | 9 | 3.17 (1.38–7.29) | 3.12 (1.36–7.22) |
| *p* (3df) |  |  |  |  | 0.001 |

[1]Adjusted for race/ethnicity, age, education, tubal ligation, family history of breast/ovarian cancer, menopausal status, use of oral contraceptives and parity.–[2]Adjusted for other conditions including pelvic inflammatory diseases, gonorrhea, endometriosis, ovarian cyst and fibroids.

1.87, 95% CI = 1.04–3.35 for advanced stage) than for LMP tumors (RR = 1.28, 95% CI = 0.56–2.95). Although the point risk estimate was slightly higher for clear/endometrioid cancers (RR = 1.97), the risk associations for the other cell types were all around 1.70. Compared with women who did not have endometriosis and were nontalc users, risk increased 3-fold (RR = 3.12, 95% CI = 1.36–7.22) in women who had endometriosis and were talc users whereas about 50% increased risk was observed in women who had either exposure.

Risk of ovarian cancer increased significantly with increasing duration and frequency of use of all NSAIDs (*i.e.*, aspirin, acetaminophen, other NSAIDs). The risk per 5 years of NSAID use was 1.25 (95% CI = 1.10–1.42) and the risk per 7 times of NSAID use per week was 1.27 (95% CI = 1.14–1.43). The effect of pill use was essentially identical to the effect of frequency of use. This pattern of risk elevation was found for aspirin, acetaminophen and other NSAIDs although the results were statistically significant only for other NSAIDs (Table IV). Risks patterns remained essentially unchanged when we adjusted for indication of use (*i.e.*, headaches, back pain, menstrual pain and others) or history of endometriosis and other gynecological conditions. Risk associations were only slightly reduced when we restricted our analyses to medication use at least 5 years before diagnosis; the RR per 5 years of all NSAID use was 1.20 (95% CI = 1.06–1.43) and the risk per 7 times of NSAID use per week was 1.23 (95% CI = 1.09–1.38). In contrast, risk of ovarian cancer was not significantly related to duration or frequency of use of diuretics (RRs were 1.00, 1.39, 0.89, 0.65, respectively for no, 1–5, >5–10, >10 years of use, $p_{trend}$ = 0.50).

Table V presents stratified results, when we performed a series of analyses to evaluate whether the findings with NSAID use were consistent across levels of various subgroups of interest including race/ethnicity, education, menopausal status, tumor stage, endometriosis, talc use, use of oral contraceptives, parity and frequency of Pap smears in recent 10 years as a marker of access to care. Elevated risks in relation to NSAID use were found in all the subgroup analyses; findings were similar by race/ethnicity, menopausal status, talc use, oral contraceptive use, parity and history of Pap smear. There were some differences in risk estimates by education, tumor stage, history of endometriosis but they were not statistically significantly different. We considered these differences by tumor stage, history of endometriosis and education in our interpretation of these results.

## Discussion

The main objective of this population-based case-control study was to comprehensively investigate the role of inflammation in risk of ovarian cancer by studying factors that have been hypothesized to increase inflammation (*e.g.*, talc, endometriosis) or to reduce inflammation (NSAIDs) simultaneously in the same population. Our findings on talc and endometriosis are consistent with previous findings and are compatible with the hypothesis that these factors increase the risk of ovarian cancer and that inflammation may be a common pathway.[1,2,5] However, contrary to the study hypothesis that NSAIDs may have chemopreventive effects by decreasing inflammation,[6] we found that risk of ovarian cancer increased significantly with increasing frequency and duration of NSAIDs use.

Our results on NSAID and risk are similar to the recent results reported in the population-based case-control study conducted in Seattle, Washington.[3] In both studies, women were asked to recall prescription and nonprescription medications taken over their lifetime for various conditions. In the Seattle study, risk of ovarian cancer increased significantly in association with 10+ years of use of acetaminophen (RR = 1.8, 95% CI = 1.3–2.6), aspirin (RR = 1.6, 95% CI = 1.1–2.2) and other NSAIDs (RR = 1.3, 95% CI = 1.0–1.7).[3] Mechanisms whereby use of NSAID may increase risk of ovarian cancer may be related, in part, to the underlying conditions associated with medication use.

However, our results and those from the Seattle study differed from most previous studies on this topic. As Cramer *et al.* reported risk reduction of ovarian cancer with ever use of aspirin, but not with use of acetaminophen, but not with use of ibuprofen,[7] 7 (3 case-control, 4 cohort) of 13 (7 case-control, 6 cohort) studies have found no significant relation with use of NSAID. The case-control studies showing null findings were conducted in Italy,[8] the UK[9] and Australia,[2] and they investigated risk associations with use of aspirin,[8] acetaminophen and other NSAID,[9] and aspirin and other NSAIDs,[2] respectively. There was also no relationship between acetaminophen use and risk in the Cancer Prevention II Mortality Study[10] or between risk and use of low-dose aspirin[11] and other NSAIDs[12] in a Danish prescription database study. In the Breast Cancer Detection Demonstration Project Follow-up Study (BCDDP), risk was not significantly related to use of aspirin, acetaminophen and other NSAID but risk was increased with 5+ years of other NSAID use (RR = 2.0, 95% CI = 0.95–4.2).[13] Six other studies (4 case-control, 2 cohort) are supportive of an inverse

TABLE IV – MULTIVARIABLE RRS[1] (95% CIS) FOR USE OF ALL NSAIDs (ASPIRIN, ACETAMINOPHEN, OTHER NSAIDs) AND RISK OF OVARIAN CANCER

| | Excluded medication use the 2 years before reference date | | |
|---|---|---|---|
| | Cases | Controls | RR (95% CI) |
| **All NSAIDs** | | | |
| Years of use | | | |
| Never[2] | 355 | 486 | 1.00 |
| 1 to 5 yr | 117 | 99 | 1.71 (1.23–2.39) |
| >5 to ≤10 yr | 37 | 33 | 1.59 (0.93–2.72) |
| >10 yr | 79 | 57 | 1.81 (1.21–2.71) |
| *p* trend | | | <0.001 |
| No. of pills per week | | | |
| Never[2] | 355 | 486 | 1.00 |
| 1 to ≤7/wk | 82 | 66 | 1.62 (1.11–2.39) |
| >7 to ≤14/wk | 41 | 49 | 1.09 (0.67–1.78) |
| >14/wk | 110 | 74 | 2.24 (1.56–3.21) |
| *p* trend | | | <0.001 |
| Total no. of pills | | | |
| Never | 355 | 486 | 1.00 |
| 1 to ≤1096 | 73 | 63 | 1.60 (1.08–2.38) |
| >1096 to 6428 | 73 | 66 | 1.43 (0.96–2.13) |
| >6428 | 87 | 60 | 2.22 (1.49–3.31) |
| *p* trend | | | <0.001 |
| Years of use by type[3] | | | |
| Aspirin | | | |
| Never[2] | 492 | 597 | 1.00 |
| 1 to 5 yr | 46 | 25 | 2.13 (1.21–3.77) |
| >5 to ≤10 yr | 13 | 18 | 0.70 (0.31–1.58) |
| >10 yr | 31 | 28 | 1.15 (0.62–2.13) |
| *p* trend | | | 0.43 |
| Acetaminophen | | | |
| Never[2] | 491 | 590 | 1.00 |
| 1 to 5 yr | 47 | 53 | 0.87 (0.53–1.41) |
| >5 yr | 44 | 25 | 1.71 (0.94–3.09) |
| *p* trend | | | 0.12 |
| Other NSAIDs | | | |
| Never[2] | 450 | 575 | 1.00 |
| 1 to 5 yr | 87 | 61 | 1.76 (1.18–2.63) |
| >5 to ≤10 yr | 17 | 19 | 1.18 (0.55–2.53) |
| >10 yr | 28 | 13 | 2.18 (1.03–4.63) |
| *p* trend | | | 0.008 |
| Frequency of use by type[3] | | | |
| Aspirin | | | |
| Never[2] | 492 | 597 | 1.00 |
| 1 to ≤7/wk | 61 | 48 | 1.49 (0.94–2.35) |
| >7 | 29 | 23 | 1.18 (0.61–2.29) |
| *p* trend | | | 0.21 |
| Acetaminophen | | | |
| Never[2] | 491 | 590 | 1.00 |
| 1 to ≤7/wk | 48 | 45 | 1.04 (0.63–1.71) |
| >7 /wk | 43 | 33 | 1.36 (0.78–2.36) |
| *p* trend | | | 0.33 |
| Other NSAIDs | | | |
| Never[2] | 450 | 575 | 1.00 |
| 1 to ≤7/wk | 52 | 38 | 1.56 (0.95–2.56) |
| >7 to ≤14/wk | 29 | 25 | 1.27 (0.68–2.40) |
| >14/wk | 51 | 30 | 2.22 (1.30–3.79) |
| *p* trend | | | 0.0009 |

[1]Adjusted for age, education, race, tubal ligation, family history of breast/ovarian cancer, menopausal status, use of oral contraceptives, parity and talc use.–[2]Included participants who started medication within 2 years of diagnosis/reference date.–[3]Additional adjustment for history of PID, gonorrhea, ovarian cysts, endometriosis, and fibroids. The RRs for aspirin, acetaminophen and other NSAIDs were mutually adjusted. Aspirin included regular aspirin, buffered aspirin; acetaminophen included Tylenol, coricidin, Dristan, darvocet, Percocet, Excedrin; other NSAID included advil, nurin, clinoril, motrin, anaprox, feldene, indocin, naprosyn.

association with NSAIDs use, one reported significant risk reduction with acetaminophen use[14] while 4 studies found significant reduced risk with use of other NSAIDs[15–18] but there were differences in these results. In one study, an inverse association was found only in nulliparous and nonoral contraceptive users.[18] No

dose-response relationship was observed in a second study,[15] and information on NSAID use was limited to the 5 years before diagnosis in a third study.[17] Aspirin use was not significantly associated with risk in these 5 studies.[14–17,19] Ascertainment of NSAID use was heterogeneous in these studies: different NSAIDs were included, the exposure period varied (*e.g.*, adult use, use in previous 20 years or previous 5 years before ovarian cancer diagnosis), and information on frequency and duration of NSAID use was asked in only some studies.

An advantage of our study is that we collected detailed information on adult usage history of both over the counter and prescription NSAIDs including duration and frequency of use and indication for use. Our results suggest increased risk associated with duration and frequency of use of aspirin, acetaminophen and other NSAIDs although only the findings for other NSAIDs were statistically significant on their own. We adjusted for potential confounders and indication for use; the latter was considered in only some previous studies. Nevertheless, our results should be interpreted with caution for the following reasons. Our assessment of NSAID use was based on self-report without assessment of reliability of recall. However, a drug validation study conducted by colleagues in Los Angeles County found high and comparable concordance rate of recall of analgesics in cancer patients and control subjects.[20] Regular NSAID use was reported by 29% (31% in non-Hispanic whites) of controls in our study; comparable with the rate reported in Wisconsin and Massachusetts (34%)[18] but lower than that in Seattle (41%).[3] Differences in the assessment of use of NSAID complicate comparison of prevalences of use between studies.

Although an increased risk was specific to NSAIDs use and no increased risk was found with diuretic use, we cannot rule out the possibility of selective recall bias among ovarian cancer cases. Given that many NSAIDs products are available and use may be episodic, it is conceivable that some cases may be more motivated to remember their NSAID use than control subjects. There is also the possibility of surveillance bias and that certain health conditions led to regular NSAID use, resulting in frequent doctor visits, which increased the chances of ovarian cancer detection. As noted earlier, the prevalence of NSAID use was higher in women with LMP tumors or localized cancer than those with advanced stage cancers, and the magnitude of association was stronger for earlier stage cancers. However, the proportion of LMP/localized stage cancers among those we interviewed (41%) and those we failed to interview (39%) was not dissimilar, suggesting there should be minimal overestimation of the overall effect of NSAID in relation to this reason. There also may be residual confounding by indication for use. Another possible explanation for our observed positive finding is that women with early symptoms of undiagnosed ovarian cancer take pain medications to relieve these symptoms. This seems less likely because our results were essentially unchanged when we excluded participants who first started using these medications within the 5 years of diagnosis. Finally, we consider possibly that selection bias of cases and controls may have affected our finding. Our response rate was modest; cases who participated may differ from those who did not participate. Although controls in our study had more years of education than cases, there was no consistent pattern in the NSAID-risk association by education. The NSAID-risk association was most apparent in women who were college graduates but was very similar in women with high school education or less and those who had more than college education. Thus, despite these limitations, our results raise the concern that NSAIDs, taken as aspirin, acetaminophen or other NSAIDs, may actually increase the risk of ovarian cancer.

In our study, history of self-reported history of endometriosis that was diagnosed by a physician was associated with a significant 66% increased risk of ovarian cancer. Given that the elevated risk was observed for those with previous endometriosis for at least 11+ years, it is unlikely that our finding is due to detection bias but suggests that endometriosis may have an etiological role.

1414

WU ET AL.

TABLE V – PREVALENCE OF NSAID USE IN CASES AND CONTROLS AND RRS (95% CI)[1] PER 5 YEARS OF NSAID USE

| | | ever NSAID-cases (%) | ever NSAID-controls (%) | 10+ yrs of NSAIDs-cases (%) | 10+ yrs of NSAID-controls | RR (95% CI) per 5 years of NSAID |
|---|---|---|---|---|---|---|
| Race/ethnicity | Non-Hispanic Whites | 45% | 31% | 17% | 10% | 1.23 (1.07–1.42) |
| | Other | 31% | 19% | 7% | 4% | 1.37 (1.03–1.84) |
| Education | <College | 36% | 29% | 14% | 10% | 1.09 (0.84–1.41) |
| | College graduate | 48% | 27% | 16% | 7% | 1.71 (1.36–2.15) |
| | Graduate | 33% | 28% | 11% | 9% | 1.05 (0.85–1.30) |
| Menopause | Premenopause | 34% | 22% | 7% | 5% | 1.35 (1.05–1.73) |
| | Postmenopause | 43% | 34% | 17% | 11% | 1.22 (1.06–1.42) |
| Tumor stage | LMP | 47% | 28% | 14% | 8% | 1.37 (1.11–1.69) |
| | Invasive, Stage 1 or 2 | 40% | 28% | 14% | 8% | 1.36 (1.11–1.67) |
| | Invasive, Stage ≥3 | 37% | 28% | 13% | 8% | 1.16 (1.01–1.35) |
| Endometriosis | No | 39% | 27% | 12% | 9% | 1.23 (1.08–1.40) |
| | Yes | 50% | 44% | 26% | 8% | 1.52 (0.96–2.43) |
| Talc | No | 36% | 25% | 13% | 6% | 1.31 (1.10–1.55) |
| | Yes | 45% | 35% | 15% | 14% | 1.14 (0.94–1.38) |
| Oral Contraceptives | No | 35% | 25% | 13% | 10% | 1.10 (0.89–1.37) |
| | Yes | 43% | 29% | 14% | 8% | 1.31 (1.12–1.53) |
| Parity | No | 41% | 31% | 15% | 9% | 1.28 (0.98–1.68) |
| | Yes | 40% | 27% | 13% | 8% | 1.25 (1.09–1.45) |
| Pap smear[2] | ≤5 times | 34% | 24% | 11% | 7% | 1.22 (0.94–1.59) |
| | >5 times | 42% | 30% | 15% | 9% | 1.27 (1.09–1.47) |

[1]Adjusted for age, education, race, tubal ligation, family history of breast/ovarian cancer, menopausal status, use of oral contraceptives and parity.–[2]Frequency of Pap smears in the 10 years before reference date.

No association between endometriosis and ovarian cancer was reported in the Iowa Women's Health Study, but this may be because of the relatively limited number of ovarian cancers in this cohort and the low prevalence of endometriosis (~3%).[21] Endometriosis was associated with about a 30% increased risk in an Australian population-based case-control study[2] and in a pooled analysis of 2,098 cases and 2,953 controls from 4 US population-based case-control studies.[22] Although the prevalences of endometriosis among cases (8.4%) and controls (5.4%) in our study are very comparable with the figures reported in cases (8%) and controls (6%) in previous case-control studies,[2,22] a limitation of our study and other case-control studies on this topic is that history of endometriosis is not validated. We did not see meaningful differences in history of endometriosis by cell type (11% for endometrioid/clear cell vs. 8% for other cell types) of ovarian cancer while a higher prevalence of endometriosis in women with endometroid/clear cell has been usually reported in other studies.[2,23] Interestingly, when one of us (CT) reviewed the pathology reports of the 52 ovarian cancer patients who reported a history of endometriosis, endometriosis in the ovary was documented in only 15 patients (15 of 604 cases = 2.5%) but the percent was higher in women with clear cell/endometrioid (7 of 84 = 8.3%) ovarian cancer compared with the other cell types (8 of 520 = 2.3%). Additional information on the type of endometriosis and location of endometriosis would be helpful in future studies.

The role of talc in the development of ovarian cancer has been studied extensively. In a 2006 review by the International Agency for Research on Cancer (IARC), talc was classified as possibly carcinogenic to humans (i.e., Group 2B) on the basis that most of the 20 epidemiological studies on talc and ovarian cancer show consistently a 30–60% increased risk associated with talc use.[24] However, only about half of the studies examined exposure-response relationships and the evidence for this is less consistent. Our study adds to the small group of studies that have investigated the combination of frequency and duration of talc use on ovarian

cancer risk.[25–28] Our results show a significant trend with increasing number of total applications. Using a combined index of total applications or cumulative lifetime days of talc use, 2 studies showed a higher risk with greater exposure[27,29] but this was not observed in 2 other studies.[25,28] When we investigated the combined effect of frequency and duration, our results suggest that the effect of increasing frequency was modest in users of less than 20 years but that the effect of frequency was clearer in women who had used talc for 20 years or more. Our results also suggest that talc use prior to 1976 may be more important. In 1976, talcum powder manufacturers instituted voluntary guidelines to prevent asbestos contamination in talc products and thus formulations after 1976 may be less likely to be contaminated with asbestos fibers. Stronger associations with talc use in the 1960s and 1970s have been reported in some studies[25,27] but not in others.[2,28] Thus, lack of sufficient information on frequency, duration and calendar period of talc use may have contributed to misclassification of this exposure variable in some previous studies.

Our findings on talc use and endometriosis and ovarian cancer risk are compatible with previous studies. However, the NSAID finding in this study was unexpected and requires confirmation with further characterization of the association by frequency and duration of use, cumulative dose and timing of exposure. In addition, it will be important to evaluate the underlying conditions for medication use.

### Acknowledgements

Incident ovarian cancer cases for this study were collected by the USC Cancer Surveillance Program (CSP), which is supported under subcontract by the California Department of Health. The authors are grateful to all the study participants for their contributions and support. They also thank the entire data collection team, especially Kat Mendoza, Heidi St. Royal, and Janelle Miller.

### References

1. Ness RB, Cottreau C. Possible role of ovarian epithelial inflammation in ovarian cancer. J Natl Cancer Inst 1999;91:1459–67.
2. Merritt MA, Green AC, Nagle CM, Webb PM. Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. Int J Cancer 2008;122:170–6.
3. Hannibal CG, Rossing MA, Wicklund KG, Cushing-Haugen KL. Analgesic drug use and risk of epithelial ovarian cancer. Am J Epidemiol 2008;167:1430–7.
4. Pike MC, Peters RK, Cozen W, Probst-Hensch NM, Felix JC, Wan PC, Mack TM. Estrogen-progestin replacement therapy and endometrial cancer. J Natl Cancer Inst 1997;89:1110–16.
5. Ness RB, Grisso JA, Cottreau C, Klapper J, Vergona R, Wheeler JE, Morgan M, Schlesselman JJ. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. Epidemiology 2000;11:111–17.

6. Bonovas S, Filioussi K, Sitaras NM. Do nonsteroidal anti-inflammatory drugs affect the risk of developing ovarian cancer? A meta-analysis. Br J Clin Pharmacol 2005;60:194–203.

7. Cramer DW, Harlow BL, Titus-Ernstoff L, Bohlke K, Welch WR, Greenberg ER. Over-the-counter analgesics and risk of ovarian cancer. Lancet 1998;351:104–7.

8. Tavani A, Gallus S, La Vecchia C, Conti E, Montella M, Franceschi S. Aspirin and ovarian cancer: an Italian case-control study. Ann Oncol 2000;11:1171–3.

9. Meier CR, Schmitz S, Jick H. Association between acetaminophen or nonsteroidal antiinflammatory drugs and risk of developing ovarian, breast, or colon cancer. Pharmacotherapy 2002;22:303–9.

10. Rodriguez C, Henley SJ, Calle EE, Thun MJ. Paracetamol and risk of ovarian cancer mortality in a prospective study of women in the USA. Lancet 1998;352:1354–5.

11. Friis S, Sorensen HT, McLaughlin JK, Johnsen SP, Blot WJ, Olsen JH. A population-based cohort study of the risk of colorectal and other cancers among users of low-dose aspirin. Br J Cancer 2003;88:684–8.

12. Sorensen HT, Friis S, Norgard B, Mellemkjaer L, Blot WJ, McLaughlin JK, Ekbom A, Baron JA. Risk of cancer in a large cohort of nonaspirin NSAID users: a population-based study. Br J Cancer 2003;88:1687–92.

13. Lacey JV, Jr, Sherman ME, Hartge P, Schatzkin A, Schairer C. Medication use and risk of ovarian carcinoma: a prospective study. Int J Cancer 2004;108:281–6.

14. Moysich KB, Mettlin C, Piver MS, Natarajan N, Menezes RJ, Swede H. Regular use of analgesic drugs and ovarian cancer risk. Cancer Epidemiol Biomarkers Prev 2001;10:903–6.

15. Fairfield KM, Hunter DJ, Fuchs CS, Colditz GA, Hankinson SE. Aspirin, other NSAIDs, and ovarian cancer risk (United States). Cancer Causes Control 2002;13:535–42.

16. Rosenberg L, Palmer JR, Rao RS, Coogan PF, Strom BL, Zauber AG, Stolley PD, Shapiro S. A case-control study of analgesic use and ovarian cancer. Cancer Epidemiol Biomarkers Prev 2000;9:933–7.

17. Schildkraut JM, Moorman PG, Halabi S, Calingaert B, Marks JR, Berchuck A. Analgesic drug use and risk of ovarian cancer. Epidemiology 2006;17:104–7.

18. Wernli KJ, Newcomb PA, Hampton JM, Trentham-Dietz A, Egan KM. Inverse association of NSAID use and ovarian cancer in relation to oral contraceptive use and parity. Br J Cancer 2008;98:1781–3.

19. Akhmedkhanov A, Toniolo P, Zeleniuch-Jacquotte A, Kato I, Koenig KL, Shore RE. Aspirin and epithelial ovarian cancer. Prev Med 2001;33:682–7.

20. Gago-Dominguez M, Yuan JM, Castelao JE, Ross RK, Yu MC. Regular use of analgesics is a risk factor for renal cell carcinoma. Br J Cancer 1999;81:542–8.

21. Olson JE, Cerhan JR, Janney CA, Anderson KE, Vachon CM, Sellers TA. Postmenopausal cancer risk after self-reported endometriosis diagnosis in the Iowa Women's Health Study. Cancer 2002;94:1612–18.

22. Modugno F, Ness RB, Allen GO, Schildkraut JM, Davis FG, Goodman MT. Oral contraceptive use, reproductive history, and risk of epithelial ovarian cancer in women with and without endometriosis. Am J Obstet Gynecol 2004;191:733–40.

23. Brinton LA, Sakoda LC, Sherman ME, Frederiksen K, Kjaer SK, Graubard BI, Olsen JH, Mellemkjaer L. Relationship of benign gynecologic diseases to subsequent risk of ovarian and uterine tumors. Cancer Epidemiol Biomarkers Prev 2005;14:2929–35.

24. Baan R, Straif K, Grosse Y, Secretan B, El Ghissassi F, Cogliano V. Carcinogenicity of carbon black, titanium dioxide, and talc. Lancet Oncol 2006;7:295–6.

25. Cook LS, Kamb ML, Weiss NS. Perineal powder exposure and the risk of ovarian cancer. Am J Epidemiol 1997;145:459–65.

26. Cramer DW. Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study. Obstet Gynecol 1999;94:160–1.

27. Harlow BL, Cramer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer risk. Obstet Gynecol 1992;80:19–26.

28. Mills PK, Riordan DG, Cress RD, Young HA. Perineal talc exposure and epithelial ovarian cancer risk in the central valley of California. Int J Cancer 2004;112:458–64.

29. Cramer DW, Liberman RF, Titus-Ernstoff L, Welch WR, Greenberg ER, Baron JA, Harlow BL. Genital talc exposure and risk of ovarian cancer. Int J Cancer 1999;81:351–6.

# Exhibit 69

# Systematic Review and Meta-Analysis

# of the Association between Perineal

# Use of Talc and Risk of Ovarian Cancer

Mohamed Kadry Taher[A, B, C], Nawal Farhat[A, B, C], Nataliya A. Karyakina[A, B], Nataliya Shilnikova[A, B], Siva Ramoju[A], Christopher A. Gravel[B, C, D], Kanaan Krishnan[A], Donald Mattison[A], Daniel Krewski[A, B, C]


A.  **Risk Sciences International,** *251 Laurier Ave W, Suite 700, Ottawa, ON K1P 5J6, Canada*

B.  **McLaughlin Centre for Population Health Risk Assessment, Faculty of Medicine, University of Ottawa,** *600 Peter Morand Crescent, Ottawa, ON, K1G 5Z3, Canada*

C.  **School of Epidemiology and Public Health, University of Ottawa,** *600 Peter Morand Crescent, Ottawa, ON, K1G 5Z3, Canada*

D.  **Department of Epidemiology, Biostatistics and Occupational Health, McGill University,** *1020 Pine Avenue West, Montreal, Qc, H3A 1A2, Canada*


**Corresponding Author:**    Dr. Mohamed Kadry Taher (<u>Mohamed.Taher@uOttawa.ca</u>)

**Corresponding Address:** *600 Peter Morand Crescent, Room 216, Ottawa, ON, K1G 5Z3, Canada*

For information contact Dr. Donald R. Mattison; 301 801 1541. <u>dmattison@risksciences.com</u>
Materials submitted to Health Canada, Materials submitted to journal for peer review

20  **Abstract**

21  Over the past four decades, there has been increasing concern that perineal use of talc

22  powder, a commonly used personal care product, might be associated with an

23  increased risk of ovarian cancer.

24  **Objectives:** To systematically review all available human epidemiological data on the

25  relationship between perineal use of talc powder and ovarian cancer, with consideration

26  of other relevant experimental evidence.

27  **Methodology:** We identified 30 human studies for qualitative assessment of evidence,

28  including 27 that were retained for further quantitative analysis.

29  **Results:** A positive association between perineal use of talc powder and ovarian cancer

30  was found [OR: 1.28 (95% CI: 1.20 - 1.37)]. A significant risk was noted in Hispanics

31  and Whites, in women applying talc to underwear, in pre-menopausal women and in

32  post-menopausal women receiving hormonal therapy. A negative association was noted

33  with tubal ligation.

34  **Conclusion:** Perineal use of talc powder is a possible cause of human ovarian cancer.

35  **Keywords:** Talc; ovarian cancer; perineal; epidemiological studies; systematic review;

36  meta-analysis; toxicological studies.

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

## 1. Introduction

Ovarian cancer is a common gynecologic cancer among women in developed countries, occurring at low rates among young women but increasing with age [1]. The annual incidence rate of ovarian cancer during the period 2005 – 2009 was 12.7/100,000 women, varying by ethnicity. The majority of ovarian cancers are diagnosed at an advanced stage, with 61% having distant metastases at diagnosis. Hereditary risk factors for ovarian cancer, specifically BRCA1 gene mutations, increase the risk above 35 years of age by about 2-3%.

In recent decades, there has been increasing concern that perineal exposure to talc, a commonly used personal care product, might be associated with an increased risk of ovarian cancer.  However, the data describing this association is somewhat inconsistent. Perineal application of talc among women varies by geographic location (Supplementary Material I), with prevalence of use generally higher in Canada, the US and the UK compared to Greece, China and Israel [2].

In order to better characterize the potential ovarian cancer risk associated with perineal use of talc, we conducted a systematic review and meta-analysis of peer-reviewed human studies on this issue. We also examined additional in-vitro or in-vivo toxicological studies, which shed light on possible biological mechanisms that might support an association between and ovarian cancer.

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

## 2. Materials and Methods

### 2.1.   Literature Search and Identification of Relevant Human Studies

A comprehensive, multi-step search strategy was used to to identify relevant studies on talc from multiple bibliographic databases, relevant national and international agencies and other grey literature sources (Supplementary Material II). Specifically, conducted a systematic search for all original studies involving human subjects that examined the association of genital/perineal use of talc powder and risk of ovarian cancer, including studies identified in a previous review by Berge et al. [3]. This review followed the PRISMA guidelines, and more specific guidance provided by the Cochrane Collaboration [4] (see Supplementary Material II for details).

Included studies were individually evaluated and scored by two reviewers (MT and NF), as detailed in the Table 1 and Supplementary Material XI. Studies included in previous reviews by both Berge et al. [3] and Penninkilampi et al [5] are compared in Supplementary Material I.

The quality of included studies  was assessed using the Newcastle-Ottawa Scale (NOS) [6], as detailed in Supplementary Material IV. We used a cut-off point of 7+ stars to represent studies of higher quality.

### 2.2.   Literature Search and Identification of Relevant Non-Human Studies

We conducted a (non-systematic) review of relevant non-human studies identified in three major bibliographic databases to identify potentially relevant animal

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

77    and in vitro studies (Supplementary Material V). Only studies that focused on perineal

78    exposure to talc powder were included. For outcomes, studies that focused on any type

79    of cancer including ovarian cancer and perineal exposure were considered. All retrieved

80    studies were examined for relevance, reliability and overall quality using the Klimisch

81    scoring system [7, 8]  (Supplementary Material VII, VIII and IX).

82        Studies are classified into one of the following four categories of reliability: 1)

83    reliable without restriction, 2) reliable with restrictions, 3) not reliable and 4) not

84    assignable. Additionally, category (5) is assigned to special studies focusing on

85    pharmacologic or mechanistic investigations.

86

87    **2.3.    Hazard Characterization**

88        Epidemiological studies included in the systematic review were qualitatively

89    assessed to examine their potential to inform a weight of evidence analysis. Findings

90    from these studies were evaluated with respect to study design, exposure and outcome

91    ascertainment, as well as potential sources of bias and confounding.

92        Animal studies were evaluated for evidence on the association between perineal

93    application of talc and ovarian cancer. Additional information on mechanism of action

94    and toxicokinetics derived from in-vitro and in-vivo studies was used in evaluating

95    biological plausibility.

96        We evaluated the overall weight of scientific evidence by performing a qualitative

97    evaluation of the findings collected from epidemiological studies as well as non-human

98    studies, using the Hill criteria [9].

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

99

## 2.4.    Quantitative Meta-Analysis

101    We conducted a meta-analysis of the risk of ovarian cancer in relation to perineal

102    use of talc using quantitative risk estimates reported in 27 original studies, comprising

103    three cohort studies and twenty-four case-control studies (included in Table 1). Studies

104    that had analyzed overlapping study populations were assessed on a case-by-case

105    basis for inclusion into the meta-analysis. The level of detail in the reported findings,

106    including sample size and publication date, were considered when deciding which study

107    to include in the case of overlap (Supplementary Material XIV).

108    Maximally adjusted odds ratios (ORs), hazard ratios (HRs) or relative risks (RRs)

109    – measures that are largely comparable because of the relatively low rate of occurrence

110    of ovariaion cancer – were extracted from the original studies. Details of the meta-

111    analytic methods are provided in Supplementary Material XIV.

112

113

---

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

114    **Table 1: Characteristics and overall findings of all included studies (N=30).**

| Study (Location) | Sample Size (Cases/ Controls or Cases/ Total Cohort) | Age (Years) | Subgroup Analyses | Exposure-Response Assessment | Overall Author Conclusion | NOS[1] |
|---|---|---|---|---|---|---|
| ***Case-control studies*** | | | | | | |
| **Booth et al.* (1989), UK [10]** | 235/451 | Range: 20-65 Mean: 52.4 (cases); 51.4 (controls) | Frequency | No trend found | Possible association with >weekly use. | 5 |
| **Chang and Risch (1997), Canada [11]** | 450/564 | Range: 35-79 Mean: 57.2 (cases); 57.5 (controls) | Ever use Frequency Duration Time of use Type of use | Possible exposure-response with frequency and duration of use | Positive association | 7 |

[1] Newcastle-Ottawa Scale (NOS) score for each of the listed studies as assessed in our review

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

| Study (Location) | Sample Size (Cases/ Controls or Cases/ Total Cohort) | Age (Years) | Subgroup Analyses | Exposure-Response Assessment | Overall Author Conclusion | NOS[1] |
|---|---|---|---|---|---|---|
| | | | Pelvic surgery Histology | | | |
| Chen et al.* (1992), China [12] | 112/224 | Mean: 48.5 (cases); 49.0 (controls) | Ever use; | No trend analysis conducted | Positive association with use >3 months | 6 |
| Cook et al. (1997), USA [13] | 313/422 | Range: 20-79 | Ever use Duration Type of use Histology Lifetime applications | No trend found | Positive association. | 7 |
| Cramer et al. (1982), USA [14] | 215/215 | Range: 18-80 Mean ± SD: 53.2 ± 1.0 (cases); 53.5 ± 1.0 (controls) | Ever use Type of use Pelvic surgery | No trend analysis conducted | Positive association | 6 |

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

8

| Study (Location) | Sample Size (Cases/ Controls or Cases/ Total Cohort) | Age (Years) | Subgroup Analyses | Exposure-Response Assessment | Overall Author Conclusion | NOS[1] |
|---|---|---|---|---|---|---|
| Cramer et al. (2016), USA [15] | 2,041/2,100 | Range: 18-80 | Ever use; Frequency; Duration; Type of use; Histology; Type of powder; Pelvic surgery; Ethnicity; Age at first use; Time since last exposure; | Significant trend for years since exposure, frequency and duration of use, and number of lifetime applications | Positive association | 7 |
| Gates et al. (2008), USA [16] | New England Case Control (NECC): 1,175/1,202 Nurses' Health | Mean ± SD: 51 ±13 (NECC); Mean ± SD: 51 ±8 (NHS) | Ever use; Frequency; | Significant trend for frequency of use | Positive association | 7 |

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

9

| Study (Location) | Sample Size (Cases/ Controls or Cases/ Total Cohort) | Age (Years) | Subgroup Analyses | Exposure-Response Assessment | Overall Author Conclusion | NOS[1] |
|---|---|---|---|---|---|---|
| | Study (NHS): 210/600 | | | | | |
| **Godard et al. (1998), Canada [17]** | 153/152 | Mean: 53.7 | Ever use; Sporadic/familial | No trend analysis conducted | No association | 5 |
| **Green et al. (1997), Australia [18]** | 824/860 | Range: 18-79 | Ever use; Pelvic surgery; | No trend found | Positive association | 7 |
| **Harlow et al. (1989), USA [19]** | 116/158 | Range: 20-79 | Ever use; Type of use; Type of powder; | No trend analysis conducted | No association | 7 |
| **Harlow et al. (1992), USA [20]** | 235/239 | Range: 18-76 | Ever use; Frequency; Duration; Type of use; | Significant trend for monthly frequency of use | Positive associations in certain subgroups (talc used before 1960, women <50 | 7 |

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

| Study (Location) | Sample Size (Cases/ Controls or Cases/ Total Cohort) | Age (Years) | Subgroup Analyses | Exposure-Response Assessment | Overall Author Conclusion | NOS[1] |
|---|---|---|---|---|---|---|
| | | | Method of use; Histology; Tumor grade; Type of powder; Lifetime applications; Age of first use; Pelvic surgery; | | years old, women with 1 or 2 live births) | |
| Hartge et al. (1983), USA [21] | 135/171 | Mean: 52.1 (cases); 52.2 (controls) | Ever use; | No trend analysis conducted | No association | 5 |
| Kurta et al. (2012), USA [22] | 902/1,802 | Range: No range reported (age 25+) | Ever use; | No trend analysis conducted | Positive association | 6 |
| Langseth & Kjaerheim (2004), Norway [23] | 46/179 | Not reported | Ever use, | No trend analysis conducted | No association | 4 |

| Study (Location) | Sample Size (Cases/ Controls or Cases/ Total Cohort) | Age (Years) | Subgroup Analyses | Exposure-Response Assessment | Overall Author Conclusion | NOS[1] |
|---|---|---|---|---|---|---|
| **Merritt et al. (2008), Australia [24]** | 1,576/1,509 | Range: 18-79 Mean: 57.8 (cases); 56.4 (controls) | Ever use; Duration; Histology; Pelvic surgery; Age at diagnosis; | No trend found | Positive association strongest for serous and endometrioid subtypes. | 7 |
| **Mills et al. (2004), USA [25]** | 249/1,105 | Mean ± SD: 56.6 (cases); 55 (controls) | Ever use; Frequency; Duration; Year of first use; Histology; Pelvic surgery; Time of use; Tumor behavior; Cumulative use; | No trend found | Positive association for invasive and serous invasive tumors. | 6 |

| Study (Location) | Sample Size (Cases/ Controls or Cases/ Total Cohort) | Age (Years) | Subgroup Analyses | Exposure-Response Assessment | Overall Author Conclusion | NOS[1] |
|---|---|---|---|---|---|---|
| **Moorman et al. (2009), USA [26]** | African-American: 143/189; White 943/868 | Range: 20-74 | Ever use; Ethnicity; | No trend analysis conducted | No association | 6 |
| **Ness et al. (2000), USA [27]** | 767/1,367 | Range: 20-69 | Ever use; Duration; Method of use; | No trend found | Positive association for any method of use. | 6 |
| **Rosenblatt et al. (1992), USA [28]** | 77/46 (analyzed) | Range: ≤30 – 80≥ | Ever use; Duration; Type of use; Pelvic surgery; | Positive trend for duration of use since tubal ligation | Possible association | 4 |
| **Rosenblatt et al. (2011), USA [29]** | 812/1,313 | Range: 35-74 | Ever use; Lifetime number of applications; Duration; | No trend found | Possible association | 7 |

| Study (Location) | Sample Size (Cases/ Controls or Cases/ Total Cohort) | Age (Years) | Subgroup Analyses | Exposure-Response Assessment | Overall Author Conclusion | NOS[1] |
|---|---|---|---|---|---|---|
| | | | Year of first use; Age of first use; Age of last use; Time of use; Type of use; Histology; | | | |
| **Schildkraut et al. (2016), USA [30]** | 584/745 | Range: 20-79 | Ever use; Frequency; Duration; Histology; Lifetime applications; Menopausal status; | Significant trend with frequency and duration of use, and number of lifetime applications | Positive association | 8 |
| **Tzonou et al. (1993), Greece [31]** | 189/200 | Range: <70 | Ever use; | No trend analysis conducted | No association | 5 |

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

14

| Study (Location) | Sample Size (Cases/ Controls or Cases/ Total Cohort) | Age (Years) | Subgroup Analyses | Exposure-Response Assessment | Overall Author Conclusion | NOS[1] |
|---|---|---|---|---|---|---|
| Whittemore et al. (1988), USA [32] | 188/539 | Range: 18-74 | Ever use; Frequency; Duration; Type of use; Pelvic surgery; | No trend found | Could neither implicate nor exonerate talc as an ovarian carcinogen | 4 |
| Wong et al. (1999, 2009), USA [33, 34] | 462/693 | Mean: 54.9 | Ever use; Type of use; Duration; Pelvic surgery; | No trend found | No association | 4 |
| Wu et al. (2015), USA [35] | 1,701/2,391 | Range: 18-79 | Ever use; Ethnicity; | No trend analysis conducted | Positive association among Hispanics and non-Hispanic whites, but not African Americans. | 7 |

| Study (Location) | Sample Size (Cases/ Controls or Cases/ Total Cohort) | Age (Years) | Subgroup Analyses | Exposure-Response Assessment | Overall Author Conclusion | NOS[1] |
|---|---|---|---|---|---|---|
| **Wu et al. (2009), USA [34]** | 609/688 | Range: 18-74 | Ever use; Frequency; Duration; Type of use; Histology; Time of use; Cancer stage; | Significant trend for frequency and duration of use, and number of lifetime applications | Positive association | 7 |
| ***Cohort studies*** | | | | | | |
| **Gates et al. (2010)*, USA [36]** | 797/108,870 | Range: 30-55 | ≥/week vs <1/week; Histology; | No trend analysis conducted | Possible association that varies by histological subtype. No association with mucinous tumors. | 7 |

| Study (Location) | Sample Size (Cases/ Controls or Cases/ Total Cohort) | Age (Years) | Subgroup Analyses | Exposure-Response Assessment | Overall Author Conclusion | NOS[1] |
|---|---|---|---|---|---|---|
| **Gertig et al. (2000), USA [37]** | 307/78,630 | Range: 30-55 (at cohort entry) | Ever use; Frequency; Histology; Race; | No trend found | Possible association (modest increase for serous invasive subtype) | 5 |
| **Gonzalez et al. (2016), USA [38]** | 154/41,654 | Range: 35-74 Median: 57.8 | Ever use; Time of use; | No trend analysis conducted | No association | 6 |
| **Houghton et al. (2014), USA [39]** | 429/61,285 | Range: 50-79 Mean: 63.3 | Ever use; Duration; Type of use; Histology; | No trend found | No association | 7 |

*\* Study assessed for qualitative evidence but not included in the meta-analysis*

115

---

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

116   **3. Results**

117   **3.1.    Evidence from Human Studies**

118       The multiple database search for original human studies yielded 656 references.

119   Although grey literature search yielded another 477 references, only 5 were judged

120   relevant the present analysis. Automatic followed by manual removal of duplicates

121   identified 282 references for screening and review.

122       Multi-level screening and full-text examination resulted in the in the inclusion of

123   30 studies for further qualitative/quantitative analyses (Supplementary Materials X and

124   XI). A detailed PRISMA flow diagram is shown in Figure 1 [40]. Key characteristics of

125   the included 26 case-control studies and four cohort studies are summarized in Table 1.

126       Twenty-one of the thirty studies were carried out in the USA, with the remaining

127   studies conducted in Europe (n=4), Canada (n=2), Australia (n=2) and China (n=1).

128   Forty percent (n=12) of the studies were relatively recent, published in the last decade,

129   with the remaining studies published between 1982 and 2006. The study populations

130   generally included adult women. Several studies analyzed data from populations initially

131   recruited for other purposes, such as the Nurses' Health Study (NHS) [15, 36, 37] and

132   Women's Health Initiative (WHI) [39].

133       The number of ovarian cancer patients analyzed varied from as few as 46 cases

134   [23] to 22,041 cases [15]. Twenty-seven out of the 30 included studies assessed the

135   association between ever use of perineal talc use and ovarian cancer. Subgroup

---

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

136    analyses examining the effect of frequency and duration of use, type of use, period of

137    use and other factors varied among these studies (Table 1).



138

139    Figure 1: PRISMA Flow Diagram

140    Sixty three percent (n=19) of the studies concluded the presence of a positive

141    association between perineal exposure to talc powder and ovarian cancer risk [10-16,

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

142  18, 20, 22, 24, 25, 27-30, 34-36]. Ten studies concluded the absence of an association

143  [17, 19, 21, 23, 26, 31, 33, 37-39]. Only one study could not reach a clear conclusion on

144  the presence or absence of an association [32]. Many of the included studies reported

145  variability in some of the analyzed subgroups regarding possible association between

146  exposure to talk powder and risk of ovarian cancer. Supplementary Material X presents

147  the findings and details of all the studies included in the analysis, while Supplementary

148  Material XI summarizes the strengths and limitations of each of these studies as

149  identified by the original study authors and by us.

150

151  **3.2.   Evidence from Non-Human studies**

152  After removal of duplicates, the bibliographic database searches on non-human

153  studies initially yielded 1,165 references. The 51 retained animal studies focusing on the

154  carcinogenicity of talc, mechanism of action, and toxicokinetics are summarized in

155  Supplementary Material XII.

156

157  **3.3.   Hazard Characterization**

158  **3.3.1. Evidence from Human Studies**

159  The case-control studies generally included adult women participants. Cases

160  were commonly selected from registries or hospital records, and included all eligible

161  subjects within a specific geographic region and diagnosed with ovarian cancer within a

162  predetermined time period. Controls were generally matched to cases by age and

163  residence. All the included studies compared the risk of ovarian cancer in ever vs never

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

164  users of talc (perineal application). However, several of the studies also included

165  subgroup analyses to examine the potential effect of frequency of use, duration of use,

166  tumor histology, ethnicity, method of use, lifetime number of applications, year of first

167  use, and menopausal status. Some authors concluded that the risk of ovarian cancer is

168  limited to [or stronger in] certain subgroups (weekly talc users, premenopausal women)

169  or for specific histology types (notably serous tumors).

170       Studies reported effect estimates adjusted for a variety of potential confounders

171  (see detailed tables in Supplementary Material X & XI). Age and parity were considered

172  the two most important variables that could introduce potential bias, based on prior

173  literature: few studies reported findings that were not adjusted for these two variables.

174  As many of the studies only reported on the ovarian cancer risk assessing only one

175  exposure category (comparing only ever vs never users of talc), exposure-response

176  analyses were not done in all studies. When conducted, findings from trend analyses

177  were not consistent.

178

179  **3.3.2. Evidence from Non-Human Studies**

180       The following aspects were considered in the weight of evidence assessment of

181  ovarian cancer and perineal exposure to talc:

182  - hazards arising from the physical and chemical properties of talc, including

183    potential structure-activity relationship indicative of carcinogenic potential;

184  - the toxicokinetics of talc and the ability to migrate from the perineal area to ovaries

185    and quantity at the actual target site (the tissue dose);

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

21

186    • evidence on ovarian cancer reported in animal studies; and

187    • findings from in vitro studies suggestive of mechanism of action of carcinogenic

188      effect.

189      While the data from the animal studies considered various routes of talc

190    administration are inconsistent [41-46], there are observations from in vivo and in vitro

191    studies which support the potential for local carcinogenic action of talc on fallopian,

192    ovarian and peritoneal epithelium [27, 47-53].

193      The results from the *in vitro* studies are informative for mechanisms of action of

194    possible carcinogenicity. Smith and colleagues [54] identified 10 key characteristics

195    (KCs) commonly exhibited by established human carcinogens.

196      Oxidative stress (KC 6) and inflammation (KC 5) in cell cultures induced by talc

197    have been reported by several authors [48], corresponding to two of the 10 key

198    characteristics (KCs) described by Smith et al. [54].  Several authors suggested

199    additional potential mechanisms of action through cell proliferation (KC 10) and changes

200    in gene expression, presumably facilitated by oxidative stress and dysregulated

201    antioxidant defense mechanisms [49, 55].

202      Chronic perineal or vaginal exposures of animals to talc do not directly affect

203    ovulation or steroidal hormone levels, but can induce chronic local inflammation, which

204    has been suggested as a risk factor for ovarian cancer [56]. Mechanism of action

205    studies suggested that talc can complex iron on the surface and disrupt iron

206    homeostasis, associated with oxidant generation, macrophage distress and leukotriene

---

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

22

207  released by macrophages in the surrounding cells resulting in the inflammatory

208  response which could act as a tumor promoter in both animals and humans [48, 50, 51].

209      The changes seen in cultured cells after exposure to talc [50, 51] are consistent

210  with those inflammatory and proliferative processes in the lungs seen in laboratory

211  animals after inhalation exposure in a 1993 study conducted by the US National

212  Toxicology Program [47]. In female rats, hyperplasia of alveolar epithelium was

213  associated with inflammatory response and occurred in or near foci of inflammation [47].

214  The severity of the fibrous granulomatous inflammation in the lungs increased with

215  increased talc concentrations and exposure duration and a significant association was

216  observed between inflammation and fibrosis in the lungs and the incidence of

217  pheochromocytomas in this study [47]. Overall, the avaialbe experimental data suggest

218  irritation, followed by oxidative stress and inflammation, may play be involved in local

219  carcinogenic effects of talc in the ovaries.

220      Local inflammation of the epithelial ovarian surface in rats following by injection

221  of a suspension of talc particles demonstrated the development of foreign body

222  granulomas surrounding talc particles and large ovarian bursal cysts [53]. It is generally

223  accepted that benign and malignant ovarian epithelial tumors arise from surface

224  epithelium and its cystic derivatives, and surface epithelial cysts have a greater

225  propensity to undergo neoplasia than does the surface epithelium itself [57]. Evidence

226  of neoplasms of epithelial origin, nuclear atypia, or mitotic activity in the surface

227  epithelium was not found in this study; however, focal areas of papillary changes in the

228  surface epithelium consistent with the histological signs of premalignancy were

229  observed in 40% of treated animals [53].

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

230   Data on talc migration in the genital tract of animals is inconsistent, but could not

231   exclude such possibility [58-61]. Some studies have reported lack of neutron-activated

232   talc migration from the vagina to the ovaries in cynomolgus monkeys [58], but talc

233   particles were identified in the ovaries of rats that received intrauterine instillation of talc

234   [60]. Radioactivity was not found in the ovaries of rabbits dosed intravaginally with

235   tritium-labelled talc, but was detected in cervix and fallopian tubes [59-61]. In studies in

236   humans, Henderson and colleagues [62] examined  tumor tissue of female patients with

237   ovarian and cervical tumors. The authors detected talc particles in histological samples

238   from 10 of 13 ovarian tumors, 12 of 21 cervical tumors and in 5 samples of 12 normal

239   ovarian tissues [62].

240   Historically, the concern for talc carcinogenicity has been associated with its

241   contamination by asbestos fibers (tremolite) [63], which is considered carcinogenic to

242   humans [2]. Talc, including baby powder, available in the US, contains only U.S.

243   Pharmacopeia (USP) grade pure talc [64]. Talcum powder has been asbestos-free

244   since the 1976 where the specifications for cosmetic talc were developed [65].

245

246   **3.3.3. Weight of evidence for carcinogenicity**

247   Based on our evaluation of the weight of multiple lines of evidence, we concluded

248   that perineal application of talc is a possible casue of cancer ovarian cancer in humans.

249   In 2010 the Internatinal Agency for Research on Cancer [2] categorized perineal use of

250   talc-based body powder (not containing asbestos or asbestiform fibers) as "possibly

251   carcinogenic to humans (Group 2B)" [66].

---

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

252     Table 2 summarizes the available evidence for the association of ovarian cancer

253     with perineal application of talc, organized around the nine Hill criteria [9]. Additoinal

254     details of this evaluation are given in Supplementary Material XIII.

255

256

257     **Table 2: Summary of evidence for each of the Hill Criteria of causation, as applied**

258     **to perineal application of talc and ovarian cancer**

| Criterion | Summary of Evidence |
|---|---|
| **Strength of association** | • Out of the 30 epidemiological studies, six reported positive association of statistical significance with a risk value (relative risk or odds ratio) of 1.5 or greater<br>• None of the cohort studies (n=3) found statistically significant association |
| **Consistency** | Fifteen out of thirty studies reported positive and significant associations reported in:<br>• Different ethnicities (Caucasians, African Americans, and Latin Americans);<br>• Over four decades (1982 - 2016);<br>• Mostly in studies from the United States but also in other countries (Canada, Australia and China)<br>• Case-control studies but not in cohort studies |
| **Specificity** | • Overall, the perineal talc exposure is specifically associated with cancer of the ovary and not other organs<br>• No evidence of other target organs (e.g., liver) being associated with perineal application of talc (via systemic exposure) |

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

| Criterion | Summary of Evidence |
| --- | --- |
| | • Thirteen studies included analyses by histologic type of ovarian cancer, and eight of them found a significant increase in the risk of serous ovarian cancer in talc users |
| **Temporality** | • In all case-control studies reporting positive outcome, the participants recalled that exposure to talc preceded the reported outcome<br><br>• In cohort studies, the follow up period could have been inadequate (<15 years) to detect a potential association between talc exposure and ovarian cancer |
| **Biological gradient (exposure-response)** | • About half of the epidemiological studies assessed only one level of talc exposure (ever vs never usage)<br><br>• Of the 12 studies reporting a positive association, six studies found significant exposure-response trend, particularly with medium and high frequency usage groups Regarding duration of use/exposure to talc, several studies reported the greatest risk in the 20+ years of use exposure group, followed by the 10-20 years' group, then the <10 years' group |
| **Biological plausibility** | • Particles of talc appear to migrate into the pelvis and ovarian tissue causing irritation and inflammation<br><br>• Transport of talc via perineal stroma and presence in ovaries documented<br><br>• Chronic inflammatory response and alteration in local immunogenicity are possible mechanisms |
| **Coherence** | • Results from talc epidemiology studies are coherent with the current knowledge on the risk factors for ovarian cancer (e.g., factors/physiological states associated with greater frequency and duration of ovulation are associated with increased risk of ovarian cancer) |

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

| Criterion | Summary of Evidence |
| --- | --- |
| | • Many (but not all) case-control studies reported lower risk of ovarian cancer in women who underwent pelvic surgery or tubal ligation (which disrupts the pathway and movement of talc from lower to upper genital tract) & suppressed ovulation |
| **Experimental evidence** | • Perineal application of talc has not been tested in an animal model of ovarian cancer<br>• The single animal cancer bioassay with talc conducted by the US National Toxicology Program was only by the inhalation route<br>• Rodent models may be of limited relevance because of ovulations occurring only or mainly during the breeding season and the rarity of ovarian epithelial tumors in these animals and ovaries are variously enclosed in an ovarian bursa. |
| **Analogy** | • Talc and asbestos are both silicate minerals<br>• Talc has been variably contaminated with asbestos (tremolite and anthophyllite; until 1976, talcum powders were only required to contain at least 90% mineral talc)<br>• The pleural and peritoneal mesotheliomas caused by asbestos are histologically similar to epithelial ovarian cancer associated with talc<br>• In animal models, asbestos induces ovarian epithelial hyperplasia similar to early epithelial tumors reported in women with past use of talc |

259

260

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

261    **3.4.    Meta-Analysis**

262         The use of genital talc was associated with a significant increase in the risk of

263    epithelial ovarian cancer, with an overall odds ratio [OR] based on our meta-analysis of

264    1.28 (95% confidence interval [CI]: 1.20 to 1.37 P<0.0001, $I^2$= 33%), as presented in

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

265    Figure 2. This result is comparable to those of earlier meta-analyses conducted by other

266    investigators [3, 5, 67-69] as shown in Supplementary Material I.



267

268    **FIGURE 2: Forest plot of the meta-analysis results on perineal use of talc and**

269    **risk of ovarian cancer**

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

270

271        An increased risk is more apparent in Hispanics and Whites, in women applying

272 talc to underwear, in pre-menopausal women and post-menopausal women receiving

273 hormonal therapy, as well as for the serous and endometrioid types of ovarian cancer

274 (Table 3 and Supplementary Material XIV). A negative association was noted with tubal

275 ligation. Our analysis pooled risk estimates from 27 original studies including 3 cohort

276 studies and 24 case-control studies, spanning across four decades (1982-2016) and

277 including a total of 16,352 cases and 19,808 controls from different ethnicities.

278        In assessing heterogeneity among included studies, most subgroup analyses

279 reported an $I^2$ statistic ranging between 0%-40%, which will have only a minimal impact

280 on the analysis [4]. Only three subgroup analyses (ethnicity, menopausal state, and

281 pelvic surgery) reported an $I^2$ statistic of 77%-78%, where considerable heterogeneity

282 might have had an impact on the results [4]. (See Table 3 and Supplementary Material

283 XIV for a listing of $I^2$ statistic values for the different subgroup analyses)

284        Whereas case-control studies showed a significant increase in the risk of ovarian

285 cancer for ever vs never users of talc powder [OR: 1.32 (95% CI: 1.24 to 1.40), P <

286 0.00001, $I^2$= 22%], cohort studies failed to show a significant increase in risk [OR: 1.06

287 (95% CI: 0.9 to 1.25), P= 0.49, $I^2$= 17%]. Thirteen out of 24 case-control studies (54%)

288 showed a statistically significant association, whereas none of the 3 cohort studies

289 showed a significant overall association between ever vs never genital talc exposure

290 and risk of ovarian cancer.

---

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

291    Subgroup analysis by study quality (NOS≥7 vs NOS<7) did not show any

292    significant differences in the overall pooled risk estimate. Similarly, there were no

293    differences among subgroup analysis conducted by decade of publication. A significant

294    association was observed for population-based studies [OR: 1.34 (95% CI: 1.27 to

295    1.41), P < 0.00001, $I^2$= 0%], but for enlisting hospital-based controls [OR: 0.96 (95% CI:

296    0.78 to 1.17), P= 0.66, $I^2$= 0%].

297    We conducted influence analysis to examine the impact of individual studies on

298    the results of our meta-analysis. No appreciable changes were observed regarding the

299    overall association of perineal talc exposure and the risk of ovarian cancer in response

300    to the exclusion of any one study. Detailed results from the influence analysis are

301    provided (Supplementary Material XIV).

302    Subgroup analysis based on ethnicity indicated that Hispanic women using talc

303    showed the most significant increase in risk of ovarian cancer [OR: 1.70 (95% CI: 1.17

304    to 2.47), P = 0.005, $I^2$= 0%], followed by White women [OR: 1.28 (95% CI: 1.10 to 1.49],

305    P= 0.001, $I^2$= 56%). African-American women showed a non-significant association with

306    ovarian cancer in [OR: 1.67 (95% CI: 0.90 to 3.10), P= 0.1, $I^2$= 48%].

307    Analyzing exposure by frequency of talc use, talc exposure was stratified into

308    three groups: high (once daily for >25 days/month), medium (once daily for 10–25

309    days/month) and low (once daily for 1–<10 days/month). The OR for the high-use group

310    was higher in the high-use group compared to the other two groups (medium and low-

311    use groups). Duration of talc use was stratified into three groups: <10 years, 10 – <20

312    years, and 20+ years. The overall odds ratio of the <10 years' group was lower than the

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

31

313    OR for the 10 – <20 years' group. On the other hand, the OR for the 20+ years' group

314    was lower and not statistically significant. However, this OR was based on two studies

315    that showed considerable heterogeneity ($I^2$=75%). Examining the method of application

316    of talc, application to the underwear subgroup had a statistically significant OR, which

317    was the highest among all subgroups. Diaphragm use showed an expected, yet non-

318    significant, negative association with ovarian cancer, which may be due to its action

319    blocking the ascent of talc particles up the reproductive tract.

320        Pooled risk estimates were statistically significant for two histological types of

321    ovarian cancer: serous tumors [OR: 1.38 (95% CI: 1.22 to 1.56), P < 0.00001, $I^2$= 0%]

322    and endometrioid tumors [OR: 1.39 (95% CI: 1.05 to 1.82), P= 0.03, $I^2$= 2%]. The

323    mucinous type showed a non-significant association [OR: 1.05 (95% CI: 0.85 to 1.29),

324    P= 0.41, $I^2$= 23%], while there were not sufficient studies to examine the other types of

325    ovarian cancers. Regarding tumor behavior, there was no appreciable difference

326    between invasive [OR: 1.38 (95% CI: 1.15 to 1.65), P= 0.0004, $I^2$= 0%] and borderline

327    [OR: 1.43 (95% CI: 1.08 to 1.89), P= 0.01, $I^2$= 19%] grades of ovarian cancer.

328    Borderline serous tumors showed slightly greater risk [OR: 1.39 (95% CI: 1.09 to 1.78),

329    P= 0.008, $I^2$= 0%] compared to the serous invasive grade [OR: 1.32 (95% CI: 1.13 to

330    1.54), P= 0.0004, $I^2$= 24%], while both showed a significant association with perineal

331    talc exposure. However, the mucinous tumors showed a non-significant association with

332    talc exposure, with invasive grades being associated with a greater risk [OR: 1.34 (95%

333    CI: 0.48 to 3.79), P= 0.58, $I^2$= 70%] compared to the borderline grade [OR: 1.18 (95%

334    CI: 0.76 to 1.82), P < 0.46, $I^2$= 34%].

---

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

335    Among post-menopausal women, those receiving hormonal therapy showed the

336    greatest risk [OR: 2.28 (95% CI: 1.72 to 3.01), P < 0.00001, $I^2$= 0%], followed by pre-

337    menopausal women [OR: 1.42 (95% CI: 1.16 to 1.75), P= 0.0008, $I^2$= 0%], and then

338    post-menopausal women not receiving hormonal therapy [OR: 1.05 (95% CI: 0.84 to

339    1.32), P= 0.66, $I^2$= 25%]. This subgroup analysis suggests that hormonal factors,

340    especially estrogens influence the risk of developing ovarian cancer among

341    postmenopausal women who have perineal talc exposure.

342    Women with prior ligation of the Fallopian tubes showed a significant reduction in

343    risk [OR: 0.64 (95% CI: 0.45 to 0.92), P= 0.02, $I^2$= 19%] against ovarian cancer

344    compared to hysterectomy [OR: 0.89 (95% CI: 0.54 to 1.46), P= 0.65, $I^2$= 61%],

345    whereas both surgeries combined showed no effect [OR: 1.06 (95% CI: 0.78 to 1.42),

346    P= 0.72, $I^2$= 61%]. This might be attributed to the fact that tubal ligation is usually

347    performed at an earlier age, thus preventing entry of talc into the reproductive tract

348    earlier and prolonged exposure to talc, compared to hysterectomy that is performed

349    later in life where a higher exposure has already taken place. In a recent meta-analysis

350    [70], the authors reported a negative association of tubal ligation (27 studies) and

351    hysterectomy (15 studies) with the risk of ovarian cancer: this negative association was

352    more apparent in women who had the surgery at an earlier age. A highly plausible

353    mechanism for this association, as suggested by the authors, involves blocking of

354    ascent of agents such as talc to the ovaries.

355    A summary of results of our meta-analysis is shown in Table 3. Forest plots of all

356    sub-group analyses are provided in Supplementary Material XIV.

---

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

357

358

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

34

359    **Table 3: Results of the subgroup analysis of talc exposure and ovarian cancer**

| Outcome or Subgroup | Studies | Effect Estimate [95% CI] | Heterogeneity $I^2$ Statistic [p-value] |
|---|---|---|---|
| **1. Talc use** | | | |
| Ever vs. Never | 27 | 1.28 [1.20, 1.37] | 33% [< 0.00001] |
| Ethnicity | 3 | | 77% [0.08] |
| *African Americans* | 3 | 1.67 [0.90, 3.10] | 48% [0.10] |
| *Hispanics* | 2 | 1.70 [1.17, 2.47] | 0% [0.005] |
| *Whites* | 3 | 1.28 [1.11, 1.49] | 56% [0.001] |
| *Asians* | 1 | 0.04 [0.01, 0.16] | N/A |
| **2. Study Assessment** | | | |
| 2.1. Study Design | 27 | | 33% [< 0.00001] |
| *Case-Control* | 24 | 1.32 [1.24, 1.40] | 22% [< 0.00001] |
| *Cohort* | 3 | 1.06 [0.90, 1.25] | 17% [0.49] |
| 2.2. Type of Controls | 24 | | 22% [< 0.00001] |
| *Hospital-based* | 4 | 0.96 [0.78, 1.17] | 0% [0.66] |
| *Population-based* | 19 | 1.34 [1.27, 1.41] | 0% [< 0.00001] |
| *Combined* | 1 | 1.45 [0.81, 2.60] | N/A |
| 2.3. Quality Score (NOS) | 27 | | 33% [< 0.00001] |
| *NOS >=7* | 12 | 1.32 [1.25, 1.40] | 0% [< 0.00001] |
| *NOS <7* | 15 | 1.21 [1.05, 1.39] | 47% [0.009] |
| 2.4. Publication Year | 27 | | 33% [< 0.00001] |
| *1980-1989* | 4 | 1.23 [0.81, 1.88] | 66% [0.33] |
| *1990-1999* | 8 | 1.30 [1.13, 1.50] | 24% [0.0003] |
| *2000-2009* | 8 | 1.25 [1.14, 1.37] | 18% [< 0.00001] |
| *2010 and beyond* | 7 | 1.31 [1.18, 1.45] | 44% [< 0.00001] |
| **3. Talc Exposure** | | | |
| 3.1. Frequency of Use | 7 | | 35% [< 0.00001] |
| *Low* | 5 | 1.22 [0.96, 1.54] | 54% [0.10] |
| *Medium* | 2 | 1.22 [0.98, 1.53] | 0% [0.08] |
| *High* | 7 | 1.39 [1.22, 1.58] | 23% [< 0.00001] |
| 3.2. Duration of Use | 6 | | 5% [0.0008] |
| *<10 Years* | 5 | 1.22 [1.03, 1.45] | 0% [0.02] |

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

| Outcome or Subgroup | Studies | Effect Estimate [95% CI] | Heterogeneity $I^2$ Statistic [p-value] |
|---|---|---|---|
| *10 - <20 Years* | 2 | 1.42 [1.02, 1.99] | 0% [0.04] |
| *20+ Years* | 2 | 1.19 [0.71, 1.98] | 75% [0.51] |
| 3.3. Method of Use | 13 | | 52% [0.001] |
| *Sanitary Napkin* | 11 | 1.12 [0.91, 1.39] | 50% [0.29] |
| *Diaphragm* | 10 | 0.87 [0.72, 1.05] | 25% [0.14] |
| *Underwear* | 2 | 1.70 [1.27, 2.28] | 0% [0.0004] |
| *Male Condom* | 3 | 0.99 [0.73, 1.32] | 0% [0.92] |
| **4. Tumor Histology** | | | |
| 4.1. Tumor Histology | 8 | | 23% [< 0.00001] |
| *Serous* | 7 | 1.38 [1.22, 1.56] | 0% [< 0.00001] |
| *Mucinous* | 5 | 1.05 [0.85, 1.29] | 23% [0.41] |
| *Endometrioid* | 6 | 1.39 [1.05, 1.82] | 2% [0.03] |
| *Clear Cell* | 1 | 0.63 [0.15, 2.65] | |
| **5. Tumor Behavior** | | | |
| 5.1. All Grades | 4 | | 0% [< 0.00001] |
| *All Invasive* | 3 | 1.38 [1.15, 1.65] | 0% [0.0004] |
| *All Borderline* | 4 | 1.43 [1.08, 1.89] | 19% [0.01] |
| 5.2. Serous | 5 | | 0% [< 0.00001] |
| *Serous Invasive* | 5 | 1.32 [1.13, 1.54] | 24% [0.00004] |
| *Serous Borderline* | 3 | 1.39 [1.09, 1.78] | 0% [0.008] |
| 5.3. Mucinous | 3 | | 38% [0.40] |
| *Mucinous Invasive* | 2 | 1.34 [0.48, 3.79] | 70% [0.58] |
| *Mucinous Borderline* | 3 | 1.18 [0.76, 1.82] | 34% [0.46] |
| 5.4. Endometrioid | 1 | | N/A |
| *Endometrioid* Invasive | 1 | 1.38 [1.06, 1.80] | |
| 5.5. Clear Cell | 1 | | N/A |
| *Clear Cell Invasive* | 1 | 1.01 [0.65, 1.57] | |
| **6. Modifiers** | | | |
| 6.1. Menopausal State | 2 | | 78% [0.007] |
| *Pre-menopausal* | 2 | 1.42 [1.16, 1.75] | 0% [0.0008] |
| *Post-Menopausal (HT)* | 2 | 2.28 [1.72, 3.01] | 0% [< 0.00001] |
| *Post-Menopausal (no HT)* | 2 | 1.05 [0.84, 1.32] | 25% [0.66] |

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

| Outcome or Subgroup | Studies | Effect Estimate [95% CI] | Heterogeneity $I^2$ Statistic [p-value] |
|---|---|---|---|
| 6.2. Pelvic Surgery | 7 | | 78% [0.35] |
| *Tubal Ligation* | 3 | 0.64 [0.45, 0.92] | 19% [0.02] |
| *Hysterectomy* | 4 | 0.89 [0.54, 1.46] | 61% [0.65] |
| *Combined* | 4 | 1.06 [0.78, 1.42] | 61% [0.72] |

**\* NOS:** Newcastle-Ottawa Scale for quality scoring of observational studies

**\*\* Low:** Once daily for 1 – <10 days/month; **Medium:** Once daily for 10 –25 days/month; **High:** Once daily for >25 days/month

## 3.5.    Exposure-Response Assessment

The effect of increasing frequency or duration of perineal use of talc and the risk of ovarian cancer was assessed in the majority of the studies included in this review. Conflicting findings were reported on the nature of the exposure-response relationship: 11 studies concluded that there is no exposure-response, five studies reported a significant positive trend with either frequency or duration of talc use, and two studies concluded that there might be an exposure-response. The remaining twelve studies did not perform or report on trend analyses.

Findings from the seven studies that indicated a potential increased risk of ovarian cancer associated with increasing use of talc are presented in Table 4. The study by Cramer et al. [15] provides the strongest evidence of an exposure-response relationship and could be considered as a key study for exposure-response assessment. The data used in this study were generated from the Nurses' Health Study

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

378    originally conducted by Belanger et al. [71], a well-designed high quality cohort study of

379    the factors affecting women's health. The results of this study show an increased risk of

380    ovarian cancer at the three highest exposure categories in this study, with the risk at the

381    lowest exposure level [OR: 1.15 (95% CI: 0.89 to 1.47)] being numerically, although not

382    significantly, elevated. Other studies in Table 4 have provided findings in support of an

383    exposure response based on increasing number of talc applications [20, 30, 34].

384         In order to permit more direct comparisons of the exposure-response findings

385    from these studies, and whenever the original study data permits, we standardized

386    exposure measurements into talc-years as shown in Figure 3. Data points were

387    selected from studies after excluding potential data points that are lacking precise

388    information on the level of exposure to talc. The mid-point of the exposure categories in

389    the exposure-response studies was used for exposure-response assessment.

390         Overall, the graphical results shown in this Figure 3 suggest a possible

391    increasing trend in ovarian cancer risk with increasing cumulative exposure to talc;

392    however, there is also a high degree of uncertainty surrounding many of the individual

393    risk estimates. (A formal statistical test for trend was not attempted because of the high

394    degree of heterogeneity among studies noted previously in our meta-analysis discussed

395    in section 3.4.)

396

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

397



398

399

400 **Figure 3: Ovarian cancer risk estimates at increasing levels of exposure to talc, as**
401 **reported from multiple studies**

402

403

404

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

405    **Table 4: Summary of studies that reported ORs for increasing number of lifetime perineal talc applications**

| Study | Stratification | Reported Exposure-Response Strata | aOR* | 95% CI |
|---|---|---|---|---|
| Schildkraut et al. (2016) [30] | Lifetime genital powder | <3,600 applications, any genital use vs (never use) | 1.16 | [0.83, 1.63] |
| | | >3,600 applications, any genital use vs (never use) | 1.67 | [1.23, 2.26] |
| Whittemore et al. (1988) [32] | Overall trend | Overall trend for 30 uses per month | 1.3 | [0.88, 1.92] |
| Wu et al. (2009) [34] | By total times of talc | ≤ 5,200 times vs nonuse | 1.2 | [0.77, 1.88] |
| | | 5,201 − 15,600 times vs nonuse | 1.38 | [0.87, 2.20] |
| | use | 15,601 − 52,000 times vs nonuse | 1.34 | [0.89, 2.02] |
| | | > 52,000 times | 1.99 | [1.34, 2.96] |
| Mills et al. (2004) [25] | By cumulative use | First quartile (lowest exposure) | 1.03 | [0.59, 1.80] |
| | | Second quartile | 1.81 | [1.10, 2.97] |
| | (frequency × duration) | Third quartile | 1.74 | [1.11, 2.73] |
| | | Fourth quartile (highest exposure) | 1.06 | [0.62, 1.83] |
| Rosenblatt et al. (2011) [29] | By lifetime number of | 1-1,599 applications | 1.21 | [0.71, 2.06] |
| | applications of perineal | 1,600-4,799 applications | 2.08 | [1.32, 3.27] |
| | | 4,800-9,999 applications | 0.87 | [0.50, 1.53] |
| | powder after bathing | ≥10,000 applications | 0.87 | [0.48, 1.57] |
| Cramer et al. (2016) [15] | By total genital | ≤360 total genital applications | 1.15 | [0.89, 1.47] |
| | applications | 361-1,800 total genital applications | 1.36 | [1.06, 1.75] |
| | | 1,801-7,200 total genital applications | 1.41 | [1.10, 1.80] |
| | | >7,200 total genital applications | 1.39 | [1.11, 1.75] |
| Harlow et al. (1992) [20] | Total Lifetime Perineal | < 1,000 applications | 1.3 | [0.7, 2.7] |
| | Applications* | 1,000 - 10,000 applications | 1.5 | [0.9, 2.4] |
| | | >10,000 applications | 1.8 | [1.0, 3.0] |

406    * aOR: adjusted odds ratio

407    ** 10,000 applications are equivalent to daily use for 30 year

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

## 4.  Discussion

The present analysis of the association between perineal use of talc powder and ovarian cancer risk considered four decades of scientific work exploring the epidemiological associations and non-human studies. The motivation for this review is based on two questions: what do human epidemiology studies of perineal talc exposure reveal about potential ovarian carcinogenicity, and what do in-vitro and in-vivo studies suggest about potential mechanisms of toxicity?

A systematic review of the human epidemiology studies was conducted to address the first question. Thirty observational epidemiologic studies were identified and assessed for quality using the NOS [6]. In parallel with the review of human epidemiological evidence, a (non-systematic) review of evidence exploring in vitro and in vivo toxicology data on talc was conducted to explore how talc might produce biological changes. This latter review provides some insights concerning possible mechanisms of talc toxicity, including oxidative stress, immune system alterations and inflammatory responses. However, it also indicates that talc is not genotoxic. In total, the epidemiology studies suggest that perineal exposure to talc powder is a possible human ovarian carcinogen but there are concerns that the actual exposure experienced by these women over the past 40-50 years is not well understood. As reported by Langesth and colleagues [67], there had been some concern that asbestos-contaminated talc powder that was produced prior to 1976 might have been a confounder; however, the similarity of findings between studies published prior to and after this point suggests asbestos contamination does not explain the positive association between perineal use of talc powder and risk of ovarian cancer [25, 27].

431         Human observational studies have inherent limitations that could bias the

432   findings. Potentially important sources of bias reported in the included studies include:

433   1) selection bias due to low response rates from cases and controls or from limiting

434   subjects to English-speaking women of two specific races, and 2) exposure

435   misclassification due to recall bias inherent in case control studies. Other limitations

436   included small sample sizes in some studies, small numbers of subjects in subgroup

437   analyses, lack of information on duration of talc use in many studies that only compared

438   ever vs never users, as well as lack of information on the talc content of the different

439   brands of genital powders used. In two of the three cohort studies, the follow-up period

440   between exposure assessment and end of study could have been inadequate to detect

441   a potential association between talc exposure and ovarian cancer. Houghton et al. [39]

442   reported a mean follow up of 12.4 years, while Gates et al. [36] followed a cohort of

443   women for 24 years. However, Gertig et al. [37] and Gonzalez et al. [38] noted that one

444   of their main limitations is the relatively short follow up periods that may not be

445   adequate to detect a potential association between talc exposure and ovarian cancer.

446   For example, studies of smoking and ovarian cancer suggest that follow-up periods as

447   long as four decades improve recognition of the carcinogenic effects of smoking [72];

448   longer follow up periods may also improve characterization of the association between

449   talc and ovarian cancer. In this regard, the minimum latency period for radiation-induced

450   ovarian cancer among Hiroshima atomic bomb survivors has been reported to range

451   from 15 to 20 years [73, 74]. Common strengths reported in most studies were the

452   selection of population controls in many of the case control studies and having relatively

453   large sample sizes that allowed a multitude of stratified analyses.

454        Effect estimates in this meta-analysis were pooled from 24 case control studies

455    and 3 cohort studies, and refer to ever vs never use of perineal talc. Pooling by study

456    design showed a notably higher risk estimate for case-control [OR: 1.32 (95% CI: 1.24

457    to 1.40), P < 0.00001, $I^2$= 22%] compared to cohort studies [OR: 1.06 (95% CI: 0.9 to

458    1.25), P= 0.49, $I^2$= 17%]. Although the reasons for this are unclear, the difference could

459    potentially be due to issues relating to latency, study power, or exposure

460    misclassification.

461        Although cohort study designs are efficient for examining diseases with a long

462    latency period, it is essential that the period between talc exposure and the cancer

463    diagnosis be sufficiently long. Gonzalez et al. [38] suggested that the latency period for

464    ovarian cancer is between 15 to 20 years. In the cohort studies included in this review,

465    Houghton et al. [39] reported a mean follow up of 12.4 years while Gates et al. [36]

466    followed a cohort of women for 24 years. Gertig et al. [37] and Gonzalez et al. [38]

467    noted that one of their studies' main limitations was the relatively short follow up periods

468    that may not be adequate to detect a potential association between talc exposure and

469    ovarian cancer.

470        In addition, cohort studies included may have been underpowered to detect an

471    odds ratio (relative risk) of 1.3 estimated from the case control studies. This was noted

472    by Narod et al. [75], who suggest that cohorts of at least 200,000 women would be

473    needed to reach statistical significance if the true odds ratio is 1.3. The cohort studies

474    included in this review included much smaller cohort sizes, ranging between 41,654 and

475    78,630 women.

476    Finally, in cohort studies, talc exposure was assessed at cohort entry and was

477    used as a measure of chronic talc use during follow up. It is possible that women who

478    were not exposed to perineal talc at the time of cohort entry began using talc at a later

479    time, and vice versa, possibly introducing non-differential misclassification of exposure,

480    which could bias the risk estimate towards the null value of unity. Conversely, in the

481    presence of differential exposure misclassification, a bias away from the null hypothesis

482    could accentuate differences between the cohort and case-control studies.

483

484    **4.1.    Exposures and outcomes**

485    All epidemiological studies included in our review evaluated the association

486    between the perineal application of talc and subsequent diagnosis of ovarian cancer.

487    Perineal vs body exposure is an important distinction, as the movement of talc is

488    thought to follow an ascending path from the perineum through the vagina, uterus and

489    fallopian tubes to the ovarian (as well as fallopian tube and peritoneal) epithelium.

490    Ovarian cancer is a common gynecologic malignancy in developed and

491    developing countries. Risk factors for ovarian cancer include age, infertility,

492    nulligravidity, endometriosis, hereditary ovarian cancer, tobacco and asbestos.

493    Protective factors for ovarian cancer include oral contraceptives, bilateral tubal

494    ligation, salpingo-oophorectomy, hysterectomy, and breast feeding [76]. It is a difficult

495    cancer to diagnose early, with approximately 60% of the individuals diagnosed after the

496    cancer has metastasized from the pelvic region, where this cancer begins. In the meta-

497    analysis, comparing ovarian cancer risk among women who used talc versus those who

498    never used talc (using both case-control and cohort designs), we observed an

499    approximate 30% increase in ovarian cancer risk in the group who used talc. The most

500    common type of ovarian cancer seen in the general population, and among the women

501    exposed to talc were of epithelial origin, most common histologic type (accounting for

502    about 95% of all cases in the general population), and of serous morphology, the most

503    common subtype (comprising about 75% in the general population).

504        The cell-type of origin and morphology of talc induced ovarian cancer is similar to

505    that observed in typical ovarian cancer with approximately 95% derived from epithelium

506    (from fallopian tube fimbriae, ovarian or peritoneal) with serous tumors as the most

507    common subtype. Like most ovarian cancers, those associated with talc exposure are

508    typically diagnosed late in the course of the disease (~60% are diagnosed after the

509    disease has spread outside of the pelvis). This late diagnosis complicates our

510    understanding of the history and origin of the disease.

511        Demographic factors were analyzed using subgroup analysis where possible,

512    and these were generally consistent with what has been previously observed with

513    respect to ethnicity and risk of ovarian cancer. Additionally, these data also provide

514    support for a mechanism of ovarian cancer induction working via an inflammatory

515    pathway associated with oxidative stress [27, 77, 78].

516        A small number of studies explored the issue of ethnicity: Asians (1 study),

517    Hispanics (2 studies), and African-Americans and Whites (3 studies each). Among

518    these studies the risk for talc associated ovarian cancer was 1.70 (Hispanics), 1.67

519    (African Americans), 1.28 (Whites) and 0.04 (Asians). These risk factors compare with

520    the demographics of ovarian cancer in the US population with an overall prevalence of

521  ovarian cancer of 12.7/100,000 among Whites 13.4/100,00, Hispanics 11.3/100,000,

522  African Americans 9.8/100,000, and Asians 9.8/100,000. The difference in US

523  prevalence and risk of talc induced ovarian cancer among Hispanics and African

524  Americans may provide further evidence concerning exposures or mechanism of action

525  [76].

526      A variety of factors were assessed with respect to the studies contributing to the

527  meta-analysis, including study quality (NOS) and publication year. In general, the risk of

528  talc associated ovarian cancer was similar among studies with an NOS ≥7 or NOS <7.

529  Year of publication also failed to demonstrate a significant impact on reported talc risk

530  estimates.

531

## 532  4.2.  Exposure metrics

533      Given that the epidemiological studies indicate that talc is a possible human

534  carcinogen, we next evaluated the studies to identify those comparing differences in

535  exposure. The initial assessment exploring frequency of use, utilized a qualitative

536  exposure metric: low, medium and high. Ovarian cancer was observed to increase

537  between the medium and high exposure groups, consistent with an exposure-response

538  relationship. Several studies explored duration of use (years) and risk of ovarian cancer;

539  20+ years (2 studies),10 (5 studies), 10/20 (2 studies), and observed that the risk was

540  greatest in the 20+ year exposure group, followed by lower risk in the 10/20 year and

541  <10-year exposure groups.

542      Several studies explored the route of exposure or approach to talc application on

543  ovarian cancer risk, including; hysterectomy, bilateral tubal ligation, diaphragm,

544    underwear, sanitary napkin, as these can provide insight into differences in exposure of

545    the fallopian tube, ovarian and peritoneal epithelium. Use of a diaphragm, as well as

546    tubal ligation act to interrupt exposure of perineal talc to reproductive tract. In contrast,

547    application to underwear and sanitary napkin exposure will provide broader exposures.

548    As hypothesized, the use of diaphragm and bilateral tubal ligation decreased ovarian

549    cancer risk [22].

550

551    **4.3.    Modifying Factors**

552        Modifiers of the risk of ovarian cancer, either associated with talc exposure, or a

553    spontaneous disease, can provide clues to potential mechanisms of causation.

554    Menopausal status and use of hormones can modify the risk for ovarian cancer. For

555    example, among post-menopausal women receiving hormonal therapy the risk for

556    ovarian cancer is greater than those who are premenopausal and those who are post-

557    menopausal not receiving hormone therapy. It has also been observed that women

558    receiving fertility treatment who do not become pregnant are at greater risk for ovarian

559    cancer [22]. These data suggest that hormonal status (elevated estrogens and/or

560    gonadotropins) plays a role in the mechanism of action of talc associated ovarian

561    cancer.

562        Subgroup analyses in the meta-analysis indicated that interruption of the

563    pathway from perineum to pelvis (as with bilateral tubal ligation or use of diaphragm)

564    decreased risk for ovarian cancer. This supports the hypothesis that talc acts by local

565    action on the ovary. Given the data developed in non-human studies suggesting an

566    inflammatory response of epithelial cells to talc, and histological observations

567   corroborating those observations, additional support for an inflammatory pathway

568   leading to ovarian cancer is provided. One study recently explored the use of anti-

569   inflammatory drugs and observed a decreased risk for ovarian cancer, also supporting

570   the importance of an inflammatory pathway with oxidative stress [77].

571



**Systematic review of evidence based on human studies on talc and ovarian cancer**

30 relevant studies identified and data abstracted;
further, assigned quality scores using Newcastle-Ottawa Scale.

**Review of evidence based on non-human studies on talc and ovarian cancer**

48 relevant studies identified and abstracted data;
further, assigned quality scores using Klimisch Scoring system.

**Qualitative evaluation of the weight of evidence for the carcinogenicity of talc**

Using the Bradford-Hill Criteria for weight of evidence evaluation, perineal application of talc
can be considered possibly carcinogenic to humans

**Quantitative evaluation of the association between talc and ovarian cancer**

Based on meta-analysis of 27 studies, perineal exposure to talc was associated with a significant increase
of the risk of epithelial ovarian cancer (OR=1.28; 95% CI: 1.20-1.37)

**Integration of findings**

Currently available scientific and epidemiological data suggest that perineal application of talc may be a
risk factor for ovarian cancer in some population subgroups.

572

573   **Figure 4: Detailed process flow for assessment of talc carcinogenicity**

574

575  ## 5.  Conclusion

576  We conducted an extensive search, examination, assessment and analysis of

577  evidence from published human and non-human original as well as all published

578  reviews that considered the association between genital/perineal use of talc powder and

579  risk of ovarian cancer. The steps followed in conducting this review are summarized in

580  Figure 4, along with the key findings at each step. Consistent with previous evaluations

581  the IARC in 2010 [2], and subsequent evaluations by individual investigators [3, 5, 69],

582  the present comprehensive evaluation of all currently available relevant data indicates

583  that perineal exposure to talc powder is a possible cause of ovarian cancer in humans.

584

585  ## 6.  Source of Funding

586  This work was supported by Health Canada as part of their Chemicals

587  Management Plan via contract # 4600001163 to Risk Sciences International (RSI),

588  Ottawa, ON, Canada.

589

590  ## 7.  Acknowledgments and Declarations

591  All authors who contributed to both this study and manuscript report no conflict of

592  interest in relation to the planning for and conducting this study as well as the

593  preparation of this manuscript. Although the research project and manuscript

594  preparation were conducted under contract to Health Canada, the views and

595  conclusions presented in this article are those of the authors alone.

596        D. Krewski is the Natural Sciences and Engineering Council of Canda Chair in

597   Risk Science at the University of Ottawa, and Chief Risk Scientist for Risk Sciences

598   International (RSI), a Canadian company established in 2006 in partnership with the

599   University of Ottawa (www.riskciences.com). Dr. Mohamed Kadry Taher, Ms. Nawal

600   Farhat, and Dr. Donald Mattison report personal fees from RSI in relation to this work. A

601   preliminary version of this paper was presented at the National Cancer Institute

602   Directors' Meeting held in Lyon, France on July 11-13, 2018 and benefited from

603   comments provided by international experts attending that meeting.

604

605

606

## 8. References

[1] R. Siegel, J. Ma, Z. Zou, A. Jemal, Cancer statistics, 2014, CA: A Cancer Journal for Clinicians 64(1) (2014) 9-29.

[2] IARC/International Agency for Research on Cancer, Carbon black, titanium dioxide, and talc, IARC Monogr Eval Carcinog Risks Hum 93 (2010) 1-413.

[3] W. Berge, K. Mundt, H. Luu, P. Boffetta, Genital use of talc and risk of ovarian cancer: a meta-analysis, European journal of cancer prevention : the official journal of the European Cancer Prevention Organisation (ECP)  (2017).

[4] J. Higgins, S. Green, Cochrane Handbook for Systematic Reviews of Interventions, 2011. www.cochrane-handbook.org.

[5] R. Penninkilampi, G.D. Eslick, Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis, Epidemiology 29(1) (2018) 41-49.

[6] G. Wells, B. Shea, D. O'Connell, J. Peterson, V. Welch, M. Losos, P. Tugwell, The Newcastle-Ottawa Scale (NOS) for assessing the quality of nonrandomised studies in meta-analyses, 2008. http://www.ohri.ca/programs/clinical_epidemiology/oxford.asp. (Accessed May 8 2017).

[7] H.J. Klimisch, M. Andreae, U. Tillmann, A systematic approach for evaluating the quality of experimental toxicological and ecotoxicological data, Regulatory toxicology and pharmacology : RTP 25(1) (1997) 1-5.

625    [8] K. Schneider, M. Schwarz, I. Burkholder, A. Kopp-Schneider, L. Edler, A. Kinsner-Ovaskainen,

626    T. Hartung, S. Hoffmann, "ToxRTool", a new tool to assess the reliability of toxicological data,

627    Toxicology letters 189(2) (2009) 138-44.

628    [9] A.B. Hill, The Environment and Disease: Association or Causation?, Proceedings of the Royal

629    Society of Medicine 58 (1965) 295-300.

630    [10] M. Booth, V. Beral, P. Smith, Risk factors for ovarian cancer: a case-control study, Br J

631    Cancer 60(4) (1989) 592-8.

632    [11] S. Chang, H.A. Risch, Perineal talc exposure and risk of ovarian carcinoma, Cancer 79(12)

633    (1997) 2396-401.

634    [12] Y. Chen, P.C. Wu, J.H. Lang, W.J. Ge, P. Hartge, L.A. Brinton, Risk factors for epithelial

635    ovarian cancer in Beijing, China, International journal of epidemiology 21(1) (1992) 23-9.

636    [13] L.S. Cook, M.L. Kamb, N.S. Weiss, Perineal powder exposure and the risk of ovarian

637    cancer.[Erratum appears in Am J Epidemiol 1998 Aug 15;148(4):410], American Journal of

638    Epidemiology 145(5) (1997) 459-65.

639    [14] D.W. Cramer, W.R. Welch, R.E. Scully, C.A. Wojciechowski, Ovarian cancer and talc: a case-

640    control study, Cancer 50(2) (1982) 372-6.

641    [15] D.W. Cramer, A.F. Vitonis, K.L. Terry, W.R. Welch, L.J. Titus, The Association Between Talc

642    Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States, Epidemiology

643    27(3) (2016) 334-46.

644  [16] M.A. Gates, S.S. Tworoger, K.L. Terry, L. Titus-Ernstoff, B. Rosner, I.d. Vivo, D.W. Cramer,

645  S.E. Hankinson, Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial

646  ovarian cancer, Cancer Epidemiol Biomarkers Prev 17(9) (2008) 2436-2444.

647  [17] B. Godard, W.D. Foulkes, D. Provencher, J.S. Brunet, P.N. Tonin, A.M. Mes-Masson, S.A.

648  Narod, P. Ghadirian, Risk factors for familial and sporadic ovarian cancer among French

649  Canadians: a case-control study, Am J Obstet Gynecol 179(2) (1998) 403-10.

650  [18] A. Green, D. Purdie, C. Bain, V. Siskind, P. Russell, M. Quinn, B. Ward, Tubal sterilisation,

651  hysterectomy and decreased risk of ovarian cancer. Survey of Women's Health Study Group,

652  International Journal of Cancer 71(6) (1997) 948-51.

653  [19] B.L. Harlow, N.S. Weiss, A case-control study of borderline ovarian tumors: the influence of

654  perineal exposure to talc, American Journal of Epidemiology 130(2) (1989) 390-4.

655  [20] B.L. Harlow, D.W. Cramer, D.A. Bell, W.R. Welch, Perineal exposure to talc and ovarian

656  cancer risk, Obstet Gynecol 80(1) (1992) 19-26.

657  [21] P. Hartge, R. Hoover, L.P. Lesher, L. McGowan, Talc and ovarian cancer, JAMA : the journal

658  of the American Medical Association 250(14) (1983) 1844.

659  [22] M.L. Kurta, K.B. Moysich, J.L. Weissfeld, A.O. Youk, C.H. Bunker, R.P. Edwards, F. Modugno,

660  R.B. Ness, B. Diergaarde, Use of fertility drugs and risk of ovarian cancer: results from a U.S.-

661  based case-control study, Cancer Epidemiol Biomarkers Prev 21(8) (2012) 1282-92.

662     [23] H. Langseth, K. Kjaerheim, Ovarian cancer and occupational exposure among pulp and

663     paper employees in Norway, Scand J Work Environ Health 30(5) (2004) 356-61.

664     [24] M.A. Merritt, A.C. Green, C.M. Nagle, P.M. Webb, Australian Cancer Study, Australian

665     Ovarian Cancer Study Group, Talcum powder, chronic pelvic inflammation and NSAIDs in

666     relation to risk of epithelial ovarian cancer, International Journal of Cancer 122(1) (2008) 170-6.

667     [25] P.K. Mills, D.G. Riordan, R.D. Cress, H.A. Young, Perineal talc exposure and epithelial

668     ovarian cancer risk in the Central Valley of California, International Journal of Cancer 112(3)

669     (2004) 458-64.

670     [26] P.G. Moorman, R.T. Palmieri, L. Akushevich, A. Berchuck, J.M. Schildkraut, Ovarian cancer

671     risk factors in African-American and white women, Am J Epidemiol 170(5) (2009) 598-606.

672     [27] R.B. Ness, J.A. Grisso, C. Cottreau, J. Klapper, R. Vergona, J.E. Wheeler, M. Morgan, J.J.

673     Schlesselman, Factors related to inflammation of the ovarian epithelium and risk of ovarian

674     cancer, Epidemiology 11(2) (2000) 111-7.

675     [28] K.A. Rosenblatt, M. Szklo, N.B. Rosenshein, Mineral fiber exposure and the development of

676     ovarian cancer, Gynecologic Oncology 45(1) (1992) 20-25.

677     [29] K.A. Rosenblatt, N.S. Weiss, K.L. Cushing-Haugen, K.G. Wicklund, M.A. Rossing, Genital

678     powder exposure and the risk of epithelial ovarian cancer, Cancer Causes Control 22(5) (2011)

679     737-42.

680     [30] J.M. Schildkraut, S.E. Abbott, A.J. Alberg, E.V. Bandera, J.S. Barnholtz-Sloan, M.L. Bondy,

681     M.L. Cote, E. Funkhouser, L.C. Peres, E.S. Peters, A.G. Schwartz, P. Terry, S. Crankshaw, F.

682     Camacho, F. Wang, P.G. Moorman, Association between Body Powder Use and Ovarian Cancer:

683     The African American Cancer Epidemiology Study (AACES), Cancer Epidemiol Biomarkers Prev

684     25(10) (2016) 1411-1417.

685     [31] A. Tzonou, A. Polychronopoulou, C.C. Hsieh, A. Rebelakos, A. Karakatsani, D. Trichopoulos,

686     Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian

687     cancer, International Journal of Cancer 55(3) (1993) 408-10.

688     [32] A.S. Whittemore, M.L. Wu, R.S. Paffenbarger Jr, D.L. Sarles, J.B. Kampert, S. Grosser, D.L.

689     Jung, S. Ballon, M. Hendrickson, Personal and environmental characteristics related to epithelial

690     ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee, American Journal

691     of Epidemiology 128(6) (1988) 1228-1240.

692     [33] C. Wong, R.E. Hempling, M.S. Piver, N. Natarajan, C.J. Mettlin, Perineal talc exposure and

693     subsequent epithelial ovarian cancer: a case-control study, Obstet Gynecol 93(3) (1999) 372-6.

694     [34] A.H. Wu, C.L. Pearce, C.C. Tseng, C. Templeman, M.C. Pike, Markers of inflammation and

695     risk of ovarian cancer in Los Angeles County, International Journal of Cancer 124(6) (2009)

696     1409-15.

697     [35] A.H. Wu, C.L. Pearce, C.C. Tseng, M.C. Pike, African Americans and Hispanics Remain at

698     Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk

699     Factors and Oophorectomy Rates, Cancer Epidemiol Biomarkers Prev 24(7) (2015) 1094-100.

700  [36] M.A. Gates, B.A. Rosner, J.L. Hecht, S.S. Tworoger, Risk factors for epithelial ovarian cancer

701  by histologic subtype, Am J Epidemiol 171(1) (2010) 45-53.

702  [37] D.M. Gertig, D.J. Hunter, D.W. Cramer, G.A. Colditz, F.E. Speizer, W.C. Willett, S.E.

703  Hankinson, Prospective study of talc use and ovarian cancer, J Natl Cancer Inst 92(3) (2000)

704  249-52.

705  [38] N.L. Gonzalez, K.M. O'Brien, A.A. D'Aloisio, D.P. Sandler, C.R. Weinberg, Douching, Talc Use,

706  and Risk of Ovarian Cancer, Epidemiology 27(6) (2016) 797-802.

707  [39] S.C. Houghton, K.W. Reeves, S.E. Hankinson, L. Crawford, D. Lane, J. Wactawski-Wende,

708  C.A. Thomson, J.K. Ockene, S.R. Sturgeon, Perineal powder use and risk of ovarian cancer, J Natl

709  Cancer Inst 106(9) (2014).

710  [40] D. Moher, K.F. Schulz, D.G. Altman, The CONSORT statement: revised recommendations for

711  improving the quality of reports of parallel-group randomised trials, Clinical oral investigations

712  7(1) (2003) 2-7.

713  [41] J.C. Wagner, G. Berry, T.J. Cooke, R.J. Hill, F.D. Pooley, J.W. Skidmore, Animal experiments

714  with talc, in: W.H. Walton, B. McGovern (Eds.), Inhaled Particles IV, Part 2, Pergamon Press,

715  Oxford, UK, 1977, pp. 647–654.

716  [42] A.P. Wehner, T.M. Tanner, R.L. Buschbom, Absorption of ingested talc by hamsters, Food

717  and cosmetics toxicology 15(5) (1977) 453-55.

718    [43] F. Bischoff, G. Bryson, Talc at Rodent Intrathoracic, Intraperitoneal, and Subcutaneous

719    Sitse, Proceedings of The American Association for Cancer Research, American Association for

720    Cancer Research Public Ledger Bldg, Suite 816, 150 S. Independence Mall W., Philadelphia, PA

721    19106, 1976, pp. 1-1.

722    [44] J. Jagatic, M.E. Rubnitz, M.C. Godwin, R.W. Weiskopf, Tissue response to intraperitoneal

723    asbestos with preliminary report of acute toxicity of heart-treated asbestos in mice, Environ Res

724    1(3) (1967) 217-30.

725    [45] M. Ozesmi, T.E. Patiroglu, G. Hillerdal, C. Ozesmi, Peritoneal mesothelioma and malignant

726    lymphoma in mice caused by fibrous zeolite, Br J Ind Med 42(11) (1985) 746-9.

727    [46] W. Gibel, K. Lohs, K.H. Horn, G.P. Wildner, F. Hoffmann, [Experimental study on

728    cancerogenic activity of asbestos filters (author's transl)], Archiv fur Geschwulstforschung 46(6)

729    (1976) 437-42.

730    [47] NTP/National Toxicology Program, NTP Toxicology and Carcinogenesis Studies of Talc (CAS

731    No. 14807-96-6)(Non-Asbestiform) in F344/N Rats and B6C3F1 Mice (Inhalation Studies), Natl

732    Toxicol Program Tech Rep Ser, 1993, pp. 1-287.

733    [48] M.M. van den Heuvel, H.J. Smit, S.B. Barbierato, C.E. Havenith, R.H. Beelen, P.E. Postmus,

734    Talc-induced inflammation in the pleural cavity, Eur Respir.J 12(6) (1998) 1419-1423.

735    [49] A.R. Buz'Zard, B.H.S. Lau, Pycnogenol® reduces talc-induced neoplastic transformation in

736    human ovarian cell cultures, Phytotherapy Research 21(6) (2007) 579-586.

737     [50] A.J. Ghio, T.P. Kennedy, A.R. Whorton, A.L. Crumbliss, G.E. Hatch, J.R. Hoidal, Role of

738     surface complexed iron in oxidant generation and lung inflammation induced by silicates, The

739     American journal of physiology 263(5 Pt 1) (1992) L511-8.

740     [51] A.J. Ghio, J.M. Soukup, L.A. Dailey, J.H. Richards, J.L. Turi, E.N. Pavlisko, V.L. Roggli,

741     Disruption of iron homeostasis in mesothelial cells after talc pleurodesis, Am J Respir Cell Mol

742     Biol 46(1) (2012) 80-86.

743     [52] N. Nasreen, D.L. Hartman, K.A. Mohammed, V.B. Antony, Talc-induced expression of C-C

744     and C-X-C chemokines and intercellular adhesion molecule-1 in mesothelial cells, Am J Respir

745     Crit Care Med 158(3) (1998) 971-8.

746     [53] T.C. Hamilton, H. Fox, C.H. Buckley, W.J. Henderson, K. Griffiths, Effects of talc on the rat

747     ovary, British journal of experimental pathology 65(1) (1984) 101-6.

748     [54] M.T. Smith, K.Z. Guyton, C.F. Gibbons, J.M. Fritz, C.J. Portier, I. Rusyn, D.M. DeMarini, J.C.

749     Caldwell, R.J. Kavlock, P.F. Lambert, S.S. Hecht, J.R. Bucher, B.W. Stewart, R.A. Baan, V.J.

750     Cogliano, K. Straif, Key Characteristics of Carcinogens as a Basis for Organizing Data on

751     Mechanisms of Carcinogenesis, Environmental health perspectives 124(6) (2016) 713-21.

752     [55] A. Shukla, M.B. MacPherson, J. Hillegass, M.E. Ramos-Nino, V. Alexeeva, P.M. Vacek, J.P.

753     Bond, H.I. Pass, C. Steele, B.T. Mossman, Alterations in gene expression in human mesothelial

754     cells correlate with mineral pathogenicity, Am J Respir Cell Mol Biol 41(1) (2009) 114-23.

755     [56] R.B. Ness, C. Cottreau, Possible role of ovarian epithelial inflammation in ovarian cancer, J

756     Natl Cancer Inst 91(17) (1999) 1459-67.

757    [57] R.E. Scully, Pathology of ovarian cancer precursors, J Cell Biochem Suppl 23 (1995) 208-18.

758    [58] A.P. Wehner, R.E. Weller, E.A. Lepel, On talc translocation from the vagina to the oviducts

759    and beyond, Food and chemical toxicology : an international journal published for the British

760    Industrial Biological Research Association 24(4) (1986) 329-38.

761    [59] A.P. Wehner, C.L. Wilkerson, W.C. Cannon, R.L. Buschbom, T.M. Tanner, Pulmonary

762    deposition, translocation and clearance of inhaled neutron-activated talc in hamsters, Food and

763    cosmetics toxicology 15(3) (1977) 213-24.

764    [60] W.J. Henderson, T.C. Hamilton, M.S. Baylis, C.G. Pierrepoint, K. Griffiths, The

765    demonstration of the migration of talc from the vagina and posterior uterus to the ovary in the

766    rat, Environ Res 40(2) (1986) 247-50.

767    [61] J.C. Phillips, P.J. Young, K. Hardy, S.D. Gangolli, Studies on the absorption and disposition of

768    3H-labelled talc in the rat, mouse, guinea-pig and rabbit, Food Cosmet.Toxicol 16(2) (1978) 161-

769    163.

770    [62] W.J. Henderson, C.A. Joslin, A.C. Turnbull, K. Griffiths, Talc and carcinoma of the ovary and

771    cervix, J Obstet Gynaecol Br Commonw 78(3) (1971) 266-72.

772    [63] A.N. Rohl, A.M. Langer, I.J. Selikoff, A. Tordini, R. Klimentidis, D.R. Bowes, D.L. Skinner,

773    Consumer talcums and powders: mineral and chemical characterization, J Toxicol Environ

774    Health 2(2) (1976) 255-84.

775     [64] USP/United States Pharmacopeia Convention, Talc USP. Revision Bulletin Official: August 1,

776     2011. Available at:

777     http://www.usp.org/sites/default/files/usp/document/harmonization/excipients/m80360talc.p

778     df. (Accessed 25 September 2018).

779     [65] J. Nikitakis, G. McEwen Jr, CTFA compendium of cosmetic ingredient composition:

780     Specifications, Washington, DC: CTFA (now known as the Personal Care Products Council)

781     (1990).

782     [66] IARC/International Agency for Research on Cancer, Formaldehyde, 2-butoxyethanol and 1-

783     tert-butoxypropan-2-ol, IARC Monogr Eval Carcinog Risks Hum 88 (2006) 1.

784     [67] H. Langseth, S.E. Hankinson, J. Siemiatycki, E. Weiderpasse, Perineal use of talc and risk of

785     ovarian cancer, Journal of Epidemiology and Community Health 62(4) (2008) 358-360.

786     [68] M. Huncharek, J.F. Geschwind, B. Kupelnick, Perineal application of cosmetic talc and risk

787     of invasive epithelial ovarian cancer: a meta-analysis of 11,933 subjects from sixteen

788     observational studies, Anticancer Res 23(2C) (2003) 1955-60.

789     [69] K.L. Terry, S. Karageorgi, Y.B. Shvetsov, M.A. Merritt, G. Lurie, P.J. Thompson, M.E. Carney,

790     R.P. Weber, L. Akushevich, W.H. Lo-Ciganic, K. Cushing-Haugen, W. Sieh, K. Moysich, J.A.

791     Doherty, C.M. Nagle, A. Berchuck, C.L. Pearce, M. Pike, R.B. Ness, P.M. Webb, S. Australian

792     Cancer, G. Australian Ovarian Cancer Study, M.A. Rossing, J. Schildkraut, H. Risch, M.T.

793     Goodman, C. Ovarian Cancer Association, Genital powder use and risk of ovarian cancer: a

794     pooled analysis of 8,525 cases and 9,859 controls, Cancer Prevention Research 6(8) (2013) 811-

795     21.

796     [70] M.S. Rice, M.A. Murphy, S.S. Tworoger, Tubal ligation, hysterectomy and ovarian cancer: A

797     meta-analysis, Journal of ovarian research 5(1) (2012) 13.

798     [71] C.F. Belanger, C.H. Hennekens, B. Rosner, F.E. Speizer, The nurses' health study, The

799     American journal of nursing 78(6) (1978) 1039-40.

800     [72] P.D. Terry, A.B. Miller, J.G. Jones, T.E. Rohan, Cigarette smoking and the risk of invasive

801     epithelial ovarian cancer in a prospective cohort study, European journal of cancer (Oxford,

802     England : 1990) 39(8) (2003) 1157-64.

803     [73] S. Tokuoka, K. Kawai, Y. Shimizu, K. Inai, K. Ohe, T. Fujikura, H. Kato, Malignant and benign

804     ovarian neoplasms among atomic bomb survivors, Hiroshima and Nagasaki, 1950-80, J Natl

805     Cancer Inst 79(1) (1987) 47-57.

806     [74] K.-H. Tung, L.R. Wilkens, A.H. Wu, K. McDuffie, A.M. Nomura, L.N. Kolonel, K.Y. Terada,

807     M.T. Goodman, Effect of anovulation factors on pre-and postmenopausal ovarian cancer risk:

808     revisiting the incessant ovulation hypothesis, American journal of epidemiology 161(4) (2005)

809     321-329.

810     [75] S.A. Narod, Talc and ovarian cancer, Gynecologic Oncology 141(3) (2016) 410-2.

811     [76] L.-m. Chen, J.S. Berek, Epithelial carcinoma of the ovary, fallopian tube, and peritoneum:

812     Epidemiology and risk factors, UpToDate, 2014.

813     [77] W.H. Lo-Ciganic, J.C. Zgibor, C.H. Bunker, K.B. Moysich, R.P. Edwards, R.B. Ness, Aspirin,

814     nonaspirin nonsteroidal anti-inflammatory drugs, or acetaminophen and risk of ovarian cancer,

815     Epidemiology 23(2) (2012) 311-319.

816     [78] B. Trabert, L. Pinto, P. Hartge, T. Kemp, A. Black, M.E. Sherman, L.A. Brinton, R.M. Pfeiffer,

817     M.S. Shiels, A.K. Chaturvedi, A. Hildesheim, N. Wentzensen, Pre-diagnostic serum levels of

818     inflammation markers and risk of ovarian cancer in the prostate, lung, colorectal and ovarian

819     cancer (PLCO) screening trial, Gynecologic Oncology 135(2) (2014) 297-304.

820

# Exhibit 70

# Talc Use, Variants of the *GSTM1*, *GSTT1*, and *NAT2* Genes, and Risk of Epithelial Ovarian Cancer

Margaret A. Gates,[1,2] Shelley S. Tworoger,[1,2] Kathryn L. Terry,[1,2,4] Linda Titus-Ernstoff,[5] Bernard Rosner,[1,3] Immaculata De Vivo,[1,2] Daniel W. Cramer,[2,4] and Susan E. Hankinson[1,2]

[1]Channing Laboratory, Department of Medicine, Brigham and Women's Hospital and Harvard Medical School; Departments of [2]Epidemiology and [3]Biostatistics, Harvard School of Public Health; [4]Obstetrics and Gynecology Epidemiology Center, Brigham and Women's Hospital, Boston, Massachusetts; and [5]Norris Cotton Cancer Center, Dartmouth-Hitchcock Medical Center, Lebanon, New Hampshire

## Abstract

Epidemiologic evidence suggests a possible association between genital use of talcum powder and risk of epithelial ovarian cancer; however, the biological basis for this association is not clear. We analyzed interactions between talc use and genes in detoxification pathways [glutathione S-transferase M1 (GSTM1), glutathione S-transferase T1 (GSTT1), and N-acetyltransferase 2 (NAT2)] to assess whether the talc/ovarian cancer association is modified by variants of genes potentially involved in the response to talc. Our analysis included 1,175 cases and 1,202 controls from a New England-based case-control study and 210 cases and 600 controls from the prospective Nurses' Health Study. We genotyped participants for the GSTM1 and GSTT1 gene deletions and three NAT2 polymorphisms. We used logistic regression to analyze the main effect of talc use, genotype, and gene-talc interactions in each population and pooled the estimates using a random-effects model. Regular talc use was associated with increased ovarian cancer risk in the combined study population (RR, 1.36; 95% CI, 1.14-1.63; $P_{trend} < 0.001$). Independent of talc, the genes examined were not clearly associated with risk. However, the talc/ovarian cancer association varied by GSTT1 genotype and combined GSTM1/GSTT1 genotype. In the pooled analysis, the association with talc was stronger among women with the GSTT1-null genotype ($P_{interaction} = 0.03$), particularly in combination with the GSTM1-present genotype ($P_{interaction} = 0.03$). There was no clear evidence of an interaction with GSTM1 alone or NAT2. These results suggest that women with certain genetic variants may have a higher risk of ovarian cancer associated with genital talc use. Additional research is needed on these interactions and the underlying biological mechanisms. (Cancer Epidemiol Biomarkers Prev 2008;17(9):2436–44)

## Introduction

Genital use of talcum powder has been extensively investigated as a potential risk factor for ovarian cancer. A meta-analysis of 16 previous studies reported an approximately 30% increase in risk of total epithelial ovarian cancer with regular genital exposure to talc (1), and several studies have suggested a stronger association with the serous or serous invasive histologic subtype (2-6). Although the epidemiologic evidence supports a modest association between genital talc use and ovarian cancer risk, the association remains controversial due to the lack of a clear dose-response with increasing frequency or duration of talc use, the possibility of confounding or other biases, and the uncertain biological mechanism.

No prior studies have assessed gene-talc interactions in ovarian cancer risk possibly because little is known about which genes may be involved in the biological response to talc. However, variants of the *glutathione S-transferase M1* (*GSTM1*) and *N-acetyltransferase 2* (*NAT2*) genes appear to modify the association between exposure to asbestos, a known carcinogen that is chemically similar to talc, and risk of malignant mesothelioma (7-10). Talc and asbestos are found together in nature, and before 1976, talcum powder was commonly contaminated with asbestos (9). Although this contamination may have contributed to the risk of ovarian cancer associated with talc use, there is also evidence that talc itself may contribute to carcinogenesis independent of any contamination with asbestos in the past. Talc can induce granulomas and other inflammatory responses *in vivo* (9), and a recent study found that exposing human ovarian stromal and epithelial cells to talc resulted in increased cell proliferation and neoplastic transformation of cells (11). Talc also appears to increase cellular production of reactive oxygen species (11). Interestingly, serous ovarian cancers morphologically resemble peritoneal malignant mesotheliomas (12), suggesting a possible rationale for the stronger association between talc and risk of serous or serous invasive cancers observed in some studies.

Based on similarities between talc and asbestos and the evidence for gene-asbestos interactions in malignant mesothelioma, we examined whether the association between genital talc exposure and ovarian cancer risk is modified by variants of the *NAT2* and *GSTM1* genes as

Received 5/1/08; revised 6/23/08; accepted 6/30/08.

Grant support: National Cancer Institute, NIH grants P50 CA105009, P01 CA87969, and R01 CA054419 and training grants T32 CA009001 and R25 CA098566.

Note: Supplementary data for this article are available at Cancer Epidemiology, Biomarkers & Prevention Online (http://cebp.aacrjournals.org/).

Requests for reprints: Margaret A. Gates, Channing Laboratory, Department of Medicine, Brigham and Women's Hospital and Harvard Medical School, 181 Longwood Avenue, Boston, MA 02115. Phone: 617-525-2038; Fax: 617-525-2008. E-mail: nhmag@channing.harvard.edu

Copyright © 2008 American Association for Cancer Research.

doi:10.1158/1055-9965.EPI-08-0399

Downloaded from cebp.aacrjournals.org on September 12, 2017. © 2008 American Association for Cancer Research.

well as the related *glutathione S-transferase T1* (*GSTT1*) gene. The *GSTM1* and *GSTT1* genes produce enzymes involved in the metabolism of carcinogens and reactive oxygen species (13). These genes are homozygously deleted in approximately 50% (*GSTM1*) and 20% (*GSTT1*) of Caucasians, resulting in complete loss of enzymatic activity (14, 15). The NAT2 enzyme catalyzes the deactivation of xenobiotics via *N*-acetylation but also activate certain substrates via *O*-acetylation (16). Individuals with two *NAT2* slow acetylator alleles, approximately 60% of individuals in Caucasian populations, have decreased rates of *N*- and *O*-acetylation (17-20). We hypothesized that the association between talc use and ovarian cancer risk would be stronger among individuals with the *GSTM1*-null, *GSTT1*-null, and *NAT2* slow acetylator genotypes due to decreased metabolism of free radicals and other products of the biological response to talc. We examined these gene-talc interactions, as well as the main effect of talc use and each genotype, in two study populations with a total of 1,385 ovarian cancer cases.

## Materials and Methods

**New England Case-Control Study.** The New England Case-Control Study (NECC) consists of 1,231 epithelial ovarian cancer cases and 1,244 controls from Massachusetts and New Hampshire. Participants were enrolled in the study in two phases: from May 1992 to March 1997 (phase I; 563 cases and 523 controls) or from July 1998 to July 2003 (phase 2; 668 cases and 721 controls). Participants completed a detailed questionnaire on potential risk factors for ovarian cancer and covariates of interest during an in-person interview with a trained interviewer. To avoid capturing changes related to disease status, interviewers asked participants about exposures that occurred at least 1 year before the date of diagnosis for cases or the interview date for controls. The institutional review boards of Brigham and Women's Hospital and Dartmouth Medical School approved both phases of the study, and all participants provided written informed consent.

During the two study phases, NECC researchers identified 2,347 incident cases of ovarian cancer through hospital tumor boards and state cancer registries; 1,845 (79%) of these cases were eligible and 71% of the eligible cases were enrolled in the study. Study investigators identified potential controls using random-digit dialing, drivers' license records, and Massachusetts' town resident lists. Controls were frequency matched to cases by age and state of residence. Of the potentially eligible controls contacted by investigators during phase 1, 68% were eligible and agreed to participate. During phase 2, 197 potential controls declined to be contacted by returning a postcard to ''opt out'' of the study; of the remaining potentially eligible controls who were contacted, 67% were eligible and enrolled in the study. The eligibility criteria and the reasons for nonenrollment of eligible cases are described elsewhere (21).

Over 95% of study participants provided a blood specimen at study enrollment. NECC researchers separated the heparinized blood samples into plasma, RBC, and buffy coat (WBC) components, extracted DNA from the buffy coat using Qiagen DNA extraction, and stored the extracted DNA in freezers at a temperature of -80°C.

**Nurses' Health Study.** In 1976, 121,701 female registered nurses between ages 30 and 55 years responded to a mailed questionnaire about known and suspected risk factors for disease, leading to the establishment of the Nurses' Health Study (NHS). Study participants completed follow-up questionnaires every 2 years, providing information on new diagnoses of disease and updated information on risk factors. Participation in the study has remained high throughout follow-up; between 1976 and 2004, the percentage of follow-up information obtained (questionnaire responses plus deaths) was 95.3%. The corresponding follow-up percentages for women who provided a WBC or cheek cell specimen were 98% and 99%, respectively. The Institutional Review Board of Brigham and Women's Hospital approved both the NHS and this analysis, and all participants provided implied consent by completing and returning the baseline questionnaire.

In 1989 and 1990, 32,826 participants submitted a blood sample for use in genetic and other biomarker analyses. Details of the blood collection are described elsewhere (22). Between 2001 and 2004, 33,040 women without a blood specimen provided a buccal cell specimen. We used a mouthwash protocol to collect the buccal cell samples, based on evidence that this method provides slightly higher DNA yield and quality, compared with collection using a cytobrush (23). We extracted DNA from each specimen within 1 week of receipt using Qiagen DNA extraction, and stored the DNA at -80°C.

**NHS Nested Case-Control Study.** We collected information on new diagnoses of ovarian cancer on each questionnaire and also obtained information on deaths due to ovarian cancer through family members, the National Death Index, and the U.S. Postal Service. We confirmed each diagnosis using methods described previously (24). For this analysis, we included all cases with a DNA specimen available from before diagnosis (incident cases) as well as cases who submitted a DNA specimen within 4 years after diagnosis (prevalent cases). We included the prevalent cases in the analysis due to the similarity of characteristics of these cases and the incident cases and also because the interval of 4 years between diagnosis and DNA collection was less than the average survival time of 65.7 months for the incident cases. All cases were diagnosed before June 1, 2004 and had no history of a prior cancer, other than non-melanoma skin cancer.

We randomly selected three controls per case from the study participants who gave a buccal cell or blood specimen, who had not had a bilateral oophorectomy before the date of diagnosis of the matched case, and who had no history of cancer, other than nonmelanoma skin cancer, as of the cycle of diagnosis of the case. We excluded 30 controls from the analysis due to unavailability of genotyping data (*n* = 28) or because the participant was later diagnosed with ovarian cancer and was included in the analysis as a case (*n* = 2). Cases and controls were matched on month and year of birth, DNA type, and menopausal status at diagnosis. For the

Downloaded from cebp.aacrjournals.org on September 12, 2017. © 2008 American Association for Cancer Research.

blood collection, cases and controls were additionally matched on menopausal status and postmenopausal hormone (PMH) use status at blood draw, month/year and time of day of blood draw, and fasting status at blood draw, because these control selections were also used for analyses of plasma hormones and other biomarkers (25).

**Exposure Assessment.** The phase 1 and 2 NECC questionnaires included multiple questions about regular use of talcum, baby, or deodorizing powder as an adult. Specific questions asked about type of use (as a dusting powder to the genital area, sanitary napkins, underwear, or nongenital areas), frequency of use, age at first use, number of years used, and brand of powder used. The 1982 NHS questionnaire requested information on whether the participant had ever commonly applied talcum, baby, or deodorizing powder to the perineal area (no, less than once a week, 1-6 times a week, or daily) or to sanitary napkins (yes/no). For this analysis, we defined regular genital talc use as application of powder to the genital/perineal region at least once a week. We also created a categorical variable for frequency of talc use using the categories from the NHS questionnaire.

**Genotyping Methods.** Genotyping was done at the Dana-Farber/Harvard Cancer Center High Throughput Genotyping Core (for the *NAT2* polymorphisms and NHS *GSTM1* and *GSTT1* gene deletions) and the Molecular Epidemiology Research Laboratory at the Harvard School of Public Health (for the NECC *GSTM1* and *GSTT1* gene deletions). All samples were genotyped for three single nucleotide polymorphisms that identify the *NAT2*5*, *NAT2*6*, and *NAT2*7* alleles. These alleles account for over 99% of slow acetylator alleles in Caucasian populations (16, 26). The *NAT2* I114T (rs1801280), R197Q (rs1799930), and G286E (rs1799931) polymorphisms were genotyped using the 5′-nuclease assay (Taqman) on the ABI PRISM 7900HT Sequence Detection System (Applied Biosystems) in 384-well format. Individuals with two slow acetylator alleles were classified as *NAT2* slow acetylators, whereas individuals with zero or one slow acetylator allele were classified as rapid acetylators.

The NECC samples were genotyped for the *GSTM1* and *GSTT1* gene deletions using multiplex PCR, and the PCR products were resolved on a 1.5% agarose gel. The NHS samples were genotyped for the two gene deletions using Taqman real-time PCR in 384-well format. For both multiplex and real-time PCR assays, individuals were considered to have the *GSTM1*- or *GSTT1*-null genotype if no PCR product was present for the respective gene; all other individuals were classified as *GSTM1*- or *GSTT1*-present.

All DNA samples were whole genome amplified before genotyping. Laboratory personnel blinded to the case-control status of the samples did all genotyping, and each plate included blinded replicate samples for quality-control purposes. The replicate samples were 100% concordant for all genotypes, except the NECC *GSTM1* and *GSTT1* gene deletions, which were 98% and 95% concordant, respectively.

**Statistical Analysis.** We used a $\chi^2$ test to examine whether the *NAT2* polymorphisms were in Hardy-Weinberg equilibrium in each population and also to examine the distribution of each genotype by case-control status. We conducted all analyses separately in the NHS and NECC populations using consistent exposure and covariate definitions and, after testing for heterogeneity in the results, pooled the estimates using a random-effects model (27). We used conditional (NHS) and unconditional (NECC and NHS) logistic regression to model the multivariable-adjusted odds ratio [as an estimate of the relative risk (RR)] and 95% confidence interval (95% CI) for the main effect of genital talc use, the main effect of each gene, and each combined gene-talc variable. We tested for a linear trend with increasing frequency of talc use by using a continuous variable weighted by the midpoint of each frequency category and calculated the *P* value for trend using the Wald test. To assess effect modification by genotype, we used unconditional logistic regression to model the association between talc use and ovarian cancer risk within each genotype stratum and calculated the *P* value for interaction using the $\chi^2$ test for the difference between the log likelihood for models with and without interaction terms between regular genital talc use and genotype. In addition to the analyses of total ovarian cancer, we examined associations with the serous invasive histologic subtype based on evidence from prior studies that risk of this subtype may be more strongly associated with talc use.

We adjusted all analyses for the matching factors, duration of oral contraceptive use, parity, tubal ligation, body mass index (BMI), and duration of PMH use. Women with missing data for the continuous covariates were assigned the median value of the covariate for their study population. In the NHS, where covariate data are available from multiple questionnaire cycles, we used the data from two cycles (2-4 years) before the cycle of diagnosis for each case and their matched controls for consistency with the timeframe of the NECC covariate data. We examined additional covariates as potential confounders, including physical activity, smoking history, menopausal status, age at menopause, breastfeeding duration, and family history of ovarian or breast cancer but did not include them in the final model because they did not substantially change our estimates. We did all analyses using SAS version 9.1 (SAS Institute).

## Results

Our study population included 1,175 cases and 1,202 frequency-matched controls from the NECC and 210 cases and 600 matched controls from the NHS for a total of 1,385 ovarian cancer cases and 1,802 controls. Of the NHS cases, 49 were prevalent and 161 were incident with respect to the time of DNA collection. Characteristics of the NHS prevalent and incident cases were generally similar, although a higher percentage of the prevalent cancers were endometrioid (20% versus 9%) and a lower percentage were invasive (76% versus 86%). In the NECC, 618 cases had serous histology (53%), 450 were serous invasive (38%), 153 were mucinous (13%), 172 were endometrioid (15%), and 232 had other/undifferentiated histology (20%). In the NHS, 111 cases were serous (53%), 93 were serous

Downloaded from cebp.aacrjournals.org on September 12, 2017. © 2008 American Association for Cancer Research.

invasive (44%), 23 were mucinous (11%), 25 were endometrioid (12%), and 51 had other/poorly differentiated histology (24%).

Over 96% of the NECC participants and 98% of the NHS participants were of self-reported European ancestry. In analyses restricted to these participants, the results were similar to those for the entire study population; we therefore included all participants in our analyses to maximize our sample size. The distributions of ovarian cancer risk factors were similar in the NECC and NHS populations, although on average the NHS participants were older, had higher parity, and were more likely to have used PMH in part due to differences in the NECC and NHS age distributions (Table 1). Within each study population, the cases and controls differed with respect to the known risk factors for ovarian cancer. In addition, in the NECC, the cases had higher mean BMI than the controls, and a larger percentage of the cases reported a history of genital talc use. The NHS prevalent and incident cases had similar BMI, tubal ligation history, duration of PMH use, duration of lactation, and genital talc use history; however, the prevalent cases were, on average, slightly younger (60 versus 62 years), were less likely to be postmenopausal (71% versus 87%), and had lower parity (2.7 versus 3.1 children), later age at menarche (13.1 versus 12.5 years), and a longer mean duration of oral contraceptive use (60 versus 41 months; results not shown).

In the NECC, women with a history of regular genital talc use were older, had higher mean BMI, were less likely to have ever used oral contraceptives, were more likely to be postmenopausal, and were more likely to have used PMH (Table 2). Among parous women in the NHS, the mean age at first birth was lower for regular talc users. In addition, NHS participants who regularly used talc were less likely to have a history of smoking or tubal ligation. There was no difference in the genotype frequencies by genital talc use history in either study population.

All $P$ values for the tests for heterogeneity comparing the NECC and NHS results were >0.05. Talc use was associated with increased risk of ovarian cancer in both study populations, although the 95% CIs were wide in the NHS due to the limited sample size (Table 3). In the pooled analysis, the RR for the association with regular genital talc use was 1.36 (95% CI, 1.14-1.63) for total ovarian cancer and 1.60 (95% CI, 1.26-2.02) for the serous invasive subtype. In addition, there were highly significant trends between increasing frequency of talc use and risk of both total and serous invasive ovarian cancer in the NECC ($P_{trend}$ = 0.002 for total and $P_{trend}$ < 0.001 for serous invasive ovarian cancer) and pooled analyses ($P_{trend}$ < 0.001 for both total and serous invasive ovarian cancer). Regular genital talc use was not significantly associated with risk of the endometrioid (RR, 1.41; 95% CI, 0.97-2.05) or mucinous (RR, 1.28; 95% CI, 0.85-1.92) histologic subtypes in the pooled analysis. In the NECC, use of talcum powder on nongenital body areas was unassociated with ovarian cancer risk (multivariable-adjusted RR, also adjusted for genital talc use = 0.91; 95% CI, 0.73-1.12).

Among the controls in each population, the genotype frequencies for the NAT2 polymorphisms were in Hardy-Weinberg equilibrium and the distributions of

**Table 1. Characteristics of ovarian cancer cases and controls in the NECC and the NHS**

| Characteristic | NECC | | | NHS* | | |
|---|---|---|---|---|---|---|
| | Cases | Controls | $P$[†] | Cases | Controls | $P$[†] |
| N | 1,175 | 1,202 | | 210 | 600 | |
| Mean (SD) | | | | | | |
| Age (y)[‡] | 51 (13) | 51 (13) | 0.37 | 62 (8) | 62 (8) | 0.93 |
| Parity among parous women | 2.5 (1.3) | 2.8 (1.5) | <0.001 | 3.0 (1.3) | 3.4 (1.5) | 0.004 |
| Duration oral contraceptive use (mo)[§] | 52 (54) | 61 (55) | 0.006 | 46 (42) | 53 (49) | 0.22 |
| BMI (kg/m²) | 26.3 (6.3) | 25.7 (5.5) | 0.02 | 25.7 (5.0) | 25.7 (4.5) | 0.94 |
| Duration PMH use (mo)[§] | 78 (86) | 74 (71) | 0.64 | 96 (84) | 85 (68) | 0.18 |
| Duration of lactation (mo)[‖] | 5.0 (10.0) | 7.3 (13.2) | <0.001 | 6.0 (10.3) | 7.2 (9.7) | 0.17 |
| Percent of study population | | | | | | |
| Parous | 68 | 81 | <0.001 | 89 | 93 | 0.05 |
| Ever user of oral contraceptives | 48 | 60 | <0.001 | 42 | 45 | 0.57 |
| History of tubal ligation | 14 | 18 | 0.007 | 14 | 21 | 0.02 |
| Ever user of PMH | 17 | 20 | 0.14 | 71 | 63 | 0.02 |
| Family history of ovarian cancer | 5.1 | 2.8 | 0.004 | 9.1 | 3.7 | 0.002 |
| Any history of genital talc use | 29 | 24 | 0.003 | 40 | 39 | 0.79 |
| Regular genital talc use (once a week or more) | 27 | 20 | <0.001 | 29 | 24 | 0.15 |
| Daily genital talc use | 16 | 12 | 0.006 | 18 | 13 | 0.08 |
| Genotype frequencies, % | | | | | | |
| GSTM1 null | 51 | 53 | 0.42 | 48 | 52 | 0.36 |
| GSTT1 null | 21 | 22 | 0.85 | 19 | 21 | 0.45 |
| NAT2 slow acetylator[¶] | 63 | 64 | 0.74 | 59 | 67 | 0.05 |

*In the NHS, duration of lactation was collected in 1986, family history of ovarian cancer was first collected in 1992, and history of genital talc use was collected in 1982; for variables collected on multiple questionnaires, the value from two cycles (2-4 y) before the date of diagnosis for each case was used for the case and their matched controls.
[†]$P$ values calculated using proc $t$ test (continuous variables) or a $\chi^2$ test (binary variables).
[‡]Cases and controls in each study population were matched (NHS) or frequency-matched (NECC) on age.
[§]Duration of oral contraceptive use and PMH use among ever users.
[‖]Total duration among parous women.
[¶]NAT2 acetylation genotype based on analysis of three single nucleotide polymorphisms, I114T, R197Q, and G286E.

Downloaded from cebp.aacrjournals.org on September 12, 2017. © 2008 American Association for Cancer Research.

**Table 2. Characteristics of participants in the NECC and the NHS by history of regular genital talc use (at least once a week)**

| Characteristic | NECC | | | NHS* | | |
|---|---|---|---|---|---|---|
| | No regular talc use | Regular talc use | $P$ [†] | No regular talc use | Regular talc use | $P$ [†] |
| Mean (SD) | | | | | | |
| Age (y) | 50 (13) | 53 (12) | <0.001 | 61 (8) | 62 (8) | 0.64 |
| Parity among parous women | 2.7 (1.4) | 2.7 (1.4) | 0.64 | 3.2 (1.4) | 3.3 (1.5) | 0.42 |
| Age at first birth among parous women | 25.0 (5.1) | 24.6 (4.9) | 0.22 | 25.0 (3.5) | 24.4 (3.0) | 0.03 |
| Duration oral contraceptive use (mo) [‡] | 58 (55) | 54 (54) | 0.24 | 53 (49) | 43 (42) | 0.08 |
| BMI (kg/m²) | 25.7 (5.7) | 27.0 (6.4) | <0.001 | 25.6 (4.6) | 26.2 (4.8) | 0.13 |
| Duration PMH use (mo) [‡] | 75 (74) | 78 (86) | 0.68 | 90 (74) | 83 (70) | 0.38 |
| Duration of lactation (mo) [§] | 6.4 (12.1) | 5.8 (11.5) | 0.32 | 7.2 (10.2) | 6.3 (9.6) | 0.34 |
| Physical activity (h/wk) | 2.8 (5.0) | 2.4 (3.8) | 0.06 | 3.0 (2.3) | 3.1 (2.4) | 0.61 |
| Percent of study population | | | | | | |
| Parous | 74 | 75 | 0.75 | 93 | 92 | 0.81 |
| Ever user of oral contraceptives | 55 | 50 | 0.03 | 44 | 44 | 0.96 |
| History of tubal ligation | 16 | 16 | 0.97 | 22 | 13 | 0.008 |
| Postmenopause | 45 | 54 | <0.001 | 81 | 81 | 0.86 |
| Ever user of PMH | 17 | 26 | <0.001 | 66 | 64 | 0.73 |
| Ever smoker | 53 | 55 | 0.35 | 57 | 47 | 0.02 |
| Family history of ovarian cancer | 3.9 | 4.1 | 0.82 | 4.5 | 6.4 | 0.31 |
| Genotype frequencies, % | | | | | | |
| GSTM1 null | 52 | 52 | 0.72 | 51 | 49 | 0.66 |
| GSTT1 null | 21 | 22 | 0.59 | 22 | 17 | 0.15 |
| NAT2 slow acetylator[‖] | 63 | 66 | 0.23 | 65 | 63 | 0.58 |

*In the NHS, duration of lactation was collected in 1986, family history of ovarian cancer was first collected in 1992, and history of genital talc use was collected in 1982; for variables collected on multiple questionnaires, the value from two cycles (2-4 y) before the date of diagnosis for each case was used for the case and their matched controls.
[†] $P$ values calculated using proc ttest (continuous variables) or a $\chi^2$ test (binary variables).
[‡] Duration of oral contraceptive use and PMH use among ever users.
[§] Total duration among parous women.
[‖] NAT2 acetylation genotype based on analysis of three single nucleotide polymorphisms, I114T, R197Q, and G286E.

the GSTM1-null, GSTT1-null, and NAT2 slow acetylator genotypes were consistent with previous reports of Caucasian populations (19, 28, 29). Comparing the prevalent and incident cases in the NHS, a nonsignificantly higher percentage of the prevalent cases were NAT2 slow acetylators (67% versus 56%), but the GSTM1 and GSTT1 genotype distributions did not differ for the prevalent and incident cases (results not shown).

None of the genotypes examined were associated with ovarian cancer risk in the NECC or pooled analyses (Table 4). In the NHS, individuals with the NAT2 slow acetylator genotype had a significant 35% decrease in ovarian cancer risk (RR, 0.65; 95% CI, 0.45-0.95). The combined GSTM1-null/NAT2 slow acetylator and GSTT1-null/NAT2 slow acetylator genotypes were also inversely associated with risk in the NHS (RR, 0.57; 95% CI, 0.33-0.98 and RR, 0.51; 95% CI, 0.26-0.99, respectively) when compared with the GSTM1- or GSTT1-present, NAT2 rapid acetylator genotype. However, these associations were no longer statistically significant when pooled with the NECC estimates.

In analyses stratified by genotype, the association between regular genital talc use and risk of total ovarian cancer was stronger among women with the GSTT1-null and combined GSTM1-present/GSTT1-null genotypes (Table 5). In the pooled analysis, the RR for the association with regular genital talc use was 2.1 (95% CI, 1.4-3.2) for women with the GSTT1-null genotype ($P_{interaction} = 0.03$) and 2.8 (95% CI, 1.6-5.0) for women with the GSTM1-present/GSTT1-null genotype ($P_{interaction} = 0.03$). The association with the serous invasive subtype was also

stronger within these genotype strata, although the $P$ values for interaction were not statistically significant. The pooled RR was 2.4 (95% CI, 1.4-4.0) for the GSTT1-null stratum and 4.8 (95% CI, 2.1-11) for the combined GSTM1-present/GSTT1-null stratum. The results were consistent in both study populations (results not shown), although the $P$ values for interaction were statistically significant only in the pooled analysis. There was also evidence of a stronger association between regular talc use and risk of serous invasive cancer among women with the GSTM1-present genotype, but this interaction was not statistically significant.

We additionally analyzed the association between combined gene-talc variables, compared with a common reference group (wild-type genotype and no talc use), and risk of total and serous invasive ovarian cancer. The results of these analyses were similar to the stratified results presented in Table 5 and are therefore included only as a supplementary table. We also examined interactions between regular genital talc use and combined GSTM1/NAT2 and GSTT1/NAT2 genotype (results not shown). The GSTT1-null/NAT2 slow acetylator genotype seemed to increase the risk of total and serous invasive ovarian cancer associated with talc use. However, these analyses were based on small numbers, especially for certain combinations of the genotype and talc variables, and none of the $P$ values for interaction were significant.

In analyses restricted to the NHS incident cases or the NHS cases and controls with a blood specimen, the results were similar to those for the total NHS study population (results not shown).

Downloaded from cebp.aacrjournals.org on September 12, 2017. © 2008 American Association for Cancer Research.

**Table 3.** RR (95% CI) for the association between genital talc use and ovarian cancer risk in the NECC and the NHS

| | NECC* | | | NHS* | | | Pooled [†] |
|---|---|---|---|---|---|---|---|
| | Cases (%) | Controls (%) | RR (95% CI) | Cases (%) | Controls (%) | RR (95% CI) | RR (95% CI) |
| Total epithelial ovarian cancer: | | | | | | | |
| $N$ [‡] | 1,175 | 1,202 | | 210 | 600 | | |
| Regular genital talc use (once a week or more) | | | | | | | |
| No | 859 (73.2) | 957 (79.7) | 1.00 (reference) | 138 (70.8) | 414 (76.0) | 1.00 (reference) | 1.00 (reference) |
| Yes | 314 (26.8) | 244 (20.3) | 1.40 (1.15-1.70) | 57 (29.2) | 131 (24.0) | 1.24 (0.83-1.83) | 1.36 (1.14-1.63) |
| Frequency of genital talc use | | | | | | | |
| Never | 832 (70.9) | 916 (76.3) | 1.00 (reference) | 120 (61.5) | 352 (64.6) | 1.00 (reference) | 1.00 (reference) |
| Less than once a week | 27 (2.3) | 41 (3.4) | 0.72 (0.43-1.19) | 18 (9.2) | 62 (11.4) | 0.98 (0.54-1.79) | 0.82 (0.55-1.20) |
| 1-6 times a week | 123 (10.5) | 96 (8.0) | 1.33 (1.00-1.79) | 22 (11.3) | 61 (11.2) | 1.01 (0.57-1.79) | 1.26 (0.97-1.63) |
| Daily | 191 (16.3) | 148 (12.3) | 1.41 (1.10-1.79) | 35 (18.0) | 70 (12.8) | 1.44 (0.88-2.37) | 1.41 (1.14-1.76) |
| $P_{\text{trend}}$ [§] | | | 0.002 | | | 0.18 | <0.001 |
| Serous invasive ovarian cancer: | | | | | | | |
| $N$ [‡] | 450 | 1,202 | | 93 | 263 | | |
| Regular genital talc use (once a week or more) | | | | | | | |
| No | 310 (69.0) | 957 (79.7) | 1.00 (reference) | 60 (68.2) | 177 (73.8) | 1.00 (reference) | 1.00 (reference) |
| Yes | 139 (31.0) | 244 (20.3) | 1.62 (1.26-2.09) | 28 (31.8) | 63 (26.3) | 1.48 (0.82-2.68) | 1.60 (1.26-2.02) |
| Frequency of genital talc use | | | | | | | |
| Never | 299 (66.6) | 916 (76.3) | 1.00 (reference) | 54 (61.4) | 151 (62.9) | 1.00 (reference) | 1.00 (reference) |
| Less than once a week | 11 (2.4) | 41 (3.4) | 0.65 (0.32-1.33) | 6 (6.8) | 26 (10.8) | 0.79 (0.29-2.11) | 0.70 (0.39-1.24) |
| 1-6 times a week | 56 (12.5) | 96 (8.0) | 1.56 (1.08-2.26) | 12 (13.6) | 25 (10.4) | 1.64 (0.71-3.79) | 1.58 (1.12-2.21) |
| Daily | 83 (18.5) | 148 (12.3) | 1.61 (1.18-2.20) | 16 (18.2) | 38 (15.8) | 1.34 (0.65-2.76) | 1.56 (1.17-2.08) |
| $P_{\text{trend}}$ [§] | | | <0.001 | | | 0.29 | <0.001 |

*Unconditional (NECC) and conditional (NHS) logistic regression adjusted for age, study center (NECC only), duration of oral contraceptive use (months), parity (continuous), tubal ligation, BMI (kg/m$^2$, continuous), and duration of PMH use (months).
[†] $P$ values for tests for heterogeneity comparing the NECC and NHS results were all >0.38.
[‡] Frequencies do not add up to total $N$ due to missing data on talc use.
[§] Weighted by the midpoint of each category of genital talc use frequency and calculated using the Wald test.

## Discussion

These results provide additional support for a main effect of genital talc exposure on risk of epithelial ovarian cancer. The presence of a significant trend between frequency of talc use and risk of total and serous invasive ovarian cancer in the NECC and pooled analyses further strengthens the evidence for an association, as most previous studies have not observed a dose response with increasing frequency or duration of talc use (1, 5). The results of our gene-environment analyses suggest that genes in detoxification pathways may be involved in the biological response to talc and that the association between genital talc use and risk of ovarian cancer may vary by genotype. In particular, women with the GSTT1-null genotype and the combined GSTM1-present/GSTT1-null genotype had a stronger association between talc use and ovarian cancer risk. The evidence for these interactions was consistent in two independent study populations, and the $P$ values for interaction were statistically significant in a pooled analysis of the two populations. However, the direction of the interaction with combined GSTM1/GSTT1 genotype was unexpected based on the known function of these genes.

Although prior analyses of the talc/ovarian cancer association in the NHS and the NECC have been published, our study includes an additional 612 NECC cases and 679 NECC controls and 8 additional years of follow-up in the NHS (3, 4). In the previous analysis of the NECC, Cramer et al. observed a significant positive association between talc use and risk of both total and serous invasive ovarian cancer. In addition, there was a significant trend with lifetime number of talc applications, after excluding applications during nonovulatory

intervals ($P_{\text{trend}}$ = 0.02), but no trend with duration or frequency of talc use (3). In the only prospective study of this association, Gertig et al. reported a significant association between talc use and risk of the serous invasive subtype in the NHS but no association with risk of total ovarian cancer (4). Our findings are consistent with the previous reports for these study populations, although our analysis differs from the prior studies in that we defined our primary exposure variable as genital use of talc at least once per week based on the assumption that habitual talc use is more likely to be recalled accurately and more likely to be associated with ovarian cancer risk. Our findings are also consistent with meta-analyses of this association (1, 30).

The controversy regarding the existence of an association between talc and ovarian cancer has stemmed in part from the lack of a clear mechanism for the association. Although talc and asbestos are chemically similar, their biological effects may differ, because talc does not appear to be a lung carcinogen (31). In addition, it is unclear whether talc applied to the perineum can reach the ovaries, although some studies have shown that inert particles can travel through the female genital tract to the fallopian tubes and ovaries (32, 33), and others have found talc particles in ovarian tissue (34-37). Recent studies have suggested additional potential mechanisms for an association between talc use and ovarian cancer. Talc particles can induce an inflammatory response *in vivo*, which may be important in ovarian cancer risk (38). Normal ovarian cells treated with talc are more likely to undergo cell proliferation and neoplastic transformation, and cellular generation of reactive oxygen species increases with increasing exposure to talc (11). Recent studies by Cramer et al. also support the possibility of an

Downloaded from cebp.aacrjournals.org on September 12, 2017. © 2008 American Association for Cancer Research.

immune-mediated mechanism for an association between talc and ovarian cancer and suggest that exposure of the lower genital tract to talc may be sufficient to cause changes, such as production of heat shock proteins, accumulation of talc in pelvic lymph nodes, or decreased levels of anti-MUC1 antibodies, which could increase ovarian cancer risk (39-41).

Although no prior studies have examined gene-talc interactions, the indication of a possible immune-related mechanism between talc and ovarian carcinogenesis and the evidence for gene-asbestos interactions suggest that genes involved in detoxification and inflammatory pathways could be important in the response to talc. Previous studies have indicated that *NAT2* and *GSTM1* genotype may modify the association between asbestos exposure and risk of malignant mesothelioma; however, not all studies have been consistent (7, 8, 42, 43), and for *NAT2*, the direction of the interaction differed in studies conducted in Finnish and Italian populations (7, 8, 42, 44). This suggests that interactions with these genes may be complex and might depend on additional factors, such as the presence of other gene variants, the type of asbestos, or the level of asbestos exposure (8).

The *GSTM1* and *GSTT1* genes produce enzymes that metabolize products of oxidative stress and catalyze the detoxification of carcinogens and other xenobiotics (45). The *GSTM1* deletion and, to a lesser extent, the *GSTT1* deletion may increase the risk of certain cancers; however, our study and previous analyses do not support a direct association between *GSTM1* or *GSTT1* gene deletion and risk of ovarian cancer (13, 17, 28). Although there is some overlap in GST substrate specificity, there are also differences in the substrates metabolized by the GSTM1 and GSTT1 enzymes, which could help to explain the opposite direction of the interactions we observed between talc use and *GSTM1* and *GSTT1* genotype (13, 17, 45). In studies of pleural malignant mesothelioma, the *GSTM1*-null genotype was associated with increased risk (7, 8, 42, 43) while the *GSTT1*-null genotype was unassociated with risk of malignant mesothelioma (8, 42, 43) but was associated with a significant decrease in risk of asbestosis in one study (46), providing support that some functions of the GSTM1 and GSTT1 enzymes may differ. The direction of the associations between *GSTM1* and *GSTT1* deletions and risk of asbestos-related disease was opposite to the direction of the interactions with talc observed in our study; this could potentially be due to differences in the chemical structures of talc and asbestos or differences in the byproducts produced during the biological response to talc and asbestos. The NAT2 enzyme catalyzes the transfer of an acetyl group to its substrates, including carcinogens such as heterocyclic and aromatic amines, which can result in either activation or deactivation of these substances (17, 20). Approximately 60% of Caucasians have two *NAT2* slow acetylator alleles and consequently have decreased rates of acetylation, which can either increase or decrease the risk of certain cancers depending on the substrate and the cancer site (17, 20). To our knowledge, no previous studies have examined the association between *NAT2* slow acetylator genotype and ovarian cancer risk. We did not observe strong evidence of a main effect of *NAT2* genotype or an interaction between *NAT2* genotype and talc exposure.

**Table 4. RR (95% CI) for the association between *GSTM1*, *GSTT1*, and *NAT2* genotype and epithelial ovarian cancer risk in the NECC and the NHS**

| | NECC* | | | NHS* | | | Pooled[†] |
|---|---|---|---|---|---|---|---|
| | Cases (%) | Controls (%) | RR (95% CI) | Cases (%) | Controls (%) | RR (95% CI) | RR (95% CI) |
| *N*[‡] | 1,175 | 1,202 | | 210 | 600 | | |
| *GSTM1* genotype | | | | | | | |
| Present | 573 (49.1) | 567 (47.4) | 1.00 (reference) | 102 (52.3) | 268 (48.5) | 1.00 (reference) | 1.00 (reference) |
| Null | 594 (50.9) | 628 (52.6) | 0.93 (0.79-1.10) | 93 (47.7) | 285 (51.5) | 0.83 (0.58-1.17) | 0.91 (0.78-1.06) |
| *GSTT1* genotype | | | | | | | |
| Present | 919 (78.8) | 938 (78.5) | 1.00 (reference) | 157 (81.3) | 439 (78.8) | 1.00 (reference) | 1.00 (reference) |
| Null | 247 (21.2) | 257 (21.5) | 0.98 (0.80-1.21) | 36 (18.7) | 118 (21.2) | 0.87 (0.57-1.33) | 0.96 (0.80-1.16) |
| *NAT2* genotype | | | | | | | |
| Rapid/intermediate acetylator | 387 (36.8) | 405 (36.1) | 1.00 (reference) | 77 (41.0) | 182 (33.0) | 1.00 (reference) | 1.00 (reference) |
| Slow acetylator | 665 (63.2) | 717 (63.9) | 0.97 (0.81-1.15) | 111 (59.0) | 369 (67.0) | 0.65 (0.45-0.95) | 0.82 (0.57-1.20) |
| Combined *GSTM1/GSTT1* genotype | | | | | | | |
| Both present | 445 (38.2) | 430 (36.0) | 1.00 (reference) | 81 (44.3) | 206 (39.2) | 1.00 (reference) | 1.00 (reference) |
| *M1* null, *T1* present | 474 (40.7) | 508 (42.5) | 0.91 (0.76-1.10) | 68 (37.2) | 208 (39.5) | 0.82 (0.54-1.22) | 0.89 (0.75-1.06) |
| *M1* present, *T1* null | 128 (11.0) | 137 (11.5) | 0.94 (0.71-1.24) | 17 (9.3) | 49 (9.3) | 0.98 (0.52-1.84) | 0.94 (0.73-1.22) |
| Both null | 119 (10.2) | 120 (10.0) | 0.94 (0.70-1.26) | 17 (9.3) | 63 (12.0) | 0.65 (0.34-1.24) | 0.88 (0.67-1.15) |
| Combined *GSTM1/NAT2* genotype | | | | | | | |
| *GSTM1* present, *NAT2* rapid | 195 (18.6) | 188 (16.9) | 1.00 (reference) | 37 (21.0) | 85 (16.4) | 1.00 (reference) | 1.00 (reference) |
| *GSTM1* null, *NAT2* rapid | 189 (18.1) | 214 (19.2) | 0.82 (0.61-1.09) | 35 (19.9) | 91 (17.5) | 0.96 (0.53-1.74) | 0.84 (0.65-1.09) |
| *GSTM1* present, *NAT2* slow | 315 (30.1) | 343 (30.7) | 0.86 (0.66-1.11) | 56 (31.8) | 161 (31.0) | 0.87 (0.51-1.50) | 0.86 (0.68-1.09) |
| *GSTM1* null, *NAT2* slow | 347 (33.2) | 371 (33.2) | 0.88 (0.68-1.14) | 48 (27.3) | 183 (35.2) | 0.57 (0.33-0.98) | 0.76 (0.50-1.14) |
| Combined *GSTT1/NAT2* genotype | | | | | | | |
| *GSTT1* present, *NAT2* rapid | 296 (28.3) | 312 (28.0) | 1.00 (reference) | 52 (29.7) | 144 (27.5) | 1.00 (reference) | 1.00 (reference) |
| *GSTT1* null, *NAT2* rapid | 88 (8.4) | 90 (8.1) | 1.03 (0.73-1.45) | 17 (9.7) | 30 (5.7) | 1.55 (0.76-3.16) | 1.11 (0.81-1.52) |
| *GSTT1* present, *NAT2* slow | 519 (49.7) | 562 (50.4) | 0.97 (0.79-1.19) | 90 (51.4) | 270 (51.6) | 0.87 (0.57-1.33) | 0.95 (0.79-1.14) |
| *GSTT1* null, *NAT2* slow | 142 (13.6) | 152 (13.6) | 0.98 (0.74-1.31) | 16 (9.1) | 79 (15.1) | 0.51 (0.26-0.99) | 0.76 (0.40-1.43) |

*Unconditional (NECC) and conditional (NHS) logistic regression adjusted for age, study center (NECC only), duration of oral contraceptive use (months), parity (continuous), tubal ligation, BMI (kg/$m^2$, continuous), and duration of PMH use (months).
[†]*P* values for tests for heterogeneity comparing the NECC and NHS results were all >0.05.
[‡]Frequencies do not add up to total *N* due to missing genotype data.

Cancer Epidemiol Biomarkers Prev 2008;17(9). September 2008

Downloaded from cebp.aacrjournals.org on September 12, 2017. © 2008 American Association for Cancer Research.

**Table 5. Pooled RR (95% CI) for the association between regular talc use and ovarian cancer risk, stratified by genotype, in the NECC and the NHS**

| | All cancers | | Serous invasive cancers | | Cases and controls in pooled analysis | | | | | |
| | Regular talc use | | Regular talc use | | All cases | | Serous invasive | | Controls | |
| | | | | | Regular talc | | Regular talc | | Regular talc | |
| | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes |
|---|---|---|---|---|---|---|---|---|---|---|
| **Gene/stratum** | | | | | | | | | | |
| *GSTM1* genotype | | | | | | | | | | |
|   Present (+) | 1.0 (reference) | 1.6 (1.2-2.0) | 1.0 (reference) | 2.0 (1.4-2.8) | 480 | 189 | 173 | 90 | 646 | 165 |
|   Null (-) | 1.0 (reference) | 1.3 (1.0-1.6) | 1.0 (reference) | 1.4 (1.0-1.9) | 498 | 179 | 190 | 76 | 690 | 198 |
|   $P_{interaction}$* | 0.13 | | 0.08 | | | | | | | |
| *GSTT1* genotype | | | | | | | | | | |
|   Present (+) | 1.0 (reference) | 1.2 (1.0-1.5) | 1.0 (reference) | 1.5 (1.2-2.0) | 785 | 278 | 288 | 129 | 1,035 | 301 |
|   Null (-) | 1.0 (reference) | 2.1 (1.4-3.2) | 1.0 (reference) | 2.4 (1.4-4.0) | 194 | 87 | 71 | 38 | 300 | 67 |
|   $P_{interaction}$* | 0.03 | | 0.18 | | | | | | | |
| *NAT2* genotype | | | | | | | | | | |
|   Rapid/intermediate acetylator | 1.0 (reference) | 1.5 (1.1-2.0) | 1.0 (reference) | 1.9 (1.2-2.8) | 330 | 128 | 123 | 57 | 459 | 113 |
|   Slow acetylator | 1.0 (reference) | 1.4 (1.1-1.8) | 1.0 (reference) | 1.6 (1.2-2.1) | 552 | 217 | 204 | 96 | 819 | 233 |
|   $P_{interaction}$* | 0.60 | | 0.58 | | | | | | | |
| *GSTM1/GSTT1* genotype† | | | | | | | | | | |
|   *GSTM1+, GSTT1+* | 1.0 (reference) | 1.4 (1.0-1.8) | 1.0 (reference) | 1.7 (1.2-2.5) | 378 | 142 | 136 | 68 | 479 | 140 |
|   *GSTM1-, GSTT1+* | 1.0 (reference) | 1.2 (0.9-1.5) | 1.0 (reference) | 1.4 (0.9-1.9) | 400 | 135 | 151 | 60 | 541 | 154 |
|   *GSTM1+, GSTT1-* | 1.0 (reference) | 2.8 (1.6-5.0) | 1.0 (reference) | 4.8 (2.1-11) | 98 | 47 | 34 | 22 | 158 | 24 |
|   *GSTM1-, GSTT1-* | 1.0 (reference) | 1.6 (0.9-2.9) | 1.0 (reference) | 1.4 (0.6-3.1) | 94 | 40 | 36 | 16 | 138 | 41 |
|   $P_{interaction}$* | 0.03 | | 0.09 | | | | | | | |

NOTE: NECC: unconditional logistic regression adjusted for age, study center, duration of oral contraceptive use (months), parity (continuous), tubal ligation, BMI (kg/m², continuous), and duration of PMH use (months); NHS: unconditional logistic regression adjusted for age (months), menopausal status at diagnosis (post, pre/dubious), DNA source, duration of oral contraceptive use (months), parity (continuous), tubal ligation, BMI (kg/m², continuous), and duration of PMH use (months). $P$ values for tests for heterogeneity comparing the NECC and NHS results were all >0.36.
*$P$ values for interaction based on likelihood ratio test comparing unconditional logistic regression models with and without gene-talc interaction terms.
†NHS analysis adjusted for age, menopausal status at diagnosis, and DNA source only to improve stability of estimates.

The novelty of this analysis and the assessment of gene-talc interactions in two independent study populations, one with a large number of cases and the other with prospective data on talc use and ovarian cancer incidence, are strengths of this study. However, although the pooled analysis included a large number of cases and controls, our power was still insufficient to detect interactions with certain combinations of genes and for specific histologic subtypes. In addition, although both study populations had extensive covariate data, the use of common exposure and covariate definitions resulted in the loss of some detail particularly for the NECC. Information on talc use was only collected in 1982 in the NHS, so it is possible that some participants were misclassified with respect to their talc use history. However, the number of participants who began using talc after 1982, when the participants were between ages 36 and 61 years, is most likely small. Although we do not have data on age at initiation of talc use in the NHS, in the NECC, approximately 95% of controls with a history of regular genital talc use reported first using talc before age 35 years. Recall or selection bias may have affected the results of the NECC analyses due to the retrospective study design. However, the consistency of the NECC and NHS results suggests that biases related to study design were not a major problem, because, with the exception of the DNA for a subset of the cases, the NHS data were collected prospectively. In addition, the exposure definition of genital talc use at least once a week may have decreased the influence of recall bias in this analysis, because habitual talc use is likely to be recalled more accurately than sporadic use.

In summary, our findings suggest that variants of the *GSTM1* and *GSTT1* genes may modify the association between genital talc use and risk of total and serous invasive ovarian cancer. However, additional research is needed to confirm these findings and to explore potential mechanisms for these interactions particularly for the stronger talc/ovarian cancer association among women with the *GSTM1*-present/*GSTT1*-null genotype. If confirmed, these findings would strengthen the evidence for the carcinogenicity of talc to the ovarian epithelium.

## Disclosure of Potential Conflicts of Interest

No potential conflicts of interest were disclosed.

## Acknowledgments

The costs of publication of this article were defrayed in part by the payment of page charges. This article must therefore be hereby marked *advertisement* in accordance with 18 U.S.C. Section 1734 solely to indicate this fact.

We thank Hardeep Ranu, Pati Soule, Shireen Sarraf, and Jason Wong for laboratory technical assistance and the participants of the NECC and the NHS for their dedication to these studies and contribution to this research.

## References

1. Huncharek M, Geschwind JF, Kupelnick B. Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: a meta-analysis of 11,933 subjects from sixteen observational studies. Anticancer Res 2003;23:1955–60.

Downloaded from cebp.aacrjournals.org on September 12, 2017. © 2008 American Association for Cancer Research.

2. Cook LS, Kamb ML, Weiss NS. Perineal powder exposure and the risk of ovarian cancer. Am J Epidemiol 1997;145:459–65.
3. Cramer DW, Liberman RF, Titus-Ernstoff L, et al. Genital talc exposure and risk of ovarian cancer. Int J Cancer 1999;81:351–6.
4. Gertig DM, Hunter DJ, Cramer DW, et al. Prospective study of talc use and ovarian cancer. J Natl Cancer Inst 2000;92:249–52.
5. Mills PK, Riordan DG, Cress RD, Young HA. Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. Int J Cancer 2004;112:458–64.
6. Merritt MA, Green AC, Nagle CM, Webb PM. Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. Int J Cancer 2008;122:170–6.
7. Hirvonen A, Pelin K, Tammilehto L, Karjalainen A, Mattson K, Linnainmaa K. Inherited GSTM1 and NAT2 defects as concurrent risk modifiers in asbestos-related human malignant mesothelioma. Cancer Res 1995;55:2981–3.
8. Neri M, Filiberti R, Taioli E, et al. Pleural malignant mesothelioma, genetic susceptibility and asbestos exposure. Mutat Res 2005;592:36–44.
9. Harlow BL, Hartge PA. A review of perineal talc exposure and risk of ovarian cancer. Regul Toxicol Pharmacol 1995;21:254–60.
10. Landrigan PJ. Asbestos—still a carcinogen. N Engl J Med 1998;338:1618–9.
11. Buz'Zard AR, Lau BH. Pycnogenol reduces talc-induced neoplastic transformation in human ovarian cell cultures. Phytother Res 2007;21:579–86.
12. Davidson B, Zhang Z, Kleinberg L, et al. Gene expression signatures differentiate ovarian/peritoneal serous carcinoma from diffuse malignant peritoneal mesothelioma. Clin Cancer Res 2006;12:5944–50.
13. Hayes JD, Flanagan JU, Jowsey IR. Glutathione transferases. Annu Rev Pharmacol Toxicol 2005;45:51–88.
14. Parl FF. Glutathione S-transferase genotypes and cancer risk. Cancer Lett 2005;221:123–9.
15. Garte S, Gaspari L, Alexandrie AK, et al. Metabolic gene polymorphism frequencies in control populations. Cancer Epidemiol Biomarkers Prev 2001;10:1239–48.
16. Hein DW. N-acetyltransferase 2 genetic polymorphism: effects of carcinogen and haplotype on urinary bladder cancer risk. Oncogene 2006;25:1649–58.
17. Dalhoff K, Buus Jensen K, Enghusen Poulsen H. Cancer and molecular biomarkers of phase 2. Methods Enzymol 2005;400:618–27.
18. Brockton N, Little J, Sharp L, Cotton SC. N-acetyltransferase polymorphisms and colorectal cancer: a HuGE review. Am J Epidemiol 2000;151:846–61.
19. Ochs-Balcom HM, Wiesner G, Elston RC. A meta-analysis of the association of N-acetyltransferase 2 gene (NAT2) variants with breast cancer. Am J Epidemiol 2007;166:246–54.
20. Hein DW, Doll MA, Fretland AJ, et al. Molecular genetics and epidemiology of the NAT1 and NAT2 acetylation polymorphisms. Cancer Epidemiol Biomarkers Prev 2000;9:29–42.
21. Terry KL, De Vivo I, Titus-Ernstoff L, Shih MC, Cramer DW. Androgen receptor cytosine, adenine, guanine repeats, and haplotypes in relation to ovarian cancer risk. Cancer Res 2005;65:5974–81.
22. Hankinson SE, Willett WC, Manson JE, et al. Alcohol, height, and adiposity in relation to estrogen and prolactin levels in postmenopausal women. J Natl Cancer Inst 1995;87:1297–302.
23. King IB, Satia-Abouta J, Thornquist MD, et al. Buccal cell DNA yield, quality, and collection costs: comparison of methods for large-scale studies. Cancer Epidemiol Biomarkers Prev 2002;11:1130–3.
24. Gates MA, Tworoger SS, Hecht JL, De Vivo I, Rosner B, Hankinson SE. A prospective study of dietary flavonoid intake and incidence of epithelial ovarian cancer. Int J Cancer 2007;121:2225–32.
25. Tworoger SS, Lee IM, Buring JE, Rosner B, Hollis BW, Hankinson SE. Plasma 25-hydroxyvitamin D and 1,25-dihydroxyvitamin D and risk

26. Deitz AC, Rothman N, Rebbeck TR, et al. Impact of misclassification in genotype-exposure interaction studies: example of N-acetyltransferase 2 (NAT2), smoking, and bladder cancer. Cancer Epidemiol Biomarkers Prev 2004;13:1543–6.
27. DerSimonian R, Laird N. Meta-analysis in clinical trials. Control Clin Trials 1986;7:177–88.
28. Coughlin SS, Hall IJ. Glutathione S-transferase polymorphisms and risk of ovarian cancer: a HuGE review. Genet Med 2002;4:250–7.
29. McGrath SE, Michaud D, De Vivo I. Polymorphisms in GSTT1, GSTM1, NAT1 and NAT2 genes and bladder cancer risk in men and women. BMC Cancer 2006;6:239.
30. Gross AJ, Berg PH. A meta-analytical approach examining the potential relationship between talc exposure and ovarian cancer. J Expo Anal Environ Epidemiol 1995;5:181–95.
31. Wild P. Lung cancer risk and talc not containing asbestiform fibres: a review of the epidemiological evidence. Occup Environ Med 2006;63:4–9.
32. Egli GE, Newton M. The transport of carbon particles in the human female reproductive tract. Fertil Steril 1961;12:151–5.
33. Venter PF, Iturralde M. Migration of a particulate radioactive tracer from the vagina to the peritoneal cavity and ovaries. S Afr Med J 1979;55:917–9.
34. Henderson WJ, Hamilton TC, Griffiths K. Talc in normal and malignant ovarian tissue. Lancet 1979;1:499.
35. Henderson WJ, Joslin CA, Turnbull AC, Griffiths K. Talc and carcinoma of the ovary and cervix. J Obstet Gynaecol Br Commonw 1971;78:266–72.
36. Mostafa SA, Bargeron CB, Flower RW, Rosenshein NB, Parmley TH, Woodruff JD. Foreign body granulomas in normal ovaries. Obstet Gynecol 1985;66:701–2.
37. Heller DS, Westhoff C, Gordon RE, Katz N. The relationship between perineal cosmetic talc usage and ovarian talc particle burden. Am J Obstet Gynecol 1996;174:1507–10.
38. Ness RB, Cottreau C. Possible role of ovarian epithelial inflammation in ovarian cancer. J Natl Cancer Inst 1999;91:1459–67.
39. Cramer DW, Titus-Ernstoff L, McKolanis JR, et al. Conditions associated with antibodies against the tumor-associated antigen MUC1 and their relationship to risk for ovarian cancer. Cancer Epidemiol Biomarkers Prev 2005;14:1125–31.
40. Muscat J, Huncharek M, Cramer DW. Talc and anti-MUC1 antibodies. Cancer Epidemiol Biomarkers Prev 2005;14:2679; author reply 80.
41. Cramer DW, Welch WR, Berkowitz RS, Godleski JJ. Presence of talc in pelvic lymph nodes of a woman with ovarian cancer and long-term genital exposure to cosmetic talc. Obstet Gynecol 2007;110:498–501.
42. Hirvonen A, Saarikoski ST, Linnainmaa K, et al. Glutathione S-transferase and N-acetyltransferase genotypes and asbestos-associated pulmonary disorders. J Natl Cancer Inst 1996;88:1853–6.
43. Landi S, Gemignani F, Neri M, et al. Polymorphisms of glutathione-S-transferase M1 and manganese superoxide dismutase are associated with the risk of malignant pleural mesothelioma. Int J Cancer 2007;120:2739–43.
44. Neri M, Taioli E, Filiberti R, et al. Metabolic genotypes as modulators of asbestos-related pleural malignant mesothelioma risk: a comparison of Finnish and Italian populations. Int J Hyg Environ Health 2006;209:393–8.
45. Hayes JD, Strange RC. Glutathione S-transferase polymorphisms and their biological consequences. Pharmacology 2000;61:154–66.
46. Franko A, Dodic-Fikfak M, Arneric N, Dolzan V. Glutathione S-transferases GSTM1 and GSTT1 polymorphisms and asbestosis. J Occup Environ Med 2007;49:667–71.

Downloaded from cebp.aacrjournals.org on September 12, 2017. © 2008 American Association for Cancer Research.

# Cancer Epidemiology, Biomarkers & Prevention



## Talc Use, Variants of the *GSTM1, GSTT1*, and *NAT2* Genes, and Risk of Epithelial Ovarian Cancer

Margaret A. Gates, Shelley S. Tworoger, Kathryn L. Terry, et al.

*Cancer Epidemiol Biomarkers Prev* 2008;17:2436-2444.

| | |
|---|---|
| **Updated version** | Access the most recent version of this article at:<br>http://cebp.aacrjournals.org/content/17/9/2436 |
| **Supplementary Material** | Access the most recent supplemental material at:<br>http://cebp.aacrjournals.org/content/suppl/2008/10/17/17.9.2436.DC1 |

| | |
|---|---|
| **Cited articles** | This article cites 46 articles, 11 of which you can access for free at:<br>http://cebp.aacrjournals.org/content/17/9/2436.full#ref-list-1 |
| **Citing articles** | This article has been cited by 2 HighWire-hosted articles. Access the articles at:<br>http://cebp.aacrjournals.org/content/17/9/2436.full#related-urls |

| | |
|---|---|
| **E-mail alerts** | Sign up to receive free email-alerts related to this article or journal. |
| **Reprints and Subscriptions** | To order reprints of this article or to subscribe to the journal, contact the AACR Publications Department at pubs@aacr.org. |
| **Permissions** | To request permission to re-use all or part of this article, contact the AACR Publications Department at permissions@aacr.org. |

Downloaded from cebp.aacrjournals.org on September 12, 2017. © 2008 American Association for Cancer Research.

Exhibit 71

NIH Public Access
Author Manuscript
*Nature.* Author manuscript; available in PMC 2010 January 7.

Published in final edited form as:
*Nature.* 2002 December 19; 420(6917): 860–867. doi:10.1038/nature01322.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

# Inflammation and cancer

**Lisa M. Coussens**[*,†,§] and **Zena Werb**[‡,§]

Lisa M. Coussens: coussens@cc.ucsf.edu; Zena Werb: zena@itsa.ucsf.edu

[*] Cancer Research Institute, University of California, San Francisco, California 94143 USA

[†] Department of Pathology, University of California, San Francisco, California 94143 USA

[‡] Department of Anatomy, University of California, San Francisco, California 94143 USA

[§] UCSF Comprehensive Cancer Center, University of California, San Francisco, California 94143 USA

## Abstract

Recent data have expanded the concept that inflammation is a critical component of tumour progression. Many cancers arise from sites of infection, chronic irritation and inflammation. It is now becoming clear that the tumour microenvironment, which is largely orchestrated by inflammatory cells, is an indispensable participant in the neoplastic process, fostering proliferation, survival and migration. In addition, tumour cells have co-opted some of the signalling molecules of the innate immune system, such as selectins, chemokines and their receptors for invasion, migration and metastasis. These insights are fostering new anti-inflammatory therapeutic approaches to cancer development.

The functional relationship between inflammation and cancer is not new. In 1863, Virchow hypothesized that the origin of cancer was at sites of chronic inflammation, in part based on his hypothesis that some classes of irritants, together with the tissue injury and ensuing inflammation they cause, enhance cell proliferation[1]. Although it is now clear that proliferation of cells alone does not cause cancer, sustained cell proliferation in an environment rich in inflammatory cells, growth factors, activated stroma, and DNA-damage-promoting agents, certainly potentiates and/or promotes neoplastic risk. During tissue injury associated with wounding, cell proliferation is enhanced while the tissue regenerates; proliferation and inflammation subside after the assaulting agent is removed or the repair completed. In contrast, proliferating cells that sustain DNA damage and/or mutagenic assault (for example, initiated cells) continue to proliferate in microenvironments rich in inflammatory cells and growth/survival factors that support their growth. In a sense, tumours act as wounds that fail to heal[2].

Today, the causal relationship between inflammation, innate immunity and cancer is more widely accepted; however, many of the molecular and cellular mechanisms mediating this relationship remain unresolved — these are the focus of this review. Furthermore, tumour cells may usurp key mechanisms by which inflammation interfaces with cancers, to further their colonization of the host. Although the acquired immune response to cancer is intimately related to the inflammatory response, this topic is beyond the scope of this article, but readers are referred to several excellent reviews[3,4].

## An overview of inflammation

To understand the role of inflammation in the evolution of cancer, it is important to understand what inflammation is and how it contributes to physiological and pathological processes such as wound healing and infection (Fig. 1). In response to tissue injury, a multifactorial network

of chemical signals initiate and maintain a host response designed to 'heal' the afflicted tissue. This involves activation and directed migration of leukocytes (neutrophils, monocytes and eosinophils) from the venous system to sites of damage (Box 1), and tissue mast cells also have a significant role. For neutrophils, a four-step mechanism is believed to coordinate recruitment of these inflammatory cells to sites of tissue injury and to the provisional extracellular matrix (ECM) that forms a scaffolding upon which fibroblast and endothelial cells proliferate and migrate, thus providing a nidus for reconstitution of the normal microenvironment[5]. These steps involve: activation of members of the selectin family of adhesion molecules (L- P-, and E-selectin) that facilitate rolling along the vascular endothelium; triggering of signals that activate and upregulate leukocyte integrins mediated by cytokines and leukocyte-activating molecules; immobilization of neutrophils on the surface of the vascular endothelium by means of tight adhesion through $\alpha_4\beta_1$ and $\alpha_4\beta_7$ integrins binding to endothelial vascular cell-adhesion molecule-1 (VCAM-1) and MadCAM-1, respectively; and transmigration through the endothelium to sites of injury, presumably facilitated by extracellular proteases, such as matrix metalloproteinases (MMPs).

---

**Box 1**

### Wound healing as an example of physiological inflammation

**Cellular components**

Platelet activation and aggregation, in addition to accelerating coagulation, provide a bolus of secreted proteins and $\alpha$-granule contents to the immediate area, all of which help initiate and accelerate the inflammatory response by the host. Examples of such secreted proteins include arachodonic acid metabolites, heparin, serotonin, thrombin, coagulation factors (factor V), adhesive proteins (fibrinogen and von Willebrand factor), plasma proteins (immunoglobulin-$\gamma$ and albumin), cell growth factors (platelet-derived growth factor (PDGF), platelet-derived angiogenesis factor, transforming growth factor-$\alpha$ (TGF-$\alpha$), TGF-$\beta$ and basic fibroblast growth factor (bFGF)), enzymes (heparanase and factor XIII) and protease inhibitors (plasminogen activator inhibitor-1, $\alpha$2-macroglobulin and $\alpha$2-antiplasmin). Following platelet-induced haemostasis and release of TGF-$\beta$1 and PDGF, formation of granulation tissue is facilitated by chemotaxis of neutrophils, monocytes, fibroblasts and myofibroblasts, as well as by synthesis of new extracellular matrix (ECM) and neoangiogenesis.

Neutrophil chemotaxis is stimulated by factors such as circulating complement factor 5 (C5a), leukotriene B4, kallikrein, bacterial products (if present) and numerous factors released from platelets at the site (for example, PDGF, TGF-$\beta$, platelet-activating factor and platelet factor-4 (PF-4)). Although terminally differentiated with little biosynthetic machinery, neutrophils are capable of considerable production of cytokines/chemokines necessary for effector cell recruitment, activation and response15. These phagocytic cells initiate wound healing by serving as a source of early-response pro-inflammatory cytokines such as tumour necrosis factor-$\alpha$ (TNF-$\alpha$)68, and interleukin (IL)-1$\alpha$ and IL-1$\beta$69. These cytokines mediate leukocyte adherence to the vascular endothelium, thus targeting and restricting leukocytes to areas of repair, and initiate repair by inducing expression of matrix metalloproteinases (MMPs) and keratinocyte growth factor (KGF/FGF-7) by fibroblasts70.

In response to tissue injury, mononuclear phagocytes (that is, macrophage progenitors) migrate from the venous system to the site of tissue injury. They are guided to the site by chemotactic factors, including PF-4, TGF-$\beta$, PDGF, chemokines (monocyte chemoattractant protein-1, -2 and -3 (MCP-1/CCL2, MCP-2/CCL8 and MCP-3/CCL7), macrophage inflammatory protein-1$\alpha$ and -1$\beta$ (MIP-1$\alpha$/CCL3 and MIP-1$\beta$/CCL4), and the cytokines IL-1$\beta$ and TNF-$\alpha$. Deployment of monocytes/macrophages to the site of injury

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

peaks as the number of neutrophils decline. Once present, however, they differentiate into mature macrophages or immature dendritic cells71. After activation, macrophages are the main source of growth factors and cytokines (TGF-β1, PDGF, bFGF, TGF-α, insulin-like growth factor (IGF)-I and -II, TNF-α and IL-1) that modulate tissue repair. Cells in their local microenvironment (for example, endothelial, epithelial, mesenchymal or neuroendocrine cells) are profoundly affected by macrophage products. Macrophages also regulate local tissue remodelling by inducing ECM components, stimulating production of proteolytic enzymes (for example, MMPs and urokinase-type plasminogen activator (uPA)), clearing apoptotic and necrotic cells, and modulating angiogenesis through local production of thrombospondin-1 (refs 72, 73).

Following their activation, mast cells are full of stored and newly synthesized inflammatory mediators. This cell type synthesizes and stores histamine, cytokines and proteases complexed to highly sulphated proteoglycans within granules, and produces lipid mediators and cytokines upon stimulation. Once activated by complement or by binding of antigens to immunoglobulin E (IgE) bound to high-affinity IgE receptors (FcεRI), they degranulate, releasing mediators including heparin, heparanase, histamine, MMPs and serine proteases, and various polypeptide growth factors, including bFGF and vascular endothelial growth factor[74]. These function both in the early initiation phase of inflammation (for example, vascular reaction and exudation), and in the late phase where leukocyte accumulation and wound healing takes place.

**Chemotactic cytokines**

Chemokines are classified into polypeptide groups identified by the location of cysteine residues near their amino termini (for example, C-C, C-X-C, C and CX₃C). Chemokines represent the largest family of cytokines (~41 human members), forming a complex network for the chemotactic activation of all leukocytes. Chemokine receptors, members of the seven-transmembrane-spanning G-protein-coupled receptors, vary by cell type and degree of cell activation[6]. There is considerable redundancy in chemokine-receptor interaction, as many ligands bind different receptors, or vice versa.

The composition of chemokines produced at sites of tissue wounding not only recruits downstream effector cells (as discussed above), but also dictates the natural evolution of immune reactivity. For example, MCP-1/CCL2, a potent chemotactic protein for monocytes and lymphocytes, simultaneously induces expression of lymphocyte-derived IL-4 in response to antigen challenge while decreasing expression of IL-12 (ref. 75). The net effect of this alteration facilitates a switch from a $T_H1$-type to a $T_H2$-type inflammatory response.

**Tissue repair**

In response to wounding, fibroblasts migrate into the wound bed and initially secrete collagen type III, which is later replaced by collagen type I. Synthesis and deposition of these collagens by fibroblasts is stimulated by factors including TGF-β1, -β2 and -β3, PDGF, IL-1α, -1β and -4, and mast cell tryptase. Once sufficient collagen has been generated, its synthesis is stopped; thus, during wound repair, production as well as the degradation of collagens is under precise spatial and temporal control.

The final phase of the healing process is re-epithelialization and migration of epithelial cells across this amalgam, in a process that requires both dissolution of the fibrin clot and degradation of the underlying dermal collagen. Epithelial cells at the leading edge of the wound express the uPA receptor, which is important for focal activation of uPA, and collagenolytic enzymes of the MMP family. In the absence of the fibrinolytic enzyme plasmin, derived from plasminogen after activation by uPA and tissue-PA, re-epithelialization is dramatically delayed[76].

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

The pro-inflammatory properties of TGF-β, such as leukocyte recruitment, adhesion and regulation of MMP secretion and activation, are balanced by its ability to also reverse its role, and suppress these events and foster ECM synthesis to mediate tissue repair[8]. As inflammatory cells are activated, their complement of TGF-β receptors change, resulting in differential susceptibility to TGF-β and enhanced sensitivity to suppression by TGF-β[8], a critical event to resolving inflammation.

A family of chemotactic cytokines, named chemokines, which possess a relatively high degree of specificity for chemoattraction of specific leukocyte populations[1,7], recruits downstream effector cells and dictates the natural evolution of the inflammatory response. The profile of cytokine/chemokines persisting at an inflammatory site is important in the development of chronic disease. The pro-inflammatory cytokine TNF-α (tumour necrosis factor-α) controls inflammatory cell populations as well as mediating many of the other aspects of the inflammatory process. TGF-β1 is also important, both positively and negatively influencing the processes of inflammation and repair[8]. The key concept is that normal inflammation — for example, inflammation associated with wound healing — is usually self-limiting; however, dysregulation of any of the converging factors can lead to abnormalities and ultimately, pathogenesis — this seems to be the case during neoplastic progression.

Neutrophils (and sometimes eosinophils) are the first recruited effectors of the acute inflammatory response. Monocytes, which differentiate into macrophages in tissues, are next to migrate to the site of tissue injury, guided by chemotactic factors. Once activated, macrophages are the main source of growth factors and cytokines, which profoundly affect endothelial, epithelial and mesenchymal cells in the local microenvironment. Mast cells are also important in acute inflammation owing to their release of stored and newly synthesized inflammatory mediators, such as histamine, cytokines and proteases complexed to highly sulphated proteoglycans, as well as lipid mediators.

## Inflammation and neoplastic progression

Peyton Rous was the first to recognize that cancers develop from "subthreshold neoplastic states" caused by viral or chemical carcinogens[9,10]. These states, now known as 'initiation', involve DNA alterations, are irreversible and can persist in otherwise normal tissue indefinitely until the occurrence of a second type of stimulation (now referred to as 'promotion'). Promotion can result from exposure of initiated cells to chemical irritants, such as phorbol esters, factors released at the site of wounding, partial organ resection, hormones or chronic irritation and inflammation (Fig. 1). Functionally, many promoters, whether directly or indirectly, induce cell proliferation, recruit inflammatory cells, increase production of reactive oxygen species leading to oxidative DNA damage, and reduce DNA repair. Subversion of cell death and/or repair programmes occurs in chronically inflamed tissues, thus resulting in DNA replication and proliferation of cells that have lost normal growth control. Normal inflammation is self-limiting, because the production of anti-inflammatory cytokines follows the pro-inflammatory cytokines closely (Fig. 2). However, chronic inflammation seems to be due to persistence of the initiating factors or a failure of mechanisms required for resolving the inflammatory response. Why does the inflammatory response to tumours persist?

### Inflammatory cell component of tumours

Tumour cells produce various cytokines and chemokines that attract leukocytes. The inflammatory component of a developing neoplasm may include a diverse leukocyte population — for example, neutrophils, dendritic cells, macrophages, eosinophils and mast cells, as well as lymphocytes — all of which are capable of producing an assorted array of

cytokines, cytotoxic mediators including reactive oxygen species, serine and cysteine proteases, MMPs and membrane-perforating agents, and soluble mediators of cell killing, such as TNF-α, interleukins and interferons (IFNs)[11],[12].

Monocytes, in the presence of granulocyte–macrophage colony-stimulating factor (GM-CSF) and interleukin (IL)-4, differentiate into immature dendritic cells[13]. Dendritic cells migrate into inflamed peripheral tissue where they capture antigens and, after maturation, migrate to lymph nodes to stimulate T-lymphocyte activation. Soluble factors such as IL-6 and CSF-1, derived from neoplastic cells, push myeloid precursors towards a macrophage-like phenotype14. Interestingly, dendritic cells found in neoplastic infiltrates are frequently immature and defective in T-cell stimulatory capacity.

Tumour-associated macrophages (TAMs) are a significant component of inflammatory infiltrates in neoplastic tissues and are derived from monocytes that are recruited largely by monocyte chemotactic protein (MCP) chemokines. TAMs have a dual role in neoplasms — although they may kill neoplastic cells following activation by IL-2, interferon and IL-12 (refs 15, 16), TAMs produce a number of potent angiogenic and lymphangiogenic growth factors, cytokines and proteases, all of which are mediators that potentiate neoplastic progression17. TAMs and tumour cells also produce IL-10, which effectively blunts the anti-tumour response by cytotoxic T cells. During development of melanoma, activated macrophages produce TGF-β, TNF-α, IL-1α, arachidonate metabolites and extracellular proteases18. In response, melanocytes express IL-8 and vascular endothelial growth factor (VEGF)-A, thereby inducing vascular angiogenesis under paracrine control[18]. Indeed, macrophage infiltration is closely associated with the depth of invasion of primary melanoma due, in part, to macrophage-regulated tumour-associated angiogenesis19.

In addition to altering the local balance of pro-angiogenic factors during melanoma development, during human cervical carcinogenesis, TAMs express VEGF-C and VEGF-D as well as the VEGF receptor-3 (VEGFR-3), all of which are implicated in formation of lymphatic vessels and lymphatic metastases[17]. By placing TAMs at the centre of the recruitment and response to angiogenic and lymphangiogenic stimuli, they may foster the spread of tumours. TAMs also induce VCAM-1 expression on mesothelial cells, a step also believed to be key for tumour cell dissemination into the peritoneum20.

The functional significance of macrophage recruitment to sites of neoplastic growth has been examined by crossing transgenic mice expressing Polyoma virus middle T (PyMT) driven by the mouse mammary tumour virus (MMTV) long terminal repeat, which are prone to development of mammary cancer, with mice containing a null mutation in the CSF-1 gene (*Csf1op*)[21]. Whereas the absence of CSF-1 during early neoplastic development is without apparent consequence, development of late-stage invasive carcinoma and pulmonary metastases are significantly attenuated. The key difference between PyMT mice and PyMT/*Csf1op/Csf1op* mice is not in the apparent proliferative capacity of neoplastic epithelial cells, but in the failure to recruit mature macrophages into neoplastic tissue in the absence of CSF-1. Targeting CSF-1 expression specifically to mammary epithelium in CSF-1-null/PyMT mice restores macrophage recruitment, primary tumour development and metastatic potential[12]. A similar study showed that subcutaneous growth of Lewis lung cancer cells is impaired in *Csf1op/Csf1op* mice22. In this example, however, tumours displayed a decreased mitotic index and pronounced necrosis, apparently resulting from diminished angiogenesis and impaired tumour-stroma formation. These defects were corrected by treatment of tumour-bearing mice with recombinant CSF-1 (ref. 22). Together, these genetic experiments provide a causal link between CSF-1-dependent infiltrating macrophages and the malignant potential of epithelial cells.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Macrophages are not unique among inflammatory cells in potentiation of neoplastic processes. Genetic and functional experiments indicate that neutrophils, mast cells, eosinophils and activated T lymphocytes also contribute to malignancies by releasing extracellular proteases, pro-angiogenic factors and chemokines[11,23–26].

## Cancers associated with chronic inflammation

How are inflammatory cells co-opted into the neoplastic process? A plausible hypothesis is that many malignancies arise from areas of infection and inflammation, simply as part of the normal host response. Indeed, there is a growing body of evidence that many malignancies are initiated by infections[11,27–29] (Table 1) — upwards of 15% of malignancies worldwide can be attributed to infections, a global total of 1.2 million cases per year[11]. Persistent infections within the host induce chronic inflammation. Leukocytes and other phagocytic cells induce DNA damage in proliferating cells, through their generation of reactive oxygen and nitrogen species that are produced normally by these cells to fight infection[30]. These species react to form peroxynitrite, a mutagenic agent [30]. Hence, repeated tissue damage and regeneration of tissue, in the presence of highly reactive nitrogen and oxygen species released from inflammatory cells, interacts with DNA in proliferating epithelium resulting in permanent genomic alterations such as point mutations, deletions, or rearrangements. Indeed, p53 mutations are seen at frequencies similar to those in tumours in chronic inflammatory diseases such as rheumatoid arthritis and inflammatory bowel disease[31].

The strongest association of chronic inflammation with malignant diseases is in colon carcinogenesis arising in individuals with inflammatory bowel diseases, for example, chronic ulcerative colitis and Crohn's disease. Hepatitis C infection in the liver predisposes to liver carcinoma, an increased risk of bladder and colon carcinoma is associated with schistosomiasis, whereas chronic *Helicobacter pylori* infection is the world's leading cause of stomach cancer[32]. The Gram-negative bacterium *H. pylori* is established as a definite carcinogen for the development of gastric cancer — the second most common type of cancer globally[11,29] — and DNA damage resulting from chronic inflammation is believed the mechanism[32]. Exacerbating DNA damage induced by inflammatory cells is expression of macrophage migration inhibitory factor (MIF) from macrophages and T lymphocytes. MIF is a potent cytokine that overcomes p53 function by suppressing its transcriptional activity[33]. Chronic bypass of p53 regulatory functions in infiltrated tissues can enhance proliferation and extend life span, while also creating an environment with a deficient response to DNA damage, amplifying accumulation of potential oncogenic mutations.

Infectious viral agents, for example, DNA tumour viruses, may also directly transform cells by inserting active oncogenes into the host genome, although other mechanisms also are responsible. While many types of infectious agents are present in animals, only a subset of individuals infected with human papilloma virus, hepatitis B virus (HBV) or Epstein-Barr virus develop virus-associated malignancies. This may reflect immune suppression, the necessity of cofactors necessary for promotion or the fact that a neoplasm can develop only if viral infection has targeted a pluripotent progenitor or stem cell. Such stem cells are typically low in abundance and located in regions of tissues protected from agents that would otherwise harm them[34]. In Rous sarcoma virus infections, inflammation is essential for tumour development and this requirement is mediated by factors such as TGF-β and other cytokines produced by the inflammatory cells[35]. Epstein-Barr virus also causes sustained proliferation of B lymphocytes, which, when coupled with a secondary mutation, can result in neoplastic progression and malignant conversion to give rise to Burkett's lymphoma.

The molecular mechanism behind the associated risk of hepatocellular carcinoma resulting from HBV and/or hepatitis C virus (HCV) infection is uncertain. Although there is evidence for clonal integration of viral DNA in tumours and surrounding parenchyma cells, there are no

NIH-PA Author Manuscript    NIH-PA Author Manuscript    NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

defined transforming sequences found within the viral genomes that can act as viral oncogenes. Moreover, there is no evidence to suggest that viral integration activates either a classical cellular oncogene or inactivates a cellular tumour suppressor gene. HCV core protein interacts with the signal transducer and activator of transcription 3 (STAT3) protein[36], a transcription factor involved in mediating cytokine signalling37. This interaction induces sustained phosphorylation of a critical tyrosine residue, resulting in enhanced proliferation and upregulation of Bcl-$x_L$ and cyclin-D. Thus, chronic viral replication in hepatocytes may alter the local cytokine profile and the apoptotic or proliferative responses in infected cells, with an immune response to the viral proteins resulting in a state of chronic inflammation. Interestingly, a similar pathway involving inflammation, IL-6 and STAT3 is downstream of *H. pylori* in the generation of stomach cancer[38].

## The chemokine connection

Chemokines were initially defined functionally as soluble factors regulating directional migration of leukocytes during states of inflammation; however, chemokine biology extends to all cell types, including most human neoplastic cells[6]. Attention first focused on the role of chemokines during malignancy when it was reported that experimental animals without T or natural killer (NK) cell functions, when challenged with a tumour, showed a typical inflammatory infiltrate; this suggested that neoplastic cells either produce chemotactic factors or induce their expression in nearby 'host' cells[39]. It is now appreciated that the chemokine-receptor system can be altered dramatically in neoplastic tissue, particularly at the invasive edges. Moreover, chemokines induce direct effects on stromal and neoplastic cells in addition to their roles in regulating leukocyte recruitment (Fig. 2).

**Regulation of tumour growth by chemokines—**Some tumour cells not only regulate their chemokine expression to help recruit inflammatory cells, but also use these factors to further the tumour growth and progression. Melanoma is perhaps the best exemplar in which chemokines (for example, GROα/CXCL1, GROβ/CXCL2, GROγ/CXCL3 and IL-8/CXCL8) have been shown to exert autocrine control over neoplastic cell proliferation[40]. Blocking GROα or the CXCR2 receptor attenuates melanoma cell proliferation *in vitro*[41], whereas overexpression of GROα, GROβ or GROγ in a variety of tumour-derived cell lines enhances their colony-forming activity and tumorigenicity in nude mice[42,43]. Other CXCR2 ligands have been identified as having autocrine roles in the growth of pancreatic, head and neck, and non-small-cell lung carcinoma44,45, whereas in mouse models, ENA-78/CXCL5 variably affects tumour growth, vascularity and apoptosis[46]. Macrophage pro-inflammatory chemokine-3α (MIP-3α/CCL20), a CC chemokine, is overexpressed in pancreatic carcinoma cells and infiltrating macrophages adjacent to tumours; MIP-3α/CCL20 stimulates growth of neoplastic cells while simultaneously enhancing migration of TAMs[47].

**Regulation of angiogenesis by chemokines—**Activation of angiogenic programmes represents a shift in the balance between pro- and anti-angiogenic factors48. Although angiogenesis is strictly controlled, it is associated with chronic inflammatory diseases, such as psoriasis, rheumatoid arthritis and fibrosis, as well as with tumour growth and metastasis[48]. It is well established that CXC chemokines with the three amino acids (Glu-Leu-Arg/ELR) immediately amino-terminal to the CXC motif (ELR+) are pro-angiogenic and stimulate endothelial cell chemotaxis, whereas ELR− CXC chemokines (for example, PF-4/CXCL4, MIG/CXCL9 and IP-10/CXCL10) possess angiostatic activities44,49. ELR+ CXC ligands bind to CXCR2 and to a lesser degree to CXCR1, whereas ELR− CXC ligands bind to CXCR3, CXCR4 and CXCR5 (ref. 6). Compared to VEGF-A, murine MCP-5/CCL12 exhibits only modest mitogenic properties towards endothelial cells; however, it is a potent chemoattractant. In contrast, stromal-cell-derived factor 1 (SDF-1/CXCL12) induces endothelial expression of VEGF-A; VEGF-A in turn upregulates CXCR4 on endothelial cells7. Although it is not always

clear if the angiostatic and angiogenic effects of chemokines are direct or indirect, it is accepted that the balance between the two regulates neoplastic cell physiology.

**Chemokines and metastasis**—Malignant cells that possess metastatic capacity have properties endowing them with the ability to invade and survive in ectopic tissue, venous and/ or lymphatic environments, as well as ability to reside and proliferate at a distal site (Fig. 3). Much debate exists as to whether malignant cells metastasize to environments favouring their specific growth or whether different organs are endowed with the ability to arrest or attract specific types of malignant cells through chemotactic factors (the so-called homing theory) 48. Studies using a mouse model by Muller and colleagues suggest that the pattern of breast cancer metastases is in part governed by specific interactions between CXCR4 and its ligand SDF-1/CXCL12 (ref. 50). CXCL12 is a rather unique chemokine in that it is the product of resting cells in multiple organs6, and is particularly highly expressed in target organs for breast cancer metastasis50. CXCL12 triggers chemotaxis of malignant mammary carcinoma cells *in vitro*, and the chemotactic activity of extracts of organs targeted by breast cancer cells (bone marrow, liver, lung and lymph nodes) can be neutralized by anti-CXCR4 antibodies. The involvement of CXCR4 in metastasis is not limited to breast cancer, as CXCR4 is expressed in tumour cell lines (for example, prostate carcinomas, B-cell lymphomas, astrogliomas and chronic lymphocytic leukaemias) that also respond to CXCL12 (ref. 51). The broader implications of these observations are that chemokines may be involved in regulating the spectrum of metastases in diverse cancer types.

## Tumours commandeer leukocyte adhesion mechanisms

Tumour cells not only take advantage of the trophic factors made by inflammatory cells, but may also use the same adhesion molecules, chemokines and receptors to aid in migration and homing during distant metastatic spread. Evidence suggests that mechanisms used for homing of leukocytes may be appropriated for the dissemination of tumours via the bloodstream and lymphatics. Selectins are adhesion receptors that normally recognize certain vascular mucin-type glycoproteins bearing the carbohydrate structure sialyl-Lewis X and facilitate leukocyte rolling along the blood vessels. Metastatic progression of many epithelial carcinomas correlates with tumour production of mucins containing sialyl-Lewis X. Lung colonization by melanoma cells that express sialyl-Lewis X is significantly reduced in E/P-selectin-deficient mice[52]. P-selectin deficiency attenuates tumour growth and metastasis, and tumours are significantly smaller in mice treated with a receptor antagonist peptide.

These results indicate that receptors expressed in the vasculature are crucial in targeting sialyl-Lewis X-dependent cancer cells[53]. P-selectin facilitates human carcinoma metastasis in immunodeficient mice by mediating early interactions of platelets with blood-borne tumour cells via their cell-surface mucins, a process that can be blocked by heparin[54]. L-selectin on neutrophils, monocytes and/or NK cells also may facilitate metastasis[55]. Metastasis could involve the formation of tumour–platelet–leukocyte emboli that interact with the vasculature of distant organs. In addition, expression of L-selectin on tumour cells can foster metastasis to lymph nodes[56].

# Inflammation as an anti-cancer therapeutic opportunity

Perhaps the best evidence for the significance of inflammation during neoplastic progression comes from study of cancer risk among long-term users of aspirin and nonsteroidal anti-inflammatory drugs (NSAIDs). Much data indicates that use of these drugs reduces colon cancer risk by 40–50%, and may be preventative for lung, oesophagus and stomach cancer57·58. The ability of NSAIDs to inhibit cyclo-oxygenases (COX-1 and -2) underlies their mechanism(s) of chemoprevention. COX-2 converts arachidonic acid to prostaglandins, which in turn induces inflammatory reactions in damaged tissues59. Aspirin is non-selective

in its inhibition of platelet function by acetylating and irreversibly inactivating both COX-1 and COX-2. Inactivation prevents platelet synthesis of prostaglandins, endoperoxides and thromboxane A2.

Other NSAIDs, for example, flurbiprofen, may have strong anti-metastatic effects because of their inhibition of platelet aggregation[60]. But NSAIDs may act through mechanisms other than inhibition of COX enzyme activity alone, as some NSAIDs lacking COX-inhibitory function show efficacy in inhibiting colon carcinogenesis[61]. Other mechanisms have been proposed[15], including induction of apoptosis through release of cytochrome C from mitochondria and subsequent activation of caspase-9 and -3, and/or interference with cell-cycle progression, reduction of carcinogen activation and stimulation of immune surveillance.

The pro-inflammatory cytokine TNF-α is also a key downstream mediator in inflammation. Despite the name, TNF-α is important in early events in tumours, regulating a cascade of cytokines, chemokines, adhesions, MMPs and pro-angiogenic activities[1,62]. Thus, TNF-α may be one of the ways in which inflammation acts as a tumour promoter. Blocking antibodies that have significant therapeutic efficacy in other inflammatory diseases[63] may have applications in therapy in cancer.

Tumours are also rich in mucins and other ligands that may include the sialyl-Lewis X epitope recognized by selectins. Because selectins may have a role in metastasis[54,55], targeting the selectin interaction with heparin or antagonists of the receptor may decrease metastasis[54].

MMPs are produced by inflammatory cells and by stromal cells responding to chemokines and cytokines produced by inflammatory cells in tumour microenvironments[25]. Like inflammatory cells, MMPs may both promote tumour progression and attenuate it. Indeed, MMPs may mediate many of the actions of inflammatory cells in neoplasms[64]. MMPs can recruit inflammatory cells by releasing chemoattractants and motogens; they also generate growth-promoting and cytostatic signals. MMPs activate angiogenesis, but also produce fragments of basement-membrane collagens and plasminogen that are angiogenesis inhibitors. They have both apoptotic and anti-apoptotic actions. Thus, the efficacy of MMP inhibitors may be mediated, at least in part, through anti-inflammatory actions[64,65]. Given their diverse actions, it is also not surprising that trials with MMP inhibitors have had mixed results, with efficacy reported mostly during early tumour progression[66].

## Inflammatory cells and cancer: friend or foe?

It is now evident that inflammatory cells have powerful effects on tumour development. Early in the neoplastic process, these cells are powerful tumour promoters, producing an attractive environment for tumour growth, facilitating genomic instability and promoting angiogenesis. The inflammatory cells, and the chemokines and cytokines that they produce, influence the whole tumour organ, regulating the growth, migration and differentiation of all cell types in the tumour microenvironment, including neoplastic cells, fibroblasts and endothelial cells. Later in the tumorigenic process, neoplastic cells also divert inflammatory mechanisms such as selectin–ligand interactions, MMP production and chemokine functions to favour neoplastic spread and metastasis. This may be part of an attempt by the tumour to subvert immune cell functions, so favouring tumour development. Yet, the recruitment of inflammatory cells may also be counterproductive for tumour development, and also may represent an attempt by the host to suppress tumour growth.

The pro-tumour actions of inflammatory cells include releasing growth and survival factors, promoting angiogenesis and lymphangiogenesis, stimulating DNA damage, remodelling the ECM to facilitate invasion, coating tumour cells to make available receptors for disseminating cells via lymphatics and capillaries, and evading host defence mechanisms. Although

NIH-PA Author Manuscript    NIH-PA Author Manuscript    NIH-PA Author Manuscript

inflammatory responses should also be anti-tumour, cancer patients are often defective in their inflammatory responses. This may arise by two distinct tumour-mediated mechanisms: a failure to upregulate the anti-inflammatory cytokines, or subversion of the host response resulting from desensitization of receptors owing to high chemokine and cytokine concentrations that then blunt systemic responses. Can we apply these new insights for targeting metastases?

It is clear that anti-inflammatory therapy is efficacious towards early neoplastic progression and malignant conversion. In a fully developed malignancy, there are 'excess' inflammatory cells in the tumour microenvironment. Does the tumour need inflammation to help foster angiogenesis? We must think globally and act locally. One approach is to evaluate whether functional polymorphisms in genes that regulate inflammatory processes (for example, genes encoding MMPs, cytokines, chemokines or selectins) harbour altered risk for developing cancer or are indicators of prognosis. Yet for all the local inflammation in tumours, in many cases the overall innate immunity of the host is blunted. The challenge for the future is to normalize the inflammatory network to regain a normal host response overall: decreasing the high levels of tumour-promoting properties of the infiltrating cells, such as pro-inflammatory cytokines, while increasing their tumour-suppressing properties, such as anti-inflammatory cytokines. In this way, later in tumour progression, we can harness the activities that are anti-tumour while suppressing those that are pro-tumour.

## Acknowledgments

Supported by grants from the National Institutes of Health, the American Cancer Society, the V Foundation for Cancer Research, the Edward Mallinckrodt Jr Foundation for Medical Research, and the American Association for Cancer Research.

## References

1. Balkwill F, Mantovani A. Inflammation and cancer: back to Virchow? Lancet 2001;357:539–545. [PubMed: 11229684]

2. Dvorak HF. Tumors: wounds that do not heal. Similarities between tumor stroma generation and wound healing. N Engl J Med 1986;315:1650–1659. [PubMed: 3537791]

3. Dranoff G. Tumour immunology: immune recognition and tumor protection. Curr Opin Immunol 2002;14:161–164.

4. Pardoll DM. Spinning molecular immunology into successful immunotherapy. Nature Rev Immunol 2002;2:227–238. [PubMed: 12001994]

5. Chettibi, S.; Ferguson, MWJ. Inflammation: Basic Principles and Clinical Correlates. Gallin, JI.; Snyderman, R., editors. Lipincott, Williams and Wilkinson; Philadelphia: 1999. p. 865-881.

6. Rossi D, Zlotnik A. The biology of chemokines and their receptors. Annu Rev Immunol 2000;18:217–242. [PubMed: 10837058]

7. Homey B, Muller A, Zlotnik A. Chemokines: agents for the immunotherapy of cancer? Nature Rev Immunol 2002;2:175–184. [PubMed: 11913068]

8. Moustakas A, Pardali K, Gaal A, Heldin CH. Mechanisms of TGF-β signaling in regulation of cell growth and differentiation. Immunol Lett 2002;82:85–91. [PubMed: 12008039]

9. Rous P, Kidd J. Conditional neoplasms and subthreshold neoplastic states: a study of the tar tumors of rabbits. J Exp Med 1941;73:365–389. [PubMed: 19871084]

10. Mackenzie IC, Rous P. The experimental disclosure of latent neoplastic changes in tarred skin. J Exp Med 1941;73:391–415. [PubMed: 19871085]

11. Kuper H, Adami HO, Trichopoulos D. Infections as a major preventable cause of human cancer. J Intern Med 2000;248:171–183. [PubMed: 10971784]

12. Wahl LM, Kleinman HK. Tumor-associated macrophages as targets for cancer therapy. J Natl Cancer Inst 1998;90:1583–1584. [PubMed: 9811301]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

13. Talmor M, et al. Generation of large numbers of immature and mature dendritic cells from rat bone marrow cultures. Eur J Immunol 1998;28:811–817. [PubMed: 9541575]

14. Allavena P, et al. The chemokine receptor switch paradigm and dendritic cell migration: its significance in tumor tissues. Immunol Rev 2000;177:141–149. [PubMed: 11138772]

15. Brigati C, Noonan DM, Albini A, Benelli R. Tumors and inflammatory infiltrates: friends or foes? Clin Exp Metastasis 2002;19:247–258. [PubMed: 12067205]

16. Tsung K, Dolan JP, Tsung YL, Norton JA. Macrophages as effector cells in interleukin 12-induced T cell-dependent tumor rejection. Cancer Res 2002;62:5069–5075. [PubMed: 12208763]

17. Schoppmann S, et al. Tumor-associated macrophages express lymphatic endothelial growth factors and are related to peritumoral lymphangiogenesis. Am J Pathol 2002;161:947–956. [PubMed: 12213723]

18. Torisu H, et al. Macrophage infiltration correlates with tumor stage and angiogenesis in human malignant melanoma: possible involvement of TNFα and IL-1α. Int J Cancer 2000;85:182–188. [PubMed: 10629075]

19. Ono M, Torisu H, Fukushi J, Nishie A, Kuwano M. Biological implications of macrophage infiltration in human tumor angiogenesis. Cancer Chemother Pharmacol 1999;43:S69–S71. [PubMed: 10357562]

20. Jonjic N, et al. Expression of adhesion molecules and chemotactic cytokines in cultured human mesothelial cells. J Exp Med 1992;176:1165–1174. [PubMed: 1383376]

21. Lin EY, Nguyen AV, Russell RG, Pollard JW. Colony-stimulating factor 1 promotes progression of mammary tumors to malignancy. J Exp Med 2001;193:727–740. [PubMed: 11257139]

22. Nowicki A, et al. Impaired tumor growth in colony-stimulating factor 1 (CSF-1)-deficient, macrophage-deficient op/op mouse: evidence for a role of CSF-1-dependent macrophages in formation of tumor stroma. Int J Cancer 1996;65:112–119. [PubMed: 8543387]

23. DiCarlo E, et al. The intriguing role of polymorphonuclear neutrophils in antitumor reactions. Blood 2001;97:339–345. [PubMed: 11154206]

24. Coussens LM, et al. Inflammatory mast cells up-regulate angiogenesis during squamous epithelial carcinogenesis. Genes Dev 1999;13:1382–1397. [PubMed: 10364156]

25. Coussens LM, Tinkle CL, Hanahan D, Werb Z. MMP-9 supplied by bone marrow-derived cells contributes to skin carcinogenesis. Cell 2000;103:481–490. [PubMed: 11081634]

26. Bergers G, et al. Matrix metalloproteinase-9 triggers the angiogenic switch during carcinogenesis. Nature Cell Biol 2000;2:737–744. [PubMed: 11025665]

27. Blaser MJ, Chyou PH, Nomura A. Age at establishment of *Helicobacter pylori* infection and gastric carcinoma, gastric ulcer, and duodenal ulcer risk. Cancer Res 1995;55:562–565. [PubMed: 7834625]

28. Scholl SM, et al. Anti-colony-stimulating factor-1 antibody staining in primary breast adenocarcinomas correlates with marked inflammatory cell infiltrates and prognosis. J Natl Cancer Inst 1994;86:120–126. [PubMed: 8271294]

29. Shacter E, Weitzman SA. Chronic inflammation and cancer. Oncology 2002;16:217–226. [PubMed: 11866137]

30. Maeda H, Akaike T. Nitric oxide and oxygen radicals in infection, inflammation, and cancer. Biochemistry 1998;63:854–865. [PubMed: 9721338]

31. Yamanishi Y, et al. Regional analysis of p53 mutations in rheumatoid arthritis synovium. Proc Natl Acad Sci USA 2002;99:10025–10030. [PubMed: 12119414]

32. Ernst PB, Gold BD. The disease spectrum of *Helicobacter pylori*: the immunopathogenesis of gastroduodenal ulcer and gastric cancer. Annu Rev Microbiol 2000;54:615–640. [PubMed: 11018139]

33. Hudson JD, et al. A proinflammatory cytokine inhibits p53 tumor suppressor activity. J Exp Med 1999;190:1375–1382. [PubMed: 10562313]

34. Jensen UB, Lowell S, Watt FM. The spatial relationship between stem cells and their progeny in the basal layer of human epidermis: a new view based on whole-mount labeling and lineage analysis. Development 1999;126:2409–2418. [PubMed: 10226000]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

35. Martins-Green M, Boudreau N, Bissell MJ. Inflammation is responsible for the development of wound-induced tumors in chickens infected with Rous sarcoma virus. Cancer Res 1994;54:4334–4341. [PubMed: 7519120]

36. Yoshida T, et al. Activation of STAT3 by the hepatitis C virus core protein leads to cellular transformation. J Exp Med 2002;196:641–653. [PubMed: 12208879]

37. Bromberg J, Darnell JE. The role of STATs in transcriptional control and their impact on cellular function. Oncogene 2000;19:2468–2473. [PubMed: 10851045]

38. Tebbutt NC, et al. Reciprocal regulation of gastrointestinal homeostasis by SHP2 and STAT-mediated trefoil gene activation in gp130 mutant mice. Nature Med 2002;8:1089–1097. [PubMed: 12219085]

39. Mantovani A, Muzio M, Garlanda C, Sozzani S, Allavena P. Macrophage control of inflammation: negative pathways of regulation of inflammatory cytokines. Novartis Found Symp 2001;234:120–131. [PubMed: 11199092]

40. Richmond A, Thomas H. Purification of melanoma growth stimulatory activity. J Cell Physiol 1986;129:375–384. [PubMed: 3465735]

41. Norgauer J, Metzner B, Schraufstatter I. Expression and growth-promoting function of the IL-8 receptor β in human melanoma cells. J Immunol 1996;156:1132–1137. [PubMed: 8557989]

42. Balentien E, Mufson BE, Shattuck RL, Derynck R, Richmond A. Effects of MGSA/GRO alpha on melanocyte transformation. Oncogene 1991;6:1115–1124. [PubMed: 1861861]

43. Owen JD, et al. Enhanced tumor-forming capacity for immortalized melanocytes expressing melanoma growth stimulatory activity/growth-regulated cytokine beta and gamma proteins. Int J Cancer 1997;73:94–103. [PubMed: 9334815]

44. Vicari AP, Caux C. Chemokines in cancer. Cytokine Growth Factor Rev 2002;13:143–154. [PubMed: 11900990]

45. Farrow B, Evers BM. Inflammation and the development of pancreatic cancer. Surg Oncol 2002;10:153–169. [PubMed: 12020670]

46. Arenberg DA, et al. Epithelial-neutrophil activating peptide (ENA-78) is an important angiogenic factor in non-small cell lung cancer. J Clin Invest 1998;102:465–472. [PubMed: 9691082]

47. Kleeff J, et al. Detection and localization of Mip-3α/LARC/Exodus, a macrophage proinflammatory chemokine, and its CCR6 receptor in human pancreatic cancer. Int J Cancer 1999;81:650–657. [PubMed: 10225458]

48. Hanahan D, Weinberg RA. The hallmarks of cancer. Cell 2000;100:57–70. [PubMed: 10647931]

49. Strieter RM, et al. The functional role of the ELR motif in CXC chemokine-mediated angiogenesis. J Biol Chem 1995;270:27348–27357. [PubMed: 7592998]

50. Muller A, et al. Involvement of chemokine receptors in breast cancer metastasis. Nature 2001;410:50–56. [PubMed: 11242036]

51. Moore MA. The role of chemoattraction in cancer metastases. BioEssays 2001;23:674–676. [PubMed: 11494314]

52. Kim YJ, Borsig L, Varki NM, Varki A. P-selectin deficiency attenuates tumor growth and metastasis. Proc Natl Acad Sci USA 1998;95:9325–9330. [PubMed: 9689079]

53. Zhang J, et al. Sialyl Lewis X-dependent lung colonization of B16 melanoma cells through a selectin-like endothelial receptor distinct from E- or P-selectin. Cancer Res 2002;62:4194–4198. [PubMed: 12154017]

54. Borsig L, et al. Heparin and cancer revisited: mechanistic connections involving platelets, P-selectin, carcinoma mucins, and tumor metastasis. Proc Natl Acad Sci USA 2001;98:3352–3357. [PubMed: 11248082]

55. Borsig L, Wong R, Hynes RO, Varki NM, Varki A. Synergistic effects of L- and P-selectin in facilitating tumor metastasis can involve non-mucin ligands and implicate leukocytes as enhancers of metastasis. Proc Natl Acad Sci USA 2002;99:2193–2198. [PubMed: 11854515]

56. Qian F, Hanahan D, Weissman IL. L-selectin can facilitate metastasis to lymph nodes in a transgenic mouse model of carcinogenesis. Proc Natl Acad Sci USA 2001;98:3976–3981. [PubMed: 11274419]

57. Baron JA, Sandler RS. Nonsteroidal anti-inflammatory drugs and cancer prevention. Annu Rev Med 2000;51:511–523. [PubMed: 10774479]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

58. Garcia-Rodriguez LA, Huerta-Alvarez C. Reduced risk of colorectal cancer among long-term users of aspirin and nonaspirin nonsteroidal antiinflammatory drugs. Epidemiology 2001;12:88–93. [PubMed: 11138826]

59. Williams CS, Mann M, DuBois RN. The role of cyclooxygenases in inflammation, cancer, and development. Oncogene 1999;18:7908–7916. [PubMed: 10630643]

60. Mamytbekova A, Rezabek K, Kacerovska H, Grimova J, Svobodova J. Antimetastatic effect of flurbiprofen and other platelet aggregation inhibitors. Neoplasma 1986;33:417–421. [PubMed: 3762804]

61. Elder DJ, Halton DE, Hague A, Paraskeva C. Induction of apoptotic cell death in human colorectal carcinoma cell lines by a cyclooxygenase-2 (COX-2)-selective nonsteroidal anti-inflammatory drug: independence from COX-2 protein expression. Clin Cancer Res 1997;3:1679–1683. [PubMed: 9815550]

62. Balkwill F. Tumor necrosis factor or tumor promoting factor? Cytokine Growth Factor Rev 2002;13:135–141. [PubMed: 11900989]

63. Shanahan JC, St Clair EW. Tumor necrosis factor-alpha blockade: a novel therapy for rheumatic disease. Clin Immunol 2002;103:231–242. [PubMed: 12173297]

64. Egeblad M, Werb Z. New functions for the matrix metalloproteinases in cancer progression. Nature Rev Cancer 2002;2:161–174. [PubMed: 11990853]

65. Overall CM, Lopez-Otin C. Strategies for MMP inhibition in cancer: innovations for the post-trial era. Nature Rev Cancer 2002;2:657–672. [PubMed: 12209155]

66. Coussens LM, Fingleton B, Matrisian LM. Matrix metalloproteinase inhibitors and cancer: trials and tribulations. Science 2002;295:2387–2392. [PubMed: 11923519]

67. Dalgleish AG, O'Byrne KJ. Chronic immune activation and inflammation in the pathogenesis of AIDS and cancer. Adv Cancer Res 2002;84:231–276. [PubMed: 11883529]

68. Feiken E, Romer J, Eriksen J, Lund LR. Neutrophils express tumor necrosis factor-alpha during mouse skin wound healing. J Invest Dermatol 1995;105:120–123. [PubMed: 7615965]

69. Hubner G, et al. Differential regulation of pro-inflammatory cytokines during wound healing in normal and glucocorticoid-treated mice. Cytokine 1996;8:548–556. [PubMed: 8891436]

70. Chedid M, Rubin JS, Csaky KG, Aaronson SA. Regulation of keratinocyte growth factor gene expression by interleukin 1. J Biol Chem 1994;269:10753–10757. [PubMed: 7511604]

71. Osusky R, Malik P, Ryan SJ. Retinal pigment epithelium cells promote the maturation of monocytes to macrophages in vitro. Ophthalmic Res 1997;29:31–36. [PubMed: 9112264]

72. DiPietro L. Wound healing: the role of the macrophage and other immune cells. Shock 1995;4:233–240. [PubMed: 8564549]

73. Fritsch C, Simon-Assmann P, Kedinger M, Evans GS. Cytokines modulate fibroblast phenotype and epithelial-stroma interactions in rat intestine. Gastroenterology 1997;112:826–838. [PubMed: 9041244]

74. Grutzkau A, et al. Synthesis, storage, and release of vascular endothelial growth factor/vascular permeability factor (VEGF/VPF) by human mast cells: implications for the biological significance of VEGF206. Mol Biol Cell 1998;9:875–884. [PubMed: 9529385]

75. Chensue SW, Ruth JH, Warmington K, Lincoln P, Kunkel SL. In vivo regulation of macrophage IL-12 production during type 1 and type 2 cytokine-mediated granuloma formation. J Immunol 1995;155:3546–3551. [PubMed: 7561051]

76. Romer J, et al. Impaired wound healing in mice with a disrupted plasminogen gene. Nature Med 1996;2:287–292. [PubMed: 8612226]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Coussens and Werb

Page 14



Figure 1.

Wound healing versus invasive tumour growth. **a**, Normal tissues have a highly organized and segregated architecture. Epithelial cells sit atop a basement membrane separated from the vascularized stromal (dermis) compartment. Upon wounding or tissue assault, platelets are activated and form a haemostatic plug where they release vasoactive mediators that regulate vascular permeability, influx of serum fibrinogen, and formation of the fibrin clot. Chemotactic factors such as transforming growth factor-β and platelet-derived growth factor, derived from activated platelets, initiate granulation tissue formation, activation of fibroblasts, and induction and activation of proteolytic enzymes necessary for remodelling of the extracellular matrix (for example, matrix metalloproteinases and urokinase-type plasminogen activator). In combination, granulocytes, monocytes and fibroblasts are recruited, the venous network restored, and re-epithelialization across the wound occurs. Epithelial and stromal cell types engage in a reciprocal signalling dialogue to facilitate healing. Once the wound is healed, the reciprocal signalling subsides. **b**, Invasive carcinomas are less organized. Neoplasia-associated angiogenesis and lymphangiogenesis produces a chaotic vascular organization of blood vessels and lymphatics where neoplastic cells interact with other cell types (mesenchymal, haematopoietic and lymphoid) and a remodelled extracellular matrix. Although the vascular network is not disrupted in the same way during neoplastic progression as it is during wounding, many reciprocal interactions occur in parallel. Neoplastic cells produce an array of cytokines and chemokines that are mitogenic and/or chemoattractants for granulocytes, mast cells, monocytes/macrophages, fibroblasts and endothelial cells. In addition, activated fibroblasts and infiltrating inflammatory cells secrete proteolytic enzymes, cytokines and chemokines, which are mitogenic for neoplastic cells, as well as endothelial cells involved in neoangiogenesis and lymphangiogenesis. These factors potentiate tumour growth, stimulate angiogenesis, induce fibroblast migration and maturation, and enable metastatic spread via engagement with either the venous or lymphatic networks.

*Nature*. Author manuscript; available in PMC 2010 January 7.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

**Figure 2.**
Cytokine and chemokine balances regulate neoplastic outcome. The balance of cytokines in any given tumour is critical for regulating the type and extent of inflammatory infiltrate that forms. Tumours that produce little or no cytokines or an overabundance of anti-inflammatory cytokines induce limited inflammatory and vascular responses, resulting in constrained tumour growth. In contrast, production of an abundance of pro-inflammatory cytokines can lead to a level of inflammation that potentiates angiogenesis, thus favouring neoplastic growth. Alternatively, high levels of monocytes and/or neutrophil infiltration, in response to an altered balance of pro-versus anti-inflammatory cytokines, can be associated with cytotoxicity,

NIH-PA Author Manuscript    NIH-PA Author Manuscript    NIH-PA Author Manuscript

angiostasis and tumour regression. In tumours, interleukin-10 is generally a product of tumour cells and tumour-associated macrophages.



**Figure 3.**
Cancer metastasis and chemokine signalling. Initiated epithelial cells are promoted by inflammation to undergo neoplastic progression, a process that requires remodelling of the extracellular matrix, recruitment of inflammatory cells, angiogenesis and lymphangiogenesis. Out of this microenvironment, carcinomas arise. These neoplastic cells then turn on expression of chemokine receptors, such as CXCR4. The production of chemokine ligands for these receptors, in sites such as lymph nodes, bone marrow, liver and lung, then facilitates their invasion and migration to secondary sites where malignant cells reside either in a dormant state, or proliferate to form a productive metastatic lesion. Blockade of chemokine receptors, for example, anti-CXCR4 antibodies, attenuates metastatic spread in some experimental systems.

**Table 1**

Chronic inflammatory conditions associated with neoplasms

| Pathologic condition | Associated neoplasm(s) | Aetiologic agent |
|---|---|---|
| Asbestosis, silicosis | Mesothelioma, lung carcinoma | Asbestos fibres, silica particles |
| Bronchitis | Lung carcinoma | Silica, asbestos, smoking (nitrosamines, peroxides) |
| Cystitis, bladder inflammation | Bladder carcinoma | Chronic indwelling, urinary catheters |
| Gingivitis, lichen planus | Oral squamous cell carcinoma | |
| Inflammatory bowel disease, Crohn's disease, chronic ulcerative colitis | Colorectal carcinoma | |
| Lichen sclerosus | Vulvar squamous cell carcinoma | |
| Chronic pancreatitis, hereditary pancreatitis | Pancreatic carcinoma | Alcholism, mutation in trypsinogen gene on Ch. 7 |
| Reflux oesophagitis, Barrett's oesophagus | Oesophageal carcinoma | Gastric acids |
| Sialadenitis | Salivary gland carcinoma | |
| Sjögren syndrome, Hashimoto's thyroiditis | MALT lymphoma | |
| Skin inflammation | Melanoma | Ultraviolet light |
| **Cancers associated with infectious agents** | | |
| *Opisthorchis, Cholangitis* | Cholangiosarcoma, colon carcnoma | Liver flukes (*Opisthorchis viverrini*), bile acids |
| Chronic cholecystitis | Gall bladder cancer | Bacteria, gall bladder stones |
| Gastritis/ulcers | Gastric adenocarcinoma, MALT | *Helicobacter pylori* |
| Hepatitis | Hepatocellular carcinoma | Hepatitis B and/or C virus |
| Mononucleosis | B-cell non-Hodgkin's lymphoma, Burkitts lymphoma, | Epstein-Barr Virus |
| AIDS | Non-Hodgkin's lymphoma, squamous cell carcinomas, Kaposi's sarcoma | Human immunodeficiency virus, human herpesvirus type 8 |
| Osteomyelitis | Skin carcinoma in draining sinuses | Bacterial infection |
| Pelvic inflammatory disease, chronic cervicitis | Ovarian carcinoma, cervical/anal carcinoma | Gonnorrhoea, chlamydia, human papillomavirus |
| Chronic cystitis | Bladder, liver, rectal carcinoma, follicular lymphoma of the spleen | Schistosomiasis |

Modified from refs 29, [67]. MALT, mucosa-associated lymphoid tissue.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Exhibit 72

*Int. J. Cancer:* **121**, 2364–2372 (2007)
© 2007 Wiley-Liss, Inc.

# Beyond foreign-body-induced carcinogenesis: Impact of reactive oxygen species derived from inflammatory cells in tumorigenic conversion and tumor progression

**Futoshi Okada***

*Department of Biomolecular Function, Graduate School of Medical Science, Yamagata University, Yamagata, Japan*

Foreign-body-induced carcinogenesis is a traditional, maybe old, way of understanding cancer development. A number of novel approaches are available today to elucidate cancer development. However, there are things we learn from the old, and thus I bring out some examples of various clinical cases and experimental models of foreign-body-induced tumorigenesis. What is notable is that the foreign bodies themselves are unrelated to each other, whereas commonly underlying in them is to induce inflammatory reaction, especially stromal proliferation, where those exogenous materials are incorporated and undigested. Such foreign-body-induced carcinogenesis is also recognized in the step of tumor progression, the final step of carcinogenesis that tumor cells acquire malignant phenotypes including metastatic properties. And the phenomenon is universally observed in several cell lines of different origins. In this review I would like to show the evidence that tumor development and progression are accelerated inevitably by inflammation caused from foreign bodies, and that reactive oxygen species derived from inflammatory cells are one of the most important genotoxic mediators to accelerate the process.
© 2007 Wiley-Liss, Inc.

Key words: inflammation; ROS; foreign body; carcinogenesis; tumor progression

The cancer research advanced in the last decade has pointed out that at least 5 cancer-causing factors exist: spontaneous replication errors in DNA, cytotoxic and/or inflammatory carcinogenic substances, genotoxic (direct DNA injurious) carcinogenic substances, irradiation including ultra violet and transduction of viral oncogenes. Infection/inflammation is unquestionably among them. In 1981, cancer epidemiologists estimated that around 10% of cancers was due to infection/inflammation in the Unites States.[1] And the most recent statistics show the major involvement of inflammation in the total cancer death, at various proportions among countries; for example, in 2005, the ratio of infection/inflammation to all the cancer death causes was around 25% in sub-Saharan Africa while that in Europe was around 6%.[2] In the year 2000, collectively, ~20% of all cancer deaths was attributable to inflammatory reactions due to chronic infections caused by infectious agents.[3]

In the same line of the evidence, foreign bodies incorporated into body for medical reasons or accidentally appear to lead to inflammation-based carcinogenesis. One of the epoch-making experimental studies in this aspect was established by Dr. Boone and his colleagues.[4–9] They observed tumorigenic conversion of immortalized cell lines after implantation of the cells attached to foreign bodies such as a piece of plastic plate or glass bead. Following their finding, we expanded the experiment to tumor progression, namely, the final stage of carcinogenesis acquiring malignant properties, and revealed that inflammatory-cell-derived reactive oxygen and nitrogen species were actually involved in the malignant progression. We also confirmed the universality of the phenomena in the cell lines of rat, mouse and human.

In the industrialized world, including developing and undeveloped countries alike, foreign-body-induced carcinogenesis tends to be poorly managed. A typical example is pleural mesothelioma among the particular workers in Japan; the disease is now belatedly being recognized after their years of exposure to asbestos in the past. Besides those, parasite-related or environmental carcinogenesis is among the foreign-body-induced carcinogenesis; however, in this article, I focus on the materials related with industrial

products. I will present the past and present evidence for foreign-body-carcinogenesis and demonstrate that host inflammatory reaction is one of the major factors promoting carcinogenesis.

## Foreign-body-induced carcinogenesis in human

Exogenously incorporated foreign bodies can induce tumors in human. Various materials are implanted in human body for prosthetic, reconstructive or cosmetic purposes today; or accidental implantation occurs, such as bullets or shrapnel at war; further, nondigestible particles and scarring may be added to this category of foreign body.[10–12] Tumor latency period from such implantation/injury till its detection is extremely long. It is estimated that over 25% of tumors appears in the span of 15 years and 50%, 25 years,[11] and the overall latent period in human is said to be 20 years.[10] It should be noted, however, that despite the increasing use of medical implants over the last 6 decades the frequency of tumor development there is extremely low. The critical difference of foreign-body-induced carcinogenesis from inflammation-based carcinogenesis is the low or rare tumor incidence, although the incidence depends on the composition of foreign body.

### Particulate carcinogens

Particulate carcinogens are carbon black, asbestos, diesel exhaust, coal particle, acid aerosols, tobacco smoke and reactive gases such as ozone, sulfur dioxide and nitrogen oxides, and the most steady mechanism of particulate carcinogens is to elicit intense inflammatory responses. The conspicuous feature of inflammation in particle-induced carcinogenesis is the release of inflammatory cytokines and reactive oxygen species (ROS).[13] On the other hand, other mechanisms are also reported[13,14]; for example, such particles can act as carriers of carcinogen such as polycyclic aromatic hydrocarbons to increase retention period.[15]

Carbon black, a product of incomplete combustion of carbonaceous fuels and usually regarded as soot, was provisioned by Sir Percivall Pott in 1775 as a dreadful example of environmental carcinogen to cause scrotum tumors in chimney sweepers.[16] Soot itself appears to be carcinogenic on skin but possibly not on those of intracorporal organs such as respiratory tract epithelium.[17] A long-term cohort study revealed that carbon black or related by-products cause lung cancers in the workers at carbon black manufacturing factories.[18] Chronic exposure to particulate carcinogen increases tumor incidences to around 20%, with the majority of tumors appearing after 18 months of exposure.[19] While we are blessed with numerous products by technological innovations, regrettably some products are double-edged, contrary to the original aim of their production. The common features of the foreign bodies that induce carcinogenesis are listed in the later section. We need to pay attention to newly developed products before they

Grant sponsors: Japanese Ministry of Education, Culture, Sports, Science and Technology; Japanese Ministry of Health, Labor and Welfare.
*Correspondence to: Department of Biomolecular Function, Graduate School of Medical Science, Yamagata University, 2-2-2, Iidanishi, Yamagata 990-9585, Japan. Fax: 81-23-628-5230.
E-mail: fuokada@med.id.yamagata-u.ac.jp
Received 30 June 2007; Accepted after revision 9 August 2007
DOI 10.1002/ijc.23125
Published online 24 September 2007 in Wiley InterScience (www.interscience.wiley.com).

Publication of the International Union Against Cancer

appear in the market. Nano-scale particles, for example, are a great worriment because of the nature of their structures and those products are now spreading into every aspect of our daily life.[20]

### Asbestos fibers

Asbestos is the commercial name for a group of hydrated magnesium silicate fibrous minerals, which is used as materials of cement, ceiling, automobile brake linings, and shipbuilding for their characteristic resistance to heat and combustion.[21] Asbestos is in 3 types of crystals: chrysotile (white asbestos), crocidolite (blue asbestos) and amosite (brown asbestos). The carcinogenicity of asbestos is believed to be related with the structural type rather than physiochemical properties.[22] Imports of asbestos increased in Japan from early 1960 and had a peak in 1974,[23] although there was general warning in 1973 that inhalation of asbestos causes pneumoconiosis, bronchial carcinoma, carcinoma of the gastrointestinal tract and mesotheliomas.[13,24] In parallel with asbestos consumption, the risk of developing mesothelioma (commonly pleural, and also peritoneal and pericardial mesotheliomas, depending on the distribution of mesothelium in body cavities) was belatedly recognized in people who had worked with asbestos. The mean latency of mesothelioma development is estimated at 20–40 years after the first exposure to asbestos.[21,25]

When asbestos is experimentally injected into a subcutaneous space in mice, extensive inflammatory reaction develops; surprisingly the subcutaneously injected asbestos fibers are transported into submesothelium of thorax and abdomen.[26] The conspicuous feature of asbestos-associated mesotheliomas is persistent inflammation[27] and active fibrosis[28] evoked by asbestos fibers since immune system cannot remove the nondigestible particles that lead to chronic inflammation (also termed "sterile inflammation").[29,30] It is considered that possible causes of asbestos-induced mutation are ROS, reactive nitrogen species (RNS) and their by-products. Asbestos fibers themselves catalyze the formation of hydroxyl radicals.[31,32] The production of hydroxyl radicals in cells after treated with crocidolite asbestos may result in the formation of premutagenic DNA basis, namely 8-hydroxy-2′-deoxyguanosine (8-OHdG).[33] Moreover, asbestos fibers stimulate infiltrated phagocytes to produce nitric oxide.[34] Thus in the environment of asbestos deposit site, RNS, in addition to generated ROS, may react with superoxide anion to produce peroxynitrites, which are able to oxidize guanosine to produce 8-OHdG. Unfried et al. have confirmed the evidence in in vivo situation that 8-OHdG-dependent mutagenesis in the mesothelium (i.e., mostly G to T transversions) occurred in rats after injection of crocidolite asbestos.[35]

In Japan, an exponential increase of deaths from pleural mesothelioma was observed in the early 1990's. The mean annual number of deaths from malignant pleural mesothelioma was estimated at 500 between 1995 and 1999, and double-fold in 2005.[21] Considering the long latency period of mesothelioma, the incidence is expected to increase further in the coming decades.[36]

### Metals

Kawanishi et al. have proposed the hypothesis that carcinogenicity of metal compounds is in 3 ways of inducing oxidative DNA damage.[37] First, metal generates ROS directly; second, ROS are generated through induction of inflammatory reaction by metal; third, metal activates carcinogenic chemicals. Inflammation-inducible metals are chromium (VI), cadmium, lead, cobalt (II), iron (III) and nickel compounds such as $NiSO_4$, $NiO$, $Ni_3S_2$ while $Ni_3S_2$ has a role to induce oxidative DNA directly in the presence of hydrogen peroxide.[37–39]

### Medical devices

A wide variety of synthetic materials have been implanted in human since 1940's. In the middle to late 1960's, there were a few anecdotal reports, but they seldom mentioned the association between carcinogenicity and implantation of plastic materials. A long-term investigation of cosmetic breast surgery (breast augmentation) was the most typical example. Of 40,000 cases of implantation of polyvinyl alcohol sponges, breast cancer developed only in 6 cases (0.015%).[40] A cohort study revealed that the overall mortality rate was lower in women with breast implants than women with other plastic surgery or general population.[41] And in breast cancer statistics, no differences were found between women with breast implants and those without them in the disease stage at diagnosis, cancer recurrence or survival time.[42,43] Moreover, breast implant after mastectomy did not affect cancer-related mortality.[44] It is acceptable and certainly safe to implant foreign body for medical purposes by today's technology. Nevertheless, there are chances that implantation of foreign body is not always safe; e.g., after arthroplasty of hip chromosomal aberrations are frequently found in the adjacent bone marrow.[45]

### Scar cancer and mechanical trauma/wound-healing-associated cancer

Scars reactive to or encapsulation of foreign bodies is the fundamental and common host reactions (also known as fibrosis, desmoplasia or stromal proliferation). In early 1940's, G. Friedrich and R. Rössle found that lung carcinomas grew at the sites of fibrous scars in patients with smoking habit.[46,47] They observed that the scars had preceded the cancer, and thus termed it "scar cancer (Narbenkrebs)." Encapsulation is the oldest host adaptive immune system, and all the living things, from invertebrates to vertebrates, are equipped with the system.[48] In man, it is commonly associated with pathological situations and the typically described is fibrous tissue capsule or scar which surrounds foreign bodies. Histological examination shows that fibrous capsule is generally 300-μm thick around the implanted materials; however, no association is observed between the implanted materials and the degree of capsule reaction.[49] The initial pathognomonic sign is an emergence of extensively proliferating spots with a population of atypical cells, usually observed adjacent to a foreign body, and the cells are of polygonal and/or spindle cell types, expressing proliferating cell nuclear antigen.[49] These lesions can be considered as transitive to preneoplastic lesions.

There are 2 theories as for the induction of scar cancer. One is that the cells composing scar tissues convert themselves directly into tumorigenic ones; the other is that scar tissues secrete soluble factors that stimulate carcinogenic conversion or proliferation of tumor cells pre-existing around the scar. The former theory is supported by the evidence that tumor nodules arise in the serial transplantation of scar tissues which have originally been formed in the mice carrying T6 marker chromosomes; therefore by monitoring the chromosome as tag, one could detect the initial changes when the scar tissue exhibits conversion into malignant tumors at various degrees in the scar environment.[50,51] At this point, the latter theory is more acknowledged, because scar formation occurs along with tumor development, rather than before tumor formation, as seen in lung adenocarcinoma development, for instance.[52] Scar can promote malignant growth of tumor cells; for this reason, the minimum tada dose of scarred tissue is much smaller than that of unscarred tissue, for lethal growth of transplanted tumor cells.[53]

Mechanical trauma (post-traumatic inflammation) or wound-healing processes show a similar trend to scar cancer. In 1920's a number of reports were published concerning the association between trauma/wound-healing and cancer, and some of them were the reports of case studies, showing that the incidence of trauma could cause cancer.[54,55] Trauma is considered not to act as initiator, but to act as promoter of carcinogenesis.[56] Fibrosis associated with tumor growth provides the environment to stimulate progression of tumor cells. Most of the clinical local recurrences of gastrointestinal tumors after resection of the primary tumor occur at the operated area of incision or anastomosis.[57,58] Whether fibrosis is accompanied with tumor or not depends on the types of collagen it produces.[59] Tumor-associated fibrosis is characterized by increased collagen Type III content; such fibrotic lesions are

mostly in the early immature stage. On the other hand, fibrosis unaccompanied with tumor contains decreased content of Type III and increased contents of Types I and IV collagen; such fibrotic lesions are mostly in the late mature stage.[60]

## Foreign-body-induced experimental carcinogenesis

In 1941, Turner described the first experimental evidence for foreign body-induced sarcoma in rat using a disk of Bakelite[61] which was the first plastic made from synthetic components.[62] Brand et al. verified that carcinogenic potential depended on the properties of foreign body such as shape/size, smoothness, hardness, porosity and electrostatic load,[63] and was also influenced by gender and strain of the host.[64] Oppenheimer revealed that the tumor-forming material was not of degradable nature and had enduring smooth surface,[65] which was thereafter referred to as "Oppenheimer effect."[66,67] The effect is also called "solid-state tumorigenesis" because the carcinogenic conversion is brought about on solid surface of a foreign body.

The shape necessary for carcinogenesis as found in foreign bodies must be in vivo as well. An easily absorbable liquid would provide little or no chance for the conversion; however, if the liquid turns viscous, it can produce fibrosarcoma at the site of implantation.[67] The shape also influences tumor frequency; it is much higher in mice implanted with concave plastic discs than in those with convex ones because concave discs evoke more intense fibroblastic reaction.[10] Moreover, tumor incidence correlates with surface area of implants because the size of foreign bodies determines the degree of the inflammatory reaction.[10] Tumor formation seldom occurs when a small material has been implanted, but a large foreign body produces tumors constantly.[68] Textile materials, rough-surfaced implants and minced materials have little potential to induce tumors, whereas, if they are implanted, uninterrupted and smoothly-surfaced, they develop tumors.[10,28,69]

Porosity of the materials is influential. When implants are perforated and the holes are large, tumor incidence is reduced.[10,68] For instance, filters with pores of 0.22 μm or larger do not induce tumors whereas those of the same thickness with smaller pores will do. This is because the implants poorly develop connective tissue capsules and the pore is infiltrated with phagocytes in the former,[10] but the pore sizes below 0.22 μm are surrounded by thick collagen capsules and the filter pores are not infiltrated with phagocytes. The latter fibrous capsules are highly vascularized and the capillary loops develop close to the implant surface (less than 30 μm); on the other hand, angiogenic response is suppressed in the area of nontumorigenic filter implantation and the mean distances between the implant surface and capillaries remain 300 μm.[10] The filter with large porosity was found to have less cell proliferation, apoptosis, and fibrosis.[70] Moreover, hydrophobic filters develop more tumors than mice implanted with hydrophilic ones.[10] The electrical effects, interfacial forces or electrostatic and/or electrokinetic imbalance of implanted materials affect carcinogenic incidence.[53,69] Foreign materials positive for electric charge spontaneously attract inflammatory cells or easily form thrombus because most inflammatory cells, especially neutrophils, are negative for electric charge.[28]

It is of interest to know what cell types are responsible for foreign-body-induced carcinogenesis. There are 3 candidates, macrophages, fibroblasts and pericytes.[10] However, it would be appropriate to exclude macrophage as the early experiment suggested its irrelevance. Namely, in the experiment of bone marrow macrophage transplantation using distinguishable syngeneic mice, genetically marked sarcoma was not found in the mice whose bone marrow had been replaced to genetically tagged marrow cells.[10] Histologically the predominant cell type to form capsules around implants is fibroblast while foreign body-induced tumors are predominantly sarcomas. Fibroblast is a dubious entity. While development of fibrosarcoma is dominant in chemically-induced carcinogenesis, a variety of sarcomas appear in foreign-body-induced carcinogenesis: fibrosarcomas, malignant fibrous histiocytomas,

pleomorphic sarcomas, myxosarcomas, hemangiosarcomas, rhabdomyosarcomas, osteosarcomas, leiomyosarcomas and mixed type.[49] This may illustrate that the initial mesenchymal stem cell reactive to foreign body is pluripotent. Pericyte is another candidate since its initial role is to support local angiogenesis. However, because of their pluripotent potential as a local mesenchymal cell population, they can convert themselves into sarcomas with various histological characteristics.[10]

Genetic alterations in the tumors arisen in the foreign body implantation have extensively been analyzed initially by karyotyping. Derivations from the normal chromosome number are seen in all the tumors studied[10]; morphological aberrations of chromosomes such as metacentrics or double minutes, and conspicuous abnormalities are recognized. Most karyotypes of foreign-body-induced tumors are exhibited in the hyperdiploid or the hypo- to hyper-tetraploid ranges.[10] Tazawa et al. identified some genes possibly responsible for the development of foreign-body-induced sarcomas.[71] They found that in 79% heterozygous p53-deficient (Trp53[+/−]) mice with only 1 functional allele in the p53 gene developed spontaneous sarcomas after plastic plate implantation, whereas only 10% of mice with wild-type p53 developed sarcomas. They further demonstrated that the arising tumors have lost the remaining wild-type p53 allele, meaning complete loss of p53 function; this appears to be the underlying molecular mechanism during the development of sarcomas. That is, the tumor suppressor gene p53 is one of the genes responsible for foreign-body-induced carcinogenesis. p53 allele is inactivated by an increase of inflammation-mediated RNS.[71] Association between RNS and p53 mutations is evidenced in inflamed lesions of the colon with ulcerative colitis,[72] stomach,[73] brain[74] and breast.[75]

The susceptibility to foreign-body-related carcinogenesis does exist across species, and in strain- and gender-dependent manner.[10] Carcinogenicity of foreign bodies in human is rare, especially that of clinically used materials such as polyethylene, polyurethane, polyvinyl chloride, polymethylmethacrylate, silicone, titanium, nickel chromium, cobalt-chromium alloy and aluminum oxide; however, the same materials are indeed responsible for 25.8% incidence of sarcomas in 490 rats examined.[49] There is no association between histological types of sarcoma and implanted foreign materials, although polyurethane is the only material which tends to form hemangiosarcomas.[49]

Experimental rodent animals, except guinea pigs, exhibit high incidences of foreign body-induced carcinogenesis.[11] Yet differences do exist among the strains of mice in the incidence and the latency period.[64] And individuals genetically sensitive to foreign-body-induced tumors do exist in certain areas,[76] indicating differences in the sensitivity among races or groups of inhabitants. It is expected that there are labile gene(s) for this. Gender differences are also exhibited in mice. Latency period of tumor development is shorter in female mice than in male mice; however, the malignancy of the arising tumors is much enhanced in male mice.[10] By comparing the differences in sensitivity or resistance to foreign body-related carcinogenesis we might be able to find a clue to identify the molecules that control foreign-body-related carcinogenesis.

## Experimental models of foreign-body-induced carcinogenesis and tumor progression

Serendipitous discovery of the foreign-body-induced carcinogenesis was made by Dr. Boone's group.[4–6] They showed that cells of nontumorigenic but immortalized mouse cell lines or freshly isolated connective tissues from mice were converted into lethally growing tumors of monoclonal origin in mice after they were implanted, being attached to foreign bodies.[4,5,8,9] They suggested at least 5 causes for the conversion: (i) immortalized cells acquired preneoplastic phenotype for the lack of anchorage-independent growth property, and thus the substrate-attached cells grew exponentially in vitro and lethally in vivo[4,5]; (ii) activation of endogenous oncornaviruses. However, this possibility was

low[6]; (iii) culture medium contained carcinogenic substances[7]; (iv) culture dish secreted carcinogenic substances.[8] Heppner, one of their contemporary researchers, speculated that inflammation was one of the possible causative factors for foreign-body-induced tumorigenesis.[77] Since then, we have expanded the experimental systems and demonstrated that foreign-body-induced inflammation and its-derived ROS are definitely the cause for the conversion.

To establish the experimental model of conversion, we chose the cells which were weakly- or nontumorigenic and nonmetastatic, but would grow in vitro, bearing the idea of xenogenization in mind. Xenogenization of tumor cells is the term meaning immunological spontaneous regression of tumor cells which had been infected with xenogeneic viruses,[78] transfected with the genes coding allogeneic antigen,[79] or exposed to mutagenic chemicals,[80] after injected into normal syngeneic host. Another approach to establish the model is to obtain the culture cell lines from a precancerous lesion.

Before I detail our unique animal models in which we can consistently observe not only tumor development but also malignant progression of regressive tumors or precancerous cells originated from rat, mouse and human, I should briefly trace the history of our experiments. Following Dr. Boone's work, Drs. Takeichi and Hamada expanded the concept of foreign-body-induced carcinogenesis to foreign-body-induced tumor progression. They obtained weakly tumorigenic and nonmetastatic clonal ER-1 cells by exposing SST-2 culture cell line, which had been established from a spontaneous mammary adenocarcinoma developed in SHR rat, to ethyl methanesulfonate in vitro.[81] The ER-1 cells regressed spontaneously after injected into syngeneic normal rats; however, if they were implanted, being attached to plastic plates (polystyrene, used as culture dish), into a subcutaneous space in rats, they acquired not only tumorigenicity but also metastatic ability.[81] The tumors arisen in rats showed various malignant phenotypes and their acquired phenotypes were stable. Thus they found that chronic inflammation was required for the progression of ER-1 cells. This model mimics inflammatory breast cancer in human, the most aggressive form of primary breast carcinoma with a dismal outcome despite multimodal treatment approaches.[82]

They also determined that fibrous stroma secreted soluble factors such as epidermal growth factor (EGF) and transforming growth factor-ß (TGF-ß).[83] The ER-1 cells were turned into invasive and metastatic tumor cells by EGF continuously added into the culture.[84] Those phenotypic changes depended on the duration of the EGF treatment; the malignant features were reversible during the 24-hr exposure to EGF, and after more than 4 weeks of exposure the acquired malignant phenotypes were completely fixed.[84] It has been confirmed that acquisition of malignant phenotypes can be prevented by addition of antioxidants, N-acetylcystein or selenium, into the medium,[84,85] and that 8-OHdG, a marker of ROS-mediated nucleic acid damage, is formed in the EGF-treated ER-1 cells; therefore, it is strongly suggested that the fundamental cause for the malignant progression is ROS generated by the fibrous stroma-derived growth factors.[84]

The mouse model has thoroughly been investigated, and reveals a definite connection between foreign-body-induced inflammation and carcinogenesis. For further experiments, we obtained regressive clonal QR cells by exposing clonal fibrosarcoma cells, BMT-11 cl-9, to a mutagen, quercetin in vitro.[80] Since QR cells grew progressively in immunosuppressed hosts, their regression was mediated by host immunity.[86] QR cells did not form tumors or metastasis after subcutaneous ($2 \times 10^5$ cells) or intravenous ($1 \times 10^6$ cells) injection into mice.[80] However, implantation of $1 \times 10^5$ QR cells attached to plastic plate[87] or injection into the preinserted gelatin sponge[88] in subcutaneous space of mice induced lethal tumors. Moreover, the arising tumor exhibited metastatic properties. The acquired various malignant phenotypes remained stable as far as examined for 1 year at least under cultivation in vitro.

We detected several gene alterations through the malignant conversion in this model.[89] The level of thymosin ß4 gene, which is

known as an actin-regulating protein and to function for angiogenesis and wound healing,[90] was elevated in all of the arising tumor cells. From the results of sense and antisense cDNA transfection experiments, we determined that thymosin ß4 gene was responsible for tumor metastasis through regulating cell motility.[91] The expression of E1AF, a member of the ets oncogenic transcription factor, was found high in the arising tumor lines.[92] E1AF regulates tumor cell motility and invasive activities through induction of membrane-type 1-matrix metalloproteinase which converts the latent form of matrix metalloproteinase-2 into active form.[92] Thus E1AF makes tumor cells invasive.[92]

We used two foreign bodies in our decades of experiments. One was a piece of plastic plate and the other a piece of gelatin sponge which is used as hemostasis material during surgical operation. The difference between the foreign bodies is in the capacity to elicit inflammation. Plastic plate initially induces acute inflammation, which then changes to chronic inflammation, whereas gelatin sponge induces mild inflammation, and about 4 weeks after implantation it is naturally absorbed[93]; therefore such transition from acute to chronic inflammation is unlikely to occur in the use of sponge.[88] By using those foreign bodies, we modulated the quality and duration of the inflammation, and found that the type of inflammation needed for QR cells' growth and progression was acute-phase inflammatory reaction.[87,88,94] By histological examination, we found that neutrophils predominantly infiltrated the sponge.[93,94] In fact, one of the benefits of using gelatin sponge is that it is possible to collect the infiltrated inflammatory cells by treating the sponge with collagenase; the inflamed cells separated from the sponge can convert QR cells into tumorigenic ones if both cells are mixed and injected.[88,94] Namely, our primary observation was that foreign-body-reactive, early-phase inflammatory cells contribute to augment malignancy of QR cells.[87,88,94]

To test the role of neutrophils during inflammation, we eliminated neutrophils by administering anti-neutrophils antibody (RB6). Nearly all the arising tumors in the mice, nontreated or treated with control rat IgG, acquired malignant phenotypes. On the other hand, RB6 antibody-administered mice did not acquire malignant phenotypes.[94] We confirmed the results in integrin-ß-2 knockout mice (C57BL/6J$^{Itgb2tm1Bay}$ equivalent to CD18-deficient).[94] Integrin-β-2 is the key adhesion molecule for the migration of neutrophils into an inflammatory region. Neutrophil infiltration into gelatin sponge is abolished and acquisition of malignant phenotypes is suppressed in the integrin-β-2 knockout mice.[94] These findings show that neutrophils are one of the main components of inflammation-associated tumor development and progression. Interestingly, the capability of neutrophils to accelerate tumor cell malignancy depends on their activation phase since circulating or bone marrow neutrophils do not convert regressive tumor cells into malignant ones.[94]

It is reported that tumor-infiltrated neutrophils have the role to induce angiogenesis via MMP-9 secretion.[95] We assumed that the neutrophils also produced genotoxic substances since we detected somatic gene mutation in the coculture of QR cells and the infiltrated neutrophils.[96] The somatic mutation was inhibited in the presence of a radical scavenger, mannitol[96]; and in our previous study, immunostaining of 8-OHdG in the tumor tissues evidenced neutrophils' infiltration.[93,94] Therefore we examined the roles of neutrophil-derived ROS in this model. To determine the direct contribution of ROS to carcinogenesis, we used gp91phox gene knockout mice. Bactericidal function of neutrophils brought about generation of superoxide anions by forming NADPH oxidase complex (gp22$^{phox}$, gp40$^{phox}$, gp47$^{phox}$, gp67$^{phox}$, gp91$^{phox}$ and Rac1/Rac2) from interaction with cytochrome $b_{558}$.[97] The frequency of tumor development from the QR cells coimplanted with gelatin sponge was decreased in the gp91$^{phox-/-}$ mice. Moreover, acquisition of metastatic ability was reduced in the gp91$^{phox-/-}$ mice.[98] Thymosin ß4, a genetic marker of QR cell progression,[91] was not detected in the arising tumors in gp91$^{phox-/-}$ mice. To confirm whether phagocyte-derived ROS were actually involved in tumor progression, we isolated phagocytes from wild-type mice and

2368 OKADA



**FIGURE 1** – Features of the arising adenocarcinoma after implantation of human colonic adenoma cells being attached to plastic plate. (*a*) Adenoma cells ($1 \times 10^5$ cells per plate) were implanted into a subcutaneous space of nude mouse. Bar, 5 mm. (*b*) Around 5 months later, a palpable mass with forming angiogenesis appeared; the emergence was always monoclonal growth. Bar, 5 mm. (*c*) Latency period was shortened after serial transplantation of the arising adenocarcinoma cells with plastic plate attached. (*d*) Histologically the arising tumors were moderately differentiated adenocarcinoma with proliferating stroma (Azan staining). Bar, 100 µm.

transferred them into gp91[phox−/−] mice. As a result, wild-type-derived phagocytes increased the frequencies of tumor development and metastasis. In contrast, the phagocytes obtained from knockout mice did not have such activity.[98] Moreover, administration of aminoguanidine, a broad inhibitor for inducible nitric oxide synthase, partially but significantly suppressed malignant conversion in the model[93]; thus we concluded that RNS were also involved in the process. These results show that ROS and RNS, derived from foreign-body-induced neutrophils, are an intrinsic factor in the conversion of regressive tumors to more malignant ones. The mouse model may recapitulate the typical inflammation-based carcinogenesis, and thus be suitable for analyzing biological causes of the process. Gelatin sponge implantation induces massive and persistent infiltration of activated leucocytes; such situation may provide pathogenic resemblance to the continuous infiltration of activated inflammatory cells into target organs by bacteria (*Helicobacter pylori*[99]) or parasites (*Opistorchis* sp., *Chlonorchis* and *Schistosoma*[100]) infections in human.

Since we used rodent cells previously, we have been eager to prove the phenomena by using cells of human and epithelial origin. For this purpose, instead of establishing regressive tumors from lethally growing tumors, we have picked up an available cell line derived from precancerous tissues of colon. In patients with ulcerative colitis or Crohn's disease, a typical inflammation-related carcinogenesis is seen; that is, continuous infiltration of disordered immune cells into the autologous colon tissue precedes the development of colorectal cancer.[101,102] A culture cell line of adenoma cells (FPCK-1 cells) was established by Dr. Kawaguchi from a colonic polyp of a patient with familial adenomatous polyposis.[103] The phenotype of the cell line was stable and no spontaneous conversion was observed during the maintenance under regular cultivation at least for 1 and half years.

We used several sister lines of adenoma FPCK-1; they did not grow in nude mice when injected at $5 \times 10^6$ cells in a suspension form. However, adenoma cells of FPCK-1-1 formed palpable tumors in about 5 months when they were attached to plastic plate and implanted into subcutaneous space of mice (Fig. 1*a*).[104] Their tumorigenic growth always started from 1 colony (monoclonal origin) (Fig. 1*b*). Serial implantation of the culture cell line with plastic plate, established originally from the arising tumor after

TABLE I – UNIVERSALITY OF CARCINOGENESIS AND ITS PROGRESSION INDUCED BY FOREIGN BODIES IN THE CELLS DERIVED FROM IMMORTALIZED CELLS, REGRESSIVE TUMOR CELLS OR PRECANCEROUS LESIONS

| Cells | Origin of the cell | Implantation host | Foreign body | Characteristics of arising tumors (reference) | Year |
|---|---|---|---|---|---|
| BALB/3T3 | mouse, vascular endothelium | mouse | glass beads | malignant hemangioendothelioma (4) | 1975 |
| NCTC 8467 | mouse lung tissue | mouse | glass helices | sarcoma (105) | 1980 |
| BALB/3T3 | mouse, vascular endothelium | mouse | polycarbonate plastic plate | vasoformative sarcoma (5) | 1976 |
| C3H/10T1/2 | mouse, embryo | mouse | polycarbonate plastic plate | fibrosarcoma (5) | 1976 |
| C3H/10T1/2 | mouse, embryo | mouse | polycarbonate plastic plate | invasive fibrosarcoma (9) | 1979 |
| Connective tissues obtained from adult mice | | mouse | polycarbonate plastic plate | undifferentiated sarcoma (8) | 1979 |
| ER-1 | rat, regressive mammary adenocarcinoma | rat | polystyrene plastic plate | malignant, sarcomatoid histology (81) | 1992 |
| QR-32 | mouse, regressive fibrosarcoma | mouse | polystyrene plastic plate | malignant fibrosarcoma (87) | 1993 |
| FPCK-1-1 | human, colonic adenoma | mouse | polystyrene plastic plate | high tumor incidence, adenocarcinoma (104) | 2000 |
| Benzo(a)pyrene-induced sarcoma | | mouse | polystyrene plastic plate | shortened latency period (112) | 2002 |
| Subcutaneous space of mice | | p53 heterozygous mouse | polystyrene plastic plate | high tumor incidence, fibrosarcoma (72) | 2007 |
| Subcutaneous space of mice | | p53 wild-type mouse | polystyrene plastic plate | low tumor incidence, fibrosarcoma (72) | 2007 |
| QR-32 | mouse, regressive fibrosarcoma | mouse | gelatin sponge | malignant fibrosarcoma (88) | 1992 |
| Lk9dL | rat, nonmetastatic renal carcinoma | rat | gelatin sponge | metastatic renal carcinoma (107) | 1998 |
| FPCK-1-1 | human, colonic adenoma | mouse | gelatin sponge | low tumor incidence, adenocarcinoma (104) | 2000 |

implantation of the adenoma cells with plastic plate, shortened the latency period, in correlation with the number of passage (Fig. 1c).

Histologic examination revealed that the arising tumors were moderately differentiated adenocarcinoma, and they were surrounded by highly collagenic fibrous stroma (Fig. 1d). The fibrous tissue, rather than attachment to the plastic plate substrate, was considered essential for the conversion, because we observed tumor growth after injection of the adenoma cells directly at the site of proliferating stromal tissues where the plastic plate had been implanted for about 5 months and then removed. In contrast, there was no tumor development in nontreated or sham-operated mice, and tumor seldom arose after coimplantation with gelatin sponge in those, which indicated that acute inflammation did not suffice to convert the adenoma cells.[104] The stromas at the chronic inflammatory region secrete specific soluble factor(s), which have not been identified yet; we assume that the factor(s) could stimulate adenoma cell growth but not the growth of adenocarcinoma cells. Such factors could not be produced either from normal subcutaneous fibroblasts or immortalized mouse fibroblast cell lines.[104]

In our foreign-body-induced carcinogenesis and tumor progression models, we can observe that inflammation promotes malignancy of various species of cells. As summarized in Table I, the phenomenon is universally observed among species and in tissues of different origins.

## Perspective of prevention of foreign-body-induced carcinogenesis

Inflammatory environments due to the existence of foreign body cause a variety of biological responses as they contain increased growth/survival factors, chemotactic cytokines (chemokines), matrix metalloproteases, adhesion molecules, extracellular matrix, inflammatory mediators (i.e., histamine, eicosanoids, inflammatory cytokines and proteases), DNA-damage-promoting agents (i.e., ROS and RNS) and augmented angiogenesis[108] (Fig. 2). I have been emphasizing the roles of inflammatory-cell-derived ROS in the foreign-body-induced carcinogenesis. In this section, I would like to suggest some strategies to prevent it. If the inflammatory-cell-derived ROS are critical to promote foreign-body-induced carcinogenesis, the sensitivity of cells to the conversion should be controlled by intracellular or tissue antioxidative potentials. Our earlier study demonstrated that a variation was observed among the QR clones in the frequency of tumor progression by coimplantation with foreign body.[96] We determined that the variation was due to intracellular antioxidative enzymes, manganese-superoxide dismutase, Mn-SOD and glutathione peroxidase, GPx level in the QR clone. An inverse correlation was observed between the contents/activities of these enzymes and the sensitivity of QR clones to progress under foreign-body-induced inflammatory environment.[96] Thus, we determined that cells with low antioxidative levels are prone to convert themselves into more malignant ones in the presence of inflammation and the inflammatory cell-derived ROS. In other words, foreign-body-induced carcinogenesis in QR cells will be prevented if the cells have an adequate amount of antioxidative enzymes or induction of the enzymes at the implantation site. The prevention was actually achieved by induction of Mn-SOD at the coimplantation site by administering Mn-SOD-inducible biological response modifier[109] or orally available superoxide dismutase in this system.[110] Moreover, it is assumed that RNS are partially involved in the model, because administration of a broad inhibitor for inducible nitric oxide significantly inhibited inflammation-induced tumor progression.[93]

By extensively analyzing human tissue materials obtained from typical inflammation-based carcinogenesis, it has been revealed that ROS and RNS are inevitably involved in the development and progression of tumors.[111,112] Considering those clinical studies

2370 OKADA



Stromal fibroblasts

Infiltrated leukocytes

Growth promotion ← Inflammation and host immune response to foreign body → Genotoxic substances

growth/survival factors
inflammatory cytokines
angiogenesis-related
mediators

chemotactic cytokines (chemokines)
matrix metalloproteases
adhesion molecules, extracellular matrixes
histamine, eicosanoids, proteases

reactive oxygen and
nitrogen species and their
by-products (●)

FIGURE 2 – Key biologic features of foreign-body-induced carcinogenesis. Malignant conversion of precancerous cells or progression of regressive tumor cells requires foreign body-induced inflammatory soluble mediators. The mediators can be classified as (i) growth promotion, (ii) inflammation and host immune response to foreign body and (iii) genotoxic substances (i.e., reactive oxygen and nitrogen species). Each precancerous cell or regressive tumor cell possibly carries a variety of gene alterations. And only one of the cells may undergo the final crucial molecular changes that convert/progress to malignant one. Such clone-originated cell acquires various malignant phenotypes during proliferation under the influence of inflammatory soluble mediators.

and our results, we conclude that the proneness of tumor cells to be more malignant depends on the balance between antioxidative enzyme activities in themselves and the duration/amount of ROS

and RNS generated by inflammatory cells, and that disturbing the balance will be the most effective strategy for the prevention of foreign-body-induced carcinogenesis.

## References

1. Doll R, Peto R. The causes of cancer: quantitative estimates of avoidable risks of cancer in the United States today. J Natl Cancer Inst 1981;66:1191–308.
2. World Health Organization and International Union Against Cancer. Global action against cancer-updated version. Geneva: WHO, 2005.12.
3. Parkin DM. Global cancer statistics in the year 2000. Lancet Oncol 2001;2:533–43.
4. Boone CW. Malignant hemangioendotheliomas produced by subcutaneous inoculation of Balb/3T3 cells attached to glass beads. Science 1975;188:68–70.
5. Boone CW, Jacobs JB. Sarcomas routinely produced from putatively nontumorigenic Balb/3T3 and C3H/10T1/2 cells by subcutaneous inoculation attached to plastic platelets. J Supramol Struct 1976;5:131–7.
6. Boone CW, Takeichi N, Paranjpe M, Gilden R. Vasoformative sarcomas arising from BALB/3T3 cells attached to solid substrates. Cancer Res 1976;36:1626–33.
7. Takeichi N. Spontaneous transformation of in vitro normal cells. Hokkaido Igaku Zasshi 1978;52:353–4.
8. Boone CW, Takeichi N, Eaton SD, Paranjpe M. "Sontaneous" neoplastic transformation in vitro: a form of foreign body (smooth surface) tumorigenesis. Science 1979;204:177–9.
9. Boone CW, Vembu D, White BJ, Takeichi N, Paranjpe M. Karyotypic, antigenic, and kidney-invasive properties of cell lines from fibrosarcomas arising in C3H/10T1/2 cells implanted subcutaneously attached to plastic plates. Cancer Res 1979;39:2172–8.
10. Brand KG. In: Symington T, Carter RL, eds. Scientific foundations of oncology. London: Wm Heineman Med Book Ltd, 1976.490–95.
11. Brand KG, Brand I. Risk assessment of carcinogenesis at implantation sites. Plast Reconstr Surg 1980;66:591–5.
12. Brand KG. In: Becker FF, ed. Cancer: a comprehensive treatise, 2nd edn., vol. 1. New York: Plenum Press, 1982.661–92.
13. Borm PJ, Driscoll K. Particles, inflammation and respiratory tract carcinogenesis. Toxicol Lett 1996;88:109–13.
14. Belinsky SA, Snow SS, Nikula KJ, Finch GL, Tellez CS, Palmisano WA. Aberrant CpG island methylation of the p16(INK4a) and estrogen receptor genes in rat lung tumors induced by particulate carcinogens. Carcinogenesis 2002;23:335–9.
15. Nettesheim P, Topping DC, Jamasbi R. Host and environmental factors enhancing carcinogenesis in the respiratory tract. Annu Rev Pharmacol Toxicol 1981;21:133–63.
16. Pott P. Chirurgical observations relative to the cataract, the polypus of the nose, cancer of the scrotum, different kinds of ruptures, and the modification of the toes and feet. London Hawes 1775;1–208.
17. Falk HL, Steiner PE. The identification of aromatic polycyclic hydrocarbons in carbon blacks. Cancer Res 1952;12:30–9.
18. Sorahan T, Harrington JM. A "lugged" analysis of lung cancer risks in UK carbon black production workers, 1951–2004. Am J Ind Med 2007;50:555–64.
19. Nickell-Brady C, Hahn FF, Finch GL, Belinsky SA. Analysis of K-ras, p53 and c-raf-1 mutations in beryllium-induced rat lung tumors. Carcinogenesis 1994;15:257–62.
20. Chen H-W, Su S-F, Chien C-T, Lin W-H, Yu S-L, Chou C-C, Chen JJW. Titanium dioxide nanoparticles induce emphysema-like lung injury in mice. FASEB J 2006;20:2393–5.
21. Maeda M, Hino O. Molecular tumor markers for asbestos-related mesothelioma: serum diagnostic markers. Pathol Int 2006;56:649–54.
22. Stanton MF. Fiber carcinogenesis: is asbestos the only hazard? J Natl Cancer Inst 1974;52:633–4.
23. Morinaga K, Kishimoto T, Sakatani M, Akira M, Yokoyama K, Sera Y. Asbestos-related lung cancer and mesothelioma in Japan. Ind Health 2001;39:65–74.
24. Nizze H. Exposure to asbestos and the genesis of pleural plaques and neoplasia. Arch Pathol 1973;95:213–4.
25. Selokoff IJ, Churg J, Hammond EC. Asbestos exposure and neoplasia. JAMA 1964;188:22–6.
26. Roe FJ, Carter RL, Walters MA, Harington JS. The pathological effects of subcutaneous injections of asbestos fibres in mice: migration of fibres to submesothelioid tissues and induction of mesotheliomata. Int J Cancer 1967;2:628–38.
27. Wagner JC. Experimental production of mesothelial tumours of the pleura by implantation of dusts in laboratory animals. Nature 1962;196:180–1.
28. Rigdon RH. Tissue reaction to foreign materials. CRC Crit Rev Toxicol 1975;3:435–76.
29. Steenland K, Stayner L. Silica, asbestos, man-made mineral fibers, and cancer. Cancer Causes Control 1997;8:491–503.
30. Shacter E, Weitzman SA. Chronic inflammation and cancer. Oncology 2002;16:217–32.
31. Weitzman SA, Graceffa P. Asbestos catalyzes hydroxyl and superoxide radical generation from hydrogen peroxide. Arch Biochem Biophys 1984;228:373–6.

32. Maples KR, Johnson NF. Fiber-induced hydroxyl radical formation: correlation with mesothelioma induction in rats and humans. Carcinogenesis 1992;13:2035–9.

33. Fung H, Kow YW, van Houten B, Mossman BT. Patterns of 8-hydroxydeoxyguanosine formation in DNA and indications of oxidative stress in rat and human pleural mesothelial cells after exposure to crocidolite asbestos. Carcinogenesis 1997;18:825–32.

34. Thomas G, Ando T, Verma K, Kagan E. Asbestos fibers and interferon-gamma up-regulate nitric oxide production in rat alveolar macrophages. Am J Respir Cell Mol Biol 1996;11:707–15.

35. Klaus U, Claudia S, Josef A. Distinct spectrum of mutations induced by crocidolite asbestos: clue for 8-hydroxydeoxyguanosine-dependent mutagenesis in vivo. Cancer Res 2002;62:99–104.

36. Robinson BWS, Richard A, Lake RA. Advances in malignant mesothelioma. N Engl J Med 2005;353:1591–603.

37. Kawanishi S, Hiraku Y, Murata M, Oikawa S. The role of metals in site-specific DNA damage with reference to carcinogenesis. Free Radic Biol Med 2002;32:822–32.

38. Kasprzak KS. Possible role of oxidative damage in metal-induced carcinogenesis. Cancer Invest 1995;13:411–30.

39. Kawanishi S, Inoue S, Oikawa S, Yamashita N, Toyokuni S, Kawanishi M, Nishino K. Oxidative DNA damage in cultured cells and rat lungs by carcinogenic nickel compounds. Free Radic Biol Med 2001;31:108–16.

40. Hoopes JE, Edgerton MT, Jr, Shelley W. Organic synthetics for augmentation mammaplasty: their relation to breast cancer. Plast Reconstr Surg 1967;39:263–70.

41. Villeneuve PJ, Holowaty EJ, Brisson J, Xie L, Ugnat AM, Latulippe L, Mao Y. Mortality among Canadian women with cosmetic breast implants. Am J Epidemiol 2006;164:334–41.

42. Clark CP, Peters GN, O'Brien KM. Cancer in the augmented breast. Diagnosis and prognosis. Cancer 1993;72:2170–4.

43. Skinner KA, Silberman H, Dougherty W, Gamagami P, Waisman J, Sposto R, Silverstein MJ. Breast cancer after augmentation mammoplasty. Ann Surg Oncol 2001;8:138–44.

44. Le GM, O'Malley CD, Glaser SL, Lynch CF, Stanford JL, Keegan TH, West DW. Breast implants following mastectomy in women with early-stage breast cancer: prevalence and impact on survival. Breast Cancer Res 2005;7:R184–93.

45. Case CP, Langkamer VG, Howell RT, Webb J, Standen G, Palmer M, Kemp A, Learmonth ID. Preliminary observations on possible premalignant changes in bone marrow adjacent to worn total hip arthroplasty implants. Clin Orthop Relat Res 1996;329:S269–79.

46. Friedrich G. Periphere Lungenkrebse auf dem Boden pleuranaher Narben. Virchows Arch Pathol Anat 1939;304:230–47.

47. Rössle R. Die Narbenkrebse der Lungen. Schweizerische Medizinische Wochenschrift 1943;39:1200–3.

48. Qin Z, Kim HJ, Hemme J, Blankenstein T. Inhibition of methylcholanthrene-induced carcinogenesis by an interferon gamma receptor-dependent foreign body reaction. J Exp Med 2002;195:1479–90.

49. Kirkpatrick CJ, Alves A, Köhler H, Kriegsmann J, Bittinger F, Otto M, Williams DF, Eloy R. Biomaterial-induced sarcoma: a novel model to study preneoplastic change. Am J Pathol 2000;156:1455–67.

50. Brand KG, Buoen LC, Brand I. Foreign-body tumorigenesis induced by glass, and smooth, and rough plastic: comparative study of preneoplastic events. J Natl Cancer Inst 1975;55:319–22.

51. Brand KG, Buoen LC, Brand I. Multiphasic incidence of foreign body-induced sarcomas. Cancer Res 1976;36:3681–3.

52. Shimosato Y, Suzuki A, Hashimoto T, Nishiwaki Y, Kodama T, Yoneyama T, Kameya T. Prognostic implications of fibrotic focus (scar) in small peripheral lung cancers. Am J Surg Pathol 1980;4:365–73.

53. Moizhess TG, Vasiliev JM. Early and late stages of foreign-body carcinogenesis can be induced by implants of different shapes. Int J Cancer 1989;44:449–53.

54. Dolberg DS, Hollingsworth R, Hertle M, Bissell MJ. Wounding and its role in RSV-mediated tumor formation. Science 1985;230:676–8.

55. Weiss L. Some effects of mechanical trauma on the development of primary cancers and their metastases. J Forensic Sci 1990;35:614–27.

56. Kotin P, Kahler JE. Possible role of trauma as a cocarcinogen; case report on an oil worker. Cancer 1953;6:266–8.

57. Cass AW, Million RR, Pfaff WW. Patterns of recurrence following surgery alone for adenocarcinoma of the colon and rectum. Cancer 1976;37:2861–5.

58. Domellof L, Janunger KG. The risk for gastric carcinoma after partial gastrectomy. Am J Surg 1977;134:581–4.

59. van den Hooff A. Stromal involvement in malignant growth. Adv Cancer Res 1988;50:159–96.

60. Madri JA, Carter D. Scar cancers of the lung: origin and significance. Hum Pathol 1984;15:625–31.

61. Turner FC. Sarcomas at sites of subcutaneously implanted Bakelite disks in rats. J Natl Cancer Inst 1941;2:81–3.

62. http://acswebcontent.acs.org/landmarks/newproducts_t.html#bakelite

63. Brand KG, Buoen LC, Brand I. Foreign-body tumorigenesis by vinyl chloride vinyl acetate copolymer: no evidence for chemical carcinogenesis. J Natl Cancer Inst 1975;54:1259–62.

64. Brand I, Buoen LC, Brand KG. Foreign-body tumors of mice: strain and sex differences in latency and incidence. J Natl Cancer Inst 1977;58:1443–7.

65. Oppenheimer BS, Oppenheimer ET, Danishefsky I, Stout AP. Carcinogenic effect of metals in rodents. Cancer Res 1956;16:439–41.

66. Bischoff F, Bryson G. Carcinogenesis through solid state surfaces. Prog Exp Tumor Res 1964;14:85–133.

67. Furst A. Bioassay of metals for carcinogenesis: whole animals. Environ Health Perspect 1981;40:83–91.

68. Vasiliev JM. Cell microenvironment and carcinogenesis in vivo and in vitro. IARC Sci Publ 1983;51:247–56.

69. Bischoff F, Bryson G. Carcinogenesis through solid state surfaces. Prog Exp Tumor Res 1964;14:85–133.

70. James SJ, Pogribna M, Miller BJ, Bolon B, Muskjelishvili L. Characterization of cellular response to silicone implants in rats: implications for foreign-body carcinogenesis. Biomaterials 1997;18:667–75.

71. Tazawa H, Tatemichi M, Sawa T, Gilibert I, Ma N, Hiraku Y, Donehower LA, Ohgaki H, Kawanishi S, Ohshima H. Oxidative and nitrative stress caused by subcutaneous implantation of a foreign body accelerates sarcoma development in Trp53+/− mice. Carcinogenesis 2007;28:191–8.

72. Hussain SP, Amstad P, Raja K, Ambs S, Nagashima M, Bennett WP, Shields PG, Ham AJ, Swenberg JA, Marrogi AJ, Harris CC. Increased p53 mutation load in noncancerous colon tissue from ulcerative colitis: a cancer-prone chronic inflammatory disease. Cancer Res 2000;60:3333–7.

73. Tatemichi M, Sawa T, Gilibert I, Tazawa H, Katoh T, Ohshima H. Increased risk of intestinal type of gastric adenocarcinoma in Japanese women associated with long forms of CCTTT pentanucleotide repeat in the inducible nitric oxide synthase promoter. Cancer Lett 2005; 217:197–202.

74. Ellie E, Loiseau H, Lafond F, Arsaut J, Demotes-Mainard J. Differential expression of inducible nitric oxide synthase mRNA in human brain tumours. Neuroreport 1995;7:294–6.

75. Thomsen LL, Miles DW, Happerfield L, Bobrow LG, Knowles RG, Moncada S. Nitric oxide synthase activity in human breast cancer. Br J Cancer 1995;72:41–4.

76. Dogan AU, Baris YI, Emri S, Steele I, Elmishad AG, Carbone M. Genetic predisposition to fiber carcinogenesis causes a mesothelioma epidemic in Turkey. Cancer Res 2006;66:5063–8.

77. Heppner GH, Dorcey L. In: Heppner GH, Fulton AM, eds. Macrophages and cancer. Boca Raton, Florida: CRC Press, 1988.197–208.

78. Kobayashi H, Sendo F, Shirai T, Kaji H, Kodama T. Modification in growth of transplantable rat tumors exposed to Friend virus. J Natl Cancer Inst 1969;42:413–9.

79. Itaya T, Yamagiwa S, Okada F, Oikawa T, Kuzumaki N, Takeichi N, Hosokawa M, Kobayashi H. Xenogenization of a mouse lung carcinoma (3LL) by transfection with an allogeneic class I major histocompatibility complex gene (H-2L^d). Cancer Res 1987;47: 3136–40.

80. Ishikawa M, Okada F, Hamada J-I, Hosokawa M, Kobayashi H. Changes in the tumorigenic and metastatic properties of tumor cells treated with quercetin or 5-azacytidine. Int J Cancer 1987;39:338–42.

81. Hamada J, Takeichi N, Okada F, Ren J, Li X, Hosokawa M, Kobayashi H. Progression of weakly malignant clone cells derived from rat mammary carcinoma by host cells reactive to plastic plates. Jpn J Cancer Res 1992;83:483–90.

82. Cristofanilli M, Buzdar AU, Hortobagyi GN. Update on the management of inflammatory breast cancer. Oncologist 2003;8:141–8.

83. Li X, Nagayasu H, Hamada J-I, Hosokawa M, Takeichi N. Enhancement of tumorigenicity and invasion capacity of rat mammary adenocarcinoma cells by epidermal growth factor and transforming growth factor-ß. Jpn J Cancer Res 1993;84:1145–9.

84. Hamada J, Nakata D, Nakae D, Kobayashi Y, Akai H, Konishi Y, Okada F, Shibata T, Hosokawa M, Moriuchi T. Increased oxidative DNA damage in mammary tumor cells by continuous epidermal growth factor stimulation. J Natl Cancer Inst 2001;93:214–9.

85. Nagayasu H, Hamada J, Nakata D, Shibata T, Kobayashi M, Hosokawa M, Takeichi N. Reversible and irreversible tumor progression of a weakly malignant rat mammary carcinoma cell line by in vitro exposure to epidermal growth factor. Int J Oncol 1998;12:197–202.

86. Okada F, Hosokawa M, Hasegawa J, Ishikawa M, Chiba I, Nakamura Y, Kobayashi H. Regression mechanisms of mouse fibrosarcoma cells after in vitro exposure to quercetin: diminution of tumorigenicity with a corresponding decrease in the production of prostaglandin E₂. Cancer Immunol Immunother 1990;31:358–64.

87. Okada F, Hosokawa M, Hamada J, Hasegawa J, Mizutani M, Takeichi N, Kobayashi H. Progression of a weakly tumorigenic mouse fibrosarcoma at the site of early phase of inflammation caused by plastic plates. Jpn J Cancer Res 1993;84:1230–6.

88. Okada F, Hosokawa M, Hamada J-I, Hasegawa J, Kato M, Mizutani M, Ren J, Takeichi N, Kobayashi H. Malignant progression of a mouse fibrosarcoma by host cells reactive to a foreign body (gelatin sponge), Br J Cancer 1992;66:635–9.

89. Okada F, Fujii J. Molecular mechanisms of inflammation-induced carcinogenesis. J Clin Biochem Nutr 2006;39:103–13.

90. Marx J. Biomedicine. Thymosins: clinical promise after a decades-long search. Science 2007;316:682–3.

91. Kobayashi T, Okada F, Fujii N, Tomita N, Ito S, Tazawa H, Aoyama T, Choi SK, Shibata T, Fujita H, Hosokawa M. Thymosin ß4 regulates motility and metastasis of malignant mouse fibrosarcoma cells. Am J Pathol 2002;160:869–82.

92. Habelhah H, Okada F, Kobayashi M, Nakai K, Choi S, Hamada J, Moriuchi T, Kaya M, Yoshida K, Fujinaga K, Hosokawa M. Increased E1AF expression in mouse fibrosarcoma promotes metastasis through induction of MT1-MMP expression. Oncogene 1999;18:1771–6.

93. Okada F, Tazawa H, Kobayashi T, Kobayashi M, Hosokawa M. Involvement of reactive nitrogen oxides for acquisition of metastatic properties of benign tumors in a model of inflammation-based tumor progression. Nitric Oxide 2006;14:122–9.

94. Tazawa H, Okada F, Kobayashi T, Tada M, Mori Y, Une Y, Sendo F, Kobayashi M, Hosokawa M. Infiltration of neutrophils is required for acquisition of metastatic phenotype of benign murine fibrosarcoma cells: Implication of inflammation-associated carcinogenesis and tumor progression. Am J Pathol 2003;163:2221–32.

95. Nozawa H, Chiu C, Hanahan D. Infiltrating neutrophils mediate the initial angiogenic switch in a mouse model of multistage carcinogenesis. Proc Natl Acad Sci USA 2006;103:12493–8.

96. Okada F, Nakai K, Kobayashi T, Shibata T, Tagami S, Kawakami Y, Kitazawa T, Kominami R, Yoshimura S, Suzuki K, Taniguchi N, Inanami O, et al. Inflammatory-cell-mediated tumour progression and minisatellite mutation correlate with the decrease of antioxidative enzymes in murine fibrosarcoma cells. Br J Cancer 1999;79:377–85.

97. Babior BM. NADPH oxidase: an update. Blood 1999;93:1464–76.

98. Okada F, Kobayashi M, Tanaka H, Kobayashi T, Tazawa H, Iuchi Y, Onuma K, Hosokawa M, Dinauer MC, Hunt NH. The role of nicotinamide adenine dinucleotide phosphate oxidase-derived reactive oxygen species in the acquisition of metastatic ability of tumor cells. Am J Pathol 2006;169:294–302.

99. Yoshida N, Granger DN, Evans DJ, Evans DG, Graham DY, Anderson DC, Wolf RE, Kvietys PR. Mechanisms involved in *Helicobacter pylori*-induced inflammation. Gastroenterology 1993;105:1431–40.

100. Parkin DM, Ohshima H, Srivatanakul P, Vatanasapt V. Cholangiocarcinoma: epidemiology, mechanisms of carcinogenesis and prevention. Cancer Epidemiol Biomarkers Prev. 1993;2:537–44.

101. Levin B. Ulcerative colitis and colon cancer: biology and surveillance. J Cell Biochem Suppl 1992;16G:47–50.

102. Choi PM, Zelig MP. Similarity of colorectal cancer in Crohn's disease and ulcerative colitis: implications for carcinogenesis and prevention. Gut 1994;35:950–4.

103. Kawaguchi T, Miyaki M, Masui T, Watanabe M, Ohta H, Maruyama M, Utakoji T, Kitagawa T. Establishment and characterization of epithelial cell line with quasi-normal chromosomes from a tubular adenoma of a familial polyposis coli patient. Jpn J Cancer Res 1991;82:138–41.

104. Okada F, Kawaguchi T, Habelhah H, Kobayashi T, Tazawa H, Takeichi N, Kitagawa T, Hosokawa M. Conversion of human colonic adenoma cells to adenocarcinoma cells through inflammation in nude mice. Lab Invest 2000;80:1617–28.

105. Sanford KS, Boone CW, Merwin RM, Jones GM, Garrison CU. The plate-implant as a bioassay for the neoplastic potential of cultured cells. Int J Cancer 1980;25:509–16.

106. Tatemichi M, Ogura T, Ishii Y, Esumi H. Role of inducible nitric oxide synthase activity in inflammation related carcinogenesis. Nitric Oxide 2002;6:473–4.

107. Fukuda T, Hirayama Y, Mitani H, Maeda H, Tsutsumi M, Konishi Y, Hino O. Generation of metastatic variants of Eker renal carcinoma cell lines for experimental investigation of renal cancer metastasis. Jpn J Cancer Res 1998;89:1104–8.

108. Coussens LM, Werb Z. Inflammation and cancer. Nature 2002;420:860–7.

109. Habelhah H, Okada F, Nakai K, Choi SK, Hamada J, Kobayashi M, Hosokawa M. Polysaccharide K induces Mn superoxide dismutase (Mn-SOD) in tumor tissues and inhibits malignant progression of QR-32 tumor cells: possible roles of interferon α, tumor necrosis factor α and transforming growth factor ß in Mn-SOD induction by polysaccharide K. Cancer Immunol Immunother 1998;46:338–44.

110. Okada F, Shionoya H, Kobayashi M, Kobayashi T, Tazawa H, Onuma K, Iuchi Y, Matsubara N, Ijichi T, Dugas B, Hosokawa M. Prevention of inflammation-mediated acquisition of metastatic properties of benign mouse fibrosarcoma cells by administration of an orally available superoxide dismutase. Br J Cancer 2006;94:854–62.

111. Kawanishi S, Hiraku Y, Pinlaor S, Ma N. Oxidative and nitrative DNA damage in animals and patients with inflammatory diseases in relation to inflammation-related carcinogenesis. Bio Chem 2006;387:365–72.

112. Hussain SP, Hofseth LJ, Harris CC. Radical causes of cancer. Nat Rev Cancer 2003;3:276–85.

Exhibit 73

*Free Radical Research,* May 2010; 44(5): 479–496

informa
healthcare

# Reactive oxygen species in cancer

GEOU-YARH LIOU & PETER STORZ

*Department of Cancer Biology, Mayo Clinic, 4500 San Pablo Road, Jacksonville FL 32224, USA*

(Received date: 26 August 2009; in revised form date: 28 January 2010)

**Abstract**
Elevated rates of reactive oxygen species (ROS) have been detected in almost all cancers, where they promote many aspects of tumour development and progression. However, tumour cells also express increased levels of antioxidant proteins to detoxify from ROS, suggesting that a delicate balance of intracellular ROS levels is required for cancer cell function. Further, the radical generated, the location of its generation, as well as the local concentration is important for the cellular functions of ROS in cancer. A challenge for novel therapeutic strategies will be the fine tuning of intracellular ROS signalling to effectively deprive cells from ROS-induced tumour promoting events, towards tipping the balance to ROS-induced apoptotic signalling. Alternatively, therapeutic antioxidants may prevent early events in tumour development, where ROS are important. However, to effectively target cancer cells specific ROS-sensing signalling pathways that mediate the diverse stress-regulated cellular functions need to be identified. This review discusses the generation of ROS within tumour cells, their detoxification, their cellular effects, as well as the major signalling cascades they utilize, but also provides an outlook on their modulation in therapeutics.

**Keywords:** *Oxidative stress, reactive oxygen species, cancer, signal transduction*

**Abbreviations:** *5-LOX, 5-Lipoxygenase; AP-1, activating protein-1; Ask-1, apoptosis signal-regulating kinase-1; BER, base excision repair; BITC, benzyl isothiocyanate; BPQ, benzo(a)pyrene quinines; CREB, cyclic AMP response element (CRE)-binding protein; CSC, cancer stem cell; ECM, extracellular matrix; EGCG, epigallocate-3-gallate; EGF, epidermal growth factor; EMT, epithelial-to-mesenchymal transition; Erk1/2, extracellular-regulated kinase 1/2; Ets, E twenty-six; FAK, focal adhesion kinase; FGF, fibroblast growth factor; GCS, glutamylcysteine synthetase; GPX, glutathione peroxidase; GSH, glutathione; GSSG, glutathione disulphide; GST, glutathione S-transferase; HIF-1, hypoxia inducible factor-1; ICAM-1, intracellular adhesion protein 1; IFNγ, interferon γ; IKK, IκB kinase; IL, interleukin; IOA, isoobtusilactone A; JNK, c-Jun N-terminal kinase; MAPK, mitogen-activated protein kinase; MEK, mitogen-activated protein kinase kinase; MKP3, mitogen-activated protein kinase phosphatase 3; MMP, matrix metalloproteinase; NAC, N-acetyl-L-cysteine; NER, nuclear excision repair; NF-κB, nuclear factor κ-B; NIK, NF-κB-inducing kinase; PDGF, platelet-derived growth factor; PDK-1, 3'-phosphoinositide-dependent kinase-1; PDTC, pyrrolidine dithiocarbamate; PI3K, phosphoinositide 3-kinase; PKB, protein kinase B; PKC, protein kinase C; PKD, protein kinase D; Prx, peroxiredoxin; PST, pancratistatin; PTEN, phosphatase and tensin homologue deleted on chromosome 10; ROS, reactive oxygen species; SAL, salvicine; SOD, superoxide dismutase; TGFβ, transforming growth factor β; TIMP, tissue inhibitor of metalloproteinase; TNFα, tumour necrosis factor α; TPL, triphala; TRAF, TNF receptor-associated factor; VEGF, vesicular epithelial growth factor.*

## Reactive oxygen species

Reactive oxygen species are radicals, ions or molecules that have a single unpaired electron in their outermost shell of electrons. Due to this character, ROS are highly reactive. ROS can be categorized into two groups: free oxygen radicals and non-radical ROS. Free oxygen radicals include superoxide ($O_2^{\cdot-}$), hydroxyl radical ($^{\cdot}OH$), nitric oxide ($NO^{\cdot}$), organic radicals ($R^{\cdot}$), peroxyl radicals ($ROO^{\cdot}$), alkoxyl radicals ($RO^{\cdot}$), thiyl radicals ($RS^{\cdot}$), sulphonyl radicals ($ROS^{\cdot}$), thiyl peroxyl

Correspondence: Peter Storz, Department of Cancer Biology, Mayo Clinic, Griffin Rm 306, 4500 San Pablo Road, Jacksonville FL 32224, USA. Tel: 904 953-6909. Fax: 904 953-0277. Email: storz.peter@mayo.edu

ISSN 1071-5762 print/ISSN 1029-2470 online © 2010 Informa UK Ltd. (Informa Healthcare, Taylor & Francis AS)
DOI: 10.3109/10715761003667554

radicals (RSOO') and disulphides (RSSR). Non-radical ROS include hydrogen peroxide ($H_2O_2$), singlet oxygen ($^1O_2$), ozone/trioxygen ($O_3$), organic hydroperoxides (ROOH), hypochloride (HOCl), peroxynitrite ($ONO^-$), nitrosoperoxycarbonate anion ($O=NOOCO_2^-$), nitrocarbonate anion ($O_2NOCO_2^-$), dinitrogen dioxide ($N_2O_2$), nitronium ($NO_2^+$) and highly reactive lipid- or carbohydrate-derived carbonyl compounds. Among them, superoxide, hydrogen peroxide and hydroxyl radicals are the most well studied ROS in cancer.

## Cellular sources for ROS

In cancer cells high levels of reactive oxygen species can result from increased metabolic activity, mitochondrial dysfunction, peroxisome activity, increased cellular receptor signalling, oncogene activity, increased activity of oxidases, cyclooxygenases, lipoxigenases and thymidine phosphorylase or through cross-talk with infiltrating immune cells [1–3].

In mitochondria, ROS are produced as an inevitable byproduct of oxidative phosphorylation (Figure 1). The electron transport chain encompasses complexes I–IV and ATP synthase on the mitochondrial inner membrane. Superoxide is generated at complexes I and III and released into the inter-membrane space (~80% of the generated superoxide) or the mitochondrial matrix (~20%) [4]. The mitochondrial permeability transition pore (MPTP) in the outer membrane of the mitochondrion allows the leakage of superoxide into the cytoplasm ([5] and [6] for a more detailed description of mitochondrial ROS generation). Superoxide is dismutated to $H_2O_2$, either in the mitochondrial matrix (by MnSOD) or in the cytosol (by Cu/ZnSOD). $H_2O_2$ is a *bona fide* second messenger that is highly diffusible. Recent data suggest that hydrogen peroxide may cross cellular membranes through specific members of the aquaporin family [7]. For example, aquaporin-8 was detected in the inner mitochondrial membrane and suggested to function as a channel for water and potentially $H_2O_2$ [8]. In addition to the mitochondria, peroxisomes are other major sites of cellular ROS generation [9]. In these respiratory organelles, superoxide and $H_2O_2$ are generated through xanthine oxidase in the peroxisomal matrix and the peroxisomal membranes ([10,11], see [12] for a detailed review on ROS in peroxisomes).



Figure 1. Major mechanisms of ROS generation and detoxification. Superoxide ($O_2^{•-}$) radicals are generated at the inner membrane of the mitochondria as a byproduct of the electron transport chain and then release into the mitochondrial matrix or the cytosol via the mitochondrial permeability transition pore (MPTP). Superoxide is also generated through activation of NADPH oxidases (NOX), for example in response to growth factor receptor (GF-R) or cytokine receptor activation. SOD enzymes, such as MnSOD in the mitochondrial matrix or Cu/ZnSOD in the cytosol, reduce superoxide to $H_2O_2$. Several cytosolic antioxidant systems, including catalase, glutathione peroxidase (GPX) and peroxiredoxins (Prx), detoxify cells from hydrogen peroxide by reducing it to water. Both hydrogen peroxide and superoxide contribute to cellular signalling but also can form hydroxyl radicals ($•OH$). Hydroxyl radicals are generated from $O_2^{•-}$ and $H_2O_2$ in the Fenton reaction and have damaging functions for proteins, DNA and lipids.

Growth factors and cytokines stimulate the production of ROS to exert their diverse biological effects in cancer [13–16]. For example, an elevation of hydrogen peroxide and nitrite oxide levels was detected in tumour cells in response to interferon γ (IFNγ) and TNFα [17,18]. Further, platelet-derived growth factor (PDGF), epidermal growth factor (EGF), insulin, transforming growth factor β (TGFβ), interleukin-1 (IL-1), tumour necrosis factor α (TNFα), angiotensin and lysophosphatidic acid all induce the formation of superoxide [13,16,19–23]. Activation of the small GTPase K-ras downstream of growth factors or its oncogenic mutation has been tightly associated with increased generation of superoxide and the incidence of various cancers [24–26]. Dependent on the cellular system, growth factors and mutant K-ras elevate intracellular superoxide levels through NADPH oxidase or mitochondria [1]. NADPH oxidase can also be activated via the RhoGTPase Rac-1 [27]. Rac-1-mediated generation of superoxide is induced by cell surface receptors including c-Met [28]. Active Rac-1 further was implicated to induce 5-Lipoxygenase (5-LOX)-mediated generation of $H_2O_2$ [29].

Many cancers arise from sites of chronic irritation, infection or inflammation. Recent data have expanded the concept that inflammation is a critical component of tumour progression [30–32]. Macrophages induce the generation of ROS within tumour cells through secretion of various stimuli, such as TNFα [1]. Production of ROS by neutrophils and macrophages as a mechanism to kill tumour cells is well established. In these cells, a rapid burst of superoxide formation primarily mediated by NAPDH oxidase leads to subsequent production of hydrogen peroxide [33,34]. Furthermore, during inflammation processes, activated macrophages also generate nitric oxide which reacts with superoxide to produce peroxinitrite radicals that are similar in their activity to hydroxyl radicals and contribute to tumour cell apoptosis [35].

**Cellular detoxification from ROS**

Under normal physiological conditions, the intracellular levels of ROS are steadily maintained to prevent cells from damage. Detoxification from ROS is facilitated by non-enzymatic molecules (i.e. glutathione, flavenoids and vitamins A, C and E) or through antioxidant enzymes which specifically scavenge different kinds of ROS (Figure 1).

Superoxide dismutases (SODs) are metalloenzymes which catalyse the dismutation of superoxide anion to oxygen and hydrogen peroxide. They ubiquitously exist in eukaryotes and prokaryotes. Superoxide dismutases utilize metal ions such as copper ($Cu^{2+}$), zinc ($Zn^{2+}$), manganese ($Mn^{2+}$) or iron ($Fe^{2+}$) as cofactors. The different SOD enzymes are located in different compartments of the cell and are highly specific in regulating linked biological processes [36].

Catalase facilitates the decomposition of hydrogen peroxide to water and oxygen. The major localization of catalase in most eukaryotes is in the cytosol and peroxisomes [37–39]. Peroxiredoxins are thioredoxin peroxidases that catalyse the reduction of hydrogen peroxide, organic hydroperoxides and peroxynitrite [40–42]. They are divided into three classes: typical 2-cysteine peroxiredoxins (PrxI-IV), atypical 2-cysteine peroxiredoxins (PrxV) and 1-cysteine peroxiredoxins (PrxVI). Interestingly, PrxI knockout mice show increased levels of oxidative stress and die prematurely of cancer [43]. The thioredoxin system consists of thioredoxin and thioredoxin reductase. The catalytic site of thioredoxin contains two neighbouring cysteines which are cycled between an active (reduced) dithiol form and an oxidized disulphide form [44]. In its active state, thioredoxin scavenges reactive oxygen species and keeps proteins in their reduced state [45]. Thioredoxin is regenerated by thioredoxin reductases which utilize NADPH as an electron donor [46].

The glutathione system includes glutathione (GSH), glutathione reductase, glutathione peroxidases (GPX) and glutathione S-transferases (GST). Glutathione protects cells from oxidative stress by reducing disulphide bonds of cytoplasmic proteins to cysteines. During this process, glutathione is oxidized to glutathione disulphide (GSSG). Glutathione peroxidases (GPX) catalyse the breakdown of hydrogen peroxide and organic hydroperoxides [47,48]. Glutathione reductase reduces GSSG and refills GSH pools [49]. Under physiological conditions, glutathione almost exclusively exists in its reduced form because of a constitutive activity of glutathione reductase in cells [50]. Glutathione S-transferases are detoxification enzymes that catalyse the conjunction of GSH to a variety of exogenous and endogenous electrophilic compounds [51–53]. GSTs are over-expressed in a wide variety of tumours to regulate MAPK pathways and are also involved in the development of resistance to chemotherapeutics [51].

**Signalling pathways regulated by ROS in cancer**

ROS-sensitive signalling pathways are persistently elevated in many types of cancers, where they participate in cell growth/proliferation, differentiation, protein synthesis, glucose metabolism, cell survival and inflammation [1]. Reactive oxygen species, particularly hydrogen peroxide, can act as second messengers in cellular signalling [16,54–57]. $H_2O_2$ regulates protein activity through reversible oxidation of its targets including protein tyrosine phosphatases, protein tyrosine kinases, receptor tyrosine kinases and transcription factors [1,27,58]. In the following paragraphs, we focus on ROS-mediated regulation of the mitogen-activated protein (MAP) kinase/Erk cascade,

phosphoinositide-3-kinase (PI3K)/Akt-regulated sig-nalling cascades, as well as the IκB kinase (IKK)/ nuclear factor κ-B (NF-κB)-activating pathways (Figure 2). Other ROS-regulated signalling pathways are included later.

### ROS-mediated regulation of the MAPK/Erk1/2 pathway

The activation of the MAPK (mitogen-activated pro-tein kinase)/Erk1/2 (extracellular-regulated kinase 1/2) pathway in cancer is mediated through growth factors and K-ras and was functionally linked to increased cell proliferation [59,60]. For instance, in human breast cancer cells, Erk1/2 activated by hydrogen per-oxide generated as a byproduct during oestrogen meta-bolism increases cell proliferation [61,62]. Several mechanisms of how ROS activate Erk1/2 are known. For example Ras, which is an upstream activator for Erk1/2, can be activated directly through oxidative modification at its cysteine 118 residue, leading to the inhibition of GDP/GTP exchange [63]. ROS also activate upstream kinases of Erk1/2 such as p90$^{RSK}$ [64,65]. It was recently shown that increased Erk1/2 activity in ovarian cancer cells in the presence of the high concentration of endogenous ROS results from sustained ubiquitination and loss of endogenous

MKP3 (mitogen-activated protein kinase phos-phatase 3), a phosphatase that negatively-regulates Erk1/2 activity [64,65]. Additionally to its effects on cell proliferation, it was also shown in multiple can-cers (i.e. ovarian cancer, breast cancer, melanoma and leukaemia) that the activation of Erk1/2 through ROS increases cell survival, anchorage-independent growth and motility [60,65,66].

While a role for ROS-activated Erk1/2 signalling in cell proliferation is well established [61,65,67], its ability to regulate cancer cell survival seems to be cell type specific [64,68,69]. For example, treatment of MCF-7 and MDA-MB-435 breast cancer cells with ROS scav-engers or inhibitors that target Erk1/2 or its upstream kinase MEK (mitogen-activated protein kinase kinase) promote apoptosis and cell adhesion [70,71]. In an animal model for skin cancer, murine keratinocytes lacking Tiam1, an upstream activator of Erk1/2, show low levels of intracellular ROS [69]. These keratino-cytes are more sensitized to apoptosis upon deprivation of EGF and insulin, implicating that Erk1/2 activation though Tiam1 and ROS is required for cell survival of skin cancer [69]. In contrast, in human pancreatic cancer and glioma cells, activation of Erk1/2 upon treatment with exogenous $H_2O_2$ triggers cell death and this probably is due to the high basal level of ROS in these cancer cells [72–76]. In line with



Figure 2. ROS-induced cellular signalling. Reactive oxygen species in cells can be generated by growth factor signalling through activation of the NADPH oxidase NOX1 or through the mitochondria. These ROS then can induce cellular signalling cascades by reversible oxidation of phosphatases such as PTEN or PTP in their active site cysteins or by direct oxidation of kinases such as Src. This leads to the activation of several signalling cascades such as a Src/PKD1-dependent NF-κB activation mechanism, the MAPK (Erk1/2, p38 and JNK) signalling cascades, as well as the PI3K/Akt signalling pathway. Other mechanisms, by which ROS induce cellular signalling is through activation of redox-regulated transcription factors such as AP-1 or FOXO.

these *in vitro* data is an *in vivo* study showning that ROS-mediated increase of Erk1/2 activation loop phosphorylation suppresses the growth of pancreatic tumour cell xenografts [77].

*Oxidative stress regulation of the PI3K/Akt pathway*

Akt (or protein kinase B; PKB) mediates cell survival through phosphorylation and inactivation of its substrates such as the pro-apoptotic proteins Bad, Bax, Bim or FOXO transcription factors [78–83]. In breast cancer, ROS generation during oestrogen metabolism or other potential mammary carcinogens was shown to activate the PI3K/Akt signalling pathway [84,85]. Hydrogen peroxide generated by epithelial growth factor (EGF) in human ovarian cancer cells activates Akt and p70 S6K1, a substrate of Akt that regulates protein synthesis [86]. Moreover, the inhibition of ROS in the human pancreatic tumour cell line Panc-1 reduced the levels of phosphorylated (active) Akt and induced apoptosis [87]. Akt activity is tightly controlled by a signalling cascade that encompasses the kinases PDK-1 (3'-phosphoinositide-dependent kinase-1), mTOR and PI3K as well as the phosphatase PTEN (phosphatase and tensin homologue deleted on chromosome 10). PDK-1 and mTOR regulate Akt activating phosphorylations at S473 and T308, whereas PI3K generates phosphatidylinositol-3,4,5-triphosphate ($PIP_3$), which serves as a membrane anchor [88]. PTEN negatively regulates $PIP_3$ levels and thus decreases Akt activity [89,90]. Treating cells with exogenous hydrogen peroxide it was shown that Akt and PDK-1 can be activated by oxidative stress [91,92]. This correlates with the observation that PTEN is reversibly inactivated by $H_2O_2$ [93]. Loss of PTEN increases basal levels of hydrogen peroxide and superoxide due to depletion of the expression of several antioxidant enzymes including peroxiredoxins and copper/zinc superoxide dismutase [94]. This suggests a constant activation of Akt through enhanced ROS production due to PTEN ablation, but also oxidative stress-mediated activation of its upstream kinases.

*ROS regulation of the IKK/NF-κB pathway*

In many cancers the transcription factor NF-κB is uncoupled from its normal modes of regulation and shows increased activity [95–98]. Recent studies have established a crucial role for NF-κB in tumour cell survival, regulation of cell cycle and proliferation, cellular adhesion and development of drug resistance in cancer cells during therapy [99–101].

NF-κB is a redox-regulated sensor for oxidative stress [102] and is activated by low doses of hydrogen peroxide [103]. When inactive, NF-κB is tightly bound to its inhibitor IκB that sequesters the transcription factor in the cytosol [104–108]. The canonical activation of NF-κB is mediated through the NF-κB-inducing kinase (NIK) and the IκB kinase (IKK) complex, consisting of IKKα, IKKβ and NEMO. Upon its activation through cytokines such as TNFα or IL-1, NIK phosphorylates and activates its downstream targets, the kinases IKKα and IKKβ [104,109–111]. Active IKKs phosphorylate IκB and this leads to its subsequent ubiquitination and proteosomal degradation [112,113]. Degradation of IκB translocates NF-κB to the nucleus, where it acts as a transcription factor to induce the expression of anti-apoptotic and anti-inflammatory genes [114].

Oxidative stress activates NF-κB through a variety of distinct signalling pathways [115]. For example, treatment of MCF-7 breast cancer cells with TNFα, IL-1β or the mammary carcinogen sodium arsenite generates hydrogen peroxide and superoxide, which translates to the activation of NF-κB and increased cell proliferation [116–118]. In oral squamous carcinoma cells silencing of the antioxidant superoxide dismutase (SOD) increased basal ROS levels correlating with increased NIK and NF-κB activity [119]. The mechanism of how ROS activates NIK is most likely via oxidative inhibition of regulatory phosphatases [116]. Recent work from our group delineated an IKK-dependent NF-κB-inducing signalling pathway that is activated by increased cellular oxidative stress, induced either by exogenous treatment of cells with hydrogen peroxide, by rotenone-mediated mitochondrial generation of superoxide or inhibition of intracellular antioxidant systems such as the glutathione system [120,121]. In this pathway, NF-κB is activated through the lipase PLD1 and the kinases Src, Abl and Protein Kinase Cδ (PKCδ), whose signalling converge at the level of Protein Kinase D1 (PKD1) [120,122–124]. PKD1 is upstream of the IKK complex and mediates the activation of NF-κB through IKKβ [121]. In addition to this, IKK-independent activation of NF-κB in response to ROS can occur through tyrosine phosphorylation of IκBα, leading to a release from the IKK complex, but not to its degradation [125,126].

## Specific functions of ROS in cancer

Oxidative stress-mediated signalling events have been reported to affect all characters of cancer cell behaviour [1,2,251]. For instance, ROS in cancer are involved in cell cycle progression and proliferation, cell survival and apoptosis, energy metabolism, cell morphology, cell–cell adhesion, cell motility, angiogenesis and maintenance of tumour stemness (Figure 3).

*ROS in tumour cell proliferation*

Low doses of hydrogen peroxide and superoxide stimulate cell proliferation in a wide variety of cancer cell



Figure 3. Generation, regulation and effects of cellular ROS. ROS are generated in normal cellular processes and cells express antioxidants to deplete intracellular levels of oxygen radicals. Tumourigenic events including oncogene activation (i.e. mutation of K-ras), metabolic alterations or macrophage infiltration or hypoxia/reoxygenation processes in tissues can increase intracellular ROS levels and promote tumour formation or progression. These tumour-promoting ROS levels can lead to cell cycle progression, increased proliferation and survival signalling, EMT, increased motility, genomic instability and increased angiogenesis and may be negatively-regulated by therapeutic antioxidants. Finally, excessive increase in intracellular ROS levels as mediated by chemotherapeutics, can induce cell cycle arrest, senescence or cell death of tumour cells, but may be repulsed by the tumour cells through an increase in the expression of endogenous antioxidants.

types [1,128]. For example, intracellular oxidative stress in breast cancer cells is increased through the translocation of oestrogen to the mitochondria [62, 129–131]. Mitochondria-derived ROS regulate both cell proliferation and quiescence. This is mediated by MnSOD activity which serves as a mitochondrial ROS switch [132]. Decreased MnSOD activity favours proliferation, due to increased superoxide and low hydrogen peroxide levels, while increasing MnSOD activity drives the proliferating cells to transit into quiescence, due to increased generation of hydrogen peroxide [133]. In breast cancer cells, inhibition of the mitochondrial uniporter blocks ROS generation and suppresses oestrogen-induced cell proliferation, suggesting a role of mitochondrial ROS in tumour growth [134]. Oestrogen-induced cell proliferation results from ROS-mediated activation of the Erk1/2 MAPK signalling pathway and the transcription factor CREB (cyclic AMP response element (CRE)-binding protein) [61,131].

Reactive oxygen species can upregulate the mRNA levels of cyclins that participate in the cell cycle to expedite G1 to S phase transition, including cyclin B2, cyclin D3, cyclin E1 and cyclin E2 [130]. It was shown that loss of the redox control of the cell cycle in normal MCF-10A cells may contribute to aberrant

proliferation [135]. The treatment of MCF-10A cells with the antioxidant NAC caused delays in the progression from G1 to S accompanied with a decrease in cyclin D1 levels [135]. Further, the environmental carcinogen sodium arsenite stimulates ROS production in breast cancer cells and potentiates S phase progression and subsequent cell proliferation [118]. Likewise, benzo(a)pyrene quinines (BPQs) imitate growth factor signalling and increase mammary epithelial cell growth rates through induction of superoxide and hydrogen peroxide [84].

Conversely, antioxidants inhibit tumour cell proliferation [136]. For example, pancreatic cancer cell lines generally show high basal levels of endogenous oxidative stress as compared to normal cells [1]. These increased ROS levels have been linked to increased proliferation. A stable ectopic expression of the highly-active antioxidant enzyme MnSOD reduces the cell growth rate of pancreatic tumour cells [72]. Moreover, the expression levels and activities of endogenous MnSOD, Cu/ZnSOD, catalase and glutathione peroxidase reversely correlate with cell doubling times in various pancreatic cancer cell lines [72,73]. ATM (ataxia telangiectasia mutated) is one of the proteins involved in cell cycle regulation that are activated by ROS. Patients lacking ATM show higher levels of oxidative

damage and similar effects, obtained with ATM knock-out mice can be rescued with administration of anti-oxidants [137,138]. Altogether, this suggests ROS as positive regulators of tumour cell proliferation by modulating key proteins in cell cycle progression.

### ROS in apoptosis and cell survival

A disproportional increase in intracellular ROS can induce cancer cell cycle arrest, senescence and apoptosis. This can be achieved with cancer chemotherapy, depletion of cells from antioxidant proteins or generation of ROS by immune cells. Apoptosis is linked to an increase in mitochondrial oxidative stress that causes cytochrome $c$ release, an unrevocable event that leads to the activation of caspases and cell death [139,140]. Additionally, superoxide generation through the Rac-1/NADPH oxidase pathway can also induce pro-apoptotic signalling [141].

Mitochondrial release of $H_2O_2$ and NO upon apoptotic signals leads to the activation of c-Jun N-terminal kinases (JNKs) [139,142]. In response to ROS, JNKs catalyse the phosphorylation and down-regulation of anti-apoptotic proteins such as Bcl-2 and Bcl-XL [139]. Both Bcl-2 and Bcl-XL have been shown to antagonize ROS generation and to protect cells from ROS-mediated apoptosis [143,144]. JNK also alters the composition of the Bax/Bcl-2 complex by increasing the expression of Bax, leading to formation of Bax homodimers, resulting in dissipation of mitochondrial membrane integrity [145–148].

p38, another MAPK family member, was also implicated in apoptotic signalling in response to increased generation of ROS. Both p38 and JNK are activated through Ask-1 (apoptosis signal-regulating kinase-1), whose activity is regulated by its interaction with thioredoxin. Thioredoxin is a redox-regulated protein that in its reduced form binds and inhibits Ask-1 [149, 150]. In addition to Ask-1-induced signalling cascades, other signalling proteins such as forkhead transcription factors (i.e. FOXO3a), p66Shc and p53 have been implicated in the induction of apoptosis in response to ROS [78,151]. For example, an interesting hypothesis is that constitutive oxidative stress in tumour cells may lead to the selection of p53-deficient clones that are resistant to apoptosis [1].

Death receptors such as the TNF receptor I mainly induce ROS generation via the mitochondria, leading to caspase activation and cell death [152]. However, TRAF4 (TNF receptor-associated factor 4), a component of the TNFα signalling pathway, also binds to the NADPH oxidase complex to activate JNK [153], suggesting that death receptors may use several ways to induce ROS within cells. Notably, TNF-induced oxidative stress also mediates anti-apoptotic signalling by inducing the expression of MnSOD and catalase through NF-κB [154].

In the above signalling events high levels of ROS turn on cell death signalling. However, it recently became clear that low levels of oxidative stress can also actively promote cell survival signalling. Such a ROS-mediated survival pathway is regulated by protein kinase D1 (PKD1) [120,121,124,155–157]. Elevation of intracellular mitochondrial ROS levels activates PKD1 and subsequently NF-κB, leading to upregulation of antioxidant proteins such as MnSOD and anti-apoptotic proteins such as A20 and cIAPs [158]. In this pathway PKD1 is activated through the tyrosine kinase Src. Src directly phosphorylates PKD1, but also facilitates further activating phosphorylations through the kinases PKCδ (a member of the novel PKC family) and Abl [6,120,121,123,124,142]. The elimination of this pathway sensitizes tumour cells to oxidative stress and increases their susceptibility to ROS-mediated cell death [155–157,159,160].

Another anti-apoptotic protein that is activated by ROS in cancer is Akt, a serine/threonine kinase that fosters cell survival through phosphorylation and inactivation of its pro-apoptotic substrates [78–83]. Akt activity is induced by multiple receptor tyrosine kinases such as PDGF-R as well as constitutively-active K-ras via activation of PI3K.

### ROS as regulators of cell motility and metastasis

The treatment of carcinoma cells with hydrogen peroxide prior to intravenous injection into mice enhanced metastasis [161]. Additionally, sub-populations of the low- or non-motile breast cancer cell line MCF-7 that possess higher levels of endogenous ROS than the parental cells showed increased motility, and orthotopic tumours generated with these cell lines metastasized to lung, liver and spleen [162]. Furthermore, metastatic breast cancer and highly-invasive pancreatic cancer cells show lower levels and activities of the antioxidant enzyme MnSOD [73,163,164]. This illustrates that the intracellular redox state governs crucial steps for the metastatic process. This comprises decreased cell adhesion to the extracellular matrix, anchorage-independent survival, increased migratory and invasive potential, as well as intravasation.

Cell adhesion and migration are dependent on integrin binding to the extracellular matrix. Integrins elevate oxidant levels mainly by increasing cyclooxygenase-2 [165], but also through 5-lipoxygenases (5-LOX) and mitochondria [27,166]. In this context, an increase in mitochondrial ROS was linked to a first cellular contact with ECM and increases in cytosolic ROS were shown to contribute to cytoskeleton remodelling and actin stress fibre formation during a later phase of the process [27,167]. Targets for mitochondrial ROS in these processes are SHP-2 and FAK (focal adhesion kinase), while cytosolic ROS target the phosphatases LMW-PTP and SHP-2, receptor tyrosine kinases, Src-family kinases, FAK

and structural proteins such as β-actin (in more detail reviewed in [27]). Activation of phosphatases and Src occurs through direct oxidation, whereas activation of FAK is probably indirect through upstream signalling events leading to its tyrosine phosphorylation [168]. Both Src and FAK are initiators of focal adhesion formation in adherent cells, contributing to cell spreading, cell migration and prevention of cell death by anoikis.

Non-transformed cells require an anchorage to extracellular matrix (ECM) to execute the mitotic programme. In this process ROS act as key second messengers to facilitate proper mitosis [27,169]. A synergistic signalling between growth factors (GF) and integrins leads to an oxidative burst through a Rac-1-dependent increase in mitochondrial ROS [13,170]. This leads to oxidative inhibition of PTPs, activation of Src and other protein tyrosine kinases or structural proteins, with the net effect of increasing cell adhesion to ECM, cell spreading and proliferation.

Loss of cell-to-matrix adhesion in non-transformed cells triggers anoikis, a specific type of apoptosis. In contrast to non-transformed cells, tumour cells are protected from this process and show increased cell proliferation and independence of anchorage. Such resistance to anoikis allows tumour cells to survive outside their 'normal' environment and to metastasize and form new colonies at distant sites. The mechanism of how tumour cells become independent of cell attachment signals is most likely through increased generation of intracellular ROS. Such increase in oxidative stress seems to mimic autocrine/adhesive signals, which in normal cells are mediated by growth factor and integrin signalling. For example, in prostate cancer cells redox-regulated anoikis resistance is mediated via Src and the EGF receptor [171]. Subsequently, this results in a constitutive deregulation of mitogenic pathways and proliferation independent of anchorage. It further allows cancer cells to abolish anoikis signals and escape apoptotic responses after a loss of cell/ECM contacts (for an excellent review on this topic see [27]).

Before cells migrate to distal sites, they undergo epithelial-mesenchymal transition (EMT) to release themselves from the restrain of the basal membrane. During this process, metalloproteinases (MMPs) are upregulated to degrade the proteins that compose the basal membrane. Treatment of murine mammary epithelial cells with MMP-3, a stromal protease that is upregulated in mammary tumours, increased their intracellular ROS levels (mainly $H_2O_2$) and led to EMT through induction of Rac1b RhoGTPase [172]. Moreover, application of NAC (N-acetyl-L-cysteine) to remove ROS abolished MMP-3-induced EMT [172], bolstering that MMP induces oxidative stress to lead to malignant transformation. This increase in ROS mediates oxidative damage to DNA and genomic instability. It further stimulates the expression of Snail, which previously was identified as one of the key-transcription factors regulating EMT. Other ROS-regulated genes relevant to EMT are E-cadherin, integrins and MMPs [173].

Activation of Rac and subsequent generation of ROS leads to NF-κB activation and MMP-1 production in response to integrin-mediated cell shape changes [170]. Rac-1 mediated changes in cellular ROS levels also increase the migratory potential of MCF-7 and T47D breast cancer cells, probably through NF-κB [174]. Similarly, Rac-1 is a downstream target for c-Met and Rac-1-mediated ROS generation was involved in Met's prometastatic signalling [28]. Moreover, Rac-1 has important functions in ROS mediated actin reorganization of migrating tumour cells [175]. Multiple processes regulate actin reorganization at the leading edge of migrating cells including the actin-severing protein cofilin [176,177]. Rac-1 activates NADPH oxidase (NOX) and ROS generated by this enzyme have been shown to activate the cofilin pathway and thus contribute to increased cell migration [177,178]. The tyrosine kinase Src also regulates NADPH oxidase 1 (NOX1) induced generation of ROS [179]. NOX1 is capable of transforming cells and is also required to maintain the transformed state [87,174]. NOX1-mediated ROS generation has been shown to be necessary for the formation of invadopodia, actin cytoskeleton-based structures that tumour cells use to invade [180].

Matrix metalloproteinases facilitate the degradation and reorganization of the extracellular matrix and their increased activation was associated with primary tumour growth, angiogenesis, increased tumour cell invasion, blood vessel penetration and metastasis [181–184]. ROS regulate not only the expression of MMPs, but also the inactivation of their inhibitors TIMP (tissue inhibitor of metalloproteinase) [185,186]. An important step in oxidative stress-mediated expression of MMP genes is the dismutation of mitochondrially-generated superoxide to hydrogen peroxide [187]. Hydrogen peroxide then regulates the expression of MMPs through activation of the Ras-Erk1/2-Ets (E twenty-six), Rac-1-JNK-AP-1 (activating protein-1) or p38 signalling pathways [188] (for a review on this topic see [184]). Further, the redox-sensitive transcription factors NF-κB and FOXO3a have been described as regulators of MMP expression [1,159]. Additionally to regulating MMP expression, ROS also can lead to the direct activation of MMPs through reactions with thiol groups in their catalytic domain [189].

Finally, ROS may also promote tumour cell metastasis by increasing the vascular permeability [181]. Increased activity of Rac-1 in primary endothelial cells mediates a loss of cell–cell adhesions and loosens the integrity of the endothelium, which allows the intravasation of cancer cells [190]. It was shown that reverse (basolateral-to-apical) transendothelial migration

(TEM) of human melanoma cells is induced by hydrogen peroxide and can be blocked by thioredoxin [191]. Oxidative stress also regulates the expression of interleukin-8 (IL-8) and the cell surface protein ICAM-1 (intracellular adhesion protein 1, CD54) through NF-κB. Both ICAM-1 and IL-8 can regulate the trans-endothelial migration of tumour cells [192]. Further, phosphorylation of the heatshock protein Hsp27 by ROS-activated p38 induces changes in actin dynamics in vascular endothelial cells, which may contribute to facilitate invasive processes [193].

*Hypoxia as a factor leading to tumour progression*

Within a growing tumour mass cancer cells repeatedly face cycles of hypoxia and reoxygenation [194–196]. Limitations in oxygen supply due to prolonged hypoxia can result in cell death. Tumour cells can use the 'Warburg effect', a metabolic switch to glycolysis, to adapt to low oxygen tension [197]. Normal and tumour cells differ significantly in energy metabolism. Glucose is the primary energy source for normal cells. Normal cells switch to anaerobic glycolysis only when adequate oxygen supply is not available and mitochondrial function is suppressed [198]. A shift from aerobic to anaerobic metabolism in tumour cells occurs even under conditions of normoxia or after mitochondrial dysfunction, oncogenic transformation or loss of tumour suppressor genes [196,199].

The adaption of tumour cells to hypoxia contributes to the malignant phenotype and to aggressive tumour progression [200]. Hypoxia induces several transcription factors including HIF-1 (hypoxia inducible factor-1), which is composed of two sub-units HIF-1α and HIF-1β [196,200]. Under normal growth conditions HIF-1 is regulated by oxygen-dependent prolyl hydroxylases (PHDs) and the VHL ubiquitin ligase, which promote its proteosomal degradation [201]. However, HIF-1 becomes transcriptionally-active under low oxygen conditions. It was shown that under hypoxic conditions MnSOD suppresses the induction of HIF-1α in human breast carcinoma cells. This suggests that superoxide may contribute to HIF-1α accumulation [133]. However, increased generation of $H_2O_2$ also led to accumulation of HIF-1α, suggesting that both types of ROS can increase HIF-1α levels [133]. Increased HIF-1α expression has been shown to correlate with poor prognosis and increased cancer cell invasiveness. HIF-1 regulates glycolysis-related genes and inhibits mitochondrial respiration (reviewed in [196]), resulting in hypoxic adaption of tumour cells. This leads to glycolytic ATP generation [202], reduced formation of mitochondrially-generated $H_2O_2$, enhanced survival of poorly oxygenated cells and regulation of EMT- and metastasis-related genes [203]. HIF-1 also prevents intracellular acidification, which leads to an increased formation of lactate and $CO_2$ [202], both favouring extracellular matrix degradation and cell invasion [204].

*Role of oxidative stress in angiogenesis*

With increased tumour growth, more nascent blood vessels are developed to facilitate oxygen and nutrient supply to the centre of the tumour [205,206]. Several lines of evidence suggest a role for ROS in augmenting angiogenesis. For example, hypoxic conditions stimulate blood vessel development, whereby the blood flow in these new vessels is often chaotic, causing oxidative stress through periods of hypoxia and reoxygenation [181]. It was shown with a mouse model for breast cancer that administration of Mn(III) ortho-tetrakis-N-ethylpyridylporphyrin, a potent scavenger of reactive oxygen and nitrogen species, attenuates angiogenesis by modifying the density of microvessels and the proliferation rate of endothelial cells [207].

Angiogenesis is mediated through growth factors such as vesicular epithelial growth factor (VEGF) [208–210]. VEGF expression can be regulated by nutrient deprivation and hypoxia, which both increase intracellular levels of reactive oxygen species [211]. In such an environment HIF-1 and its co-factor p300 initiate gene expression including the expression of VEGF [212,213]. On the other hand, suppression of endogenous ROS by mitochondrial inhibitors or glutathione peroxidase decreases HIF-1 induction and VEGF expression in cancer cells [214]. Growth factor-mediated activation of Akt and subsequent formation of superoxide and $H_2O_2$ also lead to an induction of HIF-1 followed by expression of VEGF [86,215]. This is blocked when cells are pre-treated with catalase [86]. The knockdown of PTEN, a negative-regulatory phosphatase for the PI3K/Akt pathway, enhances VEGF secretion [216]. This is probably mediated by an increase in basal levels of hydrogen peroxide and superoxide, due to decreased expression of several antioxidant enzymes such as peroxiredoxins and Cu/ZnSOD [94].

ROS-induced secretion of matrix metalloproteinases such as MMP-1 from tumour cells promotes vessel growth within the tumour microenvironment. Further, a transient expression of MMP-1, MMP-2 and MMP-9 correlates with an increase in ROS during formation of capillary-like structures, implicating that MMP-mediated angiogenesis also occurs through upregulation of ROS [217]. ROS can also trigger vasodilation to increase the blood supply of tumours through activation of heme oxygenase-1, a enzyme that generates carbon monoxide or induces the formation of nitric oxide [218].

*ROS and redox regulation in cancer stem cells*

It is well established that after chemo- or radiotherapy a small sub-population of surviving primary cancer cells

can initiate recurrence. This sub-population of cells, termed cancer stem cells (CSC), expresses stem cell markers and is highly drug resistant. CSCs utilize redox-regulatory mechanisms to promote cell survival and tolerance to treatment [219,220]. As previously discussed, the accumulation of ROS is thought to contribute to the conversion of normal cells to cancer cells by mediating genomic instability, oncogenic growth, ECM independency and increased motility. In contrast to cancer cells, which maintain these high ROS levels during all stages of malignancy, cancer stem cells have an increased antioxidant capacity [221]. Keeping endogenous and induced ROS at moderate levels mediates drug resistance and allows these cells to survive during treatment, resulting in both stemness and cancer-initiating capabilities. Diehn et al. [222] recently showed that human and murine mammary epithelial cancer stem cells contain lower concentrations of ROS, specifically superoxide, than the more mature progeny, but also normal epithelial cells. They further demonstrated that these differences in ROS levels are critical for maintaining stem cell function. When compared to their normal tumour cell counterparts, CSCs showed increased expression of a variety of enzymes that contribute to oxygen radical scavenging [222]. Particularly genes regulating or involved in glutathione synthesis, including glutathione synthetases and glutamate cysteine ligase, were increased in their expression. Also increased was the expression of FOXO1, a forkhead transcription factor that was previously implicated in the regulation of other ROS scavengers such as SOD and catalase to confer resistance to oxidative stress in haematopoietic stem cells [223].

Since ROS are critical mediators of ionizing radiation-induced therapy [224,225] the expression of antioxidants in CSCs prevented DNA damage and protected cells from irradiation-induced cell death [222]. L-$S$,$R$-buthionine sulphoximine (BSO)-mediated pharmacological depletion of the ROS scavenger GSH in epithelial CSC markedly decreased their clonogenicity and resulted in increased radiosensitization [222]. Consequently, CSC-enriched populations accumulated fewer single and double strand breaks in their DNA after irradiation. Due to high levels of antioxidant signalling, cancer stem cells may also not be responsive to other (chemotherapeutic) treatments that target cancer cells by increasing intracellular ROS levels. To reduce recurrence in response to conventional therapy cancer stem cells have to be additionally targeted under consideration of their unique redox status. It will be interesting to see if decreasing oxidative defenses in cancer stem cells *in vivo* will cause them to loose their stemness, and if a combination therapy with standard chemotherapy is effective to eliminate both tumour and cancer stem cells.

### Random damaging functions of ROS

Increased levels of reactive oxygen species can lead to 'non-specific' damage of macromolecules such as DNA, proteins and lipids. Some ROS such as $H_2O_2$ are not very reactive towards DNA and most of the damaging effects on DNA are due to hydroxyl ions, which are generated via the Fenton reaction [226]. In this reaction transition metals such as iron and copper donate or accept free electrons during intracellular reactions and use $H_2O_2$ to catalyse free radical formation. Hydroxyl radicals attack DNA rapidly due to their high diffusibility, which results in formation of DNA lesions including oxidized DNA bases, single strand and double strand breaks [227,228]. DNA adducts are removed by either the base excision repair (BER) or the nuclear excision repair (NER) pathways [229]. Cells incapable to completely repair DNA lesions (i.e. due to deficient DNA repair enzymes) undergo apoptosis to ensure these mutations will not be passed on to progeny cells. However, under certain circumstances, the cells harbouring DNA mutations successfully escape programmed cell death, which raises a high chance for cancerous growth.

The oxidative modification of proteins by reactive species is implicated in the aetiology or progression of various disorders and diseases. The major damage of ROS to proteins is modification in their amino acid residues, resulting in altered functions. Some ROS-induced modifications also increase protein carbonylation, nitration of tyrosine and phenylalanine residues, protein degradation [230] or lead to formation of cross-linked and glycated proteins [231,232]. The oxidized amino acid residues of proteins can influence their ability to signal transduction mechanisms. For example, irreversible oxidation of phosphatases within the catalytic sites hinders their enzymatic activity [233]. Oxidative alterations of enzymes also impact DNA repair efficiency, the fidelity of DNA polymerase during replication/synthesis and transcriptional activity, which tightly associates with cancer onset [1,234–236].

Other cellular targets of ROS are lipids. ROS react with polyunsaturated or polydesaturated fatty acids to initiate lipid peroxidation [237,238]. Lipid oxidation generates numerous genotoxic molecules such as malondialdehyde, 2-alkenals and 4-hydroxy-2-alkenals [239, 240]. ROS-induced lipid peroxidation can be used as a tumour marker, as shown in clinical studies [241]. For example, the detection of thiobarbituric acid-reactive substances in the serum of patients with colorectal cancer indicates a high level of lipid peroxidation.

### Application of ROS and antioxidants in cancer therapy and prevention

Many chemotherapeutic strategies are designed to exuberantly-increase cellular ROS levels with the goal to induce irreparable damages, subsequently resulting in tumour cell apoptosis (for a detailed review on the use of ROS in cancer therapy see [221]). Dependent on the tumour type, this can be achieved through chemotherapy or radiation therapy [1,242–244]. For example,

for pancreatic cancer, to date only few treatment strategies have been proven as effective for therapy and these include combination therapy of gemcitabine with trichostatin A, epigallocate-3-gallate (EGCG), capsaicin and benzyl isothiocyanate (BITC) [148,245–249]. All of these drugs share the same mechanism, namely to elevate intracellular ROS levels to trigger apoptosis [146,148,250,251]. Another compound that modulates ROS levels and is currently tested for its potential use in tumour therapy is Sulindac, a FDA-approved, non-steroidal and anti-inflammatory drug. Sulindac enhances intracellular ROS levels and renders colon and lung cancer cells more sensitive to $H_2O_2$-induced apoptosis [252]. In addition, Aminoflavone (5-amino-2-(4-amino-3-fluorophenyl)-6,8-difluoro-7-methylchromen-4-one; AF) induces cell death in MCF-7 and MDA-MB-468 breast cancer cells, but is not toxic for non-malignant MCF-10A breast epithelial cells [253,254]. Upon treatment with Aminoflavone, an increase of intracellular ROS is detected, correlating with increased activation of Caspase 3 and subsequent apoptosis. The inhibition of ROS generation by pre-treatment of cells with N-acetyl-L-cysteine (NAC) reverses Aminoflavone-induced cell death [254]. Several compounds such as IOA, pancratistatin (PST) and triphala (TPL) induce apoptosis of breast cancer cells through similar mechanisms as Aminoflavone, which is to increase intracellular ROS levels through dissipation of the mitochondrial membrane potential [255–260].

Mitochondrial DNA codes for several respiratory chain sub-units and is more vulnerable to DNA damage than nuclear DNA. The exposure of cells to ionizing radiation can lead to mitochondrial complex II dysfunction and increase the steady state levels of reactive oxygen species and contribute to genomic instability [261]. In human cancer, mutations in mitochondrial genes, such as the gene encoding cytochrome $c$ oxidase II, are associated with increased ROS generation [262]. However, the susceptibility of mitochondrial DNA to ROS-induced mutation may also be utilized for therapy. For example, chemotherapeutic treatment of cancer patients with DNA damaging agents can lead to cell death by inducing mutations in the mitochondrial DNA that increase cellular ROS to a toxic level [262].

As discussed above, when compared to normal cells, cancer cells show increased sensitivity to glucose-induced cytotoxicity and it was suggested that increased glucose metabolism in cancer cells can compensate excess metabolic production of ROS. For example, glucose metabolism inhibits apoptosis in cancer cells through redox inactivation of cytochrome $c$ [263]. Therefore, it was concluded that inhibition of glucose metabolism may provide a target for selectively targeting cancer cells by enhancing their oxidative stress levels to promote cell death [264]. 2-deoxyglucose (2DG), a glucose analogue that can not be metabolized, increased

oxidative stress levels and caused cell death in pancreatic and prostate cancer cells [265,266]. Moreover, this can be enhanced by additionally increasing cellular ROS levels with mitochondrial electron chain blockers [267].

Modulation of intracellular ROS levels can also be utilized to target oxidative stress-mediated tumour progression. For example, a loss of cell adhesion in tumour cells and anchorage-independent survival is tightly linked to a gain of cell motility and increased invasiveness. Salvicine (SAL) is a compound originally identified as a topoisomerase II poison and has been entered in a Phase II clinical trial for cancer therapy. Treatment of invasive MDA-MB-435 breast cancer cells with SAL causes rounded cell morphology, which indicates a decrease in cell adhesion [71]. The inhibition of ROS by the free radical scavenger NAC restores cell adhesion of MDA-MB-435 cells, suggesting that ROS augment their metastatic ability.

Since evidence from clinical and bench studies indicate that elevated intracellular ROS contribute to early events involved in cancer initiation and progression, an opposite approach to mediating an increase in cellular ROS levels is to use antioxidants to deplete tumour cells from ROS-induced survival signalling pathways. Such treatment may also have preventive functions. For instance, clinical studies have linked gain of oncogenic mutations in K-ras and subsequent ROS formation or pancreatic inflammation (pancreatitis) and macrophage-mediated generation of hydrogen peroxide and superoxide to events leading to an increased risk for pancreatic cancer [268–270]. Other examples are individuals with a high cancer risk due to the deficiency of inherited tumour suppressor genes such as p53 or PTEN. For these groups a treatment with antioxidants may be effective in delaying or even preventing tumour development. Depending on the therapeutic strategy, a use of antioxidants in combination therapy may have an adverse effect on anti-cancer drugs that act on tumor cells by increasing ROS levels to induce cell death. However, a combination therapy with antioxidants and therapeutics that induce apoptosis independent of oxidative stress may be effective. Antioxidants under development for clinical use are for example the SOD mimetic EUK-134 [271] or a mimetic of glutathione disulphide named NOV-002 [272].

In conclusion, to tailor specific combination therapy and to decide which strategy to use, chemotherapeutics that excessively increase intracellular ROS to reach a toxic level or antioxidants may be dependent on the tumour type and stage, the type and level of endogenous ROS as well as abundance of ROS-induced survival pathways.

## Summary

After malignant transformation many cancer cells show a sustained increase in intrinsic generation of

reactive oxygen species, which maintains the oncogenic phenotype and drives tumour progression. Redox adaption through upregulation of anti-apoptotic and antioxidant molecules allows cancer cells to promote survival and to develop resistance to anti-cancer drugs. Little is known about how an increase in intracellular oxidative stress levels is sensed and transduced into ROS-induced specific intracellular signalling to regulate the expression of antioxidant and survival genes [142]. The dependence of tumour cells and cancer stem cells on their antioxidant capacity makes them vulnerable to agents that dampen antioxidant systems. There is a realistic prospect for treatments aimed to dramatically increase intracellular ROS to kill cancer cells by decreasing their antioxidant capacity [1]. This may be obtained using compounds that inhibit antioxidant systems or through inhibition of specific signalling pathways that upregulate antioxidants in cancer cells. The resulting increase in reactive oxygen species then may induce tumour cell death either through random damaging functions of ROS or by specific induction of apoptosis via death signalling pathways. The advantage of such a strategy is that normal cells are not significantly affected since they have lower basal ROS levels and therefore are less dependent on antioxidants. However, it is possible that a threshold of toxicity in these cancer cells is not reached and that the additional increase in ROS further causes more mutations or drives cell migration and invasion [221,273]. Therefore, a combination of inhibitors of antioxidant systems with pharmacological agents with pro-oxidant properties to increase ROS levels within tumour cells may be needed to overwhelm antioxidant systems over the threshold of toxicity [1,221]. It becomes evident that a much more detailed understanding of ROS-mediated signalling in tumour cells is necessary to develop new strategies for such a redox modulation-based therapeutic intervention to selectively kill cancer cells and overcome drug resistance.

## Acknowledgements

The authors would like to thank Heike Döppler for critical reading of the manuscript.

***Declaration of interest***: Research in the Storz laboratory is supported by grants from the Mayo Clinic SPORE for Pancreatic Cancer (P50 CA102701), the Mayo Clinic Breast Cancer SPORE (CA116201-03DR4), an AACR-PANCAN Career development grant (08-20-25-STOR), a R21 from the NCI (CA135102) as well as a Bankhead-Coley grant (FLA07BN-08) from the Florida Department of Health. The authors report no conflicts of interest. The authors alone are responsible for the content and writing of the review.

## References

[1] Storz P. Reactive oxygen species in tumor progression. Front Biosci 2005;10:1881–1896.

[2] Szatrowski TP, Nathan CF. Production of large amounts of hydrogen peroxide by human tumor cells. Cancer Res 1991;51:794–798.

[3] Babior BM. NADPH oxidase: an update. Blood 1999;93: 1464–1476.

[4] Han D, Williams E, Cadenas E. Mitochondrial respiratory chain-dependent generation of superoxide anion and its release into the intermembrane space. Biochem J 2001;353: 411–416.

[5] Crompton M. The mitochondrial permeability transition pore and its role in cell death. Biochem J 1999;341: 233–249.

[6] Storz P. Reactive oxygen species-mediated mitochondria-to-nucleus signaling: a key to aging and radical-caused diseases. Sci STKE 2006;2006:re3.

[7] Bienert GP, et al. Specific aquaporins facilitate the diffusion of hydrogen peroxide across membranes. J Biol Chem 2007; 282:1183–1192.

[8] Lee WK, Thevenod F. A role for mitochondrial aquaporins in cellular life-and-death decisions? Am J Physiol Cell Physiol 2006;291:C195-202.

[9] Dansen TB, Wirtz KW. The peroxisome in oxidative stress. IUBMB Life 2001;51:223–30.

[10] del Rio LA, et al. Metabolism of oxygen radicals in peroxisomes and cellular implications. Free Radic Biol Med 1992;13:557–580.

[11] Singh I. Mammalian peroxisomes: metabolism of oxygen and reactive oxygen species. Ann NY Acad Sci 1996;804:612–627.

[12] Bonekamp NA, et al. Reactive oxygen species and peroxisomes: struggling for balance. Biofactors 2009;35: 346–355.

[13] Bae YS, et al. Platelet-derived growth factor-induced H(2) O(2) production requires the activation of phosphatidylinositol 3-kinase. J Biol chem 2000;275:10527–10531.

[14] Burdon RH. Superoxide and hydrogen peroxide in relation to mammalian cell proliferation. Free Radic biol med 1995;18:775–794.

[15] Goustin AS, et al. Growth factors and cancer. Cancer Res 1986;46:1015–1029.

[16] Sundaresan M, et al. Requirement for generation of H2O2 for platelet-derived growth factor signal transduction. Science 1995;270:296–299.

[17] Tiku ML, Liesch JB, Robertson FM. Production of hydrogen peroxide by rabbit articular chondrocytes. Enhancement by cytokines. J Immunol 1990;145:690–696.

[18] Lo YY, Cruz TF. Involvement of reactive oxygen species in cytokine and growth factor induction of c-fos expression in chondrocytes. J Biol chem 1995;270:11727–11730.

[19] Meier B, et al. Human fibroblasts release reactive oxygen species in response to interleukin-1 or tumour necrosis factor-alpha. Biochem J 1989;263:539–545.

[20] Roy D, Sarkar S, Felty Q. Levels of IL-1 beta control stimulatory/inhibitory growth of cancer cells. Front Biosci 2006;11:889–898.

[21] Ohba M, et al. Production of hydrogen peroxide by transforming growth factor-beta 1 and its involvement in induction of egr-1 in mouse osteoblastic cells. J Cell Biol 1994;126:1079–1088.

[22] Chen Q, Olashaw N, Wu J. Participation of reactive oxygen species in the lysophosphatidic acid-stimulated mitogen-activated protein kinase kinase activation pathway. J biol chem 1995;270:28499–28502.

[23] Griendling KK, et al. Angiotensin II stimulates NADH and NADPH oxidase activity in cultured vascular smooth muscle cells. Circ Res 1994;74:1141–1148.

[24] Aunoble B, et al. Major oncogenes and tumor suppressor genes involved in epithelial ovarian cancer (review). Int J Oncol 2000;16:567–576.

[25] Minamoto T, Mai M, Ronai Z. K-ras mutation: early detection in molecular diagnosis and risk assessment of colorectal, pancreas, and lung cancers–a review. Cancer Detect Prev 2000;24:1–12.

[26] Minamoto T, Ougolkov AV, Mai M. Detection of oncogenes in the diagnosis of cancers with active oncogenic signaling. Expert Rev Mol Diagn 2002;2:565–575.

[27] Chiarugi P, Fiaschi T. Redox signalling in anchorage-dependent cell growth. Cell Signal 2007;19:672–682.

[28] Ferraro D, et al. Pro-metastatic signaling by c-Met through RAC-1 and reactive oxygen species (ROS). Oncogene 2006;25:3689–3698.

[29] Shin EA, et al. Arachidonic acid induces the activation of the stress-activated protein kinase, membrane ruffling and H2O2 production via a small GTPase Rac1. FEBS Lett 1999:452:355–359.

[30] Balkwill F. Tumour necrosis factor and cancer. Nat Rev Cancer 2009;9:361–371.

[31] Berasain C; et al. Inflammation and liver cancer: new molecular links. Ann NY Acad Sci 2009:1155:206–221.

[32] Xiao H, Yang CS. Combination regimen with statins and NSAIDs: a promising strategy for cancer chemoprevention. Int J Cancer 2008:123:983–990.

[33] Babior BM. The respiratory burst oxidase. Curr Opin Hematol 1995;2:55–60.

[34] Segal AW, Shatwell KP. The NADPH oxidase of phagocytic leukocytes. Ann NY Acad Sci1997;832:215–222.

[35] Cui S, et al. Activated murine macrophages induce apoptosis in tumor cells through nitric oxide-dependent or -independent mechanisms. Cancer Res 1994;54:2462–2467.

[36] Copin JC, Gasche Y, Chan PH. Overexpression of copper/zinc superoxide dismutase does not prevent neonatal lethality in mutant mice that lack manganese superoxide dismutase. Free Radic Med 2000;28:1571–1576.

[37] Bendayan M, Reddy JK. Immunocytochemical localization of catalase and heat-labile enoyl-CoA hydratase in the livers of normal and peroxisome proliferator-treated rats. Lab Invest 1982;47:364–369.

[38] Hashimoto F, Hayashi H. Significance of catalase in peroxisomal fatty acyl-CoA beta-oxidation: NADH oxidation by acetoacetyl-CoA and H2O2. J Biochem 1990;108:426–431.

[39] Litwin JA, Volkl A, Muller-Hocker J, Hashimoto T, Fahimi H D. Immunocytochemical localization of peroxisomal enzymes in human liver biopsies. Am J Pathol 1987;128:141–150.

[40] Hofmann B, Hecht HJ, Flohe L. Peroxiredoxins. Biol Chem 2002;383:347–364.

[41] Rhee SG, et al. A family of novel peroxidases, peroxiredoxins. Biofactors 1999;10:207–209.

[42] Wood ZA, et al. Structure, mechanism and regulation of peroxiredoxins. Trends Biochem Sci 2003;28:32–40.

[43] Neumann CA, et al. Essential role for the peroxiredoxin Prdx1 in erythrocyte antioxidant defence and tumour suppression. Nature 2003;424:561–565.

[44] Holmgren A. Thioredoxin structure and mechanism: conformational changes on oxidation of the active-site sulfhydryls to a disulfide. Structure 1995;3:239–243.

[45] Arner ES, Holmgren A. Physiological functions of thioredoxin and thioredoxin reductase. Eur J Biochem 2000;267:6102–6109.

[46] Mustacich D, Powis G. Thioredoxin reductase. Biochemical J 2000;346:1–8.

[47] Brigelius-Flohe R. Tissue-specific functions of individual glutathione peroxidases. Free Radic biol Med 1999;27:951–965.

[48] Ursini F, et al. Diversity of glutathione peroxidases. Methods in Enzymol 1995;252:38–53.

[49] Carlberg I, Mannervik B. Purification and characterization of the flavoenzyme glutathione reductase from rat liver. J Biol Chem 1975;250:5475–5480.

[50] Beutler E. Effect of flavin compounds on glutathione reductase activity: in vivo and in vitro studies. J Clin Invest 1969;48:1957–1966.

[51] Townsend DM, Tew KD. The role of glutathione-S-transferase in anti-cancer drug resistance. Oncogene 2003;22:7369–7375.

[52] Sharma R, et al. Antioxidant role of glutathione S-transferases: protection against oxidant toxicity and regulation of stress-mediated apoptosis. Antioxid & Redox signal 2004;6:289–300.

[53] Hayes JD, Flanagan JU, Jowsey IR. Glutathione transferases. Annu Rev Pharmacol Toxicol 2005;45:51–88.

[54] Colavitti R, et al. Reactive oxygen species as downstream mediators of angiogenic signaling by vascular endothelial growth factor receptor-2/KDR. J Biol Chem 2002;277:3101–3108.

[55] Finkel T. Redox-dependent signal transduction. FEBS Lett 2000;476:52–54.

[56] Hensley K, Floyd RA. Reactive oxygen species and protein oxidation in aging: a look back, a look ahead. Arch Biochem Biophys 2002;397:377–383.

[57] Irani K. Oxidant signaling in vascular cell growth, death, and survival : a review of the roles of reactive oxygen species in smooth muscle and endothelial cell mitogenic and apoptotic signaling. Circulation Res 2000; 87:179–183.

[58] Rhee SG, et al. Hydrogen peroxide: a key messenger that modulates protein phosphorylation through cysteine oxidation. Sci STKE 2000:53:pel.

[59] Khavari TA, Rinn J. Ras/Erk MAPK signaling in epidermal homeostasis and neoplasia. Cell Cycle 2007;6:2928–2931.

[60] Roberts PJ, Der CJ. Targeting the Raf-MEK-ERK mitogen-activated protein kinase cascade for the treatment of cancer. Oncogene 2007;26:3291–3310.

[61] Irani K, et al. Mitogenic signaling mediated by oxidants in Ras-transformed fibroblasts. Science 1997;275:1649–1652.

[62] Reddy KB, Glaros S. Inhibition of the MAP kinase activity suppresses estrogen-induced breast tumor growth both in vitro and in vivo. Int J Oncol 2007;30:971–975.

[63] Lander HM, et al. A molecular redox switch on p21(ras). Structural basis for the nitric oxide-p21(ras) interaction. J Biol chem 1997;272:4323–4326.

[64] Chan DW, et al. Loss of MKP3 mediated by oxidative stress enhances tumorigenicity and chemoresistance of ovarian cancer cells. Carcinogenesis 2008;29:1742–1750.

[65] McCubrey JA, et al . Roles of the Raf/MEK/ERK pathway in cell growth, malignant transformation and drug resistance. Biochim Biophys Acta 2007;1773:1263–1284.

[66] Steelman LS, et al. Contributions of the Raf/MEK/ERK, PI3K/PTEN/Akt/mTOR and Jak/STAT pathways to leukemia. Leukemia 2008;22:686–707.

[67] Kumar B, et al. Oxidative stress is inherent in prostate cancer cells and is required for aggressive phenotype. Cancer Res 2008;68:1777–1785.

[68] Lee WC, et al. Role of ERK in hydrogen peroxide-induced cell death of human glioma cells. Neurochem Res 2005; 30:263–270.

[69] Rygiel TP, et al. The Rac activator Tiam1 prevents keratinocyte apoptosis by controlling ROS-mediated ERK phosphorylation. J Cell Sci 2008;121:1183–1192.

[70] Ostrakhovitch EA, Cherian MG. Inhibition of extracellular signal regulated kinase (ERK) leads to apoptosis inducing factor (AIF) mediated apoptosis in epithelial breast cancer cells: the lack of effect of ERK in p53 mediated copper induced apoptosis. J cell biochem 2005;95:1120–1134.

[71] Zhou J, et al. Salvicine inactivates beta 1 integrin and inhibits adhesion of MDA-MB-435 cells to fibronectin via reactive oxygen species signaling. Mol Cancer Res 2008; 6:194–204.

[72] Cullen JJ, et al. The role of manganese superoxide dismutase in the growth of pancreatic adenocarcinoma. Cancer Res 2003;63:1297–1303.

[73] Lewis A, et al. Metastatic progression of pancreatic cancer: changes in antioxidant enzymes and cell growth. Clin Exp Metastasis 2005;22:523–532.

[74] Mazzio EA, Soliman KF. Glioma cell antioxidant capacity relative to reactive oxygen species produced by dopamine. J Appl Toxicol 2004;24:99–106.

[75] Zhang Y, et al. Overexpression of copper zinc superoxide dismutase suppresses human glioma cell growth. Cancer Res 2002;62:1205–1212.

[76] Osada S, et al. Extracellular signal-regulated kinase phosphorylation due to menadione-induced arylation mediates growth inhibition of pancreas cancer cells. Cancer Chemother Pharmacol 2008;62:315–320.

[77] Shi Y, Sahu RP, Srivastava SK. Triphala inhibits both in vitro and in vivo xenograft growth of pancreatic tumor cells by inducing apoptosis. BMC Cancer 2008;8:294.

[78] Brunet A, et al. Akt promotes cell survival by phosphorylating and inhibiting a Forkhead transcription factor. Cell 1999;96:857–868.

[79] Pastorino JG, Tafani M, Farber JL. Tumor necrosis factor induces phosphorylation and translocation of BAD through a phosphatidylinositide-3-OH kinase-dependent pathway. J Biol Chem 1999;274:19411–19416.

[80] Xin M, Deng X. Nicotine inactivation of the proapoptotic function of Bax through phosphorylation. J Biol Chem 2005;280:10781–10789.

[81] Kawamura N, et al. Akt1 in osteoblasts and osteoclasts controls bone remodeling. PLoS One 2007;2:e1058.

[82] Qi XJ, Wildey GM, Howe PH. Evidence that Ser87 of BimEL is phosphorylated by Akt and regulates BimEL apoptotic function. J Biol Chem 2006;281:813–823.

[83] Limaye V, et al. Sphingosine kinase-1 enhances endothelial cell survival through a PECAM-1-dependent activation of PI-3K/Akt and regulation of Bcl-2 family members. Blood 2005;105:3169–3177.

[84] Burdick AD, et al. Benzo(a)pyrene quinones increase cell proliferation, generate reactive oxygen species, and transactivate the epidermal growth factor receptor in breast epithelial cells. Cancer Res 2003;63:7825–7833.

[85] Park SA, et al. 4-hydroxyestradiol induces anchorage-independent growth of human mammary epithelial cells via activation of IkappaB kinase: potential role of reactive oxygen species. Cancer Res 2009;69:2416–2424.

[86] Liu LZ, et al. Reactive oxygen species regulate epidermal growth factor-induced vascular endothelial growth factor and hypoxia-inducible factor-1alpha expression through activation of AKT and P70S6K1 in human ovarian cancer cells. Free Radic Biol Med 2006;41:1521–1533.

[87] Mochizuki T, et al. Inhibition of NADPH oxidase 4 activates apoptosis via the AKT/apoptosis signal-regulating kinase 1 pathway in pancreatic cancer PANC-1 cells. Oncogene 2006;25:3699–3707.

[88] Storz P, Toker A. 3′-phosphoinositide-dependent kinase-1 (PDK-1) in PI 3-kinase signaling. Front Biosci 2002;7: d886–d902.

[89] Ogg S, Ruvkun G. The C. elegans PTEN homolog, DAF-18, acts in the insulin receptor-like metabolic signaling pathway. Mol Cell 1998;2:887–893.

[90] Sun H, et al. PTEN modulates cell cycle progression and cell survival by regulating phosphatidylinositol 3,4,5,-trisphosphate and Akt/protein kinase B signaling pathway. Proc Natl Acad Sci USA 1999;96:6199–6204.

[91] Higaki Y, et al. Oxidative stress stimulates skeletal muscle glucose uptake through a phosphatidylinositol 3-kinase-dependent pathway. Am J Physiol Endocrinol Metab 2008;294:E889–E897.

[92] Prasad N, et al. Oxidative stress and vanadate induce tyrosine phosphorylation of phosphoinositide-dependent kinase 1 (PDK1). Biochemistry 2000;39:6929–6935.

[93] Lee SR, et al. Reversible inactivation of the tumor suppressor PTEN by H2O2. J Biol Chem 2002;277:20336–20342.

[94] Huo YY, et al. PTEN deletion leads to deregulation of antioxidants and increased oxidative damage in mouse embryonic fibroblasts. Free Radic Biol Med 2008;44: 1578–1591.

[95] Basseres DS, Baldwin AS. Nuclear factor-kappaB and inhibitor of kappaB kinase pathways in oncogenic initiation and progression. Oncogene 2006;25:6817–6830.

[96] Biswas DK, Iglehart JD. Linkage between EGFR family receptors and nuclear factor kappaB (NF-kappaB) signaling in breast cancer. J Cell Physiol 2006;209:645–652.

[97] Biswas DK, et al. NF-kappa B activation in human breast cancer specimens and its role in cell proliferation and apoptosis. Proc Natl Acad Sci USA 2004;101:10137–10142.

[98] Rayet B, Gelinas C. Aberrant rel/nfkb genes and activity in human cancer. Oncogene 1999;18:6938–6947.

[99] Ahmed KM, Cao N, Li JJ. HER-2 and NF-kappaB as the targets for therapy-resistant breast cancer. Anticancer Res 2006;26:4235–4243.

[100] Bourguignon LY, Xia W, Wong G. Hyaluronan-mediated CD44 interaction with p300 and SIRT1 regulates beta-catenin signaling and NFkappaB-specific transcription activity leading to MDR1 and Bcl-xL gene expression and chemoresistance in breast tumor cells. J Biol Chem 2009;284:2657–2671.

[101] Duffey DC, et al. Inhibition of transcription factor nuclear factor-kappaB by a mutant inhibitor-kappaBalpha attenuates resistance of human head and neck squamous cell carcinoma to TNF-alpha caspase-mediated cell death. Br J Cancer 2000;83:1367–1374.

[102] Li N, Karin M. Is NF-kappaB the sensor of oxidative stress? Faseb J 1999;13:1137–1143.

[103] Schreck R, Albermann K, Baeuerle PA. Nuclear factor kappa B: an oxidative stress-responsive transcription factor of eukaryotic cells (a review). Free Radic Res Commun 1992;17:221–237.

[104] Beg AA, et al. Tumor necrosis factor and interleukin-1 lead to phosphorylation and loss of I kappa B alpha: a mechanism for NF-kappa B activation. Mol Cell Biol 1993;13: 3301–3310.

[105] Beg AA, et al. I kappa B interacts with the nuclear localization sequences of the subunits of NF-kappa B: a mechanism for cytoplasmic retention. Genes Dev 1992;6:1899–1913.

[106] Bonizzi G, et al. Activation of IKKalpha target genes depends on recognition of specific kappaB binding sites by RelB:p52 dimers. Embo J 2004;23:4202–4210.

[107] Delhase M, et al. Positive and negative regulation of IkappaB kinase activity through IKKbeta subunit phosphorylation. Science 1999;284:309–313.

[108] Hacker H, Karin M. Regulation and function of IKK and IKK-related kinases. Sci STKE 2006;357:re13.

[109] Bergmann M, et al. IkappaBalpha degradation and nuclear factor-kappaB DNA binding are insufficient for interleukin-1beta and tumor necrosis factor-alpha-induced kappaB-dependent transcription. Requirement for an additional activation pathway. J Biol Chem 1998;273: 6607–6610.

[110] Claudio E, et al. Molecular mechanisms of TNFalpha cytotoxicity: activation of NF-kappaB and nuclear translocation. Exp Cell Res 1996;224:63–71.

[111] Ling L, Cao Z, Goeddel DV. NF-kappaB-inducing kinase activates IKK-alpha by phosphorylation of Ser-176. Proc Natl Acad Sci USA 1998;95:3792–3797.

[112] Ghoda L, Lin X, Greene WC. The 90-kDa ribosomal S6 kinase (pp90rsk) phosphorylates the N-terminal regulatory domain of IkappaBalpha and stimulates its degradation in vitro. J Biol Chem 1997;272:21281–21288.

[113] Singh S, Darnay BG, Aggarwal BB. Site-specific tyrosine phosphorylation of IkappaBalpha negatively regulates its inducible phosphorylation and degradation. J Biol Chem 1996;271:31049–31054.

[114] Karin M. The IkappaB kinase-a bridge between inflammation and cancer. Cell Res 2008;18:334–342.

[115] Janssen-Heininger YM, Poynter ME, Baeuerle PA. Recent advances towards understanding redox mechanisms in the activation of nuclear factor kappaB. Free Radic Biol Med 2000;28:1317–1327.

[116] Li Q, Engelhardt JF. Interleukin-1beta induction of NFkappaB is partially regulated by $H_2O_2$-mediated activation of NFkappa B-inducing kinase. J Biol Chem 2006;281:1495–1505.

[117] Manna SK, et al. Overexpression of manganese superoxide dismutase suppresses tumor necrosis factor-induced apoptosis and activation of nuclear transcription factor-kappaB and activated protein-1. J Biol Chem 1998;273:13245–13254.

[118] Ruiz-Ramos R, et al. Sodium arsenite induces ROS generation, DNA oxidative damage, HO-1 and c-Myc proteins, NF-kappaB activation and cell proliferation in human breast cancer MCF-7 cells. Mutat Res 2009;674:109–115.

[119] Wang Y, et al. The endogenous reactive oxygen species promote NF-kappaB activation by targeting on activation of NF-kappaB-inducing kinase in oral squamous carcinoma cells. Free Radic Res 2007;41:963–971.

[120] Storz P, Doppler H, Toker A. Protein kinase Cdelta selectively regulates protein kinase D-dependent activation of NF-kappaB in oxidative stress signaling. Mol Cell Biol 2004;24:2614–2626.

[121] Storz P, Toker A. Protein kinase D mediates a stress-induced NF-kappaB activation and survival pathway. The EMBO J 2003;22:109–120.

[122] Cowell CF, et al. Mitochondrial diacylglycerol initiates protein-kinase D1-mediated ROS signaling. J Cell Sci 2009;122:919–928.

[123] Doppler H, Storz P. A novel tyrosine phosphorylation site in protein kinase D contributes to oxidative stress-mediated activation. J Biol chem 2007;282:31873–31881.

[124] Storz P, Doppler H, Toker A. Activation loop phosphorylation controls protein kinase D-dependent activation of nuclear factor kappaB. Mol Pharmacol 2004;66:870–879.

[125] Imbert V, et al. Tyrosine phosphorylation of I kappa B-alpha activates NF-kappa B without proteolytic degradation of I kappa B-alpha. Cell 1996;86:787–798.

[126] Mukhopadhyay A, Manna SK, Aggarwal BB. Pervanadate-induced nuclear factor-kappaB activation requires tyrosine phosphorylation and degradation of IkappaBalpha. Comparison with tumor necrosis factor-alpha. J Biol chem 2000;275:8549–8555.

[127] Gupta A, Rosenberger SF, Bowden GT. Increased ROS levels contribute to elevated transcription factor and MAP kinase activities in malignantly progressed mouse keratinocyte cell lines. Carcinogenesis 1999;20:2063–2073.

[128] Burdon RH, Gill V, Rice-Evans C. Oxidative stress and tumour cell proliferation. Free Radic Res Commun 1990; 11:65–76.

[129] Felty Q, Roy D. Estrogen, mitochondria, and growth of cancer and non-cancer cells. J Carcinog 2005;4:1.

[130] Felty Q, Singh KP, Roy D. Estrogen-induced G1/S transition of G0-arrested estrogen-dependent breast cancer cells is regulated by mitochondrial oxidant signaling. Oncogene 2005;24:4883–4893.

[131] Felty Q, et al. Estrogen-induced mitochondrial reactive oxygen species as signal-transducing messengers. Biochemistry 2005;44:6900–6909.

[132] Sarsour EH, et al. Manganese superoxide dismutase activity regulates transitions between quiescent and proliferative growth. Aging cell 2008;7:405–417.

[133] Wang M, et al. Manganese superoxide dismutase suppresses hypoxic induction of hypoxia-inducible factor-1alpha and vascular endothelial growth factor. Oncogene 2005;24: 8154–8166.

[134] Parkash J, Felty Q, Roy D. Estrogen exerts a spatial and temporal influence on reactive oxygen species generation that precedes calcium uptake in high-capacity mitochondria: implications for rapid nongenomic signaling of cell growth. Biochemistry 2006;45:2872–2881.

[135] Menon SG, et al. Differential susceptibility of nonmalignant human breast epithelial cells and breast cancer cells to thiol antioxidant-induced G(1)-delay. Antioxid Redox Signal 2005;7:711–718.

[136] Behrend L, Henderson G, Zwacka RM. Reactive oxygen species in oncogenic transformation. Biochem Soc Trans 2003;31:1441–1444.

[137] Browne SE, et al. Treatment with a catalytic antioxidant corrects the neurobehavioral defect in ataxia-telangiectasia mice. Free Radic Biol Med 2004;36:938–942.

[138] Reichenbach J, et al. Elevated oxidative stress in patients with ataxia telangiectasia. Antioxidants & redox signaling 2002;4:465–469.

[139] Cadenas E. Mitochondrial free radical production and cell signaling. Mol Aspects Med 2004;25:17–26.

[140] Simon HU, Haj-Yehia A, Levi-Schaffer F. Role of reactive oxygen species (ROS) in apoptosis induction. Apoptosis 2000;5:415–418.

[141] Chung YM, Bae YS, Lee SY. Molecular ordering of ROS production, mitochondrial changes, and caspase activation during sodium salicylate-induced apoptosis. Free Radic Biol Med 2003;34:434–442.

[142] Storz P. Mitochondrial ROS–radical detoxification, mediated by protein kinase D. Trends Cell Biol 2007;17:13–18.

[143] Gottlieb E, Vander Heiden MG, Thompson C. B. Bcl-x(L) prevents the initial decrease in mitochondrial membrane potential and subsequent reactive oxygen species production during tumor necrosis factor alpha-induced apoptosis. Mol Cell Biol 2000;20:5680–5689.

[144] Li PF, Dietz R, von Harsdorf R. p53 regulates mitochondrial membrane potential through reactive oxygen species and induces cytochrome c-independent apoptosis blocked by Bcl-2. EMBO J 1999;18:6027–6036.

[145] Lee CH, et al. Novel 2-step synthetic indole compound 1,1,3-tri(3-indolyl)cyclohexane inhibits cancer cell growth in lung cancer cells and xenograft models. Cancer 2008;113: 815–825.

[146] Qanungo S, et al. Epigallocatechin-3-gallate induces mitochondrial membrane depolarization and caspase-dependent apoptosis in pancreatic cancer cells. Carcinogenesis 2005;26:958–967.

[147] Shim H, et al. Acacetin-induced apoptosis of human breast cancer MCF-7 cells involves caspase cascade, mitochondria-mediated death signaling and SAPK/JNK1/2-c-Jun activation. Mol Cells 2007;24:95–104.

[148] Zhang R, et al. In vitro and in vivo induction of apoptosis by capsaicin in pancreatic cancer cells is mediated through ROS generation and mitochondrial death pathway. Apoptosis 2008;13:1465–1478.

[149] Saitoh M, et al. Mammalian thioredoxin is a direct inhibitor of apoptosis signal-regulating kinase (ASK) 1. EMBO J 1998;17:2596–2606.

[150] Takeda K, et al. Roles of MAPKKK ASK1 in stress-induced cell death. Cell Struct Funct 2003;28:23–29.

[151] You H, Yamamoto K, Mak TW. Regulation of transactivation-independent proapoptotic activity of p53 by FOXO3a. Proc Natl Acad Sci USA 2006;103:9051–9056.

[152] Schulze-Osthoff K, et al. Depletion of the mitochondrial electron transport abrogates the cytotoxic and gene-inductive effects of TNF. EMBO J 1993;12:3095–3104.

[153] Xu YC, et al. Involvement of TRAF4 in oxidative activation of c-Jun N-terminal kinase. J Biol Chem 2002;277: 28051–28057.

[154] Wong GH, Goeddel DV. Induction of manganous superoxide dismutase by tumor necrosis factor: possible protective mechanism. Science 1988;242:941–944.

[155] Chiu TT, et al. Protein kinase D2 mediates lysophosphatidic acid-induced interleukin 8 production in nontransformed human colonic epithelial cells through NF-kappaB. Am J Physiol Cell Physiol 2007;292:C767–C777.

[156] Mihailovic T, et al. Protein kinase D2 mediates activation of nuclear factor kappaB by Bcr-Abl in Bcr-Abl+ human myeloid leukemia cells. Cancer Res 2004;64:8939–8944.

[157] Song J, et al. PKD prevents H2O2-induced apoptosis via NF-kappaB and p38 MAPK in RIE-1 cells. Biochem Biophys Res Commun 2009;378:610–614.

[158] Storz P, et al. Functional dichotomy of A20 in apoptotic and necrotic cell death. Biochem J 2005;387:47–55.

[159] Storz P, Doppler H, Toker A. Protein kinase D mediates mitochondrion-to-nucleus signaling and detoxification from mitochondrial reactive oxygen species. Mol Cell Biol 2005;25:8520–8530.

[160] Zhang W, et al. Protein kinase D specifically mediates apoptosis signal-regulating kinase 1-JNK signaling induced by H2O2 but not tumor necrosis factor. J Biol Chem 2005;280: 19036–19044.

[161] Kundu N, et al. Sublethal oxidative stress inhibits tumor cell adhesion and enhances experimental metastasis of murine mammary carcinoma. Clin Exp Metastasis 1995;13:16–22.

[162] Pelicano H, et al. Mitochondrial dysfunction and reactive oxygen species imbalance promote breast cancer cell motility through a CXCL14-mediated mechanism. Cancer Res 2009;69:2375–2383.

[163] Hitchler M. J, et al. Epigenetic silencing of SOD2 by histone modifications in human breast cancer cells. Free Radic Biol Med 2008;45:1573–1580.

[164] Hitchler MJ, et al. Epigenetic regulation of manganese superoxide dismutase expression in human breast cancer cells. Epigenetics 2006;1:163–171.

[165] Broom OJ, Massoumi R, Sjolander A. Alpha2beta1 integrin signalling enhances cyclooxygenase-2 expression in intestinal epithelial cells. J Cell Physiol 2006;209:950–958.

[166] Svineng G, et al. The role of reactive oxygen species in integrin and matrix metalloproteinase expression and function. Connect Tissue Res 2008;49:197–202.

[167] Taddei ML, et al. Integrin-mediated cell adhesion and spreading engage different sources of reactive oxygen species. Antioxid Redox Signal 2007;9:469–481.

[168] Ben Mahdi MH, Andrieu V, Pasquier C. Focal adhesion kinase regulation by oxidative stress in different cell types. IUBMB Life 2000;50:291–299.

[169] Chiarugi P. From anchorage dependent proliferation to survival: lessons from redox signalling. IUBMB Life 2008;60:301–307.

[170] Werner E, Werb Z. Integrins engage mitochondrial function for signal transduction by a mechanism dependent on Rho GTPases. J Cell Biol 2002;158:357–368.

[171] Giannoni E, et al. Redox regulation of anoikis resistance of metastatic prostate cancer cells: key role for Src and EGFR-mediated pro-survival signals. Oncogene 2009;28: 2074–2086.

[172] Radisky DC, et al. Rac1b and reactive oxygen species mediate MMP-3-induced EMT and genomic instability. Nature 2005;436:123–127.

[173] Wu WS. The signaling mechanism of ROS in tumor progression. Cancer Metastasis Rev 2006;25:695–705.

[174] Tobar N, et al. RAC1 activity and intracellular ROS modulate the migratory potential of MCF-7 cells through a NADPH oxidase and NFkappaB-dependent mechanism. Cancer Lett 2008;267:125–132.

[175] Moldovan L, et al. The actin cytoskeleton reorganization induced by Rac1 requires the production of superoxide. Antioxid Redox signal 1999;1:29–43.

[176] Eiseler T, et al. Protein kinase D1 regulates cofilin-mediated F-actin reorganization and cell motility through slingshot. Nat cell Biol 2009;11:545–556.

[177] Kim JS, Huang TY, Bokoch GM. Reactive oxygen species regulate a slingshot-cofilin activation pathway. Mol Biol Cell 2009;20:2650–2660.

[178] Sundaresan M, et al. Regulation of reactive-oxygen-species generation in fibroblasts by Rac1. Biochem J 1996;318: 379–382.

[179] Gianni D, et al. The involvement of the tyrosine kinase c-Src in the regulation of reactive oxygen species generation mediated by NADPH oxidase-1. Mol Biol Cell 2008;19:2984–2994.

[180] Diaz B, et al. Tks5-dependent, nox-mediated generation of reactive oxygen species is necessary for invadopodia formation. Sci Signal 2009;2:ra53.

[181] Brown NS, Bicknell R. Hypoxia and oxidative stress in breast cancer. Oxidative stress: its effects on the growth, metastatic potential and response to therapy of breast cancer. Breast Cancer Res 2001;3:323–327.

[182] Duffy MJ, et al. Metalloproteinases: role in breast carcinogenesis, invasion and metastasis. Breast Cancer Res 2000;2:252–257.

[183] Nelson AR, et al. Matrix metalloproteinases: biologic activity and clinical implications. J Clin Oncol 2000;18:1135–1149.

[184] Nelson KK, Melendez J. A. Mitochondrial redox control of matrix metalloproteinases. Free Radic Biol Med 2004;37: 768–784.

[185] Brenneisen P, Sies H, Scharffetter-Kochanek K. Ultraviolet-B irradiation and matrix metalloproteinases: from induction via signaling to initial events. Ann NY Acad Sci 2002;973: 31–43.

[186] Kheradmand F, et al. Role of Rac1 and oxygen radicals in collagenase-1 expression induced by cell shape change. Science 1998;280:898–902.

[187] Wenk J, et al. Stable overexpression of manganese superoxide dismutase in mitochondria identifies hydrogen peroxide as a major oxidant in the AP-1-mediated induction of matrix-degrading metalloprotease-1. J Biol Chem 1999;274: 25869–25876.

[188] Westermarck J, Kahari VM. Regulation of matrix metalloproteinase expression in tumor invasion. Faseb J 1999;13:781–792.

[189] Rajagopalan S, et al. Reactive oxygen species produced by macrophage-derived foam cells regulate the activity of vascular matrix metalloproteinases in vitro. Implications for atherosclerotic plaque stability. J Clin Invest 1996;98: 2572–2579.

[190] van Wetering S, et al. Reactive oxygen species mediate Rac-induced loss of cell-cell adhesion in primary human endothelial cells. J Cell Sci 2002;115:1837–1846.

[191] Cheng GC, et al. Oxidative stress and thioredoxin-interacting protein promote intravasation of melanoma cells. Exp Cell Res 2004;300:297–307.

[192] Roebuck KA. Oxidant stress regulation of IL-8 and ICAM-1 gene expression: differential activation and binding of the transcription factors AP-1 and NF-kappaB (Review). Int J Mol Med 1999;4:223–230.

[193] Huot J, et al. Oxidative stress-induced actin reorganization mediated by the p38 mitogen-activated protein kinase/heat shock protein 27 pathway in vascular endothelial cells. Circ Res 1997;80:383–392.

[194] Dewhirst MW, Cao Y, Moeller B. Cycling hypoxia and free radicals regulate angiogenesis and radiotherapy response. Nat Rev Cancer 2008;8:425–437.

[195] Hockel M, Vaupel P. Tumor hypoxia: definitions and current clinical, biologic, and molecular aspects. J Natl Cancer Inst 2001;93:266–276.

[196] Pani G, et al. Redox-based escape mechanism from death: the cancer lesson. Antioxidants Redox Signal 2009;11: 2791–2806.

[197] Dang CV, Semenza GL. Oncogenic alterations of metabolism. Trends Biochem Sci 1999;24:68–72.

[198] Ganapathy V, Thangaraju M, Prasad P. D. Nutrient transporters in cancer: relevance to Warburg hypothesis and beyond. Pharmacol Ther 2009;121:29–40.

[199] Hsu PP, Sabatini DM. Cancer cell metabolism: Warburg and beyond. Cell 2008;134:703–707.

[200] Harris AL. Hypoxia—a key regulatory factor in tumour growth. Nat Rev Cancer 2002;2:38–47.

[201] Kaelin WG, Jr. Ratcliffe PJ. Oxygen sensing by metazoans: the central role of the HIF hydroxylase pathway. Mol Cell 2008;30:393–402.

[202] Pouyssegur J, Dayan F, Mazure NM. Hypoxia signalling in cancer and approaches to enforce tumour regression. Nature 2006;441:437–443.

[203] Erler JT, et al. Lysyl oxidase is essential for hypoxia-induced metastasis. Nature 2006;440:1222–1226.

[204] Rofstad EK, et al. Acidic extracellular pH promotes experimental metastasis of human melanoma cells in athymic nude mice. Cancer Res 2006;66:6699–6707.

[205] Claffey KP, et al. Expression of vascular permeability factor/vascular endothelial growth factor by melanoma cells increases tumor growth, angiogenesis, and experimental metastasis. Cancer Res 1996;56:172–181.

[206] Senger DR, et al. Vascular permeability factor, tumor angiogenesis and stroma generation. Invasion Metastasis 1994;14:385–394.

[207] Rabbani ZN, et al. Antiangiogenic action of redox-modulating Mn(III) ortho-tetrakis-N-ethylpyridylporphyrin, MnTE-2-PyP(5+), via suppression of oxidative stress in a mouse model of breast tumor. Free Radic Biol Med 2009.

[208] Brown LF, et al. Vascular permeability factor/vascular endothelial growth factor: a multifunctional angiogenic cytokine. Exs 1997;79:233–269.

[209] Murakami M, Simons M. Fibroblast growth factor regulation of neovascularization. Curr Opin Hematol 2008;15:215–220.

[210] Wouters BG, Koritzinsky M. Hypoxia signalling through mTOR and the unfolded protein response in cancer. Nat Rev Cancer 2008;8:851–864.

[211] Spitz DR, et al. Glucose deprivation-induced oxidative stress in human tumor cells. A fundamental defect in metabolism? Ann NY Acad Sci 2000;899:349–362.

[212] Bertout JA, Patel SA, Simon MC. The impact of O2 availability on human cancer. Nat Rev Cancer 2008;8:967–975.

[213] Gardner LB, Corn, PG. Hypoxic regulation of mRNA expression. Cell Cycle 2008;7:1916–1924.

[214] Xia C, et al. Reactive oxygen species regulate angiogenesis and tumor growth through vascular endothelial growth factor. Cancer Res 2007;67:10823–10830.

[215] Govindarajan B, et al. Overexpression of Akt converts radial growth melanoma to vertical growth melanoma. J Clin Invest 2007;117:719–729.

[216] Ma J, et al. PTEN regulate angiogenesis through PI3K/Akt/VEGF signaling pathway in human pancreatic cancer cells. Mol Cell Biochem; 2009.

[217] Wartenberg M, et al. Inhibition of tumor-induced angiogenesis and matrix-metalloproteinase expression in confrontation cultures of embryoid bodies and tumor spheroids by plant ingredients used in traditional chinese medicine. Lab Invest 2003;83:87–98.

[218] Milligan SA, Owens MW, Grisham MB. Augmentation of cytokine-induced nitric oxide synthesis by hydrogen peroxide. Am J Physiol 1996;271:L114–L120.

[219] Bao S, et al. Glioma stem cells promote radioresistance by preferential activation of the DNA damage response. Nature 2006;444:756–760.

[220] Visvader JE, Lindeman GJ. Cancer stem cells in solid tumours: accumulating evidence and unresolved questions. Nat Rev Cancer 2008;8:755–768.

[221] Trachootham D, Alexandre J, Huang P. Targeting cancer cells by ROS-mediated mechanisms: a radical therapeutic approach? Nat Rev Drug Discov 2009;8:579–591.

[222] Diehn M, et al. Association of reactive oxygen species levels and radioresistance in cancer stem cells. Nature 2009;458:780–783.

[223] Tothova Z, et al. FoxOs are critical mediators of hematopoietic stem cell resistance to physiologic oxidative stress. Cell 2007;128:325–339.

[224] Shackleton M, et al. Generation of a functional mammary gland from a single stem cell. Nature 2006;439:84–88.

[225] Ward JF. Biochemistry of DNA lesions. Radiat Res Suppl 1985;8:S103–S111.

[226] Imlay JA, Chin SM, Linn S. Toxic DNA damage by hydrogen peroxide through the Fenton reaction in vivo and in vitro. Science 1988;240:640–642.

[227] Maynard S, et al. Base excision repair of oxidative DNA damage and association with cancer and aging. Carcinogenesis 2009;30:2–10.

[228] Wiseman H, Halliwell B. Damage to DNA by reactive oxygen and nitrogen species: role in inflammatory disease and progression to cancer. Biochem J 1996;313:17–29.

[229] Mitra S, et al. Complexities of the DNA base excision repair pathway for repair of oxidative DNA damage. Environ Mol Mutagen 2001;38:180–190.

[230] Levine RL. Carbonyl modified proteins in cellular regulation, aging, and disease. Free Radic Biol Med 2002;32:790–796.

[231] Squier TC, Bigelow DJ. Protein oxidation and age-dependent alterations in calcium homeostasis. Front Biosci 2000:5:D504–D526.

[232] Wells-Knecht MC, et al. Age-dependent increase in ortho-tyrosine and methionine sulfoxide in human skin collagen is not accelerated in diabetes. Evidence against a generalized increase in oxidative stress in diabetes. J Clin Invest 1997;100:839–846.

[233] Meng TC, Fukada T, Tonks NK. Reversible oxidation and inactivation of protein tyrosine phosphatases in vivo. Molecular Cell 2002;9:387–399.

[234] Burhans WC, Weinberger M. DNA replication stress, genome instability and aging. Nucleic Acids Res 2007;35:7545–7556.

[235] Epe B. Role of endogenous oxidative DNA damage in carcinogenesis: what can we learn from repair-deficient mice? Biol Chem 2002;383:467–475.

[236] Franco R, et al. Oxidative stress, DNA methylation and carcinogenesis. Cancer Lett 2008;266:6–11.

[237] Gardner HW. Oxygen radical chemistry of polyunsaturated fatty acids. Free Radic Biol Med 1989;7:65–86.

[238] North JA, Spector AA, Buettner GR. Cell fatty acid composition affects free radical formation during lipid peroxidation. Am J Physiol 1994;267:C177–C188.

[239] Burcham PC. Genotoxic lipid peroxidation products: their DNA damaging properties and role in formation of endogenous DNA adducts. Mutagenesis 1998;13:287–305.

[240] Catala A. Lipid peroxidation of membrane phospholipids generates hydroxy-alkenals and oxidized phospholipids active in physiological and/or pathological conditions. Chem Phys Lipids 2009;157:1–11.

[241] Lauschke H, et al. Lipid peroxidation as additional marker in patients with colorectal cancer. Results of a preliminary study. Eur Surg Res 2002;34:346–350.

[242] Alexandre J, et al. Accumulation of hydrogen peroxide is an early and crucial step for paclitaxel-induced cancer cell death both in vitro and in vivo. Int J Cancer 2006;119:41–48.

[243] Bairati I, et al. Randomized trial of antioxidant vitamins to prevent acute adverse effects of radiation therapy in head and neck cancer patients. J Clin Oncol 2005;23:5805–5813.

[244] Llobet D, et al. Antioxidants block proteasome inhibitor function in endometrial carcinoma cells. Anticancer Drugs 2008;19:115–124.

[245] Gahr S, et al. The combination of the histone-deacetylase inhibitor trichostatin A and gemcitabine induces inhibition of proliferation and increased apoptosis in pancreatic carcinoma cells. Int J Oncol 2007;31:567–576.

[246] Lee KH, et al. Epigenetic silencing of MicroRNA miR-107 regulates cyclin-dependent kinase 6 expression in pancreatic cancer. Pancreatology 2009;9:293–301.

[247] Shankar S, et al. EGCG inhibits growth, invasion, angiogenesis and metastasis of pancreatic cancer. Front Biosci 2008;13:440–452.

[248] Shankar S, Suthakar G, Srivastava RK. Epigallocatechin-3-gallate inhibits cell cycle and induces apoptosis in pancreatic cancer. Front Biosci 2007;12:5039–5051.

[249] Srivastava SK, Singh SV. Cell cycle arrest, apoptosis induction and inhibition of nuclear factor kappa B activation in anti-proliferative activity of benzyl isothiocyanate against human pancreatic cancer cells. Carcinogenesis 2004;25: 1701–1709.

[250] Donadelli M, et al. Synergistic inhibition of pancreatic adenocarcinoma cell growth by trichostatin A and gemcitabine. Biochim Biophys Acta 2007;1773:1095–1106.

[251] Sahu RP, et al. Benzyl isothiocyanate mediated generation of reactive oxygen species causes cell cycle arrest and induces apoptosis via activation of MAPK in human pancreatic cancer cells. Carcinogenesis; 2009.

[252] Marchetti M, et al. Sulindac enhances the killing of cancer cells exposed to oxidative stress. PLoS One 2009;4:e5804.

[253] Loaiza-Perez AI, et al. Aryl hydrocarbon receptor activation of an antitumor aminoflavone: basis of selective toxicity for MCF-7 breast tumor cells. Mol Cancer Ther 2004;3: 715–725.

[254] McLean L, et al. Aminoflavone induces oxidative DNA damage and reactive oxidative species-mediated apoptosis in breast cancer cells. Int J Cancer 2008;122:1665–1674.

[255] Chen CY, et al. Isokotomolide A, a new butanolide extracted from the leaves of Cinnamomum kotoense, arrests cell cycle progression and induces apoptosis through the induction of p53/p21 and the initiation of mitochondrial system in human non-small cell lung cancer A549 cells. Eur J Pharmacol 2007;574:94–102.

[256] Kuo PL, Chen CY, Hsu YL. Isoobtusilactone A induces cell cycle arrest and apoptosis through reactive oxygen species/apoptosis signal-regulating kinase 1 signaling pathway in human breast cancer cells. Cancer Res 2007;67: 7406–7420.

[257] McLachlan A, et al. Pancratistatin: a natural anti-cancer compound that targets mitochondria specifically in cancer cells to induce apoptosis. Apoptosis 2005;10:619–630.

[258] Sandhya T, et al. Potential of traditional ayurvedic formulation, Triphala, as a novel anticancer drug. Cancer Lett 2006;231:206–214.

[259] Sandhya T, Mishra KP. Cytotoxic response of breast cancer cell lines, MCF 7 and T 47 D to triphala and its modification by antioxidants. Cancer Lett 2006;238:304–313.

[260] Siedlakowski P, et al. Synergy of Pancratistatin and Tamoxifen on breast cancer cells in inducing apoptosis by targeting mitochondria. Cancer Biol Ther 2008;7:376–384.

[261] Dayal D, et al. Mitochondrial complex II dysfunction can contribute significantly to genomic instability after exposure to ionizing radiation. Radiat Res 2009;172:737–745.

[262] Carew JS, et al. Mitochondrial DNA mutations in primary leukemia cells after chemotherapy: clinical significance and therapeutic implications. Leukemia 2003;17:1437–1447.

[263] Vaughn AE, Deshmukh M. Glucose metabolism inhibits apoptosis in neurons and cancer cells by redox inactivation of cytochrome c. Nat Cell Biol 2008;10:1477–1483.

[264] Aykin-Burns N, et al. Increased levels of superoxide and H2O2 mediate the differential susceptibility of cancer cells versus normal cells to glucose deprivation. Biochem J 2009;418:29–37.

[265] Ahmad IM, et al. 2-Deoxyglucose combined with wild-type p53 overexpression enhances cytotoxicity in human prostate cancer cells via oxidative stress. Free Radic Biol Med 2008;44:826–834.

[266] Coleman MC, et al. 2-deoxy-D-glucose causes cytotoxicity, oxidative stress, and radiosensitization in pancreatic cancer. Free Radic Biol Med 2008;44:322–331.

[267] Fath MA, et al. Mitochondrial electron transport chain blockers enhance 2-deoxy-D-glucose induced oxidative stress and cell killing in human colon carcinoma cells. Cancer Biol Ther 2009;8:1228–1236.

[268] Algul H, et al. Mechanisms of disease: chronic inflammation and cancer in the pancreas--a potential role for pancreatic stellate cells? Nat Clin Pract Gastroenterol Hepatol 2007;4:454–462.

[269] Greer JB, Whitcomb DC. Inflammation and pancreatic cancer: an evidence-based review. Curr Opin Pharmacol; 2009.

[270] Lowenfels AB, et al. Pancreatitis and the risk of pancreatic cancer. International Pancreatitis Study Group. N Engl J Med 1993;328:1433–1437.

[271] Antosiewicz J, et al. c-Jun NH(2)-terminal kinase signaling axis regulates diallyl trisulfide-induced generation of reactive oxygen species and cell cycle arrest in human prostate cancer cells. Cancer Res 2006;66:5379–5386.

[272] Townsend DM, Tew KD. Pharmacology of a mimetic of glutathione disulfide, NOV-002. Biomed Pharmacother 2009; 63:75–78.

[273] Storz P, et al. FOXO3a promotes tumor cell invasion through the induction of matrix metalloproteinases. Mol Cell Biol 2009;29:4906–4917.

This paper was first published online on Early Online on 23 March 2010.

Copyright of Free Radical Research is the property of Taylor & Francis Ltd and its content may not be copied or emailed to multiple sites or posted to a listserv without the copyright holder's express written permission. However, users may print, download, or email articles for individual use.

Exhibit 74



NIH Public Access
**Author Manuscript**
*Cell*. Author manuscript; available in PMC 2011 March 19.

Published in final edited form as:
*Cell*. 2010 March 19; 140(6): 883–899. doi:10.1016/j.cell.2010.01.025.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

# Immunity, Inflammation, and Cancer

**Sergei I. Grivennikov**[1], **Florian R. Greten**[2], and **Michael Karin**[1]

[1]Laboratory of Gene Regulation and Signal Transduction, Departments of Pharmacology and Pathology, School of Medicine, University of California, San Diego, 9500 Gilman Drive, La Jolla, CA, 92093, USA.

[2]2nd Department of Medicine, Klinikum rechts der Isar, Technical University Munich, Munich, Germany.

## Summary

Inflammatory responses play decisive roles at different stages of tumor development, including initiation, promotion, malignant conversion, invasion, and metastasis. Inflammation also affects immune surveillance and responses to therapy. Immune cells that infiltrate tumors engage in an extensive and dynamic crosstalk with cancer cells and some of the molecular events that mediate this dialog have been revealed. This review outlines the principal mechanisms that govern the effects of inflammation and immunity on tumor development and discusses attractive new targets for cancer therapy and prevention.

## Keywords

Cancer; inflammation; immunity; cytokines; NF-κB; STAT3

## Introduction

The presence of leukocytes within tumors, observed in the 19th century by Rudolf Virchow, provided the first indication of a possible link between between inflammation and cancer. Yet, it is only during the last decade that clear evidence has been obtained that inflammation plays a critical role in tumorigenesis, and some of the underlying molecular mechanisms have been elucidated (Karin, 2006). A role for inflammation in tumorigenesis is now generally accepted, and it has become evident that an inflammatory microenvironment is an essential component of all tumors, including some in which a direct causal relationship with inflammation is not yet proven (Mantovani et al., 2008). Only a minority of all cancers are caused by germline mutations, whereas the vast majority (90%) are linked to somatic mutations and environmental factors. Many environmental causes of cancer and risk factors are associated with some form of chronic inflammation. Up to 20% of cancers are linked to chronic infections, 30% can be attributed to tobacco smoking and inhaled pollutants (such as silica and asbestos), and 35% to dietary factors (20% of cancer burden is linked to obesity) (Aggarwal et al., 2009).

© 2009 Elsevier Inc. All rights reserved.

Corresponding author: Michael Karin karinoffice@ucsd.edu .

**Publisher's Disclaimer:** This is a PDF file of an unedited manuscript that has been accepted for publication. As a service to our customers we are providing this early version of the manuscript. The manuscript will undergo copyediting, typesetting, and review of the resulting proof before it is published in its final citable form. Please note that during the production process errors may be discovered which could affect the content, and all legal disclaimers that apply to the journal pertain.

Authors declare no competing financial interests.

Although it is now well-established that the induction of inflammation by bacterial and viral infections increases cancer risk (de Martel and Franceschi, 2009), recent work has shown that in addition to being a tumor initiator by virtue of its high carcinogen content, tobacco smoke is also a tumor promoter due to its ability to trigger chronic inflammation (Takahashi et al., 2010). Likewise, obesity, whose prevalence is growing at an alarming rate, promotes tumorigenesis in the liver (Park et al., 2010) and pancreas (Khasawneh et al., 2009). Most solid malignancies appear in older individuals and even old age (Ershler and Keller, 2000) and cell senescence (Rodier et al., 2009) are postulated to be tumor promoters that act through inflammatory mechanisms. Along with its pro-tumorigenic effects, inflammation also influences the host immune response to tumors and can be used in cancer immunotherapy (Dougan and Dranoff, 2009) and to augment the response to chemotherapy (Zitvogel et al., 2008). Yet, in some cases, inflammation can diminish the beneficial effects of therapy (Ammirante et al., 2010). This review is mainly focused on the pro-tumorigenic effects of inflammation but also touches on the relationship between inflammation and anti-tumor immunity,

## Types of inflammation and general mechanisms

Several types of inflammation—differing by cause, mechanism, outcome, and intensity—can promote cancer development and progression (Figure 1). Persistent *Helicobacter pylori* infection is associated with gastric cancer and MALT (mucosa-associated lymphoid tissue) lymphoma. Infections with hepatitis B (HBV) or C (HCV) viruses increase the risk of hepatocellular carcinoma (HCC) and infections with *Schistosoma* or *Bacteroides* species are linked to bladder and colon cancer, respectively (Karin, 2006;Wu et al., 2009a). The inflammatory response triggered by infection precedes tumor development and is a part of normal host defense, whose goal is pathogen elimination. However, tumorigenic pathogens subvert host immunity and establish persistent infections associated with low grade but chronic inflammation. By contrast, acute inflammation induced by certain microbial preparations was used by Coley with some success to treat cancer in the 1890s and one such preparation is currently used in the treatment of bladder cancer (Rakoff-Nahoum and Medzhitov, 2009). What makes bladder carcinoma uniquely sensitive to acute inflammation, even though it is promoted by chronic inflammation, is currently unknown. This is an important problem whose solution should reveal how to successfully deploy inflammation in cancer therapy. Another type of chronic inflammation that precedes tumor development is caused by immune deregulation and autoimmunity. An example is inflammatory bowel disease, which greatly increases the risk of colorectal cancer (Waldner and Neurath, 2009).

However, not all chronic inflammatory diseases increase cancer risk and some of them, such as psoriasis, may even reduce it (Nickoloff et al., 2005). It is not clear what makes IBD or chronic hepatitis tumor promoting, in comparison with conditions such as rheumatoid arthritis or psoriasis, which do not significantly promote tumorigenesis. One possibility could be related to the exposure of the gastrointestinal tract and liver to dietary and environmental carcinogens, which never make their way into joints or the skin. Chronic inflammation can also be induced by environmental exposure. Particulate material from tobacco smoke and other irritants can precipitate chronic obstructive pulmonary disease, a condition associated with higher lung cancer risk (Punturieri et al., 2009). Inflammatory mechanisms account for the tumor promoting effect of exposure to tobacco smoke on lung cancer in mice (Takahashi et al., 2010). Inhaled asbestos or silica particles also give rise to lung cancer but have no obvious mutagenic activity. Such particles, however, can trigger inflammation through effects on pro-interluekin-1β (IL-1β) processing by the inflammasome (Dostert et al., 2008) and this may mediate their tumorigenic activity. Even obesity, which increases cancer risk by 1.6-fold (Calle, 2007), can lead to chronic inflammation (Tuncman et al., 2006) that promotes development of hepatocellular carcinoma (Park et al., 2010). Accumulation of damaged DNA and cell

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

senescence can also give rise to tumor promoting chronic inflammation (Rodier et al., 2009; Zheng et al., 2007).

A completely different type of inflammation is the one that follows tumor development. Most, if not all, solid malignancies trigger an intrinsic inflammatory response that builds up a pro-tumorigenic microenvironment (Mantovani et al., 2008). In addition to cell-autonomous proliferation, certain oncogenes, such as *RAS* and *MYC* family members, induce a transcriptional program that leads to remodeling of the tumor microenvironment through recruitment of leukocytes and lymphocytes, expression of tumor-promoting chemokines and cytokines, and induction of an angiogenic switch (Soucek et al., 2007; Sparmann and Bar-Sagi, 2004). All solid malignancies, at some point outpace their blood supply and become oxygen and nutrient deprived. This results in necrotic cell death at the tumor's core and the release of pro-inflammatory mediators, such as IL-1 and HMGB1 (Vakkila and Lotze, 2004). The ensuing inflammatory response promotes neo-angiogenesis and provides surviving cancer cells with additional growth factors, produced by newly recruited inflammatory and immune cells (Karin, 2006).

Other tumors, for instance lung cancer, can promote inflammation through active secretion of molecules, such as the extracellular matrix component versican that activates macrophages through Toll-like receptor (TLR) 2 (Kim et al., 2009). Based on the continuous cell renewal and proliferation induced by tumor-associated inflammation, tumors have been referred to as "wounds, which never heal" (Dvorak, 1986). This type of inflammation is largely a subverted wound healing and tissue regenerative response. Even dominant oncogenes such as v-Src or K-Ras are unable to induce cancer in adult animals unless accompanied by injury and subsequent tissue regeneration (Guerra et al., 2007; Sieweke et al., 1990).

Lastly, a strong tumor-associated inflammatory response can be initiated by cancer therapy. Radiation and chemotherapy cause massive necrotic death of cancer cells and surrounding tissues, which in turn trigger an inflammatory reaction analogous to a wound-healing response (Zong and Thompson, 2006). The net outcome of therapy-induced inflammation is controversial, as on one hand it can have tumor-promoting functions just like the necrosis that accompanies rapid tumor growth (Ammirante et al., 2010; Vakkila and Lotze, 2004), but on the other hand it can enhance the cross-presentation of tumor antigens and subsequent induction of an anti-tumor immune response (Zitvogel et al., 2008). The latter and its importance will be discussed below.

## Immune cells in tumorigenesis

As a result of these different forms of inflammation, the tumor microenvironment contains innate immune cells (including macrophages, neutrophils, mast cells, myeloid derived suppressor cells, dendritic cells, and natural killer cells) and adaptive immune cells (T and B lymphocytes) in addition to the cancer cells and their surrounding stroma (which consists of fibroblasts, endothelial cells, pericytes, and mesenchymal cells) (de Visser et al., 2006) (Table 1). These diverse cells communicate with each other by means of direct contact or cytokine and chemokine production and act in autocrine and paracrine manners to control and shape tumor growth. It is the expression of various immune mediators and modulators as well as the abundance and activation state of different cell types in the tumor microenvironment that dictate in which direction the balance is tipped and whether inflammation-promotes tumor growth or anti-tumor immunity will ensue (Lin and Karin, 2007; Smyth et al., 2006). In established tumors this balance is profoundly tilted towards pro-tumor inflammation, as without therapeutic intervention advanced tumors rarely regress. Yet, it is difficult to unequivocally assess the overall impact of immunity and inflammation on early tumorigenic events, because direct in vivo models for evaluating the effects of these phenomena on initial

Grivennikov et al.                                                                                   Page 4

tumor growth are missing. In addition, our current knowledge is based on measurement of tumor load at a point where malignant cells may have already escaped early surveillance mechanisms. However, it is safe to assume that tumor promoting inflammation and anti-tumor immunity co-exist at different points along the path of tumor progression (Figure 2) and that environmental and microenvironmental conditions dictate the balance between the two (Bui and Schreiber, 2007; Swann et al., 2008).

The most frequently found immune cells within the tumor microenvironment are tumor-associated macrophages (TAMs) and T cells. TAMs mostly promote tumor growth and may be obligatory for angiogenesis, invasion, and metastasis (Condeelis and Pollard, 2006), and high TAM content generally correlates with poor prognosis (Murdoch et al., 2008). Mature T cells are divided into two major groups based on the T cell receptors (TCR) they express: γδ and αβ. αβT cells are further classified according to their effector functions as CD8$^+$ cytotoxic T cells (CTLs) and CD4$^+$ helper T (Th) cells, which include Th1, Th2, Th17 and T regulatory (Treg) cells, as well as natural killer T (NKT) cells. Importantly, T cells can exert both tumor suppressive and promoting effects, as determined by their effector functions (DeNardo et al., 2009; Langowski et al., 2007; Smyth et al., 2006). Increased T cell numbers, specifically activated CTLs and Th cells, correlate with better survival in some cancers, including invasive colon cancer, melanoma, multiple myeloma, and pancreatic cancer (Galon et al., 2006; Laghi et al., 2009; Swann and Smyth, 2007). Correspondingly, T cell deficiency or disruption of specific cytotoxic mechanisms can render experimental animals more susceptible to spontaneous or chemical carcinogenesis (Shankaran et al., 2001; Swann and Smyth, 2007). However, there is also evidence that many of the T cell subsets found in solid tumors are involved in tumor promotion, progression, or metastasis, including CD8$^+$ T cells (Roberts et al., 2007), IFNγ-producing Th1 cells (Hanada et al., 2006), Th2 cells (Aspord et al., 2007; DeNardo et al., 2009) and Th17 cells (Langowski et al., 2006; Wang et al., 2009). The only cells that lack a pro-tumorigenic role, so far, are NK cells. Similar to TAMs, the tumor-promoting functions of T lymphocytes are mediated by cytokines, whereas both cytokines and cytotoxic mechanisms mediate the anti-tumorigenic functions of T lymphocytes (Lin and Karin, 2007; Swann and Smyth, 2007).

Interestingly, Treg cells, which are presumed to act mostly in a pro-tumorigenic fashion through suppression of anti-tumor immune responses (Gallimore and Simon, 2008), may also exert an anti-tumorigenic function under certain circumstances by virtue of their ability to suppress tumor-promoting inflammation (Erdman et al., 2005). In breast cancer, the presence of tumor infiltrating lymphocytes with high CD4$^+$/CD8$^+$ and Th2/Th1 ratio is indicative of poor prognosis (Kohrt et al., 2005). Th2 CD4$^+$ T cells stimulate mammary cancer progression and metastasis by educating TAMs to produce pro-angiogenic and pro-metastatic factors (DeNardo et al., 2009). In colitis associated cancer (CAC), infiltrating T cells also appear to play a tumor promoting function (Waldner and Neurath, 2009). What makes the same T cell subset anti-tumorigenic in one cancer and pro-tumorigenic in another remains largely unknown and may hold the key to the development of successful immunotherapy.

The cytokine and chemokine expression profile of the tumor microenvironment may be more relevant than its specific immune cell content. Different cytokines can either promote or inhibit tumor development and progression, regardless of their source (Lin and Karin, 2007). Through activation of various downstream effectors, such as NF-κB, AP-1, STAT and SMAD transcription factors, as well as caspases, cytokines control the immune and inflammatory milieu to either favor anti-tumor immunity (IL-12, TRAIL, IFNγ) or enhance tumor progression (IL-6, IL-17, IL-23) and also have direct effects on cancer cell growth and survival (TRAIL, FasL, TNF-α, EGFR ligands, TGF-β, IL-6).

NIH-PA Author Manuscript          NIH-PA Author Manuscript          NIH-PA Author Manuscript

TAMs are one of the most important players in the inflammation and cancer arena and an important source of cytokines (Mantovani et al., 2008). In analogy to Th1 and Th2 T cells, macrophages can be classified into M1 and M2 types (Sica et al., 2008). M1 macrophages, activated by IFNγ and microbial products, express high levels of pro-inflammatory cytokines (TNF-α, IL-1, IL-6, IL-12 or IL-23), major histocompatibility complex (MHC) molecules and inducible nitric oxide synthase and are capable of killing pathogens and priming anti-tumor immune responses. By contrast, M2 or "alternatively" activated macrophages, which are induced in vitro by IL-4, IL-10 and IL-13, downregulate MHC class II and IL-12 expression and show increased expression of the anti-inflammatory cytokine IL-10, scavenger receptor A, and arginase. Most TAMs are considered to have an M2 phenotype while promoting tumor angiogenesis and tissue remodeling (Sica et al., 2008). However, most confirmed tumor-promoting cytokines are "M1 cytokines", whereas IL-10, an M2 cytokine, may be tumor suppressive as shown in in colorectal cancer (Berg et al., 1996; Lin and Karin, 2007). Furthermore, unlike Th1 and Th2 cells, M1 and M2 macrophages are plastic and their phenotype is defined by their gene expression prolife rather than by deterministic differentiation pathways and lineage choices.

Other immune cells also affect tumorigenesis (Table 1). Neutrophils can play both tumor-promoting and tumoricidal functions, depending on their differentiation status and the presence of TGF-β (Fridlender et al., 2009). B lymphocytes and mast cells are also important contributors to immune-mediated tumor growth (Ammirante et al., 2010;de Visser et al., 2006;Soucek et al., 2007) and conventional macrophages and dendritic cells are important for antigen presentation and T cell activation during anti-tumor immunity as well as for cytokine production and immunosuppression in established tumors (Table 1).

## Inflammation and tumor initiation

Tumor initiation is a process in which normal cells acquire the first mutational hit that sends them on the tumorigenic track by providing growth and survival advantages over their neighbors. In most cases, however, a single mutation is insufficient and many cancers require at least 4-5 mutations (Fearon and Vogelstein, 1990; Hanahan and Weinberg, 2000). It is also imperative that each mutation will be transmitted to the cell's progeny, and in cancers that arise within rapidly renewed epithelia (intestinal and skin cancers), oncogenic mutations must occur in either long lived stem cells or transient amplifying cells rather than within differentiated cells, which are rapidly eliminated before the next mutation can strike. Alternatively, oncogenic mutations can occur within differentiated epithelial cells, such as hepatocytes, which are capable of proliferation and are sufficiently long lived to allow subsequent mutational hits.

It has been suggested that an inflammatory microenvironment can increase mutation rates, in addition to enhancing the proliferation of mutated cells. Activated inflammatory cells serve as sources of reactive oxygen species (ROS) and reactive nitrogen intermediates (RNI) that are capable of inducing DNA damage and genomic instability (Figure 3A). However, it is not clear whether ROS and RNI produced and released by neutrophils or macrophages (mainly during acute inflammation) are sufficiently long lived to diffuse through the extracellular matrix, enter epithelial cells, cross their cytoplasm, enter the nucleus and react with DNA packaged into chromatin. Alternatively, inflammatory cells may use cytokines such as TNF-α to stimulate ROS accumulation in neighboring epithelial cells (Figure 3A). It has therefore been debated whether immune-mediated mechanisms as opposed to dietary and environmental mutagens are the critical driving forces behind tumor initiation (Hussain et al., 2003). Nonetheless, p53 mutations, presumably caused by oxidative damage, were found in both cancer cells and in inflamed, but non-dysplastic, epithelium in CAC, suggesting that chronic inflammation causes genomic changes (Kraus and Arber, 2009). Chronic inflammation triggered by the colonic irritant dextran sodium sulfate (DSS) may induce DNA damage that gives rise to colonic

adenomas (Meira et al., 2008). However, on its own DSS is a poor carcinogen (Okayasu et al., 1996).

Inflammation-induced mutagenesis may also result in inactivation or repression of mismatch repair response genes and ROS can also cause direct oxidative inactivation of mismatch repair enzymes (Colotta et al., 2009; Hussain et al., 2003). Once the mismatch repair system has been dismantled, inflammation-induced mutagenesis is enhanced and several important tumor suppressors, such as Tgfbr2 and Bax, which harbor microsatellite sequences, may be inactivated (Colotta et al., 2009).

Another mechanism linking inflammation to oncogenic mutations is upregulation of AID (activation-induced cytidine deaminase), an enzyme that promotes immunoglobulin gene class switching by catalyzing deamination of cytosines in DNA (Okazaki et al., 2007). In addition to B cells, where it was discovered, AID is overexpressed in many cancers of diverse origins and its expression is induced by inflammatory cytokines in an NF-κB-dependent manner or by TGFβ (Okazaki et al., 2007). AID induces genomic instability and increases mutation probability during error-prone joining of double-stranded DNA breaks, a process found to introduce mutations into critical cancer genes, including Tp53, c-Myc, and Bcl-6 (Colotta et al., 2009). AID contributes to formation of lymphomas, and gastric and liver cancers (Okazaki et al., 2007; Takai et al., 2009). Other mechanisms of inflammation-induced mutagenesis have also been suggested, including effects of inflammation on non-homologous recombination and NF-κB-mediated inactivation of p53-dependent genome surveillance (Colotta et al., 2009).

In Giα2 knockout mice, which develop spontaneous colonic inflammation and cancer, enterocytes selectively lose expression of components involved in mismatch repair, namely MLH1 and PMS2, due to histone deacetylase- and DEC-1-mediated epigenetic repression of the *Mlh1* promoter (Edwards et al., 2009). Other findings implicate epigenetic mechanisms, including microRNA-based silencing and DNA methylation, in inactivation of tumor suppressors, such as INK4a and APC, and other changes that accompany tumor initiation (Cooper and Foster, 2009). Recently, inflammation has been connected to epigenetic reprogramming by the JmjC-domain protein Jmjd3, which is encoded by an NF-κB target gene (De Santa et al., 2007). In inflammation-associated intestinal cancer in *Gpx1/2* knockout mice, inflammation induces DNA methyltransferase (DNMT)-dependent DNA methylation and silencing of a large cohort of Polycomb group target genes, some of which are also silenced by methylation in human colon cancer (Hahn et al., 2008). However, it remains to be shown that any of these inflammation-induced epigenetic mechanisms actually makes a critical contribution to tumor initiation, either in a suitable mouse model or through prospective analysis of human specimens.

Another mechanism through which inflammation may enhance tumor initiation is the production of growth factors and cytokines that can confer a stem-cell like phenotype upon tumor progenitors or stimulate stem cell expansion, thereby enlarging the cell pool that is targeted by environmental mutagens. Indeed, STAT3 is linked to both stem cell reprogramming and stem cell renewal (Chen et al., 2008), whereas NF-κB can enhance Wnt/β-catenin signaling in colonic crypts (Umar et al., 2009). The pro-inflammatory cytokine TNF-α promotes nuclear entry of β-catenin during inflammation-associated gastric cancer in the absence of any mutations in Wnt/β-catenin pathway components (Oguma et al., 2008).

The connection between inflammation and tumor initiation is not a one-way street and there is also evidence that DNA damage can lead to inflammation and thereby promote tumorigenesis. One of the best examples is provided by the model of hepatocellular carcinoma induced by the carcinogen diethylnitrosamine (DEN) in which DNA damage contributes to necrotic cell death, resulting in an inflammatory reaction that promotes tumor development

(Maeda et al., 2005; Sakurai et al., 2008). A number of oncoproteins (Ras, Myc, RET) can activate signaling pathways that drive production of pro-inflammatory cytokines and chemokines (IL-6, IL-8, IL-1β, CCL2, CCL20) (Mantovani et al., 2008). Genotoxic stress can also induce expression of NKG2D family members, which serve as ligands for NK and γδT cell receptors (Strid et al., 2008) resulting in either elimination of stressed cells or a local inflammatory response. In the same vein, mosaic deletion of the DNA repair gene ATR and Tp53 in the skin results in recruitment of CD11b⁺Gr1⁺ myeloid cells, as a part of a prototypical immune response to "altered self" (Ruzankina et al., 2009). Defective DNA repair caused by a deficiency of the Fen1 exonuclease also results in a tumor promoting inflammatory response that is driven by damaged DNA, most likely through activation of a pattern recognition receptor (Zheng et al., 2007).

## Inflammation and tumor promotion

Tumor promotion is the process of tumor growth from a single initiated cell into a fully developed primary tumor. Initial tumor growth depends on increased cell proliferation and reduced cell death, both of which are stimulated by inflammation-driven mechanisms. In fact, many of the enhancing effects of inflammation on cancer are exerted at the level of tumor promotion and most known tumor promoters, for instance phorbol esters, are potent inducers of inflammation (Karin, 2006). Inflammation-induced tumor promotion may occur early or late in tumor development and can lead to activation of pre-malignant lesions that were dormant for many years. The mechanisms through which inflammation affects tumor promotion are numerous and in addition to increased proliferation and enhanced survival, can also involve the so-called angiogenic switch, which allows a small dormant tumor to receive the blood supply necessary for the next growth phase (Lewis and Pollard, 2006). Mechanisms of inflammation-driven tumor promotion are discussed below.

## Tumor promoting cytokine signaling

Production of tumor promoting cytokines by immune/inflammatory cells that activate transcription factors, such as NF-κB, STAT3 and AP-1, in pre-malignant cells to induce genes that stimulate cell proliferation and survival, is a major tumor promoting mechanism (Figure 3B). Initial evidence for inflammation-mediated tumor promotion came from mouse models of skin, colon, and liver cancer. Although counterintuitive at the time, TNF-α was found to be required for two-stage skin carcinogenesis (Moore et al., 1999). TNF-α activates both AP-1 and NF-κB transcription factors, but in the skin its tumor promoting effects are mediated by AP-1 (Eferl and Wagner, 2003), which was identified as a transcription factor whose activity is stimulated by the classic tumor promoter tetradecanoyl phorbol acetate (TPA) (Angel et al., 1987). By contrast, NF-κB inhibits the development of skin cancer (Zhang et al., 2004). Thus, although a given cytokine may activate several transcription factors, its tumor promoting activity may be mediated by only one of them and antagonized by another. As discussed below, a similar situation may apply to liver cancer. Amongst the different transcription factors that are part of this mechanism, NF-κB and STAT3 are activated in the majority of cancers and act as non-classical oncogenes, whose activation in malignant cells is rarely the result of direct mutations, and instead depends on signals produced by neighboring cells or more rarely on mutational activation of upstream signaling components. NF-κB and STAT3 activate genes that control cell survival, proliferation, and growth, as well as angiogenesis, invasiveness, motility, chemokine, and cytokine production (Grivennikov and Karin, 2009; Yu et al., 2009).

Oncogenic transcription factors can also be activated through pattern recognition receptors by components of bacteria and viruses (Rakoff-Nahoum and Medzhitov, 2009). However, the overall contribution of pattern recognition receptors on epithelial cells versus those expressed

NIH-PA Author Manuscript    NIH-PA Author Manuscript    NIH-PA Author Manuscript

by immune/inflammatory cells to tumor promotion is far from being clear and will require the analysis of cell type specific knockout mice. Even the specific agonists that activate these receptors in cancer are not defined. Nonetheless, the role of the cytokines that are produced in response to damage-associated (DAMP) or pathogen-associated (PAMP) molecular patterns in tumor development is more firmly established. For example, AP-1 activation in skin cancer is largely dependent on TNF-TNFR1 signaling (Balkwill, 2009), whereas STAT3 activation in cancer cells is largely dependent on a plethora of growth factors and cytokines including IL-6, IL-11, IL-22, HGF, and EGF, and oncogenic tyrosine kinases, such as c-Met and Src (Bollrath et al., 2009; Grivennikov et al., 2009; Naugler et al., 2007; Yu et al., 2009).

The first critical genetic evidence for inflammatory cells as a source of tumor promoting cytokines was obtained in a mouse model of CAC, where inactivation of NF-κB in myeloid cells reduced tumor growth and blocked production of IL-6 and other cytokines in response to colitis (Greten et al., 2004). Subsequent work demonstrated that the effect of immune cells (macrophages, T cells) on CAC growth is mediated through IL-6, IL-11, TNF-α and IL-1β (Becker et al., 2004; Bollrath et al., 2009; Grivennikov et al., 2009; Popivanova et al., 2008), as well as other cytokines, such as IL-23. IL-11 plays a similar role in gastric cancer (Ernst et al., 2008), in which IL-1β is also a tumor promoter (Tu et al., 2008). TNF-α also promotes HCC in mice lacking the P-glycoprotein Mdr2, which develop cholestatic inflammation followed by hepatocellular carcinoma (HCC) (Pikarsky et al., 2004). HCC can also be promoted by another member of the TNF family, lymphotoxin β(Haybaeck et al., 2009). TNF-α along with IL-6 contributes to obesity-mediated tumor promotion in HCC (Park et al., 2010). The latter effect correlates with the ability of TNF-α and IL-6 to promote hepatosteatosis and steatohepatitis (Park et al., 2010). One of the most critical tumor promoting cytokines in HCC is IL-6. Mice deficient in IL-6 develop much less HCC in response to the chemical pro-carcinogen DEN and the gender-biased production of IL-6 accounts for the much higher HCC load in males (Naugler et al., 2007). High levels of circulating IL-6, are associated with HCC risk factors, including hepatosteatosis, obesity, and liver cirrhosis, and are the best predictors of rapid progression from viral hepatitis to HCC in humans (Wong et al., 2009).

In CAC and HCC, the tumor promoting effect of IL-6 is mainly exerted via STAT3, whose cell type specific inactivation in hepatocytes and enterocytes inhibits the development of these malignancies in mice treated with DEN or azoxymethane (AOM) and DSS, respectively (Bollrath et al., 2009; Grivennikov et al., 2009; Park et al., 2010). Development of CAC in mice is also dependent on IKKβ-mediated NF-κB activation in enterocytes, whose major function in this model is increased survival of pre-malignant cells (Greten et al., 2004). A similar role was proposed for NF-κB in HCC development in mice deficient in *Mdr2* and in lymphotoxin-transgenic mice both of which exhibit chronic liver inflammation (Haybaeck et al., 2009). However, in the DEN model of HCC and *Helicobacter*-driven gastric cancer, NF-κB promotes hepatocyte and epithelial cell survival and acts as an inhibitor of tumor development (Maeda et al., 2005; Shibata et al., 2009). Most likely, the diverse effects of NF-κB in different models are determined by the mechanism of tumor induction and the type of inflammatory response involved in tumor promotion. *Mdr2* knockout and lymphotoxin-transgenic mice exhibit a very low level of normal hepatocyte death, which is not enhanced by the absence of NF-κB (Haybaeck et al., 2009; Pikarsky et al., 2004). In these mice, NF-κB in hepatocytes is mainly responsible for propagating inflammation through induction of chemokines, which recruit immune/inflammatory cells into the liver. By contrast, DEN treated mice exhibit an acute inflammatory response triggered by IL-1α release from necrotic hepatocytes (Sakurai et al., 2008). IL-1α induces IL-6 production by Kupffer cells and this response drives the compensatory proliferation of surviving hepatocytes (a type of a wound-healing response); the greater the amount of cell death – the greater the regenerative response. By suppressing accumulation of ROS and preventing hepatocyte necrosis, NF-κB inhibits HCC induction in DEN treated mice (Maeda et al., 2005).

NIH-PA Author Manuscript    NIH-PA Author Manuscript    NIH-PA Author Manuscript

Another tumor-promoting cytokine is IL-23 (Langowski et al., 2006). IL-23 is mostly expressed by TAMs in a manner dependent on STAT3 and NF-κB (Kortylewski et al., 2009). IL-23 blockade with neutralizing antibodies or genetic inactivation of the IL-23p19 gene dramatically decrease tumor multiplicity and growth in the two-step model of skin carcinogenesis (Langowski et al., 2006). In part, the pro-tumorigenic effects of IL-23 may be mediated by IL-17 and IL-22 production by Th17 cells, but other effects of IL-23 on CTLs, Tregs, and myeloid cells should not be discounted. A close relative of IL-23 is IL-12, which shares with IL-23 the IL-12p40 subunit and is involved in Th1 differentiation, IFNγ production, and activation of anti-tumor immunity (Trinchieri et al., 2003). Secretion of IL-23 and IL-12 secretion are reciprocally regulated and the switch from IL-12 to IL-23 production may be an important tumor promoting event. STAT3 activation, PGE₂, ATP, and lactic acid increase IL-23 production by TAMs (Kortylewski et al., 2009; Shime et al., 2008). The latter two agonists link cancer cell necrosis (induced by hypoxia or therapy) and the Warburg effect (the switch from oxidative phosphorylation to glycolysis) to IL-23 production, thereby shifting anti-tumor immunity to tumor promotion.

A similar circuit can be executed by myeloid-derived suppressor cells (MDSC) that produce arginase1 and indoleamine-2,3-dioxygenase, which are enzymes that dampen anti-tumor immunity through interference with T cell activation (Gabrilovich and Nagaraj, 2009). Taken together, tumor associated inflammation drives tumor growth, angiogenesis and can perpetuate itself through an extensive network of cytokines and chemokines, which are produced by immune, stromal and malignant cells in response to diverse signals (Figure 3B).

Given that several cytokines (IL-1, TNF, IL-6, IL-23) and transcription factors (AP-1, NF-κB, STAT3) are critical for both inflammation and tumor growth, they control hubs of pro-tumorigenic signaling that may be targeted to curtail both tumor associated inflammation and tumor growth (see below). Pharmacological interference with cytokine signaling decreases tumorigenesis as well as cancer growth (Becker et al., 2004; Grivennikov et al., 2009; Hedvat et al., 2009) and may therefore serve as a basis for preventive and therapeutic approaches. Altogether, cytokine production by immune and inflammatory cells is an important tumor promoting mechanism that provides malignant cells with a continuous supply of growth and survival signals in an initially hostile microenvironment. In most cases, tumor promoting cytokines act in a paracrine manner, yet several types of cancer cells produce their own cytokines, including IL-6, to achieve the same effect (Gao et al., 2007).

## Inflammation and angiogenesis

Growth of large tumors requires an increased intratumoral blood supply. This is triggered by tumor hypoxia, which promotes angiogenesis and increases the probability of metastasis. In addition to hypoxia, tumor angiogenesis depends on recruitment of TAMs, which sense hypoxic signals and in turn produce chemokines and pro-angiogenic factors. Recruitment of TAM precursors is largely dependent on angiogenic mediators such as angiopoetin 2 and vascular endothelial growth factor (VEGF). Important pro-angiogenic genes, such as IL-8, CXCL1, CXCL8, VEGF and hypoxia inducible factor 1 alpha (HIF1α), are directly regulated by NF-κB, STAT3 and AP-1 in TAMs, MDSCs, and other cell types (Kujawski et al., 2008; Rius et al., 2008).

Under hypoxic conditions, HIF-1α stimulates expression of CXCL12, which activates and recruits endothelial cells in a CXCR4-dependent manner (Sica et al., 2008). Formation of new lymphatic vessels is regulated by VEGF-C and VEGF-D, whereas VEGF-A facilitates the recruitment of monocytes, which activate lymphoangiogenesis (Murdoch et al., 2008). VEGF-A produced by myeloid cells also inhibits pericyte maturation and endothelial coverage of newly formed blood vessels, and its conditional ablation accelerates tumorigenesis (Stockmann

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

et al., 2008). The recruitment of Gr1[+] myeloid cells (presumably MDSC and TAM precursors) into tumors, curtails the effects of anti-VEGF therapy, presumably bypassing the requirement for local VEGF production by cancer cells for recruitment of TAM precursors (Shojaei et al., 2007). As most growing tumors contain some areas of hypoxia, it is not clear whether hypoxia is the direct driver of tumor angiogenesis or whether hypoxic stimuli generate inflammatory signals that drive angiogenesis. Inactivation of NF-κB or STAT3, neutralization of CCL2 or CXCL12, or TAM depletion unequivocally result in disrupted angiogenesis and decreased tumor growth, underscoring the critical role of inflammatory mediators in tumor angiogenesis (Joyce and Pollard, 2009; Kujawski et al., 2008).

## Target genes that mediate tumor promotion

Most of the genes that mediate the tumor promoting functions of NF-κB, STAT3, and AP-1 have not been fully defined and most likely the pro-tumorigenic effects of these transcription factors are exerted through multiple effectors. Some targets may be controlled by more than one transcription factor and may be more important in one cell type than in another. The expression of the anti-apoptotic proteins Bcl-2 and Bcl-$X_L$, for instance, are promoted by both NF-κB and STAT3 as are c-IAP1, c-IAP2, Mcl-1, c-FLIP, and survivin (Karin, 2006; Yu et al., 2007). Whereas Bcl-$X_L$ may be the most prominent anti-apoptotic gene in enterocytes (Greten et al., 2004), c-FLIP seems to fulfill the same function in hepatocytes (Chang et al., 2006). Both NF-κB and STAT3 interfere with p53 synthesis and attenuate p53-mediated genomic surveillance, representing another potential tumor promoting mechanism (Colotta et al., 2009).

STAT3 controls expression of cyclins D1, D2 and B, as well as the proto-oncogene c-Myc, and through them it may stimulate cell proliferation (Bollrath et al., 2009; Yu et al., 2007). Although cyclin D and c-Myc are also thought to be regulated by NF-κB, inactivation of IKKβ in enterocytes does not interfere with cell proliferation (Greten et al., 2004) and in Rastransformed keratinocytes (Zhang et al., 2004) or DEN-initiated hepatocytes (Maeda et al., 2005) NF-κB inhibition actually enhances cyclin D expression and cell proliferation. The AP-1 protein c-Jun cooperates with STAT3 in repression of Fas expression by tumor cells, thereby attenuating their sensitivity to instructive apoptosis (Eferl and Wagner, 2003). Additional NF-κB and STAT3 targets control cell and tissue resistance to stress and injury and include anti-microbial proteins (RegIIIβ, RegIIIγ, Tff3), heat shock proteins, and anti-oxidants, such as superoxide dismutase 2 (SOD2) and ferritin heavy chain (FHC) (Bollrath et al., 2009; Karin, 2006).

Lastly, another category of target genes that promote tumorigenesis are chemokines and cytokines that act in autocrine or paracrine manners to ensure the continuous recruitment of inflammatory cells into the tumor microenvironment. The perpetuation of chronic inflammation is largely achieved through positive feedback loops, which include inflammatory cells producing cytokines that induce chemokine synthesis in malignant and stromal cells leading to prolonged recruitment of inflammatory cells into the tumor microenvironment (Figure 3). TAMs, MDSCs, Tregs, and Th17 cells are the most critical immune cell subsets in this respect. Recruitment of myeloid cells is governed by multiple pathways, including CCL2-CCR2, CCL1-CXCR2, S100A proteins-RAGE, and IL-1-IL-1R interactions (Bonecchi et al., 2009). Signaling through CCR6 is critical for Th17 infiltration, whereas Treg cells are attracted mostly through CCR4 and CCR7 (Bonecchi et al., 2009). In some cases, the critical chemokines are not produced by cancer cells but are induced in tumor-associated fibroblasts upon interaction with carcinoma cells (Liao et al., 2009;Orimo et al., 2005;Orimo and Weinberg, 2006).

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

## Inflammation and lymphoid malignancies

Chronic inflammatory conditions are also associated with lymphoid malignancies. An excellent example is provided by mucosa-associated lymphoid tissue (MALT) lymphomas, which occur in the context of chronic inflammation caused by infectious agents, such as *Helicobacter pylori* (the most commonly found gastric lymphoma), *Chlamydia psittacii* (ocular adnexal MALT lymphoma) and *Borrelia burgdorferi* (cutaneous MALT lymphoma) (Ferreri et al., 2009). Another example is Epstein-Barr virus (EBV), which is responsible for large B-cell lymphoma in immunocompromised patients, Burkitt's lymphoma, and Hodgkin's lymphoma (Ferreri et al., 2009).

It has been proposed that repeated antigenic stimulation, autoimmunity, and inflammation are risk factors for chronic lymphocytic leukemia (CLL), the most common hematopoietic malignancy that accounts for 30% of all leukemias (Chiorazzi et al., 2005). One mechanism through which such stimuli promote CLL development is induction of B cell activating factor (BAFF), a member of the TNF family, recently shown to accelerate development of CLL-like disease in mice (Enzler et al., 2009). Cytokines (such as IL-4 and VEGF), chemokines (such as SDF-1), and interactions with bone marrow stromal cells support CLL expansion and suppress apoptosis through upregulation of Bcl-2, survivin, and MCL-1 (Granziero et al., 2001; Pedersen et al., 2002). This occurs in lymph node pseudofollicles and bone marrow clusters where leukemic cells interact with components of the inflammatory microenvironment that support their survival. Another example for the role of inflammation in lymphoid malignancies are the lymphomas that appear in GM-CSF- and IFNγ-deficient mice, which are caused by infections and regress upon treatment with antibiotics (Enzler et al., 2003).

A similar situation may occur in multiple myeloma. Through secretion of IL-6, IGF-1, VEGF, TNF-α, SDF-1 and BAFF, stromal elements promote the survival and migration of neoplastic plasma cells and also confer drug resistance (Kastritis et al., 2009). IL-6 is of particular importance, as it acts both in paracrine and autocrine manners and IL-6-deficient mice are resistant to induction of multiple myeloma (Hodge et al., 2005). Despite constitutive NF-κB activation, multiple myeloma remains dependent on extrinsic factors, and drugs targeting IL-6 are being evaluated in combination with the proteasome inhibitor bortezomib for the treatment of this malignancy (Kastritis et al., 2009).

## Inflammation and metastasis

From a clinical perspective, metastasis is the most critical aspect of tumorigenesis, because over 90% of cancer mortality is caused by metastasis. Recent studies unambiguously show that metastasis requires close collaboration between cancer cells, immune and inflammatory cells, and stromal elements. The process of metastasis can be grossly divided into four major steps. The first step is represented by epithelial-mesenchymal transition, in which cancer cells acquire fibroblastoid characteristics that increase their motility and allow them to invade epithelial linings/basal membranes and reach efferent blood vessels or lymphatics (Kalluri and Weinberg, 2009). Loss of E-cadherin expression is envisioned as a key event in the epithelial-mesenchymal transition. In the second step, cancer cells intravasate into blood vessels and lymphatics. Inflammation may promote this through production of mediators that increase vascular permeability. This is followed by the third step in which metastasis initiating cells survive and travel throughout the circulation. It has been estimated that only about 0.01% of cancer cells that enter the circulation will eventually survive and give rise to micrometastases (Joyce and Pollard, 2009). Next, integrin-mediated arrest allows the extravasation of circulating cancer cells. Finally, single metastatic progenitors interact with immune, inflammatory, and stromal cells and start to proliferate (Polyak and Weinberg, 2009). Some of these cells may already be targeted to the pre-metastatic niche in response to tumor generated

inflammatory signals prior to the arrival of metastasis-initiating cancer cells (Kaplan et al., 2005). One of these inflammatory signals is the extracellular matrix component versican, which leads to macrophage activation and production of the metastasis promoting cytokine TNF-α (Kim et al., 2009). However, it has been difficult to determine whether versican production by metastatic cancer cells conditions the future metastatic site prior to their arrival.

TGFβ is an anti-inflammatory cytokine produced by cancer cells, myeloid cells, and T lymphocytes. TGFβ signaling is an important regulator of the epithelial-mesenchymal transition and metastasis, and elevated TGFβ is often associated with poor prognosis (Yang and Weinberg, 2008). TGFβ activates SMAD transcription factors and MAPKs, which control expression of other regulators of the epithelial-mesenchymal transition, such as Slug (Yang and Weinberg, 2008). TGFβ however, also suppresses epithelial cell proliferation and early tumor growth, causing some tumors to acquire inactivating mutations in TGFβ signaling components (Yang and Weinberg, 2008). Despite the defects in TGFβ signaling, such tumors can still metastasize. These opposing effects of TGFβ at different stages of tumor development await mechanistic explanation. Disruption of TGFβ signaling in cancer cells also results in upregulation of the SDF1 (CXCL12)-CXCR4 and CXCL5-CXCR2 chemokine:chemokine receptor pairs and induces rapid recruitment of MDSCs that promote metastasis and dampen anti-tumor immune responses (Yang et al., 2008). Inactivation of TGFβ signaling was proposed to result in elevated local TGFβ concentrations that inhibit anti-tumor T cell responses and induce differentiation of tumor-promoting Th17 cells (Langowski et al., 2007).

Another critical regulator of the epithelial-mesenchymal transition is Snail, a repressor of E-cadherin transcription in epithelial cells. Recent findings suggest that Snail is stabilized in response to TNF-α signaling, a process that is critical for cancer cell migration and metastasis (Wu et al., 2009b). Other mechanisms through which pro-inflammatory cytokines can affect the epithelial-mesenchymal transition is via STAT3-mediated induction of Twist transcription and NF-κB-mediated induction of both Twist and Kiss (Yu et al., 2009), However, these mechanisms remain to be confirmed in vivo, and a recent report suggests that STAT3 is a negative regulator of adenoma-carcinoma transition in colon cancer (Musteanu et al., 2009).

Cancer cell invasion requires extensive proteolysis of the extracellular matrix at the invasive front. Inflammatory cells are important sources of proteases that degrade the extracellular matrix. In a model of invasive colon cancer, CCR1[+] myeloid cells, whose recruitment is driven by the chemokine CCL9 produced by cancer cells, promote invasiveness through secretion of the matrix metalloproteinases MMP2 and MMP9 (Kitamura et al., 2007). IL-1, TNF-α and IL-6 promote MMP expression, invasiveness ,and metastasis via NF-κB and STAT3 (Yu et al., 2007).

A different metastatic mechanism dependent on IKKα operates in prostate and breast cancers. As these cancers progress, their malignant cells progressively accumulate activated IKKα in their nuclei (Luo et al., 2007). In prostate cancer, accumulation of activated nuclear IKKα correlates with reduced expression of maspin, an inhibitor of metastasis (Luo et al., 2007). IKKα activation in metastatic prostate and mammary cancer cells is mediated by members of the TNF family, namely lymphotoxin and RANKL and its repressive effects on maspin transcription are NF-κB independent (Luo et al., 2007). How these lymphocytes are recruited into progressing breast and prostate tumors is still unknown. Recruitment of such cells may be a consequence of tumor necrosis, but as mentioned above certain carcinomas actively secrete factors that upregulate fibronectin and cause migration of VEGF receptor 1 (VEGFR1)-positive hematopoietic progenitors to the pre-metastatic niche (Kaplan et al., 2005). However, the pre-metastatic niche concept is somewhat mysterious as it is not clear how primary tumor cells direct inflammatory cells to such sites.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Alternatively, a small number of metastatic cells can interact with and activate different myeloid cell types through secreted factors such as versican (Kim et al., 2009). Breast cancer cells use CSF1 and CXCL12 to induce the recruitment of TAMs, which in turn produce EGF receptor (EGFR) ligands (Joyce and Pollard, 2009). These cytokines may also mediate a physical interaction between TAMs and carcinoma cells (Condeelis and Pollard, 2006). TAMs can be also "programmed" by tumor infiltrating T cells, particularly Th17 cells (Wang et al., 2009) and Th2 cells (DeNardo et al., 2009). IL-13 and IL-4 produced by tumor infiltrating CD4[+] T cells stimulate the M1 to M2 transition of TAMs and thereby support pulmonary metastasis of mammary cancer cells (DeNardo et al., 2009). Depletion of TAMs (Joyce and Pollard, 2009) or CD4[+] T cells (DeNardo et al., 2009) dramatically reduces metastasis of mouse mammary cancer.

Once metastatic cells enter the circulation, they need to survive in suspension and resist detachment-induced cell death or anoikis. The survival of circulating cancer cells is affected by inflammatory mediators released by immune cells in response to cancer-derived or pathogen-derived stimuli (Kim et al., 2009; Luo et al., 2004). Some of these effects depend on activation of NF-κB in either inflammatory cells or in cancer cells. A variety of cytokines present in the tumor microenvironment, including TNF-α, IL-6, and epiregulin, can promote the survival of circulating metastatic seeds (Nguyen et al., 2009). In addition to NF-κB and STAT3 activation, some of these cytokines can physically link cancer cells to TAMs, allowing them to travel together throughout the circulation (Condeelis and Pollard, 2006). On the other hand, single metastatic cells, which are no longer present within an immunosuppressive environment, may be targeted again by immunosurveillance. Indeed, in some cases, infiltration of tumors by activated T cells decreases the rate of metastasis (Galon et al., 2006; Pages et al., 2005). The interaction of circulating cancer cells with platelets or macrophages may protect them from NK cell-mediated killing, thereby overcoming immunosurveillance (Palumbo et al., 2007).

Intravasation is regulated by prostaglandins (which are produced in a COX2-dependent manner and act on the epithelium), by cytokines (such as epiregulin, which increases cancer cell survival), and by MMPs (which clear the way for the latter to migrate into capillaries (Nguyen et al., 2009)). The migration of metastasis initiating cells is not random and is directed by chemokine gradients sensed via CXCR4, CCR4, CCR7, CCR9 and CCR10 (Bonecchi et al., 2009).

The journey of the circulating metastatic seed ends upon integrin-dependent arrest on the endothelium, followed by extravasation. Molecules like ANGPTL4, which is regulated by TGFβ, facilitate extravasation into lungs by mediating contact between malignant and endothelial cells (Nguyen et al., 2009). Systemic inflammation enhances attachment of circulating cancer cells to hepatic sinusoids and this process is governed by neutrophil-dependent upregulation of adhesion molecules (McDonald et al., 2009). Several proinflammatory cytokines that are elevated in the circulation of cancer patients upregulate expression of adhesion molecules on the endothelium or in target organs and thereby increase the probability of metastatic cell attachment (Mantovani et al., 2008).

## Immunity and tumorigenesis

As discussed above, in tumors that arise in the context of underlying inflammation or in advanced tumors containing inflammatory infiltrates, the net effect of the immune system (both innate and adaptive) is stimulation of tumor growth and progression. However, cancer cells represent an "altered self" and express "non-self" antigens in the context of stress and danger signals that can promote antigen presentation. Thus, even growing tumors may be subject to immunosurveillance and killing by activated T and NK cells (Dunn et al., 2004). It is likely

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

that immunosurveillance and tumor-promoting inflammation can coexist even in the same tumor (Bui and Schreiber, 2007) (Figure 4A).

According to the immunosurveillance hypothesis, NK cells and CTLs engage in tumor killing (via perforin, granzyme B, TRAIL or FasL dependent mechanisms), whereas Th1 (by virtue of IFNγ production) and in some instances Th17 cells (via production of IL-17A) provide important help that boosts cytotoxic immunity (Dunn et al., 2006; Dunn et al., 2004; Martin-Orozco et al., 2009). On the other hand, Tregs suppress anti-tumor immune responses and are therefore pro-tumorigenic (Dunn et al., 2004). NKT cells can also be involved in surveillance of hematopoietic and chemically-induced tumors (Crowe et al., 2005; Smyth et al., 2000; Swann et al., 2009). Other critical components of this system are dendritic cells and macrophages, which present antigens and respond to danger and stress signals, as well as immunoregulatory and cytotoxic cytokines, such as type I IFN, IFNγ, FasL, TRAIL, GM-CSF and IL-12 (Palucka et al., 2007; Smyth et al., 2006; Swann and Smyth, 2007).

The first experimental demonstration of tumor immunosurveillance came from analysis of Rag2-deficient mice, which lack mature lymphocytes. These mice show enhanced development of a variety of spontaneous cancers by 14-16 months of age (Shankaran et al., 2001). However, even in immunocompromised mice, tumor development occurs in their post-reproductive period, suggesting that the mammalian immune system is not subjected to substantial evolutionary pressure to improve tumor recognition and elimination. Yet, in virallyor bacterially-promoted cancers, the immune system provides considerable protection through its ability to recognize and eliminate microbes (Smyth et al., 2006). Inactivation of various components of the immunosurveillance system, such as perforin, granzyme, and interferon signaling, renders mice susceptible to tumorigenesis (Bui and Schreiber, 2007; Dunn et al., 2004). Mice lacking cytotoxic cytokines, such as membrane-bound forms of FasL or TRAIL also show enhanced development of sarcomas and other tumors (O' Reilly et al., 2009; Smyth et al., 2003).

More evidence for tumor immunosurveillance and immunoediting comes from the presence of tumor infiltrating lymphocytes (both T and B lymphocytes) that recognize tumor antigens and the favorable prognosis for some patients whose tumors display increased infiltration with activated T cells (Dunn et al., 2004). Such infiltration is even more noticeable in tumors that develop microsatellite instability or have a "mutator" phenotype and therefore express tumor antigens that exhibit greater differences from normal counterparts (Buckowitz et al., 2005; Guidoboni et al., 2001). Additional but indirect evidence for anti-tumor immunity includes various cases of spontaneous tumor regression accompanied by increased infiltration of activated cytotoxic cells and presence of antibodies and T cells that recognize tumor antigens (Swann and Smyth, 2007). The latter suggests that B and T lymphocytes have been activated by tumor-specific antigens but does not necessarily mean that these cells are responsible for tumor regression. Additional evidence is provided by the increased risk of lymphomas (of viral and non-viral etiology) and some solid tumors in immunosuppressed patients (Swann and Smyth, 2007).

Nonetheless, in the vast majority of established tumors the presence of tumor infiltrating lymphocytes is insufficient for curtailing tumor growth. Such considerations have given rise to a revised version of the immunosurveillance theory called immunoediting (Dunn et al., 2004; Smyth et al., 2006). According to this concept, cancer cells constantly edit and modulate the host anti-tumor immune response and the host immune response shapes tumor immunogenicity and clonal selection. During this process the balance between anti-tumor and tumor-promoting immunity can be tilted in favor of tumor growth. Before a tumor undergoes immune escape, it may be maintained at an "equilibrium" between tumor growth and immune destruction, and this may account for decades of tumor dormancy (Koebel et al., 2007). To tilt

NIH-PA Author Manuscript    NIH-PA Author Manuscript    NIH-PA Author Manuscript

the balance in its favor, it is proposed that the cancer cell edits its repertoire of tumor antigens towards lower immunogenicity and also re-shapes the tumor microenvironment to become immunosuppressive. Consistent with this hypothesis, cancers that have evolved in alymphocytic mice are more immunogenic than cancers grown in immunocompetent mice (Shankaran et al., 2001).

## Therapy induced inflammation – friend or foe?

Surgery, chemotherapy, and radiation are currently the major options for cancer treatment. All three induce local or systemic inflammation triggered by tissue injury and cancer cell death. Surgery results in activation of infectionor stress-sensing pathways, whereas chemo- and radiotherapy kill cancer cells mostly through necrosis, a pro-inflammatory form of cell death (Vakkila and Lotze, 2004). Inflammatory mediators released by necrotic cells include danger associated molecular patterns (DAMPs) such as ATP, nucleic acids, heat shock proteins (Hsp70), HMGB-1, S100 calcium binding proteins, and the cytokine IL-1α. A key question is whether therapy-induced inflammation stimulates the regrowth of residual malignant cells or whether it improves the therapeutic outcome? (Figure 4B). In support of the first possibility, inhibition of autophagy in apoptosis-deficient tumors stimulates tumor growth through induction of necrosis and tumor-associated sterile inflammation (Degenhardt et al., 2006). Tumor growth may also be stimulated in response to hypoxia-induced necrosis in the tumor's core (Figure 4B). It has also been found that castration-induced death of androgen-dependent prostate cancer, despite resulting in initial tumor regression, triggers an inflammatory response that accelerates the re-growth of castration resistant cancer (Ammirante et al., 2010). Hence, inhibition of therapy-induced inflammation may improve the treatment of prostate cancer and provide the patient with several more years of tumor free survival.

However, in the case of more conventional chemotherapy, therapy-induced inflammation has been found to stimulate antigen presentation by tumor infiltrating dendritic cells and to induce production of cytokines that stimulate adaptive anti-tumor immunity (Apetoh et al., 2007a; Zhang et al., 2007) (Figure 4B). Curiously, the inflammatory trigger for this beneficial response is also the necrotic death of cancer cells, resulting in the release of HMG-B1 and ATP, which together activate TLR4 and the inflammasome to stimulate production of IL-1β, which is critical for adaptive anti-tumor immunity (Ghiringhelli et al., 2009). Interestingly, genetic polymorphisms in the TLR4 and P2X7 (the ATP receptor) loci affect the outcome of chemotherapy (Apetoh et al., 2007a; Apetoh et al., 2007b). What makes tumor necrosis either immunostimulatory or immunosuppressive (Vakkila and Lotze, 2004) is not yet clear. Furthermore, therapy-induced anti-tumor immunity is only seen with certain drugs, including etoposide, oxaliplatin, and doxorubicine but not with others (Apetoh et al., 2007a; Ghiringhelli et al., 2009). As these drugs can also kill infiltrating immune and hematopoietic stem cells, which are necessary for a functional immune response, effective therapy-induced anti-tumor immunity requires the use of small doses of chemotherapy to avoid immunosuppression. Conversely, by causing the death of tumor promoting immune/inflammatory cells, chemo- and radiotherapy may be used to destroy the tumor-promoting inflammatory microenvironment.

## Anti-inflammatory drugs in cancer therapy

The findings described above provide an improved understanding of the molecular etiology of cancer and lay the foundations for the use of anti-inflammatory drugs in cancer prevention and therapy. One advantage of targeting the inflammatory microenvironment is that the normal genome of inflammatory/immune cells, which unlike the cancer cell genome, is not subject to mutational and epigenetic changes that result in drug resistance. However, in most cases, anti-inflammatory therapy is not cytocidal on its own and needs to be combined with more conventional therapies that kill cancer cells.

NIH-PA Author Manuscript        NIH-PA Author Manuscript        NIH-PA Author Manuscript

Despite such limitations, several anti-inflammatory drugs have been found to reduce tumor incidence when used as prophylactics, as well as slowing down progression and reducing mortality when used as therapeutics, particularly in the case of sporadic colon cancer (Gupta and Dubois, 2001). Such drugs include COX2 inhibitors, aspirin, and anti-inflammatory steroids, such as dexamethasone. In addition to its well-documented preventive effects in colon cancer, aspirin reduces the incidence of breast cancer (Gierach et al., 2008) and reduces prostate cancer risk, but only in individuals that carry a particular polymorphic allele at the lymphotoxin α locus, which specifies high lymphotoxin production (Liu et al., 2006). Such findings are of general importance because non-steroidal anti-inflammatory drugs (NSAID), such as aspirin, are not very specific and usually have side-effects that preclude their long-term administration except in high risk individuals. Thus, pre-screening for individuals with high cancer risk that are more likely to benefit from such preventive strategies should greatly improve the efficacy and utility of cancer prevention.

Tumor-promoting inflammation can be targeted in several different ways: 1) inhibition of signal transducers and transcription factors that mediate survival and growth of malignant cells in response to inflammatory cytokines; 2) sequestration of chemokines and cytokines that recruit and sustain inflammatory cells in the tumor microenvironment; 3) reducing (or augment) the inflammation that follows anti-cancer therapy; 4) depletion of immune and inflammatory cells that promote tumor development and progression, while sparing cell types and effector functions that support protective immune responses; 5) selective inhibition of tumor promoting cytokines without an effect on expression of anti-tumorigenic cytokines.

In a few cases, a therapy targeting inflammation may be effective as a single agent. For instance, constitutive NF-κB or STAT3 activation in certain lymphoid tumors suggests that inhibitors of these transcription factors can be used as cytocidal agents in such cancers. However in most cases such therapy is likely to be effective only in combination with more conventional approaches. Furthermore, as genotoxic therapies often lead to NF-κB activation in remaining malignant cells, it makes sense to combine genotoxic drugs with NF-κB inhibitors as a way to overcome drug resistance. However, prolonged NF-κB inhibition can result in a severe immune deficiency and may even lead to neutrophilia and greatly enhanced acute inflammation due to enhanced IL-1β secretion (Greten et al., 2007). Such complications as well as increased propensity for liver damage have hindered the clinical development of NF-κB and IKKβ inhibitors. Another attractive target is the STAT3 transcription factor and the signaling pathway that leads to its activation (Kortylewski et al., 2005; Yu et al., 2009). Several STAT3 and JAK2 inhibitors have been described and shown to inhibit the growth of various cancers that exhibit STAT3 activation (Hedvat et al., 2009; Lin et al., 2009). So far, none of the complications associated with NF-κB inhibition have been reported for STAT3 or JAK2 inhibitors.

Even fewer complications should be expected from drugs that inhibit receptor binding of pro-tumorigenic cytokines or chemokines. Several anti-cytokine drugs are already in use for the treatment of chronic inflammatory diseases or are under clinical development for such usage. Although cytokine inhibitors alone are unlikely to cause cancer cell death, several phase I/II clinical trials currently evaluate the efficacy of anti-IL-6 and anti-TNF-α drugs as single agents in various cancers (Balkwill, 2009). The effects obtained so far include disease stabilization and partial responses, but by-and-large the therapeutic effects are modest and underscore the necessity of evaluating such drugs in combination with conventional therapy. Anti-chemokine drugs are also being evaluated, including receptor antagonists and blocking antibodies, targeting CCR2, CCR4, and CXCR4 (Balkwill, 2009). IL-1 inhibition in multiple myeloma slows tumor growth and leads to a chronic disease state, thereby preventing progression to active myeloma (Lust et al., 2009).

NIH-PA Author Manuscript     NIH-PA Author Manuscript     NIH-PA Author Manuscript

Metastasis presents another important application and challenge for drugs that target tumor-associated inflammation. Recently, an anti-RANKL antibody, which was developed for the treatment of osteoporosis, has been found effective in inhibition of bone metastasis in prostate cancer (Hurst et al., 2009). Other experiments done in mice have shown that NF-κB inhibition in metastatic cancer cells or neutralization of TNF-α can convert inflammation promoted metastatic growth to inflammation-induced tumor regression, dependent on IFN-induced TRAIL expression (Luo et al., 2004). Such findings illustrate how manipulation of cytokine expression can be used to convert tumor- and metastasis-promoting inflammation to a strong anti-tumor response.

## Conclusions and Prospective

Inflammation can affect every aspect of tumor development and progression as well as the response to therapy. In the past 10 years, we have learned a great deal about the different mechanisms by which cancer and inflammation intersect, and the time is right to translate much of the basic knowledge gained thus far and use it to add new armaments to the arsenal of cancer therapeutics. Only by targeting every single aspect of cancer biology, can we expect to make real gains in the fight against these currently incurable diseases. In addition to a combination of anti-inflammatory approaches that target the tumor microenvironment with more sophisticated and selective tumoricidal drugs, future therapies should also take notice of the natural genetic variation that affects inflammation and immunity. Such considerations are extremely important in the design of new preventive approaches to the reduction of cancer risk that need to be applied to large populations composed of relatively healthy individuals. Indeed, one of the major lessons learned from investigating the relationships between inflammation and cancer, is that most cancers are preventable. Prevention is a much better and more economic way to fight cancer than treating an already advanced and often intractable disease, as is done at the present.

---

**Text Box: Inflammation and cancer-basic facts**

1. Chronic inflammation increases cancer risk.

2. Subclinical, often undetectable, inflammation may be as important in increasing cancer risk (for instance, obesity-induced inflammation).

3. Various types of immune and inflammatory cells are frequently present within tumors.

4. Immune cells affect malignant cells through production of cytokines, chemokines, growth factors, prostaglandins and reactive oxygen and nitrogen species.

5. Inflammation impacts every single step of tumorigenesis, from initiation through tumor promotion, all the way to metastatic progression.

6. In developing tumors anti-tumorigenic and pro-tumorigenic immune and inflammatory mechanisms coexist, but if the tumor is not rejected, the pro-tumorigenic effect dominates.

7. Signaling pathways that mediate the pro-tumorigenic effects of inflammation are often subject to a feed-forward loop (for example, activation of NF-κB in immune cells induces production of cytokines that activate NF-κB in cancer cells to induce chemokines that attract more inflammatory cells into the tumor).

8. Certain immune and inflammatory components may be dispensable during one stage of tumorigenesis but absolutely critical in another stage.

---

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Grivennikov et al.                                                                                      Page 18

## Acknowledgments

We thank E. Koltsova for the help in figure preparation. This work was supported by Research Fellowship Award from Crohn's and Colitis Foundation of America (CCFA #1762) to S.G, by grants from the Deutsche Forschungsgemeinschaft, Deutsche Krebshilfe and the Association for International Cancer Research to F.R.G. and the National Institutes of Health and the American Association for Cancer Research to M.K., who is an American Cancer Society Research Professor.

## REFERENCES

Aggarwal BB, Vijayalekshmi RV, Sung B. Targeting inflammatory pathways for prevention and therapy of cancer: short-term friend, long-term foe. Clin Cancer Res 2009;15:425–430. [PubMed: 19147746]

Ammirante M, Luo J-L, Grivennikov S, Nedospasov S, Karin M. B cell-derived lymphotoxin promotes castration-resistant prostate cancer. Nature. 2010 in press.

Angel P, Imagawa M, Chiu R, Stein B, Imbra RJ, Rahmsdorf HJ, Jonat C, Herrlich P, Karin M. Phorbol ester-inducible genes contain a common cis element recognized by a TPA-modulated trans-acting factor. Cell 1987;49:729–739. [PubMed: 3034432]

Apetoh L, Ghiringhelli F, Tesniere A, Criollo A, Ortiz C, Lidereau R, Mariette C, Chaput N, Mira JP, Delaloge S, et al. The interaction between HMGB1 and TLR4 dictates the outcome of anticancer chemotherapy and radiotherapy. Immunol Rev 2007a;220:47–59. [PubMed: 17979839]

Apetoh L, Ghiringhelli F, Tesniere A, Obeid M, Ortiz C, Criollo A, Mignot G, Maiuri MC, Ullrich E, Saulnier P, et al. Toll-like receptor 4-dependent contribution of the immune system to anticancer chemotherapy and radiotherapy. Nat Med 2007b;13:1050–1059. [PubMed: 17704786]

Aspord C, Pedroza-Gonzalez A, Gallegos M, Tindle S, Burton EC, Su D, Marches F, Banchereau J, Palucka AK. Breast cancer instructs dendritic cells to prime interleukin 13-secreting CD4+ T cells that facilitate tumor development. J Exp Med 2007;204:1037–1047. [PubMed: 17438063]

Balkwill F. Tumour necrosis factor and cancer. Nat Rev Cancer 2009;9:361–371. [PubMed: 19343034]

Becker C, Fantini MC, Schramm C, Lehr HA, Wirtz S, Nikolaev A, Burg J, Strand S, Kiesslich R, Huber S, et al. TGF-beta suppresses tumor progression in colon cancer by inhibition of IL-6 trans-signaling. Immunity 2004;21:491–501. [PubMed: 15485627]

Berg DJ, Davidson N, Kuhn R, Muller W, Menon S, Holland G, Thompson-Snipes L, Leach MW, Rennick D. Enterocolitis and colon cancer in interleukin-10-deficient mice are associated with aberrant cytokine production and CD4(+) TH1-like responses. J Clin Invest 1996;98:1010–1020. [PubMed: 8770874]

Bollrath J, Phesse TJ, von Burstin VA, Putoczki T, Bennecke M, Bateman T, Nebelsiek T, Lundgren-May T, Canli O, Schwitalla S, et al. gp130-mediated Stat3 activation in enterocytes regulates cell survival and cell-cycle progression during colitis-associated tumorigenesis. Cancer Cell 2009;15:91–102. [PubMed: 19185844]

Bonecchi R, Galliera E, Borroni EM, Corsi MM, Locati M, Mantovani A. Chemokines and chemokine receptors: an overview. Front Biosci 2009;14:540–551. [PubMed: 19273084]

Buckowitz A, Knaebel HP, Benner A, Blaker H, Gebert J, Kienle P, von Knebel Doeberitz M, Kloor M. Microsatellite instability in colorectal cancer is associated with local lymphocyte infiltration and low frequency of distant metastases. Br J Cancer 2005;92:1746–1753. [PubMed: 15856045]

Bui JD, Schreiber RD. Cancer immunosurveillance, immunoediting and inflammation: independent or interdependent processes? Curr Opin Immunol 2007;19:203–208. [PubMed: 17292599]

Calle EE. Obesity and cancer. Br Med J 2007;335:1107–1108. [PubMed: 17986715]

Chang L, Kamata H, Solinas G, Luo JL, Maeda S, Venuprasad K, Liu YC, Karin M. The E3 ubiquitin ligase itch couples JNK activation to TNFa-induced cell death by inducing c-FLIP(L) turnover. Cell 2006;124:601–613. [PubMed: 16469705]

Chen X, Xu H, Yuan P, Fang F, Huss M, Vega VB, Wong E, Orlov YL, Zhang W, Jiang J, et al. Integration of external signaling pathways with the core transcriptional network in embryonic stem cells. Cell 2008;133:1106–1117. [PubMed: 18555785]

Chiorazzi N, Rai KR, Ferrarini M. Chronic lymphocytic leukemia. N Engl J Med 2005;352:804–815. [PubMed: 15728813]

Colotta F, Allavena P, Sica A, Garlanda C, Mantovani A. Cancer-related inflammation, the seventh hallmark of cancer: links to genetic instability. Carcinogenesis 2009;30:1073–1081. [PubMed: 19468060]

Condeelis J, Pollard JW. Macrophages: obligate partners for tumor cell migration, invasion, and metastasis. Cell 2006;124:263–266. [PubMed: 16439202]

Cooper CS, Foster CS. Concepts of epigenetics in prostate cancer development. Br J Cancer 2009;100:240–245. [PubMed: 19002169]

Crowe NY, Coquet JM, Berzins SP, Kyparissoudis K, Keating R, Pellicci DG, Hayakawa Y, Godfrey DI, Smyth MJ. Differential antitumor immunity mediated by NKT cell subsets in vivo. J Exp Med 2005;202:1279–1288. [PubMed: 16275765]

de Martel C, Franceschi S. Infections and cancer: established associations and new hypotheses. Crit Rev Oncol Hematol 2009;70:183–194. [PubMed: 18805702]

De Santa F, Totaro MG, Prosperini E, Notarbartolo S, Testa G, Natoli G. The histone H3 lysine-27 demethylase Jmjd3 links inflammation to inhibition of polycomb-mediated gene silencing. Cell 2007;130:1083–1094. [PubMed: 17825402]

de Visser KE, Eichten A, Coussens LM. Paradoxical roles of the immune system during cancer development. Nat Rev Cancer 2006;6:24–37. [PubMed: 16397525]

Degenhardt K, Mathew R, Beaudoin B, Bray K, Anderson D, Chen G, Mukherjee C, Shi Y, Gelinas C, Fan Y, et al. Autophagy promotes tumor cell survival and restricts necrosis, inflammation, and tumorigenesis. Cancer Cell 2006;10:51–64. [PubMed: 16843265]

DeNardo DG, Barreto JB, Andreu P, Vasquez L, Tawfik D, Kolhatkar N, Coussens LM. CD4(+) T cells regulate pulmonary metastasis of mammary carcinomas by enhancing protumor properties of macrophages. Cancer Cell 2009;16:91–102. [PubMed: 19647220]

Dostert C, Petrilli V, Van Bruggen R, Steele C, Mossman BT, Tschopp J. Innate immune activation through Nalp3 inflammasome sensing of asbestos and silica. Science 2008;320:674–677. [PubMed: 18403674]

Dougan M, Dranoff G. Immune therapy for cancer. Annu Rev Immunol 2009;27:83–117. [PubMed: 19007331]

Dunn GP, Koebel CM, Schreiber RD. Interferons, immunity and cancer immunoediting. Nat Rev Immunol 2006;6:836–848. [PubMed: 17063185]

Dunn GP, Old LJ, Schreiber RD. The immunobiology of cancer immunosurveillance and immunoediting. Immunity 2004;21:137–148. [PubMed: 15308095]

Dvorak HF. Tumors: wounds that do not heal. Similarities between tumor stroma generation and wound healing. N Engl J Med 1986;315:1650–1659. [PubMed: 3537791]

Edwards RA, Witherspoon M, Wang K, Afrasiabi K, Pham T, Birnbaumer L, Lipkin SM. Epigenetic repression of DNA mismatch repair by inflammation and hypoxia in inflammatory bowel disease-associated colorectal cancer. Cancer Res 2009;69:6423–6429. [PubMed: 19638594]

Eferl R, Wagner EF. AP-1: a double-edged sword in tumorigenesis. Nat Rev Cancer 2003;3:859–868. [PubMed: 14668816]

Enzler T, Gillessen S, Manis JP, Ferguson D, Fleming J, Alt FW, Mihm M, Dranoff G. Deficiencies of GM-CSF and interferon gamma link inflammation and cancer. J Exp Med 2003;197:1213–1219. [PubMed: 12732663]

Enzler T, Kater AP, Zhang W, Widhopf GF 2nd, Chuang HY, Lee J, Avery E, Croce CM, Karin M, Kipps TJ. Chronic lymphocytic leukemia of E{micro}-TCL1 transgenic mice undergoes rapid cell turnover that can be offset by extrinsic CD257 to accelerate disease progression. Blood 2009;114:4469–4476. [PubMed: 19755673]

Erdman SE, Sohn JJ, Rao VP, Nambiar PR, Ge Z, Fox JG, Schauer DB. CD4+CD25+ regulatory lymphocytes induce regression of intestinal tumors in ApcMin/+ mice. Cancer Res 2005;65:3998–4004. [PubMed: 15899788]

Ernst M, Najdovska M, Grail D, Lundgren-May T, Buchert M, Tye H, Matthews VB, Armes J, Bhathal PS, Hughes NR, et al. STAT3 and STAT1 mediate IL-11-dependent and inflammation-associated gastric tumorigenesis in gp130 receptor mutant mice. J Clin Invest 2008;118:1727–1738. [PubMed: 18431520]

NIH-PA Author Manuscript    NIH-PA Author Manuscript    NIH-PA Author Manuscript

Ershler WB, Keller ET. Age-associated increased interleukin-6 gene expression, late-life diseases, and frailty. Annu Rev Med 2000;51:245–270. [PubMed: 10774463]

Fearon ER, Vogelstein B. A genetic model for colorectal tumorigenesis. Cell 1990;61:759–767. [PubMed: 2188735]

Ferreri AJ, Ernberg I, Copie-Bergman C. Infectious agents and lymphoma development: molecular and clinical aspects. J Intern Med 2009;265:421–438. [PubMed: 19298458]

Fridlender ZG, Sun J, Kim S, Kapoor V, Cheng G, Ling L, Worthen GS, Albelda SM. Polarization of tumor-associated neutrophil phenotype by TGF-beta: "N1" versus "N2" TAN. Cancer Cell 2009;16:183–194. [PubMed: 19732719]

Gabrilovich DI, Nagaraj S. Myeloid-derived suppressor cells as regulators of the immune system. Nat Rev Immunol 2009;9:162–174. [PubMed: 19197294]

Gallimore AM, Simon AK. Positive and negative influences of regulatory T cells on tumour immunity. Oncogene 2008;27:5886–5893. [PubMed: 18836469]

Galon J, Costes A, Sanchez-Cabo F, Kirilovsky A, Mlecnik B, Lagorce-Pages C, Tosolini M, Camus M, Berger A, Wind P, et al. Type, density, and location of immune cells within human colorectal tumors predict clinical outcome. Science 2006;313:1960–1964. [PubMed: 17008531]

Gao SP, Mark KG, Leslie K, Pao W, Motoi N, Gerald WL, Travis WD, Bornmann W, Veach D, Clarkson B, et al. Mutations in the EGFR kinase domain mediate STAT3 activation via IL-6 production in human lung adenocarcinomas. J Clin Invest 2007;117:3846–3856. [PubMed: 18060032]

Ghiringhelli F, Apetoh L, Tesniere A, Aymeric L, Ma Y, Ortiz C, Vermaelen K, Panaretakis T, Mignot G, Ullrich E, et al. Activation of the NLRP3 inflammasome in dendritic cells induces IL-1beta-dependent adaptive immunity against tumors. Nat Med 2009;15:1170–1178. [PubMed: 19767732]

Gierach GL, Lacey JV Jr. Schatzkin A, Leitzmann MF, Richesson D, Hollenbeck AR, Brinton LA. Nonsteroidal anti-inflammatory drugs and breast cancer risk in the National Institutes of Health-AARP Diet and Health Study. Breast Cancer Res 2008;10:R38. [PubMed: 18447943]

Granziero L, Ghia P, Circosta P, Gottardi D, Strola G, Geuna M, Montagna L, Piccoli P, Chilosi M, Caligaris-Cappio F. Survivin is expressed on CD40 stimulation and interfaces proliferation and apoptosis in B-cell chronic lymphocytic leukemia. Blood 2001;97:2777–2783. [PubMed: 11313271]

Greten FR, Arkan MC, Bollrath J, Hsu LC, Goode J, Miething C, Goktuna SI, Neuenhahn M, Fierer J, Paxian S, et al. NF-kappaB is a negative regulator of IL-1beta secretion as revealed by genetic and pharmacological inhibition of IKKbeta. Cell 2007;130:918–931. [PubMed: 17803913]

Greten FR, Eckmann L, Greten TF, Park JM, Li ZW, Egan LJ, Kagnoff MF, Karin M. IKKb links inflammation and tumorigenesis in a mouse model of colitis-associated cancer. Cell 2004;118:285–296. [PubMed: 15294155]

Grivennikov S, Karin E, Terzic J, Mucida D, Yu GY, Vallabhapurapu S, Scheller J, Rose-John S, Cheroutre H, Eckmann L, et al. IL-6 and Stat3 are required for survival of intestinal epithelial cells and development of colitis-associated cancer. Cancer Cell 2009;15:103–113. [PubMed: 19185845]

Grivennikov S, Karin M. Dangerous liasons: STAT3 and NF-κB collaboration and crosstalk in cancer. Cytokine Growth Factor Rev. 2009 in press.

Guerra C, Schuhmacher AJ, Canamero M, Grippo PJ, Verdaguer L, Perez-Gallego L, Dubus P, Sandgren EP, Barbacid M. Chronic pancreatitis is essential for induction of pancreatic ductal adenocarcinoma by K-Ras oncogenes in adult mice. Cancer Cell 2007;11:291–302. [PubMed: 17349585]

Guidoboni M, Gafa R, Viel A, Doglioni C, Russo A, Santini A, Del Tin L, Macri E, Lanza G, Boiocchi M, et al. Microsatellite instability and high content of activated cytotoxic lymphocytes identify colon cancer patients with a favorable prognosis. Am J Pathol 2001;159:297–304. [PubMed: 11438476]

Gupta RA, Dubois RN. Colorectal cancer prevention and treatment by inhibition of cyclooxygenase-2. Nat Rev Cancer 2001;1:11–21. [PubMed: 11900248]

Hahn MA, Hahn T, Lee DH, Esworthy RS, Kim BW, Riggs AD, Chu FF, Pfeifer GP. Methylation of polycomb target genes in intestinal cancer is mediated by inflammation. Cancer Res 2008;68:10280–10289. [PubMed: 19074896]

Hanada T, Kobayashi T, Chinen T, Saeki K, Takaki H, Koga K, Minoda Y, Sanada T, Yoshioka T, Mimata H, et al. IFNgamma-dependent, spontaneous development of colorectal carcinomas in SOCS1-deficient mice. J Exp Med 2006;203:1391–1397. [PubMed: 16717119]

Hanahan D, Weinberg RA. The hallmarks of cancer. Cell 2000;100:57–70. [PubMed: 10647931]

Haybaeck J, Zeller N, Wolf MJ, Weber A, Wagner U, Kurrer MO, Bremer J, Iezzi G, Graf R, Clavien PA, et al. A lymphotoxin-driven pathway to hepatocellular carcinoma. Cancer Cell 2009;16:295–308. [PubMed: 19800575]

Hedvat M, Huszar D, Herrmann A, Gozgit JM, Schroeder A, Sheehy A, Buettner R, Proia D, Kowolik CM, Xin H, et al. The JAK2 Inhibitor AZD1480 Potently Blocks Stat3 Signaling and Oncogenesis in Solid Tumors. Cancer Cell 2009;16:487–497. [PubMed: 19962667]

Hodge DR, Hurt EM, Farrar WL. The role of IL-6 and STAT3 in inflammation and cancer. Eur J Cancer 2005;41:2502–2512. [PubMed: 16199153]

Hurst LC, Badalamente MA, Hentz VR, Hotchkiss RN, Kaplan FT, Meals RA, Smith TM, Rodzvilla J. Injectable collagenase clostridium histolyticum for Dupuytren's contracture. N Engl J Med 2009;361:968–979. [PubMed: 19726771]

Hussain SP, Hofseth LJ, Harris CC. Radical causes of cancer. Nat Rev Cancer 2003;3:276–285. [PubMed: 12671666]

Joyce JA, Pollard JW. Microenvironmental regulation of metastasis. Nat Rev Cancer 2009;9:239–252. [PubMed: 19279573]

Kalluri R, Weinberg RA. The basics of epithelial-mesenchymal transition. J Clin Invest 2009;119:1420–1428. [PubMed: 19487818]

Kaplan RN, Riba RD, Zacharoulis S, Bramley AH, Vincent L, Costa C, MacDonald DD, Jin DK, Shido K, Kerns SA, et al. VEGFR1-positive haematopoietic bone marrow progenitors initiate the pre-metastatic niche. Nature 2005;438:820–827. [PubMed: 16341007]

Karin M. Nuclear factor-kappaB in cancer development and progression. Nature 2006;441:431–436. [PubMed: 16724054]

Kastritis E, Palumbo A, Dimopoulos MA. Treatment of relapsed/refractory multiple myeloma. Semin Hematol 2009;46:143–157. [PubMed: 19389498]

Khasawneh J, Schulz MD, Walch A, Rozman J, de Angelis M. Hrabe, Klingenspor M, Buck A, Schwaiger M, Saur D, Schmid RM, et al. Inflammation and mitochondrial fatty acid beta-oxidation link obesity to early tumor promotion. Proc Natl Acad Sci U S A 2009;106:3354–3359. [PubMed: 19208810]

Kim S, Takahashi H, Lin WW, Descargues P, Grivennikov S, Kim Y, Luo JL, Karin M. Carcinoma-produced factors activate myeloid cells through TLR2 to stimulate metastasis. Nature 2009;457:102–106. [PubMed: 19122641]

Kitamura T, Kometani K, Hashida H, Matsunaga A, Miyoshi H, Hosogi H, Aoki M, Oshima M, Hattori M, Takabayashi A, et al. SMAD4-deficient intestinal tumors recruit CCR1+ myeloid cells that promote invasion. Nat Genet 2007;39:467–475. [PubMed: 17369830]

Koebel CM, Vermi W, Swann JB, Zerafa N, Rodig SJ, Old LJ, Smyth MJ, Schreiber RD. Adaptive immunity maintains occult cancer in an equilibrium state. Nature 2007;450:903–907. [PubMed: 18026089]

Kohrt HE, Nouri N, Nowels K, Johnson D, Holmes S, Lee PP. Profile of immune cells in axillary lymph nodes predicts disease-free survival in breast cancer. PLoS Med 2005;2:e284. [PubMed: 16124834]

Kortylewski M, Kujawski M, Wang T, Wei S, Zhang S, Pilon-Thomas S, Niu G, Kay H, Mule J, Kerr WG, et al. Inhibiting Stat3 signaling in the hematopoietic system elicits multicomponent antitumor immunity. Nat Med 2005;11:1314–1321. [PubMed: 16288283]

Kortylewski M, Xin H, Kujawski M, Lee H, Liu Y, Harris T, Drake C, Pardoll D, Yu H. Regulation of the IL-23 and IL-12 balance by Stat3 signaling in the tumor microenvironment. Cancer Cell 2009;15:114–123. [PubMed: 19185846]

Kraus S, Arber N. Inflammation and colorectal cancer. Curr Opin Pharmacol 2009;9:405–410. [PubMed: 19589728]

Kujawski M, Kortylewski M, Lee H, Herrmann A, Kay H, Yu H. Stat3 mediates myeloid cell-dependent tumor angiogenesis in mice. J Clin Invest 2008;118:3367–3377. [PubMed: 18776941]

Laghi L, Bianchi P, Miranda E, Balladore E, Pacetti V, Grizzi F, Allavena P, Torri V, Repici A, Santoro A, et al. CD3+ cells at the invasive margin of deeply invading (pT3-T4) colorectal cancer and risk of post-surgical metastasis: a longitudinal study. Lancet Oncol 2009;10:877–884. [PubMed: 19656725]

Langowski JL, Kastelein RA, Oft M. Swords into plowshares: IL-23 repurposes tumor immune surveillance. Trends Immunol 2007;28:207–212. [PubMed: 17395538]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Langowski JL, Zhang X, Wu L, Mattson JD, Chen T, Smith K, Basham B, McClanahan T, Kastelein RA, Oft M. IL-23 promotes tumour incidence and growth. Nature 2006;442:461–465. [PubMed: 16688182]

Lewis CE, Pollard JW. Distinct role of macrophages in different tumor microenvironments. Cancer Res 2006;66:605–612. [PubMed: 16423985]

Liao D, Luo Y, Markowitz D, Xiang R, Reisfeld RA. Cancer associated fibroblasts promote tumor growth and metastasis by modulating the tumor immune microenvironment in a 4T1 murine breast cancer model. PLoS One 2009;4:e7965. [PubMed: 19956757]

Lin L, Amin R, Gallicano GI, Glasgow E, Jogunoori W, Jessup JM, Zasloff M, Marshall JL, Shetty K, Johnson L, et al. The STAT3 inhibitor NSC 74859 is effective in hepatocellular cancers with disrupted TGF-beta signaling. Oncogene 2009;28:961–972. [PubMed: 19137011]

Lin WW, Karin M. A cytokine-mediated link between innate immunity, inflammation, and cancer. J Clin Invest 2007;117:1175–1183. [PubMed: 17476347]

Liu X, Plummer SJ, Nock NL, Casey G, Witte JS. Nonsteroidal antiinflammatory drugs and decreased risk of advanced prostate cancer: modification by lymphotoxin alpha. Am J Epidemiol 2006;164:984–989. [PubMed: 16931544]

Luo JL, Maeda S, Hsu LC, Yagita H, Karin M. Inhibition of NF-kappaB in cancer cells converts inflammation-induced tumor growth mediated by TNFalpha to TRAIL-mediated tumor regression. Cancer Cell 2004;6:297–305. [PubMed: 15380520]

Luo JL, Tan W, Ricono JM, Korchynskyi O, Zhang M, Gonias SL, Cheresh DA, Karin M. Nuclear cytokine-activated IKKalpha controls prostate cancer metastasis by repressing Maspin. Nature 2007;446:690–694. [PubMed: 17377533]

Lust JA, Lacy MQ, Zeldenrust SR, Dispenzieri A, Gertz MA, Witzig TE, Kumar S, Hayman SR, Russell SJ, Buadi FK, et al. Induction of a chronic disease state in patients with smoldering or indolent multiple myeloma by targeting interleukin 1{beta}-induced interleukin 6 production and the myeloma proliferative component. Mayo Clin Proc 2009;84:114–122. [PubMed: 19181644]

Maeda S, Kamata H, Luo JL, Leffert H, Karin M. IKKb couples hepatocyte death to cytokine-driven compensatory proliferation that promotes chemical hepatocarcinogenesis. Cell 2005;121:977–990. [PubMed: 15989949]

Mantovani A, Allavena P, Sica A, Balkwill F. Cancer-related inflammation. Nature 2008;454:436–444. [PubMed: 18650914]

Martin-Orozco N, Muranski P, Chung Y, Yang XO, Yamazaki T, Lu S, Hwu P, Restifo NP, Overwijk WW, Dong C. T helper 17 cells promote cytotoxic T cell activation in tumor immunity. Immunity 2009;31:787–798. [PubMed: 19879162]

McDonald B, Spicer J, Giannais B, Fallavollita L, Brodt P, Ferri LE. Systemic inflammation increases cancer cell adhesion to hepatic sinusoids by neutrophil mediated mechanisms. Int J Cancer 2009;125:1298–1305. [PubMed: 19431213]

Meira LB, Bugni JM, Green SL, Lee CW, Pang B, Borenshtein D, Rickman BH, Rogers AB, Moroski-Erkul CA, McFaline JL, et al. DNA damage induced by chronic inflammation contributes to colon carcinogenesis in mice. J Clin Invest 2008;118:2516–2525. [PubMed: 18521188]

Moore RJ, Owens DM, Stamp G, Arnott C, Burke F, East N, Holdsworth H, Turner L, Rollins B, Pasparakis M, et al. Mice deficient in tumor necrosis factor-alpha are resistant to skin carcinogenesis. Nat Med 1999;5:828–831. [PubMed: 10395330]

Murdoch C, Muthana M, Coffelt SB, Lewis CE. The role of myeloid cells in the promotion of tumour angiogenesis. Nat Rev Cancer 2008;8:618–631. [PubMed: 18633355]

Musteanu M, Blaas L, Mair M, Schlederer M, Bilban M, Tauber S, Esterbauer H, Mueller M, Casanova E, Kenner L, et al. Stat3 is a negative regulator of intestinal tumor progression in ApcMin mice. Gastroenterology. 2009 in press.

Naugler WE, Sakurai T, Kim S, Maeda S, Kim K, Elsharkawy AM, Karin M. Gender disparity in liver cancer due to sex differences in MyD88-dependent IL-6 production. Science 2007;317:121–124. [PubMed: 17615358]

Nguyen DX, Bos PD, Massague J. Metastasis: from dissemination to organ-specific colonization. Nat Rev Cancer 2009;9:274–284. [PubMed: 19308067]

Nickoloff BJ, Ben-Neriah Y, Pikarsky E. Inflammation and cancer: is the link as simple as we think? J Invest Dermatol 2005;124:x–xiv. [PubMed: 15955081]

O' Reilly L, Tai L, Lee L, Kruse EA, Grabow S, Fairlie WD, Haynes NM, Tarlinton DM, Zhang JG, Belz GT, et al. Membrane-bound Fas ligand only is essential for Fas-induced apoptosis. Nature 2009;461:659–663. [PubMed: 19794494]

Oguma K, Oshima H, Aoki M, Uchio R, Naka K, Nakamura S, Hirao A, Saya H, Taketo MM, Oshima M. Activated macrophages promote Wnt signalling through tumour necrosis factor-alpha in gastric tumour cells. EMBO J 2008;27:1671–1681. [PubMed: 18511911]

Okayasu I, Ohkusa T, Kajiura K, Kanno J, Sakamoto S. Promotion of colorectal neoplasia in experimental murine ulcerative colitis. Gut 1996;39:87–92. [PubMed: 8881816]

Okazaki IM, Kotani A, Honjo T. Role of AID in tumorigenesis. Adv Immunol 2007;94:245–273. [PubMed: 17560277]

Orimo A, Gupta PB, Sgroi DC, Arenzana-Seisdedos F, Delaunay T, Naeem R, Carey VJ, Richardson AL, Weinberg RA. Stromal fibroblasts present in invasive human breast carcinomas promote tumor growth and angiogenesis through elevated SDF-1/CXCL12 secretion. Cell 2005;121:335–348. [PubMed: 15882617]

Orimo A, Weinberg RA. Stromal fibroblasts in cancer: a novel tumor-promoting cell type. Cell Cycle 2006;5:1597–1601. [PubMed: 16880743]

Pages F, Berger A, Camus M, Sanchez-Cabo F, Costes A, Molidor R, Mlecnik B, Kirilovsky A, Nilsson M, Damotte D, et al. Effector memory T cells, early metastasis, and survival in colorectal cancer. N Engl J Med 2005;353:2654–2666. [PubMed: 16371631]

Palucka AK, Ueno H, Fay JW, Banchereau J. Taming cancer by inducing immunity via dendritic cells. Immunol Rev 2007;220:129–150. [PubMed: 17979844]

Palumbo JS, Talmage KE, Massari JV, La Jeunesse CM, Flick MJ, Kombrinck KW, Hu Z, Barney KA, Degen JL. Tumor cell-associated tissue factor and circulating hemostatic factors cooperate to increase metastatic potential through natural killer cell-dependent and-independent mechanisms. Blood 2007;110:133–141. [PubMed: 17371949]

Park EJ, Lee JH, Yu GY, He G, Ali SR, Holzer R, Osterreicher C, Takahashi H, Karin M. Dietary and genetic obesity promote liver inflammation and tumorigenesis by enhancing IL-6 and TNF expression. Cell. 2010 in press.

Pedersen IM, Kitada S, Leoni LM, Zapata JM, Karras JG, Tsukada N, Kipps TJ, Choi YS, Bennett F, Reed JC. Protection of CLL B cells by a follicular dendritic cell line is dependent on induction of Mcl-1. Blood 2002;100:1795–1801. [PubMed: 12176902]

Pikarsky E, Porat RM, Stein I, Abramovitch R, Amit S, Kasem S, Gutkovich-Pyest E, Urieli-Shoval S, Galun E, Ben-Neriah Y. NF-kB functions as a tumour promoter in inflammation-associated cancer. Nature 2004;431:461–466. [PubMed: 15329734]

Polyak K, Weinberg RA. Transitions between epithelial and mesenchymal states: acquisition of malignant and stem cell traits. Nat Rev Cancer 2009;9:265–273. [PubMed: 19262571]

Popivanova BK, Kitamura K, Wu Y, Kondo T, Kagaya T, Kaneko S, Oshima M, Fujii C, Mukaida N. Blocking TNF-alpha in mice reduces colorectal carcinogenesis associated with chronic colitis. J Clin Invest 2008;118:560–570. [PubMed: 18219394]

Punturieri A, Szabo E, Croxton TL, Shapiro SD, Dubinett SM. Lung cancer and chronic obstructive pulmonary disease: needs and opportunities for integrated research. J Natl Cancer Inst 2009;101:554–559. [PubMed: 19351920]

Rakoff-Nahoum S, Medzhitov R. Toll-like receptors and cancer. Nat Rev Cancer 2009;9:57–63. [PubMed: 19052556]

Rius J, Guma M, Schachtrup C, Akassoglou K, Zinkernagel AS, Nizet V, Johnson RS, Haddad GG, Karin M. NF-kappaB links innate immunity to the hypoxic response through transcriptional regulation of HIF-1alpha. Nature 2008;453:807–811. [PubMed: 18432192]

Roberts SJ, Ng BY, Filler RB, Lewis J, Glusac EJ, Hayday AC, Tigelaar RE, Girardi M. Characterizing tumor-promoting T cells in chemically induced cutaneous carcinogenesis. Proc Natl Acad Sci U S A 2007;104:6770–6775. [PubMed: 17412837]

Rodier F, Coppe JP, Patil CK, Hoeijmakers WA, Munoz DP, Raza SR, Freund A, Campeau E, Davalos
   AR, Campisi J. Persistent DNA damage signalling triggers senescence-associated inflammatory
   cytokine secretion. Nat Cell Biol 2009;11:973–979. [PubMed: 19597488]

Ruzankina Y, Schoppy DW, Asare A, Clark CE, Vonderheide RH, Brown EJ. Tissue regenerative delays
   and synthetic lethality in adult mice after combined deletion of Atr and Trp53. Nat Genet
   2009;41:1144–1149. [PubMed: 19718024]

Sakurai T, He G, Matsuzawa A, Yu GY, Maeda S, Hardiman G, Karin M. Hepatocyte necrosis induced
   by oxidative stress and IL-1 alpha release mediate carcinogen-induced compensatory proliferation
   and liver tumorigenesis. Cancer Cell 2008;14:156–165. [PubMed: 18691550]

Shankaran V, Ikeda H, Bruce AT, White JM, Swanson PE, Old LJ, Schreiber RD. IFNg and lymphocytes
   prevent primary tumour development and shape tumour immunogenicity. Nature 2001;410:1107–
   1111. [PubMed: 11323675]

Shibata W, Takaishi S, Muthupalani S, Pritchard DM, Whary MT, Rogers AB, Fox JG, Betz KS, Kaestner
   KH, Karin M, et al. Conditional deletion of IkappaB-kinase beta (IKKbeta) accelerates
   Helicobacter-dependent gastric apoptosis, proliferation and preneoplasia. Gastroenterology. 2009
   in press.

Shime H, Yabu M, Akazawa T, Kodama K, Matsumoto M, Seya T, Inoue N. Tumor-secreted lactic acid
   promotes IL-23/IL-17 proinflammatory pathway. J Immunol 2008;180:7175–7183. [PubMed:
   18490716]

Shojaei F, Wu X, Malik AK, Zhong C, Baldwin ME, Schanz S, Fuh G, Gerber HP, Ferrara N. Tumor
   refractoriness to anti-VEGF treatment is mediated by CD11b+Gr1+ myeloid cells. Nat Biotechnol
   2007;25:911–920. [PubMed: 17664940]

Sica A, Allavena P, Mantovani A. Cancer related inflammation: the macrophage connection. Cancer Lett
   2008;267:204–215. [PubMed: 18448242]

Sieweke MH, Thompson NL, Sporn MB, Bissell MJ. Mediation of wound-related Rous sarcoma virus
   tumorigenesis by TGF-beta. Science 1990;248:1656–1660. [PubMed: 2163544]

Smyth MJ, Dunn GP, Schreiber RD. Cancer immunosurveillance and immunoediting: the roles of
   immunity in suppressing tumor development and shaping tumor immunogenicity. Adv Immunol
   2006;90:1–50. [PubMed: 16730260]

Smyth MJ, Takeda K, Hayakawa Y, Peschon JJ, van den Brink MR, Yagita H. Nature's TRAIL--on a
   path to cancer immunotherapy. Immunity 2003;18:1–6. [PubMed: 12530970]

Smyth MJ, Thia KY, Street SE, Cretney E, Trapani JA, Taniguchi M, Kawano T, Pelikan SB, Crowe
   NY, Godfrey DI. Differential tumor surveillance by natural killer (NK) and NKT cells. J Exp Med
   2000;191:661–668. [PubMed: 10684858]

Soucek L, Lawlor ER, Soto D, Shchors K, Swigart LB, Evan GI. Mast cells are required for angiogenesis
   and macroscopic expansion of Myc-induced pancreatic islet tumors. Nat Med 2007;13:1211–1218.
   [PubMed: 17906636]

Sparmann A, Bar-Sagi D. Ras-induced interleukin-8 expression plays a critical role in tumor growth and
   angiogenesis. Cancer Cell 2004;6:447–458. [PubMed: 15542429]

Stockmann C, Doedens A, Weidemann A, Zhang N, Takeda N, Greenberg JI, Cheresh DA, Johnson RS.
   Deletion of vascular endothelial growth factor in myeloid cells accelerates tumorigenesis. Nature
   2008;456:814–818. [PubMed: 18997773]

Strid J, Roberts SJ, Filler RB, Lewis JM, Kwong BY, Schpero W, Kaplan DH, Hayday AC, Girardi M.
   Acute upregulation of an NKG2D ligand promotes rapid reorganization of a local immune
   compartment with pleiotropic effects on carcinogenesis. Nat Immunol 2008;9:146–154. [PubMed:
   18176566]

Swann JB, Smyth MJ. Immune surveillance of tumors. J Clin Invest 2007;117:1137–1146. [PubMed:
   17476343]

Swann JB, Uldrich AP, van Dommelen S, Sharkey J, Murray WK, Godfrey DI, Smyth MJ. Type I natural
   killer T cells suppress tumors caused by p53 loss in mice. Blood 2009;113:6382–6385. [PubMed:
   19234138]

Swann JB, Vesely MD, Silva A, Sharkey J, Akira S, Schreiber RD, Smyth MJ. Demonstration of
   inflammation-induced cancer and cancer immunoediting during primary tumorigenesis. Proc Natl
   Acad Sci U S A 2008;105:652–656. [PubMed: 18178624]

NIH-PA Author Manuscript

Takahashi H, Ogata H, Nishigaki R, Broide DH, Karin M. Tobacco smoke promotes lung tumorigenesis by triggering IKKb and JNK1 dependent inflammation. Cancer Cell. 2010 in press.

Takai A, Toyoshima T, Uemura M, Kitawaki Y, Marusawa H, Hiai H, Yamada S, Okazaki IM, Honjo T, Chiba T, et al. A novel mouse model of hepatocarcinogenesis triggered by AID causing deleterious p53 mutations. Oncogene 2009;28:469–478. [PubMed: 18997814]

Trinchieri G, Pflanz S, Kastelein RA. The IL-12 family of heterodimeric cytokines: new players in the regulation of T cell responses. Immunity 2003;19:641–644. [PubMed: 14614851]

Tu S, Bhagat G, Cui G, Takaishi S, Kurt-Jones EA, Rickman B, Betz KS, Penz-Oesterreicher M, Bjorkdahl O, Fox JG, et al. Overexpression of interleukin-1beta induces gastric inflammation and cancer and mobilizes myeloid-derived suppressor cells in mice. Cancer Cell 2008;14:408–419. [PubMed: 18977329]

Tuncman G, Hirosumi J, Solinas G, Chang L, Karin M, Hotamisligil GS. Functional in vivo interactions between JNK1 and JNK2 isoforms in obesity and insulin resistance. Proc Natl Acad Sci U S A 2006;103:10741–10746. [PubMed: 16818881]

Umar S, Sarkar S, Wang Y, Singh P. Functional Cross-talk between {beta}-Catenin and NF{kappa}B Signaling Pathways in Colonic Crypts of Mice in Response to Progastrin. J Biol Chem 2009;284:22274–22284. [PubMed: 19497850]

Vakkila J, Lotze MT. Inflammation and necrosis promote tumour growth. Nat Rev Immunol 2004;4:641–648. [PubMed: 15286730]

Waldner MJ, Neurath MF. Colitis-associated cancer: the role of T cells in tumor development. Semin Immunopathol 2009;31:249–256. [PubMed: 19495757]

Wang L, Yi T, Kortylewski M, Pardoll DM, Zeng D, Yu H. IL-17 can promote tumor growth through an IL-6-Stat3 signaling pathway. J Exp Med 2009;206:1457–1464. [PubMed: 19564351]

Wong VW, Yu J, Cheng AS, Wong GL, Chan HY, Chu ES, Ng EK, Chan FK, Sung JJ, Chan HL. High serum interleukin-6 level predicts future hepatocellular carcinoma development in patients with chronic hepatitis B. Int J Cancer 2009;124:2766–2770. [PubMed: 19267406]

Wu S, Rhee KJ, Albesiano E, Rabizadeh S, Wu X, Yen HR, Huso DL, Brancati FL, Wick E, McAllister F, et al. A human colonic commensal promotes colon tumorigenesis via activation of T helper type 17 T cell responses. Nat Med 2009a;15:1016–1022. [PubMed: 19701202]

Wu Y, Deng J, Rychahou PG, Qiu S, Evers BM, Zhou BP. Stabilization of snail by NF-kappaB is required for inflammation-induced cell migration and invasion. Cancer Cell 2009b;15:416–428. [PubMed: 19411070]

Yang J, Weinberg RA. Epithelial-mesenchymal transition: at the crossroads of development and tumor metastasis. Dev Cell 2008;14:818–829. [PubMed: 18539112]

Yang L, Huang J, Ren X, Gorska AE, Chytil A, Aakre M, Carbone DP, Matrisian LM, Richmond A, Lin PC, et al. Abrogation of TGF beta signaling in mammary carcinomas recruits Gr-1+CD11b+ myeloid cells that promote metastasis. Cancer Cell 2008;13:23–35. [PubMed: 18167337]

Yu H, Kortylewski M, Pardoll D. Crosstalk between cancer and immune cells: role of STAT3 in the tumour microenvironment. Nat Rev Immunol 2007;7:41–51. [PubMed: 17186030]

Yu H, Pardoll D, Jove R. STATs in cancer inflammation and immunity: a leading role for STAT3. Nat Rev Cancer 2009;9:798–809. [PubMed: 19851315]

Zhang B, Bowerman NA, Salama JK, Schmidt H, Spiotto MT, Schietinger A, Yu P, Fu YX, Weichselbaum RR, Rowley DA, et al. Induced sensitization of tumor stroma leads to eradication of established cancer by T cells. J Exp Med 2007;204:49–55. [PubMed: 17210731]

Zhang JY, Green CL, Tao S, Khavari PA. NF-kappaB RelA opposes epidermal proliferation driven by TNFR1 and JNK. Genes Dev 2004;18:17–22. [PubMed: 14724177]

Zheng L, Dai H, Zhou M, Li M, Singh P, Qiu J, Tsark W, Huang Q, Kernstine K, Zhang X, et al. Fen1 mutations result in autoimmunity, chronic inflammation and cancers. Nat Med 2007;13:812–819. [PubMed: 17589521]

Zitvogel L, Apetoh L, Ghiringhelli F, Kroemer G. Immunological aspects of cancer chemotherapy. Nat Rev Immunol 2008;8:59–73. [PubMed: 18097448]

Zong WX, Thompson CB. Necrotic death as a cell fate. Genes Dev 2006;20:1–15. [PubMed: 16391229]



**Figure 1.**
Types of inflammation in tumorigenesis and cancer.
Chronic inflammation associated with infections or autoimmune disease precedes tumor development and can contribute to it through induction of oncogenic mutations, genomic instability, early tumor promotion, and enhanced angiogenesis. Prolonged exposure to environmental irritants or obesity can also result in low-grade chronic inflammation that precedes tumor development and contributes to it through the mechanisms mentioned above. Tumor-associated inflammation goes hand in hand with tumor development. This inflammatory response can enhance neo-angiogenesis, promote tumor progression and metastatic spread, cause local immunosuppression, and further augment genomic instability. Cancer therapy can also trigger an inflammatory response by causing trauma, necrosis, and tissue injury that stimulate tumor re-emergence and resistance to therapy. However, in some cases, therapy-induced inflammation can enhance antigen presentation, leading to immune-mediated tumor eradication. Tumor promoting mechanisms are in red and anti-tumorigenic mechanisms are in green.

NIH-PA Author Manuscript     NIH-PA Author Manuscript     NIH-PA Author Manuscript

Grivennikov et al.                                                                                      Page 27



**Figure 2.**
The multifaceted role of inflammation in cancer
Inflammation acts at all stages of tumorigenesis. It may contribute to tumor initiation through mutations, genomic instability, and epigenetic modifications. Inflammation activates tissue repair responses, induces proliferation of premalignant cells, and enhances their survival. Inflammation also stimulates angiogenesis, causes localized immunosuppression, and promotes the formation of a hospitable microenvironment in which pre-malignant cells can survive, expand, and accumulate additional mutations and epigenetic changes. Eventually, inflammation also promotes metastatic spread. Mutated cells are marked with "X". Yellow - stromal cells, Brown - malignant cells, Red - blood vessels, Blue - immune and inflammatory

NIH-PA Author Manuscript          NIH-PA Author Manuscript          NIH-PA Author Manuscript

Grivennikov et al.                                                                                    Page 28

cells. Epithelial-mesenchymal transition, EMT; reactive oxygen species, ROS; reactive nitrogen intermediates (RNI)

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Grivennikov et al.                                                                                      Page 29



**Figure 3.**
Role of inflammation in tumor initiation and promotion

A) Tumor initiation. Reactive oxygen species (ROS) and reactive nitrogen intermediates (RNI) produced by inflammatory cells may cause mutations in neighboring epithelial cells. Also, cytokines produced by inflammatory cells can elevate intracellular ROS and RNI in pre-malignant cells. In addition, inflammation can result in epigenetic changes that favor tumor initiation. Tumor-associated inflammation contributes to further ROS, RNI and cytokine production.

B) Tumor promotion. Cytokines produced by tumor infiltrating immune cells activate key transcription factors, such as NF-κB or STAT3, in pre-malignant cells to control numerous pro-tumorigenic processes, including survival, proliferation, growth, angiogenesis, and invasion. As parts of positive feed-forward loops, NF-κB and STAT3 induce production of chemokines that attract additional immune/inflammatory cells to sustain tumor-associated inflammation.

NIH-PA Author Manuscript
NIH-PA Author Manuscript
NIH-PA Author Manuscript



**Figure 4.**
Immunosurveillance, tumor-promoting and therapy-induced inflammation.
A) Balance between immunosurveillance and tumor promoting inflammation in the tumor microenvironment. Tumor promoting cytokines act on immune and malignant cells to tilt the balance toward tumor promotion. Tumor promoting immunity dampens immunosurveillance, which otherwise inhibits tumor growth. B) Therapy-induced inflammation. Various forms of therapy induce death (necrosis) of malignant cells resulting in the release of necrotic products and damage-associated molecular patterns (DAMPs) that activate cytokine-producing inflammatory cells. These cytokines activate pro-survival genes in residual cancer cells, rendering them resistant to subsequent rounds of therapy. However, in some cases, therapy-induced inflammation augments the presentation of tumor antigens and stimulates an anti-tumor immune response that improves the therapeutic outcome.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript
NIH-PA Author Manuscript
NIH-PA Author Manuscript

Grivennikov et al.                                                                                              Page 31

**Table 1**

Roles of different subtypes of immune and inflammatory cells in anti-tumor immunity and tumor-promoting inflammation

| Cell types | Anti-tumor | Tumor-promoting |
|---|---|---|
| Macrophages, dendritic cells, myeloid-derived suppressor cells | Antigen presentation Production of cytokines (IL-12 and type I IFN) | Immunosuppression Production of cytokines, chemokines, proteases. growth factors, and angiogenic factors |
| Mast cells | | Production of cytokines |
| B cells | Production of tumor specific antibodies? | Production of cytokines Activation of mast cells Immunosuppression |
| CD8$^+$ T cells | Direct lysis of cancer cells Production of cytotoxic cytokines | Production of cytokines? |
| CD4$^+$ Th2 cells | | Education of macrophages Production of cytokines B cell activation |
| CD4$^+$ Th1 cells | Help to cytotoxic T lymphocytes (CTLs) in tumor rejection | Production of cytokines |
| | Production of cytokines (IFN$\gamma$) | |
| CD4$^+$ Th17 cells | Activation of CTLs | Production of cytokines |
| CD4$^+$ Treg cells | Suppression of inflammation (cytokines and other suppressive mechanisms) | Immunosuppression Production of cytokines |
| Natural Killer cells | Direct cytotoxicity toward cancer cells Production of cytotoxic cytokines | |
| Natural Killer T cells | Direct cytotoxicity toward cancer cells Production of cytotoxic cytokines | |
| Neutrophils | Direct cytotoxicity Regulation of CTL responses | Production of cytokines, proteases, and ROS |

*Cell*. Author manuscript; available in PMC 2011 March 19.