# Exhibit 75

# REVIEWS

# Inflammation and cancer: advances and new agents

*Shanthini M. Crusz and Frances R. Balkwill*

**Abstract** | Tumour-promoting inflammation is considered one of the enabling characteristics of cancer development. Chronic inflammatory disease increases the risk of some cancers, and strong epidemiological evidence exists that NSAIDs, particularly aspirin, are powerful chemopreventive agents. Tumour microenvironments contain many different inflammatory cells and mediators; targeting these factors in genetic, transplantable and inducible murine models of cancer substantially reduces the development, growth and spread of disease. Thus, this complex network of inflammation offers targets for prevention and treatment of malignant disease. Much potential exists in this area for novel cancer prevention and treatment strategies, although clinical research to support targeting of cancer-related inflammation and innate immunity in patients with advanced-stage cancer remains in its infancy. Following the initial successes of immunotherapies that modulate the adaptive immune system, we assert that inflammation and innate immunity are important targets in patients with cancer on the basis of extensive preclinical and epidemiological data. The adaptive immune response is heavily dependent on innate immunity, therefore, inhibiting some of the tumour-promoting immunosuppressive actions of the innate immune system might enhance the potential of immunotherapies that activate a nascent antitumour response.

Crusz, S. M. & Balkwill, F. R. Nat. Rev. Clin. Oncol. **12**, 584–596 (2015); published online 30 June 2015; doi:10.1038/nrclinonc.2015.105

## Introduction

Innate inflammation is usually self-limiting, with active resolution through apoptosis and clearance of debris and immune cells. Chronic, dysregulated, persistent, and unresolved inflammation is associated with an increased risk of malignant disease. Almost 20% of human cancers are related to chronic inflammation caused by infections, exposure to irritants or autoimmune disease.[1] Common causes of chronic inflammation associated with cancer development include *Helicobacter pylori* infections in gastric mucosa-associated lymphoid tissue lymphoma, Hepatitis B or C infections in hepatocellular carcinoma (HCC) and inflammatory bowel disease in colorectal cancer (CRC).

Cells and mediators of the innate immune system are detected in most, if not all cancers, regardless of whether or not extrinsic inflammation is implicated in their development. One of the reasons for this high prevalence of mediators of the innate immune system is that oncogenic changes in cells lead to induction of inflammatory pathways in pre-malignant and malignant cells (Figure 1); thus, not only can inflammation cause cancer, but cancer also causes inflammation.

Inflammatory cells and mediators (including cytokines, chemokines and prostaglandins) in the tumour microenvironment coordinate a milieu of proinflammatory responses, which can act in an autocrine and/or paracrine manner on both malignant and nonmalignant cells.[2] Immune-cell infiltration of tumours can have a dual role: either leading an antitumour response, or active promotion of tumorigenesis and inhibition of a protective immune response.[3] Thus, the composition of the tumour inflammatory microenvironment has a pivotal influence on disease outcome.

Our understanding of cancer-related inflammation continues to increase, and we are beginning to translate this knowledge to the development of therapeutic targets of pro-tumorigenic immunity, leading to new approaches to cancer prevention and treatment (Table 1).[4] This Review will focus on the evidence for the use of established anti-inflammatory agents in the prevention and treatment of human cancer, explores early phase trials that target inflammatory cells and inflammatory mediators, and discusses the future prospects for translating our knowledge of cancer-related inflammation into clinical practice.

## Anti-inflammatory agents

Cyclooxygenase (COX)-2 enzymes have an important function in driving tumorigenesis through the production of prostaglandins, which in turn act directly on cancer cells to inhibit apoptosis and enhance cell migration, and also act on stromal tissue to promote neoangiogenesis.[5] COX-2 levels are raised in several tumour types, such as those of the breast,[6] prostate,[7] pancreas,[8] skin,[9] lungs,[10] bladder[11] and head and neck.[12] Accordingly, established agents that target COX-2 in the treatment of other diseases have been investigated for effectiveness as treatments of cancer.

Barts Cancer Institute, Queen Mary University of London, John Vane Science Centre, Charterhouse Square, London EC1M 6BQ, UK (**S.M.C., F.R.B.**).

Correspondence to:
F.R.B.
f.balkwill@qmul.ac.uk

**Competing interests**
The authors declare no competing interests.

© 2015 Macmillan Publishers Limited. All rights reserved

REVIEWS

> **Key points**
>
> - Inflammation and innate immunity have a vital and complex role in driving tumorigenesis
> - Strong epidemiological and preclinical data support an anti-inflammatory approach to prevention and treatment of cancer
> - Several therapeutic agents targeting inflammatory cytokines, transcription factors and immune cells are being developed and tested in the clinical setting
> - Current successes of treatments targeting adaptive immunity indicate a great need to further our clinical understanding of the inflammatory and innate immune system to identify further targets for cancer treatment
> - Combining treatments that target the adaptive and innate immune systems in the tumour microenvironment might be advantageous

NSAIDs are a family of compounds that primarily inhibit the activity of COX enzymes and thereby reduce the synthesis of prostaglandins. Following initial observations that the use of NSAIDs leads to regression of rectal polyp formation in patients with Gardener syndrome,[13] the use of NSAIDs in preventing tumorigenesis has been considered.

Extensive epidemiological data suggest a beneficial effect of NSAIDs in the prevention of cancer. In 2012, Peter Rothwell and collaborators[14–16] conducted the largest pooled analysis of observational and randomized trials that explored the effects of daily aspirin use on cancer development and dissemination to date. These three seminal papers[14–16] strongly supported the favourable effects of aspirin in the prevention and development of cancer in large patient cohorts. Through systematic review of case control and cohort studies, Rothwell and co-workers[14] reported that regular use of aspirin reduced the risk of CRC, in agreement with published data from previous randomized trials. Reductions in the risk of oesophageal, gastric, biliary and breast cancer were also reported.[14] In these observational studies, the regular use of aspirin was associated with a reduced proportion of cancers with distant metastasis, but was not associated with a reduction in regional spread, which was also in keeping with findings of previous randomized trials.[14] In addition, Rothwell and colleagues analysed deaths owing to cancer in randomized trials originally designed to test the use of aspirin for the prevention of vascular events. A significant reduction in overall cancer-associated mortality was seen in patients who received aspirin compared with those who did not (odds ratio, OR 0.85, 95% CI 0.76–0.96; $P = 0.008$);[15] incidence of cancer was reduced after 3 years of treatment, and cancer-related mortality was reduced only after 5 years.[15] The authors found that aspirin use again correlated with a reduced risk of metastatic disease in these randomized trials, particularly in patients with adenocarcinomas, who had a reduced risk of metastasis at the time of diagnosis (HR 0.69; $P = 0.02$) and a reduced risk of subsequent development of metastases following the detection of local disease at presentation (HR 0.45; $P = 0.0009$).[16] These epidemiological studies strongly support the use of aspirin in treating cancers and preventing metastatic dissemination, particularly in patients with adenocarcinomas.

The adverse-effect profile of aspirin and NSAIDs can be substantial, including an increased risk of major bleeding. Thus, the benefits of taking these drugs as a prophylactic measure for prevention of cancer must be assessed by risk versus benefit analyses. Cuzick *et al.*[17] have addressed this issue through a systematic review published in January 2015, showing an overall net benefit of 5 years of daily aspirin use in persons aged between 50–65 years of age, and an increased risk of adverse effects with advancing age.[17]

The action by which aspirin and other NSAIDS prevent cancer has yet to be fully determined; on a cellular level, evidence suggests that platelets drive tumour growth and metastasis. Platelet activation is hypothesized to result in the formation of aggregates that surround tumour cells and provide protection from the immune system, as well as promotion of tumour-cell adhesion to the endothelium, resulting in tumour-cell arrest and extravasation.[18] A proinflammatory environment within a tumour will also result in platelet-mediated aberrant expression of COX-2. Thus, the antiplatelet effects of aspirin and COX-2 inhibition of NSAIDs have been proposed as the most plausible mechanisms for their antitumour effects. Research using mouse models of CRC confirms that COX-2 levels are substantially higher in malignant tissue compared with the normal mucosa,[19] but the effects of NSAIDs on other tumours with high COX-1 and COX-2 expression have been equivocal or modest at best,[20,21] suggesting other pathways and mechanisms of action are also involved.

Furthermore, the findings of several studies suggest improved long-term survival is associated with the use of aspirin after surgery in patients with CRC with a mutated PI3Kα phenotype,[22] and for post-diagnosis patients with breast cancer.[23] Hence, having shown a clear epidemiological link between the use of NSAIDs and cancer risk, clinicians are now exploring the role of this class of drugs in treatment and prevention of cancer. Prospective observational data support this strategy,[24] showing that the use of aspirin and COX-2 inhibitors in conjunction with adjuvant chemotherapy in patients with stage III colon cancer improves recurrence-free survival (HR 0.51; 95% CI 0.28–0.95).[25] Accordingly, several phase III trials evaluating aspirin and NSAIDs in the perioperative setting in patients with CRC are currently ongoing,[26,27] and the 'Add-Aspirin' trial,[28] which will investigate aspirin use in several early stage cancers, is soon to open. At a molecular level, further clarification of the mechanism(s) underlying the effects of NSAIDs on cancer risk will enable the discovery of alternative novel therapeutic approaches to target this seemingly relevant pathway.

Similarly to aspirin, other agents with conventional anti-inflammatory actions are being repurposed for use in the treatment of cancer. One such class of agents are the 3-hydroxy-3-methy-glutaryl-CoA (HMG-CoA) reductase inhibitors (statins), which have a wide spectrum of activity as anticancer agents, including antiangiogenic and anti-inflammatory actions, as demonstrated in preclinical studies.[29] The effects of these agents are variable in other cancer types and an established association exists between statin use and a reduced risk of advanced-stage and/or

© 2015 Macmillan Publishers Limited. All rights reserved



**Figure 1** | The molecular basis of cancer-related inflammation. Inflammation or oncogene activation results in the expression of vital proinflammatory transcription factors within tumour cells (such as NF-κB, STAT3 or HIF1α). These activated transcription factors mediate the expression of key cytokines and chemokines (including TNFα and IL-6) as well as inflammatory enzymes (such as COX-2), forming a rich and complex network of inflammatory responses within the tumour microenvironment. Host leukocytes, including macrophages, dendritic cells, mast cells and T cells are recruited by chemokines, and function within the tumour stroma to mediate the immune response. Autocrine and paracrine effects of cytokine release within the tumour microenvironment might further sustain these cells. Inflammatory enzymes catalyse key steps in prostaglandin synthesis, which further regulate a number of physiological processes involved in cancer-related immunity and inflammation, thus driving the process of tumorigenesis. Abbreviations: COX-2, cyclo-oxygenase-2; HIF1α, hypoxia-inducible factor 1α; IL-6, interleukin-6; NF-κB, nuclear factor-κB; STAT3, signal transducer and activator of transcription 3; TNFα, tumour necrosis factor-α. Permission obtained from Nature Publishing Group © Mantovani, A. et al. Cancer-related inflammation. Nature **454**, 436–444 (2008).[2]

aggressive prostate cancer.[30] However, a definitive benefit of statin use has not been demonstrated in a randomized controlled trial setting to date—several trials in patients with different tumour types have been designed to answer this question and are currently ongoing.[31,32]

Cachexia is strongly associated with inflammation in patients with cancer; cachexia is a complex process, in which proinflammatory cytokines are likely to be implicated.[33] This cancer-associated symptom has a marked effect on patients' quality of life (QoL), and is associated with inferior outcomes compared with patients without cachexia.[34] Anti-inflammatory steroids are commonly used as supportive medications and as appetite stimulants in patients with cancer-related cachexia. The pre-administration of steroids has been shown to enhance the effectiveness and reduce the toxicity of anticancer therapies in a phase I/II clinical trial;[35] however, a specific antitumour effect needs to be confirmed in a phase III clinical trial setting.

## Targeting cytokines and chemokines

Cytokines and chemokines are molecular messengers that enable cells of the immune system to coordinate a self-limiting immune response. In patients with normal immune-system function, a complex cytokine network forms to mediate an effective response. Cytokines and chemokines are released by both tumour and host cells (such as stromal, endothelial and/or immune cells) within the tumour microenvironment. These inflammatory mediators have direct effects on tumour-cell and myeloid-cell function, and contribute to several hallmarks of cancer,[36] such as stimulation of the epithelial-to-mesenchymal transition (EMT) and augmentation of metastasis.[37,38]

Furthermore, selective inhibition of the actions of certain cytokines might affect the extensive tumour cytokine network (Box 1). Dysregulated cytokine production might also contribute to cancer-related cachexia;[39] therefore, targeted modification of cytokine signalling has the potential to achieve systemic as well as tumour-specific therapeutic effects.

## Established biological agents targeting TNF-α

Tumour necrosis factor-α (TNF-α) is a key multifunctional cytokine with pleiotropic actions in the regulation of immune responses associated with inflammation. TNF-α functions through binding to two receptors (TNF receptor [TNFR]1 and TNFR2) resulting in regulation of cytokines, proteases and growth-factor production.[40]

Biological agents that target the actions of TNF-α include infliximab, etanercept and adalimumab. These agents are commonly used to treat several inflammatory conditions, including rheumatoid arthritis and Crohn's disease.[41,42] Infliximab is a chimeric mouse–human monoclonal antibody that binds to soluble and membrane bound TNF-α and prevents it from binding to its receptors,[43] etanercept is a recombinant TNFR2 fusion protein that binds to soluble TNF-α,[44] and adalimumab is a fully humanized monoclonal antibody that also binds and antagonizes TNF-α.[45]

Both the tumour and stromal cells of solid tumours secrete TNF-α. This cytokine was originally named owing to its antitumour properties, having been found to induce haemorrhagic necrosis of tumours.[46] Since this discovery, however, TNF-α has been shown to have a paradoxical effect on cancers by both promoting and inhibiting tumour growth.[47] Chronically produced TNF-α enhances tumour development and dissemination, with increased serum levels of this cytokine detected in patients with several cancers.[48,49] TNF-α is also thought to have a role in fatigue and cachexia associated with malignancy.[50] As a major cytokine in the tumour microenvironment, which is capable of regulating other cytokines and chemokines, TNF-α is able to influence several of the hallmarks of cancer, including stimulation of tumour-cell

© 2015 Macmillan Publishers Limited. All rights reserved

**Table 1** | Anti-inflammatory agents tested in clinical trials in patients with cancer*

| Agent | Inflammatory target | Class of agent | Study type/tumour type |
|---|---|---|---|
| **Non-specific agents** | | | |
| NSAIDs (including aspirin) | COX-2? | To be determined: anti-platelets or COX-2 | Epidemiological evidence[14–16] <br> Chemoprevention and/or perioperative trials (pending)[26–28] |
| **Cytokines and chemokines** | | | |
| Infliximab | TNFα | Chimeric TNFα-specific antibody | Phase I/II; RCC[51,52] <br> Phase I/II; pancreatic cancer[53] |
| Etanercept | TNFα | Human TNFR2–Fc fusion protein | Phase II; ovarian[58] and breast cancer[55] |
| Siltuximab | IL-6 | Chimeric anti-IL-6 antibody | Phase I; Castleman's disease (approved for use)[76] <br> Phase I/II; MM,[141] prostate cancer,[79,81,82] and RCC[83] <br> Phase II; ovarian cancer[75] |
| Tocilizumab | IL-6 | Human IL-6R-specific antibody | Phase I/II; ovarian cancer (pending)[192] |
| Carlumab | CCL2 | Human anti-CCL2 antibody | Phase I[87] <br> Phase II; prostate cancer[88] |
| MABp1 | IL-1α | True human anti-IL-1α antibody | Phase I[93] <br> Phase III; colorectal cancer (pending)[193] |
| Reparixin | CXCR1/2 | Small-molecule inhibitor | Phase I; breast cancer (pending)[194] |
| Plerixafor | CXCR4 | Small-molecule inhibitor | Phase I; pancreas, ovarian and colorectal cancer (pending)[195] |
| **Inflammatory transcription factors** | | | |
| Ruxolitinib | JAK1/2 | Small-molecule inhibitor | Phase III; myelofibrosis[129,130] |
| Pacritinib | JAK2 | Small-molecule inhibitor | Phase I; lymphoma[131] <br> Phase III; myelofibrosis (pending)[196] <br> Phase II; colorectal cancer (pending)[197] |
| Bortezomib | NF-κB | Proteosome inhibitor | Phase III; MM[137,138] <br> Phase II; mantle-cell lymphoma[139] |
| **Inflammatory cells** | | | |
| Trabectedin | TAMs | Selective monocyte/ macrophage cytotoxicity | Phase III; sarcoma (approved)[198] <br> Phase I; solid tumour (pending)[199] |
| RG7155/IMC-CS4/ PLX3397/AMG 820 | CSF-1R | Human CSF-1R specific antibodies/TKIs | RG7155: phase I; tenosynovial giant-cell tumour[185] <br> IMC-CS4/AMG 820/PLX3397: solid malignancies (pending)[200–202] |
| CP-870,893 | CD40 | Human CD40 agonist antibody | Phase I; pancreatic cancer[178] |
| Tasquinimod | MDSCs | Quinolone-3-carboxamide | Phase I/II; prostate cancer[180,181] <br> Phase I/II/III; prostate cancer (pending)[203] |

*This is not a comprehensive table but lists agents and examples of trials referenced in this Review. Abbreviations: CCL2, CC chemokine ligand 2; COX-2, cyclo-oxygenase-2; CSF-1R, macrophage colony-stimulating factor receptor-1; CXCR(1/2/4), CXC chemokine receptor (1/2/4); IL-1α, interleukin-1α; IL-6, interleukin-6; IL-6R, interleukin-6 receptor; MDSCs, myeloid-derived suppressor cells; MM, multiple myeloma; NF-κB, nuclear factor-κB; NSAIDs, non-steroidal anti-inflammatory drugs; RCC, renal-cell carcinoma; TAMs, tumour-associated macrophages; TKIs, tyrosine-kinase inhibitors; TNFα, tumour necrosis factor-α; TNFR2–Fc, tumour necrosis factor receptor 2–IgG1 Fc fragment fusion protein.

growth, survival, invasion, metastasis and inflammatory-cell trafficking and neoangiogenesis.[40] Thus, owing to the successful use of agents that affect TNF-α signalling in inflammatory conditions, interest in using these agents to target TNF-α for the treatment of various malignancies has been explored.

Infliximab monotherapy has potential therapeutic benefit for the treatment of patients with renal-cell carcinoma (RCC), with 61% of patients having clinical benefit—as defined by Response Evaluation Criteria In Solid Tumours (RECIST) partial response (PR) or stable disease (SD) >3 months—at a dose of 10 mg/kg in the phase II setting.[51] This finding led to the testing of this agent in combination with the tyrosine-kinase inhibitor (TKI) sorafenib; however, unacceptable toxicities were observed with no improvement in efficacy compared to sorafenib monotherapy.[52] In patients with pancreatic

cancer, combination therapy with gemcitabine resulted in no excess toxicity, but again, had no benefit over monotherapy.[53] In patients with breast cancer, in whom elevated serum TNF-α concentration is associated with more-aggressive tumour biology,[54] etanercept was tested in the phase II setting for the treatment of progressive metastatic disease.[55] Etanercept was well tolerated, and showed signs of biological activity through significant declines in CCL2 and nonsignificant declines in IL-6 levels in patients treated with this agent; however, limited anticancer activity was noted in this small, heavily pretreated population of patients—none of seven patients had RECIST-defined complete response (CR) or PR, one of seven had SD and six of seven had progressive disease).[55] In patients with advanced-stage ovarian cancer, in whom TNF-α expression is confined to malignant tissue and correlates with tumour grade,[56,57]

© 2015 Macmillan Publishers Limited. All rights reserved

> **Box 1 | Targeting cytokines and chemokines**
>
> Cytokines and chemokines prove attractive targets of anticancer therapy for many reasons:
>
> - Several cytokines are overexpressed in malignant tissue by both host and malignant cells, and are known to have both prognostic as well as predictive implications in patients with certain tumour types
> - Through targeting cytokines and chemokines, therapeutic modulation of not only tumour cells, but also stromal tissue becomes possible, which can take place in both a paracrine and autocrine manner; the advantage of stromal targeting is that these cells are genetically stable compared with cells of a cancerous phenotype, thus, hypothetically decreasing the risk of resistance
> - The cytokine network within the tumour microenvironment is complex. One cytokine can influence several cell functions; therefore, this poses an attractive therapeutic target because one agent might have multiple actions

etanercept treatment resulted in prolonged disease stabilization in six out of 30 patients, each having a consistent decrease in IL-6 and CCL2 over time, confirming meaningful biological activity of etanercept.[58]

Interestingly, in the context of treating inflammatory conditions, use of TNF blockers has been suggested to cause lymphoproliferative malignancies and skin cancers. This effect has been most-extensively investigated in patients with rheumatoid arthritis, and many studies have attempted to clarify the evidential basis of this suggested association. Observational studies detected no association between treatment with anti-TNF agents and malignancy over time.[59–62] One meta-analysis of 21 prospective observational studies of the effects of anti-TNF agents in patients with rheumatoid arthritis found no increase in risk of lymphoma, although an increase in the risk of skin cancers, including melanoma, was reported.[63] Further meta-analyses of randomized clinical trial data detected no significant increase in any type of cancer in patients with rheumatoid arthritis who received anti-TNF biological agents.[64–66] However, to date, there is also no evidence of a decreased risk of cancer development and dissemination in this patient group.

### Interleukin-6

IL-6 is another major tumour-promoting cytokine produced by both malignant and host cells within the tumour microenvironment.[67] IL-6 is also a downstream product of oncogenic mutations in genes such as *RAS* family members and *TP53*.[68,69] IL-6 has both local and systemic tumorigenic actions in experimental models of cancer, and in patients with cancers, which are typically mediated by its major downstream signal transducer, signal transducer and activator of transcription 3 (STAT3).[67] These actions include stimulation of malignant-cell growth and survival, promotion of invasion and metastasis, modulation of tumour-promoting T-cell subtypes, involvement in autocrine tumour cell cytokine networks and regulation of the myeloid cell infiltrate. Excess IL-6 production in patients with cancer not only drives tumorigenesis, but also induces acute phase reactants and elevates platelet counts (paraneoplastic thrombocytosis).[70] Raised circulating IL-6 levels indicate a poor prognosis of patients with several types of cancer, including ovarian cancer,[71,72] multiple myeloma[73] and HCC.[74]

Siltuximab, a chimeric mouse–human IgG₁ monoclonal antibody, binds to IL-6 with high affinity and specificity.[75] This monoclonal antibody is currently licensed for treatment of Castleman's disease, an atypical lymphoproliferative disorder, which is characterized by overproduction of IL-6 from affected lymph nodes, resulting in systemic manifestations. In a phase I trial that investigated siltuximab as a treatment of Castleman's disease, the clinical benefit response (CBR; a composite outcome measure incorporating haemoglobin level, fatigue, anorexia, fever/night sweats, weight and largest lymph node size) was 86% in patients with Castleman's disease, with a third of patients having a radiological response.[76] This same study demonstrated clinical effectiveness of siltuximab in patients with multiple myeloma with 15% (*n* = 2) of patients having a CR to treatment.[76] However, in a further trial investigating the effectiveness of this combination therapy, no clinical benefit was observed with siltuximab plus chemotherapy in transplant-ineligible patients with multiple myeloma receiving first-line therapy, or patients who had relapsed disease.[77]

A single arm, phase II trial of siltuximab in patients with chemoresistant ovarian cancer demonstrated the therapeutic potential of targeting the IL-6-signalling pathway: although no CR or PR by RECIST criteria were achieved, one patient had an overall PR by combined RECIST/cancer antigen (CA)-125 criteria (normalization of serum CA-125 levels lasting 12 weeks) and eight patients had SD, which persisted for 6 months or more in four patients.[78] In patients with SD for >6 months, the IL-6-regulated plasma concentrations of the chemokines CCL2, CXCL12 and VEGF declined substantially,[78] demonstrating biological activity of this agent through downregulation of other cytokines involved in various aspects of tumorigenesis. When used as a monotherapy in patients with prostate cancer, siltuximab had minimal clinical activity in an open-label phase II trial for patients with castration-resistant disease who had previously received docetaxel.[79] Evidence exists that siltuximab can sensitize cancer cells to cytotoxic treatments in patients with prostate cancer;[80] thus, this agent has been tested in combination with other chemotherapies. Specifically, a phase I combination study with docetaxel has shown this combination regimen to be safe, and 23 out of 37 patients who received this treatment had a ≥50% serum PSA response with two of 17 having confirmed radiological PRs.[81] A phase II study of combination siltuximab with or without mitoxantrone and prednisolone, however, detected inferior progression-free survival (PFS) compared with mitoxantrone and prednisolone alone. Of note, enrolment in this study was prematurely terminated owing to an imbalance in baseline patient characteristics (favouring the mitoxantrone and prednisolone arm), and the trial never reached its primary efficacy end point and results are thus considered inconclusive.[82] In the setting of RCC, a phase I/II study of siltuximab monotherapy detected stabilized disease in >50% of patients with progressive metastatic disease, and demonstrated a favourable toxicity profile, but this agent has currently not been investigated further in this disease setting.[83]

© 2015 Macmillan Publishers Limited. All rights reserved

Tocilizumab (an anti-IL-6 receptor antibody) is licensed for the treatment of patients with rheumatoid arthritis, systemic juvenile idiopathic arthritis and Castleman's disease. A case report published in 2013 has indicated the potential of this agent for the management of patients with cancer, as it was shown to be effective in treating cachexia in a patient with large-cell lung carcinoma.[84] Certainly, the biological data suggest that the therapeutic rationale in this context is justified, and thus outcomes of further clinical trials, especially of IL-6 receptor antagonists in rational combinations with other targeted therapies, will be of interest. In this respect, we have shown upregulation of EGFR pathways in ovarian cancer cells *in vitro* and *in vivo* following treatment with neutralizing antibodies to IL-6.[78] By blocking the EGFR pathway with gefitinib, an inhibitor of the EGFR tyrosine-kinase domain, in combination with neutralizing antibodies to IL-6, malignant-cell growth was abolished in 2D and 3D cultures, and this treatment also resulted in reduced tumour weight in *in vivo* models.[85] This finding offers a preclinical rationale for combination therapy in patients with advanced-stage ovarian cancer, and also highlights the presence of crosstalk between inflammatory and other tumorigenic signalling pathways in malignant cells.

### CCL2

CCL2, an inflammatory chemokine, is highly expressed in both the tumour-cell and stromal-cell populations of many cancers. This chemokine is hypothesized to directly stimulate tumour-cell proliferation, survival and migration, influence angiogenesis, and act as a chemotactic factor to tumour cells and inflammatory monocytes.[86] The results of a phase I study published in 2013 have shown that blocking the function of CCL2 with carlumab, a human anti-CCL2 IgG$_1$ antibody, was well tolerated and resulted in some serological and radiological responses in patients with advanced-stage cancer.[87] This agent has been tested in the phase II setting in patients with castration-resistant prostate cancer; however, carlumab did not block the CCL2–CCR2 axis or have antitumour activity as a single agent.[88]

Intriguingly, data published in the past 3 years raise the potential need for caution regarding the use of anti-CCL2 treatment. Findings in mouse models suggest that discontinuing anti-CCL2 treatment results in increased metastasis, leading to accelerated death, owing to a rebound in circulating monocyte levels.[82] Speculations are that this increased risk of mortality could be a result of one of two possible effects: either the drug prevents mobilization of monocytes causing levels to accumulate in the bone marrow, with a heightened release of these cells into the circulation when treatment is discontinued; or, cessation of treatment causes increased CCL2 levels at metastatic sites after therapy.[89] Certainly, free CCL2 levels surged in patients treated with carlumab as early as 1 week post-infusion.[88] These complexities of targeting immune cells and immunity within cancer treatment have been highlighted in the context of anti-CCL2 therapy, although the same issues could apply to other immune-modulating therapies.

### Interleukin-1α

The production of IL-1α drives early phase inflammation, and in cancers this cytokine is associated with dedifferentiated and more-aggressive disease.[90–92] This cytokine functions through activation of the vascular endothelium, causing infiltration of tumorigenic inflammatory cells. Consequently IL-1α as a tumorigenic cytokine is a promising therapeutic target. The therapeutic agent developed to target this factor is a unique first-in-class antibody: a 'true human' IgG$_1$ natural antibody, cloned from an affinity-matured *in vivo* human immune response, with no sequence modifications that alter binding affinity.[93] IL-1α is expressed on the surface of platelets, monocytes and tumour cells. In the phase I setting, this drug has shown promising results through measurement of tumour response, QoL-index scoring and lean body mass; out of 42 patients available for RECIST analysis, eight had SD for at least 3 months, and one had a PR.[93] Lean body mass, as measured by dual energy X-ray absorptiometry (DEXA), was shown to be increased in 70% of patients and treatment was associated with improvement in fatigue, pain and appetite loss.[93] A decrease in IL-6 from baseline to week 8 of treatment (although not significant) was similar to the increase in lean body mass,[93] suggesting the drug has biological activity in targeting cytokine-related cachexia in patients with cancer. Thus, this drug is being taken forward for further analysis and testing, initially in patients with colorectal cancer.

### Interleukin-8

IL-8, also known as CXCL8, has multiple biological functions,[94] including acting as a chemotactic factor for T cells, neutrophils and basophils.[95–97] As a chemokine, this agent has both tumorigenic and antitumour effects. It promotes tumorigenesis by inducing migration of tumour cells,[98] promoting angiogenesis,[99,100] and enhancing metastasis in patients with melanoma.[101] A study by Sanmamed *et al.*[102] published in 2014 has implicated this cytokine as a potential biomarker of malignancy, with serum levels correlating with tumour burden and prognosis in several tumour types, as well as with the extent of clinical responses to novel therapies such as BRAF inhibitors and immunomodulatory antibodies, in patients with melanoma. Conversely, IL-8 has been suggested to have an antitumour effect in patients with ovarian cancer by causing neutrophil infiltration, which results in decreased tumour growth, and has been proposed to have a role in the treatment effect of paclitaxel observed in ovarian cancer cell lines.[103,104] Nevertheless, studies to date have aimed to inhibit the actions of IL-8, and a large proportion of studies have focused on the treatment of inflammatory conditions. In cancer treatment, targeting IL-8 using neutralizing antibodies has been shown to have antiangiogenic effects, resulting in reduced tumour burden in mouse models.[104,105] Despite promising preclinical studies in mouse models of melanoma, which demonstrated reduced tumour growth and angiogenesis in nude mice xenografts treated with anti-IL-8 antibodies,[106] clinical application of direct

© 2015 Macmillan Publishers Limited. All rights reserved

anti-IL-8 therapies in patients with cancer has not been widely investigated. Inhibition of ligand binding at the extracellular domain of CXCR1 and CXCR2, the cellular receptors for IL-8, is an alternative option to reduce the effects of this chemokine. This approach has been tested *in vitro,* through treatment of small-cell lung cancer cell lines with anti-CXCR1 antibodies, resulting in reduced cell proliferation.[107] *In vivo,* treatment with anti-CXCR2 antibodies resulted in reduced tumour volume and microvessel density in orthotopic pancreatic tumour models.[108] Clinical trials investigating reparixin, a small-molecule inhibitor of CXCR1/2, both as a monotherapy and in combination with chemotherapy, are currently ongoing.[109,110] The hypothesized mechanism of action of reparixin involves targeting of breast cancer stem cells, in light of evidence of reduced tumour growth and metastasis in breast cancer xenograft models.[111]

### CXCR4
The CXCL12–CXCR4 pathway is emerging as a new potential therapeutic target for metastatic cancer. CXCL12 signals via the cell-surface receptor CXCR4 and was originally identified in lymphocytes trafficking to the bone marrow. CXCR4 is highly expressed on malignant cells in a large number of tumour types, including those of the breast,[112] ovaries,[113] prostate,[114] kidney,[115] skin (melanoma)[116] and brain[117] and is understood to have a role in tumour dissemination and metastasis; CXCL12 protein levels are highest in organs that are known to be common sites of metastases, such as the liver, bone marrow and lungs.[112] Tumour-associated fibroblasts are also likely to contribute to CXCR4/CXCL12 signalling within the tumour microenvironment, and they function directly through promotion of tumour-cell growth, matrix metalloproteinase (MMP)-mediated tissue remodelling, neoangiogenesis and EMT in primary tumour cells.[118–120]

Agents targeting CXCR4, such as plerixafor, were originally developed for use in the treatment of HIV (as CXCR4 is a co-receptor for this virus) and are licensed for use in malignant conditions to mobilize stem cells for harvesting before bone-marrow transplantation. In the context of solid malignancies, preclinical data in several tumour types have suggested that blocking this pathway leads to decreased metastasis and could be used to improve treatment effectiveness when given in combination with other anticancer treatments.[121–126] Thus, an early phase trial[127] designed to test the clinical effects of targeting this pathway will be of particular interest.

### Targeting transcription factors
#### JAK/STAT inhibitors
Janus kinases (JAKs) are a family of four intracellular nonreceptor tyrosine kinases (JAK1, JAK2, JAK3 and TYK2) that act as primary signal transducers from cell-surface receptors activated by cytokines and growth factors. These kinases in turn phosphorylate STAT proteins on tyrosine residues, promoting their functions as transcription factors in the expression of several genes involved in cell survival. These pathways are dysregulated

in many cancers.[128] Ruxolitinib, a selective JAK1/2 inhibitor, was proven to be clinically effective in two randomized phase III trials through marked improvements in splenomegaly and disease-related symptoms compared with either placebo,[129] or the best available therapy,[130] and has thus gained approval for clinical use in patients with myelofibrosis. Pacritinib, a potent inhibitor of JAK2, has been tested in the phase I setting for the treatment of relapsed lymphoma[131] and is currently being trialled in the phase III setting for treatment of myelofibrosis.[132]

Preclinical studies have linked the JAK–STAT pathway to therapy resistance in patients with lung cancer, and the activity of this pathway is regulated by IL-6 in lung cancer cell lines with activating *EGFR* mutations.[133] The results of *in vitro* investigations suggest that in *EGFR*-mutated lung cancer cell lines with constitutive IL-6-mediated STAT3 activity, siltuximab in conjunction with erlotinib (an EGFR inhibitor) suppresses STAT3 transcriptional activity and reduces cell proliferation.[133] *In vivo,* this combination treatment resulted in a substantial reduction in tumour size compared with the control or monotherapy groups.[134] Thus, inhibition of cytokine signalling in conjunction with JAK–STAT pathway inhibitors might prove effective as a treatment for patients with *EGFR*-mutant lung cancers and has been proposed for an early phase trial.

#### Nuclear factor-κB
The nuclear factor-κB (NF-κB) transcription factor family has a pivotal role in orchestrating inflammation and is a key participant in innate and adaptive immune responses. In most cancers, NF-κB is constitutively active and has a role in oncogenic transformation through aberrant activation; through activation of antiapoptotic and cell-cycle progression genes, NF-κB drives chronic inflammation, thus promoting tumour development.[135] Inhibition of the NF-κB pathway could, hypothetically, be an effective treatment approach for many cancers, although in reality, targeting this protein has proven difficult owing to its complex biological function, which has resulted in substantial toxicities with some treatments.[136] One successful NF-κB-inhibiting agent, however, is now used in the treatment of patients with multiple myeloma and relapsed mantle-cell lymphoma: the proteasome inhibitor, bortezomib. Patients with multiple myeloma who are ineligible for autologous stem-cell transplantation can be treated with bortezomib in combination with melphalan and prednisone (VMP regimen) based on findings of the VISTA study, which detected an impressive improvement in the CR rate (30% versus 4%; *P* <0.001) and overall survival (median 56.4 months versus 43.1 months; *P* <0.001) with the novel treatment arm compared with melphalan plus prednisone alone.[137,138] Treatment with bortezomib also resulted in an improved overall response rate (ORR) and prolonged PFS in a heavily pretreated population of patients with chemotherapy-refractory mantle-cell lymphoma in a phase II trial,[139] but remains to be tested in the randomized controlled trial setting for earlier-stage disease.

© 2015 Macmillan Publishers Limited. All rights reserved

Owing to the links between IL-6 and early development of multiple myeloma,[140] the addition of siltuximab to bortezomib has been evaluated, but has not shown significant benefits relative to bortezomib alone in the relapsed disease setting,[141] or as a first-line treatment in combination with the VMP regimen in patients who are transplant ineligible.[142]

### Targeting inflammatory cells

As previously described, immune cells within the tumour microenvironment substantially influence tumour responses. When a successful immune reaction is mounted, tumour-associated antigens activate the adaptive immune response, enabling direct cytotoxic effects on cancer cells to be achieved, with the development of long-term 'memory' and thus lasting effects. Certainly, clinical findings support this hypothesis, with more-favourable outcomes in patients with tumours harbouring activated T-lymphocyte infiltrates.[143,144] These findings suggest that trying to promote an adaptive-immune profile within the tumour microenvironment would be beneficial. However, many cancers have developed mechanisms to evade immune recognition and actively suppress immunity. The successes of therapy with immune-checkpoint inhibitors, such as anti-cytotoxic-T-lymphocyte protein-4 (CTLA-4) and anti-programmed cell death 1 ligand 1 (PD-L1) antibodies, indicate exciting therapeutic possibilities in trying to counteract tumour evasion of the host immune response.[145–148] Nonetheless, pharmacological immune-checkpoint blockade has not been universally successful in all tumour types, and other strategies, especially those targeting the innate immune system, are being further explored to modulate inflammation-related cancer. Suppression of cancer-related inflammation might enhance the effectiveness of immune-checkpoint blockade.

Tumour-associated myeloid-derived cells are thought to have an important role in tumorigenesis. Clinical evidence links the density of macrophages in the tumour microenvironment with worse prognosis; in one analysis over 80% of studies indicated that higher macrophage density was associated with inferior patient prognosis.[149] Not all macrophages function to promote cancer progression, however, and macrophage phenotype is hypothesized to strongly dictate their function within the tumour microenvironment: a simplistic view exists that 'classically activated macrophages' (M1 subtype) have an antitumour effect and 'alternatively activated' (M2 subtype) have a more tumour-promoting effect, although it seems likely there are also shared characteristics between these phenotypic groups.[150] Macrophages are involved in several of the hallmarks of cancer, including angiogenesis, cell invasion and migration, and suppression of antitumour immune responses.[151–153] Thus through either direct killing or inhibition of recruitment and/or modulation to promote pro-tumour responses, myeloid-derived cells are an attractive multifactorial treatment target.

The established chemotherapeutic agent trabectedin seems to have myeloid-cell-targeting properties, which were previously unidentified. The established activity of trabectedin on cancer cells is through binding to the minor groove of DNA, which disrupts the cell cycle and DNA-repair processes.[154] Trabectedin is already licensed as an orphan drug in patients with resistant soft-tissue sarcoma and ovarian cancer. For other tumour types, including in prostate,[155] breast[156] and pancreatic cancers,[157] and mesothelioma,[158] several trials investigating the effectiveness of this agent are either completed or ongoing. Data published in 2005 support a potential novel anti-inflammatory action of trabectedin on macrophages: in vitro studies demonstrated that trabectedin has selective cytotoxicity to human monocytes,[159] and in vivo data showed that the effects of trabectedin (inhibition of tumour growth and metastasis) are exclusively a result of caspase-8-induced apoptosis of monocytes and/or tumour-associated macrophages (including tumour-associated macrophages; TAMs) and monocyte depletion.[160] In patients with sarcoma treated with trabectedin, proof of concept was seen in the form of decreased circulating monocytes and presence of fewer TAMs in tumour-biopsy specimens.[160]

Macrophage colony-stimulating factor (CSF-1) is another emerging target involved in macrophage recruitment and survival. Extensive preclinical data on the use of CSF-1 receptor (CSF-1R) inhibitors either as a monotherapy or in combination with chemotherapy, radiation, angiogenesis inhibitors and adoptive cell transfer are currently available, thus supporting the translation of this target to clinical investigations.[161–164] Emactuzumab (also known as RG7155), a monoclonal antibody that inhibits CSF-1R, has proven clinical effectiveness and an acceptable safety profile, with data from a phase I trial demonstrating a 74% objective clinical response in patients with tenosynovial giant-cell tumours (in which CSF-1 is overexpressed).[165] This study also extended the use of emactuzumab to patients with other solid malignancies, and supported the findings that treatment reduced macrophage infiltration and promoted a more-favourable CD8+:CD4+ T-cell ratio within tumour tissue.[165] This proof-of-concept study[165] has led to completed[166] and ongoing[167–172] clinical trials targeting the CSF-1–CSF-1R pathway in patients with a range of solid malignancies. Interestingly, Zhu et al.[173] have demonstrated that in orthoptic implant models of pancreatic ductal adenocarcinoma, inhibition of CSF-1R not only enhances macrophage antigen presentation and antitumour T-cell responses but, conversely, also leads to immunosuppression by increasing expression of T-cell checkpoint molecules, such as PD-L1 and CTLA-4. Thus, by using CSF-1R blockade in conjunction with PD-L1 and CTLA-4 antagonists, these authors were able to show enhanced tumour regression.[173] This finding,[173] together with other preclinical data supporting a link between CSF-1R antagonism and T-cell function, suggests that combined innate and adaptive immunomodulatory therapies might have promising therapeutic potential.

The CD40 agonist CP-870,893 (Pfizer) is an interesting agent, which might shift macrophage activation to an antitumour phenotype, and has been tested in the phase I setting. The original aim of this monoclonal antibody therapy was to reverse the immunosuppressive actions of

© 2015 Macmillan Publishers Limited. All rights reserved

Case 3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 10 of 333
PageID: 243209

TAMs by binding to and activating CD40. In the context of tumour immunology, activation of this receptor facilitates the antigen-presenting cell (APC)-mediated priming and activation of tumour-specific T cells.[174–176] In a genetically modified mouse model of pancreatic cancer, treatment with a combination of this CD40 agonist and gemcitabine resulted in tumour regression.[177] Interestingly, the mechanism of action was independent of T cells or gemcitabine: the function of TAMs was modulated, with upregulation of co-stimulatory molecules, which was consistent with a shift from a pro-tumour to an antitumour phenotype —although the tumoricidal activity was attributed predominantly to infiltrating macrophages rather than macrophages *in situ*.[177] A phase I trial of this combination therapy in treatment-naive patients with advanced-stage pancreatic ductal adenocarcinoma demonstrated an ORR of 19%.[178] Analysis of tumour biopsies detected abundant macrophages in the absence of infiltrating lymphocytes, which was in keeping with the findings of the previously reported preclinical studies, thus proving that targeting the innate immune system via immunostimulatory or immunomodulatory antibodies is an effective treatment independently of an adaptive immune response. However, without an adaptive response the development of long-term immunity and, therefore, prevention of future recurrence would be uncertain. Of note, investigators in this clinical study detected a heterogeneous response between different metastatic sites within individual patients,[178] thus reflecting the presence of tumour heterogeneity, which is well documented with use of conventional chemotherapy and targeted agents. These findings reveal that even through targeting immunity, the heterogeneity of the tumour microenvironment and stroma between a primary site and metastatic lesions will result in a variable intrapatient response.

Tasquinimod is an oral quinolone-3-carboxamide that has clear antitumour and antimetastatic properties, although an exact mechanism of action for these effects has yet to be fully elucidated; however, tasquinimod is understood to have both antiangiogenic and immunomodulatory effects.[179] One potential mechanism of action could be targeting of myeloid cells through binding to protein S100-A9, a proinflammatory protein that is known to regulate macrophage and neutrophil accumulation.[179] Thus, tasquinimod might inhibit recruitment of myeloid-derived cells to the tumour site and might also prevent binding of protein S100-A9 to two well-known proinflammatory receptors: Toll-like receptor 4 (TLR4) and MAPK/MAK/MRK overlapping kinase (also known as receptor of advanced-glycation end products). In a phase I trial investigating tasquinimod in patients with chemotherapy-naive castration-resistant prostate cancer, this agent had good clinical effectiveness in reducing the formation of new bone metastasis.[180] In the phase II setting, tasquinimod performed better than placebo, with an improved median PFS (7.6 months versus 3.3 months; $P = 0.0042$) and 6-month progression-free response rate (69% versus 37%, $P < 0.001$) compared with placebo alone.[181] This drug is, therefore, being tested in further clinical trials in patients with prostate cancer.[182–184]

## Chemotherapy

Evidence for novel immunomodulatory effects of existing chemotherapeutic agents (such as trabectedin and tasquinimod) acting directly on innate immune cells is currently emerging. Interestingly, evidence also supports a more-complex chemotherapy-induced immune response, which is reliant on bacterial-driven inflammation. For example, germ-free or antibiotic-treated mouse models of CRC had a poor response to chemotherapy and immunotherapy (CpG-oligonucleotides) compared with mice with intact microbiota.[185] Furthermore, chemotherapy altered the composition of the microbiota in the small intestine of mice and induced translocation of bacteria to secondary lymphoid organs, where they stimulated a T-helper and T-memory immune response.[186] This response was not seen in mice under germ-free or antibiotic-treated conditions, where a reduction in T-helper response was observed and treatment resistance was demonstrated, resulting in tumour progression.[186] Thus, the chemotherapy–inflammation paradigm might be more complex than generally assumed.

## Radiotherapy

As with chemotherapy, a growing body of evidence exists supporting the existence of anticancer immune response effects from treatment with radiotherapy. Radiotherapy not only directly causes the death of inflammatory cells within the stromal tissue, but also generates an acute anticancer inflammatory response. The immune system might be responsible for this 'abscopal effect' of treatment, a phenomenon whereby radiation directed at the primary tumour results in a response from distant metastases located outside the field of radiation.[187] Tumour antigenicity is promoted via recruitment of APCs to the tumour bed through 'danger signals' prompted by treatment with radiation, eventually resulting in an adaptive T-cell response.[188] Release of endogenous and exogenous TLR agonists is an example of one such danger signal. These molecules have the ability to activate dendritic cells, which can then prime a T-cell response against tumour cells.[189] This strategy has been exploited in preclinical models, through combination of a TLR agonist (CpG) with ionizing radiation, and has resulted in an enhanced tumour response in murine fibrosarcoma;[190,191] however, such a strategy remains to be evaluated in the clinical setting.

Rather than generating novel targets, a future topic of interest might be to explore further whether and how existing agents, such as chemotherapy and radiotherapy, modulate innate immunity. We might then aim to exploit these immunomodulatory effects further and in combination with, for example, checkpoint-blockade therapy.

## Conclusions

Evidence increasingly suggests that inflammation and innate immunity play a vital role in tumorigenesis. Yet, as this Review has demonstrated, agents used to manipulate innate immunity in the treatment of patients with advanced-stage cancer have only shown modest results to

© 2015 Macmillan Publishers Limited. All rights reserved

date, in spite of extensive and compelling experimental data from animal models. A major reason for this discrepancy might be the lack of results from clinical trials, especially in the phase II or III setting. Targeting of human cancers with these agents in phase I clinical trials might also be too late: such agents might be most effective when used either as preventative agents, perioperatively, or in patients who are in remission. The forthcoming trials investigating use of aspirin in early stage disease will be of use in answering this question.

Current approaches might also be focusing on the wrong inflammatory targets; the complexity of the inflammatory pathways means that a multitude of targets exist, and with an ever-evolving field of research, newer, more-relevant targets are likely to be identified. Importantly, targeting inflammation might only be indicated for certain tumour types, such as CRC. Thus, focusing early phase trials on certain tumour types based on the presence of inflammatory biomarkers might maximize the future potential of these agents.

Researchers and clinicians need to question why the anti-inflammatory approach has not been as successful for the treatment of advanced-stage cancer as it has been in other conditions. This lack of success could be a result of the complexity of the crosstalk and compensation that occurs within the tumour microenvironment, whereby cancerous cells are able to rapidly adapt, as discussed above in the context of crosstalk between IL-6 and EGFR signalling in ovarian cancer cells.[85]

Tumour immunotherapy is moving into an exciting era, in which targeting the adaptive immune response has proven highly effective in some patients, even when the cancer is at an advanced stage. However, this approach has not been universally effective for all tumour types and patients. The adaptive immune response is heavily dependent on innate immunity to prime T cells and to formulate a memory response. Thus, one attractive possibility might be to combine treatments that target the adaptive and innate immune pathways in the tumour microenvironment.

1.  Kundu, J. K. & Surh, Y. J. Inflammation: gearing the journey to cancer. *Mutat. Res.* **659**, 15–30 (2008).
2.  Mantovani, A., Allavena, P., Sica, A. & Balkwill, F. Cancer-related inflammation. *Nature* **454**, 436–444 (2008).
3.  Grivennikov, S. I. & Karin, M. Inflammation and oncogenesis: a vicious connection. *Curr. Opin. Genet. Dev.* **20**, 65–71 (2010).
4.  Coussens, L. M., Zitvogel, L. & Palucka, A. K. Neutralizing tumor-promoting chronic inflammation: a magic bullet? *Science* **339**, 286–291 (2013).
5.  Masferrer, J. L. *et al.* Antiangiogenic and antitumor activities of cyclooxygenase-2 inhibitors. *Cancer Res.* **60**, 1306–1311 (2000).
6.  Hwang, D., Scollard, D., Byrne, J. & Levine, E. Expression of cyclooxygenase-1 and cyclooxygenase-2 in human breast cancer. *J. Natl Cancer Inst.* **90**, 455–460 (1998).
7.  Gupta, S., Srivastava, M., Ahmad, N., Bostwick, D. G. & Mukhtar, H. Over-expression of cyclooxygenase-2 in human prostate adenocarcinoma. *Prostate* **42**, 73–78 (2000).
8.  Tucker, O. N. *et al.* Cyclooxygenase-2 expression is up-regulated in human pancreatic cancer. *Cancer Res.* **59**, 987–990 (1999).
9.  Buckman, S. Y. *et al.* COX-2 expression is induced by UVB exposure in human skin: implications for the development of skin cancer. *Carcinogenesis* **19**, 723–729 (1998).
10.  Wolff, H. *et al.* Expression of cyclooxygenase-2 in human lung carcinoma. *Cancer Res.* **58**, 4997–5001 (1998).
11.  Mohammed, S. I. *et al.* Expression of cyclooxygenase-2 (COX-2) in human invasive transitional cell carcinoma (TCC) of the urinary bladder. *Cancer Res.* **59**, 5647–5650 (1999).
12.  Chan, G. *et al.* Cyclooxygenase-2 expression is up-regulated in squamous cell carcinoma of the head and neck. *Cancer Res.* **59**, 991–994 (1999).
13.  Waddell, W. R. & Loughry, R. W. Sulindac for polyposis of the colon. *J. Surg. Oncol.* **24**, 83–87 (1983).
14.  Algra, A. M. & Rothwell, P. M. Effects of regular aspirin on long-term cancer incidence and metastasis: a systematic comparison of evidence from observational studies versus randomised trials. *Lancet Oncol.* **13**, 518–527 (2012).

15.  Rothwell, P. M. *et al.* Short-term effects of daily aspirin on cancer incidence, mortality, and non-vascular death: analysis of the time course of risks and benefits in 51 randomised controlled trials. *Lancet* **379**, 1602–1612 (2012)
16.  Rothwell, P. M. *et al.* Effect of daily aspirin on risk of cancer metastasis: a study of incident cancers during randomised controlled trials. *Lancet* **379**, 1591–1601 (2012).
17.  Cuzick, J. *et al.* Estimates of benefits and harms of prophylactic use of aspirin in the general population. *Ann. Oncol.* **26**, 47–57 (2015).
18.  Gay, L. J. & Felding-Habermann, B. Contribution of platelets to tumour metastasis. *Nat. Rev. Cancer* **11**, 123–134 (2011).
19.  Eberhart, C. E. *et al.* Up-regulation of cyclooxygenase 2 gene expression in human colorectal adenomas and adenocarcinomas. *Gastroenterology* **107**, 1183–1188 (1994).
20.  Gierach, G. L. *et al.* Nonsteroidal anti-inflammatory drugs and breast cancer risk in the National Institutes of Health–AARP Diet and Health Study. *Breast Cancer Res.* **10**, R38 (2008).
21.  Salinas, C. A. *et al.* Use of aspirin and other nonsteroidal antiinflammatory medications in relation to prostate cancer risk. *Am. J. Epidemiol.* **172**, 578–590 (2010).
22.  Liao, X. *et al.* Aspirin use, tumor *PIK3CA* mutation, and colorectal-cancer survival. *N. Engl. J. Med.* **367**, 1596–1606 (2012).
23.  Fraser, D. M., Sullivan, F. M., Thompson, A. M. & McCowan, C. Aspirin use and survival after the diagnosis of breast cancer: a population-based cohort study. *Br. J. Cancer* **111**, 623–627 (2014).
24.  US National Library of Medicine. *ClinicalTrials.gov* [online], https://clinicaltrials.gov/ct2/show/NCT00003835?term=NCT00003835&rank=1 (2013).
25.  Ng, K. *et al.* Aspirin and COX-2 inhibitor use in patients with stage III colon cancer. *J. Natl Cancer Inst.* **107**, 345 (2015).
26.  US National Library of Medicine. *ClinicalTrials.gov* [online], https://clinicaltrials.gov/ct2/show/NCT01150045 (2013).
27.  US National Library of Medicine. *ClinicalTrials.gov* [online], https://clinicaltrials.gov/ct2/show/NCT00565708?term=NCT00565708&rank=1 (2015).

28.  The Add Aspirin trial. *addaspirintrial.org* [online], http://www.addaspirintrial.org/ (2015).
29.  Dulak, J. & Jozkowicz, A. Anti-angiogenic and anti inflammatory effects of statins: relevance to anti-cancer therapy. *Curr. Cancer Drug Targets* **5**, 579–594 (2005).
30.  Boudreau, D. M., Yu, O. & Johnson, J. Statin use and cancer risk: a comprehensive review. *Expert Opin. Drug Saf.* **9**, 603–621 (2010).
31.  US National Library of Medicine. *ClinicalTrials.gov* [online], https://clinicaltrials.gov/ct2/show/NCT02161822?term=NCT02161822&rank=1 (2014).
32.  US National Library of Medicine. *ClinicalTrials.gov* [online], https://clinicaltrials.gov/ct2/show/NCT01821404?term=NCT01821404&rank=1 (2015).
33.  Argiles, J. M., Busquets, S., Toledo, M. & Lopez-Soriano, F. J. The role of cytokines in cancer cachexia. *Curr. Opin. Support. Palliat. Care* **3**, 263–268 (2009).
34.  Trajkovic-Vidakovic, M., de Graeff, A., Voest, E. E. & Teunissen, S. C. Symptoms tell it all: a systematic review of the value of symptom assessment to predict survival in advanced cancer patients. *Crit. Rev. Oncol. Hematol.* **84**, 130–148 (2012).
35.  Leggas, M. *et al.* Intensive anti-inflammatory therapy with dexamethasone in patients with non-small cell lung cancer: effect on chemotherapy toxicity and efficacy. *Cancer Chemother. Pharmacol.* **63**, 731–743 (2009).
36.  Hanahan, D. & Weinberg, R. A. Hallmarks of cancer: the next generation. *Cell* **144**, 646–674 (2011).
37.  Germano, G., Allavena, P. & Mantovani, A. Cytokines as a key component of cancer-related inflammation. *Cytokine* **43**, 374–379, (2008).
38.  Hanahan, D. & Coussens, L. M. Accessories to the crime: functions of cells recruited to the tumor microenvironment. *Cancer Cell* **21**, 309–322 (2012).
39.  Argiles, J. M., Moore-Carrasco, R., Fuster, G., Busquets, S. & Lopez-Soriano, F. J. Cancer cachexia: the molecular mechanisms. *Int. J. Biochem. Cell Biol.* **35**, 405–409 (2003).
40.  Szlosarek, P., Charles, K. A. & Balkwill, F. R. Tumour necrosis factor-alpha as a tumour promoter. *Eur. J. Cancer* **42**, 745–750 (2006).

© 2015 Macmillan Publishers Limited. All rights reserved

41. Feldmann, M. & Maini, R. N. Anti-TNF therapy, from rationale to standard of care: what lessons has it taught us? *J. Immunol.* **185**, 791–794 (2010).

42. Sandborn, W. J. & Hanauer, S. B. Antitumor necrosis factor therapy for inflammatory bowel disease: a review of agents, pharmacology, clinical results, and safety. *Inflamm. Bowel Dis.* **5**, 119–133 (1999).

43. Knight, D. M. *et al.* Construction and initial characterization of a mouse–human chimeric anti-TNF antibody. *Mol. Immunol.* **30**, 1443–1453 (1993).

44. Mohler, K. M. *et al.* Soluble tumor necrosis factor (TNF) receptors are effective therapeutic agents in lethal endotoxemia and function simultaneously as both TNF carriers and TNF antagonists. *J. Immunol.* **151**, 1548–1561 (1993).

45. Wiens, A., Correr, C. J., Venson, R., Otuki, M. F. & Pontarolo, R. A systematic review and meta-analysis of the efficacy and safety of adalimumab for treating rheumatoid arthritis. *Rheumatol. Int.* **30**, 1063–1070 (2010).

46. Carswell, E. A. *et al.* An endotoxin-induced serum factor that causes necrosis of tumors. *Proc. Natl Acad. Sci. USA* **72**, 3666–3670 (1975).

47. Balkwill, F. Tumour necrosis factor and cancer. *Nat. Rev. Cancer* **9**, 361–371 (2009).

48. Szlosarek, P. W. *et al.* Expression and regulation of tumor necrosis factor alpha in normal and malignant ovarian epithelium. *Mol. Cancer Ther.* **5**, 382–390 (2006).

49. Miles, D. W. *et al.* Expression of tumour necrosis factor (TNF alpha) and its receptors in benign and malignant breast tissue. *Int. J. Cancer* **56**, 777–782 (1994).

50. Balkwill, F. TNF-alpha in promotion and progression of cancer. *Cancer Metastasis Rev.* **25**, 409–416 (2006).

51. Harrison, M. L. *et al.* Tumor necrosis factor alpha as a new target for renal cell carcinoma: two sequential phase II trials of infliximab at standard and high dose. *J. Clin. Oncol.* **25**, 4542–4549 (2007).

52. Larkin, J. M. *et al.* A phase I/II trial of sorafenib and infliximab in advanced renal cell carcinoma. *Br. J. Cancer* **103**, 1149–1153 (2010).

53. Wu, C. *et al.* Disrupting cytokine signaling in pancreatic cancer: a phase I/II study of etanercept in combination with gemcitabine in patients with advanced disease. *Pancreas* **42**, 813–818 (2013).

54. Sheen-Chen, S. M., Chen, W. J., Eng, H. L. & Chou, F. F. Serum concentration of tumor necrosis factor in patients with breast cancer. *Breast Cancer Res. Treat.* **43**, 211–215 (1997).

55. Madhusudan, S. *et al.* A phase II study of etanercept (Enbrel), a tumor necrosis factor alpha inhibitor in patients with metastatic breast cancer. *Clin. Cancer Res.* **10**, 6528–6534 (2004).

56. Naylor, M. S., Stamp, G. W., Foulkes, W. D., Eccles, D. & Balkwill, F. R. Tumor necrosis factor and its receptors in human ovarian cancer. Potential role in disease progression. *J. Clin. Invest.* **91**, 2194–2206 (1993).

57. Hassan, M. I., Kassim, S. K., Saeda, L., Laban, M. & Khalifa, A. Ovarian cancer-induced immunosuppression: relationship to tumor necrosis factor-alpha (TNF-alpha) release from ovarian tissue. *Anticancer Res.* **19**, 5657–5662 (1999).

58. Madhusudan, S. *et al.* Study of etanercept, a tumor necrosis factor-alpha inhibitor, in recurrent ovarian cancer. *J. Clin. Oncol.* **23**, 5950–5959 (2005).

59. Wolfe, F. & Michaud, K. Biologic treatment of rheumatoid arthritis and the risk of malignancy: analyses from a large US observational study. *Arthritis Rheum.* **56**, 2886–2895 (2007).

60. Wolfe, F. & Michaud, K. The effect of methotrexate and anti-tumor necrosis factor therapy on the risk of lymphoma in rheumatoid arthritis in 19,562 patients during 89,710 person-years of observation. *Arthritis Rheum.* **56**, 1433–1439 (2007).

61. Askling, J. *et al.* Haematopoietic malignancies in rheumatoid arthritis: lymphoma risk and characteristics after exposure to tumour necrosis factor antagonists. *Ann. Rheum. Dis.* **64**, 1414–1420, (2005).

62. Askling, J. *et al.* Risks of solid cancers in patients with rheumatoid arthritis and after treatment with tumour necrosis factor antagonists. *Ann. Rheum. Dis.* **64**, 1421–1426 (2005).

63. Mariette, X. *et al.* Malignancies associated with tumour necrosis factor inhibitors in registries and prospective observational studies: a systematic review and meta-analysis. *Ann. Rheum. Dis.* **70**, 1895–1904 (2011).

64. Leombruno, J. P., Einarson, T. R. & Keystone, E. C. The safety of anti-tumour necrosis factor treatments in rheumatoid arthritis: meta and exposure-adjusted pooled analyses of serious adverse events. *Ann. Rheum. Dis.* **68**, 1136–1145 (2009).

65. Askling, J. *et al.* Cancer risk with tumor necrosis factor alpha (TNF) inhibitors: meta-analysis of randomized controlled trials of adalimumab, etanercept, and infliximab using patient level data. *Pharmacoepidemiol. Drug Saf.* **20**, 119–130 (2011).

66. Moulis, G. *et al.* Cancer risk of anti-TNF-alpha at recommended doses in adult rheumatoid arthritis: a meta-analysis with intention to treat and per protocol analyses. *PLoS ONE* **7**, e48991 (2012).

67. Taniguchi, K. & Karin, M. IL-6 and related cytokines as the critical lynchpins between inflammation and cancer. *Semin. Immunol.* **26**, 54–74 (2014).

68. Ancrile, B., Lim, K. H. & Counter, C. M. Oncogenic RAS-induced secretion of IL6 is required for tumorigenesis. *Genes Dev.* **21**, 1714–1719 (2007).

69. Yonish-Rouach, E. *et al.* Wild-type p53 induces apoptosis of myeloid leukaemic cells that is inhibited by interleukin-6. *Nature* **352**, 345–347 (1991).

70. Stone, R. L. *et al.* Paraneoplastic thrombocytosis in ovarian cancer. *N. Engl. J. Med.* **366**, 610–618 (2012).

71. Kulbe, H. *et al.* The inflammatory cytokine tumor necrosis factor-alpha generates an autocrine tumor-promoting network in epithelial ovarian cancer cells. *Cancer Res.* **67**, 585–592 (2007).

72. Anglesio, M. S. *et al.* IL6-STAT3-HIF signaling and therapeutic response to the angiogenesis inhibitor sunitinib in ovarian clear cell cancer. *Clin. Cancer Res.* **17**, 2538–2548 (2011).

73. Shain, K. H. *et al.* β1 integrin adhesion enhances IL-6-mediated STAT3 signaling in myeloma cells: implications for microenvironment influence on tumor survival and proliferation. *Cancer Res.* **69**, 1009–1015 (2009).

74. Naugler, W. E. *et al.* Gender disparity in liver cancer due to sex differences in MyD88-dependent IL-6 production. *Science* **317**, 121–124 (2007).

75. van Zaanen, H. C. *et al.* Chimaeric anti-interleukin 6 monoclonal antibodies in the treatment of advanced multiple myeloma: a phase I dose-escalating study. *Br. J. Haematol.* **102**, 783–790 (1998).

76. Kurzrock, R. *et al.* A phase I, open-label study of siltuximab, an anti-IL-6 monoclonal antibody, in patients with B-cell non-Hodgkin lymphoma, multiple myeloma, or Castleman disease. *Clin. Cancer Res.* **19**, 3659–3670 (2013).

77. Orlowski, R. Z. *et al.* A phase 2, randomized, double-blind, placebo-controlled study of siltuximab (anti-IL-6 mAb) and bortezomib versus bortezomib alone in patients with relapsed or refractory multiple myeloma. *Am. J. Hematol.* **90**, 42–49 (2015

78. Coward, J. *et al.* Interleukin-6 as a therapeutic target in human ovarian cancer. *Clin. Cancer Res.* **17**, 6083–6096 (2011).

79. Dorff, T. B. *et al.* Clinical and correlative results of SWOG S0354: a phase II trial of CNTO328 (siltuximab), a monoclonal antibody against interleukin-6, in chemotherapy-pretreated patients with castration-resistant prostate cancer. *Clin. Cancer Res.* **16**, 3028–3034 (2010).

80. Borsellino, N., Belldegrun, A. & Bonavida, B. Endogenous interleukin 6 is a resistance factor for cis-diamminedichloroplatinum and etoposide-mediated cytotoxicity of human prostate carcinoma cell lines. *Cancer Res.* **55**, 4633–4639 (1995).

81. Hudes, G. *et al.* A phase 1 study of a chimeric monoclonal antibody against interleukin-6, siltuximab, combined with docetaxel in patients with metastatic castration-resistant prostate cancer. *Invest. New Drugs* **31**, 669–676 (2013).

82. Fizazi, K. *et al.* Randomised phase II study of siltuximab (CNTO 328), an anti-IL-6 monoclonal antibody, in combination with mitoxantrone/prednisone versus mitoxantrone/prednisone alone in metastatic castration-resistant prostate cancer. *Eur. J. Cancer* **48**, 85–93 (2012).

83. Rossi, J. F. *et al.* A phase I/II study of siltuximab (CNTO 328), an anti-interleukin-6 monoclonal antibody, in metastatic renal cell cancer. *Br. J. Cancer* **103**, 1154–1162 (2010).

84. Ando, K. *et al.* Possible role for tocilizumab, an anti-interleukin-6 receptor antibody, in treating cancer cachexia. *J. Clin. Oncol.* **31**, e69–e72 (2013).

85. Milagre, C. S. *et al.* Adaptive upregulation of EGFR limits attenuation of tumor growth by neutralizing IL-6 antibodies with implications for combined therapy in ovarian cancer. *Cancer Res.* **75**, 1255–1264 (2015).

86. Zhang, J., Patel, L. & Pienta, K. J. Targeting chemokine (C-C motif) ligand 2 (CCL2) as an example of translation of cancer molecular biology to the clinic. *Prog. Mol. Biol. Transl. Sci.* **95**, 31–53 (2010).

87. Sandhu, S. K. *et al.* A first-in-human, first-in-class, phase I study of carlumab (CNTO 888), a human monoclonal antibody against CC-chemokine ligand 2 in patients with solid tumors. *Cancer Chemother. Pharmacol.* **71**, 1041–1050 (2013).

88. Pienta, K. J. *et al.* Phase 2 study of carlumab (CNTO 888), a human monoclonal antibody against CC-chemokine ligand 2 (CCL2), in metastatic castration-resistant prostate cancer. *Invest. New Drugs* **31**, 760–768 (2013).

89. Bonapace, L. *et al.* Cessation of CCL2 inhibition accelerates breast cancer metastasis by promoting angiogenesis. *Nature* **515**, 130–133 (2014).

90. Tomimatsu, S., Ichikura, T. & Mochizuki, H. Significant correlation between expression of interleukin-1α and liver metastasis in gastric carcinoma. *Cancer* **91**, 1272–1276 (2001).

91. Singer, C. F. *et al.* Interleukin 1 system and sex steroid receptor expression in human breast cancer: interleukin 1α protein secretion is correlated with malignant phenotype. *Clin. Cancer Res.* **9**, 4877–4883 (2003).

© 2015 Macmillan Publishers Limited. All rights reserved

92. Ling, J. et al. KrasG12D-induced IKK2/β/NF-κB activation by IL-1α and p62 feedforward loops is required for development of pancreatic ductal adenocarcinoma. Cancer Cell 21, 105–120 (2012).

93. Hong, D. S. et al. MABp1, a first-in-class true human antibody targeting interleukin-1α in refractory cancers: an open-label, phase 1 dose-escalation and expansion study. Lancet Oncol. 15, 656–666 (2014).

94. Oppenheim, J. J., Zachariae, C. O., Mukaida, N. & Matsushima, K. Properties of the novel proinflammatory supergene "intercrine" cytokine family. Annu. Rev. Immunol. 9, 617–648 (1991).

95. Larsen, C. G., Anderson, A. O., Appella, E., Oppenheim, J. J. & Matsushima, K. The neutrophil-activating protein (NAP-1) is also chemotactic for T lymphocytes. Science 243, 1464–1466 (1989).

96. Schroder, J. M., Sticherling, M., Henneicke, H. H., Preissner, W. C. & Christophers, E. IL-1 alpha or tumor necrosis factor-alpha stimulate release of three NAP-1/IL-8-related neutrophil chemotactic proteins in human dermal fibroblasts. J. Immunol. 144, 2223–2232 (1990).

97. Krieger, M. et al. Activation of human basophils through the IL-8 receptor. J. Immunol. 149, 2662–2667 (1992).

98. Wang, J. M., Taraboletti, G., Matsushima, K., Van Damme, J. & Mantovani, A. Induction of haptotactic migration of melanoma cells by neutrophil activating protein/interleukin-8. Biochem. Biophys. Res. Commun. 169, 165–170 (1990).

99. Strieter, R. M. et al. Interleukin-8. A corneal factor that induces neovascularization. Am. J. Pathol. 141, 1279–1284 (1992).

100. Koch, A. E. et al. Interleukin-8 as a macrophage-derived mediator of angiogenesis. Science 258, 1798–1801 (1992).

101. Schadendorf, D. et al. IL-8 produced by human malignant melanoma cells in vitro is an essential autocrine growth factor. J. Immunol. 151, 2667–2675 (1993).

102. Sanmamed, M. F. et al. Serum interleukin-8 reflects tumor burden and treatment response across malignancies of multiple tissue origins. Clin. Cancer Res. 20, 5697–5707 (2014).

103. Lee, L. F. et al. IL-8 reduced tumorigenicity of human ovarian cancer in vivo due to neutrophil infiltration. J. Immunol. 164, 2769–2775 (2000).

104. Lee, L. F. et al. Taxol-dependent transcriptional activation of IL-8 expression in a subset of human ovarian cancer. Cancer Res. 56, 1303–1308 (1996).

105. Bekes, E. M. et al. Tumor-recruited neutrophils and neutrophil TIMP-free MMP-9 regulate coordinately the levels of tumor angiogenesis and efficiency of malignant cell intravasation. Am. J. Pathol. 179, 1455–1470 (2011).

106. Huang, S. et al. Fully humanized neutralizing antibodies to interleukin-8 (ABX-IL8) inhibit angiogenesis, tumor growth, and metastasis of human melanoma. Am. J. Pathol. 161, 125–134 (2002).

107. Zhu, Y. M., Webster, S. J., Flower, D. & Woll, P. J. Interleukin-8/CXCL8 is a paracrine factor for human lung cancer cells. Br. J. Cancer 91, 1970–1976 (2004).

108. Matsuo, Y. et al. CXC-chemokine/CXCR2 biological axis promotes angiogenesis in vitro and in vivo in pancreatic cancer. Int. J. Cancer 125, 1027–1037 (2009).

109. US National Library of Medicine. ClinicalTrials.gov [online], https://clinicaltrials.gov/ct2/show/NCT00003835?term=NCT00003835&rank=1 (2013).

110. US National Library of Medicine. ClinicalTrials.gov [online], https://clinicaltrials.gov/ct2/show/NCT02001974 (2015).

111. Ginestier, C. et al. CXCR1 blockade selectively targets human breast cancer stem cells in vitro and in xenografts. J. Clin. Invest. 120, 485–497 (2010).

112. Müller, A. et al. Involvement of chemokine receptors in breast cancer metastasis. Nature 410, 50–56 (2001).

113. Hall, J. M. & Korach, K. S. Stromal cell-derived factor 1, a novel target of estrogen receptor action, mediates the mitogenic effects of estradiol in ovarian and breast cancer cells. Mol. Endocrinol. 17, 792–803 (2003).

114. Taichman, R. S. et al. Use of the stromal cell-derived factor-1/CXCR4 pathway in prostate cancer metastasis to bone. Cancer Res. 62, 1832–1837 (2002).

115. Zagzag, D. et al. Stromal cell-derived factor-1alpha and CXCR4 expression in hemangioblastoma and clear cell-renal cell carcinoma: von Hippel-Lindau loss-of-function induces expression of a ligand and its receptor. Cancer Res. 65, 6178–6188 (2005).

116. Kim, S. Y. et al. Inhibition of the CXCR4/CXCL12 chemokine pathway reduces the development of murine pulmonary metastases. Clin. Exp. Metastases 25, 201–211 (2008).

117. Geminder, H. et al. A possible role for CXCR4 and its ligand, the CXC chemokine stromal cell-derived factor-1, in the development of bone marrow metastases in neuroblastoma. J. Immunol. 167, 4747–4757 (2001).

118. Orimo, A. et al. Stromal fibroblasts present in invasive human breast carcinomas promote tumor growth and angiogenesis through elevated SDF-1/CXCL12 secretion. Cell 121, 335–348 (2005).

119. Stuelten, C. H. et al. Breast cancer cells induce stromal fibroblasts to express MMP-9 via secretion of TNF-α and TGF-β. J. Cell Sci. 118, 2143–2153 (2005).

120. Jung, Y. et al. Recruitment of mesenchymal stem cells into prostate tumours promotes metastasis. Nat. Commun. 4, 1795 (2013).

121. Smith, M. C. et al. CXCR4 regulates growth of both primary and metastatic breast cancer. Cancer Res. 64, 8604–8612 (2004).

122. Kim, M. et al. CXCR4 signaling regulates metastasis of chemoresistant melanoma cells by a lymphatic metastatic niche. Cancer Res. 70, 10411–10421 (2010).

123. D'Alterio, C. et al. Inhibition of stromal CXCR4 impairs development of lung metastases. Cancer Immunol. Immunother. 61, 1713–1720 (2012).

124. Uchida, D. et al. Blockade of CXCR4 in oral squamous cell carcinoma inhibits lymph node metastases. Eur. J. Cancer 47, 452–459 (2011).

125. Kajiyama, H. et al. Involvement of SDF-1α/CXCR4 axis in the enhanced peritoneal metastasis of epithelial ovarian carcinoma. Int. J. Cancer 122, 91–99 (2008).

126. Feig, C. et al. Targeting CXCL12 from FAP-expressing carcinoma-associated fibroblasts synergizes with anti-PD-L1 immunotherapy in pancreatic cancer. Proc. Natl Acad. Sci. USA 110, 20212–20217 (2013).

127. US National Library of Medicine. ClinicalTrials.gov [online], https://clinicaltrials.gov/ct2/show/NCT02179970 (2015).

128. Bromberg, J. STAT proteins and oncogenesis. J. Clin. Invest. 109, 1139–1142 (2002).

129. Verstovsek, S. et al. A double-blind, placebo-controlled trial of ruxolitinib for myelofibrosis. N. Engl. J. Med. 366, 799–807 (2012).

130. Harrison, C. et al. JAK inhibition with ruxolitinib versus best available therapy for myelofibrosis. N. Engl. J. Med. 366, 787–798 (2012).

131. Younes, A. et al. Phase I study of a novel oral Janus kinase 2 inhibitor, SB1518, in patients with relapsed lymphoma: evidence of clinical and biologic activity in multiple lymphoma subtypes. J. Clin. Oncol. 30, 4161–4167 (2012).

132. US National Library of Medicine. ClinicalTrials.gov [online], https://clinicaltrials.gov/ct2/show/NCT02055781?term=pacritinib&rank=3 (2015).

133. Gao, S. P. et al. Mutations in the EGFR kinase domain mediate STAT3 activation via IL-6 production in human lung adenocarcinomas. J. Clin. Invest. 117, 3846–3856 (2007).

134. Song, L., Rawal, B., Nemeth, J. A. & Haura, E. B. JAK1 activates STAT3 activity in non-small-cell lung cancer cells and IL-6 neutralizing antibodies can suppress JAK1-STAT3 signaling. Mol. Cancer Ther. 10, 481–494 (2011).

135. Karin, M. Nuclear factor-kappaB in cancer development and progression. Nature 441, 431–436 (2006).

136. DiDonato, J. A., Mercurio, F. & Karin, M. NF-kappaB and the link between inflammation and cancer. Immunol. Rev. 246, 379–400 (2012).

137. San Miguel, J. F. et al. Bortezomib plus melphalan and prednisone for initial treatment of multiple myeloma. N. Engl. J. Med. 359, 906–917 (2008).

138. San Miguel, J. F. et al. Persistent overall survival benefit and no increased risk of second malignancies with bortezomib–melphalan–prednisone versus melphalan–prednisone in patients with previously untreated multiple myeloma. J. Clin. Oncol. 31, 448–455 (2013).

139. Goy, A. et al. Bortezomib in patients with relapsed or refractory mantle cell lymphoma: updated time-to-event analyses of the multicenter phase 2 PINNACLE study. Ann. Oncol. 20, 520–525 (2009).

140. Hata, H. et al. Interleukin-6 gene expression in multiple myeloma: a characteristic of immature tumor cells. Blood 81, 3357–3364 (1993).

141. Orlowski, R. Z. et al. Phase II, randomized, double blind, placebo-controlled study comparing siltuximab plus bortezomib versus bortezomib alone in pts with relapsed/refractory multiple myeloma [abstract]. J. Clin. Oncol. 30 (Suppl.), a8018 (2012).

142. San-Miguel, J. et al. Phase 2 randomized study of bortezomib-melphalan-prednisone with or without siltuximab (anti-IL-6) in multiple myeloma. Blood 123, 4136–4142 (2014).

143. Bindea, G. et al. Spatiotemporal dynamics of intratumoral immune cells reveal the immune landscape in human cancer. Immunity 39, 782–795 (2013).

144. Fridman, W. H., Pages, F., Sautes-Fridman, C. & Galon, J. The immune contexture in human tumours: impact on clinical outcome. Nat. Rev. Cancer 12, 298–306 (2012).

145. Brahmer, J. R. et al. Phase I study of single-agent anti-programmed death-1 (MDX-1106) in refractory solid tumors: safety, clinical activity, pharmacodynamics, and immunologic correlates. J. Clin. Oncol. 28, 3167–3175 (2010).

146. Topalian, S. L. et al. Safety, activity, and immune correlates of anti-PD-1 antibody in cancer. N. Engl. J. Med. 366, 2443–2454 (2012).

147. Wolchok, J. D. et al. Nivolumab plus ipilimumab in advanced melanoma. N. Engl. J. Med. 369, 122–133 (2013).

148. Powles, T. et al. MPDL3280A (anti-PD-L1) treatment leads to clinical activity in metastatic bladder cancer. Nature 515, 558–562 (2014).

© 2015 Macmillan Publishers Limited. All rights reserved

149. Bingle, L., Brown, N. J. & Lewis, C. E. The role of tumour-associated macrophages in tumour progression: implications for new anticancer therapies. *J. Pathol.* **196**, 254–265 (2002).

150. Murray, P. J. *et al.* Macrophage activation and polarization: nomenclature and experimental guidelines. *Immunity* **41**, 14–20 (2014).

151. Condeelis, J. & Pollard, J. W. Macrophages: obligate partners for tumor cell migration, invasion, and metastasis. *Cell* **124**, 263–266 (2006).

152. Pollard, J. W. Tumour-educated macrophages promote tumour progression and metastasis. *Nat. Rev. Cancer* **4**, 71–78 (2004).

153. Gabrilovich, D. I., Ostrand-Rosenberg, S. & Bronte, V. Coordinated regulation of myeloid cells by tumours. *Nat. Rev. Immunol.* **12**, 253–268 (2012).

154. D'Incalci, M. *et al.* Unique features of the mode of action of ET-743. *Oncologist* **7**, 210–216 (2002).

155. Michaelson, M. D. *et al.* Multicenter phase II study of trabectedin in patients with metastatic castration-resistant prostate cancer. *Ann. Oncol.* **23**, 1234–1240 (2012).

156. US National Library of Medicine. *ClinicalTrials.gov* [online], https://clinicaltrials.gov/ct2/show/NCT00050427?term=NCT00050427&rank=1 (2011).

157. US National Library of Medicine. *ClinicalTrials.gov* [online], https://clinicaltrials.gov/ct2/show/NCT01339754?term=NCT01339754&rank=1 (2014).

158. US National Library of Medicine. *ClinicalTrials.gov* [online], https://clinicaltrials.gov/ct2/show/NCT02194231?term=NCT02194231&rank=1 (2015).

159. Allavena, P. *et al.* Anti-inflammatory properties of the novel antitumor agent yondelis (trabectedin): inhibition of macrophage differentiation and cytokine production. *Cancer Res.* **65**, 2964–2971 (2005).

160. Germano, G. *et al.* Role of macrophage targeting in the antitumor activity of trabectedin. *Cancer Cell* **23**, 249–262 (2013).

161. Mitchem, J. B. *et al.* Targeting tumor-infiltrating macrophages decreases tumor-initiating cells, relieves immunosuppression, and improves chemotherapeutic responses. *Cancer Res.* **73**, 1128–1141 (2013).

162. Xu, J. *et al.* CSF1R signaling blockade stanches tumor-infiltrating myeloid cells and improves the efficacy of radiotherapy in prostate cancer. *Cancer Res.* **73**, 2782–2794 (2013).

163. Priceman, S. J. *et al.* Targeting distinct tumor-infiltrating myeloid cells by inhibiting CSF-1-receptor: combating tumor evasion of antiangiogenic therapy. *Blood* **115**, 1461–1471 (2010).

164. Mok, S. *et al.* Inhibition of CSF-1 receptor improves the antitumor efficacy of adoptive cell transfer immunotherapy. *Cancer Res.* **74**, 153–161 (2014).

165. Ries, C. H. *et al.* Targeting tumor-associated macrophages with anti-CSF-1R antibody reveals a strategy for cancer therapy. *Cancer Cell* **25**, 846–859 (2014).

166. US National Library of Medicine. *ClinicalTrials.gov* [online], https://clinicaltrials.gov/ct2/show/NCT01444404?term=NCT01444404&rank=1 (2014).

167. US National Library of Medicine. *ClinicalTrials.gov* [online], https://clinicaltrials.gov/ct2/show/NCT01346358?term=NCT01346358&rank=1 (2014).

168. US National Library of Medicine. *ClinicalTrials.gov* [online], https://clinicaltrials.gov/ct2/show/NCT01596751?term=NCT01596751&rank=1 (2015).

169. US National Library of Medicine. *ClinicalTrials.gov* [online], https://clinicaltrials.gov/ct2/show/NCT02265536?term=NCT02265536&rank=1 (2015).

170. US National Library of Medicine. *ClinicalTrials.gov* [online], https://clinicaltrials.gov/ct2/show/NCT01349036?term=NCT01349036&rank=1 (2015).

171. US National Library of Medicine. *ClinicalTrials.gov* [online], https://clinicaltrials.gov/ct2/show/NCT01004861?term=NCT01004861&rank=1 (2015).

172. US National Library of Medicine. *ClinicalTrials.gov* [online], https://clinicaltrials.gov/ct2/show/NCT01346358?term=NCT01346358&rank=1 (2014).

173. Zhu, Y. *et al.* CSF1/CSF1R blockade reprograms tumor-infiltrating macrophages and improves response to T-cell checkpoint immunotherapy in pancreatic cancer models. *Cancer Res.* **74**, 5057–5069 (2014).

174. Bennett, S. R. *et al.* Help for cytotoxic-T-cell responses is mediated by CD40 signalling. *Nature* **393**, 478–480 (1998).

175. Sotomayor, E. M. *et al.* Conversion of tumor-specific CD4⁺ T-cell tolerance to T-cell priming through *in vivo* ligation of CD40. *Nat. Med.* **5**, 780–787 (1999).

176. Diehl, L. *et al.* CD40 activation *in vivo* overcomes peptide-induced peripheral cytotoxic T-lymphocyte tolerance and augments anti-tumor vaccine efficacy. *Nat. Med.* **5**, 774–779 (1999).

177. Beatty, G. L. *et al.* CD40 agonists alter tumor stroma and show efficacy against pancreatic carcinoma in mice and humans. *Science* **331**, 1612–1616 (2011).

178. Beatty, G. L. *et al.* A phase I study of an agonist CD40 monoclonal antibody (CP-870,893) in combination with gemcitabine in patients with advanced pancreatic ductal adenocarcinoma. *Clin. Cancer Res.* **19**, 6286–6295 (2013).

179. Bjork, P. *et al.* Identification of human S100A9 as a novel target for treatment of autoimmune disease via binding to quinoline-3-carboxamides. *PLoS Biol.* **7**, e97 (2009).

180. Bratt, O. *et al.* Open-label, clinical phase I studies of tasquinimod in patients with castration-resistant prostate cancer. *Br. J. Cancer* **101**, 1233–1240 (2009).

181. Pili, R. *et al.* Phase II randomized, double-blind, placebo-controlled study of tasquinimod in men with minimally symptomatic metastatic castrate-resistant prostate cancer. *J. Clin. Oncol.* **29**, 4022–4028 (2011).

182. US National Library of Medicine. *ClinicalTrials.gov* [online], https://clinicaltrials.gov/ct2/show/NCT01234311?term=NCT+01234311&rank=1 (2014).

183. US National Library of Medicine. *ClinicalTrials.gov* [online], https://clinicaltrials.gov/ct2/show/NCT01732549?term=NCT+01732549&rank=1 (2014).

184. US National Library of Medicine. *ClinicalTrials.gov* [online], https://clinicaltrials.gov/ct2/show/NCT01513733?term=NCT+01513733&rank=1 (2014).

185. Iida, N. *et al.* Commensal bacteria control cancer response to therapy by modulating the tumor microenvironment. *Science* **342**, 967–970 (2013).

186. Viaud, S. *et al.* The intestinal microbiota modulates the anticancer immune effects of cyclophosphamide. *Science* **342**, 971–976 (2013).

187. Demaria, S. *et al.* Ionizing radiation inhibition of distant untreated tumors (abscopal effect) is immune mediated. *Int. J. Radiat. Oncol. Biol. Phys.* **58**, 862–870 (2004).

188. Burnette, B. & Weichselbaum, R. R. Radiation as an immune modulator. *Semin. Radiat. Oncol.* **23**, 273–280 (2013).

189. Roses, R. E., Datta, J. & Czerniecki, B. J. Radiation as immunomodulator: implications for dendritic cell-based immunotherapy. *Radiat. Res.* **182**, 211–218, (2014).

190. Milas, L. *et al.* CpG oligodeoxynucleotide enhances tumor response to radiation. *Cancer Res.* **64**, 5074–5077 (2004).

191. Mason, K. A. *et al.* Targeting toll-like receptor 9 with CpG oligodeoxynucleotides enhances tumor response to fractionated radiotherapy. *Clin. Cancer Res.* **11**, 361–369 (2005).

192. US National Library of Medicine. *ClinicalTrials.gov* [online], https://clinicaltrials.gov/ct2/show/NCT01637532?term=NCT01637532&rank=1 (2014).

193. US National Library of Medicine. *ClinicalTrials.gov* [online], https://clinicaltrials.gov/ct2/show/NCT01767857?term=NCT01767857&rank=1 (2015).

194. US National Library of Medicine. *ClinicalTrials.gov* [online], https://clinicaltrials.gov/ct2/show/NCT02001974?term=NCT02001974&rank=1 (2015).

195. US National Library of Medicine. *ClinicalTrials.gov* [online], https://clinicaltrials.gov/ct2/show/NCT02179970?term=NCT02179970&rank=1 (2015).

196. US National Library of Medicine. *ClinicalTrials.gov* [online], https://clinicaltrials.gov/ct2/show/NCT02055781?term=NCT02055781&rank=1 (2015).

197. US National Library of Medicine. *ClinicalTrials.gov* [online], https://clinicaltrials.gov/ct2/show/NCT02277093?term=NCT02277093&rank=1 (2015).

198. Demetri, G. D. *et al.* Efficacy and safety of trabectedin in patients with advanced or metastatic liposarcoma or leiomyosarcoma after failure of prior anthracyclines and ifosfamide: results of a randomized phase II study of two different schedules. *J. Clin. Oncol.* **27**, 4188–4196 (2009).

199. US National Library of Medicine. *ClinicalTrials.gov* [online], https://clinicaltrials.gov/ct2/show/NCT00002904?term=NCT00002904&rank=1 (2012).

200. US National Library Medicine. *ClinicalTrials.gov* [online], https://clinicaltrials.gov/ct2/show/NCT01346358?term=NCT01346358&rank=1 (2014).

201. US National Library of Medicine. *ClinicalTrials.gov* [online], https://clinicaltrials.gov/ct2/show/NCT01444404?term=NCT01444404&rank=1 (2015).

202. US National Library of Medicine. *ClinicalTrials.gov* [online], https://clinicaltrials.gov/ct2/show/NCT01004861?term=NCT01004861&rank=1 (2015).

203. US National Library of Medicine. *ClinicalTrials.gov* [online], https://clinicaltrials.gov/ct2/show/NCT01234311?term=NCT01234311&rank=1 (2014).

### Acknowledgements

S.M.C. gratefully acknowledges research funding from Cancer Research UK. F.R.B. gratefully acknowledges research funding from Cancer Research UK (grant C587/A16354) and the European Research Council (grant GA 322,566).

### Author contributions

S.M.C. and F.R.B. contributed equally to researching data for the article, discussions of article content, writing the article, and reviewing and/or editing of the manuscript before submission.

© 2015 Macmillan Publishers Limited. All rights reserved

Exhibit 76

NIH Public Access
**Author Manuscript**
*Free Radic Biol Med.* Author manuscript; available in PMC 2011 December 1.

Published in final edited form as:
*Free Radic Biol Med.* 2010 December 1; 49(11): 1603–1616. doi:10.1016/j.freeradbiomed.2010.09.006.

# Oxidative stress, inflammation, and cancer: How are they linked?

**Simone Reuter**, **Subash C. Gupta**, **Madan M. Chaturvedi**, and **Bharat B. Aggarwal**
Cytokine Research Laboratory, Department of Experimental Therapeutics, The University of Texas MD Anderson Cancer Center, Houston, Texas 77030, USA

## Abstract

Extensive research during last two decades has revealed the mechanism by which continued oxidative stress can lead to chronic inflammation, which in turn could mediate most chronic diseases including cancer, diabetes, cardiovascular, neurological and pulmonary diseases. Oxidative stress can activate a variety of transcription factors including NF-κB, AP-1, p53, HIF-1α, PPAR-γ, β-catenin/Wnt, and Nrf2. Activation of these transcription factors can lead to the expression of over 500 different genes, including those for growth factors, inflammatory cytokines, chemokines, cell cycle regulatory molecules, and anti-inflammatory molecules. How oxidative stress activates inflammatory pathways leading to transformation of a normal cell to tumor cell, tumor cell survival, proliferation, chemoresistance, radioresistance, invasion, angiogenesis and stem cell survival is the focus of this review. Overall, observations to date suggest that oxidative stress, chronic inflammation, and cancer are closely linked.

### Keywords

Oxidative stress; Inflammation; Cancer; Pro-oxidants; Anti-oxidants; NF-κB

## 1. Introduction

Oxidative stress is defined as an imbalance between production of free radicals and reactive metabolites, so-called oxidants or reactive oxygen species (ROS), and their elimination by protective mechanisms, referred to as antioxidants. This imbalance leads to damage of important biomolecules and cells, with potential impact on the whole organism [1]. ROS are products of a normal cellular metabolism and play vital roles in stimulation of signaling pathways in plant and animal cells in response to changes of intra- and extracellular environmental conditions [2]. Most ROS are generated in cells by the mitochondrial respiratory chain [3]. During endogenous metabolic reactions, aerobic cells produce ROS such as superoxide anion ($O_2^{\cdot-}$), hydrogen peroxide ($H_2O_2$), hydroxyl radical (OH•), and organic peroxides as normal products of the biological reduction of molecular oxygen [4]. The electron transfer to molecular oxygen occurs at the level of the respiratory chain, and

---

Address correspondence to: Bharat B. Aggarwal, Ph.D., Cytokine Research Laboratory, Department of Experimental Therapeutics (Unit 0143), The University of Texas MD Anderson Cancer Center, 1515 Holcombe Boulevard, Houston, Texas 77030, USA, aggarwal@mdanderson.org; Tel: +1 713-794-1817; Fax: +1-713-745-6339.

**Conflict of interest:** The authors declare that they have no conflict of interest.

**Publisher's Disclaimer:** This is a PDF file of an unedited manuscript that has been accepted for publication. As a service to our customers we are providing this early version of the manuscript. The manuscript will undergo copyediting, typesetting, and review of the resulting proof before it is published in its final citable form. Please note that during the production process errors may be discovered which could affect the content, and all legal disclaimers that apply to the journal pertain.

the electron transport chains are located in membranes of the mitochondria [5,6]. Under hypoxic conditions, the mitochondrial respiratory chain also produces nitric oxide (NO), which can generate other reactive nitrogen species (RNS) [3]. RNS can further generate other reactive species, e.g., reactive aldehydes-malondialdehyde (MDA) and 4-hydroxynonenal (4-HNE), by inducing excessive lipid peroxidation [7]. Proteins and lipids are also significant targets for oxidative attack, and modification of these molecules can increase the risk of mutagenesis [8].

Under a sustained environmental stress, ROS are produced over a long time, and thus significant damage may occur to cell structure and functions and may induce somatic mutations and neoplastic transformation [9,10]. Indeed, cancer initiation and progression has been linked to oxidative stress by increasing DNA mutations or inducing DNA damage, genome instability, and cell proliferation [11].

The skin, for example, is chronically exposed to both endogenous and environmental pro-oxidants due to its interface function between the body and the environment, and to protect the skin against this overload of oxidant species, it needs a well-organized system of both chemical and enzymatic antioxidants [12]. The lungs, which are directly exposed to oxygen concentrations higher than in most other tissues, are protected against these oxidants by a variety of antioxidant mechanisms [13]. Furthermore, aging, which is considered as an impairment of body functions over time, caused by the accumulation of molecular damage in DNA, proteins and lipids, is also characterized by an increase in intracellular oxidative stress due to the progressive decrease of the intracellular ROS scavenging [14]. Acting to protect the organism against these harmful pro-oxidants is a complex system of enzymatic antioxidants [e.g., superoxide dismutase (SOD), glutathione peroxidase (GPx), glutathione reductase, catalase] and nonenzymatic antioxidants [e.g., glutathione (GSH), vitamins C and D] [15] (Figure 1).

ROS are involved in a wide spectrum of diseases, including chronic inflammation (Table 1), and in a wide variety of different cancers (Table 2).

Chronic inflammation is induced by biological, chemical, and physical factors and is in turn associated with an increased risk of several human cancers [54]. The link between inflammation and cancer has been suggested by epidemiological and experimental data [55,56] and confirmed by anti-inflammatory therapies that show efficacy in cancer prevention and treatment [57]. The fact that continuous irritation over long periods of time can lead to cancer had already been described in the traditional Ayurvedic (meaning, the science of long life) medical system, written as far back as 5000 years ago [58]. Whether this irritation is the same as what Rudolf Virchow referred to as inflammation in the nineteenth century is uncertain [59]. Virchow first noted that inflammatory cells are present within tumors and that tumors arise at sites of chronic inflammation [60]. This inflammation is now regarded as a "secret killer" for diseases such as cancer. For example, inflammatory bowel diseases such as Crohn's disease and ulcerative colitis are associated with increased risk of colon adenocarcinoma [61-63], and chronic pancreatitis is related to an increased rate of pancreatic cancer [64].

The exact mechanisms by which a wound-healing process turns into cancer are topics of intense research [57,65], and possible mechanisms include induction of genomic instability, alterations in epigenetic events and subsequent inappropriate gene expression, enhanced proliferation of initiated cells, resistance to apoptosis, aggressive tumor neo-vascularization, invasion through tumor-associated basement membrane, and metastasis [66]. How oxidative stress modulates these different stages of inflammation-induced carcinogenesis is the focus of this review.

## 2. Inflammatory network

The sources of inflammation are widespread and include microbial and viral infections, exposure to allergens, radiation and toxic chemicals, autoimmune and chronic diseases, obesity, consumption of alcohol, tobacco use, and a high-calorie diet [60,67]. In general, the longer the inflammation persists, the higher the risk of cancer. Two stages of inflammation exist, acute and chronic inflammation. Acute inflammation is an initial stage of inflammation (innate immunity), which is mediated through the activation of the immune system. This type of inflammation persists only for a short time and is usually beneficial for the host. If the inflammation lasts for a longer period of time, the second stage of inflammation, or chronic inflammation, sets in and may predispose the host to various chronic illnesses, including cancer [68]. During inflammation, mast cells and leukocytes are recruited to the site of damage, which leads to a 'respiratory burst' due to an increased uptake of oxygen, and thus, an increased release and accumulation of ROS at the site of damage [7,65].

On the other hand, inflammatory cells also produce soluble mediators, such as metabolites of arachidonic acid, cytokines and chemokines, which act by further recruiting inflammatory cells to the site of damage and producing more reactive species. These key mediators can activate signal transduction cascades as well as induce changes in transcription factors, such as nuclear factor kappa B (NF-κB), signal transducer and activator of transcription 3 (STAT3), hypoxia-inducible factor-1α (HIF1-α), activator protein-1 (AP-1), nuclear factor of activated T cells (NFAT) and NF-E2 related factor-2 (Nrf2), which mediate immediate cellular stress responses (Figure 2). Induction of cyclooxygenase-2 (COX-2), inducible nitric oxide synthase (iNOS), aberrant expression of inflammatory cytokines [tumor necrosis factor (TNF), interleukin-1 (IL-1), IL-6 and chemokines [IL-8; CXC chemokine receptor 4 (CXCR4)], as well as alterations in the expression of specific microRNAs, have also been reported to play a role in oxidative stress-induced inflammation [69]. This sustained inflammatory/oxidative environment leads to a vicious circle, which can damage healthy neighboring epithelial and stromal cells and over a long period of time may lead to carcinogenesis [70].

As an example, mutations in the rat sarcoma viral oncogene (RAS) induce an inflammatory response. RAS, which is mutated in approximately 25% of all malignancies [71], promotes cell proliferation, tumor growth, and angiogenesis of malignant cells. During inflammatory stimuli, Ras induces the expression of various inflammatory gene products, including the pro-inflammatory cytokines IL-1, IL-6 and IL-11 and the chemokine IL-8 [72].

## 3. Pro-oxidant network

Following an inflammatory stimulus, initiation of carcinogenesis mediated by ROS may be direct (oxidation, nitration, halogenation of nuclear DNA, RNA, and lipids), or mediated by the signaling pathways activated by ROS. With the help of the mitochondrial respiratory chain, aerobic organisms are able to attain a far greater energy production efficiency compared with anaerobic organisms. However, one disadvantage of aerobic respiration is continuous electron leakage to $O_2$ during mitochondrial ATP synthesis. In fact, 1–5% of total oxygen consumed in aerobic metabolism gives rise to the superoxide anion ($O_2^-$), an example of ROS. To protect against this free radical, the main enzyme for its degradation, the manganese-superoxide dismutase (Mn-SOD), dismutates it into $H_2O_2$ and water [73].

$H_2O_2$, another example of ROS, may be formed either by dismutation from superoxide anion or spontaneously in peroxisomes from molecular oxygen [74-76]. Despite its lesser reactivity compared with other ROS, $H_2O_2$ plays however an important role in carcinogenesis because it is capable of diffusing throughout the mitochondria and across cell

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

membranes and producing many types of cellular injury [74,75]. The main injurious effects of ROS in mammalian cells are however mediated by the hydroxyl radical (·OH). It has a very unstable electron structure and is therefore unable to diffuse more than one or two molecular diameters before it reacts in practice with any cellular component [76,77]. The majority of ·OH in vivo is produced in the presence of reduced transition metals (ions of Fe, Cu, Co, or Ni), mainly via the Fenton reaction when $Fe^{2+}$ contacts $H_2O_2$. The ·OH-derived DNA damage includes the generation of 8-hydroxyguanosine (8-OHG), the hydrolysis product of which is 8-hydroxydeoxyguanosine (8-OHdG). 8-OHdG is the most widely used fingerprint of radical attack towards DNA [77,78]. 8-OHdG has been strongly implicated in carcinogenesis progression. For example, in breast carcinomas, 8-OHdG has been reported to be increased 8- to 17-fold in breast primary tumors compared with nonmalignant breast tissue [79-81].

NO·, another free radical implicated in carcinogenesis, is a short-lived free radical generated from L-arginine [82], that is effective against pathogens. The major part of NO· is synthesized by iNOS, usually after challenge by immunological or inflammatory stimuli [82,83]. NO is synthesized from -arginine by the enzyme nitric oxide synthase (NOS). The constitutive (calcium-dependent) isoforms, neuronal NOS (nNOS or bNOS) and endothelial NOS (eNOS), produce small amounts of NO which act as a neurotransmittor and vasodilator, respectively [84]. The inducible (calcium-independent) isoform (iNOS) produces much larger amounts of NO and is only expressed during inflammation. Whereas iNOS can produce injurious amounts of RNS (check), eNOS and nNOS produce beneficial amounts under physiological conditions [85]. iNOS is induced by cytokines such as γ-interferon (γ-IFN), TNF-α, IL-1, and lipopolysaccharide (LPS). LPS activation induces the translocatation of NF-κB, from the cytoplasm to the nucleus, where it interacts with κB elements in the *NOS2 (iNOS)* 5′ flanking region, triggering *NOS2* transcription [86].

Defective autophagy of old mitochondria (mitophagy) can also be a major source of ROS [87]. These ROS produced by damaged mitochondria, can promote tumor development, likely by perturbing the signal transduction adaptor function of p62-controlling pathways [88].

To control the balance between production and removal of ROS (Figure 3), a variety of DNA repair enzymes exist, although antioxidants are more specific and efficient in protecting cells from radicals. This antioxidant system includes both endogenous and exogenous and enzymatic and non-enzymatic antioxidants. Glutathione (GSH), is a tripeptide and the major endogenous antioxidant produced by the cells, which helps to protect cells from ROS such as free radicals and peroxides [89]. It is now well established that ROS and electrophilic chemicals can damage DNA, and that GSH can protect against this type of damage [90]. GSH can also directly detoxify carcinogens through phase II metabolism and subsequent export of these chemicals from the cell. On the other hand, elevated GSH levels are observed in various types of cancerous cells and solid tumors, and this tends to make these cells and tissues more resistant to chemotherapy [91-93].

SODs were the first characterized antioxidant enzymes [94]. Three different types of SOD are expressed in human cells, copper-zinc SOD (Cu-ZnSOD), Mn-SOD, and extracellular-SOD (EC-SOD), all of which are able to dismutate two $O_2^{\cdot-}$ anions to $H_2O_2$ and molecular oxygen. Catalase is then responsible for detoxification of $H_2O_2$ to water. GPx are another group of enzymes capable of reducing hydroperoxides, including lipid hydroperoxides, using GSH as substrate. The oxidized form of glutathione disulfide (GSSG) is again reduced by the specific enzyme glutathione reductase. Peroxiredoxins (Prx) were first described 20 years ago and as in catalase and GPx, the main function of peroxiredoxins is to reduce alkyl hydroperoxides and $H_2O_2$ to the corresponding alcohol or water.

Direct effects of ROS, generally attributed to high concentrations at the site of damage, include DNA strand breaks, point mutations, aberrant DNA cross-linking, and mutations in proto-oncogenes and tumor-suppressor genes, thus promoting neoplastic transformation [7,95]. For example, ROS can reduce the expression and enzymatic activity of the DNA mismatch repair genes mutS homologue 2 and 6 and can increase the expression of DNA methyltransferases, leading to a global hypermethylation of the genome [60]. This leads to promoter silencing of several genes, such as adenomatous polyposis coli (APC), cyclin-dependent kinase inhibitor-2 (CDKN-2), breast cancer susceptibility gene 1 (BRCA1), retinoblastoma protein (Rb), and murine double minute 2 (MDM2), and the DNA mismatch repair gene, human mutL homolog 1 (hMLH1) [96,97].

On the other hand, low or transient levels of ROS can activate cellular proliferation or survival signaling pathways, such as the NF-κB, AP1, extracellular signal-regulated kinase/mitogen-activated protein kinase (ERK/MAPK), and phosphoinositide 3- kinase/AKT8 virus oncogene cellular homolog (PI3K/Akt) pathways (Table 3).

For example, $H_2O_2$ is able to degrade IκBα, the inhibitory subunit of NF-κB [137]. Protein kinase C, which participates in a variety of pathways regulating transcription and cell cycle control, is also activated by $H_2O_2$ [137]. In addition, ROS induces both the activation and synthesis of AP-1, a regulator of cell growth, proliferation, and apoptosis [138,139] and transcription factors such as STAT3, HIF-1α, and p53 [118,140,141].

## 4a. Cellular transformation

Chronic inflammation has been linked to various steps involved in carcinogenesis, including cellular transformation, promotion, survival, proliferation, invasion, angiogenesis, and metastasis [65,142]. How oxidative stress is involved in these various steps is discussed in the following sections.

Cancer is a multistage process defined by at least three stages: initiation, promotion, and progression [143-145]. Oxidative stress interacts with all three stages of this process. During the initiation stage, ROS may produce DNA damage by introducing gene mutations and structural alterations of the DNA. In the promotion stage, ROS can contribute to abnormal gene expression, blockage of cell- to cell communication, and modification of second messenger systems, thus resulting in an increase of cell proliferation or a decrease in apoptosis of the initiated cell population. Finally, oxidative stress may also participate in the progression stage of the cancer process by adding further DNA alterations to the initiated cell population [146].

In recent years, considerable evidence has demonstrated that ROS are involved in the link between chronic inflammation and cancer [147-149]. Indeed, an important characteristic of tumor promoters is their ability to recruit inflammatory cells and to stimulate them to generate ROS [150,151]. Tumor promotion, for example, can be inhibited in animal models by the use of agents, including certain antioxidants as well as steroids and retinoids, that can inhibit the phagocyte respiratory burst [148,150]. Moreover, increased levels of oxidatively modified DNA bases (such as thymidine glycol, 5-hydroxymethyl-2′-deoxyuridine and 8-OHdG) have been induced in the skin of mice by topical phorbol 12-myristate 13- acetate (PMA) exposure [152]. 8-OHdG has also been identified in the epidermis of nude mice exposed to near-UV [153]. In addition, genetic damage and neoplastic transformation have been demonstrated in cells co-cultured in vitro with activated phagocytes [149] and the genotoxic effects observed include formation of DNA strand breaks [151], sister chromatid exchange [154] and mutations [155]. Furthermore, the DNA base modifications observed are characteristic of an attack by reactive oxygen species OH. [156]. Inflammatory cells may also increase DNA damage by activating procarcinogens to DNA-damaging species, for

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

example neutrophils can activate aromatic amines, aflatoxins, estrogens, phenols, and polycyclic aromatic hydrocarbons by ROS-dependent mechanisms [148,157]. On the other hand, both neutrophils and macrophages have themselves been shown to release large quantities of superoxide, hydrogen peroxide, and hydroxyl radical following activation of their redox metabolism [158].

In fact, initial experiments on the role of ROS in tumor initiation have assumed that oxidative stress acts as a DNA-damaging agent, effectively increasing the mutation rate within cells and thus promoting oncogenic transformation [159]. However, more recent studies have revealed that in addition to inducing genomic instability, ROS can specifically activate certain signaling pathways and thus contribute to tumor development through the regulation of cellular proliferation, angiogenesis, and metastasis [160]. For example, nitrosative stress has been shown to play a critical role in inflammation-associated carcinogenesis by activating AP-1, a representative redox-sensitive transcription factor [161], which is involved in cell transformation and proliferation [139,162].

## 4b. Tumor cell survival

One of the key characteristics of tumor cells is their increased ability to survive compared with normal cells. ROS are reported to be tumorigenic by virtue of their ability to increase cell proliferation, survival, and cellular migration. ROS can induce DNA damage, leading to genetic lesions that initiate tumorigenicity and subsequent tumor progression. On the other hand, ROS can also induce cellular senescence and cell death and can therefore function as anti-tumorigenic agents. Whether ROS promote tumor cell survival or act as anti-tumorigenic agents depends on the cell and tissues, the location of ROS production, and the concentration of individual ROS.

ROS has been reported to play a major role in tumor initiation and survival induced by a variety of agents both in animal models and humans [158,163,164] by mediating cellular signal transduction pathways. These signaling pathways are involved in the transmission of inter or intracellular information and are critical for supporting tumor cell survival and establishing cell fate. The reduced nicotinamide adenine dinucleotide phosphate (NADPH) oxidase (Nox) family of enzymes, one of the potential sources of ROS production, has been reported to promote tumor cell survival and growth [165]. For example, Nox4 and Nox5 promote tumor cell survival in pancreatic and lung cancers, respectively [165]. The serine-threonine kinase Akt has been reported to down-regulate antioxidant defenses and promote tumor cell survival [166]. ROS has also been reported to activate Akt by inhibiting phosphatase and tensin homolog deleted from chromosome 10 (PTEN), the phosphatase counteracting PI3K-dependent Akt activation [167]. Akt may foster tumorigenesis by multiple means [168,169], for example, by stabilizing cellular avian myeloblastosis virus oncogene (c-Myc) and cyclin D1 or by inducing degradation of the cyclin-dependent kinase (Cdk) inhibitor, p27 kinase inhibitor protein (p27Kip1). Akt is also a profound inhibitor of apoptosis due to its ability to inactivate pro-apoptotic molecules, including caspase-9 and the Bcl-2 homology3 (BH3)-only protein Bcl-XL/Bcl-2-associated death promoter (Bad), and by triggering the activity of the transcription factor NF-κB. In addition, Akt promotes nuclear translocation of the ubiquitin ligase MDM2, which counteracts p53-mediated apoptosis. An important aspect of Akt's promotion of cell survival involves alterations in cellular energy metabolism [168,169]. Thus, by preventing apoptosis and increasing oxidative metabolism, Akt lies at the hub of complex signaling networks that integrate a multitude of potentially oncogenic signals.

NIH-PA Author Manuscript    NIH-PA Author Manuscript    NIH-PA Author Manuscript

## 4c. Tumor cell proliferation

Uncontrolled tumor cell proliferation requires the upregulation of multiple intracellular signaling pathways including cascades involved in survival, proliferation, and cell cycle progression. The most significant effects of oxidants on signaling pathways have been observed in the mitogen-activated protein (MAP) kinase/AP-1 and NF-κB pathways [170]. The induction of redox-sensitive pathways during tumor cell proliferation is necessary since cell division presents tremendous energy requirements and the production of metabolites from energy-generating reactions must be buffered to prevent oxidative damage and ultimately cell death [171].

Of the MAP kinase family, which modulates gene expression through phosphorylation of a wide array of transcription factors, the ERK pathway is the most commonly linked with the regulation of cell proliferation. Activation of the ERK, c-Jun N-terminal kinase (JNK), and p38 subfamilies has been observed in response to changes in the cellular redox balance [172]. The induction of AP-1 by $H_2O_2$, cytokines, and other stressors, for example, is mediated mainly by JNK and p38 MAP kinase cascades [173]. Once activated, JNK proteins translocate to the nucleus and phosphorylate c-Jun and activating transcription factor-2 (ATF-2), enhancing transcriptional activities [174,175]. $H_2O_2$ can activate MAP kinases and thereby AP-1 in several manners.

Redox status has also been shown to have an impact on NF-κB regulation. NF-κB regulates several genes involved in cell transformation, proliferation, and angiogenesis [176]. Carcinogens and tumor promoters including UV radiation, phorbol esters, asbestos, alcohol, and benzo(a)pyrene are among the external stimuli that activate NF-κB [177,178]. Expression of NF-κB has been shown to promote cell proliferation, whereas inhibition of NF-κB activation blocks cell proliferation [179]. Additionally, tumor cells from blood neoplasms, and cell lines from different cancers, including colon, breast, pancreas, and squamous cell carcinoma, have all been reported to constitutively express activated NF-κB [180]. The mechanism for activation of NF-κB by ROS is not clear, and the relationship between NF-κB and ROS is complex [123]. Although mild oxidative stress can lead to modest NF-κB activation, extensive oxidative stress can inhibit NF-κB [123]. Furthermore, NF-κB can protect cells from oxidative stress through induction of the ferritin heavy chain and SOD2 genes, which are both regulated by NF-κB [181,182]. On the other hand, ROS are believed to be implicated as second messengers involved in activation of NF-κB via TNF and IL-1 [183] and indeed, suppression of TNF and IL-1 were shown to downregulate the expression of active NF-κB and inhibit proliferation of lymphoma and myelogenous leukemia cells [184]. The importance of ROS on NF-κB activation is further supported by studies demonstrating that activation of NF-κB by nearly all stimuli can be blocked by antioxidants, such as L-cysteine, N-acetylcysteine (NAC), thiols, green tea polyphenols, and vitamin E [185,186], although this might be not very specific because antioxidants have multiple targets [187]. Likewise, NF-κB activity was increased in cells that overexpressed SOD and decreased in cells overexpressing catalase [188].

Kinases, such as protein kinase C (PKC) can also be activated by $H_2O_2$ and redox cycling quinones [189,190]. Similarly, $H_2O_2$ leads to the activation of protein kinase B/Akt (PKB/Akt), which is associated with heat shock protein 27 (Hsp27) [191].

That ROS such as $H_2O_2$ and superoxide anion induce mitogenesis and cell proliferation has now been demonstrated in several mammalian cell types [192]; and a reduction in cellular oxidants via supplementation with antioxidants such as superoxide dismutase, catalase, β-carotene, and flavonoids inhibits cell proliferation in vitro [193]. However, paradoxically high concentrations of ROS can trigger apoptotic or necrotic cell death [194-196].

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

### 4d. Tumor cell invasion

Oxygen radicals may augment tumor invasion and metastasis by increasing the rates of cell migration. During transformation into invasive carcinoma, epithelial cells undergo profound alterations in morphology and adhesive mode, resulting in a loss of normal epithelial polarization and differentiation, and a switch to a more motile, invasive phenotype. For example, treatment of mammalian carcinoma cells with hydrogen peroxide prior to intravenous injection into mice enhances lung metastasis formation, indicating that an important function for ROS is the seeding of metastatic tumor cells [197]. This might be due to a decreased attachment of tumor cells to the basal lamina, or alternatively be due to the increased activity or expression of proteins that regulate cellular motility. For instance, oxidative stress regulates the expression of intercellular adhesion protein-1 (ICAM-1), a cell surface protein in endothelial and epithelial cells, most likely due to the activation of NF-κB. ICAM-1 together with IL-8 regulates the transendothelial migration of neutrophils and has a potential function in tumor metastasis [198].

On the other hand, it is believed that the matrix metalloproteinases (MMPs) play the central role, and their increased expression reportedly is associated with the invasion and metastasis of malignant tumors of different histogenetic origins [199]. For example, Mori et al. found that MMP-13, MMP-3, and MMP-10 were remarkably upregulated by the oxidant directly, and their activities were critically implicated in the invasive potential induced in NMuMG cells in the reconstituted model [200]. Another subgroup of MMPs, gelatinases (MMP-2 and -9), which are key enzymes for degrading type IV collagen and are thought to play a critical role in tumor invasion and metastasis [199], were also found to be activated post-transcriptionally by prolonged oxidative treatment. These effector molecules activated under prolonged oxidative stress relate chronic inflammation to malignant transformation, in particular to the invasive potential of cells, at least at a molecular level.

MMPs are capable of cleaving most components of the basement membrane and extracellular matrix [201]. The activation of MMPs, such as MMP-2, probably occurs by the reaction of ROS with thiol groups in the protease catalytic domain [202]. In additional to their role as key regulators of MMP activation, ROS have been implicated in MMP gene expression [203]. Both hydrogen peroxide and nitric oxide donors, as well as the increased expression of iNOS, stimulate the expression of several MMPs (MMP-1, MMP-3, MMP-9, MMP-10, MMP-13) [203]. In fibroblastic cells, the sustained production of $H_2O_2$ recently was shown to activate MMP-2 and to increase cell invasion [204]. Oxidative stress may also modulate MMP expression by activation of the rat sarcoma viral oncogene (RAS), or direct activation of the MAPK family members extracellular-signal regulated kinase 1/2 (ERK1/2), p38, and JNK, or inactivation of phosphatases that regulate these proteins [160].

In addition, several studies have reported the involvement of chemokines and chemokine receptors in the invasion and metastasis of different types of tumors [205-208]. The metastatic potential of chemokines is attributed to their ability to induce the expression of MMPs, which facilitate tumor invasion [208,209]. Moreover, silencing of endogenous CXCR4 gene expression by CXCR4-shRNA inhibited the proliferation, adhesion, chemotaxis and invasion of mucoepidermoid carcinoma cells [210]. In addition, recent data point to a role for the small guanosine triphosphatase Rac1 (GTPase Rac1) in motility and invasion of tumor cells in vitro by altering cell-cell and cell-matrix adhesion. For example, Rac1 activity induces ROS production in endothelial cells. These ROS can mediate Rac1-induced loss of cell-cell adhesion in primary human endothelial cells and thus might loosen the integrity of the endothelium [211].

It is becoming clear that a number of steps in the metastatic cascade, such as invasion, intravasation and extravasation are regulated by redox signaling [212]. One such redox

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

signalling molecule is the electrophilic cyclopentenone prostaglandin 15d-PGJ2 (15-deoxy-12,14 -prostaglandin J2), an inflammatory molecule [213], that can affect redox signalling through the post-translational modification of critical cysteine residues in proteins, such as actin, vimentin and tubulin [214,215]. The fact that 15d-PGJ2 can alter the cytoskeleton [212], may coincides with decreased migration and increased focal-adhesion disassembly, that might have important implications in the inhibition of metastatic processes such as invasion, intravasation and extravasation. These results suggest a role for redox signalling pathways, rather than direct cytoskeletal disruption, in the mechanism of 15d-PGJ2 in cancer cells.

Finally, Cheng et al demonstrated that ROS enhance the transendothelial migration (TEM) of melanoma cells during intravasation, and that this mechanism could potentially be triggered by ultraviolet radiation through the increased expression of thioredoxin interacting protein (Txnip) and inhibition of thioredoxin (Trx) [216].

## 4e. Tumor cell angiogenesis

Solid tumors induce an angiogenic response by the host blood vessels to form a new vascular network for the supply of nutrients and oxygen [217]. This neovascular response is partly responsible for tumor growth and metastatic spread [218,219]. Angiogenesis in tumors is controlled by the so-called 'angiogenic switch,' which allows the transition from low invasive and poorly vascularized tumors to highly invasive and angiogenic tumors. To further increase in size, tumor cells express a set of molecules that initiate tumor vascularization.

A number of cellular stress factors, including hypoxia, nutrient deprivation, and ROS, are important stimuli of angiogenic signaling [220]. In addition, overexpression of Ras has been linked to vascularization of tumors [221]. Indeed, transformation by Ras stabilizes HIF-1α and upregulates the transcription of vascular endothelial growth factor-A (VEGF-A). Moreover, chemical antioxidants inhibit the mitogenic activity of Ras, indicating that ROS participate directly in malignant transformation. Finally, ROS stabilize HIF-1α protein and induce production of angiogenic factors by tumor cells [222].

The HIF system plays a significant role in angiogenesis, and the molecular mechanisms of its regulation have recently been characterized. In addition, HIF-independent mechanisms that involve a number of other molecules and transcription factors such as NF-κB and p53 have been described. p53 may interact with the HIF system but may also have direct effects on angiogenesis regulators or interfere with translation mechanisms of angiogenesis factors

One other major factor in angiogenesis is vascular endothelial growth factor (VEGF), which is produced by the cells to stimulate the growth of new blood vessels. VEGF induces angiogenesis by stimulating endothelial cell proliferation and migration primarily through the receptor tyrosine kinase VEGF receptor2, fetal liver kinase 1/ kinase insert domain receptor (Flk1/KDR). VEGF binding initiates tyrosine phosphorylation of KDR, which results in activation of downstream signaling enzymes including ERK1/2, Akt and endothelial nitric oxide synthase (eNOS), which contribute to angiogenic-related responses in endothelial cells [134]. A number of oncogenes and tumor-suppressor genes that are normally associated with cell transformation [(RAS, c-Myc, murine sarcoma 3611 oncogene (RAF), human epidermal growth factor receptor-2 (HER-2/neu), c-Jun, and steroid receptor coactivator (SRC)] regulate angiogenesis through upregulation of VEGF or downregulation of thrombospondin-1 (TSP-1), an angiogenesis suppressor [223,224]. Furthermore, mutated p53 upregulates VEGF and in contrast, wild-type p53 decreases VEGF production and increases TSP-1 [225]. Angiogenic factors such as VEGF, fibroblast growth factor (FGF) and platelet-derived growth factor (PDGF) are released into the tumor microenvironment by

tumor or inflammatory cells in response to various stimuli, such as ROS [226]. The released growth factors activate endothelial cells that give rise to new blood vessels [227,228].

Monte et al. have demonstrated that lymphocyte-induced angiogenesis is triggered by ROS stimulation, and that this response can be blocked by the administration of a free radical scavenger to tumor bearing mice [229] [230]. In addition, the administration of $H_2O_2$ or an oxidative stress-producing drug (doxorubicin) to normal mice activated in vivo angiogenesis [229].

Due to reduced physiological tissue oxygen tension (hypoxia), which occurs during tumor initiation, tumors often become hypoxic. Under hypoxic conditions, cells activate signaling pathways, which regulate proliferation, angiogenesis, and death. Cancer cells have adapted to these pathways, effectively allowing tumors to survive and even grow under adverse hypoxic conditions [160]. This adaptation of tumor cells to hypoxia contributes to the malignant phenotype and to aggressive tumor progression [231], and low oxygen tension in tumors is associated with increased metastasis and poor survival of patients with several forms of squamous tumor [232,233]. HIF-1α responds to these changes by specifically decreasing the oxygen (or hypoxia) level, and upregulating several genes to promote survival in low-oxygen conditions and thus promoting angiogenesis.

In conclusion, although previous sections indicate that all different sub-stages of tumor development are affected by ROS and inflammation, early stages of cancer development (e.g. cellular transformation), involving DNA damage, are however most affected by ROS generated inflammation. For example, colitis may develop into colon cancer after inflammatory infiltration, increased production of ROS, impairment of antioxidant defenses, DNA damage, and genetic and epigenetic alterations, resulting in the transformation of epithelial cells [234]. Or, bronchitis, which can lead to lung cancer, clearly links pro-oxidants, generated by cigarette smoke, to inflammation of the bronchus, and eventually transformation of lung cells into lung cancer [235]. Similarly pancreatitis and esophagitis, both induced by tobacco and alcohol, may transform normal tissue into pancreatic or esophageal cancer if the antioxidant system is not sufficiently effective [236,237].

## 4f. Chemoresistance

Despite many decades of research, the mechanisms underlying chemoresistance are still poorly understood. There is growing evidence that the inflammatory tumor microenvironment modulates not only cancer development but also cancer responsiveness and resistance to conventional anticancer therapies [238]. Experimental studies have led to the identification of various cancer cell-intrinsic resistance mechanisms, e.g., activation and/or overexpression of drug transporter proteins (e.g., P-glycoprotein), altered expression of detoxifying enzymes (e.g., glutathione S-transferase) or resistance to apoptosis/senescence pathways [239-242].

For example, an inflammatory response induces changes in expression and activity of multidrug-resistance (MDR)-associated protein transporters, greatly affecting drug responses [243,244]. It has been shown that acute inflammation suppresses the drug transporter P-glycoprotein (PGP) in the liver, whereas it activates PGP in kidneys, resulting in changes in the pharmacokinetics of the PGP substrate doxorubicin [245]. Likewise, expression of multidrug resistance-associated protein 1 (MRP1) is elevated in inflamed intestine of patients with Crohn's disease or ulcerative colitis [246]. Thus, enhanced states of inflammation influence proteins that are strongly linked with drug resistance.

In addition to the effects caused by inflammation, several chemotherapeutic agents have also been shown to activate the transcription factor NF-κB in human lung and cervical cancers

NIH-PA Author Manuscript          NIH-PA Author Manuscript          NIH-PA Author Manuscript

and in T cells [247-249]. These agents are paclitaxel, vinblastine, vincristine, doxorubicin, daunomycin, 5-fluorouracil, cisplatin, and tamoxifen. Activation of NF-κB by these agents has been linked in turn with chemoresistance through serine phosphorylation of inhibitor of κBα (IκBα) [250,251]. Various in vitro studies have supported a link between NF-κB activation, cytokine production and chemoresistance. One pathway via which NF-κB can be activated is the Toll-like receptor (TLR) pathway. TLRs generally signal via the adapter protein myeloid differentiation primary response gene 88 (MyD88) leading to activation of NF-κB and production of pro-inflammatory cytokines. Activation of TLR signaling in ovarian cancer cell lines by exogenously added LPS resulted in an activated NF-κB pathway, which promoted secretion of proinflammatory cytokines and subsequently conferred resistance to paclitaxel [252,253]. Also, TNF receptor signaling promotes NF-κB activation and has been linked with chemoresistance. For example, exposure of breast cancer cells to exogenously added TNFα results in selection for breast cancer cells that overexpress NF-κB, leading to increased cancer cell survival and resistance to ionizing radiation [254]. At the same time, cytokines produced by stromal cells in the tumor microenvironment (e.g., IL-1 or TNFα) could potentially activate the NF-κB pathway in cancer cells and thus contribute to chemoresistance. These data call for functional in vivo studies to elucidate the involvement of the inflammatory tumor microenvironment in NF-κB-dependent chemoresistance.

Another mechanism that might be involved in chemoresistance is increased levels of GSH in cancer cells [92]. In particular, the overexpression of glutathione S-transferases (GST), the enzymes that catalyse the conjugation of reduced glutathione to electrophilic [255], as well as efflux pumps, may reduce the reactivity of various anticancer drugs [256]. The increase of the GST levels occurs by transcriptional activation mediated by the nuclear factor-erythroid 2 p45-related factor 2 (Nrf2) [257]. Indeed, using genetic manipulation, Lau et al. have demonstrated a strong positive correlation between Nrf2 levels and resistance of three cancer cell lines to chemotherapeutic drugs such as cisplatin, doxorubicin, and etoposide [258]. Chemical activation of Nrf2 by pretreatment with tertiary-butylhydroquinone (tBHQ) also increased survival of neuroblastoma cells in response to the three drugs tested [259]. Consistent with these findings, the role of Nrf2 in determining efficacy of cisplatin was also demonstrated in ovarian cancer cells using siRNA knockdown of Nrf2 [260]. Moreover, many kelch-like ECH-associated protein 1 (Keap1) mutations or loss of heterozygosity in the Keap1 locus have been identified in lung cancer cell lines or cancer tissues [261,262]. Keap1 mutations or loss of heterozygosity resulted in inactivation of Keap1 or a reduced expression of Keap1, which upregulated the protein level of Nrf2 and transactivation of its downstream genes [261,262]. Similar to Nrf2, the protective effect of heme oxygenase-1 (HMOX-1, or HO-1) in normal cells may protect from oxidative stress-related diseases. However, such an effect is undesirable in cancer because it provides a selective advantage for cancer cells to survive. Consistent with this notion, HMOX-1 has been found to be overexpressed in various tumor types. It is believed that overexpression of HMOX-1 facilitates cancer cell growth and survival in many ways, such as stimulating rapid growth of cancer cells, enhancing cancer cell resistance to stress and apoptosis, promoting angiogenesis of tumors, and aiding in metastasis of tumors [263]. In addition to HMOX-1, other Nrf2-downstream genes such as Prx1, GPx, and thioredoxin reductase (TrxR) were also upregulated in many cancer cells or tissues and may contribute to chemoresistance [264-266]. In ovarian cancer, constitutive activation of ERK activity has been associated with high tumorigenicity and chemoresistance [267,268]. In addition, functional analyses employing knockdown of MKP3, a member of the subfamily of protein tyrosine phosphatases known as dual-specificity phosphatases (MKPs) [269,270], and ectopic overexpression revealed the role of MKP3 in negatively regulating ERK1/2 activity and inhibiting tumorigenicity and chemoresistance in vitro and in vivo. MKP3 is capable of

NIH-PA Author Manuscript    NIH-PA Author Manuscript    NIH-PA Author Manuscript

dephosphorylating ERK1/2 by protein-protein interactions via mitogen-activated protein kinase interaction motif within the N-terminal ERK1/2-binding domain [271].

## 4g. Radioresistance

Acquired tumor radioresistance can be induced during radiotherapy owing to tumor repopulation [272]. Although tumor radioresistance stands as a fundamental barrier limiting the effectiveness of radiation therapy, the exact molecular mechanisms underlying the radioadaptive response are largely unknown (Figure 4). Olivieri et al. [273] first described an adaptive response of human lymphocytes to ionizing radiation. Since then, a substantial number of reports have made a strong case for the existence of cellular radioprotective mechanisms that can be activated in response to a small dose of ionizing radiation. It is assumed that a specific pro-survival signaling network is induced in irradiated mammalian cells.

The elevated basal NF-κB activity in certain cancers has been linked with tumor resistance to chemotherapy and radiation [274]. NF-κB in adaptive radioresistance is evidenced in mouse epidermal cells [275] and human keratinocytes, and inhibition of NF-κB blocks the adaptive radioresistance [275]. Human breast cancer cells treated with fractional γ-irradiation show an enhanced clonogenic survival and NF-κB activation [276,277]. Blocking NF-κB inhibited the adaptive radioresistance. These results provide the first evidence that activation of NF-κB is required for signaling the radio-adaptive resistance by exposure to radiation. Together with the assumption that NF-κB is able to regulate more than 150 effector genes, these results suggest that NF-κB plays a key role in tumor radioadaptive resistance under fractional ionizing radiation. Furthermore, in a study [278] that immunocytochemically examined the levels of activated NF-κB protein in pretreatment cancer specimens and in resected specimens of patients with chemoradiotherapy resistance, the cancers expressed higher levels of cytoplasmic NF-κB than did the adjacent nonmalignant mucosa. Furthermore, Sandur et al. suggest that transient inducible NF-κB activation provides a prosurvival response to radiation that may account for the development of radioresistance [279].

On the other hand, hypoxia is a principal signature of the tumor microenvironment and is considered to be the most important cause of clinical radioresistance and local treatment failure. The response of cells to ionizing radiation is strongly dependent upon oxygen, which is traditionally explained by the "oxygen fixation hypothesis" [280]. Oxygen is so far the best radiosensitizer. De Ridder et al. demonstrated that iNOS, activated by pro-inflammatory cytokines, can radiosensitize tumor cells through endogenous production of NO [280]. They further observed that this radiosensitizing effect is transcriptionally controlled by hypoxia and by NF-κB. Consistently, NF-κB inhibition has been used as an approach to radiosensitize tumor cells, aiming at stimulating apoptosis and inhibiting DNA repair. Moreover, the inflammatory mediators TNFα and NO have been repeatedly used as targets to radiosensitize tumor cells [281-285].

## 4h. Stem cell survival

Cancer stem cells (CSCs) are cancer cells that have the ability to generate tumors through the processes of self-renewal and differentiation into multiple cells. Such cells persist in tumors as a distinct population and cause relapse and metastasis by giving rise to new tumors. The existence of CSCs may have several implications in cancer treatment, including disease identification, selection of drug targets, prevention of metastasis, and development of new intervention strategies.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

The first conclusive evidence for CSCs was published in 1997 [286], and to date CSCs have been isolated from both leukemias and a variety of solid tumors, including breast, brain, pancreatic, prostrate, ovary, and colon cancers [287-293]. The pathways that regulate self-renewal of CSCs include wint (Wnt), Notch, Hedgehog, and tumor-suppressor genes such as PTEN and TP53 (tumor protein 53) [294]. Although redox balance plays an important role in the maintenance of stem cell self-renewal and in differentiation, redox status in CSCs has yet to be explored. However, given the similarity between normal stem cells and CSCs and the fact that redox status plays an important role in cancer cell development, it is tempting to speculate that redox status may have a role in CSC survival. A recent study by Diehn et al. demonstrated that, similar to normal stem cells, subsets of CSCs in human and murine breast tumors have lower ROS levels than do the corresponding non-tumorigenic cells [295]. The group further showed that lower levels of ROS were associated with increased free radical scavenging systems and that pharmacologic depletion of these scavengers significantly decreased clonogenicity and resulted in radiosensitization of CSCs. Additionally, two studies showed that CD133+ CSCs conferred chemoresistance to cisplatin and doxorubicin (known ROS generators) in ovarian cancer cells [296] and hepatocellular carcinoma [297], respectively. These studies further indicate that redox status may be important in maintaining CSC survival.

### 4i. Stromal cell signaling

Cancer progression must involve both genetic and behavioral changes in cancer cells, and these changes are in part driven by the cancer-associated stromal cells and tumor microenvironment [298,299]. The stromal component of the normal prostate epithelium, for example, consists of smooth muscle, fibroblasts, vascular endothelial cells, nerve cells, inflammatory cells, insoluble matrix, and soluble factors [300]. Studies by De Marzo et al. highlight the role of inflammation in prostate cancer, suggesting that atrophic lesions are an early event in prostate carcinogenesis [301]. The macrophages in the tumor microenvironment produce ROS and RNS. The resulting increases in superoxide ($O_2^{\cdot-}$), hydrogen peroxide ($H_2O_2$), hydroxyl radical, and free iron damage DNA, causing genetic mutations and initiating cancer progression. Tissue and cell recombination studies demonstrate the important regulatory role of fibromuscular stroma and stromal fibroblasts in prostate development and prostate carcinogenesis [300]. Cancer cells and stromal cells interact through physical contact or through soluble factors or insoluble extracellular matrix (ECM) factors. These stromal fibroblasts, which interact with cancer cells, have increased levels of brain-derived neurotropic factor, chemokines, CC chemokine ligand 5 (CCL5) and CXC chemokine lix 5 (CXCL5), versican, tenascin, connective tissue growth factor, stromal cell derived factor-1/ CXC chemokine ligand 12 (SDF-1/CXCL12), and HIF-1α [302]. Other studies have demonstrated the role of stromal soluble factors interacting with receptors on prostate cancer cells. The stromal factors include VEGF, bFGF, hepatocyte growth factor/ scatter factor (HGF/SF), transforming growth factor-β (TGF-β), insulin like growth factor-1 (IGF-1), IL-6, and keratinocyte growth factor (KGF) [303].

Several studies have found that tumors promote a constant influx of myelomonocytic cells that express inflammatory mediators supporting pro-tumoral functions. Myelomonocytic cells are key orchestrators of cancer-related inflammation associated with proliferation and survival of malignant cells, subversion of adaptive immune response, angiogenesis, stroma remodeling, and metastasis formation [304].

Tumor-derived factors, which cause sustained myelopoiesis, accumulation, and functional differentiation of myelomonocytic cells, provide an essential support for the angiogenesis and the stroma remodeling required for tumor growth [305,306]. In addition, it has long been known that tumor growth is promoted by tumor-associated macrophages (TAM), a major leukocyte population present in tumors [65,307-310]. Accordingly, in many but not

all human tumors, a high frequency of infiltrating TAM is associated with poor prognosis. A model by which macrophages promote tumor invasion and metastasis includes expression of their proteolytic activity and subsequent breakdown of the basement membrane around the preinvasive tumors, thereby enhancing the ability of tumor cells to escape into the surrounding stroma [311]. In lung cancer, for example, TAM may favor tumor progression by contributing to stroma formation and angiogenesis through their release of platelet-derived growth factor, in conjunction with TGF-β production by cancer cells [310]. TAM produce several MMPs, such as MMP-2 and MMP-9, that degrade proteins in the extracellular matrix and also produce activators of MMPs, such as chemokines.

## 5. Conclusion

This review clearly implicates the role of ROS in different phases of tumorigenesis. Therefore, targeting redox-sensitive pathways and transcription factors offers great promise for cancer prevention and therapy. Numerous agents have been identified that can interfere with redox cell signaling pathways [9,312,313]. These include neutraceuticals derived from fruits, vegetables, spices, grains, and cereals. They have been shown to suppress tumorigenesis in preclinical models. Whether these agents can inhibit tumor growth in patients remains to be elucidated.

## Acknowledgments

We thank Michael Worley for carefully editing the manuscript. Dr. Aggarwal is the Ransom Horne, Jr., Professor of Cancer Research. This work was supported by a grant from the Clayton Foundation for Research (B.B.A.), a core grant from the National Institutes of Health (CA-16672), a program project grant from National Institutes of Health (NIH CA-124787-01A2), and a grant from the Center for Targeted Therapy of MD Anderson Cancer Center. Simone Reuter was supported by a grant from the Fonds National de la Recherche Luxembourg (PDR-08-017).

## References

1. Durackova Z. Some current insights into oxidative stress. Physiol Res. 2009

2. Jabs T. Reactive oxygen intermediates as mediators of programmed cell death in plants and animals. Biochem Pharmacol 1999;57:231–245. [PubMed: 9890550]

3. Poyton RO, Ball KA, Castello PR. Mitochondrial generation of free radicals and hypoxic signaling. Trends Endocrinol Metab 2009;20:332–340. [PubMed: 19733481]

4. Fridovich I. The biology of oxygen radicals. Science 1978;201:875–880. [PubMed: 210504]

5. Goossens V, De Vos K, Vercammen D, Steemans M, Vancompernolle K, Fiers W, Vandenabeele P, Grooten J. Redox regulation of TNF signaling. Biofactors 1999;10:145–156. [PubMed: 10609876]

6. Goossens V, Grooten J, De Vos K, Fiers W. Direct evidence for tumor necrosis factor-induced mitochondrial reactive oxygen intermediates and their involvement in cytotoxicity. Proc Natl Acad Sci U S A 1995;92:8115–8119. [PubMed: 7667254]

7. Hussain SP, Hofseth LJ, Harris CC. Radical causes of cancer. Nat Rev Cancer 2003;3:276–285. [PubMed: 12671666]

8. Schraufstatter I, Hyslop PA, Jackson JH, Cochrane CG. Oxidant-induced DNA damage of target cells. J Clin Invest 1988;82:1040–1050. [PubMed: 2843565]

9. Fang J, Seki T, Maeda H. Therapeutic strategies by modulating oxygen stress in cancer and inflammation. Adv Drug Deliv Rev 2009;61:290–302. [PubMed: 19249331]

10. Khandrika L, Kumar B, Koul S, Maroni P, Koul HK. Oxidative stress in prostate cancer. Cancer Lett 2009;282:125–136. [PubMed: 19185987]

11. Visconti R, Grieco D. New insights on oxidative stress in cancer. Curr Opin Drug Discov Devel 2009;12:240–245.

12. Briganti S, Picardo M. Antioxidant activity, lipid peroxidation and skin diseases. What's new. J Eur Acad Dermatol Venereol 2003;17:663–669. [PubMed: 14761133]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

13. Kinnula VL, Crapo JD. Superoxide dismutases in the lung and human lung diseases. Am J Respir Crit Care Med 2003;167:1600–1619. [PubMed: 12796054]

14. Minelli A, Bellezza I, Conte C, Culig Z. Oxidative stress-related aging: A role for prostate cancer? Biochim Biophys Acta 2009;1795

15. Sies H. Oxidative stress: from basic research to clinical application. Am J Med 1991;91:31S–38S. [PubMed: 1928209]

16. Wilson JN, Pierce JD, Clancy RL. Reactive oxygen species in acute respiratory distress syndrome. Heart Lung 2001;30:370–375. [PubMed: 11604979]

17. Dugan LL, Quick KL. Reactive oxygen species and aging: evolving questions. Sci Aging Knowledge Environ 2005;2005:pe20. [PubMed: 15994214]

18. Hensley K, Butterfield DA, Hall N, Cole P, Subramaniam R, Mark R, Mattson MP, Markesbery WR, Harris ME, Aksenov M, et al. Reactive oxygen species as causal agents in the neurotoxicity of the Alzheimer's disease-associated amyloid beta peptide. Ann N Y Acad Sci 1996;786:120–134. [PubMed: 8687014]

19. Multhaup G, Ruppert T, Schlicksupp A, Hesse L, Beher D, Masters CL, Beyreuther K. Reactive oxygen species and Alzheimer's disease. Biochem Pharmacol 1997;54:533–539. [PubMed: 9337068]

20. Halliwell B. Free radicals, reactive oxygen species and human disease: a critical evaluation with special reference to atherosclerosis. Br J Exp Pathol 1989;70:737–757. [PubMed: 2557883]

21. Lau AT, Wang Y, Chiu JF. Reactive oxygen species: current knowledge and applications in cancer research and therapeutic. J Cell Biochem 2008;104:657–667. [PubMed: 18172854]

22. Renschler MF. The emerging role of reactive oxygen species in cancer therapy. Eur J Cancer 2004;40:1934–1940. [PubMed: 15315800]

23. Weinberg F, Chandel NS. Reactive oxygen species-dependent signaling regulates cancer. Cell Mol Life Sci 2009;66:3663–3673. [PubMed: 19629388]

24. Touyz RM. Reactive oxygen species and angiotensin II signaling in vascular cells -- implications in cardiovascular disease. Braz J Med Biol Res 2004;37:1263–1273. [PubMed: 15273829]

25. Yoshizumi M, Tsuchiya K, Tamaki T. Signal transduction of reactive oxygen species and mitogen-activated protein kinases in cardiovascular disease. J Med Invest 2001;48:11–24. [PubMed: 11286012]

26. Muhammad S, Bierhaus A, Schwaninger M. Reactive oxygen species in diabetes-induced vascular damage, stroke, and Alzheimer's disease. J Alzheimers Dis 2009;16:775–785. [PubMed: 19387112]

27. Di Virgilio F. New pathways for reactive oxygen species generation in inflammation and potential novel pharmacological targets. Curr Pharm Des 2004;10:1647–1652. [PubMed: 15134562]

28. Moulton PJ. Inflammatory joint disease: the role of cytokines, cyclooxygenases and reactive oxygen species. Br J Biomed Sci 1996;53:317–324. [PubMed: 9069110]

29. Bolanos JP, Moro MA, Lizasoain I, Almeida A. Mitochondria and reactive oxygen and nitrogen species in neurological disorders and stroke: Therapeutic implications. Adv Drug Deliv Rev 2009;61:1299–1315. [PubMed: 19716390]

30. Atabek ME, Vatansev H, Erkul I. Oxidative stress in childhood obesity. J Pediatr Endocrinol Metab 2004;17:1063–1068. [PubMed: 15379416]

31. Furukawa S, Fujita T, Shimabukuro M, Iwaki M, Yamada Y, Nakajima Y, Nakayama O, Makishima M, Matsuda M, Shimomura I. Increased oxidative stress in obesity and its impact on metabolic syndrome. J Clin Invest 2004;114:1752–1761. [PubMed: 15599400]

32. Tabner BJ, Turnbull S, El-Agnaf O, Allsop D. Production of reactive oxygen species from aggregating proteins implicated in Alzheimer's disease, Parkinson's disease and other neurodegenerative diseases. Curr Top Med Chem 2001;1:507–517. [PubMed: 11895127]

33. Tieu K, Ischiropoulos H, Przedborski S. Nitric oxide and reactive oxygen species in Parkinson's disease. IUBMB Life 2003;55:329–335. [PubMed: 12938735]

34. Kamp DW, Graceffa P, Pryor WA, Weitzman SA. The role of free radicals in asbestos-induced diseases. Free Radic Biol Med 1992;12:293–315. [PubMed: 1577332]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Reuter et al.                                                                                            Page 16

35. Kinnula VL, Fattman CL, Tan RJ, Oury TD. Oxidative stress in pulmonary fibrosis: a possible role for redox modulatory therapy. Am J Respir Crit Care Med 2005;172:417–422. [PubMed: 15894605]

36. Gelderman KA, Hultqvist M, Olsson LM, Bauer K, Pizzolla A, Olofsson P, Holmdahl R. Rheumatoid arthritis: the role of reactive oxygen species in disease development and therapeutic strategies. Antioxid Redox Signal 2007;9:1541–1567. [PubMed: 17678439]

37. Haurani MJ, Pagano PJ. Adventitial fibroblast reactive oxygen species as autacrine and paracrine mediators of remodeling: bellwether for vascular disease? Cardiovasc Res 2007;75:679–689. [PubMed: 17689510]

38. Jeremy JY, Shukla N, Muzaffar S, Handley A, Angelini GD. Reactive oxygen species, vascular disease and cardiovascular surgery. Curr Vasc Pharmacol 2004;2:229–236. [PubMed: 15320821]

39. Miyajima A, Nakashima J, Yoshioka K, Tachibana M, Tazaki H, Murai M. Role of reactive oxygen species in cis-dichlorodiammineplatinum-induced cytotoxicity on bladder cancer cells. Br J Cancer 1997;76:206–210. [PubMed: 9231920]

40. Salganik RI, Albright CD, Rodgers J, Kim J, Zeisel SH, Sivashinskiy MS, Van Dyke TA. Dietary antioxidant depletion: enhancement of tumor apoptosis and inhibition of brain tumor growth in transgenic mice. Carcinogenesis 2000;21:909–914. [PubMed: 10783311]

41. Brown NS, Bicknell R. Hypoxia and oxidative stress in breast cancer. Oxidative stress: its effects on the growth, metastatic potential and response to therapy of breast cancer. Breast Cancer Res 2001;3:323–327. [PubMed: 11597322]

42. Sharma A, Rajappa M, Satyam A, Sharma M. Oxidant/anti-oxidant dynamics in patients with advanced cervical cancer: correlation with treatment response. Mol Cell Biochem 341:65–72. [PubMed: 20354762]

43. Oliveira CP, Kassab P, Lopasso FP, Souza HP, Janiszewski M, Laurindo FR, Iriya K, Laudanna AA. Protective effect of ascorbic acid in experimental gastric cancer: reduction of oxidative stress. World J Gastroenterol 2003;9:446–448. [PubMed: 12632494]

44. Calvisi DF, Ladu S, Hironaka K, Factor VM, Thorgeirsson SS. Vitamin E down-modulates iNOS and NADPH oxidase in c-Myc/TGF-alpha transgenic mouse model of liver cancer. J Hepatol 2004;41:815–822. [PubMed: 15519655]

45. Azad N, Rojanasakul Y, Vallyathan V. Inflammation and lung cancer: roles of reactive oxygen/nitrogen species. J Toxicol Environ Health B Crit Rev 2008;11:1–15. [PubMed: 18176884]

46. Fruehauf JP, Trapp V. Reactive oxygen species: an Achilles' heel of melanoma? Expert Rev Anticancer Ther 2008;8:1751–1757. [PubMed: 18983235]

47. Kuku I, Aydogdu I, Bayraktar N, Kaya E, Akyol O, Erkurt MA. Oxidant/antioxidant parameters and their relationship with medical treatment in multiple myeloma. Cell Biochem Funct 2005;23:47–50. [PubMed: 15386538]

48. Sumi D, Shinkai Y, Kumagai Y. Signal transduction pathways and transcription factors triggered by arsenic trioxide in leukemia cells. Toxicol Appl Pharmacol 244:385–392. [PubMed: 20193703]

49. van de Wetering CI, Coleman MC, Spitz DR, Smith BJ, Knudson CM. Manganese superoxide dismutase gene dosage affects chromosomal instability and tumor onset in a mouse model of T cell lymphoma. Free Radic Biol Med 2008;44:1677–1686. [PubMed: 18291119]

50. Bahar G, Feinmesser R, Shpitzer T, Popovtzer A, Nagler RM. Salivary analysis in oral cancer patients: DNA and protein oxidation, reactive nitrogen species, and antioxidant profile. Cancer 2007;109:54–59. [PubMed: 17099862]

51. Chan DW, Liu VW, Tsao GS, Yao KM, Furukawa T, Chan KK, Ngan HY. Loss of MKP3 mediated by oxidative stress enhances tumorigenicity and chemoresistance of ovarian cancer cells. Carcinogenesis 2008;29:1742–1750. [PubMed: 18632752]

52. Edderkaoui M, Hong P, Vaquero EC, Lee JK, Fischer L, Friess H, Buchler MW, Lerch MM, Pandol SJ, Gukovskaya AS. Extracellular matrix stimulates reactive oxygen species production and increases pancreatic cancer cell survival through 5-lipoxygenase and NADPH oxidase. Am J Physiol Gastrointest Liver Physiol 2005;289:G1137–1147. [PubMed: 16037546]

53. Ma Q, Cavallin LE, Yan B, Zhu S, Duran EM, Wang H, Hale LP, Dong C, Cesarman E, Mesri EA, Goldschmidt-Clermont PJ. Antitumorigenesis of antioxidants in a transgenic Rac1 model of Kaposi's sarcoma. Proc Natl Acad Sci U S A 2009;106:8683–8688. [PubMed: 19429708]

54. Bartsch H, Nair J. Chronic inflammation and oxidative stress in the genesis and perpetuation of cancer: role of lipid peroxidation, DNA damage, and repair. Langenbecks Arch Surg 2006;391:499–510. [PubMed: 16909291]

55. Grivennikov SI, Greten FR, Karin M. Immunity, inflammation, and cancer. Cell 140:883–899. [PubMed: 20303878]

56. Grivennikov SI, Karin M. Inflammation and oncogenesis: a vicious connection. Curr Opin Genet Dev 20:65–71. [PubMed: 20036794]

57. Gonda TA, Tu S, Wang TC. Chronic inflammation, the tumor microenvironment and carcinogenesis. Cell Cycle 2009;8:2005–2013. [PubMed: 19550141]

58. Garodia P, Ichikawa H, Malani N, Sethi G, Aggarwal BB. From ancient medicine to modern medicine: ayurvedic concepts of health and their role in inflammation and cancer. J Soc Integr Oncol 2007;5:25–37. [PubMed: 17309811]

59. Aggarwal BB, Gehlot P. Inflammation and cancer: how friendly is the relationship for cancer patients? Curr Opin Pharmacol 2009;9:351–369. [PubMed: 19665429]

60. Schetter AJ, Heegaard NH, Harris CC. Inflammation and cancer: interweaving microRNA, free radical, cytokine and p53 pathways. Carcinogenesis 31:37–49. [PubMed: 19955394]

61. Ekbom A, Helmick C, Zack M, Adami HO. Increased risk of large-bowel cancer in Crohn's disease with colonic involvement. Lancet 1990;336:357–359. [PubMed: 1975343]

62. Ekbom A, Helmick C, Zack M, Adami HO. Ulcerative colitis and colorectal cancer. A population-based study. N Engl J Med 1990;323:1228–1233. [PubMed: 2215606]

63. Gillen CD, Walmsley RS, Prior P, Andrews HA, Allan RN. Ulcerative colitis and Crohn's disease: a comparison of the colorectal cancer risk in extensive colitis. Gut 1994;35:1590–1592. [PubMed: 7828978]

64. Ekbom A, McLaughlin JK, Nyren O. Pancreatitis and the risk of pancreatic cancer. N Engl J Med 1993;329:1502–1503. [PubMed: 8413467]

65. Coussens LM, Werb Z. Inflammation and cancer. Nature 2002;420:860–867. [PubMed: 12490959]

66. Kundu JK, Surh YJ. Inflammation: gearing the journey to cancer. Mutat Res 2008;659:15–30. [PubMed: 18485806]

67. Aggarwal BB, Vijayalekshmi RV, Sung B. Targeting inflammatory pathways for prevention and therapy of cancer: short-term friend, long-term foe. Clin Cancer Res 2009;15:425–430. [PubMed: 19147746]

68. Lin WW, Karin M. A cytokine-mediated link between innate immunity, inflammation, and cancer. J Clin Invest 2007;117:1175–1183. [PubMed: 17476347]

69. Hussain SP, Harris CC. Inflammation and cancer: an ancient link with novel potentials. Int J Cancer 2007;121:2373–2380. [PubMed: 17893866]

70. Federico A, Morgillo F, Tuccillo C, Ciardiello F, Loguercio C. Chronic inflammation and oxidative stress in human carcinogenesis. Int J Cancer 2007;121:2381–2386. [PubMed: 17893868]

71. Bos JL. ras oncogenes in human cancer: a review. Cancer Res 1989;49:4682–4689. [PubMed: 2547513]

72. Sparmann A, Bar-Sagi D. Ras-induced interleukin-8 expression plays a critical role in tumor growth and angiogenesis. Cancer Cell 2004;6:447–458. [PubMed: 15542429]

73. Karihtala P, Soini Y. Reactive oxygen species and antioxidant mechanisms in human tissues and their relation to malignancies. APMIS 2007;115:81–103. [PubMed: 17295675]

74. Mates JM, Sanchez-Jimenez FM. Role of reactive oxygen species in apoptosis: implications for cancer therapy. Int J Biochem Cell Biol 2000;32:157–170. [PubMed: 10687951]

75. Ray G, Husain SA. Oxidants, antioxidants and carcinogenesis. Indian J Exp Biol 2002;40:1213–1232. [PubMed: 13677623]

76. Valko M, Izakovic M, Mazur M, Rhodes CJ, Telser J. Role of oxygen radicals in DNA damage and cancer incidence. Mol Cell Biochem 2004;266:37–56. [PubMed: 15646026]

77. Marnett LJ. Oxyradicals and DNA damage. Carcinogenesis 2000;21:361–370. [PubMed: 10688856]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

78. Wiseman H, Halliwell B. Damage to DNA by reactive oxygen and nitrogen species: role in inflammatory disease and progression to cancer. Biochem J 1996;313(Pt 1):17–29. [PubMed: 8546679]

79. Malins DC, Haimanot R. Major alterations in the nucleotide structure of DNA in cancer of the female breast. Cancer Res 1991;51:5430–5432. [PubMed: 1655250]

80. Matsui A, Ikeda T, Enomoto K, Hosoda K, Nakashima H, Omae K, Watanabe M, Hibi T, Kitajima M. Increased formation of oxidative DNA damage, 8-hydroxy-2′-deoxyguanosine, in human breast cancer tissue and its relationship to GSTP1 and COMT genotypes. Cancer Lett 2000;151:87–95. [PubMed: 10766427]

81. Musarrat J, Arezina-Wilson J, Wani AA. Prognostic and aetiological relevance of 8-hydroxyguanosine in human breast carcinogenesis. Eur J Cancer 1996;32A:1209–1214. [PubMed: 8758255]

82. Nathan C, Xie QW. Regulation of biosynthesis of nitric oxide. J Biol Chem 1994;269:13725–13728. [PubMed: 7514592]

83. Davis KL, Martin E, Turko IV, Murad F. Novel effects of nitric oxide. Annu Rev Pharmacol Toxicol 2001;41:203–236. [PubMed: 11264456]

84. Moncada S, Higgs A. The L-arginine-nitric oxide pathway. N Engl J Med 1993;329:2002–2012. [PubMed: 7504210]

85. Lowenstein CJ, Padalko E. iNOS (NOS2) at a glance. J Cell Sci 2004;117:2865–2867. [PubMed: 15197240]

86. Xie QW, Kashiwabara Y, Nathan C. Role of transcription factor NF-kappa B/Rel in induction of nitric oxide synthase. J Biol Chem 1994;269:4705–4708. [PubMed: 7508926]

87. Zhang Y, Qi H, Taylor R, Xu W, Liu LF, Jin S. The role of autophagy in mitochondria maintenance: characterization of mitochondrial functions in autophagy-deficient S. cerevisiae strains. Autophagy 2007;3:337–346. [PubMed: 17404498]

88. Mathew R, Karp CM, Beaudoin B, Vuong N, Chen G, Chen HY, Bray K, Reddy A, Bhanot G, Gelinas C, Dipaola RS, Karantza-Wadsworth V, White E. Autophagy suppresses tumorigenesis through elimination of p62. Cell 2009;137:1062–1075. [PubMed: 19524509]

89. Pompella A, Visvikis A, Paolicchi A, De Tata V, Casini AF. The changing faces of glutathione, a cellular protagonist. Biochem Pharmacol 2003;66:1499–1503. [PubMed: 14555227]

90. Valko M, Leibfritz D, Moncol J, Cronin MT, Mazur M, Telser J. Free radicals and antioxidants in normal physiological functions and human disease. Int J Biochem Cell Biol 2007;39:44–84. [PubMed: 16978905]

91. Calvert P, Yao KS, Hamilton TC, O'Dwyer PJ. Clinical studies of reversal of drug resistance based on glutathione. Chem Biol Interact 1998;111-112:213–224. [PubMed: 9679556]

92. Balendiran GK, Dabur R, Fraser D. The role of glutathione in cancer. Cell Biochem Funct 2004;22:343–352. [PubMed: 15386533]

93. Estrela JM, Ortega A, Obrador E. Glutathione in cancer biology and therapy. Crit Rev Clin Lab Sci 2006;43:143–181. [PubMed: 16517421]

94. McCord JM, Fridovich I. Superoxide dismutase. An enzymic function for erythrocuprein (hemocuprein). J Biol Chem 1969;244:6049–6055. [PubMed: 5389100]

95. Meira LB, Bugni JM, Green SL, Lee CW, Pang B, Borenshtein D, Rickman BH, Rogers AB, Moroski-Erkul CA, McFaline JL, Schauer DB, Dedon PC, Fox JG, Samson LD. DNA damage induced by chronic inflammation contributes to colon carcinogenesis in mice. J Clin Invest 2008;118:2516–2525. [PubMed: 18521188]

96. Das PM, Singal R. DNA methylation and cancer. J Clin Oncol 2004;22:4632–4642. [PubMed: 15542813]

97. Fleisher AS, Esteller M, Harpaz N, Leytin A, Rashid A, Xu Y, Liang J, Stine OC, Yin J, Zou TT, Abraham JM, Kong D, Wilson KT, James SP, Herman JG, Meltzer SJ. Microsatellite instability in inflammatory bowel disease-associated neoplastic lesions is associated with hypermethylation and diminished expression of the DNA mismatch repair gene, hMLH1. Cancer Res 2000;60:4864–4868. [PubMed: 10987299]

98. Park JH, Mangal D, Frey AJ, Harvey RG, Blair IA, Penning TM. Aryl hydrocarbon receptor facilitates DNA strand breaks and 8-oxo-2′-deoxyguanosine formation by the aldo-keto reductase product benzo[a]pyrene-7,8-dione. J Biol Chem 2009;284:29725–29734. [PubMed: 19726680]

99. Amstad P, Crawford D, Muehlematter D, Zbinden I, Larsson R, Cerutti P. Oxidants stress induces the proto-oncogenes, C-fos and C-myc in mouse epidermal cells. Bull Cancer 1990;77:501–502. [PubMed: 2400824]

100. Amstad PA, Krupitza G, Cerutti PA. Mechanism of c-fos induction by active oxygen. Cancer Res 1992;52:3952–3960. [PubMed: 1617671]

101. Alexander A, Cai SL, Kim J, Nanez A, Sahin M, MacLean KH, Inoki K, Guan KL, Shen J, Person MD, Kusewitt D, Mills GB, Kastan MB, Walker CL. ATM signals to TSC2 in the cytoplasm to regulate mTORC1 in response to ROS. Proc Natl Acad Sci U S A 107:4153–4158. [PubMed: 20160076]

102. Li L, Wang J, Ye RD, Shi G, Jin H, Tang X, Yi J. PML/RARalpha fusion protein mediates the unique sensitivity to arsenic cytotoxicity in acute promyelocytic leukemia cells: Mechanisms involve the impairment of cAMP signaling and the aberrant regulation of NADPH oxidase. J Cell Physiol 2008;217:486–493. [PubMed: 18636556]

103. Barlow CA, Kitiphongspattana K, Siddiqui N, Roe MW, Mossman BT, Lounsbury KM. Protein kinase A-mediated CREB phosphorylation is an oxidant-induced survival pathway in alveolar type II cells. Apoptosis 2008;13:681–692. [PubMed: 18392938]

104. Sun KH, de Pablo Y, Vincent F, Shah K. Deregulated Cdk5 promotes oxidative stress and mitochondrial dysfunction. J Neurochem 2008;107:265–278. [PubMed: 18691386]

105. Burch PM, Heintz NH. Redox regulation of cell-cycle re-entry: cyclin D1 as a primary target for the mitogenic effects of reactive oxygen and nitrogen species. Antioxid Redox Signal 2005;7:741–751. [PubMed: 15890020]

106. Franco R, Schoneveld O, Georgakilas AG, Panayiotidis MI. Oxidative stress, DNA methylation and carcinogenesis. Cancer Lett 2008;266:6–11. [PubMed: 18372104]

107. Maynard S, Schurman SH, Harboe C, de Souza-Pinto NC, Bohr VA. Base excision repair of oxidative DNA damage and association with cancer and aging. Carcinogenesis 2009;30:2–10. [PubMed: 18978338]

108. Goldkorn T, Ravid T, Khan EM. Life and death decisions: ceramide generation and EGF receptor trafficking are modulated by oxidative stress. Antioxid Redox Signal 2005;7:119–128. [PubMed: 15650401]

109. Wartenberg M, Schallenberg M, Hescheler J, Sauer H. Reactive oxygen species-mediated regulation of eNOS and iNOS expression in multicellular prostate tumor spheroids. Int J Cancer 2003;104:274–282. [PubMed: 12569550]

110. McCubrey JA, Lahair MM, Franklin RA. Reactive oxygen species-induced activation of the MAP kinase signaling pathways. Antioxid Redox Signal 2006;8:1775–1789. [PubMed: 16987031]

111. Kwon D, Choi C, Lee J, Kim KO, Kim JD, Kim SJ, Choi IH. Hydrogen peroxide triggers the expression of Fas/FasL in astrocytoma cell lines and augments apoptosis. J Neuroimmunol 2001;113:1–9. [PubMed: 11137571]

112. Goto T, Takano M. Transcriptional role of FOXO1 in drug resistance through antioxidant defense systems. Adv Exp Med Biol 2009;665:171–179. [PubMed: 20429424]

113. Kietzmann T, Gorlach A. Reactive oxygen species in the control of hypoxia-inducible factor-mediated gene expression. Semin Cell Dev Biol 2005;16:474–486. [PubMed: 15905109]

114. Ryter SW, Choi AM. Heme oxygenase-1: redox regulation of a stress protein in lung and cell culture models. Antioxid Redox Signal 2005;7:80–91. [PubMed: 15650398]

115. Kuga S, Otsuka T, Niiro H, Nunoi H, Nemoto Y, Nakano T, Ogo T, Umei T, Niho Y. Suppression of superoxide anion production by interleukin-10 is accompanied by a downregulation of the genes for subunit proteins of NADPH oxidase. Exp Hematol 1996;24:151–157. [PubMed: 8641336]

116. Svineng G, Ravuri C, Rikardsen O, Huseby NE, Winberg JO. The role of reactive oxygen species in integrin and matrix metalloproteinase expression and function. Connect Tissue Res 2008;49:197–202. [PubMed: 18661342]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

117. Hellstrand K, Hermodsson S, Naredi P, Mellqvist UH, Brune M. Histamine and cytokine therapy. Acta Oncol 1998;37:347–353. [PubMed: 9743456]

118. Simon AR, Rai U, Fanburg BL, Cochran BH. Activation of the JAK-STAT pathway by reactive oxygen species. Am J Physiol 1998;275:C1640–1652. [PubMed: 9843726]

119. Lo YY, Wong JM, Cruz TF. Reactive oxygen species mediate cytokine activation of c-Jun NH2-terminal kinases. J Biol Chem 1996;271:15703–15707. [PubMed: 8663189]

120. Skinner AM, Turker MS. Oxidative mutagenesis, mismatch repair, and aging. Sci Aging Knowledge Environ 2005;2005

121. Byun YJ, Kim SK, Kim YM, Chae GT, Jeong SW, Lee SB. Hydrogen peroxide induces autophagic cell death in C6 glioma cells via BNIP3-mediated suppression of the mTOR pathway. Neurosci Lett 2009;461:131–135. [PubMed: 19539716]

122. Venugopal R, Jaiswal AK. Nrf1 and Nrf2 positively and c-Fos and Fra1 negatively regulate the human antioxidant response element-mediated expression of NAD(P)H:quinone oxidoreductase1 gene. Proc Natl Acad Sci U S A 1996;93:14960–14965. [PubMed: 8962164]

123. Gloire G, Legrand-Poels S, Piette J. NF-kappaB activation by reactive oxygen species: fifteen years later. Biochem Pharmacol 2006;72:1493–1505. [PubMed: 16723122]

124. Itoh K, Chiba T, Takahashi S, Ishii T, Igarashi K, Katoh Y, Oyake T, Hayashi N, Satoh K, Hatayama I, Yamamoto M, Nabeshima Y. An Nrf2/small Maf heterodimer mediates the induction of phase II detoxifying enzyme genes through antioxidant response elements. Biochem Biophys Res Commun 1997;236:313–322. [PubMed: 9240432]

125. Clerkin JS, Naughton R, Quiney C, Cotter TG. Mechanisms of ROS modulated cell survival during carcinogenesis. Cancer Lett 2008;266:30–36. [PubMed: 18372105]

126. Torres M, Forman HJ. Redox signaling and the MAP kinase pathways. Biofactors 2003;17:287–296. [PubMed: 12897450]

127. Han ES, Muller FL, Perez VI, Qi W, Liang H, Xi L, Fu C, Doyle E, Hickey M, Cornell J, Epstein CJ, Roberts LJ, Van Remmen H, Richardson A. The in vivo gene expression signature of oxidative stress. Physiol Genomics 2008;34:112–126. [PubMed: 18445702]

128. Tishler RB, Calderwood SK, Coleman CN, Price BD. Increases in sequence specific DNA binding by p53 following treatment with chemotherapeutic and DNA damaging agents. Cancer Res 1993;53:2212–2216. [PubMed: 8485705]

129. Kanthasamy AG, Kitazawa M, Kanthasamy A, Anantharam V. Role of proteolytic activation of protein kinase Cdelta in oxidative stress-induced apoptosis. Antioxid Redox Signal 2003;5:609–620. [PubMed: 14580317]

130. Rusyn I, Rose ML, Bojes HK, Thurman RG. Novel role of oxidants in the molecular mechanism of action of peroxisome proliferators. Antioxid Redox Signal 2000;2:607–621. [PubMed: 11229371]

131. Cao J, Schulte J, Knight A, Leslie NR, Zagozdzon A, Bronson R, Manevich Y, Beeson C, Neumann CA. Prdx1 inhibits tumorigenesis via regulating PTEN/AKT activity. EMBO J 2009;28:1505–1517. [PubMed: 19369943]

132. Chiarugi P. PTPs versus PTKs: the redox side of the coin. Free Radic Res 2005;39:353–364. [PubMed: 16028361]

133. Ammendola R, Mesuraca M, Russo T, Cimino F. The DNA-binding efficiency of Sp1 is affected by redox changes. Eur J Biochem 1994;225:483–489. [PubMed: 7925470]

134. Ushio-Fukai M, Alexander RW. Reactive oxygen species as mediators of angiogenesis signaling: role of NAD(P)H oxidase. Mol Cell Biochem 2004;264:85–97. [PubMed: 15544038]

135. Funato Y, Michiue T, Asashima M, Miki H. The thioredoxin-related redox-regulating protein nucleoredoxin inhibits Wnt-beta-catenin signalling through dishevelled. Nat Cell Biol 2006;8:501–508. [PubMed: 16604061]

136. Korswagen HC. Regulation of the Wnt/beta-catenin pathway by redox signaling. Dev Cell 2006;10:687–688. [PubMed: 16740470]

137. Droge W. Free radicals in the physiological control of cell function. Physiol Rev 2002;82:47–95. [PubMed: 11773609]

138. Kerr LD, Inoue J, Verma IM. Signal transduction: the nuclear target. Curr Opin Cell Biol 1992;4:496–501. [PubMed: 1497922]

NIH-PA Author Manuscript    NIH-PA Author Manuscript    NIH-PA Author Manuscript

139. Shaulian E, Karin M. AP-1 as a regulator of cell life and death. Nat Cell Biol 2002;4:E131–136. [PubMed: 11988758]

140. Gorlach A, Kietzmann T. Superoxide and derived reactive oxygen species in the regulation of hypoxia-inducible factors. Methods Enzymol 2007;435:421–446. [PubMed: 17998067]

141. Liu B, Chen Y, St Clair DK. ROS and p53: a versatile partnership. Free Radic Biol Med 2008;44:1529–1535. [PubMed: 18275858]

142. Mantovani A. Cancer: inflammation by remote control. Nature 2005;435:752–753. [PubMed: 15944689]

143. Ames BN, Gold LS. Animal cancer tests and cancer prevention. J Natl Cancer Inst Monogr 1992:125–132. [PubMed: 1616796]

144. Guyton KZ, Kensler TW. Oxidative mechanisms in carcinogenesis. Br Med Bull 1993;49:523–544. [PubMed: 8221020]

145. Schulte-Hermann R, Timmermann-Trosiener I, Barthel G, Bursch W. DNA synthesis, apoptosis, and phenotypic expression as determinants of growth of altered foci in rat liver during phenobarbital promotion. Cancer Res 1990;50:5127–5135. [PubMed: 2379175]

146. Klaunig JE, Xu Y, Isenberg JS, Bachowski S, Kolaja KL, Jiang J, Stevenson DE, Walborg EF Jr. The role of oxidative stress in chemical carcinogenesis. Environ Health Perspect 1998;106 1:289–295. [PubMed: 9539021]

147. Oshima H, B H. Chronic infectious and inflammation process as cancer risk factors: possible role of nitric oxide in carcinogenesis. Mutat Res 1994;305:253–264. [PubMed: 7510036]

148. Rosin MP, Saad el Din Zaki S, Ward AJ, Anwar WA. Involvement of inflammatory reactions and elevated cell proliferation in the development of bladder cancer in schistosomiasis patients. Mutat Res 1994;305:283–292. [PubMed: 7510039]

149. Weitzman SA, Gordon LI. Inflammation and cancer: role of phagocyte-generated oxidants in carcinogenesis. Blood 1990;76:655–663. [PubMed: 2200535]

150. Frenkel K. Carcinogen-mediated oxidant formation and oxidative DNA damage. Pharmacol Ther 1992;53:127–166. [PubMed: 1641400]

151. Shacter E, Beecham EJ, Covey JM, Kohn KW, Potter M. Activated neutrophils induce prolonged DNA damage in neighboring cells. Carcinogenesis 1988;9:2297–2304. [PubMed: 2847879]

152. Wei H, Frenkel K. Suppression of tumor promoter-induced oxidative events and DNA damage in vivo by sarcophytol A: a possible mechanism of antipromotion. Cancer Res 1992;52:2298–2303. [PubMed: 1559232]

153. Hattori-Nakakuki Y, Nishigori C, Okamoto K, Imamura S, Hiai H, Toyokuni S. Formation of 8-hydroxy-2′-deoxyguanosine in epidermis of hairless mice exposed to near-UV. Biochem Biophys Res Commun 1994;201:1132–1139. [PubMed: 8024554]

154. Weitberg AB. Effect of combinations of antioxidants on phagocyte-induced sister-chromatid exchanges. Mutat Res 1989;224:1–4. [PubMed: 2549410]

155. Yamashina K, Miller BE, Heppner GH. Macrophage-mediated induction of drug-resistant variants in a mouse mammary tumor cell line. Cancer Res 1986;46:2396–2401. [PubMed: 3084067]

156. Dizdaroglu M, Olinski R, Doroshow JH, Akman SA. Modification of DNA bases in chromatin of intact target human cells by activated human polymorphonuclear leukocytes. Cancer Res 1993;53:1269–1272. [PubMed: 8383005]

157. Trush MA, Twerdok LE, Esterline RL. Comparison of oxidant activities and the activation of benzo(a)pyrene-7,8-dihydrodiol by polymorphonuclear leucocytes from human, rat and mouse. Xenobiotica 1990;20:925–932. [PubMed: 2173286]

158. Trush MA, Kensler TW. An overview of the relationship between oxidative stress and chemical carcinogenesis. Free Radic Biol Med 1991;10:201–209. [PubMed: 1864525]

159. Jackson AL, Loeb LA. The contribution of endogenous sources of DNA damage to the multiple mutations in cancer. Mutat Res 2001;477:7–21. [PubMed: 11376682]

160. Storz P. Reactive oxygen species in tumor progression. Front Biosci 2005;10:1881–1896. [PubMed: 15769673]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

161. Kroncke KD. Nitrosative stress and transcription. Biol Chem 2003;384:1365–1377. [PubMed: 14669980]

162. Cerutti PA, Trump BF. Inflammation and oxidative stress in carcinogenesis. Cancer Cells 1991;3:1–7. [PubMed: 2025490]

163. Cerutti PA. Prooxidant states and tumor promotion. Science 1985;227:375–381. [PubMed: 2981433]

164. Slaga TJ, Klein-Szanto AJ, Triplett LL, Yotti LP, Trosko KE. Skin tumor-promoting activity of benzoyl peroxide, a widely used free radical-generating compound. Science 1981;213:1023–1025. [PubMed: 6791284]

165. Kamata T. Roles of Nox1 and other Nox isoforms in cancer development. Cancer Sci 2009;100:1382–1388. [PubMed: 19493276]

166. Los M, Maddika S, Erb B, Schulze-Osthoff K. Switching Akt: from survival signaling to deadly response. Bioessays 2009;31:492–495. [PubMed: 19319914]

167. Azad MB, Chen Y, Gibson SB. Regulation of autophagy by reactive oxygen species (ROS): implications for cancer progression and treatment. Antioxid Redox Signal 2009;11:777–790. [PubMed: 18828708]

168. Manning BD, Cantley LC. AKT/PKB signaling: navigating downstream. Cell 2007;129:1261–1274. [PubMed: 17604717]

169. Plas DR, Thompson CB. Akt-dependent transformation: there is more to growth than just surviving. Oncogene 2005;24:7435–7442. [PubMed: 16288290]

170. Muller JM, Cahill MA, Rupec RA, Baeuerle PA, Nordheim A. Antioxidants as well as oxidants activate c-fos via Ras-dependent activation of extracellular-signal-regulated kinase 2 and Elk-1. Eur J Biochem 1997;244:45–52. [PubMed: 9063444]

171. Pennington JD, Wang TJ, Nguyen P, Sun L, Bisht K, Smart D, Gius D. Redox-sensitive signaling factors as a novel molecular targets for cancer therapy. Drug Resist Updat 2005;8:322–330. [PubMed: 16230045]

172. Xia Z, Dickens M, Raingeaud J, Davis RJ, Greenberg ME. Opposing effects of ERK and JNK-p38 MAP kinases on apoptosis. Science 1995;270:1326–1331. [PubMed: 7481820]

173. Chang L, Karin M. Mammalian MAP kinase signalling cascades. Nature 2001;410:37–40. [PubMed: 11242034]

174. Gupta S, Campbell D, Derijard B, Davis RJ. Transcription factor ATF2 regulation by the JNK signal transduction pathway. Science 1995;267:389–393. [PubMed: 7824938]

175. Karin M. The regulation of AP-1 activity by mitogen-activated protein kinases. J Biol Chem 1995;270:16483–16486. [PubMed: 7622446]

176. Baldwin AS Jr. The NF-kappa B and I kappa B proteins: new discoveries and insights. Annu Rev Immunol 1996;14:649–683. [PubMed: 8717528]

177. Baeuerle PA, Lenardo M, Pierce JW, Baltimore D. Phorbol-ester-induced activation of the NF-kappa B transcription factor involves dissociation of an apparently cytoplasmic NF-kappa B/inhibitor complex. Cold Spring Harb Symp Quant Biol 1988;53(Pt 2):789–798. [PubMed: 3076097]

178. Li N, Karin M. Ionizing radiation and short wavelength UV activate NF-kappaB through two distinct mechanisms. Proc Natl Acad Sci U S A 1998;95:13012–13017. [PubMed: 9789032]

179. Rath PC, Aggarwal BB. Antiproliferative effects of IFN-alpha correlate with the downregulation of nuclear factor-kappa B in human Burkitt lymphoma Daudi cells. J Interferon Cytokine Res 2001;21:523–528. [PubMed: 11506747]

180. Bours V, Dejardin E, Goujon-Letawe F, Merville MP, Castronovo V. The NF-kappa B transcription factor and cancer: high expression of NF-kappa B- and I kappa B-related proteins in tumor cell lines. Biochem Pharmacol 1994;47:145–149. [PubMed: 8311838]

181. Delhalle S, Deregowski V, Benoit V, Merville MP, Bours V. NF-kappaB-dependent MnSOD expression protects adenocarcinoma cells from TNF-alpha-induced apoptosis. Oncogene 2002;21:3917–3924. [PubMed: 12032830]

182. Pham CG, Bubici C, Zazzeroni F, Papa S, Jones J, Alvarez K, Jayawardena S, De Smaele E, Cong R, Beaumont C, Torti FM, Torti SV, Franzoso G. Ferritin heavy chain upregulation by NF-

kappaB inhibits TNFalpha-induced apoptosis by suppressing reactive oxygen species. Cell 2004;119:529–542. [PubMed: 15537542]

183. Schulze-Osthoff K, Ferrari D, Los M, Wesselborg S, Peter ME. Apoptosis signaling by death receptors. Eur J Biochem 1998;254:439–459. [PubMed: 9688254]

184. Giri DK, Aggarwal BB. Constitutive activation of NF-kappaB causes resistance to apoptosis in human cutaneous T cell lymphoma HuT-78 cells. Autocrine role of tumor necrosis factor and reactive oxygen intermediates. J Biol Chem 1998;273:14008–14014. [PubMed: 9593751]

185. Nomura M, Ma W, Chen N, Bode AM, Dong Z. Inhibition of 12-O-tetradecanoylphorbol-13-acetate-induced NF-kappaB activation by tea polyphenols, (-)-epigallocatechin gallate and theaflavins. Carcinogenesis 2000;21:1885–1890. [PubMed: 11023547]

186. Schulze-Osthoff K, Bauer MK, Vogt M, Wesselborg S. Oxidative stress and signal transduction. Int J Vitam Nutr Res 1997;67:336–342. [PubMed: 9350475]

187. Sun Y. Free radicals, antioxidant enzymes, and carcinogenesis. Free Radic Biol Med 1990;8:583–599. [PubMed: 2193855]

188. Schmidt KN, Amstad P, Cerutti P, Baeuerle PA. The roles of hydrogen peroxide and superoxide as messengers in the activation of transcription factor NF-kappa B. Chem Biol 1995;2:13–22. [PubMed: 9383399]

189. Kass GE, Duddy SK, Orrenius S. Activation of hepatocyte protein kinase C by redox-cycling quinones. Biochem J 1989;260:499–507. [PubMed: 2764885]

190. Larsson R, Cerutti P. Translocation and enhancement of phosphotransferase activity of protein kinase C following exposure in mouse epidermal cells to oxidants. Cancer Res 1989;49:5627–5632. [PubMed: 2507133]

191. Konishi H, Matsuzaki H, Tanaka M, Takemura Y, Kuroda S, Ono Y, Kikkawa U. Activation of protein kinase B (Akt/RAC-protein kinase) by cellular stress and its association with heat shock protein Hsp27. FEBS Lett 1997;410:493–498. [PubMed: 9237690]

192. D'Souza RJ, Phillips HM, Jones PW, Strange RC, Aber GM. Interactions of hydrogen peroxide with interleukin-6 and platelet-derived growth factor in determining mesangial cell growth: effect of repeated oxidant stress. Clin Sci (Lond) 1993;85:747–751. [PubMed: 8287668]

193. Alliangana DM. Effects of beta-carotene, flavonoid quercitin and quinacrine on cell proliferation and lipid peroxidation breakdown products in BHK-21 cells. East Afr Med J 1996;73:752–757. [PubMed: 8997868]

194. Chang MC, Chan CP, Wang YJ, Lee PH, Chen LI, Tsai YL, Lin BR, Wang YL, Jeng JH. Induction of necrosis and apoptosis to KB cancer cells by sanguinarine is associated with reactive oxygen species production and mitochondrial membrane depolarization. Toxicol Appl Pharmacol 2007;218:143–151. [PubMed: 17196629]

195. Dypbukt JM, Ankarcrona M, Burkitt M, Sjoholm A, Strom K, Orrenius S, Nicotera P. Different prooxidant levels stimulate growth, trigger apoptosis, or produce necrosis of insulin-secreting RINm5F cells. The role of intracellular polyamines. J Biol Chem 1994;269:30553–30560. [PubMed: 7982974]

196. Halliwell B. Oxidative stress and cancer: have we moved forward? Biochem J 2007;401:1–11. [PubMed: 17150040]

197. Kundu N, Zhang S, Fulton AM. Sublethal oxidative stress inhibits tumor cell adhesion and enhances experimental metastasis of murine mammary carcinoma. Clin Exp Metastasis 1995;13:16–22. [PubMed: 7820952]

198. Roebuck KA. Oxidant stress regulation of IL-8 and ICAM-1 gene expression: differential activation and binding of the transcription factors AP-1 and NF-kappaB (Review). Int J Mol Med 1999;4:223–230. [PubMed: 10425270]

199. Westermarck J, Kahari VM. Regulation of matrix metalloproteinase expression in tumor invasion. FASEB J 1999;13:781–792. [PubMed: 10224222]

200. Mori K, Shibanuma M, Nose K. Invasive potential induced under long-term oxidative stress in mammary epithelial cells. Cancer Res 2004;64:7464–7472. [PubMed: 15492271]

201. Nelson AR, Fingleton B, Rothenberg ML, Matrisian LM. Matrix metalloproteinases: biologic activity and clinical implications. J Clin Oncol 2000;18:1135–1149. [PubMed: 10694567]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

202. Rajagopalan S, Meng XP, Ramasamy S, Harrison DG, Galis ZS. Reactive oxygen species produced by macrophage-derived foam cells regulate the activity of vascular matrix metalloproteinases in vitro. Implications for atherosclerotic plaque stability. J Clin Invest 1996;98:2572–2579. [PubMed: 8958220]

203. Nelson KK, Melendez JA. Mitochondrial redox control of matrix metalloproteinases. Free Radic Biol Med 2004;37:768–784. [PubMed: 15304253]

204. Yoon SO, Park SJ, Yoon SY, Yun CH, Chung AS. Sustained production of H(2)O(2) activates pro-matrix metalloproteinase-2 through receptor tyrosine kinases/phosphatidylinositol 3-kinase/NF-kappa B pathway. J Biol Chem 2002;277:30271–30282. [PubMed: 12058032]

205. Hanahan D, Weinberg RA. The hallmarks of cancer. Cell 2000;100:57–70. [PubMed: 10647931]

206. Kollmar O, Rupertus K, Scheuer C, Junker B, Tilton B, Schilling MK, Menger MD. Stromal cell-derived factor-1 promotes cell migration and tumor growth of colorectal metastasis. Neoplasia 2007;9:862–870. [PubMed: 17971906]

207. Owen JD, Strieter R, Burdick M, Haghnegahdar H, Nanney L, Shattuck-Brandt R, Richmond A. Enhanced tumor-forming capacity for immortalized melanocytes expressing melanoma growth stimulatory activity/growth-regulated cytokine beta and gamma proteins. Int J Cancer 1997;73:94–103. [PubMed: 9334815]

208. Yuecheng Y, Xiaoyan X. Stromal-cell derived factor-1 regulates epithelial ovarian cancer cell invasion by activating matrix metalloproteinase-9 and matrix metalloproteinase-2. Eur J Cancer Prev 2007;16:430–435. [PubMed: 17923814]

209. Lu H, Ouyang W, Huang C. Inflammation, a key event in cancer development. Mol Cancer Res 2006;4:221–233. [PubMed: 16603636]

210. Wen DS, Zhu XL, Guan SM, Wu YM, Yu LL, Wu JZ. Silencing of CXCR4 inhibits the proliferation, adhesion, chemotaxis and invasion of salivary gland mucoepidermoid carcinoma Mc3 cells in vitro. Oral Oncol 2008;44:545–554. [PubMed: 17936060]

211. van Wetering S, van Buul JD, Quik S, Mul FP, Anthony EC, ten Klooster JP, Collard JG, Hordijk PL. Reactive oxygen species mediate Rac-induced loss of cell-cell adhesion in primary human endothelial cells. J Cell Sci 2002;115:1837–1846. [PubMed: 11956315]

212. Diers AR, Dranka BP, Ricart KC, Oh JY, Johnson MS, Zhou F, Pallero MA, Bodenstine TM, Murphy-Ullrich JE, Welch DR, Landar A. Modulation of mammary cancer cell migration by 15-deoxy-delta(12,14)-prostaglandin J(2): implications for anti-metastatic therapy. Biochem J 430:69–78. [PubMed: 20536428]

213. Stamatakis K, Perez-Sala D. Prostanoids with cyclopentenone structure as tools for the characterization of electrophilic lipid-protein interactomes. Ann N Y Acad Sci 2006;1091:548–570. [PubMed: 17341644]

214. Stamatakis K, Sanchez-Gomez FJ, Perez-Sala D. Identification of novel protein targets for modification by 15-deoxy-Delta12,14-prostaglandin J2 in mesangial cells reveals multiple interactions with the cytoskeleton. J Am Soc Nephrol 2006;17:89–98. [PubMed: 16291835]

215. Aldini G, Carini M, Vistoli G, Shibata T, Kusano Y, Gamberoni L, Dalle-Donne I, Milzani A, Uchida K. Identification of actin as a 15-deoxy-Delta12,14-prostaglandin J2 target in neuroblastoma cells: mass spectrometric, computational, and functional approaches to investigate the effect on cytoskeletal derangement. Biochemistry 2007;46:2707–2718. [PubMed: 17297918]

216. Cheng GC, Schulze PC, Lee RT, Sylvan J, Zetter BR, Huang H. Oxidative stress and thioredoxin-interacting protein promote intravasation of melanoma cells. Exp Cell Res 2004;300:297–307. [PubMed: 15474995]

217. Folkman J. Tumor angiogenesis. Adv Cancer Res 1985;43:175–203. [PubMed: 2581424]

218. Aruoma OI, Halliwell B. Superoxide-dependent and ascorbate-dependent formation of hydroxyl radicals from hydrogen peroxide in the presence of iron. Are lactoferrin and transferrin promoters of hydroxyl-radical generation? Biochem J 1987;241:273–278. [PubMed: 3032157]

219. Liotta LA, Steeg PS, Stetler-Stevenson WG. Cancer metastasis and angiogenesis: an imbalance of positive and negative regulation. Cell 1991;64:327–336. [PubMed: 1703045]

220. North S, Moenner M, Bikfalvi A. Recent developments in the regulation of the angiogenic switch by cellular stress factors in tumors. Cancer Lett 2005;218:1–14. [PubMed: 15639335]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

221. Bergers G, Benjamin LE. Tumorigenesis and the angiogenic switch. Nat Rev Cancer 2003;3:401–410. [PubMed: 12778130]

222. Chandel NS, Maltepe E, Goldwasser E, Mathieu CE, Simon MC, Schumacker PT. Mitochondrial reactive oxygen species trigger hypoxia-induced transcription. Proc Natl Acad Sci U S A 1998;95:11715–11720. [PubMed: 9751731]

223. Mazure NM, Chen EY, Yeh P, Laderoute KR, Giaccia AJ. Oncogenic transformation and hypoxia synergistically act to modulate vascular endothelial growth factor expression. Cancer Res 1996;56:3436–3440. [PubMed: 8758908]

224. Okada F, Rak JW, Croix BS, Lieubeau B, Kaya M, Roncari L, Shirasawa S, Sasazuki T, Kerbel RS. Impact of oncogenes in tumor angiogenesis: mutant K-ras up-regulation of vascular endothelial growth factor/vascular permeability factor is necessary, but not sufficient for tumorigenicity of human colorectal carcinoma cells. Proc Natl Acad Sci U S A 1998;95:3609–3614. [PubMed: 9520413]

225. Van Meir EG, Polverini PJ, Chazin VR, Su Huang HJ, de Tribolet N, Cavenee WK. Release of an inhibitor of angiogenesis upon induction of wild type p53 expression in glioblastoma cells. Nat Genet 1994;8:171–176. [PubMed: 7531056]

226. Longo R, Sarmiento R, Fanelli M, Capaccetti B, Gattuso D, Gasparini G. Anti-angiogenic therapy: rationale, challenges and clinical studies. Angiogenesis 2002;5:237–256. [PubMed: 12906317]

227. Alon T, Hemo I, Itin A, Pe'er J, Stone J, Keshet E. Vascular endothelial growth factor acts as a survival factor for newly formed retinal vessels and has implications for retinopathy of prematurity. Nat Med 1995;1:1024–1028. [PubMed: 7489357]

228. Eatock MM, Schatzlein A, Kaye SB. Tumour vasculature as a target for anticancer therapy. Cancer Treat Rev 2000;26:191–204. [PubMed: 10814561]

229. Monte M, Davel LE, Sacerdote de Lustig E. Hydrogen peroxide is involved in lymphocyte activation mechanisms to induce angiogenesis. Eur J Cancer 1997;33:676–682. [PubMed: 9274453]

230. Monte M, Davel LE, de Lustig ES. Inhibition of lymphocyte-induced angiogenesis by free radical scavengers. Free Radic Biol Med 1994;17:259–266. [PubMed: 7526998]

231. Harris AL. Hypoxia--a key regulatory factor in tumour growth. Nat Rev Cancer 2002;2:38–47. [PubMed: 11902584]

232. Hockel M, Schlenger K, Hockel S, Vaupel P. Hypoxic cervical cancers with low apoptotic index are highly aggressive. Cancer Res 1999;59:4525–4528. [PubMed: 10493500]

233. Hockel M, Vaupel P. Tumor hypoxia: definitions and current clinical, biologic, and molecular aspects. J Natl Cancer Inst 2001;93:266–276. [PubMed: 11181773]

234. Roessner A, Kuester D, Malfertheiner P, Schneider-Stock R. Oxidative stress in ulcerative colitis-associated carcinogenesis. Pathol Res Pract 2008;204:511–524. [PubMed: 18571874]

235. Martey CA, Pollock SJ, Turner CK, O'Reilly KM, Baglole CJ, Phipps RP, Sime PJ. Cigarette smoke induces cyclooxygenase-2 and microsomal prostaglandin E2 synthase in human lung fibroblasts: implications for lung inflammation and cancer. Am J Physiol Lung Cell Mol Physiol 2004;287:L981–991. [PubMed: 15234907]

236. Garcea G, Dennison AR, Steward WP, Berry DP. Role of inflammation in pancreatic carcinogenesis and the implications for future therapy. Pancreatology 2005;5:514–529. [PubMed: 16110250]

237. Murphy SJ, Anderson LA, Johnston BT, Fitzpatrick DA, Watson PR, Monaghan P, Murray LJ. Have patients with esophagitis got an increased risk of adenocarcinoma? Results from a population-based study. World J Gastroenterol 2005;11:7290–7295. [PubMed: 16437630]

238. de Visser KE, Jonkers J. Towards understanding the role of cancer-associated inflammation in chemoresistance. Curr Pharm Des 2009;15:1844–1853. [PubMed: 19519427]

239. Borst P, Jonkers J, Rottenberg S. What makes tumors multidrug resistant? Cell Cycle 2007;6:2782–2787. [PubMed: 17998803]

240. Schmitt CA, Fridman JS, Yang M, Lee S, Baranov E, Hoffman RM, Lowe SW. A senescence program controlled by p53 and p16INK4a contributes to the outcome of cancer therapy. Cell 2002;109:335–346. [PubMed: 12015983]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

241. Szakacs G, Paterson JK, Ludwig JA, Booth-Genthe C, Gottesman MM. Targeting multidrug resistance in cancer. Nat Rev Drug Discov 2006;5:219–234. [PubMed: 16518375]

242. Voorzanger-Rousselot N, Alberti L, Blay JY. CD40L induces multidrug resistance to apoptosis in breast carcinoma and lymphoma cells through caspase independent and dependent pathways. BMC Cancer 2006;6:75. [PubMed: 16545138]

243. Ho EA, Piquette-Miller M. Regulation of multidrug resistance by proinflammatory cytokines. Curr Cancer Drug Targets 2006;6:295–311. [PubMed: 16848721]

244. Petrovic V, Teng S, Piquette-Miller M. Regulation of drug transporters during infection and inflammation. Mol Interv 2007;7:99–111. [PubMed: 17468390]

245. Hartmann G, Vassileva V, Piquette-Miller M. Impact of endotoxin-induced changes in P-glycoprotein expression on disposition of doxorubicin in mice. Drug Metab Dispos 2005;33:820–828. [PubMed: 15778272]

246. Blokzijl H, van Steenpaal A, Vander Borght S, Bok LI, Libbrecht L, Tamminga M, Geuken M, Roskams TA, Dijkstra G, Moshage H, Jansen PL, Faber KN. Up-regulation and cytoprotective role of epithelial multidrug resistance-associated protein 1 in inflammatory bowel disease. J Biol Chem 2008;283:35630–35637. [PubMed: 18838379]

247. Bottero V, Busuttil V, Loubat A, Magne N, Fischel JL, Milano G, Peyron JF. Activation of nuclear factor kappaB through the IKK complex by the topoisomerase poisons SN38 and doxorubicin: a brake to apoptosis in HeLa human carcinoma cells. Cancer Res 2001;61:7785–7791. [PubMed: 11691793]

248. Das KC, White CW. Activation of NF-kappaB by antineoplastic agents. Role of protein kinase C. J Biol Chem 1997;272:14914–14920. [PubMed: 9169462]

249. Piret B, Piette J. Topoisomerase poisons activate the transcription factor NF-kappaB in ACH-2 and CEM cells. Nucleic Acids Res 1996;24:4242–4248. [PubMed: 8932379]

250. Ahn KS, Sethi G, Aggarwal BB. Nuclear factor-kappa B: from clone to clinic. Curr Mol Med 2007;7:619–637. [PubMed: 18045141]

251. Raju U, Gumin GJ, Noel F, Tofilon PJ. IkappaBalpha degradation is not a requirement for the X-ray-induced activation of nuclear factor kappaB in normal rat astrocytes and human brain tumour cells. Int J Radiat Biol 1998;74:617–624. [PubMed: 9848280]

252. Chen R, Alvero AB, Silasi DA, Kelly MG, Fest S, Visintin I, Leiser A, Schwartz PE, Rutherford T, Mor G. Regulation of IKKbeta by miR-199a affects NF-kappaB activity in ovarian cancer cells. Oncogene 2008;27:4712–4723. [PubMed: 18408758]

253. Kelly MG, Alvero AB, Chen R, Silasi DA, Abrahams VM, Chan S, Visintin I, Rutherford T, Mor G. TLR-4 signaling promotes tumor growth and paclitaxel chemoresistance in ovarian cancer. Cancer Res 2006;66:3859–3868. [PubMed: 16585214]

254. Braunstein S, Formenti SC, Schneider RJ. Acquisition of stable inducible upregulation of nuclear factor-kappaB by tumor necrosis factor exposure confers increased radiation resistance without increased transformation in breast cancer cells. Mol Cancer Res 2008;6:78–88. [PubMed: 18234964]

255. Douglas KT. Mechanism of action of glutathione-dependent enzymes. Adv Enzymol Relat Areas Mol Biol 1987;59:103–167. [PubMed: 2880477]

256. Sau A, Pellizzari Tregno F, Valentino F, Federici G, Caccuri AM. Glutathione transferases and development of new principles to overcome drug resistance. Arch Biochem Biophys 500:116–122. [PubMed: 20494652]

257. Hayes JD, Flanagan JU, Jowsey IR. Glutathione transferases. Annu Rev Pharmacol Toxicol 2005;45:51–88. [PubMed: 15822171]

258. Lau A, Villeneuve NF, Sun Z, Wong PK, Zhang DD. Dual roles of Nrf2 in cancer. Pharmacol Res 2008;58:262–270. [PubMed: 18838122]

259. Wang XJ, Sun Z, Villeneuve NF, Zhang S, Zhao F, Li Y, Chen W, Yi X, Zheng W, Wondrak GT, Wong PK, Zhang DD. Nrf2 enhances resistance of cancer cells to chemotherapeutic drugs, the dark side of Nrf2. Carcinogenesis 2008;29:1235–1243. [PubMed: 18413364]

260. Cho JM, Manandhar S, Lee HR, Park HM, Kwak MK. Role of the Nrf2-antioxidant system in cytotoxicity mediated by anticancer cisplatin: implication to cancer cell resistance. Cancer Lett 2008;260:96–108. [PubMed: 18036733]

261. Padmanabhan B, Tong KI, Ohta T, Nakamura Y, Scharlock M, Ohtsuji M, Kang MI, Kobayashi A, Yokoyama S, Yamamoto M. Structural basis for defects of Keap1 activity provoked by its point mutations in lung cancer. Mol Cell 2006;21:689–700. [PubMed: 16507366]

262. Singh A, Misra V, Thimmulappa RK, Lee H, Ames S, Hoque MO, Herman JG, Baylin SB, Sidransky D, Gabrielson E, Brock MV, Biswal S. Dysfunctional KEAP1-NRF2 interaction in non-small-cell lung cancer. PLoS Med 2006;3:e420. [PubMed: 17020408]

263. Jozkowicz A, Was H, Dulak J. Heme oxygenase-1 in tumors: is it a false friend? Antioxid Redox Signal 2007;9:2099–2117. [PubMed: 17822372]

264. Brigelius-Flohe R. Selenium compounds and selenoproteins in cancer. Chem Biodivers 2008;5:389–395. [PubMed: 18357548]

265. Kim JH, Bogner PN, Ramnath N, Park Y, Yu J, Park YM. Elevated peroxiredoxin 1, but not NF-E2-related factor 2, is an independent prognostic factor for disease recurrence and reduced survival in stage I non-small cell lung cancer. Clin Cancer Res 2007;13:3875–3882. [PubMed: 17606720]

266. Kim YJ, Ahn JY, Liang P, Ip C, Zhang Y, Park YM. Human prx1 gene is a target of Nrf2 and is up-regulated by hypoxia/reoxygenation: implication to tumor biology. Cancer Res 2007;67:546–554. [PubMed: 17234762]

267. Persons DL, Yazlovitskaya EM, Cui W, Pelling JC. Cisplatin-induced activation of mitogen-activated protein kinases in ovarian carcinoma cells: inhibition of extracellular signal-regulated kinase activity increases sensitivity to cisplatin. Clin Cancer Res 1999;5:1007–1014. [PubMed: 10353733]

268. Steinmetz R, Wagoner HA, Zeng P, Hammond JR, Hannon TS, Meyers JL, Pescovitz OH. Mechanisms regulating the constitutive activation of the extracellular signal-regulated kinase (ERK) signaling pathway in ovarian cancer and the effect of ribonucleic acid interference for ERK1/2 on cancer cell proliferation. Mol Endocrinol 2004;18:2570–2582. [PubMed: 15243131]

269. Camps M, Nichols A, Arkinstall S. Dual specificity phosphatases: a gene family for control of MAP kinase function. FASEB J 2000;14:6–16. [PubMed: 10627275]

270. Keyse SM. Protein phosphatases and the regulation of mitogen-activated protein kinase signalling. Curr Opin Cell Biol 2000;12:186–192. [PubMed: 10712927]

271. Nichols A, Camps M, Gillieron C, Chabert C, Brunet A, Wilsbacher J, Cobb M, Pouyssegur J, Shaw JP, Arkinstall S. Substrate recognition domains within extracellular signal-regulated kinase mediate binding and catalytic activation of mitogen-activated protein kinase phosphatase-3. J Biol Chem 2000;275:24613–24621. [PubMed: 10811804]

272. Kim JJ, Tannock IF. Repopulation of cancer cells during therapy: an important cause of treatment failure. Nat Rev Cancer 2005;5:516–525. [PubMed: 15965493]

273. Olivieri G, Bodycote J, Wolff S. Adaptive response of human lymphocytes to low concentrations of radioactive thymidine. Science 1984;223:594–597. [PubMed: 6695170]

274. Orlowski RZ, Baldwin AS Jr. NF-kappaB as a therapeutic target in cancer. Trends Mol Med 2002;8:385–389. [PubMed: 12127724]

275. Fan M, Ahmed KM, Coleman MC, Spitz DR, Li JJ. Nuclear factor-kappaB and manganese superoxide dismutase mediate adaptive radioresistance in low-dose irradiated mouse skin epithelial cells. Cancer Res 2007;67:3220–3228. [PubMed: 17409430]

276. Guo G, Yan-Sanders Y, Lyn-Cook BD, Wang T, Tamae D, Ogi J, Khaletskiy A, Li Z, Weydert C, Longmate JA, Huang TT, Spitz DR, Oberley LW, Li JJ. Manganese superoxide dismutase-mediated gene expression in radiation-induced adaptive responses. Mol Cell Biol 2003;23:2362–2378. [PubMed: 12640121]

277. Li Z, Xia L, Lee LM, Khaletskiy A, Wang J, Wong JY, Li JJ. Effector genes altered in MCF-7 human breast cancer cells after exposure to fractionated ionizing radiation. Radiat Res 2001;155:543–553. [PubMed: 11260656]

278. Izzo JG, Malhotra U, Wu TT, Ensor J, Luthra R, Lee JH, Swisher SG, Liao Z, Chao KS, Hittelman WN, Aggarwal BB, Ajani JA. Association of activated transcription factor nuclear factor kappab with chemoradiation resistance and poor outcome in esophageal carcinoma. J Clin Oncol 2006;24:748–754. [PubMed: 16401681]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

279. Sandur SK, Deorukhkar A, Pandey MK, Pabon AM, Shentu S, Guha S, Aggarwal BB, Krishnan S. Curcumin modulates the radiosensitivity of colorectal cancer cells by suppressing constitutive and inducible NF-kappaB activity. Int J Radiat Oncol Biol Phys 2009;75:534–542. [PubMed: 19735878]

280. De Ridder M, Verellen D, Verovski V, Storme G. Hypoxic tumor cell radiosensitization through nitric oxide. Nitric Oxide 2008;19:164–169. [PubMed: 18474256]

281. Janssens MY, Verovski VN, Van den Berge DL, Monsaert C, Storme GA. Radiosensitization of hypoxic tumour cells by S-nitroso-N-acetylpenicillamine implicates a bioreductive mechanism of nitric oxide generation. Br J Cancer 1999;79:1085–1089. [PubMed: 10098740]

282. Kimura K, Bowen C, Spiegel S, Gelmann EP. Tumor necrosis factor-alpha sensitizes prostate cancer cells to gamma-irradiation-induced apoptosis. Cancer Res 1999;59:1606–1614. [PubMed: 10197636]

283. Mitchell JB, Wink DA, DeGraff W, Gamson J, Keefer LK, Krishna MC. Hypoxic mammalian cell radiosensitization by nitric oxide. Cancer Res 1993;53:5845–5848. [PubMed: 8261391]

284. Sersa G, Willingham V, Milas L. Anti-tumor effects of tumor necrosis factor alone or combined with radiotherapy. Int J Cancer 1988;42:129–134. [PubMed: 3391701]

285. Verovski VN, Van den Berge DL, Soete GA, Bols BL, Storme GA. Intrinsic radiosensitivity of human pancreatic tumour cells and the radiosensitising potency of the nitric oxide donor sodium nitroprusside. Br J Cancer 1996;74:1734–1742. [PubMed: 8956786]

286. Bonnet D, Dick JE. Human acute myeloid leukemia is organized as a hierarchy that originates from a primitive hematopoietic cell. Nat Med 1997;3:730–737. [PubMed: 9212098]

287. Al-Hajj M, Wicha MS, Benito-Hernandez A, Morrison SJ, Clarke MF. Prospective identification of tumorigenic breast cancer cells. Proc Natl Acad Sci U S A 2003;100:3983–3988. [PubMed: 12629218]

288. Collins AT, Berry PA, Hyde C, Stower MJ, Maitland NJ. Prospective identification of tumorigenic prostate cancer stem cells. Cancer Res 2005;65:10946–10951. [PubMed: 16322242]

289. Li C, Heidt DG, Dalerba P, Burant CF, Zhang L, Adsay V, Wicha M, Clarke MF, Simeone DM. Identification of pancreatic cancer stem cells. Cancer Res 2007;67:1030–1037. [PubMed: 17283135]

290. Ricci-Vitiani L, Lombardi DG, Pilozzi E, Biffoni M, Todaro M, Peschle C, De Maria R. Identification and expansion of human colon-cancer-initiating cells. Nature 2007;445:111–115. [PubMed: 17122771]

291. Schatton T, Murphy GF, Frank NY, Yamaura K, Waaga-Gasser AM, Gasser M, Zhan Q, Jordan S, Duncan LM, Weishaupt C, Fuhlbrigge RC, Kupper TS, Sayegh MH, Frank MH. Identification of cells initiating human melanomas. Nature 2008;451:345–349. [PubMed: 18202660]

292. Singh SK, Hawkins C, Clarke ID, Squire JA, Bayani J, Hide T, Henkelman RM, Cusimano MD, Dirks PB. Identification of human brain tumour initiating cells. Nature 2004;432:396–401. [PubMed: 15549107]

293. Szotek PP, Pieretti-Vanmarcke R, Masiakos PT, Dinulescu DM, Connolly D, Foster R, Dombkowski D, Preffer F, Maclaughlin DT, Donahoe PK. Ovarian cancer side population defines cells with stem cell-like characteristics and Mullerian Inhibiting Substance responsiveness. Proc Natl Acad Sci U S A 2006;103:11154–11159. [PubMed: 16849428]

294. Korkaya H, Wicha MS. Selective targeting of cancer stem cells: a new concept in cancer therapeutics. BioDrugs 2007;21:299–310. [PubMed: 17896836]

295. Diehn M, Cho RW, Lobo NA, Kalisky T, Dorie MJ, Kulp AN, Qian D, Lam JS, Ailles LE, Wong M, Joshua B, Kaplan MJ, Wapnir I, Dirbas FM, Somlo G, Garberoglio C, Paz B, Shen J, Lau SK, Quake SR, Brown JM, Weissman IL, Clarke MF. Association of reactive oxygen species levels and radioresistance in cancer stem cells. Nature 2009;458:780–783. [PubMed: 19194462]

296. Baba T, Convery PA, Matsumura N, Whitaker RS, Kondoh E, Perry T, Huang Z, Bentley RC, Mori S, Fujii S, Marks JR, Berchuck A, Murphy SK. Epigenetic regulation of CD133 and tumorigenicity of CD133+ ovarian cancer cells. Oncogene 2009;28:209–218. [PubMed: 18836486]

297. Ma S, Lee TK, Zheng BJ, Chan KW, Guan XY. CD133+ HCC cancer stem cells confer chemoresistance by preferential expression of the Akt/PKB survival pathway. Oncogene 2008;27:1749–1758. [PubMed: 17891174]

298. Rhee HW, Zhau HE, Pathak S, Multani AS, Pennanen S, Visakorpi T, Chung LW. Permanent phenotypic and genotypic changes of prostate cancer cells cultured in a three-dimensional rotating-wall vessel. In Vitro Cell Dev Biol Anim 2001;37:127–140. [PubMed: 11370803]

299. Thalmann GN, Anezinis PE, Chang SM, Zhau HE, Kim EE, Hopwood VL, Pathak S, von Eschenbach AC, Chung LW. Androgen-independent cancer progression and bone metastasis in the LNCaP model of human prostate cancer. Cancer Res 1994;54:2577–2581. [PubMed: 8168083]

300. Josson S, Matsuoka Y, Chung LW, Zhau HE, Wang R. Tumor-stroma coevolution in prostate cancer progression and metastasis. Semin Cell Dev Biol 21:26–32. [PubMed: 19948237]

301. De Marzo AM, Nakai Y, Nelson WG. Inflammation, atrophy, and prostate carcinogenesis. Urol Oncol 2007;25:398–400. [PubMed: 17826659]

302. Sung SY, Hsieh CL, Law A, Zhau HE, Pathak S, Multani AS, Lim S, Coleman IM, Wu LC, Figg WD, Dahut WL, Nelson P, Lee JK, Amin MB, Lyles R, Johnstone PA, Marshall FF, Chung LW. Coevolution of prostate cancer and bone stroma in three-dimensional coculture: implications for cancer growth and metastasis. Cancer Res 2008;68:9996–10003. [PubMed: 19047182]

303. Chung LW, Baseman A, Assikis V, Zhau HE. Molecular insights into prostate cancer progression: the missing link of tumor microenvironment. J Urol 2005;173:10–20. [PubMed: 15592017]

304. Porta C, Larghi P, Rimoldi M, Totaro MG, Allavena P, Mantovani A, Sica A. Cellular and molecular pathways linking inflammation and cancer. Immunobiology 2009;214:761–777. [PubMed: 19616341]

305. Mantovani A, Sica A, Allavena P, Garlanda C, Locati M. Tumor-associated macrophages and the related myeloid-derived suppressor cells as a paradigm of the diversity of macrophage activation. Hum Immunol 2009;70:325–330. [PubMed: 19236898]

306. Sica A, Bronte V. Altered macrophage differentiation and immune dysfunction in tumor development. J Clin Invest 2007;117:1155–1166. [PubMed: 17476345]

307. Balkwill F, Charles KA, Mantovani A. Smoldering and polarized inflammation in the initiation and promotion of malignant disease. Cancer Cell 2005;7:211–217. [PubMed: 15766659]

308. Balkwill F, Mantovani A. Inflammation and cancer: back to Virchow? Lancet 2001;357:539–545. [PubMed: 11229684]

309. Mantovani A, Allavena P, Sica A, Balkwill F. Cancer-related inflammation. Nature 2008;454:436–444. [PubMed: 18650914]

310. Mantovani A, Sozzani S, Locati M, Allavena P, Sica A. Macrophage polarization: tumor-associated macrophages as a paradigm for polarized M2 mononuclear phagocytes. Trends Immunol 2002;23:549–555. [PubMed: 12401408]

311. Hiratsuka S, Nakamura K, Iwai S, Murakami M, Itoh T, Kijima H, Shipley JM, Senior RM, Shibuya M. MMP9 induction by vascular endothelial growth factor receptor-1 is involved in lung-specific metastasis. Cancer Cell 2002;2:289–300. [PubMed: 12398893]

312. Surh YJ, Kundu JK, Na HK, Lee JS. Redox-sensitive transcription factors as prime targets for chemoprevention with anti-inflammatory and antioxidative phytochemicals. J Nutr 2005;135:2993S–3001S. [PubMed: 16317160]

313. Virgili F, Marino M. Regulation of cellular signals from nutritional molecules: a specific role for phytochemicals, beyond antioxidant activity. Free Radic Biol Med 2008;45:1205–1216. [PubMed: 18762244]

# 6. Abbreviations

| | |
|---|---|
| **Akt** | AKT8 virus oncogene cellular homolog |
| **AP-1** | activator protein-1 |

Reuter et al.                                                                                          Page 30

| | |
|---|---|
| **APC** | adenomatous polyposis coli |
| **ATF-2** | activating transcription factor-2 |
| **Bad** | Bcl-XL/Bcl-2-associated death promoter |
| **BH3** | Bcl-2 homology3 |
| **BRCA1** | breast cancer susceptibility gene 1 |
| **CDKN-2** | cyclin-dependent kinase inhibitor-2 |
| **COX-2** | cyclooxygenase-2 |
| **CCL5** | CC chemokine ligand 5 |
| **CSCs** | cancer stem cells |
| **Cu-ZnSOD** | copper-zinc superoxide dismutase |
| **CXCL5** | CXC chemokine lix 5 |
| **CXCR4** | CXC chemokine receptor 4 |
| **ECM** | extracellular matrix |
| **EC-SOD** | extracellular-superoxide dismutase |
| **eNOS** | endothelial nitric oxide synthase |
| **ERK/MAPK** | extracellular signal-regulated kinase/ mitogen-activated protein kinase |
| **FGF** | fibroblast growth factor |
| **HIF-1α** | hypoxia inducible factor-1α |
| **Flk1/KDR** | fetal liver kinase 1/ kinase insert domain receptor |
| **GPx** | glutathione peroxidase |
| **GSH** | glutathione |
| **GSSG** | glutathione disulphide |
| **GTPase Rac1** | guanosine triphosphatase Rac1 |
| **HER-2** | human epidermal growth factor receptor-2 |
| **HGF/SF** | hepatocyte growth factor/ scatter factor |
| **HIF-1α** | hypoxia-inducible factor-1α |
| **hMLH1** | human mutL homolog 1 |
| **HMOX-1** | heme oxygenase-1 |
| **4-HNE** | 4-hydroxynonenal |
| **$H_2O_2$** | hydrogen peroxide |
| **Hsp27** | heat shock protein27 |
| **ICAM-1** | intercellular adhesion molecule-1 |
| **IGF-1** | Insulin like growth factor-1 |
| **IκBα** | inhibitor of κBα |
| **IL-1** | interleukin-1 |
| **IL-6** | interleukin-6 |

Reuter et al.                                                                                          Page 31

| | |
|---|---|
| **IL-8** | interleukin-8 |
| **iNOS** | inducible nitric oxide synthase |
| **IFN** | interferon |
| **JNK** | c-Jun N-terminal kinase |
| **c-JUN** | cellular Ju-nanna |
| **KGF** | keratinocyte growth factor |
| **Keap1** | Kelch-like ECH-associated protein 1 |
| **LPS** | lipopolysaccharide |
| **MDR** | multidrug-resistance |
| **MDM2** | murine double minute 2 |
| **MKPs** | mitogen-activated protein kinase phosphatases |
| **MMPs** | metalloproteinases |
| **Mn-SOD** | manganese-superoxide dismutase |
| **MRP1** | multidrug resistance-associated protein 1 |
| **Myc** | avian myeloblastosis virus oncogene |
| **MyD88** | myeloid differentiation primary response gene 88 |
| **NAC** | N-acetylcysteine |
| **NADPH** | reduced nicotinamide adenine dinucleotide phosphate |
| **NFAT** | nuclear factor of activated T cells |
| **NF-κB** | nuclear factor κ B |
| **NO** | nitric oxide |
| **Nox** | NADPH oxidase |
| **Nrf2** | NF-E2 related factor-2 |
| **8-OHdG** | 8-hydroxydeoxyguanosine |
| **p27Kip1** | p27 kinase inhibitor protein |
| **PDGF** | platelet-derived growth factor |
| **PGP** | P-glycoprotein |
| **PI3K** | phosphoinositide 3- kinase |
| **PKB/Akt** | protein kinase B/AKT8 virus oncogene cellular homolog |
| **PMA** | phorbol 12-myristate 13- acetate |
| **PPAR-γ** | peroxisome proliferator-activated receptor-γ |
| **PTEN** | phosphatase and tensin homolog deleted from chromosome 10 |
| **Prx** | peroxiredoxins |
| **RAS** | rat sarcoma viral oncogene |
| **RAF** | murine sarcoma 3611 oncogene |
| **Rb** | retinoblastoma protein |

Reuter et al.                                                                                                              Page 32

| | |
|---|---|
| **ROS** | reactive oxygen species |
| **RNS** | reactive nitrogen species |
| **SDF-1/CXCL12** | stromal cell derived factor-1/ CXC chemokine ligand 12 |
| **SOD** | superoxide dismutase |
| **SRC** | steroid receptor coactivator |
| **STAT3** | signal transducer and activator of transcription 3 |
| **TAM** | tumor-associated macrophages |
| **tBHQ** | tertiary-butylhydroquinone |
| **TGF-β** | transforming growth factor-β |
| **TLR** | toll-like receptor |
| **TNF** | tumor necrosis factor |
| **TSP-1** | thrombospondin-1 |
| **TrxR** | thioredoxin reductase |
| **VEGF-A** | vascular endothelial growth factor-A |
| **Wnt** | wint |

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript



**Figure 1. Schematic representation of various activators and inhibitors of reactive oxygen species production**

Reuter et al. Page 34



**Figure 2. Schematic representation of various transcription factors that are modulated by reactive oxygen species**

Reuter et al. Page 35



**Figure 3. Model of a balance between pro-oxidants and anti-oxidants**
Under normal conditions, anti-oxidants outbalance pro-oxidants, but under oxidative
conditions, pro-oxidants prevail over anti-oxidants, which can lead to many inflammatory
diseases including cancer.

**Figure 4. Model of the sensitivity of normal cells versus cancer cells to reactive oxygen species**
Normal cells are hypersensitive to ROS if not adequately protected by anti-oxidant mechanisms, which may lead to cancer formation. Cancer cells, on the other hand, have upregulated antioxidant mechanisms (glutathione, SOD, catalase, and others) that will protect them against ROS, as can be observed in, for example, the case of radioresistance.

Reuter et al.                                                                                    Page 37

**Table 1**
**A partial list of diseases that have been linked to reactive oxygen species**

| Disease | Reference |
|---|---|
| Acute Respiratory Distress Syndrome | [16] |
| Aging | [17] |
| Alzheimer | [18,19] |
| Atherosclerosis | [20] |
| Cancer | [21-23] |
| Cardiovascular Disease | [24,25] |
| Diabetes | [26] |
| Inflammation | [27] |
| Inflammatory Joint Disease | [28] |
| Neurological Disease | [29] |
| Obesity | [30,31] |
| Parkinson | [32,33] |
| Pulmonary fibrosis | [34,35] |
| Rheumatoid arthritis | [36] |
| Vascular Disease | [37,38] |

*Free Radic Biol Med*. Author manuscript; available in PMC 2011 December 1.

NIH-PA Author Manuscript     NIH-PA Author Manuscript     NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Reuter et al.                                                                                          Page 38

**Table 2**
**A partial list of cancers that have been linked to reactive oxygen species**

| Cancer | Reference |
| --- | --- |
| Bladder Cancer | [39] |
| Brain Tumor | [40] |
| Breast Cancer | [41] |
| Cervical Cancer | [42] |
| Gastric (Stomach) Cancer | [43] |
| Liver Cancer | [44] |
| Lung Cancer | [45] |
| Melanoma | [46] |
| Multiple Myeloma | [47] |
| Leukemia | [48] |
| Lymphoma | [49] |
| Oral Cancer | [50] |
| Ovarian Cancer | [51] |
| Pancreatic Cancer | [52] |
| Prostate Cancer | [10] |
| Sarcoma | [53] |

**Table 3**
**A partial list of signaling pathways linked to reactive oxygen species**

| Signaling intermediate | Reference |
| --- | --- |
| AHR | [98] |
| AP-1 | [99,100] |
| ATM | [101] |
| cAMP | [102] |
| cAMP-dependent PKA | [103] |
| CDK5 | [104] |
| Chemokine | [70] |
| c-myc | [99] |
| CREB | [103] |
| Cyclins and Cell Cycle Regulation | [105] |
| Cytokine Network | [66] |
| DNA Methylation | [106] |
| DNA Repair Mechanism | [107] |
| EGF | [108] |
| eNOS | [109] |
| ERK | [110] |
| Fas | [111] |
| FOXO | [112] |
| HIF-1α | [113] |
| HO-1 | [114] |
| IL-10 | [115] |
| iNOS | [109] |
| Integrin | [116] |
| Interferon | [117] |
| JAK/STAT | [118] |
| JNK | [119] |
| MAPK | [110] |
| Mismatch Repair | [120] |
| mTor | [121] |
| NAD(P)H quinone oxidoreductase 1 | [122] |
| NF-κB | [123] |
| Nfr2 | [124] |
| PI3K/Akt | [125] |
| p38 | [126] |
| p53 | [127,128] |
| PKC | [129] |
| PPARγ | [130] |
| PTEN | [131] |
| PTPs/PTKs | [132] |

Reuter et al.                                                                                                    Page 40

| Signaling intermediate | Reference |
| --- | --- |
| Sp1 | [133] |
| TNF | [5] |
| VEGF | [134] |
| WNT | [135,136] |

Exhibit 77



RESEARCH ARTICLE

# Inflammation-Induced Cell Proliferation Potentiates DNA Damage-Induced Mutations *In Vivo*

**Orsolya Kiraly[1,2], Guanyu Gong[1], Werner Olipitz[1], Sureshkumar Muthupalani[3], Bevin P. Engelward[1,2]\***

**1** Department of Biological Engineering, Massachusetts Institute of Technology, Cambridge, Massachusetts, United States of America, **2** Singapore–MIT Alliance for Research and Technology, Singapore, **3** Division of Comparative Medicine, Massachusetts Institute of Technology, Cambridge, Massachusetts, United States of America

\* bevin@mit.edu



**OPEN ACCESS**

**Citation:** Kiraly O, Gong G, Olipitz W, Muthupalani S, Engelward BP (2015) Inflammation-Induced Cell Proliferation Potentiates DNA Damage-Induced Mutations *In Vivo*. PLoS Genet 11(2): e1004901. doi:10.1371/journal.pgen.1004901

**Editor:** Rosana Risques, University of Washington, UNITED STATES

**Received:** August 11, 2014

**Accepted:** November 17, 2014

**Published:** February 3, 2015

**Copyright:** © 2015 Kiraly et al. This is an open access article distributed under the terms of the Creative Commons Attribution License, which permits unrestricted use, distribution, and reproduction in any medium, provided the original author and source are credited.

**Data Availability Statement:** All relevant data are within the paper and its Supporting Information files.

**Funding:** This work was supported by National Institutes of Health (NIH) (http://www.nih.gov) grants R01-CA079827 and P01-CA026731. Support was also provided by NIH R33-CA112151, the Singapore National Research Foundation (http://www.nrf.gov.sg) under the Singapore-MIT Alliance for Research and Technology (http://smart.mit.edu), and an APART Fellowship from the Austrian Academy of Sciences (http://www.oeaw.ac.at/en/austrian-academy-of-sciences) (to WO). The MIT Center for Environmental Health Sciences was funded by NIH grant P30-

## Abstract

Mutations are a critical driver of cancer initiation. While extensive studies have focused on exposure-induced mutations, few studies have explored the importance of tissue physiology as a modulator of mutation susceptibility *in vivo*. Of particular interest is inflammation, a known cancer risk factor relevant to chronic inflammatory diseases and pathogen-induced inflammation. Here, we used the fluorescent yellow direct repeat (FYDR) mice that harbor a reporter to detect misalignments during homologous recombination (HR), an important class of mutations. FYDR mice were exposed to cerulein, a potent inducer of pancreatic inflammation. We show that inflammation induces DSBs (γH2AX foci) and that several days later there is an increase in cell proliferation. While isolated bouts of inflammation did not induce HR, overlap between inflammation-induced DNA damage and inflammation-induced cell proliferation induced HR significantly. To study exogenously-induced DNA damage, animals were exposed to methylnitrosourea, a model alkylating agent that creates DNA lesions relevant to both environmental exposures and cancer chemotherapy. We found that exposure to alkylation damage induces HR, and importantly, that inflammation-induced cell proliferation and alkylation induce HR in a synergistic fashion. Taken together, these results show that, during an acute bout of inflammation, there is a kinetic barrier separating DNA damage from cell proliferation that protects against mutations, and that inflammation-induced cell proliferation greatly potentiates exposure-induced mutations. These studies demonstrate a fundamental mechanism by which inflammation can act synergistically with DNA damage to induce mutations that drive cancer and cancer recurrence.

## Author Summary

People with chronic inflammatory conditions have a markedly increased risk for cancer. In addition, many cancers have an inflammatory microenvironment that promotes tumor

ES002109, and the MIT Koch Institute Flow Cytometry Facility was funded by NIH grant P30-CA014051. The funders had no role in study design, data collection and analysis, decision to publish, or preparation of the manuscript.

**Competing Interests:** The authors have declared that no competing interests exist.

growth. Here, we show that inflammatory infiltration synergizes with tissue regeneration to induce DNA sequence rearrangements *in vivo*. Chronically inflamed issues that are continuously regenerating are thus at an increased risk for mutagenesis and malignant transformation. Further, rapidly dividing tumor cells in an inflammatory microenvironment can also acquire mutations, which have been shown to contribute to drug resistance and disease recurrence. Finally, inflammation-induced tissue regeneration sensitizes tissues to DNA damaging environmental exposures and chemotherapeutics. The work described here thus increases our understanding of how inflammation leads to genetic changes that drive cancer formation and recurrence.

## Introduction

Effective strategies for preventing and treating cancer depend not only upon understanding genetic and exposure-induced factors, but also physiological factors that drive disease. DNA damage, caused by endogenous metabolites and exogenous agents, promotes mutations, a key driver of phenotypic changes that potentiate metastasis and enable recurrence after treatment [1]. While significant progress has been made in terms of understanding how genes and exposures modulate the risk of mutations, relatively little is known about the potential role of tissue physiology in modulating the risk of mutations *in vivo*. Of particular interest is the inflammatory state, a critical cancer risk factor that is associated with sweeping changes in tissue architecture due to immune cell infiltration and associated changes in the levels of cytokines and reactive oxygen and nitrogen species (RONS) [2–4]. Inflammation is a well-established tumor promoter that contributes to cancer growth, angiogenesis, and resistance to apoptosis [2,5]. In addition to the role of inflammation in cancer progression, it is increasingly recognized that inflammation-induced DNA damage may also drive mutations that contribute to both initiation and progression [3,6]. With recent advances that enable analysis of key factors that impact the risk of mutation [7], here, we set out to determine how interactions between DNA damage and inflammation-induced physiological changes impact the risk of mutations *in vivo*.

It has long been thought that it is the convergence of conditions that induce DNA damage and cell division simultaneously that is a key driver of inflammation-induced mutations [8–11]. Nevertheless, studies that directly query the combined effect of RONS-induced DNA damage and cell division are lacking, both *in vitro* and *in vivo*. Importantly, the same proposed mechanism for synergy between cell division and endogenous RONS applies to exogenous DNA damaging agents. In the clinic, virtually all cancer patients are exposed to high levels of DNA damage when treated with radiation and/or chemotherapy, for which DNA damage is often critical to the mode of action. It is well established that an increase in the mutation rate contributes to cancer promotion and drug resistance [12–15]. Therefore, understanding physiological factors that modulate susceptibility to therapy-induced mutations could open doors to strategies to reduce disease recurrence.

Pancreatic inflammation is a key risk factor for pancreatic cancer [11,16], one of the most deadly cancers; most patients who initially respond to radio-chemotherapy suffer relapse, such that only $\sim 5\%$ of patients survive more than 5 years after diagnosis [17]. Inflammation-induced DNA damage potentially plays an important role in driving mutations that enable pancreatic cancer initiation and recurrence. During inflammation there are high levels of RONS, which can induce cytotoxic and mutagenic DNA lesions, including abasic sites, oxidized bases (e.g., 8oxoG), deaminated bases (e.g., uracil and hypoxanthine) and etheno adenine (eA) [18,19]. In addition to base damage, RONS also induce DNA double strand breaks (DSBs).



DSBs are among the most toxic of DNA lesions and they can also be potently mutagenic due to the potential loss of vast stretches of chromosomes if not accurately repaired [1,20].

Homologous recombination (HR) plays a critical role in preventing DSB-induced cytotoxicity by repairing DSBs during S/G$_2$ [21]. To initiate repair, the DNA is resected by MRE11 and EXO1 to generate 3' single-stranded overhangs [22–25]. BRCA2 then loads RAD51 onto the single-stranded DNA to form a nucleoprotein filament capable of homology searching and strand invasion [26–30]. The resulting D-loop enables the copying of sequence information that can then be processed by downstream proteins to complete the repair process [21]. While HR is effective for repair of two-ended DSBs, its most important role is in the repair of one-ended DSBs that arise when replication forks break down. Unlike two-ended DSBs, which can be repaired by alternative mechanisms, one-ended DSBs require HR for accurate sequence realignment and reinsertion of the broken DNA end. Inflammation induces single strand breaks and replication-blocking lesions, both of which promote replication fork breakdown. Furthermore, mutations in BRCA2 are genetic risk factor for pancreatic cancer [31], indicating that HR is indeed active in the pancreas [32]. Thus, RONS are predicted to create DSBs during pancreatitis, and HR can potentially repair inflammation-induced DSBs in the pancreas.

Ironically, while HR prevents cytotoxicity and is mostly accurate, HR carries a risk of sequence changes. Misalignments during HR promote large scale sequence rearrangements, such as deletions, duplications and translocations [33–35], and these HR-driven events have been observed in cancers [36,37]. Furthermore, HR between homologous chromosomes can also lead to loss of heterozygosity (LOH), a major mechanism for the inactivation of tumor suppressor genes. Indeed, studies with cultured cells have demonstrated that HR is the underlying cause of 30 to 70% of LOH events [38–40], and the importance of HR-driven LOH has also been demonstrated in tumors [41,42]. Finally, it has recently been shown that HR also promotes point mutations in mammalian cells, due to misincorporation during repair synthesis [43–48]. Taken together, it is now clear that virtually all cancers harbor one or more HR-driven sequence changes that promote initiation and progression.

Given the importance of HR, we created a mouse model that enables the detection of HR *in vivo* (see ref. 7). The fluorescent yellow direct repeat (FYDR) mice harbor an integrated direct repeat comprised of two non-functional EYFP expression cassettes, wherein transfer of sequence information by HR from one cassette to the other can reconstitute full length sequence and give rise to fluorescence (Fig. 1A–D) [49]. The FYDR recombination substrate is designed to detect the major classes of HR events, including gene conversion (wherein sequence information is transferred from one duplex to the other), sister chromatid exchange (e.g., gene conversion with crossover) and replication fork repair (S1 Fig.) [50]. Importantly, FYDR fluorescence after replication fork repair indicates misalignment and transfer of sequence information during HR, and in some cases the gain of one repeat unit in the FYDR substrate (Fig. 1A). Given that all cells that are positive for fluorescence result from sequence misalignment and harbor a change in sequence information, the FYDR readout is indicative of mutation events. The FYDR mouse model thus affords key advances in studies of mutagenesis, since it became possible for the first time to visualize mutant cells that arise within intact tissues of adult animals [7].

Here, we have integrated approaches for visualization and quantification of DNA damage, cell proliferation, and mutation within intact tissues in order to learn about their interrelationships in the context of inflammation. We found that following controlled induction of acute inflammation, the timing for inflammation-induced DSBs is separate from the timing for cell proliferation, creating a protective kinetic barrier against potential synergy between DNA damage and cell division. Breaking this barrier by creating overlap between peak cell proliferation and the acute phase of inflammation causes a synergistic increase in HR-driven mutations.



**Figure 1. The FYDR mouse detects HR-derived sequence rearrangements *in situ* in intact tissue. (A)** Schematic of the reconstitution of full-length EYFP coding sequence from two truncated copies through replication fork restart by HR. Note that the appearance of fluorescent signal indicates the gain of one repeat unit (a duplication). Arrows represent expression constructs. EYFP coding sequences are in yellow, promoter and polyadenylation signal sequences are in white, and deleted sequences are in black. Drawing is not to scale. **(B)** Representative image of a FYDR pancreas showing fluorescent foci detectable *in situ* in intact tissue. Freshly harvested, unfixed whole pancreas was counterstained with Hoechst, compressed to 0.5 mm and imaged under an epifluorescent microscope. Fluorescence is pseudocolored. Original magnification, ×1. Scale bar = 1 cm. **(C)** Cluster of recombinant cells at ×60 original magnification. Fluorescence is pseudocolored. **(D)** A recombinant pancreatic acinar cell identified by the overlay of EYFP fluorescence and H&E staining. Fluorescence is pseudocolored. Original magnification, ×40. **(E)** The model alkylating agent MNU induces HR in the pancreas. Mice received 25 mg/kg MNU i.p., and HR was evaluated 3 to 5 weeks after treatment. Frequencies of recombinant foci per $cm^2$ tissue area are significantly greater in MNU-treated mice (n = 15) than in control mice (n = 16). Boxes show 25th and 75th percentiles, medians are indicated by horizontal lines. * $P < 0.05$ (Mann–Whitney *U*-test).

doi:10.1371/journal.pgen.1004901.g001

Furthermore, under conditions of inflammation-induced cell proliferation, there is a dramatic increase in susceptibility to mutations induced by exposure to an exogenous DNA damaging agent of a class that is present in environmental contaminants and also commonly used in the clinic. This work reveals the critical role that tissue physiology plays in mutation susceptibility and opens doors to new avenues of cancer prevention and treatment.

## Results

### FYDR mice enable studies of DNA damage-induced HR

In the FYDR mice, HR-induced misalignments between two copies of an expression cassette for EYFP are detectable as fluorescent foci within intact pancreatic tissue (Fig. 1A,B). In some cases, foci are comprised of more than one fluorescent recombinant cell, indicative of a recombination event in a single cell that has subsequently undergone clonal expansion (Fig. 1C) [51]. Analysis of tissue histology shows that in the pancreas, acinar cells undergo HR (Fig. 1D), and

PLOS | GENETICS

Inflammation, DNA Damage and Mutations *In Vivo*



**Figure 2. Cerulein treatment induces inflammation in the pancreas, and chronic cerulein pancreatitis induces metaplastic changes.** (**A**) Tissue sections from pancreata of control mice show normal pancreas architecture. (**B**) Acute cerulein treatment induces pancreatic inflammation evidenced by edema and an inflammatory infiltrate. (**C**) Severity of cerulein-induced inflammation as determined by a trained pathologist. Inflammation scores are significantly higher in cerulein-treated mice (n = 30) than in control mice (n = 30). Data are mean ± SEM. *** $P < 0.001$ (Student's $t$-test). (**D**) Pancreas section from a mouse treated with cerulein for 6 months shows chronic pancreatic inflammation, edema, significant acinar loss, and acinar to ductal metaplasia (arrows). (**E**) Quantification of metaplastic changes determined by a trained pathologist shows absence of metaplasia in control mice. However, 9 out of 13 mice treated with cerulein for 6 months show metaplastic changes. See *Methods* for detailed pathological scoring criteria. Statistical testing could not be performed in groups containing only zero values. Panels **A,B**: Original magnification, ×10. Scale bar = 200 µm. Panel **D**: Original magnification, ×200. Scale bar = 80 µm.

doi:10.1371/journal.pgen.1004901.g002

previous studies show that acinar cells comprise virtually all of the recombinant cells in the FYDR pancreas [51].

The FYDR mice enable studies of exposure-induced HR in the pancreas of adult animals. Of particular interest are alkylating agents, an important class of DNA damaging agents that are present in food and in our environment, some of which have been shown to cause cancer [52–54]. Ironically, alkylating agents are used to treat cancer when given at high doses [55]. Temozolomide, a methylating agent that is used in cancer chemotherapy, kills tumor cells by creating DNA lesions that either directly or indirectly inhibit DNA replication, causing cytotoxicity [55]. Cells that do not die from exposure to temozolomide potentially run the risk of harboring chemotherapy-induced mutations, including HR events. To determine if alkylation damage induces HR in the pancreas, FYDR mice were exposed to the model methylating agent MNU, which creates the same types of base lesions as temozolomide. Results show that MNU causes a significant increase in the frequency of fluorescent foci (Fig. 1E), indicating that the FYDR mouse model is effective for studies of DNA damage-induced HR.

## Pancreatic inflammation induced by cerulein leads to edema and precancerous lesions

In order to study the interactions between DNA damage and inflammation, we exploited cerulein, a cholecystokinin analog that is well established as an inducer of pancreatic inflammation [56,57]. Animals exposed to cerulein by 6 hourly intraperitoneal injections showed pancreatic edema and infiltration by inflammatory cells, chiefly neutrophils (Fig. 2A,B). The extent of features of pancreatitis was found to be statistically significantly increased when quantified by a



**Figure 3. Independent bouts of inflammation induce DSB formation but not HR.** (A) Immunohistochemical staining for the DSB marker γH2AX (yellow) in pancreas sections. Nuclei were counterstained with DAPI (blue). In control mice, nuclei with γH2AX foci are very rare (*Left*). However, nuclei with γH2AX foci (arrowhead) appear after independent bouts of inflammation (*Right*). (B) Quantification of nuclei containing more than five γH2AX foci shows significantly more γH2AX positive nuclei after inflammation (n = 6) than in control animals (n = 6). Data are mean ± SEM. *** $P < 0.001$ (Student's *t*-test). (C) Numbers of fluorescent foci in the pancreas are not different between control mice (n = 17) and mice that underwent repeated acute inflammation (n = 17). Symbols represent data from individual mice, horizontal bars show medians. ns, not statistically significant (Mann–Whitney *U*-test). (D) No statistically significant difference in the frequencies of fluorescent cells in the pancreas between control mice (n = 17) and mice that underwent repeated acute inflammation (n = 17). Pancreata were disaggregated into single-cell suspensions and the frequencies of fluorescent cells were determined by flow cytometry. Symbols represent data from individual mice, horizontal bars show median values. ns, not statistically significant (Mann–Whitney *U*-test).

doi:10.1371/journal.pgen.1004901.g003

trained pathologist (Fig. 2C). In studies of long term exposure to cerulein, we observed severe tissue atrophy and metaplasia in wild type mice (Fig. 2D,E), and precancerous lesions in K-Ras mice (S2 Fig.), indicating that cerulein exposure serves as a relevant model for pancreatitis-induced cancer.

## Acute inflammation induces DSBs

During inflammation, an increase in the levels of macrophages and neutrophils leads to increased levels of RONS [18]. RONS in turn induce base lesions including eA, 8oxoG and Hx, which have been observed at sites of inflammation [18,19]. Many RONS-induced DNA lesions have the potential to cause recombinogenic DSBs through chemical cleavage, by enzymatic processing, or as a result of replication fork breakdown [58–60]. To learn if pancreatic inflammation induces DSBs *in vivo*, we analyzed the frequency of DSB repair foci by quantifying cells with five or more γH2AX foci (H2AX becomes phosphorylated to form γH2AX in the vicinity of DSBs) [61]. Immunohistochemical (IHC) analysis of pancreatic tissue reveals a clear induction of DSBs after exposure to cerulein (Fig. 3A,B).





## Repeated exposure to acute inflammation does not cause a detectable increase in HR

As HR has been shown to be induced by DSBs *in vitro* [62,63], we next asked if DSBs associated with acute inflammation induce HR *in vivo*. To increase the sensitivity of our approach, animals were exposed to three bouts of acute pancreatitis. Analysis of the frequency of HR events in control animals shows that there is variation in the frequencies of foci/cm², ranging from ∼ 15 to ∼ 100 (Fig. 3C), consistent with previous studies [7,64,65]. (It is noteworthy that variation in mutation frequency among normal animals has similarly been shown in several other mouse models for mutation detection [66–69]). Unexpectedly, in animals that were subjected to three bouts of inflammation, we did not detect any increase in the frequency of recombination events (indicated by fluorescent foci; Fig. 3C). Analysis of the frequency of fluorescent recombinant cells similarly did not reveal any increase in HR in the animals exposed to three bouts of inflammation (Fig. 3D).

## Inflammation-induced cell proliferation occurs days after infiltration and edema

HR is active during S/G₂, whereas most cells in healthy pancreatic tissue are non-dividing cells in G₀/G₁ [70], raising the possibility that HR was not active in RONS-exposed cells during the three bouts of inflammation. To learn about the extent of cell division during the course of inflammation, we quantified dividing cells when tissue is healthy (Fig. 4A), subject to acute inflammation (Fig. 4B) or recovering (Fig. 4C; five days after cerulein exposure, when features of inflammation have cleared). Cell proliferation during the course of the inflammatory response was evaluated by staining for Ki-67, a marker of cell proliferation [71]. Results show that there are very few Ki-67 positive cells in control and acutely inflamed tissue (Fig. 4D,E). In contrast, the frequency of Ki-67 positive cells is significantly induced during tissue recovery (Fig. 4F) and when quantified using image analysis software (see Materials and Methods) (Fig. 4G). As an alternative approach, animals were treated with BrdU, a thymidine analog that becomes integrated into the DNA of dividing cells and can be detected using immunohistochemistry. Pancreatic tissue was disaggregated, and the frequency of BrdU positive cells was analyzed by flow cytometry. Consistent with the Ki-67 analysis, results show a clear increase in the frequency of dividing cells several days after acute inflammation (Fig. 4H). Thus, with both methods, we found that acute phase inflammation is separate from a subsequent proliferative phase.

## Creating overlap between the acute and proliferative phases of inflammation causes sequence rearrangements

As HR is active primarily during S/G₂, we hypothesized that the lack of HR induction following three independent bouts of inflammation might be due to the kinetic separation between acute inflammation-induced DSBs and recovery-induced cell proliferation. We therefore asked if inflammation might induce HR if the timing were adjusted to create overlap between inflammation-induced DSBs and cell proliferation. For 'protocol 1' described above, animals were exposed to three independent bouts of inflammation, each two weeks apart (Fig. 5A). Here, for 'protocol 2', animals were also exposed to three bouts of inflammation, however bouts of inflammation were 4–5 days apart (Fig. 5B).

For 'protocol 1', we observed that exposure to cerulein induces acute inflammation, as can be seen by the edema and infiltration under inflamed conditions (compare Fig. 5C and 5D). At the time of acute inflammation, the frequency of dividing cells is unchanged compared to untreated animals (Fig. 5F,G). However, cells with high numbers of γH2AX foci are apparent

PLOS | GENETICS

*Inflammation, DNA Damage and Mutations In Vivo*



**Figure 4. Inflammation and regenerative cell proliferation are separated in acute cerulein pancreatitis.** (**A**) Pancreas from control mouse showing normal tissue architecture with no detectable histological changes. (**B**) 12 hours after acute cerulein treatment, the pancreas shows histological signs of acute pancreatitis, such as edema and an inflammatory infiltrate. (**C**) Five days after acute cerulein treatment, inflammation is no longer detected and histology is comparable to healthy tissue. (**D**) Low Ki-67 staining indicates low proliferative activity in control pancreata. (**E**) Ki-67 staining remains low during acute pancreatitis, indicating no increase in cell proliferation during acute inflammation. (**F**) Five days after acute cerulein treatment, increased Ki-67 staining indicates increased cell proliferation during tissue regeneration. (**G**) Quantification of Ki-67 labeling shows significantly higher proliferation in regenerating tissue. Data are mean ± SEM in control mice (n = 16) and in mice with acute pancreatitis (n = 16). *** $P < 0.001$, Student's $t$-test. (**H**) Increased cell proliferation during regeneration from acute pancreatitis is indicated by increased BrdU labeling. Five days after acute pancreatitis or mock treatment, mice received BrdU (75 mg/kg i.p.) to label newly replicated DNA in proliferating cells. Pancreata were harvested 4 hours later, disaggregated, and the frequencies of BrdU labeled cells were determined by antibody staining and flow cytometry. Data are mean ± SEM in control mice (n = 5) and in mice with acute pancreatitis (n = 5). ** $P < 0.01$, Student's $t$-test. Panels **B,C,D**: Original magnification, ×10. Scale bar = 200 μm. Panels **E,F,G**: Original magnification, ×20. Scale bar = 100 μm.

doi:10.1371/journal.pgen.1004901.g004

[Fig. 5J](#), which is consistent with DNA damage formed by RONS that are associated with the acute phase of inflammation. We also observed acute inflammation using 'protocol 2' ([Fig. 5E](#)). Unlike protocol 1, we also observed concomitant induction of cell division, consistent with the proliferative phase of the first bout of inflammation ([Fig. 5H](#)). Cells with high frequencies of γH2AX foci are evident ([Fig. 5K](#)).

To learn more about the impact of overlap between bouts of inflammation, the extent of inflammation was assessed by a trained pathologist, the extent of cell proliferation was quantified by automated image analysis, and the frequency of γH2AX positive cells was measured by counting cells with >5 γH2AX foci. Results show that the severity of the acute phase of inflammation is similar regardless of whether bouts of inflammation occur independently or in an overlapping fashion ([Fig. 6A,B](#)). In contrast, cell proliferation is dramatically increased under conditions where the response to the first bout of inflammation overlaps with initiation of the second bout of inflammation ([Fig. 6C,D](#)). The frequency of DSBs is increased in both independent and overlapping bouts of inflammation, and the increase is greater under conditions of overlap between the acute phase of inflammation and the proliferative phase (compare [Fig. 6E](#) and [Fig. 6F](#)). Similar results were observed for the third bout of inflammation ([S3](#)–[S4](#) Fig.), although the frequencies of γH2AX were reduced during the third bout of inflammation relative to the second bout under conditions of overlap. It is unclear why the third bout of inflammation is apparently less damaging, however one possibility is that HR proficiency increased during the course of the exposure protocol, leading to more rapid clearance of DSBs. It is



**Figure 5. Independent and overlapping bouts of pancreatic inflammation.** (**A**) For independent bouts of inflammation, three acute cerulein pancreatitis events were induced two weeks apart, and inflammation and proliferation were assessed at the second (analysis time A) and third (analysis time C) bout of inflammation. HR was quantified 10 to 15 days after the last pancreatitis event. (**B**) For overlapping bouts of inflammation, three acute cerulein pancreatitis events were induced on days 1, 4 and 9. Inflammation and proliferation were assessed at the second (analysis time B) and third (analysis time D) bout of inflammation. HR was quantified 10 to 15 days after the last pancreatitis event. (**C**) Pancreas section from a control mouse shows healthy tissue. (**D,E**) Treatment with cerulein (both independent and overlapping) results in edema and an inflammatory infiltrate chiefly of neutrophils, indicating acute inflammation. (**F**) Ki-67 immunohistochemistry shows low levels of baseline proliferation in control pancreas. (**G**) Cell proliferation remains low in the pancreas during acute inflammation. (**H**) During regeneration from acute inflammation, Ki-67 positive nuclei appear, indicating regenerative proliferation. (**I**) Immunohistochemical detection of γH2AX phosphorylation in pancreas sections show low levels of DSBs in healthy pancreas. (**J**) During independent bouts of inflammation, nuclei with γH2AX foci (arrowhead) become apparent. (**K**) During overlapping bouts of inflammation, more γH2AX positive nuclei are visible. (**C-E**) Original magnification, ×10. Scale bar = 200 μm. (**F-H**) Original magnification, ×20. Scale bar = 100 μm. (**I-K**) Original magnification, ×40.

doi:10.1371/journal.pgen.1004901.g005

noteworthy that clearance of potentially toxic DSBs is advantageous to cell survival, but carries the risk of mutations due to HR misalignments.

To learn about the impact of inflammatory response kinetics on susceptibility to HR, recombination events were quantified within intact pancreatic tissue, and the frequency of recombinant cells was evaluated in disaggregated pancreatic tissue by flow cytometry. Under conditions of overlapping bouts of inflammation (protocol 2), there is a significant increase in the frequency of recombination events, which is both visually apparent (Fig. 7A) and quantitatively significant (Fig. 7B). In addition, there is a significant increase in the frequency of fluorescent recombinant cells under conditions of overlap (Fig. 7C), but not when animals are exposed to three independent bouts of inflammation (Fig. 3D).

## Inflammation potentiates rearrangements induced by a model cancer chemotherapeutic

The observation that overlapping bouts of inflammation induce HR is consistent with a model wherein inflammation-induced cell proliferation sensitizes tissue to HR induced by endogenously-produced DNA damage. We next asked about the potential for inflammation-induced cell proliferation to cause increased sensitivity to HR induced by an exogenous DNA damaging agent, specifically the model cancer chemotherapeutic, MNU.

PLOS | GENETICS

Inflammation, DNA Damage and Mutations *In Vivo*



**Figure 6. Overlapping bouts of inflammation induce more DSBs than independent bouts of inflammation.** Inflammation, cell proliferation and γH2AX foci formation were quantified in pancreas sections from mice treated with independent bouts of inflammation (blue bars) and with overlapping bouts of inflammation (purple bars). **(A,B)** Cerulein induces inflammation in both independent (n = 7) and overlapping (n = 8) treatment regimens. Severity of inflammation in control and cerulein-treated mice was quantified by a trained pathologist. **(C, D)** Quantification of nuclei positive for the proliferation marker Ki-67 shows a moderate increase in independent bouts of inflammation (n = 7), and a large increase in overlapping bouts of inflammation (n = 8). **(E,F)** Quantification of nuclei positive for the DSB marker γH2AX (nuclei with >5 foci) shows a moderate increase in independent bouts of inflammation (n = 3), and a large increase in overlapping bouts of inflammation (n = 3). Data are mean ± SEM. See *Methods* for detailed pathological scoring criteria. Statistical testing could not be performed in groups containing only zero values. * $P < 0.05$; ** $P < 0.01$; *** $P < 0.001$ (Student's *t*-test).

doi:10.1371/journal.pgen.1004901.g006

Experiments were designed with the objective of finding the time when inflammation-induced cell proliferation is high, and then exposing animals to MNU (Fig. 8A). To quantify the extent of inflammation-induced proliferation, pancreatic tissue was analyzed for Ki-67 positive cells. There is a significant increase in cell proliferation at the time of the MNU exposure (Fig. 8B). MNU on its own causes a visually apparent (Fig. 8C) and statistically significant increase in the frequency of HR events in healthy animals (Fig. 8D) (note that the data from Fig. 1E have been replotted to facilitate comparisons among cohorts). The effect of MNU on HR was dose dependent: at 25 mg/kg, there was a statistically significant increase in the number of fluorescent foci (Fig. 8D), whereas there was not a significant increase in HR after treatment with 7.5 mg/kg MNU (S5 Fig.). We also found that a single bout of inflammation does not induce HR (Fig. 8C,D), which is consistent with results shown above (Fig. 3). Importantly, when animals were exposed to MNU at a time when inflammation-induced proliferation is high, there was a dramatic increase in the frequency of HR (Fig. 8C,D), revealing that physiological changes associated with inflammation and exposure to an exogenous DNA damaging

*Inflammation, DNA Damage and Mutations In Vivo*



**Figure 7. Simultaneous inflammation and cell proliferation induces HR in the pancreas. (A)** Representative images from pancreata of control mice (*Top*) and mice that experienced combined proliferation and inflammation (*Bottom*). Freshly harvested whole organs were compressed between glass coverslips and imaged under an epifluorescent microscope. Representative details of composite images are shown, fluorescent foci are apparent *in situ*. More foci are visible in the pancreas from the proliferation plus inflammation group. Brightness and contrast have been enhanced identically. **(B)** Numbers of fluorescent foci are higher in mice that experienced combined proliferation and inflammation (n = 18) than in control mice (n = 17). Symbols represent data from individual mice, horizontal bars show medians. **, $P < 0.01$, (Mann–Whitney $U$-test). **(C)** Higher fluorescent cell frequency in the pancreata of mice that experienced combined proliferation and inflammation (n = 18) than in control mice (n = 17). Pancreata were disaggregated into single-cell suspensions and the frequencies of fluorescent cells were determined by flow cytometry. Symbols represent data from individual mice, horizontal bars show median values. *, $P < 0.05$ (Mann–Whitney $U$-test).

doi:10.1371/journal.pgen.1004901.g007

agent act synergistically to induce HR. These results call attention to the importance of inflammation as a modulator of DNA damage-induced sequence rearrangements induced by exposure to an alkylating agent that serves as a model for environmental and clinical DNA damaging agents.

## Discussion

Pancreatic cancer is one of the most deadly cancers, yet relatively few studies have explored factors that govern susceptibility to mutations that initiate pancreatic cancer. Furthermore, while radiation and chemotherapy can be effective initially, recurrence is virtually inevitable [72], and mutations are a key driver of recurrence since they enable evolution into drug resistant and more aggressive phenotypes [12–15]. Thus, there is a need for a deeper understanding of the mechanisms of DNA damage-induced mutations in the pancreas. Furthermore, while it is well established that pancreatitis is a key risk factor for pancreatic cancer [11,16], studies had not previously been done to explore how physiological changes associated with inflammation modulate the risk of mutations *in vivo*. Here, we show that pancreatic inflammation leads to DNA double strand breaks, and that pancreatitis is associated with hyperproliferation. By creating conditions where there is overlap between bouts of inflammation, we show that DSBs and hyperproliferation act synergistically to induce sequence rearrangements *in vivo* (Fig. 9), which both demonstrates a correlation between DSBs and HR *in vivo* and provides insights into the underlying mechanisms that make pancreatitis a risk factor for cancer. Furthermore, we show that inflammation-induced proliferation acts synergistically with a DNA alkylating agent to induce sequence rearrangements *in vivo*, providing new understanding into factors that modulate the risk of sequence changes that promote cancer.

For decades, it has been known that inflammation is a risk factor for cancer [11,16], and it has long been postulated that it is the combination of inflammation-induced DNA damage



**Figure 8. Inflammation-associated cell proliferation potentiates the effect of exogenous DNA damage on DNA rearrangements. (A)** Treatment scheme. Mice were subjected to a single acute cerulein pancreatitis event or mock treatment. At the peak of replacement proliferation, mice received MNU (25 mg/kg i.p.) or mock treatment. 3 to 4 weeks after MNU injection, mice were humanely sacrificed for HR analysis. **(B)** Replacement proliferation in the pancreas is indicated by increased Ki-67 expression. Five days after acute pancreatitis or mock treatment, pancreata were harvested and processed for Ki-67 immunohistochemistry. Data are mean ± SEM in control mice (n = 7) and in mice with acute pancreatitis (n = 8). ** $P < 0.01$, Student's *t*-test. **(C)** Representative images from pancreata after inflammation and/or exogenous DNA damage. Freshly harvested whole organs were compressed between glass coverslips and imaged under an epifluorescent microscope. Representative details of composite images are shown, fluorescent foci are apparent *in situ*. More foci are visible after treatment with MNU, and a large increase is evident after treatment with MNU during regenerative proliferation (Inflamm+MNU panel). **(D)** Quantification of fluorescent foci in pancreata after inflammation and/or exogenous DNA damage. The number of fluorescent foci is significantly higher in MNU-treated mice (n = 15) than in control mice (n = 16), but there is no statistically significant increase after a single acute inflammation event (n = 18). However, there is a large increase in the number of foci after treatment with MNU during regenerative proliferation (Inflamm + MNU, n = 15). Symbols represent data from individual mice, horizontal bars show median values in each group. *, $P < 0.05$; ***, $P < 0.001$ (Mann–Whitney *U*-test).

doi:10.1371/journal.pgen.1004901.g008

and inflammation-induced cell proliferation that plays a key role in promoting mutagenesis [8–11]. Nevertheless, direct evidence for this model was lacking. Here, we show that, unexpectedly, several bouts of acute inflammation on their own are not sufficient to drive sequence rearrangements, and that separation of the acute phase of inflammation (associated with RONS and DNA damage) and the proliferative stage of inflammation provides a barrier to DNA damage-induced sequence rearrangements. Consequently, conditions that lead to chronic inflammation may be more likely to potentiate tumorigenic mutations compared to isolated bouts of inflammation, which is consistent with epidemiological studies [73,74].

Here, we observed that approximately half of the animals exposed to overlapping bouts of inflammation have frequencies of recombinant cells that are ~100–200% higher than the untreated control animals. Given that the mutation rate can be rate limiting in tumor promotion [14], a doubling of the mutation frequency could potentially double the probability of cancer recurrence. An increased risk of mutations has relevance to many medical conditions that are associated with chronic inflammation [4]. Inflammatory bowel diseases such as ulcerative colitis and Crohn's disease involve chronic inflammation in the colon, while chronic esophagitis and pancreatitis affect the upper gastrointestinal tract and the pancreas respectively. In addition, chronic infections with bacteria, viruses and parasites can lead to chronic inflammation at multiple sites. Importantly, chronic inflammatory conditions typically last for an extended



**Figure 9. Model for the potentiation of sequence rearrangements induced by endogenous and exogenous DNA damage by inflammation-associated cell proliferation.** Cell proliferation associated with inflammation may be induced by RONS released from inflammatory cells. Regeneration after inflammation also involves cell proliferation to replenish cells lost to inflammation-induced tissue damage. DNA replication is increased in proliferation, and DNA damage during replication can lead to fork breakdown and the formation of DSBs. These DSBs are repaired by HR, but HR can result in LOH, sequence rearrangements, and point mutations. Thus, cell proliferation potentiates the deleterious effect of both endogenous (RONS-induced) and exogenous (exposure-induced) DNA damage, potentially contributing to cancer initiation and recurrence. See text for details.

doi:10.1371/journal.pgen.1004901.g009

period of time. Thus, a relatively small increase in susceptibility to mutations in people is anticipated to become very significant given the accumulation over a period of years.

RONS create a wide array of DNA lesions that includes dozens of different types of base lesions as well as abasic sites and strand breaks [75–77]. There is a wealth of information about the mutagenicity of RONS-induced DNA damage derived from studies in vitro [78,79]. Many elegant studies have revealed the mutagenic potential of specific RONS-induced base lesions using site-specific lesion technology [80], and many others have described the ability of inflammatory chemicals to induce mutations in RONS-exposed cells in vitro [81,82]. Using these and other approaches, we now know quite a lot about the molecular and biochemical mechanisms of RONS-induced mutagenesis. For example, 8oxoG readily mispairs with thymine when bypassed by translesion polymerases [83,84], and that cells prevent TLS-driven mutagenesis by removing 8oxoG [85–87]. Cells also have additional strategies for preventing RONS-induced mutations, including removal of damaged bases from the nucleotide pool (e.g., Mth1) [88,89], and removing the misincorporated base opposite the lesion post replication (e.g., removal of adenine across from 8oxoG by Mutyh) [89, 90]. While the literature describing RONS-induced base lesions *in vitro* is extensive (we refer the reader to several excellent reviews [78,79,81,82]), relatively few studies have addressed RONS-induced mutagenesis *in vivo*. These studies showed that base excision repair is critical in suppressing RONS-induced mutations *in vivo* [91–94], and that inflammation induces mutations in the affected tissues [95–97]. Interestingly, in one such study it was shown that *H. pylori* infection is associated with mutations [98], however the frequency of mutations decreased when Ogg1 was knocked out, leaving unclear the mechanism of mutagenesis. In another study, Ogg1 was found to suppress mutations induced

by oxidative damage [99]. The most direct evaluation of the relationships among inflammation, DNA damage, mutagenesis, and cancer was done recently in the laboratory of L. Samson. This study showed that a deficiency in the Aag glycosylase is associated with increased inflammation-induced cancer, and that tumors harbor mutations consistent with the predicted mutations that would result from an Aag deficiency [6].

Here, we have extended the *in vivo* studies of inflammation and mutagenesis to specifically query the inter-relationships among inflammation, cell proliferation, DSBs, and their consequences (homologous recombination events), using tools that had not previously been applied to this problem. It is important to note that this study focuses on a specific class of mutation (HR-driven sequence rearrangements), and that there are other classes of mutations that are not detected by the FYDR assay, such as base damage-induced point mutations (which often arise during TLS), and small insertions/deletions (which are sometimes associated with NHEJ). Nevertheless, inflammation-induced HR events are expected to arise contemporaneously with other classes of mutations. Specifically, both point mutations and HR events arise primarily as a consequence of DNA damage that is present during DNA replication. Thus, HR may serve as an indicator of a more general increase in mutagenesis. Indeed, an association between point mutations and HR events is consistent with observations showing that exposure-induced HR is an excellent predictor of carcinogenicity, which generally arises as the result of multiple classes of mutations [100].

RONS-induced DSBs are rarely caused by direct reaction with the DNA [18,19], but instead are the result of enzymatic processing. Specifically, base excision repair of RONS-induced lesions is associated with gaps that form as repair intermediates [60]. These single strand breaks can become DSBs when repair patches are closely opposed [60,101]. Additionally, replication forks that encounter RONS-induced single strand breaks can break down [21], creating a double strand break. We observed an increase in DSBs under both the conditions of isolated bouts of inflammation, and overlapping bouts of inflammation. Interestingly, under conditions where proliferation from the first bout of inflammation overlaps with acute inflammation from the second bout of inflammation, we observed that DSBs were greatly increased compared to conditions without overlap. This observation is consistent with the possibility that DSBs form in a replication-dependent manner as a result of replication fork breakdown.

In the FYDR direct repeat substrate, full-length *Eyfp* sequence can be reconstituted by several HR mechanisms. For example, if there is a fork breakdown event during DNA replication, misinsertion of the double-strand end can restore full length *Eyfp*, leading to a gain of one repeat unit (a rearrangement at the FYDR substrate, Fig. 1A). Importantly, the FYDR substrate is similar in size to *Alu* repeats ($\sim$500 bp vs $\sim$300 bp), which make up almost 10% of the human genome and are frequent sites of HR-induced rearrangement formation [102]. HR between *Alu* repeats can yield deletions, duplications and translocations [102]. *Alu*-mediated rearrangements have been shown to activate oncogenes in cancer [103] and to inactivate tumor suppressor genes such as p53 [104]. Further, HR-driven rearrangements between *Alu* repeats have been shown to drive carcinogenesis in inflammation-associated cancers [36, 105]. Thus, HR events that occur in FYDR mice after replication fork repair are related to genetic changes that are relevant for carcinogenesis in humans.

Alkylating agents are abundant in our environment, endogenously produced in our cells, and used at high doses as cancer therapeutics. Understanding factors that modulate alkylation-induced mutations is therefore relevant both to cancer etiology and to cancer recurrence. We show here that inflammation-induced cell proliferation acts synergistically with alkylation damage to induce sequence rearrangements (Fig. 9). Thus, one potential factor when considering the underlying mechanisms by which chronic inflammation promotes cancer is that the inflammatory response sensitizes tissue to exposure to DNA damaging agents that are in our



environment and in our food. Furthermore, as proliferation itself is sufficient to increase susceptibility to DNA damage induced sequence rearrangements [106], careful consideration should be given to babies *in utero* and young children for whom high levels of cell proliferation are anticipated to greatly sensitize cells to exposure-induced mutations. Thus, when screening for potentially carcinogenic exposures, it will be important to consider the importance of a person's physiological state when assessing risk, with regard to both chronic inflammatory conditions and stage in development.

Recurrence is the single biggest hurdle in cancer treatment, and mutations are critical in eliciting phenotypic changes that initiate new secondary cancers, promote existing cancer cells, and potentiate drug resistance [1,12–15]. It has recently been demonstrated that mutation rate directly impacts the emergence of drug resistance [14]. While in some cases cancer cells are hypermutable [13], many transformed cells have a normal mutation rate [12], making exposure-induced mutations highly relevant. Tumors generally exist in a chronic pro-inflammatory environment. Associated increases in proliferation of both tumor and stromal cells are anticipated to increase susceptibility to RONS-induced and chemotherapy-induced HR events that can promote metastasis and recurrence (Fig. 9). Novel approaches for treating cancer are currently in development, including staged release of drugs from nanoparticles that increase cell killing by chemotherapeutic agents [107]. These approaches could help minimize treatment-induced mutations and thus slow the emergence of drug resistant or more aggressive cancers.

The observation that there is synergy between conditions that induce hyperproliferation and conditions that cause DNA damage is relevant to millions of people who suffer from chronic inflammation and are thus at increased risk of mutations that drive cancer. In addition, the observation that inflammation sensitizes tissue to alkylation-induced HR is relevant to other exposures that create DNA lesions that inhibit replication, including constituents of food, cigarette smoke, and environmental carcinogens (*e.g.*, aflatoxin, BaP, PhIP). Importantly, although the focus of this work is on HR at an integrated reporter, the FYDR model serves as a powerful tool to learn about more general increases in HR throughout the genome, with their accompanied increased risk of LOH, insertions, deletions, and point mutations, all of which drive cancer (Fig. 9). Through these studies of the dynamic physiological changes associated with inflammation, this work contributes to our fundamental understanding of how inflammation drives genetic changes that cause cancer and calls attention to new avenues to disease prevention and treatment.

## Materials and Methods

### Ethics statement

All animal experiments were conducted according to the Guide for the Care and Use of Laboratory Animals, and were approved by the MIT Committee on Animal Care.

### Chemicals

Cerulein, methylnitrosourea (MNU), BrdU, soybean trypsin inhibitor and collagenase were purchased from Sigma-Aldrich.

### Animals

Female C57Bl/6 $p^{un}$ FYDR mice ([7], 5 to 7 weeks old) were used for measuring HR. Inflammation, proliferation and double-strand breaks were measured using female C57Bl/6 (Taconic) and C57Bl/6 $p^{un}$ FYDR mice (5 to 7 weeks old). Metaplastic and preneoplastic lesions were assayed using male wild type or K-Ras mutant mice (gifts from T. Jacks, MIT) on the FVB



Inflammation, DNA Damage and Mutations *In Vivo*

background (8 months old at analysis). Mice were housed in an AAALAC approved, specific pathogen free facility under a 12h light/dark cycle and were fed a standard rodent diet (LabDiet RMH 3000, Purina LabDiet) and autoclaved water *ad libitum*. For measuring HR, litters were split between experimental groups.

## Repeated acute pancreatitis

Mice were subjected to 3 episodes of acute pancreatitis on experimental days 0, 4 and 9, or on days 0, 14 and 28. Each episode was elicited by 6 hourly intraperitoneal injections of cerulein (dissolved in PBS, 50 μg/kg for each injection). Control animals did not receive injections, as serial injections of PBS have no effect on HR ([S6 Fig.](#)). To assess inflammation, Ki-67 expression, and double-strand breaks, mice were humanely euthanized 12 hours after the first cerulein injection and pancreata were harvested for histological analysis. To assess regenerative cell proliferation by BrdU labeling, mice were dosed with BrdU (75 mg/kg) five days after the first bout of acute pancreatitis. Four hours after BrdU injection, mice were humanely euthanized and their pancreata were harvested and processed for BrdU detection by flow cytometry. To assess homologous recombination, mice were humanely euthanized 10 to 15 days after the last pancreatitis episode, and pancreata were harvested for the FYDR assay.

## Chronic pancreatitis

Chronic pancreatic inflammation was elicited by cerulein injections (5 μg dissolved in saline, single intraperitoneal injection, 5 days a week) for 6 months, as described in [[108](#)]. Control mice received saline injections. Mice were 2 months old at the beginning of treatment. At 8 months of age, mice were humanely euthanized and pancreata were harvested for histological analysis.

## Regenerative proliferation and exogenous DNA damage

Mice received 6 hourly intraperitoneal injections of cerulein (dissolved in PBS, 50 μg/kg for each injection) to induce acute pancreatitis. Control mice received 6 hourly injections of PBS. To assess regenerative proliferation by Ki-67 expression, mice were humanely euthanized five days after acute pancreatitis induction and their pancreata were harvested for histological analysis. To induce exogenous DNA damage during regenerative proliferation, mice were dosed with methylnitrosourea (25 mg/kg, dissolved in PBS, pH 4) five days after cerulein treatment. (Note that the timing in this experiment is different from the timing in the repeated inflammation experiment, as MNU generates DNA damage directly and much faster than inflammation induced by cerulein.) Control mice were dosed with PBS, pH 4. Mice were humanely euthanized 3 to 4 weeks after methylnitrosourea injection and pancreata were harvested for the FYDR assay.

## BrdU labeling

Pancreata were disaggregated by mechanical chopping and collagenase V digestion at 37°C for 40 min, followed by gentle pipetting. Cells were collected by centrifugation and were stained with the APC Cell Proliferation Detection Kit (BD Pharmingen) according to the manufacturer's instructions. Samples were analyzed on a FACSCalibur flow cytometer (BD Biosciences) using CellQuest Pro software. On average, 20 000 cells were analyzed per sample.



## Ki-67 immunohistochemistry

Pancreata were fixed in 10% neutral buffered formalin, embedded in paraffin, and sectioned at 4 μm. After deparaffinization, heat-induced antigen retrieval was performed using a modified citrate buffer (Dako). Ki-67 antibody (rat anti-mouse Ki-67, Dako) was used at a dilution of 1/100 at room temperature for 1 hour. Secondary antibody (biotinylated rabbit anti-rat Ig, Dako) was used at a dilution of 1/100 at room temperature for 20 minutes, and detected using streptavidin-conjugated peroxidase and DAB. Sections were counter-stained with hematoxylin. In repeated inflammation experiments, the percentage of Ki-67 positive nuclei was determined in 20 randomly selected images (×20) using image analysis software (Visiopharm, Hørsholm, Denmark). In the acute inflammation + MNU experiment, the number of Ki-67 positive nuclei was counted in 15 randomly selected image fields (×20) in a blinded fashion.

## γH2AX immunofluorescence

Sections (4 μm) of formalin-fixed, paraffin-embedded tissue were deparaffinized and antigen-retrieved using modified citrate buffer (Dako). Sections were incubated with primary γH2AX antibody (Millipore) at a dilution of 1/100 at 4°C for 3 hours. Secondary antibody (Alexa Fluor 488 Goat Anti-Mouse IgG, Invitrogen) was used at a dilution of 1/500 at room temperature for 1 hour. Sections were counter-stained with DAPI before imaging. For each section, images of 20 randomly selected image fields were acquired at a magnification of ×40 using ImagePro Plus software (Media Cybernetics). DAPI-stained nuclei were counted using ImagePro Plus, and nuclei containing more than 5 γH2AX foci were counted manually in a blinded fashion.

## Homologous recombination assay

***In situ* fluorescent imaging**. Pancreata were immersed in ice cold soybean trypsin inhibitor solution (0.01% in PBS) immediately after harvesting. Pancreata were pressed between glass coverslips separated by 0.5 mm spacers and imaged on a Nikon 80*i* epifluorescence microscope (Nikon) with a CCD camera (CoolSNAP EZ, Photometrics) using a ×1 objective at a fixed exposure time (2 s). EYFP was detected in the FITC channel. Multipoint images captured using an automated stage (ProScan II, Prior Scientific) and NIS Elements software (Nikon) were stitched automatically or manually in Adobe Photoshop (Adobe Systems). Brightness and contrast were adjusted identically across images, and foci were manually counted in a blinded fashion. Areas of pancreata were determined using ImageJ software (NIH) by manually tracing the pancreas outline.

**Flow cytometry**. Following imaging, pancreata were disaggregated into single-cell suspensions as described in [7], with minor modifications. Briefly, pancreata were minced with scalpel blades, followed by digestion with collagenase V (2 mg/ml in Hanks' Balanced Salt Solution) for 40 min at 37°C. The resulting suspension was gently triturated to increase mechanical separation and filtered through a 70 μm cell strainer (BD Falcon) into an equal volume of media (DMEM F12 HAM with 20% FBS). Cells were collected by centrifugation, resuspended in 350 μl OptiMEM (Invitrogen) and filtered through 35 μm filter caps into flow cytometry tubes (Beckton Dickinson). Samples were analyzed on a FACScan cytometer (Beckton Dickinson) using CellQuest Pro software (Beckton Dickinson). On average, 1 800 000 cells were analyzed per sample.

## Pathological analysis

Pancreata were fixed in 10% buffered formalin, embedded in paraffin, sectioned (4 μm) and stained with hematoxylin and eosin. Pancreata were then examined and scored by a trained



veterinary pathologist in a blinded fashion on a scale of 0 to 4 for the following individual features: inflammation, edema, hemorrhage, acinar degeneration/necrosis, acinar loss/atrophy, fat infiltration, fibrosis, acinar to ductal metaplasia (ADM), acinar/ductal hyperplasia, acinar dysplasia/neoplasia and ductal dysplasia/hyperplasia. For the acute studies, only a few relevant subsets were analyzed and scored, whereas for the chronic studies, the full set of criteria was assessed.

## Statistics

Inflammation, proliferation and double-strand break indices were compared with Student's *t*-test. Numbers of recombinant foci, recombinant cell frequencies, and pathological scores do not follow a normal distribution and were compared with the Mann–Whitney *U*-test. All statistical analyses were performed in GraphPad Prism, Version 5.02 (GraphPad Software). A *P* value less than 0.05 was considered statistically significant.

## Supporting Information

**S1 Fig. HR at the FYDR recombination substrate is detected by fluorescence after gene conversion, sister chromatid exchange, and replication fork repair.** Each expression cassette is missing different essential *EYFP* coding sequences, such that neither is able to express functional protein. Gene conversion can lead to the transfer of sequence information from one cassette to the other, restoring full-length *EYFP* coding sequence and giving rise to fluorescence. Each cassette can be the donor or the recipient in a gene conversion event. The entire HR reporter is copied during S phase, making it possible for crossovers between sister chromatids (gene conversion with crossover) to reconstitute full-length *EYFP*. Note that a long tract gene conversion event would be indistinguishable. HR repair of a broken replication fork can also be detected using the FYDR substrate. The breakdown of a replication fork moving from left to right is shown. Reinsertion of the broken Δ3*egfp* end into the Δ5*egfp* cassette can restore full length *EYFP*. *EYFP* can analogously be restored by repair of forks moving in the opposite direction (not shown). Single strand annealing initiated by a DSB between the repeated cassettes can be readily repaired, but these events will not reconstitute full-length EGFP and thus SSA cannot be detected.
(TIF)

**S2 Fig. Chronic cerulein treatment leads to dysplastic and preneoplastic changes in K-Ras mice.** (**A**) Pancreas from mock treated K-Ras mutant mouse. Inflammation, acinar atrophy and interstitial fibrosis (arrow) are detectable. Acinar-to-ductal metaplasia is sparse. H&E staining. Original magnification, ×100. Scale bar = 160 µm. (**B**) Pancreas from K-Ras mutant mouse treated with chronic cerulein. Small focal proliferation of acinar tubules (thick arrow) with architectural and cytological atypia (dysplasia, low grade) surrounded by inflammation. Few acini with mucous metaplastic changes (thin arrow) are also present. Original magnification, ×400. Scale bar = 40 µm. (**C**) Histological scores for acinar-to-ductal metaplasia in mock and chronic cerulein treated K-Ras mutant mice. Detailed scoring criteria are described in *Methods*. Each symbol denotes data from one mouse. ∗∗∗, *P* < 0.001, Mann–Whitney *U*-test. (**D**) Histological scores for dysplasia/neoplasia in mock and chronic cerulein treated K-Ras mutant mice. Detailed scoring criteria are described in *Methods*. Each symbol denotes data from one mouse. ∗∗, *P* < 0.01 (Mann–Whitney *U*-test).
(TIF)

**S3 Fig. Independent and overlapping bouts of pancreatic inflammation.** (**A**) For independent bouts of inflammation, three acute cerulein pancreatitis events were induced two weeks apart, and inflammation and proliferation were assessed at the second (analysis time A) and third (analysis time C) bout of inflammation. HR was quantified 10 to 15 days after the last



pancreatitis event. (**B**) For overlapping bouts of inflammation, three acute cerulein pancreatitis events were induced on days 1, 4 and 9. Inflammation and proliferation were assessed at the second (analysis time B) and third (analysis time D) bout of inflammation. HR was quantified 10 to 15 days after the last pancreatitis event. (**C**) Pancreas section from a control mouse shows healthy tissue. (**D,E**) Treatment with cerulein (both independent and overlapping) results in edema and an inflammatory infiltrate chiefly of neutrophils, indicating acute inflammation. (**F**) Ki-67 immunohistochemistry shows low levels of baseline proliferation in control pancreata. (**G**) Cell proliferation remains low in the pancreas during acute inflammation. (**H**) During regeneration from acute inflammation, Ki-67 positive nuclei appear, indicating regenerative proliferation. (**I**) Immunohistochemical detection of γH2AX phosphorylation in pancreas sections show low levels of DSBs in healthy pancreata. (**J**) During independent bouts of inflammation, nuclei with γH2AX foci (arrowhead) become apparent. (**K**) During overlapping bouts of inflammation, γH2AX positive nuclei are visible. (**C-E**) Original magnification, ×10. Scale bar = 200 µm. (**F-H**) Original magnification, ×20. Scale bar = 100 µm. (**I-K**) Original magnification, ×40. (TIF)

**S4 Fig. Inflammation, proliferation and DSBs in independent and overlapping bouts of inflammation.** Inflammation, cell proliferation and γH2AX foci formation were quantified in pancreas sections from mice treated with independent bouts of inflammation (blue bars) and with overlapping bouts of inflammation (purple bars). (**A,B**) Cerulein induces inflammation in both independent (n = 7) and overlapping (n = 8) treatment regimens. Severity of inflammation in control and cerulein-treated mice was quantified by a trained pathologist. (**C, D**) Quantification of nuclei positive for the proliferation marker Ki-67 shows no increase in independent bouts of inflammation (n = 7), and a large increase in overlapping bouts of inflammation (n = 8). (**E,F**) Quantification of nuclei positive for the DSB marker γH2AX (nuclei with >5 foci) shows a moderate increase in independent bouts of inflammation (n = 3), and no significant increase in overlapping bouts of inflammation (n = 3). Data are mean ± SEM. See *Methods* for detailed pathological scoring criteria. Statistical testing could not be performed in groups containing only zero values. ∗ $P < 0.05$; ∗∗ $P < 0.01$, ∗∗∗ $P < 0.001$ (Student's *t*-test). (TIF)

**S5 Fig. Low-dose MNU treatment does not induce HR.** Animals received MNU (7.5 mg/kg) in a single intraperitoneal injection, and HR was evaluated 3 to 5 weeks later. There is no significant difference between the numbers of fluorescent foci in control (n = 15) and MNU-treated (n = 14) mice. Symbols represent data from individual mice, horizontal bars show medians. ns, not statistically significant (Mann–Whitney *U*-test). (TIFF)

**S6 Fig. Repeated intraperitoneal PBS injections have no effect on HR in the pancreas.** Mice received single (*Left*, n = 85) or multiple (*Right*, n = 22) intraperitoneal PBS injections and the numbers of fluorescent foci in their pancreata were determined after *in situ* imaging as described in *Methods*. Symbols represent data from individual mice, horizontal bars show medians. ns, not statistically significant (Mann–Whitney *U*-test). (TIF)

## Acknowledgments

We thank Chakib Boussahmain, Yvette Miller and Megan Roytman for technical assistance, and Patrick Verdier for imaging support. We acknowledge the MIT Center for Environmental Health Sciences, and the MIT Koch Institute Flow Cytometry Facility.



## Author Contributions

Conceived and designed the experiments: OK BPE. Performed the experiments: OK GG WO. Analyzed the data: OK WO SM BPE. Wrote the paper: OK BPE.

## References

1.  Friedberg EC, Walker GC, Siede W, Wood RD, Schultz R, and Ellenberger T. (2006). DNA repair and mutagenesis. ASM Press, Washington, DC, USA.

2.  Coussens LM, Werb Z. (2002) Inflammation and cancer. Nature 420: 860–7. doi: 10.1038/nature01322 PMID: 12490959

3.  Colotta F, Allavena P, Sica A, Garlanda C, Mantovani A. (2009) Cancer-related inflammation, the seventh hallmark of cancer: links to genetic instability. Carcinogenesis 30: 1073–81. doi: 10.1093/carcin/bgp127 PMID: 19468060

4.  Hussain SP, Hofseth LJ, Harris CC. (2003) Radical causes of cancer. Nat Rev Cancer. 3: 276–85. doi: 10.1038/nrc1046 PMID: 12671666

5.  Grivennikov SI, Greten FR, Karin M. (2010) Immunity, inflammation, and cancer. Cell. 140: 883–99. doi: 10.1016/j.cell.2010.01.025 PMID: 20303878

6.  Meira LB, Moroski-Erkul CA, Green SL, Calvo JA, Bronson RT, et al. (2009) Aag-initiated base excision repair drives alkylation-induced retinal degeneration in mice. Proc Natl Acad Sci U S A. 106: 888–93. doi: 10.1073/pnas.0807030106 PMID: 19139400

7.  Wiktor-Brown DM, Hendricks CA, Olipitz W, Engelward BP. (2006) Age-dependent accumulation of recombinant cells in the mouse pancreas revealed by in situ fluorescence imaging. Proc Natl Acad Sci U S A 103: 11862–7. doi: 10.1073/pnas.0604943103 PMID: 16882718

8.  Ames BN, Shigenaga MK, Gold LS. (1993) DNA lesions, inducible DNA repair, and cell division: three key factors in mutagenesis and carcinogenesis. Environ Health Perspect. 101 Suppl 5: 35–44. doi: 10.2307/3431840 PMID: 8013423

9.  Seril DN, Liao J, Yang GY, Yang CS. (2003) Oxidative stress and ulcerative colitis-associated carcinogenesis: studies in humans and animal models. Carcinogenesis 24: 353–62. doi: 10.1093/carcin/24.3.353 PMID: 12663492

10. Farazi PA, DePinho RA. (2006) Hepatocellular carcinoma pathogenesis: from genes to environment. Nat Rev Cancer 6: 674–87. doi: 10.1038/nrc1934 PMID: 16929323

11. Farrow B, Evers BM. (2002) Inflammation and the development of pancreatic cancer. Surg Oncol. 10: 153–69. doi: 10.1016/S0960-7404(02)00015-4 PMID: 12020670

12. Loeb LA. (2011) Human cancers express mutator phenotypes: origin, consequences and targeting. Nat Rev Cancer 11: 450–7. doi: 10.1038/nrc3063 PMID: 21593786

13. Fox EJ, Prindle MJ, Loeb LA. (2013) Do mutator mutations fuel tumorigenesis? Cancer Metastasis Rev. 32: 353–61. doi: 10.1007/s10555-013-9426-8 PMID: 23592419

14. Xie K, Doles J, Hemann MT, Walker GC. (2010) Error-prone translesion synthesis mediates acquired chemoresistance. Proc Natl Acad Sci U S A 107: 20792–7. doi: 10.1073/pnas.1011412107 PMID: 21068378

15. Boland CR, Goel A. (2010) Microsatellite instability in colorectal cancer. Gastroenterology 138: 2073–2087.e3. doi: 10.1053/j.gastro.2009.12.064 PMID: 20420947

16. Maisonneuve P, Lowenfels AB. (2002) Chronic pancreatitis and pancreatic cancer. Dig Dis. 20: 32–7. doi: 10.1159/000063165 PMID: 12145418

17. De La Cruz MS, Young AP, Ruffin MT. (2014) Diagnosis and management of pancreatic cancer. Am Fam Physician 89: 626–32. PMID: 24784121

18. Lonkar P, Dedon PC. (2011) Reactive species and DNA damage in chronic inflammation: reconciling chemical mechanisms and biological fates. Int J Cancer 128: 1999–2009. doi: 10.1002/ijc.25815 PMID: 21387284

19. Marnett LJ. (2002) Oxy radicals, lipid peroxidation and DNA damage. Toxicology. 181–182: 219–22. doi: 10.1016/S0300-483X(02)00448-1 PMID: 12505314

20. Hoeijmakers JH. (2009) DNA damage, aging, and cancer. N Engl J Med. 361: 1475–85. doi: 10.1056/NEJMra0804615 PMID: 19812404

21. Helleday T, Lo J, van Gent DC, Engelward BP. (2007) DNA double-strand break repair: from mechanistic understanding to cancer treatment. DNA Repair (Amst) 6: 923–35. doi: 10.1016/j.dnarep.2007.02.006 PMID: 17363483



22. Mimitou EP, Symington LS (2008) Sae2, Exo1 and Sgs1 collaborate in DNA double-strand break processing. Nature 455: 770–774. doi: 10.1038/nature07312 PMID: 18806779

23. Zhu Z, Chung WH, Shim EY, Lee SE, Ira G (2008) Sgs1 helicase and two nucleases Dna2 and Exo1 resect DNA double-strand break ends. Cell 134: 981–994. doi: 10.1016/j.cell.2008.08.037 PMID: 18805091

24. Nicolette ML, Lee K, Guo Z, Rani M, Chow JM, et al. (2010) Mre11-Rad50-Xrs2 and Sae2 promote 5' strand resection of DNA double-strand breaks. Nat Struct Mol Biol. 17: 1478–85. doi: 10.1038/nsmb.1957 PMID: 21102445

25. Garcia V, Phelps SE, Gray S, Neale MJ. (2011) Bidirectional resection of DNA double-strand breaks by Mre11 and Exo1. Nature 479: 241–4. doi: 10.1038/nature10515 PMID: 22002605

26. Sung P, Robberson DL (1995) DNA strand exchange mediated by a RAD51-ssDNA nucleoprotein filament with polarity opposite to that of RecA. Cell 82: 453–461. doi: 10.1016/0092-8674(95)90434-4 PMID: 7634335

27. Benson FE, Stasiak A, West SC (1994) Purification and characterization of the human Rad51 protein, an analogue of E. coli RecA. Embo J 13: 5764–5771. PMID: 7988572

28. Wong JM, Ionescu D, Ingles CJ (2003) Interaction between BRCA2 and replication protein A is compromised by a cancer-predisposing mutation in BRCA2. Oncogene 22: 28–33. doi: 10.1038/sj.onc.1206071 PMID: 12527904

29. Davies AA, Masson JY, McIlwraith MJ, Stasiak AZ, Stasiak A, et al. (2001) Role of BRCA2 in control of the RAD51 recombination and DNA repair protein. Mol Cell 7: 273–282. doi: 10.1016/S1097-2765(01)00175-7 PMID: 11239456

30. Thorslund T, West SC (2007) BRCA2: a universal recombinase regulator. Oncogene 26: 7720–7730. doi: 10.1038/sj.onc.1210870 PMID: 18066084

31. Iqbal J, Ragone A, Lubinski J, Lynch HT, Moller P, et al. (2012) The incidence of pancreatic cancer in BRCA1 and BRCA2 mutation carriers. Br J Cancer 107: 2005–9. doi: 10.1038/bjc.2012.483 PMID: 23099806

32. Skoulidis F, Cassidy LD, Pisupati V, Jonasson JG, Bjarnason H, et al. (2010) Germline Brca2 heterozygosity promotes Kras(G12D) –driven carcinogenesis in a murine model of familial pancreatic cancer. Cancer Cell 18: 499–509. doi: 10.1016/j.ccr.2010.10.015 PMID: 21056012

33. Bishop AJ, Schiestl RH. (2000) Homologous recombination as a mechanism for genome rearrangements: environmental and genetic effects. Hum Mol Genet. 9: 2427–334. doi: 10.1093/hmg/9.16.2427 PMID: 11005798

34. Gu W, Zhang F, Lupski JR. (2008) Mechanisms for human genomic rearrangements. Pathogenetics 1: 4. doi: 10.1186/1755-8417-1-4 PMID: 19014668

35. Costantino L, Sotiriou SK, Rantala JK, Magin S, Mladenov E, et al. (2014) Break-induced replication repair of damaged forks induces genomic duplications in human cells. Science 343: 88–91. doi: 10.1126/science.1243211 PMID: 24310611

36. Pal J, Bertheau R, Buon L, Qazi A, Batchu RB, et al. (2011) Genomic evolution in Barrett's adenocarcinoma cells: critical roles of elevated hsRAD51, homologous recombination and Alu sequences in the genome. Oncogene 30: 3585–98. doi: 10.1038/onc.2011.83 PMID: 21423218

37. Strout MP, Marcucci G, Bloomfield CD, Caligiuri MA. (1998) The partial tandem duplication of ALL1 (MLL) is consistently generated by Alu-mediated homologous recombination in acute myeloid leukemia. Proc Natl Acad Sci U S A 95: 2390–5. doi: 10.1073/pnas.95.5.2390 PMID: 9482895

38. Morley AA, Grist SA, Turner DR, Kutlaca A, Bennett G. (1990) Molecular nature of in vivo mutations in human cells at the autosomal HLA-A locus. Cancer Res. 50: 4584–7. PMID: 2369733

39. Gupta PK, Sahota A, Boyadjiev SA, Bye S, Shao C, et al. (1997) High frequency in vivo loss of heterozygosity is primarily a consequence of mitotic recombination. Cancer Res. 57: 1188–93. PMID: 9067291

40. Shao C, Deng L, Henegariu O, Liang L, Raikwar N, et al. (1999) Mitotic recombination produces the majority of recessive fibroblast variants in heterozygous mice. Proc Natl Acad Sci U S A 96: 9230–5 doi: 10.1073/pnas.96.16.9230 PMID: 10430925

41. James CD, Carlbom E, Nordenskjold M, Collins VP, Cavenee WK. (1989) Mitotic recombination of chromosome 17 in astrocytomas. Proc Natl Acad Sci U S A 86: 2858–62. doi: 10.1073/pnas.86.8.2858 PMID: 2565039

42. Hagstrom SA, Dryja TP. (1999) Mitotic recombination map of 13cen–13q14 derived from an investigation of loss of heterozygosity in retinoblastomas. Proc Natl Acad Sci U S A 96: 2952–7. doi: 10.1073/pnas.96.6.2952 PMID: 10077618

43. Hicks WM, Kim M, Haber JE. (2010) Increased mutagenesis and unique mutation signature associated with mitotic gene conversion. Science 329: 82–5. doi: 10.1126/science.1191125 PMID: 20595613



44. Sebesta M, Burkovics P, Juhasz S, Zhang S, Szabo JE, et al. (2013) Role of PCNA and TLS polymerases in D-loop extension during homologous recombination in humans. DNA Repair (Amst) 12: 691–8. doi: 10.1016/j.dnarep.2013.05.001 PMID: 23731732

45. Kawamoto T, Araki K, Sonoda E, Yamashita YM, Harada K, et al. (2005) Dual roles for DNA polymerase eta in homologous DNA recombination and translesion DNA synthesis. Mol Cell 20: 793–9. doi: 10.1016/j.molcel.2005.10.016 PMID: 16337602

46. Holbeck SL, Strathern JN. (1997) A role for REV3 in mutagenesis during double-strand break repair in Saccharomyces cerevisiae. Genetics 147: 1017–24. PMID: 9383049

47. Buisson R, Niraj J, Pauty J, Maity R, Zhao W, et al. (2014) Breast cancer proteins PALB2 and BRCA2 stimulate polymerase η in recombination-associated DNA synthesis at blocked replication forks. Cell Rep. 6: 553–64. doi: 10.1016/j.celrep.2014.01.009 PMID: 24485656

48. Sharma S, Hicks JK, Chute CL, Brennan JR, Ahn JY, et al. (2012) REV1 and polymerase ζ facilitate homologous recombination repair. Nucleic Acids Res. 40: 682–91. doi: 10.1093/nar/gkr769 PMID: 21926160

49. Hendricks CA, Almeida KH, Stitt MS, Jonnalagadda VS, Rugo RE, et al. (2003) Spontaneous mitotic homologous recombination at an enhanced yellow fluorescent protein (EYFP) cDNA direct repeat in transgenic mice. Proc Natl Acad Sci U S A 100: 6325–30. doi: 10.1073/pnas.1232231100 PMID: 12750464

50. Jonnalagadda VS, Matsuguchi T, Engelward BP. (2005) Interstrand crosslink-induced homologous recombination carries an increased risk of deletions and insertions. DNA Repair (Amst) 4: 594–605. doi: 10.1016/j.dnarep.2005.02.002 PMID: 15811631

51. Wiktor-Brown DM, Kwon HS, Nam YS, So PT, Engelward BP. (2008) Integrated one—and two-photon imaging platform reveals clonal expansion as a major driver of mutation load. Proc Natl Acad Sci U S A 105: 10314–9. doi: 10.1073/pnas.0804346105 PMID: 18647827

52. Hecht SS. (1997) Approaches to cancer prevention based on an understanding of N-nitrosamine carcinogenesis. Proc Soc Exp Biol Med. 216: 181–91. doi: 10.3181/00379727-216-44168 PMID: 9349687

53. Kuhnle GG, Bingham SA. (2007) Dietary meat, endogenous nitrosation and colorectal cancer. Biochem Soc Trans. 35: 1355–7 doi: 10.1042/BST0351355 PMID: 17956350

54. Stettler PM, Sengstag C. (2001) Liver carcinogen aflatoxin B1 as an inducer of mitotic recombination in a human cell line. Mol Carcinog. 31: 125–38. doi: 10.1002/mc.1047 PMID: 11479921

55. Fu D, Calvo JA, Samson LD. (2012) Balancing repair and tolerance of DNA damage caused by alkylating agents. Nat Rev Cancer 12: 104–20. doi: 10.1038/nrc3185 PMID: 22237395

56. Niederau C, Ferrell LD, Grendell JH. (1985) Caerulein-induced acute necrotizing pancreatitis in mice: protective effects of proglumide, benzotript, and secretin. Gastroenterology 88: 1192–204. PMID: 2984080

57. Saluja AK, Lerch MM, Phillips PA, Dudeja V. (2007) Why does pancreatic overstimulation cause pancreatitis? Annu Rev Physiol. 69: 249–69. doi: 10.1146/annurev.physiol.69.031905.161253 PMID: 17059357

58. Dedon PC, Tannenbaum SR. (2004) Reactive nitrogen species in the chemical biology of inflammation. Arch Biochem Biophys. 423: 12–22. doi: 10.1016/j.abb.2003.12.017 PMID: 14989259

59. Burney S, Tamir S, Gal A, Tannenbaum SR. (1997) A mechanistic analysis of nitric oxide-induced cellular toxicity. Nitric Oxide 1: 130–44. doi: 10.1006/niox.1996.0114 PMID: 9701052

60. Kiziltepe T, Yan A, Dong M, Jonnalagadda VS, Dedon PC, et al. (2005) Delineation of the chemical pathways underlying nitric oxide-induced homologous recombination in mammalian cells. Chem Biol 12: 357–69. doi: 10.1016/j.chembiol.2004.12.011 PMID: 15797220

61. Paull TT, Rogakou EP, Yamazaki V, Kirchgessner CU, Gellert M, et al. (2000) A critical role for histone H2AX in recruitment of repair factors to nuclear foci after DNA damage. Curr Biol. 10: 886–95. doi: 10.1016/S0960-9822(00)00610-2 PMID: 10959836

62. Sweetser DB, Hough H, Whelden JF, Arbuckle M, Nickoloff JA. (1994) Fine-resolution mapping of spontaneous and double-strand break-induced gene conversion tracts in Saccharomyces cerevisiae reveals reversible mitotic conversion polarity. Mol Cell Biol. 14: 3863–75. PMID: 8196629

63. Rouet P, Smih F, Jasin M. (1994) Introduction of double-strand breaks into the genome of mouse cells by expression of a rare-cutting endonuclease. Mol Cell Biol. 14: 8096–106. PMID: 7969147

64. Wiktor-Brown DM, Hendricks CA, Olipitz W, Rogers AB, Engelward BP (2006) Applications of fluorescence for detecting rare sequence rearrangements in vivo. Cell Cycle 5: 2715–9. doi: 10.4161/cc.5.23.3527 PMID: 17172860

65. Wiktor-Brown DM, Sukup-Jackson MR, Fakhraldeen SA, Hendricks CA, Engelward BP. (2011) p53 null fluorescent yellow direct repeat (FYDR) mice have normal levels of homologous recombination. DNA Repair (Amst) 10: 1294–9. doi: 10.1016/j.dnarep.2011.09.009 PMID: 21993421



66. Mientjes EJ, Luiten-Schuite A, van der Wolf E, Borsboom Y, Bergmans A, et al. (1998) DNA adducts, mutant frequencies, and mutation spectra in various organs of lambda lacZ mice exposed to ethylating agents. Environ Mol Mutagen. 31: 18–31. doi: 10.1002/(SICI)1098-2280(1998)31:1<18::AID-EM4>3.0.CO;2-7 PMID: 9464312

67. Carr GJ, Gorelick NJ. (1995) Statistical design and analysis of mutation studies in transgenic mice. Environ Mol Mutagen. 25: 246–55. doi: 10.1002/em.2850250311 PMID: 7737142

68. Piegorsch WW, Lockhart AC, Carr GJ, Margolin BH, Brooks T, et al. (1997) Sources of variability in data from a positive selection lacZ transgenic mouse mutation assay: an interlaboratory study. Mutat Res. 388: 249–89. doi: 10.1016/S1383-5718(96)00123-4 PMID: 9057887

69. Fung KY, Douglas GR, Krewski D. (1998) Statistical analysis of lacZ mutant frequency data from MutaMouse mutagenicity assays. Mutagenesis 13: 249–55. doi: 10.1093/mutage/13.3.249 PMID: 9643583

70. Biederbick A, Elsässer H. (1998) Diurnal pattern of rat pancreatic acinar cell replication. Cell Tissue Res. 291: 277–83. doi: 10.1007/s004410050997 PMID: 9426314

71. Scholzen T, Gerdes J. (2000) The Ki-67 protein: from the known and the unknown. J Cell Physiol. 182: 311–22. doi: 10.1002/(SICI)1097-4652(200003)182:3<311::AID-JCP1>3.0.CO;2-9 PMID: 10653597

72. Vincent A, Herman J, Schulick R, Hruban RH, Goggins M. (2011) Pancreatic cancer. Lancet 378: 607–20. doi: 10.1016/S0140-6736(10)62307-0 PMID: 21620466

73. Weiss FU. (2014) Pancreatic cancer risk in hereditary pancreatitis. Front Physiol. 5: 70. doi: 10.3389/fphys.2014.00070 PMID: 24600409

74. Andersen NN, Jess T. (2013) Has the risk of colorectal cancer in inflammatory bowel disease decreased? World J Gastroenterol. 19: 7561–8. doi: 10.3748/wjg.v19.i43.7561 PMID: 24282346

75. Dizdaroglu M. (2012) Oxidatively induced DNA damage: mechanisms, repair and disease. Cancer Lett. 327: 26–47. doi: 10.1016/j.canlet.2012.01.016 PMID: 22293091

76. Wallace SS. (2002) Biological consequences of free radical-damaged DNA bases. Free Radic Biol Med. 33: 1–14. doi: 10.1016/S0891-5849(02)00827-4 PMID: 12086677

77. Dedon PC, Tannenbaum SR. (2004) Reactive nitrogen species in the chemical biology of inflammation. Arch Biochem Biophys. 423: 12–22. doi: 10.1016/j.abb.2003.12.017 PMID: 14989259

78. Cooke MS, Evans MD, Dizdaroglu M, Lunec J. (2003) Oxidative DNA damage: mechanisms, mutation, and disease. FASEB J. 17: 1195–214. doi: 10.1096/fj.02-0752rev PMID: 12832285

79. Nakabeppu Y, Sakumi K, Sakamoto K, Tsuchimoto D, Tsuzuki T, et al. (2006) Mutagenesis and carcinogenesis caused by the oxidation of nucleic acids. Biol Chem. 387: 373–9. doi: 10.1515/BC.2006.050 PMID: 16606334

80. Wang D, Kreutzer DA, Essigmann JM. (1998) Mutagenicity and repair of oxidative DNA damage: insights from studies using defined lesions. Mutat Res. 400: 99–115. doi: 10.1016/S0027-5107(98)00066-9 PMID: 9685598

81. Bjelland S, Seeberg E. (2003) Mutagenicity, toxicity and repair of DNA base damage induced by oxidation. Mutat Res. 531: 37–80. doi: 10.1016/j.mrfmmm.2003.07.002 PMID: 14637246

82. Sekiguchi M, Tsuzuki T. (2002) Oxidative nucleotide damage: consequences and prevention. Oncogene. 21: 8895–904. doi: 10.1038/sj.onc.1206023 PMID: 12483507

83. Haracska L, Prakash L, Prakash S. (2002) Role of human DNA polymerase kappa as an extender in translesion synthesis. Proc Natl Acad Sci U S A. 99: 16000–5. doi: 10.1073/pnas.252524999 PMID: 12444249

84. McCulloch SD, Kokoska RJ, Garg P, Burgers PM, Kunkel TA. (2009) The efficiency and fidelity of 8-oxo-guanine bypass by DNA polymerases delta and eta. Nucleic Acids Res. 37: 2830–40. doi: 10.1093/nar/gkp103 PMID: 19282446

85. Fortini P, Pascucci B, Parlanti E, D'Errico M, Simonelli V, et al. (2003) 8-Oxoguanine DNA damage: at the crossroad of alternative repair pathways. Mutat Res. 531: 127–39. doi: 10.1016/j.mrfmmm.2003.07.004 PMID: 14637250

86. Dou H, Mitra S, Hazra TK. (2003) Repair of oxidized bases in DNA bubble structures by human DNA glycosylases NEIL1 and NEIL2. J Biol Chem. 278: 49679–84. doi: 10.1074/jbc.M308658200 PMID: 14522990

87. Liu M, Bandaru V, Bond JP, Jaruga P, Zhao X, et al. (2010) The mouse ortholog of NEIL3 is a functional DNA glycosylase in vitro and in vivo. Proc Natl Acad Sci U S A. 107: 4925–30. doi: 10.1073/pnas.0908307107 PMID: 20185759

88. Maki H, Sekiguchi M. (1992) MutT protein specifically hydrolyses a potent mutagenic substrate for DNA synthesis. Nature. 355: 273–5.i doi: 10.1038/355273a0 PMID: 1309939


89. Tajiri T, Maki H, Sekiguchi M. (1995) Functional cooperation of MutT, MutM and MutY proteins in preventing mutations caused by spontaneous oxidation of guanine nucleotide in Escherichia coli. Mutat Res. 336: 257–67. doi: 10.1016/0921-8777(94)00062-B PMID: 7739614

90. Nghiem Y, Cabrera M, Cupples CG, Miller JH. (1988) The mutY gene: a mutator locus in Escherichia coli that generates G.C——T.A transversions. Proc Natl Acad Sci U S A. 85: 2709–13. doi: 10.1073/pnas.85.8.2709 PMID: 3128795

91. Russo MT, De Luca G, Casorelli I, Degan P, Molatore S, et al. (2009) Role of MUTYH and MSH2 in the control of oxidative DNA damage, genetic instability, and tumorigenesis. Cancer Res. 69: 4372–9. doi: 10.1158/0008-5472.CAN-08-3292 PMID: 19435918

92. Cabelof DC, Guo Z, Raffoul JJ, Sobol RW, Wilson SH, et al. (2003) Base excision repair deficiency caused by polymerase beta haploinsufficiency: accelerated DNA damage and increased mutational response to carcinogens. Cancer Res. 63: 5799–807. PMID: 14522902

93. Larsen E, Reite K, Nesse G, Gran C, Seeberg E, et al. (2006) Repair and mutagenesis at oxidized DNA lesions in the developing brain of wild-type and Ogg1-/- mice. Oncogene. 25: 2425–32. doi: 10.1038/sj.onc.1209284 PMID: 16369492

94. Klungland A, Rosewell I, Hollenbach S, Larsen E, Daly G, et al. (1999) Accumulation of premutagenic DNA lesions in mice defective in removal of oxidative base damage. Proc Natl Acad Sci U S A. 96: 13300–5. doi: 10.1073/pnas.96.23.13300 PMID: 10557315

95. Sato Y, Takahashi S, Kinouchi Y, Shiraki M, Endo K, et al. (2006) IL-10 deficiency leads to somatic mutations in a model of IBD. Carcinogenesis. 27: 1068–73. doi: 10.1093/carcin/bgi327 PMID: 16407368

96. Shea A, Lee CW, Masumura K, Rickman BH, Nohmi T, Wogan GN, Fox JG, Schauer DB. (2010) Mutagenic potency of Helicobacter pylori in the gastric mucosa of mice is determined by sex and duration of infection. Proc Natl Acad Sci U S A. 107(34): 15217–22. doi: 10.1073/pnas.1009017107 PMID: 20699385

97. Motorna OO, Martin H, Gentile GJ, Gentile JM. (2001) Analysis of lacI mutations in Big Blue transgenic mice subjected to parasite-induced inflammation. Mutat Res. 484: 69–76. doi: 10.1016/S0027-5107(01)00258-5 PMID: 11733073

98. Touati E, Michel V, Thiberge JM, Wuscher N, Huerre M, et al. (2003) Chronic Helicobacter pylori infections induce gastric mutations in mice. Gastroenterology. 124: 1408–19. doi: 10.1016/S0016-5085(03)00266-X PMID: 12730880

99. Arai T, Kelly VP, Komoro K, Minowa O, Noda T, et al. (2003) Cell proliferation in liver of Mmh/Ogg1-deficient mice enhances mutation frequency because of the presence of 8-hydroxyguanine in DNA. Cancer Res. 63: 4287–92. PMID: 12874039

100. Schiestl RH. (1989) Nonmutagenic carcinogens induce intrachromosomal recombination in yeast. Nature. 337: 285–8. doi: 10.1038/337285a0 PMID: 2643057

101. Sutherland BM, Bennett PV, Georgakilas AG, Sutherland JC. (2003) Evaluation of number average length analysis in quantifying double strand breaks in genomic DNAs. Biochemistry 42: 3375–84. doi: 10.1021/bi0205505 PMID: 12641470

102. Kolomietz E, Meyn MS, Pandita A, Squire JA. (2002) The role of Alu repeat clusters as mediators of recurrent chromosomal aberrations in tumors. Genes Chromosomes Cancer. 35: 97–112. doi: 10.1002/gcc.10111 PMID: 12203773

103. Frederick L, Eley G, Wang XY, James CD. (2000) Analysis of genomic rearrangements associated with EGRFvIII expression suggests involvement of Alu repeat elements. Neuro Oncol. 2: 159–63. PMID: 11302336

104. Slebos RJ, Resnick MA, Taylor JA. (1998) Inactivation of the p53 tumor suppressor gene via a novel Alu rearrangement. Cancer Res. 58: 5333–6. PMID: 9850060

105. Hsieh SY, Chen WY, Yeh TS, Sheen IS, Huang SF. (2005) High-frequency Alu-mediated genomic recombination/deletion within the caspase-activated DNase gene in human hepatoma. Oncogene. 24: 6584–9. doi: 10.1038/sj.onc.1208803 PMID: 16007181

106. Kiraly O, Gong G, Roytman MD, Yamada Y, Samson LD, Engelward BP. (2014) DNA glycosylase activity and cell proliferation are key factors in modulating homologous recombination in vivo. Carcinogenesis. 35: 2495–2502. doi: 10.1093/carcin/bgu177 PMID: 25155011

107. Morton SW, Lee MJ, Deng ZJ, Dreaden EC, Siouve E, et al. (2014) A nanoparticle-based combination chemotherapy delivery system for enhanced tumor killing by dynamic rewiring of signaling pathways. Sci Signal. 7: ra44. doi: 10.1126/scisignal.2005261 PMID: 24825919

108. Guerra C, Schuhmacher AJ, Cañamero M, Grippo PJ, Verdaguer L. et al. (2007) Chronic pancreatitis is essential for induction of pancreatic ductal adenocarcinoma by K-Ras oncogenes in adult mice. Cancer Cell 11: 291–302. doi: 10.1016/j.ccr.2007.01.012 PMID: 17349585

# Exhibit 78

NIH Public Access
**Author Manuscript**
*Gynecol Oncol.* Author manuscript; available in PMC 2015 November 01.

Published in final edited form as:
*Gynecol Oncol.* 2014 November ; 135(2): 297–304. doi:10.1016/j.ygyno.2014.08.025.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

# Pre-diagnostic serum levels of inflammation markers and risk of ovarian cancer in the Prostate, Lung, Colorectal and Ovarian Cancer (PLCO) Screening Trial

**Britton Trabert**[1], **Ligia Pinto**[1,2], **Patricia Hartge**[1], **Troy Kemp**[2], **Amanda Black**[1], **Mark E. Sherman**[3], **Louise A. Brinton**[1], **Ruth M. Pfeiffer**[1], **Meredith S. Shiels**[1], **Anil K. Chaturvedi**[1], **Allan Hildesheim**[1], and **Nicolas Wentzensen**[1]

[1]Division of Cancer Epidemiology and Genetics, National Cancer Institute, National Institutes of Health, Department of Health and Human Services, Bethesda, MD, USA

[2]HPV Immunology Laboratory, Frederick National Laboratory for Cancer Research, National Cancer Institute, National Institutes of Health, Department of Health and Human Services, Frederick, MD, USA

[3]Division of Cancer Prevention, National Cancer Institute, National Institutes of Health, Department of Health, and Human Services, Bethesda, MD, USA

## Abstract

**Objective**—Pro-inflammatory mechanisms may explain the increased ovarian cancer risk linked to more lifetime ovulations, endometriosis, and exposure to talc and asbestos, as well as decreased risk with non-steroidal antiinflammatory drugs. Limited data are available to estimate ovarian cancer risk associated with levels of circulating inflammatory markers.

**Methods**—We conducted a nested case-control study within the Prostate, Lung, Colorectal and Ovarian Cancer Screening Trial. Pre-diagnostic serum levels of 46 inflammation-related biomarkers (11 with *a priori* hypotheses; 35 agnostic) were measured in 149 incident ovarian cancer cases and 149 matched controls. Odds ratios (ORs) and 95% confidence intervals (CIs) were calculated using conditional logistic regression and adjusted for identified covariates.

**Results**—Increased ovarian cancer risk was associated with elevated levels of C-reactive protein (CRP) [tertile (T)3 vs. T1: OR (95% CI) 2.04 (1.06-3.93), p-trend=0.03], interleukin (IL)-1α [detectable vs. undetectable: 2.23 (1.14-4.34)] and tumor necrosis factor alpha (TNF-α) [T3 vs. T1: 2.21 (1.06-4.63), p-trend=0.04] Elevated IL-8 was non-significantly associated with risk [T3 vs. T1: 1.86 (0.96-3.61), p-trend=0.05] In analyses restricted to serous ovarian cancer (n=83), the associations with CRP and IL-8 remained or strengthened [CRP T3 vs. T1: 3.96 (1.14-11.14), p-trend=0.008; IL-8 T3 vs. T1: 3.05 (1.09-8.51), p-trend=0.03]. Elevated levels of CRP and TNF-α

Corresponding author: Britton Trabert, 9609 Medical Center Drive, Room 7E-228, Bethesda, MD 20892-9774, Phone: 240-276-7331, Fax: 240-276-7838, britton.trabert@nih.gov.

Conflicts of interest: The authors declare that they have no competing interests.

**Publisher's Disclaimer:** This is a PDF file of an unedited manuscript that has been accepted for publication. As a service to our customers we are providing this early version of the manuscript. The manuscript will undergo copyediting, typesetting, and review of the resulting proof before it is published in its final citable form. Please note that during the production process errors may be discovered which could affect the content, and all legal disclaimers that apply to the journal pertain.

remained positively associated with ovarian cancer risk in analysis restricted to specimens collected at least 5 years before diagnosis (n=56).

**Conclusion**—These results suggest that CRP, IL-1α, IL-8, and TNF-α are associated with increased risk of subsequently developing ovarian cancer.

## Introduction

Epidemiologic evidence implicates chronic inflammation as a central mechanism in the pathogenesis of ovarian cancer, the most lethal gynecologic cancer among women in the United States.[1] Chronic inflammation can induce rapid cell division, increasing the possibility for replication error, ineffective DNA repair and subsequent mutation. Ovarian cancer has been linked to several events and conditions which are related to inflammation and repair, including incessant ovulation, endometriosis, exposure to talc and asbestos, and in some studies pelvic inflammatory disease.[Reviewed in [2]] In addition, reduced risks found for aspirin use [3] could be related to direct anti-inflammatory actions, while reduced risks related to tubal ligation and hysterectomy could reflect limited exposure to environmental causes of inflammation.[2] Understanding the role of inflammation in ovarian cancer etiology is complicated by growing recognition that there are least two main types of these tumors, which differ clinically and biologically.[4] Increasing evidence suggests that some high-grade serous carcinomas, the most common and lethal subtype, arise from the fimbria of the fallopian tube rather than the ovarian surface epithelium.[4]

Recent clinical and prospective data suggest that C-reactive protein (CRP), a marker of global inflammation, is associated with increased ovarian cancer risk.[5-8] Pre-diagnostic CRP levels have been associated with ovarian cancer risk in all four studies[5-8] evaluating the association; with one study showing an association only among women with "clinically high" CRP levels (>10 mg/L vs. <1 mg/L).[6]

Other inflammatory markers may be important in ovarian carcinogenesis. In premenopausal women ovarian epithelial cells secrete cytokines as part of ovarian function and some of these cytokines are also produced by ovarian cancer cells.[9-11] Follicle rupture during ovulation involves tissue remodeling with high cell turnover that is characteristic of inflammatory reactions. Many inflammatory mediators, including prostaglandins, leukotrienes, and cytokines, are locally elevated during ovulation.[12] Epithelial cells in proximity to ovulating follicles are likely exposed to these inflammatory mediators that may signal oxidative stress, and enhance the risk of mutagenesis. In addition, data from animal and limited human studies supports the hypothesis that ovulation may trigger cellular events that result in carcinogenesis.[13, 14] Importantly, cytokines involved in ovarian function, follicle rupture, and repair (physiologic processes before menopause) are suggested to remain activated in postmenopausal women and may play an etiologic role in ovarian carcinogenesis; these cytokines include: interleukin (IL)-1α, IL-1β, IL-2, IL-6, IL-8, IL-10, tumor necrosis factor alpha (TNF-α), interferon gamma (IFN-γ), granulocyte colony-stimulating factor (G-CSF), and granulocyte macrophage colony-stimulating factor (GMCSF).[11]

To gain a better understanding of the etiologic role of inflammation markers in ovarian cancer development, we conducted a nested case-control study within the Prostate, Lung, Colorectal and Ovarian (PLCO) Cancer Screening Trial. We used multiplexed inflammatory maker panels to measure 46 inflammation-related markers, including several inflammation markers with existing evidence of associations with ovarian function or ovarian cancer risk.

## Materials and Methods

### Study Design

We conducted a nested case-control study within the screening arm of the PLCO Cancer Screening Trial. Details of the screening trial have been reported previously.[15] Briefly, between 1993 and 2001, approximately 155,000 subjects (78,216 women) 55-74 years of age were recruited from ten cities from the general population and randomized to the screening or non-screening arm of the study. Screening-arm subjects provided blood samples at baseline and five subsequent annual medical examinations. Samples were processed and frozen within two hours of collection, and stored at -70 degrees Celsius.[16] In addition to trial cancer outcomes (prostate, lung, colorectal and ovarian cancers) detected by annual screening examinations during the first six years of follow-up, individuals were followed for all cancer diagnoses by annual mailed questionnaires. All cancer diagnoses were pathologically confirmed through medical record abstraction. Institutional review boards of the U.S. National Cancer Institute and the ten study centers approved the trial, and all participants provided written informed consent. The nested case-control study was also approved by the institutional review board of the National Cancer Institute.

We identified 150 first-primary ovarian cancer cases diagnosed between two and fourteen years after blood collection from among the eligible screening-arm participants followed through December 31, 2008. Eligibility criteria included the availability of an unthawed serum sample, consent to biochemical studies, completion of the baseline questionnaire, and no history of cancer (other than non-melanoma skin cancer) prior to ovarian cancer diagnosis. Serum specimens from a single visit were measured for each study subject. To ensure a relatively equal distribution of specimens between 2 and 14 years prior to diagnosis, 11.4% of samples selected were measured at baseline and the remaining at follow-up visits (18.1% year 1, 26.2% year 2, 12.8% year 4, and 31.5% year 5). Controls were individually matched to cases on the basis of age at blood collection (55-59, 60-64, 65-69, 70+ years), race (white, black, other), study center, and time (a.m., p.m.) and date (three-month categories) of blood collection. Controls were restricted to women with no history of oophorectomy at the time of diagnosis of their matched case. We were unable to identify a suitable matched control for one case, therefore our final analytic sample consisted of 149 cases and 149 matched controls.

### Laboratory Methods

We measured circulating levels of 60 immune and inflammation markers, including cytokines, chemokines, growth factors, and soluble products of immune activation (Supplemental Table 1). Assays for these markers have demonstrated satisfactory performance and reproducibility [17] and include assessment of 11 markers linked with

NIH-PA Author Manuscript          NIH-PA Author Manuscript          NIH-PA Author Manuscript

either ovulation or ovarian cancer risk. Fifty-nine of the 60 markers were measured on four Luminex bead-based commercial assay panels (Millipore Inc., Billerica, MA). The remaining marker, CRP, was measured with a Luminex bead-based assay from Millipore (Billerica, MA) and tested according to the manufacturer's protocol. Batched assays were performed in a single laboratory (LP). Concentrations of the 60 multiplexed markers were calculated using a four- or five-parameter logistic curve using Bioplex Manager 6.1 software (BioRad, Hercules, CA). Cases and matched controls were included in the same analytic batch. Samples were assayed in duplicate and averaged to calculate concentrations. To evaluate assay performance we included a replicate sample from a quality control (QC) pool in each batch. Percent detected above the lower limit of detection (LLOD), coefficients of variation (CVs), and intraclass correlation coefficients (ICCs) for the QC samples of all measured inflammation markers are summarized in Supplemental Table 1. We excluded from further study 14 markers with <20% of values above the LLOD. Although IL-1α had only 18.4% of values above the LLOD we included this marker in analyses because it was one of eleven markers with *a priori* hypothesis regarding a potential ovarian cancer association and it was close to the 20% threshold. After these exclusions, 46 markers were included in the statistical analysis.

### Statistical Analysis

Odds ratios (ORs) and 95% confidence intervals (CIs) for the association between the serum inflammation markers and ovarian cancer risk were calculated using conditional logistic regression models. All models were adjusted for *a priori* potential confounding factors parity (nulliparous, parous), duration of oral contraceptive use (never, 1-5 years, 6+ years), duration of menopausal hormone therapy use (never, 1-5 years, 6+ years), cigarette smoking status (never, former, current) and body mass index (BMI; <25, 25-29.9, 30+ $kg/m^2$). Further adjustment by aspirin or ibuprofen use, or family history of breast or ovarian cancer, did not substantially change the observed effect estimates, therefore we did not include these covariates in the model. Marker levels were categorized into groups based on the proportion of individuals with measurements above the LLOD as follows: markers with 66% of individuals with measurements above LLOD or greater (n=26) were categorized into tertiles based on the distribution among controls, individuals with values at or below LLOD were included in the lowest tertile; markers with fewer than 66% of individuals with measurements above LLOD were categorized into two groups (detectable vs. non-detectable (  LLOD)). To compute tests for trend across tertile categories, intracategory medians were modeled as a continuous parameter. Q-values which reflect the false discovery rate (FDR) were calculated to account for multiple comparisons.

In secondary analyses, we evaluated associations stratified by serous/non-serous histologic subtype as well as time between blood collection and diagnosis (2-<5 years and 5-14 years). Given the modest correlation between the markers, we further evaluated those markers that were associated with ovarian cancer risk in a mutuallyadjusted model. For the analysis of CRP, we conducted a sensitivity analysis excluding individuals who reported current use of menopausal hormone therapy at blood draw, as a high CRP level in women taking hormone therapy may be due to a first pass effect.[18] We also conducted a sensitivity analysis excluding individuals with known inflammatory conditions: cardiovascular disease,

NIH-PA Author Manuscript
NIH-PA Author Manuscript
NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

rheumatoid arthritis, and diabetes (n=146). We further examined associations modeling the cross-classification of the inflammatory marker and its modulator (e.g. TNF-α and its receptor TNF-α-R1). Finally, given that cancer antigen (CA)-125 is currently the best predictor of ovarian cancer we evaluated the correlation between CA-125 and the inflammatory marker level from the same study year. Correlation coefficients for the markers evaluated were non-significant and less than 0.15 (results not shown). Further, only 5 subjects were classified as CA-125 positive at the corresponding study year of blood draw, therefore further model adjustment for CA-125 was uninformative.

## Results

The distribution of selected demographic and health characteristics of the cases and controls are summarized in Table 1. Participants were on average 63 years old at enrollment and were predominately white (92.6%). The median length of follow-up from blood collection to case diagnosis was 4.2 years (interquartile range (IQR): 2.8-6.7 years). The median length of follow-up from blood collection until the end of follow-up for controls was 9.9 years (IQR: 8.0-12.9).

Of the eleven markers with an *a priori* hypothesis regarding a potential ovarian cancer association (CRP, IL-1α, IL-1β, IL-2, IL-6, IL-8, IL-10, TNF-α, IFN-γ, G-CSF, and GM-CSF), four were positively associated with ovarian cancer risk in the current study (Table 2): CRP [tertile (T)3 vs. T1: OR (95% CI) 2.04 (1.06-3.93), p-trend=0.03], IL-1α [detectable vs. undetectable: 2.23 (1.14-4.34)], TNF-α [T2 vs. T1: 1.89 (1.01-3.53), T3 vs. T1: 2.21 (1.06-4.63), p-trend=0.04] and IL-8 [T3 vs. T1: OR 95% CI 1.86 (0.96-3.61), p-trend=0.05] The association with IL-1α is based on 34 exposed cases only and should be interpreted with caution. In analyses restricted to serous ovarian tumors (n=83), the associations with CRP, IL-1α, and IL-8 remained [CRP T3 vs. T1: OR (95% CI) 3.96 (1.14-11.14), p-trend=0.008; IL-1α detectable vs. non-detectable: OR (95% CI) 2.70 (1.10-6.36); IL-8 T3 vs. T1: OR (95% CI) 3.05 (1.09-8.51), p-trend=0.03] (Table 3). The association for serous tumors with TNF-α was no longer statistically significant [T3 vs. T1: OR 95% CI 2.06 (0.71-6.00), p-trend=0.19]; however TNF-α was associated with an increased risk in analyses restricted to non-serous ovarian tumors (n=76) [T2 vs. T1: 4.92 (1.52-15.90), T3 vs. T1: 4.36 (1.11-17.05), p-trend=0.05]. After correction for multiple comparisons, CRP was significantly associated with serous ovarian cancer at FDR less than 0.10. The q-values for the associations between CRP, IL-1α, TNF-α, IL-8 and ovarian cancer risk were 0.13. The q-values for the remaining associations in Tables 2 and 3 were all greater than 0.13.

Of the remaining 35 markers with weak or no prior evidence of an association (Supplemental Tables 2 and 3), three were positively associated with ovarian cancer risk. Among the markers with 66% of individuals with measurements above the LLOD (Supplemental Table 2), interferon gamma-induced protein 10 (IP-10) and macrophage inflammatory protein-1beta (MIP-1β) were associated with increased ovarian cancer risk comparing the second tertile to the first tertile; however, the trend across tertiles and the association comparing the third tertile to the first tertile were not statistically significant. Among markers with fewer than 66% of individuals with measurements above the LLOD (Supplemental Table 3), fibroblast growth factor 2 (FGF-2) was associated with increased

risk [detectable vs.    LLOD FGF-2: OR (95% CI) 2.21 (1.15-4.25)]; however, this result should be interpreted with caution, given it is based on 28 exposed cases. The remaining markers evaluated were not associated with increased or decreased ovarian cancer risk (Supplemental Tables 2 and 3, and Figure 1). The q-values for all markers evaluated in Supplemental Tables 2 and 3 were all > 0.10.

In analyses restricted to cases with specimens collected at least five years prior to diagnosis (n=56), CRP and TNF-α levels remained positively associated with ovarian cancer risk [CRP T3 vs. T1: OR (95% CI) 4.51 (1.08-18.82), p-trend=0.03; TNF-α T3 vs. T1: OR (95% CI) 5.55 (1.19-25.83), p-trend=0.04] (results not tabled), while the trend across tertiles for IL-8 was no longer statistically significant [T3 vs. T1: OR (95% CI) 1.70 (0.55-5.27), p-trend=0.34] (results not tabled). Increased risk of ovarian cancer with IP-10 and FGF-2 remained in analyses restricted to specimens collected at least five years prior to diagnosis (results not shown).

In mutually adjusted models there was an independent association between CRP and ovarian cancer risk in the analysis of all cases (Table 4). In analyses restricted to serous tumors the increased risk with elevated serum levels of IL-8 and CRP remained in the mutually adjusted model, whereas in the analysis of specimens collected at least five years prior to cancer diagnosis both CRP and TNF-α were independently associated with increased risk. In contrast, in analyses restricted to specimens collected less than 5 years prior to diagnosis, ORs from the mutually adjusted model were not significantly elevated for CRP, IL-8 or TNF-α. Further, the increased risk of ovarian cancer with elevated CRP was not attenuated in an analysis restricted to women who did not report menopausal hormone use at the time of blood draw [OR T3 vs. T1= 2.21] (results not tabled). Results were not substantially attenuated after excluding cases and controls with cardiovascular disease, rheumatoid arthritis, and diabetes (results not shown). Finally, there were no statistically significant associations based on analyses modeling the cross-classification of the inflammatory marker and its modulator (results not shown).

## Discussion

We identified several circulating inflammation markers that were associated with risk of developing ovarian cancer between 2 and 14 years later. Specifically we observed associations between elevated CRP, IL-1α, IL-8, and TNF-α and risk of epithelial ovarian cancer in a nested case-control study in the PLCO Cancer Screening Trial. For CRP and TNF-α, we found the same effects for serum samples collected 5 or more years prior to diagnosis, supporting that reverse causation does not explain the effect.

Data from animal and limited human studies support the hypothesis that ovulation may trigger cellular events that result in carcinogenesis. Hyperovulatory hens have markedly increased likelihood of developing ovarian adenocarcinomas, as do rats with hyper-proliferating ovarian epithelial cells [13, 14]. It is plausible that cytokines play a role in the development of pre-neoplastic cells in the epithelium that, under continuous cytokine stimulation, progress to cancer cells, suggesting that elevated levels of these cytokines may confer increased ovarian cancer risk [9-11]. Further, it has been shown that ovarian

NIH-PA Author Manuscript    NIH-PA Author Manuscript    NIH-PA Author Manuscript

epithelial cells secrete cytokines and that these same factors are also produced by ovarian cancer cells further supporting that the recruitment of normally secreted cytokines into dysregulated autocrine loops may be important in neoplastic progression.[9, 10]

Our results further support the association between pre-diagnostic CRP levels and ovarian cancer observed in four previous studies.[5-8] CRP is a marker of global inflammation that has been associated with other cancers. It is not clear whether CRP directly influences ovarian carcinogenesis or is an indirect marker of inflammatory exposures to the ovary. One study suggested that high levels of CRP in ovarian cancer patients was correlated with an impaired T-cell response [19] and several small studies generally observed that circulating or peritoneal CRP levels were higher during post-ovulatory phases of the menstrual cycle, [20-24] indicating that CRP may be involved in the local wound healing process following ovulation. CRP remained the dominant risk factor as the associations for IL-8 and TNF-α were attenuated after mutual adjustment for CRP.

Our study is the first to show an association between elevated circulating IL-1α and ovarian cancer risk; however, given that only 18.4% of values were above the LLOD for this marker, these results should be interpreted with caution. IL-1α is produced following nuclear factor kappa-light-chain-enhancer of activated B cells (NF-κB) activation,[25] and signaling of IL-1α through its receptor results in downstream activation of NF-κB,[26] which leads to transcription of a number of genes whose products promote inflammation. [27] This pathway appears to play a crucial role in the process that links inflammation to cancer.[28, 29] Specifically, activation of NF-κB through inhibitor of κB kinase epsilon (IKKε) was shown to be associated with more aggressive behavior in ovarian cancer cell lines [30] and has been associated with aberrant cellular activities in endometriosis, a known risk factor for ovarian cancer.[31]

No previous study has shown an association between elevated circulating IL-8 and ovarian cancer using prediagnostic samples, the higher risk in serum samples collected in the most recent 5 years before diagnosis is consistent with evidence implicating the IL-8 pathway in later steps of carcinogenesis, including tumor progression and metastasis.[32] IL-8 has been shown to be elevated in ovarian cyst fluid, ascites, serum and tumor tissue from ovarian cancer patients and increased IL-8 expression correlates with poor prognosis and survival. [33-39]

TNF-α, like CRP, is a marker of various inflammation processes. TNF-α has been shown to play a role in later steps of carcinogenesis.[40, 41] For example, NF-κB activation by TNF-α is involved in neoplastic transformation, proliferation, and tumor survival.[42] In addition, in ovarian cancer cells, TNF-α enhances cell migration and metastasis through NF-κB-dependent induction of IL-8, C-X-C chemokine receptor type 4 (CXCR4), monocyte chemoattractant protein 1 (MCP-1), and intercellular adhesion molecule-1.[43] TNF-α was positively associated with ovarian cancer in case-control studies using serum samples collected at diagnosis.[19, 44] We report an increased risk of ovarian cancer with TNF-α measured in pre-diagnostic serum. Our finding is not consistent with the null association reported by Clendenen et al.,[45] however, the elevated, albeit not statistically significant,

NIH-PA Author Manuscript
NIH-PA Author Manuscript
NIH-PA Author Manuscript

OR for TNF-α-receptor 2 observed in our study was consistent with the increased ORs reported by Poole et al.[7]

Inconsistent results in the existing studies may reflect limited case numbers in cohort studies that collected prediagnostic specimens. Further, the use of different inflammation marker assays may have led to differing results across the studies. The multiplex assays utilized in the current study are comparable to those used by Clenenden et al.,[45] however, the assay performance was noticably different. For most of the inflammatory markers measured in the two studies, the percent of markers below LLOD was higher in the current study. Specifically, the low percent detection limited the ability to evaluate some markers[46] that were associated with ovarian cancer (i.e. IL-6 and IL-12p40) in the study by Clenenden et al.[45] The assay performance in the current study was very similar to the systematic evaluation of multiplex inflammation marker panels published earlier by our group.[17]

The strengths of our study include the prospective design, comprehensive evaluation of inflammation-related markers measured using a validated technology, and careful control for confounding. We also note several limitations. Although we were able to include all ovarian cancer cases from the PLCO screening arm, the study was limited in power, which affected our ability to investigate associations with ovarian cancer subtypes other than serous tumors. Further, given the limited sample size, associations for all markers tested were imprecise. With respect to the inflammation hypothesis, however, the evidence is compelling for serous ovarian tumors, and many of the inflammation marker-ovarian cancer associations strengthened in these analyses. While our observations support the association of pre-diagnostic circulating markers of inflammation with ovarian cancer, they require replication given the large number of markers evaluated. Only the association with CRP and serous ovarian cancer was identified with an FDR less than 0.10. The associations between CRP, IL-1α, IL-8, TNF-α and ovarian cancer had FDR q-values of 0.13, while the remaining markers evaluated were not associated with ovarian cancer risk after correction for multiple comparisons.Further, we measured markers at only one time point; however, data suggests that most of the markers are moderately stable over time, with ICCs of 0.54-0.67 for CRP over four years,[49, 50] and an ICC of 0.87 for TNF-α over three blood draws within two years.[51] In the only study published to date, the ICC for IL-8 was less stable (0.33 over two years).[51] It is important to note that several markers of inflammation, namely CRP and TNF-α, have also been associated with other tumors.[46-48] Presumably, these markers represent a common pathway of different inflammatory processes at different cancer sites. Future studies need to increase the focus on the tumor-specific inflammatory mechanisms that underlie the reported associations of systemic inflammation markers here and in other studies. Lastly we note that the circulating inflammation markers measured in the current study may not reflect levels in local sites of inflammation relevant to ovarian carcinogenesis, which may include the fallopian tube, ovary or endometriotic lesions. Studies investigating the correlation between serum inflammation marker levels and different tissue types, using animal or human clinical specimens, could provide important insight into this question. As mentioned, additional research is needed to confirm these findings and better understand the role that inflammation may play in the etiology of ovarian cancer. If confirmed, further evaluation of these markers in risk prediction models is warranted.

In conclusion, our prospective investigation of 46 inflammation-related markers provides evidence that serum levels of CRP and TNF-α are associated with increased future risk of ovarian cancer, 5 or more years following blood collection. We also observed ovarian cancer associations for several novel markers that warrant further investigation. Increased inflammation may be etiologically important in ovarian carcinogenesis arguing for additional research to confirm and extend these findings.

## Supplementary Material

Refer to Web version on PubMed Central for supplementary material.

## Acknowledgments

Financial Support: This research was supported by the Intramural Research Program of the Division of Cancer Epidemiology and Genetics and by contracts from the Division of Cancer Prevention, National Cancer Institute, National Institutes of Health, Department of Health and Human Services.

## References

1. Centers for Disease Control and Prevention. Ovarian Cancer Statistics. 2010

2. Ness RB, Cottreau C. Possible role of ovarian epithelial inflammation in ovarian cancer. J Natl Cancer Inst. 1999; 91:1459–67. [PubMed: 10469746]

3. Trabert B, Ness RB, Lo-Ciganic WH, Murphy MA, Goode EL, Poole EM, et al. Aspirin, nonaspirin nonsteroidal anti-inflammatory drug, and acetaminophen use and risk of invasive epithelial ovarian cancer: a pooled analysis in the Ovarian Cancer Association Consortium. J Natl Cancer Inst. 2014; 106:djt431. [PubMed: 24503200]

4. Kurman RJ, Shih I. Molecular pathogenesis and extraovarian origin of epithelial ovarian cancer-- shifting the paradigm. Hum Pathol. 2011; 42:918–31. [PubMed: 21683865]

5. McSorley MA, Alberg AJ, Allen DS, Allen NE, Brinton LA, Dorgan JF, et al. C-reactive protein concentrations and subsequent ovarian cancer risk. Obstet Gynecol. 2007; 109:933–41. [PubMed: 17400857]

6. Lundin E, Dossus L, Clendenen T, Krogh V, Grankvist K, Wulff M, et al. C-reactive protein and ovarian cancer: a prospective study nested in three cohorts (Sweden, USA, Italy). Cancer Causes Control. 2009; 20:1151–9. [PubMed: 19301134]

7. Poole EM, Lee IM, Ridker PM, Buring JE, Hankinson SE, Tworoger SS. A Prospective Study of Circulating C-Reactive Protein, Interleukin-6, and Tumor Necrosis Factor alpha Receptor 2 Levels and Risk of Ovarian Cancer. Am J Epidemiol. 2013; 178:1256–64. [PubMed: 23966559]

8. Toriola AT, Grankvist K, Agborsangaya CB, Lukanova A, Lehtinen M, Surcel HM. Changes in prediagnostic serum C-reactive protein concentrations and ovarian cancer risk: a longitudinal study. Ann Oncol. 2011; 22:1916–21. [PubMed: 21292643]

9. Auersperg N, Edelson MI, Mok SC, Johnson SW, Hamilton TC. The biology of ovarian cancer. Semin Oncol. 1998; 25:281–304. [PubMed: 9633841]

10. Ziltener HJ, Maines-Bandiera S, Schrader JW, Auersperg N. Secretion of bioactive interleukin-1, interleukin-6, and colony-stimulating factors by human ovarian surface epithelium. Biol Reprod. 1993; 49:635–41. [PubMed: 7691194]

11. Norman RJ, Brannstrom M. Cytokines in the ovary: pathophysiology and potential for pharmacological intervention. Pharmacol Ther. 1996; 69:219–36. [PubMed: 8783372]

12. Espey LL. Current status of the hypothesis that mammalian ovulation is comparable to an inflammatory reaction. Biol Reprod. 1994; 50:233–8. [PubMed: 8142541]

13. Wilson JE. Adenocarcinomata in hens kept in a constant environment. Poultry Sci. 1958; 37:1253.

14. Godwin AK, Testa JR, Handel LM, Liu Z, Vanderveer LA, Tracey PA, et al. Spontaneous transformation of rat ovarian surface epithelial cells: association with cytogenetic changes and

implications of repeated ovulation in the etiology of ovarian cancer. J Natl Cancer Inst. 1992; 84:592–601. [PubMed: 1556770]

15. Prorok PC, Andriole GL, Bresalier RS, Buys SS, Chia D, Crawford ED, et al. Design of the Prostate, Lung, Colorectal and Ovarian (PLCO) Cancer Screening Trial. Control Clin Trials. 2000; 21:273S–309S. [PubMed: 11189684]

16. Hayes RB, Sigurdson A, Moore L, Peters U, Huang WY, Pinsky P, et al. Methods for etiologic and early marker investigations in the PLCO trial. Mutat Res. 2005; 592:147–54. [PubMed: 16054167]

17. Chaturvedi AK, Kemp TJ, Pfeiffer RM, Biancotto A, Williams M, Munuo S, et al. Evaluation of multiplexed cytokine and inflammation marker measurements: a methodologic study. Cancer Epidemiol Biomarkers Prev. 2011; 20:1902–11. [PubMed: 21715603]

18. Vongpatanasin W, Tuncel M, Wang Z, Arbique D, Mehrad B, Jialal I. Differential effects of oral versus transdermal estrogen replacement therapy on C-reactive protein in postmenopausal women. J Am Coll Cardiol. 2003; 41:1358–63. [PubMed: 12706932]

19. Maccio A, Lai P, Santona MC, Pagliara L, Melis GB, Mantovani G. High serum levels of soluble IL- 2 receptor, cytokines, and C reactive protein correlate with impairment of T cell response in patients with advanced epithelial ovarian cancer. Gynecol Oncol. 1998; 69:248–52. [PubMed: 9648596]

20. Blum CA, Muller B, Huber P, Kraenzlin M, Schindler C, De GC, et al. Low-grade inflammation and estimates of insulin resistance during the menstrual cycle in lean and overweight women. J Clin Endocrinol Metab. 2005; 90:3230–5. [PubMed: 15797950]

21. Capobianco G, de MP, Cherchi GM, Formato M, Lepedda AJ, Cigliano A, et al. Plasma levels of C- reactive protein, leptin and glycosaminoglycans during spontaneous menstrual cycle: differences between ovulatory and anovulatory cycles. Arch Gynecol Obstet. 2010; 282:207–13. [PubMed: 20306065]

22. Puder JJ, Blum CA, Mueller B, De GC, Dye L, Keller U. Menstrual cycle symptoms are associated with changes in low-grade inflammation. Eur J Clin Invest. 2006; 36:58–64. [PubMed: 16403011]

23. Wander K, Brindle E, O'Connor KA. C-reactive protein across the menstrual cycle. Am J Phys Anthropol. 2008; 136:138–46. [PubMed: 18257023]

24. Bouckaert PX, Evers JL, Doesburg WH, Schellekens LA, Brombacher PH, Rolland R. Patterns of changes in proteins in the peritoneal fluid of women during the periovulatory phase of the menstrual cycle. J Reprod Fertil. 1986; 77:329–36. [PubMed: 2426448]

25. Mori N, Prager D. Transactivation of the interleukin-1alpha promoter by human T-cell leukemia virus type I and type II Tax proteins. Blood. 1996; 87:3410–7. [PubMed: 8605359]

26. Bhat-Nakshatri P, Newton TR, Goulet R Jr, Nakshatri H. NF-kappaB activation and interleukin 6 production in fibroblasts by estrogen receptor-negative breast cancer cell-derived interleukin 1alpha. Proc Natl Acad Sci U S A. 1998; 95:6971–6. [PubMed: 9618523]

27. White KL, Rider DN, Kalli KR, Knutson KL, Jarvik GP, Goode EL. Genomics of the NF-kappaB signaling pathway: hypothesized role in ovarian cancer. Cancer Causes Control. 2011; 22:785–801. [PubMed: 21359843]

28. Greten FR, Arkan MC, Bollrath J, Hsu LC, Goode J, Miething C, et al. NF-kappaB is a negative regulator of IL-1beta secretion as revealed by genetic and pharmacological inhibition of IKKbeta. Cell. 2007; 130:918–31. [PubMed: 17803913]

29. Charbonneau B, Block MS, Bamlet WR, Vierkant RA, Kalli KR, Fogarty Z, et al. Risk of Ovarian Cancer and the NF-kappaB Pathway: Genetic association with IL1A and TNFSF10. Cancer Res. 2013

30. Hsu S, Kim M, Hernandez L, Grajales V, Noonan A, Anver M, et al. IKK-epsilon coordinates invasion and metastasis of ovarian cancer. Cancer Res. 2012; 72:5494–504. [PubMed: 22942254]

31. Gonzalez-Ramos R, Defrere S, Devoto L. Nuclear factor-kappaB: a main regulator of inflammation and cell survival in endometriosis pathophysiology. Fertil Steril. 2012; 98:520–8. [PubMed: 22771029]

32. Yuan A, Chen JJ, Yao PL, Yang PC. The role of interleukin-8 in cancer cells and microenvironment interaction. Front Biosci. 2005; 10:853–65. [PubMed: 15569594]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Trabert et al.                                                                                                    Page 11

33. Wang Y, Xu RC, Zhang XL, Niu XL, Qu Y, Li LZ, et al. Interleukin-8 secretion by ovarian cancer cells increases anchorage-independent growth, proliferation, angiogenic potential, adhesion and invasion. Cytokine. 2012; 59:145–55. [PubMed: 22579115]

34. Ivarsson K, Ekerydh A, Fyhr IM, Janson PO, Brannstrom M. Upregulation of interleukin-8 and polarized epithelial expression of interleukin-8 receptor A in ovarian carcinomas. Acta Obstet Gynecol Scand. 2000; 79:777–84. [PubMed: 10993102]

35. Penson RT, Kronish K, Duan Z, Feller AJ, Stark P, Cook SE, et al. Cytokines IL-1beta, IL-2, IL-6, IL-8, MCP-1, GM-CSF and TNFalpha in patients with epithelial ovarian cancer and their relationship to treatment with paclitaxel. Int J Gynecol Cancer. 2000; 10:33–41. [PubMed: 11240649]

36. Fasciani A, D'Ambrogio G, Bocci G, Luisi S, Artini PG, Genazzani AR. Vascular endothelial growth factor and interleukin-8 in ovarian cystic pathology. Fertil Steril. 2001; 75:1218–21. [PubMed: 11384653]

37. Kassim SK, El-Salahy EM, Fayed ST, Helal SA, Helal T, Azzam E, et al. Vascular endothelial growth factor and interleukin-8 are associated with poor prognosis in epithelial ovarian cancer patients. Clin Biochem. 2004; 37:363–9. [PubMed: 15087211]

38. Lokshin AE, Winans M, Landsittel D, Marrangoni AM, Velikokhatnaya L, Modugno F, et al. Circulating IL-8 and anti-IL-8 autoantibody in patients with ovarian cancer. Gynecol Oncol. 2006; 102:244–51. [PubMed: 16434085]

39. Nowak M, Glowacka E, Szpakowski M, Szyllo K, Malinowski A, Kulig A, et al. Proinflammatory and immunosuppressive serum, ascites and cyst fluid cytokines in patients with early and advanced ovarian cancer and benign ovarian tumors. Neuro Endocrinol Lett. 2010; 31:375–83. [PubMed: 20588232]

40. Balkwill F. Tumour necrosis factor and cancer. Nat Rev Cancer. 2009; 9:361–71. [PubMed: 19343034]

41. Wu Y, Zhou BP. TNF-alpha/NF-kappaB/Snail pathway in cancer cell migration and invasion. Br J Cancer. 2010; 102:639–44. [PubMed: 20087353]

42. Hsu TC, Nair R, Tulsian P, Camalier CE, Hegamyer GA, Young MR, et al. Transformation nonresponsive cells owe their resistance to lack of p65/nuclear factor-kappaB activation. Cancer Res. 2001; 61:4160–8. [PubMed: 11358840]

43. Kulbe H, Thompson R, Wilson JL, Robinson S, Hagemann T, Fatah R, et al. The inflammatory cytokine tumor necrosis factor-alpha generates an autocrine tumor-promoting network in epithelial ovarian cancer cells. Cancer Res. 2007; 67:585–92. [PubMed: 17234767]

44. Moradi MM, Carson LF, Weinberg B, Haney AF, Twiggs LB, Ramakrishnan S. Serum and ascitic fluid levels of interleukin-1, interleukin-6, and tumor necrosis factor-alpha in patients with ovarian epithelial cancer. Cancer. 1993; 72:2433–40. [PubMed: 8402460]

45. Clendenen TV, Lundin E, Zeleniuch-Jacquotte A, Koenig KL, Berrino F, Lukanova A, et al. Circulating inflammation markers and risk of epithelial ovarian cancer. Cancer Epidemiol Biomarkers Prev. 2011; 20:799–810. [PubMed: 21467242]

46. Shiels MS, Pfeiffer RM, Hildesheim A, Engels EA, Kemp TJ, Park JH, et al. Circulating inflammation markers and prospective risk for lung cancer. J Natl Cancer Inst. 2013; 105:1871–80. [PubMed: 24249745]

47. Il'yasova D, Colbert LH, Harris TB, Newman AB, Bauer DC, Satterfield S, et al. Circulating levels of inflammatory markers and cancer risk in the health aging and body composition cohort. Cancer Epidemiol Biomarkers Prev. 2005; 14:2413–8. [PubMed: 16214925]

48. Purdue MP, Lan Q, Bagni R, Hocking WG, Baris D, Reding DJ, et al. Prediagnostic serum levels of cytokines and other immune markers and risk of non-hodgkin lymphoma. Cancer Res. 2011; 71:4898–907. [PubMed: 21632552]

49. Glynn RJ, MacFadyen JG, Ridker PM. Tracking of high-sensitivity C-reactive protein after an initially elevated concentration: the JUPITER Study. Clin Chem. 2009; 55:305–12. [PubMed: 19095726]

50. Pischon T, Hankinson SE, Hotamisligil GS, Rifai N, Rimm EB. Leisure-time physical activity and reduced plasma levels of obesity-related inflammatory markers. Obes Res. 2003; 11:1055–64. [PubMed: 12972675]

51. Epstein MM, Breen EC, Magpantay L, Detels R, Lepone L, Penugonda S, et al. Temporal stability
    of serum concentrations of cytokines and soluble receptors measured across two years in low-risk
    HIVseronegative men. Cancer Epidemiol Biomarkers Prev. 2013; 22:2009–15. [PubMed:
    23983237]

Trabert et al.                                                                                          Page 13

---

### Research Highlights

- We evaluated 46 pre-diagnostic inflammation-related biomarkers and ovarian cancer.

- CRP, TNF-α, and IL-8 are associated with increased risk of subsequently developing ovarian cancer.

- Increased risks with CRP and TNF-α are apparent 5 or more years prior to diagnosis.

- Our study provides additional evidence that inflammation plays an important role in ovarian carcinogenesis.



**Figure 1.**
Association between 46 inflammation markers and ovarian cancer risk using A) all ovarian cancer cases and B) serous ovarian cancer cases, nested case-control study in the Prostate, Lung, Colorectal and Ovarian (PLCO) Cancer Screening Trial. The symbol represents the odds ratio (OR) and the error bars represent the corresponding 95% confidence intervals. Filled markers indicate that the OR calculation was based on the comparison of individuals with marker measurements in Tertile 3 versus Tertile 1, unfilled markers indicate that the OR association is based on the comparison of individuals with marker measurements above

NIH-PA Author Manuscript    NIH-PA Author Manuscript    NIH-PA Author Manuscript

the lower limit of detection (LLOD) versus values at or below LLOD. Square symbols indicate the 11 markers with *a priori* hypothesis regarding an association with ovarian cancer risk and circle symbols indicate the remaining 35 markers with weak or no prior evidence for an association.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

**Table 1**

Demographic and health characteristics of cases and controls, nested case-control study in the Prostate, Lung, Colorectal and Ovarian (PLCO) Cancer Screening Trial.

| | Cases (n=149) | | Controls (n=149) | |
|---|---|---|---|---|
| | **Mean** | **SD** | **Mean** | **SD** |
| Age at baseline | 63.2 | 5.5 | 63.0 | 5.3 |
| Race | n[1] | % | n[1] | % |
| Non-Hispanic White | 138 | 92.6 | 138 | 92.6 |
| Non-Hispanic Black | 5 | 3.4 | 5 | 3.4 |
| Hispanic | 3 | 2.0 | 3 | 2.0 |
| Asian | 3 | 2.0 | 3 | 2.0 |
| Highest education level attained | | | | |
| High school or less | 39 | 26.2 | 47 | 31.5 |
| Some post high school training | 54 | 36.2 | 49 | 32.9 |
| College graduate | 56 | 37.6 | 53 | 35.6 |
| Body Mass Index (kg/m2) | | | | |
| < 25 | 65 | 43.6 | 64 | 43.0 |
| 25-29.9 | 54 | 36.2 | 53 | 35.6 |
| 30 | 28 | 18.8 | 32 | 21.5 |
| Cigarette smoking status | | | | |
| Never | 80 | 53.7 | 95 | 63.8 |
| Current | 12 | 8.1 | 15 | 10.1 |
| Former | 57 | 38.3 | 39 | 26.2 |
| Parity | | | | |
| Nulliparous | 10 | 6.7 | 5 | 3.4 |
| Parous | 139 | 93.3 | 144 | 96.6 |
| Duration of oral contraceptive use | | | | |
| Never | 80 | 53.7 | 73 | 49.0 |
| 1-5 years | 46 | 30.9 | 48 | 32.2 |
| 6+ years | 23 | 15.4 | 28 | 18.8 |
| Duration of menopausal hormone therapy use[2] | | | | |
| Never | 39 | 26.2 | 59 | 39.6 |
| 1-5 years | 48 | 32.2 | 47 | 31.5 |
| 6+ years | 62 | 41.6 | 43 | 28.9 |

[1] Values may not sum to total because of missing data.

[2] Frequency of duration of menopausal hormone therapy use was differed between cases and controls p-value<,0.05.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

**Table 2**

Associations of *a priori* selected pre-diagnostic circulating inflammation markers and ovarian cancer risk, nested case-control study in the Prostate, Lung, Colorectal and Ovarian (PLCO) Cancer Screening Trial.

| | Cases (n=149) n | % | Controls (n=149) n | % | OR[l] | (95% CI) |
|---|---|---|---|---|---|---|
| C-reactive protein (CRP) (mg/L) < 3.23 | 39 | 26.2 | 49 | 32.9 | 1.00 | (ref) |
| 3.23-9.76 | 47 | 31.5 | 50 | 33.6 | 1.29 | (0.68-2.41) |
| >9.76 | 63 | 42.3 | 50 | 33.6 | 2.04 | (1.06-3.93) |
| *p-trend* | | | | | 0.03 | |
| Interleukin (IL)-1α (ng/L)[2] LLOD (3.2) | 115 | 77.2 | 128 | 85.9 | 1.00 | (ref) |
| Detectable | 34 | 22.8 | 21 | 14.1 | 2.23 | (1.14-4.34) |
| IL-1β (ng/L) LLOD (0.64) | 110 | 73.8 | 111 | 74.5 | 1.00 | (ref) |
| Detectable | 39 | 26.2 | 38 | 25.5 | 1.06 | (0.58-1.94) |
| IL-2 (ng/L) LLOD (0.64) | 112 | 75.2 | 119 | 79.9 | 1.00 | (ref) |
| Detectable | 37 | 24.8 | 30 | 20.1 | 1.50 | (0.79-2.84) |
| IL-6 (ng/L) LLOD (0.64) | 100 | 67.1 | 108 | 72.5 | 1.00 | (ref) |
| Detectable | 49 | 32.9 | 41 | 27.5 | 1.41 | (0.81-2.46) |
| IL-8 (ng/L) < 1.87 | 41 | 27.5 | 49 | 32.9 | 1.00 | (ref) |
| 1.87-3.79 | 43 | 28.9 | 50 | 33.6 | 1.17 | (0.60-2.27) |
| > 3.79 | 65 | 43.6 | 50 | 33.6 | 1.86 | (0.96-3.61) |
| *p-trend* | | | | | 0.05 | |
| IL-10 (ng/L) LLOD (0.64) | 104 | 69.8 | 111 | 74.5 | 1.00 | (ref) |
| Detectable | 45 | 30.2 | 38 | 25.5 | 1.39 | (0.77-2.50) |
| Interferon gamma (IFN-γ) (ng/L) LLOD (3.2) | 116 | 77.9 | 119 | 79.9 | 1.00 | (ref) |
| Detectable | 33 | 22.2 | 30 | 20.1 | 1.68 | (0.87-3.27) |
| Granulocyte colonystimulating factor (G-CSF) (ng/L) LLOD (16.0) | 82 | 55.0 | 86 | 57.7 | 1.00 | (ref) |
| Detectable | 67 | 45.0 | 63 | 42.3 | 1.20 | (0.72-2.01) |
| Granulocyte colony- stimulating factor (GM-CSF) (ng/L) LLOD (13.2) | 86 | 57.7 | 91 | 61.1 | 1.00 | (ref) |
| Detectable | 63 | 42.3 | 58 | 38.9 | 1.25 | (0.74-2.11) |
| Tumor necrosis factor alpha (TNF-α) (ng/L) <4.05 | 36 | 24.2 | 49 | 32.9 | 1.00 | (ref) |

Trabert et al.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

|  | Cases (n=149) | | Controls (n=149) | | | |
|  | n | % | n | % | OR[1] | (95% CI) |
| --- | --- | --- | --- | --- | --- | --- |
| 4.05–5.48 | 59 | 39.6 | 50 | 33.6 | 1.89 | (1.01–3.53) |
| > 5.48 | 54 | 36.2 | 50 | 33.6 | 2.21 | (1.06–4.63) |
| *p-trend* | | | | | *0.04* | |

[1] Conditional logistic regression models adjusted for body mass index, cigarette smoking status, parity, duration of oral contraceptive use, and duration of menopausal hormone therapy use.

[2] Less than 20% of marker values were above lower limit of detection, results should be interpreted with caution.

Trabert et al.    Page 19

**Table 3**

Associations of *a priori* selected pre-diagnostic circulating inflammation markers and ovarian cancer risk by serous and non-serous histology, nested case-control study in the Prostate, Lung, Colorectal and Ovarian (PLCO) Cancer Screening Trial.

| | Serous Cases N=83 | | Controls N=88 | | OR[1] | 95% CI | Non-Serous Cases N=66 | | Controls N=76 | | OR[2] | 95% CI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CRP (mg/L) < 3.23 | 20 | 24.1 | 31 | 35.2 | 1.00 | (ref) | 19 | 28.8 | 26 | 34.2 | 1.00 | (ref) |
| 3.23-9.76 | 26 | 31.3 | 31 | 35.2 | 1.68 | (0.60-4.74) | 21 | 31.8 | 23 | 30.3 | 1.76 | (0.67-4.60) |
| > 9.76 | 37 | 44.6 | 26 | 29.6 | 3.96 | (1.41-11.14) | 26 | 39.4 | 27 | 35.5 | 2.13 | (0.75-6.05) |
| *p-trend* | | | | | 0.008 | | | | | | 0.22 | |
| IL-1α (ng/L)[3] LLOD (3.2) | 61 | 73.5 | 75 | 85.2 | 1.00 | (ref) | 54 | 81.8 | 65 | 85.5 | 1.00 | (ref) |
| Detectable | 22 | 26.5 | 13 | 14.8 | 2.70 | (1.10-6.63) | 12 | 18.2 | 11 | 14.5 | 2.12 | (0.66-6.88) |
| IL-1β (ng/L) LLOD (0.64) | 58 | 69.9 | 64 | 72.7 | 1.00 | (ref) | 52 | 78.8 | 60 | 79.0 | 1.00 | (ref) |
| Detectable | 25 | 30.1 | 24 | 27.3 | 1.28 | (0.52-3.18) | 14 | 21.2 | 16 | 21.1 | 1.34 | (0.54-3.36) |
| IL-2 (ng/L) LLOD (0.64) | 59 | 71.1 | 68 | 77.3 | 1.00 | (ref) | 53 | 80.3 | 64 | 84.2 | 1.00 | (ref) |
| Detectable | 24 | 28.9 | 20 | 22.7 | 1.99 | (0.80-4.99) | 13 | 19.7 | 12 | 15.8 | 1.73 | (0.62-4.76) |
| IL-6 (ng/L) LLOD (0.64) | 54 | 65.1 | 64 | 72.7 | 1.00 | (ref) | 46 | 69.7 | 57 | 75.0 | 1.00 | (ref) |
| Detectable | 29 | 34.9 | 24 | 27.3 | 1.72 | (0.76-3.91) | 20 | 30.3 | 19 | 25.0 | 1.67 | (0.68-4.07) |
| IL-8 (ng/L) < 1.87 | 22 | 26.5 | 33 | 37.5 | 1.00 | (ref) | 19 | 28.8 | 23 | 30.3 | 1.00 | (ref) |
| 1.87-3.79 | 23 | 27.7 | 26 | 29.6 | 1.61 | (0.57-4.52) | 20 | 30.3 | 30 | 39.5 | 0.68 | (0.26-1.78) |
| > 3.79 | 38 | 45.8 | 29 | 33.0 | 3.05 | (1.09-8.51) | 27 | 40.9 | 23 | 30.3 | 1.45 | (0.47-4.54) |
| *p-trend* | | | | | 0.03 | | | | | | 0.33 | |
| IL-10 (ng/L) LLOD (0.64) | 56 | 67.5 | 65 | 73.9 | 1.00 | (ref) | 48 | 72.7 | 58 | 76.3 | 1.00 | (ref) |
| Detectable | 27 | 32.5 | 23 | 26.1 | 2.12 | (0.84-5.36) | 18 | 27.3 | 18 | 23.7 | 1.57 | (0.64-3.87) |
| IFN-γ (ng/L) LLOD (3.2) | 67 | 80.7 | 69 | 78.4 | 1.00 | (ref) | 49 | 74.2 | 64 | 84.2 | 1.00 | (ref) |
| Detectable | 16 | 19.3 | 19 | 21.6 | 1.07 | (0.46-2.48) | 17 | 25.8 | 12 | 15.8 | 4.42 | (1.21-16.11) |
| G-CSF (ng/L) LLOD (16.0) | 50 | 60.2 | 53 | 60.2 | 1.00 | (ref) | 32 | 48.5 | 44 | 57.9 | 1.00 | (ref) |
| Detectable | 33 | 39.8 | 35 | 39.8 | 1.44 | (0.67-3.10) | 34 | 51.5 | 32 | 42.1 | 1.23 | (0.57-2.63) |
| GM-CSF (ng/L) LLOD (13.2) | 52 | 62.7 | 54 | 61.4 | 1.00 | (ref) | 34 | 51.5 | 45 | 59.2 | 1.00 | (ref) |
| Detectable | 31 | 37.4 | 34 | 38.6 | 1.33 | (0.62-2.82) | 32 | 48.5 | 31 | 40.8 | 1.44 | (0.63-3.26) |
| TNF-α (ng/L) < 4.05 | 24 | 28.9 | 28 | 31.8 | 1.00 | (ref) | 12 | 18.2 | 26 | 34.2 | 1.00 | (ref) |
| 4.05-5.48 | 26 | 31.3 | 30 | 34.1 | 1.13 | (0.49-2.59) | 33 | 50.0 | 25 | 32.9 | 4.92 | (1.52-15.90) |

NIH-PA Author Manuscript    NIH-PA Author Manuscript    NIH-PA Author Manuscript

Trabert et al.                                                                 Page 20

| | Serous Cases | Controls | | | Non-Serous Cases | Controls | | |
| | N=83 | N=88 | OR[1] | 95% CI | N=66 | N=76 | OR[2] | 95% CI |
|---|---|---|---|---|---|---|---|---|
| > 5.48 | 33 | 39.8 | 30 | 34.1 | 2.06 | (0.71-6.00) | 21 | 31.8 | 25 | 32.9 | 4.36 | (1.11-17./05) |
| p-trend | | | | 0.19 | | | | 0.047 |

[1] Conditional logistic regression models adjusted for body mass index, cigarette smoking status, parity, duration of oral contraceptive use, and duration of menopausal hormone therapy use.

[2] Some matched sets include more than 1 case-control pair; therefore, in conditional logistic regression analyses restricted to specific tumor subtypes cases could have more than one matched control.

[3] Less than 20% of marker values were above lower limit of detection, results should be interpreted with caution.

NIH-PA Author Manuscript        NIH-PA Author Manuscript        NIH-PA Author Manuscript

Trabert et al. — Page 21

**Table 4**

Mutually adjusted models of the association of CRP, IL-8 and TNF-α and ovarian cancer risk, nested case-control study in the Prostate, Lung, Colorectal and Ovarian (PLCO) Cancer Screening Trial.

| | All Cases (n=149) | | Serous Cases (n=83) | | Non-Serous cases (n=66) | | Analyses of cases with specimens collected 2 to <5 years prior to diagnosis (n=93) | | Analyses of cases specimens collected 5+ years prior to diagnosis (n=56) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | OR[1] | (95% CI) | OR[1] | (95% CI) | OR[1] | (95% CI) | OR[1] | (95% CI) | OR[1] | (95% CI) |
| CRP (ng/L) < 3.23 | 1.00 | (ref) | 1.00 | (ref) | 1.00 | (ref) | 1.00 | (ref) | 1.00 | (ref) |
| 3.23-9.76 | 1.38 | (0.71-2.65) | 1.63 | (0.56-4.75) | 2.90 | (0.86-9.84) | 1.41 | (0.63-3.17) | 1.53 | (0.41-5.74) |
| > 9.76 | 2.06 | (1.03-4.14) | 4.26 | (1.44-12.59) | 2.39 | (0.69-8.30) | 2.15 | (0.89-5.19) | 6.04 | (1.04-34.99) |
| *p-trend* | *0.046* | | *0.007* | | *0.32* | | *0.10* | | *0.041* | |
| IL-8 (ng/L) < 1.87 | 1.00 | (ref) | 1.00 | (ref) | 1.00 | (ref) | 1.00 | (ref) | 1.00 | (ref) |
| 1.87-3.79 | 1.08 | (0.54-2.16) | 1.94 | (0.64-5.83) | 0.38 | (0.12-1.16) | 1.13 | (0.46-2.78) | 1.05 | (0.28-4.00) |
| > 3.80 | 1.78 | (0.88-3.60) | 3.66 | (1.22-11.03) | 0.93 | (0.24-3.52) | 2.26 | (0.87-5.85) | 1.52 | (0.40-5.83) |
| *p-trend* | *0.07* | | *0.022* | | *0.76* | | *0.07* | | *0.47* | |
| TNF-α (ng/L) <4.05 | 1.00 | (ref) | 1.00 | (ref) | 1.00 | (ref) | 1.00 | (ref) | 1.00 | (ref) |
| 4.05-5.48 | 1.72 | (0.89-3.34) | 0.88 | (0.34-2.25) | 6.99 | (1.82-26.88) | 1.09 | (0.48-2.49) | 6.24 | (1.43-27.32) |
| > 5.49 | 1.64 | (0.75-3.59) | 1.22 | (0.37-4.06) | 4.42 | (0.95-20.58) | 1.05 | (0.37-2.97) | 5.74 | (1.10-30.07) |
| *p-trend* | *0.24* | | *0.75* | | *0.10* | | *0.92* | | *0.049* | |

[1] Conditional logistic regression models adjusted for CRP, IL-8, TNF-α, body mass index, cigarette smoking status, duration of oral contraceptive use, and duration of menopausal hormone therapy use.

*Gynecol Oncol.* Author manuscript; available in PMC 2015 November 01.

NIH-PA Author Manuscript     NIH-PA Author Manuscript     NIH-PA Author Manuscript

Exhibit 79

Ovarian Cancers: Evolving Paradigms in Research and Care
3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 104 o
PageID: 243303

# Ovarian Cancers

## EVOLVING PARADIGMS IN RESEARCH AND CARE

Committee on the State of the Science in Ovarian Cancer Research

Board on Health Care Services

Institute of Medicine

*The National Academies of*
SCIENCES · ENGINEERING · MEDICINE

THE NATIONAL ACADEMIES PRESS
*Washington, DC*
**www.nap.edu**

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
e 3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 105 o
PageID: 243304

**THE NATIONAL ACADEMIES PRESS**    **500 Fifth Street, NW**    **Washington, DC 20001**

This activity was supported by Contract No. 200-2011-38807 with the Centers for Disease Control and Prevention. Any opinions, findings, conclusions, or recommendations expressed in this publication do not necessarily reflect the views of any organization or agency that provided support for the project.

International Standard Book Number-13:    978-0-309-38046-1
International Standard Book Number-10:    0-309-38046-4
Library of Congress Control Number:    2016933599
Digital Object Identifier: 10.17226/21841

Additional copies of this report are available for sale from the National Academies Press, 500 Fifth Street, NW, Keck 360, Washington, DC 20001; (800) 624-6242 or (202) 334-3313; http://www.nap.edu.

Copyright 2016 by the National Academy of Sciences. All rights reserved.

Printed in the United States of America

Suggested citation: National Academies of Sciences, Engineering, and Medicine. 2016. *Ovarian cancers: Evolving paradigms in research and care.* Washington, DC: The National Academies Press. doi: 10.17226/21841.

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
e 3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 106 o
PageID: 243305

*The National Academies of*
SCIENCES · ENGINEERING · MEDICINE

The **National Academy of Sciences** was established in 1863 by an Act of Congress, signed by President Lincoln, as a private, nongovernmental institution to advise the nation on issues related to science and technology. Members are elected by their peers for outstanding contributions to research. Dr. Ralph J. Cicerone is president.

The **National Academy of Engineering** was established in 1964 under the charter of the National Academy of Sciences to bring the practices of engineering to advising the nation. Members are elected by their peers for extraordinary contributions to engineering. Dr. C. D. Mote, Jr., is president.

The **National Academy of Medicine** (formerly the Institute of Medicine) was established in 1970 under the charter of the National Academy of Sciences to advise the nation on medical and health issues. Members are elected by their peers for distinguished contributions to medicine and health. Dr. Victor J. Dzau is president.

The three Academies work together as the **National Academies of Sciences, Engineering, and Medicine** to provide independent, objective analysis and advice to the nation and conduct other activities to solve complex problems and inform public policy decisions. The Academies also encourage education and research, recognize outstanding contributions to knowledge, and increase public understanding in matters of science, engineering, and medicine.

Learn more about the National Academies of Sciences, Engineering, and Medicine at **www.national-academies.org**.

Copyright © National Academy of Sciences. All rights reserved.

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 108 o
PageID: 243307

## COMMITTEE ON THE STATE OF THE SCIENCE
## IN OVARIAN CANCER RESEARCH

**JEROME F. STRAUSS III** (*Chair*), Dean, School of Medicine and Professor of Obstetrics and Gynecology; Executive Vice President for Medical Affairs, Virginia Commonwealth University School of Medicine

**RONALD D. ALVAREZ,** Professor and Ellen Gregg Shook Culverhouse Chair, Division of Gynecologic Oncology, University of Alabama at Birmingham

**DEBORAH J. BOWEN,** Professor, University of Washington

**KATHLEEN R. CHO,** Peter A. Ward Professor and Vice Chair for Academic Affairs, Department of Pathology, University of Michigan Medical School

**HEIDI DONOVAN,** Professor and Vice Chair for Research, Department of Health and Community Systems; Director, Office of Community Partnerships, University of Pittsburgh School of Nursing

**DEBRA DUQUETTE,** State Genomics Coordinator, Board-Certified Genetic Counselor, Michigan Department of Health and Human Services

**ROBERT A. HIATT,** Professor and Chair, Epidemiology and Biostatistics; Associate Director for Population Sciences, Helen Diller Family Comprehensive Cancer Center, University of California, San Francisco

**BETH Y. KARLAN,** Director, Women's Cancer Program, Division of Gynecologic Oncology, Cedars-Sinai Medical Center; Professor, Obstetrics and Gynecology, David Geffen School of Medicine, University of California, Los Angeles

**DOUGLAS A. LEVINE,** Attending Surgeon, Memorial Sloan Kettering Cancer Center

**TERRY MAGNUSON,** Sarah Graham Kenan Professor and Chair, Department of Genetics; Vice Dean for Research, University of North Carolina at Chapel Hill School of Medicine

**LISA MEIER McSHANE,** Mathematical Statistician, Chief, Biostatistics Branch, Biometric Research Program, Division of Cancer Treatment and Diagnosis, National Cancer Institute, National Institutes of Health

**KUNLE ODUNSI,** Cancer Center Deputy Director, M. Steven Piver Professor and Chair, Department of Gynecological Oncology; Executive Director, Center for Immunotherapy; Program Leader, Tumor Immunology and Immunotherapy, Roswell Park Cancer Institute

*v*

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
e 3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 109 o
PageID: 243308

**MARY JACKSON SCROGGINS,** Founding Partner, Pinkie Hugs, LLC; Co-Founder, In My Sister's Care

**ANIL K. SOOD,** Professor and Vice Chair, Departments of Gynecologic Oncology & Reproductive Medicine and Cancer Biology, and Co-Director, Center for RNA Interference and Non-Coding RNA, The University of Texas MD Anderson Cancer Center

**SHELLEY S. TWOROGER,** Associate Professor of Medicine and Epidemiology, Harvard Medical School/Harvard T.H. Chan School of Public Health/Brigham and Women's Hospital

*Study Staff*

**TRACY A. LUSTIG,** Study Director

**MARK D. STEWART,** Research Associate

**SAPANA R. VORA,** Christine Mirzayan Science and Technology Policy Graduate Fellow[1]; Research Associate[2]

**NOA L. NIR,** Senior Program Assistant

**SHARYL J. NASS,** Director, Board on Health Care Services; Director, National Cancer Policy Forum

---

[1] January 2015 through April 2015.

[2] April 2015 through August 2015.

*vi*

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 110 o
PageID: 243309

# Reviewers

This report has been reviewed in draft form by individuals chosen for their diverse perspectives and technical expertise. The purpose of this independent review is to provide candid and critical comments that will assist the institution in making its published report as sound as possible and to ensure that the report meets institutional standards for objectivity, evidence, and responsiveness to the study charge. The review comments and draft manuscript remain confidential to protect the integrity of the deliberative process. We wish to thank the following individuals for their review of this report:

**MICHAEL A. BOOKMAN,** Arizona Oncology
**ROBERT E. BRISTOW,** University of California, Irvine
**SETSUKO K. CHAMBERS,** University of Arizona
**MARTHA (MEG) GAINES,** University of Wisconsin–Madison
**SUSAN GALBRAITH,** AstraZeneca
**PATRICIA A. GANZ,** University of California, Los Angeles
**JOE GRAY,** Oregon Health & Science University
**TAMARA A. HENRY,** The George Washington University
**GEOFFREY KIM,** U.S. Food and Drug Administration
**ANN KOLKER,** Ovarian Cancer National Alliance (retired)
**GUILLERMINA LOZANO,** The University of Texas MD Anderson Cancer Center
**DAVID J. MOONEY,** Harvard University
**DARWIN J. PROCKOP,** Texas A&M University Health Science Center

*vii*

Copyright © National Academy of Sciences. All rights reserved.

**JOELLEN M. SCHILDKRAUT,** University of Virginia School of
Medicine
**REBECCA SUTPHEN,** University of South Florida Morsani College of
Medicine; InformedDNA
**NICOLE URBAN,** Fred Hutchinson Cancer Research Center

Although the reviewers listed above have provided many constructive
comments and suggestions, they were not asked to endorse the conclusions
or recommendations nor did they see the final draft of the report before its
release. The review of this report was overseen by **OLUFUNMILAYO F.
OLOPADE,** The University of Chicago, and **ELI Y. ADASHI,** The Warren
Alpert Medical School, Brown University. They were responsible for mak-
ing certain that an independent examination of this report was carried out
in accordance with institutional procedures and that all review comments
were carefully considered. Responsibility for the final content of this report
rests entirely with the authoring committee and the institution.

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
e 3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 112 o
PageID: 243311

# Preface

This congressionally mandated report, sponsored by the Centers for Disease Control and Prevention, assesses the state of research on ovarian cancers from multiple perspectives, and by multiple disciplines. The report has its origins in the Gynecologic Cancer Education and Awareness Act, more commonly known as Johanna's Law, signed into law by President George W. Bush on January 12, 2007. It was named for Johanna Silver Gordon, a school teacher who died of ovarian cancer.

The findings of the committee are based on its internal expertise and input from external experts representing multiple domains of cancer research and cancer care (e.g., ovarian cancer researchers; clinicians who counsel and treat women with risk of ovarian cancer or with an ovarian cancer diagnosis; funding agencies, both governmental and private; advocacy groups; and of course women who have the disease and their families). The scientific evidence supporting the conclusions and recommendations is presented in a series of chapters that are sequenced to follow the cancer care continuum. The chapters emphasize key new information and highlight unmet needs that are unique to cancers of the ovary and their disease trajectories.

An overarching conclusion is that ovarian cancer is not one disease. There are a number of different tumor types with characteristic histologic features, distinctive molecular signatures, and disease trajectories. Moreover, these tumors are heterogeneous, and they can arise from different tissues of the female reproductive tract. Although the report touches on a number of the different ovarian cancer types, its main focus is on the most common and most lethal type, high-grade serous carcinoma.

*ix*

Copyright © National Academy of Sciences. All rights reserved.

This report is particularly timely because of the emergence of new concepts regarding the nature and origin of ovarian cancers. These new concepts have profound implications for the taxonomy of ovarian cancers; the interpretation of older literature that failed to make distinctions among ovarian cancer types; the identification of risk factors for specific ovarian cancer types; opportunities for improved early detection, prevention, and targeted molecular treatments; and the design of clinical trials. For example, the discovery that many high-grade serous ovarian carcinomas arise from a small population of cells in the distal end of the fallopian tubes, rather than the ovary per se, at once reveals the challenges of improving existing early detection and screening methods and focuses attention on potential new approaches to sampling the site of origin to identify precancerous lesions in women at risk for ovarian cancer. Additionally, these new concepts expose deficiencies in our knowledge, such as the need to identify factors that allow cells exfoliated from the tubes or other tissues of the reproductive tract to engraft and proliferate in the ovaries, as well as other common sites of metastasis. Importantly, these concepts inform potential prevention strategies for high-risk individuals, such as salpingectomy.

The 5-year survival of women with the most common and fatal type of ovarian cancer, high-grade serous carcinoma, has increased over the past four decades as a result of advances in specialty care and the development of effective first-line chemotherapy (i.e., platinum compounds in combination with drugs of the taxane family). However, there are concerning racial disparities and a number of unresolved issues regarding the optimal treatment of newly diagnosed women, which if addressed could lead to further reductions in morbidity and mortality. Moreover, important discoveries that directly influence clinical recommendations or care have not been widely adopted. For example, the recognition that a significant number of high-grade serous carcinomas arise in women harboring germline mutations in the *BRCA1* or *BRCA2* genes allows for genetic testing in families, risk prediction, and prevention interventions. Despite this important discovery of a major ovarian cancer risk factor, genetic testing and counseling for families at risk has not been universally adopted. The reasons underlying the lack of uptake remain to be determined.

The committee noted that the research agenda for ovarian cancers needs to be all encompassing given the disease trajectories. Although the most common and fatal ovarian cancers often respond initially to surgical cytoreduction and chemotherapy, they usually recur as a result of the development of resistance to existing chemotherapy drugs. The committee identified a need for social and behavioral research to improve the quality of life of survivors, research on palliative and end-of-life care, in addition to research on new primary therapies and methods to prevent the development of chemoresistance.

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care

While pointing out these unmet research needs, the committee recognized that ovarian cancer clinical researchers face unique challenges because the disease is relatively rare among gynecologic malignancies. This relative rarity focused attention on the need to develop new clinical trial designs that are information rich in terms of molecular characterization and metadata so that clinically useful conclusions can be drawn quickly from smaller study enrollments.

In its evaluation of the state of research and promising opportunities emerging from the new understanding of the pathobiology of cancers of the ovary, the committee concluded that there is a need for research on and development of more effective dissemination strategies, that can inform diverse audiences, so that advances in the understanding of risk factors for all populations, new approaches for screening and early detection, information on optimal treatment regimens and new therapeutics, and ways to improve quality of life and end-of-life care are known by women, their health care providers, and those responsible for carrying out and sponsoring basic, translational, clinical, and comparative effectiveness research.

Jerome F. Strauss III, *Chair*
Committee on the State of the Science in Ovarian Cancer Research

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
3:16-md-02738-MAS-RLS     Document 33123-7     Filed 08/22/24     Page 115 o
PageID: 243314

# 3

# Prevention and Early Detection

Improving the prevention and early detection of ovarian carcinomas will be a critical component of reducing morbidity and mortality from ovarian cancer. This chapter discusses the genetic and nongenetic risk factors of the disease along with potential prevention strategies and methods for early detection and screening of ovarian cancer. In particular, this chapter identifies a number of gaps in knowledge related to identifying those women who are at highest risk for developing ovarian carcinomas, and it describes several challenges to developing screening tests for high-risk women, their families, and the general population. The chapter also explains how gaps in knowledge about the basic biology of ovarian carcinomas (as discussed in Chapter 2) hinder the development of better methods to prevent ovarian carcinomas or detect them at the earliest stage of disease progression.

## RISK ASSESSMENT FOR OVARIAN CANCER

Although scientists' understanding about the early carcinogenic events of ovarian cancer is incomplete (see Chapter 2), researchers have identified several factors associated with either an increased or a decreased risk of developing ovarian cancer (see Table 3-1). While some of these risks factors cannot be modified (e.g., age and ancestry), a number of others (e.g., hormone use and diet) can be altered through lifestyle changes, pharmacological interventions, or surgery. A critical drawback, however, is that nearly all of the identified risk factors are associated predominantly with the less common and less lethal ovarian cancer subtypes and not with the most common and lethal type—high-grade serous carcinoma (HGSC). Ovarian

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
e 3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 116 o
PageID: 243315

*98*                                                                    *OVARIAN CANCERS*

**TABLE 3-1**
Risk Factors for Ovarian Cancer

| Increased Risk | Decreased Risk |
| --- | --- |
| Age | Oral contraceptive (OC) use |
| Family history of cancer | Oophorectomy |
| Hereditary cancer syndromes | Hysterectomy |
| Obesity | Tubal ligation |
| Nulliparity | Lactation |
| Hormone replacement therapy | Salpingectomy |
| Increased numbers of lifetime ovulatory cycles | Bilateral salpingo-oophorectomy (BSO) |

SOURCE: Adapted from Permuth-Wey et al., 2014.

cancer risk factors can also vary by histologic subtype, and thus a given risk factor may increase risk for one subtype while decreasing risk for another.

#### Age, Race, and Ethnicity

In general, cancer risk increases with age, in part because of the natural accumulation of genetic alterations and long-term exposure to environmental factors. As noted in Chapter 1, ovarian cancer incidence also increases with age, and the age-adjusted incidence rate for women ages 65 and older is more than five times the incidence rate for women younger than age 65 (Howlader et al., 2015). Race and ethnicity have variable associations with ovarian cancer (see Chapter 1 for more on the role of race and ethnicity in ovarian cancer demographics).

#### Inherited Genetic Risk

A family history of ovarian cancer has a strong association with risk for ovarian cancer, and having a large number of first-degree biological relatives with an ovarian carcinoma increases a woman's risk (Jervis et al., 2014; Soegaard et al., 2009; Stratton et al., 1998; Werness and Eltabbakh, 2001). As a result, specific germline (inherited) genetic mutations are among the most well-established risk factors associated with ovarian cancer (Shulman and Dungan, 2010). Many women with a family history of cancer have a hereditary cancer syndrome (Garber and Offit, 2005). Table 3-2 describes some common genetic mutations and hereditary cancer syndromes that are found among women with ovarian cancer. Inherited genetic mutations are associated with approximately 5 to 15 percent of all ovarian carcino-

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
3:16-md-02738-MAS-RLS   Document 33123-7   Filed 08/22/24   Page 117 o
PageID: 243316

PREVENTION AND EARLY DETECTION                    99

**TABLE 3-2**
Examples of High-Risk Ovarian Cancer Susceptibility Genes and Cancer Syndromes

| Mutated Gene(s) | Cancer Syndrome |
| --- | --- |
| *BRCA1*, *BRCA2* | Hereditary breast and ovarian cancer (HBOC) syndrome |
| *MLH1*, *MSH2*, *MSH6*, *PMS2*, *EPCAM* | Lynch syndrome |
| *TP53* | Li–Fraumeni syndrome |
| *STK11/LKB1* | Peutz–Jeghers syndrome, sex cord and mucinous tumors |

NOTE: Lynch syndrome is also known as hereditary nonpolyposis colorectal cancer.

SOURCES: Hampel et al., 2015; Hendriks et al., 2006; Kempers et al., 2011; Lu and Daniels, 2013; Shulman, 2010.

mas, though their distribution varies by subtype (Lynch et al., 2009). In some studies, inherited mutations have been found in up to 25 percent of women with HGSC, but up to half of these women did not have a family history of breast or ovarian cancer (Schrader et al., 2012; Walsh et al., 2011).

### High- and Moderate-Risk Gene Mutations

*BRCA1* and *BRCA2* are the most recognizable of the genes that increase the risk of ovarian cancer. These genes were identified in the mid-1990s as breast and ovarian cancer–risk genes, and in recent years the effect that the *BRCA1* and *BRCA2* mutations have on the risk of breast and ovarian cancers has been established (Miki et al., 1994; Rebbeck et al., 2015; Wooster et al., 1994). Germline mutations in these genes are present in approximately 10 to 15 percent of all women diagnosed with invasive ovarian carcinomas and in approximately 15 to 23 percent of women diagnosed with HGSC (Alsop et al., 2012; Pal et al., 2005; Risch et al., 2006; Zhang et al., 2011). Recently discovered single-nucleotide polymorphisms (SNPs) in other genes appear to have a role in modulating the risk of ovarian cancer in those women who have an inherited *BRCA1* or *BRCA2* mutation (Ramus et al., 2011, 2012).

Lynch syndrome is caused by deleterious mutations in DNA mismatch repair genes (see Table 3-2). The lifetime risk of ovarian cancer associated with Lynch syndrome mutations is around 8 percent, with the greatest risks associated with *MLH1* or *MSH2* (Lu and Daniels, 2013). Many of the genes in Table 3-2 are typically included in the multiplex gene panels currently offered by commercial laboratories, and National Comprehensive Cancer Network (NCCN) guidelines suggest various interventions when a woman has one or more of these genes. For example, NCCN recommends

Copyright © National Academy of Sciences. All rights reserved.

risk-reducing surgeries (e.g., bilateral salpingo-oophorectomy) for women with mutations in *BRCA1*, *BRCA2*, and genes associated with Lynch syndrome (NCCN, 2015). Risk-reducing surgeries are discussed later in this chapter. Other moderate-risk cancer susceptibility genes often included in the panels are *CHEK2*, *PALB2*, *RAD51* family, *BRIP1*, and *BARD1* (Walsh et al., 2011). *RAD51C* and *RAD51D* mutations appear to confer a lifetime risk of 10 to 15 percent for ovarian cancer (Lancaster et al., 2015).

Advances in DNA-sequencing technologies have dramatically reduced the cost of genetic testing, and in 2013 the U.S. Supreme Court ruled that, with few exceptions, patents on naturally isolated DNA sequences are invalid.[1] The confluence of these events led to the rapid development and release of genetic tests that sequence multiple genes simultaneously—the so-called multiplex gene panels—and to the possibility of performing whole-genome sequencing (Rahman, 2014; Robson et al., 2015). With multiplex gene panels it may be possible to identify more individuals with hereditary cancer gene mutations than with testing for *BRCA1* and *BRCA2* alone (Desmond et al., 2015). However, the ability to find more mutations does not necessarily lead to a better understanding of disease risk, as little is known about the clinical impacts of a large fraction of these variants or mutations. In these cases where the clinical implications are unknown, the mutations are referred to as "variants of unknown significance" (Domchek and Nathanson, 2014; Eccles et al., 2015).

Recently, the American Society of Clinical Oncology (ASCO) recognized that for women with a personal or family history of cancer, multigene testing may be an efficient way to evaluate multiple high-penetrance genes of established clinical utility (Robson et al., 2015). ASCO further stated that providers with expertise in cancer risk assessment need to be involved in ordering and interpreting multigene panels when genes of uncertain clinical utility are included and that patients must give informed consent and be provided with pretest counseling prior to any genetic testing. ASCO also commented on the specific components that should be included in multigene panel testing.

Technological and legislative advances have combined to make genetic testing for *BRCA1* and *BRCA2* mutations much more accessible. The Patient Protection and Affordable Care Act[2] requires health plans beginning on or after September 23, 2010, to cover genetic counseling and testing for *BRCA1* and *BRCA2* mutations in women whose family history indicates a high risk for cancer. The law does not specifically cover testing using multiplex gene panels or genome-wide sequencing, and testing is not required to be covered for women whose family history does not indicate an increased

---

[1] *Association for Molecular Pathology v. Myriad Genetics, Inc.*, 569 U.S. ___ (2013).

[2] Patient Protection and Affordable Care Act, Public Law 148, 111th Cong., 2nd sess. (March 23, 2010).

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
e 3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 119 o
PageID: 243318
*PREVENTION AND EARLY DETECTION*                                    *101*

risk (Nelson et al., 2005, 2014). Two testing issues that the act leaves unaddressed are that *BRCA1* and *BRCA2* mutations alone do not fully account for genetic risk and that many women with inherited cancer-predisposing mutations do not have a strong family history of breast or ovarian cancer (Jervis et al., 2014; Schrader et al., 2012; Walsh et al., 2011).

Women who test positive for germline genetic mutations associated with greatly increased risk for developing ovarian cancer may benefit from enhanced screening, risk-reducing prophylactic surgery, or chemoprevention. For instance, women with a known *BRCA1* or *BRCA2* mutation who have prophylactic bilateral salpingo-oophorectomy (BSO) can reduce their risk of ovarian cancer by more than 90 percent (and, for premenopausal women, can reduce their risk for breast cancer by 50 percent) (Domchek et al., 2010).

### Low-Penetrance Alleles

Genome-wide association studies have identified some common low-penetrance alleles (genes associated with a low risk) that can also contribute to the familial risk associated with ovarian cancer (Song et al., 2014). Studies using consortia have identified as many as 17 low-penetrance SNP alleles associated with ovarian cancer risk (Bojesen et al., 2013; Bolton et al., 2010; Goode et al., 2010; Kuchenbaecker et al., 2015; Permuth-Wey et al., 2013; Pharoah et al., 2013; Song et al., 2009). In general, most of the risk alleles have been more strongly associated with serous tumors, but these associations may reflect the fact that there are relatively many cases of such tumors, making it easier to find risk alleles associated with them. Using consortia increases the number of cases available for study, which may lead to more associations being uncovered, especially for the less common subtypes. For example, one study of mucinous carcinomas using consortia identified several risk alleles that had not been identified in previous studies that included multiple histologic subtypes (Kelemen et al., 2015).

### Genetic Testing Guidelines and Recommendations

Cancer genetic consultation services can provide an evaluation of personal and family history for possible features of hereditary cancer syndromes, a consideration of diagnoses, genetic testing if indicated and available, recommendations for the prevention and management of cancer, and information for at-risk relatives (Hampel et al., 2015). The American College of Surgeons (ACS) Commission on Cancer[3] has issued standards for

---

[3] For more information, see http://www.facs.org/cancer/coc/cocprogramstandards2012.pdf (accessed September 25, 2015).

Copyright © National Academy of Sciences. All rights reserved.

the provision of cancer risk assessment, genetic counseling, and genetic testing services (ACS, 2012). Several other clinical societies and organizations have also developed guidelines and recommendations for when referrals should be made to cancer genetic consultation (see Table 3-3). With the exception of the U.S. Preventive Services Task Force (USPSTF), all of the organizations recommend that all women diagnosed with ovarian carcinoma receive referral for genetic counseling and testing regardless of their family history. Guidelines from the Society of Gynecologic Oncology (SGO), the National Society of Genetic Counselors (NSGC), the American College of Medical Genetics and Genomics (ACMG), and the NCCN all recommend referral to a cancer genetics professional for women without a personal history of cancer but with a family history strongly suggestive of hereditary breast and ovarian cancer (HBOC) (Lancaster et al., 2015; NCCN, 2015).

In spite of the benefits of germline genetic testing for women diagnosed with ovarian cancer, the rate of referral to genetic counseling and testing in accordance with existing guidelines still remains low (Febbraro et al., 2015; Powell et al., 2013a). For example, one study of women with ovarian cancer found that only 14.5 percent of women who should have been counseled according to NCCN guidelines actually were referred to genetic counseling (Febbraro et al., 2015). Further, only 59.5 percent of the women who were referred actually did follow up with the genetic counseling, although of those who did receive counseling, approximately 95 percent ultimately underwent genetic testing.

One objective of Healthy People 2020[4] is that a greater percentage of women with a significant family history of breast or ovarian cancer receive genetic counseling (HHS, 2013). From 2006 to 2010 the proportion of women receiving genetic counseling rose from 34.6 to 52.9 percent (HHS, 2013). While this was a large increase, still nearly half of all eligible women are not receiving the recommended counseling. There are various patient-, provider-, and system-level barriers that make cancer genetics referrals less likely, including patients being unaware of a family history of cancer, the limited time that providers have to collect family history, and referral criteria that are complex and that vary by group (Hampel et al., 2015).

Relying on a patient's family history alone to consider whether genetic testing should take place will inevitably overlook some women with inherited mutations that put them at risk for ovarian cancer. As mentioned previously, many women with inherited mutations do not have a significant family history for cancer. Furthermore, family history may not indicate a high risk for women with few close female relatives, women with female relatives who underwent risk-reducing surgery at early ages, women who may be adopted and thus do not know their biological family's cancer his-

---

[4]For more information, see http://www.healthypeople.gov (accessed September 18, 2015).

Copyright © National Academy of Sciences. All rights reserved.

**TABLE 3-3**
Current Recommendations for Cancer Genetic Consultation and Germline Genetic Testing[a] for Individuals with Personal or Family History[b] of Ovarian Cancer, 2013–2015

| | Criteria for Ovarian Cancer Patient | | | | |
| Group | Diagnosis | Family History | Genes | Criteria for Relatives of the Ovarian Cancer Patient | References |
| --- | --- | --- | --- | --- | --- |
| NCCN | Invasive ovarian cancer (including fallopian tube and primary peritoneal cancer) | None required | Multiple genes | • Known deleterious *BRCA* mutation in family member<br>• First- or second-degree relative with invasive ovarian cancer | NCCN, 2015 |
| USPSTF | Criteria unclear | Criteria unclear | *BRCA1, BRCA2* | • Known deleterious *BRCA* mutation in family member<br>• Utilize validated *BRCA* familial risk stratification models to determine if a referral is appropriate | CMS, 2015; Nelson et al., 2014 |
| SGO | High-grade epithelial ovarian, tubal, or peritoneal cancer | None required | Multiple genes | • Known deleterious *BRCA* mutation in family member<br>• First-degree relative with high-grade epithelial ovarian, tubal, or peritoneal cancer<br>• Several close relatives with high-grade epithelial ovarian, tubal, or peritoneal cancer | Lancaster et al., 2015 |
| ACMG and NSGC | Ovarian cancer (including fallopian tube and primary peritoneal cancer) | None required | Multiple genes | • Known mutation in cancer susceptibility gene<br>• First-degree relative with ovarian, tubal, or peritoneal cancer | Hampel et al., 2015 |
| ASCO | Epithelial ovarian, fallopian tube, or primary peritoneal cancer (most commonly HGSC) | None required | *BRCA1, BRCA2* | • No guidance provided related to relatives | Lu et al., 2014 |

[a] All of the above organizations and the ACS Commission on Cancer recommend that the process of germline genetic testing include pre- and post-test counseling with a physician, genetic counselor, or other health care provider with expertise in cancer genetics.

[b] Family history includes first- or second-degree relatives, and third-degree relatives in some recommendations.

NOTE: ACMG = American College of Medical Genetics and Genomics; ASCO = American Society of Clinical Oncology; NCCN = National Comprehensive Cancer Network; NSGC = National Society of Genetic Counselors; SGO = Society of Gynecologic Oncology; USPSTF = U.S. Preventive Services Task Force.

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
e 3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 122 o
PageID: 243321

*104*                                                                *OVARIAN CANCERS*

tory, or women who otherwise do not know the family health history of one or both parents (Lancaster et al., 2015).

### *Cascade Testing*

Cascade testing is a sequential process of identifying and testing close blood relatives of individuals who are at increased risk for genetic conditions; the process minimizes the number of tests and costs (George et al., 2015). If an individual has a known deleterious mutation, further genetic testing of close blood relatives requires testing only for the specific mutation rather than testing for the entire gene or doing multigene testing. Only single-site testing is needed for family members unless they are in a population with common and known founder mutations, such as Ashkenazi Jews. For relatives who are negative for the specific mutation, it is likely that their risk of cancer and their offspring's risk of inheriting the mutation are no greater than the risk for the general population. For relatives who have the same mutation, the cascade testing continues with testing their close blood relatives, and so on. Asymptomatic women with a known mutation are often referred to as previvors (FORCE, 2008). Figure 3-1 illustrates how cascade genetic testing might be carried out for individuals at high risk for HBOC syndrome.

Several of the clinical societies and organizations in Table 3-3 recommend that biological relatives of an individual with a deleterious mutation for *BRCA1*, *BRCA2*, or the Lynch syndrome genes be referred for genetic consultation. The Centers for Disease Control and Prevention (CDC) also promotes cascade testing as an important public health intervention among family members at risk for HBOC syndrome and Lynch syndrome (Bowen et al., 2012).

### **Reproductive and Hormonal Risk Factors**

A variety of reproductive and hormonal factors, including oral contraception, parity, infertility, endogenous hormones, and exogenous hormones, may increase or decrease a woman's risk of developing an ovarian cancer. For some of these factors, there is not yet a robust evidence base for their association with ovarian cancer risk, particularly by tumor subtype.

### *Oral Contraception and Parity*

Among the most well-established risk factors for ovarian cancer are the use of oral contraceptives (OCs) and parity. One large study found a 20 percent decrease in the risk of ovarian cancer for every 5 years of OC use; the association was similar for serous, endometrioid, and clear cell types,

Copyright © National Academy of Sciences. All rights reserved.



**FIGURE 3-1** Cascade genetic screening of *BRCA* mutation for HBOC syndrome.
NOTE: HBOC = hereditary breast and ovarian cancer.
SOURCE: George et al., 2015.

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
e 3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 124 o
PageID: 243323

*106*                                                      *OVARIAN CANCERS*

although no association was observed for mucinous carcinomas (Beral et al., 2008). The protective effect of OCs waned with increasing time since last use and with later age at first use, suggesting that older women, who are at the highest risk, benefit less from prior OC use than younger women.

Parity is another clear protective factor for ovarian cancer. One analysis reported that the largest decrease in risk (approximately 30 to 40 percent) was associated with the first pregnancy, with about a 10 to 15 percent decrease in risk for each subsequent pregnancy (Whittemore et al., 1992). Age at first birth has not been consistently associated with risk, but later age at last birth may be weakly associated with decreased risk (Bevier et al., 2011). One meta-analysis suggests that breastfeeding among parous women reduces risk, with risk reduced by 8 percent for every 5 additional months of breastfeeding (Luan et al., 2013).

Most studies suggest that OCs and breastfeeding may reduce risk for all ovarian carcinoma types except mucinous carcinomas (Beral et al., 2008; Fortner et al., 2015; Gates et al., 2010; Merritt et al., 2013; Yang et al., 2012). Increasing parity only modestly reduces the risk for serous carcinomas or Type II tumors, but it significantly reduces the risk for endometrioid and clear cell carcinomas or Type I tumors (Setiawan et al., 2013).

### Infertility

Most studies of infertility suggest that female-factor infertility is associated with a modestly increased risk for ovarian cancer (Tworoger et al., 2007). Many fertility drugs can increase the level of gonadotropins and ovulation, both of which are hypothesized to influence the risk for ovarian cancer. While the results have been somewhat inconsistent, several larger studies with long follow-up have found little or no association of clomiphene citrate (an ovulatory stimulant) or exogenous gonadotropins with ovarian cancer risk, although one study did find suggestive evidence of an increased risk for nulliparous women using clomiphene citrate (Jensen et al., 2009; Trabert et al., 2013).

Endometriosis, which is defined by the presence of endometrial tissue outside the uterine cavity, is a common cause of infertility and has been positively associated with ovarian cancer risk. One analysis of women with and without endometriosis found a two- to threefold increased risk for ovarian cancer, specifically for endometrioid and clear cell carcinomas, among women with endometriosis (Pearce et al., 2012). Other ovarian cancer subtypes, including HGSC and mucinous carcinoma, were not associated with endometriosis (though there was a suggestive association for low-grade serous carcinoma) (Guo, 2015; Pearce et al., 2012). These results support the hypothesis that endometriotic tissue may be a precursor lesion for certain ovarian cancer subtypes (see Chapter 2).

Copyright © National Academy of Sciences. All rights reserved.

Polycystic ovarian syndrome (PCOS) has been hypothesized to be associated with ovarian cancer because of the increased levels of androgens that it produces and its association with infertility (Daniilidis and Dinas, 2009). However, several studies have found PCOS to have no associations with ovarian cancer risk, although there was a suggestive association among older women in one study (Barry et al., 2014; Gottschau et al., 2015; Shen et al., 2015).

*Other Reproductive Factors*

Other reproductive factors, such as age at menarche and age at menopause, have been weakly or inconsistently associated with ovarian cancer risk (Permuth-Wey and Sellers, 2009). However, the estimated number of ovulatory years (e.g., age at menopause minus age at menarche minus years of OC use and pregnancy) appears to be strongly positively associated with risk for all types of ovarian carcinoma (Fortner et al., 2015; Gates et al., 2010). Overall, these results suggest that ovulation and the associated hormonal and inflammatory process (e.g., ovarian surface epithelium repair after ovulation) are likely to be important in the etiology of ovarian carcinomas. The strong protective effect that pregnancy has for endometrioid and clear cell carcinomas suggests a potential role for progesterone exposure in these tumor types, although this has not been directly assessed.

*Hormones*

Steroid hormones are also thought to play a role in ovarian cancer risk (Lukanova and Kaaks, 2005). Androgens have been hypothesized to increase risk, for example, but most prospective studies of circulating androgens (e.g., testosterone, DHEA) have not observed an association, although one study did report an increased risk for Type I tumors—and a decreased risk for Type II tumors—with increasing androstenedione levels (Ose et al., 2015a; Risch, 1998; Tworoger et al., 2008b). One small study of endogenous hormones that included estrogen and progesterone found that neither of these hormones had a significant association with ovarian cancer risk, although a more recent study found that high estradiol levels during pregnancy were associated with an increased risk of endometrioid tumors (Helzlsouer et al., 1995; Schock et al., 2014b).

Experiments in cell and animal models indicate that the hormones insulin-like growth factor I (IGF-1) and placental growth hormone (GH) are expressed in the ovary and are involved in ovarian function or the progression of ovarian cancer (Beauchamp et al., 2010; Bruchim and Werner, 2013; Hull and Harvey, 2001). A study of IGF-1 and GH serum concentration from early pregnancy found that GH was not associated with risk for

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
e 3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 126 o
PageID: 243325

ovarian carcinomas and that IGF-1 showed borderline significant associations, with a decreased risk for all ovarian carcinoma subtypes together as well as invasive and endometrioid tumors individually (with slightly stronger associations in women diagnosed under the age of 55) (Schock et al., 2015). Other hormones, such as prolactin and anti-Müllerian hormone, may be associated with ovarian cancer risk, but larger studies are needed (Clendenen et al., 2013; Schock et al., 2014a).

Further support for the role of hormones in ovarian cancer etiology includes the positive association observed between postmenopausal hormone replacements and increased ovarian cancer risk. In the largest prospective study to date, the use of any hormone therapy at any time was associated with a 20 percent increase in risk for ovarian cancer (Collaborative Group on Epidemiological Studies of Ovarian Cancer, 2015). The observed increase in risk was slightly stronger for the use of estrogen only (34 percent higher risk) than for the use of estrogen plus progestin (14 percent increased risk), and durations of hormone use of greater than 5 years were associated with the highest risk. Multiple studies have reported that hormone therapy is more strongly associated with risk for serous and endometrioid carcinomas than for other types, although one study found no difference in risk for Type I versus Type II cancers (Beral et al., 2015; Fortner et al., 2015; Gates et al., 2010; Yang et al., 2012).

### Behavioral and Inflammatory Risk Factors

In general, lifestyle factors such as diet, physical activity, adiposity, and smoking have not been strongly associated with ovarian cancer risk. However, a number of recent smaller studies have found some evidence for the role of lifestyle factors in risk for ovarian cancer.

#### *Diet*

Studies of overall diet quality and dietary patterns have generally not shown an association with ovarian cancer risk; however, data from the low-fat dietary intervention in the Women's Health Initiative[5] indicated that there was a 40 percent lower risk for ovarian cancer in women who followed the low-fat dietary intervention for more than 4 years (Chandran et al., 2011; Chang et al., 2007; Edefonti et al., 2008, 2009; Kolahdooz et al., 2009; Prentice et al., 2007; Romaguera et al., 2012; Thomson et al., 2014; Xie et al., 2014). Several studies have reported that both total fat intake and polyunsaturated fat intake have modest positive associations with

---

[5]For more information on the Women's Health Initiative, see https://www.nhlbi.nih.gov/whi (accessed September 2, 2015).

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
e 3:16-md-02738-MAS-RLS     Document 33123-7     Filed 08/22/24     Page 127 o
PageID: 243326
*PREVENTION AND EARLY DETECTION*     *109*

ovarian cancer risk, although a pooled analysis of 12 prospective studies did not observe an association (Blank et al., 2012; Genkinger et al., 2006b; Merritt et al., 2014b). Studies on the risk associated with meat consumption have been inconsistent (Kolahdooz et al., 2010; Wallin et al., 2011).

Several studies have found no risk associated with overall lactose intake, but a single study did suggest that the intake of lactose and dairy foods is inversely associated with risk for endometrioid carcinomas (Cramer, 1989; Genkinger et al., 2006a; Liu et al., 2015; Merritt et al., 2014a). Increased consumption of tea and its components (e.g., flavonoids and caffeine) has been suggested to lower risk (Cassidy et al., 2014; Gates et al., 2009; Gosvig et al., 2015; Lueth et al., 2008; Rossi et al., 2008, 2010; Song et al., 2008; Tworoger et al., 2008a; Wang et al., 2009; Zhang et al., 2014). Studies of other dietary factors, including alcohol, fruits, vegetables, and vitamin intake, have not demonstrated any associations with ovarian cancer risk (Genkinger et al., 2006c; Koushik et al., 2005, 2006).

*Adiposity and Body Size*

Adiposity and body size are important lifestyle factors associated with a number of cancers (Renehan et al., 2015). While height is consistently associated with an increased risk of ovarian cancer, associations of ovarian cancer risk with various measures of adiposity have been inconsistent, possibly because of differences due to menopausal status (Aune et al., 2015). In one large study, only premenopausal ovarian cancer was positively associated with body mass index (BMI) (Schouten et al., 2008). One meta-analysis reported that higher adult BMIs were modestly associated with an increased ovarian cancer risk and that the risk was greater for higher BMIs in early adulthood (Aune et al., 2015). The risks associated with other measures of adiposity (e.g., waist and hip circumference) are not as well studied.

*Physical Activity*

Physical activity and sedentary behavior have been shown to be associated with risk of breast, colon, and other cancers (Phillips et al., 2015). However, physical activity has not been clearly or consistently associated with ovarian cancer risk; it is possible that the association is different for premenopausal versus postmenopausal activity (Huang et al., 2015a; Zhong et al., 2014). Several studies have reported conflicting results as to whether measures of a sedentary lifestyle (e.g., total sitting or the amount of time spent watching television) are associated with an increased risk of ovarian cancer (Hildebrand et al., 2015; Patel et al., 2006; Xiao et al., 2013; Zhang et al., 2004).

Copyright © National Academy of Sciences. All rights reserved.

*Smoking*

The association of smoking with risk for ovarian cancer varies by subtype. A recent meta-analysis found a 7 percent increased risk of ovarian cancer for current smokers versus women who had never smoked, but the association varied significantly by histologic subtype (Beral et al., 2012). Smoking was associated with an approximately 20 percent lower risk for endometrioid and clear cell carcinomas and an approximately 80 percent increased risk for mucinous carcinomas among current smokers versus never-smokers; serous carcinomas were not associated with smoking.

*Inflammation*

Studies of the inflammatory marker C-reactive protein suggest a possible association between inflammation and an increased risk of ovarian cancer (Ose et al., 2015b; Poole et al., 2013). Other specific inflammatory factors have also been associated with ovarian cancer. A meta-analysis reported that exposure to asbestos was associated with a 77 percent increased risk of ovarian cancer mortality (Camargo et al., 2011), and the International Agency for Research on Cancer determined that there was sufficient evidence to support a causal relationship between asbestos exposure and ovarian cancer (Straif et al., 2009). This has led to studies of talc use, which is chemically similar to asbestos and can cause an inflammatory response. The use of perineal talcum powder has been associated with a 20 to 30 percent increased risk of ovarian cancer, although it also has been show to vary by histologic subtype (Cramer et al., 2015; Terry et al., 2013). One analysis reported a 9 percent lower ovarian cancer risk with regular aspirin use, with stronger results among daily users (Trabert et al., 2014). However, most cohort studies have not observed a similar reduction in risk (Brasky et al., 2014; Lacey et al., 2004; Murphy et al., 2012; Ni et al., 2013; Pinheiro et al., 2009; Prizment et al., 2010; Setiawan et al., 2012).

As mentioned previously, endometriosis is associated with an increased risk of ovarian cancer, and tubal ligation and hysterectomy (which may limit the ability of endometrial tissues to access the fallopian tubes, ovaries, and pelvic region by retrograde menstruation) act to decrease this risk. Hysterectomy is associated with an approximately 30 percent decreased risk of ovarian cancer, and tubal ligation has been associated with a 26 percent decreased risk of ovarian cancer overall and a 55 percent lower risk of endometrioid cancer, the ovarian cancer type most strongly associated with endometriosis (Rice et al., 2012). The exact causes for the increased risk of ovarian cancer from endometriosis are unknown. However, endometriosis is associated with an inflammatory environment characterized by elevated levels of cytokines and growth factors (Arici, 2002; Malutan

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
e 3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 129 o
PageID: 243328

*PREVENTION AND EARLY DETECTION* *111*

et al., 2015a,b). This pro-inflammatory environment may produce an environment favorable for tumor development and growth (Hanahan and Weinberg, 2011). As previously discussed, endometriosis is associated with infertility and nulliparity, which may further increase the risk of ovarian cancer.

Other conditions that increase local peritoneal inflammation may also be associated with ovarian cancer risk. Studies of the association of chronic pelvic inflammatory disease (PID), which develops from sexually transmitted infections, and ovarian cancer risk have had mixed results (Lin et al., 2011; Ness et al., 2000; Parazzini et al., 1996; Rasmussen et al., 2013; Risch and Howe, 1995; Rowlands et al., 2011; Shu et al., 1989). However, PID was not uniformly defined in these studies, which may have led to misclassifications. In some studies, serologic evidence of chlamydia infection, a common cause of PID, has been associated with an increased ovarian cancer risk, particularly for cancer arising in the fallopian tube (Idahl et al., 2011; Ness et al., 2003, 2008).

### Psychological, Social, and Environmental Risk Factors

Experimental evidence suggests that psychosocial stress can influence processes that may be relevant to ovarian cancer development, such as inflammation and wound healing (Kiecolt-Glaser et al., 2010; Powell et al., 2013b; Walburn et al., 2009) For example, in a study of mice with a Trp53 gene mutation, chronic stress led to increased tumor incidence and decreased latency (i.e., time from exposure to tumor growth) (Feng et al., 2012). Although ovarian tumors were not studied explicitly, there is a clear link between *TP53* alterations and ovarian cancer (see Chapter 2). Furthermore, mice subjected to physical restraint or social isolation and injected with ovarian cancer cells were shown to have more than twice the tumor weight and nodule count than found in controls that had been injected with cancer cells but not stressed; half of all the stressed mice had metastases versus none in the controls (Thaker et al., 2006). Specifically, norepinephrine, a stress hormone, has been shown to alter cell adhesion, migration, invasion, and angiogenesis in stressed mice (Armaiz-Pena et al., 2013; Thaker et al., 2006). Norepinephrine also increases the invasive potential of the cells and the expression of vascular endothelial growth factor (Nilsson et al., 2007; Sood et al., 2006).

The role that chronic stress and its biologic response play in ovarian carcinogenesis is understudied in human populations. One meta-analysis found that reports of psychosocial stress were modestly, but significantly, associated with a 6 to 20 percent increase in overall cancer risk; the associations were stronger in studies with large sample sizes and long follow-up (Chida et al., 2008). A recent prospective study found that women with

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
e 3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 130 o
PageID: 243329

*112*                                                *OVARIAN CANCERS*

depressive symptoms had a significant 30 percent higher risk of ovarian cancer (Huang et al., 2015b). Very little research has been conducted on the association between socioeconomic status and ovarian cancer risk. One study in Denmark suggested a positive association between disposable income and ovarian cancer risk, but no other socioeconomic indicators were associated with risk (Jensen et al., 2008).

## RISK FACTORS AND TUMOR SUBTYPES

While some factors affect risk for all ovarian cancer subtypes, many factors appear to affect risk for different ovarian cancer subtypes in different ways, including increasing risk for one or more subtypes and decreasing risk for others (Yang et al., 2012). Generally, studies have used histology with or without tumor grade as a surrogate for tumor type. The inability to demonstrate clear associations for certain risk factors may be due in part to the limited power of individual studies to assess associations by tumor type.

The complex associations that these factors have with ovarian cancer risk are driven in part by the differing etiologies for the diverse ovarian cancer subtypes. Many of the studies described earlier in this chapter used the Type I and Type II classification dichotomy. This schema has greater power to detect associations (by increasing the number of cases in each category), but it ignores the unique biology of each subtype and thereby likely masks particular associations.

## RISK PREDICTION MODELS

Risk prediction models for women at average genetic risk are important tools for informing women of their 5- and 10-year risk for ovarian cancer, for improving clinical decision making, and for identifying women for enrollment in prevention studies (Freedman et al., 2005). Table 3-4 outlines four studies that have developed risk prediction models for ovarian cancer among women at average genetic risk. Overall, these studies do not demonstrate a strong predictive ability that would be meaningful in clinical decision making, most likely because of the relative rarity of ovarian cancer and the somewhat modest effect sizes of the known risk factors. Improving the discriminatory ability of these models will likely require the consideration of differential associations by tumor subtype and the identification of new risk factors.

## PREVENTION STRATEGIES

Most medical strategies designed to prevent the occurrence of ovarian cancer are structured around modulating female hormone cycles and the

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
e 3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 131 o
PageID: 243330

*PREVENTION AND EARLY DETECTION* *113*

**TABLE 3-4**
Risk Prediction Models for Ovarian Cancer in Average Risk Populations

| References | Study Used to Develop Model | Validation of Model | Risk Factors Included in Risk Prediction Model | AUC[a] |
|---|---|---|---|---|
| Hartge et al., 1994 | Seven case-control studies | No | Parity, OC use, family history of breast or ovarian cancer | None provided |
| Rosner et al., 2005 | Nurses' Health Study I and II | Yes | Estimated ovulatory years (incorporates parity and OC), duration of menopause, tubal ligation | 0.60 |
| Pfeiffer et al., 2013 | PLCO screening trial, NIH-AARP Diet and Health Study | Yes | Parity, OC use, family history of breast or ovarian cancer, menopausal hormone use | 0.59 |
| Li et al., 2015 | European Prospective Investigation into Cancer and Nutrition | Yes | Parity, OC use, menopausal status, age at menopause, menopausal hormone use, unilateral oophorectomy, BMI | 0.64 |

NOTE: AUC = area under the curve; BMI = body mass index; NIH = National Institutes of Health; OC = oral contraceptive; PLCO = prostate, lung, colorectal, and ovarian.

[a]An AUC of 0.5 predicts outcomes no better than chance (generally an AUC greater than 0.7 may be considered for clinical use).

surgical removal or modification of gynecological tract components, including the fallopian tubes (salpingectomy), ovaries (oophorectomy), and uterus (hysterectomy).

#### Bilateral Salpingo-Oophorectomy (BSO)

BSO, also known as risk-reducing salpingo-oophorectomy (RRSO), is the surgical removal of the fallopian tubes and ovaries, which dramatically reduces the risk of ovarian cancer in women at average risk and high risk due to inherited genetic susceptibility (see Table 3-5). The USPSTF and SGO advocate RRSO for women at high genetic risk, but it may also be effective for women at average or unknown genetic risk (Evans et al., 2009; Nelson et al., 2014; Walker et al., 2015). The GOG-0199 study, also known as the National Ovarian Cancer Prevention and Early Detection Study, a number of factors linked to a higher risk of ovarian cancer were found during RRSO, including being postmenopausal or having mutated *BRCA1* or *BRCA2* genes, abnormal CA-125 test results, and abnormal transvaginal ultrasound (TVU) results (Sherman et al., 2014). However, the

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
e 3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 132 o
PageID: 243331

**TABLE 3-5**
Risk Reduction After Bilateral Salpingo-Oophorectomy

| Genetic Risk | Study | Number of Subjects | Relative Risk of Ovarian Cancer With vs. Without RRSO (95% confidence interval) | Risk Reduction (%) |
|---|---|---|---|---|
| High (*BRCA1* or *2* positive) | Rutter et al., 2003 | 249 | 0.29 (0.12–0.73) | 71 |
| | Finch et al., 2006 | 1,828 | 0.20 (0.07–0.58) | 80 |
| | Finkelman et al., 2012 | 3,787 | 0.08 (0.04–0.16) | 92 |
| Average or low | Rutter et al., 2003 | 598 | 0.05 (0.01–0.22) | 95 |
| | Parker et al., 2009[a] | 29,390 | 0.04 (0.01–0.09) | 96 |
| | Jacoby et al., 2011[a] | 25,448 | 0.07 (0.02–0.22) | 93 |
| Unknown | Evans et al., 2009 | 803 | 0.08 (0.01–0.57) | 92 |

[a]Only among women with a hysterectomy.

risk reduction achieved with RRSO is not 100 percent, and the procedure is not without inherent risks and side effects, including early menopause, osteoporosis, cardiovascular disease, and increased overall mortality (Finch et al., 2014). As such, no formal body has recommended RRSO for the primary prevention of ovarian cancer for the general population.

#### Bilateral Salpingectomy with Ovarian Retention (BSOR)

To avoid the long-term complications associated with removing the ovaries, BSOR, a surgical procedure that removes the fallopian tubes but leaves the ovaries intact, may prove to be a valuable option for women at risk for developing ovarian cancer (Daly et al., 2015). There is a growing evidence base suggesting that the various ovarian carcinoma subtypes have different sites of origins (see Chapter 2). However, the proportion of ovarian cancers that originate from sites outside the ovaries is unknown, and therefore the effectiveness of BSOR in preventing ovarian cancer is uncertain and may differ by subtype. For example, BSOR may be most effective in preventing the ovarian carcinoma subtypes postulated to arise in the fallopian tubes. Furthermore, BSOR can prevent retrograde menstrua-

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 133 of
PageID: 243332

*PREVENTION AND EARLY DETECTION*                    *115*

tion of endometrial tissue, which is thought to be the origin and cause of endometriosis and possibly to be associated with endometrioid and clear cell carcinomas, as discussed in Chapter 2 (Leblanc et al., 2011; Salamanca and Beltran, 1995; Sampson, 1927; Sanfilippo et al., 1986).

BSOR might allow high-risk women to delay removal of ovaries until the procedure is desired or warranted. For average-risk women, BSOR at the time of a planned hysterectomy may be a prevention opportunity. Until recently, salpingectomy was typically not performed as part of a standard hysterectomy unless the ovaries were also being removed. Data suggest that a salpingectomy at the time of hysterectomy is feasible, safe, and does not affect short-term ovarian function (McAlpine et al., 2014). However, establishing the safety and efficacy of this procedure will require additional data from more women with a longer follow-up.

Recent population-based studies suggest that salpingectomy may reduce the incidence of ovarian cancer in the general population (Falconer et al., 2015; Guldberg et al., 2013). In a study from Sweden, salpingectomy (indicated for medical reasons) was associated with a 35 percent reduction in ovarian cancer risk (Falconer et al., 2015). A second study reported no significant reduction in risk for unilateral salpingectomy, but a 42 percent reduction in risk for BSOR (Madsen et al., 2015). However, these results were based on a small number of cases, and neither study had sufficient cases to assess the association by histologic subtype. In light of the evidence of the distal fallopian tube epithelium as the site of origin of at least some HGSCs, the SGO and American Congress of Obstetricians and Gynecologists have issued statements recommending consideration of opportunistic BSOR to reduce ovarian cancer mortality in the general population (ACOG Committee on Gynecologic Practice, 2015; SGO, 2013).

## Tubal Ligation

Tubal ligation, a surgical procedure in which the fallopian tubes are tied or blocked in such a way that eggs released from the ovary cannot reach the uterus, reduces the risk for ovarian cancer in both high-genetic-risk and average-genetic-risk populations (Rice et al., 2012). One meta-analysis found that the risk for ovarian cancer for women who underwent tubal ligation dropped by 33 percent compared with women who did not undergo surgery (Cibula et al., 2011). The reduction in risk is associated primarily with the endometrioid and clear cell histologic subtypes and appears to last for up to 14 years post-surgery (Madsen et al., 2015; Rice et al., 2013; Sieh et al., 2013). Similar reductions in risk have been reported among *BRCA1* mutation carriers in whom HGSCs are the most common subtype of ovarian cancer (Antoniou et al., 2009; Narod et al., 2001).

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
e 3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 134 o
PageID: 243333

### Hysterectomy

Women who have undergone a hysterectomy, the surgical removal of the uterus, have a lower risk of ovarian cancer (Rice et al., 2012; Vitonis et al., 2011). As noted earlier, endometriosis is associated with increased peritoneal inflammation and is commonly associated with endometrioid carcinoma and clear cell carcinoma (Arici, 2002; Leblanc et al., 2011; Malutan et al., 2015a,b). A hysterectomy may prevent ovarian cancer by limiting the ability of endometriotic tissue to access the fallopian tubes and the ovaries through retrograde menstruation, thereby stopping the associated inflammation and protumorigenic environment. Thus, a hysterectomy may prevent the development of certain types of ovarian cancer, but no formal body has recommended hysterectomy as a prevention strategy.

### Prescription Medications

One of the primary alternatives to surgical intervention for the prevention of ovarian cancer is use of hormone-modulating prescription drugs such as OCs. The amount or type of hormones (i.e., estrogen and progestin) in OCs can affect ovarian cancer risk. However, research has produced conflicting results on the effects of the various types of hormones present in OCs (Greer et al., 2005; Hankinson et al., 1992; Schildkraut et al., 2002). As was noted earlier in this chapter, OCs have consistently been associated with a lower risk of ovarian cancer, including a reduction in the risk for nearly all histologic subtypes. One analysis estimated that two ovarian cancer cases and one ovarian cancer–related death are prevented for every 500 woman-years of OC use (Beral et al., 2008). The analysis further estimated that in developed countries, where ovarian cancer incidence is high and OC use is very common, approximately 13 percent of the ovarian cancer that would have occurred in women younger than age 75 is prevented by OC use. But there are also some risks associated with OC use, including a slightly increased breast cancer risk and a two- to threefold higher risk of venous thromboembolism and ischemic stroke (Bassuk and Manson, 2015; Havrilesky et al., 2013). These associations, however, are primarily related to the current use of OCs, and the diseases whose risks are increased by OC use are relatively rare in young women (Bassuk and Manson, 2015).

The SGO has stated that OCs "reduce the risk of ovarian cancer for average-risk women and *BRCA1* and *BRCA2* mutation carriers. Appropriate counseling about side effects and contraindications will allow each patient to weigh the risks and the benefits" (Walker et al., 2015, p. 2116). However, the CDC has concluded that insufficient evidence is available to address the use of OCs in ovarian cancer prevention (Havrilesky et al., 2013).

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
e 3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 135 o
PageID: 243334

## EARLY DETECTION

As discussed in Chapter 1, one of the chief causes of the significant morbidity and mortality from ovarian cancer is the late stage at which most women are diagnosed (see Figure 1-5), which is partly due to the lack of clear and unique ovarian cancer–specific symptoms. Because of this absence of specific symptoms, researchers have investigated other strategies for early ovarian cancer detection, such as assaying for one or more biomarkers, often in combination with imaging technologies. While the use of these strategies in large screening trials has resulted in more women being diagnosed with ovarian cancer at earlier stages, to date these strategies have not reduced overall mortality. Furthermore, because some ovarian carcinoma subtypes originate away from the ovaries, it is difficult to know where to look to detect the earliest lesions associated with ovarian cancer. Because this is an issue specific to ovarian cancer, it is difficult to draw on early detection methods from other heterogeneous cancers. Thus developing effective and reliable early detection strategies for ovarian cancer will require ongoing research aimed at better understanding the early molecular and genetic events associated with the carcinogenesis of each subtype of ovarian cancer, along with better assessment of disease-specific symptoms.

### Biomarkers

A biomarker is "a biological molecule found in blood, other body fluids, or tissues that is a sign of a normal or abnormal process, or of a condition or disease. A biomarker may be used to see how well the body responds to a treatment for a disease or condition" (NCI, 2015). Although the most commonly used biomarkers in clinical care are proteins, the definition includes a broad spectrum of biochemical substances, including nucleic acids (e.g., DNA and various types of RNA), lipids, small metabolites, and even whole cells (IOM, 2007). Biomarkers are used throughout the cancer care continuum. Predictive biomarkers are used in risk assessment and to measure the biological response to an intervention, and prognostic biomarkers are used to describe outcomes such as progression-free or overall survival (Huang et al., 2010; IOM, 2007). In research on ovarian cancer, the most extensively studied and frequently used biomarkers are two proteins, cancer antigen 125 (CA-125) and human epididymis protein 4 (HE-4). The following sections discuss how these and other biomarkers have affected our understanding of ovarian cancer risk and describe these biomarkers' utility in screening and early detection.

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
e 3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 136 o
PageID: 243335

*118* *OVARIAN CANCERS*

*CA-125*

CA-125 gained prominence following a study that identified an anti-body against CA-125 that reacted predominantly with malignant ovarian tissue (Bast et al., 1981). Nearly 80 percent of women with an advanced (Stage III or IV) ovarian carcinoma have elevated CA-125 serum levels at diagnosis (Niloff et al., 1984). Research that followed up on the original study found that serum levels of CA-125 correlate both with disease stage and with the response to chemotherapy, suggesting that CA-125 could be useful as a marker of disease progression as well as a prognostic biomarker (Bast et al., 1983; Hawkins et al., 1989; Hising et al., 1991; Kobayashi et al., 2012). CA-125's potential use as a tool in early detection was extrapolated from these studies and also case reports noting its rise in asymptomatic women in advance of being diagnosed with ovarian cancer (Bast et al., 1985).

The biology behind CA-125's apparent association with ovarian cancer risk and prognosis is currently unclear. Laboratory research suggests that CA-125 may play roles in metastasis to the peritoneal cavity and in promoting chemoresistance to several drugs that are used in standard ovarian cancer chemotherapy protocols, but these findings have not been replicated clinically (Boivin et al., 2009; Felder et al., 2014; Gubbels et al., 2006).

For early detection, CA-125 is a predictive tool that becomes increasingly powerful with proximity to diagnosis and may signal the presence of precursor lesions (Jacobs et al., 1999). Using trends in CA-125 levels to select women for imaging may improve its screening performance (Karlan et al., 2014). This strategy is currently being tested in the United Kingdom Collaborative Trial of Ovarian Cancer Screening (UKCTOCS). Several algorithms developed over the past decade can help predict the presence of ovarian cancer in women with a pelvic mass so that they may be triaged to appropriate specialists (i.e., gynecologic oncologists). The majority of these algorithms have incorporated CA-125 along with other biomarkers or diagnostic indicators (e.g., OVA-1, the Risk of Ovarian Malignancy Algorithm [ROMA], and the Risk of Malignancy Index) (Bast et al., 2012; Cohen et al., 2014; Jacobs et al., 1990; Moore et al., 2009; Skates et al., 1995).

Challenges with the use of CA-125 for early detection of or screening for ovarian cancer include its lack of specificity and sensitivity. For example, CA-125 may be markedly elevated in patients who have a variety of benign or nonovarian malignant conditions, and in approximately 20 percent of women with ovarian cancer it is expressed not at all or only in trace amounts (Cohen et al., 2014; Miralles et al., 2003; Moore et al., 2008). Finally, serum levels of CA-125 are significantly elevated above baseline in only half of women diagnosed with early stage (Stage I or II) ovarian cancer (Woolas et al., 1993).

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
e 3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 137 o
PageID: 243336

*HE-4*

A 1999 study looking for genes that are significantly overexpressed in ovarian tumors when compared with normal ovarian tissue singled out WFDC2, which encodes the HE-4 protein, as a potential diagnostic marker for ovarian cancer (Schummer et al., 1999). Subsequent research confirmed this expression pattern in ovarian carcinomas, and additional work in cell and animal models suggested a role for HE-4 in mediating resistance to chemotherapy and promoting tumor growth (Moore et al., 2014; Welsh et al., 2001). Compared with CA-125, HE-4 has a similar sensitivity for detecting late-stage ovarian cancer but a greater specificity in differentiating between malignant and benign tumors (Bast et al., 2005). In 2011, the U.S. Food and Drug Administration (FDA) approved the use of ROMA, which combines measurements of HE-4 and CA-125 with menopausal status to determine whether a woman presenting with a pelvic mass is at a high or low risk of malignancy (Moore et al., 2009, 2011). However, as is the case with CA-125, elevated serum levels of HE-4 are not unique to women with ovarian tumors and are found in individuals with tumors of gynecologic and pulmonary origin (Drapkin et al., 2005; Karlsen et al., 2014). Nonetheless, the dramatic increases in HE-4 serum concentration seen in women with ovarian carcinomas (and in the serous and endometrioid subtypes in particular) support its usefulness as a biomarker with high specificity for the early detection of ovarian cancer (Escudero et al., 2011; Hertlein et al., 2012; Karlsen et al., 2014).

*Other Ovarian Cancer Biomarkers*

As described in Chapter 2, microRNAs (miR) appear to play a role in several biological processes related to ovarian cancer. A number of microRNAs are expressed at either a higher or lower level in ovarian cancer tissue than in normal ovarian surface epithelium, and they also differ in their levels of expression among the various ovarian cancer subtypes (Lee et al., 2009; Zhang et al., 2015). The altered levels of several of these microRNAs can be detected in a woman's peripheral blood and may serve as early detection biomarkers alone or in tandem with other commonly used biomarkers (Taylor and Gercel-Taylor, 2008; Zhang et al., 2015).

Advances in protein and nucleic acid analysis technologies such as microfluidic chips, nuclear magnetic resonance, and other high-throughput platforms make possible the analysis of small amounts of patient-derived samples for numerous potential biomarkers. The ovarian cancer sample sources that are currently investigated include tumor cells in ascites (i.e., fluid that accumulates in the peritoneal cavity after metastasis), circulating tumor cells in the blood, and exosomes (i.e., small membrane-bound vesicles secreted by cancer cells into bodily fluids) (Castro et al., 2015).

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
e 3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 138 o
PageID: 243337

*Biomarker Tests*

FDA-approved protein tumor markers include ROMA (HE-4 and CA-125), OVA-1 (measures levels of apolipoprotein A1, beta 2 microglobulin, CA-125, prealbumin, and transferrin), HE-4, and CA-125 (Fung, 2010; Moore et al., 2010; Moss et al., 2005; Muller, 2010; Wu et al., 2012). Although a great deal of research is being carried out on identifying and developing new biomarkers for ovarian cancer, scientists often find it difficult to navigate the analytical, diagnostic, and regulatory requirements for a clinical assay (Fuzery et al., 2013). Currently, none of the FDA-approved protein tumor markers are approved as screening tests for ovarian cancer.

## Imaging Technologies for Early Detection

Imaging technologies help measure the size of tumors and the extent to which they have spread after the masses have been detected during a clinical examination, and these same technologies may have a role to play in earlier detection of ovarian cancer. Most of these technologies are noninvasive or minimally invasive and may be performed in the outpatient setting using no anesthesia or only local anesthesia. The most common imaging technologies used for ovarian cancer are ultrasound, computed tomography (CT), and magnetic resonance imaging (MRI). Modifications to these technologies that incorporate radiologic markers or sound waves have improved image quality and resolution, and some newer techniques may enable up-close visualization of tumor growth in the fallopian tubes and on the ovary surfaces.

*Transvaginal Ultrasound*

TVU (also known as transvaginal sonography) is the most widely used imaging technique for the examination of pelvic organs (Manegold-Brauer et al., 2014). TVU is used primarily to evaluate gynecologic symptoms and pathologies, including pain or pressure in the pelvic region, irregular bleeding, fibroids, and adnexal masses (e.g., ovarian cysts, ectopic pregnancies, and tumors near the uterus). While TVU can identify most adnexal masses, the majority of these masses are benign, and TVU is limited in its ability to differentiate between malignant tumors and benign tumors. Overall, TVU has not yet shown value as a primary screening tool for ovarian cancer, but it may be useful with specific populations (e.g., women at high risk) or in conjunction with biomarkers for ovarian cancer screening (van Nagell et al., 2007).

Doppler and contrast-enhanced ultrasound techniques have been added to routine TVU to provide information on tissue vascularity and

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 139 o
PageID: 243338

*PREVENTION AND EARLY DETECTION*                    *121*

angiogenesis in an effort to improve the ability to differentiate between benign and malignant masses. However, studies using Doppler imaging with TVU for ovarian cancer screening have revealed a wide range of specificities and a lower sensitivity than TVU alone (Kinkel et al., 2000). The use of non-targeted and targeted microbubbles to distinguish benign from malignant ovarian lesions is still in the investigational stage (Lutz et al., 2011).

### Magnetic Resonance Imaging

MRI is commonly used for a number of diseases and disorders, and it may be useful for the diagnosis and staging of adnexal masses (Manegold-Brauer et al., 2014). One meta-analysis found a 91.9 percent sensitivity and 88.4 percent specificity for classifying adnexal masses as malignant (Dodge et al., 2012). These values are similar to the sensitivity (96.0 percent) and specificity (90.0 percent) of TVU for classifying adnexal masses as malignant (Timmerman et al., 1999). As a result, TVU is often the first choice to identify masses, although MRI is useful to determine malignant potential of these masses when TVU may be unreliable (Dodge et al., 2012).

### Computed Tomography

While CT scanning is commonly used in the management of ovarian cancer, it is primarily used as a staging tool. However, the early stages of ovarian cancer development may be readily missed by CT alone as its ability to distinguish benign from malignant masses is lower that that of MRI or TVU (Alt et al., 2011; Bharwani et al., 2011).

### $^{18}F$-fluoro-deoxyglucose Positron Emission Tomography ($^{18}F$-FDG-PET)

An improved understanding of the role of glucose metabolism in tumor development has led to the use of glucose-based positron emission tomography ($^{18}F$-FDG-PET) for tumor imaging. While basic functional imaging techniques such as PET can detect actively growing masses, distinguishing between benign and malignant lesions is better done with $^{18}F$-FDG-PET combined with CT scanning ($^{18}F$-FDG-PET/CT) (Manegold-Brauer et al., 2014; Yamamoto et al., 2008). Only a few studies have examined the usefulness of this technique for ovarian cancer screening, and early results indicate there is a high likelihood of missing borderline and low-grade tumors when using $^{18}F$-FDG-PET/CT (Castellucci et al., 2007; Risum et al., 2007; Yamamoto et al., 2008).

Copyright © National Academy of Sciences. All rights reserved.

## CHALLENGES TO EARLY DETECTION OF OVARIAN CANCER

Because of the marked heterogeneity of ovarian carcinomas, it is likely that no single tumor biomarker will be sufficient to aid in the early detection of all the histologic subtypes. Research shows, for instance, that the distinct carcinoma subtypes express different sets of post-translationally modified proteins and microRNAs (Hua et al., 2013; Lee et al., 2009). There are also questions concerning the timing and type of patient samples that will need to be collected in clinical studies, although one screening trial suggests that serial biomarker measurements have better predictive power than single-time-point sampling (see detailed discussion in next section) (Cohen et al., 2014; Menon et al., 2015). It is becoming clearer that a more individualized approach to measuring CA-125 may be needed rather than having a single threshold for all women (Skates et al., 2011). This individualized approach could include longitudinal biomarker, genetics, and epidemiologic results in order to more accurately assess the risk for ovarian cancer. Another outstanding challenge is determining which marker or combination of markers meets the sensitivity and specificity requirements for early detection of a rare and heterogeneous disease. The difficulties of performing such validation studies are exacerbated by the low incidence of ovarian cancer, especially when separating out the different subtypes. However, recent screening trials (e.g., GOG-0199) actively collected DNA, serum, plasma, and tissue samples from high-risk women, which resulted in a valuable repository of samples for future studies (Greene et al., 2008).

Several challenges stand in the way of developing reliable and accurate early detection technologies for ovarian carcinomas. Imaging technologies have improved markedly over the years—including becoming less invasive and providing finer resolution of images—but a major challenge remains in the incomplete understanding of early carcinogenesis. While other types of cancer also have multiple subtypes, ovarian cancer is distinct in that the different subtypes likely develop from different tissues of origin. Once researchers have a better understanding of the cell of origin for each of the ovarian carcinoma subtypes, they may then have more success with the use of imaging technologies to find these ovarian carcinomas at earlier stages.

## SCREENING FOR OVARIAN CANCER

Screening—checking for disease when there are no symptoms (NCI, 2015)—is a key tool in the early detection of disease. In general, the effectiveness of a screening test is evaluated in terms of the ability of the test to identify those individuals who truly have the disease in question and to rule out those individuals who do not have the disease. Furthermore, a standard goal is that no more than 10 exploratory diagnostic operations are

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
e 3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 141 o
PageID: 243340

*PREVENTION AND EARLY DETECTION*    *123*

performed for every 1 actual case of ovarian cancer (Bast, 2003). Establishing these minimum targets is important primarily to avoid an unacceptable level of unnecessary and potentially harmful surgical or chemotherapeutic interventions (Etzioni et al., 2013; Jacobs and Menon, 2004).

No reliable screening method exists to detect ovarian cancer at earlier stages, and, as a result, no professional organization recommends screening in the general population. Current methods for detecting ovarian cancer include physical examination, assessment of symptoms, imaging methods (e.g., TVU), and the use of serum levels of CA-125 (as described previously) (Bast et al., 1998; Fishman et al., 2005; Higgins et al., 1990; Kinkel et al., 2000).

### Ovarian Cancer Screening Trials

Early detection screening trials evaluate the effectiveness of screening strategies in reducing the morbidity and mortality from a disease. General screening strategies have proved to be effective in detecting early-stage disease for several forms of cancer (e.g., breast and colon cancer) in both general and high-risk populations (Nelson et al., 2009; Schoen et al., 2012). However, there is limited evidence to suggest that these strategies significantly decrease the short- or long-term mortality from these cancers (Harding et al., 2015). Several large trials have been conducted to determine whether screening for ovarian cancer within either the high-risk or the general population helps reduce mortality from the disease (see Table 3-6).

#### *Prostate, Lung, Colorectal, and Ovarian Cancer Screening Trial*

The Prostate, Lung, Colorectal, and Ovarian (PLCO) Cancer Screening Trial, which used CA-125 screening and TVU, showed no reduction in disease-specific mortality in women at average risk for ovarian cancer (Buys et al., 2011). However, an increase in invasive medical procedures and associated harms was observed. One limitation of this study was its use of a single fixed cutoff for CA-125 serum levels. Follow-up modeling studies of the PLCO study's results suggest that nearly 20 percent of ovarian cancer could have been detected at an earlier point if a CA-125 level trajectory had been taken into account that used the risk ROCA employed in later trials, although using the trajectory would have not affected mortality (Buys et al., 2011; Drescher et al., 2013; Pinsky et al., 2013). ROCA is based on annual measurements of CA-125 evaluated in a serial fashion so that each woman serves as her own baseline (Menon et al., 2005).

To study the predictive value of biomarkers beyond CA-125, the PLCO trial distributed sets of Phase III patient serum samples that were collected prior to the clinical diagnosis of ovarian cancer (Cramer et al., 2011). Al-

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 142 o
PageID: 243341

*124*

**TABLE 3-6**
Ovarian Cancer Prospective Screening Trials Results Summary

| Study | Study Design | Screening Cohort Size | Screening Strategy | Interpretation of CA-125 | Sensitivity (%) | Mortality/ Surrogate Results | References |
|---|---|---|---|---|---|---|---|
| PLCO | RCT, general population | 30,630 | CA-125 and TVU | Fixed cutoff, 35 U/mL | OC/FT: 69.5<br>IOC/FT: 68.2 | No mortality benefit | Buys et al., 2011 |
| UKCTOCS | RCT, general population, two arms | 101,247 | 1. CA-125 followed by MMS 2. TVU only | ROCA (longitudinal sampling) | OC/FT: MMS (89.4/<br>TVU (84.9)<br>IOC/FT: MMS (84.9)/<br>TVU (75.0)<br>IOC/FT: MMS (88.6)/<br>TVU (65.8) | Relative mortality reduction in MMS (14%) and USS (11%) groups over no screening, but reductions were not significant in the primary analysis | Jacobs et al., 2015; Menon et al., 2015 |
| Japanese Shizuoka Cohort | RCT, low-risk postmenopausal | 41,688 | Physical exam, CA-125, and TVU | Fixed cutoff, 35 U/mL | OC/FT: 77.1 | Stage shift; Stage I OC in screened (63%) versus control (38%) | Kobayashi et al., 2008 |
| Kentucky Screening Study | Single-arm prospective, general population | 25,327 | TVU | None | OC/FT: 81<br>IOC/FT: 76.3 | 5-year survival in screened (74.8%) versus unscreened (53.7%) | van Nagell et al., 2007 |

NOTE: CA-125 = cancer antigen 125; IOC/FT = invasive cancer or fallopian tube; MMS = multimodal screening; OC/FT = ovarian cancer or fallopian tube cancer; PLCO = prostate, lung, colorectal, and ovarian cancer screening; RCT = randomized controlled trial; ROCA = risk of ovarian cancer algorithm; TVU = transvaginal ultrasound; UKCTOCS = United Kingdom Collaborative Trial of Ovarian Cancer Screening; USS = ultrasound scanning.

SOURCE: Adapted from Menon et al., 2014.

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
e 3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 143 o
PageID: 243342
*PREVENTION AND EARLY DETECTION*                                    *125*

though researchers analyzed 35 different biomarkers that had been identified in PLCO trial specimens for use in ovarian cancer screening, CA-125 remained the single best biomarker among the samples tested (Cramer et al., 2011).

### *United Kingdom Collaborative Trial of Ovarian Cancer Screening*

The UKCTOCS is the largest randomized controlled ovarian cancer screening trial to date, with 200,000 women enrolled and each assigned to one of three arms in order to compare two screening strategies (Sharma et al., 2012). The first strategy used ROCA to evaluate the trajectory of CA-125 serum concentration over time, starting from a baseline concentration (measured prior to diagnosis) and using concentrations measured annually throughout the 10-year screening period (Skates et al., 1995, 2001). This longitudinal sampling contrasts with the single fixed cutoff used in previous screening trials. In the first screening arm, the CA-125 trajectory was evaluated, and TVU was used as a second line test for women who had significantly elevated CA-125 levels. The second screening arm used only an annual TVU imaging, while the third, control arm used no intervention at all. In addition to evaluating patient survival, the UKCTOCS collected data on the cost of screening, acceptance of screening modalities by patients, and a variety of physiological and psychosocial comorbidities linked to screening with TVU and measuring CA-125 levels.

The UKCTOCS found that using ROCA and TVU resulted in a notable improvement in the early detection of ovarian cancer at earlier stages (Menon et al., 2015) (see Table 3-6). Compared to using different fixed cutoffs for CA-125 concentration, screening with ROCA doubled the number of ovarian or tubal carcinomas detected in the trial. However, as most of the cancer detected at earlier stages was not of the deadly HGSC subtype, this improvement in early diagnosis may not lead to a similarly significant improvement in mortality. Recently published mortality data indicated that there was a 15 percent mortality reduction with CA-125 plus TVU and an 11 percent mortality reduction in TVU alone compared with no screening over 14 years (Jacobs et al., 2015). When the analysis was restricted to years 7 through 14, when most of the mortality occurred, the benefits of the CA-125 and TVU screening were more obvious, as it reduced mortality by 23 percent in this time frame. Although these results are promising, the current methods still need further refining, and it is likely that distinct multimodal approaches will be needed in order to detect each of the various subtypes at their earliest stages.

Copyright © National Academy of Sciences. All rights reserved.

*Japanese Shizuoka Cohort*

The Shizuoka Cohort Study of Ovarian Cancer Screening prospective randomized controlled trial involved more than 80,000 asymptomatic postmenopausal women who were enrolled between 1985 and 1999 (Kobayashi et al., 2008). Nearly half of the women were assigned to the intervention arm, which consisted of annual screening with pelvic ultrasound and CA-125 serum measurement. The control arm included no screening. The ultrasound techniques used for the prevalence or first incidence scans were TVU (in the majority of cases screened after 1990) or transabdominal ultrasound. Women with abnormal ultrasound findings or elevated CA-125 levels (or both) were referred for further medical evaluation or investigative surgery by gynecologic oncologists. The trial closed in December 2002 with a mean follow-up period of 9.2 years. A higher proportion of women with Stage I ovarian cancer were identified in the screened group than in the control group, but it was not statistically significant (Kobayashi et al., 2008).

*Kentucky Screening Study*

Between 1987 and 2005, more than 25,000 women participated in a screening study at the University of Kentucky (van Nagell et al., 2007). In this single-arm study, women received annual TVU screening. The 5-year survival rate in women whose screens were positive and who were diagnosed with invasive ovarian carcinoma was significantly higher than among women treated at the University of Kentucky during the same time period who did not undergo screening (75 versus 54 percent). As improved therapies continue to be developed, even a modest improvement in detection time may improve survival rates.

## KEY FINDINGS AND CONCLUSIONS

The committee offers the following findings and conclusions:

- Given the relative rarity of ovarian cancer and the heterogeneity of the disease, consortia are likely to be necessary to achieve the statistical confidence (power) to evaluate risk factor associations by tumor histologic subtype.
- While several risk factors for ovarian cancer have been identified, their associations with specific histologic subtypes require further clarification.
- Not all women who carry germline genetic mutations in cancer-predisposition genes have an apparent family history.

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
3:16-md-02738-MAS-RLS  Document 33123-7  Filed 08/22/24  Page 145 o
PageID: 243344

*PREVENTION AND EARLY DETECTION* *127*

- The contribution that known mutations in the *BRCA1* and *BRCA2* genes, as well as others linked to hereditary cancer syndromes (e.g., Lynch syndome), make to inherited genetic risk is well characterized, yet it does not account for all of the inherited risk for ovarian cancer.
- New mutations identified in recent sequencing studies need further risk quantification before they can be integrated into clinical practice.
- The current understanding of risk factors has limited utility in accurately predicting risk at the individual level; thus, there is a clear need for improved and validated risk prediction models that can be used to screen the general population of women.
- BSO has been shown to drastically reduce a woman's risk of ovarian cancer and is recommended for women known to be at high genetic risk for developing ovarian cancer. Adverse side effects (e.g., surgical complications, loss of fertility, and premature menopause) and the low incidence of ovarian cancer in the general population preclude performance of these surgeries as part of a risk-reducing strategy in women at low or average genetic risk for ovarian cancer.
- The potential impact of opportunistic salpingectomy on reducing risk for women at high risk and average risk of developing ovarian cancer needs to be studied.
- Current imaging technologies for ovarian cancer screening are effective at detecting pelvic masses but are limited in their sensitivity to detect small, early lesions. Efforts to improve early detection through technology are hampered by an incomplete understanding of tumorigenesis, including knowledge about the cell or tissue of origin.
- Current screening methods have not had a substantial impact on overall mortality for general or high-risk populations irrespective of the biomarkers, imaging strategy, or risk prediction algorithms that have been used. In addition, the best currently available protocol for early detection of ovarian cancer (a combination of screening for elevated CA-125 and use of TVU) does not meet the risk–benefit ratio criteria for support by the USPSTF.
- The largest and most recent screening trial, UKCTOCS, has demonstrated a significant improvement in early detection, although the improvement in mortality was modest.
- No reliable biomarker or panel test exists for the detection of early-stage ovarian cancer.

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
e 3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 146 o
PageID: 243345

# REFERENCES

ACOG (American College of Obstetricians and Gynecologists) Committee on Gynecologic Practice. 2015. Committee opinion no. 620: Salpingectomy for ovarian cancer prevention. *Obstetrics and Gynecology* 125(1):279-281.

ACS (American College of Surgeons). 2012. *Cancer program standards 2012: Ensuring patient-centered care.* https://www.facs.org/~/media/files/quality%20programs/cancer/coc/programstandards2012.ashx (accessed September 15, 2015).

Alsop, K., S. Fereday, C. Meldrum, A. DeFazio, C. Emmanuel, J. George, A. Dobrovic, M. J. Birrer, P. M. Webb, C. Stewart, M. Friedlander, S. Fox, D. Bowtell, and G. Mitchell. 2012. BRCA mutation frequency and patterns of treatment response in BRCA mutation-positive women with ovarian cancer: A report from the Australian Ovarian Cancer Study Group. *Journal of Clinical Oncology* 30(21):2654-2663.

Alt, C. D., K. A. Brocker, M. Eichbaum, C. Sohn, F. U. Arnegger, H. U. Kauczor, and P. Hallscheidt. 2011. Imaging of female pelvic malignancies regarding MRI, CT, and PET/CT: Part 2. *Strahlentherapie und Onkologie* 187(11):705-714.

Antoniou, A. C., M. Rookus, N. Andrieu, R. Brohet, J. Chang-Claude, et al. 2009. Reproductive and hormonal factors, and ovarian cancer risk for *BRCA1* and *BRCA2* mutation carriers: Results from the International *BRCA1/2* Carrier Cohort Study. *Cancer Epidemiology Biomarkers and Prevention* 18(2):601-610.

Arici, A. 2002. Local cytokines in endometrial tissue: The role of interleukin-8 in the pathogenesis of endometriosis. *Annals of the New York Academy of Sciences* 955:101-109; discussion 118, 396-406.

Armaiz-Pena, G. N., S. W. Cole, S. K. Lutgendorf, and A. K. Sood. 2013. Neuroendocrine influences on cancer progression. *Brain, Behavior, and Immunity* 30(Suppl):S19-S25.

Aune, D., D. A. Navarro Rosenblatt, D. S. Chan, L. Abar, S. Vingeliene, A. R. Vieira, D. C. Greenwood, and T. Norat. 2015. Anthropometric factors and ovarian cancer risk: A systematic review and nonlinear dose-response meta-analysis of prospective studies. *International Journal of Cancer* 136(8):1888-1898.

Barry, J. A., M. M. Azizia, and P. J. Hardiman. 2014. Risk of endometrial, ovarian and breast cancer in women with polycystic ovary syndrome: A systematic review and meta-analysis. *Human Reproduction Update* 20(5):748-758.

Bassuk, S. S., and J. E. Manson. 2015. Oral contraceptives and menopausal hormone therapy: Relative and attributable risks of cardiovascular disease, cancer, and other health outcomes. *Annals of Epidemiology* 25(3):193-200.

Bast, R. C., Jr. 2003. Status of tumor markers in ovarian cancer screening. *Journal of Clinical Oncology* 21(10 Suppl):200s-205s.

Bast, R. C., Jr., M. Feeney, H. Lazarus, L. M. Nadler, R. B. Colvin, and R. C. Knapp. 1981. Reactivity of a monoclonal antibody with human ovarian carcinoma. *Journal of Clinical Investigation* 68(5):1331-1337.

Bast, R. C., Jr., T. L. Klug, E. St John, E. Jenison, J. M. Niloff, H. Lazarus, R. S. Berkowitz, T. Leavitt, C. Griffiths, L. Parker, V. R. Zurawski, and R. C. Knapp. 1983. A radioimmunoassay using a monoclonal antibody to monitor the course of epithelial ovarian cancer. *New England Journal of Medicine* 309(15):883-887.

Bast, R. C., Jr., F. P. Siegal, C. Runowicz, T. L. Klug, V. R. Zurawski, Jr., D. Schonholz, C. J. Cohen, and R. C. Knapp. 1985. Elevation of serum CA 125 prior to diagnosis of an epithelial ovarian carcinoma. *Gynecologic Oncology* 22(1):115-120.

Bast, R. C., Jr., F. J. Xu, Y. H. Yu, S. Barnhill, Z. Zhang, and G. B. Mills. 1998. CA 125: The past and the future. *International Journal of Biological Markers* 13(4):179-187.

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
e 3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 147 o
PageID: 243346

*PREVENTION AND EARLY DETECTION*    *129*

Bast, R. C., Jr., D. Badgwell, Z. Lu, R. Marquez, D. Rosen, J. Liu, K. A. Baggerly, E. N. Atkinson, S. Skates, Z. Zhang, A. Lokshin, U. Menon, I. Jacobs, and K. Lu. 2005. New tumor markers: CA125 and beyond. *International Journal of Gynecological Cancer* 15(Suppl 3):274-281.

Bast, R. C., Jr., S. Skates, A. Lokshin, and R. G. Moore. 2012. Differential diagnosis of a pelvic mass: Improved algorithms and novel biomarkers. *International Journal of Gynecological Cancer* 22(Suppl 1):S5-S8.

Beauchamp, M. C., A. Yasmeen, A. Knafo, and W. H. Gotlieb. 2010. Targeting insulin and insulin-like growth factor pathways in epithelial ovarian cancer. *Journal of Oncology Print* 2010:257058.

Beral, V., R. Doll, C. Hermon, R. Peto, G. Reeves, et al. 2008. Ovarian cancer and oral contraceptives: Collaborative reanalysis of data from 45 epidemiological studies including 23,257 women with ovarian cancer and 87,303 controls. *Lancet* 371(9609):303-314.

Beral, V., K. Gaitskell, C. Hermon, K. Moser, G. Reeves, and R. Peto. 2012. Ovarian cancer and smoking: Individual participant meta-analysis including 28,114 women with ovarian cancer from 51 epidemiological studies. *Lancet Oncology* 13(9):946-956.

Beral, V., K. Gaitskell, C. Hermon, K. Moser, G. Reeves, and R. Peto. 2015. Menopausal hormone use and ovarian cancer risk: Individual participant meta-analysis of 52 epidemiological studies. *Lancet* 385(9980):1835-1842.

Bevier, M., J. Sundquist, and K. Hemminki. 2011. Does the time interval between first and last birth influence the risk of endometrial and ovarian cancer? *European Journal of Cancer* 47(4):586-591.

Bharwani, N., R. H. Reznek, and A. G. Rockall. 2011. Ovarian cancer management: The role of imaging and diagnostic challenges. *European Journal of Radiology* 78(1):41-51.

Blank, M. M., N. Wentzensen, M. A. Murphy, A. Hollenbeck, and Y. Park. 2012. Dietary fat intake and risk of ovarian cancer in the NIH-AARP Diet and Health Study. *British Journal of Cancer* 106(3):596-602.

Boivin, M., D. Lane, A. Piche, and C. Rancourt. 2009. CA125 (MUC16) tumor antigen selectively modulates the sensitivity of ovarian cancer cells to genotoxic drug-induced apoptosis. *Gynecologic Oncology* 115(3):407-413.

Bojesen, S. E., K. A. Pooley, S. E. Johnatty, J. Beesley, K. Michailidou, et al. 2013. Multiple independent variants at the TERT locus are associated with telomere length and risks of breast and ovarian cancer. *Nature Genetics* 45(4):371-384.

Bolton, K. L., J. Tyrer, H. Song, S. J. Ramus, M. Notaridou, et al. 2010. Common variants at 19p13 are associated with susceptibility to ovarian cancer. *Nature Genetics* 42(10):880-884.

Bowen, M. S., K. Kolor, W. D. Dotson, R. M. Ned, and M. J. Khoury. 2012. Public health action in genomics is now needed beyond newborn screening. *Public Health Genomics* 15(6):327-334.

Brasky, T. M., J. Liu, E. White, U. Peters, J. D. Potter, R. B. Walter, C. S. Baik, D. S. Lane, J. E. Manson, M. Z. Vitolins, M. A. Allison, J. Y. Tang, and J. Wactawski-Wende. 2014. Non-steroidal anti-inflammatory drugs and cancer risk in women: Results from the Women's Health Initiative. *International Journal of Cancer* 135(8):1869-1883.

Bruchim, I., and H. Werner. 2013. Targeting IGF-1 signaling pathways in gynecologic malignancies. *Expert Opinion on Therapeutic Targets* 17(3):307-320.

Buys, S. S., E. Partridge, A. Black, C. C. Johnson, L. Lamerato, et al. 2011. Effect of screening on ovarian cancer mortality: The Prostate, Lung, Colorectal and Ovarian (PLCO) Cancer Screening Randomized Controlled Trial. *Journal of the American Medical Association* 305(22):2295-2303.

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
e 3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 148 o
PageID: 243347

Camargo, M. C., L. T. Stayner, K. Straif, M. Reina, U. Al-Alem, P. A. Demers, and P. J. Landrigan. 2011. Occupational exposure to asbestos and ovarian cancer: A meta-analysis. *Environmental Health Perspectives* 119(9):1211-1217.

Cassidy, A., T. Huang, M. S. Rice, E. B. Rimm, and S. S. Tworoger. 2014. Intake of dietary flavonoids and risk of epithelial ovarian cancer. *American Journal of Clinical Nutrition* 100(5):1344-1351.

Castellucci, P., A. M. Perrone, M. Picchio, T. Ghi, M. Farsad, C. Nanni, C. Messa, M. C. Meriggiola, G. Pelusi, A. Al-Nahhas, D. Rubello, F. Fazio, and S. Fanti. 2007. Diagnostic accuracy of 18F-FDG PET/CT in characterizing ovarian lesions and staging ovarian cancer: Correlation with transvaginal ultrasonography, computed tomography, and histology. *Nuclear Medicine Communications* 28(8):589-595.

Castro, C. M., H. Im, C. Le, H. Lee, R. Weissleder, and M. J. Birrer. 2015. Exploring alternative ovarian cancer biomarkers using innovative nanotechnology strategies. *Cancer and Metastasis Reviews* 34(1):75-82.

Chandran, U., E. V. Bandera, M. G. Williams-King, L. E. Paddock, L. Rodriguez-Rodriguez, S. E. Lu, S. Faulkner, K. Pulick, and S. H. Olson. 2011. Healthy eating index and ovarian cancer risk. *Cancer Causes and Control* 22(4):563-571.

Chang, E. T., V. S. Lee, A. J. Canchola, C. A. Clarke, D. M. Purdie, P. Reynolds, H. Anton-Culver, L. Bernstein, D. Deapen, D. Peel, R. Pinder, R. K. Ross, D. O. Stram, D. W. West, W. Wright, A. Ziogas, and P. L. Horn-Ross. 2007. Diet and risk of ovarian cancer in the California Teachers Study cohort. *American Journal of Epidemiology* 165(7):802-813.

Chida, Y., M. Hamer, J. Wardle, and A. Steptoe. 2008. Do stress-related psychosocial factors contribute to cancer incidence and survival? *Nature Clinical Practice: Oncology* 5(8):466-475.

Cibula, D., M. Widschwendter, O. Majek, and L. Dusek. 2011. Tubal ligation and the risk of ovarian cancer: Review and meta-analysis. *Human Reproduction Update* 17(1):55-67.

Clendenen, T. V., A. A. Arslan, A. E. Lokshin, M. Liu, E. Lundin, K. L. Koenig, F. Berrino, G. Hallmans, A. Idahl, V. Krogh, A. Lukanova, A. Marrangoni, P. Muti, B. M. Nolen, N. Ohlson, R. E. Shore, S. Sieri, and A. Zeleniuch-Jacquotte. 2013. Circulating prolactin levels and risk of epithelial ovarian cancer. *Cancer Causes and Control* 24(4):741-748.

CMS (Centers for Medicare & Medicaid Services). 2015. *FAQs about Affordable Care Act implementation (part XXVI)*. https://www.cms.gov/CCIIO/Resources/Fact-Sheets-and-FAQs/Downloads/aca_implementation_faqs26.pdf (accessed October 2, 2015).

Cohen, J. G., M. White, A. Cruz, and R. Farias-Eisner. 2014. In 2014, can we do better than CA125 in the early detection of ovarian cancer? *World Journal of Biological Chemistry* 5(3):286-300.

Collaborative Group on Epidemiological Studies of Ovarian Cancer. 2015. Menopausal hormone use and ovarian cancer risk: Individual participant meta-analysis of 52 epidemiological studies. *Lancet* 385(9980):1835-1842.

Cramer, D. W. 1989. Lactase persistence and milk consumption as determinants of ovarian cancer risk. *American Journal of Epidemiology* 130(5):904-910.

Cramer, D. W., R. C. Bast, Jr., C. D. Berg, E. P. Diamandis, A. K. Godwin, et al. 2011. Ovarian cancer biomarker performance in Prostate, Lung, Colorectal, and Ovarian Cancer Screening Trial specimens. *Cancer Prevention Research* 4(3):365-374.

Cramer, D. W., A. F. Vitonis, K. L. Terry, W. R. Welch, L.J. Titus. 2015. The association between talc use and ovarian cancer: A retrospective case-control study in two U.S. states. *Epidemiology* (Epub ahead of print).

Daly, M. B., C. W. Dresher, M. S. Yates, J. M. Jeter, B. Y. Karlan, D. S. Alberts, and K. H. Lu. 2015. Salpingectomy as a means to reduce ovarian cancer risk. *Cancer Prevention Research (Philadelphia, PA)* 8(5):342-348.

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
e 3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 149 o
PageID: 243348
*PREVENTION AND EARLY DETECTION*                *131*

Daniilidis, A., and K. Dinas. 2009. Long term health consequences of polycystic ovarian syndrome: A review analysis. *Hippokratia* 13(2):90-92.

Desmond, A., A. W. Kurian, M. Gabree, M. A. Mills, M. J. Anderson, Y. Kobayashi, N. Horick, S. Yang, K. M. Shannon, N. Tung, J. M. Ford, S. E. Lincoln, and L. W. Ellisen. 2015. Clinical actionability of multigene panel testing for hereditary breast and ovarian cancer risk assessment. *JAMA Oncology* 1(7):943-951.

Dodge, J. E., A. L. Covens, C. Lacchetti, L. M. Elit, T. Le, M. Devries-Aboud, M. Fung-Kee-Fung, and Gynecology Cancer Disease Site Group. 2012. Management of a suspicious adnexal mass: A clinical practice guideline. *Current Oncology (Toronto, Ontario)* 19(4):e244-e257.

Domchek, S. M., and K. L. Nathanson. 2014. Panel testing for inherited susceptibility to breast, ovarian, and colorectal cancer. *Genetics in Medicine* 16(11):827-829.

Domchek, S. M., T. M. Friebel, C. F. Singer, D. G. Evans, H. T. Lynch, et al. 2010. Association of risk-reducing surgery in *BRCA1* or *BRCA2* mutation carriers with cancer risk and mortality. *Journal of the American Medical Association* 304(9):967-975.

Drapkin, R., H. H. von Horsten, Y. Lin, S. C. Mok, C. P. Crum, W. R. Welch, and J. L. Hecht. 2005. Human epididymis protein 4 (HE4) is a secreted glycoprotein that is overexpressed by serous and endometrioid ovarian carcinomas. *Cancer Research* 65(6):2162-2169.

Drescher, C. W., C. Shah, J. Thorpe, K. O'Briant, G. L. Anderson, C. D. Berg, N. Urban, and M. W. McIntosh. 2013. Longitudinal screening algorithm that incorporates change over time in CA125 levels identifies ovarian cancer earlier than a single-threshold rule. *Journal of Clinical Oncology* 31(3):387-392.

Eccles, D., G. Mitchell, A. N. Monteiro, R. Schmutzler, F. J. Couch, A. B. Spurdle, E. B. Gomez-Garcia, and E. C. W. Group. 2015. *BRCA1* and *BRCA2* genetic testing—Pitfalls and recommendations for managing variants of uncertain clinical significance. *Annals of Oncology* 26(10):2057-2065.

Edefonti, V., A. Decarli, C. La Vecchia, C. Bosetti, G. Randi, S. Franceschi, L. Dal Maso, and M. Ferraroni. 2008. Nutrient dietary patterns and the risk of breast and ovarian cancers. *International Journal of Cancer* 122(3):609-613.

Edefonti, V., G. Randi, A. Decarli, C. La Vecchia, C. Bosetti, S. Franceschi, L. Dal Maso, and M. Ferraroni. 2009. Clustering dietary habits and the risk of breast and ovarian cancers. *Annals of Oncology* 20(3):581-590.

Escudero, J. M., J. M. Auge, X. Filella, A. Torne, J. Pahisa, and R. Molina. 2011. Comparison of serum human epididymis protein 4 with cancer antigen 125 as a tumor marker in patients with malignant and nonmalignant diseases. *Clinical Chemistry* 57(11):1534-1544.

Etzioni, R., R. Gulati, L. Mallinger, and J. Mandelblatt. 2013. Influence of study features and methods on overdiagnosis estimates in breast and prostate cancer screening. *Annals of Internal Medicine* 158(11):831-838.

Evans, D. G., R. Clayton, P. Donnai, A. Shenton, and F. Lalloo. 2009. Risk-reducing surgery for ovarian cancer: Outcomes in 300 surgeries suggest a low peritoneal primary risk. *European Journal of Human Genetics* 17(11):1381-1385.

Falconer, H., L. Yin, H. Gronberg, and D. Altman. 2015. Ovarian cancer risk after salpingectomy: A nationwide population-based study. *Journal of the National Cancer Institute* 107(2).

Febbraro, T., K. Robison, J. S. Wilbur, J. Laprise, A. Bregar, V. Lopes, R. Legare, and A. Stuckey. 2015. Adherence patterns to National Comprehensive Cancer Network (NCCN) guidelines for referral to cancer genetic professionals. *Gynecologic Oncology* 138(1):109-114.

Felder, M., A. Kapur, J. Gonzalez-Bosquet, S. Horibata, J. Heintz, R. Albrecht, L. Fass, J. Kaur, K. Hu, H. Shojaei, R. J. Whelan, and M. S. Patankar. 2014. MUC16 (CA125): Tumor biomarker to cancer therapy, a work in progress. *Molecular Cancer* 13:129.

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
e 3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 150 o
PageID: 243349

Feng, Z., L. Liu, C. Zhang, T. Zheng, J. Wang, M. Lin, Y. Zhao, X. Wang, A. J. Levine, and W. Hu. 2012. Chronic restraint stress attenuates p53 function and promotes tumorigenesis. *Proceedings of the National Academy of Sciences of the United States of America* 109(18):7013-7018.

Finch, A., M. Beiner, J. Lubinski, H. T. Lynch, P. Moller, et al. 2006. Salpingo-oophorectomy and the risk of ovarian, fallopian tube, and peritoneal cancers in women with a *BRCA1* or *BRCA2* mutation. *Journal of the American Medical Association* 296(2):185-192.

Finch, A. P. M., J. Lubinski, P. Møller, C. F. Singer, B. Karlan, et al. 2014. Impact of oophorectomy on cancer incidence and mortality in women with a *BRCA1* or *BRCA2* mutation. *Journal of Clinical Oncology* 32(15):1547-1553.

Finkelman, B. S., W. S. Rubinstein, S. Friedman, T. M. Friebel, S. Dubitsky, et al. 2012. Breast and ovarian cancer risk and risk reduction in Jewish *BRCA1/2* mutation carriers. *Journal of Clinical Oncology* 30(12):1321-1328.

Fishman, D. A., L. Cohen, S. V. Blank, L. Shulman, D. Singh, K. Bozorgi, R. Tamura, I. Timor-Tritsch, and P. E. Schwartz. 2005. The role of ultrasound evaluation in the detection of early-stage epithelial ovarian cancer. *American Journal of Obstetrics and Gynecology* 192(4):1214-1221; discussion 1221-1222.

FORCE (Facing Our Risk of Cancer Empowered). 2008. *Previvor: Past, present, & future.* http://www.facingourrisk.org/get-involved/HBOC-community/BRCA-HBOC-blogs/FORCE/general/previvor-past-present-future (accessed November 23, 2015).

Fortner, R. T., J. Ose, M. A. Merritt, H. Schock, A. Tjønneland, et al. 2015. Reproductive and hormone-related risk factors for epithelial ovarian cancer by histologic pathways, invasiveness and histologic subtypes: Results from the EPIC cohort. *International Journal of Cancer* 137(5):1196-1208.

Freedman, A. N., D. Seminara, M. H. Gail, P. Hartge, G. A. Colditz, R. Ballard-Barbash, and R. M. Pfeiffer. 2005. Cancer risk prediction models: A workshop on development, evaluation, and application. *Journal of the National Cancer Institute* 97(10):715-723.

Fung, E. T. 2010. A recipe for proteomics diagnostic test development: The OVA1 test, from biomarker discovery to FDA clearance. *Clinical Chemistry* 56(2):327-329.

Fuzery, A. K., J. Levin, M. M. Chan, and D. W. Chan. 2013. Translation of proteomic biomarkers into FDA approved cancer diagnostics: Issues and challenges. *Clinical Proteomics* 10(1):13.

Garber, J. E., and K. Offit. 2005. Hereditary cancer predisposition syndromes. *Journal of Clinical Oncology* 23(2):276-292.

Gates, M. A., A. F. Vitonis, S. S. Tworoger, B. Rosner, L. Titus-Ernstoff, S. E. Hankinson, and D. W. Cramer. 2009. Flavonoid intake and ovarian cancer risk in a population-based case-control study. *International Journal of Cancer* 124(8):1918-1925.

Gates, M. A., B. A. Rosner, J. L. Hecht, and S. S. Tworoger. 2010. Risk factors for epithelial ovarian cancer by histologic subtype. *American Journal of Epidemiology* 171(1):45-53.

Genkinger, J. M., D. J. Hunter, D. Spiegelman, K. E. Anderson, A. Arslan, et al. 2006a. Dairy products and ovarian cancer: A pooled analysis of 12 cohort studies. *Cancer Epidemiology Biomarkers and Prevention* 15(2):364-372.

Genkinger, J. M., D. J. Hunter, D. Spiegelman, K. E. Anderson, W. L. Beeson, et al. 2006b. A pooled analysis of 12 cohort studies of dietary fat, cholesterol and egg intake and ovarian cancer. *Cancer Causes and Control* 17(3):273-285.

Genkinger, J. M., D. J. Hunter, D. Spiegelman, K. E. Anderson, J. E. Buring, et al. 2006c. Alcohol intake and ovarian cancer risk: A pooled analysis of 10 cohort studies. *British Journal of Cancer* 94(5):757-762.

George, R., K. Kovak, and S. L. Cox. 2015. Aligning policy to promote cascade genetic screening for prevention and early diagnosis of heritable diseases. *Journal of Genetic Counseling* 24(3):388-399.

Copyright © National Academy of Sciences. All rights reserved.

Goode, E. L., G. Chenevix-Trench, H. Song, S. J. Ramus, M. Notaridou, et al. 2010. A genome-wide association study identifies susceptibility loci for ovarian cancer at 2q31 and 8q24. *Nature Genetics* 42(10):874-879.

Gosvig, C. F., S. K. Kjaer, J. Blaakaer, E. Hogdall, C. Hogdall, and A. Jensen. 2015. Coffee, tea, and caffeine consumption and risk of epithelial ovarian cancer and borderline ovarian tumors: Results from a Danish case-control study. *Acta Oncologica* 1-8.

Gottschau, M., S. K. Kjaer, A. Jensen, C. Munk, and L. Mellemkjaer. 2015. Risk of cancer among women with polycystic ovary syndrome: A Danish cohort study. *Gynecologic Oncology* 136(1):99-103.

Greene, M. H., M. Piedmonte, D. Alberts, M. Gail, M. Hensley, Z. Miner, P. L. Mai, J. Loud, G. Rodriguez, J. Basil, J. Boggess, P. E. Schwartz, J. L. Kelley, K. E. Wakeley, L. Minasian, and S. Skates. 2008. A prospective study of risk-reducing salpingo-oophorectomy and longitudinal CA-125 screening among women at increased genetic risk of ovarian cancer: Design and baseline characteristics: A gynecologic oncology group study. *Cancer Epidemiology, Biomarkers and Prevention* 17(3):594-604.

Greer, J. B., F. Modugno, G. O. Allen, and R. B. Ness. 2005. Androgenic progestins in oral contraceptives and the risk of epithelial ovarian cancer. *Obstetrics and Gynecology* 105(4):731-740.

Gubbels, J. A., J. Belisle, M. Onda, C. Rancourt, M. Migneault, M. Ho, T. K. Bera, J. Connor, B. K. Sathyanarayana, B. Lee, I. Pastan, and M. S. Patankar. 2006. Mesothelin-MUC16 binding is a high affinity, N-glycan dependent interaction that facilitates peritoneal metastasis of ovarian tumors. *Molecular Cancer* 5(1):50.

Guldberg, R., S. Wehberg, C. W. Skovlund, O. Mogensen, and O. Lidegaard. 2013. Salpingectomy as standard at hysterectomy? A Danish cohort study, 1977–2010. *BMJ Open* 3(6).

Guo, S. W. 2015. Endometriosis and ovarian cancer: Potential benefits and harms of screening and risk-reducing surgery. *Fertility and Sterility* 104(4):813-830.

Hampel, H., R. L. Bennett, A. Buchanan, R. Pearlman, G. L. Wiesner, and the Guideline Development Group of the American College of Medical Genetics and Genomics Professional Practice and Guidelines Committee and the National Society of Genetic Counselors Practice Guidelines Committee. 2015. A practice guideline from the American College of Medical Genetics and Genomics and the National Society of Genetic Counselors: Referral indications for cancer predisposition assessment. *Genetics in Medicine* 17(1):70-87.

Hanahan, D., and R. A. Weinberg. 2011. Hallmarks of cancer: The next generation. *Cell* 144(5):646-674.

Hankinson, S. E., G. A. Colditz, D. J. Hunter, T. L. Spencer, B. Rosner, and M. J. Stampfer. 1992. A quantitative assessment of oral contraceptive use and risk of ovarian cancer. *Obstetrics and Gynecology* 80(4):708-714.

Harding, C., F. Pompei, D. Burmistrov, H. G. Welch, R. Abebe, and R. Wilson. 2015. Breast cancer screening, incidence, and mortality across U.S. counties. *JAMA Internal Medicine* 175(9):1483-1489.

Hartge, P., A. S. Whittemore, L. Itnyre, L. McGowan, and D. Cramer. 1994. Rates and risks of ovarian cancer in subgroups of white women in the United States. The Collaborative Ovarian Cancer Group. *Obstetrics and Gynecology* 84(5):760-764.

Havrilesky, L. J., J. M. Gierisch, P. G. Moorman, R. R. Coeytaux, R. P. Urrutia, W. J. Lowery, M. Dinan, A. J. McBroom, L. Wing, M. D. Musty, K. R. Lallinger, V. Hasselblad, G. D. Sanders, and E. R. Myers. 2013. *Oral contraceptive use for the primary prevention of ovarian cancer: Evidence reports/technology assessments, no. 212.* Rockville, MD: Agency for Healthcare Research and Quality.

Hawkins, R. E., K. Roberts, E. Wiltshaw, J. Mundy, and V. R. McCready. 1989. The clinical correlates of serum CA125 in 169 patients with epithelial ovarian carcinoma. *British Journal of Cancer* 60(4):634-637.

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
e 3:16-md-02738-MAS-RLS     Document 33123-7     Filed 08/22/24     Page 152 o
PageID: 243351

Helzlsouer, K. J., A. J. Alberg, G. B. Gordon, C. Longcope, T. L. Bush, S. C. Hoffman, and G. W. Comstock. 1995. Serum gonadotropins and steroid hormones and the development of ovarian cancer. *Journal of the American Medical Association* 274(24):1926-1930.

Hendriks, Y. M., A. E. de Jong, H. Morreau, C. M. Tops, H. F. Vasen, J. T. Wijnen, M. H. Breuning, and A. H. Brocker-Vriends. 2006. Diagnostic approach and management of Lynch syndrome (hereditary nonpolyposis colorectal carcinoma): A guide for clinicians. *CA: A Cancer Journal for Clinicians* 56(4):213-225.

Hertlein, L., P. Stieber, A. Kirschenhofer, K. Krocker, D. Nagel, M. Lenhard, and A. Burges. 2012. Human epididymis protein 4 (HE4) in benign and malignant diseases. *Clinical Chemistry and Laboratory Medicine* 50(12):2181-2188.

HHS (U.S. Department of Health and Human Services). 2013. *Increase the proportion of women with a family history of breast and/or ovarian cancer who receive genetic counseling.* http://www.healthypeople.gov/2020/topics-objectives/topic/genomics/objectives (accessed September 15, 2015).

Higgins, R. V., J. R. van Nagell, Jr., C. H. Woods, E. A. Thompson, and R. J. Kryscio. 1990. Interobserver variation in ovarian measurements using transvaginal sonography. *Gynecologic Oncology* 39(1):69-71.

Hildebrand, J. S., S. M. Gapstur, M. M. Gaudet, P. T. Campbell, and A. V. Patel. 2015. Moderate-to-vigorous physical activity and leisure-time sitting in relation to ovarian cancer risk in a large prospective U.S. cohort. *Cancer Causes and Control* 26(11):1691-1697.

Hising, C., I. M. Anjegard, and N. Einhorn. 1991. Clinical relevance of the CA 125 assay in monitoring of ovarian cancer patients. *American Journal of Clinical Oncology* 14(2):111-114.

Howlader, N., A. M. Noone, M. Krapcho, J. Garshell, D. Miller, S. F. Altekruse, C. L. Kosary, M. Yu, J. Ruhl, Z. Tatalovich, A. Mariotto, D. R. Lewis, H. S. Chen, E. J. Feuer, and K. A. Cronin. 2015. *SEER cancer statistics review, 1975–2011.* Bethesda, MD: National Cancer Institute.

Hua, S., C. C. Williams, L. M. Dimapasoc, G. S. Ro, S. Ozcan, S. Miyamoto, C. B. Lebrilla, H. J. An, and G. S. Leiserowitz. 2013. Isomer-specific chromatographic profiling yields highly sensitive and specific potential N-glycan biomarkers for epithelial ovarian cancer. *Journal of Chromatography A* 1279:58-67.

Huang, J., W. Hu, and A. K. Sood. 2010. Prognostic biomarkers in ovarian cancer. *Cancer Biomarkers* 8(4-5):231-251.

Huang, T., A. H. Eliassen, S. E. Hankinson, O. I. Okereke, L. D. Kubzansky, M. Wang, E. M. Poole, J. E. Chavarro, and S. S. Tworoger. 2015a. A prospective study of leisure-time physical activity and risk of incident epithelial ovarian cancer: Impact by menopausal status. *International Journal of Cancer* (Epub ahead of print).

Huang, T., E. M. Poole, O. I. Okereke, L. D. Kubzansky, A. H. Eliassen, A. K. Sood, M. Wang, and S. S. Tworoger. 2015b. Depression and risk of epithelial ovarian cancer: Results from two large prospective cohort studies. *Gynecologic Oncology* (Epub ahead of print).

Hull, K. L., and S. Harvey. 2001. Growth hormone: Roles in female reproduction. *Journal of Endocrinology* 168(1):1-23.

Idahl, A., E. Lundin, M. Jurstrand, U. Kumlin, F. Elgh, N. Ohlson, and U. Ottander. 2011. Chlamydia trachomatis and mycoplasma genitalium plasma antibodies in relation to epithelial ovarian tumors. *Infectious Diseases in Obstetrics and Gynecology* 2011:824627.

IOM (Institute of Medicine). 2007. *Cancer biomarkers: The promises and challenges of improving detection and treatment.* Washington, DC: The National Academies Press.

Jacobs, I. J., and U. Menon. 2004. Progress and challenges in screening for early detection of ovarian cancer. *Molecular and Cellular Proteomics* 3(4):355-366.

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
e 3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 153 o
PageID: 243352

Jacobs, I., D. Oram, J. Fairbanks, J. Turner, C. Frost, and J. G. Grudzinskas. 1990. A risk of malignancy index incorporating CA 125, ultrasound and menopausal status for the accurate preoperative diagnosis of ovarian cancer. *British Journal of Obstetrics and Gynaecology* 97(10):922-929.

Jacobs, I. J., S. J. Skates, N. MacDonald, U. Menon, A. N. Rosenthal, A. P. Davies, R. Woolas, A. R. Jeyarajah, K. Sibley, D. G. Lowe, and D. H. Oram. 1999. Screening for ovarian cancer: A pilot randomised controlled trial. *Lancet* 353(9160):1207-1210.

Jacobs, I. J., U. Menon, A. Ryan, A. Gentry-Maharaj, M. Burnell, et al. 2016. Ovarian cancer screening and mortality in the U.K. collaborative trial of ovarian cancer screening (UKCTOCS): A randomised controlled trial. *Lancet* 387(10022):945-956.

Jacoby, V. L., D. Grady, J. Wactawski-Wende, J. E. Manson, M. A. Allison, M. Kuppermann, G. E. Sarto, J. Robbins, L. Phillips, L. W. Martin, M. J. O'Sullivan, R. Jackson, R. J. Rodabough, and M. L. Stefanick. 2011. Oophorectomy vs ovarian conservation with hysterectomy: Cardiovascular disease, hip fracture, and cancer in the Women's Health Initiative observational study. *Archives of Internal Medicine* 171(8):760-768.

Jensen, A., H. Sharif, K. Frederiksen, and S. K. Kjaer. 2009. Use of fertility drugs and risk of ovarian cancer: Danish population-based cohort study. *BMJ (Online)* 338(7694):580-582.

Jensen, K. E., C. G. Hannibal, A. Nielsen, A. Jensen, B. Nohr, C. Munk, and S. K. Kjaer. 2008. Social inequality and incidence of and survival from cancer of the female genital organs in a population-based study in Denmark, 1994–2003. *European Journal of Cancer* 44(14):2003-2017.

Jervis, S., H. Song, A. Lee, E. Dicks, J. Tyrer, P. Harrington, D. F. Easton, I. J. Jacobs, P. P. Pharoah, and A. C. Antoniou. 2014. Ovarian cancer familial relative risks by tumour subtypes and by known ovarian cancer genetic susceptibility variants. *Journal of Medical Genetics* 51(2):108-113.

Karlan, B. Y., J. Thorpe, K. Watabayashi, C. W. Drescher, M. Palomares, M. B. Daly, P. Paley, P. Hillard, M. R. Andersen, G. Anderson, R. Drapkin, and N. Urban. 2014. Use of CA125 and HE4 serum markers to predict ovarian cancer in elevated-risk women. *Cancer Epidemiology, Biomarkers and Prevention* 23(7):1383-1393.

Karlsen, N. S., M. A. Karlsen, C. K. Hogdall, and E. V. Hogdall. 2014. HE4 tissue expression and serum HE4 levels in healthy individuals and patients with benign or malignant tumors: A systematic review. *Cancer Epidemiology, Biomarkers and Prevention* 23(11):2285-2295.

Kelemen, L. E., K. Lawrenson, J. Tyrer, Q. Li, J. M. Lee, et al. 2015. Genome-wide significant risk associations for mucinous ovarian carcinoma. *Nature Genetics* 47(8):888-897.

Kempers, M. J., R. P. Kuiper, C. W. Ockeloen, P. O. Chappuis, P. Hutter, et al. 2011. Risk of colorectal and endometrial cancers in EPCAM deletion-positive Lynch syndrome: A cohort study. *Lancet Oncology* 12(1):49-55.

Kiecolt-Glaser, J. K., L. Christian, H. Preston, C. R. Houts, W. B. Malarkey, C. F. Emery, and R. Glaser. 2010. Stress, inflammation, and yoga practice. *Psychosomatic Medicine* 72(2):113-121.

Kinkel, K., H. Hricak, Y. Lu, K. Tsuda, and R. A. Filly. 2000. U.S. characterization of ovarian masses: A meta-analysis. *Radiology* 217(3):803-811.

Kobayashi, E., Y. Ueda, S. Matsuzaki, T. Yokoyama, T. Kimura, K. Yoshino, M. Fujita, T. Kimura, and T. Enomoto. 2012. Biomarkers for screening, diagnosis, and monitoring of ovarian cancer. *Cancer Epidemiology, Biomarkers and Prevention* 21(11):1902-1912.

Kobayashi, H., Y. Yamada, T. Sado, M. Sakata, S. Yoshida, R. Kawaguchi, S. Kanayama, H. Shigetomi, S. Haruta, Y. Tsuji, S. Ueda, and T. Kitanaka. 2008. A randomized study of screening for ovarian cancer: A multicenter study in Japan. *International Journal of Gynecological Cancer* 18(3):414-420.

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
e 3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 154 o
PageID: 243353

Kolahdooz, F., T. I. Ibiebele, J. C. van der Pols, and P. M. Webb. 2009. Dietary patterns and ovarian cancer risk. *American Journal of Clinical Nutrition* 89(1):297-304.

Kolahdooz, F., J. C. van der Pols, C. J. Bain, G. C. Marks, M. C. Hughes, D. C. Whiteman, and P. M. Webb for the Australian Cancer Study (Ovarian Cancer) and the Australian Ovarian Cancer Study Group. 2010. Meat, fish, and ovarian cancer risk: Results from 2 Australian case-control studies, a systematic review, and meta-analysis. *American Journal of Clinical Nutrition* 91(6):1752-1763.

Koushik, A., D. J. Hunter, D. Spiegelman, K. E. Anderson, A. A. Arslan, et al. 2005. Fruits and vegetables and ovarian cancer risk in a pooled analysis of 12 cohort studies. *Cancer Epidemiology, Biomarkers and Prevention* 14(9):2160-2167.

Koushik, A., D. J. Hunter, D. Spiegelman, K. E. Anderson, J. E. Buring, et al. 2006. Intake of the major carotenoids and the risk of epithelial ovarian cancer in a pooled analysis of 10 cohort studies. *International Journal of Cancer* 119(9):2148-2154.

Kuchenbaecker, K. B., S. J. Ramus, J. Tyrer, A. Lee, H. C. Shen, et al. 2015. Identification of six new susceptibility loci for invasive epithelial ovarian cancer. *Nature Genetics* 47(2):164-171.

Lacey, J. V., Jr., M. E. Sherman, P. Hartge, A. Schatzkin, and C. Schairer. 2004. Medication use and risk of ovarian carcinoma: A prospective study. *International Journal of Cancer* 108(2):281-286.

Lancaster, J. M., C. B. Powell, L. M. Chen, D. L. Richardson, and the Society of Gynecologic Oncology Clinical Practice Committee. 2015. Society of Gynecologic Oncology statement on risk assessment for inherited gynecologic cancer predispositions. *Gynecologic Oncology* 136(1):3-7.

Leblanc, E., F. Narducci, I. Farre, J. P. Peyrat, S. Taieb, C. Adenis, and P. Vennin. 2011. Radical fimbriectomy: A reasonable temporary risk-reducing surgery for selected women with a germ line mutation of *BRCA 1* or *2* genes? Rationale and preliminary development. *Gynecologic Oncology* 121(3):472-476.

Lee, C. H., S. Subramanian, A. H. Beck, I. Espinosa, J. Senz, S. X. Zhu, D. Huntsman, M. van de Rijn, and C. B. Gilks. 2009. MicroRNA profiling of *BRCA1/2* mutation-carrying and non-mutation-carrying high-grade serous carcinomas of ovary. *PLoS ONE* 4(10):e7314.

Li, K., A. Hüsing, R. T. Fortner, A. Tjønneland, L. Hansen, et al. 2015. An epidemiologic risk prediction model for ovarian cancer in Europe: The EPIC study. *British Journal of Cancer* 112(7):1257-1265.

Lin, H. W., Y. Y. Tu, S. Y. Lin, W. J. Su, W. L. Lin, W. Z. Lin, S. C. Wu, and Y. L. Lai. 2011. Risk of ovarian cancer in women with pelvic inflammatory disease: A population-based study. *Lancet Oncology* 12(9):900-904.

Liu, J., W. Tang, L. Sang, X. Dai, D. Wei, Y. Luo, and J. Zhang. 2015. Milk, yogurt, and lactose intake and ovarian cancer risk: A meta-analysis. *Nutrition and Cancer* 67(1):68-72.

Lu, K. H., and M. Daniels. 2013. Endometrial and ovarian cancer in women with Lynch syndrome: Update in screening and prevention. *Familial Cancer* 12(2):273-277.

Lu, K. H., M. E. Wood, M. Daniels, C. Burke, J. Ford, N. D. Kauff, W. Kohlmann, N. M. Lindor, T. M. Mulvey, L. Robinson, W. S. Rubinstein, E. M. Stoffel, C. Snyder, S. Syngal, J. K. Merrill, D. S. Wollins, and K. S. Hughes. 2014. American Society of Clinical Oncology expert statement: Collection and use of a cancer family history for oncology providers. *Journal of Clinical Oncology* 32(8):833-840.

Luan, N. N., Q. J. Wu, T. T. Gong, E. Vogtmann, Y. L. Wang, and B. Lin. 2013. Breastfeeding and ovarian cancer risk: A meta-analysis of epidemiologic studies. *American Journal of Clinical Nutrition* 98(4):1020-1031.

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
e 3:16-md-02738-MAS-RLS     Document 33123-7     Filed 08/22/24     Page 155 o
PageID: 243354

Lueth, N. A., K. E. Anderson, L. J. Harnack, J. A. Fulkerson, and K. Robien. 2008. Coffee and caffeine intake and the risk of ovarian cancer: The Iowa Women's Health Study. *Cancer Causes and Control* 19(10):1365-1372.

Lukanova, A., and R. Kaaks. 2005. Endogenous hormones and ovarian cancer: Epidemiology and current hypotheses. *Cancer Epidemiology, Biomarkers and Prevention* 14(1):98-107.

Lutz, A. M., J. K. Willmann, C. W. Drescher, P. Ray, F. V. Cochran, N. Urban, and S. S. Gambhir. 2011. Early diagnosis of ovarian carcinoma: Is a solution in sight? *Radiology* 259(2):329-345.

Lynch, H. T., M. J. Casey, C. L. Snyder, C. Bewtra, J. F. Lynch, M. Butts, and A. K. Godwin. 2009. Hereditary ovarian carcinoma: Heterogeneity, molecular genetics, pathology, and management. *Molecular Oncology* 3(2):97-137.

Madsen, C., L. Baandrup, C. Dehlendorff, and S. K. Kjaer. 2015. Tubal ligation and salpingectomy and the risk of epithelial ovarian cancer and borderline ovarian tumors: A nationwide case-control study. *Acta Obstetricia et Gynecologica Scandinavica* 94(1):86-94.

Malutan, A. M., T. Drugan, R. Ciortea, R. F. Mocan-Hognogi, C. Bucuri, M. P. Rada, and D. Mihu. 2015a. Serum anti-inflammatory cytokines for the evaluation of inflammatory status in endometriosis. *Journal of Research in Medical Sciences* 20(7):668-674.

Malutan, A. M., T. Drugan, N. Costin, R. Ciortea, C. Bucuri, M. P. Rada, and D. Mihu. 2015b. Pro-inflammatory cytokines for evaluation of inflammatory status in endometriosis. *Central European Journal of Immunology* 40(1):96-102.

Manegold-Brauer, G., A. K. Bellin, S. Tercanli, O. Lapaire, and V. Heinzelmann-Schwarz. 2014. The special role of ultrasound for screening, staging and surveillance of malignant ovarian tumors: Distinction from other methods of diagnostic imaging. *Archives of Gynecology and Obstetrics* 289(3):491-498.

McAlpine, J. N., G. E. Hanley, M. M. Woo, A. A. Tone, N. Rozenberg, K. D. Swenerton, C. B. Gilks, S. J. Finlayson, D. G. Huntsman, D. M. Miller, and Ovarian Cancer Research Program of British Columbia. 2014. Opportunistic salpingectomy: Uptake, risks, and complications of a regional initiative for ovarian cancer prevention. *American Journal of Obstetrics and Gynecology* 210(5):471.e1-e11.

Menon, U., S. J. Skates, S. Lewis, A. N. Rosenthal, B. Rufford, K. Sibley, N. Macdonald, A. Dawnay, A. Jeyarajah, R. C. Bast, Jr., D. Oram, and I. J. Jacobs. 2005. Prospective study using the risk of ovarian cancer algorithm to screen for ovarian cancer. *Journal of Clinical Oncology* 23(31):7919-7926.

Menon, U., M. Griffin, and A. Gentry-Maharaj. 2014. Ovarian cancer screening—Current status, future directions. *Gynecologic Oncology* 132(2):490-495.

Menon, U., A. Ryan, J. Kalsi, A. Gentry-Maharaj, A. Dawnay, et al. 2015. Risk algorithm using serial biomarker measurements doubles the number of screen-detected cancers compared with a single-threshold rule in the United Kingdom Collaborative Trial of Ovarian Cancer Screening. *Journal of Clinical Oncology* 33(18):2062-2071.

Merritt, M. A., M. De Pari, A. F. Vitonis, L. J. Titus, D. W. Cramer, and K. L. Terry. 2013. Reproductive characteristics in relation to ovarian cancer risk by histologic pathways. *Human Reproduction* 28(5):1406-1417.

Merritt, M. A., E. M. Poole, S. E. Hankinson, W. C. Willett, and S. S. Tworoger. 2014a. Dairy food and nutrient intake in different life periods in relation to risk of ovarian cancer. *Cancer Causes and Control* 25(7):795-808.

Merritt, M. A., E. Riboli, E. Weiderpass, K. K. Tsilidis, K. Overvad, et al. 2014b. Dietary fat intake and risk of epithelial ovarian cancer in the European Prospective Investigation into Cancer and Nutrition. *Cancer Epidemiology* 38(5):528-537.

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
3:16-md-02738-MAS-RLS     Document 33123-7     Filed 08/22/24     Page 156 o
PageID: 243355

Miki, Y., J. Swensen, D. Shattuck-Eidens, P. A. Futreal, K. Harshman, et al. 1994. A strong candidate for the breast and ovarian cancer susceptibility gene *BRCA1*. *Science* 266(5182): 66-71.

Miralles, C., M. Orea, P. Espana, M. Provencio, A. Sanchez, B. Cantos, R. Cubedo, E. Carcereny, F. Bonilla, and T. Gea. 2003. Cancer antigen 125 associated with multiple benign and malignant pathologies. *Annals of Surgical Oncology* 10(2):150-154.

Moore, R. G., A. K. Brown, M. C. Miller, S. Skates, W. J. Allard, T. Verch, M. Steinhoff, G. Messerlian, P. DiSilvestro, C. O. Granai, and R. C. Bast, Jr. 2008. The use of multiple novel tumor biomarkers for the detection of ovarian carcinoma in patients with a pelvic mass. *Gynecologic Oncology* 108(2):402-408.

Moore, R. G., D. S. McMeekin, A. K. Brown, P. DiSilvestro, M. C. Miller, W. J. Allard, W. Gajewski, R. Kurman, R. C. Bast, Jr., and S. J. Skates. 2009. A novel multiple marker bioassay utilizing HE4 and CA125 for the prediction of ovarian cancer in patients with a pelvic mass. *Gynecologic Oncology* 112(1):40-46.

Moore, R. G., M. Jabre-Raughley, A. K. Brown, K. M. Robison, M. C. Miller, W. J. Allard, R. J. Kurman, R. C. Bast, and S. J. Skates. 2010. Comparison of a novel multiple marker assay vs the risk of malignancy index for the prediction of epithelial ovarian cancer in patients with a pelvic mass. *American Journal of Obstetrics and Gynecology* 203(3):228. e1-e6.

Moore, R. G., M. C. Miller, P. Disilvestro, L. M. Landrum, W. Gajewski, J. J. Ball, and S. J. Skates. 2011. Evaluation of the diagnostic accuracy of the risk of ovarian malignancy algorithm in women with a pelvic mass. *Obstetrics and Gynecology* 118(2 Pt 1):280-288.

Moore, R. G., E. K. Hill, T. Horan, N. Yano, K. Kim, S. MacLaughlan, G. Lambert-Messerlian, Y. D. Tseng, J. F. Padbury, M. C. Miller, T. S. Lange, and R. K. Singh. 2014. HE4 (WFDC2) gene overexpression promotes ovarian tumor growth. *Scientific Reports* 4:3574.

Moss, E. L., J. Hollingworth, and T. M. Reynolds. 2005. The role of CA125 in clinical practice. *Journal of Clinical Pathology* 58(3):308-312.

Muller, C. Y. 2010. Doctor, should I get this new ovarian cancer test-OVA1? *Obstetrics and Gynecology* 116(2 Pt 1):246-247.

Murphy, M. A., B. Trabert, H. P. Yang, Y. Park, L. A. Brinton, P. Hartge, M. E. Sherman, A. Hollenbeck, and N. Wentzensen. 2012. Non-steroidal anti-inflammatory drug use and ovarian cancer risk: Findings from the NIH-AARP Diet and Health Study and systematic review. *Cancer Causes and Control* 23(11):1839-1852.

Narod, S. A., P. Sun, P. Ghadirian, H. Lynch, C. Isaacs, J. Garber, B. Weber, B. Karlan, D. Fishman, B. Rosen, N. Tung, and S. L. Neuhausen. 2001. Tubal ligation and risk of ovarian cancer in carriers of *BRCA1* or *BRCA2* mutations: A case-control study. *Lancet* 357(9267):1467-1470.

NCCN (National Comprehensive Cancer Network). 2015. *Genetic/familial high-risk assessment: Breast and ovarian.* Fort Washington, PA: NCCN.

NCI (National Cancer Institute). 2015. *NCI dictionary of cancer terms.* http://www.cancer. gov/publications/dictionaries/cancer-terms (accessed September 16, 2015).

Nelson, H. D., L. H. Huffman, R. Fu, E. L. Harris, and U.S. Preventive Services Task Force. 2005. Genetic risk assessment and BRCA mutation testing for breast and ovarian cancer susceptibility: Systematic evidence review for the U.S. Preventive Services Task Force. *Annals of Internal Medicine* 143(5):362-379.

Nelson, H. D., K. Tyne, A. Naik, C. Bougatsos, B. K. Chan, L. Humphrey, and U.S. Preventive Services Task Force. 2009. Screening for breast cancer: An update for the U.S. Preventive Services Task Force. *Annals of Internal Medicine* 151(10):727-737, W237-W242.

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
e 3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 157 of
PageID: 243356

Nelson, H. D., M. Pappas, B. Zakher, J. P. Mitchell, L. Okinaka-Hu, and R. Fu. 2014. Risk assessment, genetic counseling, and genetic testing for BRCA-related cancer in women: A systematic review to update the U.S. Preventive Services Task Force recommendation. *Annals of Internal Medicine* 160(4):255-266.

Ness, R. B., J. A. Grisso, C. Cottreau, J. Klapper, R. Vergona, J. E. Wheeler, M. Morgan, and J. J. Schlesselman. 2000. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. *Epidemiology* 11(2):111-117.

Ness, R. B., M. T. Goodman, C. Shen, and R. C. Brunham. 2003. Serologic evidence of past infection with chlamydia trachomatis, in relation to ovarian cancer. *Journal of Infectious Diseases* 187(7):1147-1152.

Ness, R. B., C. Shen, D. Bass, C. Jackson, K. Moysich, R. Edwards, and R. C. Brunham. 2008. Chlamydia trachomatis serology in women with and without ovarian cancer. *Infectious Diseases in Obstetrics and Gynecology* 2008:219672.

Ni, X., J. Ma, Y. Zhao, Y. Wang, and S. Wang. 2013. Meta-analysis on the association between non-steroidal anti-inflammatory drug use and ovarian cancer. *British Journal of Clinical Pharmacology* 75(1):26-35.

Niloff, J. M., R. C. Knapp, E. Schaetzl, C. Reynolds, and R. C. Bast, Jr. 1984. CA125 antigen levels in obstetric and gynecologic patients. *Obstetrics and Gynecology* 64(5):703-707.

Nilsson, M. B., G. Armaiz-Pena, R. Takahashi, Y. G. Lin, J. Trevino, Y. Li, N. Jennings, J. Arevalo, S. K. Lutgendorf, G. E. Gallick, A. M. Sanguino, G. Lopez-Berestein, S. W. Cole, and A. K. Sood. 2007. Stress hormones regulate interleukin-6 expression by human ovarian carcinoma cells through a Src-dependent mechanism. *Journal of Biological Chemistry* 282(41):29919-29926.

Ose, J., R. T. Fortner, S. Rinaldi, H. Schock, K. Overvad, et al. 2015a. Endogenous androgens and risk of epithelial invasive ovarian cancer by tumor characteristics in the European Prospective Investigation into Cancer and Nutrition. *International Journal of Cancer* 136(2):399-410.

Ose, J., H. Schock, A. Tjønneland, L. Hansen, K. Overvad, et al. 2015b. Inflammatory markers and risk of epithelial ovarian cancer by tumor subtypes: The EPIC cohort. *Cancer Epidemiology, Biomarkers and Prevention* 24(6):951-961.

Pal, T., J. Permuth-Wey, J. A. Betts, J. P. Krischer, J. Fiorica, H. Arango, J. LaPolla, M. Hoffman, M. A. Martino, K. Wakeley, G. Wilbanks, S. Nicosia, A. Cantor, and R. Sutphen. 2005. *BRCA1* and *BRCA2* mutations account for a large proportion of ovarian carcinoma cases. *Cancer* 104(12):2807-2816.

Parazzini, F., C. La Vecchia, E. Negri, S. Moroni, D. dal Pino, and L. Fedele. 1996. Pelvic inflammatory disease and risk of ovarian cancer. *Cancer Epidemiology, Biomarkers and Prevention* 5(8):667-669.

Parker, W. H., M. S. Broder, E. Chang, D. Feskanich, C. Farquhar, Z. Liu, D. Shoupe, J. S. Berek, S. Hankinson, and J. E. Manson. 2009. Ovarian conservation at the time of hysterectomy and long-term health outcomes in the Nurses' Health Study. *Obstetrics and Gynecology* 113(5):1027-1037.

Patel, A. V., C. Rodriguez, A. L. Pavluck, M. J. Thun, and E. E. Calle. 2006. Recreational physical activity and sedentary behavior in relation to ovarian cancer risk in a large cohort of U.S. women. *American Journal of Epidemiology* 163(8):709-716.

Pearce, C. L., C. Templeman, M. A. Rossing, A. Lee, A. M. Near, et al. 2012. Association between endometriosis and risk of histological subtypes of ovarian cancer: A pooled analysis of case-control studies. *The Lancet Oncology* 13(4):385-394.

Permuth-Wey, J., and T. Sellers. 2009. Epidemiology of ovarian cancer. In *Cancer epidemiology*, Vol. 472, edited by M. Verma. New York: Humana Press. Pp. 413-437.

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
e 3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 158 o
PageID: 243357

Permuth-Wey, J., K. Lawrenson, H. C. Shen, A. Velkova, J. P. Tyrer, et al. 2013. Identification and molecular characterization of a new ovarian cancer susceptibility locus at 17q21.31. *Nature Communications* 4:1627.

Permuth-Wey, J., A. Besharat, and T. Sellers. 2014. Epidemiology of ovarian cancer: An update. In *Advances in diagnosis and management of ovarian cancer*, edited by S. A. Farghaly. New York: Springer Science and Business Media. Pp. 1-21.

Pfeiffer, R. M., Y. Park, A. R. Kreimer, J. V. Lacey, Jr., D. Pee, R. T. Greenlee, S. S. Buys, A. Hollenbeck, B. Rosner, M. H. Gail, and P. Hartge. 2013. Risk prediction for breast, endometrial, and ovarian cancer in white women aged 50 y or older: Derivation and validation from population-based cohort studies. *PLoS Medicine* 10(7):e1001492.

Pharoah, P. D. P., Y. Y. Tsai, S. J. Ramus, C. M. Phelan, E. L. Goode, et al. 2013. GWAS meta-analysis and replication identifies three new susceptibility loci for ovarian cancer. *Nature Genetics* 45(4):362-370.

Phillips, S. M., K. W. Dodd, J. Steeves, J. McClain, C. M. Alfano, and E. McAuley. 2015. Physical activity and sedentary behavior in breast cancer survivors: New insight into activity patterns and potential intervention targets. *Gynecologic Oncology* 138(2):398-404.

Pinheiro, S. P., S. S. Tworoger, D. W. Cramer, B. A. Rosner, and S. E. Hankinson. 2009. Use of nonsteroidal antiinflammatory agents and incidence of ovarian cancer in 2 large prospective cohorts. *American Journal of Epidemiology* 169(11):1378-1387.

Pinsky, P. F., C. Zhu, S. J. Skates, A. Black, E. Partridge, S. S. Buys, and C. D. Berg. 2013. Potential effect of the risk of ovarian cancer algorithm (ROCA) on the mortality outcome of the Prostate, Lung, Colorectal and Ovarian (PLCO) trial. *International Journal of Cancer* 132(9):2127-2133.

Poole, E. M., I. M. Lee, P. M. Ridker, J. E. Buring, S. E. Hankinson, and S. S. Tworoger. 2013. A prospective study of circulating C-reactive protein, interleukin-6, and tumor necrosis factor α receptor 2 levels and risk of ovarian cancer. *American Journal of Epidemiology* 178(8):1256-1264.

Powell, C. B., R. Littell, E. Hoodfar, F. Sinclair, and A. Pressman. 2013a. Does the diagnosis of breast or ovarian cancer trigger referral to genetic counseling? *International Journal of Gynecological Cancer* 23(3):431-436.

Powell, N. D., A. J. Tarr, and J. F. Sheridan. 2013b. Psychosocial stress and inflammation in cancer. *Brain, Behavior, and Immunity* 30(Suppl):S41-S47.

Prentice, R. L., C. A. Thomson, B. Caan, F. A. Hubbell, G. L. Anderson, S. A. Beresford, M. Pettinger, D. S. Lane, L. Lessin, S. Yasmeen, B. Singh, J. Khandekar, J. M. Shikany, S. Satterfield, and R. T. Chlebowski. 2007. Low-fat dietary pattern and cancer incidence in the Women's Health Initiative dietary modification randomized controlled trial. *Journal of the National Cancer Institute* 99(20):1534-1543.

Prizment, A. E., A. R. Folsom, and K. E. Anderson. 2010. Nonsteroidal anti-inflammatory drugs and risk for ovarian and endometrial cancers in the Iowa Women's Health Study. *Cancer Epidemiology, Biomarkers and Prevention* 19(2):435-442.

Rahman, N. 2014. Realizing the promise of cancer predisposition genes. *Nature* 505(7483): 302-308.

Ramus, S. J., C. Kartsonaki, S. A. Gayther, P. D. P. Pharoah, O. M. Sinilnikova, et al. 2011. Genetic variation at 9p22.2 and ovarian cancer risk for *BRCA1* and *BRCA2* mutation carriers. *Journal of the National Cancer Institute* 103(2):105-116.

Ramus, S. J., A. C. Antoniou, K. B. Kuchenbaecker, P. Soucy, J. Beesley, X. Chen, L. McGuffog, O. M. Sinilnikova, S. Healey, D. Barrowdale, A. Lee, and M. Thomassen. 2012. Ovarian cancer susceptibility alleles and risk of ovarian cancer in *BRCA1* and *BRCA2* mutation carriers. *Human Mutation* 33(4):690-702.

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
e 3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 159 o
PageID: 243358

Rasmussen, C. B., M. T. Faber, A. Jensen, E. Hogdall, C. Hogdall, J. Blaakaer, and S. K. Kjaer. 2013. Pelvic inflammatory disease and risk of invasive ovarian cancer and ovarian borderline tumors. *Cancer Causes and Control* 24(7):1459-1464.

Rebbeck, T. R., N. Mitra, F. Wan, O. M. Sinilnikova, S. Healey, et al. 2015. Association of type and location of *BRCA1* and *BRCA2* mutations with risk of breast and ovarian cancer. *Journal of the American Medical Association* 313(13):1347-1361.

Renehan, A. G., M. Zwahlen, and M. Egger. 2015. Adiposity and cancer risk: New mechanistic insights from epidemiology. *Nature Reviews: Cancer* 15(8):484-498.

Rice, M. S., M. A. Murphy, and S. S. Tworoger. 2012. Tubal ligation, hysterectomy and ovarian cancer: A meta-analysis. *Journal of Ovarian Research* 5:13.

Rice, M. S., M. A. Murphy, A. F. Vitonis, D. W. Cramer, L. J. Titus, S. S. Tworoger, and K. L. Terry. 2013. Tubal ligation, hysterectomy and epithelial ovarian cancer in the New England Case-Control Study. *International Journal of Cancer* 133(10):2415-2421.

Risch, H. A. 1998. Hormonal etiology of epithelial ovarian cancer, with a hypothesis concerning the role of androgens and progesterone. *Journal of the National Cancer Institute* 90(23):1774-1786.

Risch, H. A., and G. R. Howe. 1995. Pelvic inflammatory disease and the risk of epithelial ovarian cancer. *Cancer Epidemiology, Biomarkers and Prevention* 4(5):447-451.

Risch, H. A., J. R. McLaughlin, D. E. Cole, B. Rosen, L. Bradley, I. Fan, J. Tang, S. Li, S. Zhang, P. A. Shaw, and S. A. Narod. 2006. Population *BRCA1* and *BRCA2* mutation frequencies and cancer penetrances: A kin-cohort study in Ontario, Canada. *Journal of the National Cancer Institute* 98(23):1694-1706.

Risum, S., C. Hogdall, A. Loft, A. K. Berthelsen, E. Hogdall, L. Nedergaard, L. Lundvall, and S. A. Engelholm. 2007. The diagnostic value of PET/CT for primary ovarian cancer—A prospective study. *Gynecologic Oncology* 105(1):145-149.

Robson, M. E., A. R. Bradbury, B. Arun, S. M. Domchek, J. M. Ford, H. L. Hampel, S. M. Lipkin, S. Syngal, D. S. Wollins, and N. M. Lindor. 2015. American Society of Clinical Oncology policy statement update: Genetic and genomic testing for cancer susceptibility. *Journal of Clinical Oncology* (Epub ahead of print).

Romaguera, D., A. C. Vergnaud, P. H. Peeters, C. H. Van Gils, D. S. M. Chan, et al. 2012. Is concordance with World Cancer Research Fund/American Institute for Cancer Research guidelines for cancer prevention related to subsequent risk of cancer? Results from the EPIC study. *American Journal of Clinical Nutrition* 96(1):150-163.

Rosner, B. A., G. A. Colditz, P. M. Webb, and S. E. Hankinson. 2005. Mathematical models of ovarian cancer incidence. *Epidemiology* 16(4):508-515.

Rossi, M., E. Negri, P. Lagiou, R. Talamini, L. Dal Maso, M. Montella, S. Franceschi, and C. La Vecchia. 2008. Flavonoids and ovarian cancer risk: A case-control study in Italy. *International Journal of Cancer* 123(4):895-898.

Rossi, M., C. Bosetti, E. Negri, P. Lagiou, and C. La Vecchia. 2010. Flavonoids, proanthocyanidins, and cancer risk: A network of case-control studies from Italy. *Nutrition and Cancer* 62(7):871-877.

Rowlands, I. J., C. M. Nagle, A. B. Spurdle, P. M. Webb, Australian National Endometrial Cancer Study Group, and Australian Ovarian Cancer Study Group. 2011. Gynecological conditions and the risk of endometrial cancer. *Gynecologic Oncology* 123(3):537-541.

Rutter, J. L., S. Wacholder, A. Chetrit, F. Lubin, J. Menczer, S. Ebbers, M. A. Tucker, J. P. Struewing, and P. Hartge. 2003. Gynecologic surgeries and risk of ovarian cancer in women with *BRCA1* and *BRCA2* Ashkenazi founder mutations: An Israeli population-based case-control study. *Journal of the National Cancer Institute* 95(14):1072-1078.

Salamanca, A., and E. Beltran. 1995. Subendometrial contractility in menstrual phase visualized by transvaginal sonography in patients with endometriosis. *Fertility and Sterility* 64(1):193-195.

Copyright © National Academy of Sciences. All rights reserved.

Sampson, J. A. 1927. Peritoneal endometriosis due to the menstrual dissemination of endometrial tissue into the peritoneal cavity. *American Journal of Obstetrics and Gynecology* 14:422-469.

Sanfilippo, J. S., N. G. Wakim, K. N. Schikler, and M. A. Yussman. 1986. Endometriosis in association with uterine anomaly. *American Journal of Obstetrics and Gynecology* 154(1):39-43.

Schildkraut, J. M., B. Calingaert, P. A. Marchbanks, P. G. Moorman, and G. C. Rodriguez. 2002. Impact of progestin and estrogen potency in oral contraceptives on ovarian cancer risk. *Journal of the National Cancer Institute* 94(1):32-38.

Schock, H., E. Lundin, M. Vaarasmaki, K. Grankvist, A. Fry, J. F. Dorgan, E. Pukkala, M. Lehtinen, H. M. Surcel, and A. Lukanova. 2014a. Anti-Müllerian hormone and risk of invasive serous ovarian cancer. *Cancer Causes and Control* 25(5):583-589.

Schock, H., H. M. Surcel, A. Zeleniuch-Jacquotte, K. Grankvist, H. A. Lakso, R. T. Fortner, R. Kaaks, E. Pukkala, M. Lehtinen, P. Toniolo, and E. Lundin. 2014b. Early pregnancy sex steroids and maternal risk of epithelial ovarian cancer. *Endocrine-Related Cancer* 21(6):831-844.

Schock, H., R. T. Fortner, H. M. Surcel, K. Grankvist, E. Pukkala, M. Lehtinen, and E. Lundin. 2015. Early pregnancy IGF-I and placental GH and risk of epithelial ovarian cancer: A nested case-control study. *International Journal of Cancer* 137(2):439-447.

Schoen, R. E., P. F. Pinsky, J. L. Weissfeld, L. A. Yokochi, T. Church, et al. 2012. Colorectal-cancer incidence and mortality with screening flexible sigmoidoscopy. *New England Journal of Medicine* 366(25):2345-2357.

Schouten, L. J., C. Rivera, D. J. Hunter, D. Spiegelman, H. O. Adami, et al. 2008. Height, body mass index, and ovarian cancer: A pooled analysis of 12 cohort studies. *Cancer Epidemiology, Biomarkers and Prevention* 17(4):902-912.

Schrader, K. A., J. Hurlburt, S. E. Kalloger, S. Hansford, S. Young, D. G. Huntsman, C. B. Gilks, and J. N. McAlpine. 2012. Germline *BRCA1* and *BRCA2* mutations in ovarian cancer: Utility of a histology-based referral strategy. *Obstetrics and Gynecology* 120(2 Pt 1):235-240.

Schummer, M., W. V. Ng, R. E. Bumgarner, P. S. Nelson, B. Schummer, D. W. Bednarski, L. Hassell, R. L. Baldwin, B. Y. Karlan, and L. Hood. 1999. Comparative hybridization of an array of 21,500 ovarian cDNAs for the discovery of genes overexpressed in ovarian carcinomas. *Gene* 238(2):375-385.

Setiawan, V. W., R. K. Matsuno, G. Lurie, L. R. Wilkens, M. E. Carney, B. E. Henderson, L. N. Kolonel, and M. T. Goodman. 2012. Use of nonsteroidal anti-inflammatory drugs and risk of ovarian and endometrial cancer: The multiethnic cohort. *Cancer Epidemiology, Biomarkers and Prevention* 21(9):1441-1449.

Setiawan, V. W., H. P. Yang, M. C. Pike, S. E. McCann, H. Yu, et al. 2013. Type I and II endometrial cancers: Have they different risk factors? *Journal of Clinical Oncology* 31(20):2607-2618.

SGO (Society of Gynecologic Oncology). 2013. *SGO clinical practice statement: Salpingectomy for ovarian cancer prevention.* https://www.sgo.org/clinical-practice/guidelines/sgo-clinical-practice-statement-salpingectomy-for-ovarian-cancer-prevention (accessed October 1, 2015).

Sharma, A., S. Apostolidou, M. Burnell, S. Campbell, M. Habib, et al. 2012. Risk of epithelial ovarian cancer in asymptomatic women with ultrasound-detected ovarian masses: A prospective cohort study within the U.K. collaborative trial of ovarian cancer screening (UKCTOCS). *Ultrasound in Obstetrics and Gynecology* 40(3):338-344.

Shen, C. C., A. C. Yang, J. H. Hung, L. Y. Hu, and S. J. Tsai. 2015. A nationwide population-based retrospective cohort study of the risk of uterine, ovarian and breast cancer in women with polycystic ovary syndrome. *Oncologist* 20(1):45-49.

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
e 3:16-md-02738-MAS-RLS     Document 33123-7     Filed 08/22/24     Page 161 o
PageID: 243360

*PREVENTION AND EARLY DETECTION*                                    *143*

Sherman, M. E., M. Piedmonte, P. L. Mai, O. B. Ioffe, B. M. Ronnett, et al. 2014. Pathologic findings at risk-reducing salpingo-oophorectomy: Primary results from gynecologic oncology group trial gog-0199. *Journal of Clinical Oncology* 32(29):3275-3283.

Shu, X. O., L. A. Brinton, Y. T. Gao, and J. M. Yuan. 1989. Population-based case-control study of ovarian cancer in Shanghai. *Cancer Research* 49(13):3670-3674.

Shulman, L. P. 2010. Hereditary breast and ovarian cancer (HBOC): Clinical features and counseling for BRCA1 and BRCA2, Lynch syndrome, Cowden syndrome, and Li-Fraumeni syndrome. *Obstetrics and Gynecology Clinics of North America* 37(1):109-133.

Shulman, L. P., and J. S. Dungan. 2010. Cancer genetics: Risks and mechanisms of cancer in women with inherited susceptibility to epithelial ovarian cancer. *Cancer Treatment and Research* 156:69-85.

Sieh, W., S. Salvador, V. McGuire, R. P. Weber, K. L. Terry, et al. 2013. Tubal ligation and risk of ovarian cancer subtypes: A pooled analysis of case-control studies. *International Journal of Epidemiology* 42(2):579-589.

Skates, S. J., F. J. Xu, Y. H. Yu, K. Sjovall, N. Einhorn, Y. Chang, R. C. Bast, Jr., and R. C. Knapp. 1995. Toward an optimal algorithm for ovarian cancer screening with longitudinal tumor markers. *Cancer* 76(10 Suppl):2004-2010.

Skates, S. J., D. K. Pauler, and I. J. Jacobs. 2001. Screening based on the risk of cancer calculation from Bayesian hierarchical changepoint and mixture models of longitudinal markers. *Journal of the American Statistical Association* 96(454):429-439.

Skates, S. J., P. Mai, N. K. Horick, M. Piedmonte, C. W. Drescher, et al. 2011. Large prospective study of ovarian cancer screening in high-risk women: CA125 cut-point defined by menopausal status. *Cancer Prevention Research (Philadelphia, PA)* 4(9):1401-1408.

Soegaard, M., K. Frederiksen, A. Jensen, E. Hogdall, C. Hogdall, J. Blaakaer, S. J. Ramus, S. A. Gayther, and S. K. Kjaer. 2009. Risk of ovarian cancer in women with first-degree relatives with cancer. *Acta Obstetricia et Gynecologica Scandinavica* 88(4):449-456.

Song, H., S. J. Ramus, J. Tyrer, K. L. Bolton, A. Gentry-Maharaj, et al. 2009. A genome-wide association study identifies a new ovarian cancer susceptibility locus on 9p22.2. *Nature Genetics* 41(9):996-1000.

Song, H., M. S. Cicek, E. Dicks, P. Harrington, S. J. Ramus, J. M. Cunningham, B. L. Fridley, J. P. Tyrer, J. Alsop, M. Jimenez-Linan, S. A. Gayther, E. L. Goode, and P. D. Pharoah. 2014. The contribution of deleterious germline mutations in *BRCA1*, *BRCA2* and the mismatch repair genes to ovarian cancer in the population. *Human Molecular Genetics* 23(17):4703-4709.

Song, Y. J., A. R. Kristal, K. G. Wicklund, K. L. Cushing-Haugen, and M. A. Rossing. 2008. Coffee, tea, colas, and risk of epithelial ovarian cancer. *Cancer Epidemiology, Biomarkers and Prevention* 17(3):712-716.

Sood, A. K., R. Bhatty, A. A. Kamat, C. N. Landen, L. Han, P. H. Thaker, Y. Li, D. M. Gershenson, S. Lutgendorf, and S. W. Cole. 2006. Stress hormone-mediated invasion of ovarian cancer cells. *Clinical Cancer Research* 12(2):369-375.

Straif, K., L. Benbrahim-Tallaa, R. Baan, Y. Grosse, B. Secretan, F. E. Ghissassi, V. Bouvard, N. Guha, C. Freeman, L. Galichet, V. Cogliano, and WHO International Agency for Research on Cancer Monograph Working Group. 2009. A review of human carcinogens—part C: Metals, arsenic, dusts, and fibres. *Lancet* 10:453-454.

Stratton, J. F., P. Pharoah, S. K. Smith, D. Easton, and B. A. Ponder. 1998. A systematic review and meta-analysis of family history and risk of ovarian cancer. *British Journal of Obstetrics and Gynaecology* 105(5):493-499.

Taylor, D. D., and C. Gercel-Taylor. 2008. MicroRNA signatures of tumor-derived exosomes as diagnostic biomarkers of ovarian cancer. *Gynecologic Oncology* 110(1):13-21.

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
e 3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 162 o
PageID: 243361

Terry, K. L., S. Karageorgi, Y. B. Shvetsov, M. A. Merritt, G. Lurie, et al. 2013. Genital pow-
    der use and risk of ovarian cancer: A pooled analysis of 8,525 cases and 9,859 controls.
    *Cancer Prevention Research (Philadelphia, PA)* 6(8):811-821.

Thaker, P. H., L. Y. Han, A. A. Kamat, J. M. Arevalo, R. Takahashi, et al. 2006. Chronic
    stress promotes tumor growth and angiogenesis in a mouse model of ovarian carcinoma.
    *Nature Medicine* 12(8):939-944.

Thomson, C. A., L. Van Horn, B. J. Caan, A. K. Aragaki, R. T. Chlebowski, J. E. Manson,
    T. E. Rohan, L. F. Tinker, L. H. Kuller, L. Hou, D. S. Lane, K. C. Johnson, M. Z. Vito-
    lins, and R. L. Prentice. 2014. Cancer incidence and mortality during the intervention
    and postintervention periods of the Women's Health Initiative dietary modification trial.
    *Cancer Epidemiology, Biomarkers and Prevention* 23(12):2924-2935.

Timmerman, D., P. Schwarzler, W. P. Collins, F. Claerhout, M. Coenen, F. Amant, I. Vergote,
    and T. H. Bourne. 1999. Subjective assessment of adnexal masses with the use of ul-
    trasonography: An analysis of interobserver variability and experience. *Ultrasound in
    Obstetrics and Gynecology* 13(1):11-16.

Trabert, B., E. J. Lamb, B. Scoccia, K. S. Moghissi, C. L. Westhoff, S. Niwa, and L. A. Brinton.
    2013. Ovulation-inducing drugs and ovarian cancer risk: Results from an extended fol-
    low-up of a large United States infertility cohort. *Fertility and Sterility* 100(6):1660-1666.

Trabert, B., R. B. Ness, W. H. Lo-Ciganic, M. A. Murphy, E. L. Goode, et al. 2014. Aspirin,
    nonaspirin nonsteroidal anti-inflammatory drug, and acetaminophen use and risk of
    invasive epithelial ovarian cancer: A pooled analysis in the Ovarian Cancer Association
    Consortium. *Journal of the National Cancer Institute* 106(2).

Tworoger, S. S., K. M. Fairfield, G. A. Colditz, B. A. Rosner, and S. E. Hankinson. 2007.
    Association of oral contraceptive use, other contraceptive methods, and infertility with
    ovarian cancer risk. *American Journal of Epidemiology* 166(8):894-901.

Tworoger, S. S., D. M. Gertig, M. A. Gates, J. L. Hecht, and S. E. Hankinson. 2008a.
    Caffeine, alcohol, smoking, and the risk of incident epithelial ovarian cancer. *Cancer*
    112(5):1169-1177.

Tworoger, S. S., I. M. Lee, J. E. Buring, and S. E. Hankinson. 2008b. Plasma androgen
    concentrations and risk of incident ovarian cancer. *American Journal of Epidemiology*
    167(2):211-218.

van Nagell, J. R., Jr., P. D. DePriest, F. R. Ueland, C. P. DeSimone, A. L. Cooper,
    J. M. McDonald, E. J. Pavlik, and R. J. Kryscio. 2007. Ovarian cancer screening
    with annual transvaginal sonography: Findings of 25,000 women screened. *Cancer*
    109(9):1887-1896.

Vitonis, A. F., L. Titus-Ernstoff, and D. W. Cramer. 2011. Assessing ovarian cancer risk when
    considering elective oophorectomy at the time of hysterectomy. *Obstetrics and Gynecol-
    ogy* 117(5):1042-1050.

Walburn, J., K. Vedhara, M. Hankins, L. Rixon, and J. Weinman. 2009. Psychological stress
    and wound healing in humans: A systematic review and meta-analysis. *Journal of Psy-
    chosomatic Research* 67(3):253-271.

Walker, J. L., C. B. Powell, L. M. Chen, J. Carter, V. L. Bae Jump, L. P. Parker, M. E. Borowsky,
    and R. K. Gibb. 2015. Society of Gynecologic Oncology recommendations for the pre-
    vention of ovarian cancer. *Cancer* (Epub ahead of print).

Wallin, A., N. Orsini, and A. Wolk. 2011. Red and processed meat consumption and risk of
    ovarian cancer: A dose-response meta-analysis of prospective studies. *British Journal of
    Cancer* 104(7):1196-1201.

Copyright © National Academy of Sciences. All rights reserved.

Ovarian Cancers: Evolving Paradigms in Research and Care
e 3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 163 o
PageID: 243362

*PREVENTION AND EARLY DETECTION*                    *145*

Walsh, T., S. Casadei, M. K. Lee, C. C. Pennil, A. S. Nord, A. M. Thornton, W. Roeb, K. J. Agnew, S. M. Stray, A. Wickramanayake, B. Norquist, K. P. Pennington, R. L. Garcia, M. C. King, and E. M. Swisher. 2011. Mutations in 12 genes for inherited ovarian, fallopian tube, and peritoneal carcinoma identified by massively parallel sequencing. *Proceedings of the National Academy of Sciences of the United States of America* 108(44):18032-18037.

Wang, L., I. M. Lee, S. M. Zhang, J. B. Blumberg, J. E. Buring, and H. D. Sesso. 2009. Dietary intake of selected flavonols, flavones, and flavonoid-rich foods and risk of cancer in middle-aged and older women. *American Journal of Clinical Nutrition* 89(3):905-912.

Welsh, J. B., P. P. Zarrinkar, L. M. Sapinoso, S. G. Kern, C. A. Behling, B. J. Monk, D. J. Lockhart, R. A. Burger, and G. M. Hampton. 2001. Analysis of gene expression profiles in normal and neoplastic ovarian tissue samples identifies candidate molecular markers of epithelial ovarian cancer. *Proceedings of the National Academy of Sciences of the United States of America* 98(3):1176-1181.

Werness, B. A., and G. H. Eltabbakh. 2001. Familial ovarian cancer and early ovarian cancer: Biologic, pathologic, and clinical features. *International Journal of Gynecological Pathology* 20(1):48-63.

Whittemore, A. S., R. Harris, and J. Itnyre. 1992. Characteristics relating to ovarian cancer risk: Collaborative analysis of 12 U.S. case-control studies. II. Invasive epithelial ovarian cancers in white women. Collaborative Ovarian Cancer Group. *American Journal of Epidemiology* 136(10):1184-1203.

Woolas, R. P., F. J. Xu, I. J. Jacobs, Y. H. Yu, L. Daly, A. Berchuck, J. T. Soper, D. L. Clarke-Pearson, D. H. Oram, and R. C. Bast, Jr. 1993. Elevation of multiple serum markers in patients with stage I ovarian cancer. *Journal of the National Cancer Institute* 85(21):1748-1751.

Wooster, R., S. L. Neuhausen, J. Mangion, Y. Quirk, D. Ford, et al. 1994. Localization of a breast cancer susceptibility gene, BRCA2, to chromosome 13q12-13. *Science* 265(5181): 2088-2090.

Wu, L., Z. Y. Dai, Y. H. Qian, Y. Shi, F. J. Liu, and C. Yang. 2012. Diagnostic value of serum human epididymis protein 4 (HE4) in ovarian carcinoma: A systematic review and meta-analysis. *International Journal of Gynecological Cancer* 22(7):1106-1112.

Xiao, Q., H. P. Yang, N. Wentzensen, A. Hollenbeck, and C. E. Matthews. 2013. Physical activity in different periods of life, sedentary behavior, and the risk of ovarian cancer in the NIH-AARP Diet and Health Study. *Cancer Epidemiology, Biomarkers and Prevention* 22(11):2000-2008.

Xie, J., E. M. Poole, K. L. Terry, T. T. Fung, B. A. Rosner, W. C. Willett, and S. S. Tworoger. 2014. A prospective cohort study of dietary indices and incidence of epithelial ovarian cancer. *Journal of Ovarian Research* 7(1):112.

Yamamoto, Y., H. Oguri, R. Yamada, N. Maeda, S. Kohsaki, and T. Fukaya. 2008. Preoperative evaluation of pelvic masses with combined 18f-fluorodeoxyglucose positron emission tomography and computed tomography. *International Journal of Gynaecology and Obstetrics* 102(2):124-127.

Yang, H. P., B. Trabert, M. A. Murphy, M. E. Sherman, J. N. Sampson, L. A. Brinton, P. Hartge, A. Hollenbeck, Y. Park, and N. Wentzensen. 2012. Ovarian cancer risk factors by histologic subtypes in the NIH-AARP Diet and Health Study. *International Journal of Cancer* 131(4):938-948.

Zhang, M., X. Xie, A. H. Lee, and C. W. Binns. 2004. Sedentary behaviours and epithelial ovarian cancer risk. *Cancer Causes and Control* 15(1):83-89.

Copyright © National Academy of Sciences. All rights reserved.

Zhang, S., R. Royer, S. Li, J. R. McLaughlin, B. Rosen, H. A. Risch, I. Fan, L. Bradley, P. A. Shaw, and S. A. Narod. 2011. Frequencies of *BRCA1* and *BRCA2* mutations among 1,342 unselected patients with invasive ovarian cancer. *Gynecologic Oncology* 121(2):353-357.

Zhang, S., Z. Lu, A. K. Unruh, C. Ivan, K. A. Baggerly, G. A. Calin, Z. Li, R. C. Bast, Jr., and X. F. Le. 2015. Clinically relevant microRNAs in ovarian cancer. *Molecular Cancer Research* 13(3):393-401.

Zhang, Y. F., Q. Xu, J. Lu, P. Wang, H. W. Zhang, L. Zhou, X. Q. Ma, and Y. H. Zhou. 2014. Tea consumption and the incidence of cancer: A systematic review and meta-analysis of prospective observational studies. *European Journal of Cancer Prevention* 24(4):353-362.

Zhong, S., L. Chen, M. Lv, T. Ma, X. Zhang, and J. Zhao. 2014. Nonoccupational physical activity and risk of ovarian cancer: A meta-analysis. *Tumour Biology* 35(11):11065-11073.

Copyright © National Academy of Sciences. All rights reserved.

Exhibit 80

Pathol. Oncol. Res. (2015) 21:527–534
DOI 10.1007/s12253-015-9913-z

REVIEW

# The Role of the Mediators of Inflammation in Cancer Development

José Veríssimo Fernandes · Ricardo Ney Oliveira Cobucci ·
Carlos André Nunes Jatobá · Thales Allyrio Araújo de Medeiros Fernandes ·
Judson Welber Veríssimo de Azevedo · Josélio Maria Galvão de Araújo

Received: 28 July 2014 / Accepted: 17 February 2015 / Published online: 5 March 2015
© Arányi Lajos Foundation 2015

**Abstract** Epigenetic disorders such as point mutations in cellular tumor suppressor genes, DNA methylation and post-translational modifications are needed to transformation of normal cells into cancer cells. These events result in alterations in critical pathways responsible for maintaining the normal cellular homeostasis, triggering to an inflammatory response which can lead the development of cancer. The inflammatory response is a universal defense mechanism activated in response to an injury tissue, of any nature, that involves both innate and adaptive immune responses, through the collective action of a variety of soluble mediators. Many inflammatory signaling pathways are activated in several types of cancer, linking chronic inflammation to tumorigenesis process. Thus, Inflammatory responses play decisive roles at different stages of tumor development, including initiation, promotion, growth, invasion, and metastasis, affecting also the immune surveillance. Immune cells that infiltrate tumors engage in an extensive and dynamic crosstalk with cancer cells, and some of the molecular events that mediate this dialog have been revealed. A range of inflammation mediators, including cytokines, chemokines, free radicals, prostaglandins, growth and transcription factors, microRNAs, and enzymes as, cyclooxygenase and matrix metalloproteinase, collectively acts to create a favorable microenvironment for the development of tumors. In this review are presented the main mediators of the inflammatory response and discussed the likely mechanisms through which, they interact with each other to create a condition favorable to development of cancer.

**Keywords** Inflammation and cancer · Inflammation mediators · Mechanisms of tumorigenesis

J. V. Fernandes · J. M. G. de Araújo
Post-Graduate Program in Biological Sciences, Federal University of Rio Grande do Norte, Natal, RN, Brazil

J. V. Fernandes (✉) · J. M. G. de Araújo
Department of Microbiology and Parasitology, Federal University of Rio Grande do Norte, Campus Universitário, 59072-910 Natal, RN, Brazil
e-mail: joseverissimo1951@gmail.com

R. N. O. Cobucci
Maternidade Escola Januário Cicco, Federal University of Rio Grande do Norte, Natal, RN, Brazil

C. A. N. Jatobá
Department of Pathology, Federal University of Rio Grande do Norte, Natal, RN, Brazil

T. A. A. de Medeiros Fernandes
Department of Biomedical Sciences, University of Rio Grande do Norte State, Mossoró, RN, Brazil

J. W. V. de Azevedo
Hospital Universitário, Federal University of Triângulo Mineiro, Mina Gerais, Brazil

## Abbreviations

| | |
|---|---|
| AA | Arachidonic acid |
| AP-1 | Activator protein 1 |
| APC | Antigen-presenting cell |
| cAMP | Cyclic AMP |
| CCL | Chemokine (C-C motif) ligand |
| CD | Cluster of differentiation |
| cHL | Classical Hodgkin lymphoma |
| CLRs | C-type lectin receptors |
| COX | Cyclooxygenase |
| CRC | Colorectal cancer |
| CXC | Chemokine receptors |
| DAMPs | Damage-associated molecular patterns |
| DNA | Deoxyribonucleic acid |
| ECM | Extracellular matrix |
| EGF | Epidermal growth factor |
| EGFR | Epidermal growth factor receptor |
| EMT | Epithelial-mesenchymal transition |
| FOXP3 | Forkhead box P3 |



528                                                                                                                          J.V. Fernandes et al.

| | |
|---|---|
| GPCRs | G protein-coupled |
| HPV | Human papillomavirus |
| ICC | Invasive cervical cancer |
| IFN | Interferon |
| IL | Interleukin |
| MHC | Major histocompatibility complex |
| miRNAs | MicroRNAs |
| MM | Multiple myeloma |
| MMPs | Enzymes matrix metalloproteinase matrix |
| NF-κB | Nuclear factor kappa-light-chain-enhancer of activated B cells |
| NK | Natural killer cell |
| NLRs | NOD-like receptors |
| NO | Nitric oxide |
| NSAIDs | Non-steroidal anti-inflammatory drugs |
| p53 | Tumor protein p53 |
| PAMPs | Pathogen-associated molecular patterns |
| PGs | Prostaglandins |
| PRRs | Pattern recognition receptors |
| PTGER | Prostaglandin receptor |
| PTGES | Terminal prostaglandin synthase enzyme |
| PubMed | US National Library of Medicine |
| RLRs | RIG-like receptors |
| ROS | Reactive oxygen species |
| STAT | Signal transducers and activators of transcription |
| TCR | T Cell Receptor |
| TGF | Transforming growth factor |
| Th cells | T helper cells |
| TLRs | Toll-like receptors |
| TNF | Tumor necrosis factor |
| Tregs | Regulatory T cells |
| Txs | Thromboxanes |

## Introduction

The primary functions of inflammation are rapidly destroying or isolating the underlying source of the disturbance and then restoring homeostasis so that, being regulated properly, behaves as an adaptive mechanism. One indication of this is the fact that humans with primary genetic defects in the components of inflammation have increased risk of serious infections. A similar phenomenon was observed in animals with defects in genes encoding pro-inflammatory cytokines [1]. Moreover, immunologically relevant genes whose dysfunction leads to spontaneous inflammation are not expressed under normal conditions, suggesting that the inflammatory response is suppressed to maintain health since its deregulation can have devastating effects for the host, resulting in collateral damage and pathology [2]. Thus, despite being a designed response to eliminate pathogens and other agents harmful to the host, the inflammation when deregulated or

inappropriately maintained has the potential to cause injury, necrosis, and malignant transformation [3].

Much evidence supports the hypothesis that inflammation participates in providing conditions that lead to cancer. An unresolved inflammation due to any failure in precise control of the immune response can lead to alterations in expression of cancer-related genes and posttranslational modification in cellular proteins involved in the cell cycle, DNA repair, and apoptosis favoring the development of cancer [4]. Currently, it is well established that chronic inflammation is strongly associated with several human cancers, since it leads to the release of pro-inflammatory cytokines, and other immunomodulatory, creating a favorable microenvironment for tumor progression and metastasis [5].

The inflammation generates oxidative stress, which in turn increases inflammation, so that the two are common denominators in carcinogenesis. Oxidative stress generates reactive oxygen species (ROS) that causes DNA damage and activates signaling pathways that deregulate the cell cycle and hence increase the risk of development of cancers. There is a cross-talk between these two mediators, where ROS and inflammation potentiate each other to ultimately cause cancer [6]. Thus, the inflammatory response plays key roles at different stages of tumor development, besides affecting immune surveillance. Immune cells that infiltrate into tumors establish a cross-talk with cancer cells to orchestrate interactions between different mechanisms, which together can lead to the formation of tumors. This review presents a discussion of some mediators of inflammation and the molecular events through which communication is established between immune and tumor cells, as key mechanisms regulating the effects of inflammation and immunity on tumor development.

The literature review was conducted in the electronic databases PubMed (National Institutes of Health), Scopus (Elsevier), and Web of Knowledge (Thomson Reuters), using the following keywords: carcinogenesis, Inflammation and cancer. The databases retrieved hundreds of articles, and we selected those that we thought to be most relevant to our purpose.

## Mediators Involved in the Inflammation and Carcinogenesis

The Infections and chronic inflammation contribute to about 1 in 4 of all cancer cases. Mediators of the inflammatory response, such as: cytokines, chemokines, free radicals, prostaglandins, growth factors and enzymes as cyclooxygenase (COX) and matrix metalloproteinase, can induce genetic and epigenetic changes, that result in alterations in critical pathways responsible for maintaining the normal cellular homeostasis and can leading to the development and progression to cancer [7–9].



Case 3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 168 of 333
PageID: 243367
The role of the mediators of inflammation in cancer development                                    529

Cytokines and chemokines are involved in many aspects of growth, differentiation and cell activation. Table 1 summarizes the actions of the main cytokines that play some role in the activation or regulation of the inflammatory response and that contribute in some way to the process of tumorigenesis.

Chemokines are key players of the cancer-related inflammation, whereas their respective receptors and ligands are the downstream genetic events that cause neoplastic transformation and which are abundantly expressed in chronic inflammation, increasing susceptibility to cancer. The components of the chemokine system affect different routes of tumor progression, including leukocyte recruitment, neo-angiogenesis, proliferation, survival, invasion, and metastasis of tumor cells. Preclinical and clinical trials indicate that the intervention in the chemokine system can be a valuable tool for the development of future therapeutic strategies against cancer [35].

It has been shown that the CXCR2 chemokine receptor and its ligands promote angiogenesis and leukocyte infiltration in the tumor microenvironment. In the acidic and hypoxic conditions of the tumor microenvironment, up-regulating the expression of CXCR4 creates a gradient prepared by CXCL12 for migration of tumor-associated fibroblasts (CAF). The axis CXCL12-CXCR4 facilitates metastasis to distant organs and the CCL21-CCR7 chemokine ligand-receptor pair favors metastasis to lymph nodes. These two chemokine ligand-receptor systems are common key mediators of tumor cell metastasis for several malignancies [36].

It has been shown that cancer cells secrete, or induce fibroblasts to secrete the chemokine CCL5, which acts in an autocrine or paracrine manner on tumor cells, which express their receptor (CCR5). This promotes the proliferation of these cells and recruitment of T-reg cells and monocytes to induce activation of osteoclasts and bone metastases, by inducing neoangiogenesis, and to facilitate the spread of tumor cells for distant organs. It is believed that CCL5, produced by cells of classical Hodgkin lymphoma (cHL), may represent an autocrine growth factor of the tumor cells by creating a microenvironment conducive to tumor progression, whereas CCL5 secreted by T cells or fibroblasts may represent a paracrine growth factor. TCD4+ cells expressing CD40L increase the secretion of CCL5 by cHL cells and induce secreting CCL5 by fibroblasts, which promote the recruitment of activated fibroblasts by cHL cells, which in turn recruit T-reg cells, eosinophils, and mast cells [35].

It has been observed that CXCL8, a chemokine of the CXC family, exerts its effects through signaling two G-coupled receptors, CXCR1 and CXCR2 protein. Elevated CXCL8 signaling - CXCR1 / 2 within the tumor microenvironment of various types of human cancers promotes tumor progression through the activation of signaling pathways involved in activation of proliferation, survival, angiogenesis, migration, and cell invasion, through transactivation of the epidermal growth factor receptor (EGFR) [5].

## The Role of Transcription Factors NF-κB

The NF-κB family of transcription factors has been recognized as a crucial player in many steps of cancer including initiation and progression, cooperating with multiple other signaling molecules and pathways. This action is mediated by other transcription factors such as STAT3 and p53 or the ETS-related gene ERG, which directly interacts with NF-κB subunits or affects NF-κB target genes. Crosstalk can also occur through different kinases, such as GSK3-β, p38, or PI3K, which modulate NF-κB transcriptional activity or affect upstream signaling pathways. Other classes of molecules that can also act in the integration of these mechanisms involving NF-κB are reactive oxygen species and miRNAs [37].

It is well known that NF-κB regulate the expression of numerous cytokines and adhesion molecules which are critical elements involved in the regulation of immune responses [38]. Furthermore, it coordinates the central signaling pathways of activation of the innate and adaptive immune responses, and that STAT3 regulates the expression of various genes in response to cellular stimuli, playing a key role in cell growth and apoptosis. It has been shown that STAT3 is constitutively activated in many human cancers, including gastric cancer and plays crucial roles in modulating proliferation and survival, cancer cells as well as creating a favorable microenvironment to the formation of metastasis [39].

The activation and interaction between STAT3 and NF-κB have been widely investigated in human cancers such as colon, stomach, and liver cancers. It has been shown that the interaction between these two transcription factors play a vital role in controlling the communication between inflammatory cells and cancerous cells. NF-κB and STAT3 are the main two factors that control the capacity of pre-neoplastic and malignant tumor cells to resist immune surveillance by regulating apoptosis, angiogenesis, and tumor invasion. The understanding of the molecular mechanisms of NF-κB and STAT3 cooperation in cancer development will provide opportunities for the design of new chemo-preventive and chemotherapeutic approaches [40].

## The Role of Matrix Metalloproteinase and Cyclooxygenases in the Carcinogenesis

The matrix metalloproteinases (MMPs) are members of the metzincin group of proteases, and constitute a family of zinc-dependent proteolytic enzymes that degrade various components of the extracellular matrix (ECM). Due to their broad spectrum of substrate specificity, MMPs contribute to the homeostasis of many tissues and participate in diverse physiological processes, such as bone remodeling, angiogenesis, wound healing, and immunity. However, the unregulated

530                                                                                    J.V. Fernandes et al.

**Table 1** The role of some cytokines in cancer

| Cytokine | Role in cancer development | Ref. |
|---|---|---|
| Interleukin-1β (IL-1β) | Supression of p53 expression; Cancerous epithelial cells uses IL-1β as a communication factor instructing stromal fibroblasts, whose expression of p53 was suppressed, creating an inflammatory microenvironment and protumorigenic | [10] |
| Tumor necrosis factor-α (TNF-α) | Creation of a tumor microenvironment that stimulates the growth and survival of tumor cells through the induction of gene encoding NF-κB dependent antiapoptotic molecules. Furthermore, It cause inflammatory cell infiltration in tumors and promotes angiogenesis, invasion and migration of tumor cell, and suppress cytotoxic T lymphocytes and activated macrophages. TNF-α also contributes to the initiation of tumors through the stimulation of production of genotoxic molecules such as nitric oxide (NO) and ROS, which may cause DNA mutations | [11–13] |
| Transforming growth factor-β (TGF-β) | TGF-β is essentially an inhibitory cytokine with an anti-inflammatory and immunosuppressive action, and has a central role in the proliferation and function of Treg cells. Changes in its signaling pathways are often observed in human cancer. These alterations attenuate the TGF-β tumor suppressive effects, promoting tumor progression and metastasis. The carcinoma often secrete this cytokine in excess, resulting in increased epithelial-mesenchymal transition with tissue invasion and metastasis. | [14–16] |
| Interleukin-6 (IL-6) | Stimulation of angiogenesis, promotion of cell proliferation and increased survival of malignant cells, besides inhibit the apoptosis of cancer cells. Clinical studies have shown that high serum levels of IL-6 are associated with advanced stages of various cancers. | [17, 18] |
| Interleukin-10 (IL-10) | Inhibition of IFN-γ production by Th1 cells as well as production of inflammatory cytokine, including TNF-α, IL-6, and IL-12. Therefore, it is involved in the inhibition of tumor development and progression. However, depending on the context in witch it acts, this cytokine can have action against or favorable to development of tumor. Its presence in the inflammatory microenvironment of the tumor can eliminate the anticancer action of the Th1 response. On the other hand, IL-10 and Tregs also suppress the activity of Th17, which is associated with poor prognosis in several types of cancer. | [19–25] |
| Interleukin-17 (IL-17) | Induction of many proinflamatory mediators, including TNF-α, IL-1β, and IL-6, suggesting a role in locating and amplifying the inflammation. Besides, several studies have shown large amounts of Th17 cells infiltrated in tumors and high levels of expression of IL-17 in the serum of patients with several types of tumors, suggesting an important role in the tumorigenesis. The Th17/Treg balance was also broken in the peripherical blood of cervical cancer patients. | [26–28] |
| Interleukin-12 (IL-12) | IL-12 has a protective activity against cancer, acting to prevent initiation, growth, and metastasis of tumors. It stimulates the cytotoxic activity and production of IFN-γ and TNF-α from NK and TCD8 cells, promoting a TH1 immune response, besides an antiangiogenic function. Recently, it has become evident the balance between IL-12 and IL-23 (a promoter of Th17 immune response) is important in the carcinogenesis process. | [29, 30] |

**Table 1** (continued)

| Cytokine | Role in cancer development | Ref. |
|---|---|---|
| Interleukin-18 (IL-18) | IL-18 acts in synergy with IL-12 to induces Th1 immune response against cancer. The systemic administration of IL-18 has been chown to have significant antitumor activity in several preclinical animal models. However, its expression and secretion has been observed in several types of immune cells promoting cancer. Its levels has also been elevated in patients with squamous cell carcinoma of the skin. | [31–34] |

activity of MMPs leads to pathological conditions such as arthritis, inflammation, and cancer [41, 42].

They are key regulators of ECM and basement membranes, contributing to the development and progression of human malignant tumors due to their interaction with the receptors for growth factors, cytokines, chemokines, cell adhesion molecules, apoptotic ligands, and angiogenic factors [43, 44].

There are several different types of MMPs, including MMP-1, MMP −2, MMP-3, MMP-7, MMP-8, MMP-9, MMP-12, MP-13, and MT1-MMP, which are stimulated and activated by various mechanisms in vascular tissues. Once activated, MMPs degrade ECM proteins and other related signaling molecules, promoting abnormal angiogenesis and remodeling of vascular tissue, and facilitating recruitment of stem / progenitor cells, endothelial cells (ECs), and vascular smooth muscle cells (VSMCs). The changes in the behavior of these cells contribute to the pathogenesis of various disorders [43].

MMPs regulate inflammation by substrate processing of a range of novel substrates including chemokines, growth factors, receptors, binding proteins, proteases, protease inhibitors, and extra-and intracellular multifunctional proteins [45]. MMP-1 and MMP-13 are collagenases that degrade ECM, especially the collagens of type I, II, and III, which are the main components of the interstitial stroma. In colorectal cancer (CRC), the expression of MMP-1 is correlated with a more advanced stage of disease and with poor prognosis. It has been observed that the level of invasion of the lymph nodes by metastasis in CRC were associated with elevated levels of MMP-1. It has been shown that the expression of MMP-13 may be related to tumor biological aggressiveness and used to aid in predicting patient's poor prognosis. In fact, the expression MMP-13 expression was correlated with the decreased survival of patients with CRC [46].

MMP-2 and MMP-9 are gelatinases whose main substrate is type IV collagen and gelatin, but they also have proteolytic activity against other extracellular matrix molecules. Higher levels of expression of these enzymes were found in the plasma of patients with CRC that have metastasis in lymph nodes compared with those without lymph node metastases. MMP-7 is a matrilysin whose expression has been observed in about 80 % of all cases of CRC, and its serum levels are associated with the progression of CRC and decreased survival rate. MMP-7 promotes cancer invasion through cleavage of ECM proteins and activates other MMPs, including proMMP-2 and proMMP-9, to promote invasion of cancer cells. MMP-12 is a metalloelastase expressed predominantly in the macrophage, and it is able to degrade many different substrates and seems to have a protective function in CRC, since its inhibition was considered potentially harmful to the patient with this pathology [44].

On the other hand, the cyclooxygenases are enzymes that convert free arachidonic acid (AA) into prostanoids, including prostaglandins (PGs) and thromboxanes (Txs). There are two isoforms of COX designated, COX-1 and COX-2, being COX-2 the most strongly linked to development and progression of cancer [47, 48]. High expression levels of COX-2 are found in the tissue of colorectal cancer (CRC) and are associated with less survival of patients with CRC [49]. The clinical and epidemiological studies and animal experiments indicate that non-steroidal anti-inflammatory drugs (NSAIDs) are among the most promising chemopreventive agents for this disease. The NSAIDs exert their anti-inflammatory and antitumor effects mainly by inhibiting the action of COX-2, leading to reduced production of prostaglandins [50].

In cells of invasive cervical cancer (ICC), E5, E6, and E7 HPV 16 oncogenes were able to induce the COX/ prostaglandin inflammatory axis by increasing the expression of the COX-2 gene [9]. This suggests a direct link between HPV oncogene and activation of an inflammatory response, a potent factor in promoting cancer. Thus, although the initial HPV infection is not associated with inflammation, it is believed that, after integration of the virus into the cell genome, viral persistence occurs, followed by malignant transformation of the infected cell. This occurs due to the activation of inflammatory pathways such as COX-prostaglandin promoting an infiltration of inflammatory and immune cells, creating a favorable microenvironment for tumor progression [51].

Both COX 1 and 2 are significantly represented in cells of ICC, and the products of HPV oncogene and of the PGE2 gene can regulate the expression of the prostaglandin receptor (PTGER) [52]. Furthermore, it was demonstrated that E5 of



the HPV16 protein regulates the expression of PTGER4 in cells of ICC in a way that is dependent on PGE2 production of cyclic AMP (cAMP). This suggests that increased levels of PGE2 on ICC may regulate the function of neoplastic cells in an autocrine or paracrine manner, through the expression of high levels of PTGER2 and PTGER4 prostaglandin receptors [53].

## The Role of microRNAs in the Carcinogenesis

MicroRNAs (miRNAs) are small noncoding single-stranded RNAs, which are highly conserved during evolution, and controls the gene expression by degrading the corresponding mRNA, destabilizing and/or inhibition their translation [54]. They have been implicated in the regulation of almost all aspects of cellular functions, including the immune responses, innate and adaptive. miRNAs are involved in many types of inflammatory responses and have a significant impact on the magnitude of the responses. Furthermore, they participate of many regulatory networks of genes whose dysfunctions are associated with human diseases such as cancer [55, 56].

The expression of miRNAs is tightly controlled both spatially and temporally. Although some of them may function as tumor suppressors, the aberrant expression of these molecules has been correlated with various types of human cancers [57]. Besides, several miRNAs are involved in many types of inflammatory response. This is done in two main ways: by affecting development of subpopulations of inflammatory cells such as Th2 and Th17, or by setting the level of immune cell function, e.g., controlling the amount of cytokine produced by DCs [58].

Some miRNAs are expressed in activated T lymphocytes, and each miRNA represses its specific targets, which are often transcription factors specific for a given cell line. This may determines the type of inflammatory T cells produced during inflammation. Specific miRNAs, such as miR-155 and miR-146a, expressed in inflammatory cells, have as targets signaling proteins that regulate the intensity of the inflammatory signal. Ideally, the signaling results in a transient inflammatory response that eliminates the infection without harming the host. The lack of certain miRNAs, such as miR-155, can reduce the magnitude of the immune response, resulting in immunodeficiency. On the other hand, the constant overexpression of miR-155 or deletion of miR-146a can cause a chronic inflammatory condition in which inflammation is not resolved [59].

The expression of miR-21, miR-155, and miR125b is controlled by an undetermined amount of immune signals, the most prominent being TLR, TNF-α, and other cytokines that bind the functions of these miRNAs with inflammatory events [60]. The inflammation modulates the expression of microRNAs that influence the production of several tumor-related messenger RNAs or proteins. These molecular events induced by chronic inflammation contributes to alter important pathways involved in normal cellular function, and hence strengthen the role of inflammation in cancer development [61]. miR-21 is unregulated, both in vitro and in vivo, by oncogenes RAS or SRC, the most frequently activated in human cancers [62].

Among the mechanisms used by miRNAs to promote the initiation and progression of tumors are those that affect the modulation of TLR, cytokines, and their signaling pathways, they also play an important role in the development of cancers associated with infectious agents. The infections with various pathogens induce changes in the expression of miRNAs functionally related to the mounting of the innate immune response. Thus, they are involved in the regulation of the survival and proliferation of immunocompetent cells responsible for the control of infections. The miRNAs miR-21, miR-125, and miR-155 are the most frequently expressed during infection and therefore have a potential role in carcinogenesis induced by infectious agents. It has been shown that overexpression of miR-21 and miR-182 is associated with carcinogenesis associated with HPV with high oncogenic potential [60, 63].

A recent study identified one inflammatory pathway mediated by microRNA that is epigenetically repressed in breast cancers. A high-throughput screen for signal transducer and activator of transcription 3 (STAT3)–regulated microRNAs revealed the microRNA miR-146b as a direct STAT3 target in mammary epithelial cells, but DNA methylation in its promoter area suppressed miR-146b expression in cancer cells. It was observed that deregulated expression of miR-146a and miR-155, facilitates the development of proinflammatory phenotype of Tregs via increased STAT1 activation [64]. Overexpression of miR-146b suppresses NF-kB in an IL-6-dependent manner. The subsequent STAT3 activation decreased invasiveness phenotype in breast cancer cells [65, 66]. It has been proposed that carcinogenesis induced by inflammatory response triggered by miRNA, in colon cancer is related to dysregulation of colon cells and leukocytes, with impact on proteins involved in the PI3K/Atk signaling pathway, thereby contributing to cancer cell proliferation and tumor growth [67].

## Conclusions

Chronic inflammation arising of infections or of autoimmune disease precedes development of tumors, suggesting that inflammatory response plays an important role in the tumorigenesis process. Studies show that chronic inflammation can contribute to initiation, promotion, growth, and invasion of tumors, through of oncogenes activation, induction of mutations, loss of the mechanisms of cell cycle control, and of DNA repair, generating a genomic instability which, together



with angiogenesis and tissue remodeling, contributes to development about 1 in 4 cases, of cancer. The mediators of inflammatory response coordinates the central signaling pathways of activation of the innate and adaptive immune responses, and affect various aspects of inflammation, by activating involved genes in survival and proliferation of cells. Also promotes processing the extracellular matrix proteins and other related signaling molecules, causing abnormal angiogenesis and remodeling of vascular tissue, facilitating recruitment and activation or suppression cells of the immune system. Thus, a large variety of inflammatory mediators act together through a complex network of communication through which, they interact with each other's, of synergistic or antagonistic way, to break the cellular homeostasis, creating favorable conditions for initiation, progression and invasion of tumors. Understanding the mechanisms involved in activation, migration and infiltration of immune cells into tumors, as well as the role of a range of mediators of inflammation in the crosstalk of the immune cells with cancer cells, and the molecular events that mediate this dialog, is of great importance to find ways of intervene in this complex network of events, in order to prevent or interrupt the process of tumorigenesis.

**Conflict of Interest**   All authors state that there are no conflicts of interest to be declared. No financial support was requested or received in the production of this paper.

# References

1. Martinon F, Mayor A, Tschopp J (2009) The inflammasomes: guardians of the body. Annu Rev Immunol 27:229–265
2. Ashley NT, Weil ZM, Nelson RJ (2012) Inflammation: mechanisms, costs, and natural variation. Annu Rev Ecol Evol Syst 43:385–406
3. Bermejo-Martin JF, Martín-Loeches I, Bosinger S (2014) Inflammation and infection in critical care medicine. Mediat Inflamm 2014:456256. doi:10.1155/2014/456256
4. Eiró N, Vizoso FJ (2012) Inflammation and cancer. World J Gastrointest Surg 4(3):62–72
5. Campbell LM, Maxwell PJ, Waugh DJ (2013) Rationale and means to target pro-inflammatory interleukin-8 (CXCL8) signaling in cancer. Pharmaceuticals 6(8):929–959
6. Kaushal N, Kudva AK (2013) Oxidative stress and inflammation: the lesser of two evils in carcinogenesis. PostDoc J 1(2):89–101
7. Parks WC, Wilson CL, López-Boado YS (2004) Matrix metalloproteinases as modulators of inflammation and innate immunity. Nat Rev Immunol 4(8):617–629
8. Hussain SP, Harris CC (2007) Inflammation and cancer: an ancient link with novel potentials. Int J Cancer 121(11):2373–2380
9. Adefuye A, Sales K (2012) Regulation of inflammatory pathways in cancer and infectious disease of the cervix. Scientifica (Cairo) 2012:548150
10. Allavena P, Germano G, Marchesi F, Mantovani A (2011) Chemokines in cancer related inflammation. Exp Cell Res 317(5):664–673
11. Raman D, Baugher PJ, Thu YM, Richmond A (2007) Role of chemokines in tumor growth. Cancer Lett 256(2):137–165
12. Hoesel B, Schmid JA (2013) The complexity of NF-κB signaling in inflammation and cancer. Mol Cancer 12:86. doi:10.1186/1476-4598-12-86
13. Liang Y, Zhou Y, Shen P (2004) NF-kappaB and its regulation on the immune system. Cell Mol Immunol 1(5):343–350
14. Wu LJ, Li HX, Luo XT et al (2014) STAT3 activation in tumor cell-free lymph nodes predicts a poor prognosis for gastric cancer. Int J Clin Exp Pathol 7(3):1140–1146
15. Fan Y, Mao R, Yang J (2013) NF-κB and STAT3 signaling pathways collaboratively link inflammation to cancer. Protein Cell 4(3):176–185
16. Gomis-Rüth FX (2009) Catalytic domain architecture of metzincin metalloproteases. J Biol Chem 284(23):15353–15357
17. Löffek S, Schilling O, Franzke CW (2011) Biological role of matrix metalloproteinases: a critical balance. Eur Respir J 38:191–208
18. Walter L, Harper C, Gar P (2013) Role of matrix metalloproteinases in inflammation/colitis-associated colon cancer. Immuno-Gastroenterology 2(1):22–28
19. Chen Q, Jin M, Yang F, Zhu J, Xiao Q, Zhang L (2013) Matrix metalloproteinases: inflammatory regulators of cell behaviors in vascular formation and remodeling. Mediat Inflamm 2013:928315. doi:10.1155/2013/928315
20. Butler GS (2000) Overall CM (2013) Matrix metalloproteinase processing of signaling molecules to regulate inflammation. Periodontol 63(1):123–148
21. Said AH, Raufman JP, Xie G (2014) The role of matrix metalloproteinases in colorectal cancer. Cancers 6(1):366–375
22. Zyada MM, Shamaa AA (2008) Is collagenase-3 (MMP-13) expression in chondrosarcoma of the jaws a true marker for tumor aggressiveness? Diagn Pathol 3:26. doi:10.1186/1746-1596-3-26
23. Zha S, Yegnasubramanian V, Nelson WG, Isaacs WB, De Marzo AM (2004) Cyclooxygenases in cancer: progress and perspective. Cancer Lett 215(1):1–20
24. Cathcart MC, O'Byrne KJ, Reynolds JV, O'Sullivan J, Pidgeon GP (2012) COX-derived prostanoid pathways in gastrointestinal cancer development and progression: novel targets for prevention and intervention. Biochim Biophys Acta 1825(1):49–63
25. Asting AG, Carén H, Andersson M, Lönnroth C, Lagerstedt K, Lundholm K (2011) COX-2 gene expression in colon cancer tissue related to regulating factors and promoter methylation status. BMC Cancer 11:238. doi:10.1186/1471-2407-11-238
26. Wang D, Dubois RN (2010) The Role of COX-2 in intestinal inflammation and colorectal cancer. Oncogene 29(6):781–788
27. Sharkey DJ, Tremellen KP, Jasper MJ, Gemzell-Danielsson K, Robertson SA (2012) Seminal fluid induces leukocyte recruitment and cytokine and chemokine mRNA expression in the human cervix after coitus. J Immunol 188(5):2445–2454
28. Sales KJ, Katz AA, Howard B et al (2002) Cyclooxygenase-1 is upregulated in cervical carcinomas: autocrine/paracrine regulation of cyclooxygenase-2, prostaglandin e receptors, and angiogenic factors by cyclooxygenase-1. Cancer Res 62:424–432
29. zur Hausen H (2009) Papillomaviruses in the causation of human cancers - a brief historical account. Virology 384(2):260–265
30. Ahmad J, Hasnain SE, Siddiqui MA, Ahamed M, Musarrat J, Al-Khedhairy AA (2013) MicroRNA in carcinogenesis & cancer diagnostics: a new paradigm. Indian J Med Res 137(4):680–694
31. Croce CM (2009) Causes and consequences of microRNA dysregulation in cancer. Nat Rev Genet 10:704–714
32. Ostermann E, Laventie JR, Pfeffer S, Bahram S, Sprauel PS, Georgel P (2013) MicroRNAs: Fine-turners of type-I interferon-dependent inflammatory responses. Curr Trends Immunol 14:35–44
33. Tili E, Michaille JJ, Croce CM (2013) MicroRNAs play a central role in molecular dysfunctions linking inflammation with cancer. Immunol Rev 253(1):167–184
34. Shivdasani RA (2006) MicroRNAs: regulators of gene expression and cell differentiation. Blood 108(12):3646–3653

35. Yeung ML, Jeang KT (2011) MicroRNAs and cancer therapeutics. Pharm Res 28(12):3043–3049

36. O'Connell RM, Rao DS, Baltimore D (2012) MicroRNA regulation of inflammatory responses. Annu Rev Immunol 30:295–312

37. Chiba T, Marusawa H, Ushijima T (2012) Inflammation-associated cancer development in digestive organs: mechanisms and roles for genetic and epigenetic modulation. Gastroenterology 143(3):550–563

38. Schetter AJ, Okayama H, Harris CC (2012) The role of microRNAs in colorectal cancer. Cancer J 18:244–252

39. Tang T, Wong HK, Gu W et al (2013) MicroRNA-182 plays an onco-miRNA role in cervical cancer. Gynecol Oncol 129(1):199–208

40. Zhou Q, Haupt S, Kreuzer JT et al (2014) Decreased expression of miR-146a and miR-155 contributes to an abnormal Treg phenotype in patients with rheumatoid arthritis. Ann Rheum Dis. doi:10.1136/annrheumdis-2013-204377

41. Iliopoulos D (2014) MicroRNA circuits regulate the cancer-inflammation link. Sci Signal 7(318):pe8. doi:10.1126/scisignal.2005053

42. Josse C, Bouznad N, Geurts P et al (2014) Identification of a microRNA landscape targeting the PI3K/Akt signaling pathway in inflammation-induced colorectal carcinogenesis. Am J Physiol Gastrointest Liver Physiol 306(3):G229–G243

43. Schauer IG, Zhang J, Xing Z, Guo X, Mercado-Uribe I, Sood AK, Huang P, Liu J (2013) Interleukin-1β promotes ovarian tumorigenesis through a p53/NF-κB-mediated inflammatory response in stromal fibroblasts. Neoplasia 15(4):409–420

44. Lou JL, Maeda S, Hsu LC, Yagita H, Karin M (2004) Inhibition of NF-kappaB in cancer cells converts inflammation-induced tumor growth mediated by TNF-α to TRAIL-mediated tumor regression. Cancer Cell 6(3):297–305

45. Waters JP, Pober JS, Bradley JR (2013) Tumour necrosis factor and cancer. J Pathol 230(3):241–248

46. Hussain SP, Hofseth LJ, Harris CC (2003) Radical causes of cancer. Nat Rev Cancer 3(4):276–285

47. Lebrun JJ (2012) The dual role of TGF-β in human cancer: from tumor suppression to cancer metastasis. ISRN Mol Biol 2012:381428. doi:10.5402/2012/ 381428

48. Elliott RL, Blobe GC (2005) Role of transforming growth factor beta in human cancer. J Clin Oncol 23(9):2078–2093

49. Chen W, Konkel JE (2010) TGF-beta and 'adaptive' Foxp3(+) regulatory T cells. J Mol Cell Biol 2(1):30–36

50. Visperas A, Do JS, Bulek K, Li X, Min B (2014) IL-27, targeting antigen-presenting cells, promotes Th17 differentiation and colitis in mice. Mucosal Immunol 7(3):625–633

51. Guo Y, Xu F, Lu T, Duan Z, Zhang Z (2012) Interleukin-6 signaling pathway in targeted therapy for cancer. Cancer Treat Rev 38(7):904–910

52. Vicari AP, Trinchieri G (2004) Interleukin-10 in viral diseases and cancer: exiting the labyrinth? Immunol Rev 202:223–236

53. Mocelin S, Marincola FM, Young HA (2005) Interleukin-10 and the immune response against cancer: a counterpoint. J Leukoc Biol 78:1043–1051

54. Driessler F, Venstrom K, Sabat R, Asadullah K, Schottelius AJ (2004) Molecular mechanisms of interleukin-10-mediated inhibition of NF-kappaB activity: a role for p50. Clin Exp Immunol 135(1):64–73

55. Pattison MJ, MacKenzie KF, Arthur JS (2012) Inhibition of JAKs in macrophages increases lipopolysaccharide-induced cytokine production by blocking IL-10-mediated feedback. J Immunol 189(6):2784–2792

56. Sato T, Terai M, Tamura Y, Alexeev V, Mastrangelo MJ, Selvan SR (2011) Interleukin 10 in the tumor microenvironment: a target for anticancer immunotherapy. Immunol Res 51(2–3):170–82

57. Cope A, Le Friec G, Cardone J, Kemper C (2011) The Th1 life cycle: molecular control of IFN-γ to IL-10 switching. Trends Immunol 32(6):278–286

58. Stewart CA, Metheny H, Iida N et al (2013) Interferon-dependent IL-10 production by Tregs limits tumor Th17 inflammation. J Clin Invest 123(11):4859–4874

59. Shigehara K, Shijubo N, Ohmichi M et al (2001) IL-12 and IL-18 are increased and stimulate IFN-γ production in sarcoid lungs. J Immunol 166(1):642–649

60. Wong JL, Berk E, Edwards RP, Kalinski P (2013) IL-18-primed helper NK cells collaborate with dendritic cells to promote recruitment of effector CD8+ T cells to the tumor microenvironment. Cancer Res 73(15):4653–4662

61. Srivastava S, Salim N, Robertson MJ (2010) Interleukin-18: biology and role in the immunotherapy of cancer. Curr Med Chem 17(29):3353–3357

62. Palma G, Barbieri A, Bimonte S, Palla M, Zappavigna S, Caraglia M, Ascierto PA, Ciliberto G, Arra C (2013) Interleukin 18: friend or foe in cancer. Biochim Biophys Acta 1836:296–303

63. Miossec P (2009) IL-17 and Th17 cells in human inflammatory diseases. Microbes Infect 11(5):625–630

64. Xiang T, Long H, He L, Han X, Lin K, Liang Z, Zhuo W, Xie R, Zhu B (2013) Interleukin-17 produced by tumor microenvironment promotes self-renewal of CD133+ cancer stem-like cells in ovarian cancer. Oncogene. doi:10.1038/onc.2013.537

65. Chen WC, Lai YH, Chen HY, Guo HR, Su IJ, Chen HH (2013) Interleukin-17-producing cell infiltration in the breast cancer tumour microenvironment is a poor prognostic factor. Histopathology 63(2):225–233

66. Chen Z, Ding J, Pang N, Du R, Meng W, Zhu Y, Zhang Y, Ma C, Ding Y (2013) The Th17/Treg balance and the expression of related cytokines in Uygur cervical cancer patients. Diagn Pathol 8:61. doi:10.1186/1746-1596-8-61

67. Ngiow SF, Teng MW, Smyth MJ (2013) Balance of interleukin-12 and −23 in cancer. Trends Immunol 34(11):548–555



# Exhibit 81

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

IN RE JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION

*THIS DOCUMENT RELATES TO ALL CASES*

MDL NO. 16-2738 (MAS) (RLS)

**SECOND AMENDED RULE 26 EXPERT REPORT OF**
**SHAWN LEVY, PHD**

Dated: May 28, 2024

_____
Shawn Levy, PhD

The following amended report is provided pursuant to Rule 26 of the Federal Rules of Civil Procedure. My opinions are as follows:

## I.    Qualifications and Background

I am the Chief Scientific Officer at Element Biosciences and formerly the Chief Scientific Officer of Discovery Life Sciences. In my current role, I focus on developing disruptive DNA sequencing technology on the AVITI platform.  My work is centered around applications, methodology, and product strategy for use in research and the commercial market, as well as research partnerships and collaboration with academia, industry, and commercial entities.  This work includes performance assessment for DNA sequencing and developing techniques for testing and diagnosing patients with undiagnosed and rare diseases.  I also have ongoing topical research with collaborations in various areas such as changes in immune cell gene expression with environmental changes, genetic risk and sex differences in brain disorders, use of AI in genome interpretation, transcriptome changes in COVID-19 patients, alternative splicing in betacoronaviruses, and transcriptome analyses during immune surveillance and cell proliferation.

I was the founding director of the Genomic Services Laboratory and a faculty investigator at the HudsonAlpha Institute for Biotechnology. I previously served as executive director of the HudsonAlpha Clinical Services Laboratory, LLC, which I launched in 2014. I am adjunct faculty in the Department of Genetics and Department of Epidemiology at the University of Alabama at Birmingham, adjunct faculty in the Department of Biological Sciences at the University of Alabama at Huntsville. Prior to joining the faculty at HudsonAlpha, I was a faculty member in the Department of Molecular Physiology and Biophysics and the Department of Biomedical Informatics at Vanderbilt University Medical Center from 2000 until 2009. I began at the rank of Research Assistant Professor and advanced to Assistant Professor prior to joining HudsonAlpha in 2009.  I continued my appointment at Vanderbilt as an Adjunct Associate Professor of Biomedical Informatics after joining HudsonAlpha's faculty.

My academic positions were continuously funded, primarily from the NIH, for nearly 20 years. My extramural funding support has been in excess of $100M and I have been a principal investigator in programs such as the Gabriella Miller Kids First Program and the All of Us

Research Program. I have been an author or co-author on over 200 peer-reviewed publications that have over 55,000 citations. I serve as an ad hoc reviewer for scientific journals, including Nature, Nature Genetics, Science, Cell, Genome Research, and several others. I have been a co-chair of the Genomics Working Group of the American Medical Informatics Association, a community of scientists and healthcare professionals that work to facilitate collaboration and share knowledge across a continuum, from basic and applied research to the consumer and public health arenas.

I received my Ph.D. in biochemistry and completed a postdoctoral fellowship in genetics at Emory University in Atlanta, where I set up a microarray facility at the Emory Center for Molecular Medicine. My education, training, and experience are further set forth in my Curriculum Vitae (CV), attached to this report as **Exhibit A**.

As detailed in my CV, my research activities have examined several fundamental questions in human cancer, such as the role of viral infection in head and neck cancer, the role of genetic mutation in risk for secondary cancer events following initial treatment, the genetics of B-cell lymphoma, hepatosplenic T-cell lymphoma and malignant melanoma, and the role of STAT3 in triple-negative breast cancer. As the founding and Executive Director of the HudsonAlpha Clinical Services Laboratory, I engaged in research interests and responsibilities in the clinical use of genetic testing for cancer risk and treatment stratification. HudsonAlpha launched the Information is Power campaign and provided genetic testing for breast and ovarian cancer risk to women across Alabama free of charge. My lab at HudsonAlpha supported the Alabama Genomics Health Initiative, which tests for genetic risks and carrier status for several diseases, including breast and ovarian cancer. This body of work in basic and clinical research, in combination with earlier epidemiological work in the Shanghai Women's Health study, provides the experience, education, and expertise to develop this report.

I have been retained to describe the role of genetics in the pathogenesis of cancer in general and specifically ovarian cancer. I have been asked to assess whether perineal use of talcum powder products induces a biologically plausible mechanism or mechanisms that result in ovarian cancer. Lastly, I have been asked to evaluate the genetic testing results of six individual plaintiffs and to opine on the impact, if any, the results had on their development of ovarian cancer.

My report consists of a review of existing works and materials from various sources, including primary literature, review articles, and other cited sources, and my conclusions regarding

this cause-and-effect relationship. My opinions are based on assessing and weighing the totality of the evidence, including relevant literature and available documentation, and my experience as a geneticist and scientific researcher. The methodology I have used to reach my opinions in this case is generally accepted in the scientific community and is the same methodology I use in my research and other professional activities.

My opinions below are held to a reasonable degree of scientific certainty. My opinions reflect my sole and independent judgment at the time of this report.

A list of the materials I have considered is attached to this report as **Exhibit B**.  My billing rate is $500 per hour. I have not testified by deposition or at trial during the last four years.

## II.    Cancer Overview

Cancer has become a descriptor that is ubiquitously used but describes an extraordinarily complex and diverse collection of medical conditions. Cancer is also a word representing an amazingly complicated and often misunderstood collection of diseases. Cancer is a disease of unregulated cell growth at the most basic level. Cancer's simplicities end with that brief description. From conception until death, humans experience an unending cycle of cell growth, differentiation, and death. As infants grow to children and then to adults, there is an array of growth processes that occur that represent the milestones of development and maturation, many of which continue throughout adulthood. These processes are an orchestra of highly coordinated and regulated events with essential checks and balances. When those highly regulated processes are defective or the checks and balances malfunction, the growth of the cells can become unregulated. Which tissue or cells become unregulated, and precisely what process is impacted defines the type of cancer and its progression. Some cancer types can be aggressive and highly metastatic when unregulated cells invade other body parts and destroy organs and tissues. Other types of cancer remain restricted to specific organs or cell types and may be less aggressive.

The DNA within our cells provides the genetic code or instructions to create the cells, tissues, and organs that make humans. Subtle changes in that code lead to the diversity of people worldwide, while more substantial changes in that code create the diversity of life forms around us, from the smallest bacteria to the largest plants and animals. All cells have one set of instructions that provides the information for cells to divide, tissues to grow, and how cells should die.

4

### III.    The Role of Gene Mutations in the Development of Cancer

Cancer is a general term used to describe conditions of unregulated cell growth that disrupt normal cellular and organ processes. Changes in cell growth lead to a wide variety of disease phenotypes that make up the diversity of cancers. Cancers are typically dictated by the tissue origin of the unregulated growth and the extent of metastasis to other tissues or organs. Cancer is a disease caused by DNA changes (mutations) that disrupt normal cell growth and regulation. Our DNA is organized into thousands of individual genes, each containing a specific subset of instructions telling the cell what functions to perform and how to grow and divide. Mutations that cause cancer most commonly disrupt the regulation of the cell cycle (i.e., stages of cell growth and division). The following classifications of mutations are commonly found in cancer, but many other gene mutations can also contribute.

Increasing cell growth and division. A gene mutation can initiate rapid cell growth and division, resulting in many new cells with the same mutation. Proto-oncogenes are a group of genes that regulate cell growth, differentiation, division, and death. When a proto-oncogene is mutated, it can become an oncogene that then instructs the cell to grow rapidly in an unregulated manner.

Loss of growth inhibition. A gene mutation can result in the renewed growth of a previously quiescent cell. Normal cells regulate their division so that the human body contains the appropriate number of each cell type. When the tumor suppressor genes that provide this inhibitory control become mutated, cells become cancer cells and continue to grow and amass. An example of one such gene is *TP53*, which is discussed in more detail below.

Loss of DNA repair. Gene mutations can also affect the genes that proofread DNA and fix mutations before they can have a detrimental effect. DNA repair genes detect errors in cellular DNA and correct them. A mutation in a DNA repair gene may mean that other errors aren't corrected, leading cells to become cancerous through unchecked replication of damaged cells. Examples of DNA repair genes include *BRCA1* and *BRCA2*, which are discussed in more detail below.

Gene mutations can be classified by when they occur.

5

1) <u>Inherited gene mutations</u>:  Inherited gene mutations are those mutations an individual is born with and is present in all body cells. These types of mutations define traits and characteristics that have a family history. This type of mutation directly accounts for a small percentage of cancers. The indirect effects of this type of mutation are an area of active research. A growing number of genes and mutations are known to increase the risk of cancer. Specific mutations in *BRCA1* and *BRCA2* increase the risk for breast and ovarian cancer by disrupting DNA repair, for example. While additional gene mutations associated with cancer are being identified, the percentage of individuals affected by those mutations will be significantly less than those affected by *BRCA1* and *BRCA2*.

2) <u>Acquired (somatic) gene mutations</u>:  Somatic mutations are acquired after birth. Most gene mutations that directly cause cancer occur after birth and aren't inherited. Several events or exposures can cause gene mutations. These include environmental exposures such as smoking, radiation, and cancer-causing chemicals (carcinogens). Biological and lifestyle exposures such as viruses, hormones, and chronic inflammation are also known to result in cancer-causing mutations. Each exposure type has its own mechanism for increasing the risk of cancer. These mechanisms may be direct, such as radiation directly damaging DNA or asbestos causing mesothelioma, or indirect, such as an external agent causing a cellular reaction or inflammatory response that leads to DNA damage or mutation.

Both inherited and acquired gene mutations work together to cause cancer. While genetic testing has become commonplace for assessing risk for cancer and directing treatment, the catalog of oncogenes, tumor suppressor genes, and DNA repair genes make genetic testing valuable and impactful for informing patients of their genetic risk for cancer. Genetic testing generally detects inherited mutations. Genetic screening does not detect acquired gene mutations because they occur only in specific cells. Inheriting a genetic mutation that increases risk to cancer doesn't guarantee that cancer will occur.  One or more additional mutations may be needed to initiate or cause cancer, and the inherited mutation could increase the chance of metastasis or disease progression. The inherited gene mutation could increase susceptibility to cancer when someone is exposed to a specific cancer-causing substance. For example, chemical and other environmental agents, such as talcum powder products, can cause mutations that, acting along with inherited mutations, cause

6

ovarian cancer. Conversely, individuals may still develop cancer if they do not have mutations known to predispose them to cancer.

In summary, cancer does not begin and progress in a straightforward manner. Instead, it occurs on a spectrum. Transitioning from normal to metastatic disease is not a simple on/off switch. It involves numerous steps, pauses, and evolutions that vary between individuals and cancer types.

## IV.     The Role of Genetics in Ovarian Cancer

Ovarian cancer is the primary cause of death from gynecologic disease and the second most common gynecologic malignancy in the United States.[1]  Since the pathogenesis, treatment, and clinical courses are similar, the term "ovarian cancer" often includes ovarian epithelial cancer, fallopian tube cancer, and peritoneal cancers. Researchers now believe most of these cancers originate in the distal portion of the fallopian tube (Levanon, Crum and Drapkin 2008). The significant mortality is primarily associated with late diagnosis and resistance to therapy (Bowtell 2010). Epithelial ovarian cancer (EOC) includes most malignant ovarian neoplasms (Chan, Cheung et al. 2006) that can be classified based on morphologic and molecular genetic features into the following types: serous (OSC; low and high grade), endometrioid (EC), clear cell (OCCC) and mucinous (MC) carcinomas.

Certain specific genetic and transcriptional signatures are associated with each histological subtype. Low-grade OSC cases generally have genetic alterations in *BRAF*, *KRAS*, *NRAS*, and Erb-B2 Receptor Tyrosine Kinase 2 (*ERBB2*); high-grade OSC has mutations in Tumor Protein P53 (*TP53*), *BRCA1/2*, Neurofibromin 1 (*NF1*), RB Transcriptional Corepressor 1 (*RB1*), and Cyclin-Dependent Kinase 12 (*CDK12*) (Chan, Cheung et al. 2006). Homologous recombination repair of DNA damage is defective in approximately 50% of high-grade serous cancers along with alterations in signaling pathways such as PI3, Ras, Notch, and FoxM1 (Nunes and Serpa 2018).

Endometroid carcinoma (EC) subtypes are associated with mutations in AT-Rich Interaction Domain 1A (*ARID1A*), Phosphatidylinositol-4,5-Bisphosphate 3-Kinase Catalytic Subunit Alpha (*PI3KCA*), Phosphatase and Tensin Homolog (*PTEN*), Protein Phosphatase 2

---

[1] https://www.cdc.gov/cancer/ovarian/statistics/index.htm

Scaffold Subunit Alpha (*PPP2R1α*), and mismatch repair deficiency. Ovarian clear cell carcinoma (OCCC) subtypes have been found with de novo expression of *HNF1β* (Mabuchi, Kawase et al. 2009, Shen, Fridley et al. 2013) as well as inherited mutations in *ARID1A*, *PI3KCA*, *PTEN*, Catenin Beta 1 (*CTNNB1*) and *PPP2R1α*. MC comprises tumors associated with inherited mutations in *KRAS* and a high frequency of *ERBB2* amplification with overexpression of mucin-coding genes (Banerjee and Kaye 2013, Jayson, Kohn et al. 2014).

In addition to inherited mutations, environmental exposure can result in DNA changes or acquired gene mutations that lead to cancer. These sources can be from exposure to minerals such as asbestos, talc, or nickel, chemical exposures such as benzene or formaldehyde, and natural radiation sources like radon or ultraviolet light. These exposures constantly damage human DNA. Fortunately, cells have robust DNA repair mechanisms to ensure DNA damage is repaired before the DNA is replicated. These "proofreading" mechanisms react to DNA damage and stop DNA replication. The mechanisms involve checkpoint control proteins such as the p53 protein, which halts the cell cycle if DNA is damaged, thus suppressing tumor production. Cells that do not express functional p53 protein exhibit high mutation rates in response to DNA damage, accelerating the formation of tumors.

BRCA1 and BRCA2 proteins also function in the DNA repair pathway. *BRCA1* and *BRCA2* are expressed in breast and other tissue cells and help repair damaged DNA, or destroy cells if DNA cannot be repaired. They are involved in the repair of chromosomal damage resulting from double-strand breaks. BRCA1 functions as part of a protein complex called BRCA1-associated genome surveillance complex (BASC). BASC combines with several other proteins to form a large complex that senses DNA damage. BRCA2 is a complex protein that, among other things, interacts with the RAD51 protein, creating a complex vital for DNA repair (Andreassen, Seo et al. 2021).

Individuals can inherit *BRCA1*, *BRCA2*, or *TP53*[2] mutations and are termed "positive" for the gene mutation. Such mutations will detrimentally affect the ability to repair DNA or sense the presence of damaged DNA. These defects allow additional mutations to accumulate in cells, leading to a higher probability of cells becoming cancerous. *BRCA1*, *BRCA2*, and *TP53* mutations

---

[2] Genes consist of genetic information that code for functional proteins. Both the gene and the protein they code share the same alphanumeric name.  To avoid confusion, genes are italicized in text and proteins are not. For example: *BRCA1* (gene) and BRCA1 (protein).

can also be acquired in specific cells. If those cells form a tumor, the cancerous tissue can be tested for these gene mutations.

*BRCA* mutations are inherited in an autosomal dominant fashion, meaning inheriting only one copy (a monoallelic, or heterozygous mutation) results in increased cancer risk. Some individuals with a heterozygous mutation in the *BRCA1* or *BRCA2* gene will develop cancer during their lifetime, but others will not. Penetrance refers to the proportion of individuals with a genetic mutation who exhibit symptoms of the disorder. Where some carriers do not develop a disorder, as in the case of *BRCA* carriers, the condition is said to have incomplete penetrance. In such instances, additional genetic, environmental, and lifestyle factors must be present for the disorder to manifest. The lifetime risk for ovarian cancer is approximately 40 percent for *BRCA1* carriers and 15 to 20 percent for *BRCA2* carriers (Berek, Crum and Friedlander 2012, Paluch-Shimon, Cardoso et al. 2016). Therefore, the presence of mutations in the *BRCA* genes does not guarantee that carriers will get cancer. These mutations make a person more susceptible to developing cancer when exposed to a carcinogen (Park, 2018; Vitonis, 2011; Wu, 2015).

Mutations in *BRCA* genes are found in the minority of epithelial ovarian cancer cases, suggesting additional mechanisms involving other genes that predispose women to ovarian cancer. The location of the mutation within the *BRCA1* and *BRCA2* genes has been associated with different ovarian cancer risk (Thompson, Valdimarsdottir et al. 2002, Coppa, Buffone et al. 2014, Bayraktar, Jackson et al. 2015). Additionally, several common alleles, or alternate forms of a gene, have been found to modify ovarian cancer risk for *BRCA1* and *BRCA2* mutation carriers. These modifier genes alter how information from a gene is used to synthesize a final gene product (gene expression), which in turn causes a disease. They are hypothesized to act as low to moderate penetrance alleles contributing to ovarian cancer risk. (Ramus, Vierkant et al. 2008, Sellers, Huang et al. 2008, Barnes and Antoniou 2012, Saed, Diamond and Fletcher 2017). These modifiers consist of changes in the DNA called single-nucleotide variants (SNVs), resulting in a point mutation in the gene. If the mutation causes a change in protein amino acid, the mutation can result in a functionally or structurally altered protein. If the mutation does not change an amino acid or the amino acid change does not alter function or structure, the mutation may be benign. Some affected proteins are oxidants, antioxidants, or otherwise involved in regulatory pathways involving cancer risk, as discussed below.

9

Lynch syndrome is another hereditary condition that increases the risk of ovarian cancer. It is caused by mutations that impair DNA mismatch repair, and the disease is inherited in an autosomal dominant manner similar to *BRCA* mutations. As in the case of *BRCA* mutations, due to incomplete penetrance, inheriting a Lynch-associated mutation does not guarantee an individual will get cancer. Still, the risk of cancer will increase when exposed to a carcinogen.

Myriad Genetics was an early pioneer in developing commercial genetic testing for *BRCA1* and *BRCA2* mutations and predicting breast and ovarian cancer risk. As with all inherited traits, a positive family history is the strongest indicator of genetic risk alleles in an individual. Since the exact identity of those risk alleles and the magnitude of cancer risk remain unknown until testing is performed, early guidelines for testing were based on a positive family history. The availability of testing has increased, and the costs of testing have fallen. However, genetic testing remains a relatively rare practice in the general population. Since the early 1990s, advanced molecular biological technologies have allowed for the connection to be made between specific genetic mutations and the resulting hereditary cancers. The genes involved in cancer development are well established because of the large number of individuals tested and the ability to trace their genetic inheritance. The overall spectrum has additional variants and genes with minor involvement. For example, genetic testing can identify variants of unknown significance (VUS), which have insufficient or conflicting evidence associating them with a disease.  More discussion of genetic testing and variants of unknown significance is included in section VII below. The implications, if any, of those variants are difficult to discern due to their rarity, and the likelihood that their action depends upon additional specific and complex interactions that occur in rare situations involving a combination of variations and dysregulation.  The history of *BRCA1* and *BRCA2* testing serves as an important example of the complexities of cancer genetics and the challenges that still remain. This story is well summarized in a recent publication by Toland and colleagues from the Breast Cancer Information Core (BIC) Steering Committee (Toland, Brody and Committee 2019). The last decade of genetic analysis has revealed extensive genetic variation in cancer, making discerning highly penetrant driver mutations from variable passenger mutations a statistical analysis (Forbes, Beare et al. 2015, Wishart 2015).  The fact that few genes have been identified with significant effect size indicates that it is unlikely that additional genes with effects sizes like BRCA1 and 2 have been missed in breast and ovarian cancer. Therefore, it is improbable

that any emerging variants could have a single-gene effect size like known mutations such as *BRCA1* or *BRCA2*.

### V.  Response to Cellular Injury

As mentioned, the human body requires continuous cell growth and development for normal everyday health and function. Some tissues and cell types continually turn over. Our skin, blood cells, immune cells, and the cells that line our digestive tract are examples of tissues or cells that are constantly growing and replacing older or damaged cells. In the case of an injury, a complex cascade of events begins, which involves inflammation and culminates in wound healing. During tissue injury, cell proliferation is enhanced while the tissue regenerates. After the healing is complete, proliferation and inflammation subside.

If proliferating cells sustain DNA damage or mutations that alter cell growth or cell regulation, those cells may continue to proliferate in certain microenvironments. Those environments are often rich in inflammatory cells and growth factors that support cell growth. Essentially, this is like a positive feedback cycle of injury and attempted regeneration and growth. Recent studies have shown a link between inflammation associated with wound healing and ovarian cancer cell seeding (Jia, Nagaoka et al. 2018). In addition to inflammation, the innate immune response plays a role in promoting cancer development and progression. These observations are generally accepted in the scientific literature (Coussens and Werb 2002, Pardoll 2002).

### VI.  Inflammation

#### A.  The Role of Inflammation in Cancer - General

The functional relationship between cancer and inflammation was first described in the mid-1800s. Rudolf Virchow noted leucocytes in neoplastic tissues in 1863 and made a connection between inflammation and cancer (as cited in Balkwill and Mantovani, 2001). He noted that the "lymphoreticular infiltrate" was reflective of the cancer origin at sites of chronic inflammation. Research published over the last 20 years has provided a further understanding of the inflammatory microenvironment of malignant tissues and validates Virchow's hypothesis. Furthermore, the links between cancer and inflammation now have solid implications for prevention and treatment.

Macrophages are versatile immune-system cells that play various roles in health and well-being. They act in tissues and free-floating cells in the blood that engulf and digest cellular debris, foreign substances, infectious microbes, cancer cells, and anything that does not have the correct cell surface proteins to indicate a healthy cell to the body. They take various forms with various names throughout the body and have specialized tasks, including recruiting other immune cells like lymphocytes to sites of infection or acting as antigen-presenting cells to T cells. Upon activation by contact with substances foreign to the body, macrophages release small proteins called cytokines. Generally speaking, macrophages can increase or decrease inflammation depending on the cytokines released.

Tumor-associated macrophages (TAM) are a significant component of the infiltrate of most, if not all, tumors (Franklin and Li 2016). TAM derive from circulating monocytic precursors and are directed into the tumor by chemoattractant cytokines called chemokines. Tumor cells often prolong the survival of TAM by producing cytokines called colony-stimulating factors. When appropriately activated, TAM can kill tumor cells or elicit tissue destructive reactions on the vascular endothelium to disrupt blood supply to the tumor. However, TAM also produces growth and angiogenic factors and protease enzymes that degrade the extracellular matrix. Therefore, TAM can stimulate tumor-cell proliferation, promote angiogenesis, and favor invasion and metastasis (Mantovani, Bussolino and Dejana 1992, Mantovani, Bussolino and Introna 1997). Direct evidence for the importance of protease production by TAM, neutrophils, and mast cells during experimental carcinogenesis was reported more than 15 years ago (Coussens, Tinkle et al. 2000). Since that time, the report by Coussens has been cited nearly 300 times by other studies. This dual potential of TAM has been described in the literature as the "macrophage balance." (Mantovani, Bottazzi et al. 1992, Liu and Cao 2015).

### B.      The Role of Inflammation in Ovarian Cancer

Inflammation has also been shown to play a vital role in epithelial ovarian cancer. This principle is generally accepted in the scientific community and very well reviewed in the scientific literature over the last fifteen years, as the role of inflammation is typical in many types of cancer. (Pardoll 2002, Shan and Liu 2009, Mor, Yin et al. 2011, Pejovic and Nezhat 2011, Maccio and Madeddu 2012, Charbonneau, Goode et al. 2013, Kisielewski, Tolwinska et al. 2013).   The literature reviews and many direct studies feature the immune system as an essential mediator of

ovarian carcinogenesis via two models for its role in ovarian cancer: 1) chronic inflammation and 2) incessant ovulation.

1) <u>Chronic Inflammation:</u>  The chronic inflammation model of carcinogenesis proposes that chronic exposures to external or endogenous triggers of immunity (such as known carcinogens) and the persistence of immune cells cause ovarian cancer. These inflammatory triggers cause injury to surrounding epithelium, damage DNA by releasing reactive oxygen species (ROS), or produce cytokines that promote proliferation (Saed, Diamond and Fletcher 2017). One environmental exposure that induces inflammation in animal models and human lungs is talcum powder (Wehner 1994). Composed primarily of magnesium silicate (though it also contains asbestos, heavy metals, and other inflammatory agents as described below), the genital use of talcum powder has been linked to ovarian cancer risk in several studies (Ness, Grisso et al. 2000, Mills, Riordan et al. 2004, Merritt, Green et al. 2008, Wu, Pearce et al. 2009, Rosenblatt, Weiss et al. 2011, Penninkilampi and Eslick 2018).

2) <u>Incessant Ovulation:</u>  As stated in (Charbonneau, Goode et al. 2013), incessant ovulation results in damage due to rupturing of the ovulating follicle, which traumatizes the ovarian surface, causing an immediate inflammatory response and wound repair. Repeating this process of damage and epithelial proliferation to repair the wound increases the risk of malignant transformation. Epidemiologic studies beginning nearly 50 years ago have implicated an increased number of ovulations as a risk factor for ovarian cancer (Mahdavi, Pejovic and Nezhat 2006). In contrast, decreased risk of (i.e., protection from) ovarian cancer has been associated with increased parity (Adami, Hsieh et al. 1994, Modan, Hartge et al. 2001), oral contraceptive use (Narod, Risch et al. 1998), breastfeeding (Jordan, Cushing-Haugen et al. 2012) and older age at first menses (Titus-Ernstoff, Perez et al. 2001). All of these protective factors impact the number of lifetime ovulations. One of these early studies from the late 1970s, which more recent investigations have further substantiated, found protective effects of "anovulatory time" by combining information on both increased oral contraceptive use and parity as well as age at first and last menses (Casagrande, Louie et al. 1979), supporting the theory of incessant ovulation as an underlying mechanism of carcinogenesis.

As a part of the inflammatory response, macrophages induce oxidative stress by producing reactive oxygen species (ROS) and reactive nitrogen species (RNS). Typically, oxidants and antioxidants maintain a balance wherein the amount of ROS does not overwhelm the body's and antioxidants' ability to regulate them. Free radicals such as ROS and RNS are highly reactive and adversely alter DNA, proteins, and lipids (which comprise cell membranes) to promote tumor development and progression. Many cancers arise from sites with chronic irritation, infection, or inflammation. Cancer cells persist in a pro-oxidant state with excess production and ROS generation that allows for tumor initiation, promotion, and progression.

The association between exposure to pathogens and chronic inflammation in tumor promotion and progression further supports the generally understood principle that chronic inflammation plays a crucial role in the development of ovarian cancer. Examples of inflammatory conditions associated with ovarian cancer include endometriosis and pelvic inflammatory disease. Evidence strongly suggests that endometriosis is a pelvic inflammatory condition (Agic, Xu et al. 2006), and that inflammation explains the association between endometriosis and epithelial ovarian cancer (Ness, Grisso et al. 2000). Studies have found a relationship between pelvic inflammatory disease and ovarian cancer risk (Merritt, Green et al. 2008, Lin, Tu et al. 2011). Moreover, the effect of non-steroidal anti-inflammatory drugs (NSAIDs) to reduce the risk of ovarian cancer provides additional support. The earlier studies focusing on NSAIDs were preliminary and results were somewhat inconsistent (Bonovas, Filioussi and Sitaras 2005, Merritt, Green et al. 2008). Still, a more recent pooled analysis examining 12 case-control studies found aspirin could reduce ovarian cancer risk by 20%-34% (Trabert, Ness et al. 2014). Moreover, the protective effect of aspirin is maintained even in individuals with genetic susceptibility to ovarian cancer (Hurwitz, Webb et al. 2023).

Additional studies illustrate the potential protective effects of anti-inflammatory agents, including unexpected drugs such as metformin. As reviewed in (Reid, Permuth and Sellers 2017), evidence supports a role of the anti-diabetic agent, metformin, in preventing and treating multiple cancers (Li 2011). Studies reviewed include a case-control study including 1,611 incident ovarian cancer cases performed using the UK-based General Practice Research Database (Bodmer, Becker et al. 2011). Long-term use (≥ 30 prescriptions) of metformin (and not sulfonylureas or insulin) was associated with a trend towards reduced risk with an odds ratio of 0.61. Though these results alone were not statistically significant, the observation that the anti-inflammatory agent,

14

metformin, appears to decrease cancer risk is evidence that inflammation is a primary mediator of ovarian cancer. (Irie, Banno et al. 2016).

Considering the well-established role of inflammation in cancer and the beneficial effects of anti-inflammatory compounds on cancer risk and progression, it is logical to examine the environmental factors that may directly lead to cancer or increased chronic inflammation and indirectly lead to cancer. The International Agency for Research on Cancer (IARC) has recognized for nearly thirty years that there is sufficient evidence to conclude human exposure to asbestos is a cause of ovarian cancer (IARC 1987, IARC 1987, IARC 2012). Not surprisingly, human studies have reported asbestos fibers in ovaries (Heller, Gordon et al. 1996, Langseth, Johansen et al. 2007). Meta-analysis supports the conclusion that exposure to asbestos increases the risk of ovarian cancer (Camargo, Stayner et al. 2011).

## C.    Talcum Powder Products

Numerous studies have examined the role of talcum powder use in developing ovarian cancers. A comprehensive and recent meta-analysis by Penninkilampi found an association between perineal talc use and ovarian cancer, with a more significant association after a higher number of lifetime applications (Penninkilampi and Eslick 2018). The Penninkilampi study identified 24 case–control (13,421 cases) and three cohort studies (890 cases). Observational studies involving 50 cases or more of ovarian cancer were deemed eligible for inclusion. Penninkilampi analyzed the association between ovarian cancer and any perineal talc use. Included studies reported specific types of ovarian cancer, long-term (>ten years) talc use, total lifetime applications, frequency, and use of talc while also using diaphragms or sanitary napkins.

The Penninkilampi study found a consistent association between perineal talc use and ovarian cancer. Variation in the magnitude of the effect was found when considering the study design and ovarian cancer subtype. Any perineal talc use was associated with an increased risk of ovarian cancer (OR=1.31, 95%CI 1.24-1.39). Greater than 3,600-lifetime applications (OR=1.42, 95%CI 1.25-1.61) were slightly more associated with ovarian cancer than less than 3,600 applications (OR=1.32, 95%CI 1.15- 1.50).  Another meta-analysis by Taher, et al. in 2019, reviewing the same studies as Penninkilampi, found a similar increased risk of ovarian cancer with perineal use of talcum powder (Kadry Taher, Farhat et al. 2019). A more recent meta-analysis

15

focusing on frequent use (at least twice per week), concluded the increased risk of ovarian cancer with perineal exposure was 31-65% (Woolen, Lazar and Smith-Bindman 2022).

In addition to epidemiological evidence, an *in vitro* experiment by Buz'Zard and Lau reported an increase in ROS generation, increased cell proliferation, and neoplastic transformation (conversion into cancerous cells) in human ovarian cells treated with talcum powder (Buz'Zard and Lau 2007). They also found talcum powder treatment increased the number of reactive oxygen species produced by polymorphonuclear neutrophils, inflammatory cells whose role is to release significant quantities of reactive oxygen species in response to various harmful foreign stimuli. Additional studies have also shown the effects of talc on the immune response (Hamilton, Fox et al. 1984, National Toxicology 1993, Keskin, Teksen et al. 2009).

Some studies have suggested that a link between ovarian cancer and talcum powder product use may be influenced by several genes (Gates, Tworoger et al. 2008, Shukla, MacPherson et al. 2009). Gates and colleagues found that women with specific genetic variants in glutathione S-transferase M1 (*GSTM1*) and/or glutathione S-transferase T1 (*GSTT1*) may have a higher risk of ovarian cancer associated with talc use (Gates, Tworoger et al. 2008).

In another study, talcum powder increased mRNA levels of pro-oxidant enzymes in normal ovarian epithelial cells and ovarian cancer cell lines while decreasing the mRNA levels of antioxidant enzymes (Fletcher, Harper et al. 2019). Talcum powder exposure to normal and epithelial ovarian cancer cells resulted in an increased pro-oxidant state as evidenced by observing increased levels of CA-125, caspase-3, nitrate/nitrite, and key redox enzymes (Fletcher, Harper et al. 2019). CA-125 is significant because it is a biomarker that is elevated in patients with ovarian cancer and is currently FDA-approved for disease monitoring in patients with epithelial ovarian cancer, as well as those with BRCA mutations or in another high-risk group. Mandarino and colleagues independently published separate work showing the pro-oxidant effect of talc in a cell culture system. The same effects were not observed with titanium dioxide or airborne particulates (Mandarino, Gregory et al. 2020). In the same study Mandarino also reported an immune modulating effect of talc to exposed macrophages. Supporting observations of the immune-modulating effect of talc were made by Emi and colleagues in a separate study (Emi, Rivera et al. 2021).

Multiple epidemiological studies examining aggregate data from large cohorts of patients have consistently found an increased risk of talc use and ovarian cancer (Penninkilampi and Eslick

16

2018, Wentzensen and O'Brien 2021).  Two independent research studies examined cohorts of women with self-reported use of talc, store-bought douches, or a combination of both (Gabriel, Vitonis et al. 2019, O'Brien, D'Aloisio et al. 2019). The two studies found a positive association between talc use with or without douching and ovarian cancer. Still, neither found an association of douching alone with the risk for ovarian cancer. A separate research study examined several pro-inflammatory stimuli to develop an inflammation-related risk score (IRRS) and determine the association of that risk score to ovarian cancer progression and survival (Brieger, Phung et al. 2022). As reported by Brieger et al., the study used pooled data from 8,147 women with invasive epithelial ovarian cancer from the Ovarian Cancer Association Consortium. Pre-diagnosis inflammatory-related exposures included alcohol use, aspirin use, other nonsteroidal anti-inflammatory drug use, body mass index, environmental tobacco smoke exposure, history of pelvic inflammatory disease, polycystic ovarian syndrome, endometriosis, menopausal hormone therapy use, physical inactivity, smoking status, and talc use. The study's results indicated a statistically significant trend of increasing risk of death per quartile of the IRRS (HR=1.09, 95% CI 1.03–1.14). The study reported that women in the upper quartile of the IRRS had a 31% higher death rate than the lowest (95% CI 1.11–1.54) (Brieger, Phung et al. 2022). Although the work by Brieger and colleagues does not determine the role of any single activity or exposure in disease progression or survival, it adds additional evidence supporting the role of inflammation in the development, progression, and survival of ovarian cancer.  Inflammation from any source is potentially harmful, and when inflammation is introduced chronically to the genital region using external compounds such as talcum powder, the risk of developing ovarian cancer increases.  The Brieger study demonstrates that increased inflammation is associated with poor survival in advanced ovarian cancer.

A 2024 publication by O'Brien et al reported on updated data from the Sister Study and attempted to account for various potential biases and misclassification errors that may contribute to the variance observed between the previous 2016 publication and other epidemiological studies examining genital use talc and the risk for ovarian cancer. After applying their methods to evaluate potential recall bias and to account for the role of exposure misclassification in Sister Study data, O'Brien et al concluded there is a positive association between talc use and ovarian cancer (HR range, 1.17-3.34)(O'Brien, Wentzensen et al. 2024).  The greatest risk was observed in women between the ages of 20 to 39.  The age results highlight a new and important risk stratification.

This was highlighted in the accompanying editorial to the O'Brien study (Harris, Davis and Terry 2024): "Given that genital powder use and douching are modifiable exposures potentially associated with a highly fatal disease, these data suggest that people at risk for ovarian cancer, particularly those in their 20s and 30s, should be made aware of the potential risks." This recent study did not attempt to define a single or specific mechanism and notes that in the conclusions. Epidemiological studies generally do not offer mechanistic conclusions so the notation in the paper and accompanying editorial are unsurprising.

### D.    Constituents of Talcum Powder Products - Asbestos, Fibrous Talc, Heavy Metals and Fragrance Chemicals

In addition to the platy talc, I have seen evidence that talcum powder products, including Johnson's Baby Powder and Shower to Shower, contain asbestos[3] and heavy metals[4], such as chromium, cobalt, and nickel. A 2017 study by Longo and Rigler on historic samples of Johnson & Johnson Baby Powder ranging in production date over many years showed over one-half (17 of 30) of the samples contained asbestos (Longo and Rigler 2017). Fibrous talc was found in 15 of the 30 samples. A 2018 study by Longo and Rigler reported both the presence of fibrous anthophyllite and fibrous talc in products tested from 1978   (Longo and Rigler 2018). Additionally, I have reviewed the expert report of Drs. Longo and Rigler reporting that 37 of 56 historical talcum powder samples contained amphibole asbestos and 41 of the 42 samples tested contained fibrous talc.[5]   In 2019, the FDA tested Johnson's Baby Powder and found that it contained chrysotile asbestos and talc fibers.[6]

Asbestos has long been recognized as a carcinogen, and exposure can cause mesothelioma, and cancers of the lung, larynx, and ovary (IARC 1987, IARC 2012). It is established that asbestos exposure can result in macrophage activation, inflammation, generation of reactive oxygen and reactive nitrogen species, tissue injury, genotoxicity, and resistance to programmed cell death (IARC 2012). One of the direct mechanisms is through interactions between internalized fibers

---

[3] Ex. 28 and Ex. D-1A, Hopkins Dep. (Aug. 16 & 17, 2018; Oct. 26, 2018; and Nov. 5, 2018); Blount, 1991; Paoletti, 1984.
[4] Ex. 47, Julie Pier Dep. (Sept. 12 & 13, 2018).
[5] Amended Expert Report of William E. Longo, PhD and Mark W. Rigler, PhD (February 2, 2019) (finding that 68% of the samples tested contained amphibole asbestos and 98% contained fibrous talc or talc fibers).
[6] AMA Analytical Services, Inc. – Certificate of Analysis – Job Name: Task 3 – Analysis of Official Samples; Job Number: CLIN 1 – Task 3 (Oct. 11, 2019).

and components of mitosis, resulting in chromosomal alterations and abnormalities (Hesterberg, Butterick et al. 1986, Wang, Jaurand et al. 1987, Yegles, Saint-Etienne et al. 1993). IARC has classified asbestos as a known human carcinogen (Group 1). Human tumors resulting from asbestos exposure can be characterized by genetic and chromosomal alterations that lead to the inactivation of tumor-suppressor genes (IARC 2012).

Talc not containing asbestiform fibers has been found by IARC to be a Group 2b or "possible" carcinogen (IARC, 2010).  IARC has determined that fibrous talc or talc-containing asbestiform fibers (talc occurring in a fibrous habit) is a carcinogen to humans (IARC 2012).

IARC classifies chromium and nickel as Group 1, "carcinogenic to humans" (IARC 2012). Cobalt is classified as Group 2B, "possibly carcinogenic to humans" (IARC 2006). IARC defines possibly carcinogenic as "a positive association has been observed between exposure to the agent and cancer for which a causal interpretation has been considered by the Working Group to be credible, but chance, bias or confounding could not be ruled out with reasonable confidence." Established mechanisms of chromium carcinogenesis include DNA damage, mutation, genomic instability, and cell transformation (Straif, Benbrahim-Tallaa et al. 2009). Similar mechanisms result from nickel exposure (IARC, 2012). Cobalt exposure has been shown to cause increased production of reactive oxygen species and other inflammatory and proliferative changes (IARC, 2006).

I also reviewed Dr. Michael Crowley's report discussing the numerous fragrance chemicals added to talcum powder products. I agree with Dr. Crowley's opinion that these chemicals contribute to the inflammatory properties, toxicity, and potential carcinogenicity of the products. The presence of these constituents as part of talcum powder products provides additional evidence of biological plausibility for talcum powder and ovarian cancer.[7]

Carcinogenesis is a complex and dynamic process that occurs due to a combination of genetic and acquired mutations in an individual along with other processes. Mutations arising from environmental sources have an additive and possibly multiplicative effect toward ultimately causing carcinogenesis (Vitonis, Titus-Ernstoff and Cramer 2011, Wu, Pearce et al. 2015, Park, Schildkraut et al. 2018). The presence of asbestos, fibrous talc, nickel, and chromium, known carcinogens, in talcum powder products further supports the conclusion that talcum powder causes chronic inflammation.

---

[7] Expert Report of Michael Crowley, PhD (Nov. 15, 2018).

Based on these observations and lines of evidence, it is my opinion that talcum powder causes inflammation, which initiates a biological response that includes oxidative stress, cell proliferation, inhibition of apoptosis, and genetic mutations, which result in cancer development and progression. This process explains the biologically plausible mechanism for talcum powder products causing ovarian cancer.

## VII.    Genetic Testing in Oncology

### A.  Background

The principles of genetics or how we inherit traits and features from generation to generation have been studied for hundreds of years. Major advancements in understanding the mechanisms of genetics and role that DNA plays in health and disease have advanced rapidly over the last several decades. From discovering the structure of DNA to sequencing the first human genome to now being able to routinely sequence the genome of any individual, the advancements have been revolutionary.  The haploid human genome contains slightly more than three billion bases of DNA. When we inherit a single genome copy from our mother and one from our father, those two copies work together to form the diploid human genome. DNA sequence and organization are closely shared among humans with only small individual differences. The human genome project was a multinational effort completed in 2003 to generate a single reference genome that would support continued discovery in human genetics. The human reference genome has been under continuous update and improvement since 2003. Everyone has approximately three to four million variants compared to the reference genome with the exact number dependent on the ancestry and sex of the person. Those variants and differences in how the genome is organized define the genetic blueprint for each person. Our genome and unique collection of variants define how we look, our features, and the diseases we are susceptible to. Our genome along with our environment and lifestyle choices define our health and how we age and die. Although genetics contribute significantly to disease risk and progression, environment and lifestyle are also critical factors.

Advancements in technology over the last ten years have revolutionized the ability of scientists and clinicians to analyze how genetics influence health and disease. The completion of the human genome project provided the foundation of how to interpret changes in DNA sequence

20

and organization. Today, comprehensive genetic testing, including whole-genome sequencing is widely accessible. International efforts have sequenced over one million genomes and several million samples have been analyzed using focused testing methods such as exome sequencing or targeted panel sequencing. Exome sequencing analyzes the portion of the human genome that encodes proteins, which is only ~2% of the total genome. Targeted panel sequencing is an approach where a small collection of genes known to be involved in a disease are analyzed. Exome and targeted panels have the advantage of being lower cost and easier to interpret compared to genome sequencing.

The collective knowledge from analyzing millions of samples has resulted in comprehensive resources for interpreting genetic testing results. When a genetic test is performed, the test results are compared to the reference genome. Variants from the reference genome are identified and annotated based on the collective knowledge. A consistent method and language to annotate variants has been developed. Variants directly involved in disease are identified as "Pathogenic Variants". Variants that are known to be neutral are annotated as "Benign". Genetic testing results also identify variants that have uncertain significance. These variants usually alter a protein sequence, but that alteration has not been proven to be associated with disease. These are called VUS for "variants of unknown/uncertain significance". The annotation status of a particular variant can be changed when there is sufficient evidence to support the change. VUS will commonly be advanced to either "Pathogenic" or "Likely Pathogenic" if there are multiple examples of that variant being detected with a specific disease. A VUS can also be annotated as "Benign" if the variant is frequently found in individuals with no evidence of disease.

Genetic testing is a common part of cancer treatment, and many companies offer tests of varying complexity. The range of complexity of these tests is from one gene to 600 genes. The larger panels that examine hundreds of genes are called pan-cancer tests since they analyze a collection of genes that are known or associated with cancer or cancer treatment but are not focused on a specific type of cancer. Single-gene tests such as sequencing BRCA1 and 2 are typically used when the analysis is focused on a specific type of cancer. These tests are intended to identify variants that alter treatment or prognosis based on annotations from previous studies. One of the limitations of focused testing in cancer is how to interpret VUS. The focused test is, by nature, biased to genes involved in cancer. When tests are negative for pathogenic variants, the next tier of interpretation is for VUS detected in the patient. It is standard practice to report VUS in genetic

testing results. VUS may be further considered after further analysis such as examining the conservation of the variant or how frequently the variant has been observed in the total population of results. If a variant is observed in the population at a rate higher than the disease incidence, it is extremely unlikely that it is associated with the disease.

I have reviewed the genetic testing results of six plaintiffs. Each of them underwent genetic testing as part of their cancer treatment. The tests and interpretation were performed at different times to determine if there were known mutations that would alter the treatment of their disease or provide information valuable for family counseling. Each patient was provided with reports or a summary of results. This review is based on the content of those reports. None of the six patients had mutations in BRCA1 or 2 nor did they have known, pathogenic mutations that would influence treatment or prognosis. The testing and results for each of the patients are summarized below.

### B. Patient Testing Results

#### 1) Linda Bondurant

[redacted]

---

[8] BondurantL-MDAMR-00872; BondurantL-TCCMR-01667.
[9] BondurantL-MDAMR-01167, BondurantL-MDAMR-01168.
[10] BondurantL-MDAMR-01262, BondurantL-MDAMR-00872, BondurantL-MDAMR-01168.

22

2) **Hillary Converse**

███████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

██████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████

██████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

---

[11] CONVERSE_HILARY_YALE_NEWHAVENHEALTH_000296.
[12] CONVERSE_HILARY_YALENEWHAVENHOSPITAL_01217.
[13] CONVERSE_HILARY_YALENEWHAVENHOSPITAL_01215.
[14] CONVERSE_HILARY_YALENEWHAVENHOSPITAL_01212.
[15] CONVERSE_HILARY_PROHEALTHPHYSICIANSOFHAMDEN_00297.
[16] https://www.ncbi.nlm.nih.gov/clinvar/variation/127430/
[17] CONVERSEH-FINEE-00075.
[18] CONVERSE_HILARY_PROHEALTHPHYSICIANSOFHAMDEN_00297.

██████████████████████████████████████████████████████

███████████████████████[19]

**3) Anna Gallardo**

████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████[22]

**4) Carter Judkins**

████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████

[19] CONVERSE_HILARY_YALENEWHAVENHOSPITAL_01213.
[20] GALLARDO_A_BARNES_JEWISH_HOSP_000273; GALLARDO_ANNA_WASHU_MED-00324.
[21] GALLARDO_A_GENEDX_000034 - GALLARDO_A_GENEDX_000036; GALLARDO_A_GENEDX_000123 - GALLARDO_A_GENEDX_000124.
[22] GALLARDO_A_WASHU_000170.
[23] JUDKINSC_DHMC__C_MDR000085.
[24] JUDKINSC_REC000003.
[25] JUDKINSC_REC000003.
[26] JUDKINSC_REC000004.

**5) Tamara Newsome**

████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████████

**6) Pasqualina Rausa**

████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

█████████████████████████████████████████████

[27] NEWSOMET_HCH_MDR000036.
[28] NEWSOMET_REC000003.
[29] ClinVar report: https://www.ncbi.nlm.nih.gov/clinvar/variation/238339/
[30] PRAUSAPL-000001.
[31] RausaP-GenPathMR-00005.
[32] RausaP-GenPathMR-00006.
[33] RausaP-GenPathMR-00006.

## VIII.   Conclusion

Based on my background, training, education, and experience as a geneticist assessing and weighing the totality of scientific and medical evidence, my opinions, which I hold to a reasonable degree of scientific certainty, may be summarized as follows:

1. Genetic mutations can be inherited or acquired. Both types are associated with cancer, including ovarian cancer.

2. Inflammation has been shown to play a vital role in epithelial ovarian cancer.

3. Talcum powder products cause chronic inflammation.

4. Talcum powder product-induced inflammation causes damage to the DNA, genetic mutation, genomic instability, and cell transformation.

5. The properties and constituents of talcum powder products act as inflammatory agents and the role of inflammation in triggering oxidative stress, activating cytokines, cell proliferation, DNA damage, and genetic mutations (such as SNVs) provide a biologically plausible mechanism for the carcinogenicity of talcum powder products.

6. Internalization of asbestiform fibers (including asbestos and fibrous talc) causes DNA damage, which provides a biologically plausible mechanism for the carcinogenicity of talcum powder products.

7. The presence of an inherited gene mutation, such as *BRCA1* or *BRCA2*, indicates a woman has an increased risk of ovarian cancer, but does not necessarily mean she will develop ovarian cancer.

8. Women with inherited gene mutations in genes involved in DNA repair, such as *BRCA1 or BRCA2*, are more as susceptible to the effect of carcinogens than women without inherited gene mutations.

9. Genetic testing is a powerful and valuable tool to guide cancer treatment, prognosis, and family planning. All patients tested were negative for highly penetrant and clinically actionable mutations in *BRCA1* and *BRCA2*.

10. In relation to the VUS noted in the six patients reviewed, there is no evidence that the variants are pathogenic with regard to ovarian cancer or have any association with an increased risk of ovarian cancer.

I reserve the right to supplement, revise, or amend this report should additional materials, including expert reports and testimony, become available.  I reserve the right to review and comment on defendants' expert reports and any related testimony.

## Literature Cited

Adami, H. O., C. C. Hsieh, M. Lambe, D. Trichopoulos, D. Leon, I. Persson, A. Ekbom and P. O. Janson (1994). "Parity, age at first childbirth, and risk of ovarian cancer." Lancet **344**(8932): 1250-1254.

Agic, A., H. Xu, D. Finas, C. Banz, K. Diedrich and D. Hornung (2006). "Is endometriosis associated with systemic subclinical inflammation?" Gynecol Obstet Invest **62**(3): 139-147.

Andreassen, P. R., J. Seo, C. Wiek and H. Hanenberg (2021). "Understanding BRCA2 Function as a Tumor Suppressor Based on Domain-Specific Activities in DNA Damage Responses." Genes (Basel) **12**(7).

Banerjee, S. and S. B. Kaye (2013). "New strategies in the treatment of ovarian cancer: current clinical perspectives and future potential." Clin Cancer Res **19**(5): 961-968.

Barnes, D. R. and A. C. Antoniou (2012). "Unravelling modifiers of breast and ovarian cancer risk for BRCA1 and BRCA2 mutation carriers: update on genetic modifiers." J Intern Med **271**(4): 331-343.

Bayraktar, S., M. Jackson, A. M. Gutierrez-Barrera, D. Liu, F. Meric-Bernstam, A. Brandt, A. Woodson, J. Litton, K. H. Lu, V. Valero and B. K. Arun (2015). "Genotype-Phenotype Correlations by Ethnicity and Mutation Location in BRCA Mutation Carriers." Breast J **21**(3): 260-267.

Berek, J. S., C. Crum and M. Friedlander (2012). "Cancer of the ovary, fallopian tube, and peritoneum." Int J Gynaecol Obstet **119 Suppl 2**: S118-129.

Bodmer, M., C. Becker, C. Meier, S. S. Jick and C. R. Meier (2011). "Use of metformin and the risk of ovarian cancer: a case-control analysis." Gynecol Oncol **123**(2): 200-204.

Bonovas, S., K. Filioussi and N. M. Sitaras (2005). "Do nonsteroidal anti-inflammatory drugs affect the risk of developing ovarian cancer? A meta-analysis." Br J Clin Pharmacol **60**(2): 194-203.

Bowtell, D. D. (2010). "The genesis and evolution of high-grade serous ovarian cancer." Nat Rev Cancer **10**(11): 803-808.

Brieger, K. K., M. T. Phung, B. Mukherjee, K. M. Bakulski, H. Anton-Culver, E. V. Bandera, D. D. L. Bowtell, D. W. Cramer, A. DeFazio, J. A. Doherty, S. Fereday, R. T. Fortner, A. Gentry-Maharaj, E. L. Goode, M. T. Goodman, H. R. Harris, K. Matsuo, U. Menon, F. Modugno, K. B. Moysich, B. Qin, S. J. Ramus, H. A. Risch, M. A. Rossing, J. M. Schildkraut, B. Trabert, R. A. Vierkant, S. J. Winham, N. Wentzensen, A. H. Wu, A. Ziogas, L. Khoja, K. R. Cho, K. McLean, J. Richardson, B. Grout, A. Chase, C. M. Deurloo, K. Odunsi, B. H. Nelson, J. D. Brenton, K. L. Terry, P. D. P. Pharoah, A. Berchuck, G. E. Hanley, P. M. Webb, M. C. Pike, C. L. Pearce and C. Ovarian Cancer Association (2022). "High Prediagnosis Inflammation-Related Risk Score Associated with Decreased Ovarian Cancer Survival." Cancer Epidemiol Biomarkers Prev **31**(2): 443-452.

Buz'Zard, A. R. and B. H. Lau (2007). "Pycnogenol reduces talc-induced neoplastic transformation in human ovarian cell cultures." Phytother Res **21**(6): 579-586.

Camargo, M. C., L. T. Stayner, K. Straif, M. Reina, U. Al-Alem, P. A. Demers and P. J. Landrigan (2011). "Occupational exposure to asbestos and ovarian cancer: a meta-analysis." Environ Health Perspect **119**(9): 1211-1217.

Casagrande, J. T., E. W. Louie, M. C. Pike, S. Roy, R. K. Ross and B. E. Henderson (1979). ""Incessant ovulation" and ovarian cancer." Lancet **2**(8135): 170-173.

Chan, J. K., M. K. Cheung, A. Husain, N. N. Teng, D. West, A. S. Whittemore, J. S. Berek and K. Osann (2006). "Patterns and progress in ovarian cancer over 14 years." Obstet Gynecol **108**(3 Pt 1): 521-528.

Charbonneau, B., E. L. Goode, K. R. Kalli, K. L. Knutson and M. S. Derycke (2013). "The immune system in the pathogenesis of ovarian cancer." Crit Rev Immunol **33**(2): 137-164.

Coppa, A., A. Buffone, C. Capalbo, A. Nicolussi, S. D'Inzeo, F. Belardinilli, V. Colicchia, M. Petroni, T. Granato, C. Midulla, M. Zani, S. Ferraro, I. Screpanti, A. Gulino and G. Giannini (2014). "Novel and recurrent BRCA2 mutations in Italian breast/ovarian cancer families widen the ovarian cancer cluster region boundaries to exons 13 and 14." Breast Cancer Res Treat **148**(3): 629-635.

Coussens, L. M., C. L. Tinkle, D. Hanahan and Z. Werb (2000). "MMP-9 supplied by bone marrow-derived cells contributes to skin carcinogenesis." Cell **103**(3): 481-490.

Coussens, L. M. and Z. Werb (2002). "Inflammation and cancer." Nature **420**(6917): 860-867.

Emi, T., L. M. Rivera, V. C. Tripathi, N. Yano, A. Ragavendran, J. Wallace and A. V. Fedulov (2021). "Transcriptomic and epigenomic effects of insoluble particles on J774 macrophages." Epigenetics **16**(10): 1053-1070.

Fletcher, N. M., A. K. Harper, I. Memaj, R. Fan, R. T. Morris and G. M. Saed (2019). "Molecular Basis Supporting the Association of Talcum Powder Use With Increased Risk of Ovarian Cancer." Reprod Sci **26**(12): 1603-1612.

Forbes, S. A., D. Beare, P. Gunasekaran, K. Leung, N. Bindal, H. Boutselakis, M. Ding, S. Bamford, C. Cole, S. Ward, C. Y. Kok, M. Jia, T. De, J. W. Teague, M. R. Stratton, U. McDermott and P. J. Campbell (2015). "COSMIC: exploring the world's knowledge of somatic mutations in human cancer." Nucleic Acids Res **43**(Database issue): D805-811.

Franklin, R. A. and M. O. Li (2016). "Ontogeny of Tumor-associated Macrophages and Its Implication in Cancer Regulation." Trends Cancer **2**(1): 20-34.

Gabriel, I. M., A. F. Vitonis, W. R. Welch, L. Titus and D. W. Cramer (2019). "Douching, Talc Use, and Risk for Ovarian Cancer and Conditions Related to Genital Tract Inflammation." Cancer Epidemiol Biomarkers Prev **28**(11): 1835-1844.

Gates, M. A., S. S. Tworoger, K. L. Terry, L. Titus-Ernstoff, B. Rosner, I. De Vivo, D. W. Cramer and S. E. Hankinson (2008). "Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian cancer." Cancer Epidemiol Biomarkers Prev **17**(9): 2436-2444.

Hamilton, T. C., H. Fox, C. H. Buckley, W. J. Henderson and K. Griffiths (1984). "Effects of talc on the rat ovary." Br J Exp Pathol **65**(1): 101-106.

Harris, H. R., C. P. Davis and K. L. Terry (2024). "Epidemiologic Methods to Advance Our Understanding of Ovarian Cancer Risk." J Clin Oncol: JCO2400602.

Heller, D. S., R. E. Gordon, C. Westhoff and S. Gerber (1996). "Asbestos exposure and ovarian fiber burden." Am J Ind Med **29**(5): 435-439.

Hesterberg, T. W., C. J. Butterick, M. Oshimura, A. R. Brody and J. C. Barrett (1986). "Role of phagocytosis in Syrian hamster cell transformation and cytogenetic effects induced by asbestos and short and long glass fibers." Cancer Res **46**(11): 5795-5802.

Hurwitz, L. M., P. M. Webb, S. J. Jordan, J. A. Doherty, H. R. Harris, M. T. Goodman, Y. B. Shvetsov, F. Modugno, K. B. Moysich, J. M. Schildkraut, A. Berchuck, H. Anton-Culver, A. Ziogas, U. Menon, S. J. Ramus, A. H. Wu, C. L. Pearce, N. Wentzensen, S. S. Tworoger, P. D. P. Pharoah and B. Trabert (2023). "Association of Frequent Aspirin Use With Ovarian Cancer Risk According to Genetic Susceptibility." JAMA Netw Open **6**(2): e230666.

IARC (1987). Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42.

IARC (1987). Silica and Some Silicates.

IARC (2006). Cobalt in Hard Metals and Cobalt Sulfate, Gallium Arsenide, Indium Phosphide and Vanadium Pentoxide.

IARC (2012). Arsenic, metals, fibres, and dusts.

Irie, H., K. Banno, M. Yanokura, M. Iida, M. Adachi, K. Nakamura, K. Umene, Y. Nogami, K. Masuda, Y. Kobayashi, E. Tominaga and D. Aoki (2016). "Metformin: A candidate for the treatment of gynecological tumors based on drug repositioning." Oncol Lett **11**(2): 1287-1293.

Jayson, G. C., E. C. Kohn, H. C. Kitchener and J. A. Ledermann (2014). "Ovarian cancer." Lancet **384**(9951): 1376-1388.

Jia, D., Y. Nagaoka, M. Katsumata and S. Orsulic (2018). "Inflammation is a key contributor to ovarian cancer cell seeding." Sci Rep **8**(1): 12394.

Jordan, S. J., K. L. Cushing-Haugen, K. G. Wicklund, J. A. Doherty and M. A. Rossing (2012). "Breast-feeding and risk of epithelial ovarian cancer." Cancer Causes Control **23**(6): 919-927.

Kadry Taher, M., N. Farhat, N. A. Karyakina, N. Shilnikova, S. Ramoju, C. A. Gravel, K. Krishnan, D. Mattison, S. W. Wen and D. Krewski (2019). "Critical review of the association between perineal use of talc powder and risk of ovarian cancer." Reprod Toxicol **90**: 88-101.

Keskin, N., Y. A. Teksen, E. G. Ongun, Y. Ozay and H. Saygili (2009). "Does long-term talc exposure have a carcinogenic effect on the female genital system of rats? An experimental pilot study." Arch Gynecol Obstet **280**(6): 925-931.

Kisielewski, R., A. Tolwinska, A. Mazurek and P. Laudanski (2013). "Inflammation and ovarian cancer--current views." Ginekol Pol **84**(4): 293-297.

Langseth, H., B. V. Johansen, J. M. Nesland and K. Kjaerheim (2007). "Asbestos fibers in ovarian tissue from Norwegian pulp and paper workers." Int J Gynecol Cancer **17**(1): 44-49.

Levanon, K., C. Crum and R. Drapkin (2008). "New insights into the pathogenesis of serous ovarian cancer and its clinical impact." J Clin Oncol **26**(32): 5284-5293.

Li, D. (2011). "Metformin as an antitumor agent in cancer prevention and treatment." J Diabetes **3**(4): 320-327.

Lin, H. W., Y. Y. Tu, S. Y. Lin, W. J. Su, W. L. Lin, W. Z. Lin, S. C. Wu and Y. L. Lai (2011). "Risk of ovarian cancer in women with pelvic inflammatory disease: a population-based study." Lancet Oncol **12**(9): 900-904.

Liu, Y. and X. Cao (2015). "The origin and function of tumor-associated macrophages." Cell Mol Immunol **12**(1): 1-4.

Longo, W. and M. Rigler (2017). Analysis of Johnson & Johnson Baby Powder & Valiant Shower to Shower Talc Products for Amphibole (Tremolite) Asbestos, Materials Analytical Services, LLC.

Longo, W. and M. Rigler (2018). TEM Analysis of Historical 1978 Johnson's Baby Powder Sample for Amphibole Asbestos, Materials Analytical Services, LLC.

Mabuchi, S., C. Kawase, D. A. Altomare, K. Morishige, K. Sawada, M. Hayashi, M. Tsujimoto, M. Yamoto, A. J. Klein-Szanto, R. J. Schilder, M. Ohmichi, J. R. Testa and T. Kimura (2009). "mTOR is a promising therapeutic target both in cisplatin-sensitive and cisplatin-resistant clear cell carcinoma of the ovary." Clin Cancer Res **15**(17): 5404-5413.

Maccio, A. and C. Madeddu (2012). "Inflammation and ovarian cancer." Cytokine **58**(2): 133-147.

Mahdavi, A., T. Pejovic and F. Nezhat (2006). "Induction of ovulation and ovarian cancer: a critical review of the literature." Fertil Steril **85**(4): 819-826.

Mandarino, A., D. J. Gregory, C. C. McGuire, B. W. Leblanc, H. Witt, L. M. Rivera, J. J. Godleski and A. V. Fedulov (2020). "The effect of talc particles on phagocytes in co-culture with ovarian cancer cells." Environ Res **180**: 108676.

Mantovani, A., B. Bottazzi, F. Colotta, S. Sozzani and L. Ruco (1992). "The origin and function of tumor-associated macrophages." Immunol Today **13**(7): 265-270.

Mantovani, A., F. Bussolino and E. Dejana (1992). "Cytokine regulation of endothelial cell function." FASEB J **6**(8): 2591-2599.

Mantovani, A., F. Bussolino and M. Introna (1997). "Cytokine regulation of endothelial cell function: from molecular level to the bedside." Immunol Today **18**(5): 231-240.

Merritt, M. A., A. C. Green, C. M. Nagle, P. M. Webb, S. Australian Cancer and G. Australian Ovarian Cancer Study (2008). "Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer." Int J Cancer **122**(1): 170-176.

Mills, P. K., D. G. Riordan, R. D. Cress and H. A. Young (2004). "Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California." Int J Cancer **112**(3): 458-464.

Modan, B., P. Hartge, G. Hirsh-Yechezkel, A. Chetrit, F. Lubin, U. Beller, G. Ben-Baruch, A. Fishman, J. Menczer, J. P. Struewing, M. A. Tucker, S. Wacholder and G. National Israel Ovarian Cancer Study (2001). "Parity, oral contraceptives, and the risk of ovarian cancer among carriers and noncarriers of a BRCA1 or BRCA2 mutation." N Engl J Med **345**(4): 235-240.

Mor, G., G. Yin, I. Chefetz, Y. Yang and A. Alvero (2011). "Ovarian cancer stem cells and inflammation." Cancer Biol Ther **11**(8): 708-713.

Narod, S. A., H. Risch, R. Moslehi, A. Dorum, S. Neuhausen, H. Olsson, D. Provencher, P. Radice, G. Evans, S. Bishop, J. S. Brunet and B. A. Ponder (1998). "Oral contraceptives and the risk of hereditary ovarian cancer. Hereditary Ovarian Cancer Clinical Study Group." N Engl J Med **339**(7): 424-428.

National Toxicology, P. (1993). "NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)(Non-Asbestiform) in F344/N Rats and B6C3F1 Mice (Inhalation Studies)." Natl Toxicol Program Tech Rep Ser **421**: 1-287.

Ness, R. B., J. A. Grisso, C. Cottreau, J. Klapper, R. Vergona, J. E. Wheeler, M. Morgan and J. J. Schlesselman (2000). "Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer." Epidemiology **11**(2): 111-117.

Nunes, S. C. and J. Serpa (2018). "Glutathione in Ovarian Cancer: A Double-Edged Sword." Int J Mol Sci **19**(7).

O'Brien, K. M., A. A. D'Aloisio, M. Shi, J. D. Murphy, D. P. Sandler and C. R. Weinberg (2019). "Perineal Talc Use, Douching, and the Risk of Uterine Cancer." Epidemiology **30**(6): 845-852.

O'Brien, K. M., N. Wentzensen, K. Ogunsina, C. R. Weinberg, A. A. D'Aloisio, J. K. Edwards and D. P. Sandler (2024). "Intimate Care Products and Incidence of Hormone-Related Cancers: A Quantitative Bias Analysis." J Clin Oncol: JCO2302037.

Paluch-Shimon, S., F. Cardoso, C. Sessa, J. Balmana, M. J. Cardoso, F. Gilbert, E. Senkus and E. G. Committee (2016). "Prevention and screening in BRCA mutation carriers and other breast/ovarian hereditary cancer syndromes: ESMO Clinical Practice Guidelines for cancer prevention and screening." Ann Oncol 27(suppl 5): v103-v110.

Pardoll, D. M. (2002). "Spinning molecular immunology into successful immunotherapy." Nat Rev Immunol 2(4): 227-238.

Park, H. K., J. M. Schildkraut, A. J. Alberg, E. V. Bandera, J. S. Barnholtz-Sloan, M. Bondy, S. Crankshaw, E. Funkhouser, P. G. Moorman, E. S. Peters, P. Terry, F. Wang, J. J. Ruterbusch, A. G. Schwartz and M. L. Cote (2018). "Benign gynecologic conditions are associated with ovarian cancer risk in African-American women: a case-control study." Cancer Causes Control 29(11): 1081-1091.

Pejovic, T. and F. Nezhat (2011). "Missing link: inflammation and ovarian cancer." Lancet Oncol 12(9): 833-834.

Penninkilampi, R. and G. D. Eslick (2018). "Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis." Epidemiology 29(1): 41-49.

Ramus, S. J., R. A. Vierkant, S. E. Johnatty, M. C. Pike, D. J. Van Den Berg, A. H. Wu, C. L. Pearce, U. Menon, A. Gentry-Maharaj, S. A. Gayther, R. A. DiCioccio, V. McGuire, A. S. Whittemore, H. Song, D. F. Easton, P. D. P. Pharoah, M. Garcia-Closas, S. Chanock, J. Lissowska, L. Brinton, K. L. Terry, D. W. Cramer, S. S. Tworoger, S. E. Hankinson, A. Berchuck, P. G. Moorman, J. M. Schildkraut, J. M. Cunningham, M. Liebow, S. K. Kjaer, E. Hogdall, C. Hogdall, J. Blaakaer, R. B. Ness, K. B. Moysich, R. P. Edwards, M. E. Carney, G. Lurie, M. T. Goodman, S. Wang-Gohrke, S. Kropp, J. Chang-Claude, P. M. Webb, X. Chen, J. Beesley, G. Chenevix-Trench and E. L. Goode (2008). "Consortium analysis of 7 candidate SNPs for ovarian cancer." Int J Cancer 123(2): 380-388.

Reid, B. M., J. B. Permuth and T. A. Sellers (2017). "Epidemiology of ovarian cancer: a review." Cancer Biol Med 14(1): 9-32.

Rodriguez-Rojas, L. X., E. Candelo, H. Pachajoa, J. E. Garcia-Robledo, J. A. Nastasi-Catanese, J. A. Olave-Rodriguez and A. R. Zambrano (2023). "The Unique Spectrum of MUTYH Germline Mutations in Colombian Patients with Extracolonic Carcinomas." Appl Clin Genet 16: 53-62.

Rosenblatt, K. A., N. S. Weiss, K. L. Cushing-Haugen, K. G. Wicklund and M. A. Rossing (2011). "Genital powder exposure and the risk of epithelial ovarian cancer." Cancer Causes Control 22(5): 737-742.

Saed, G. M., M. P. Diamond and N. M. Fletcher (2017). "Updates of the role of oxidative stress in the pathogenesis of ovarian cancer." Gynecol Oncol 145(3): 595-602.

Sellers, T. A., Y. Huang, J. Cunningham, E. L. Goode, R. Sutphen, R. A. Vierkant, L. E. Kelemen, Z. S. Fredericksen, M. Liebow, V. S. Pankratz, L. C. Hartmann, J. Myer, E. S. Iversen, Jr., J. M. Schildkraut and C. Phelan (2008). "Association of single nucleotide polymorphisms in

Case 3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 208 of 333
PageID: 243407

glycosylation genes with risk of epithelial ovarian cancer." Cancer Epidemiol Biomarkers Prev **17**(2): 397-404.

Shan, W. and J. Liu (2009). "Inflammation: a hidden path to breaking the spell of ovarian cancer." Cell Cycle **8**(19): 3107-3111.

Shen, H., B. L. Fridley, H. Song, K. Lawrenson, J. M. Cunningham, S. J. Ramus, M. S. Cicek, J. Tyrer, D. Stram, M. C. Larson, M. Kobel, P. Consortium, A. Ziogas, W. Zheng, H. P. Yang, A. H. Wu, E. L. Wozniak, Y. L. Woo, B. Winterhoff, E. Wik, A. S. Whittemore, N. Wentzensen, R. P. Weber, A. F. Vitonis, D. Vincent, R. A. Vierkant, I. Vergote, D. Van Den Berg, A. M. Van Altena, S. S. Tworoger, P. J. Thompson, D. C. Tessier, K. L. Terry, S. H. Teo, C. Templeman, D. O. Stram, M. C. Southey, W. Sieh, N. Siddiqui, Y. B. Shvetsov, X. O. Shu, V. Shridhar, S. Wang-Gohrke, G. Severi, I. Schwaab, H. B. Salvesen, I. K. Rzepecka, I. B. Runnebaum, M. A. Rossing, L. Rodriguez-Rodriguez, H. A. Risch, S. P. Renner, E. M. Poole, M. C. Pike, C. M. Phelan, L. M. Pelttari, T. Pejovic, J. Paul, I. Orlow, S. Z. Omar, S. H. Olson, K. Odunsi, S. Nickels, H. Nevanlinna, R. B. Ness, S. A. Narod, T. Nakanishi, K. B. Moysich, A. N. Monteiro, J. Moes-Sosnowska, F. Modugno, U. Menon, J. R. McLaughlin, V. McGuire, K. Matsuo, N. A. Adenan, L. F. Massuger, G. Lurie, L. Lundvall, J. Lubinski, J. Lissowska, D. A. Levine, A. Leminen, A. W. Lee, N. D. Le, S. Lambrechts, D. Lambrechts, J. Kupryjanczyk, C. Krakstad, G. E. Konecny, S. K. Kjaer, L. A. Kiemeney, L. E. Kelemen, G. L. Keeney, B. Y. Karlan, R. Karevan, K. R. Kalli, H. Kajiyama, B. T. Ji, A. Jensen, A. Jakubowska, E. Iversen, S. Hosono, C. K. Hogdall, E. Hogdall, M. Hoatlin, P. Hillemanns, F. Heitz, R. Hein, P. Harter, M. K. Halle, P. Hall, J. Gronwald, M. Gore, M. T. Goodman, G. G. Giles, A. Gentry-Maharaj, M. Garcia-Closas, J. M. Flanagan, P. A. Fasching, A. B. Ekici, R. Edwards, D. Eccles, D. F. Easton, M. Durst, A. du Bois, T. Dork, J. A. Doherty, E. Despierre, A. Dansonka-Mieszkowska, C. Cybulski, D. W. Cramer, L. S. Cook, X. Chen, B. Charbonneau, J. Chang-Claude, I. Campbell, R. Butzow, C. H. Bunker, D. Brueggmann, R. Brown, A. Brooks-Wilson, L. A. Brinton, N. Bogdanova, M. S. Block, E. Benjamin, J. Beesley, M. W. Beckmann, E. V. Bandera, L. Baglietto, F. Bacot, S. M. Armasu, N. Antonenkova, H. Anton-Culver, K. K. Aben, D. Liang, X. Wu, K. Lu, M. A. Hildebrandt, G. Australian Ovarian Cancer Study, S. Australian Cancer, J. M. Schildkraut, T. A. Sellers, D. Huntsman, A. Berchuck, G. Chenevix-Trench, S. A. Gayther, P. D. Pharoah, P. W. Laird, E. L. Goode and C. L. Pearce (2013). "Epigenetic analysis leads to identification of HNF1B as a subtype-specific susceptibility gene for ovarian cancer." Nat Commun **4**: 1628.

Shukla, A., M. B. MacPherson, J. Hillegass, M. E. Ramos-Nino, V. Alexeeva, P. M. Vacek, J. P. Bond, H. I. Pass, C. Steele and B. T. Mossman (2009). "Alterations in gene expression in human mesothelial cells correlate with mineral pathogenicity." Am J Respir Cell Mol Biol **41**(1): 114-123.

Straif, K., L. Benbrahim-Tallaa, R. Baan, Y. Grosse, B. Secretan, F. El Ghissassi, V. Bouvard, N. Guha, C. Freeman, L. Galichet, V. Cogliano and W. H. O. I. A. f. R. o. C. M. W. Group (2009). "A review of human carcinogens--Part C: metals, arsenic, dusts, and fibres." Lancet Oncol **10**(5): 453-454.

Thompson, H. S., H. B. Valdimarsdottir, C. Duteau-Buck, J. Guevarra, D. H. Bovbjerg, C. Richmond-Avellaneda, D. Amarel, D. Godfrey, K. Brown and K. Offit (2002). "Psychosocial

predictors of BRCA counseling and testing decisions among urban African-American women."
Cancer Epidemiol Biomarkers Prev **11**(12): 1579-1585.

Titus-Ernstoff, L., K. Perez, D. W. Cramer, B. L. Harlow, J. A. Baron and E. R. Greenberg
(2001). "Menstrual and reproductive factors in relation to ovarian cancer risk." Br J Cancer
**84**(5): 714-721.

Toland, A. E., L. C. Brody and B. I. C. S. Committee (2019). "Lessons learned from two decades
of BRCA1 and BRCA2 genetic testing: the evolution of data sharing and variant classification."
Genet Med **21**(7): 1476-1480.

Trabert, B., R. B. Ness, W. H. Lo-Ciganic, M. A. Murphy, E. L. Goode, E. M. Poole, L. A.
Brinton, P. M. Webb, C. M. Nagle, S. J. Jordan, A. C. S. Australian Ovarian Cancer Study
Group, H. A. Risch, M. A. Rossing, J. A. Doherty, M. T. Goodman, G. Lurie, S. K. Kjaer, E.
Hogdall, A. Jensen, D. W. Cramer, K. L. Terry, A. Vitonis, E. V. Bandera, S. Olson, M. G. King,
U. Chandran, H. Anton-Culver, A. Ziogas, U. Menon, S. A. Gayther, S. J. Ramus, A. Gentry-
Maharaj, A. H. Wu, C. L. Pearce, M. C. Pike, A. Berchuck, J. M. Schildkraut, N. Wentzensen
and C. Ovarian Cancer Association (2014). "Aspirin, nonaspirin nonsteroidal anti-inflammatory
drug, and acetaminophen use and risk of invasive epithelial ovarian cancer: a pooled analysis in
the Ovarian Cancer Association Consortium." J Natl Cancer Inst **106**(2): djt431.

Vitonis, A. F., L. Titus-Ernstoff and D. W. Cramer (2011). "Assessing ovarian cancer risk when
considering elective oophorectomy at the time of hysterectomy." Obstet Gynecol **117**(5): 1042-
1050.

Wang, N. S., M. C. Jaurand, L. Magne, L. Kheuang, M. C. Pinchon and J. Bignon (1987). "The
interactions between asbestos fibers and metaphase chromosomes of rat pleural mesothelial cells
in culture. A scanning and transmission electron microscopic study." Am J Pathol **126**(2): 343-
349.

Wehner, A. P. (1994). "Biological effects of cosmetic talc." Food Chem Toxicol **32**(12): 1173-
1184.

Wentzensen, N. and K. M. O'Brien (2021). "Talc, body powder, and ovarian cancer: A summary
of the epidemiologic evidence." Gynecol Oncol **163**(1): 199-208.

Wishart, D. S. (2015). "Is Cancer a Genetic Disease or a Metabolic Disease?" EBioMedicine
**2**(6): 478-479.

Woolen, S. A., A. A. Lazar and R. Smith-Bindman (2022). "Association Between the Frequent
Use of Perineal Talcum Powder Products and Ovarian Cancer: a Systematic Review and Meta-
analysis." J Gen Intern Med **37**(10): 2526-2532.

Wu, A. H., C. L. Pearce, C. C. Tseng and M. C. Pike (2015). "African Americans and Hispanics
Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering
Nongenetic Risk Factors and Oophorectomy Rates." Cancer Epidemiol Biomarkers Prev **24**(7):
1094-1100.

Wu, A. H., C. L. Pearce, C. C. Tseng, C. Templeman and M. C. Pike (2009). "Markers of inflammation and risk of ovarian cancer in Los Angeles County." Int J Cancer **124**(6): 1409-1415.

Yegles, M., L. Saint-Etienne, A. Renier, X. Janson and M. C. Jaurand (1993). "Induction of metaphase and anaphase/telophase abnormalities by asbestos fibers in rat pleural mesothelial cells in vitro." Am J Respir Cell Mol Biol **9**(2): 186-191.

# Exhibit A

**Shawn Edward Levy**                                    *Curriculum Vitae*

Faculty Investigator                                 phone: 256.327.5267
HudsonAlpha Institute for Biotechnology              fax:  256.327.9898
601 Genome Way                                       slevy@hudsonalpha.org
Huntsville, AL 35806
DUNS number: 363616223

Chief Scientific Officer
Discovery Life Sciences Inc
Huntsville, AL 35806

## Personal Statement

My research group has utilized high-performance genotyping and sequencing technologies for the past 20 years, supporting various projects from plant and animal phylogenetic studies to translational and clinical-based projects. Several publications detail our successes using various genomic technologies and in bioinformatics research. As a post-doctoral fellow at Emory University, I developed the first microarray to interrogate mitochondrial gene function. Upon joining the faculty at Vanderbilt University, I was responsible for founding and developing the Vanderbilt Microarray Shared Resource (VMSR). From 2000 to 2009, the VMSR became an internationally recognized facility supporting various genomic technologies from SNP profiling to gene expression analysis to next-generation sequencing. I joined the faculty of the HudsonAlpha Institute for Biotechnology in 2009 to develop the Genomic Services Laboratory (GSL). From 2009 through 2019, the GSL supported more than 6,000 projects from principal investigators worldwide. These projects have allowed me to collaborate and participate in various genomics projects focusing on genomic methods to decipher complex conditions. We have had a particular focus on childhood and adult cancer as well as rare disease and degenerative diseases. Our efforts have been both financially successful as well as academically successful. Our team has contributed to more than 200 peer-reviewed publications of which I am an author or co-author. More than 250 additional publications that have included data from our laboratory as a service provider have also been published since 2009. Many of these publications involve translational research or describe the genetic underpinnings of rare or complex human diseases. Although located in a non-profit institute, the GSL laboratory was developed with a focus on quality, efficiency, and innovation. Our financial and scientific successes and approach led to HudsonAlpha selling the assets of the GSL to Discovery Life Sciences in August 2019, creating a new division in the company called HudsonAlpha Discovery. The sale was the largest financial transaction in the institute's history and continues the legacy of the GSL through clinical and basic research support for academic and biopharmaceutical partners. The diversity of projects, technologies, and investigators we have worked and collaborated with over the last two decades have provided a dynamic and unique experience to evolve our own research and technology development efforts to help solve the most pressing challenges in biology. In 2022 I transitioned from Chief Scientific Officer of Discovery Life Sciences to a position at Element Biosciences. I currently serve as the Chief Scientific Officer of Element Biosciences and SVP-Applications. My responsibilities at Element Biosciences include the overall scientific strategy of the company as well as overseeing all applications development and collaborations.

## Contributions to Science

*The following five sections provide highlights to areas where my work has contributed to areas of science. Example publications are provided with each section and a full bibliography is provided at the end of the CV.*

1. My scientific career has been a somewhat atypical in that I have spent the last 15 years focusing on the development and application of genomic and bioinformatic technologies and methods to support scientific investigation in a number of areas. While there have been substantial areas of focus, my laboratory does not operate under a single or specific biological area or hypothesis. Instead, we examine ways to improve the resolution and quality of results to answer complex questions, regardless of biological relationship. The publications below are examples of contributions to technical projects or large consortium projects with goals in the evaluation or improvement of techniques or technologies.

   a. Statnikov A, Aliferis, C, Tsamardinos, I, Hardin, D, and Levy, S. A comprehensive evaluation of multicategory classification methods for microarray gene expression cancer diagnosis. **Bioinformatics**, 2005. 21(5), p. 631-643. PMID:15374862.

   b. The MicroArray Quality Control Consortium. The MicroArray Quality Control (MAQC) project shows inter- and intraplatform reproducibility of gene expression measurements. **Nature Biotechnology**, 2006. 24(9), p. 1151-1161. PMID:16964229.

   c. The ENCODE Project Consortium. An integrated encyclopedia of DNA elements in the human genome. **Nature**. 2012. 489, 57-74. PMID: 22955616 PMCID: PMC3439153

   d. The Sequence Quality Control (SEQC) Consortium. A comprehensive assessment of RNA-seq accuracy, reproducibility and information content by the Sequence Quality Control consortium. **Nature Biotechnology**. 2014. 32 (9), 915-925. PMID:25150835; PMCID:4167418.

2. One area of early focus of my career was the development and analysis of mouse models for mitochondrial disease, including the knock out of the Adenine Nucleotide Translocase 2 (Ant2) gene leading to a more complete understanding of the permeability transition. This work also discovered methods to alter the mitochondrial DNA in stem cells and supported the first mitochondrial DNA transfers by stem cells.

   a. Levy SE, Waymire, KG, Kim, YL, MacGregor, GR, and Wallace, DC, Transfer of chloramphenicol-resistant mitochondrial DNA into the chimeric mouse. **Transgenic Research**. 1999. 8(2), p. 137-145. PMID:10481313.

   b. Sligh JE, Levy SE, Waymire KG, Allard P, Dillehay DL, Nusinowitz S, Heckenlively JR, MacGregor GR, and Wallace DC. Maternal germ-line transmission of mutant mtDNAs from embryonic stem cell-derived chimeric mice. **Proc. of the Nat. Acad. of Sciences USA.** 2000. 97(26), p. 14461-14466. PMID:11106380; PMCID:18941.

   c. Kokoszka JE, Waymire, KG, Levy, SE, Sligh, JE, Cal, JY, Jones, DP, MacGregor, GR, and Wallace, DC, The ADP/ATP translocator is not essential for the mitochondrial permeability transition pore. **Nature**, 2004. 427(6973),p. 461-465. PMID:14749836.

   d. Picard M, Zhang J, Hanecock S, Derbeneva O, Golhar R, Golik P, O'Hearn S, Levy SE, Potluri P, Lvova M, Davila A, Lin CS, Perin JC, Rappaport EF, Hakonarson H, Trounce I, Procaccio V, and Wallace DC. Progressive increase in mtDNA 3243A>G heteroplasmy results in abrupt transcriptional remodeling. **Proc. of the Nat. Acad. of Sciences USA**. 2014. 111(38), E4033-E4042. PMID:25192935; PMCID:4183335.

3. A long-standing area of research interest is the genomic analysis of cancer, both childhood

and adult. These efforts have included population-based studies and more directed research in specific cancer biology. These efforts have examined many cancer types including breast, lung, colon, and myeloid cancer.

a. Smith JJ, Deane, NG, Wu, F, Merchant, NB, Zhang, B, Jiang, A, Lu, P, Johnson, JC, Schmidt, C, Edwards, CM, Eschrich, S, Kis, C, Levy, S, Washington, MK, Heslin, MJ, Coffey, RJ, Yeatman, TJ, Shyr, Y, and Beauchamp, RD, Experimentally Derived Metastasis Gene Expression Profile Predicts Recurrence and Death in Patients With Colon Cancer. **Gastroenterology**, 2009. PMID: 19914252 PMCID: PMC3388775.

b. Powell AE, Wang Y, Li Y, Poulin EJ, Means AL, Washington MK, Higginbotham JN, Juchheim A, Prasad N, Levy SE, Guo Y, Shyr Y, Aronow BJ, Haigis KM, Franklin JL, and Coffey RJ. Lrig1, a pan-ErbB negative regulator, marks intestinal stem cells and acts as a tumor suppressor. **Cell**. 2012. 149(1), 146-158. PMID: 22464327 PMCID: PMC3563328.

c. McDaniel JM, Varley KE, Gertz J, Savic DS, Roberts BS, Bailey SK, Shevde LA, Ramaker RC, Lasseigne BN, Kirby MK, Newberry KM, Partridge EC, Jones AL, Boone B, Levy SE, Oliver PG, Sexton KC, Grizzle WE, Forero A, Buchsbaum DJ, Cooper SJ, Myers RM. Genomic regulation of invasion by STAT3 in triple negative breast cancer. **Oncotarget**. 2017;8(5):8226-38. doi: 10.18632/oncotarget.14153. PubMed PMID: 28030809; PMCID: PMC5352396.

d. McKinney M, Moffitt AB, Gaulard P, Travert M, De Leval L, Nicolae A, Raffeld M, Jaffe ES, Pittaluga S, Xi L, Heavican T, Iqbal J, Belhadj K, Delfau-Larue MH, Fataccioli V, Czader MB, Lossos IS, Chapman-Fredricks JR, Richards KL, Fedoriw Y, Ondrejka SL, Hsi ED, Low L, Weisenburger D, Chan WC, Mehta-Shah N, Horwitz S, Bernal-Mizrachi L, Flowers CR, Beaven AW, Parihar M, Baseggio L, Parrens M, Moreau A, Sujobert P, Pilichowska M, Evens AM, Chadburn A, Au-Yeung RK, Srivastava G, Choi WW, Goodlad JR, Aurer I, Basic-Kinda S, Gascoyne RD, Davis NS, Li G, Zhang J, Rajagopalan D, Reddy A, Love C, Levy S, Zhuang Y, Datta J, Dunson DB, Dave SS. The Genetic Basis of Hepatosplenic T-cell Lymphoma. **Cancer Discov**. 2017;7(4):369-79. doi: 10.1158/2159-8290.CD-16-0330. PubMed PMID: 28122867; PMCID: PMC5402251.

4. My laboratory has had the opportunity to collaborate with a number of outstanding investigators in the genetics analysis of complex neurological conditions, including autism, schizophrenia and bipolar disorders as well as ALS. We contributed significantly to the discovery of the association of de-novo rather than Mendelian mutations in these conditions, particularly in schizophrenia.

a. Xu B, Roos JL, Dexheimer P, Boone B, Plummer B, Levy S, Gogos JA, Karayiorgou M. Exome sequencing supports a de novo mutational paradigm for schizophrenia. **Nature Genetics**. 2011. 43(9), 864-868. PMID: 21822266. PMCID: PMC3196550.

b. Neale BM, Kou Y, Liu L, Ma'ayan A, Samocha KE, Sabo A, Lin CF, Stevens C, Wang LS, Makarov V, Polak P, Yoon S, Maguire J, Crawford EL, Campbell NG, Geller ET, Valladares O, Shafer C, Liu H, Zhao T, Cai G, Lihm J, Dannenfelser R, Jabado O, Peralta Z, Nagaswamy U, Reid JG, Newsham I, Wu Y, Lewis L, Han Y, Muzny D, Voight BF, Lim E, Rossin E, Kirby A, Flannick J, Fromer M, Shakir K, Fennell T, Garimella K, Boyko C, Gabriel S, dePristo M, Wimbish JR, Boone BE, Levy SE, Betancur C, Sunyaev S, Boerwinkle E, Buxbaum JD, Cook EH, Devlin B, Gibbs R, Roeder K, Schellenberg GD, Sutcliffe JS, and Daly MJ. Patterns and rates of exonic de novo mutations in autism spectrum disorders. **Nature**. 2012. 485(7397), 242-245. PMID: 22495311 PMCID:PMC3613847.

c. Xu B, Ionita-Laza I, Roos JL, Boone B, Woodrick S, Sun Y, Levy S, Gogos JA, and Karayiorgou M. De novo gene mutations highlight patterns of genetic and neural complexity

in schizophrenia. **Nature Genetics**. 2012. 44(12), 1365-1369. PMID: 23042115 PMCID: PMC3556813.

d. Cirulli, ET, Lasseigne, BN, Petrovski, S, Sapp, PC, Dion, PA, Leblond, CS, Couthouis, J, Lu, Y-F, Wang, Q, Krueger, BJ, Ren, Z, Keebler, J, Han, Y, Levy, SE, Boone, BE, Wimbish, JR, Waite, LL, Jones, AL, Carulli, JP, Day-Williams, AG, Staropoli, JF, Xin, WW, Chesi, A, Raphael, AR, McKenna-Yasek, D, Cady, J, Vianney de Jong, JMB, Kenna, KP, Smith, BN, Topp, S, Miller, J, Gkazi, A, Consortium, FS, Al-Chalabi, A, van den Berg, LH, Veldink, J, Silani, V, Ticozzi, N, Shaw, CE, Baloh, RH, Appel, S, Simpson, E, Lagier-Tourenne, C, Pulst, SM, Gibson, S, Trojanowski, JQ, Elman, L, McCluskey, L, Grossman, M, Shneider, NA, Chung, WK, Ravits, JM, Glass, JD, Sims, KB, Van Deerlin, VM, Maniatis, T, Hayes, SD, Ordureau, A, Swarup, S, Landers, J, Baas, F, Allen, AS, Bedlack, RS, Harper, JW, Gitler, AD, Rouleau, GA, Brown, R, Harms, MB, Cooper, GM, Harris, T, Myers, RM, Goldstein, DB. Exome sequencing in amyotrophic lateral sclerosis identifies risk genes and pathways. **Science**. 2015. 347(6229): p. 1436-41.

5. My laboratory has played a significant role in the discovery of the causative mutations of a number of rare but significant human diseases, particularly in the field of pediatric nephrology in collaboration with Friedhelm Hildebrandt at Harvard University.  These studies applied genomic technologies to better characterize and, in some cases, diagnose or discover the causative mutation for severe phenotypes or disease.

a. Otto EA, Hurd TW, Airik R, Chaki M, Zhou W, Stoetzel C, Patil SB, Levy S, Ghosh AK, Murga-Zamalloa CA, van Reeuwijk J, Letteboer SJF, Sang L, Giles RH, Liu Q, Coene KLM, Estrada-Cuzcano A, Collin RWJ, McLaughlin HM, Held S, Kasanuki JM, Ramaswami G, Conte J, Lopez I, Washburn J, MacDonald J, Hu, J, Yamashita Y, Maher ER, Guay-Woodford L, Neumann HPH, Obermuller H, Koenekoop RK, Bergmann C, Bei X, Lewis RA, Katsanis N, Lopes V, Williams DS, Lyons RH, Dang CV, Brito DA, Dias MB, Zhang X, Nurnberg G, Nurnberg P, Pierce E, Jackson P, Antignac C, Saunier S, Roepman R, Dollfus H, Khanna H, and Hildebrandt F. Candidate exome capture identifies mutation of SDCCAG8 as the cause of a retinal-renal ciliopathy. **Nature Genetics**, 2010. 42(10), 840-850 PMID: 20835237 PMCID: PMC2947620.

b. Rademakers R, Baker M, Nicholson AM, Rutherford NJ, Finch N, Soto-Ortolaza A, Lash J, Wider C, Wojtas A, DeJesus-Hernandez M, Adamson J, Kouri N, Sundal C, Shuster EA, Aasly J, MacKenzie J, Roeber S, Kretzschmar HA, Boeve BF, Knopman DS, Petersen RC, Cairns NJ, Ghetti B, Spina S, Garbern J, Tselis AC, Uitti R, Das P, Van Gerpen JA, Meschia JF, Levy S, Broderick DF, Graff-Radford N, Ross OA, Miller BB, Swerdlow RH, Dickson DW, Wszolek ZK.Mutations in the colony stimulating factor 1 receptor (CSF1R) cause hereditary diffuse leukoencephalopathy with spheroids. **Nature Genetics**. 2011. 44(2), 200-205. PMID: 22197934 PMCID: PMC3267847.

c. Fiskerstrand T, Arshad N, Haukanes BI, Tronstad RR, Pham KDC, Johansson S, Håvik B, Tønder SL, Levy SE, Brackman D, Boman H, Biswas KH, Apold J, Hovdenak N, Visweswariah SS, and Knappskog PM. Familial Diarrhea Syndrome Caused by an Activating GUCY2C Mutation. **New England Journal of Medicine**. 2012. 366(17), 1586-1595. PMID: 22436048.

d. Carlson J, Scott LJ, Locke AE, Flickinger M, Levy S, Myers RM, Boehnke M, Kang HM, Li JZ, Zöllner S. Extremely rare variants reveal patterns of germline mutation rate heterogeneity in humans. **bioRxiv**. 2017:108290.

e. Chao HT, Davids M, Burke E, Pappas JG, Rosenfeld JA, McCarty AJ, Davis T, Wolfe L, Toro C, Tifft C, Xia F, Stong N, Johnson TK, Warr CG, Undiagnosed Diseases N, Yamamoto S, Adams DR, Markello TC, Gahl WA, Bellen HJ, Wangler MF, Malicdan MC. A Syndromic Neurodevelopmental Disorder Caused by De Novo Variants in EBF3. **Am J**

**Hum Genet**. 2017;100(1):128-37. doi: 10.1016/j.ajhg.2016.11.018. PubMed PMID: 28017372; PMCID: PMC5223093.

6. The COVID pandemic presented unique opportunities to apply the genomic technologies and resources of my laboratory and collaborate with researchers from around the world to support the efforts to better understand and treat COVID and its related conditions.

a. MacKay MJ, Hooker AC, Afshinnekoo E, Salit M, Kelly J, Feldstein JV, Haft N, Schenkel D, Nambi S, Cai Y, Zhang F, Church G, Dai J, Wang CL, **Levy S**, Huber J, Ji HP, Kriegel A, Wyllie AL, and Mason, CE. (2020) *The COVID-19 XPRIZE and the need for scalable, fast, and widespread testing.* Nat Biotechnol. 38(9): 1021-1024, doi: 10.1038/s41587-020-0655-4, PMID: 32820257, PMC: PMC7543743.

b. Butler D, Mozsary C, Meydan C, Foox J, Rosiene J, Shaiber A, Danko D, Afshinnekoo E, MacKay M, Sedlazeck FJ, Ivanov NA, Sierra M, Pohl D, Zietz, M, Gisladottir U, Ramlall V, Sholle ET, Schenck EJ, Westover CD, Hassan C, Ryon K, Young B, Bhattacharya C, Ng DL, Granados AC, Santos YA, Servellita V, Federman S, Ruggiero P, Fungtammasan A, Chin CS, Pearson NM, Langhorst BW, Tanner NA, Kim Y, Reeves JW, Hether TD, Warren SE, Bailey M, Gawrys J, Meleshko D, Xu D, Couto-Rodriguez M, Nagy-Szakal D, Barrows J, Wells H, O'Hara NB, Rosenfeld JA, Chen Y, Steel PAD, Shemesh AJ, Xiang J, Thierry-Mieg J, Thierry-Mieg D, Iftner A, Bezdan D, Sanchez E, Campion TR, Jr., Sipley J, Cong L, Craney A, Velu P, Melnick AM, Shapira S, Hajirasouliha I, Borczuk A, Iftner T, Salvatore M, Loda M, Westblade LF, Cushing M, Wu S, **Levy S**, Chiu C, Schwartz RE, Tatonetti N, Rennert H, Imielinski M, and Mason CE. (2021) Shotgun transcriptome, spatial omics, and isothermal profiling of SARS-CoV-2 infection reveals unique host responses, viral diversification, and drug interactions. Nat Commun. 12(1): 1660, doi: 10.1038/s41467-021-21361-7, PMID: 33712587, PMC: PMC7954844.

c. Park J, Foox J, Hether T, Danko D, Warren S, Kim Y, Reeves J, Butler DJ, Mozsary C, Rosiene J, Shaiber A, Afshinnekoo E, MacKay M, Bram Y, Chandar V, Geiger H, Craney A, Velu P, Melnick AM, Hajirasouliha I, Beheshti A, Taylor D, Saravia-Butler A, Singh U, Wurtele ES, Schisler J, Fennessey S, Corvelo A, Zody MC, Germer S, Salvatore S, **Levy S**, Wu S, Tatonetti N, Shapira S, Salvatore M, Loda M, Westblade LF, Cushing M, Rennert H, Kriegel AJ, Elemento O, Imielinski M, Borczuk AC, Meydan C, Schwartz RE, and Mason CE. (2021) Systemic Tissue and Cellular Disruption from SARS-CoV-2 Infection revealed in COVID-19 Autopsies and Spatial Omics Tissue Maps. bioRxiv. doi: 10.1101/2021.03.08/434433, PMID: 33758858, PMC: PMC7987017.

d. Karlebach G, Aronow B, Baylin SB, Butler D, Foox J, **Levy S**, Meydan C, Mozsary C, Saravia-Butler AM, Taylor DM, Wurtele E, Mason CE, Beheshti A, and Robinson PN. (2021) Betacoronavirus-specific alternate splicing. bioRxiv. doi: 10.1101/2021.07.02.450920, PMID: 34230929, PMC: PMC8259905.

---

**Education**

---

*College*
University of New Hampshire: BS, 1994       (Biochemistry, Microbiology)
GPA 3.37
Honors Graduate, Dean's list.

*Graduate School*
Emory University: PhD, 2000, (Biochemistry)
GPA 3.75

<u>Thesis title</u>:  "Genetic Alteration of the Mouse Mitochondrial Genome and Effects on Gene Expression."
<u>Thesis advisor</u>: Professor Douglas C. Wallace

*Post-Graduate Training*
Emory University, Douglas C. Wallace, March 2000-July 2000

## Employment/Academic Appointments

**Research Assistant Professor, Department of Molecular Physiology and Biophysics,** Vanderbilt University Medical Center, Nashville, TN, July 2000-June 2003

**Adjunct Faculty, Graduate training program, Department of Biomedical Informatics,** Vanderbilt University Medical Center, Nashville, TN, January 2001-June 2003

**Director, Vanderbilt Microarray Shared Resource,** Vanderbilt University Medical Center, Nashville, TN, July 2000-August 2009

**Assistant Professor, Department of Biomedical Informatics,** Vanderbilt University Medical Center, Nashville, TN, July 2003-August 2009. *(Primary Appointment)*

**Assistant Professor, Department of Molecular Physiology and Biophysics,** Vanderbilt University Medical Center, Nashville, TN, July 2003-August 2009 *(Secondary Appointment)*

**Adjunct Associate Professor, Department of Biomedical Informatics,** Vanderbilt University Medical Center, Nashville, TN, August 2009-December 2017.

**Adjunct Associate Professor, Department of Epidemiology**, University of Alabama-Birmingham, Birmingham, AL October 2010-Present.

**Adjunct Assistant Professor, Department of Genetics**, University of Alabama-Birmingham, Birmingham, AL October 2010-Present.

**Adjunct Associate Professor, Department of Biological Sciences**, University of Alabama-Huntsville, Huntsville, AL January 2014-Present.

**Director**, Genomic Services Laboratory, HudsonAlpha Institute for Biotechnology, Huntsville, AL, August 2009-August 2019

**Executive Director**, HudsonAlpha Clinical Services Laboratory, LLC, Huntsville, AL, December 2014-August 2019

**Faculty Investigator**, HudsonAlpha Institute for Biotechnology, Huntsville, AL, August 2009-December 2022.

**Chief Scientific Officer**, HudsonAlpha Discovery, Discovery Life Sciences, Inc, Huntsville, AL, August 2019-March 2022.

**Senior Vice President, Applications and Scientific Affairs**, Element Biosciences, San Diego CA, February 2022-January 2023.

**Chief Scientific Officer, Senior Vice President, Applications**, Element Biosciences, San Diego CA, January 2023-present.

## Professional Organizations

American Medical Informatics Association, Co-chair, Genomics Working Group (2006-2007)
Association of Biomedical Resource Facilities
American Association for the Advancement of Science
American Association for Cancer Research
American Society for Human Genetics

## Professional Activities

*Intramural-University*
Vision 2020 Personalized Medicine Committee-Task Force 3 (2009)

*Intramural-Departmental*
Department of Biomedical Informatics Academic Progress Committee (2005-2007)
Department of Biomedical Informatics Curriculum Committee (2007-2009)

*Intramural-Center Affiliations*
Vanderbilt-Ingram Cancer Center, Associate Member (2000-2009)
Vanderbilt Diabetes Research and Training Center, Member (2000-2009)
Vanderbilt Digestive Disease Research Center, Member (2003-2009)
Vanderbilt Institute of Chemical Biology, Member (2004-2009)

*Extramural-Journal Review*
▪Reviewer- Arteriosclerosis, Thrombosis and Vascular Biology (2001-present)
▪Reviewer-Bioinformatics (2001-present)
▪Reviewer-Journal of Biological Chemistry (2002-present)
▪Reviewer-Neuropsychopharmacology (2003-present)
▪Reviewer-Kidney International (2003-present)
▪Reviewer-Circulation Research (2003-present)
▪Reviewer-Proceedings of the National Academy of Sciences (2004-present)
▪Reviewer-Mitochondrion (2004-present)
▪Reviewer-Molecular Nutrition and Food Research (2005-present)
▪Reviewer-Pattern Recognition Letters (2006-present)
▪Reviewer-PLOS-Genetics (2006-present)
▪Reviewer-Physiological Genomics (2008-present)
▪Reviewer-Genome Biology (2008-present)

*Extramural-Editorial*
▪ Member, Editorial Board- Journal of the American Informatics Association (2005-2007)

*Extramural-Grant Study Section*
▪Reviewer- Alzheimer's Association (2002-present).
▪NIDDK study section ZDK1 GRB-6 "Digestive Disease Research Development Centers" December 2002.
▪NIDDK study section ZDK1 GRB-6 "Digestive Disease Research Development Centers" April 2004.
▪NCI study section ZCA1 SRRB-C "Innovative Technologies for the Detection of Cancer" July 2004.
▪NLM special study section-P41 Biomedical Informatics Resource Grants, April 2005.
▪NLM special emphasis panel ZLM1 HS RO1, July 2005

- NIH CSR shared equipment study section ZRG1 GGG-T (30, 31), November 2005.
- DOD Ovarian Cancer Review Panel OC-2, August 2006
- NIH Special Emphasis Panel ZRG1 GGG-T Genomics and Genetics Shared Instrumentation, October 2006.
- NCI study section ZCA1 SRRB-U Development of Advanced Genomic Characterization Technologies, November 2006.
- NIDDK DK-06-017 "Silvio O. Conte Digestive Diseases Research Core Centers P30", June 2007.
- NIH Special Emphasis Panel ZRG1 GGG-A (30) - S10s genomics and proteomics shared instrumentation, July 2007.
- NIH Special Emphasis Panel ZRG1 GGG-B (30) - S10s genomics and proteomics shared instrumentation, September 2008.
- NIAAA Special Review Panel ZAA1-GG-01, November 2008
- NIH Special Emphasis Panel ZRG1 GGG-A (30) – Genes Genomes and Genetics instrumentation, October 2010.
- NIH Study Section 2011/05 GHD-Genetics of Health and Disease Study Section, February 2011.
- NIGRI Study Section 2012/05 ZHG1 HGR-P (M1) 1-H3 AFRICA Initiative, March 2012.

- ***Numerous ad-hoc reviews from 2012-2021.***

<u>Extramural-Other Review</u>
- Reviewer, American Association for the Advancement of Science Research Competitive Service-*Microarray Facilities for the Vermont Genetics Network.* April 2002.
- Reviewer, American Association for the Advancement of Science Research Competitive Service-*External Review of the Michigan Core Technology Alliance.* April 2003.
- Reviewer, American Association for the Advancement of Science Research Competitive Service-*External Review of the Michigan Core Technology Alliance.* April 2004.
- Reviewer, American Association for the Advancement of Science Research Competitive Service-*External Review of the Rhode Island EPScOR.* January 2007.
- Reviewer, American Association for the Advancement of Science Research Competitive Service-*External Review of the Rhode Island EPScOR.* March 2008.
- Reviewer, American Association for the Advancement of Science Research Competitive Service- *Review of Washington State Life Sciences Discovery Fund* June 2008.
- Reviewer, American Association for the Advancement of Science Research Competitive Service- *Review of Missouri Life Sciences Research Board* October 2008
- Reviewer, American Association for the Advancement of Science Research Competitive Service-*External Review of the Rhode Island EPScOR.* June 2009.
- Reviewer, American Association for the Advancement of Science Research Competitive Service-*External Review of the Rhode Island EPScOR.* May 2010.
- Reviewer, American Association for the Advancement of Science Research Competitive Service-*External Review of the Rhode Island EPScOR.* September 2011.

<u>Extramural-Advisory</u>
- Member, Scientific Advisory Board, NuGen Technologies, Inc, San Carlos, CA, October 2003-December 2010.
- Member, Scientific Advisory Board, Genome Quebec Innovation Centre, Montreal, Quebec, 2008-2011.
- Member, Scientific Advisory Board, Rubicon Genomics, Ann Arbor, MI 2013-2017.

▪Chairman, Scientific Advisory Board, RainDance Technologies (BioRad), Billerica, MA 2015-2018
▪Member, Scientific Advisory Board, Genome Explorations Inc, Memphis, TN, 2006-2018.
▪Member, Scientific Advisory Board, Jumpcode Genomics, San Diego, CA. 2018-Present.
▪Member, Scientific Advisory Board, Covaris, Woburn, MA. 2018-Present.

*Honors and Awards*
▪Scholar Athlete, University of New Hampshire, 1993-1994.
▪Dean's list, University of New Hampshire, 1992-1994.
▪Career Development Award, SPORE in Gastrointestinal Cancer 2004-2005
▪Co-Chair, Genomics Working Group of the American Medical Informatics Association 2006-2007.

## Teaching Activities

**Graduate School Courses as Course Director**
**BMIF 310**-Foundations of Bioinformatics and Computational Biology, 28 lectures, Spring 2004
**BMIF 311**-Introduction to Systems Biology, 28 lectures, Spring 2009. *This course was a newly developed course for 2009.*

**Graduate School Courses as Lecturer**
**MPB 322**-Regulation of Gene Expression, 3 lectures, Spring 2002
**MPB 322**-Regulation of Gene Expression, 2 lectures, Spring 2003
**MPB 322**-Regulation of Gene Expression, 3 lectures, Spring 2004
**IGP 301**-Methodology, 1 lecture, Fall 2004
**IGP 301**-Methodology, 1 lecture, Fall 2005
**IGP 301**-Methodology, 1 lecture, Fall 2006
**MIM 351**-Functional Genomics and Proteomics, 2 lectures, Spring 2006
**BMIF 310**-Foundations of Bioinformatics and Computational Biology, 7 lectures, Fall 2007
**BMIF 310**-Foundations of Bioinformatics and Computational Biology, 7 lectures, Fall 2008
**BMIF 310**-Foundations of Bioinformatics and Computational Biology, 4 lectures, Fall 2009
**BMIF 310**-Foundations of Bioinformatics and Computational Biology, 4 lectures, Fall 2010
**BMIF 310**-Foundations of Bioinformatics and Computational Biology, 1 lecture, Fall 2011

## Research Supervision

*Ph.D. Thesis Committee Member*
Stephen VonStetina-Vanderbilt University (2001-2005)
Laura Wilding-Vanderbilt University (2003-2007)
Alex Statnikov-Vanderbilt University (2005-2008)
Alisha Russell-Vanderbilt University (2006-2010)
Mawuli Nyaku-University of Alabama-Birmingham (2010-2014)

*M.S. Thesis Committee Member*
Alex Statnikov (2003-2005)
Joel Parker (2000-2002)

*Student Mentorship*
*Shristi Shrestha, PhD student (2014-2019)*

*Current position: Bioinformatics Scientist, Department of Stem Cell Biology, Vanderbilt University, Nashville, TN.*
Nripesh Prasad, PhD student (2010-2014)
*Current position: Director of Feasibility, Discovery Life Sciences, Huntsville, AL.*
Sidd Pratrap MS student (2005-2007)
*Current position: Director of Bioinformatics, Meharry Medical College, Nashville, TN.*

*Fellow Mentorship*
Lewis Frey, PhD (2004-2006)
*Current position: Associate Professor, Public Health Sciences, Medical College of South Carolina, Charleston, SC.*

## Patents Awarded

Multiplex spatial profiling of gene expression
US 7,569,392 B2

## Research Support

### COMPLETED

2U24HD090744-01 (Levy/Zhang)      07/01/2019 – 06/30/2022      2.40 calendar months
NIH/NICHD                         $6,212,400
**Characterizing pediatric genomes through an optimized sequencing approach**
Understanding the fundamental genetic changes associated with structural birth defects and childhood cancers is an important step in developing tools to allow more advanced prediction, treatment and prevention of these devastating conditions. We propose to combine the resources of two world-class centers to support researchers in their investigations of the genetics of birth defects and childhood cancers. This centralized resource will provide researchers with the tools and support necessary to advance our understanding and drive us closer to curing or preventing these diseases.
**Role: Principle Investigator**

1OT2OD027070-01 (Levy)           09/21/2019 - 08/31/2023      2.40 calendar months
NIH/NCATS                         $6,999,491
**Population-Scale Clinical Genomics**
The production of genomic data for the All of Us Research Program (AoU) is an unprecedented opportunity to support a comprehensive precision medicine effort that benefits the entire U.S. population. With the participation from patients, family members, researchers and clinicians, the AoU Research Program will impact clinical management by directing patient care, enabling pre-symptomatic genetic testing of relatives, guiding family planning measures, and triggering healthcare interventions. This proposal focuses on the production of long-read sequencing data to complement the short-read data that is being produced from DNA from participating individuals. The goal of the study is to identify structural and copy number changes detected in the long-read data that is may be missed in short-read data.
**Role: Principle Investigator**

**5 U24 DK58749-03  (George)**      09/30/2000 - 08/31/2003      1.2 calendar months
NIH/NIDDK

**Vanderbilt NIDDK Biotechnology Center**
The goal of this proposal was the establishment of a Biotechnology Center for the support of genomic studies of interest to investigators funded by the NIDDK.  Microarray technologies and related informatics were central to the efforts.
**Role: Co-Investigator**


**VUMC Discovery Grant 540 (Levy)**         01/01/2002 - 12/31/2003     1.2 calendar months
VUMC Internal Grant                         $50,000
**Gene Expression Analysis of Colon Cancer**
The goal of this proposal was the development of an integrated RNA and protein expression profile for colon cancer utilizing microarray and high-resolution protein profiling technologies. These profiles were useful in designing and developing both technological and informatic platforms for the combined analysis of protein and genetic profiles of cancer.
**Role: Principle Investigator**


**ACS IRG-58-009-46 (Levy)**               07/01/2003 - 06/30/2004     1.2 calendar months
ACS/VICC
**Simultaneous profiling of protein and RNA expression by mass spectrometry in intact tissue sections.**
The goal of this proposal is to develop a novel technology platform that facilitates the simultaneous profiling of protein and RNA species in intact tissue samples while reporting spatial position.  This will provide an unprecedented resolution to examine the biology of tumor samples and host-tumor interactions.
**Role: Principle Investigator**


**1 R21 NS043581-01A1 (McDonald)**         12/01/2002 - 11/30/2004     1.2 calendar months
NIH/NINDS
**Gene Discovery in a Putative Mouse Model of ADHD**
In this proposal, microarray technology will be used to examine differential gene expression in the mouse model of ADHD, providing a rare opportunity to discover genes downstream of TRß activity that are able to produce all of the core symptoms and many adjunct features of ADHD.
**Role: Co-Investigator**


**1 U01 DK063587-01   (Hayward)**          09/30/2002 - 06/30/2005     1.2 calendar months
NIH/NIDDK
**Genetic Markers of Transition Zone Hyperplasia**
The goals of this proposal are the identification of biomarkers for prostate hyperplasia through the use of high-density microarray studies on novel models of prostate disease.
**Role: Co-Investigator**


**W81XWH-04-1-0626 (Levy)**                07/15/2004 - 07/14/2006     1.2 calendar months
Department of Defense
**Simultaneous profiling of protein and RNA expression by mass spectrometry in intact breast tissue sections.**
The goal of this proposal is to continue the development of a novel technology platform that facilitates the simultaneous profiling of protein and RNA species in intact tissue samples while reporting spatial position.  This proposal will specifically fund the optimization of this technology for the analysis of breast tissue samples.
**Role: Principle Investigator**

**5 P01 HL6744-04 (Hawiger)**         12/01/2001 - 11/30/2006      1.2 calendar months
NIH/NHLBI
**Functional Genomics of Inflammation**
As part of a Program Project Grant, the goal of the Microarray Core in the Functional Genomics of Inflammation program project is to provide genome-scale expression profiling technologies to researchers involved in the program.
**Role: Core Leader**

**1 R01 DK068261-01 (Nagy)**         07/01/2004 - 06/30/2007      1.2 calendar months
NIH/NIDDK
**Antipsychotic Drug-induced Weight Gain**
The goal of this study is to understand the actions of antipsychotic drugs as they alter body weight.  In this short subcontract with the University of Alabama, an animal model system used to study the molecular effects of selected drugs will be analyzed using genomic profiling techniques.
**Role:  Co-Investigator**

**5 P60 DK20593-27 (Powers)**         07/20/2002 - 03/31/2007      1.2 calendar months
NIH/NIDDK
**Diabetes Research and Training Center-Microarray and Bioinformatics Core**
As part of a center grant, the goal of the Microarray Core in the Diabetes Research and Training Center is to provide support for the use of genome-scale expression profiling technologies to researchers involved in DRTC-related research.
**Role: Core Leader**

**5 P50 CA95103-04 (Coffey)**         09/24/2002 - 04/30/2007      1.2 calendar months
NIH/NCI
**SPORE in GI Cancer**
This study will investigate the molecular features of tumors in GI cancer and provide full support for genomic profiling projects as part of the overall SPORE program.
**Role: Core Leader**

**5 P30 CA68485-13 (Pietenpol)**         09/28/2004 - 08/31/2009      1.80 calendar months
NIH/NCI                                    $3,553,801
**Cancer Center Support Grant**
As part of the Vanderbilt Ingram Cancer Center's support grant, the goal of the Microarray Core is to provide genome-scale expression profiling technologies as well as analysis and informatics support to researchers who are members of the center.
**Role: Core Leader**

**U24 CA126563 (Myers)**         09/28/2006 - 08/31/2010      1.2 calendar months
NIH/NCI
**The HudsonAlpha Cancer Genome Characterization Center**
We are characterizing tumors and matched non-tumor samples for copy number variations throughout the human genome as part of The Cancer Genome Atlas project, a trans-NIH initiative aimed at learning all the genetic and genomic changes associated with cancer.  We use a whole-genome genotyping method to assay more than 1 million SNPs throughout the genome.
**Role: Co-Investigator**

**1 RC1 HL100016-01 (Schey)**         09/30/2009 - 09/29/2011      1.2 calendar months
NIH-ARRA Funding

**Proteome and Transcriptome Markers of Hypertension in Urine and Plasma Exosomes**
The goal of the proposed research is to develop a novel method for discovery of molecular markers of disease that circumvents existing obstacles. Through analysis of proteins and RNA found in lipid particles isolated from blood and urine, new markers of disease will be discovered that improve diagnosis, prognosis, and prediction of response to therapy; that is, improve personalized medicine. The new methodology will be applied to reveal biomarkers of salt-sensitivity and therapeutic response in hypertensive subjects.
**Role: Co-Investigator**

**1 RC1 DK086594-01 (Southard-Smith)**       09/30/2009 - 09/29/2011       0.60 calendar months
NIH/NIDDK                                    $240,970
**Gene Networks in Neutral Crest-derived Innervation of the Lower Urinary Tract**
The studies proposed aim to identify essential genes that control development of nerves in the lower urinary tract that regulate bladder control and sexual function. These studies are important for understanding how these nerves normally develop and for deriving technologies that will restore neural function in urogenital birth defects or after pelvic surgery. This proposal is in response to the broad Challenge grant area of Regenerative medicine and meets multiple needs for basic research in development lower urinary tract innervation.
**Role: Co-Investigator**

**5 P30DK058404-07 (Polk)**                  08/30/2007 - 05/31/2012       1.20 calendar months
NIH/NIDDK                                    $727,500
**Molecular and Cellular Basis of Digestive Diseases**
As part of a center grant, the goal of the Microarray Core in the Vanderbilt Digestive Diseases Center is to provide support for the use of genome-scale expression profiling technologies to researchers involved in digestive disease-related research.
**Role: Core Leader**

**5 P60 DK20593-31 (Powers)**                06/01/2007 - 03/31/2012       0.24 calendar months
NIH/NIDDK                                    $1,487,659
**Diabetes Research and Training Center**
As part of a center grant, the goal of the Microarray and Bioinformatics Core in the Diabetes Research and Training Center is to provide support for the use of genome-scale expression profiling technologies to researchers involved in DRTC-related research.
**Role: Core Leader**

**P50 HG02568 (Kingsley)**                   4/19/2002 - 5/31/2012         1.20 calendar months
NIH/NHGRI                                    $701,981
**Center for Vertebrate Diversity**
The continuation of this Center of Excellence in Genome Science (CEGS) has broad goals to understand the genetic basis for the striking biological diversity seen in vertebrate animals.  We use genetics, genomics, molecular biology and computational tools to study this problem, focusing on the three-spined stickleback fish.  HudsonAlpha performs many of the genomic experiments for this project, including genomic DNA sequencing, cDNA sequencing, BAC map construction, and genotyping.
**Role: Co-Investigator**

**2 R01 CA064277-10A1 (Zheng)**              08/05/2008 - 05/31/2013       0.24 calendar months
NIH/NCI                                      $324,917
**Shanghai Breast Cancer Study**

This proposal is aimed at the development of novel algorithms for the analysis of high-dimensionality data towards the discovery of causal markers and mechanisms.
**Role: Co-Investigator**


**R01: (Myers and Boehnke)**          8/30/11 - 6/30/14          2.4 calendar months
NIH                                   $1,855,348
**Whole Genome and Exome Sequencing for Bipolar Disorder**
In this collaborative R01 grant, performed jointly with Dr. Michael Boehnke and colleagues at the University of Michigan, we are performing a detailed genetic analysis of bipolar disorder. We are using ultrahigh-throughput sequencing to determine the deep whole genome sequences from 1,000 individuals with bipolar disorder and 1,000 control individuals without the disorder.
**Role: Co-Investigator**


**1 R01 AR057202 (Bridges)**          4/1/2009 - 3/31/2014          0.6 calendar months
NIH/NIAMS                             $298,704
**Genome Wide Association Study in African-Americans with Rheumatoid Arthritis**
In this study, the Myers lab and Devin Absher and his lab at HudsonAlpha are collaborating with Dr. Lou Bridges and his colleagues at the School of Medicine at the University of Alabama in Birmingham to perform a genome-wide genetic association study of rheumatoid arthritis in African Americans. No budgetary or scientific overlap.
**Role: Co-Investigator**


**US MED Research ACQ Activity (Myers)** 9/16/2010 - 8/31/2015          4.0 calendar months
US Army                               $2,150,777
**Global genomic analysis of prostate, breast and pancreatic cancer**
The goals of this study are to provide an unprecedented comprehensive view of the molecular pathogenesis of prostate, breast, and pancreatic cancer, as well as the differential response to treatments in breast cancer. We will use next-generation DNA sequencing to measure mRNA, microRNA, DNA methylation, DNase hypersensitivity sites, histone modifications, and sites of transcription factor occupancy in tumors and matched non-tumor tissues for these three cancers.
**Role: Co-Investigator**


**5 U54 HG004576-03 (Myers)**          10/01/2007 - 09/30/2011          1.20 calendar months
NIH/NHGRI                             $3,985,643
**Global Annotation of Regulatory Elements in the Human Genome**
This project, which is a collaboration between the Myers group at HudsonAlpha and Barbara Wold's group at Caltech, along with contributions from Wing Wong, Arend Sidow, Serafim Batzoglou and Gavin Sherlock at Stanford, is part of the ENCODE Project, whose goals are to identify and understand the roles of all the functional elements throughout the entire human genome. Our contributions are to identify transcription factor binding sites, assess the methylation status and measure RNAs with next-gen sequencing.
**Role: Co-Investigator**


**5UL1TR001417-02 (Kimberly)**          08/18/2015 - 03/31/2019          0.60 calendar months
NIH/NCATS                             $83,644
**UAB Center for Clinical and Translational Science (CCTS)**
The UAB CCTS will enhance human health by driving scientific discovery and dialogue across the bench, bedside and community continuum. The CCTS support this overall mission in a highly integrative network of relationships. Success in creating such an environment is dependent upon success in achieving five strategic priorities: 1) enhancing research infrastructure; 2) promoting

investigator education, training and development; 3) accelerating discovery across the T1 interface; 4) expanding value-added partnerships; and 5) building sustainability.
**Role: Co-Investigator**


**HHSN2722012000231 (Creech)**          09/01/2015 - 09/30/2018          0.24 calendar months
NIH/NIAID                              $555,660
**Influenza A/H7N9 Vaccine Administered with/without AS03 Adjuvant: Standard and Systems Biology**
HudsonAlpha will receive human RNA samples from Vanderbilt University Medical Center. RNA-sequencing will be performed per specifications provided in the clinical protocol and clarified in the manual of procedures. We will perform all necessary experiments, including quality control assays. Once sequencing data are obtained, these FastQ/BAM files will be transferred to Vanderbilt University Medical Center and to the DMID Statistics and Data Coordinating Center (SDCC) for data analysis.
**Role: Co-Investigator**


**HHSN2722012000231 (Creech)**          09/01/2015 - 09/30/2018          0.24 calendar months
NIH/NIAID                              $56,630
**Sub-study for DMID 10-0074**
HudsonAlpha will receive human RNA samples from Vanderbilt University Medical Center. RNA-sequencing will be performed per specifications provided in the clinical protocol and clarified in the manual of procedures. We will perform all necessary experiments, including quality control assays. Once sequencing data are obtained, these FastQ/BAM files will be transferred to Vanderbilt University Medical Center and to the DMID Statistics and Data Coordinating Center (SDCC) for data analysis.
**Role: Co-Investigator**


**6U19CA179514-05 (Coffey)**          09/01/2013 - 08/31/2018          0.24 calendar months
NIH/NCI                              $39,254
**Secreted RNA during CRC progression biogenesis function and clinical markers**
Dr. Levy's laboratory will fully support RNA sequencing on 48-74 samples per year prepared from either total RNA or microRNA at the HudsonAlpha Institute for Biotechnology. Dr. Levy's laboratory will provide all required reagents, personnel and basic analysis support for the proposed sequencing studies during years 1-5 of the project period.
**Role: Co-Investigator**


**5U01MH105653-03 (Boehnke)**          09/19/2014 - 05/31/2018          0.60 calendar months
NIH/NIMH                              $23,557
**Whole Genome Sequencing for Schizophrenia and Bipolar Disorder in the GPC**
Dr. Levy will participate in weekly conference calls and several yearly face-to-face meetings to help make this project successful. Any new improvements in sequencing technology, data analysis and data interpretation that are developed and/or applied at HudsonAlpha will be made immediately available to this project.
**Role: Co-Investigator**


**3P30CA013145-44S4 (Partridge)**          04/01/2017 - 03/31/2018          0.60 calendar months
NIH/NCI                              $113,863
**Comprehensive Cancer Center Core Support Grant**
Dr. Myers, President and Science Director of HudsonAlpha Institute for Biotechnology, will be part of the director's council. The director's council meets on a monthly basis to advise the director on all major decisions regarding the UAB-CCC, its organization, planning and evaluation and to

approve new developmental research programs and review program leaderships. In addition, Dr. Myers will co-lead UAB-CCC's Experimental Therapeutics program. Drs. Absher and Levy will be co-leaders of the Cancer Cell Biology Program and Cancer Control & Population Sciences Program. Dr. Cooper is an Associate Scientist in Experimental Therapeutics program. They will consult investigators in study design and analysis related to genomic data.
**Role: Core Leader**

**4UM1HG007301-04 (Cooper/Myers)**          06/14/2013 - 05/31/2018          0.60 calendar months
NIH/NHGRI                                                      $1,536,927
**Genomic Diagnosis in Children with Developmental Delay**
The goal of this project is to address technological, analytical, and ethical challenges that prevent optimal use of DNA sequencing to improve treatment of diseases and life planning for patients and their families.  We are applying next-generation DNA sequencing to meet the diagnostic needs of children with developmental delay, intellectual disability and related health problems.
**Role: Co-Investigator**

**RFA-HG-16-011 (Cooper/Barsh/Korf)**          06/01/2017 – 05/31/2021          0.60 calendar months
NIH                                                            $2,840,944
**Clinical sequencing across communities in the Deep South**
This proposal outlines an important study to apply WGS to diagnose neonates with rare disorders, increase participation of individuals from underrepresented racial/ethnic groups in genomics clinical trials, provide educational materials appropriate to diverse audiences, equip non-genetics healthcare providers to return WGS results, assess the impact of WGS testing and results, and engage a broad community to implement safer, more effective, and more equitably distributed genomic medicine.
**Role: Co-Investigator**

**Publications**

**221 peer-reviewed publications with a total of 55,665 citations** (*as of November 2023*)**.**

*A full publication and patent listing can be accessed via a public Google Scholar profile at:* *http://scholar.google.com/citations?user=xeKJAZ0AAAAJ*

*NCBI Bibliography Link:*
*https://www.ncbi.nlm.nih.gov/myncbi/1BODvQqGn4iAa/bibliography/public/*

_____

*Articles in refereed journals*

1.    Levy, S.E., K.G. Waymire, Y.L. Kim, G.R. MacGregor, and D.C. Wallace, *Transfer of chloramphenicol-resistant mitochondrial DNA into the chimeric mouse.* Transgenic Res, 1999. **8**(2): p. 137-45.
2.    Levy, S.E., Y.S. Chen, B.H. Graham, and D.C. Wallace, *Expression and sequence analysis of the mouse adenine nucleotide translocase 1 and 2 genes.* Gene, 2000. **254**(1-2): p. 57-66.
3.    Sligh, J.E., S.E. Levy, K.G. Waymire, P. Allard, D.L. Dillehay, S. Nusinowitz, J.R. Heckenlively, G.R. MacGregor, and D.C. Wallace, *Maternal germ-line transmission of*

*mutant mtDNAs from embryonic stem cell-derived chimeric mice.* Proc Natl Acad Sci U S A, 2000. **97**(26): p. 14461-6.

4.  Levy, S.E. and J.A. Muldowney, 3rd, *Microarray analysis of neointima: flowing toward a clear future.* Arterioscler Thromb Vasc Biol, 2002. **22**(12): p. 1946-7.

5.  Gu, G., A.Y. Deutch, J. Franklin, S. Levy, D.C. Wallace, and J. Zhang, *Profiling genes related to mitochondrial function in mice treated with N-methyl-4-phenyl-1,2,3,6-tetrahydropyridine.* Biochem Biophys Res Commun, 2003. **308**(1): p. 197-205.

6.  Levy, S.E., *Microarray analysis in drug discovery: an uplifting view of depression.* Sci STKE, 2003. **2003**(206): p. pe46.

7.  McQuain, M.K., K. Seale, J. Peek, S. Levy, and F.R. Haselton, *Effects of relative humidity and buffer additives on the contact printing of microarrays by quill pins.* Anal Biochem, 2003. **320**(2): p. 281-91.

8.  Yamagata, N., Y. Shyr, K. Yanagisawa, M. Edgerton, T.P. Dang, A. Gonzalez, S. Nadaf, P. Larsen, J.R. Roberts, J.C. Nesbitt, R. Jensen, S. Levy, J.H. Moore, J.D. Minna, and D.P. Carbone, *A training-testing approach to the molecular classification of resected non-small cell lung cancer.* Clin Cancer Res, 2003. **9**(13): p. 4695-704.

9.  Friedman, D.B., S. Hill, J.W. Keller, N.B. Merchant, S.E. Levy, R.J. Coffey, and R.M. Caprioli, *Proteome analysis of human colon cancer by two-dimensional difference gel electrophoresis and mass spectrometry.* Proteomics, 2004. **4**(3): p. 793-811.

10. Kokoszka, J.E., K.G. Waymire, S.E. Levy, J.E. Sligh, J. Cai, D.P. Jones, G.R. MacGregor, and D.C. Wallace, *The ADP/ATP translocator is not essential for the mitochondrial permeability transition pore.* Nature, 2004. **427**(6973): p. 461-5.

11. Law, A.K., D. Gupta, S. Levy, D.C. Wallace, R.J. McKeon, and C.R. Buck, *TGF-beta1 induction of the adenine nucleotide translocator 1 in astrocytes occurs through Smads and Sp1 transcription factors.* BMC Neurosci, 2004. **5**: p. 1.

12. McQuain, M.K., K. Seale, J. Peek, T.S. Fisher, S. Levy, M.A. Stremler, and F.R. Haselton, *Chaotic mixer improves microarray hybridization.* Anal Biochem, 2004. **325**(2): p. 215-26.

13. Sforza, D.M., J. Annese, D. Liu, S. Levy, A.W. Toga, and D.J. Smith, *Anatomical methods for voxelation of the mammalian brain.* Neurochem Res, 2004. **29**(6): p. 1299-306.

14. Levy, S.E., A. Statnikov, and C. Aliferis, *Biomarker Selection from High-Dimensionality Data.* Microarray Technol.(Suppl. Pharmaceut. Discov.), 2005: p. 37-44.

15. Park, Y.K., J.L. Franklin, S.H. Settle, S.E. Levy, E. Chung, L.H. Jeyakumar, Y. Shyr, M.K. Washington, R.H. Whitehead, B.J. Aronow, and R.J. Coffey, *Gene expression profile analysis of mouse colon embryonic development.* Genesis, 2005. **41**(1): p. 1-12.

16. Statnikov, A., C.F. Aliferis, I. Tsamardinos, D. Hardin, and S. Levy, *A comprehensive evaluation of multicategory classification methods for microarray gene expression cancer diagnosis.* Bioinformatics, 2005. **21**(5): p. 631-43.

17. Xie, L., B.J. Xu, A.E. Gorska, Y. Shyr, S.A. Schwartz, N. Cheng, S. Levy, B. Bierie, R.M. Caprioli, and H.L. Moses, *Genomic and proteomic analysis of mammary tumors arising in transgenic mice.* J Proteome Res, 2005. **4**(6): p. 2088-98.

18. Acuff, H.B., M. Sinnamon, B. Fingleton, B. Boone, S.E. Levy, X. Chen, A. Pozzi, D.P. Carbone, D.R. Schwartz, K. Moin, B.F. Sloane, and L.M. Matrisian, *Analysis of host- and tumor-derived proteinases using a custom dual species microarray reveals a protective role for stromal matrix metalloproteinase-12 in non-small cell lung cancer.* Cancer Res, 2006. **66**(16): p. 7968-75.

19. Chung, C.H., K. Ely, L. McGavran, M. Varella-Garcia, J. Parker, N. Parker, C. Jarrett, J. Carter, B.A. Murphy, J. Netterville, B.B. Burkey, R. Sinard, A. Cmelak, S. Levy, W.G. Yarbrough, R.J. Slebos, and F.R. Hirsch, *Increased epidermal growth factor receptor gene copy number is associated with poor prognosis in head and neck squamous cell carcinomas.* J Clin Oncol, 2006. **24**(25): p. 4170-6.

20.    Chung, C.H., S. Levy, and W.G. Yarbrough, *Clinical applications of genomics in head and neck cancer.* Head Neck, 2006. **28**(4): p. 360-8.

21.    Chung, C.H., J.S. Parker, K. Ely, J. Carter, Y. Yi, B.A. Murphy, K.K. Ang, A.K. El-Naggar, A.M. Zanation, A.J. Cmelak, S. Levy, R.J. Slebos, and W.G. Yarbrough, *Gene expression profiles identify epithelial-to-mesenchymal transition and activation of nuclear factor-kappaB signaling as characteristics of a high-risk head and neck squamous cell carcinoma.* Cancer Res, 2006. **66**(16): p. 8210-8.

22.    Shi, L., L.H. Reid, W.D. Jones, R. Shippy, J.A. Warrington, S.C. Baker, P.J. Collins, F. de Longueville, E.S. Kawasaki, K.Y. Lee, Y. Luo, Y.A. Sun, J.C. Willey, R.A. Setterquist, G.M. Fischer, W. Tong, Y.P. Dragan, D.J. Dix, F.W. Frueh, F.M. Goodsaid, D. Herman, R.V. Jensen, C.D. Johnson, E.K. Lobenhofer, R.K. Puri, U. Schrf, J. Thierry-Mieg, C. Wang, M. Wilson, P.K. Wolber, L. Zhang, S. Amur, W. Bao, C.C. Barbacioru, A.B. Lucas, V. Bertholet, C. Boysen, B. Bromley, D. Brown, A. Brunner, R. Canales, X.M. Cao, T.A. Cebula, J.J. Chen, J. Cheng, T.M. Chu, E. Chudin, J. Corson, J.C. Corton, L.J. Croner, C. Davies, T.S. Davison, G. Delenstarr, X. Deng, D. Dorris, A.C. Eklund, X.H. Fan, H. Fang, S. Fulmer-Smentek, J.C. Fuscoe, K. Gallagher, W. Ge, L. Guo, X. Guo, J. Hager, P.K. Haje, J. Han, T. Han, H.C. Harbottle, S.C. Harris, E. Hatchwell, C.A. Hauser, S. Hester, H. Hong, P. Hurban, S.A. Jackson, H. Ji, C.R. Knight, W.P. Kuo, J.E. LeClerc, S. Levy, Q.Z. Li, C. Liu, Y. Liu, M.J. Lombardi, Y. Ma, S.R. Magnuson, B. Maqsodi, T. McDaniel, N. Mei, O. Myklebost, B. Ning, N. Novoradovskaya, M.S. Orr, T.W. Osborn, A. Papallo, T.A. Patterson, R.G. Perkins, E.H. Peters, R. Peterson, K.L. Philips, P.S. Pine, L. Pusztai, F. Qian, H. Ren, M. Rosen, B.A. Rosenzweig, R.R. Samaha, M. Schena, G.P. Schroth, S. Shchegrova, D.D. Smith, F. Staedtler, Z. Su, H. Sun, Z. Szallasi, Z. Tezak, D. Thierry-Mieg, K.L. Thompson, I. Tikhonova, Y. Turpaz, B. Vallanat, C. Van, S.J. Walker, S.J. Wang, Y. Wang, R. Wolfinger, A. Wong, J. Wu, C. Xiao, Q. Xie, J. Xu, W. Yang, L. Zhang, S. Zhong, Y. Zong and W. Slikker, Jr., *The MicroArray Quality Control (MAQC) project shows inter- and intraplatform reproducibility of gene expression measurements.* Nat Biotechnol, 2006. **24**(9): p. 1151-61.

23.    Slebos, R.J., Y. Yi, K. Ely, J. Carter, A. Evjen, X. Zhang, Y. Shyr, B.M. Murphy, A.J. Cmelak, B.B. Burkey, J.L. Netterville, S. Levy, W.G. Yarbrough, and C.H. Chung, *Gene expression differences associated with human papillomavirus status in head and neck squamous cell carcinoma.* Clin Cancer Res, 2006. **12**(3 Pt 1): p. 701-9.

24.    Chin, M.H., A.B. Geng, A.H. Khan, W.J. Qian, V.A. Petyuk, J. Boline, S. Levy, A.W. Toga, R.D. Smith, R.M. Leahy, and D.J. Smith, *A genome-scale map of expression for a mouse brain section obtained using voxelation.* Physiol Genomics, 2007. **30**(3): p. 313-21.

25.    Chung, C.H., S. Levy, P. Chaurand, and D.P. Carbone, *Genomics and proteomics: emerging technologies in clinical cancer research.* Crit Rev Oncol Hematol, 2007. **61**(1): p. 1-25.

26.    Chung, C.H., J. Parker, S. Levy, R.J. Slebos, A.P. Dicker, and U. Rodeck, *Gene expression profiles as markers of aggressive disease-EGFR as a factor.* Int J Radiat Oncol Biol Phys, 2007. **69**(2 Suppl): p. S102-5.

27.    Frey, L., M. Edgerton, D. Fisher, and S. Levy, *Ensemble stump classifiers and gene expression signatures in lung cancer.* Stud Health Technol Inform, 2007. **129**(Pt 2): p. 1255-9.

28.    Joshi, S., H. Davies, L.P. Sims, S.E. Levy, and J. Dean, *Ovarian gene expression in the absence of FIGLA, an oocyte-specific transcription factor.* BMC Dev Biol, 2007. **7**: p. 67.

29.    Kaiser, S., Y.K. Park, J.L. Franklin, R.B. Halberg, M. Yu, W.J. Jessen, J. Freudenberg, X. Chen, K. Haigis, A.G. Jegga, S. Kong, B. Sakthivel, H. Xu, T. Reichling, M. Azhar, G.P. Boivin, R.B. Roberts, A.C. Bissahoyo, F. Gonzales, G.C. Bloom, S. Eschrich, S.L. Carter, J.E. Aronow, J. Kleimeyer, M. Kleimeyer, V. Ramaswamy, S.H. Settle, B. Boone, S. Levy, J.M. Graff, T. Doetschman, J. Groden, W.F. Dove, D.W. Threadgill, T.J. Yeatman, R.J.

Coffey, Jr., and B.J. Aronow, *Transcriptional recapitulation and subversion of embryonic colon development by mouse colon tumor models and human colon cancer.* Genome Biol, 2007. **8**(7): p. R131.

30. Muldowney, J.A., 3rd, J.R. Stringham, S.E. Levy, L.A. Gleaves, M. Eren, R.N. Piana, and D.E. Vaughan, *Antiproliferative agents alter vascular plasminogen activator inhibitor-1 expression: a potential prothrombotic mechanism of drug-eluting stents.* Arterioscler Thromb Vasc Biol, 2007. **27**(2): p. 400-6.

31. Zhou, S., S. Wei, B. Boone, and S. Levy, *Microarray analysis of genes affected by salt stress in tomato.* African Journal of Environmental Science and Technology, 2007. **1**(2): p. 014-026.

32. Beeghly-Fadiel, A., J.R. Long, Y.T. Gao, C. Li, S. Qu, Q. Cai, Y. Zheng, Z.X. Ruan, S.E. Levy, S.L. Deming, J.R. Snoddy, X.O. Shu, W. Lu, and W. Zheng, *Common MMP-7 polymorphisms and breast cancer susceptibility: a multistage study of association and functionality.* Cancer Res, 2008. **68**(15): p. 6453-9.

33. Kanies, C.L., J.J. Smith, C. Kis, C. Schmidt, S. Levy, K.S. Khabar, J. Morrow, N. Deane, D.A. Dixon, and R.D. Beauchamp, *Oncogenic Ras and transforming growth factor-beta synergistically regulate AU-rich element-containing mRNAs during epithelial to mesenchymal transition.* Mol Cancer Res, 2008. **6**(7): p. 1124-36.

34. Liu, Y.J., X.G. Liu, L. Wang, C. Dina, H. Yan, J.F. Liu, S. Levy, C.J. Papasian, B.M. Drees, J.J. Hamilton, D. Meyre, J. Delplanque, Y.F. Pei, L. Zhang, R.R. Recker, P. Froguel, and H.W. Deng, *Genome-wide association scans identified CTNNBL1 as a novel gene for obesity.* Hum Mol Genet, 2008. **17**(12): p. 1803-13.

35. Liu, Y.Z., S.G. Wilson, L. Wang, X.G. Liu, Y.F. Guo, J. Li, H. Yan, P. Deloukas, N. Soranzo, U. Chinappen-Horsley, A. Cervino, F.M. Williams, D.H. Xiong, Y.P. Zhang, T.B. Jin, S. Levy, C.J. Papasian, B.M. Drees, J.J. Hamilton, R.R. Recker, T.D. Spector, and H.W. Deng, *Identification of PLCL1 gene for hip bone size variation in females in a genome-wide association study.* PLoS One, 2008. **3**(9): p. e3160.

36. Subramaniam, V., P. Golik, D.G. Murdock, S. Levy, K.W. Kerstann, P.E. Coskun, G.A. Melkonian, and D.C. Wallace, *MITOCHIP assessment of differential gene expression in the skeletal muscle of Ant1 knockout mice: coordinate regulation of OXPHOS, antioxidant, and apoptotic genes.* Biochim Biophys Acta, 2008. **1777**(7-8): p. 666-75.

37. Watson, J.D., S. Wang, S.E. Von Stetina, W.C. Spencer, S. Levy, P.J. Dexheimer, N. Kurn, J.D. Heath, and D.M. Miller, 3rd, *Complementary RNA amplification methods enhance microarray identification of transcripts expressed in the C. elegans nervous system.* BMC Genomics, 2008. **9**: p. 84.

38. Wilding Crawford, L., E. Tweedie Ables, Y.A. Oh, B. Boone, S. Levy, and M. Gannon, *Gene expression profiling of a mouse model of pancreatic islet dysmorphogenesis.* PLoS One, 2008. **3**(2): p. e1611.

39. Xu, B., J.L. Roos, S. Levy, E.J. van Rensburg, J.A. Gogos, and M. Karayiorgou, *Strong association of de novo copy number mutations with sporadic schizophrenia.* Nat Genet, 2008. **40**(7): p. 880-5.

40. Zhou, S., R.J. Suave, B. Boone, and S. Levy, *Identification of Genes Associated with Aluminum Toxicity in Tomato Roots using cDNA Microarrays.* Plant Stress, 2008. **2**(2): p. 113-120.

41. De Moor, M.H., Y.J. Liu, D.I. Boomsma, J. Li, J.J. Hamilton, J.J. Hottenga, S. Levy, X.G. Liu, Y.F. Pei, D. Posthuma, R.R. Recker, P.F. Sullivan, L. Wang, G. Willemsen, H. Yan, E.J. De Geus, and H.W. Deng, *Genome-wide association study of exercise behavior in Dutch and American adults.* Med Sci Sports Exerc, 2009. **41**(10): p. 1887-95.

42. Lei, S.F., L.J. Tan, X.G. Liu, L. Wang, H. Yan, Y.F. Guo, Y.Z. Liu, D.H. Xiong, J. Li, T.L. Yang, X.D. Chen, Y. Guo, F.Y. Deng, Y.P. Zhang, X.Z. Zhu, S. Levy, C.J. Papasian, J.J. Hamilton, R.R. Recker, and H.W. Deng, *Genome-wide association study identifies two*

*novel loci containing FLNB and SBF2 genes underlying stature variation.* Hum Mol Genet, 2009. **18**(9): p. 1661-9.

43. Li, J., T. Yang, L. Wang, H. Yan, Y. Zhang, Y. Guo, F. Pan, Z. Zhang, Y. Peng, Q. Zhou, L. He, X. Zhu, H. Deng, S. Levy, C.J. Papasian, B.M. Drees, J.J. Hamilton, R.R. Recker, J. Cheng, and H.W. Deng, *Whole genome distribution and ethnic differentiation of copy number variation in Caucasian and Asian populations.* PLoS One, 2009. **4**(11): p. e7958.

44. Liu, X.G., L.J. Tan, S.F. Lei, Y.J. Liu, H. Shen, L. Wang, H. Yan, Y.F. Guo, D.H. Xiong, X.D. Chen, F. Pan, T.L. Yang, Y.P. Zhang, Y. Guo, N.L. Tang, X.Z. Zhu, H.Y. Deng, S. Levy, R.R. Recker, C.J. Papasian, and H.W. Deng, *Genome-wide association and replication studies identified TRHR as an important gene for lean body mass.* Am J Hum Genet, 2009. **84**(3): p. 418-23.

45. Liu, Y.Z., Y.F. Guo, L. Wang, L.J. Tan, X.G. Liu, Y.F. Pei, H. Yan, D.H. Xiong, F.Y. Deng, N. Yu, Y.P. Zhang, L. Zhang, S.F. Lei, X.D. Chen, H.B. Liu, X.Z. Zhu, S. Levy, C.J. Papasian, B.M. Drees, J.J. Hamilton, R.R. Recker, and H.W. Deng, *Genome-wide association analyses identify SPOCK as a key novel gene underlying age at menarche.* PLoS Genet, 2009. **5**(3): p. e1000420.

46. Liu, Y.Z., Y.F. Pei, Y.F. Guo, L. Wang, X.G. Liu, H. Yan, D.H. Xiong, Y.P. Zhang, S. Levy, J. Li, C.K. Haddock, C.J. Papasian, Q. Xu, J.Z. Ma, T.J. Payne, R.R. Recker, M.D. Li, and H.W. Deng, *Genome-wide association analyses suggested a novel mechanism for smoking behavior regulated by IL15.* Mol Psychiatry, 2009. **14**(7): p. 668-80.

47. Liu, Y.Z., Y.F. Pei, J.F. Liu, F. Yang, Y. Guo, L. Zhang, X.G. Liu, H. Yan, L. Wang, Y.P. Zhang, S. Levy, R.R. Recker, and H.W. Deng, *Powerful bivariate genome-wide association analyses suggest the SOX6 gene influencing both obesity and osteoporosis phenotypes in males.* PLoS One, 2009. **4**(8): p. e6827.

48. Xiong, D.H., X.G. Liu, Y.F. Guo, L.J. Tan, L. Wang, B.Y. Sha, Z.H. Tang, F. Pan, T.L. Yang, X.D. Chen, S.F. Lei, L.M. Yerges, X.Z. Zhu, V.W. Wheeler, A.L. Patrick, C.H. Bunker, Y. Guo, H. Yan, Y.F. Pei, Y.P. Zhang, S. Levy, C.J. Papasian, P. Xiao, Y.W. Lundberg, R.R. Recker, Y.Z. Liu, Y.J. Liu, J.M. Zmuda, and H.W. Deng, *Genome-wide association and follow-up replication studies identified ADAMTS18 and TGFBR3 as bone mass candidate genes in different ethnic groups.* Am J Hum Genet, 2009. **84**(3): p. 388-98.

49. Zheng, W., J. Long, Y.T. Gao, C. Li, Y. Zheng, Y.B. Xiang, W. Wen, S. Levy, S.L. Deming, J.L. Haines, K. Gu, A.M. Fair, Q. Cai, W. Lu, and X.O. Shu, *Genome-wide association study identifies a new breast cancer susceptibility locus at 6q25.1.* Nat Genet, 2009. **41**(3): p. 324-8.

50. Canter, J.A., G.K. Robbins, D. Selph, D.B. Clifford, A.R. Kallianpur, R. Shafer, S. Levy, D.G. Murdock, M.D. Ritchie, D.W. Haas, and T. Hulgan, *African mitochondrial DNA subhaplogroups and peripheral neuropathy during antiretroviral therapy.* J Infect Dis, 2010. **201**(11): p. 1703-7.

51. Greco, J.A., 3rd, A.C. Pollins, B.E. Boone, S.E. Levy, and L.B. Nanney, *A microarray analysis of temporal gene expression profiles in thermally injured human skin.* Burns, 2010. **36**(2): p. 192-204.

52. Lange, L.A., D.C. Croteau-Chonka, A.F. Marvelle, L. Qin, K.J. Gaulton, C.W. Kuzawa, T.W. McDade, Y. Wang, Y. Li, S. Levy, J.B. Borja, E.M. Lange, L.S. Adair, and K.L. Mohlke, *Genome-wide association study of homocysteine levels in Filipinos provides evidence for CPS1 in women and a stronger MTHFR effect in young adults.* Hum Mol Genet, 2010. **19**(10): p. 2050-8.

53. Motsinger-Reif, A.A., P.R. Antas, N.O. Oki, S. Levy, S.M. Holland, and T.R. Sterling, *Polymorphisms in IL-1beta, vitamin D receptor Fok1, and Toll-like receptor 2 are associated with extrapulmonary tuberculosis.* BMC Med Genet, 2010. **11**: p. 37.

54.    Otto, E.A., T.W. Hurd, R. Airik, M. Chaki, W. Zhou, C. Stoetzel, S.B. Patil, S. Levy, A.K. Ghosh, C.A. Murga-Zamalloa, J. van Reeuwijk, S.J. Letteboer, L. Sang, R.H. Giles, Q. Liu, K.L. Coene, A. Estrada-Cuzcano, R.W. Collin, H.M. McLaughlin, S. Held, J.M. Kasanuki, G. Ramaswami, J. Conte, I. Lopez, J. Washburn, J. Macdonald, J. Hu, Y. Yamashita, E.R. Maher, L.M. Guay-Woodford, H.P. Neumann, N. Obermuller, R.K. Koenekoop, C. Bergmann, X. Bei, R.A. Lewis, N. Katsanis, V. Lopes, D.S. Williams, R.H. Lyons, C.V. Dang, D.A. Brito, M.B. Dias, X. Zhang, J.D. Cavalcoli, G. Nurnberg, P. Nurnberg, E.A. Pierce, P.K. Jackson, C. Antignac, S. Saunier, R. Roepman, H. Dollfus, H. Khanna, and F. Hildebrandt, *Candidate exome capture identifies mutation of SDCCAG8 as the cause of a retinal-renal ciliopathy.* Nat Genet, 2010. **42**(10): p. 840-50.
55.    Smith, J.J., N.G. Deane, F. Wu, N.B. Merchant, B. Zhang, A. Jiang, P. Lu, J.C. Johnson, C. Schmidt, C.E. Bailey, S. Eschrich, C. Kis, S. Levy, M.K. Washington, M.J. Heslin, R.J. Coffey, T.J. Yeatman, Y. Shyr, and R.D. Beauchamp, *Experimentally derived metastasis gene expression profile predicts recurrence and death in patients with colon cancer.* Gastroenterology, 2010. **138**(3): p. 958-68.
56.    Tan, L., R. Liu, S. Lei, R. Pan, T. Yang, H. Yan, Y. Pei, F. Yang, F. Zhang, F. Pan, Y. Zhang, H. Hu, S. Levy, and H. Deng, *A genome-wide association analysis implicates SOX6 as a candidate gene for wrist bone mass.* Sci China Life Sci, 2010. **53**(9): p. 1065-72.
57.    Beane, J., J. Vick, F. Schembri, C. Anderlind, A. Gower, J. Campbell, L. Luo, X.H. Zhang, J. Xiao, Y.O. Alekseyev, S. Wang, S. Levy, P.P. Massion, M. Lenburg, and A. Spira, *Characterizing the impact of smoking and lung cancer on the airway transcriptome using RNA-Seq.* Cancer Prev Res (Phila), 2011. **4**(6): p. 803-17.
58.    Cai, Q., J. Long, W. Lu, S. Qu, W. Wen, D. Kang, J.Y. Lee, K. Chen, H. Shen, C.Y. Shen, H. Sung, K. Matsuo, C.A. Haiman, U.S. Khoo, Z. Ren, M. Iwasaki, K. Gu, Y.B. Xiang, J.Y. Choi, S.K. Park, L. Zhang, Z. Hu, P.E. Wu, D.Y. Noh, K. Tajima, B.E. Henderson, K.Y. Chan, F. Su, Y. Kasuga, W. Wang, J.R. Cheng, K.Y. Yoo, J.Y. Lee, H. Zheng, Y. Liu, Y.L. Shieh, S.W. Kim, J.W. Lee, H. Iwata, L. Le Marchand, S.Y. Chan, X. Xie, S. Tsugane, M.H. Lee, S. Wang, G. Li, S. Levy, B. Huang, J. Shi, R. Delahanty, Y. Zheng, C. Li, Y.T. Gao, X.O. Shu, and W. Zheng, *Genome-wide association study identifies breast cancer risk variant at 10q21.2: results from the Asia Breast Cancer Consortium.* Hum Mol Genet, 2011. **20**(24): p. 4991-9.
59.    Oki, N.O., A.A. Motsinger-Reif, P.R. Antas, S. Levy, S.M. Holland, and T.R. Sterling, *Novel human genetic variants associated with extrapulmonary tuberculosis: a pilot genome wide association study.* BMC Res Notes, 2011. **4**: p. 28.
60.    Xu, B., J.L. Roos, P. Dexheimer, B. Boone, B. Plummer, S. Levy, J.A. Gogos, and M. Karayiorgou, *Exome sequencing supports a de novo mutational paradigm for schizophrenia.* Nat Genet, 2011. **43**(9): p. 864-8.
61.    Arrington, C.B., S.B. Bleyl, N. Matsunami, G.D. Bonnell, B.E. Otterud, D.C. Nielsen, J. Stevens, S. Levy, M.F. Leppert, and N.E. Bowles, *Exome analysis of a family with pleiotropic congenital heart disease.* Circ Cardiovasc Genet, 2012. **5**(2): p. 175-82.
62.    Chaki, M., R. Airik, A.K. Ghosh, R.H. Giles, R. Chen, G.G. Slaats, H. Wang, T.W. Hurd, W. Zhou, A. Cluckey, H.Y. Gee, G. Ramaswami, C.J. Hong, B.A. Hamilton, I. Cervenka, R.S. Ganji, V. Bryja, H.H. Arts, J. van Reeuwijk, M.M. Oud, S.J. Letteboer, R. Roepman, H. Husson, O. Ibraghimov-Beskrovnaya, T. Yasunaga, G. Walz, L. Eley, J.A. Sayer, B. Schermer, M.C. Liebau, T. Benzing, S. Le Corre, I. Drummond, S. Janssen, S.J. Allen, S. Natarajan, J.F. O'Toole, M. Attanasio, S. Saunier, C. Antignac, R.K. Koenekoop, H. Ren, I. Lopez, A. Nayir, C. Stoetzel, H. Dollfus, R. Massoudi, J.G. Gleeson, S.P. Andreoli, D.G. Doherty, A. Lindstrad, C. Golzio, N. Katsanis, L. Pape, E.B. Abboud, A.A. Al-Rajhi, R.A. Lewis, H. Omran, E.Y. Lee, S. Wang, J.M. Sekiguchi, R. Saunders, C.A. Johnson, E. Garner, K. Vanselow, J.S. Andersen, J. Shlomai, G. Nurnberg, P. Nurnberg, S. Levy, A.

Smogorzewska, E.A. Otto, and F. Hildebrandt, *Exome capture reveals ZNF423 and CEP164 mutations, linking renal ciliopathies to DNA damage response signaling.* Cell, 2012. **150**(3): p. 533-48.

63.    Chen, X.D., D.H. Xiong, T.L. Yang, Y.F. Pei, Y.F. Guo, J. Li, F. Yang, F. Pan, L.J. Tan, H. Yan, X.G. Liu, S.F. Lei, X. Li, L.L. Ning, X.Z. Zhu, S. Levy, H.R. Kranzler, L.A. Farrer, J. Gelernter, R.R. Recker, and H.W. Deng, *ANKRD7 and CYTL1 are novel risk genes for alcohol drinking behavior.* Chin Med J (Engl), 2012. **125**(6): p. 1127-34.

64.    Ding, D., N.M. Scott, E.E. Thompson, T. Chaiworapongsa, R. Torres, C. Billstrand, K. Murray, P.J. Dexheimer, M. Ismail, H. Kay, S. Levy, R. Romero, M.D. Lindheimer, D.L. Nicolae, and C. Ober, *Increased protein-coding mutations in the mitochondrial genome of African American women with preeclampsia.* Reprod Sci, 2012. **19**(12): p. 1343-51.

65.    Fiskerstrand, T., N. Arshad, B.I. Haukanes, R.R. Tronstad, K.D. Pham, S. Johansson, B. Havik, S.L. Tonder, S.E. Levy, D. Brackman, H. Boman, K.H. Biswas, J. Apold, N. Hovdenak, S.S. Visweswariah, and P.M. Knappskog, *Familial diarrhea syndrome caused by an activating GUCY2C mutation.* N Engl J Med, 2012. **366**(17): p. 1586-95.

66.    Guo, Y., Q. Cai, D.C. Samuels, F. Ye, J. Long, C.I. Li, J.F. Winther, E.J. Tawn, M. Stovall, P. Lahteenmaki, N. Malila, S. Levy, C. Shaffer, Y. Shyr, X.O. Shu, and J.D. Boice, Jr., *The use of next generation sequencing technology to study the effect of radiation therapy on mitochondrial DNA mutation.* Mutat Res, 2012. **744**(2): p. 154-60.

67.    Johansson, S., H. Irgens, K.K. Chudasama, J. Molnes, J. Aerts, F.S. Roque, I. Jonassen, S. Levy, K. Lima, P.M. Knappskog, G.I. Bell, A. Molven, and P.R. Njolstad, *Exome sequencing and genetic testing for MODY.* PLoS One, 2012. **7**(5): p. e38050.

68.    Love, C., Z. Sun, D. Jima, G. Li, J. Zhang, R. Miles, K.L. Richards, C.H. Dunphy, W.W. Choi, G. Srivastava, P.L. Lugar, D.A. Rizzieri, A.S. Lagoo, L. Bernal-Mizrachi, K.P. Mann, C.R. Flowers, K.N. Naresh, A.M. Evens, A. Chadburn, L.I. Gordon, M.B. Czader, J.I. Gill, E.D. Hsi, A. Greenough, A.B. Moffitt, M. McKinney, A. Banerjee, V. Grubor, S. Levy, D.B. Dunson, and S.S. Dave, *The genetic landscape of mutations in Burkitt lymphoma.* Nat Genet, 2012. **44**(12): p. 1321-5.

69.    Neale, B.M., Y. Kou, L. Liu, A. Ma'ayan, K.E. Samocha, A. Sabo, C.F. Lin, C. Stevens, L.S. Wang, V. Makarov, P. Polak, S. Yoon, J. Maguire, E.L. Crawford, N.G. Campbell, E.T. Geller, O. Valladares, C. Schafer, H. Liu, T. Zhao, G. Cai, J. Lihm, R. Dannenfelser, O. Jabado, Z. Peralta, U. Nagaswamy, D. Muzny, J.G. Reid, I. Newsham, Y. Wu, L. Lewis, Y. Han, B.F. Voight, E. Lim, E. Rossin, A. Kirby, J. Flannick, M. Fromer, K. Shakir, T. Fennell, K. Garimella, E. Banks, R. Poplin, S. Gabriel, M. DePristo, J.R. Wimbish, B.E. Boone, S.E. Levy, C. Betancur, S. Sunyaev, E. Boerwinkle, J.D. Buxbaum, E.H. Cook, Jr., B. Devlin, R.A. Gibbs, K. Roeder, G.D. Schellenberg, J.S. Sutcliffe, and M.J. Daly, *Patterns and rates of exonic de novo mutations in autism spectrum disorders.* Nature, 2012. **485**(7397): p. 242-5.

70.    Powell, A.E., Y. Wang, Y. Li, E.J. Poulin, A.L. Means, M.K. Washington, J.N. Higginbotham, A. Juchheim, N. Prasad, S.E. Levy, Y. Guo, Y. Shyr, B.J. Aronow, K.M. Haigis, J.L. Franklin, and R.J. Coffey, *The pan-ErbB negative regulator Lrig1 is an intestinal stem cell marker that functions as a tumor suppressor.* Cell, 2012. **149**(1): p. 146-58.

71.    Rademakers, R., M. Baker, A.M. Nicholson, N.J. Rutherford, N. Finch, A. Soto-Ortolaza, J. Lash, C. Wider, A. Wojtas, M. DeJesus-Hernandez, J. Adamson, N. Kouri, C. Sundal, E.A. Shuster, J. Aasly, J. MacKenzie, S. Roeber, H.A. Kretzschmar, B.F. Boeve, D.S. Knopman, R.C. Petersen, N.J. Cairns, B. Ghetti, S. Spina, J. Garbern, A.C. Tselis, R. Uitti, P. Das, J.A. Van Gerpen, J.F. Meschia, S. Levy, D.F. Broderick, N. Graff-Radford, O.A. Ross, B.B. Miller, R.H. Swerdlow, D.W. Dickson, and Z.K. Wszolek, *Mutations in the colony stimulating factor 1 receptor (CSF1R) gene cause hereditary diffuse leukoencephalopathy with spheroids.* Nat Genet, 2012. **44**(2): p. 200-5.

72. Su, Y., A.E. Vilgelm, M.C. Kelley, O.E. Hawkins, Y. Liu, K.L. Boyd, S. Kantrow, R.C. Splittgerber, S.P. Short, T. Sobolik, S. Zaja-Milatovic, K.B. Dahlman, K.I. Amiri, A. Jiang, P. Lu, Y. Shyr, D.D. Stuart, S. Levy, J.A. Sosman, and A. Richmond, *RAF265 inhibits the growth of advanced human melanoma tumors.* Clin Cancer Res, 2012. **18**(8): p. 2184-98.

73. The ENCODE Project Consortium, C., *An integrated encyclopedia of DNA elements in the human genome.* Nature, 2012. **489**(7414): p. 57-74.

74. Xu, B., I. Ionita-Laza, J.L. Roos, B. Boone, S. Woodrick, Y. Sun, S. Levy, J.A. Gogos, and M. Karayiorgou, *De novo gene mutations highlight patterns of genetic and neural complexity in schizophrenia.* Nat Genet, 2012. **44**(12): p. 1365-9.

75. Zhou, W., E.A. Otto, A. Cluckey, R. Airik, T.W. Hurd, M. Chaki, K. Diaz, F.P. Lach, G.R. Bennett, H.Y. Gee, A.K. Ghosh, S. Natarajan, S. Thongthip, U. Veturi, S.J. Allen, S. Janssen, G. Ramaswami, J. Dixon, F. Burkhalter, M. Spoendlin, H. Moch, M.J. Mihatsch, J. Verine, R. Reade, H. Soliman, M. Godin, D. Kiss, G. Monga, G. Mazzucco, K. Amann, F. Artunc, R.C. Newland, T. Wiech, S. Zschiedrich, T.B. Huber, A. Friedl, G.G. Slaats, J.A. Joles, R. Goldschmeding, J. Washburn, R.H. Giles, S. Levy, A. Smogorzewska, and F. Hildebrandt, *FAN1 mutations cause karyomegalic interstitial nephritis, linking chronic kidney failure to defective DNA damage repair.* Nat Genet, 2012. **44**(8): p. 910-5.

76. Ashraf, S., H.Y. Gee, S. Woerner, L.X. Xie, V. Vega-Warner, S. Lovric, H. Fang, X. Song, D.C. Cattran, C. Avila-Casado, A.D. Paterson, P. Nitschke, C. Bole-Feysot, P. Cochat, J. Esteve-Rudd, B. Haberberger, S.J. Allen, W. Zhou, R. Airik, E.A. Otto, M. Barua, M.H. Al-Hamed, J.A. Kari, J. Evans, A. Bierzynska, M.A. Saleem, D. Bockenhauer, R. Kleta, S. EI Desoky, D.O. Hacihamdioglu, F. Gok, J. Washburn, R.C. Wiggins, M. Choi, R.P. Lifton, S. Levy, Z. Han, L. Salviati, H. Prokisch, D.S. Williams, M. Pollak, C.F. Clarke, Y. Pei, C. Antignac, and F. Hildebrandt, *ADCK4 mutations promote steroid-resistant nephrotic syndrome through CoQ10 biosynthesis disruption.* J Clin Invest, 2013. **123**(12): p. 5179-89.

77. Chiu, I.M., E.T. Morimoto, H. Goodarzi, J.T. Liao, S. O'Keeffe, H.P. Phatnani, M. Muratet, M.C. Carroll, S. Levy, S. Tavazoie, R.M. Myers, and T. Maniatis, *A neurodegeneration-specific gene-expression signature of acutely isolated microglia from an amyotrophic lateral sclerosis mouse model.* Cell Rep, 2013. **4**(2): p. 385-401.

78. Franklin, J.L., C.R. Rankin, S. Levy, J.R. Snoddy, B. Zhang, M.K. Washington, J.M. Thomson, R.H. Whitehead, and R.J. Coffey, *Malignant transformation of colonic epithelial cells by a colon-derived long noncoding RNA.* Biochem Biophys Res Commun, 2013. **440**(1): p. 99-104.

79. Gee, H.Y., P. Saisawat, S. Ashraf, T.W. Hurd, V. Vega-Warner, H. Fang, B.B. Beck, O. Gribouval, W. Zhou, K.A. Diaz, S. Natarajan, R.C. Wiggins, S. Lovric, G. Chernin, D.S. Schoeb, B. Ovunc, Y. Frishberg, N.A. Soliman, H.M. Fathy, H. Goebel, J. Hoefele, L.T. Weber, J.W. Innis, C. Faul, Z. Han, J. Washburn, C. Antignac, S. Levy, E.A. Otto, and F. Hildebrandt, *ARHGDIA mutations cause nephrotic syndrome via defective RHO GTPase signaling.* J Clin Invest, 2013. **123**(8): p. 3243-53.

80. Pekow, J., U. Dougherty, Y. Huang, E. Gometz, J. Nathanson, G. Cohen, S. Levy, M. Kocherginsky, N. Venu, M. Westerhoff, J. Hart, A.E. Noffsinger, S.B. Hanauer, R.D. Hurst, A. Fichera, L.J. Joseph, Q. Liu, and M. Bissonnette, *Gene signature distinguishes patients with chronic ulcerative colitis harboring remote neoplastic lesions.* Inflamm Bowel Dis, 2013. **19**(3): p. 461-70.

81. Ramirez, A.H., C.M. Shaffer, J.T. Delaney, D.P. Sexton, S.E. Levy, M.J. Rieder, D.A. Nickerson, A.L. George, Jr., and D.M. Roden, *Novel rare variants in congenital cardiac arrhythmia genes are frequent in drug-induced torsades de pointes.* Pharmacogenomics J, 2013. **13**(4): p. 325-9.

82. Walter, R.B., G.S. Laszlo, T.A. Alonzo, R.B. Gerbing, S. Levy, M.P. Fitzgibbon, C.J. Gudgeon, R.E. Ries, K.H. Harrington, S.C. Raimondi, B.A. Hirsch, A.S. Gamis, W.M. M,

and S. Meshinchi, *Significance of expression of ITGA5 and its splice variants in acute myeloid leukemia: a report from the Children's Oncology Group.* Am J Hematol, 2013. **88**(8): p. 694-702.

83.     Zariwala, M.A., H.Y. Gee, M. Kurkowiak, D.A. Al-Mutairi, M.W. Leigh, T.W. Hurd, R. Hjeij, S.D. Dell, M. Chaki, G.W. Dougherty, M. Adan, P.C. Spear, J. Esteve-Rudd, T.N. Loges, M. Rosenfeld, K.A. Diaz, H. Olbrich, W.E. Wolf, E. Sheridan, T.F. Batten, J. Halbritter, J.D. Porath, S. Kohl, S. Lovric, D.Y. Hwang, J.E. Pittman, K.A. Burns, T.W. Ferkol, S.D. Sagel, K.N. Olivier, L.C. Morgan, C. Werner, J. Raidt, P. Pennekamp, Z. Sun, W. Zhou, R. Airik, S. Natarajan, S.J. Allen, I. Amirav, D. Wieczorek, K. Landwehr, K. Nielsen, N. Schwerk, J. Sertic, G. Kohler, J. Washburn, S. Levy, S. Fan, C. Koerner-Rettberg, S. Amselem, D.S. Williams, B.J. Mitchell, I.A. Drummond, E.A. Otto, H. Omran, M.R. Knowles, and F. Hildebrandt, *ZMYND10 is mutated in primary ciliary dyskinesia and interacts with LRRC6.* Am J Hum Genet, 2013. **93**(2): p. 336-45.

84.     Zhang, J., V. Grubor, C.L. Love, A. Banerjee, K.L. Richards, P.A. Mieczkowski, C. Dunphy, W. Choi, W.Y. Au, G. Srivastava, P.L. Lugar, D.A. Rizzieri, A.S. Lagoo, L. Bernal-Mizrachi, K.P. Mann, C. Flowers, K. Naresh, A. Evens, L.I. Gordon, M. Czader, J.I. Gill, E.D. Hsi, Q. Liu, A. Fan, K. Walsh, D. Jima, L.L. Smith, A.J. Johnson, J.C. Byrd, M.A. Luftig, T. Ni, J. Zhu, A. Chadburn, S. Levy, D. Dunson, and S.S. Dave, *Genetic heterogeneity of diffuse large B-cell lymphoma.* Proc Natl Acad Sci U S A, 2013. **110**(4): p. 1398-403.

85.     Brissova, M., K. Aamodt, P. Brahmachary, N. Prasad, J.Y. Hong, C. Dai, M. Mellati, A. Shostak, G. Poffenberger, R. Aramandla, S.E. Levy, and A.C. Powers, *Islet microenvironment, modulated by vascular endothelial growth factor-A signaling, promotes beta cell regeneration.* Cell Metab, 2014. **19**(3): p. 498-511.

86.     Campbell, J.H., A.P. Schwientek, T. Vishnivetskaya, T. Woyke, S. Levy, C.J. Beall, A. Griffen, E. Leys, and M. Podar, *Diversity and genomic insights into the uncultured Chloroflexi from the human microbiota.* Environ Microbiol, 2014. **16**(9): p. 2635-43.

87.     Gee, H.Y., S. Ashraf, X. Wan, V. Vega-Warner, J. Esteve-Rudd, S. Lovric, H. Fang, T.W. Hurd, C.E. Sadowski, S.J. Allen, E.A. Otto, E. Korkmaz, J. Washburn, S. Levy, D.S. Williams, S.A. Bakkaloglu, A. Zolotnitskaya, F. Ozaltin, W. Zhou, and F. Hildebrandt, *Mutations in EMP2 cause childhood-onset nephrotic syndrome.* Am J Hum Genet, 2014. **94**(6): p. 884-90.

88.     Gee, H.Y., E.A. Otto, T.W. Hurd, S. Ashraf, M. Chaki, A. Cluckey, V. Vega-Warner, P. Saisawat, K.A. Diaz, H. Fang, S. Kohl, S.J. Allen, R. Airik, W. Zhou, G. Ramaswami, S. Janssen, C. Fu, J.L. Innis, S. Weber, U. Vester, E.E. Davis, N. Katsanis, H.M. Fathy, N. Jeck, G. Klaus, A. Nayir, K.A. Rahim, I. Al Attrach, I. Al Hassoun, S. Ozturk, D. Drozdz, U. Helmchen, J.F. O'Toole, M. Attanasio, R.A. Lewis, G. Nurnberg, P. Nurnberg, J. Washburn, J. MacDonald, J.W. Innis, S. Levy, and F. Hildebrandt, *Whole-exome resequencing distinguishes cystic kidney diseases from phenocopies in renal ciliopathies.* Kidney Int, 2014. **85**(4): p. 880-7.

89.     Li, S., S.W. Tighe, C.M. Nicolet, D. Grove, S. Levy, W. Farmerie, A. Viale, C. Wright, P.A. Schweitzer, Y. Gao, D. Kim, J. Boland, B. Hicks, R. Kim, S. Chhangawala, N. Jafari, N. Raghavachari, J. Gandara, N. Garcia-Reyero, C. Hendrickson, D. Roberson, J. Rosenfeld, T. Smith, J.G. Underwood, M. Wang, P. Zumbo, D.A. Baldwin, G.S. Grills, and C.E. Mason, *Multi-platform assessment of transcriptome profiling using RNA-seq in the ABRF next-generation sequencing study.* Nat Biotechnol, 2014. **32**(9): p. 915-25.

90.     Ning, M.S., A.S. Kim, N. Prasad, S.E. Levy, H. Zhang, and T. Andl, *Characterization of the Merkel Cell Carcinoma miRNome.* J Skin Cancer, 2014. **2014**: p. 289548.

91.     Picard, M., J. Zhang, S. Hancock, O. Derbeneva, R. Golhar, P. Golik, S. O'Hearn, S. Levy, P. Potluri, M. Lvova, A. Davila, C.S. Lin, J.C. Perin, E.F. Rappaport, H. Hakonarson, I.A. Trounce, V. Procaccio, and D.C. Wallace, *Progressive increase in*

*mtDNA 3243A>G heteroplasmy causes abrupt transcriptional reprogramming.* Proc Natl Acad Sci U S A, 2014. **111**(38): p. E4033-42.

92.    Reinert, R.B., Q. Cai, J.Y. Hong, J.L. Plank, K. Aamodt, N. Prasad, R. Aramandla, C. Dai, S.E. Levy, A. Pozzi, P.A. Labosky, C.V. Wright, M. Brissova, and A.C. Powers, *Vascular endothelial growth factor coordinates islet innervation via vascular scaffolding.* Development, 2014. **141**(7): p. 1480-91.

93.    Royse, K.E., D. Zhi, M.G. Conner, B. Clodfelder-Miller, V. Srinivasasainagendra, L.K. Vaughan, C.F. Skibola, D.K. Crossman, S. Levy, and S. Shrestha, *Differential Gene Expression Landscape of Co-Existing Cervical Pre-Cancer Lesions Using RNA-seq.* Front Oncol, 2014. **4**: p. 339.

94.    Vrieze, S.I., S.M. Malone, U. Vaidyanathan, A. Kwong, H.M. Kang, X. Zhan, M. Flickinger, D. Irons, G. Jun, A.E. Locke, G. Pistis, E. Porcu, S. Levy, R.M. Myers, W. Oetting, M. McGue, G. Abecasis, and W.G. Iacono, *In search of rare variants: preliminary results from whole genome sequencing of 1,325 individuals with psychophysiological endophenotypes.* Psychophysiology, 2014. **51**(12): p. 1309-20.

95.    Zhang, J., D. Jima, A.B. Moffitt, Q. Liu, M. Czader, E.D. Hsi, Y. Fedoriw, C.H. Dunphy, K.L. Richards, J.I. Gill, Z. Sun, C. Love, P. Scotland, E. Lock, S. Levy, D.S. Hsu, D. Dunson, and S.S. Dave, *The genomic landscape of mantle cell lymphoma is related to the epigenetically determined chromatin state of normal B cells.* Blood, 2014. **123**(19): p. 2988-96.

96.    Afshinnekoo, E., C. Meydan, S. Chowdhury, D. Jaroudi, C. Boyer, N. Bernstein, J.M. Maritz, D. Reeves, J. Gandara, S. Chhangawala, S. Ahsanuddin, A. Simmons, T. Nessel, B. Sundaresh, E. Pereira, E. Jorgensen, S.O. Kolokotronis, N. Kirchberger, I. Garcia, D. Gandara, S. Dhanraj, T. Nawrin, Y. Saletore, N. Alexander, P. Vijay, E.M. Henaff, P. Zumbo, M. Walsh, G.D. O'Mullan, S. Tighe, J.T. Dudley, A. Dunaif, S. Ennis, E. O'Halloran, T.R. Magalhaes, B. Boone, A.L. Jones, T.R. Muth, K.S. Paolantonio, E. Alter, E.E. Schadt, J. Garbarino, R.J. Prill, J.M. Carlton, S. Levy, and C.E. Mason, *Geospatial Resolution of Human and Bacterial Diversity with City-Scale Metagenomics.* Cell Syst, 2015. **1**(1): p. 72-87.

97.    Cha, D.J., J.L. Franklin, Y. Dou, Q. Liu, J.N. Higginbotham, M. Demory Beckler, A.M. Weaver, K. Vickers, N. Prasad, S. Levy, B. Zhang, R.J. Coffey, and J.G. Patton, *KRAS-dependent sorting of miRNA to exosomes.* Elife, 2015. **4**: p. e07197.

98.    Cirulli, E.T., B.N. Lasseigne, S. Petrovski, P.C. Sapp, P.A. Dion, C.S. Leblond, J. Couthouis, Y.F. Lu, Q. Wang, B.J. Krueger, Z. Ren, J. Keebler, Y. Han, S.E. Levy, B.E. Boone, J.R. Wimbish, L.L. Waite, A.L. Jones, J.P. Carulli, A.G. Day-Williams, J.F. Staropoli, W.W. Xin, A. Chesi, A.R. Raphael, D. McKenna-Yasek, J. Cady, J.M. Vianney de Jong, K.P. Kenna, B.N. Smith, S. Topp, J. Miller, A. Gkazi, A. Al-Chalabi, L.H. van den Berg, J. Veldink, V. Silani, N. Ticozzi, C.E. Shaw, R.H. Baloh, S. Appel, E. Simpson, C. Lagier-Tourenne, S.M. Pulst, S. Gibson, J.Q. Trojanowski, L. Elman, L. McCluskey, M. Grossman, N.A. Shneider, W.K. Chung, J.M. Ravits, J.D. Glass, K.B. Sims, V.M. Van Deerlin, T. Maniatis, S.D. Hayes, A. Ordureau, S. Swarup, J. Landers, F. Baas, A.S. Allen, R.S. Bedlack, J.W. Harper, A.D. Gitler, G.A. Rouleau, R. Brown, M.B. Harms, G.M. Cooper, T. Harris, R.M. Myers, and D.B. Goldstein, *Exome sequencing in amyotrophic lateral sclerosis identifies risk genes and pathways.* Science, 2015. **347**(6229): p. 1436-41.

99.    Ebarasi, L., S. Ashraf, A. Bierzynska, H.Y. Gee, H.J. McCarthy, S. Lovric, C.E. Sadowski, W. Pabst, V. Vega-Warner, H. Fang, A. Koziell, M.A. Simpson, I. Dursun, E. Serdaroglu, S. Levy, M.A. Saleem, F. Hildebrandt, and A. Majumdar, *Defects of CRB2 cause steroid-resistant nephrotic syndrome.* Am J Hum Genet, 2015. **96**(1): p. 153-61.

100.    Gee, H.Y., F. Zhang, S. Ashraf, S. Kohl, C.E. Sadowski, V. Vega-Warner, W. Zhou, S. Lovric, H. Fang, M. Nettleton, J.Y. Zhu, J. Hoefele, L.T. Weber, L. Podracka, A. Boor, H.

Fehrenbach, J.W. Innis, J. Washburn, S. Levy, R.P. Lifton, E.A. Otto, Z. Han, and F. Hildebrandt, *KANK deficiency leads to podocyte dysfunction and nephrotic syndrome.* J Clin Invest, 2015. **125**(6): p. 2375-84.

101.    Hoek, K.L., P. Samir, L.M. Howard, X. Niu, N. Prasad, A. Galassie, Q. Liu, T.M. Allos, K.A. Floyd, Y. Guo, Y. Shyr, S.E. Levy, S. Joyce, K.M. Edwards, and A.J. Link, *A cell-based systems biology assessment of human blood to monitor immune responses after influenza vaccination.* PLoS One, 2015. **10**(2): p. e0118528.

102.    Hsu, C.H., C. Nguyen, C. Yan, R.E. Ries, Q.R. Chen, Y. Hu, F. Ostronoff, D.L. Stirewalt, G. Komatsoulis, S. Levy, D. Meerzaman, and S. Meshinchi, *Transcriptome Profiling of Pediatric Core Binding Factor AML.* PLoS One, 2015. **10**(9): p. e0138782.

103.    Rahman, K.M., M.E. Camp, N. Prasad, A.K. McNeel, S.E. Levy, F.F. Bartol, and C.A. Bagnell, *Age and Nursing Affect the Neonatal Porcine Uterine Transcriptome.* Biol Reprod, 2015.

104.    Strong, K.A., T. May, and S.A. Levy, *In sickness and in health: context matters when considering potential benefits and risks of genome-wide sequencing.* Genet Med, 2015. **17**(8): p. 681-2.

105.    Zhi, D., A. Shendre, R. Scherzer, M.R. Irvin, R.T. Perry, S. Levy, D.K. Arnett, C. Grunfeld, and S. Shrestha, *Deep sequencing of RYR3 gene identifies rare and common variants associated with increased carotid intima-media thickness (cIMT) in HIV-infected individuals.* J Hum Genet, 2015. **60**(2): p. 63-7.

106.    Alam, S.G., Q. Zhang, N. Prasad, Y. Li, S. Chamala, R. Kuchibhotla, B. Kc, V. Aggarwal, S. Shrestha, A.L. Jones, S.E. Levy, K.J. Roux, J.A. Nickerson, and T.P. Lele, *The mammalian LINC complex regulates genome transcriptional responses to substrate rigidity.* Sci Rep, 2016. **6**: p. 38063.

107.    Das, S., L. Forer, S. Schonherr, C. Sidore, A.E. Locke, A. Kwong, S.I. Vrieze, E.Y. Chew, S. Levy, M. McGue, D. Schlessinger, D. Stambolian, P.R. Loh, W.G. Iacono, A. Swaroop, L.J. Scott, F. Cucca, F. Kronenberg, M. Boehnke, G.R. Abecasis, and C. Fuchsberger, *Next-generation genotype imputation service and methods.* Nat Genet, 2016. **48**(10): p. 1284-1287.

108.    Dou, Y., D.J. Cha, J.L. Franklin, J.N. Higginbotham, D.K. Jeppesen, A.M. Weaver, N. Prasad, S. Levy, R.J. Coffey, J.G. Patton, and B. Zhang, *Circular RNAs are down-regulated in KRAS mutant colon cancer cells and can be transferred to exosomes.* Sci Rep, 2016. **6**: p. 37982.

109.    Goes, F.S., M. Pirooznia, J.S. Parla, M. Kramer, E. Ghiban, S. Mavruk, Y.C. Chen, E.T. Monson, V.L. Willour, R. Karchin, M. Flickinger, A.E. Locke, S.E. Levy, L.J. Scott, M. Boehnke, E. Stahl, J.L. Moran, C.M. Hultman, M. Landen, S.M. Purcell, P. Sklar, P.P. Zandi, W.R. McCombie, and J.B. Potash, *Exome Sequencing of Familial Bipolar Disorder.* JAMA Psychiatry, 2016. **73**(6): p. 590-7.

110.    Graham, H.T., D.M. Rotroff, S.W. Marvel, J.B. Buse, T.M. Havener, A.G. Wilson, M.J. Wagner, A.A. Motsinger-Reif, and A.A. Investigators, *Incorporating Concomitant Medications into Genome-Wide Analyses for the Study of Complex Disease and Drug Response.* Frontiers in genetics, 2016. **7**.

111.    Grimes, J.A., N. Prasad, S. Levy, R. Cattley, S. Lindley, H.W. Boothe, R.A. Henderson, and B.F. Smith, *A comparison of microRNA expression profiles from splenic hemangiosarcoma, splenic nodular hyperplasia, and normal spleens of dogs.* BMC Vet Res, 2016. **12**(1): p. 272.

112.    Levy, S.E. and R.M. Myers, *Advancements in next-generation sequencing.* Annual review of genomics and human genetics, 2016. **17**: p. 95-115.

113.    McCarthy, S., S. Das, W. Kretzschmar, O. Delaneau, A.R. Wood, A. Teumer, H.M. Kang, C. Fuchsberger, P. Danecek, K. Sharp, Y. Luo, C. Sidore, A. Kwong, N. Timpson, S. Koskinen, S. Vrieze, L.J. Scott, H. Zhang, A. Mahajan, J. Veldink, U. Peters, C. Pato,

C.M. van Duijn, C.E. Gillies, I. Gandin, M. Mezzavilla, A. Gilly, M. Cocca, M. Traglia, A. Angius, J.C. Barrett, D. Boomsma, K. Branham, G. Breen, C.M. Brummett, F. Busonero, H. Campbell, A. Chan, S. Chen, E. Chew, F.S. Collins, L.J. Corbin, G.D. Smith, G. Dedoussis, M. Dorr, A.E. Farmaki, L. Ferrucci, L. Forer, R.M. Fraser, S. Gabriel, S. Levy, L. Groop, T. Harrison, A. Hattersley, O.L. Holmen, K. Hveem, M. Kretzler, J.C. Lee, M. McGue, T. Meitinger, D. Melzer, J.L. Min, K.L. Mohlke, J.B. Vincent, M. Nauck, D. Nickerson, A. Palotie, M. Pato, N. Pirastu, M. McInnis, J.B. Richards, C. Sala, V. Salomaa, S. Schlessinger, S. Schoenherr, P.E. Slagboom, K. Small, T. Spector, D. Stambolian, M. Tuke, J. Tuomilehto, L.H. Van den Berg, W. Van Rheenen, U. Volker, C. Wijmenga, D. Toniolo, E. Zeggini, P. Gasparini, M.G. Sampson, J.F. Wilson, T. Frayling, P.I. de Bakker, M.A. Swertz, S. McCarroll, C. Kooperberg, A. Dekker, D. Altshuler, C. Willer, W. Iacono, S. Ripatti, N. Soranzo, K. Walter, A. Swaroop, F. Cucca, C.A. Anderson, R.M. Myers, M. Boehnke, M.I. McCarthy, R. Durbin and C. Haplotype Reference, *A reference panel of 64,976 haplotypes for genotype imputation.* Nat Genet, 2016. **48**(10): p. 1279-83.

114.  McGrath, K., L. McGrath, A. Gray, O. Osuolale, N. Segata, S. Fillo, G. Iraola, Y. Zhou, Y. Chang, and Y. Li, *The Metagenomics and Metadesign of the Subways and Urban Biomes (MetaSUB) International Consortium Inaugural Meeting Report (vol 4, 24, 2016).* MICROBIOME, 2016. **4**.

115.  Rahman, K.M., M.E. Camp, N. Prasad, A.K. McNeel, S.E. Levy, F.F. Bartol, and C.A. Bagnell, *Age and Nursing Affect the Neonatal Porcine Uterine Transcriptome.* Biol Reprod, 2016. **94**(2): p. 46.

116.  Vilgelm, A.E., C.A. Johnson, N. Prasad, J. Yang, S.C. Chen, G.D. Ayers, J.S. Pawlikowski, D. Raman, J.A. Sosman, M. Kelley, J.A. Ecsedy, Y. Shyr, S.E. Levy, and A. Richmond, *Connecting the Dots: Therapy-Induced Senescence and a Tumor-Suppressive Immune Microenvironment.* J Natl Cancer Inst, 2016. **108**(6): p. djv406.

117.  Zea, L., N. Prasad, S.E. Levy, L. Stodieck, A. Jones, S. Shrestha, and D. Klaus, *A Molecular Genetic Basis Explaining Altered Bacterial Behavior in Space.* PLoS One, 2016. **11**(11): p. e0164359.

118.  Carlson, J., L.J. Scott, A.E. Locke, M. Flickinger, S. Levy, R.M. Myers, M. Boehnke, H.M. Kang, J.Z. Li, and S. Zöllner, *Extremely rare variants reveal patterns of germline mutation rate heterogeneity in humans.* bioRxiv, 2017: p. 108290.

119.  Chao, H.T., M. Davids, E. Burke, J.G. Pappas, J.A. Rosenfeld, A.J. McCarty, T. Davis, L. Wolfe, C. Toro, C. Tifft, F. Xia, N. Stong, T.K. Johnson, C.G. Warr, N. Undiagnosed Diseases, S. Yamamoto, D.R. Adams, T.C. Markello, W.A. Gahl, H.J. Bellen, M.F. Wangler, and M.C. Malicdan, *A Syndromic Neurodevelopmental Disorder Caused by De Novo Variants in EBF3.* Am J Hum Genet, 2017. **100**(1): p. 128-137.

120.  Dai, C., Y. Hang, A. Shostak, G. Poffenberger, N. Hart, N. Prasad, N. Phillips, S.E. Levy, D.L. Greiner, L.D. Shultz, R. Bottino, S.K. Kim, and A.C. Powers, *Age-dependent human beta cell proliferation induced by glucagon-like peptide 1 and calcineurin signaling.* J Clin Invest, 2017. **127**(10): p. 3835-3844.

121.  Dean, E.D., M. Li, N. Prasad, S.N. Wisniewski, A. Von Deylen, J. Spaeth, L. Maddison, A. Botros, L.R. Sedgeman, N. Bozadjieva, O. Ilkayeva, A. Coldren, G. Poffenberger, A. Shostak, M.C. Semich, K.I. Aamodt, N. Phillips, H. Yan, E. Bernal-Mizrachi, J.D. Corbin, K.C. Vickers, S.E. Levy, C. Dai, C. Newgard, W. Gu, R. Stein, W. Chen, and A.C. Powers, *Interrupted Glucagon Signaling Reveals Hepatic alpha Cell Axis and Role for L-Glutamine in alpha Cell Proliferation.* Cell Metab, 2017. **25**(6): p. 1362-1373 e5.

122.  Gosline, S.J., H. Weinberg, P. Knight, T. Yu, X. Guo, N. Prasad, A. Jones, S. Shrestha, B. Boone, S.E. Levy, S. La Rosa, J. Guinney, and A. Bakker, *A high-throughput molecular data resource for cutaneous neurofibromas.* Sci Data, 2017. **4**: p. 170045.

123. Howard, L.M., K.L. Hoek, J.B. Goll, P. Samir, A. Galassie, T.M. Allos, X. Niu, L.E. Gordy, C.B. Creech, N. Prasad, T.L. Jensen, H. Hill, S.E. Levy, S. Joyce, A.J. Link, and K.M. Edwards, *Cell-Based Systems Biology Analysis of Human AS03-Adjuvanted H5N1 Avian Influenza Vaccine Responses: A Phase I Randomized Controlled Trial.* PLoS One, 2017. **12**(1): p. e0167488.

124. Johansson, B.B., H.U. Irgens, J. Molnes, P. Sztromwasser, I. Aukrust, P.B. Juliusson, O. Sovik, S. Levy, T. Skrivarhaug, G. Joner, A. Molven, S. Johansson, and P.R. Njolstad, *Targeted next-generation sequencing reveals MODY in up to 6.5% of antibody-negative diabetes cases listed in the Norwegian Childhood Diabetes Registry.* Diabetologia, 2017. **60**(4): p. 625-635.

125. Keele, G.R., J.W. Prokop, H. He, K. Holl, J. Littrell, A. Deal, S. Francic, L. Cui, D.M. Gatti, K.W. Broman, M. Tschannen, S.W. Tsaih, M. Zagloul, Y. Kim, B. Baur, J. Fox, M. Robinson, S. Levy, M.J. Flister, R. Mott, W. Valdar, and L.C. Solberg Woods, *Genetic Fine-Mapping and Identification of Candidate Genes and Variants for Adiposity Traits in Outbred Rats.* Obesity (Silver Spring), 2017.

126. Luo, W., D.L. Galvan, L.E. Woodard, D. Dorset, S. Levy, and M.H. Wilson, *Comparative analysis of chimeric ZFP-, TALE- and Cas9-piggyBac transposases for integration into a single locus in human cells.* Nucleic Acids Res, 2017.

127. Mason, C., A. McIntyre, R. Ounit, E. Afshinnekoo, R. Prill, E. Henaff, N. Alexander, S. Minot, D. Danko, and J. Foox, *Comprehensive Benchmarking and Ensemble Approaches for Metagenomic Classifiers.* bioRxiv, 2017: p. 156919.

128. Mason, C.E., E. Afshinnekoo, S. Tighe, S. Wu, and S. Levy, *International Standards for Genomes, Transcriptomes, and Metagenomes.* J Biomol Tech, 2017. **28**(1): p. 8-18.

129. McDaniel, J.M., K.E. Varley, J. Gertz, D.S. Savic, B.S. Roberts, S.K. Bailey, L.A. Shevde, R.C. Ramaker, B.N. Lasseigne, M.K. Kirby, K.M. Newberry, E.C. Partridge, A.L. Jones, B. Boone, S.E. Levy, P.G. Oliver, K.C. Sexton, W.E. Grizzle, A. Forero, D.J. Buchsbaum, S.J. Cooper, and R.M. Myers, *Genomic regulation of invasion by STAT3 in triple negative breast cancer.* Oncotarget, 2017. **8**(5): p. 8226-8238.

130. McIntyre, A.B.R., R. Ounit, E. Afshinnekoo, R.J. Prill, E. Henaff, N. Alexander, S.S. Minot, D. Danko, J. Foox, S. Ahsanuddin, S. Tighe, N.A. Hasan, P. Subramanian, K. Moffat, S. Levy, S. Lonardi, N. Greenfield, R.R. Colwell, G.L. Rosen, and C.E. Mason, *Comprehensive benchmarking and ensemble approaches for metagenomic classifiers.* Genome Biol, 2017. **18**(1): p. 182.

131. McKinney, M., A.B. Moffitt, P. Gaulard, M. Travert, L. De Leval, A. Nicolae, M. Raffeld, E.S. Jaffe, S. Pittaluga, L. Xi, T. Heavican, J. Iqbal, K. Belhadj, M.H. Delfau-Larue, V. Fataccioli, M.B. Czader, I.S. Lossos, J.R. Chapman-Fredricks, K.L. Richards, Y. Fedoriw, S.L. Ondrejka, E.D. Hsi, L. Low, D. Weisenburger, W.C. Chan, N. Mehta-Shah, S. Horwitz, L. Bernal-Mizrachi, C.R. Flowers, A.W. Beaven, M. Parihar, L. Baseggio, M. Parrens, A. Moreau, P. Sujobert, M. Pilichowska, A.M. Evens, A. Chadburn, R.K. Au-Yeung, G. Srivastava, W.W. Choi, J.R. Goodlad, I. Aurer, S. Basic-Kinda, R.D. Gascoyne, N.S. Davis, G. Li, J. Zhang, D. Rajagopalan, A. Reddy, C. Love, S. Levy, Y. Zhuang, J. Datta, D.B. Dunson, and S.S. Dave, *The Genetic Basis of Hepatosplenic T-cell Lymphoma.* Cancer Discov, 2017. **7**(4): p. 369-379.

132. Moffitt, A.B., S.L. Ondrejka, M. McKinney, R.E. Rempel, J.R. Goodlad, C.H. Teh, S. Leppa, S. Mannisto, P.E. Kovanen, E. Tse, R.K.H. Au-Yeung, Y.L. Kwong, G. Srivastava, J. Iqbal, J. Yu, K. Naresh, D. Villa, R.D. Gascoyne, J. Said, M.B. Czader, A. Chadburn, K.L. Richards, D. Rajagopalan, N.S. Davis, E.C. Smith, B.C. Palus, T.J. Tzeng, J.A. Healy, P.L. Lugar, J. Datta, C. Love, S. Levy, D.B. Dunson, Y. Zhuang, E.D. Hsi, and S.S. Dave, *Enteropathy-associated T cell lymphoma subtypes are characterized by loss of function of SETD2.* J Exp Med, 2017. **214**(5): p. 1371-1386.

133.    O'Hara, N.B., H.J. Reed, E. Afshinnekoo, D. Harvin, N. Caplan, G. Rosen, B. Frye, S. Woloszynek, R. Ounit, S. Levy, E. Butler, and C.E. Mason, *Metagenomic characterization of ambulances across the USA.* Microbiome, 2017. **5**(1): p. 125.

134.    Petersen, C.P., A.R. Meyer, C. De Salvo, E. Choi, C. Schlegel, A. Petersen, A.C. Engevik, N. Prasad, S.E. Levy, R.S. Peebles, T.T. Pizarro, and J.R. Goldenring, *A signalling cascade of IL-33 to IL-13 regulates metaplasia in the mouse stomach.* Gut, 2017.

135.    Reddy, A., J. Zhang, N.S. Davis, A.B. Moffitt, C.L. Love, A. Waldrop, S. Leppa, A. Pasanen, L. Meriranta, M.L. Karjalainen-Lindsberg, P. Norgaard, M. Pedersen, A.O. Gang, E. Hogdall, T.B. Heavican, W. Lone, J. Iqbal, Q. Qin, G. Li, S.Y. Kim, J. Healy, K.L. Richards, Y. Fedoriw, L. Bernal-Mizrachi, J.L. Koff, A.D. Staton, C.R. Flowers, O. Paltiel, N. Goldschmidt, M. Calaminici, A. Clear, J. Gribben, E. Nguyen, M.B. Czader, S.L. Ondrejka, A. Collie, E.D. Hsi, E. Tse, R.K.H. Au-Yeung, Y.L. Kwong, G. Srivastava, W.W.L. Choi, A.M. Evens, M. Pilichowska, M. Sengar, N. Reddy, S. Li, A. Chadburn, L.I. Gordon, E.S. Jaffe, S. Levy, R. Rempel, T. Tzeng, L.E. Happ, T. Dave, D. Rajagopalan, J. Datta, D.B. Dunson, and S.S. Dave, *Genetic and Functional Drivers of Diffuse Large B Cell Lymphoma.* Cell, 2017. **171**(2): p. 481-494 e15.

136.    Steffen, M.M., T.W. Davis, R.M.L. McKay, G.S. Bullerjahn, L.E. Krausfeldt, J.M.A. Stough, M.L. Neitzey, N.E. Gilbert, G.L. Boyer, T.H. Johengen, D.C. Gossiaux, A.M. Burtner, D. Palladino, M.D. Rowe, G.J. Dick, K.A. Meyer, S. Levy, B.E. Boone, R.P. Stumpf, T.T. Wynne, P.V. Zimba, D. Gutierrez, and S.W. Wilhelm, *Ecophysiological Examination of the Lake Erie Microcystis Bloom in 2014: Linkages between Biology and the Water Supply Shutdown of Toledo, OH.* Environ Sci Technol, 2017. **51**(12): p. 6745-6755.

137.    Tighe, S., E. Afshinnekoo, T.M. Rock, K. McGrath, N. Alexander, A. McIntyre, S. Ahsanuddin, D. Bezdan, S.J. Green, S. Joye, S. Stewart Johnson, D.A. Baldwin, N. Bivens, N. Ajami, J.R. Carmical, I.C. Herriott, R. Colwell, M. Donia, J. Foox, N. Greenfield, T. Hunter, J. Hoffman, J. Hyman, E. Jorgensen, D. Krawczyk, J. Lee, S. Levy, N. Garcia-Reyero, M. Settles, K. Thomas, F. Gomez, L. Schriml, N. Kyrpides, E. Zaikova, J. Penterman, and C.E. Mason, *Genomic Methods and Microbiological Technologies for Profiling Novel and Extreme Environments for the Extreme Microbiome Project (XMP).* J Biomol Tech, 2017. **28**(1): p. 31-39.

138.    Aunins, T.R., K.E. Erickson, N. Prasad, S.E. Levy, A. Jones, S. Shrestha, R. Mastracchio, L. Stodieck, D. Klaus, L. Zea, and A. Chatterjee, *Spaceflight Modifies Escherichia coli Gene Expression in Response to Antibiotic Exposure and Reveals Role of Oxidative Stress Response.* Front Microbiol, 2018. **9**: p. 310.

139.    Bipolar, D., d.r.v.e. Schizophrenia Working Group of the Psychiatric Genomics Consortium. Electronic address, D. Bipolar, and C. Schizophrenia Working Group of the Psychiatric Genomics, *Genomic Dissection of Bipolar Disorder and Schizophrenia, Including 28 Subphenotypes.* Cell, 2018. **173**(7): p. 1705-1715 e16.

140.    Brissova, M., R. Haliyur, D. Saunders, S. Shrestha, C. Dai, D.M. Blodgett, R. Bottino, M. Campbell-Thompson, R. Aramandla, G. Poffenberger, J. Lindner, F.C. Pan, M.G. von Herrath, D.L. Greiner, L.D. Shultz, M. Sanyoura, L.H. Philipson, M. Atkinson, D.M. Harlan, S.E. Levy, N. Prasad, R. Stein, and A.C. Powers, *alpha Cell Function and Gene Expression Are Compromised in Type 1 Diabetes.* Cell Rep, 2018. **22**(10): p. 2667-2676.

141.    Da Mesquita, S., A. Louveau, A. Vaccari, I. Smirnov, R.C. Cornelison, K.M. Kingsmore, C. Contarino, S. Onengut-Gumuscu, E. Farber, D. Raper, K.E. Viar, R.D. Powell, W. Baker, N. Dabhi, R. Bai, R. Cao, S. Hu, S.S. Rich, J.M. Munson, M.B. Lopes, C.C. Overall, S.T. Acton, and J. Kipnis, *Functional aspects of meningeal lymphatics in ageing and Alzheimer's disease.* Nature, 2018. **560**(7717): p. 185-191.

142.  Dickinson, S.E., B.A. Griffin, M.F. Elmore, L. Kriese-Anderson, J.B. Elmore, P.W. Dyce, S.P. Rodning, and F.H. Biase, *Transcriptome profiles in peripheral white blood cells at the time of artificial insemination discriminate beef heifers with different fertility potential.* BMC Genomics, 2018. **19**(1): p. 129.

143.  Fish, E.J., K.J. Irizarry, P. DeInnocentes, C.J. Ellis, N. Prasad, A.G. Moss, and R. Curt Bird, *Malignant canine mammary epithelial cells shed exosomes containing differentially expressed microRNA that regulate oncogenic networks.* BMC Cancer, 2018. **18**(1): p. 832.

144.  Hiatt, S.M., M.D. Amaral, K.M. Bowling, C.R. Finnila, M.L. Thompson, D.E. Gray, J.M.J. Lawlor, J.N. Cochran, E.M. Bebin, K.B. Brothers, K.M. East, W.V. Kelley, N.E. Lamb, S.E. Levy, E.J. Lose, M.B. Neu, C.A. Rich, S. Simmons, R.M. Myers, G.S. Barsh, and G.M. Cooper, *Systematic reanalysis of genomic data improves quality of variant interpretation.* Clin Genet, 2018. **94**(1): p. 174-178.

145.  Hinger, S.A., D.J. Cha, J.L. Franklin, J.N. Higginbotham, Y. Dou, J. Ping, L. Shu, N. Prasad, S. Levy, B. Zhang, Q. Liu, A.M. Weaver, R.J. Coffey, and J.G. Patton, *Diverse Long RNAs Are Differentially Sorted into Extracellular Vesicles Secreted by Colorectal Cancer Cells.* Cell Rep, 2018. **25**(3): p. 715-725 e4.

146.  Howard, L.M., J.B. Goll, T.L. Jensen, K.L. Hoek, N. Prasad, C.E. Gelber, S.E. Levy, S. Joyce, A.J. Link, C.B. Creech, and K.M. Edwards, *AS03-Adjuvanted H5N1 Avian Influenza Vaccine Modulates Early Innate Immune Signatures In Human Peripheral Blood Mononuclear Cells.* J Infect Dis, 2018.

147.  Keele, G.R., J.W. Prokop, H. He, K. Holl, J. Littrell, A. Deal, S. Francic, L. Cui, D.M. Gatti, K.W. Broman, M. Tschannen, S.W. Tsaih, M. Zagloul, Y. Kim, B. Baur, J. Fox, M. Robinson, S. Levy, M.J. Flister, R. Mott, W. Valdar, and L.C. Solberg Woods, *Genetic Fine-Mapping and Identification of Candidate Genes and Variants for Adiposity Traits in Outbred Rats.* Obesity (Silver Spring), 2018. **26**(1): p. 213-222.

148.  Levy, S.E. and B.E. Boone, *Next-Generation Sequencing Strategies.* Cold Spring Harb Perspect Med, 2018.

149.  Liu, N., K. Schoch, X. Luo, L.D.M. Pena, V.H. Bhavana, M.K. Kukolich, S. Stringer, Z. Powis, K. Radtke, C. Mroske, K.L. Deak, M.T. McDonald, A. McConkie-Rosell, M.L. Markert, P.G. Kranz, N. Stong, A.C. Need, D. Bick, M.D. Amaral, E.A. Worthey, S. Levy, N. Undiagnosed Diseases, M.F. Wangler, H.J. Bellen, V. Shashi, and S. Yamamoto, *Functional variants in TBX2 are associated with a syndromic cardiovascular and skeletal developmental disorder.* Hum Mol Genet, 2018.

150.  Louveau, A., J. Herz, M.N. Alme, A.F. Salvador, M.Q. Dong, K.E. Viar, S.G. Herod, J. Knopp, J.C. Setliff, A.L. Lupi, S. Da Mesquita, E.L. Frost, A. Gaultier, T.H. Harris, R. Cao, S. Hu, J.R. Lukens, I. Smirnov, C.C. Overall, G. Oliver, and J. Kipnis, *CNS lymphatic drainage and neuroinflammation are regulated by meningeal lymphatic vasculature.* Nat Neurosci, 2018.

151.  Lyu, X., M.J. Rowley, and V.G. Corces, *Architectural Proteins and Pluripotency Factors Cooperate to Orchestrate the Transcriptional Response of hESCs to Temperature Stress.* Mol Cell, 2018. **71**(6): p. 940-955 e7.

152.  Nicolas, A., K.P. Kenna, A.E. Renton, N. Ticozzi, F. Faghri, R. Chia, J.A. Dominov, B.J. Kenna, M.A. Nalls, P. Keagle, A.M. Rivera, W. van Rheenen, N.A. Murphy, J. van Vugt, J.T. Geiger, R.A. Van der Spek, H.A. Pliner, Shankaracharya, B.N. Smith, G. Marangi, S.D. Topp, Y. Abramzon, A.S. Gkazi, J.D. Eicher, A. Kenna, I. Consortium, G. Mora, A. Calvo, L. Mazzini, N. Riva, J. Mandrioli, C. Caponnetto, S. Battistini, P. Volanti, V. La Bella, F.L. Conforti, G. Borghero, S. Messina, I.L. Simone, F. Trojsi, F. Salvi, F.O. Logullo, S. D'Alfonso, L. Corrado, M. Capasso, L. Ferrucci, A.L.S.C.C. Genomic Translation for, C.A.M. Moreno, S. Kamalakaran, D.B. Goldstein, A.L.S.S. Consortium, A.D. Gitler, T. Harris, R.M. Myers, N.A. Consortium, H. Phatnani, R.L. Musunuri, U.S.

Evani, A. Abhyankar, M.C. Zody, A.L.S.F. Answer, J. Kaye, S. Finkbeiner, S.K. Wyman, A. LeNail, L. Lima, E. Fraenkel, C.N. Svendsen, L.M. Thompson, J.E. Van Eyk, J.D. Berry, T.M. Miller, S.J. Kolb, M. Cudkowicz, E. Baxi, A.L.S. Clinical Research in, C. Related Disorders for Therapeutic Development, M. Benatar, J.P. Taylor, E. Rampersaud, G. Wu, J. Wuu, S. Consortium, G. Lauria, F. Verde, I. Fogh, C. Tiloca, G.P. Comi, G. Soraru, C. Cereda, A.L.S.C. French, P. Corcia, H. Laaksovirta, L. Myllykangas, L. Jansson, M. Valori, J. Ealing, H. Hamdalla, S. Rollinson, S. Pickering-Brown, R.W. Orrell, K.C. Sidle, A. Malaspina, J. Hardy, A.B. Singleton, J.O. Johnson, S. Arepalli, P.C. Sapp, D. McKenna-Yasek, M. Polak, S. Asress, S. Al-Sarraj, A. King, C. Troakes, C. Vance, J. de Belleroche, F. Baas, A. Ten Asbroek, J.L. Munoz-Blanco, D.G. Hernandez, J. Ding, J.R. Gibbs, S.W. Scholz, M.K. Floeter, R.H. Campbell, F. Landi, R. Bowser, S.M. Pulst, J.M. Ravits, D.J.L. MacGowan, J. Kirby, E.P. Pioro, R. Pamphlett, J. Broach, G. Gerhard, T.L. Dunckley, C.B. Brady, N.W. Kowall, J.C. Troncoso, I. Le Ber, K. Mouzat, S. Lumbroso, T.D. Heiman-Patterson, F. Kamel, L. Van Den Bosch, R.H. Baloh, T.M. Strom, T. Meitinger, A. Shatunov, K.R. Van Eijk, M. de Carvalho, M. Kooyman, B. Middelkoop, M. Moisse, R.L. McLaughlin, M.A. Van Es, M. Weber, K.B. Boylan, M. Van Blitterswijk, R. Rademakers, K.E. Morrison, A.N. Basak, J.S. Mora, V.E. Drory, P.J. Shaw, M.R. Turner, K. Talbot, O. Hardiman, K.L. Williams, J.A. Fifita, G.A. Nicholson, I.P. Blair, G.A. Rouleau, J. Esteban-Perez, A. Garcia-Redondo, A. Al-Chalabi, E.A.L.S.S.C. Project Min, E. Rogaeva, L. Zinman, L.W. Ostrow, N.J. Maragakis, J.D. Rothstein, Z. Simmons, J. Cooper-Knock, A. Brice, S.A. Goutman, E.L. Feldman, S.B. Gibson, F. Taroni, A. Ratti, C. Gellera, P. Van Damme, W. Robberecht, P. Fratta, M. Sabatelli, C. Lunetta, A.C. Ludolph, P.M. Andersen, J.H. Weishaupt, W. Camu, J.Q. Trojanowski, V.M. Van Deerlin, R.H. Brown, Jr., L.H. van den Berg, J.H. Veldink, M.B. Harms, J.D. Glass, D.J. Stone, P. Tienari, V. Silani, A. Chio, C.E. Shaw, B.J. Traynor and J.E. Landers, *Genome-wide Analyses Identify KIF5A as a Novel ALS Gene.* Neuron, 2018. **97**(6): p. 1268-1283 e6.

153.   Olahova, M., W.H. Yoon, K. Thompson, S. Jangam, L. Fernandez, J.M. Davidson, J.E. Kyle, M.E. Grove, D.G. Fisk, J.N. Kohler, M. Holmes, A.M. Dries, Y. Huang, C. Zhao, K. Contrepois, Z. Zappala, L. Fresard, D. Waggott, E.M. Zink, Y.M. Kim, H.M. Heyman, K.G. Stratton, B.M. Webb-Robertson, N. Undiagnosed Diseases, M. Snyder, J.D. Merker, S.B. Montgomery, P.G. Fisher, R.G. Feichtinger, J.A. Mayr, J. Hall, I.A. Barbosa, M.A. Simpson, C. Deshpande, K.M. Waters, D.M. Koeller, T.O. Metz, A.A. Morris, S. Schelley, T. Cowan, M.W. Friederich, R. McFarland, J.L.K. Van Hove, G.M. Enns, S. Yamamoto, E.A. Ashley, M.F. Wangler, R.W. Taylor, H.J. Bellen, J.A. Bernstein, and M.T. Wheeler, *Biallelic Mutations in ATP5F1D, which Encodes a Subunit of ATP Synthase, Cause a Metabolic Disorder.* Am J Hum Genet, 2018. **102**(3): p. 494-504.

154.   Papanek, B., K.B. O'Dell, P. Manga, R.J. Giannone, D.M. Klingeman, R.L. Hettich, S.D. Brown, and A.M. Guss, *Transcriptomic and proteomic changes from medium supplementation and strain evolution in high-yielding Clostridium thermocellum strains.* J Ind Microbiol Biotechnol, 2018.

155.   Pena, L.D.M., Y.H. Jiang, K. Schoch, R.C. Spillmann, N. Walley, N. Stong, S. Rapisardo Horn, J.A. Sullivan, A. McConkie-Rosell, S. Kansagra, E.C. Smith, M. El-Dairi, J. Bellet, M.A. Keels, J. Jasien, P.G. Kranz, R. Noel, S.K. Nagaraj, R.K. Lark, D.S.G. Wechsler, D. Del Gaudio, M.L. Leung, L.G. Hendon, C.C. Parker, K.L. Jones, M. Undiagnosed Diseases Network, D.B. Goldstein, and V. Shashi, *Looking beyond the exome: a phenotype-first approach to molecular diagnostic resolution in rare and undiagnosed diseases.* Genet Med, 2018. **20**(4): p. 464-469.

156.   Petersen, C.P., A.R. Meyer, C. De Salvo, E. Choi, C. Schlegel, A. Petersen, A.C. Engevik, N. Prasad, S.E. Levy, R.S. Peebles, T.T. Pizarro, and J.R. Goldenring, *A signalling cascade of IL-33 to IL-13 regulates metaplasia in the mouse stomach.* Gut, 2018. **67**(5): p. 805-817.

157. Potts, A.H., Y. Leng, P. Babitzke, and T. Romeo, *Examination of Csr regulatory circuitry using epistasis analysis with RNA-seq (Epi-seq) confirms that CsrD affects gene expression via CsrA, CsrB and CsrC.* Sci Rep, 2018. **8**(1): p. 5373.

158. Roberts, B.S., A.A. Hardigan, D.E. Moore, R.C. Ramaker, A.L. Jones, M.B. Fitz-Gerald, G.M. Cooper, C.M. Wilcox, R.P. Kimberly, and R.M. Myers, *Discovery and Validation of Circulating Biomarkers of Colorectal Adenoma by High-Depth Small RNA Sequencing.* Clin Cancer Res, 2018. **24**(9): p. 2092-2099.

159. Schlegel, C., L.A. Lapierre, V.G. Weis, J.A. Williams, I. Kaji, C. Pinzon-Guzman, N. Prasad, B. Boone, A. Jones, H. Correa, S.E. Levy, X. Han, M. Wang, K. Thomsen, S. Acra, and J.R. Goldenring, *Reversible deficits in apical transporter trafficking associated with deficiency in diacylglycerol acyltransferase.* Traffic, 2018.

160. Selvan, N., S. George, F.J. Serajee, M. Shaw, L. Hobson, V. Kalscheuer, N. Prasad, S.E. Levy, J. Taylor, S. Aftimos, C.E. Schwartz, A.M. Huq, J. Gecz, and L. Wells, *O-GlcNAc transferase missense mutations linked to X-linked intellectual disability deregulate genes involved in cell fate determination and signaling.* J Biol Chem, 2018. **293**(27): p. 10810-10824.

161. Shashi, V., K. Schoch, R. Spillmann, H. Cope, Q.K. Tan, N. Walley, L. Pena, A. McConkie-Rosell, Y.H. Jiang, N. Stong, A.C. Need, D.B. Goldstein, and N. Undiagnosed Diseases, *A comprehensive iterative approach is highly effective in diagnosing individuals who are exome negative.* Genet Med, 2018.

162. Splinter, K., D.R. Adams, C.A. Bacino, H.J. Bellen, J.A. Bernstein, A.M. Cheatle-Jarvela, C.M. Eng, C. Esteves, W.A. Gahl, R. Hamid, H.J. Jacob, B. Kikani, D.M. Koeller, I.S. Kohane, B.H. Lee, J. Loscalzo, X. Luo, A.T. McCray, T.O. Metz, J.J. Mulvihill, S.F. Nelson, C.G.S. Palmer, J.A. Phillips, 3rd, L. Pick, J.H. Postlethwait, C. Reuter, V. Shashi, D.A. Sweetser, C.J. Tifft, N.M. Walley, M.F. Wangler, M. Westerfield, M.T. Wheeler, A.L. Wise, E.A. Worthey, S. Yamamoto, E.A. Ashley, and N. Undiagnosed Diseases, *Effect of Genetic Diagnosis on Patients with Previously Undiagnosed Disease.* N Engl J Med, 2018. **379**(22): p. 2131-2139.

163. Thompson, M.L., C.R. Finnila, K.M. Bowling, K.B. Brothers, M.B. Neu, M.D. Amaral, S.M. Hiatt, K.M. East, D.E. Gray, J.M.J. Lawlor, W.V. Kelley, E.J. Lose, C.A. Rich, S. Simmons, S.E. Levy, R.M. Myers, G.S. Barsh, E.M. Bebin, and G.M. Cooper, *Genomic sequencing identifies secondary findings in a cohort of parent study participants.* Genet Med, 2018.

164. Walley, N.M., L.D.M. Pena, S.R. Hooper, H. Cope, Y.H. Jiang, A. McConkie-Rosell, C. Sanders, K. Schoch, R.C. Spillmann, K. Strong, A.T. McCray, P. Mazur, C. Esteves, K. LeBlanc, N. Undiagnosed Diseases, A.L. Wise, and V. Shashi, *Characteristics of undiagnosed diseases network applicants: implications for referring providers.* BMC Health Serv Res, 2018. **18**(1): p. 652.

165. Wang, Z., C.L. Wilson, J. Easton, A. Thrasher, H. Mulder, Q. Liu, D.J. Hedges, S. Wang, M.C. Rusch, M.N. Edmonson, S. Levy, J.Q. Lanctot, E. Caron, K. Shelton, K. Currie, M. Lear, A. Patel, C. Rosencrance, Y. Shao, B. Vadodaria, D. Yergeau, Y. Sapkota, R.J. Brooke, W. Moon, E. Rampersaud, X. Ma, T.C. Chang, S.V. Rice, C. Pepper, X. Zhou, X. Chen, W. Chen, A. Jones, B. Boone, M.J. Ehrhardt, M.J. Krasin, R.M. Howell, N.S. Phillips, C. Lewis, D. Srivastava, C.H. Pui, C.A. Kesserwan, G. Wu, K.E. Nichols, J.R. Downing, M.M. Hudson, Y. Yasui, L.L. Robison, and J. Zhang, *Genetic Risk for Subsequent Neoplasms Among Long-Term Survivors of Childhood Cancer.* J Clin Oncol, 2018: p. JCO2018778589.

166. Weiss, H., V.S. Hertzberg, C. Dupont, J.L. Espinoza, S. Levy, K. Nelson, S. Norris, and T. FlyHealthy Research, *The Airplane Cabin Microbiome.* Microb Ecol, 2018.

167. Bhatia, A., B.C. Mobley, J. Cogan, M.E. Koziura, E. Brokamp, J. Phillips, J. Newman, N. Undiagnosed Diseases, S.A. Moore, R. Hamid, and N. Members of the Undiagnosed

Diseases, *Magnetic Resonance Imaging characteristics in case of TOR1AIP1 muscular dystrophy.* Clin Imaging, 2019. **58**: p. 108-113.

168. Burrage, L.C., J.J. Reynolds, N.V. Baratang, J.B. Phillips, J. Wegner, A. McFarquhar, M.R. Higgs, A.E. Christiansen, D.G. Lanza, J.R. Seavitt, M. Jain, X. Li, D.A. Parry, V. Raman, D. Chitayat, I.K. Chinn, A.A. Bertuch, L. Karaviti, A.E. Schlesinger, D. Earl, M. Bamshad, R. Savarirayan, H. Doddapaneni, D. Muzny, S.N. Jhangiani, C.M. Eng, R.A. Gibbs, W. Bi, L. Emrick, J.A. Rosenfeld, J. Postlethwait, M. Westerfield, M.E. Dickinson, A.L. Beaudet, E. Ranza, C. Huber, V. Cormier-Daire, W. Shen, R. Mao, J.D. Heaney, J.S. Orange, G. University of Washington Center for Mendelian, N. Undiagnosed Diseases, D. Bertola, G.L. Yamamoto, W.A.R. Baratela, M.G. Butler, A. Ali, M. Adeli, D.H. Cohn, D. Krakow, A.P. Jackson, M. Lees, A.C. Offiah, C.M. Carlston, J.C. Carey, G.S. Stewart, C.A. Bacino, P.M. Campeau, and B. Lee, *Bi-allelic Variants in TONSL Cause SPONASTRIME Dysplasia and a Spectrum of Skeletal Dysplasia Phenotypes.* Am J Hum Genet, 2019. **104**(3): p. 422-438.

169. Das, S., R.N.A.C.C. Extracellular, K.M. Ansel, M. Bitzer, X.O. Breakefield, A. Charest, D.J. Galas, M.B. Gerstein, M. Gupta, A. Milosavljevic, M.T. McManus, T. Patel, R.L. Raffai, J. Rozowsky, M.E. Roth, J.A. Saugstad, K. Van Keuren-Jensen, A.M. Weaver, and L.C. Laurent, *The Extracellular RNA Communication Consortium: Establishing Foundational Knowledge and Technologies for Extracellular RNA Research.* Cell, 2019. **177**(2): p. 231-242.

170. Drange, O.K., O.B. Smeland, A.A. Shadrin, P.I. Finseth, A. Witoelar, O. Frei, G. Psychiatric Genomics Consortium Bipolar Disorder Working, Y. Wang, S. Hassani, S. Djurovic, A.M. Dale, and O.A. Andreassen, *Genetic Overlap Between Alzheimer's Disease and Bipolar Disorder Implicates the MARK2 and VAC14 Genes.* Front Neurosci, 2019. **13**: p. 220.

171. Grove, M.E., S. White, D.G. Fisk, S. Rego, O. Dagan-Rosenfeld, J.N. Kohler, C.M. Reuter, D. Bonner, N. Undiagnosed Diseases, M.T. Wheeler, J.A. Bernstein, K.E. Ormond, and A.K. Hanson-Kahn, *Developing a genomics rotation: Practical training around variant interpretation for genetic counseling students.* J Genet Couns, 2019. **28**(2): p. 466-476.

172. Haliyur, R., X. Tong, M. Sanyoura, S. Shrestha, J. Lindner, D.C. Saunders, R. Aramandla, G. Poffenberger, S.D. Redick, R. Bottino, N. Prasad, S.E. Levy, R.D. Blind, D.M. Harlan, L.H. Philipson, R.W. Stein, M. Brissova, and A.C. Powers, *Human islets expressing HNF1A variant have defective beta cell transcriptional regulatory networks.* J Clin Invest, 2019. **129**(1): p. 246-251.

173. Howard, L.M., J.B. Goll, T.L. Jensen, K.L. Hoek, N. Prasad, C.E. Gelber, S.E. Levy, S. Joyce, A.J. Link, C.B. Creech, and K.M. Edwards, *AS03-Adjuvanted H5N1 Avian Influenza Vaccine Modulates Early Innate Immune Signatures in Human Peripheral Blood Mononuclear Cells.* J Infect Dis, 2019. **219**(11): p. 1786-1798.

174. Kanca, O., J.C. Andrews, P.T. Lee, C. Patel, S.R. Braddock, A.M. Slavotinek, J.S. Cohen, C.S. Gubbels, K.A. Aldinger, J. Williams, M. Indaram, A. Fatemi, T.W. Yu, P.B. Agrawal, G. Vezina, C. Simons, J. Crawford, C.C. Lau, N. Undiagnosed Diseases, W.K. Chung, T.C. Markello, W.B. Dobyns, D.R. Adams, W.A. Gahl, M.F. Wangler, S. Yamamoto, H.J. Bellen, and M.C.V. Malicdan, *De Novo Variants in WDR37 Are Associated with Epilepsy, Coloboma, Dysmorphism, Developmental Delay, Intellectual Disability, and Cerebellar Hypoplasia.* Am J Hum Genet, 2019. **105**(3): p. 672-674.

175. Kelly, M., M. Park, I. Mihalek, A. Rochtus, M. Gramm, E. Perez-Palma, E.T. Axeen, C.Y. Hung, H. Olson, L. Swanson, I. Anselm, L.C. Briere, F.A. High, D.A. Sweetser, N. Undiagnosed Diseases, S. Kayani, M. Snyder, S. Calvert, I.E. Scheffer, E. Yang, J.L. Waugh, D. Lal, O. Bodamer, and A. Poduri, *Spectrum of neurodevelopmental disease*

*associated with the GNAO1 guanosine triphosphate-binding region.* Epilepsia, 2019. **60**(3): p. 406-418.

176. Levy, S.E. and B.E. Boone, *Next-Generation Sequencing Strategies.* Cold Spring Harb Perspect Med, 2019. **9**(7).

177. Ma, X., Y. Shao, L. Tian, D.A. Flasch, H.L. Mulder, M.N. Edmonson, Y. Liu, X. Chen, S. Newman, J. Nakitandwe, Y. Li, B. Li, S. Shen, Z. Wang, S. Shurtleff, L.L. Robison, S. Levy, J. Easton, and J. Zhang, *Analysis of error profiles in deep next-generation sequencing data.* Genome Biol, 2019. **20**(1): p. 50.

178. Machol, K., J. Rousseau, S. Ehresmann, T. Garcia, T.T.M. Nguyen, R.C. Spillmann, J.A. Sullivan, V. Shashi, Y.H. Jiang, N. Stong, E. Fiala, M. Willing, R. Pfundt, T. Kleefstra, M.T. Cho, H. McLaughlin, M. Rosello Piera, C. Orellana, F. Martinez, A. Caro-Llopis, S. Monfort, T. Roscioli, C.Y. Nixon, M.F. Buckley, A. Turner, W.D. Jones, P.M. van Hasselt, F.C. Hofstede, K.L.I. van Gassen, A.S. Brooks, M.A. van Slegtenhorst, K. Lachlan, J. Sebastian, S. Madan-Khetarpal, S. Donal, N. Sakkubai, J. Thevenon, L. Faivre, A. Maurel, S. Petrovski, I.D. Krantz, J.M. Tarpinian, J.A. Rosenfeld, B.H. Lee, N. Undiagnosed Diseases, and P.M. Campeau, *Expanding the Spectrum of BAF-Related Disorders: De Novo Variants in SMARCC2 Cause a Syndrome with Intellectual Disability and Developmental Delay.* Am J Hum Genet, 2019. **104**(1): p. 164-178.

179. McIntyre, A.B.R., R. Ounit, E. Afshinnekoo, R.J. Prill, E. Henaff, N. Alexander, S.S. Minot, D. Danko, J. Foox, S. Ahsanuddin, S. Tighe, N.A. Hasan, P. Subramanian, K. Moffat, S. Levy, S. Lonardi, N. Greenfield, R.R. Colwell, G.L. Rosen, and C.E. Mason, *Correction to: Comprehensive benchmarking and ensemble approaches for metagenomic classifiers.* Genome Biol, 2019. **20**(1): p. 72.

180. Nicoli, E.R., M.R. Weston, M. Hackbarth, A. Becerril, A. Larson, W.M. Zein, P.R. Baker, 2nd, J.D. Burke, H. Dorward, M. Davids, Y. Huang, D.R. Adams, P.M. Zerfas, D. Chen, T.C. Markello, C. Toro, T. Wood, G. Elliott, M. Vu, N. Undiagnosed Diseases, W. Zheng, L.J. Garrett, C.J. Tifft, W.A. Gahl, D.L. Day-Salvatore, J.A. Mindell, and M.C.V. Malicdan, *Lysosomal Storage and Albinism Due to Effects of a De Novo CLCN7 Variant on Lysosomal Acidification.* Am J Hum Genet, 2019. **104**(6): p. 1127-1138.

181. Panea, R.I., C.L. Love, J.R. Shingleton, A. Reddy, J.A. Bailey, A.M. Moormann, J.A. Otieno, J.M. Ong'echa, C.I. Oduor, K.M.S. Schroeder, N. Masalu, N.J. Chao, M. Agajanian, M.B. Major, Y. Fedoriw, K.L. Richards, G. Rymkiewicz, R.R. Miles, B. Alobeid, G. Bhagat, C.R. Flowers, S.L. Ondrejka, E.D. Hsi, W.W.L. Choi, R.K.H. Au-Yeung, W. Hartmann, G. Lenz, H. Meyerson, Y.Y. Lin, Y. Zhuang, M.A. Luftig, A. Waldrop, T. Dave, D. Thakkar, H. Sahay, G. Li, B.C. Palus, V. Seshadri, S.Y. Kim, R.D. Gascoyne, S. Levy, M. Mukhopadyay, D.B. Dunson, and S.S. Dave, *The whole-genome landscape of Burkitt lymphoma subtypes.* Blood, 2019. **134**(19): p. 1598-1607.

182. Saunders, D.C., M. Brissova, N. Phillips, S. Shrestha, J.T. Walker, R. Aramandla, G. Poffenberger, D.K. Flaherty, K.P. Weller, J. Pelletier, T. Cooper, M.T. Goff, J. Virostko, A. Shostak, E.D. Dean, D.L. Greiner, L.D. Shultz, N. Prasad, S.E. Levy, R.H. Carnahan, C. Dai, J. Sevigny, and A.C. Powers, *Ectonucleoside Triphosphate Diphosphohydrolase-3 Antibody Targets Adult Human Pancreatic beta Cells for In Vitro and In Vivo Analysis.* Cell Metab, 2019. **29**(3): p. 745-754 e4.

183. Shashi, V., J. Geist, Y. Lee, Y. Yoo, U. Shin, K. Schoch, J. Sullivan, N. Stong, E. Smith, J. Jasien, P. Kranz, N. Undiagnosed Diseases, Y. Lee, Y.B. Shin, N.T. Wright, M. Choi, and A. Kontrogianni-Konstantopoulos, *Heterozygous variants in MYBPC1 are associated with an expanded neuromuscular phenotype beyond arthrogryposis.* Hum Mutat, 2019. **40**(8): p. 1115-1126.

184. Stahl, E.A., G. Breen, A.J. Forstner, A. McQuillin, S. Ripke, V. Trubetskoy, M. Mattheisen, Y. Wang, J.R.I. Coleman, H.A. Gaspar, C.A. de Leeuw, S. Steinberg, J.M.W. Pavlides, M. Trzaskowski, E.M. Byrne, T.H. Pers, P.A. Holmans, A.L. Richards, L. Abbott, E. Agerbo,

H. Akil, D. Albani, N. Alliey-Rodriguez, T.D. Als, A. Anjorin, V. Antilla, S. Awasthi, J.A. Badner, M. Baekvad-Hansen, J.D. Barchas, N. Bass, M. Bauer, R. Belliveau, S.E. Bergen, C.B. Pedersen, E. Boen, M.P. Boks, J. Boocock, M. Budde, W. Bunney, M. Burmeister, J. Bybjerg-Grauholm, W. Byerley, M. Casas, F. Cerrato, P. Cervantes, K. Chambert, A.W. Charney, D. Chen, C. Churchhouse, T.K. Clarke, W. Coryell, D.W. Craig, C. Cruceanu, D. Curtis, P.M. Czerski, A.M. Dale, S. de Jong, F. Degenhardt, J. Del-Favero, J.R. DePaulo, S. Djurovic, A.L. Dobbyn, A. Dumont, T. Elvsashagen, V. Escott-Price, C.C. Fan, S.B. Fischer, M. Flickinger, T.M. Foroud, L. Forty, J. Frank, C. Fraser, N.B. Freimer, L. Frisen, K. Gade, D. Gage, J. Garnham, C. Giambartolomei, M.G. Pedersen, J. Goldstein, S.D. Gordon, K. Gordon-Smith, E.K. Green, M.J. Green, T.A. Greenwood, J. Grove, W. Guan, J. Guzman-Parra, M.L. Hamshere, M. Hautzinger, U. Heilbronner, S. Herms, M. Hipolito, P. Hoffmann, D. Holland, L. Huckins, S. Jamain, J.S. Johnson, A. Jureus, R. Kandaswamy, R. Karlsson, J.L. Kennedy, S. Kittel-Schneider, J.A. Knowles, M. Kogevinas, A.C. Koller, R. Kupka, C. Lavebratt, J. Lawrence, W.B. Lawson, M. Leber, P.H. Lee, S.E. Levy, J.Z. Li, C. Liu, S. Lucae, A. Maaser, D.J. MacIntyre, P.B. Mahon, W. Maier, L. Martinsson, S. McCarroll, P. McGuffin, M.G. McInnis, J.D. McKay, H. Medeiros, S.E. Medland, F. Meng, L. Milani, G.W. Montgomery, D.W. Morris, T.W. Muhleisen, N. Mullins, H. Nguyen, C.M. Nievergelt, A.N. Adolfsson, E.A. Nwulia, C. O'Donovan, L.M.O. Loohuis, A.P.S. Ori, L. Oruc, U. Osby, R.H. Perlis, A. Perry, A. Pfennig, J.B. Potash, S.M. Purcell, E.J. Regeer, A. Reif, C.S. Reinbold, J.P. Rice, F. Rivas, M. Rivera, P. Roussos, D.M. Ruderfer, E. Ryu, C. Sanchez-Mora, A.F. Schatzberg, W.A. Scheftner, N.J. Schork, C. Shannon Weickert, T. Shehktman, P.D. Shilling, E. Sigurdsson, C. Slaney, O.B. Smeland, J.L. Sobell, C. Soholm Hansen, A.T. Spijker, D. St Clair, M. Steffens, J.S. Strauss, F. Streit, J. Strohmaier, S. Szelinger, R.C. Thompson, T.E. Thorgeirsson, J. Treutlein, H. Vedder, W. Wang, S.J. Watson, T.W. Weickert, S.H. Witt, S. Xi, W. Xu, A.H. Young, P. Zandi, P. Zhang, S. Zollner, Q.C. e, B. Consortium, R. Adolfsson, I. Agartz, M. Alda, L. Backlund, B.T. Baune, F. Bellivier, W.H. Berrettini, J.M. Biernacka, D.H.R. Blackwood, M. Boehnke, A.D. Borglum, A. Corvin, N. Craddock, M.J. Daly, U. Dannlowski, T. Esko, B. Etain, M. Frye, J.M. Fullerton, E.S. Gershon, M. Gill, F. Goes, M. Grigoroiu-Serbanescu, J. Hauser, D.M. Hougaard, C.M. Hultman, I. Jones, L.A. Jones, R.S. Kahn, G. Kirov, M. Landen, M. Leboyer, C.M. Lewis, Q.S. Li, J. Lissowska, N.G. Martin, F. Mayoral, S.L. McElroy, A.M. McIntosh, F.J. McMahon, I. Melle, A. Metspalu, P.B. Mitchell, G. Morken, O. Mors, P.B. Mortensen, B. Muller-Myhsok, R.M. Myers, B.M. Neale, V. Nimgaonkar, M. Nordentoft, M.M. Nothen, M.C. O'Donovan, K.J. Oedegaard, M.J. Owen, S.A. Paciga, C. Pato, M.T. Pato, D. Posthuma, J.A. Ramos-Quiroga, M. Ribases, M. Rietschel, G.A. Rouleau, M. Schalling, P.R. Schofield, T.G. Schulze, A. Serretti, J.W. Smoller, H. Stefansson, K. Stefansson, E. Stordal, P.F. Sullivan, G. Turecki, A.E. Vaaler, E. Vieta, J.B. Vincent, T. Werge, J.I. Nurnberger, N.R. Wray, A. Di Florio, H.J. Edenberg, S. Cichon, R.A. Ophoff, L.J. Scott, O.A. Andreassen, J. Kelsoe, P. Sklar and C. Bipolar Disorder Working Group of the Psychiatric Genomics, *Genome-wide association study identifies 30 loci associated with bipolar disorder.* Nat Genet, 2019. **51**(5): p. 793-803.

185.    Wilson, C.L., Z. Wang, Q. Liu, M.J. Ehrhardt, R. Mostafavi, J. Easton, H. Mulder, D.J. Hedges, S. Wang, M. Rusch, M. Edmonson, S. Levy, J.Q. Lanctot, K. Currie, M. Lear, A. Patel, Y. Sapkota, R.J. Brooke, W. Moon, T.C. Chang, W. Chen, C.A. Kesserwan, G. Wu, K.E. Nichols, M.M. Hudson, J. Zhang, L.L. Robison, and Y. Yasui, *Estimated number of adult survivors of childhood cancer in United States with cancer-predisposing germline variants.* Pediatr Blood Cancer, 2019: p. e28047.

186.    Zastrow, D.B., J.N. Kohler, D. Bonner, C.M. Reuter, L. Fernandez, M.E. Grove, D.G. Fisk, N. Undiagnosed Diseases, Y. Yang, C.M. Eng, P.A. Ward, D. Bick, E.A. Worthey, P.G. Fisher, E.A. Ashley, J.A. Bernstein, and M.T. Wheeler, 3rd, *A toolkit for genetics*

*providers in follow-up of patients with non-diagnostic exome sequencing.* J Genet Couns, 2019. **28**(2): p. 213-228.

187.  Butler, D.J., C. Mozsary, C. Meydan, D. Danko, J. Foox, J. Rosiene, A. Shaiber, E. Afshinnekoo, M. MacKay, F.J. Sedlazeck, N.A. Ivanov, M. Sierra, D. Pohle, M. Zietz, U. Gisladottir, V. Ramlall, C.D. Westover, K. Ryon, B. Young, C. Bhattacharya, P. Ruggiero, B.W. Langhorst, N. Tanner, J. Gawrys, D. Meleshko, D. Xu, P.A.D. Steel, A.J. Shemesh, J. Xiang, J. Thierry-Mieg, D. Thierry-Mieg, R.E. Schwartz, A. Iftner, D. Bezdan, J. Sipley, L. Cong, A. Craney, P. Velu, A.M. Melnick, I. Hajirasouliha, S.M. Horner, T. Iftner, M. Salvatore, M. Loda, L.F. Westblade, M. Cushing, S. Levy, S. Wu, N. Tatonetti, M. Imielinski, H. Rennert, and C.E. Mason, *Shotgun Transcriptome and Isothermal Profiling of SARS-CoV-2 Infection Reveals Unique Host Responses, Viral Diversification, and Drug Interactions.* bioRxiv, 2020.

188.  Coleman, J.R.I., H.A. Gaspar, J. Bryois, C. Bipolar Disorder Working Group of the Psychiatric Genomics, C. Major Depressive Disorder Working Group of the Psychiatric Genomics, and G. Breen, *The Genetics of the Mood Disorder Spectrum: Genome-wide Association Analyses of More Than 185,000 Cases and 439,000 Controls.* Biol Psychiatry, 2020. **88**(2): p. 169-184.

189.  Consortium, E.P., M.P. Snyder, T.R. Gingeras, J.E. Moore, Z. Weng, M.B. Gerstein, B. Ren, R.C. Hardison, J.A. Stamatoyannopoulos, B.R. Graveley, E.A. Feingold, M.J. Pazin, M. Pagan, D.A. Gilchrist, B.C. Hitz, J.M. Cherry, B.E. Bernstein, E.M. Mendenhall, D.R. Zerbino, A. Frankish, P. Flicek, and R.M. Myers, *Perspectives on ENCODE.* Nature, 2020. **583**(7818): p. 693-698.

190.  Dai, C., J.T. Walker, A. Shostak, A. Padgett, E. Spears, S. Wisniewski, G. Poffenberger, R. Aramandla, E.D. Dean, N. Prasad, S.E. Levy, D.L. Greiner, L.D. Shultz, R. Bottino, and A.C. Powers, *Tacrolimus- and sirolimus-induced human beta cell dysfunction is reversible and preventable.* JCI Insight, 2020. **5**(1).

191.  Johnson, B.V., R. Kumar, S. Oishi, S. Alexander, M. Kasherman, M.S. Vega, A. Ivancevic, A. Gardner, D. Domingo, M. Corbett, E. Parnell, S. Yoon, T. Oh, M. Lines, H. Lefroy, U. Kini, M. Van Allen, S. Gronborg, S. Mercier, S. Kury, S. Bezieau, L. Pasquier, M. Raynaud, A. Afenjar, T. Billette de Villemeur, B. Keren, J. Desir, L. Van Maldergem, M. Marangoni, N. Dikow, D.A. Koolen, P.M. VanHasselt, M. Weiss, P. Zwijnenburg, J. Sa, C.F. Reis, C. Lopez-Otin, O. Santiago-Fernandez, A. Fernandez-Jaen, A. Rauch, K. Steindl, P. Joset, A. Goldstein, S. Madan-Khetarpal, E. Infante, E. Zackai, C. McDougall, V. Narayanan, K. Ramsey, S. Mercimek-Andrews, L. Pena, V. Shashi, N. Undiagnosed Diseases, K. Schoch, J.A. Sullivan, E.V.F. Pinto, P.N. Pichurin, S.A. Ewing, S.S. Barnett, E.W. Klee, M.S. Perry, M.K. Koenig, C.E. Keegan, J.L. Schuette, S. Asher, Y. Perilla-Young, L.D. Smith, J.A. Rosenfeld, E. Bhoj, P. Kaplan, D. Li, R. Oegema, E. van Binsbergen, B. van der Zwaag, M.F. Smeland, I. Cutcutache, M. Page, M. Armstrong, A.E. Lin, M.A. Steeves, N.D. Hollander, M.J.V. Hoffer, M.R.F. Reijnders, S. Demirdas, D.C. Koboldt, D. Bartholomew, T.M. Mosher, S.E. Hickey, C. Shieh, P.A. Sanchez-Lara, J.M. Graham, Jr., K. Tezcan, G.B. Schaefer, N.R. Danylchuk, A. Asamoah, K.E. Jackson, N. Yachelevich, M. Au, L.A. Perez-Jurado, T. Kleefstra, P. Penzes, S.A. Wood, T. Burne, T.M. Pierson, M. Piper, J. Gecz and L.A. Jolly, *Partial Loss of USP9X Function Leads to a Male Neurodevelopmental and Behavioral Disorder Converging on Transforming Growth Factor beta Signaling.* Biol Psychiatry, 2020. **87**(2): p. 100-112.

192.  Koehler, J., M. Sandey, N. Prasad, S.A. Levy, X. Wang, and X. Wang, *Differential Expression of miRNAs in Hypoxia ("HypoxamiRs") in Three Canine High-Grade Glioma Cell Lines.* Front Vet Sci, 2020. **7**: p. 104.

193.  MacKay, M.J., A.C. Hooker, E. Afshinnekoo, M. Salit, J. Kelly, J.V. Feldstein, N. Haft, D. Schenkel, S. Nambi, Y. Cai, F. Zhang, G. Church, J. Dai, C.L. Wang, S. Levy, J. Huber,

H.P. Ji, A. Kriegel, A.L. Wyllie, and C.E. Mason, *The COVID-19 XPRIZE and the need for scalable, fast, and widespread testing.* Nat Biotechnol, 2020. **38**(9): p. 1021-1024.

194.    Rowneki, M., N. Aronson, P. Du, P. Sachs, R. Blakemore, S. Chakravorty, S. Levy, A.L. Jones, G. Trivedi, S. Chebore, D. Addo, D.K. Byaruigaba, P.D. Njobvu, F. Wabwire-Mangen, B. Erima, E.S. Ramos, C.A. Evans, B. Hale, J.D. Mancuso, and D. Alland, *Detection of drug resistant Mycobacterium tuberculosis by high-throughput sequencing of DNA isolated from acid fast bacilli smears.* PLoS One, 2020. **15**(5): p. e0232343.

195.    Svrzikapa, N., K.A. Longo, N. Prasad, R. Boyanapalli, J.M. Brown, D. Dorset, S. Yourstone, J. Powers, S.E. Levy, A.J. Morris, C. Vargeese, and J. Goyal, *Investigational Assay for Haplotype Phasing of the Huntingtin Gene.* Mol Ther Methods Clin Dev, 2020. **19**: p. 162-173.

196.    Tomoiaga, D., V. Aguiar-Pulido, S. Shrestha, P. Feinstein, S.E. Levy, C.E. Mason, and J.A. Rosenfeld, *Single-cell sperm transcriptomes and variants from fathers of children with and without autism spectrum disorder.* NPJ Genom Med, 2020. **5**: p. 14.

197.    Wilson, C.L., Z. Wang, Q. Liu, M.J. Ehrhardt, R. Mostafavi, J. Easton, H. Mulder, D.J. Hedges, S. Wang, M. Rusch, M. Edmonson, S. Levy, J.Q. Lanctot, K. Currie, M. Lear, A. Patel, Y. Sapkota, R.J. Brooke, W. Moon, T.C. Chang, W. Chen, C.A. Kesserwan, G. Wu, K.E. Nichols, M.M. Hudson, J. Zhang, L.L. Robison, and Y. Yasui, *Estimated number of adult survivors of childhood cancer in United States with cancer-predisposing germline variants.* Pediatr Blood Cancer, 2020. **67**(2): p. e28047.

198.    Agarwal, P., M.P. Crepps, N.A. Stahr, W.P. Kretzschmar, H.C. Harris, N. Prasad, S.E. Levy, and B.F. Smith, *Identification of canine circulating miRNAs as tumor biospecific markers using Next-Generation Sequencing and Q-RT-PCR.* Biochem Biophys Rep, 2021. **28**: p. 101106.

199.    Andlauer, T.F.M., J. Guzman-Parra, F. Streit, J. Strohmaier, M.J. Gonzalez, S. Gil Flores, F.J. Cabaleiro Fabeiro, F. Del Rio Noriega, F.P. Perez, J. Haro Gonzalez, G. Orozco Diaz, Y. de Diego-Otero, B. Moreno-Kustner, G. Auburger, F. Degenhardt, S. Heilmann-Heimbach, S. Herms, P. Hoffmann, J. Frank, J.C. Foo, J. Treutlein, S.H. Witt, S. Cichon, M. Kogevinas, C. Bipolar Disorder Working Group of the Psychiatric Genomics, C. Major Depressive Disorder Working Group of the Psychiatric Genomics, F. Rivas, F. Mayoral, B. Muller-Myhsok, A.J. Forstner, M.M. Nothen, and M. Rietschel, *Bipolar multiplex families have an increased burden of common risk variants for psychiatric disorders.* Mol Psychiatry, 2021. **26**(4): p. 1286-1298.

200.    Brokamp, E., M.E. Koziura, J.A. Phillips, 3rd, L.A. Tang, J.D. Cogan, L.C. Rives, A.K. Robertson, L. Duncan, A. Bican, J.F. Peterson, J.H. Newman, R. Hamid, L. Bastarache, and N. Undiagnosed Diseases, *One is the loneliest number: genotypic matchmaking using the electronic health record.* Genet Med, 2021. **23**(10): p. 1830-1832.

201.    Butler, D., C. Mozsary, C. Meydan, J. Foox, J. Rosiene, A. Shaiber, D. Danko, E. Afshinnekoo, M. MacKay, F.J. Sedlazeck, N.A. Ivanov, M. Sierra, D. Pohle, M. Zietz, U. Gisladottir, V. Ramlall, E.T. Sholle, E.J. Schenck, C.D. Westover, C. Hassan, K. Ryon, B. Young, C. Bhattacharya, D.L. Ng, A.C. Granados, Y.A. Santos, V. Servellita, S. Federman, P. Ruggiero, A. Fungtammasan, C.S. Chin, N.M. Pearson, B.W. Langhorst, N.A. Tanner, Y. Kim, J.W. Reeves, T.D. Hether, S.E. Warren, M. Bailey, J. Gawrys, D. Meleshko, D. Xu, M. Couto-Rodriguez, D. Nagy-Szakal, J. Barrows, H. Wells, N.B. O'Hara, J.A. Rosenfeld, Y. Chen, P.A.D. Steel, A.J. Shemesh, J. Xiang, J. Thierry-Mieg, D. Thierry-Mieg, A. Iftner, D. Bezdan, E. Sanchez, T.R. Campion, Jr., J. Sipley, L. Cong, A. Craney, P. Velu, A.M. Melnick, S. Shapira, I. Hajirasouliha, A. Borczuk, T. Iftner, M. Salvatore, M. Loda, L.F. Westblade, M. Cushing, S. Wu, S. Levy, C. Chiu, R.E. Schwartz, N. Tatonetti, H. Rennert, M. Imielinski, and C.E. Mason, *Shotgun transcriptome, spatial omics, and isothermal profiling of SARS-CoV-2 infection reveals unique host responses, viral diversification, and drug interactions.* Nat Commun, 2021. **12**(1): p. 1660.

202. De La Vega, F.M., S. Chowdhury, B. Moore, E. Frise, J. McCarthy, E.J. Hernandez, T. Wong, K. James, L. Guidugli, P.B. Agrawal, C.A. Genetti, C.A. Brownstein, A.H. Beggs, B.S. Loscher, A. Franke, B. Boone, S.E. Levy, K. Ounap, S. Pajusalu, M. Huentelman, K. Ramsey, M. Naymik, V. Narayanan, N. Veeraraghavan, P. Billings, M.G. Reese, M. Yandell, and S.F. Kingsmore, *Artificial intelligence enables comprehensive genome interpretation and nomination of candidate diagnoses for rare genetic diseases.* Genome Med, 2021. **13**(1): p. 153.

203. Foox, J., S.W. Tighe, C.M. Nicolet, J.M. Zook, M. Byrska-Bishop, W.E. Clarke, M.M. Khayat, M. Mahmoud, P.K. Laaguiby, Z.T. Herbert, D. Warner, G.S. Grills, J. Jen, S. Levy, J. Xiang, A. Alonso, X. Zhao, W. Zhang, F. Teng, Y. Zhao, H. Lu, G.P. Schroth, G. Narzisi, W. Farmerie, F.J. Sedlazeck, D.A. Baldwin, and C.E. Mason, *Performance assessment of DNA sequencing platforms in the ABRF Next-Generation Sequencing Study.* Nat Biotechnol, 2021. **39**(9): p. 1129-1140.

204. Jia, X., F.S. Goes, A.E. Locke, D. Palmer, W. Wang, S. Cohen-Woods, G. Genovese, A.U. Jackson, C. Jiang, M. Kvale, N. Mullins, H. Nguyen, M. Pirooznia, M. Rivera, D.M. Ruderfer, L. Shen, K. Thai, M. Zawistowski, Y. Zhuang, G. Abecasis, H. Akil, S. Bergen, M. Burmeister, S. Chapman, M. DelaBastide, A. Jureus, H.M. Kang, P.Y. Kwok, J.Z. Li, S.E. Levy, E.T. Monson, J. Moran, J. Sobell, S. Watson, V. Willour, S. Zollner, R. Adolfsson, D. Blackwood, M. Boehnke, G. Breen, A. Corvin, N. Craddock, A. DiFlorio, C.M. Hultman, M. Landen, C. Lewis, S.A. McCarroll, W. Richard McCombie, P. McGuffin, A. McIntosh, A. McQuillin, D. Morris, R.M. Myers, M. O'Donovan, R. Ophoff, M. Boks, R. Kahn, W. Ouwehand, M. Owen, C. Pato, M. Pato, D. Posthuma, J.B. Potash, A. Reif, P. Sklar, J. Smoller, P.F. Sullivan, J. Vincent, J. Walters, B. Neale, S. Purcell, N. Risch, C. Schaefer, E.A. Stahl, P.P. Zandi, and L.J. Scott, *Investigating rare pathogenic/likely pathogenic exonic variation in bipolar disorder.* Mol Psychiatry, 2021. **26**(9): p. 5239-5250.

205. Karlebach, G., B. Aronow, S.B. Baylin, D. Butler, J. Foox, S. Levy, C. Meydan, C. Mozsary, A.M. Saravia-Butler, D.M. Taylor, E. Wurtele, C.E. Mason, A. Beheshti, and P.N. Robinson, *Betacoronavirus-specific alternate splicing.* bioRxiv, 2021.

206. Keele, G.R., J.W. Prokop, H. He, K. Holl, J. Littrell, A.W. Deal, Y. Kim, P.B. Kyle, E. Attipoe, A.C. Johnson, K.L. Uhl, O.L. Sirpilla, S. Jahanbakhsh, M. Robinson, S. Levy, W. Valdar, M.R. Garrett, and L.C. Solberg Woods, *Sept8/SEPTIN8 involvement in cellular structure and kidney damage is identified by genetic mapping and a novel human tubule hypoxic model.* Sci Rep, 2021. **11**(1): p. 2071.

207. Kyle, J.E., K.G. Stratton, E.M. Zink, Y.M. Kim, K.J. Bloodsworth, M.E. Monroe, N. Undiagnosed Diseases, K.M. Waters, B.M. Webb-Robertson, D.M. Koeller, and T.O. Metz, *A resource of lipidomics and metabolomics data from individuals with undiagnosed diseases.* Sci Data, 2021. **8**(1): p. 114.

208. Mullins, N., A.J. Forstner, K.S. O'Connell, B. Coombes, J.R.I. Coleman, Z. Qiao, T.D. Als, T.B. Bigdeli, S. Borte, J. Bryois, A.W. Charney, O.K. Drange, M.J. Gandal, S.P. Hagenaars, M. Ikeda, N. Kamitaki, M. Kim, K. Krebs, G. Panagiotaropoulou, B.M. Schilder, L.G. Sloofman, S. Steinberg, V. Trubetskoy, B.S. Winsvold, H.H. Won, L. Abramova, K. Adorjan, E. Agerbo, M. Al Eissa, D. Albani, N. Alliey-Rodriguez, A. Anjorin, V. Antilla, A. Antoniou, S. Awasthi, J.H. Baek, M. Baekvad-Hansen, N. Bass, M. Bauer, E.C. Beins, S.E. Bergen, A. Birner, C. Bocker Pedersen, E. Boen, M.P. Boks, R. Bosch, M. Brum, B.M. Brumpton, N. Brunkhorst-Kanaan, M. Budde, J. Bybjerg-Grauholm, W. Byerley, M. Cairns, M. Casas, P. Cervantes, T.K. Clarke, C. Cruceanu, A. Cuellar-Barboza, J. Cunningham, D. Curtis, P.M. Czerski, A.M. Dale, N. Dalkner, F.S. David, F. Degenhardt, S. Djurovic, A.L. Dobbyn, A. Douzenis, T. Elvsashagen, V. Escott-Price, I.N. Ferrier, A. Fiorentino, T.M. Foroud, L. Forty, J. Frank, O. Frei, N.B. Freimer, L. Frisen, K. Gade, J. Garnham, J. Gelernter, M. Giortz Pedersen, I.R. Gizer, S.D. Gordon, K. Gordon-

Smith, T.A. Greenwood, J. Grove, J. Guzman-Parra, K. Ha, M. Haraldsson, M. Hautzinger, U. Heilbronner, D. Hellgren, S. Herms, P. Hoffmann, P.A. Holmans, L. Huckins, S. Jamain, J.S. Johnson, J.L. Kalman, Y. Kamatani, J.L. Kennedy, S. Kittel-Schneider, J.A. Knowles, M. Kogevinas, M. Koromina, T.M. Kranz, H.R. Kranzler, M. Kubo, R. Kupka, S.A. Kushner, C. Lavebratt, J. Lawrence, M. Leber, H.J. Lee, P.H. Lee, S.E. Levy, C. Lewis, C. Liao, S. Lucae, M. Lundberg, D.J. MacIntyre, S.H. Magnusson, W. Maier, A. Maihofer, D. Malaspina, E. Maratou, L. Martinsson, M. Mattheisen, S.A. McCarroll, N.W. McGregor, P. McGuffin, J.D. McKay, H. Medeiros, S.E. Medland, V. Millischer, G.W. Montgomery, J.L. Moran, D.W. Morris, T.W. Muhleisen, N. O'Brien, C. O'Donovan, L.M. Olde Loohuis, L. Oruc, S. Papiol, A.F. Pardinas, A. Perry, A. Pfennig, E. Porichi, J.B. Potash, D. Quested, T. Raj, M.H. Rapaport, J.R. DePaulo, E.J. Regeer, J.P. Rice, F. Rivas, M. Rivera, J. Roth, P. Roussos, D.M. Ruderfer, C. Sanchez-Mora, E.C. Schulte, F. Senner, S. Sharp, P.D. Shilling, E. Sigurdsson, L. Sirignano, C. Slaney, O.B. Smeland, D.J. Smith, J.L. Sobell, C. Soholm Hansen, M. Soler Artigas, A.T. Spijker, D.J. Stein, J.S. Strauss, B. Swiatkowska, C. Terao, T.E. Thorgeirsson, C. Toma, P. Tooney, E.E. Tsermpini, M.P. Vawter, H. Vedder, J.T.R. Walters, S.H. Witt, S. Xi, W. Xu, J.M.K. Yang, A.H. Young, H. Young, P.P. Zandi, H. Zhou, L. Zillich, H.A.-I. Psychiatry, R. Adolfsson, I. Agartz, M. Alda, L. Alfredsson, G. Babadjanova, L. Backlund, B.T. Baune, F. Bellivier, S. Bengesser, W.H. Berrettini, D.H.R. Blackwood, M. Boehnke, A.D. Borglum, G. Breen, V.J. Carr, S. Catts, A. Corvin, N. Craddock, U. Dannlowski, D. Dikeos, T. Esko, B. Etain, P. Ferentinos, M. Frye, J.M. Fullerton, M. Gawlik, E.S. Gershon, F.S. Goes, M.J. Green, M. Grigoroiu-Serbanescu, J. Hauser, F. Henskens, J. Hillert, K.S. Hong, D.M. Hougaard, C.M. Hultman, K. Hveem, N. Iwata, A.V. Jablensky, I. Jones, L.A. Jones, R.S. Kahn, J.R. Kelsoe, G. Kirov, M. Landen, M. Leboyer, C.M. Lewis, Q.S. Li, J. Lissowska, C. Lochner, C. Loughland, N.G. Martin, C.A. Mathews, F. Mayoral, S.L. McElroy, A.M. McIntosh, F.J. McMahon, I. Melle, P. Michie, L. Milani, P.B. Mitchell, G. Morken, O. Mors, P.B. Mortensen, B. Mowry, B. Muller-Myhsok, R.M. Myers, B.M. Neale, C.M. Nievergelt, M. Nordentoft, M.M. Nothen, M.C. O'Donovan, K.J. Oedegaard, T. Olsson, M.J. Owen, S.A. Paciga, C. Pantelis, C. Pato, M.T. Pato, G.P. Patrinos, R.H. Perlis, D. Posthuma, J.A. Ramos-Quiroga, A. Reif, E.Z. Reininghaus, M. Ribases, M. Rietschel, S. Ripke, G.A. Rouleau, T. Saito, U. Schall, M. Schalling, P.R. Schofield, T.G. Schulze, L.J. Scott, R.J. Scott, A. Serretti, C. Shannon Weickert, J.W. Smoller, H. Stefansson, K. Stefansson, E. Stordal, F. Streit, P.F. Sullivan, G. Turecki, A.E. Vaaler, E. Vieta, J.B. Vincent, I.D. Waldman, T.W. Weickert, T. Werge, N.R. Wray, J.A. Zwart, J.M. Biernacka, J.I. Nurnberger, S. Cichon, H.J. Edenberg, E.A. Stahl, A. McQuillin, A. Di Florio, R.A. Ophoff and O.A. Andreassen, *Genome-wide association study of more than 40,000 bipolar disorder cases provides new insights into the underlying biology.* Nat Genet, 2021. **53**(6): p. 817-829.

209. Park, J., J. Foox, T. Hether, D. Danko, S. Warren, Y. Kim, J. Reeves, D.J. Butler, C. Mozsary, J. Rosiene, A. Shaiber, E. Afshinnekoo, M. MacKay, Y. Bram, V. Chandar, H. Geiger, A. Craney, P. Velu, A.M. Melnick, I. Hajirasouliha, A. Beheshti, D. Taylor, A. Saravia-Butler, U. Singh, E.S. Wurtele, J. Schisler, S. Fennessey, A. Corvelo, M.C. Zody, S. Germer, S. Salvatore, S. Levy, S. Wu, N. Tatonetti, S. Shapira, M. Salvatore, M. Loda, L.F. Westblade, M. Cushing, H. Rennert, A.J. Kriegel, O. Elemento, M. Imielinski, A.C. Borczuk, C. Meydan, R.E. Schwartz, and C.E. Mason, *Systemic Tissue and Cellular Disruption from SARS-CoV-2 Infection revealed in COVID-19 Autopsies and Spatial Omics Tissue Maps.* bioRxiv, 2021.

210. Rampersaud, E., G. Kang, L.E. Palmer, S.R. Rashkin, S. Wang, W. Bi, N.M. Alberts, D. Anghelescu, M. Barton, K. Birch, N. Boulos, A.M. Brandow, R.J. Brooke, T.C. Chang, W. Chen, Y. Cheng, J. Ding, J. Easton, J.R. Hodges, C.K. Kanne, S. Levy, H. Mulder, A.P. Patel, L. Puri, C. Rosencrance, M. Rusch, Y. Sapkota, E. Sioson, A. Sharma, X. Tang, A.

Thrasher, W. Wang, Y. Yao, Y. Yasui, D. Yergeau, J.S. Hankins, V.A. Sheehan, J.R. Downing, J.H. Estepp, J. Zhang, M. DeBaun, G. Wu, and M.J. Weiss, *A polygenic score for acute vaso-occlusive pain in pediatric sickle cell disease.* Blood Adv, 2021. **5**(14): p. 2839-2851.

211.   Saunders, D.C., K.I. Aamodt, T.M. Richardson, A.J. Hopkirk, R. Aramandla, G. Poffenberger, R. Jenkins, D.K. Flaherty, N. Prasad, S.E. Levy, A.C. Powers, and M. Brissova, *Coordinated interactions between endothelial cells and macrophages in the islet microenvironment promote beta cell regeneration.* NPJ Regen Med, 2021. **6**(1): p. 22.

212.   Shrestha, S., D.C. Saunders, J.T. Walker, J. Camunas-Soler, X.Q. Dai, R. Haliyur, R. Aramandla, G. Poffenberger, N. Prasad, R. Bottino, R. Stein, J.P. Cartailler, S.C. Parker, P.E. MacDonald, S.E. Levy, A.C. Powers, and M. Brissova, *Combinatorial transcription factor profiles predict mature and functional human islet alpha and beta cells.* JCI Insight, 2021. **6**(18).

213.   Blokland, G.A.M., J. Grove, C.Y. Chen, C. Cotsapas, S. Tobet, R. Handa, C. Schizophrenia Working Group of the Psychiatric Genomics, D. St Clair, T. Lencz, B.J. Mowry, S. Periyasamy, M.J. Cairns, P.A. Tooney, J.Q. Wu, B. Kelly, G. Kirov, P.F. Sullivan, A. Corvin, B.P. Riley, T. Esko, L. Milani, E.G. Jonsson, A. Palotie, H. Ehrenreich, M. Begemann, A. Steixner-Kumar, P.C. Sham, N. Iwata, D.R. Weinberger, P.V. Gejman, A.R. Sanders, J.D. Buxbaum, D. Rujescu, I. Giegling, B. Konte, A.M. Hartmann, E. Bramon, R.M. Murray, M.T. Pato, J. Lee, I. Melle, E. Molden, R.A. Ophoff, A. McQuillin, N.J. Bass, R. Adolfsson, A.K. Malhotra, C. Bipolar Disorder Working Group of the Psychiatric Genomics, N.G. Martin, J.M. Fullerton, P.B. Mitchell, P.R. Schofield, A.J. Forstner, F. Degenhardt, S. Schaupp, A.L. Comes, M. Kogevinas, J. Guzman-Parra, A. Reif, F. Streit, L. Sirignano, S. Cichon, M. Grigoroiu-Serbanescu, J. Hauser, J. Lissowska, F. Mayoral, B. Muller-Myhsok, B. Swiatkowska, T.G. Schulze, M.M. Nothen, M. Rietschel, J. Kelsoe, M. Leboyer, S. Jamain, B. Etain, F. Bellivier, J.B. Vincent, M. Alda, C. O'Donovan, P. Cervantes, J.M. Biernacka, M. Frye, S.L. McElroy, L.J. Scott, E.A. Stahl, M. Landen, M.L. Hamshere, O.B. Smeland, S. Djurovic, A.E. Vaaler, O.A. Andreassen, C. Major Depressive Disorder Working Group of the Psychiatric Genomics, B.T. Baune, T. Air, M. Preisig, R. Uher, D.F. Levinson, M.M. Weissman, J.B. Potash, J. Shi, J.A. Knowles, R.H. Perlis, S. Lucae, D.I. Boomsma, B. Penninx, J.J. Hottenga, E.J.C. de Geus, G. Willemsen, Y. Milaneschi, H. Tiemeier, H.J. Grabe, A. Teumer, S. Van der Auwera, U. Volker, S.P. Hamilton, P.K.E. Magnusson, A. Viktorin, D. Mehta, N. Mullins, M.J. Adams, G. Breen, A.M. McIntosh, C.M. Lewis, C. Sex Differences Cross-Disorder Analysis Group of the Psychiatric Genomics, iPsych, D.M. Hougaard, M. Nordentoft, O. Mors, P.B. Mortensen, T. Werge, T.D. Als, A.D. Borglum, T.L. Petryshen, J.W. Smoller and J.M. Goldstein, *Sex-Dependent Shared and Nonshared Genetic Architecture Across Mood and Psychotic Disorders.* Biol Psychiatry, 2022. **91**(1): p. 102-117.

214.   Karlebach, G., B. Aronow, S.B. Baylin, D. Butler, J. Foox, S. Levy, C. Meydan, C. Mozsary, A.M. Saravia-Butler, D.M. Taylor, E. Wurtele, C.E. Mason, A. Beheshti, and P.N. Robinson, *Betacoronavirus-specific alternate splicing.* Genomics, 2022. **114**(2): p. 110270.

215.   McClean, P.E., R. Lee, K. Howe, C. Osborne, J. Grimwood, S. Levy, A.P. Haugrud, C. Plott, M. Robinson, R.M. Skiba, T. Tanha, M. Zamani, T.W. Thannhauser, R.P. Glahn, J. Schmutz, J.M. Osorno, and P.N. Miklas, *The Common Bean V Gene Encodes Flavonoid 3'5' Hydroxylase: A Major Mutational Target for Flavonoid Diversity in Angiosperms.* Front Plant Sci, 2022. **13**: p. 869582.

216.   Mullins, N., J. Kang, A.I. Campos, J.R.I. Coleman, A.C. Edwards, H. Galfalvy, D.F. Levey, A. Lori, A. Shabalin, A. Starnawska, M.H. Su, H.J. Watson, M. Adams, S. Awashti, M. Gandal, J.D. Hafferty, A. Hishimoto, M. Kim, S. Okazaki, I. Otsuka, S. Ripke, E.B. Ware,

A.W. Bergen, W.H. Berrettini, M. Bohus, H. Brandt, X. Chang, W.J. Chen, H.C. Chen, S. Crawford, S. Crow, E. DiBlasi, P. Duriez, F. Fernandez-Aranda, M.M. Fichter, S. Gallinger, S.J. Glatt, P. Gorwood, Y. Guo, H. Hakonarson, K.A. Halmi, H.G. Hwu, S. Jain, S. Jamain, S. Jimenez-Murcia, C. Johnson, A.S. Kaplan, W.H. Kaye, P.K. Keel, J.L. Kennedy, K.L. Klump, D. Li, S.C. Liao, K. Lieb, L. Lilenfeld, C.M. Liu, P.J. Magistretti, C.R. Marshall, J.E. Mitchell, E.T. Monson, R.M. Myers, D. Pinto, A. Powers, N. Ramoz, S. Roepke, V. Rozanov, S.W. Scherer, C. Schmahl, M. Sokolowski, M. Strober, L.M. Thornton, J. Treasure, M.T. Tsuang, S.H. Witt, D.B. Woodside, Z. Yilmaz, L. Zillich, R. Adolfsson, I. Agartz, T.M. Air, M. Alda, L. Alfredsson, O.A. Andreassen, A. Anjorin, V. Appadurai, M. Soler Artigas, S. Van der Auwera, M.H. Azevedo, N. Bass, C.H.D. Bau, B.T. Baune, F. Bellivier, K. Berger, J.M. Biernacka, T.B. Bigdeli, E.B. Binder, M. Boehnke, M.P. Boks, R. Bosch, D.L. Braff, R. Bryant, M. Budde, E.M. Byrne, W. Cahn, M. Casas, E. Castelao, J.A. Cervilla, B. Chaumette, S. Cichon, A. Corvin, N. Craddock, D. Craig, F. Degenhardt, S. Djurovic, H.J. Edenberg, A.H. Fanous, J.C. Foo, A.J. Forstner, M. Frye, J.M. Fullerton, J.M. Gatt, P.V. Gejman, I. Giegling, H.J. Grabe, M.J. Green, E.H. Grevet, M. Grigoroiu-Serbanescu, B. Gutierrez, J. Guzman-Parra, S.P. Hamilton, M.L. Hamshere, A. Hartmann, J. Hauser, S. Heilmann-Heimbach, P. Hoffmann, M. Ising, I. Jones, L.A. Jones, L. Jonsson, R.S. Kahn, J.R. Kelsoe, K.S. Kendler, S. Kloiber, K.C. Koenen, M. Kogevinas, B. Konte, M.O. Krebs, M. Landen, J. Lawrence, M. Leboyer, P.H. Lee, D.F. Levinson, C. Liao, J. Lissowska, S. Lucae, F. Mayoral, S.L. McElroy, P. McGrath, P. McGuffin, A. McQuillin, S.E. Medland, D. Mehta, I. Melle, Y. Milaneschi, P.B. Mitchell, E. Molina, G. Morken, P.B. Mortensen, B. Muller-Myhsok, C. Nievergelt, V. Nimgaonkar, M.M. Nothen, M.C. O'Donovan, R.A. Ophoff, M.J. Owen, C. Pato, M.T. Pato, B. Penninx, J. Pimm, G. Pistis, J.B. Potash, R.A. Power, M. Preisig, D. Quested, J.A. Ramos-Quiroga, A. Reif, M. Ribases, V. Richarte, M. Rietschel, M. Rivera, A. Roberts, G. Roberts, G.A. Rouleau, D.L. Rovaris, D. Rujescu, C. Sanchez-Mora, A.R. Sanders, P.R. Schofield, T.G. Schulze, L.J. Scott, A. Serretti, J. Shi, S.I. Shyn, L. Sirignano, P. Sklar, O.B. Smeland, J.W. Smoller, E.J.S. Sonuga-Barke, G. Spalletta, J.S. Strauss, B. Swiatkowska, M. Trzaskowski, G. Turecki, L. Vilar-Ribo, J.B. Vincent, H. Volzke, J.T.R. Walters, C. Shannon Weickert, T.W. Weickert, M.M. Weissman, L.M. Williams, N.R. Wray, C.C. Zai, A.E. Ashley-Koch, J.C. Beckham, E.R. Hauser, M.A. Hauser, N.A. Kimbrel, J.H. Lindquist, B. McMahon, D.W. Oslin, X. Qin, C. Major Depressive Disorder Working Group of the Psychiatric Genomics, C. Bipolar Disorder Working Group of the Psychiatric Genomics, C. Eating Disorders Working Group of the Psychiatric Genomics, C. German Borderline Genomics, M.V.P.S.E. Workgroup, V.A.M.V. Program, E. Agerbo, A.D. Borglum, G. Breen, A. Erlangsen, T. Esko, J. Gelernter, D.M. Hougaard, R.C. Kessler, H.R. Kranzler, Q.S. Li, N.G. Martin, A.M. McIntosh, O. Mors, M. Nordentoft, C.M. Olsen, D. Porteous, R.J. Ursano, D. Wasserman, T. Werge, D.C. Whiteman, C.M. Bulik, H. Coon, D. Demontis, A.R. Docherty, P.H. Kuo, C.M. Lewis, J.J. Mann, M.E. Renteria, D.J. Smith, E.A. Stahl, M.B. Stein, F. Streit, V. Willour and D.M. Ruderfer, *Dissecting the Shared Genetic Architecture of Suicide Attempt, Psychiatric Disorders, and Known Risk Factors.* Biol Psychiatry, 2022. **91**(3): p. 313-327.

217. Park, J., J. Foox, T. Hether, D.C. Danko, S. Warren, Y. Kim, J. Reeves, D.J. Butler, C. Mozsary, J. Rosiene, A. Shaiber, E.E. Afshin, M. MacKay, A.F. Rendeiro, Y. Bram, V. Chandar, H. Geiger, A. Craney, P. Velu, A.M. Melnick, I. Hajirasouliha, A. Beheshti, D. Taylor, A. Saravia-Butler, U. Singh, E.S. Wurtele, J. Schisler, S. Fennessey, A. Corvelo, M.C. Zody, S. Germer, S. Salvatore, S. Levy, S. Wu, N.P. Tatonetti, S. Shapira, M. Salvatore, L.F. Westblade, M. Cushing, H. Rennert, A.J. Kriegel, O. Elemento, M. Imielinski, C.M. Rice, A.C. Borczuk, C. Meydan, R.E. Schwartz, and C.E. Mason, *System-wide transcriptome damage and tissue identity loss in COVID-19 patients.* Cell Rep Med, 2022. **3**(2): p. 100522.

218.  Sebastian, J., A. Thomas, C. Levine, R. Shrestha, S. Levy, H. Safi, S.R. Pentakota, P. Kumar, and D. Alland, *Origin and Dynamics of Mycobacterium tuberculosis Subpopulations That Predictably Generate Drug Tolerance and Resistance.* mBio, 2022. **13**(6): p. e0279522.

219.  Arslan, S., F.J. Garcia, M. Guo, M.W. Kellinger, S. Kruglyak, J.A. LeVieux, A.H. Mah, H. Wang, J. Zhao, C. Zhou, A. Altomare, J. Bailey, M.B. Byrne, C. Chang, S.X. Chen, B. Cho, C.N. Dennler, V.T. Dien, D. Fuller, R. Kelley, O. Khandan, M.G. Klein, M. Kim, B.R. Lajoie, B. Lin, Y. Liu, T. Lopez, P.T. Mains, A.D. Price, S.R. Robertson, H. Taylor-Weiner, R. Tippana, A.B. Tomaney, S. Zhang, M. Abtahi, M.R. Ambroso, R. Bajari, A.M. Bellizzi, C.B. Benitez, D.R. Berard, L. Berti, K.N. Blease, A.P. Blum, A.M. Boddicker, L. Bondar, C. Brown, C.A. Bui, J. Calleja-Aguirre, K. Cappa, J. Chan, V.W. Chang, K. Charov, X. Chen, R.M. Constandse, W. Damron, M. Dawood, N. DeBuono, J.D. Dimalanta, L. Edoli, K. Elango, N. Faustino, C. Feng, M. Ferrari, K. Frankie, A. Fries, A. Galloway, V. Gavrila, G.J. Gemmen, J. Ghadiali, A. Ghorbani, L.A. Goddard, A.R. Guetter, G.L. Hendricks, J. Hentschel, D.J. Honigfort, Y.T. Hsieh, Y.H. Hwang Fu, S.K. Im, C. Jin, S. Kabu, D.E. Kincade, S. Levy, Y. Li, V.K. Liang, W.H. Light, J.B. Lipsher, T.L. Liu, G. Long, R. Ma, J.M. Mailloux, K.A. Mandla, A.R. Martinez, M. Mass, D.T. McKean, M. Meron, E.A. Miller, C.S. Moh, R.K. Moore, J. Moreno, J.M. Neysmith, C.S. Niman, J.M. Nunez, M.T. Ojeda, S.E. Ortiz, J. Owens, G. Piland, D.J. Proctor, J.B. Purba, M. Ray, D. Rong, V.M. Saade, S. Saha, G.S. Tomas, N. Scheidler, L.H. Sirajudeen, S. Snow, G. Stengel, R. Stinson, M.J. Stone, K.J. Sundseth, E. Thai, C.J. Thompson, M. Tjioe, C.L. Trejo, G. Trieger, D.N. Truong, B. Tse, B. Voiles, H. Vuong, J.C. Wong, C.T. Wu, H. Yu, Y. Yu, M. Yu, X. Zhang, D. Zhao, G. Zheng, M. He and M. Previte, *Sequencing by avidity enables high accuracy with low reagent consumption.* Nat Biotechnol, 2023.

220.  Green, S.J., T. Torok, J.E. Allen, E. Eloe-Fadrosh, S.A. Jackson, S.C. Jiang, S.S. Levine, S. Levy, L.M. Schriml, W.K. Thomas, J.M. Wood, and S.W. Tighe, *Metagenomic Methods for Addressing NASA's Planetary Protection Policy Requirements on Future Missions: A Workshop Report.* Astrobiology, 2023. **23**(8): p. 897-907.

221.  Tierney, B.T., J. Kim, E.G. Overbey, K.A. Ryon, J. Foox, M. Sierra, C. Bhattacharya, N. Damle, D. Najjar, J. Park, S. Garcia Medina, N. Houerbi, C. Meydan, J. Wain Hershberg, J. Qiu, A. Kleinman, G. Al Ghalith, M. MacKay, E.E. Afshin, R. Dhir, J. Borg, C. Gatt, N. Brereton, B. Readhead, S. Beyaz, K.J. Venkateswaran, K. Blease, J. Moreno, A. Boddicker, J. Zhao, B. Lajoie, R.T. Scott, A. Altomare, S. Kruglyak, S. Levy, G. Church, and C.E. Mason, *Viral activation and ecological restructuring characterize a microbiome axis of spaceflight-associated immune activation.* Res Sq, 2023.

Exhibit B

## MATERIALS AND DATA CONSIDERED

### Literature

Acencio, Milena M. P., Evaldo Marchi, Lisete R. Teixeira, Bruna Rocha Silva, Juliana Sanchez Silva, Carlos Sergio Rocha Silva, Vanessa Adelia Alvarenga, Leila Antonangelo, Francisco Suso Vargas, and Vera Luiza Capelozzi. "Talc Particles and Pleural Mesothelium Interface Modulate Apoptosis and Inflammation." *Pathology* 46, no. S2 (2014): S76.

Acheson, E D, M J Gardner, E C Pippard, and L P Grime. "Mortality of Two Groups of Women Who Manufactured Gas Masks from Chrysotile and Crocidolite Asbestos: A 40-Year Follow-Up." *British Journal of Industrial Medicine* 39, no. 4 (November 1982): 344–48.

Adami, H.O., Hsieh, C.C., Lambe, M., Trichopoulos, D., Leon, D., Persson, I., Ekbom, A., and Janson, P.O. (1994). Parity, age at first childbirth, and risk of ovarian cancer. Lancet *344*, 1250-1254.

Agic, A., Xu, H., Finas, D., Banz, C., Diedrich, K., and Hornung, D. (2006). Is endometriosis associated with systemic subclinical inflammation? Gynecol Obstet Invest *62*, 139-147.

Akhtar, Mohd Javed, Maqusood Ahamed, M.A. Majeed Khan, Salman A. Alrokayan, Iqbal Ahmad, and Sudhir Kumar. "Cytotoxicity and Apoptosis Induction by Nanoscale Talc Particles from Two Different Geographical Regions in Human Lung Epithelial Cells." *Environmental Toxicology* 29 (2012): 394–406. https://doi.org/10.1002/tox.21766.

Akhtar, Mohd Javed, Sudhir Kumar, Ramesh Chandra Murthy, Mohd Ashquin, Mohd Imran Khan, Govil Patil, and Iqbal Ahmad. "The Primary Role of Iron-Mediated Lipid Peroxidation in the Differential Cytotoxicity Caused by Two Varieties of Talc Nanoparticles on A549 Cells and Lipid Peroxidation Inhibitory Effect Exerted by Ascorbic Acid." *Toxicology in Vitro: An International Journal Published in Association with BIBRA* 24, no. 4 (June 2010): 1139–47. https://doi.org/10.1016/j.tiv.2010.03.002.

Albu, Cristina-Crenguta. "The Genetics of Ovarian Cancer." *SMGroup*, (November 3, 2017).

AMA Analytical Services, Inc. – Certificate of Analysis – Job Name: Task 3 – Analysis of Official Samples; Job Number: CLIN 1 – Task 3 (Oct. 11, 2019).

American Cancer Society. *Cancer Facts & Figures 2024*.  Atlanta: American Cancer Society; 2024.

Amrhein, V., Greenland, S., and McShane B.   Retire statistical significance.   Springer Nature Limited (21 March 2019)567:305.

Andreassen, P.R., Seo, J., Wiek, C., and Hanenberg, H. Understanding BRCA2 Function as a Tumor Suppressor Based on Domain-Specific Activities in DNA Damage Responses."   Genes

(2021) 12:1034.

Arellano-Orden, Elena, Auxiliadora Romero-Falcon, Jose Martin Juan, Manuel Ocana Jurado, Francisco Rodriguez-Panadero, and Ana Montes-Worboys. "Small Particle-Size Talc Is Associated with Poor Outcome and Increased Inflammation in Thoracoscopic Pleurodesis." *Respiration* 86 (2013): 201–9. https://doi.org/10.1159/000342042.

"ATSDR - Toxicological Profile: Asbestos." Dated September 2001. Accessed August 16, 2018. https://www.atsdr.cdc.gov/toxprofiles/tp.asp?id=30&tid=4.

Aust, A.E., Cook, P.M., and Dodson, R.F. Morphological and chemical mechanisms of elongated mineral particle toxicities. J Toxicol and Environ Health, Part B. (2011) 14:40-75.

Balkwill, F., and Mantovani, A. (2001). Inflammation and cancer: back to Virchow? Lancet *357*, 539-545.

Banerjee, S., and Kaye, S.B. (2013). New strategies in the treatment of ovarian cancer: current clinical perspectives and future potential. Clin Cancer Res *19*, 961-968.

Barnes, D.R., and Antoniou, A.C. (2012). Unravelling modifiers of breast and ovarian cancer risk for BRCA1 and BRCA2 mutation carriers: update on genetic modifiers. J Intern Med *271*, 331-343.

Bayraktar, S., Jackson, M. Gutierrez-Barrera, A.M., Liu, D., Meric-Bernstam, F., Brandt A., Woodson, A., Litton, J., Lu, K.H., Valero, V., and Arun, B.K. Genotype-Phenotype Correlations by Ethnicity and Mutation Location in BRCA Mutation Carriers. 2015 ; 21(3):260-267.

Begg, Melissa D., and Dana March. "Cause and Association: Missing the Forest for the Trees." *American Journal of Public Health* 108, No. 5 (May 2018): 620–620.

Belotte, J., Fletcher, N.M., Saed, M.G., Abusamaan, M.S., Dyson, G, Diamond, M.P., Saed, G.M. (2015) A single nucleotide polymorphism in catalase is strongly associated with ovarian cancer survival. PLoS ONE 10(8): e0135739. Doi: 10.1371/journal.pone.0135739.

Belotte, Jimmy, Nicole M. Fletcher, Awoniyi O. Awonuga, Mitchell Alexis, Husam M. Abu-Soud, Ghassan M. Saed, Michael P. Diamond, and Mohammed G. Saed. "The Role of Oxidative Stress in the Development of Cisplatin Resistance in Epithelial Ovarian Cancer." *Reproductive Sciences* 21, no. 4 (2014): 503–8.

Berek, J.S., Crum, C., and Friedlander, M. (2012). Cancer of the ovary, fallopian tube, and peritoneum. Int J Gynaecol Obstet *119 Suppl 2*, S118-129.

Berge, Wera, Kenneth Mundt, Hung Luu, and Paolo Boffetta. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention*, July 2017.

Berry, G., M. L. Newhouse, and J. C. Wagner. "Mortality from All Cancers of Asbestos Factory

Workers in East London 1933-80." *Occupational and Environmental Medicine* 57, no. 11 (November 2000): 782–85.

Bertolotti, Marinella, Daniela Ferrante, Dario Mirabelli, Mario Botta, Marinella Nonnato, Annalisa Todesco, Benedetto Terracini, and Corrado Magnani. "[Mortality in the cohort of the asbestos cement workers in the Eternit plant in Casale Monferrato (Italy)]." *Epidemiologia E Prevenzione* 32, no. 4–5 (October 2008): 218–28.

Blount, A.M. (1991). Amphibole content of cosmetic and pharmaceutical talcs. Environ Health Perspect *94*, 225-230.

Blumenkrantz, M. J., N. Gallagher, R. A. Bashore, and H. Tenckhoff. "Retrograde Menstruation in Women Undergoing Chronic Peritoneal Dialysis." *Obstetrics and Gynecology* 57, no. 5 (May 1981): 667–70.

Bodmer, M., Becker, C., Meier, C., Jick, S.S., and Meier, C.R. (2011). Use of metformin and the risk of ovarian cancer: a case-control analysis. Gynecol Oncol *123*, 200-204.

Bonovas, S., Filioussi, K., and Sitaras, N.M. (2005). Do nonsteroidal anti-inflammatory drugs affect the risk of developing ovarian cancer? A meta-analysis. Br J Clin Pharmacol *60*, 194-203.

Boorman, G. A., and J. C. Seely. "The Lack of an Ovarian Effect of Lifetime Talc Exposure in F344/N Rats and B6C3F1 Mice." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 242–43.

Booth, M, V Beral, and P Smith. "Risk Factors for Ovarian Cancer: A Case-Control Study." *British Journal of Cancer* 60, No. 4 (October 1989): 592–98.

Bowtell, D.D. (2010). The genesis and evolution of high-grade serous ovarian cancer. Nat Rev Cancer *10*, 803-808.

Brieger, K.K., Phung, M.T., Mukherjee, B., Bakulski, K.M., Anton-Culver, H., Bandera, E.V., Bowtell, D.D.L., Cramer, D.W., deFazio, A., Doherty, J.A., Fereday, S., Fortner, R.T., Gentry-Maharaj, A., Goode, E.L., Goodman, M.T., Harris, H.R., Matsuo, K., Menon, U., Modugno, F., Moysich, K.B., Qin, B., Ramus, S.J., Risch, H.A., Rossing, M.A., Schildkraut, J.M., Trabert, B., Vierkant, R.a., Winham, S.J., Wentzensen, N., Wu, A.H., Ziogas, A., Khoja, L., Cho, K.R., McLean, K., Richardson, J., Grout, B., Chase, A., Deurloo, C.M., Odunsi, K., Nelson, B.H., Brenton, J.D., Terry, K.L., Pharoah, P.D.P., Berchuck, A., Hanley, G.E., Webb, P.M., Pike, M.C., and Pearce, C.L. High Pre-diagnosis Inflammation-Related Risk Score Associated with Decreased Ovarian Cancer Survival. *Cancer Epidemiol Biomarkers Prev.* 2022 February; 31(2):443-452.

Buz'Zard, Amber R., and Benjamin H. S. Lau. "Pycnogenol® Reduces Talc-Induced Neoplastic Transformation in Human Ovarian Cell Cultures." *Phytotherapy Research* 21, No. 6 (June 2007): 579–86.

Camargo, M.C., Stayner, L.T., Straif, K., Reina, M., Al-Alem, U., Demers, P.A., and Landrigan, P.J. (2011). Occupational exposure to asbestos and ovarian cancer: a meta-analysis. Environ Health Perspect *119*, 1211-1217.

Carr, C.J. "Talc: Consumer Uses and Health Perspectives" 21 (1995): 211–15.

Casagrande, J.T., Louie, E.W., Pike, M.C., Roy, S., Ross, R.K., and Henderson, B.E. (1979). "Incessant ovulation" and ovarian cancer. Lancet *2*, 170-173.

Celebi, H. and Hilmi Bolat. "BRCA and Non-BRCA Variants Detected by Next Generation Sequencing in Patients with Hereditary Breast and/or Ovarian Cancer Syndrome." *Acta Oncologica Turcica* 2022; 55: 77-84.

Chan, J.K., Cheung, M.K., Husain, A., Teng, N.N., West, D., Whittemore, A.S., Berek, J.S., and Osann, K. (2006). Patterns and progress in ovarian cancer over 14 years. Obstet Gynecol *108*, 521-528.

Chang, Stella, and Harvey A. Risch. "Perineal Talc Exposure and Risk of Ovarian Carcinoma." *Cancer* 79, No. 12 (June 15, 1997): 2396–2401.

Charbonneau, B., Goode, E.L., Kalli, K.R., Knutson, K.L., and Derycke, M.S. (2013). The immune system in the pathogenesis of ovarian cancer. Crit Rev Immunol *33*, 137-164.

Chen Yong. "Risk Factors for Epithelial Ovarian Cancer in Beijing, China." *International Journal of Epidemiology,* 21, No. 1 (1992): 23-29.

Chen, L-M, et al. "Epithelial Carcinoma of the Ovary, Fallopian Tube, and Peritoneum: Epidemiology and Risk Factors - UpToDate," 2018. https://www.uptodate.com/contents/epithelial-carcinoma-of-the-ovary-fallopian-tube-and-periton eum-epidemiology-and-risk-factors?search=Epithelial%20carcinoma%20of%20the%20ovary,% 20fallopian%20tube,%20and%20peritoneum:%20Epidemiology%20and%20risk%20factors&so urce=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.

Committee on Practice Bulletins–Gynecology, Committee on Genetics, Society of Gynecologic Oncology. "Practice Bulletin No 182: Hereditary Breast and Ovarian Cancer Syndrome." *Obstetrics and Gynecology* 130, no. 3 (2017): e110–26.

Cook, L. S., M. L. Kamb, and N. S. Weiss. "Perineal Powder Exposure and the Risk of Ovarian Cancer." *American Journal of Epidemiology* 145, No. 5 (March 1, 1997): 459–65.

Coppa, A., Buffone, A., Capalbo, C., Nicolussi, A., D'Inzeo, S., Belardinilli, G., Colicchia, V., Petroni, M., Granato, T., Midulla, C., Zani, M., Ferraro, S., Screpanti, I., Gulino, A., and Giannini, G.  Novel and recurrent BRCA2 mutations in Italian breast/ovarian cancer families widen the ovarian cancer cluster region boundaries to exons 13 and 14.  *Breast Cancer Res Treat.*  (2014) 148:629-635.

Coussens, L.M., Tinkle, C.L., Hanahan, D., and Werb, Z. (2000). MMP-9 supplied by bone marrow-derived cells contributes to skin carcinogenesis. Cell *103*, 481-490.

Coussens, L.M., and Werb, Z. (2002). Inflammation and cancer. Nature *420*, 860-867.

Cralley, L. J., M. M. Key, D. H. Groth, W. S. Lainhart, and R. M. Ligo. "Fibrous and Mineral Content of Cosmetic Talcum Products." *American Industrial Hygiene Association Journal* 29, no. 4 (August 1968): 350–54.

Cramer, Daniel. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics & Gynecology*, (1999).

Cramer, Daniel, et al. "Genital Talc Exposure and Risk of Ovarian Cancer." *Int. J. Cancer:* 81 (1999): 351-356.

Cramer, D. W., W. R. Welch, R. E. Scully, and C. A. Wojciechowski. "Ovarian Cancer and Talc: A Case-Control Study." *Cancer* 50, no. 2 (July 15, 1982): 372–76.

Cramer, Daniel W., Linda Titus-Ernstoff, John R. McKolanis, William R. Welch, Allison F. Vitonis, Ross S. Berkowitz, and Olivera J. Finn. "Conditions Associated with Antibodies Against the Tumor-Associated Antigen MUC1 and Their Relationship to Risk for Ovarian Cancer." *Cancer Epidemiology Biomarkers & Prevention* 14, no. 5 (May 1, 2005): 1125–31.

Cramer, Daniel W., Allison F. Vitonis, Kathryn L. Terry, William R. Welch, and Linda J. Titus. "The Association Between Talc Use and Ovarian Cancer: A Retrospective Case–Control Study in Two US States." *Epidemiology* 27, No. 3 (May 2016): 334–46.

Crusz, Shanthini M., and Frances R Balkwill. "Inflammation and Cancer: Advances and New Agents." *Nature Reviews Clinical Oncology* 12 (October 2015): 584–96.

Dakeng, S., et al. "BRCA1 and TP53 Mutations in Ovarian Cancer: Molecular Genetic Insights and Updated Situations in Thailand." *Genomics and Genetics* 2018; 11(3): 26-34.

Davis, C.P., Bandera, E.V., Bethea, T.N., Camacho, F., Joslin, C.E., Wu, A.H., Beeghly-Fadiel, A., Moorman, P.G., Myers, E.R., Ochs-Balcom, H.M., Peres, L.C., Rosenow, W.T., Setiawan, V.W., Rosenberg, L., Schildkraut, J.M., and Harris, H.R. "Genital Powder Use and Rsik of Epithelial Ovarian Cancer in the Ovarian Cancer in Women of African Ancestry Consortium." *Cancer Epidemiol Biomarkers Prev* 2021; 30:1660-8.

Dixon, Suzanne C., Christina M. Nagle, Nicolas Wentzensen, Britton Trabert, Alicia Beeghly-Fadiel, Joellen M. Schildkraut, Kirsten B. Moysich, et al. "Use of Common Analgesic Medications and Ovarian Cancer Survival: Results from a Pooled Analysis in the Ovarian Cancer Association Consortium." *British Journal of Cancer* 116, no. 9 (April 25, 2017): 1223–28.

Dvorak, H.F. (1986). Tumors: wounds that do not heal. Similarities between tumor stroma generation and wound healing. N Engl J Med *315*, 1650-1659.

Egli, G. E., and M. Newton. "The Transport of Carbon Particles in the Human Female Reproductive Tract." *Fertility and Sterility* 12 (April 1961): 151–55.

Emi, T. "Transcriptomic and Epigenomic Effects of Insoluble Particles on J774 Macrophages." *Epigenetics* 2021; Vol. 16, No. 10, 1053-1070.

Eng, Kevin H., J. Brian Szender, John Lewis Etter, Jasmine Kaur, Samantha Poblete, Ruea-Yea Huang, Qianqian Zhu, et al. "Paternal Lineage Early Onset Hereditary Ovarian Cancers: A Familial Ovarian Cancer Registry Study." *PLoS Genetics* 14, no. 2 (February 2018): e1007194.

Fasching, Peter A., Simon Gayther, Leigh Pearce, Joellen M. Schildkraut, Ellen Goode, Falk Thiel, Georgia Chenevix-Trench, et al. "Role of Genetic Polymorphisms and Ovarian Cancer Susceptibility." *Molecular Oncology* 3, No. 2 (April 2009): 171–81.

FDA. "Ltr to Samuel S. Epstein, M.D., RE: Docket Numbers 94P-0420 and FDA-2008-P-0309-0001 /CP," April 1, 2017.

Fernandes, José Veríssimo, Ricardo Ney Oliveira Cobucci, Carlos André Nunes Jatobá, Thales Allyrio Araújo de Medeiros Fernandes, Judson Welber Veríssimo de Azevedo, and Josélio Maria Galvão de Araújo. "The Role of the Mediators of Inflammation in Cancer Development." *Pathology & Oncology Research* 21, no. 3 (July 2015): 527–34.

Ferrante, Daniela, Marinella Bertolotti, Annalisa Todesco, Dario Mirabelli, Benedetto Terracini, and Corrado Magnani. "Cancer Mortality and Incidence of Mesothelioma in a Cohort of Wives of Asbestos Workers in Casale Monferrato, Italy." *Environmental Health Perspectives* 115, no. 10 (October 2007): 1401–5.

Fiume, Monice M., Ivan Boyer, Wilma F. Bergfeld, Donald V. Belsito, Ronald A. Hill, Curtis D. Klaassen, Daniel C. Liebler, et al. "Safety Assessment of Talc as Used in Cosmetics." *International Journal of Toxicology* 34, no. 1 suppl (July 1, 2015): 66S-129S.

Fletcher, N.M., Belotte, J., Saed, M.G., Memaj, I., Diamond, M.P., Morris, R.T., Saed, G.M. Specific point mutations in key redox enzymes are associated with chemoresistance in epithelial ovarian cancer.   Free Radical Biology and Medicine (2017) 102:122-132.

Fletcher, Nicole., Ira Memaj, Ghassan M. Saed. "Talcum Powder Enhances Oxidative Stress in Ovarian Cancer Cells." *Reproductive Sciences*, 25 Supp. 1 (March 2018): 214A-15A.

Fletcher, N.M., Saed, G.M.   (2018). Talcum Powder enhances cancer antigen 125 levels in ovarian cancer cells and in normal ovarian epithelial cells.   LB-044.   Poster presented at: Society for Reproductive Investigation.   65th annual meeting.   San Diego, CA.

Fletcher, N., et al. (2019) "Molecular Basis Supporting the Association of Talcum Powder Use with Increased Risk of Ovarian Cancer." Reproductive Sciences.

Folkins, Ann K. "Chapter 24 - Assessing Pelvic Epithelial Cancer Risk and Intercepting Early Malignancy," *Diagnostic Gynecologic and Obstetric Pathology (Third Edition)*, (2018): 844-864.

Forbes, S.A., Beare, D., Gunasekaran, P., Leung, K., Bindal, N., Boutselakis, H., Ding, M., Bamford, S., Cole, C., Ward, S., Kok, C.Y., Jia, M., De, T., Teague, J.W., Stratton, M.R., McDermott, U., and Campbell, P.J.  COSMIC: exploring the world's knowledge of somatic mutations in human cancer.   *Nucleic Acids Research* (2015) Vol. 43, Database issue D806-D811.

Franklin, R.A., and Li, M.O. (2016). Ontogeny of Tumor-associated Macrophages and Its Implication in Cancer Regulation. Trends Cancer *2*, 20-34.

Freedman, Ralph S, Michael Deavers, Jinsong Liu, and Ena Wang. "Peritoneal Inflammation – A Microenvironment for Epithelial Ovarian Cancer (EOC)." *Journal of Translational Medicine* 2, no. 23 (2004).

Friebel, Tara M., Susan M. Domchek, and Timothy R. Rebbeck. "Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: Systematic Review and Meta-Analysis." *Journal of the National Cancer Institute* 106, no. 6 (June 2014): dju091.

Gabriel, I.M., Vitonis, A.F., Welch, W.R., Titus, L., and Cramer, D.W.   Douching, talc use, and risk for ovarian cancer and conditions related to genital tract inflammation.   *Cancer Epidemiol Biomarkers Prev*.   (2019 November) ; 28(11): 1835-1844.

Galea, Sandro and Roger D. Vaughan. "Moving Beyond the Cause Constraint: A Public Health of Consequence." *AJPH*, 108, No. 5 (May 2018): 602-603.

Gates, M. A., B. A. Rosner, J. L. Hecht, and S. S. Tworoger. "Risk Factors for Epithelial Ovarian Cancer by Histologic Subtype." *American Journal of Epidemiology* 171, No. 1 (2010): 45–53.

Gates, M. A., S. S. Tworoger, K. L. Terry, L. Titus-Ernstoff, B. Rosner, I. De Vivo, D. W. Cramer, and S. E. Hankinson. "Talc Use, Variants of the GSTM1, GSTT1, and NAT2 Genes, and Risk of Epithelial Ovarian Cancer." *Cancer Epidemiol Biomarkers Prev.* 17, No. 9 (September 2008): 2436–44.

Germani, D., S. Belli, C. Bruno, M. Grignoli, M. Nesti, R. Pirastu, and P. Comba. "Cohort Mortality Study of Women Compensated for Asbestosis in Italy." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 129–34.

Gertig, Dorota M., David J. Hunter, Daniel W. Cramer, Graham A. Colditz, Frank E. Speizer, Walter C. Willett, and Susan E. Hankinson. "Prospective Study of Talc Use and Ovarian Cancer." *J Natl Cancer Inst* 92, No. 3 (February 2, 2000): 249–52.

Ghio, Andrew J., Joleen M. Soukup, Lisa A. Dailey, Judy H. Richards, Jennifer L. Turi, Elizabeth N. Pavlisko, and Victor L. Roggli. "Disruption of Iron Homeostasis in Mesothelial Cells after Talc Pleurodesis." *American Journal of Respiratory Cell and Molecular Biology* 46,

no. 1 (January 1, 2012): 80–86.

Godard, Beatrice, William D. Foulkes, Diane Provencher, Jean-Sebastien Brunet, Patricia N. Tonin, Anne-Marie Mes-Masson, Steven A. Narod, and Parviz Ghadirian. "Risk Factors for Familial and Sporadic Ovarian Cancer among French Canadians: A Case-Control Study." *Am J Obstet Gynecol* 179, No. 2 (August 1998): 403–10.

Gonzalez, Nicole L., Katie M. O'Brien, Aimee A. D'Aloisio, Dale P. Sandler, and Clarice R. Weinberg. "Douching, Talc Use, and Risk of Ovarian Cancer:" *Epidemiology* 27, No. 6 (November 2016): 797–802.

Gordon, Ronald E., Sean Fitzgerald, and James Millette. "Asbestos in Commercial Cosmetic Talcum Powder as a Cause of Mesothelioma in Women." *International Journal of Occupational and Environmental Health* 20, no. 4 (October 2014): 318–32.

Government of Canada.   Talc – Potential Risk of Lung Effects and Ovarian Cancer.   December 5, 2018.
https://recalls-rappels.canada.ca/en/alert-recall/talc-potential-risk-lung-effects-and-ovarian-cancer

Green, Adèle, David Purdie, Christopher Bain, Victor Siskind, Peter Russell, Michael Quinn, and Bruce Ward. "Tubal Sterilisation, Hysterectomy and Decreased Risk of Ovarian Cancer." *Int. J Cancer* 71, No. 6 (June 11, 1997): 948–51.

Grivennikov, Sergei I., Florian R. Greten, and Michael Karin. "Immunity, Inflammation, and Cancer." *Cell* 140, no. 6 (March 19, 2010): 883–99.

Gross, Alan J. and Paul H. Berg.   "A Meta-Analytical Approach Examining the Potential Relationship Between Talc Exposure and Ovarian Cancer." *Journal of Exposure Analysis and Environmental Epidemiology*, 5, No. 2 (1995): 181-195.

Halme, J., M. G. Hammond, J. F. Hulka, S. G. Raj, and L. M. Talbert. "Retrograde Menstruation in Healthy Women and in Patients with Endometriosis." *Obstetrics and Gynecology* 64, no. 2 (August 1984): 151–54.

Hamilton, T.C., Fox, H., Buckley, C.H., Henderson, W.J., and Griffiths, K.   Effects of talc on the rat ovary.   Br. J. Exp. Path.   (1984) 65: 101-106.

Harris, H. R., C. P. Davis and K. L. Terry (2024). "Epidemiologic Methods to Advance Our Understanding of Ovarian Cancer Risk." J Clin Oncol: JCO2400602.

Harlow, Bernard L., and Noel S. Weiss. "A Case-Control Study of Borderline Ovarian Tumors: The Influence of Perineal Exposure to Talc." *American Journal of Epidemiology* 130, No. 2 (August 1989): 390–94.

Harlow, Bernard L., Daniel W. Cramer, Debra A. Bell and William R. Welch. "Perineal Exposure to Talc and Ovarian Cancer Risk." *Obstet Gynecol* 80, No. 1 (1992): 19-26.

Harper, A.K., Saed, G.M.   Talc induces a pro-oxidant state in normal and ovarian cancer cells through gene point mutations in key redox enzymes.   Accepted for presentation at SGO meeting 2019.   [In Press].

Harper, A., et al. "Talcum Powder Induces Malignant Transformation of Human Primary Normal Ovarian Epithelial Cells but not Human Primary Normal Peritoneal Fibroblasts." *Minerva Obstetrics and Gynecology* 2023 April;75(2):150-7.

Harrington, D., D'Agiostino, R.B., Gatsonis, C., Hogan, J.W., Hunter, D.J., Normant, S.L.T., Drazen, J.M., and Hamel, M.B.   New Guidelines for Statistical Reporting in the Journal.   N Engl J Med. (July 18, 2019) 381(3): 285.

Hartge, Patricia, Robert Hoover, Linda Lesher and Larry McGowan.   "Talc and Ovarian Cancer." *JAMA*, 250, No. 14 (1983): 1844.

Health Canada.   (April 2021). Screening Assessment Talc $(Mg_3H_2(SiO_3)_4)$; Chemical Abstracts Service Registry Number 1407-96-6.   Government of Canada.

Health Canada.   Weight of Evidence: General Principles and Current Applications at Health Canada.   August 2018.

Health Canada Finds Talcum Powder (news)(Dec 6th, 2018).

Health Canada Recall & Safety Alert – Talc – Potential Risk of Lung Effects and Ovarian Cancer (12/5/2018).

Hein, M.J., Stayner, L.T., Lehman, E., Dement, J.M.   Follow-up study of chrysotile textile workers: cohort mortality and exposure-response.   Occup Environ Med (2007) 64:616-625.

Heller, D.S., Gordon, R.E., Westhoff, C., and Gerber, S. (1996). Asbestos exposure and ovarian fiber burden. Am J Ind Med *29*, 435-439.

Henderson, W. J., T. C. Hamilton, M. S. Baylis, C. G. Pierrepoint, and K. Griffiths. "The Demonstration of the Migration of Talc from the Vagina and Posterior Uterus to the Ovary in the Rat." *Environmental Research* 40, no. 2 (August 1986): 247–50.

Henderson, W. J., C. A. Joslin, A. C. Turnbull, and K. Griffiths. "Talc and Carcinoma of the Ovary and Cervix." *The Journal of Obstetrics and Gynaecology of the British Commonwealth* 78, no. 3 (March 1971): 266–72.

Hernán, Miguel A. "The C-Word: Scientific Euphemisms Do Not Improve Causal Inference From Observational Data." *American Journal of Public Health* 108, No. 5 (May 2018): 616–19.

Hesterberg, T.W., Butterick, C.J., Oshimura, M., Brody, A.R., and Barrett, J.C. (1986). Role of phagocytosis in Syrian hamster cell transformation and cytogenetic effects induced by asbestos

and short and long glass fibers. Cancer Res *46*, 5795-5802.

Hill, Austin Bradford. "The Environment and Disease: Association or Causation?" *Proceedings of the Royal Society of Medicine* 58, no. 5 (May 1965): 295–300.

Hillegass, Jedd M., Arti Shukla, Maximilian B. MacPherson, Jeffrey P. Bond, Chad Steele, and Brooke T. Mossman. "Utilization of Gene Profiling and Proteomics to Determine Mineral Pathogenicity in a Human Mesothelial Cell Line (LP9/TERT-1)." *Journal of Toxicology and Environmental Health. Part A* 73, no. 5 (January 2010): 423–36.

Houghton, S. C., K. W. Reeves, S. E. Hankinson, L. Crawford, D. Lane, J. Wactawski-Wende, C. A. Thomson, J. K. Ockene, and S. R. Sturgeon. "Perineal Powder Use and Risk of Ovarian Cancer." *Journal of the National Cancer Institute* 106, No. 9 (September 10, 2014).

Huncharek, Michael, J.F. Geschwind and Bruce Kupelnick. "Perineal Application of Cosmetic Talc and Risk of Invasive Epithelial Ovarian Cancer: A Meta-analysis of 11,933 Subjects from Sixteen Observational Studies." *Anticancer Research,* 25 (2003): 1955-1960.

Huncharek, Michael, Joshua Muscat, Adedayo Onitilo, and Bruce Kupelnick. "Use of Cosmetic Talc on Contraceptive Diaphragms and Risk of Ovarian Cancer: A Meta-Analysis of Nine Observational Studies:" *European Journal of Cancer Prevention* 16, No. 5 (October 2007): 422–29.

Hunn, Jessica, and Gustavo C. Rodriguez. "Ovarian Cancer: Etiology, Risk Factors, and Epidemiology." *Clinical Obstetrics and Gynecology* 55, No. 1 (March 2012): 3–23.

Hurwitz LM, et al. "Association of Frequent Aspirin Use With Ovarian Cancer Risk According to Genetic Susceptibility." JAMA Netw Open. 2023;6(2):e230666. doi:10.1001/jamanetworkopen.2023.0666

Institute of Medicine (US) Committee on Asbestos: Selected Health Effects. *Asbestos: Selected Cancers*. The National Academies Collection: Reports Funded by National Institutes of Health. Washington (DC): National Academies Press (US), 2006.

International Agency for Research on Cancer (IARC). "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans – IARC : Asbestos," 1977.

International Agency for Research on Cancer (IARC), "Cobalt in Hard Metals and Cobalt Sulfate, Gallium Arsenide, Indium Phosphide and Vanadium Pentoxide," IARC Monograph No. 86 (2006).

International Agency for Research on Cancer (IARC), "Arsenic, Metals, Fibres, and Dusts," IARC Monograph No. 100C (2009).

International Agency for Research on Cancer (IARC), "A review of human carcinogens – Part C: metals, arsenic, dusts, and fibres," *Lancet Oncol.* (2009 May); 10(5):453-4.

International Agency for Research on Cancer (IARC), "Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1 to 42", IARC Supplement No. 7 (1987).

International Agency for Research on Cancer (IARC), "Silica and Some Silicates", IARC Monograph No. 42 (1987).

International Agency for Research on Cancer (IARC), "Carbon Black, Titanium Dioxide, and Talc", IARC Monograph No. 93 (2010).

International Agency for Research on Cancer (IARC), "Arsenic, Metals, Fibres, and Dusts", IARC Monograph No. 100C (2012).

International Agency for Research on Cancer (IARC), "Mechanisms of Fibre Carcinogenesis", IARC Scientific Publications, No. 140 (1996).

Irie, H., Banno, K., Yanokura, M., Iida, M., Adachi, M., Nakamura, K., Umene, K., Nogami, Y., Masuda, K., Kobayashi, Y., *et al.* (2016). Metformin: A candidate for the treatment of gynecological tumors based on drug repositioning. Oncol Lett *11*, 1287-1293.

Iturralde, M., and P. F. Venter. "Hysterosalpingo-Radionuclide Scintigraphy (HERS)." *Seminars in Nuclear Medicine* 11, no. 4 (October 1981): 301–14.

Jaurand, M.C. Mechanisms of fiber-induced genotoxicity. Environ Health Perspect (1997) 105(Suppl 5):1073-1084.

Jayson, G.C., Kohn, E.C., Kitchener, H.C., and Ledermann, J.A. (2014). Ovarian cancer. Lancet *384*, 1376-1388.

Jervis, Sarah, Honglin Song, Andrew Lee, Ed Dicks, Jonathan Tyrer, Patricia Harrington, Douglas F. Easton, Ian J. Jacobs, Paul P. D. Pharoah, and Antonis C. Antoniou. "Ovarian Cancer Familial Relative Risks by Tumour Subtypes and by Known Ovarian Cancer Genetic Susceptibility Variants." *Journal of Medical Genetics* 51, no. 2 (February 2014): 108–13.

Jia, D., Nagaoka, Y., Katsumata, M., and Orsulic, S. (2018). Inflammation is a key contributor to ovarian cancer cell seeding. Sci Rep *8*, 12394.

Jones, Richard E., and Kristin H. Lopez. "Human Reproductive Biology - 4th Edition Chapter 9 - Gamete Transport and Fertilization." In *Human Reproductive Biology*, Third., 159–73. San Diego: Academic Press, 2006.

Jordan, S.J., Cushing-Haugen, K.L., Wicklund, K.G., Doherty, J.A., and Rossing, M.A. (2012). Breast-feeding and risk of epithelial ovarian cancer. Cancer Causes Control *23*, 919-927.

Karageorgi, S., M. A. Gates, S. E. Hankinson, and I. De Vivo. "Perineal Use of Talcum Powder and Endometrial Cancer Risk." *Cancer Epidemiology Biomarkers & Prevention* 19, No. 5 (May 1, 2010): 1269–75.

Kauff, Noah D., Nandita Mitra, Mark E. Robson, Karen E. Hurley, Shaokun Chuai, Deborah Goldfrank, Eve Wadsworth, et al. "Risk of Ovarian Cancer in BRCA1 and BRCA2 Mutation-Negative Hereditary Breast Cancer Families." *Journal of the National Cancer Institute* 97, no. 18 (September 21, 2005): 1382–84.

Keskin, N., Teksen, Y.A., Ongun, E.G., Ozay, Y., Saygili, H.  Does long-term talc exposure have a carcinogenic effect on the female genital system of rats?  An experimental pilot study. Arch Gynecol Obstet. (2009).  280:925-931.

Khan, Mohd Imran, AmoghA. Sahasrabuddhe, Govil Patil, Mohd Javed Akhtar, Mohd Ashquin, and Iqbal Ahmad. "Nano-Talc Stabilizes TNF- $\alpha$ m-RNA in Human Macrophages." *Journal of Biomedical Nanotechnology* 7, no. 1 (January 1, 2011): 112–13.

Kiraly, Orsolya, Guanyu Gong, Werner Olipitz, Sureshkumar Muthupalani, and Bevin P. Engelward. "Inflammation-Induced Cell Proliferation Potentiates DNA Damage-Induced Mutations In Vivo." *PLoS Genetics*, February 3, 2015.

Kisielewski, R., Tolwinska, A., Mazurek, A., and Laudanski, P. (2013). Inflammation and ovarian cancer--current views. Ginekol Pol *84*, 293-297.

Kissler, Stefan, Ernst Siebzehnruebl, Joachim Kohl, Anja Mueller, Nadja Hamscho, Regine Gaetje, Andre Ahr, Achim Rody, and Manfred Kaufmann. "Uterine Contractility and Directed Sperm Transport Assessed by Hysterosalpingoscintigraphy (HSSG) and Intrauterine Pressure (IUP) Measurement." *Acta Obstetricia Et Gynecologica Scandinavica* 83, no. 4 (April 2004): 369–74.

Kunz, G., D. Beil, H. Deiniger, A. Einspanier, G. Mall, and G. Leyendecker. "The Uterine Peristaltic Pump. Normal and Impeded Sperm Transport within the Female Genital Tract." *Advances in Experimental Medicine and Biology* 424 (1997): 267–77.

Kurta, M. L., K. B. Moysich, J. L. Weissfeld, A. O. Youk, C. H. Bunker, R. P. Edwards, F. Modugno, R. B. Ness, and B. Diergaarde. "Use of Fertility Drugs and Risk of Ovarian Cancer: Results from a U.S.-Based Case-Control Study." *Cancer Epidemiol Biomarkers   Prev.* 21, No. 8 (August 1, 2012): 1282–92.

Landen, Charles N., Michael J. Birrer, and Anil K. Sood. "Early Events in the Pathogenesis of Epithelial Ovarian Cancer." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 26, no. 6 (February 20, 2008): 995–1005.

Langseth, H., Johansen, B.V., Nesland, J.M., and Kjaerheim, K. (2007). Asbestos fibers in ovarian tissue from Norwegian pulp and paper workers. Int J Gynecol Cancer *17*, 44-49.

Langseth, H, S E Hankinson, J Siemiatycki, and E Weiderpass. "Perineal Use of Talc and Risk of Ovarian Cancer." *J Epidemiol Community Health* 62, No. 4 (April 1, 2008): 358–60.

Langseth, Hilde, and Kristina Kjærheim. "Ovarian Cancer and Occupational Exposure among

Pulp and Paper Employees in Norway." *Scand J Work, Environ Health* 30, No. 5 (October 2004): 356–61.

Lee, Jennifer S., Esther M. John, Valerie McGuire, Anna Felberg, Kimberly L. Ostrow, Richard A. DiCioccio, Frederick P. Li, Alexander Miron, Dee W. West, and Alice S. Whittemore. "Breast and Ovarian Cancer in Relatives of Cancer Patients, with and without BRCA Mutations." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 15, no. 2 (February 2006): 359–63.

Levanon, K., Crum, C., Drapkin, R.  New insights into the pathogenesis of serous ovarian cancer and its clinical impact.  J Clin Oncol. (2008).  Nov 10;26(32):5284-93.

Li, D. (2011). Metformin as an antitumor agent in cancer prevention and treatment. J Diabetes *3*, 320-327.

Lin, H.W., Tu, Y.Y., Lin, S.Y., Su, W.J., Lin, W.L., Lin, W.Z., Wu, S.C., and Lai, Y.L. (2011). Risk of ovarian cancer in women with pelvic inflammatory disease: a population-based study. Lancet Oncol *12*, 900-904.

Liou, Geou-Yarh, and Peter Storz. "Reactive Oxygen Species in Cancer." *Free Radical Research* 44, no. 5 (May 2010): 476–96.

Liu, Y., and Cao, X. (2015). The origin and function of tumor-associated macrophages. Cell Mol Immunol *12*, 1-4.

Lockey, J. E. "Nonasbestos Fibrous Minerals." *Clinics in Chest Medicine* 2, no. 2 (May 1981): 203–18.

Losinski, T. *Health Canada Finds Talcum Powder May Cause Ovarian Cancer and Lung Damage.*  December 6, 2018.
https://www.everythingzoomer.com/health/2018/12/06/health-canada-talcum-powder/

Mabuchi, S., Kawase, C., Altomare, D.A., Morishige, K., Sawada, K., Hayashi, M., Tsujimoto, M., Yamoto, M., Klein-Szanto, A.J., Schilder, R.J*., et al.* (2009). mTOR is a promising therapeutic target both in cisplatin-sensitive and cisplatin-resistant clear cell carcinoma of the ovary. Clin Cancer Res *15*, 5404-5413.

Maccio, A., and Madeddu, C. (2012). Inflammation and ovarian cancer. Cytokine *58*, 133-147.

Magnani, C., D. Ferrante, F. Barone-Adesi, M. Bertolotti, A. Todesco, D. Mirabelli, and B. Terracini. "Cancer Risk after Cessation of Asbestos Exposure: A Cohort Study of Italian Asbestos Cement Workers." *Occupational and Environmental Medicine* 65, no. 3 (August 2007): 164–70.

Mahdavi, A., Pejovic, T., and Nezhat, F. (2006). Induction of ovulation and ovarian cancer: a critical review of the literature. Fertil Steril *85*, 819-826.

Mäki-Nevala, Satu, Virinder Kaur Sarhadi, Aija Knuuttila, Ilari Scheinin, Pekka Ellonen, Sonja Lagström, Mikko Rönty, et al. "Driver Gene and Novel Mutations in Asbestos-Exposed Lung Adenocarcinoma and Malignant Mesothelioma Detected    by Exome Sequencing." *Lung* 194, no. 1 (February 2016): 125–35.

Mallen, Adrianne R., Mary K. Townsend, and Shelley S. Tworoger. "Risk Factors for Ovarian Carcinoma." *Hematol Oncol Clin N Am*, September 2018. https://doi.org/10.1016/j.hoc.2018.07.002.

Mandarino, A., et al. "The Effect of Talc Particles on Phagocytes in Co-Culture with Ovarian Cancer Cells." *Environmental Research,* 2020; 180:108676.

Mantovani, A., Bottazzi, B., Colotta, F., Sozzani, S., and Ruco, L. (1992a). The origin and function of tumor-associated macrophages. Immunol Today *13*, 265-270.

Mantovani, A., Bussolino, F., and Dejana, E. (1992b). Cytokine regulation of endothelial cell function. FASEB J *6*, 2591-2599.

Mantovani, A., Bussolino, F., and Introna, M. (1997). Cytokine regulation of endothelial cell function: from molecular level to the bedside. Immunol Today *18*, 231-240.

Melaiu, Ombretta, Federica Gemignani, and Stefano Landi. "The Genetic Susceptibility in the Development of Malignant Pleural Mesothelioma." *Journal of Thoracic Disease* 10, no. Suppl 2 (January 2018): S246–52.

Meng, Qingsong, Weixue Sun, John Jiang, Nicole M. Fletcher, Michael P. Diamond, and Ghassan M. Saed. "Identification of Common Mechanisms between Endometriosis and Ovarian Cancer." *Journal of Assisted Reproduction and Genetics* 28 (2011): 917–23.

Merritt, Melissa A., Adèle C. Green, Christina M. Nagle, Penelope M. Webb, and Australian Cancer Study (Ovarian Cancer) and Australian Ovarian Cancer Study Group. "Talcum Powder, Chronic Pelvic Inflammation and NSAIDs in Relation to Risk of Epithelial Ovarian Cancer." *Int. J. Cancer* 122, No. 1 (2008): 170–76.

Merritt, M.A., Green, A.C., Nagle, C.M., Webb, P.M., Australian Cancer Study (Ovarian Cancer) and Australian Ovarian Cancer Study Group.  Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer.  Int. J. Cancer. (2008) 122:170-176.

Mills, P.K., Riordan, D.G., Cress, R.D., and Young, H.A. (2004). Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. Int J Cancer *112*, 458-464.

Milne, R. L., and A. C. Antoniou. "Genetic Modifiers of Cancer Risk for BRCA1 and BRCA2 Mutation Carriers." *Annals of Oncology: Official Journal of the European Society for Medical Oncology* 22 Suppl 1 (January 2011): i11-17.

Milne, Roger L., and Antonis C. Antoniou. "Modifiers of Breast and Ovarian Cancer Risks for

BRCA1 and BRCA2 Mutation Carriers." *Endocrine-Related Cancer* 23, no. 10 (2016): T69-84. https://doi.org/10.1530/ERC-16-0277.

Modan, B., Hartge, P., Hirsh-Yechezkel, G., Chetrit, A., Lubin, F., Beller, U., Ben-Baruch, G., Fishman, A., Menczer, J., Struewing, J.P.*, et al.* (2001). Parity, oral contraceptives, and the risk of ovarian cancer among carriers and noncarriers of a BRCA1 or BRCA2 mutation. N Engl J Med *345*, 235-240.

Moon, Min Chaul, Jung Duck Park, Byung Soon Choi, So Young Park, Dong Won Kim, Yong Hyun Chung, Naomi Hisanaga, and Il Je Yu. "Risk Assessment of Baby Powder Exposure through Inhalation." *Toxicological Research* 27, no. 3 (September 2011): 137–41.

Moorman, P. G., R. T. Palmieri, L. Akushevich, A. Berchuck, and J. M. Schildkraut. "Ovarian Cancer Risk Factors in African-American and White Women." *Am J Epidemiol* 170, No. 5 (September 1, 2009): 598–606.

Mor, G., Yin, G., Chefetz, I., Yang, Y., and Alvero, A. (2011). Ovarian cancer stem cells and inflammation. Cancer Biol Ther *11*, 708-713.

Mostafa, S. A., C. B. Bargeron, R. W. Flower, N. B. Rosenshein, T. H. Parmley, and J. D. Woodruff. "Foreign Body Granulomas in Normal Ovaries." *Obstetrics and Gynecology* 66, no. 5 (November 1985): 701–2.

Muscat, J. E., and M. S. Huncharek. "Causation and Disease: Biomedical Science in Toxic Tort Litigation." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 31, no. 12 (December 1989): 997–1002.

Nadler, Diana L., and Igor G. Zurbenko. "Estimating Cancer Latency Times Using a Weibull Model," 2014, 8.

Narod, S.A., Risch, H., Moslehi, R., Dorum, A., Neuhausen, S., Olsson, H., Provencher, D., Radice, P., Evans, G., Bishop, S.*, et al.* (1998). Oral contraceptives and the risk of hereditary ovarian cancer. Hereditary Ovarian Cancer Clinical Study Group. N Engl J Med *339*, 424-428.

National Toxicology Program.   Toxicology and carcinogenesis studies of talc (CAS No. 14807-96-6) in F344/N rats and B6C3F₁ mice (Inhalation studies); 1993.   Report No. NTP TR 421; NIH Publication No. 93-3152.

Nelson, Heather H., and Karl T. Kelsey. "The Molecular Epidemiology of Asbestos and Tobacco in Lung Cancer." *Oncogene* 21, no. 48 (October 21, 2002): 7284–88.

Ness, R. B., and C. Cottreau. "Possible Role of Ovarian Epithelial Inflammation in Ovarian Cancer." *JNCI Journal of the National Cancer Institute* 91, no. 17 (September 1, 1999): 1459–67. https://doi.org/10.1093/jnci/91.17.1459.

Ness, Roberta B., Jeane Ann Grisso, Carrie Cottreau, Jennifer Klapper, Ron Vergona, James E. Wheeler, Mark Morgan, and James J. Schlesselman. "Factors Related to Inflammation of the

Ovarian Epithelium and Risk of Ovarian Cancer." *Epidemiology* 11, No. 2 (2000): 111–17.

Newhouse, M. L., G. Berry, J. C. Wagner, and M. E. Turok. "A Study of the Mortality of Female Asbestos Workers." *British Journal of Industrial Medicine* 29, no. 2 (April 1972): 134–41.

NIOSH - CDC – Occupational Cancer – Carcinogen List, May 2012

"NIOSH 2011 Current Intelligence Bulletin No. 62," 2011.

NIOSH. "Asbestos Fibers and Other Elongated Mineral Particles: State of the Science and Roadmap for Research (Revised Draft)," January 2009.

NIOSH. "Fiber Exposure during Use of Baby Powders, Report No. IWS-36-6.," July 1972.

"NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)(NonAsbestiform) in F344/N.Rats and B6C3Fl Mice (Inhalation Studies)," 1993.

Nunes, S.C., and Serpa, J. (2018). Glutathione in Ovarian Cancer: A Double-Edged Sword. Int J Mol Sci *19*.

Oberdörster, Günter, Eva Oberdörster, and Jan Oberdörster. "Nanotoxicology: An Emerging Discipline Evolving from Studies of Ultrafine Particles." *Environmental Health Perspectives* 113, no. 7 (July 2005): 823–39.

O'Brien, K., et al. "Perineal Talc Use, Douching, and the Risk of Uterine Cancer." *Epidemiology* 2019;30: 845-852.

O'Brien, K.M., Tworoger, S.S., Harris, H.R., Anderson, G.L., Weinerg, C.R., Trabert, B., Kaunitz, A.M., D'Aloisio, A.A., Sandler, D.P., and Wentzensen, N.   Association of Powder Use in the Genital Area With Risk of Ovarian Cancer.   JAMA (2020) 323(1):49-59.

O'Brien, K. M., N. Wentzensen, K. Ogunsina, C. R. Weinberg, A. A. D'Aloisio, J. K. Edwards and D. P. Sandler (2024). "Intimate Care Products and Incidence of Hormone-Related Cancers: A Quantitative Bias Analysis." J Clin Oncol: JCO2302037.

Paluch-Shimon, S., Cardoso, F., Sessa, C., Balmana, J., Cardoso, M.J., Gilbert, F., Senkus, E., and Committee, E.G. (2016). Prevention and screening in BRCA mutation carriers and other breast/ovarian hereditary cancer syndromes: ESMO Clinical Practice Guidelines for cancer prevention and screening. Ann Oncol *27*, v103-v110.

Paoletti, L., Caiazza, S., Donelli, G., and Pocchiari, F. (1984). Evaluation by electron microscopy techniques of asbestos contamination in industrial, cosmetic, and pharmaceutical talcs. Regul Toxicol Pharmacol *4*, 222-235.

Pardoll, D.M. (2002). Spinning molecular immunology into successful immunotherapy. Nat Rev Immunol *2*, 227-238.

Park, Hyo K., Joellen M. Schildkraut, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa Bondy, Sydnee Crankshaw, et al. "Benign Gynecologic Conditions Are Associated with Ovarian Cancer Risk in African-American Women: A Case–Control Study." *Cancer Causes & Control*, September 29, 2018.

Parmley, T. H., and J. D. Woodruff. "The Ovarian Mesothelioma." *American Journal of Obstetrics and Gynecology* 120, no. 2 (September 15, 1974): 234–41

Pejovic, T., and Nezhat, F. (2011). Missing link: inflammation and ovarian cancer. Lancet Oncol *12*, 833-834.

Penninkilampi, Ross and Guy D. Eslick. "Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis." *Epidemiology* 29, No. 1 (January 2018): 41-49.

Peshkin, B., and et al. "Genetic Counseling and Testing for Hereditary Breast and Ovarian Cancer - UpToDate," 2018.
https://www.uptodate.com/contents/genetic-counseling-and-testing-for-hereditary-breast-and-ovarian-cancer?search=Genetic%20counseling%20and%20testing%20for%20hereditary%20breast%20and%20ovarian%20cancer&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.

Peshkin, B. and C. Isaacs. "Overview of Hereditary Breast and Ovarian Cancer Syndromes - UpToDate," 2018.
https://www.uptodate.com/contents/overview-of-hereditary-breast-and-ovarian-cancer-syndromes?search=Overview%20of%20hereditary%20breast%20and%20ovarian%20cancer%20syndromes&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.

Peshkin, B. and C. Isaacs. "Prevalence of BRCA1 and BRCA2 Mutations and Associated Cancer Risks - UpToDate," 2018.
https://www.uptodate.com/contents/prevalence-of-brca1-and-brca2-mutations-and-associated-cancer-risks?search=prevalence-of-brca1-and-brca2-mu%E2%80%A6search_result%26selectedTitle%3D1~73%26usage_type%3Ddefault%26display_rank%3D1&source=search_result&selectedTitle=2~150&usage_type=default&display_rank=2.

Phillips, J. C., P. J. Young, K. Hardy, and S. D. Gangolli. "Studies on the Absorption and Disposition of 3H-Labelled Talc in the Rat, Mouse, Guinea-Pig and Rabbit." *Food and Cosmetics Toxicology* 16, no. 2 (April 1978): 161–63.

Phung, M.T., Muthukumar, A. Trabert, B., Webb, P.M., Jordan, S.J., Terry, K.L., Cramer D.W., Titus, L.J., Risch, H.A.,Doherty, J.A., Harris, H.R., Goodman, M.T., Modugno, F., Moysich, K.B., Jensen, A., Kjaer, S.K., Anton-Culver, H., Ziogas, A., Berchuck, A., Khoja, L., Wu, A.H., Pike, M.C., Pearce, C.L., and Lee, A.W.   Effects of risk factors for ovarian cancer in women with and without endometriosis.   *Fertil Steril*. (2022 Nov); 118(5):960-969.

Pinto, Mauricio, Carlos Balmaceda, Maria L. Bravo, Sumie Kato, Alejandra Villarroel, et al. "Patient Inflammatory Status and CD4+/CD8+ Intraepithelial Tumor Lymphocyte Infiltration are Predictors of Outcomes in High-Grade Serous Ovarian Cancer." *Gynecologic Oncology* (2018).

Pira, E, C Pelucchi, L Buffoni, A Palmas, M Turbiglio, E Negri, P G Piolatto, and C La Vecchia. "Cancer Mortality in a Cohort of Asbestos Textile Workers." *British Journal of Cancer* 92, no. 3 (February 2005): 580–86. https://doi.org/10.1038/sj.bjc.6602240.

Pira, Enrico, Canzio Romano, Francesco S. Violante, Andrea Farioli, Giovanna Spatari, Carlo La Vecchia, and Paolo Boffetta. "Updated Mortality Study of a Cohort of Asbestos Textile Workers." *Cancer Medicine* 5, no. 9 (2016): 2623–28.

Pukkala, Eero, Jan Ivar Martinsen, Elsebeth Lynge, Holmfridur Kolbrun Gunnarsdottir, Pär Sparén, Laufey Tryggvadottir, Elisabete Weiderpass, and Kristina Kjaerheim. "Occupation and Cancer - Follow-up of 15 Million People in Five Nordic Countries." *Acta Oncologica (Stockholm, Sweden)* 48, no. 5 (2009): 646–790.

Purdie, David, Adèle Green, Christopher Bain, Victor Siskind, Bruce Ward, Neville Hacker, Michael Quinn, Gordon Wright, Peter Russell, and Beatrice Susil. "Reproductive and Other Factors and Risk of Epithelial Ovarian Cancer: An Australian Case-Control Study." *International Journal of Cancer* 62, No. 6 (September 15, 1995): 678–84.

Radic, I, I Vucak, J Milosevic, A Marusic, S Vukicevic, and M Marusic. "Immunosuppression Induced by Talc Granulomatosis in the Rat." *Clinical and Experimental Immunology* 73, no. 2 (August 1988): 316–21.

Ramus, S.J., Vierkant, R.A., Johnatty, S.E., Pike, M.C., Van Den Berg, D.J., Wu, A.H., Pearce, C.L., Menon, U., Gentry-Maharaj, A., Gayther, S.A*., et al.* (2008). Consortium analysis of 7 candidate SNPs for ovarian cancer. Int J Cancer *123*, 380-388.

Rebbeck, T.R., Mitra, N, Wan, F., Sinilnikova, O.M., Healey, S., McGuffog, L., Mazoyer, S., Chenevix-Trench, G., Easton, D.F., Antoniou, A.C., Nathanson, K.L., the CIMBA Consortium. Association fo type and location of BRCA1 and BRCA2 mutations with risk of breast and ovarian cancer. JAMA. (2015). April 7; 313(13):1347-1361.

Reid, B.M., Permuth, J.B., Sellers, T.A. Epidemiology of ovarian cancer: a review. Cancer Med Biol. (February 2017) Vol 14, No 1.

Reid, A., J. Heyworth, N. de Klerk, and A. W. Musk. "The Mortality of Women Exposed Environmentally and Domestically to Blue Asbestos at Wittenoom, Western Australia." *Occupational and Environmental Medicine* 65, no. 11 (November 2008): 743–49. https://doi.org/10.1136/oem.2007.035782.

Reid, A., N. de Klerk, and A. W. Musk. "Does Exposure to Asbestos Cause Ovarian Cancer? A Systematic Literature Review and Meta-Analysis." *Cancer Epidemiology Biomarkers & Prevention* 20, no. 7 (July 1, 2011): 1287–95.

Reid, Alison, Amanda Segal, Jane S. Heyworth, Nicholas H. de Klerk, and Arthur W. Musk. "Gynecologic and Breast Cancers in Women after Exposure to Blue Asbestos at Wittenoom." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for*

*Cancer Research, Cosponsored by the American Society of Preventive Oncology* 18, no. 1 (January 2009): 140–47.

Reuter, Simone, Subash C. Gupta, Madan M. Chaturvedi, and Bharat B. Aggarwal. "Oxidative Stress, Inflammation, and Cancer: How Are They Linked?" *Free Radical Biology and Medicine* 49, no. 11 (December 1, 2010): 1603–16.

Ring, Kari L., Christine Garcia, Martha H. Thomas, and Susan C. Modesitt. "Current and Future Role of Genetic Screening in Gynecologic Malignancies." *American Journal of Obstetrics and Gynecology* 217, no. 5 (2017): 512–21.

Rodriguez-Rojas, L., et al. "The Unique Spectrum of *MUYTH* Germline Mutations in Colombian Patients with Extracolonic Carcinomas." *The Application of Clinical Genetics* 2023:16 53-62.

Rohl, A. N. "Asbestos in Talc." *Environmental Health Perspectives* 9 (December 1974): 129–32.

Rohl, A. N., A. M. Langer, I. J. Selikoff, A. Tordini, R. Klimentidis, D. R. Bowes, and D. L. Skinner. "Consumer Talcums and Powders: Mineral and Chemical Characterization." *Journal of Toxicology and Environmental Health* 2, no. 2 (November 1976): 255–84.

Rosenblatt, Karin A., Moyses Szklo, and Neil B. Rosenshein. "Mineral Fiber Exposure and the Development of Ovarian Cancer." *Gynecologic Oncology* 45, No. 1 (April 1992): 20–25.

Rosenblatt, Karin A., Noel S. Weiss, Kara L. Cushing-Haugen, Kristine G. Wicklund, and Mary Anne Rossing. "Genital Powder Exposure and the Risk of Epithelial Ovarian Cancer." *Cancer Causes Control* 22, No. 5 (May 2011): 737–42.

Rösler, J. A., H. J. Woitowitz, H. J. Lange, R. H. Woitowitz, K. Ulm, and K. Rödelsperger. "Mortality Rates in a Female Cohort Following Asbestos Exposure in Germany." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 36, no. 8 (August 1994): 889–93.

Ross, M. "Geology, Asbestos, and Health." *Environmental Health Perspectives* 9 (December 1974): 123–24.

Rothman, K.J.   Six Persistent Research Misconceptions.   *J Gen Inte n Med*   (2014); 29(7):1060-4.

Saed, Ghassan M., Rouba Ali-Fehmi, Zhong L. Jiang, Nicole M. Fletcher, Michael P. Diamond, Husam M. Abu-Soud, and Adnan R. Munkarah. "Myeloperoxidase Serves as a Redox Switch That Regulates Apoptosis in Epithelial Ovarian Cancer." *Gynecologic Oncology* 116, no. 2 (February 2010): 276–81. https://doi.org/10.1016/j.ygyno.2009.11.004.

Saed, G.M., Diamond, M.P., and Fletcher, N.M. (2017). Updates of the role of oxidative stress in the pathogenesis of ovarian cancer. Gynecol Oncol *145*, 595-602.

Saed, G.M., Morris, R.T., and Fletcher, N.M. (2018). New Insights into the Pathogenesis of Ovarian Cancer: Oxidative Stress. In Ovarian Cancer-From Pathogenesis to Treatment (IntechOpen).

Savant, Sudha S., Shruthi Sriramkumar and Heather M. O'Hagan. "The Role of Inflammation and Inflammatory Mediators in the Development, Progression, Metastasis, and Chemoresistance of Epithelial Ovarian Cancer." *Cancers* 10, No. 251 (2018).

Schildkraut, J. M., S. E. Abbott, A. J. Alberg, E. V. Bandera, J. S. Barnholtz-Sloan, M. L. Bondy, M. L. Cote, et al. "Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES)." *Cancer Epidemiol Biomarkers Prev.* 25, No. 10 (October 1, 2016): 1411–17.

Sellers, T.A., Huang, Y., Cunningham, J., Goode, E.L., Sutphen, R., Vierkant, R.A., Kelemen, L.E., Fredericksen, Z.S., Liebow, M., Pankratz, V.S*., et al.* (2008). Association of single nucleotide polymorphisms in glycosylation genes with risk of epithelial ovarian cancer. Cancer Epidemiol Biomarkers Prev *17*, 397-404.

Shan, W., and Liu, J. (2009). Inflammation: a hidden path to breaking the spell of ovarian cancer. Cell Cycle *8*, 3107-3111.

Shen, H., Fridley, B.L., Song, H., Lawrenson, K., Cunningham, J.M., Ramus, S.J., Cicek, M.S., Tyrer, J., Stram, D., Larson, M.C*., et al.* (2013). Epigenetic analysis leads to identification of HNF1B as a subtype-specific susceptibility gene for ovarian cancer. Nat Commun *4*, 1628.

Sellers, T.A., Huang, Y., Cunningham, J., Goode, E.L., Sutphen, R., Vierkant, R.A., Kelemen, L.E., Fredericksen, Z.S., Liebow, M., Pankratz, V.S*., et al.* (2008). Association of single nucleotide polymorphisms in glycosylation genes with risk of epithelial ovarian cancer. Cancer Epidemiol Biomarkers Prev *17*, 397-404.

Shukla, A., MacPherson, M.B., Hillegass, J., Ramos-Nino, M.E., Alexeeva, V., Vacek, P.M., Bond, J.P., Pass, H.I., Steele, C., Mossman, B.T.  Alterations in gene expression in human mesothelial cells correlate with mineral pathogenicity.  Am J Respir Cell Mol Biol.  (2009). 41:114-123.

Shushan, Asher, Orn Pnlticl, and JoRe Iscovich. "Human Menopausal Gonadotropin and the Risk of Epithelial Ovarian Cancer." *Gynecol-Endocrin* 65, No. 1 (January 1996).

Siegel, R.L., Miller, K.D., and Jemal, A. (2015). Cancer statistics, 2015. CA Cancer J Clin *65*, 5-29.

Sjösten, A. C. E., H. Ellis, and G. a. B. Edelstam. "Retrograde Migration of Glove Powder in the Human Female Genital Tract." *Human Reproduction* 19, no. 4 (April 1, 2004): 991–95.

Soong, Thing Rinda, Brooke E. Howitt, Alexander Miron, Neil S. Horowitz, Frank Campbell, Colleen M. Feltmate, Michael G. Muto, et al. "Evidence for Lineage Continuity between Early Serous Proliferations (ESPs) in the Fallopian Tube and Disseminated High-Grade Serous

Carcinomas." *The Journal of Pathology*, July 25, 2018.

Starita, Lea M., Muhtadi M. Islam, Tapahsama Banerjee, Aleksandra I. Adamovich, Justin Gullingsrud, et al. "A Multiplex Homology-Directed DNA Repair Assay Reveals the Impact of More Than 1,000 BRCA1 Missense Substitution Variants on Protein Function." *American Journal of Human Genetics* 103, (October 4, 2018): 1-11.

Steiling, W., J. F. Almeida, H. Assaf Vandecasteele, S. Gilpin, T. Kawamoto, L. O'Keeffe, G. Pappa, K. Rettinger, H. Rothe, and A. M. Bowden. "Principles for the Safety Evaluation of Cosmetic Powders." *Toxicology Letters*, August 17, 2018.

Steiling, W., M. Bascompta, P. Carthew, G. Catalano, N. Corea, A. D'Haese, P. Jackson, et al. "Principle Considerations for the Risk Assessment of Sprayed Consumer Products." *Toxicology Letters* 227, no. 1 (May 16, 2014): 41–49.

Stewart, Louise M., Katrina Spilsbury, Susan Jordan, Colin Stewart, C. D'Arcy J. Holman, Aime Powell, Joanne Reekie, and Paul Cohen. "Risk of High-Grade Serous Ovarian Cancer Associated with Pelvic Inflammatory Disease, Parity and Breast Cancer." *Cancer Epidemiology* 55 (August 2018): 110–16.

Straif, Kurt, Lamia Benbrahim-Tallaa, Robert Baan, Yann Grosse, Béatrice Secretan, Fatiha El Ghissassi, Véronique Bouvard, et al. "A Review of Human Carcinogens—Part C: Metals, Arsenic, Dusts, and Fibres." *The Lancet Oncology* 10, No. 5 (May 2009): 453–54.

Taher, M., et al. (2018) Systematic Review and Meta-Analysis of the Association between Perineal Use of Talc and Risk of Ovarian Cancer.

Taher, M., et al. (2018) Systematic Review and Meta-Analysis of the Association between Perineal Use of Talc and Risk of Ovarian Cancer – Supplemental Content.

Taher, M.K., Farhat, N., Karyakina, N.A., Shilnikova, N., Ramoju, S., Gravel, C.A., Krishnan, K., Mattison, D., Wen, and S.W., Krewski, D. Critical review of the association between perineal use of talc powder and risk of ovarian cancer. Reproductive Toxicology (2019) 90:88-101.

Terry, K. L., S. Karageorgi, Y. B. Shvetsov, M. A. Merritt, G. Lurie, P. J. Thompson, M. E. Carney, et al. "Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 8,525 Cases and 9,859 Controls." *Cancer Prev Res* 6, No. 8 (August 2013): 811–21.

Thompson, H.S., et al. (2002). "Psychosocial Predictors of BRCA Counseling and Testing Decisions Among Urban African-American Women." Cancer Epidemiol Biomarkers Prev 11(12): 1579-1585.

Titus-Ernstoff, L., Perez, K., Cramer, D.W., Harlow, B.L., Baron, J.A., and Greenberg, E.R. (2001). Menstrual and reproductive factors in relation to ovarian cancer risk. Br J Cancer *84*, 714-721.

Toland, A.E., BIC Steering Committee, and Brody, L.C.   Lessons learned from two decades of *BRCA1* and *BRCA2* genetic testing: the evolution of data sharing and variant classification. *Genet Med*. 2019 July ; 21(7): 1476-1480.

Torre, L.A., Bray, F., Siegel, R.L., Ferlay, J., Lortet-Tieulent, J., and Jemal, A. (2015). Global cancer statistics, 2012. CA Cancer J Clin *65*, 87-108.

Trabert, B., R. B. Ness, W.-H. Lo-Ciganic, M. A. Murphy, E. L. Goode, E. M. Poole, L. A. Brinton, et al. "Aspirin, Nonaspirin Nonsteroidal Anti-Inflammatory Drug, and Acetaminophen Use and Risk of Invasive Epithelial Ovarian Cancer: A Pooled Analysis in the Ovarian Cancer Association Consortium." *J Natl Cancer Inst* 106, No. 2 (February 6, 2014).

Trabert, Britton, Elizabeth M Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L Anderson, Theodore M Brasky, et al. "Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium." *J Natl Cancer Inst*, 111, No. 2 (May 31, 2018).

Tzonou, Anastasia, Argy Polychronopoulou, Chung-cheng Hsieh, Apostolos Rebelakos, Anna Karakatsani and Dimitrios Trichopoulos. "Hair Dyes, Analgesics, Tranquilizers and Perineal Talc Application as Risk Factors for Ovarian Cancer," *Int. J. Cancer*, 55, (1993): 408-410.

U.S. Environmental Protection Agency (USEPA), "Arsenic, inorganic", in the Integrated Risk Information System database listing (1995). Available at the USEPA Website: https://cfpub.epa.gov/ncea/iris/iris_documents/documents/subst/0278_summary

US EPA. "Health Assessment Document for Talc. | National Technical Reports Library - NTIS." -600/8-91/217, 1992. https://ntrl.ntis.gov/NTRL/dashboard/searchResults/titleDetail/PB92239524.xhtml.

Vallyathan N.V. and J.E. Craighead, "Pulmonary pathology in workers exposed to nonasbestiform talc", Human Pathology 12(1):28-35 (1981).

Van Gosen, B. S., H.A. Lowers, S.J. Sutley, and C.A. Gent. "Using the Geologic Setting of Talc Deposits as an Indicator of Amphibole Asbestos Content." *Environmental Geology* 45, no. 7 (2004): 20.

Vasama-Neuvonen, K., E. Pukkala, H. Paakkulainen, P. Mutanen, E. Weiderpass, P. Boffetta, N. Shen, T. Kauppinen, H. Vainio, and T. Partanen. "Ovarian Cancer and Occupational Exposures in Finland." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 83–89.

Venkatesan, Priya. "Possible X Chromosome-Linked Transmission of Ovarian Cancer." *The Lancet. Oncology* 19, no. 4 (April 2018): e185.

Venter, P. F., and M. Iturralde. "Migration of a Particulate Radioactive Tracer from the Vagina to the Peritoneal Cavity and Ovaries." *South African Medical Journal = Suid-Afrikaanse Tydskrif Vir Geneeskunde* 55, no. 23 (June 2, 1979): 917–19.

Verdoodt, Freija, Christian Dehlendorff, Søren Friis, and Susanne K. Kjaer. "Non-Aspirin NSAID Use and Ovarian Cancer Mortality." *Gynecologic Oncology* 150, no. 2 (2018): 331–37.

Virta, RL. "The Phase Relationship of Talc and Amphiboles in a Fibrous Talc Sample." IH; Report of Investigations, 1985.

Vitonis, A.F., Titus-Ernstoff, L., and Cramer, D.W. (2011). Assessing ovarian cancer risk when considering elective oophorectomy at the time of hysterectomy. Obstet Gynecol *117*, 1042-1050.

Wang, N.S., Jaurand, M.C., Magne, L., Kheuang, L., Pinchon, M.C., and Bignon, J. (1987). The interactions between asbestos fibers and metaphase chromosomes of rat pleural mesothelial cells in culture. A scanning and transmission electron microscopic study. Am J Pathol *126*, 343-349.

Wang, Q. (2016) "Cancer predisposition genes: molecular mechanisms and clinical impact on personalized cancer care: examples of Lynch and HBOC syndromes."Acta Pharmacologica Sinica 37:143-149.

Wasserstein, R.L. and Lazar, N.A. The ASA's Statement on p-Values: Context, Process, and Purpose. *The American Statistician*. (2016); 70(2):129-133.

Wehner, A.P. (1994). Biological effects of cosmetic talc. Food Chem Toxicol *32*, 1173-1184.

Wehner, A. P., A. S. Hall, R. E. Weller, E. A. Lepel, and R. E. Schirmer. "Do Particles Translocate from the Vagina to the Oviducts and Beyond?" *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 23, no. 3 (March 1985): 367–72.

Wehner, A. P., R. E. Weller, and E. A. Lepel. "On Talc Translocation from the Vagina to the Oviducts and Beyond." *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 24, no. 4 (April 1986): 329–38.

Wendel, Jillian R. Hufgard, Xiyin Wang and Shannon M. Hawkins. "The Endometriotic Tumor Microenvironment in Ovarian Cancer." *Cancers* 10, No. 261 (2018).

Wentzensen, N. and O'Brien, K.M.  Talc, body powder, and ovarian cancer: A summary of the epidemiologic evidence.  *Gynecol Oncol*. 2021 Oct;163(1):199-208.

Werner, I. "Presence of Asbestos in Talc Samples." *Atemschutzinform* 21, no. 5 (1982).

Whittemore, Alice S, Marion L Wu, Ralphs Paffenbarger, L Sarles, James B Kampert, and S'Tella Grosser. "Personal and Environmental Characteristics Related to Epithelial Ovarian Cancer," *Am J Epidemiol*, 128, No. 6 (1988) 1228-1240.

Wignall, B.K., and A.J. Fox. "Mortality of Female Gas Mask Assemblers." *British Journal of Industrial Medicine* 39, no. 1 (1982): 34–38.

Wishart, D.S.  Is cancer a genetic disease or a metabolic disease? *EBioMedicine 2* (2015)

478-479.

Wong, C. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics & Gynecology* 93, No. 3 (March 1999): 372–76.

Woodruff, J. D. "The Pathogenesis of Ovarian Neoplasia." *The Johns Hopkins Medical Journal* 144, no. 4 (April 1979): 117–20.

Woolen S., Lazar, A and Smith-Bindman, R. Association Between the Frequent Use of Perineal Talcum Powder Products and Ovarian Cancer: A Systematic Review and Meta-Analysis. Supplemental Content Online.

Woolen, S.A., Lazar, A.A., Smith-Bindman, R., Association between the frequent use of perineal talcum powder products and ovarian cancer: a systematic review and meta-analysis.   J Gen Intern Med.   (2022 Aug); 37(10)2526-2532.

Wright, Jason. "What is New in Ovarian Cancer." Obstet Gynecol 2018; 132:1498-9.

Wu, S., et al. (2018) "Evaluating Intrinsic and Non-Intrinsic Cancer Risk Factors." Nature Communications.

Wu, A.H., Pearce, C.L., Tseng, C.C., Templeman, C., and Pike, M.C. (2009). Markers of inflammation and risk of ovarian cancer in Los Angeles County. Int J Cancer *124*, 1409-1415.

Wu, A. H., C. L. Pearce, C.-C. Tseng, and M. C. Pike. "African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates." *Cancer Epidemiol Biomarkers Prev* 24, No. 7 (July 2015): 1094–1100.

Yang, X. et al. "Inherited Rare and Common Variants in PTCH1 and PTCH2 Contributing to the Predisposition to Reproductive Cancers." *Gene* 814 (2022) 146157.

Yegles, M., Saint-Etienne, L., Renier, A., Janson, X., and Jaurand, M.C. (1993). Induction of metaphase and anaphase/telophase abnormalities by asbestos fibers in rat pleural mesothelial cells in vitro. Am J Respir Cell Mol Biol *9*, 186-191.

Yilmaz, Ercan, Mehmet Gul, Rauf Melekoglu, Isil Koleli. "Immunhistochemical Analysis of Nuclear Factor Kappa Beta Expression in Etiopathogenesis of Ovarian Tumors." *Acta Cir Bras.* 33, No. 7 (2018): 641-650.

Zazenski, R., W. H. Ashton, D. Briggs, M. Chudkowski, J. W. Kelse, L. MacEachern, E. F. McCarthy, M. A. Nordhauser, M. T. Roddy, and N. M. Teetsel. "Talc: Occurrence, Characterization, and Consumer Applications." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 218–29.

Zervomanoklakis, I, H.W. Ott, D Hadziomerovic, V. Mattle, B.E. Seeber, I. Virgolini, D. Heute, S. Kissler, G. Leyendecker, and L. Wildt. "Physiology of Upward Transport in the Human

Female Genital Tract." *Annals of New York Acadamy of Sciences* 1101, no. 1 (2007): 1–20.

**Depositions/Trial Transcripts**

Deposition of Alice M. Blount in Gail Lucille Ingham, et al. v. Johnson & Johnson, et al.

Depositions of John Hopkins (Aug 16 and 17, 2018; Oct 17, 2018; Nov 5, 2018); Hopkins Exhibit 28

Deposition of Julie Pier (Sept. 12 and 13, 2018); Pier Exhibit 47

Deposition of Lewis Chodosh, M.D., PhD in Tiffany Hogans, et al. v. Johnson & Johnson, et al. (November 23, 2015 and January 4, 2016)

Deposition of Lewis Chodosh, M.D., PhD in Eva Echeverria, et al. v. Johnson & Johnson, et al. (May 31, 2017)

Deposition of Shawn Levy, PhD (January 11, 2019)

Deposition of Laura Plunkett, PhD in Lori Oules v. Johnson & Johnson, et al. (January 11, 12 and 13, 2017)

Trial Transcripts of Laura Plunkett, PhD in Lois Slemp v. Johnson & Johnson, et al. (April 20-21, 2017)

Trial Transcripts of Laura Plunkett, PhD in Michael Blaes, et al. v. Johnson & Johnson, et al. (June 12-16, 2017)

Trial Transcripts of Laura Plunkett, PhD in Eva Echeverria, et al. v. Johnson & Johnson, et al. (July 27-28, 2017; July 31-August 2, 2017)

Trial Transcript of Lewis Chodosh, M.D., in Jacqueline Fox, et al. v. Johnson & Johnson, et al. (February 11, 2016)

Trial Transcript of Lewis Chodosh, M.D. in Diana Balderrama, et al. v. Johnson & Johnson, et al. (August 19, 2016)

**Expert Reports**

Expert Report of Michael Crowley, PhD (Nov. 12, 2018)

Expert Report of William E. Longo, PhD and Mark W. Rigler PhD (Nov. 14, 2018)

Expert Report of William E. Longo, PhD and Mark W. Rigler PhD.  Analysis of J&J Baby

Powder & Valiant Shower to Shower Talc Products for Amphibole (Tremolite) Asbestos Expert Report.   August 2, 2017.

Expert Report of William E. Longo, PhD and Mark W. Rigler PhD.   TEM Analysis of Historical 1978 Johnson's Baby Powder Sample for Amphibole Asbestos. February 16, 2018.

Materials Analytical Service (2019).   Supplemental Table.   "Amphibole Asbestos Found in Historical Johnson's Baby Powder 1960-2000s."   Data from MAS, LLC Supplemental Expert Report & Analysis of Johnson & Johnson Baby Powder and Valeant Shower to Shower Talc Products for Amphibole Asbestos dated 3-11-18 and MDL Report: The Analysis of Johnson & Johnson's Historical Product Containers and Imerys' Historical Railroad Car Samples from the1960's to the Early 2000's for Amphibole Asbestos. Second Supplemental Report dated 2-1-2019.

Expert Report of William E. Longo, PhD, Mark W. Rigler, and William B. Egeland. "Below the Waist Application of Johnson & Johnson Baby Powder." Materials Analytical Service, LLC, September 2017.

Expert Report of William E. Longo, PhD. "Analysis of Non-Historical J&J's Talcum Powder Consumer Product Containers and J&J Chinese Historical Talc Retain Samples." Materials Analytical Service, LLC, November 2023.

Expert Report of William E. Longo, PhD.   "Talcum Powder Analysis Tamara Newsome – Johnson's Baby Powder Containers."   Materials Analytical Service, LLC, November 17, 2023.

Expert Report of William E. Longo, PhD.   "MDL Johnsons' Baby Powder Application and Exposure Container Calculations For Sic Ovarian Cancer Victims Bellwether Cases."   Materials Analytical Service, LLC.   November 17, 2023.

Expert Report of Anne McTiernan, M.D., PhD (November 16, 2018)

Expert Report of Jack Siemiatycki, MSc, PhD (November 16, 2018)

Expert Report of Rebecca Smith-Bindman, MD (November 15, 2018)

Expert Report of Dr. Ghassan M. Saed (November 16, 2018)

Expert Report of Mark Krekeler, PhD (November 16, 2018)

Expert Report of Robert B. Cook, PhD (November 16, 2018)

Expert Report of Daniel L. Clarke-Pearson, MD (November 16, 2018)

Expert Report of Judith Wolf, MD (November 16, 2018)

Expert Report of Judith Zelikoff, PhD (November 16, 2018)

Expert Report of Arch Carson, MD, PhD (November 16, 2018)

Expert Report of Benjamin G. Neel, MD, PhD for General Causation Daubert Hearing (February 25, 2019)

Expert Report of Jeff Boyd, PhD for General Causation Daubert Hearing (February 25, 2019)

Amended Expert Report of Daniel L. Clarke-Pearson, MD (Converse)(November 15, 2023)

Amended Expert Report of Daniel L. Clarke-Pearson, MD (Newsome)(November 15, 2023)

Amended Expert Report of Daniel L. Clarke-Pearson, MD (Rausa)(November 15, 2023)

Amended Expert Report of Judith Wolf, MD (Bondurant)(November 15, 2023)

Amended Expert Report of Judith Wolf, MD (Judkins)(November 15, 2023)

Amended Expert Report of Judith Wolf, MD (Gallardo)(November 15, 2023)


**Documents Produced**

JNJ 000018679-90
JNJTALC000864509-732

**Medical Records**

BondurantL-MDAMR-00872-00876
BondurantL-MDAMR-01167-01168
BondurantL-MDAMR-01177-01180
BondurantL-MDAMR-01262
BondurantL-TCCMR-01662-01668
BondurantL-TUMR-01245-01251
BondurantL-TUMR-01763-01773

CONVERSE_HILARY_GENETICSTESTING_00001-00025
CONVERSE_HILARY_PROHEALTH_PHYSICIANS_00297-00299
CONVERSE_HILARY_YALE_NEWHAVENHEALTH_00296-00298
CONVERSE_HILARY_YALENEWHAVENHOSPITAL_01206-01222
ConverseH-FineE-00075-00081

GALLARDO_A_BARNES_JEWISH_HOSP_000273-000277
GALLARDO_A_GENEDX_000034-000036
GALLARDO_A_GENEDX_000123-000125

GALLARDO_A_WASHU_000167-000171
GALLARDO_A_WASHU_000207-000211
GALLARDO_ANNA_WASHU_MED_00324

JUDKINSC_DHMC_C_MDR000081-87
JUDKINSC_DHMC_C_MDR000414-418
JUDKINSC_DHMC_MDR000102-103
JUDKINSC_REC000003-9
JudkinsC-MGMR-00003-4

NEWSOME_CAPI_C_MDR000004-5
NEWSOME_REC000001-10
NEWSOMET_HCH_MDR000035-41

PRAUSAPL-000001-000006 (client path report)
PRAUSAPL-000010-000026
PRAUSAPL-MAYOC-002084-002085
RausaP-GenPathMR-00001-00013

Exhibit C

**Shawn Levy, PhD**
**Medical Legal Testimony in last 4 years**


Date: January 11, 2019
Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Product Liability
Litigation MDL No. 2738

Date: May 8, 2024
Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Product Liability
Litigation MDL No. 2738


**Hourly Rate:  $500/hour**

Exhibit 82

# Chapter 2

# Molecular Analysis of Genetic Instability Caused by Chronic Inflammation

## Bin Yan, Yuanlin Peng, and Chuan-Yuan Li

## Summary

Genetic instability is a hallmark of human cancers. It is the driving force for tumor development as it facilitates the accumulation of mutations in genes that regulate cell death and proliferation and therefore promotes malignant transformation. Chronic inflammation is a common underlying condition for human tumor development, accounting for approximately 20% of human cancers. TNF$\alpha$ is an important inflammation cytokine and is crucial to the development of inflammation-associated cancers. We have shown that TNF$\alpha$ can cause DNA damages through reactive oxygen species (ROS). TNF$\alpha$ treatment in cultured cells resulted in increased gene mutations, gene amplification, micronuclei formation and chromosomal instability. Antioxidants significantly reduced TNF$\alpha$-induced genetic damage. In addition, TNF$\alpha$ treatment alone led to increased malignant transformation of mouse embryo fibroblasts, which could be partially suppressed by antioxidants. Therefore, genetic instability plays an important role in inflammation-associated cancers.

**Key words:** Genetic instability; Inflammation; Cancer; Reactive oxygen species; 8-Oxo-deoxyguanosine.

## 1. Introduction

### 1.1. Inflammation and Cancer

Exposure to environmental carcinogen and chronic inflammation are two important underlying conditions for sporadic human tumor development. Chronic inflammations predispose patients to cancers. For example, chronic atrophic gastritis increases the risk for gastric cancer, chronic hepatitis for hepatic carcinoma and chronic skin ulcer for squamous cancer of the skin.

Most studies on the mechanism underlying inflammation-associated cancers focused on NF$\kappa$B signaling. We recently found that ROS-induced DNA damage and genetic instability is another

S.V. Kozlov (ed.), *Inflammation and Cancer*, Methods in Molecular Biology, vol. 512
DOI: 10.1007/978-1-60327-530-9_2
© Humana Press, a part of Springer Science + Business Media, LLC 2009

16    Yan, Peng, and Li

important contributing factor in the development of cancers in chronic inflammation *(1)*. ROS is abundant in inflammation. It can be produced by the respiratory burst in the inflammatory cells or induced by inflammatory cytokines such as TNFα. We have found that TNFα induces ROS, causes genetic aberrations and leads to transformation, all of which were at least partially inhibited by antioxidants *(1)*.

**1.2. Genetic Assays**    In order to study instability in inflammation-associated cancers, a variety of genetic assays can be applied to assess the oxidative stress and DNA damages, which include micronucleus assay, cytogenetic analysis of chromosomal aberrations, gene amplification assay, mutation assay, comet assay and immunostaining for 8-oxodG and γ-H2AX. The malignant transformation resulting from accumulation of mutations can be determined by transformation assays such as soft agar assay. This chapter will elaborate the detailed protocols for these assays.

# 2. Materials

**2.1. Cell Culture**    1. 379.2 cells are p53$^{-/-}$ colon carcinoma HCT116 cells, which were kindly provided by Dr. Bert Vogelstein of Johns Hopkins University, Baltimore, MD. 379.2 cells were cultured in McCoy 5A medium supplemented with 10% fetal bovine serum. L929 cells were maintained in DMEM medium supplemented with 10% equine serum. 10T1/2 and BALB/3T3 are mouse embryonic fibroblasts obtained from Cell Culture Facility of Duke University Comprehensive Cancer Center (Durham, NC). They were maintained in DMEM medium supplemented with 10% fetal bovine serum.

2. Recombinant human and mouse TNFα were purchased from R&D Systems, Inc (Minneapolis, MN 55413). *N*-acetyl cystein (NAC), Vitamin C, Vitamin E, actinomycin D, rotenone and dichlorofluorescein diacetate (DCFDA) were purchased from Sigma (St. Louis, MO).

**2.2. Gene Amplification Assay**    1. The selective agent for *cad* gene amplification, PALA, was obtained from the Drug Synthesis Branch, Division of Cancer treatment, National Cancer Institute.

2. Methotrexate (MTX) was purchased from Sigma (St. Louis, MO).

3. Methylene blue solution: 0.4% methylene blue dissolved in 30% methanol solution.

4. 1% Acetic acid solution: 1% acetate in 50% methanol.

5. Crystal violet (CV) staining fixative: 0.5% CV in 80% methanol.

6. Dissolves PALA/MTX in ddH$_2$O to make 1,000× stock solution.

**_2.3. Analysis of Chromosomal Aberrations_**

_2.3.1. In Vitro Analysis of Chromosomal Aberrations in Cultured Cells_

1. Colcemid (10 μg/ml) is purchased from Gibco (now Invitrogen) or Ivine Scientific.

2. 0.5% Colchicine (Sigma C3915) in water (see recipe; store at −20°C).

3. 1-cc disposable syringes and 23 gauge needles.

4. 15-ml Conical centrifuge tubes (Corning #25310).

5. Hypotonic solution: 0.075 M KCl (0.56% KCl) in ddH$_2$O.

6. Fixative: 3 volume of methanol mixed with 1 volume of acetic acid.

7. Giemsa stain solution: (Dissolving one tablet in 100 ml ddH$_2$O and add 5 ml R66 solution. Both the tablet and R66 solution were purchased from BDH Laboratory Supplies (Poole, England)).

_2.3.2. Fluorescence In Situ Hybridization (Suitable for Chromosome Painting)_

1. Hybridization mixture: mix 2 ml 20× SSC at pH 5.8 and 10 ml formamide, add 2 g dextran sulfate on the top and vortex to mix. Then leave on bench top over night for dextran sulfate to dissolve. Aliquot and store in −20°C.

2. 20× SCC at pH 5.8 and pH 7.4: Mix thoroughly 175.3 g NaCl, 88.2 g sodium citrate in 800 ml ddH$_2$O. Adjust pH, adjust volume to 1 L, store at room temperature for up to 6 months.

3. 70% Formamide denaturation solution: 5 ml 20× SCC at pH 5.8 and 35 ml formamide in 10 ml ddH$_2$O. Store covered between uses. Discard after 2 months.

4. 50% Formamide in 2× SSC: 5 ml 20× SCC at pH 5.8 and 25 ml formamide in 20 ml ddH$_2$O. Store covered between uses. Discard after 2 months.

5. 2× SSC pH 7.4: 5 ml 20× SCC at pH 7.4 in 45 ml ddH$_2$O. Discard after use.

6. PN buffer: Use 0.1 M NaH$_2$PO$_4$ to adjust pH of the 0.1 M Na$_2$HPO$_4$ to achieve pH 8.0 and add 0.05% Nonidet® P-40. Autoclave and store up to 6 months.

7. For chromosome painting, whole chromosome probes for mouse chromosomes were purchased from Cambio Ltd, Cambridge, UK.

**_2.4. Detection of Aneuploid Cells by FACS Analysis_**

1. Wash buffer: PBS + 1% fetal bovine serum (FBS).

2. Fixative: cold 70% ethanol.

3. Staining buffer: propidium iodide (10 μg/ml) and ribonuclease A (100 μg/ml) in PBS.

18      Yan, Peng, and Li

4. Flow cytometry machine and ModFit LT cell-cycle analysis software (Verity Software House, Topsham, ME).

***2.5. Micronucleus Assay***

1. Cytochalasin B (Sigma, St. Louis, MO, USA) stock solution: 5 mg/ml dissolved in ethanol.

2. Carnoy fixative (ratio of volume: methanol:acetic acid = 3:1).

3. 2×SSC buffer with NP40: 2× sodium chloride–sodium citrate (SSC) buffer with 0.1% Nonidet® P 40 (NP 40).

4. Acridine orange (Sigma-Aldrich) staining buffer: 5–10 μg/ml acridine orange (AO) dissolved in 0.1 M sodium phosphate (pH 7.2) + equal volume of heptane.

5. Fluorescence microscope with FITC filter.

***2.6. Immunodetection for 8-oxodG in Mouse Tissues***

1. Fixative: acetone: Methanol (1:1).

2. M.O.M.™ Immunodetection Kit FLUORESCEIN (Catalog No. FMK-2201) is purchased from Vector Laboratories, Inc (Burlingame, CA 94010).

3. M.O.M.™ Mouse Ig Blocking Reagent: add two drops of stock solution to 2.5 ml of PBS.

4. M.O.M.™ Diluent: add 600 μl of protein concentrate stock solution to 7.5 ml of PBS.

5. M.O.M.™ Biotinylated Anti-Mouse IgG Reagent: add 10 μl of stock solution to 2.5 ml of M.O.M.™ diluent prepared above.

6. VECTOR ABC Reagent: add two drops of Reagent A to 2.5 ml PBS, mix and then add two drops of Reagent B and mix. Allow ABC Reagent to stand for 30 min prior to use.

7. DAB Enhancing Solution (cat# H-2200) or VECTOR VIP Substrate Kit (cat# SK-4600).

***2.7. Soft Agar Assay and Tumorigenesis Assay***

1. 10× agar stock: Boil 5% (w/v) bacto-agar (DIFCO, Detroit, MI) stock in distilled water, autoclave to sterilize, and store in 50-ml aliquots at room temperature.

2. Cell culture medium as appropriate for each cell line.

3. 6- to 8-week-old athymic nude mice were purchased from Charles River Laboratories, Raleigh, NC.

## 3. Methods

***3.1. Gene Amplification Assays***

Standard gene amplification measures the frequency of amplification of *cad* or *dhfr* gene. *cad* gene encodes carbamyl phosphate synthetase, aspartate transcarbamylase and dihyroorotase. *dhfr*

gene encodes dihydrofolate reductase. The sole known mechanism for PALA resistance is amplification of *cad* gene, therefore frequency of *cad* amplification can be quantified by clonogenic assay with PALA selection. Similarly, MTX can be used to quantify the frequency of *dhfr* gene amplification *(2)*.

1. 50% Lethal dosage ($LD_{50}$) of the drug has to be determined to decide the concentration of PALA or MTX for each cell line. (1) Seed $2–10 \times 10^3$ cells/well depending on the cell size (refer **Subheading 4**) into a 24-well plate; (2) Cells are grown in the presence of a concentration titration of PALA/MTX until the well of cells grow to confluence in the absence of PALA/MTX; (3) Wash cells once with PBS, then stain cells with methylene blue solution for 20 min; (4) Wash cells with distilled water 3–4 times then extract methylene blue with 1 ml 1% acetic acid solution; (5) Measure the absorbance OD650 at $\lambda = 650$ nm then make a graph to determine $LD_{50}$, the concentration that inhibited 50% cell growth *(3, 4)*.

2. For estimation of resistant clones, about $1–2 \times 10^6$ cells were seeded into each P10 dish (10-cm dish). Cells were then selected in $3.5–9 \times LD_{50}$ of PALA or MTX. Medium should be changed with fresh PALA/MTX every 3–5 days (*see* **Notes 1 and 2**).

3. At the same time when seeding the cells, seed 200–500 cells into at least three plates and let the cells grow in the absence of selective drugs for calculation of plating efficiency (PE). PE = number of colonies formed/number of cells seeded (*see* **Note 3**).

4. Resistant colonies usually appear in 2–3 weeks. Cells were fixed and stained with 0.5% crystal violet in 80% methanol. Colonies were counted subsequently (*see* **Note 4**).

5. Frequency of amplification is expressed as the number of resistant colonies relative to the number of colonies formed without PALA and MTX *(2, 5)*.

### 3.2. Analysis of Chromosomal Aberrations

#### 3.2.1. In Vitro Analysis of Chromosomal Aberrations in Cultured Cells

1. Colcemid® is added to the cell culture at a final concentration of 0.02 μg/ml. Harvest the cells by 5 min centrifuge at 400 × *g* 1–4 h later depending on how rapidly the cells grow (*see* **Note 5**).

2. Cells are resuspended in 10 ml 0.075 M KCl and incubated at 37°C water bath for 10–15 min (*see* **Note 6**).

3. 2 ml Fixative is added and mixed well at the end of incubation.

4. Cells are spun down and the supernatant is removed. Cells are resuspended in 10 ml fixative at room temperature.

5. **Step 4** is repeated once.

20       Yan, Peng, and Li

6. Cells are then collected by 5 min centrifuge at 400 × *g* and suspended in 0.5–2 ml fresh fixatives depending on the number of cells (addition of fixative should be just enough to make a thin cell suspension, solution in tube will look slightly opaque) (*see* **Note 7**). Cell suspension is then dropped onto cold wet slides. Cell concentration and cell spreading are monitored by phase contrast microscopy (*see* **Note 8**).

7. Slides are stained with 0.5% Wright stain or Giemsa stain for 10 min. Metaphase spreads are examined under oil immersion microscope for chromosomal aberrations including chromosome breaks, rings, dicentrics, terminal deletions and interstitious deletions (double minutes). The number of chromosome in each spread can be counted under a microscope to assess the abnormality in ploidy.

*3.2.2. In Vivo Analysis of Chromosomal Aberrations in Mouse Bone Marrow Cells*

This protocol was modified from the one published on The Jackson Laboratory website *(6)*.

1. Inject mouse with 0.1 cc of 0.5% colchicine (stock solution) intraperitoneally. Wait 30–60 min depending on the age of the mice, shorter for young mice and longer for old ones.

2. Sacrifice mouse and remove femur(s) and tibia(s).
*Early metaphases seem to be more prevalent in tibias.*

3. Cut off just enough of the bone heads to insert a 23 gauge needle into the marrow cavity.

4. Flush out cells into a conical centrifuge tube using a 1-cc syringe filled with 0.075 M KCl.

5. Incubate the tubes at 37°C for 10–15 min.

6. Centrifuge at 400 × *g* for 5 min in a clinical bench-top centrifuge.

7. Remove supernatant and add 0.5 ml of fixative without disturbing the pellet. Remove fixative after 3–4 s and add 2 ml fresh fixative without disturbing the pellet.

8. Allow tubes to sit at room temperature 30 min.
*The procedure can be interrupted at this point and resumed later. Always refrigerate cells if they are to be left standing in fixative longer than 30 min*

9. After 30 min centrifuge the cells at 400 × *g*, remove the fixative, and resuspend the cells in fresh fixative.

10. Repeat **step 9** once.

11. Continue as described in **steps 6** and 7 in **Subheading 3.2.1**.

*3.2.3. Fluorescence In Situ Hybridization (Suitable for Chromosome Painting)*

This protocol was modified from that published by Lichter et al. *(7)* and can be used for chromosome painting to study chromosome translocations.

| | |
|---|---|
| Pretreatment of Chromosome Slides | 1. Apply 20 µl of 100 µg/ml RNase to the target region of the slides at 37°C for 3 min. |

1. Apply 20 µl of 100 µg/ml RNase to the target region of the slides at 37°C for 3 min.

2. Wash two times for 3 min in 2× SSC.

3. Place slides in 0.01 N HCl containing 100 mg/L pepsin at 37°C for 5 min (*see* **Notes 9–11**).

4. Wash two times for 5 min in PBS.

5. Dehydrate the slides by placing in 70, 90, and 100% ethanol for 1 min each at room temperature.

6. Air-dry the slides and proceed to slide denaturation. Slides may be used immediately or store at –20°C.

**Denaturation of Chromosome Slides**

1. Denature the slides for 2 min in 70% formamide denaturation solution at 70°C. For old slides, denature extra 6 s for every 1 month of slides stored.

2. Immediately transfer slides to ice-cold 70% ethanol for 2 min to reduce strand reannealing before adding the probe.

3. Dehydrate slides by placing in 70, 90, and 100% ethanol for 2 min each at room temperature.

4. Allow slides to air-dry for a few minutes.

5. Prewarm slides to 37°C in an incubator.

**Probe Denaturation and Hybridization**

1. Mix thoroughly 0.5 µl fluorochrome labeled probe (~100 ng), 9 µl Hybridization mixture, 2 µl of Cot-1 DNA (~2 µg), and 3.5 µl water.

2. Denature the probe by incubating at 82°C for 10 min (this may be done in a PCR machine for convenience) (*see* **Note 12**).

3. Prehybridization of the probe mixture with excess unlabeled genomic or Cot-1 DNA (usually at least 20 times the amount of the probe DNA) for 30 min to 1 h at 37°C is necessary to reduce the diffuse hybridization of repetitive sequences in the probe to multiple chromosome sites.

4. Spin briefly to collect probe cocktail.

5. Apply the 15 µl denatured and prehybridized probe cocktail onto the denatured chromosome slide and overlay with a 22 × 22 mm coverslip.

6. Seal the coverslip with rubber cement to prevent evaporation during hybridization.

7. Place slides in a pre-warmed dark box and incubate 16–18 h at 37°C. Depending on the concentration and complexity of the probe, hybridization time may vary from overnight to several days without detrimental effects (*see* **Note 13**).

22      Yan, Peng, and Li

**Posthybridization Washing Steps**

1. Carefully remove rubber cement. Do not remove the coverslips.
2. Place slides 4 min each in two jars containing prewarmed 50% formamide in 2× SSC at 42°C. The coverslips will come off (*see* **Note 14**).
3. Place slide 4 min each in two jars containing prewarmed 2× SSC at 42°C.
4. Place slides 4 min each in two jars containing prewarmed PN buffer at 42°C.

**Detection**

1. Do not allow the slides to dry after the washing steps.
2. Apply 15 µl DAPI counterstain and antifade solution to the target area of the slides and apply coverslip.
3. Perform microscopic analysis.

*See* **Fig. 1** for an example of the FISH.



Fig. 1. Whole chromosome painting by FISH. MEF cells from CAD(+/+) and CAD(−/−) cells were irradiated with 4 Gy of γ-rays and then cultured for 12 days. Metaphase chromosome spreads were then prepared. Subsequently, chromosome painting was carried out for the chromosome spreads by use of fluorescently labeled whole chromosome 2 probes. The *top two panels* shows the fluorescent photomicrographs of typical spreads with normal (*left*) and translocated (*right*) chromosome 2. *Arrows* show the chromosomes that are involved in translocations. The *lower panel* shows elevated frequency of radiation-induced chromosome 2 translocations in embryonic fibroblast cells derived from CAD(−/−) mice. Results from three independent pairs of CAD(+/+) and CAD(−/−) mouse embryonic fibroblasts. For each condition, at least 100 metaphases were counted for each experimental point.

Molecular Analysis of Genetic Instability Caused by Chronic Inflammation    23

### 3.3. Detection of Aneuploid Cells by FACS Analysis

1. Cells were collected, washed with PBS + 1% FBS (*see* **Note 15**).

2. Cells are centrifuged and supernatant removed. Cold (4°C) 70% ethanol is added to the cell pellet drop by drop with gentle mixing to resuspend the cells. Fix the cells in cold ethanol for at least 3–6 h. At this point, cells can be left in the refrigerator for a couple of weeks.

3. Cells are centrifuged and stained with propidium iodide (10 μg/ml) and ribonuclease A (100 μg/ml) for at least 1 h but no more than 24–48 h.

4. Cells are then subjected to cell cycle analysis using FACS. A percentage of aneuploid cells was calculated with ModFit LT cell-cycle analysis software *(8)* (*see* **Notes 16–18**).

### 3.4. Micronucleus Assay

1. Cells were plated in the 6-well plates at about 20–30% confluence 24 h before treatment.

2. Treat cells with irradiation, TNFα or other genotoxic agents.

3. After treatment, cytochalasin B was added to the medium at the final concentration of 5 μg/ml and cultured for 48 h.

4. Then the medium was removed and the cells were rinsed with PBS and fixed by Carnoy fixative for 5 min. Then the cells were dried in the air.

5. Then the cells were immersed in the 2× SSC buffer with 0.1% NP 40 for 1 min.

6. After drying in the air, the cells were stained in acridine orange (AO) staining buffer for 2–5 min by gently shaking them (*see* **Note 19**).

7. Then the cells were washed with PBS and the micronuclei were scored under a fluorescent microscope. The criteria for identifying micronucleus is elaborated by Michael Fenech *(9)* (*see* **Notes 20–21**).

### 3.5. Immunodetection for 8-oxodG in Mouse Tissues

8-oxo-Deoxyguanosine (8-oxodG) is one of the major DNA lesions formed upon oxidative attack of DNA. It is an indicator of oxidative stress as well as a mutagenic adduct that has been associated with pathological states such as cancer and aging *(10)*. The only available oxodG antibody is mouse monoclonal. In order to decrease the background staining due to the presence of endogenous mouse immunoglobins in the mouse tissue, the M.O.M.™ immunodetection kit is used for the immunostaining. Below it is modified from the instruction of the kit.

1. The frozen tissue sections are fixed in ice-cold fixative (acetone:methanol = 1:1) for 10 min and then the slides are air-dried.

2. Wash sections in PBS for 4 min × 3 times.

24      Yan, Peng, and Li

3. Incubate sections with 0.3% hydrogen peroxide in 0.3% normal horse serum in PBS for 10 min to quench endogenous peroxidase activity.

4. Wash section 3 min × 3 in PBS.

5. Incubate sections for 1–4 h in working solution of M.O.M. mouse Ig blocking reagent.

6. Wash slides for about 3 × 3 min in PBS.

7. Incubate slides for 5 min in working solution of M.O.M. diluents (*see* **Note 22**).

8. Dilute 8-oxodG antibody in M.O.M. diluents to 1:1,000. Incubate section in diluted primary antibody for 30–60 min at room temperature or overnight at 4°C.

9. Wash slides for about 3 × 3 min in PBS.

10. Apply working solution of M.O.M. biotinylated anti-mouse IgG reagent and incubate sections for 10 min (*see* **Note 23**).

11. Wash slides for about 3 × 3 min in PBS.

12. Apply VECTASTAIN ABC reagent and incubate the sections for 5 min.

13. Wash slides for about 3 × 5 min in PBS.

14. Prepare and apply peroxidase substrate solution according to substrate kit instructions and develop for 2–10 min with DAB or 2–15 min with VECTOR VIP (*see* **Notes 24–25**).

*See* **Fig. 2** for an example of the staining.

### 3.6. Soft Agar Assay for Cellular Transformation

One of the best in vitro indicators of a potential malignant growth is the ability of cells to grow in an anchorage-independent manner. Growth in semi-solid agar media is the most common assay *(11)*.

1. Prepare the 0.5% agar bottom layer by mixing 1 volume of 5% agar (melted by microwave and cooled in 45°C water bath) with 9 volume of medium prewarmed to 45°C. Pipette 5 ml of the 0.5% agar/medium into each 60-mm dish and allow to solidify at room temperature (*see* **Note 26**).

2. Trypsinize the cells and prepare a serial dilutions of single cell suspension to $5 \times 10^4$, $2 \times 10^4$, $10^4$, $5 \times 10^3$, $2 \times 10^3$, $5 \times 10^2$, and $2 \times 10^2$ cells/ml.

3. Briefly warm 1 ml of each dilution of cell suspension to 40°C and mix it with 2 ml of the warm 0.5% agar/medium to a final concentration of 0.33% agar in a 15-ml tube, then transfer the cells to the hardened 0.5% agar base layer (*see* **Note 27**).

4. Incubate cells at 37°C in a humidified 5–10% $CO_2$ environment. Feed cells twice a week by dropwise addition of the growth medium. Score for the presence and frequency of colonies after 2–3 weeks (*see* **Note 28**).

Molecular Analysis of Genetic Instability Caused by Chronic Inflammation     25



Fig. 2. Induction of 8-OHdG by TNFα in mouse liver tissue. Expression of TNFα in mice was achieved by hydrodynamic delivery of N1-TNFα expression plasmid. Four micrograms of DNA in a calculated volume were injected into each mouse over a period of 5 s. Mice were sacrificed 7 h after injection and tissues were removed and frozen in liquid nitrogen and subsequently stained with an antibody specific to 8-OHdG. The staining of liver tissue is shown in the *upper panel*. Quantification of the 8-OHdG-positive cells is in the *lower panel*.

5. To confirm the tumorigenicity of the colonies that emerged in the soft agar assay, the colonies were picked, transferred into DMEM medium and expanded. Cells from each colony (about $3–5 \times 10^6$) were then injected subcutaneously into the right flanks of 6- to 8-week-old athymic nude mice. After inoculation, the incidence and growth of tumors were evaluated at least once a week for at least 16 weeks. Mice were sacrificed/dissected when tumor size reached 15 mm in diameter (*see* **Note 29**).

## 4. Notes

1. When seeding cells to each well of a 12-well plate to determine the $LD_{50}$, seed more cells (up to $10^4$) if the cells are small (such as HCT116), less cells ($2–5 \times 10^3$) if the cells are big such as fibroblasts.

2. To compare cad gene amplification between different cell lines, the concentration of PALA/MTX for each cell line is determined by its $LD_{50}$. Use the same times of $LD_{50}$ instead of the same concentration for each cell line.

3. Be very gentle when changing the medium, add the medium to the side of dishes in order not to flush the cell clumps and disperse them.

4. Only colonies with more than 50 cells are counted.

5. For slow growing cells such as fibroblasts, only the floating cells are collected for hypotonic incubation and fixation, every 3–5 h. Combine 2–3 harvests together. The cells in metaphase are round and not attached to the plate. Therefore we can concentrate these cells in this way.

6. Incubation in the hypotonic solution should not exceed 15 min otherwise the chromosome will be fussy; When resuspending the cells after spinning them down, suck out all but 200 μl supernatant and resuspend the cells in this 200 leftover, then resuspend them to the final large volume.

7. Cells can be stored at 4°C for a couple of days at **step 4**. Cells can be stored in methanol at –20°C for longer time if necessary.

8. Dropping cell suspension onto slides is done in a blowing hood to accelerate drying for good spreading. Slides should be tilted and the height to drop is about 20–30 cm. Slides should be cleaned by detergent and water followed by ethanol and dried in the air before use.

9. Careful chromosome slide preparation is the first essential step of a successful hybridization. Usually prepare slides 1 day prior to hybridization. For a long-term storage, keep slides in a desiccator at –20°C. To use freshly made slides, incubate slides in 90°C oven for 10 min, followed by a 60-min incubation in 2× SSC at 37°C and dehydration in 70, 90, and 100% ethanol for 2 min each.

10. Slide pretreatment procedure may not be necessary if it is very clean. Enzymatic treatments reduce the background by digesting RNA and change the accessibility of the chromosome DNA by removing the cytoplasmic proteins.

11. For experiment of one slide, place the Coplin jar containing 70% formamide denaturation solution in the 70°C water bath approximately 30 min prior to use to bring the denaturation solution to 70°C. For every extra slide, increase the temperature setting 0.5°C to maintain the denaturation temperature at 70°C. Immerse no more than four slides in the solution simultaneously.

12. Start the probe denaturation during pretreatment and denaturation of chromosome slides. Time the procedure so that it is completed approximately the same time as the slide denaturation.

13. To prevent photo bleaching, handle all reagents and slides containing fluorochromes in reduced light.

14. Place the six Coplin jars containing two jars each of the 50% formamide in 2× SSC, 2× SSC, and PN buffer in the 42°C water bath approximately 30 min prior to use to bring the washing solutions to 42°C.

15. A normal diploid control should be set for each analysis. The best normal control is peripheral blood lymphocytes or bone marrow cells.

16. When comparing different samples, in order for the analysis to be accurate, equal amount of PI staining buffer should be added to stain equal amount of cells of different samples.

17. Cells should be analyzed within 24 h after staining for the best result.

18. The analysis should be performed by an experienced flow cytometry expert using the ModFit LT cell-cycle analysis software. Since researchers are generally not familiar with this software, it is important to have someone with experience to analyze the data.

19. The AO solution mixed with hepatan form two layers. Take the lower portion containing AO to stain the cells.

20. If the nuclei look fussy under microscope when dry, 0.5 ml PBS can be added to the well and the image will become clear.

21. For the criteria of identifying MN or other nuclear abnormalities reflecting DNA damages such as the bridge reference can be seen in ?, *see (9)*.

22. There are two tricks in decreasing the background caused by endogenous mouse Ig: (1) Permeabilize the tissue with 0.2% Triton X100 in PBS for 20 min at 4°C so that the endogenous Ig can be washed away in the following wash steps; (2) Use acetone instead of paraformaldehyde for fixation because paraformaldehyde can cross link proteins and make it hard to wash the endogenous Ig away.

23. Not all background present in a tissue section will be caused by endogenous mouse IgG. Appropriate negative control sections should be run in parallel, to rule out other possible causes of background.

24. Development times may differ depending upon the level of antigen, the intensity of the stain that is required or the substrate used.

25. During the staining procedure, do not allow the section to dry out. If necessary, use a humidified chamber for incubations.

26. The 0.5% agar/medium and the melted 5% agar should be kept in 45°C water baths during the experiment. They quickly solidify at room temperature.

27. In **step 3**, mixing the cell suspension with the 0.5% agar/medium should be done promptly and thoroughly before it solidifies.

28. It usually takes about 3 weeks for the colonies to form. Those with >50 cells are counted as transformed colonies.

29. The limitations of this assay are reflected in the observations that some normal cells do grow in suspension, and that many human tumor cells fail to grow in suspension *(11)*. Therefore, the transformation property of cells forming soft agar colonies should be confirmed by tumorigenesis assay by inoculating cells into nude mice and observing tumor formation. Focus-formation assay can also be used to test cells that do not form colonies in soft agar medium.

## References

1. Yan, B., Wang, H., Rabbani, Z.N., Zhao, Y., Li, W., Yuan, Y., Li, F., Dewhirst, M.W., and Li, C.Y. (2006) Tumor necrosis factor-alpha is a potent endogenous mutagen that promotes cellular transformation. *Cancer Res* **66**, 11565–11570.

2. Yan, B., Wang, H., Peng, Y., et al. (2006) A unique role of the DNA fragmentation factor in maintaining genomic stability. *Proc Natl Acad Sci U S A* **103**, 1504–1509.

3. Yin, Y., Tainsky, M.A., Bischoff, F.Z., Strong, L.C., and Wahl, G.M. (1992) Wild-type p53 restores cell cycle control and inhibits gene amplification in cells with mutant p53 alleles. *Cell* **70**, 937–948.

4. Livingstone, L.R., White, A., Sprouse, J., Livanos, E., Jacks, T., and Tlsty, T.D. (1992) Altered cell cycle arrest and gene amplification potential accompany loss of wild-type p53. *Cell* **70**, 923–935.

5. Chen, S., Bigner, S.H., and Modrich, P. (2001) High rate of CAD gene amplification in human cells deficient in MLH1 or MSH6. *Proc Natl Acad Sci U S A* **98**, 13802–13807.

6. Davisson, M.T. (2003) Mitotic Chromosome Preparations from Bone Marrow. The Jackson Laboratory Website (http://www.jax.org/cyto/marrow_preps_alt.html).

7. Lichter, P., Ledbetter, S.A., Ledbetter, D.H., and Ward, D.C. (1990) Fluorescence in situ hybridization with Alu and L1 polymerase chain reaction probes for rapid characterization of human chromosomes in hybrid cell lines. *Proc Natl Acad Sci U S A* **87**, 6634–6638.

8. Yan, B., Wang, H., Wang, H., et al. (2006) Apoptotic DNA fragmentation factor maintains chromosome stability in a P53-independent manner. *Oncogene* **25**, 5370–5376.

9. Fenech, M. (2000) The in vitro micronucleus technique. *Mutat Res* **455**, 81–95.

10. de Souza-Pinto, N.C., Eide, L., Hogue, B.A., Thybo, T., Stevnsner, T., Seeberg, E., Klungland, A., and Bohr, V.A. (2001) Repair of 8-oxodeoxyguanosine lesions in mitochondrial DNA depends on the oxoguanine DNA glycosylase (OGG1) gene and 8-oxoguanine accumulates in the mitochondrial DNA of OGG1-defective mice. *Cancer Res* **61**, 5378–5381.

11. Cox, A.D., and Der, C.J.D. (1994) Biological assays for cellular transformation. *Methods Enzymol* **238**, 277–294.

Exhibit 83

## REVIEW

# Hallmarks of Cancer: New Dimensions 

Douglas Hanahan

**ABSTRACT**   The hallmarks of cancer conceptualization is a heuristic tool for distilling the vast complexity of cancer phenotypes and genotypes into a provisional set of underlying principles. As knowledge of cancer mechanisms has progressed, other facets of the disease have emerged as potential refinements. Herein, the prospect is raised that phenotypic plasticity and disrupted differentiation is a discrete hallmark capability, and that nonmutational epigenetic reprogramming and polymorphic microbiomes both constitute distinctive enabling characteristics that facilitate the acquisition of hallmark capabilities. Additionally, senescent cells, of varying origins, may be added to the roster of functionally important cell types in the tumor microenvironment.

**Significance:** Cancer is daunting in the breadth and scope of its diversity, spanning genetics, cell and tissue biology, pathology, and response to therapy. Ever more powerful experimental and computational tools and technologies are providing an avalanche of "big data" about the myriad manifestations of the diseases that cancer encompasses. The integrative concept embodied in the hallmarks of cancer is helping to distill this complexity into an increasingly logical science, and the provisional new dimensions presented in this perspective may add value to that endeavor, to more fully understand mechanisms of cancer development and malignant progression, and apply that knowledge to cancer medicine.

Downloaded from http://aacrjournals.org/cancerdiscovery/article-pdf/12/1/31/3052722/31.pdf by guest on 25 June 2024

## INTRODUCTION

The Hallmarks of Cancer were proposed as a set of functional capabilities acquired by human cells as they make their way from normalcy to neoplastic growth states, more specifically capabilities that are crucial for their ability to form malignant tumors. In these articles (1, 2), Bob Weinberg and I enumerated what we imagined were shared commonalities that unite all types of cancer cells at the level of cellular phenotype. The intent was to provide a conceptual scaffold that would make it possible to rationalize the complex phenotypes of diverse human tumor types and variants in terms of a common set of underlying cellular parameters. Initially we envisaged the complementary involvement of six distinct hallmark capabilities and later expanded this number to eight. This formulation was influenced by the recognition that human cancers develop as products of multistep processes, and that the acquisition of these functional capabilities might be mapped in some fashion to the distinguishable steps of tumor pathogenesis. Certainly, the diversity of malignant pathogenesis spanning multiple tumor types and an increasing plethora of subtypes includes various aberrations (and hence acquired capabilities and characteristics) that are the result of tissue-specific barriers necessarily circumvented during particular tumorigenesis pathways. While appreciating that such specialized mechanisms can be instrumental, we limited the hallmarks designation to parameters having broad engagement across the spectrum of human cancers.

The eight hallmarks currently comprise (Fig. 1, left) the acquired capabilities for sustaining proliferative signaling, evading growth suppressors, resisting cell death, enabling replicative immortality, inducing/accessing vasculature, activating invasion and metastasis, reprogramming cellular metabolism, and avoiding immune destruction. In the most recent elaboration of this concept (2), deregulating cellular metabolism and avoiding immune destruction were segregated as "emerging hallmarks," but now, eleven years later, it is evident that they, much like the original six, can be considered core hallmarks of cancer, and are included as such in the current depiction (Fig. 1, left).

As we noted at the time, these hallmark traits, on their own, fail to address the complexities of cancer pathogenesis, that is, the precise molecular and cellular mechanisms that allow evolving preneoplastic cells to develop and acquire these aberrant phenotypic capabilities in the course of tumor development and malignant progression. Accordingly, we added another concept to the discussion, portrayed as "enabling characteristics," consequences of the aberrant condition of neoplasia that provide means by which cancer cells and tumors can adopt these functional traits. As such, the

Ludwig Institute for Cancer Research – Lausanne Branch, Lausanne, Switzerland. The Swiss Institute for Experimental Cancer Research (ISREC) within the School of Life Sciences at the Swiss Federal Institute of Technology Lausanne (EPFL), Lausanne, Switzerland. The Swiss Cancer Center Leman (SCCL), Lausanne, Switzerland.

**Corresponding Author:** Douglas Hanahan, Agora Translational Cancer Research Center, Rue du Bugnon 25A, Lausanne CH-1011, Switzerland. Phone: 41-21-545-1119; E-mail: douglas.hanahan@epfl.ch

Cancer Discov 2022;12:31–46

**doi:** 10.1158/2159-8290.CD-21-1059

©2021 American Association for Cancer Research



**Figure 1.** In essence: the Hallmarks of Cancer, circa 2022. Left, the Hallmarks of Cancer currently embody eight hallmark capabilities and two enabling characteristics. In addition to the six acquired capabilities—Hallmarks of Cancer—proposed in 2000 (1), the two provisional "emerging hallmarks" introduced in 2011 (2)—cellular energetics (now described more broadly as "reprogramming cellular metabolism") and "avoiding immune destruction"—have been sufficiently validated to be considered part of the core set. Given the growing appreciation that tumors can become sufficiently vascularized either by switching on angiogenesis or by co-opting normal tissue vessels (128), this hallmark is also more broadly defined as the capability to induce or otherwise access, principally by invasion and metastasis, vasculature that supports tumor growth. The 2011 sequel further incorporated "tumor-promoting inflammation" as a second enabling characteristic, complementing overarching "genome instability and mutation," which together were fundamentally involved in activating the eight hallmark (functional) capabilities necessary for tumor growth and progression. Right, this review incorporates additional proposed emerging hallmarks and enabling characteristics involving "unlocking phenotypic plasticity," "nonmutational epigenetic reprogramming," "polymorphic microbiomes," and "senescent cells." The hallmarks of cancer graphic has been adapted from Hanahan and Weinberg (2).

enabling characteristics reflected upon molecular and cellular mechanisms by which hallmarks are acquired rather than the aforementioned eight capabilities themselves. These two enabling processes were genome instability and tumor-promoting inflammation.

We further recognized that the tumor microenvironment (TME), herein defined to be composed of heterogeneous and interactive populations of cancer cells and cancer stem cells along with a multiplicity of recruited stromal cell types—the transformed parenchyma and the associated stroma—is now widely appreciated to play an integral role in tumorigenesis and malignant progression.

Given the continued interest in these formulations and our enduring intent to encourage ongoing discussion and refinement of the Hallmarks scheme, it is appropriate to consider a frequently posed question: are there additional features of this conceptual model that might be incorporated, respecting the need to ensure that they are broadly applicable across the spectrum of human cancers? Accordingly, I present several prospective new hallmarks and enabling characteristics, ones that might in due course become incorporated as core components of the hallmarks of cancer conceptualization. These parameters are "unlocking phenotypic plasticity," "nonmutational epigenetic reprogramming," "polymorphic microbiomes," and "senescent cells" (Fig. 1, right). Importantly, the examples presented in support of these propositions are illustrative but by no means comprehensive, as there is a growing and increasingly persuasive body of published evidence in support of each vignette.

## UNLOCKING PHENOTYPIC PLASTICITY

During organogenesis, the development, determination, and organization of cells into tissues in order to assume homeostatic functions is accompanied by terminal differentiation, whereby progenitor cells—sometimes irrevocably—stop growing upon culmination of these processes. As such, the end result of cellular differentiation is in most cases antiproliferative and constitutes a clear barrier to the continuing proliferation that is necessary for neoplasia. There is increasing evidence that unlocking the normally restricted capability for phenotypic plasticity in order to evade or escape from the state of terminal differentiation is a critical component of cancer pathogenesis (3). This plasticity can operate in several manifestations (Fig. 2). Thus, nascent cancer cells originating from a normal cell that had advanced down a pathway approaching or assuming a fully differentiated state may reverse their course by dedifferentiating back to progenitor-like cell states. Conversely, neoplastic cells arising from a progenitor cell that is destined to follow a pathway leading to end-stage differentiation may short-circuit the process, maintaining the expanding cancer cells in a partially differentiated, progenitor-like state. Alternatively, transdifferentiation may operate, in which cells that were initially committed into one differentiation pathway switch to an entirely different developmental program, thereby acquiring tissue-specific traits that were not preordained by their normal cells-of-origin. The following examples support the argument that differing forms of cellular plasticity,

Downloaded from http://aacrjournals.org/cancerdiscovery/article-pdf/12/1/31/3052722/31.pdf by guest on 25 June 2024

Hallmarks of Cancer: New Dimensions



**Figure 2.** Unlocking phenotypic plasticity. Left, phenotypic plasticity is arguably an acquired hallmark capability that enables various disruptions of cellular differentiation, including (i) dedifferentiation from mature to progenitor states, (ii) blocked (terminal) differentiation from progenitor cell states, and (iii) transdifferentiation into different cell lineages. Right, depicted are three prominent modes of disrupted differentiation integral to cancer pathogenesis. By variously corrupting the normal differentiation of progenitor cells into mature cells in developmental lineages, tumorigenesis and malignant progression arising from cells of origin in such pathways is facilitated. The hallmarks of cancer graphic has been adapted from Hanahan and Weinberg (2).

Downloaded from http://aacrjournals.org/cancerdiscovery/article-pdf/12/1/31/3052722/31.pdf by guest on 25 June 2024

when taken together, constitute a functionally distinct hallmark capability.

## Dedifferentiation

Colon carcinogenesis exemplifies disrupted differentiation, in that there is a teleological necessity for incipient cancer cells to escape from the conveyer belt of terminal differentiation and exfoliation, which could in principle occur via dedifferentiation of not yet irrevocably terminally differentiated colonic epithelial cells, or via blocked differentiation of progenitor/stem cells in the crypts that spawn these differentiating cells. Both differentiated cells and stem cells have been implicated as cell-of-origin for colon cancer (4–6). Two developmental transcription factors (TF), the homeobox protein HOXA5 and SMAD4, the latter involved in BMP signal transmission, are highly expressed in differentiating colonic epithelial cells, and typically lost in advanced colon carcinomas, which characteristically express markers of stem and progenitor cells. Functional perturbations in mouse models have shown that forced expression of HOXA5 in colon cancer cells restores differentiation markers, suppresses stem cell phenotypes, and impairs invasion and metastasis, providing a rationale for its characteristic downregulation (7, 8). SMAD4, by contrast, both enforces differentiation and thereby suppresses proliferation driven by oncogenic WNT signaling, revealed by the engineered loss of SMAD4 expression, providing an explanation for its loss of expression so as to enable dedifferentiation and, subsequently, WNT-driven hyperproliferation (5). Notably, the loss of both of these "differentiation suppressors" with consequent dedifferentiation is associated with acquisition of other hallmark capabilities, as are other hallmark-inducing regulators, which complicates

the strict definition of this provisional hallmark as separable and independent.

Another line of evidence involves suppressed expression of the *MITF* master regulator of melanocyte differentiation, which is evidently involved in the genesis of aggressive forms of malignant melanoma. Loss of this developmental TF is associated with the reactivation of neural crest progenitor genes and the downregulation of genes that characterize fully differentiated melanocytes. The reappearance of the neural crest genes indicates that these cells revert to the progenitor state from which melanocytes arise developmentally. Moreover, a lineage tracing study of *BRAF*-induced melanomas established mature pigmented melanocytes as the cells of origin, which undergo dedifferentiation during the course of tumorigenesis (9). Of note, the mutant *BRAF* oncogene, which is found in more than half of cutaneous melanomas, induces hyperproliferation that precedes and hence is mechanistically separable from the subsequent dedifferentiation arising from downregulation of *MITF*. Another study functionally implicated upregulation of the developmental TF *ATF2*, whose characteristic expression in mouse and human melanomas indirectly suppresses *MITF1*, concomitant with malignant progression of the consequently dedifferentiated melanoma cells (10). Conversely, expression in melanomas of mutant forms of *ATF2* that fail to repress *MITF* results in well-differentiated melanomas (11).

Additionally, a recent study (12) has associated lineage dedifferentiation with malignant progression from pancreatic islet cell neoplasias into metastasis-prone carcinomas; these neuroendocrine cells and derivative tumors arise from a developmental lineage that is distinct from the one generating the far larger number of adjacent cells that form the exocrine and pancreas and the ductal adenocarcinomas

AACR American Association for Cancer Research

Downloaded from http://aacrjournals.org/cancerdiscovery/article-pdf/12/1/31/3052722/31.pdf by guest on 25 June 2024

that arise therefrom. Notably, the multistep differentiation pathway of islet progenitor cells into mature β cells has been thoroughly characterized (13). Comparative transcriptome profiling reveals that adenoma-like islet tumors are most similar to immature but differentiated insulin-producing β cells, whereas the invasive carcinomas are most similar to embryonic islet cell precursors. The progression toward poorly differentiated carcinomas involves a first step of dedifferentiation that does not initially involve increased proliferation or reduced apoptosis when compared with the well-differentiated adenomas, both of which rather occur later. Thus, the discrete step of dedifferentiation is not driven by observable alterations in the hallmark traits of sustained proliferation and resistance to apoptosis. Rather, upregulation of a miRNA previously implicated in specifying the islet progenitor state, one that is downregulated during terminal differentiation of β cells, has been shown to orchestrate the observed dedifferentiation occurring during malignant progression (12).

## Blocked Differentiation

While the above examples illustrate how suppression of differentiation factor expression can facilitate tumorigenesis by enabling more well-differentiated cells to dedifferentiate into progenitors, in other cases incompletely differentiated progenitor cells can suffer regulatory changes that actively block their continued advance into fully differentiated, typically nonproliferative states.

Acute promyelocytic leukemia (APL) has long been documented to result from a chromosomal translocation that fuses the *PML* locus with the gene encoding the retinoic acid α nuclear receptor (RARα). Myeloid progenitor cells bearing such translocations are evidently unable to continue their usual terminal differentiation into granulocytes, resulting in cells trapped in a proliferative, promyelocytic progenitor stage (14). Proof-of-concept of this scheme comes from treating cultured APL cells, mouse models of this disease, as well as afflicted patients, with retinoic acid, the ligand of RARα; this therapeutic treatment causes the neoplastic APL cells to differentiate into ostensibly mature nonproliferating granulocytes, short-circuiting their continuing proliferative expansion (14–16).

A variation on this theme involves another form of acute myeloid leukemia, this one carrying the t(8;21) translocation, which produces the AML1–ETO fusion protein. This protein can, on its own, transform myeloid progenitors, at least in part by blocking their differentiation. Therapeutic intervention in mouse models and in patients with a pharmacologic inhibitor of a chromatin-modifying histone deacetylase (HDAC) causes the myeloid leukemia cells to recommence their differentiation into cells with a more mature myeloid cell morphology. Concomitant with this response is a reduction in proliferative capacity, thereby impairing the progression of this leukemia (17, 18).

A third example, in melanoma, involves a developmental TF, *SOX10*, which is normally downregulated during melanocyte differentiation. Gain- and loss-of-function studies in a zebrafish model of *BRAF*-induced melanoma have demonstrated that aberrantly maintained expression of *SOX10* blocks differentiation of neural progenitor cells into melanocytes, enabling *BRAF*-driven melanomas to form (19).

Other examples of differentiation modulators involve the metabolite alpha-ketoglutarate (αKG), a necessary cofactor for a number of chromatin-modifying enzymes, which is demonstrably involved in stimulating certain differentiated cell states. In pancreas cancer, the tumor suppressor p53 stimulates the production of αKG and maintenance of a more well-differentiated cell state, whereas prototypical loss of p53 function results in reductions in αKG levels and consequent dedifferentiation associated with malignant progression (20). In one form of liver cancer, mutation of an isocitrate dehydrogenase gene (*IDH1/2*) results in the production not of differentiation-inducing αKG but rather a related "oncometabolite," D-2-hydroxygluterate (D2HG), which has been shown to block hepatocyte differentiation from liver progenitor cells by D2HG-mediated repression of a master regulator of hepatocyte differentiation and quiescence, HNF4a. The D2HG-mediated suppression of HNF4a function elicits a proliferative expansion of the hepatocyte progenitor cells in the liver, which become susceptible to oncogenic transformation upon subsequent mutational activation of the *KRAS* oncogene that drives malignant progression to liver cholangiocarcinoma (21). Mutant IDH1/2 and their oncometabolite D2HG are also operative in a variety of myeloid and other solid tumor types, where D2HG inhibits αKG-dependent dioxygenases necessary for histone and DNA methylation events that mediate alterations in chromatin structure during developmental lineage differentiation, thereby freezing incipient cancer cells in a progenitor state (22, 23).

An additional, related concept is "circumvented differentiation," wherein partially or undifferentiated progenitor/ stem cells exit the cell cycle and become dormant, residing in protective niches, with the potential to reinitiate proliferative expansion (24), albeit still with the selective pressure to disrupt their programmed differentiation in one way or another.

## Transdifferentiation

The concept of transdifferentiation has long been recognized by pathologists in the form of tissue metaplasia, wherein cells of a particular differentiated phenotype markedly change their morphology to become clearly recognizable as elements of another tissue, of which one prominent example is Barrett's esophagus, where chronic inflammation of the stratified squamous epithelium of the esophagus induces transdifferentiation into a simple columnar epithelium that is characteristic of the intestine, thereby facilitating the subsequent development of adenocarcinomas, and not the squamous cell carcinomas that would be anticipated to arise from this squamous epithelium (3). Now, molecular determinants are revealing mechanisms of transdifferentiation in various cancers, both for cases where gross tissue metaplasia is evident and for others where it is rather more subtle, as the following examples illustrate.

One illuminating case for transdifferentiation as a discrete event in tumorigenesis involves pancreatic ductal adenocarcinoma (PDAC), wherein one of the implicated cells of origin, the pancreatic acinar cell, can become transdifferentiated into a ductal cell phenotype during the initiation of neoplastic development. Two TFs—PTF1a and MIST1— govern, via their expression in the context of self-sustaining, "feed-forward" regulatory loops, the specification and

maintenance of the differentiated pancreatic acinar cell state (25). Both of these TFs are frequently downregulated during neoplastic development and malignant progression of human and mouse PDAC. Functional genetic studies in mice and cultured human PDAC cells have demonstrated that experimentally forced expression of *PTF1a* impairs *KRAS*-induced transdifferentiation and proliferation, and can also force the redifferentiation of already neoplastic cells into a quiescent acinar cell phenotype (26). Conversely, suppression of *PTF1a* expression elicits acinar-to-ductal metaplasia, namely transdifferentiation, and thereby sensitizes the duct-like cells to oncogenic *KRAS* transformation, accelerating subsequent development of invasive PDAC (27). Similarly, forced expression of *MIST1* in *KRAS*-expressing pancreas also blocks transdifferentiation and impairs the initiation of pancreatic tumorigenesis otherwise facilitated by the formation of premalignant duct-like (PanIN) lesions, whereas genetic deletion of *MIST1* enhances their formation and the transdifferentiation and neoplastic progression (28). Loss of either *PTF1* or *MIST1* expression during tumorigenesis is associated with elevated expression of another developmental regulatory TF, *SOX9*, which is normally operative in the specification of ductal cells (27, 28). Forced upregulation of *SOX9*, obviating the need to downregulate *PTF1a* and *MIST1*, has also been shown to stimulate transdifferentiation of acinar cells into a ductal cell phenotype that is sensitive to *KRAS*-induced neoplasia (29), implicating *SOX9* as a key functional effector of their downregulation in the genesis of human PDAC. Thus, three TFs that regulate pancreatic differentiation can be variously altered to induce a transdifferentiated state that facilitates—in the context of mutational activation of *KRAS*—oncogenic transformation and the initiation of tumorigenesis and malignant progression.

Additional members of the SOX family of chromatin-associated regulatory factors are on the one hand broadly associated both with cell fate specification and lineage switching in development (30), and on the other with multiple tumor-associated phenotypes (31). Another salient example of SOX-mediated transdifferentiation involves a mechanism of therapeutic resistance in prostate carcinomas. In this case, loss of the RB and p53 tumor suppressors—whose absence is characteristic of neuroendocrine tumors—in response to antiandrogen therapy is necessary but not sufficient for the frequently observed conversion of well-differentiated prostate cancer cells into carcinoma cells that have entered a differentiation lineage with molecular and histologic features of neuroendocrine cells, which notably do not express the androgen receptor. In addition to loss of RB and p53, the acquired resistance to antiandrogen therapy requires upregulated expression of the *SOX2* developmental regulatory gene, which is demonstrably instrumental in inducing transdifferentiation of the therapy-responsive adenocarcinoma cells into derivatives that reside in a neuroendocrine cell state that is refractory to the therapy (32).

A third example also reveals transdifferentiation as a strategy employed by carcinoma cells to avoid elimination by a lineage-specific therapy, in this case involving basal cell carcinomas (BCC) of the skin treated with a pharmacologic inhibitor of the Hedgehog-Smoothened (HH/SMO)

oncogenic signaling pathway known to drive the neoplastic growth of these cells (33). Drug-resistant cancer cells switch, via broad epigenetic shifts in specific chromatin domains and the altered accessibility of two superenhancers, to a developmentally related but distinct cell type. The newly gained phenotypic state of the BCC cells enables them to sustain expression of the *WNT* oncogenic signaling pathway, which in turn imparts independence from the drug-suppressed *HH/SMO* signaling pathway (34). As might be anticipated from this transdifferentiation, the transcriptome of the cancer cells shifts from a gene signature reflecting the implicated cell-of-origin of BCCs, namely the stem cells of hair follicle bulge, to one indicative of the basal stem cells that populate the interfollicular epidermis. Such transdifferentiation to enable drug resistance is being increasingly documented in different forms of cancer (35).

Developmental lineage plasticity also appears to be prevalent among the major subtypes of lung carcinomas, that is, neuroendocrine carcinomas [small-cell lung cancer (SCLC)] and adenocarcinomas + squamous cell carcinomas [collectively non–small cell lung cancer (NSCLC)]. Single-cell RNA sequencing has revealed remarkably dynamic and heterogeneous interconversion among these subtypes as well as distinct variations thereof during the stages in lung tumorigenesis, subsequent malignant progression, and responses to therapy (36–38). Thus, rather than the simple conceptualization of a pure clonal switch from one lineage into another, these studies paint a much more complex picture, of dynamically interconverting subpopulations of cancer cells exhibiting characteristics of multiple developmental lineages and stages of differentiation, a sobering realization in regard to lineage-based therapeutic targeting of human lung cancer. Regulatory determinants of this dynamic phenotypic plasticity are beginning to be identified (37, 39, 40).

## Synopsis

The three classes of mechanism described above highlight selective regulators of cellular plasticity that are separable—at least in part—from core oncogenic drivers and other hallmark capabilities. Beyond these examples lies a considerable body of evidence associating many forms of cancer with disrupted differentiation concomitant with the acquisition of transcriptome signatures and other phenotypes—for example, histologic morphology—associated with progenitor or stem cell stages observed in the corresponding normal tissue-of-origin or in other more distantly related cell types and lineages (41–43). As such, these three subclasses of phenotypic plasticity—dedifferentiation of mature cells back to progenitor states, blocked differentiation to freeze developing cells in progenitor/stem cell states, and transdifferentiation to alternative cell lineages—appear to be operative in multiple cancer types during primary tumor formation, malignant progression, and/or response to therapy. There are, however, two conceptual considerations. First, dedifferentiation and blocked differentiation are likely intertwined, being indistinguishable in many tumor types where the cell-of-origin—differentiated cell or progenitor/stem cell—is either unknown or alternatively involved. Second, the acquisition or maintenance of progenitor cell phenotypes and loss of differentiated

Downloaded from http://aacrjournals.org/cancerdiscovery/article-pdf/12/1/31/3052722/31.pdf by guest on 25 June 2024



Nonmutational
epigenetic reprogramming

**Figure 3.** Nonmutational epigenetic reprogramming. Much as during embryogenesis and tissue differentiation and homeostasis, growing evidence makes the case that instrumental gene-regulatory circuits and networks in tumors can be governed by a plethora of corrupted and co-opted mechanisms that are independent from genome instability and gene mutation. The hallmarks of cancer graphic has been adapted from Hanahan and Weinberg (2).

Downloaded from http://aacrjournals.org/cancerdiscovery/article-pdf/12/1/31/3052722/31.pdf by guest on 25 June 2024

features is in most cases an imprecise reflection of the normal developmental stage, being immersed in a milieu of other hallmark-enabling changes in the cancer cell that are not present in naturally developing cells. In addition, yet another form of phenotypic plasticity involves cell senescence, discussed more generally below, wherein cancer cells induced to undergo ostensibly irreversible senescence are instead able to escape and resume proliferative expansion (44). Finally, as with other hallmark capabilities, cellular plasticity is not a novel invention or aberration of cancer cells, but rather the corruption of latent but activatable capabilities that various normal cells use to support homeostasis, repair, and regeneration (45).

Collectively, these illustrative examples encourage consideration of the proposition that unlocking cellular plasticity to enable various forms of disrupted differentiation constitutes a discrete hallmark capability, distinguishable in regulation and cellular phenotype from the well-validated core hallmarks of cancer (Fig. 2).

## NONMUTATIONAL EPIGENETIC REPROGRAMMING

The enabling characteristic of genome (DNA) instability and mutation is a fundamental component of cancer formation and pathogenesis. At present, multiple international consortia are cataloging mutations across the genome of human cancer cells, doing so in virtually every type of human cancer, at different stages of malignant progression,

including metastatic lesions, and during the development of adaptive resistance to therapy. One result is the now widespread appreciation that mutations in genes that organize, modulate, and maintain chromatin architecture, and thereby globally regulate gene expression, are increasingly detected and functionally associated with cancer hallmarks (46–48).

There is, in addition, a case to be made for another apparently independent mode of genome reprogramming that involves purely epigenetically regulated changes in gene expression, one that might be termed "nonmutational epigenetic reprogramming" (Fig. 3). Indeed, the proposition of mutation-less cancer evolution and purely epigenetic programming of hallmark cancer phenotypes was raised almost a decade ago (49) and is increasingly discussed (46, 50–52).

The concept of nonmutational epigenetic regulation of gene expression is of course well established as the central mechanism mediating embryonic development, differentiation, and organogenesis (53–55). In the adult, for example, long-term memory involves changes in gene and histone modification, in chromatin structure, and in the triggering of gene expression switches that are stably maintained over time by positive and negative feedback loops (56, 57). Growing evidence supports the proposition that analogous epigenetic alterations can contribute to the acquisition of hallmark capabilities during tumor development and malignant progression. A few examples are presented below in support of this hypothesis.

## Microenvironmental Mechanisms of Epigenetic Reprogramming

If not solely as consequence of oncogenic mutations, how then is the cancer cell genome reprogrammed? A growing body of evidence indicates that the aberrant physical properties of the tumor microenvironment can cause broad changes in the epigenome, from which changes beneficial to the phenotypic selection of hallmark capabilities can result in clonal outgrowth of cancer cells with enhanced fitness for proliferative expansion. One common characteristic of tumors (or regions within tumors) is hypoxia, consequent to insufficient vascularization. Hypoxia, for example, reduces the activity of the TET demethylases, resulting in substantive changes in the methylome, in particular hypermethylation (58). Insufficient vascularization likely also limits the bioavailability of critical blood-borne nutrients, and nutrient deprivation has been shown for example to alter translational control and consequently enhance the malignant phenotype of breast cancer cells (59).

A persuasive example of hypoxia-mediated epigenetic regulation involves a form of invariably lethal pediatric ependymoma. Like many embryonic and pediatric tumors, this form lacks recurrent mutations, in particular a dearth of driver mutations in oncogenes and tumor suppressors. Rather, the aberrant growth of these cancer cells is demonstrably governed by a gene regulatory program induced by hypoxia (60, 61). Notably, the putative cell-of-origin of this cancer resides in a hypoxic compartment, likely sensitizing cells resident therein to the initiation of tumorigenesis by as yet unknown cofactors.

Another persuasive line of evidence for microenvironmentally mediated epigenetic regulation involves the invasive growth capability of cancer cells. A classic example involves the reversible induction of invasiveness of cancer cells at the margins of many solid tumors, orchestrated by the developmental regulatory program known as the epithelial-to-mesenchymal transition (EMT; refs. 62–64). Notably, a master regulator of the EMT, *ZEB1*, has been recently shown to induce expression of a histone methyltransferase, *SETD1B*, that in turn sustains *ZEB1* expression in a positive feedback loop that maintains the (invasive) EMT regulatory state (65). A previous study similarly documented that induction of EMT by upregulated expression of a related TF, *SNAIL1*, caused marked alterations in the chromatin landscape consequent to induction of a number of chromatin modifiers, whose activity was demonstrably necessary for the maintenance of the phenotypic state (66). Furthermore, a roster of conditions and factors to which cancer cells at the margins of tumors are exposed, including hypoxia and cytokines secreted by stromal cells, can evidently induce the EMT and in turn invasiveness (67, 68).

A distinctive example of microenvironmental programming of invasiveness, ostensibly unrelated to the EMT program, involves autocrine activation, in pancreas cancer cells and others, via interstitial pressure–driven fluid flow, of a neuronal signaling circuit involving secreted glutamate and its receptor NMDAR (69, 70). Notably, the prototypical stiffness of many solid tumors, embodied in extensive alterations to the extracellular matrix (ECM) that envelop the cells

within, has broad effects on the invasive and other phenotypic characteristics of cancer cells. Compared with the normal tissue ECM from which tumors originate, the tumor ECM is typically characterized by increased cross-linking and density, enzymatic modifications, and altered molecular composition, which collectively orchestrate—in part via integrin receptors for ECM motifs—stiffness-induced signaling and gene-expression networks that elicit invasiveness and other hallmark characteristics (71).

In addition to such regulatory mechanisms endowed by the physical tumor microenvironment, paracrine signaling involving soluble factors released into the extracellular milieu by the various cell types populating solid tumors can also contribute to the induction of several morphologically distinct invasive growth programs (72), only one of which—dubbed "mesenchymal"—seems to involve the aforementioned EMT epigenetic regulatory mechanism.

## Epigenetic Regulatory Heterogeneity

A growing knowledge base is heightening appreciation of the importance of intratumoral heterogeneity in generating the phenotypic diversity where the fittest cells for proliferative expansion and invasion outgrow their brethren and hence are selected for malignant progression. Certainly, one facet of this phenotypic heterogeneity is founded in chronic or episodic genomic instability and consequent genetic heterogeneity in the cells populating a tumor. In addition, it is increasingly evident that there can be non–mutationally based epigenetic heterogeneity. A salient example involves the linker histone H1.0, which is dynamically expressed and repressed in subpopulations of cancer cells within a number of tumor types, with consequent sequestration or accessibility, respectively, of megabase-sized domains, including ones conveying hallmark capabilities (73). Notably, the population of cancer cells with repressed H1.0 were found to have stem-like characteristics, enhanced tumor-initiating capability, and an association with poor prognosis in patients.

Another example of epigenetically regulated plasticity has been described in human oral squamous cell carcinomas (SCC), wherein cancer cells at the invasive margins adopt a partial EMT (p-EMT) state lacking the aforementioned mesenchymal TFs but expressing other EMT-defining genes that are not expressed in the central core of the tumors (74). The p-EMT cells evidently do not represent a clonal compartmentalization of mutationally altered cells: cultures of primary tumor-derived cancer cells contain dynamic mixtures of both p-EMT$^{hi}$ and p-EMT$^{lo}$ cells, and when p-EMT$^{hi/lo}$ cells were FACS-purified and cultured, both reverted to mixed populations of p-EMT$^{hi}$ and p-EMT$^{lo}$ cells within 4 days. Moreover, although paracrine signals from the adjacent stroma could be envisaged as deterministic for the p-EMT$^{hi}$ state, the stable presence and regeneration of the two epigenetic states in culture argues for a cancer cell–intrinsic mechanism. Notably, this conclusion is supported by analysis of 198 cell lines representing 22 cancer types, including SCC, wherein 12 stably heterogeneous epigenetic states (including the p-EMT in SCC) were variously detected in the cell line models as well as their cognate primary tumors (75). Again, the heterogeneous phenotypic states could not be linked to detectable genetic differences, and in several cases FACS-sorted cells of

Downloaded from http://aacrjournals.org/cancerdiscovery/article-pdf/12/1/31/3052722/31.pdf by guest on 25 June 2024

a particular state were shown to dynamically reequilibrate upon culture, recapitulating a stable balance among the heterogeneous states seen in the original cell lines.

Additionally, technologies for genome-wide profiling of diverse attributes—beyond DNA sequence and its mutational variation—are illuminating influential elements of the cancer cell genome's annotation and organization that correlate with patient prognosis, and increasingly with hallmark capabilities (76–78). Epigenomic heterogeneity is being revealed by increasingly powerful technologies for profiling genome-wide DNA methylation (79, 80), histone modification (81), chromatin accessibility (82), and posttranscriptional modification and translation of RNA (83, 84). A challenge in regard to the postulate being considered herein will be to ascertain which epigenomic modifications in particular cancer types (i) have regulatory significance and (ii) are representative of purely nonmutational reprogramming, as opposed to being mutation-driven and thus explainable by genome instability.

### Epigenetic Regulation of the Stromal Cell Types Populating the Tumor Microenvironment

In general, the accessory cells in the tumor microenvironment that functionally contribute to the acquisition of hallmark capabilities are not thought to suffer genetic instability and mutational reprogramming to enhance their tumor-promoting activities; rather it is inferred that these cells—cancer-associated fibroblasts, innate immune cells, and endothelial cells and pericytes of the tumor vasculature—are epigenetically reprogrammed upon their recruitment by soluble and physical factors that define the solid tumor microenvironment (2, 85). It can be anticipated that the multi-omic profiling technologies currently being applied to cancer cells will increasingly be used to interrogate the accessory (stromal) cells in tumors to elucidate how normal cells are corrupted to functionally support tumor development and progression. For example, a recent study (86) suggests that such reprogramming can involve modifications of the epigenome in addition to the inductive interchange of cytokines, chemokines, and growth factors that alter intracellular signaling networks in all of these cell types: when mouse models of metastasis to lung were treated with a combination of a DNA methyltransferase inhibitor (5-azacytidine) and an inhibitor of histone modification (an HDAC), the infiltrating myeloid cells were found to have switched from an immature (tumor-promoting) progenitor state into cells resembling mature interstitial (tumor-antagonizing) macrophages, which, in contrast to their counterparts in untreated tumors, were incapable of supporting the hallmark capabilities necessary for efficient metastatic colonization (86). It can be envisaged that multi-omic profiling and pharmacologic perturbation will serve to elucidate the reprogrammed epigenetic state in such myeloid cells as well as other hallmark-enabling accessory cell types populating tumor microenvironments.

### Synopsis

Collectively, these illustrative snapshots support the proposition that nonmutational epigenetic reprograming will come to be accepted as a bona fide enabling characteristic that serves to facilitate the acquisition of hallmark capabilities (Fig. 3), distinct from that of genomic DNA instability and mutation. Notably, it can be anticipated that nonmutational epigenetic reprogramming will prove to be integrally involved in enabling the provisional new hallmark capability of phenotypic plasticity discussed above, in particular being a driving force in the dynamic transcriptomic heterogeneity that is increasingly well documented in cancer cells populating malignant TMEs. The advance of single cell multi-omic profiling technologies is envisaged to illuminate the respective contributions of and interplay between mutation-driven versus nonmutational epigenetic regulation to the evolution of tumors during malignant progression and metastasis.

## POLYMORPHIC MICROBIOMES

An expansive frontier in biomedicine is unfolding via illumination of the diversity and variability of the plethora of microorganisms, collectively termed the microbiota, that symbiotically associate with the barrier tissues of the body exposed to the external environment—the epidermis and the internal mucosa, in particular the gastrointestinal tract, as well as the lung, the breast, and the urogenital system. There is growing appreciation that the ecosystems created by resident bacteria and fungi—the microbiomes—have profound impact on health and disease (87), a realization fueled by the capability to audit the populations of microbial species using next-generation sequencing and bioinformatic technologies. For cancer, the evidence is increasingly compelling that polymorphic variability in the microbiomes between individuals in a population can have a profound impact on cancer phenotypes (88, 89). Association studies in human and experimental manipulation in mouse models of cancer are revealing particular microorganisms, principally but not exclusively bacteria, which can have either protective or deleterious effects on cancer development, malignant progression, and response to therapy. So too can the global complexity and constitution of a tissue microbiome at large. Indeed, while the gut microbiome has been the pioneer of this new frontier, multiple tissues and organs have associated microbiomes, which have distinctive characteristics in regard to population dynamics and diversity of microbial species and subspecies. This growing appreciation of the importance of polymorphically variable microbiomes in health and disease posits the question: is the microbiome a discrete enabling characteristic that broadly affects, both positively and negatively, the acquisition of hallmark capabilities for cancer? I reflect on this possibility below, illustrating evidence for some of the prominent tissue microbiomes implicated in cancer hallmarks (Fig. 4), beginning with the most prominent and evidently impactful microbiome, that of the intestinal tract.

### Diverse Modulatory Effects of the Gut Microbiome

It has long been recognized that the gut microbiome is fundamentally important for the function of the large intestine (colon) in degrading and importing nutrients into the body as part of metabolic homeostasis, and that distortions in the microbial populations—dysbiosis—in the colon can cause a spectrum of physiologic maladies (87). Among these has been the suspicion that the susceptibility, development, and

Downloaded from http://aacrjournals.org/cancerdiscovery/article-pdf/12/1/31/3052722/31.pdf by guest on 25 June 2024

**REVIEW**



**Figure 4.** Polymorphic microbiomes. Left, while intersecting with the enabling characteristics of tumor-promoting inflammation and genomic instability and mutation, there is growing reason to conclude that polymorphic microbiomes in one individual versus another, being resident in the colon, other mucosa and connected organs, or in tumors themselves, can diversely influence—by either inducing or inhibiting—many of the hallmark capabilities, and thus are potentially an instrumental and quasi-independent variable in the puzzle of how cancers develop, progress, and respond to therapy. Right, multiple tissue microbiomes are implicated in modulating tumor phenotypes. In addition to the widely studied gut microbiome, other distinctive tissue microbiomes, as well as the tumor microbiome, are implicated in modulating the acquisition—both positively and negatively—of the illustrated hallmark capabilities in certain tumor types. The hallmarks of cancer graphic has been adapted from Hanahan and Weinberg (2).

Downloaded from http://aacrjournals.org/cancerdiscovery/article-pdf/12/1/31/3052722/31.pdf by guest on 25 June 2024

pathogenesis of colon cancer is influenced by the gut microbiome. In recent years, persuasive functional studies, involving fecal transplants from colon tumor–bearing patients and mice into recipient mice predisposed to develop colon cancer has established a principle: there are both cancer-protective and tumor-promoting microbiomes, involving particular bacterial species, which can modulate the incidence and pathogenesis of colon tumors (90).

The mechanisms by which microbiota impart these modulatory roles are still being elucidated, but two general effects are increasingly well established for tumor-promoting microbiomes and in some cases for specific tumor-promoting bacterial species. The first effect is mutagenesis of the colonic epithelium, consequent to the production of bacterial toxins and other molecules that either damage DNA directly, or disrupt the systems that maintain genomic integrity, or stress cells in other ways that indirectly impair the fidelity of DNA replication and repair. A case in point is *E. coli* carrying the *PKS* locus, which demonstrably mutagenizes the human genome and is implicated in conveying hallmark-enabling mutations (91).

Additionally, bacteria have been reported to bind to the surface of colonic epithelial cells and produce ligand mimetics that stimulate epithelial proliferation, contributing in neoplastic cells to the hallmark capability for proliferative signaling (88). Another mechanism by which specific bacterial species promote tumorigenesis involves butyrate-producing bacteria, whose abundance is elevated in patients with colorectal cancer (92). The production of the metabolite butyrate has complex physiologic effects, including the induction of senescent epithelial and fibroblastic cells. A mouse model of colon carcinogenesis populated with butyrate-producing bacteria developed more tumors than mice lacking such

bacteria; the connection between butyrate-induced senescence and enhanced colon tumorigenesis was demonstrated by the use of a senolytic drug that kills senescent cells, which impaired tumor growth (92). In addition, bacterial-produced butyrate has pleiotropic and paradoxical effects on differentiated cells versus undifferentiated (stem) cells in the colonic epithelium in conditions where the intestinal barrier is disrupted (dysbiosis) and the bacteria are invasive, affecting, for example, cellular energetics and metabolism, histone modification, cell-cycle progression, and (tumor-promoting) innate immune inflammation that is immunosuppressive of adaptive immune responses (93).

Indeed, a broad effect of polymorphic microbiomes involves the modulation of the adaptive and innate immune systems via multifarious routes, including the production by bacteria of "immunomodulatory" factors that activate damage sensors on epithelial or resident immune cells, resulting in the expression of a diverse repertoire of chemokines and cytokines that can sculpt the abundance and characteristics of immune cells populating the colonic epithelia and its underlying stroma and draining lymph nodes. In addition, certain bacteria can breach both the protective biofilm and the mucus lining the colonic epithelia and proceed to disrupt the epithelial cell–cell tight junctions that collectively maintain the integrity of the physical barrier that normally compartmentalizes the intestinal microbiome. Upon invading the stroma, bacteria can trigger both innate and adaptive immune responses, eliciting secretion of a repertoire of cytokines and chemokines. One manifestation can be the creation of tumor-promoting or tumor-antagonizing immune microenvironments, consequently protecting against or facilitating tumorigenesis and malignant progression. Concordantly, the modulation by distinctive microbiomes in

individual patients of the intertwined parameters of (i) eliciting (innate) tumor promoting inflammation and (ii) escaping (adaptive) immune destruction can be associated not only with prognosis, but also with responsiveness or resistance to immunotherapies involving immune checkpoint inhibitors and other therapeutic modalities (89, 94–96). Provisional proof-of-concept has come from recent studies demonstrating restored efficacy to immunotherapy following transplants of fecal microbiota from therapy-responsive patients into patients with melanoma who had progressed during prior treatment with immune checkpoint blockade (97, 98).

An ongoing mystery has involved the molecular mechanisms by which particular and variable constituents of the gut microbiome systemically modulate the activity of the adaptive immune system, either enhancing antitumoral immune responses evoked by immune checkpoint blockade, or rather eliciting systemic or local (intratumoral) immunosuppression. A recent study has shed some light: certain strains of *Enterococcus* (and other bacteria) express a peptidoglycan hydrolase called SagA that releases mucopeptides from the bacterial wall, which can then circulate systemically and activate the NOD2 pattern receptor, which in turn can enhance T-cell responses and the efficacy of checkpoint immunotherapy (99). Other immunoregulatory molecules produced by specific bacterial subspecies are being identified and functionally evaluated, including bacteria-produced inosine, a rate-limiting metabolite for T-cell activity (100). These examples and others are beginning to chart the molecular mechanisms by which polymorphic microbiomes are indirectly and systemically modulating tumor immunobiology, above and beyond immune responses consequent to direct physical interactions of bacteria with the immune system (101, 102).

Beyond the causal links to colon cancer and melanoma, the gut microbiome's demonstrable ability to elicit the expression of immunomodulatory chemokines and cytokines that enter the systemic circulation is evidently also capable of affecting cancer pathogenesis and response to therapy in other organs of the body (94, 95). An illuminating example involves the development of cholangiocarcinomas in the liver: gut dysbiosis allows the entry and transport of bacteria and bacterial products through the portal vein to the liver, where TLR4 expressed on hepatocytes is triggered to induce expression of the chemokine CXCL1, which recruits CXCR2-expressing granulocytic myeloid cells (gMDSC) that serve to suppress natural killer cells so as to evade immune destruction (103), and likely convey other hallmark capabilities (85). As such, the gut microbiome is unambiguously implicated as an enabling characteristic that can alternatively facilitate or protect against multiple forms of cancer.

### Beyond the Gut: Implicating Distinctive Microbiomes in Other Barrier Tissues

Virtually all tissues and organs exposed, directly or indirectly, to the outside environment are also repositories for commensal microorganisms (104). Unlike the intestine, where the symbiotic role of the microbiome in metabolism is well recognized, the normal and pathogenic roles of resident microbiota in these diverse locations is still emerging. There are evidently

organ/tissue-specific differences in the constitution of the associated microbiomes in homeostasis, aging, and cancer, with both overlapping and distinctive species and abundancies to that of the colon (104, 105). Moreover, association studies are providing increasing evidence that local tumor-antagonizing/protective versus tumor-promoting tissue microbiomes, similarly to the gut microbiome, can modulate susceptibility and pathogenesis to human cancers arising in their associated organs (106–109).

### Impact of Intratumoral Microbiota?

Finally, pathologists have long recognized that bacteria can be detected within solid tumors, an observation that has now been substantiated with sophisticated profiling technologies. For example, in a survey of 1,526 tumors encompassing seven human cancer types (bone, brain, breast, lung, melanoma, ovary, and pancreas), each type was characterized by a distinctive microbiome that was largely localized inside cancer cells and immune cells, and within each tumor type, variations in the tumor microbiome could be detected and inferred to be associated with clinicopathologic features (110). Microbiota have been similarly detected in genetically engineered *de novo* mouse models of lung and pancreas cancer, and their absence in germ-free mice and/or their abrogation with antibiotics can demonstrably impair tumorigenesis, functionally implicating the tumor microbiome as an enabler of tumor-promoting inflammation and malignant progression (111, 112). Association studies in human pancreatic ductal adenocarcinoma and functional tests via fecal transplants into tumor-bearing mice have established that variations in the tumor microbiome—and the associated gut microbiome—modulate immune phenotypes and survival (113). An important challenge for the future will be to extend these implications to other tumor types, and to delineate the potentially separable contributions of constitution and variation in the tumor microbiome to that of the gut (and local tissue of origin) microbiome, potentially by identifying specific microbial species that are functionally influential in one location or the other.

### Synopsis

Among the fascinating questions for the future is whether microbiota resident in different tissues or populating incipient neoplasias have the capability to contribute to or interfere with the acquisition of other hallmark capabilities beyond immunomodulation and genome mutation, thereby influencing tumor development and progression. There are clues that particular bacterial species can directly stimulate the hallmark of proliferative signaling, for example, in colonic epithelium (88), and modulate growth suppression by altering tumor suppressor activity in different compartments of the intestine (114), whereas direct effects on other hallmark capabilities, such as avoiding cell death, inducing angiogenesis, and stimulating invasion and metastasis, remain obscure, as does the generalizability of these observations to multiple forms of human cancer. Irrespective, there is an increasingly compelling case to be made that polymorphic variation in microbiomes of the intestine and other organs constitutes a distinctive enabling characteristic for the acquisition of hallmark capabilities (Fig. 4), albeit intersecting with and

Downloaded from http://aacrjournals.org/cancerdiscovery/article-pdf/12/1/31/3052722/31.pdf by guest on 25 June 2024

complementing those of genome instability and mutation, and tumor-promoting inflammation.

## SENESCENT CELLS

Cellular senescence is a typically irreversible form of proliferative arrest, likely evolved as a protective mechanism for maintaining tissue homeostasis, ostensibly as a complementary mechanism to programmed cell death that serves to inactivate and in due course remove diseased, dysfunctional, or otherwise unnecessary cells. In addition to shutting down the cell division cycle, the senescence program evokes changes in cell morphology and metabolism and, most profoundly, the activation of a senescence-associated secretory phenotype (SASP) involving the release of a plethora of bioactive proteins, including chemokines, cytokines, and proteases whose identity is dependent on the cell and tissue type from which a senescent cell arises (115–117). Senescence can be induced in cells by a variety of conditions, including microenvironmental stresses such as nutrient deprivation and DNA damage, as well as damage to organelles and cellular infrastructure, and imbalances in cellular signaling networks (115, 117), all of which have been associated with the observed increase in the abundance of senescent cells in various organs during aging (118, 119).

Cellular senescence has long been viewed as a protective mechanism against neoplasia, whereby cancerous cells are induced to undergo senescence (120). Most of the aforementioned instigators of the senescent program are associated with malignancy, in particular DNA damage as a consequence of aberrant hyperproliferation, so-called oncogene-induced senescence due to hyperactivated signaling, and therapy-induced senescence consequent to cellular and genomic damage caused by chemotherapy and radiotherapy. Indeed, there are well-established examples of the protective benefits of senescence in limiting malignant progression (118, 119). To the contrary, however, an increasing body of evidence reveals quite the opposite: in certain contexts, senescent cells variously stimulate tumor development and malignant progression (119, 121). In one illuminating case study, senescent cells were pharmacologically ablated in aging mice, in particular depleting senescent cells characteristically expressing the cell-cycle inhibitor p16$^{-INK4a}$; in addition to delaying multiple age-related symptoms, the depletion of senescent cells in aging mice resulted in reduced incidences of spontaneous tumorigenesis and cancer-associated death (122).

The principal mechanism by which senescent cells promote tumor phenotypes is thought to be the SASP, which is demonstrably capable of conveying, in paracrine fashion to viable cancer cells in proximity, as well as to other cells in the TME, signaling molecules (and proteases that activate and/or desequester them) so as to convey hallmark capabilities. Thus, in different experimental systems, senescent cancer cells have been shown to variously contribute to proliferative signaling, avoiding apoptosis, inducing angiogenesis, stimulating invasion and metastasis, and suppressing tumor immunity (116, 118, 120, 121).

Yet another facet to the effects of senescent cancer cells on cancer phenotypes involves transitory, reversible senescent cell states, whereby senescent cancer cells can escape

from their SASP-expressing, nonproliferative condition, and resume cell proliferation and manifestation of the associated capabilities of fully viable oncogenic cells (44). Such transitory senescence is most well documented in cases of therapy resistance (44), representing a form of dormancy that circumvents therapeutic targeting of proliferating cancer cells, but may well prove to be more broadly operative in other stages of tumor development, malignant progression, and metastasis.

Moreover, the hallmark-promoting capabilities of senescent cells are not limited to senescent cancer cells. Cancer-associated fibroblasts (CAF) in tumors have been shown to undergo senescence, creating senescent CAFs that are demonstrably tumor-promoting by virtue of conveying hallmark capabilities to cancer cells in the TME (115, 116, 121). Moreover, senescent fibroblasts in normal tissues produced in part by natural aging or environmental insults have similarly been implicated in remodeling tissue microenvironments via their SASP so as to provide paracrine support for local invasion (so-called "field effects") and distant metastasis (116) of neoplasias developing in proximity. Additionally, senescent fibroblasts in aging skin have been shown to recruit—via their SASP—innate immune cells that are both immunosuppressive of adaptive antitumoral immune responses anchored by CD8 T cells, and stimulatory of skin tumor growth (123), with the latter effect potentially reflecting paracrine contributions of such innate immune cells (myeloid cells, neutrophils, and macrophages) to other hallmark capabilities.

While less well established, it seems likely that other abundant stromal cells populating particular tumor microenvironments will prove to undergo senescence, and thereby modulate cancer hallmarks and consequent tumor phenotypes. For example, therapy-induced senescent tumor endothelial cells can enhance proliferation, invasion, and metastasis in breast cancer models (124, 125).

Certainly, such clues warrant investigation in other tumor types to assess generality of fibroblastic, endothelial, and other stromal cell senescence as a driving force in tumor evolution. Also currently unresolved are the regulatory mechanisms and functional determinants through which a particular senescent cell type in a given TME evokes a tumor-promoting versus a tumor-antagonizing SASP, which can seeming be alternatively induced in the same senescing cell type, perhaps by different instigators when immersed in distinctive physiologic and neoplastic microenvironments.

## Synopsis

The concept that tumors are composed of genetically transformed cancer cells interacting with and benefiting from recruited and epigenetically/phenotypically corrupted accessory (stromal) cells is well established as instrumental to the pathogenesis of cancer. The considerations discussed above and described in the reviews and reports cited herein (and elsewhere) make a persuasive case for the proposition that senescent cells (of whatever cellular origin) should be considered for addition to the roster of functionally significant cells in the tumor microenvironment (Fig. 5). As such, senescent cells warrant being factored into the quest for deep knowledge of cancer mechanisms. Furthermore, the realization of

Downloaded from http://aacrjournals.org/cancerdiscovery/article-pdf/12/1/31/3052722/31.pdf by guest on 25 June 2024

Downloaded from http://aacrjournals.org/cancerdiscovery/article-pdf/12/1/31/3052722/31.pdf by guest on 25 June 2024



**Figure 5.** Senescent cells. Heterogeneous cancer cell subtypes as well as stromal cell types and subtypes are functionally integrated into the manifestations of tumors as outlaw organs. Clues are increasingly implicating senescent cell derivatives of many of these cellular constituents of the TME, and their variable SASPs, in modulating hallmark capabilities and consequent tumor phenotypes. The hallmarks of cancer graphic has been adapted from Hanahan and Weinberg (2).

their importance motivates the ancillary goal to therapeutically target tumor-promoting senescent cells of all constitutions, be it by pharmacologic or immunologic ablation, or by reprogramming the SASP into tumor-antagonizing variants (115, 121, 126).

## CONCLUDING REMARKS

While the eight hallmarks of cancer and their two enabling characteristics have proved of enduring heuristic value in the conceptualization of cancer, the considerations presented above suggest that there may be new facets of some generality and hence of relevance to more fully understanding the complexities, mechanisms, and manifestations of the disease. By applying the metric of discernable if not complete independence from the 10 core attributes, it is arguable that these four parameters may well—pursuant to further validation and generalization beyond the case studies presented—become integrated into the hallmarks of cancer schematic (Fig. 6). Thus, cellular plasticity may come to be added to the roster of hallmark capabilities. Notably, while the eight core and this nouveau capability are each, by their definition as a hallmark, conceptually distinguishable, they are at least partially interconnected in some and perhaps many cancers. For example, multiple hallmarks are coordinately modulated in some tumor types by canonical oncogenic drivers, including

(i) *KRAS* (https://cancer.sanger.ac.uk/cosmic/census-page/ KRAS),

(ii) *MYC* (https://cancer.sanger.ac.uk/cosmic/census-page/ MYC),

(iii) *NOTCH* (https://cancer.sanger.ac.uk/cosmic/census-page/NOTCH1; ref. 127), and

(iv) *TP53* (https://cancer.sanger.ac.uk/cosmic/census-page/ TP53),

highlighting the important challenge to more fully elucidate the regulatory networks governing these acquired capabilities.

In addition to adding cellular plasticity to the roster, nonmutational epigenetic reprogramming and polymorphic variations in organ/tissue microbiomes may come to be incorporated as mechanistic determinants—enabling characteristics—by which hallmark capabilities are acquired, along with tumor-promoting inflammation (itself partially interconnected to the microbiome), above and beyond the mutations and other aberrations that manifest the afore-mentioned oncogenic drivers.

Finally, senescent cells of different origins—including cancer cells and various stromal cells—that functionally contribute to the development and malignant progression of cancer, albeit in markedly distinctive ways to those of their nonsenescent brethren, may become incorporated as generic components of the TME. In conclusion, it is envisaged that raising these provisional "trial balloons" will stimulate debate, discussion, and continuing experimental investigation in the cancer research community about the defining conceptual parameters of cancer biology, genetics, and pathogenesis.

**REVIEW**



**Figure 6.** Hallmarks of Cancer—new additions. Depicted are the canonical and prospective new additions to the "Hallmarks of Cancer." This treatise raises the possibility, aiming to stimulate debate, discussion, and experimental elaboration, that some or all of the four new parameters will come to be appreciated as generic to multiple forms of human cancer and hence appropriate to incorporate into the core conceptualization of the hallmarks of cancer. The hallmarks of cancer graphic has been adapted from Hanahan and Weinberg (2).

Downloaded from http://aacrjournals.org/cancerdiscovery/article-pdf/12/1/31/3052722/31.pdf by guest on 25 June 2024

## Author's Disclosures

No disclosures were reported.

## Acknowledgments

First and foremost, I profoundly thank Bob Weinberg for an exceptional tradition of insightful and formative discussions, and for excellent comments and suggestions to the first vignette of this manuscript. Additionally, I wish to thank: Ben Stanger; Bradley Bernstein, Giovanni Ciriello, and William Flavahan; Jennifer Wargo; and Sheila Stewart for their valuable comments and suggestions on the four vignettes, respectively, and SayoStudio for assistance in crafting the figures.

Received August 4, 2021; revised November 17, 2021; accepted November 18, 2021; published first January 12, 2022.

## REFERENCES

1. Hanahan D, Weinberg RA. The hallmarks of cancer. Cell 2000;100: 57–70.
2. Hanahan D, Weinberg RA. Hallmarks of cancer: the next generation. Cell 2011;144:646–74.
3. Yuan S, Norgard RJ, Stanger BZ. Cellular plasticity in cancer. Cancer Discov 2019;9:837–51.
4. Barker N, Ridgway RA, van Es JH, van de Wetering M, Begthel H, van den Born M, et al. Crypt stem cells as the cells-of-origin of intestinal cancer. Nature 2009;457:608–11.
5. Perekatt AO, Shah PP, Cheung S, Jariwala N, Wu A, Gandhi V, et al. SMAD4 suppresses WNT-driven dedifferentiation and oncogenesis in the differentiated gut epithelium. Cancer Res 2018;78: 4878–90.
6. Shih IM, Wang TL, Traverso G, Romans K, Hamilton SR, Ben-Sasson S, et al. Top-down morphogenesis of colorectal tumors. Proc Natl Acad Sci U S A 2001;98:2640–5.
7. Ordóñez-Morán P, Dafflon C, Imajo M, Nishida E, Huelsken J. HOXA5 counteracts stem cell traits by inhibiting Wnt signaling in colorectal cancer. Cancer Cell 2015;28:815–29.
8. Tan SH, Barker N. Stemming colorectal cancer growth and metastasis: HOXA5 forces cancer stem cells to differentiate. Cancer Cell 2015;28:683–5.
9. Köhler C, Nittner D, Rambow F, Radaelli E, Stanchi F, Vandamme N, et al. Mouse cutaneous melanoma induced by mutant BRaf arises from expansion and dedifferentiation of mature pigmented melanocytes. Cell Stem Cell 2017;21:679–93.
10. Shah M, Bhoumik A, Goel V, Dewing A, Breitwieser W, Kluger H, et al. A role for ATF2 in regulating MITF and melanoma development. PLoS Genet 2010;6:e1001258.
11. Claps G, Cheli Y, Zhang T, Scortegagna M, Lau E, Kim H, et al. A transcriptionally inactive ATF2 variant drives melanomagenesis. Cell Rep 2016;15:1884–92.
12. Saghafinia S, Homicsko K, Di Domenico A, Wullschleger S, Perren A, Marinoni I, et al. Cancer cells retrace a stepwise differentiation program during malignant progression. Cancer Discov 2021;11:2638–57.
13. Yu X-X, Qiu W-L, Yang L, Zhang Y, He M-Y, Li L-C, et al. Defining multistep cell fate decision pathways during pancreatic development at single-cell resolution. EMBO J 2019;38:e100164.

14. de Thé H. Differentiation therapy revisited. Nat Rev Cancer 2018; 18:117–27.

15. He LZ, Merghoub T, Pandolfi PP. In vivo analysis of the molecular pathogenesis of acute promyelocytic leukemia in the mouse and its therapeutic implications. Oncogene 1999;18:5278–92.

16. Warrell RP, de Thé H, Wang ZY, Degos L. Acute promyelocytic leukemia. N Engl J Med 1993;329:177–89.

17. Bots M, Verbrugge I, Martin BP, Salmon JM, Ghisi M, Baker A, et al. Differentiation therapy for the treatment of t(8;21) acute myeloid leukemia using histone deacetylase inhibitors. Blood 2014;123:1341–52.

18. Ferrara FF, Fazi F, Bianchini A, Padula F, Gelmetti V, Minucci S, et al. Histone deacetylase-targeted treatment restores retinoic acid signaling and differentiation in acute myeloid leukemia. Cancer Res 2001;61:2–7.

19. Kaufman CK, Mosimann C, Fan ZP, Yang S, Thomas AJ, Ablain J, et al. A zebrafish melanoma model reveals emergence of neural crest identity during melanoma initiation. Science 2016;351:aad2197.

20. Morris JP, Yashinskie JJ, Koche R, Chandwani R, Tian S, Chen C-C, et al. α-Ketoglutarate links p53 to cell fate during tumour suppression. Nature 2019;573:595–9.

21. Saha SK, Parachoniak CA, Ghanta KS, Fitamant J, Ross KN, Najem MS, et al. Mutant IDH inhibits HNF-4α to block hepatocyte differentiation and promote biliary cancer. Nature 2014;513:110–4.

22. Dang L, Su S-SM. Isocitrate dehydrogenase mutation and (R)-2-hydroxyglutarate: from basic discovery to therapeutics development. Annu Rev Biochem 2017;86:305–31.

23. Waitkus MS, Diplas BH, Yan H. Biological role and therapeutic potential of IDH mutations in cancer. Cancer Cell 2018;34:186–95.

24. Phan TG, Croucher PI. The dormant cancer cell life cycle. Nat Rev Cancer 2020;20:398–411.

25. Jiang M, Azevedo-Pouly AC, Deering TG, Hoang CQ, DiRenzo D, Hess DA, et al. MIST1 and PTF1 collaborate in feed-forward regulatory loops that maintain the pancreatic acinar phenotype in adult mice. Mol Cell Biol 2016;36:2945–55.

26. Krah NM, Narayanan SM, Yugawa DE, Straley JA, Wright CVE, MacDonald RJ, et al. Prevention and reversion of pancreatic tumorigenesis through a differentiation-based mechanism. Dev Cell 2019;50:744–54.

27. Krah NM, De La O J-P, Swift GH, Hoang CQ, Willet SG, Chen Pan F, et al. The acinar differentiation determinant PTF1A inhibits initiation of pancreatic ductal adenocarcinoma. eLife 2015;4:e07125.

28. Shi G, DiRenzo D, Qu C, Barney D, Miley D, Konieczny SF. Maintenance of acinar cell organization is critical to preventing Kras-induced acinar-ductal metaplasia. Oncogene 2013;32:1950–8.

29. Kopp JL, von Figura G, Mayes E, Liu F-F, Dubois CL, Morris JP, et al. Identification of Sox9-dependent acinar-to-ductal reprogramming as the principal mechanism for initiation of pancreatic ductal adenocarcinoma. Cancer Cell 2012;22:737–50.

30. Julian LM, McDonald AC, Stanford WL. Direct reprogramming with SOX factors: masters of cell fate. Curr Opin Genet Dev 2017;46:24–36.

31. Grimm D, Bauer J, Wise P, Krüger M, Simonsen U, Wehland M, et al. The role of SOX family members in solid tumours and metastasis. Semin Cancer Biol 2020;67:122–53.

32. Mu P, Zhang Z, Benelli M, Karthaus WR, Hoover E, Chen C-C, et al. SOX2 promotes lineage plasticity and antiandrogen resistance in TP53- and RB1-deficient prostate cancer. Science 2017;355:84–8.

33. Von Hoff DD, LoRusso PM, Rudin CM, Reddy JC, Yauch RL, Tibes R, et al. Inhibition of the hedgehog pathway in advanced basal-cell carcinoma. N Engl J Med 2009;361:1164–72.

34. Biehs B, Dijkgraaf GJP, Piskol R, Alicke B, Boumahdi S, Peale F, et al. A cell identity switch allows residual BCC to survive Hedgehog pathway inhibition. Nature 2018;562:429–33.

35. Boumahdi S, de Sauvage FJ. The great escape: tumour cell plasticity in resistance to targeted therapy. Nat Rev Drug Discov 2020;19:39–56.

36. Groves SM, Ireland A, Liu Q, Simmons AJ, Lau K, Iams WT, et al. Cancer Hallmarks Define a Continuum of Plastic Cell States between Small Cell Lung Cancer Archetypes [Internet]. Systems Biology; 2021 Jan. Available from: http://biorxiv.org/lookup/doi/10.1101/2021.01.22.427865.

37. LaFave LM, Kartha VK, Ma S, Meli K, Del Priore I, Lareau C, et al. Epigenomic state transitions characterize tumor progression in mouse lung adenocarcinoma. Cancer Cell 2020;38:212–28.

38. Marjanovic ND, Hofree M, Chan JE, Canner D, Wu K, Trakala M, et al. Emergence of a high-plasticity cell state during lung cancer evolution. Cancer Cell 2020;38:229–46.

39. Drapkin BJ, Minna JD. Studying lineage plasticity one cell at a time. Cancer Cell 2020;38:150–2.

40. Inoue Y, Nikolic A, Farnsworth D, Liu A, Ladanyi M, Somwar R, et al. Extracellular signal-regulated kinase mediates chromatin rewiring and lineage transformation in lung cancer [Internet]. Cancer Biology; 2020 Nov. Available from: http://biorxiv.org/lookup/doi/10.1101/2020.11.12.368522.

41. Dravis C, Chung C-Y, Lytle NK, Herrera-Valdez J, Luna G, Trejo CL, et al. Epigenetic and transcriptomic profiling of mammary gland development and tumor models disclose regulators of cell state plasticity. Cancer Cell 2018;34:466–82.

42. Malta TM, Sokolov A, Gentles AJ, Burzykowski T, Poisson L, Weinstein JN, et al. Machine learning identifies stemness features associated with oncogenic dedifferentiation. Cell 2018;173:338–54.

43. Miao Z-F, Lewis MA, Cho CJ, Adkins-Threats M, Park D, Brown JW, et al. A dedicated evolutionarily conserved molecular network licenses differentiated cells to return to the cell cycle. Dev Cell 2020;55:178–94.

44. De Blander H, Morel A-P, Senaratne AP, Ouzounova M, Puisieux A. Cellular plasticity: a route to senescence exit and tumorigenesis. Cancers 2021;13:4561.

45. Merrell AJ, Stanger BZ. Adult cell plasticity in vivo: de-differentiation and transdifferentiation are back in style. Nat Rev Mol Cell Biol 2016;17:413–25.

46. Baylin SB, Jones PA. Epigenetic determinants of cancer. Cold Spring Harb Perspect Biol 2016;8:a019505.

47. Flavahan WA, Gaskell E, Bernstein BE. Epigenetic plasticity and the hallmarks of cancer. Science 2017;357:eaal2380.

48. Jones PA, Issa J-PJ, Baylin S. Targeting the cancer epigenome for therapy. Nat Rev Genet 2016;17:630–41.

49. Huang S. Tumor progression: Chance and necessity in Darwinian and Lamarckian somatic (mutationless) evolution. Prog Biophys Mol Biol 2012;110:69–86.

50. Darwiche N. Epigenetic mechanisms and the hallmarks of cancer: an intimate affair. Am J Cancer Res 2020;10:1954–78.

51. Feng Y, Liu X, Pauklin S. 3D chromatin architecture and epigenetic regulation in cancer stem cells. Protein Cell 2021;12:440–54.

52. Nam AS, Chaligne R, Landau DA. Integrating genetic and non-genetic determinants of cancer evolution by single-cell multi-omics. Nat Rev Genet 2021;22:3–18.

53. Bitman-Lotan E, Orian A. Nuclear organization and regulation of the differentiated state. Cell Mol Life Sci CMLS 2021;78:3141–58.

54. Goldberg AD, Allis CD, Bernstein E. Epigenetics: a landscape takes shape. Cell 2007;128:635–8.

55. Zeng Y, Chen T. DNA methylation reprogramming during mammalian development. Genes 2019;10:257.

56. Hegde AN, Smith SG. Recent developments in transcriptional and translational regulation underlying long-term synaptic plasticity and memory. Learn Mem 2019;26:307–17.

57. Kim S, Kaang B-K. Epigenetic regulation and chromatin remodeling in learning and memory. Exp Mol Med 2017;49:e281.

58. Thienpont B, Van Dyck L, Lambrechts D. Tumors smother their epigenome. Mol Cell Oncol 2016;3:e1240549.

59. Gameiro PA, Struhl K. Nutrient deprivation elicits a transcriptional and translational inflammatory response coupled to decreased protein synthesis. Cell Rep 2018;24:1415–24.

60. Lin GL, Monje M. Understanding the deadly silence of posterior fossa A ependymoma. Mol Cell 2020;78:999–1001.

61. Michealraj KA, Kumar SA, Kim LJY, Cavalli FMG, Przelicki D, Wojcik JB, et al. Metabolic regulation of the epigenome drives lethal infantile ependymoma. Cell 2020;181:1329–45.

62. Bakir B, Chiarella AM, Pitarresi JR, Rustgi AK. EMT, MET, plasticity, and tumor metastasis. Trends Cell Biol 2020;30:764–76.

Downloaded from http://aacrjournals.org/cancerdiscovery/article-pdf/12/1/31/3052722/31.pdf by guest on 25 June 2024

**REVIEW**

Downloaded from http://aacrjournals.org/cancerdiscovery/article-pdf/12/1/31/3052722/31.pdf by guest on 25 June 2024

63. Gupta PB, Pastushenko I, Skibinski A, Blanpain C, Kuperwasser C. Phenotypic plasticity: driver of cancer initiation, progression, and therapy resistance. Cell Stem Cell 2019;24:65–78.

64. Lambert AW, Weinberg RA. Linking EMT programmes to normal and neoplastic epithelial stem cells. Nat Rev Cancer 2021;21:325–38.

65. Lindner P, Paul S, Eckstein M, Hampel C, Muenzner JK, Erlenbach-Wuensch K, et al. EMT transcription factor ZEB1 alters the epigenetic landscape of colorectal cancer cells. Cell Death Dis 2020;11:147.

66. Javaid S, Zhang J, Anderssen E, Black JC, Wittner BS, Tajima K, et al. Dynamic chromatin modification sustains epithelial-mesenchymal transition following inducible expression of Snail-1. Cell Rep 2013;5:1679–89.

67. Serrano-Gomez SJ, Maziveyi M, Alahari SK. Regulation of epithelial-mesenchymal transition through epigenetic and post-translational modifications. Mol Cancer 2016;15:18.

68. Skrypek N, Goossens S, De Smedt E, Vandamme N, Berx G. Epithelial-to-mesenchymal transition: epigenetic reprogramming driving cellular plasticity. Trends Genet TIG 2017;33:943–59.

69. Li L, Hanahan D. Hijacking the neuronal NMDAR signaling circuit to promote tumor growth and invasion. Cell 2013;153:86–100.

70. Li L, Zeng Q, Bhutkar A, Galván JA, Karamitopoulou E, Noordermeer D, et al. GKAP acts as a genetic modulator of NMDAR signaling to govern invasive tumor growth. Cancer Cell 2018;33:736–51.

71. Mohammadi H, Sahai E. Mechanisms and impact of altered tumour mechanics. Nat Cell Biol 2018;20:766–74.

72. Odenthal J, Takes R, Friedl P. Plasticity of tumor cell invasion: governance by growth factors and cytokines. Carcinogenesis 2016;37:1117–28.

73. Torres CM, Biran A, Burney MJ, Patel H, Henser-Brownhill T, Cohen A-HS, et al. The linker histone H1.0 generates epigenetic and functional intratumor heterogeneity. Science 2016;353:aaf1644.

74. Puram SV, Tirosh I, Parikh AS, Patel AP, Yizhak K, Gillespie S, et al. Single-cell transcriptomic analysis of primary and metastatic tumor ecosystems in head and neck cancer. Cell 2017;171:1611–24.

75. Kinker GS, Greenwald AC, Tal R, Orlova Z, Cuoco MS, McFarland JM, et al. Pan-cancer single-cell RNA-seq identifies recurring programs of cellular heterogeneity. Nat Genet 2020;52:1208–18.

76. Murtha M, Esteller M. Extraordinary cancer epigenomics: thinking outside the classical coding and promoter box. Trends Cancer 2016;2:572–84.

77. Nebbioso A, Tambaro FP, Dell'Aversana C, Altucci L. Cancer epigenetics: moving forward. PLoS Genet 2018;14:e1007362.

78. Tavernari D, Battistello E, Dheilly E, Petruzzella AS, Mina M, Sordet-Dessimoz J, et al. Non-genetic evolution drives lung adenocarcinoma spatial heterogeneity and progression. Cancer Discov 2021;11:1490–507.

79. Heyn H, Vidal E, Ferreira HJ, Vizoso M, Sayols S, Gomez A, et al. Epigenomic analysis detects aberrant super-enhancer DNA methylation in human cancer. Genome Biol 2016;17:11.

80. Saghafinia S, Mina M, Riggi N, Hanahan D, Ciriello G. Pan-cancer landscape of aberrant DNA methylation across human tumors. Cell Rep 2018;25:1066–80.

81. Audia JE, Campbell RM. Histone modifications and cancer. Cold Spring Harb Perspect Biol 2016;8:a019521.

82. Corces MR, Granja JM, Shams S, Louie BH, Seoane JA, Zhou W, et al. The chromatin accessibility landscape of primary human cancers. Science 2018;362:eaav1898.

83. Esteve-Puig R, Bueno-Costa A, Esteller M. Writers, readers and erasers of RNA modifications in cancer. Cancer Lett 2020;474:127–37.

84. Janin M, Coll-SanMartin L, Esteller M. Disruption of the RNA modifications that target the ribosome translation machinery in human cancer. Mol Cancer 2020;19:70.

85. Hanahan D, Coussens LM. Accessories to the crime: functions of cells recruited to the tumor microenvironment. Cancer Cell 2012;21:309–22.

86. Lu Z, Zou J, Li S, Topper MJ, Tao Y, Zhang H, et al. Epigenetic therapy inhibits metastases by disrupting premetastatic niches. Nature 2020;579:284–90.

87. Thomas S, Izard J, Walsh E, Batich K, Chongsathidkiet P, Clarke G, et al. The host microbiome regulates and maintains human health: a primer and perspective for non-microbiologists. Cancer Res 2017;77:1783–812.

88. Dzutsev A, Badger JH, Perez-Chanona E, Roy S, Salcedo R, Smith CK, et al. Microbes and cancer. Annu Rev Immunol 2017;35:199–228.

89. Helmink BA, Khan MAW, Hermann A, Gopalakrishnan V, Wargo JA. The microbiome, cancer, and cancer therapy. Nat Med 2019;25:377–88.

90. Sears CL, Garrett WS. Microbes, microbiota, and colon cancer. Cell Host Microbe 2014;15:317–28.

91. Pleguezuelos-Manzano C, Puschhof J, Rosendahl Huber A, van Hoeck A, Wood HM, Nomburg J, et al. Mutational signature in colorectal cancer caused by genotoxic pks+ E. coli. Nature 2020;580:269–73.

92. Okumura S, Konishi Y, Narukawa M, Sugiura Y, Yoshimoto S, Arai Y, et al. Gut bacteria identified in colorectal cancer patients promote tumourigenesis by butyrate secretion. Nat Commun 2021;12:5674.

93. Salvi PS, Cowles RA. Butyrate and the intestinal epithelium: modulation of proliferation and inflammation in homeostasis and disease. Cells 2021;10:1775.

94. Fessler J, Matson V, Gajewski TF. Exploring the emerging role of the microbiome in cancer immunotherapy. J Immunother Cancer 2019;7:108.

95. Gopalakrishnan V, Helmink BA, Spencer CN, Reuben A, Wargo JA. The influence of the gut microbiome on cancer, immunity, and cancer immunotherapy. Cancer Cell 2018;33:570–80.

96. Zitvogel L, Ma Y, Raoult D, Kroemer G, Gajewski TF. The microbiome in cancer immunotherapy: diagnostic tools and therapeutic strategies. Science 2018;359:1366–70.

97. Baruch EN, Youngster I, Ben-Betzalel G, Ortenberg R, Lahat A, Katz L, et al. Fecal microbiota transplant promotes response in immunotherapy-refractory melanoma patients. Science 2021;371:602–9.

98. Davar D, Dzutsev AK, McCulloch JA, Rodrigues RR, Chauvin J-M, Morrison RM, et al. Fecal microbiota transplant overcomes resistance to anti–PD-1 therapy in melanoma patients. Science 2021;371:595–602.

99. Griffin ME, Espinosa J, Becker JL, Luo J-D, Carroll TS, Jha JK, et al. Enterococcus peptidoglycan remodeling promotes checkpoint inhibitor cancer immunotherapy. Science 2021;373:1040–6.

100. Mager LF, Burkhard R, Pett N, Cooke NCA, Brown K, Ramay H, et al. Microbiome-derived inosine modulates response to checkpoint inhibitor immunotherapy. Science 2020;369:1481–9.

101. Ansaldo E, Belkaid Y. How microbiota improve immunotherapy. Science 2021;373:966–7.

102. Ansaldo E, Farley TK, Belkaid Y. Control of immunity by the microbiota. Annu Rev Immunol 2021;39:449–79.

103. Zhang Q, Ma C, Duan Y, Heinrich B, Rosato U, Diggs LP, et al. Gut microbiome directs hepatocytes to recruit MDSCs and promote cholangiocarcinoma. Cancer Discov 2021;11:1248–67.

104. Ding T, Schloss PD. Dynamics and associations of microbial community types across the human body. Nature 2014;509:357–60.

105. Byrd AL, Liu M, Fujimura KE, Lyalina S, Nagarkar DR, Charbit B, et al. Gut microbiome stability and dynamics in healthy donors and patients with non-gastrointestinal cancers. J Exp Med 2021;218:e20200606.

106. Healy CM, Moran GP. The microbiome and oral cancer: more questions than answers. Oral Oncol 2019;89:30–3.

107. Swaney MH, Kalan LR. Living in your skin: microbes, molecules and mechanisms. Infect Immun 2021;89:e00695–20.

108. Willis JR, Gabaldón T. The human oral microbiome in health and disease: from sequences to ecosystems. Microorganisms 2020;8:308.

109. Xu J, Peng J-J, Yang W, Fu K, Zhang Y. Vaginal microbiomes and ovarian cancer: a review. Am J Cancer Res 2020;10:743–56.

110. Nejman D, Livyatan I, Fuks G, Gavert N, Zwang Y, Geller LT, et al. The human tumor microbiome is composed of tumor type-specific intracellular bacteria. Science 2020;368:973–80.

111. Jin C, Lagoudas GK, Zhao C, Bullman S, Bhutkar A, Hu B, et al. Commensal microbiota promote lung cancer development via γδ T cells. Cell 2019;176:998–1013.

112. Pushalkar S, Hundeyin M, Daley D, Zambirinis CP, Kurz E, Mishra A, et al. The pancreatic cancer microbiome promotes oncogenesis by induction of innate and adaptive immune suppression. Cancer Discov 2018;8:403–16.

113. McAllister F, Khan MAW, Helmink B, Wargo JA. The tumor microbiome in pancreatic cancer: bacteria and beyond. Cancer Cell 2019;36:577–9.

114. Kadosh E, Snir-Alkalay I, Venkatachalam A, May S, Lasry A, Elyada E, et al. The gut microbiome switches mutant p53 from tumour-suppressive to oncogenic. Nature 2020;586:133–8.

115. Birch J, Gil J. Senescence and the SASP: many therapeutic avenues. Genes Dev 2020;34:1565–76.

116. Faget DV, Ren Q, Stewart SA. Unmasking senescence: context-dependent effects of SASP in cancer. Nat Rev Cancer 2019;19:439–53.

117. Gorgoulis V, Adams PD, Alimonti A, Bennett DC, Bischof O, Bishop C, et al. Cellular senescence: defining a path forward. Cell 2019;179:813–27.

118. He S, Sharpless NE. Senescence in health and disease. Cell 2017; 169:1000–11.

119. Kowald A, Passos JF, Kirkwood TBL. On the evolution of cellular senescence. Aging Cell 2019;19:e13270.

120. Lee S, Schmitt CA. The dynamic nature of senescence in cancer. Nat Cell Biol 2019;21:94–101.

121. Wang B, Kohli J, Demaria M. Senescent cells in cancer therapy: friends or foes? Trends Cancer 2020;6:838–57.

122. Baker DJ, Childs BG, Durik M, Wijers ME, Sieben CJ, Zhong J, et al. Naturally occurring p16(Ink4a)-positive cells shorten healthy lifespan. Nature 2016;530:184–9.

123. Ruhland MK, Loza AJ, Capietto A-H, Luo X, Knolhoff BL, Flanagan KC, et al. Stromal senescence establishes an immunosuppressive microenvironment that drives tumorigenesis. Nat Commun 2016;7:11762.

124. Hwang HJ, Lee Y-R, Kang D, Lee HC, Seo HR, Ryu J-K, et al. Endothelial cells under therapy-induced senescence secrete CXCL11, which increases aggressiveness of breast cancer cells. Cancer Lett 2020;490:100–10.

125. Wang D, Xiao F, Feng Z, Li M, Kong L, Huang L, et al. Sunitinib facilitates metastatic breast cancer spreading by inducing endothelial cell senescence. Breast Cancer Res 2020;22:103.

126. Amor C, Feucht J, Leibold J, Ho Y-J, Zhu C, Alonso-Curbelo D, et al. Senolytic CAR T cells reverse senescence-associated pathologies. Nature 2020;583:127–32.

127. Aster JC, Pear WS, Blacklow SC. The varied roles of notch in cancer. Annu Rev Pathol 2017;12:245–75.

128. Kuczynski EA, Vermeulen PB, Pezzella F, Kerbel RS, Reynolds AR. Vessel co-option in cancer. Nat Rev Clin Oncol 2019;16:469–93.

Downloaded from http://aacrjournals.org/cancerdiscovery/article-pdf/12/1/31/3052722/31.pdf by guest on 25 June 2024

# Exhibit 84

# REVIEW

# Possible Role of Ovarian Epithelial Inflammation in Ovarian Cancer

*Roberta B. Ness, Carrie Cottreau*

Ovarian cancer is a commonly fatal disease for which prevention strategies have been limited, in part because of a lack of understanding of the underlying biology. This paper reviews the epidemiologic literature in the English language on risk factors and protective factors for ovarian cancer and proposes a novel hypothesis that a common mechanism underlying this disease is inflammation. Previous hypotheses about the causes of ovarian cancer have attributed risk to an excess number of lifetime ovulations or to elevations in steroid hormones. Inflammation may underlie ovulatory events because an inflammatory reaction is induced during the process of ovulation. Additional risk factors for ovarian cancer, including asbestos and talc exposure, endometriosis (i.e., ectopic implantation of uterine lining tissue), and pelvic inflammatory disease, cannot be directly linked to ovulation or to hormones but do cause local pelvic inflammation. On the other hand, tubal ligation and hysterectomy act as protective factors, perhaps by diminishing the likelihood that the ovarian epithelium will be exposed to environmental initiators of inflammation. Inflammation entails cell damage, oxidative stress, and elevations of cytokines and prostaglandins, all of which may be mutagenic. The possibility that inflammation is a pathophysiologic contributor to the development of ovarian cancer suggests a directed approach to future research [J Natl Cancer Inst 1999;91:1459–67]

Ovarian cancer is the gynecologic cancer most likely to result in death among women *(1)*, yet the pathophysiology underlying epithelial ovarian cancer is not clearly established. For many years, two dominant hypotheses—the ovulation hypothesis *(2–4)*, which relates ovarian cancer risk to incessant ovulation, and the pituitary gonadotropin hypothesis *(5)*, which implicates elevations in gonadotropin levels acting in concert with estrogen—have sought to explain the genesis of this disease. Epidemiologic and biologic data have not been consistently consistent with either of these hypotheses. At the same time, a growing body of epidemiologic evidence suggests that factors causing epithelial inflammation are involved in ovarian carcinogenesis. Such factors include asbestos and talc exposures, endometriosis, and pelvic inflammatory disease (PID). Conversely, there appear to be protective effects of tubal ligation and hysterectomy, which may reduce the exposure from local genital tract irritants. We first briefly review evidence for and against the ovulation and gonadotropin hypotheses. We then propose that inflammation may work in conjunction with, and in addition to, ovulation and steroid hormones in mediating epithelial ovarian cancer risk (Fig. 1).

In this review, only epithelial ovarian cancers will be discussed because they account for about 90% of all ovarian cancers. We will not discriminate between invasive and noninvasive

tumors, since both have similar risk factors. Also, we acknowledge the potential heterogeneity between mucinous and other epithelial ovarian tumor types *(6,7)*, but histology-specific considerations are beyond the scope of this review.

Studies were identified for this review by searching the English language literature in the MEDLINE® database and by an extensive review of bibliographies from articles found through that search.

## EVIDENCE SUPPORTING THE PITUITARY GONADOTROPIN AND OVULATION HYPOTHESES

The factors that afford the greatest overall risk reduction for ovarian cancer in female populations are parity (number of live births) *(6,8–36)*, oral contraceptive use *(6,8–16,24,31,32,35–45)*, and prolonged breast-feeding *(31,46)*. During pregnancy, very high levels of estrogen and progesterone suppress levels of luteinizing hormone (LH) and follicle-stimulating hormone (FSH) and disallow ovulation; during oral contraceptive use, stable levels of estrogens and progestins inhibit the gonadotropins and their ability to stimulate ovulation; and during breast-feeding, low levels of estrogen and LH suppress ovulation *(47)*. That these reproductive and contraceptive factors are protective suggests a common effect through ovulation or steroid hormones. Oral contraceptive use, parity, and breast-feeding each provide a reduction in risk for two to three decades after their cessation, so that they must trigger biologic events that do not clinically manifest themselves as cancer until many years thereafter *(48)*.

If fertility drugs were found to influence the development of ovarian cancer, this influence would also potentially support both the ovulation and gonadotropin hypotheses, since these drugs both elevate gonadotropin levels and cause superovulation. However, the literature *(49,50)* is conflicting regarding the association between the use of fertility drugs and ovarian cancer.

## SCRUTINIZING THE PITUITARY GONADOTROPIN HYPOTHESIS

The pituitary gonadotropin hypothesis suggests that critical events in the transformation to ovarian cancer are the entrapment

*Affiliations of authors:* R. B. Ness, Department of Epidemiology, University of Pittsburgh Graduate School of Public Health, University of Pittsburgh Cancer Institute, and Magee-Womens Research Institute, Pittsburgh, PA; C. Cottreau, Department of Epidemiology, University of Pittsburgh Graduate School of Public Health.

*Correspondence to:* Roberta B. Ness, M.D., M.P.H., University of Pittsburgh Graduate School of Public Health, 130 DeSoto St., Rm. 513, Parran Hall, Pittsburgh, PA 15261 (e-mail: repro@vms.cis.pitt.edu).

*See* "Note" following "References."

© Oxford University Press

Downloaded from http://jnci.oxfordjournals.org/ by guest on December 2, 2016



**Fig. 1.** Inflammation as a common mechanism underlying ovarian cancer.

Downloaded from http://jnci.oxfordjournals.org/ by guest on December 2, 2016

of surface epithelium in inclusion cysts followed by stimulation of the entrapped epithelium by estrogen or estrogen precursors, particularly in the presence of high and persistent levels of gonadotropins (LH and FSH) *(5)*. Several observations do not completely fit the pituitary gonadotropin hypothesis. High estrogen levels alone could not be the whole story behind mutagenicity because estrogen levels are at their highest during pregnancy, a reproductive event that is strongly protective for ovarian cancer *(48)*. In addition, one study *(51)* found no estrogen receptors in epithelium on the surface of the ovary or in inclusion cysts. Cramer and Welch *(5)* illustrated the nature of the proposed interplay between gonadotropins and estrogens and suggested that disruption of negative feedback to the pituitary in the presence of an otherwise normal ovarian steroidal environment (e.g., by transplanting the ovary to the spleen wherein ovarian hormones would be degraded by the liver) would elevate gonadotropins and stimulate ovarian mutagenesis. A pharmacologic equivalent to this would be use of medications, such as barbiturates, halogenated hydrocarbon pesticides, anti-inflammatory medications, and antihistamines, that would degrade estrogen at a greater than normal rate. However, to our knowledge, there has not been any evidence that such medications increase the risk of ovarian cancer *(52)*. These authors *(5,53)* also proposed that premature ovarian failure or early menopause could be associated with elevated ovarian cancer risk via high gonadotropin levels. However, there is little evidence that age at natural menopause influences risk *(32,46)*.

Furthermore, in the only prospective study to examine this question directly *(54)*, gonadotropin levels measured from serum stored many years prior to outcome were not associated with the occurrence of ovarian cancer. Helzlsouer et al. *(54)* analyzed levels of LH, FSH, and other hormones among case patients with ovarian cancer and control subjects arising from a prospective population-based serum bank study. Of 20 305 participants from whom serum had been collected and frozen, 31 who were not taking hormone replacement therapy (HRT) at baseline developed ovarian cancer a mean of 8 years after blood collection. These case patients were matched to 62 control subjects on age, menopausal status, and, for premenopausal women, number of days from the beginning of the last menstrual period. Mean levels of FSH, LH, and estrogens were somewhat lower among

case patients with ovarian cancer than among control subjects, whereas the androgens androstenedione, dihydroepiandosterone, and dihydroepiandosterone sulfate were associated with an increased risk. These results do not support the hypothesis that elevated pituitary gonadotropin levels increase ovarian cancer risk. However, limitations of the study were the measurement of hormones at a single point in time, the inclusion of premenopausal women without precise determination of timing of blood collection within the menstrual cycle, the small number of cases of ovarian cancer, and the limited adjustment for confounding factors.

A more complex issue that is somewhat difficult to reconcile with the gonadotropin hypothesis is that postmenopausal estrogen use has been modestly, albeit inconsistently, associated with increased risk for ovarian cancer *(7,8,11,12,14,18,24,36,55–62)*. A recent meta-analysis *(63)*, including 11 articles with data from 21 studies, did show a small increase in overall risk with HRT use (relative risk [RR] = 1.15; 95% confidence interval [CI] = 1.05–1.27) with a somewhat higher risk, albeit of borderline significance, among users for more than 10 years' duration (RR = 1.27; 95% CI = 1.00–1.61). Rodriguez et al. *(62)* in the prospective Nurses Health Study found 18 cases in 5000 person-years among long-term users (>11 years), for an RR of 1.7 (95% CI = 1.1–2.8). Postmenopausal estrogens reduce gonadotropins and increase estrogen levels. To the degree that the gonadotropin hypothesis predicted that excess LH and FSH stimulate mutagenesis, these findings would seem to counter the predictions of the hypothesis. However, if the hormonal mechanism more relevant to the thesis of the gonadotropin hypothesis were that of estrogen elevation, then these findings would indeed fit the data. Taken together, the literature reviewed above does not fully support the gonadotropin hypothesis, although it is quite possible that steroid hormones do play some role in pathogenesis.

## SCRUTINIZING THE OVULATION HYPOTHESIS

The ovulation hypothesis states that excessive ovulation damages the ovarian epithelium, from which epithelial ovarian cancer arises *(2)*. This hypothesis proposes that repeated cell damage translates into an enhanced potential for aberrant DNA repair, inactivation of tumor-suppressor genes, and subsequent mutagenesis *(3,4)*. Perhaps the most complex issue to reconcile with the ovulation hypothesis is whether ovulatory infertility increases the risk for ovarian cancer. Ovulatory infertility is the result of a lack of ovulation and so should not elevate the risk of ovarian cancer according to this hypothesis. Although several studies [reviewed at length elsewhere *(49)*] have shown that ovarian cancer is associated with difficulty in achieving pregnancy *(8,21,31,64–69)*, there has been inconsistency regarding the type of infertility associated with risk. With regard to ovulatory infertility, Rossing et al. *(64)* examined records of women who presented to infertility clinics in Seattle, WA, during the period from 1974 through 1985 and who were subsequently identified through cancer registry information if they developed ovarian cancer. Based on small numbers, the RR for ovulatory abnormalities was 3.7 (95% CI = 1.4–8.1) when compared with population-based expected rates of ovarian cancer. This analysis was limited by the likelihood that the external comparison population would likely be more parous, more likely to have used oral contraceptives, and therefore at a lower ovarian cancer risk—hence, resulting in an inflation of the observed RR. In fact, when Rossing et al. compared women with ovulatory infertility with

internal control subjects who had other infertility diagnoses, the risk of ovarian cancer was 1.8 (95% CI = 0.5–6.1). Venn et al. *(65)* published data from a larger retrospective cohort study of women attending an *in vitro* fertilization clinic and compared their rates with population-based ovarian cancer rates. Again, infertility was associated with ovarian cancer, but only for women with unexplained infertility (odds ratio [OR] = 19.2; 95% CI = 2.2–165) and not for women with ovulatory infertility. In summary, because anovulation is only one among several possible causes of infertility, this limited literature neither supports nor refutes the ovulation hypothesis.

Factors that reduce ovulation do not proportionally reduce the risk of ovarian cancer *(24,46)*. First proposed by Risch et al. *(24)* and later demonstrated by Whittemore et al. *(46),* 1 year of delayed menarche or of early menopause was associated with a much less marked reduction in ovarian cancer risk than was 1 year of term pregnancy, 1 year of breast-feeding, or 1 year of oral contraceptive use. Were the ovulation hypothesis to hold, there is no reason to imagine that various sources of ovulation cessation would differentially impact risk. However, age at menarche and age at menopause may less accurately reflect ovulatory function than does pregnancy or oral contraceptive use; the initiation and cessation of menses do not reflect the initiation and cessation of ovulation *(70)*. Nevertheless, suppression of ovulation cannot fully account for the risk reductions observed in epidemiologic studies. Assuming that ovulations occur over a period of at least 20 years, a full-term pregnancy would be expected to reduce ovarian cancer risk by 5%, whereas Whittemore et al. *(46)* observed about a 15% reduction in risk for each pregnancy after the first.

## Epidemiologic Data Supporting the Role of Local Inflammation in Ovarian Cancer Risk

Several types of exposure that do not directly affect ovulation or steroid hormone levels but that do enhance local inflammation have been implicated as ovarian cancer risk factors. Reduced passage of inflammatory toxins from the lower to the upper genital tract may also reduce risk.

## Talc and Asbestos Exposure

In the early 1960s, it was recognized that female asbestos workers had an increased risk of developing ovarian cancer and other intra-abdominal neoplasms *(71,72)*. Subsequent retrospective cohort studies of women who were employed in industries wherein they might encounter heavy asbestos exposure *(73–75)* found about a twofold excess of ovarian cancers over what was expected, with a dose–response relationship suggested. Heller et al. *(76)* documented that substantial amounts of asbestos fiber could be detected in the ovarian tissues of women whose fathers or husbands worked in occupations in which asbestos exposure was high. The rates of finding asbestos in ovarian tissue were twice as high in women with household exposure as in women without such an exposure history. Animal models *(73,77,78)* provide some support for the suggestion that asbestos exposure may cause ovarian cancer. Intraperitoneal injection of asbestos into guinea pigs and rabbits results in changes in the ovarian epithelium similar to those seen in early ovarian cancer in women; similar changes were found among 20% of the exposed and 0% of the unexposed animals *(77)*. However, whereas asbestos was cytotoxic to hamster ovary cells *in vitro (78)*, it had no effect on the ovaries of mice and hamsters *in vivo (77)*.

Although household-related asbestos exposure may be related to dust on the clothing, with those who launder the clothing at increased risk of cancer, it is also possible that exposure occurs through sexual intercourse with particles traveling from the lower to the upper genital tract. Traffic of endogenous cells and pathogens from the lower to the upper genital tract has been shown to be common *(79)*. This fact links cervicitis, i.e., sexually transmitted infection of the lower genital tract epithelium, to PID. It may also link asbestos exposure and talc use to ovarian epithelial inflammation.

Talc, which is structurally similar to asbestos, has repeatedly been related to ovarian cancer. Prior to 1976, talc was commonly contaminated with asbestos, so that the early studies relating talc to ovarian cancer may have been confounded by the asbestos–ovarian cancer relationship *(80)*. More recent findings are less likely to be solely driven by the asbestos relationship.

At least 12 epidemiologic studies *(8,81–91)* have evaluated the use of talc in relationship to ovarian cancer. Eight of these studies *(81–87,90)* reported an elevated cancer risk among women whose powder exposure was described as a "dusting of the perineum," with ORs ranging from 1.3 to 3.9. Two other studies *(8,88)* found a very small elevation in risk with the use of a more general exposure definition, and one study *(89)* found no association. In the most extensive and focused analysis to date, Cook et al. *(81)* interviewed 313 case patients with ovarian cancer and 422 control subjects regarding exposure to a variety of powder products used in a series of ways (e.g., perineal dusting, diaphragm storage, powder on sanitary napkins, and genital deodorant spray). Both talc-containing and non-talc-containing baby or bath powder products were associated with an elevated risk of ovarian cancer; each way of using it, with the exception of diaphragm storage, was also associated with an elevated risk of ovarian cancer. A limited number of studies *(8,81,90,92)* have examined the potential for a dose–response relationship. Some studies have shown some increase in risk with more frequent exposure *(83,86)*, longer exposure *(86)*, and greater total number of lifetime applications *(86)*. However, other studies *(8,81,90)* have not shown any dose–response relationship. The link between talc exposure and ovarian cancer is limited by a lack of supportive animal data and an inconsistency in the detection of talc in the ovarian tissue of women who reported heavy use *(91)*. Nevertheless, the consistency of an association between talc use and ovarian cancer in a series of well-conducted studies of varying design suggests that talc use may represent another environmental exposure that enhances epithelial inflammation and thereby either initiates or promotes ovarian carcinogenesis.

## Endometriosis

Endometriosis is the presence of endometrial tissue outside the lining of the uterus. Although the cause of endometriosis is unknown, it is clear that the implantation of ectopic endometrial tissue is associated with a local inflammatory reaction, including macrophage activation, and elevation of cytokines and growth factors.

Ovarian tumors arise out of ovarian endometriosis in 0.3%–0.8% of case patients who are followed clinically *(93,94)*. In the most extensive epidemiologic study to date, Brinton et al. *(95)* assessed cancer outcomes among 20 686 women with endometriosis who were hospitalized in Sweden. Hospitalizations were identified through the nationwide Swedish Inpatient Registrar, and outcomes were identified through the National Swedish

Downloaded from http://jnci.oxfordjournals.org/ by guest on December 2, 2016

Cancer Registry after a mean of 11.4 years of follow-up. The risk of ovarian cancer was elevated 2.5-fold for women followed for 10 or more years, and the risk rose to more than fourfold among women whose endometriosis was located in the ovaries. Unfortunately, this study did not control for parity or oral contraceptive use, which might have led to an inflated estimate of risk. However, there is substantial clinical support for an association between endometriosis and ovarian cancer.

Several case series (93,96–101) have demonstrated cancer tumorigenesis that arises from endometriosis. Sampson (102), who documented the first case, outlined a set of criteria for establishing the existence of such a cancerous transformation. These criteria include the following: 1) demonstration of both cancerous and benign endometrial tissues in the same ovary, 2) demonstration of cancer arising in the tissue and not invading from another source, and 3) demonstration of a histologic relationship between invasive and benign components. Reviewing the literature, Heaps et al. (93) noted that 165 cases have been published that meet these criteria. Almost 80% of these malignant transformations arose from ovarian endometriosis, and the rest came from extragonadal sites. Endometrioid adenocarcinomas accounted for 69% of lesions, followed by clear-cell carcinomas (13.5%) and sarcomas (11.6%). This is a far higher proportion of endometrioid and clear-cell tumors than is found among ovarian cancers in general (10%–20% and 3%–10%, respectively), which again points to a possible transformation from endometriosis to specific types of endometrial cancer (103). One case report (99) documented the experience of a woman who, on biopsy, first showed atypia within ovarian endometriosis and then 3 years later had a clear-cell ovarian carcinoma arising from the same ovary. Finally, Sainz de la Cuesta et al. (96) found endometriosis among about 40% of women with stage I endometrioid or clear-cell ovarian carcinoma, about one third of which were carcinomas arising out of endometriosis. Czernobilsky and Morris (104) also showed that mild cytologic atypia occurred in about 20% of endometriosis lesions and that severe atypia, a probable precursor of ovarian cancer, occurred in 3.6%. Taken as a whole, these data strongly support a temporal pattern of transition from simple endometriosis to atypical endometriosis to ovarian cancer.

## Hysterectomy and Bilateral Tubal Ligation

Hysterectomy without oophorectomy and tubal ligation both have been associated with reductions in the risk for ovarian cancer (105–115). ORs have ranged from 0.03 to 0.8 for hysterectomy and from 0.2 to 0.9 for tubal ligation. Some authors (105–107) found that the protective effect for hysterectomy waned after 5–20 years and suggested that the observed protection afforded by these procedures might result from screening whereby ovaries examined at the time of surgery and found to be abnormal were removed. However, other authors (6,108,114) found that the protection afforded by hysterectomy or tubal ligation continues for 20–25 years after the procedure. Green et al. (114) proposed that the mechanism whereby hysterectomy and tubal ligation protect against ovarian cancer is by cutting off the pathway between the lower and the upper parts of the genital tract, thereby disallowing proinflammatory exposures from reaching the ovarian epithelium. This may account for the finding by Whittemore et al. (106), who reported no protective effect of hysterectomy in women who had a prior bilateral tubal ligation but found a reduction in risk for women with no prior tubal ligation. Furthermore, Whittemore et al. showed that tubal ligation protected against the effect of talc. Women who used talc but had never had surgical sterilization were at 30% increased risk of cancer, whereas women who used talc but had a tubal ligation had a 50% reduction in risk. Thus, talc exposure may occur via ascension of particles from the lower to the upper part of the genital tract and tubal ligation severs this route of ovarian exposure. However, the risk reduction associated with tubal ligation or hysterectomy may be larger than would be expected, presuming that these procedures protect the ovarian epithelium from exposure to known inflammants, particularly because only a subset of women is exposed to talc or asbestos. The probable explanation for the fact that risk reduction for tubal ligation hysterectomy is larger than expected lies in the role of as yet unidentified environmental exposures. For example, sexually transmitted pathogens may act via inflammation to increase risk (see below). The inflammation hypothesis challenges investigators to search for other exposures that may gain access to the upper genital tract through the lower genital tract and initiate an inflammatory response.

## Pelvic Inflammatory Disease

PID is a condition consisting of inflammation of the endometrium, tubes, and ovaries as a result of sexually transmitted infections that ascend from the lower to the upper part of the genital tract. Two case–control studies (34,116) have linked PID with ovarian cancer risk. A third study (117), in which a very small proportion of women (and, therefore, total number of women) reported previous PID, did not. The latter study (117) is likely limited not only by power but also potentially by under-reporting of prior PID. Shu et al. (34) first reported a substantial but statistically nonsignificant relationship (OR = 3.0; 95% CI = 0.3–30.2) among a handful of affected case patients and control subjects in Shanghai, China. Risch and Howe (116) subsequently demonstrated the relationship in a study involving 450 case patients with ovarian cancer and 565 control subjects residing in and around Toronto, Canada. They found an increased risk of ovarian cancer among women who had had an episode of PID (OR = 1.5; 95% CI = 1.1–2.1). The relationship between PID and ovarian cancer was most evident in women who had had PID at an early age, were nulliparous, and were infertile. Moreover, there was an increasing trend in risk with increasing number of PID episodes. Each episode of PID promotes a greater and greater inflammatory response, resulting in increasing damage to ovarian and tubal structures and a greater chance of tubal infertility (which, if occurring before the first birth, would manifest itself as nulliparity). Indeed, in the previously mentioned retrospective study of the cohort of infertile women (64), those with tubal infertility were at a threefold increased risk of ovarian cancer. The RR for tubal infertility was of the same order of magnitude as it was for ovulatory infertility, albeit involving a smaller number of individuals and not reaching statistical significance. PID produces infertility by causing inflammation of and damage to the fallopian tube wherein the ovum reaches the uterus, rather than by any effect on ovulation (see below). Thus, the finding that PID is associated with ovarian cancer, particularly when there has been resultant chronic inflammation and infertility, is consistent with an inflammatory origin for ovarian cancer.

Downloaded from http://jnci.oxfordjournals.org/ by guest on December 2, 2016

## Anti-Inflammatory Medications

One way to evaluate the role of inflammation in ovarian cancer is to examine the effect of anti-inflammatory medications on risk. Cramer et al. *(52)* asked 563 case patients with ovarian cancer and 523 population-based control subjects about their lifetime history of anti-inflammatory medication use. The OR for ovarian cancer associated with at least 6 months of once-per-week aspirin use was 0.75 (95% CI = 0.52–1.10) and for ibuprofen use was 1.03 (95% CI = 0.64–1.64). Limitations of this study included the modest number of case patients exposed to long-term aspirin use and the smaller number exposed to ibuprofen, which resulted in broad CIs around ORs; the inclusion of women with modest use of nonsteroidal anti-inflammatory medications as exposed; and the lack of dose or duration data for aspirin or ibuprofen use. Previous studies showing a protective benefit of aspirin use for colon cancer have typically used a more restrictive definition of exposure, such as aspirin use at least two to three times per week, and have more clearly shown an effect for aspirin use than for other nonsteroidal medications, predominantly because only for aspirin have the number of exposed individuals been sufficient to provide stable estimates *(118)*. Indeed, in the only other published study examining the role of analgesics on ovarian cancer risk *(89)*, among 189 women with epithelial ovarian cancers, the adjusted RR for infrequent use was 0.78 (not statistically significant), whereas the adjusted RR for frequent use was 0.51 (*P* = .05). Thus, further investigation of the impact of anti-inflammatory medications on ovarian cancer is warranted.

## Biologic Rationale for the Role of Inflammation in Ovarian Cancer Risk

Ames et al. *(119)* argued that carcinogenesis in general may be mediated by oxidative damage to DNA. The general theory was based on the finding that mutations in several critical genes, such as the p53 tumor suppressor gene, can lead to tumors. Damage to the DNA constituting these genes may contribute to mutagenicity, to a degree that depends on the degree of damage, the effectiveness of endogenous repair mechanisms, and the rates of cell division. More rapidly dividing cells would be most prone to errors in DNA replication and repair *(120)*.

Inflammation, by its nature, produces toxic oxidants meant to kill pathogens. These oxidants cause direct damage to DNA, proteins, and lipids and may, therefore, play a direct role in carcinogenesis *(121)*. At the same time, chronic inflammation is associated with increased cell division. Rapid cell division gives rise to the potential for replication errors with resultant DNA repair; aberrant DNA repair, particularly at key regulatory sites (e.g., tumor suppressor DNA regions), may increase the risk for mutagenesis *(119)*. Finally, bioactive substances, such as cytokines, growth factors, and prostaglandins, that are synonymous with inflammation may play an important role in ovarian mutagenesis. Ovarian epithelial cells secrete cytokines, including interleukin 1, interleukin 6, and macrophage colony-stimulating factor, among others *(122)*. Auersperg et al. *(123)* pointed out that these same factors are also produced by ovarian cancer cells and suggested that the recruitment of normally secreted cytokines into disregulated autocrine loops may be important in neoplastic progression. Prostaglandins have multiple effects that favor tumorigenesis *(124)*. For example, prostaglandins are more common in ovarian malignant tumors than in normal cells *(125)*,

overexpression of prostaglandins increases the invasiveness of tumor cells, and inhibitors of cyclooxygenase activity (and therefore prostaglandin formation) protect against a variety of cancers in animals *(124)*. Epidemiologic studies have shown that long-term use of nonsteroidal anti-inflammatory medications generally reduces the risk of colon cancer in both men and women *(118,126,127)* and breast cancer in women *(128)*.

Ovulation may be mutagenic. The process of ovulation requires disruption of the ovarian epithelium *(129,130)*. Degenerative epithelial cells adjacent to the site of follicular rupture are shed from the ovarian surface, presumably through apoptosis (i.e., programmed cell death). The wound that ensues from cell loss and follicular cell extrusion is repaired by the proliferation of epithelial cells from the perimeter of the ruptured follicle. In the process, inclusion cysts are formed as surface epithelial cells become entrapped in the ovarian wound created during ovulation. There has been speculation that inclusion cysts are among the ovarian surface changes that represent a path of differentiation that is less plastic than the relatively pleuripotential normal ovarian epithelium and more likely to proceed to ovarian carcinogenesis *(130)*. This suggestion comes from two observations. First, women with ovarian cancer are more likely to have inclusion cysts in the contralateral ovary *(131)*; however, this finding was not confirmed in another study *(132)*. Second, in an unblinded study *(133)*, ovaries of women at high familial risk of developing ovarian cancer, compared with ovaries of normal women, were more likely to have multiple inclusion cysts as well as papillomatosis, deep invaginations, epithelial pseudostratification, and/or hyperactive stroma. Women with a genetic predisposition to ovarian cancer may thus have ovarian epithelium that is already committed to ovarian carcinogenesis, a feature of which is an excess of inclusion cysts.

There are also data from animal studies and limited human studies to support the hypothesis that ovulation may trigger cellular events that result in carcinogenesis. Hyperovulatory hens have a markedly increased likelihood of developing ovarian adenocarcinomas, as do rats with hyperproliferating ovarian epithelial cells *(134,135)*. In women, mutations of the p53 tumor suppressor gene were associated with an increased number of lifetime ovulations in a study by Schildkraut et al. *(120)*. Mutations of the p53 gene are the most common molecular alterations in ovarian cancer and are thought to result from spontaneous errors of DNA synthesis during cell proliferation *(136)*. Risch *(137)* questioned the validity of these results on the basis that case patients with p53 mutations were older, had poorer tumor differentiation, and had disease of distant rather than of local or regional stage at diagnosis, perhaps indicating that p53-positive tumors are diagnosed later in the neoplastic process. Schildkraut et al. *(138)* reanalyzed the data matching on age and then on stage and replicated the original findings. However, a more recent case–control study *(139)* was unable to confirm the association between lifetime ovulations and p53 mutations.

Mutagenicity induced by ovulation may be mediated by inflammation. Ovulation is associated with a marked inflammatory process at the level of ovulatory follicles *(140)*. Many inflammatory mediators, including vasoactive agents such as bradykinin and inflammatory and anti-inflammatory substances such as prostaglandins and leukotrienes, are locally elevated during ovulation. Epithelium in the neighborhood of inclusion cysts is brought in closer proximity to these substances. Follicle rupture probably involves tissue remodeling, with high cell turn-

Downloaded from http://jnci.oxfordjournals.org/ by guest on December 2, 2016

over, that is also characteristic of inflammatory reactions. Thus, the process of ovulation is intimately related to inflammation. In particular, epithelium in and around the site of ovulation may replicate more actively, come into contact with cytokines and prostaglandins, and may be subject to oxidative stress, thereby enhancing the risk of mutagenesis.

## PREDICTIONS FROM THE INFLAMMATION HYPOTHESIS AND SUGGESTIONS FOR FUTURE RESEARCH

Direct induction of inflammation as a result of endometriosis, talc and asbestos exposure, and PID, as well as ovulation itself, may act to promote ovarian tumorigenesis. There would be several ways to help demonstrate the veracity of this hypothesis. First, anti-inflammatory medications should reduce the occurrence of ovarian cancer. Aspirin use was associated with a reduction in ovarian cancer risk in one previous epidemiologic study; ibuprofen was not *(52)*. Further studies are needed to examine this association. Populations of women with substantial exposures to anti-inflammatory medications, such as those with connective tissue diseases, may be at lower than expected risk, as long as their disease does not inflame the ovarian epithelium. The only study, to our knowledge, that has assessed ovarian cancer risk in a population with connective tissue disease was a relatively retrospective cohort study of patients with rheumatoid arthritis. Cibere et al. *(141)* examined the observed versus expected rates of numerous cancers among a cohort of 862 Canadian patients with rheumatoid arthritis followed for a mean of 17.4 years. Only five patients developed ovarian cancer, for a standardized incidence ratio of 0.89, which was not statistically significant. Although the number of observed cases was somewhat lower than expected, the number of cases was far too limited for clear interpretation. Larger studies would be of great interest.

Experimentally induced inflammation of the epithelial ovarian surface should be studied to see whether such manipulation will result in epithelial inclusion cysts. Furthermore, demonstration of markers of mutagenicity within inclusion cysts should be sought to suggest movement along a pathway toward ovarian cancer. For example, known markers of mutagenesis, such as mutations in tumor suppressor genes, if they are more common in inflammation-induced inclusion cysts, would provide evidence supporting the role of inflammation in ovarian cancer pathogenesis. Animal experiments could also examine whether suppression of ovarian epithelial inflammation with anti-inflammatory medications would reduce the number of inclusion cysts and the rate of cancer-associated mutations. Antioxidants may also lower ovarian cancer risk, and evaluation of such an effect in both animals and humans would be helpful in testing the inflammation hypothesis.

Susceptibility to the effects of ovarian epithelial inflammation may be modulated by DNA excision and repair potential; i.e., individuals with more precise or active DNA repair capabilities may be relatively spared from the effects of local inflammation. The prevalence of such DNA polymorphisms within women with ovarian cancer and control subjects could be tested. All of these are testable hypotheses that could help in our understanding of the biologic mechanisms underlying ovarian cancer.

It is likely that hypotheses regarding ovulation, gonadotropins, and inflammation are not mutually exclusive but are instead interactive. The occurrence of inflammation during ovulation has been discussed. Steroid hormones may also mediate inflammation. Estrogens, according to the gonadotropin hypothesis, elevate ovarian cancer risk and they may also stimulate the immune response *(142)*. In particular, estrogens have been demonstrated *in vitro* to stimulate B-cell response and decrease suppressor T-cell reactivity, resulting in elevations in antibodies and autoantibodies. Moreover, oral contraceptives elevate the concentrations of local immunoglobulin G and immunoglobulin A in the female genital tract *(143)*. Elevated LH may also enhance oxidative stress. The principal bioassay for LH is the ovarian ascorbic acid depletion assay. Ascorbic acid is an antioxidant, and it is possible that LH depletes ascorbic acid by generating the production of free radicals *(144)*. This observation—that a gonadotropin and estrogen may stimulate inflammation and oxidation—provides a link between steroid hormone excess and the physiologic events involved in inflammation. Thus, it is not necessary to argue as to whether the data fit one hypothesis better than another, but rather it is necessary to develop a more comprehensive model of pathogenesis that may incorporate a role for steroid hormones, ovulation, and inflammation in ovarian cancer. Such a model would account for epidemiologic data suggesting associations between reproductive factors and ovarian cancer and also between PID, endometriosis, talc and asbestos exposure, tubal ligation, and hysterectomy and ovarian cancer.

## SUMMARY

Neither incessant ovulation nor gonadotropin stimulation of ovarian estrogen provides a completely satisfactory explanation for the genesis of ovarian cancer. We have reviewed the data suggesting that an additional mechanism that may underlie ovarian cancer is inflammation, with concomitant rapid DNA turnover and defective repair, oxidative stress, and elevation of bioactive substances. Incessant ovulation, a process that has been linked to ovarian cancer risk, is associated with inflammation at the level of both the epithelium and the follicle. Other factors that cause local pelvic inflammation may also increase risk. Finally, tubal ligation and hysterectomy, which diminish the potential that ovarian epithelium will be exposed to initiators of inflammation, reduce risk. Further observational and experimental data will be needed to confirm the hypothesis that inflammation is a central biologic process in ovarian cancer risk.

## REFERENCES

*(1)* Landis SH, Murray T, Bolden S, Wingo PA. Cancer statistics, 1998 [published erratum appears in CA Cancer J Clin 1998;48:192 and 1998;48:329]. CA Cancer J Clin 1998;48:6–29.

*(2)* Fathalla MF. Incessant ovulation—a factor in ovarian neoplasia? Lancet 1971;2:163.

*(3)* Russell SE, Hickey GI, Lowry WS, White P, Atkinson RJ. Allele loss from chromosome 17 in ovarian cancer. Oncogene 1990;5:1581–3.

*(4)* Eccles DM, Cranston G, Steele CM, Nakamura Y, Leonard RC. Allele losses on chromosome 17 in human epithelial ovarian carcinoma. Oncogene 1990;5:1599–601.

*(5)* Cramer DW, Welch WR. Determinants of ovarian cancer risk. II. Inferences regarding pathogenesis. J Natl Cancer Inst 1983;71:717–21.

*(6)* Risch HA, Marrett LD, Howe GR. Parity, contraception, infertility, and the risk of epithelial ovarian cancer. Am J Epidemiol 1994;140:585–97.

*(7)* Risch HA. Estrogen replacement therapy and risk of epithelial ovarian cancer. Gynecol Oncol 1996;63:254–7.

*(8)* Booth M, Beral V, Smith P. Risk factors for ovarian cancer: a case–control study. Br J Cancer 1989;60:592–598.

*(9)* McGowan L, Parent L, Lednar W, Norris HJ. The women at risk for developing ovarian cancer. Gynecol Oncol 1979;7:325–44.

Downloaded from http://jnci.oxfordjournals.org/ by guest on December 2, 2016

Downloaded from http://jnci.oxfordjournals.org/ by guest on December 2, 2016

(10) Gwinn ML, Lee NC, Rhodes PH, Layde PM, Rubin GL. Pregnancy, breast feeding, and oral contraceptives and the risk of epithelial ovarian cancer. J Clin Epidemiol 1990;43:559–68.

(11) Tzonou A, Day NE, Trichopoulos D, Walker A, Saliaraki M, Papapostolou M, et al. The epidemiology of ovarian cancer in Greece. A case–control study. Eur J Cancer Clin Oncol 1984;20:1045–52.

(12) Hildreth NG, Kelsey JL, LiVolsi VA, Fischer DB, Holford TR, Mostow ED, et al. An epidemiologic study of epithelial carcinoma of the ovary. Am J Epidemiol 1981;114:398–405.

(13) Newhouse ML, Pearson RM, Fullerton JM, Boesen EA, Shannon HS. A case control study of the ovary. Br J Prev Soc Med 1977;31:148–53.

(14) Wu ML, Whittemore AS, Paffenbarger RS Jr, Sarles DL, Kampert JB, Grosser S, et al. Personal and environmental characteristics related to epithelial ovarian cancer. I. Reproductive and menstrual events and oral contraceptive use. Am J Epidemiol 1988; 128:1216–27.

(15) Casagrande JT, Louie EW, Pike MC, Roy S, Ross RK, Henderson BE. "Incessant ovulation" and ovarian cancer. Lancet 1979;2:170–3.

(16) Rosenberg L, Shapiro S, Slone D, Kaufman DW, Helmrich SP, Miettinen OS, et al. Epithelial ovarian cancer and combination oral contraceptives. JAMA 1982;247:3210–2.

(17) Mori M, Harabuchi I, Miyake H, Casagrande JT, Henderson BE, Ross RK. Reproductive, genetic, and dietary risk factors for ovarian cancer. Am J Epidemiol 1988;128:771–7.

(18) Cramer DW, Hutchison GB, Welch WR, Scully RE, Ryan KJ. Determinants of ovarian cancer risk. I. Reproductive experiences and family history. J Natl Cancer Inst 1983;1:711–6.

(19) Kvale G, Heuch I, Nilssen S, Beral V. Reproductive factors and risk of ovarian cancer: a prospective study. Int J Cancer 1988;42:246–51.

(20) Joly DJ, Lilienfeld AM, Diamond EL, Bross ID. An epidemiologic study of the relationship of reproductive experience to cancer of the ovary. Am J Epidemiol 1974;99:190–209.

(21) Nasca PC, Greenwald P, Chorost S, Richart R, Caputo T. An epidemiologic case–control study of ovarian cancer and reproductive factors. Am J Epidemiol 1984;119:705–13.

(22) Franceschi S, La Vecchia C, Helmrich SP, Mangioni C, Tognoni G. Risk factors for epithelial ovarian cancer in Italy. Am J Epidemiol 1982;115:714–9.

(23) La Vecchia C, Decarli A, Franceschi S, Regallo M, Tognoni G. Age at first birth and the risk of epithelial ovarian cancer. J Natl Cancer Inst 1984;73:663–6.

(24) Risch HA, Weiss NS, Lyon JL, Daling JR, Liff JM. Events of reproductive life and the incidence of epithelial ovarian cancer. Am J Epidemiol 1983;117:128–39.

(25) Voigt LF, Harlow BL, Weiss NS. The influence of age at first birth and parity on ovarian cancer risk. Am J Epidemiol 1986;124:490–1.

(26) Mori M, Kiyosawa H, Miyake H. Case–control study of ovarian cancer in Japan. Cancer 1984;53:2746–52.

(27) Wynder EL, Dodo H, Barber HR. Epidemiology of cancer of the ovary. Cancer 1969;23:352–70.

(28) Hankinson SE, Colditz GA, Hunter DJ, Willett WC, Stampfer MJ, Rosner B, et al. A prospective study of reproductive factors and risk of epithelial ovarian cancer. Cancer 1995;76:284–90.

(29) Adami HO, Hsieh CC, Lambe M, Trichopoulos D, Leon D, Persson I, et al. Parity, age at first childbirth, and risk of ovarian cancer. Lancet 1944;344:1250–4.

(30) Chen MT, Cook LS, Daling JR, Weiss NS. Incomplete pregnancies and risk of ovarian cancer (Washington, United States). Cancer Causes Control 1996;7:415–20.

(31) Whittemore AS, Harris R, Itnyre J. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case–control studies. II. Invasive epithelial ovarian cancers in white women. Collaborative Ovarian Cancer Group. Am J Epidemiol 1992;136:1184–203.

(32) Purdie D, Green A, Bain C, Siskind V, Ward B, Hacker N, et al. Reproductive and other factors and risk of epithelial ovarian cancer: an Australian case–control study. Survey of Women's Health Study Group. Int J Cancer 1995;62:678–84.

(33) Hartge P, Schiffman MH, Hoover R, McGowan L, Lesher L, Norris HJ. A case–control study of epithelial ovarian cancer. Am J Obstet Gynecol 1989;161:10–6.

(34) Shu XO, Brinton LA, Gao YT, Yuan JM. Population-based case–control study of ovarian cancer in Shanghai. Cancer Res 1989;49:3670–4.

(35) Vessey M, Metcalfe A, Wells C, McPherson K, Westhoff C, Yeates D. Ovarian neoplasms, functional ovarian cysts, and oral contraceptives. Br Med J (Clin Res Ed) 1987;294:1518–20.

(36) Harlow BL, Weiss NS, Roth GJ, Chu J, Daling JR. Case–control study of borderline ovarian tumors: reproductive history and exposure to exogenous female hormones. Cancer Res 1988;48:5849–52.

(37) The Cancer and Steroid Hormone Study of the Centers for Disease Control and the National Institute of Child Health and Human Development. The reduction in risk of ovarian cancer associated with oral-contraceptive use. N Engl J Med 1987;316:650–5.

(38) The WHO Collaborative Study of Neoplasia and Steroid Contraceptives. Epithelial ovarian cancer and combined oral contraceptives. Int J Epidemiol 1989;18:538–45.

(39) Beral V, Hannaford P, Kay C. Oral contraceptive use and malignancies of the genital tract. Results from the Royal College of General Practitioners' Oral Contraceptive Study. Lancet 1988;2:1331–5.

(40) Willett WC, Bain C, Hennekens CH, Rosner B, Speizer FE. Oral contraceptives and risk of ovarian cancer. Cancer 1981;48:1684–7.

(41) Cramer DW, Hutchison GB, Welch WR, Scully RE, Knapp RC. Factors affecting the association of oral contraceptives and ovarian cancer. N Engl J Med 1982;307:1047–51.

(42) Weiss NS, Lyon JL, Liff JM, Vollmer WM, Daling JR. Incidence of ovarian cancer in relation to the use of oral contraceptives. Int J Cancer 1981;28:669–71.

(43) La Vecchia C, Franceschi S, Decarli A. Oral contraceptives and the risk of epithelial ovarian cancer. Br J Cancer 1984;50:31–4.

(44) Parazzini F, La Vecchia C, Negri E, Bocciolone L, Fedele L, Franceschi S. Oral contraceptive use and the risk of ovarian cancer: an Italian case–control study. Eur J Cancer 1991;27:594–8.

(45) Stanford JL. Oral contraceptives and neoplasia of the ovary. Contraception 1991;43:543–56.

(46) Whittemore AS, Harris R, Itnyre J. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case–control studies. IV. The pathogenesis of epithelial ovarian cancer. Collaborative Ovarian Cancer Group. Am J Epidemiol 1992;136:1212–20.

(47) Liu J, Rebar RW, Yen SS. Neuroendocrine control of the postpartum period. Clin Perinatol 1983;10:723–36.

(48) Risch HA. Hormonal etiology of epithelial ovarian cancer, with a hypothesis concerning the role of androgens and progesterone. J Natl Cancer Inst 1998;90:1774–86.

(49) Glud E, Kjaer SK, Troisi R, Brinton LA. Fertility drugs and ovarian cancer. Epidemiol Rev 1998;20:237–57.

(50) Bristow RE, Karlan BY. Ovulation induction, infertility, and ovarian cancer risk. Fertil Steril 1996;66:499–507.

(51) Zeimet AG, Muller-Holzner E, Marth C, Daxenbichler G. Immunocytochemical versus biochemical receptor determination in normal and tumorous tissues of the female reproductive tract and the breast. J Steroid Biochem Mol Biol 1994;49:365–72.

(52) Cramer DW, Harlow BL, Titus-Ernstoff L, Bohlke K, Welch WR, Greenberg ER. Over-the-counter analgesics and risk of ovarian cancer. Lancet 1998;351:104–7.

(53) Cramer DW. Epidemiologic aspects of early menopause and ovarian cancer. Ann N Y Acad Sci 1990;592:363–75.

(54) Helzlsouer KJ, Alberg AJ, Gordon GB, Longcope C, Bush TL, Hoffman SC, et al. Serum gonadotropins and steroid hormones and the development of ovarian cancer. JAMA 1995;274:1926–30.

(55) Hoover R, Gray LA Sr, Fraumeni JF Jr. Stilboestrol (diethylstilbestrol) and the risk of ovarian cancer. Lancet 1977;2:533–4.

(56) Annegers JF, Strom H, Decker DG, Dockerty MB, O'Fallon WM. Ovarian cancer: incidence and case–control study. Cancer 1979;43:723–9.

(57) Hartge P, Hoover R, McGowan L, Lesher L, Norris HJ. Menopause and ovarian cancer. Am J Epidemiol 1988;127:990–8.

(58) Weiss NS, Lyon JL, Krishnamurthy S, Dietert SE, Liff JM, Daling JR. Noncontraceptive estrogen use and the occurrence of ovarian cancer. J Natl Cancer Inst 1982;68:95–8.

(59) Kaufman DW, Kelly JP, Welch WR, Rosenberg L, Stolley PD, Warshauer ME, et al. Noncontraceptive estrogen use and epithelial ovarian cancer. Am J Epidemiol 1989;130:1142–51.

Downloaded from http://jnci.oxfordjournals.org/ by guest on December 2, 2016

(60) La Vecchia C, Liberati A, Franceschi S. Noncontraceptive estrogen use and the occurrence of ovarian cancer [letter]. J Natl Cancer Inst 1982;69: 1207.

(61) Hempling RE, Wong C, Piver MS, Natarajan N, Mettlin CJ. Hormone replacement therapy as a risk factor for epithelial ovarian cancer: results of a case–control study. Obstet Gynecol 1997;89:1012–6.

(62) Rodriguez C, Calle EE, Coates RJ, Miracle-McMahill HL, Thurn MJ, Heath CW Jr. Estrogen replacement therapy and fatal ovarian cancer. Am J Epidemiol 1995;141:828–35.

(63) Garg PP, Kerlikowske K, Subak L, Grady D. Hormone replacement therapy and the risk of epithelial ovarian carcinoma: a meta-analysis. Obstet Gynecol 1998;92:472–9.

(64) Rossing MA, Daling JR, Weiss NS, Moore DE, Self SG. Ovarian tumors in a cohort of infertile women. N Engl J Med 1994;331:771–6.

(65) Venn A, Watson L, Lumley J, Giles G, King C, Healy D. Breast and ovarian cancer incidence after infertility and *in vitro* fertilisation. Lancet 1995;346:995–1000.

(66) Bristow RE, Karlan BY. Ovulation induction, infertility, and ovarian cancer risk. Fertil Steril 1996;66:499–507.

(67) Mosgaard BJ, Lidegaard O, Kjaer SK, Schou G, Andersen AN. Infertility, fertility drugs, and invasive ovarian cancer: a case–control study. Fertil Steril 1997;67:1005–12.

(68) Modan B, Ron E, Lerner-Geva L, Blumstein T, Menczer J, Rabinovici J, et al. Cancer incidence in a cohort of infertile women. Am J Epidemiol 1998;147:1038–42.

(69) Shushan A, Paltiel O, Iscovich J, Elchalal U, Peretz T, Schenker JG. Human menopausal gonadotropin and the risk of epithelial ovarian cancer. Fertil Steril 1996;65:13–8.

(70) Harlow SD, Ephross SA. Epidemiology of menstruation and its relevance to women's health. Epidemiol Rev 1995;17:265–86.

(71) Graham J, Graham R. Ovarian cancer and asbestos. Environ Res 1967; 1:115–28.

(72) Keal EE. Asbestosis and abdominal neoplasma. Lancet 1960;2:1211–6.

(73) Acheson ED, Gardner MJ, Pippard EC, Grime LP. Mortality of two groups of women who manufactured gas masks from chrysotile and crocidolite asbestos: a 40-year follow-up. Br J Ind Med 1982;39:344–8.

(74) Newhouse ML, Berry G, Wagner JC, Turok ME. A study of the mortality of female asbestos workers. Br J Ind Med 1972;29:134–41.

(75) Newhouse ML, Berry G, Wagner JC. Mortality of factory workers in East London 1933–80. Br J Ind Med 1985;42:4–11.

(76) Heller DS, Gordon RE, Westhoff C, Gerber S. Asbestos exposure and ovarian fiber burden. Am J Ind Med 1996;29:435–9.

(77) Kelsey JL, Hildreth NG. Breast and gynecologic cancer epidemiology. Boca Raton (FL): CRC press; 1983.

(78) Neugut AI, Eisenberg D, Silverstein M, Pulkrabek P, Weinstein IB. Effects of asbestos on epithelioid cell lines. Environ Res 1978;17:256–65.

(79) Rice PA, Schachter J. Pathogenesis of pelvic inflammatory disease. What are the questions? JAMA 1991;266:2587–93.

(80) Harlow BL, Hartge PA. A review of perineal talc exposure and risk of ovarian cancer. Regul Toxicol Pharmacol 1995;21:254–60.

(81) Cook LS, Kamb ML, Weiss NS. Perineal powder exposure and the risk of ovarian cancer [published erratum appears in Am J Epidemiol 1998;148: 410]. Am J Epidemiol 1997;145:459–65.

(82) Cramer DW, Welch WR, Scully Re, Wojciechowski CA. Ovarian cancer and talc: a case–control study. Cancer 1982;50:372–6.

(83) Whittemore AS, Wu ML, Paffenberger PS Jr, Sarles DL, Kampert JB, Grosser S, et al. Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. Am J Epidemiol 1988;128:1228–40.

(84) Harlow BL, Weiss NS. A case–control study of borderline ovarian tumors: the influence of perineal exposure to talc. Am J Epidemiol 1989; 130:390–4.

(85) Chen Y, Wu PC, Lang JH, Ge WJ, Hartge P, Brinton LA. Risk factors for epithelial ovarian cancer in Beijing, China. Int J Epidemiol 1992;21:23–9.

(86) Harlow BL, Cramer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer risk. Obstet Gynecol 1992;80:19–26.

(87) Rosenblatt KA, Szklo M, Rosenshein NB. Mineral fiber exposure and the development of ovarian cancer. Gynecol Oncol 1992;45:20–5.

(88) Hartge P, Hoover R, Lesher LP, McGowan L. Talc and ovarian cancer [letter]. JAMA 1988;250:1844.

(89) Tzonou A, Polychronopoulou A, Hsieh CC, Rebelakos A, Karakatsani A, Trichopoulos D. Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. Int J Cancer 1993;55:408–10.

(90) Chang S, Risch HA. Perineal talc exposure and risk of ovarian carcinoma. Cancer 1997;79:2396–401.

(91) Heller DS, Westhoff C, Gordon RE, Katz N. The relationship between perineal cosmetic talc usage and ovarian talc particle burden. Am J Obstet Gynecol 1996;174:1507–10.

(92) Harlow BL, Hartge PA. A review of perineal talc exposure and risk of ovarian cancer. Regul Toxicol Pharmacol 1995;21:254–60.

(93) Heaps JM, Nieberg RK, Berek JS. Malignant neoplasms arising in endometriosis. Obstet Gynecol 1990;75:1023–8.

(94) Hitti IF, Glasberg SS, Lubicz S. Clear cell carcinoma arising in extraovarian endometriosis: report of three cases and review of the literature. Gynecol Oncol 1990;39:314–20.

(95) Brinton LA, Gridley G, Persson I, Baron J, Bergqvist A. Cancer risk after a hospital discharge diagnosis of endometriosis. Am J Obstet Gynecol 1997;176:572–9.

(96) Sainz de la Cuesta R, Eichhorn JH, Rice LW, Fuller AF Jr, Mikrui N, Goff BA. Histologic transformation of benign endometriosis to early epithelial ovarian cancer. Gynecol Oncol 1996;60:238–44.

(97) Vercellini P, Parazzini F, Bolis G, Carinelli S, Dindelli M, Vendola N, et al. Endometriosis and ovarian cancer. Am J Obstet Gynecol 1993;169: 181–2.

(98) LaGrenade A, Silverberg SG. Ovarian tumors associated with atypical endometriosis. Hum Pathol 1988;19:1080–4.

(99) Moll UM, Chumas JC, Chalas E, Mann WJ. Ovarian carcinoma arising in atypical endometriosis. Obstet Gynecol 1990;75:537–9.

(100) Jimbo H, Yoshikawa H, Onda T, Yasugi T, Sakamoto A, Taketani Y. Prevalence of ovarian endometriosis in epithelial ovarian cancer. Int J Gynecol Obstet 1997;59:245–50.

(101) DePriest PD, Banks ER, Powell DE, van Nagell JR Jr, Gallion HH, Puls SE, et al. Endometrioid carcinoma of the ovary and endometriosis: the association in postmenopausal women. Gynecol Oncol 1992;47:71–5.

(102) Sampson JA. Endometrial carcinoma of the ovary arising in endometrial tissue in that organ. Arch Surg 1925;10:1–72.

(103) Friedlander ML. Prognostic factors in ovarian cancer. Semin Oncol 1998; 25:305–14.

(104) Czernobilsky B, Morris WJ. A histologic study of ovarian endometriosis with emphasis on hyperplastic and atypical changes. Obstet Gynecol 1979;53:311–23.

(105) Weiss NS, Harlow BL. Why does hysterectomy without bilateral oophorectomy influence the subsequent incidence of ovarian cancer? Am J Epidemiol 1986;124:856–8.

(106) Whittemore AS, Wu ML, Paffenbarger RS Jr, Sarles DL, Kampert JB, Grosser S, et al. Epithelial ovarian cancer and the ability to conceive. Cancer Res 1989;49:4047–52.

(107) Irwin KL, Weiss NS, Lee NC, Peterson HB. Tubal sterilization, hysterectomy, and the subsequent occurrence of epithelial ovarian cancer. Am J Epidemiol 1991;134:362–9.

(108) Cramer DW, Xu H. Epidemiologic evidence for uterine growth factors in the pathogenesis of ovarian cancer. Ann Epidemiol 1995;5:310–4.

(109) Hankinson SE, Hunter DJ, Colditz GA, Willett WC, Stampfer MJ, Rosner B, et al. Tubal ligation, hysterectomy, and risk of ovarian cancer. A prospective study. JAMA 1993;270:2813–8.

(110) Miracle-McMahill HL, Calle EE, Kosinski AS, Rodriguez C, Wingo PA, Thun MJ, et al. Tubal ligation and fatal ovarian cancer in a large prospective cohort study. Am J Epidemiol 1997;145:349–57.

(111) Loft A, Lidegaard O, Tabor A. Incidence of ovarian cancer after hysterectomy: a nationwide controlled follow up. Br J Obstet Gynaecol 1997; 104:1296–301.

(112) Kreiger N, Sloan M, Cotterchio M, Parsons P. Surgical procedures associated with risk of ovarian cancer. Int J Epidemiol 1997;26:710–5.

(113) Cornelison TL, Natarajan N, Piver MS, Mettlin CJ. Tubal ligation and the risk of ovarian carcinoma. Cancer Detect Prev 1997;21:1–6.

(114) Green A, Purdie D, Bain C, Siskind V, Russell P, Quinn M, et al. Tubal sterilisation, hysterectomy and decreased risk of ovarian cancer. Survey of Women's Health Study Group. Int J Cancer 1997;71:948–51.

(115) Rosenblatt KA, Thomas DB. Reduced risk of ovarian cancer in women with a tubal ligation or hysterectomy. The World Health Organization

Downloaded from http://jnci.oxfordjournals.org/ by guest on December 2, 2016

Collaborative Study of Neoplasia and Steroid Contraceptives. Cancer Epidemiol Biomarkers Prev 1996;5:933–5.

(116) Risch HA, Howe GR. Pelvic inflammatory disease and the risk of epithelial ovarian cancer. Cancer Epidemiol Biomarkers Prev 1995;4:447–51.

(117) Parazzini F, La Vecchia C, Negri E, Moroni S, dal Pino D, Fedele L. Pelvic inflammatory disease and risk of ovarian cancer. Cancer Epidemiol Biomarkers Prev 1996;5:667–9.

(118) Giovannucci E, Rimm EB, Stampfer MJ, Colditz GA, Ascherio A, Willett WC. Aspirin use and the risk for colorectal cancer and adenoma in male health professionals. Ann Intern Med 1994;121:241–6.

(119) Ames BN, Gold LS, Willett WC. The causes and prevention of cancer. Proc Natl Acad Sci U S A 1995;92:5258–65.

(120) Schildkraut JM, Bastos E, Berchuck A. Relationship between lifetime ovulatory cycles and overexpression of mutant p53 in epithelial ovarian cancer. J Natl Cancer Inst 1997;89:932–8.

(121) Dreher D, Junod AF. Role of oxygen free radicals in cancer development. Eur J Cancer 1996;32A:30–8.

(122) Ziltener HJ, Maines-Bandiera S, Schrader JW, Auersperg N. Secretion of bioactive interleukin-1, interleukin-6, and colony-stimulating factors by human ovarian surface epithelium. Biol Reprod 1993;49:635–41.

(123) Auersperg N, Edelson MI, Mok SC, Johnson SW, Hamilton TC. The biology of ovarian cancer. Semin Oncol 1998;25:281–304.

(124) Subbaramaiah K, Zakim D, Weksler BB, Dannenberg AJ. Inhibition of cyclooxygenase: a novel approach to cancer prevention. Proc Soc Exp Biol Med 1997;216:201–10.

(125) Aitokallio-Tallberg AM, Viinikka LU, Ylikorkala RO. Increased synthesis of prostacyclin and thromboxane in human ovarian malignancy. Cancer Res 1988;48:2396–8.

(126) Giovannucci E, Egan KM, Hunter DJ, Stampfer MJ, Colditz GA, Willett WC, et al. Aspirin and the risk of colorectal cancer in women. N Engl J Med 1995;333:609–14.

(127) Giardiello FM, Hamilton SR, Krush AJ, Piantadosi S, Hylind LM, Celano P, et al. Treatment of colonic and rectal adenomas with sulindac in familial adenomatous polyposis. N Engl J Med 1993;328:1313–6.

(128) Harris RE, Namboodiri KK, Farrar WB. Nonsteroidal antiinflammatory drugs and breast cancer. Epidemiolgy 1996;7:203–5.

(129) Murdoch WJ. Ovarian surface epithelium, ovulation and carcinogenesis. Biol Rev Camb Philos Soc 1996;71:529–43.

(130) Auersperg N, Maines-Bandiera SL, Dyck HG. Ovarian carcinogenesis and the biology of ovarian surface epithelium. J Cell Physiol 1997;173:261–5.

(131) Mittal KR, Zeleniuch-Jacquotte A, Cooper JL, Demopoulos RI. Contralateral ovary in unilateral ovarian carcinoma: a search for preneoplastic lesions. Int J Gynecol Pathol 1993;12:59–63.

(132) Westhoff C, Murphy P, Heller D, Halim A. Is ovarian cancer associated with an increased frequency of germinal inclusion cysts? Am J Epidemiol 1993;138:90–3.

(133) Salazar H, Godwin AK, Daly MB, Laub PB, Hogan WM, Rosenblum N, et al. Microscopic benign and invasive malignant neoplasms and a cancer-prone phenotype in prophylactic oophorectomies. J Natl Cancer Inst 1996;88:1810–20.

(134) Wilson JE. Adenocarcinomata in hens kept in a constant environment. Poultry Sci 1958;37:1253.

(135) Godwin AK, Testa JR, Handel LM, Liu Z, Vanderveer LA, Tracey PA, et al. Spontaneous transformation of rat ovarian surface epithelial cells: association with cytogenetic changes and implications of repeated ovulation in the etiology of ovarian cancer. J Natl Cancer Inst 1992;84:592–601.

(136) Jones PA, Buckley JD, Henderson BE, Ross RK, Pike MC. From gene to carcinogen: a rapidly evolving field in molecular epidemiology. Cancer Res 1991;51:3617–20.

(137) Risch HA. Relationship between lifetime ovulatory cycles and overexpression of mutant p53 in epithelial ovarian cancer [letter]. J Natl Cancer Inst 1997;89:1726–7.

(138) Schildkraut JM, Bastos E, Halabi S, Berchuck A. Relationship between lifetime ovulatory cycles and overexpression of mutant p53 in epithelial ovarian cancer. J Natl Cancer Inst 1997;89:932–8.

(139) Webb PM, Green A, Cummings MC, Purdie DM, Walsh MD, Chenevix-Trench G. Relationship between number of ovulatory cycles and accumulation of mutant p53 in epithelial ovarian cancer. J Natl Cancer Inst 1998;90:1729–34.

(140) Espey LL. Current status of the hypothesis that mammalian ovulation is comparable to an inflammatory reaction. Biol Reprod 1994;50:233–8.

(141) Cibere J, Sibley J, Haga M. Rheumatoid arthritis and the risk of malignancy. Arthritis Rheum 1997;40:1580–6.

(142) Manzi S, Ramsey-Goldman R. Autoimmune diseases. In: Ness RB, Kuller LH, editors. Health and disease among women. Biological and environmental influences. New York (NY): Oxford University Press; 1998. p. 342–72.

(143) Crowley-Nowick PA. Basic principles of immunology and genital tract immunity. In: Ness RB, Kuller LH, editors. Health and disease among women. Biological and environmental influences. New York (NY): Oxford University Press; 1998. p. 273–96.

(144) Kolodecik TR, Aten RF, Behrman HR. Ascorbic acid-dependent cytoprotection of ovarian cells by leukocyte and nonleukocyte peroxidases. Biochem Pharmacol 1998;9:1497–503.

## NOTE

Manuscript received December 14, 1998; revised June 24, 1999; accepted July 6, 1999.

Exhibit 85

Sep.30. 2004 11:00AM    KENNECOTT ENERGY CO                                    No.3679    P. 1

**Luzenac AMERICA**
DENVER TECHNICAL CENTER
345 Inverness Drive South • Centennial CO 80112 • USA

## FACSIMILE

| DATE: | September 30, 2004 | FROM: | Richard J. Zazenski |
| | | | Director Product Safety |
| TO: | **Bill Ashton** | PHONE | 303-643-6404 |
| | | e-MAIL | r.zazenski@luzenac.com |
| | | FAX: | 303-643-0446 |
| cc: | | Number of Pages: (including cover Sheet) | 13 Pages |

Bill – I came across this paper this morning published in the April, 2004 journal "Human Reproduction", an official journal of the European Society for Human Reproduction and Embryology. It offers some compelling evidence **in support of the "migration"** hypothesis. Combine this "evidence" with the theory that talc deposition on the ovarian epithelium initiates epithelium inflammation -- which leads to epithelium carcinogenesis – and you have a potential formula for NTP classifying talc as a causative agent in ovarian cancer.

Please note that the tables and figures cited in the paper are "pasted" after the References at the end of the paper.





If any pages are unclear, please contact us.

**Plaintiff's Exhibit No.**

**P-396**

exhibitsticker.com

Sep.30. 2004 11:01AM    KENNECOTT ENERGY CO                    No.3879    P. 2

# Retrograde migration of glove powder in the human female genital tract

A.C.F. Sjösten[1], H. Ellis[2] and G.A.B. Edelstam[1]

[1] Karolinska Institutet, Department of Obstetrics & Gynaecology at Stockholm Söder Hospital, s-118 83 Stockholm, Sweden and [2] Department of Anatomy, Guy's, King's and St Thomas' School of Biomedical Sciences, London Bridge, London SE1 9RT, UK. To whom correspondence should be addressed. e-mail: anette.sjosten@sos.sll.se

## ▲ Abstract

BACKGROUND: This study in humans was undertaken to evaluate earlier results from animal research showing a retrograde migration of glove powder from the vagina into the intra-abdominal cavity. METHODS: One study group was gynaecologically examined with powdered gloves the day before an abdominal hysterectomy and another group 4 days pre-operatively. There were two control groups similarly examined with powder-free gloves. Cell smears were taken from the peritoneal fluid and during the operation further smears were taken from the Fallopian tubes, uterine cavity and cervical canal. RESULTS: Statistically significant differences were found for large starch particles at all locations between the study and control groups examined 1 day pre-operatively. Considering small starch particles, there were significant differences in cervix ($P < 0.001$), uterus ($P < 0.01$) and the Fallopian tubes ($P < 0.01$). The combined results also show significant differences between both large and small starch particles in cervix, uterus and the Fallopian tubes. There were also differences between the study and control groups examined 4 days pre-operatively, but these were not statistically significant except for small and large starch particles in uterus ($P < 0.01$, $P < 0.05$) and cervix ($P < 0.05$, $P < 0.05$). CONCLUSIONS: This study has pointed out a retrograde migration of starch also in humans after a gynaecological examination with powdered gloves. Consequently, powder or any other potentially harmful substance that can migrate from the vagina should be avoided.

Key words: female/gloves/retrograde migration/starch particles/vaginal examination

## ▲ Introduction

Earlier case reports suggest that intra-abdominal granulomas or adhesions due to starch particles were caused by starch powder used on gloves during vaginal examination. An initial indication of retrograde flow through the Fallopian tubes was the finding of intraperitoneal starch granulomas (Paine and Smith, 1957a). Later the first case of starch peritonitis in a patient without previous surgery was reported (Saxen et al., 1963a). A recent investigation detected talcum particles on the ovaries in women who had used perineal talc applications (Heller et al., 1996a). In contrast, tubal ligation prevents the

Sep.30. 2004 11:01AM   KENNECOTT ENERGY CO                      No.3879   P. 9

access of mediators that reach the peritoneal cavity through the Fallopian tubes (Ykortab, 2001.).

Powder-free gloves have been available for 20 years, but starch-powdered gloves are still available and in use (Sjosten et al., 1999.).

It is well documented that starch-powdered gloves are not appropriate for abdominal surgery (Ellis, 1990.; Holmdahl et al., 1994a.), and intraperitoneally, starch particles can initiate inflammatory reaction and the formation of adhesions (Edelstam et al., 1992.; diZerega, 1994a.), although the mechanism by which starch increases the propensity of tissues to form adhesions is not known. Reduced peritoneal fibrinolysis and activation of leukocytes by particulate starch granules have been suggested as possible mechanisms. Activated leukocytes, particularly macrophages, produce supernormal amounts of oxygen-free radicals, prostaglandin $F_2$, thromboxane $B_2$ and various cytokines (Osman and Jensen, 1991.). Starch particles also increase the eicosanoid production which may contribute to the inflammatory or immune reactions and development of adhesions (Chegini and Rong, 1999.). If already injured mesothelial surface of the peritoneum is exposed to starch, more dense adhesions are created compared to the effect of peritoneal trauma or starch separately. Application of glove powder on minimally or severely traumatized peritoneum facilitates tumour cell adhesion and growth alone (van den Tol et al., 2001.). Histological re-evaluation after tubal reconstructive surgery due to peritubal or peri-ovarian adhesions has shown residual starch from powdered gloves (Yaffe et al., 1980.).

A causal connection has been shown between operative tissue damage, intra-abdominal ischaemia, infections, reactions to foreign materials such as sutures, particles of gauze, glove dusting powder and post-operative adhesions (Myllärniemi, 1967.; Holmdahl et al., 1996a.). One of the proven causes of post-operative intestinal adhesions is microscopic foreign bodies which are present in up to 93% of adhesions (Duron et al., 1997a.). After open abdominal or pelvic surgery, a third of the patients are readmitted at least twice during the subsequent 10 years for a disorder directly or possibly related to adhesions (Ellis et al., 1999.).

Our previous investigation in a rabbit model indicated a retrograde migration of glove powder from the vagina into the intra-abdominal cavity (Edelstam et al., 1997.). The amount that reaches the peritoneum is sufficient to significantly increase formation of post-operative adhesions after a standardized trauma (Sjosten et al., 2000.).

Therefore, this subsequent study in humans was done to investigate whether starch particles from powdered gloves also in humans might gain access to the abdominal cavity through the vagina after a gynaecological examination with powdered gloves.

Protected Document--Subject to Protective Order

JNJ 000000706

Pltf_JNJ_00003742

A considerable number of gynaecologists wears starch-powdered gloves (Sjösten *et al.,* 1996♦), despite evidence of starch-induced complications. The starch particles can migrate not only from the vagina into the cervical canal and the uterine cavity but also through the Fallopian tubes into the peritoneal fluid. Women exposed to intra-abdominal surgical trauma 1–4 days after a gynaecological examination with powdered gloves may be at increased risk of intra-abdominal or peri-tubal adhesions due to the examination with powdered gloves (Osser *et al.,* 1989♦). Ongoing subclinical PID can cause infective tissue damage. An extensive study by Myllärniemi (1967♦) showed that talc, starch powder and lint in the abdominal cavity tended to accumulate in the traumatized areas of the peritoneum or that the foreign material contaminating the peritoneal tissues could act together with other traumatizing conditions, possibly preventing the resorption of fibrinous adhesions. This corresponds to our previous finding in the rabbit model that starch particles deposited in the vagina can migrate in a retrograde direction from the vagina into the abdominal cavity and, combined with an intra-abdominal trauma, generate dense adhesions (Sjösten *et al.,* 2000♦). Since there are indications towards retrograde migration of powder, it must not be used regardless of cyclic variations or sexual activity.

In conclusion, our results show that starch particles can migrate from the vagina into the cervical canal, the uterine cavity and through the Fallopian tubes up to 4 days after a gynaecological examination with powdered gloves. Glove powder contributes to adverse intra-abdominal reactions, which include adhesion formation and adhesion-related complications such as chronic pelvic pain and bowel obstruction. Tubal and pelvic adhesions are a major cause of female infertility. Since evidence suggests that a retrograde migration could be a general mechanism, our recommendation is that we should be critical of harmful substances, e.g. glove powder, that could migrate from the vagina to abdominal cavity.

## ▲ Acknowledgements

We thank Associate Professor Mr Göran Granath for statistical analyses. This study was supported by Karolinska Institutet, Stockholm, Sweden.

## ▲ References

Chegini N and Kong H (1999) Postoperative exposure to glove powders modulates production of peritoneal eicosanoids during peritoneal wound healing. *Eur J Surg* 165,698–704.

di Zerega GS (1994) Contemporary adhesion prevention. *Fertil Steril* 61,219–235.

Duron JJ, Ellian N and Olivier O (1997) Post-operative peritoneal adhesions and foreign bodies. *Eur J Surg* 579(Suppl),15–16.

Sep.30. 2004 11:02AM    KENNECOTT ENERGY CO    No.3879    P. 5

**Statistics**

Non-parametric Mann–Whitney $U$-tests and Fisher's exact test were used and values are given as SEM for the group. Differences were considered significant at the $P < 0.001$, $P < 0.01$ and $P < 0.05$ levels. All statistical tests were computerized and carried out with statistics programs (Statistica™, Statsoft, USA).

## ▶ Results

**Group I: examined 1 day pre-operatively with (i) powdered gloves (n = 17) and (ii) powder-free gloves (n = 15)**

Starch particles were found in the cell smears with more particles found on the slides from the patients examined with powdered gloves. The difference was significant at all locations in the genital tract for small particles (cervix $P < 0.001$), uterus and Fallopian tubes $P < 0.01$) and large particles (cervix and uterus $P < 0.01$ and Fallopian tubes $P < 0.05$) but only for large particles in the peritoneal fluid ($P < 0.05$). However, in two patients examined with powdered gloves, no particles were found. On the contrary, in three patients examined with powder-free gloves, a few particles were found (Table 1 and Figure 1).



Figure 1. Median and range value for the retrograde transportation of small and large starch particles respectively, in different locations 1 day after a gynaecological examination with or without powdered gloves. The negative range value in the starch group for cervix, uterus and peritoneal fluid are due to contamination with airborne starch particles.

**View larger version (167K):**

**Group II: examined 4 days pre-operatively with (i) powdered gloves (n = 12) and (ii) powder-free gloves (n = 14)**

There were significantly more small starch particles as well as large particles (cervix and uterus $P < 0.05$) after examination with powdered gloves. The difference were the same for small particles but less significant for large particles (uterus $P < 0.05$). The differences were non-significant in the Fallopian tubes and the peritoneal fluid (Table II and Figure 2.

Protected Document--Subject to Protective Order          JNJ 000000708

Pltf_JNJ_00003742

Case 3:16-md-02738-MAS-RLS    Document 33123-7    Filed 08/22/24    Page 333 of 333
PageID: 243532

## ► Materials and methods

### Patients

The participants in the study were divided into four different groups. Informed consent was obtained from all participants. All had a routine gynaecological examination before an elective laparotomy for total or subtotal hysterectomy due to fibroids or menometrorrhagia. Group I: examined 1 day pre-operatively with (i) powdered gloves (Gammex® Ansell GmbH, Germany; $n = 17$, mean age 51 years) or (ii) powder-free gloves (Biogel® Regent Medical, SLL) ($n = 15$, mean age 51 years). Group II: examined 4 days pre-operatively with (i) powdered gloves ($n = 12$, mean age 53 years) or (ii) powder-free gloves ($n = 14$, mean age 52 years). Patients with cancer of the uterus were excluded as well as women with ongoing menstrual bleeding. The pre-menopausal women were examined regardless of the follicular or luteal phase of the menstrual cycle. A third of all women in the study were post-menopausal. Any medication that might have influenced the tubal patency had not been taken except in the case of three patients who had an asthmatic disease and needed to take terbutaline occasionally. The medication was not taken during the investigations. There were no other significant differences for patient characteristics. Sexual activity, cyclic changes or hormonal effect where not considered in this study.

### Surgical procedure

An abdominal subtotal or total hysterectomy was undertaken with the operating team and the nurse who set up the instrument tray wearing powder-free gloves. Immediately the abdominal cavity was opened, peritoneal fluid was collected and cell smears were then taken from the peritoneal fluid. From the fimbriae of the Fallopian tubes, additional cell smears were taken pre-operatively and when the uterus had been removed, i.e. post-operatively from the uterine cavity and the cervical canal. For making the smears sterile, forceps or peans were used. Smears from the fimbriae of the Fallopian tubes were omitted if they were not removed during the hysterectomy.

### Cell smears

The cell smears were quantitatively standardized on ~1 cm² of one-half of a glass slide with the other blank side serving as control for contamination with air-borne starch particles. All the slides were stained with May-Grünewald Giemsa by a biochemical assistant wearing powder-free gloves in a laboratory where only powder-free gloves were used. The slides were coded and analysed by two independent investigators with a Zeiss 4/76 microscope using polarized light at magnification x250. The starch particles were counted in a standardized procedure for all slides. The numbers on the blank side (i.e. contamination) were subtracted from that in the smears so that the number of starch particles on each slide represent the net number without contaminating particles. Since there are differences in the size of starch particles they where divided into two sizes: (i) smaller than a leukocyte and (ii) larger than a leukocyte. Leukocytes for comparison in size were always present in the smears. The study was approved by the local ethics committee.

Protected Document--Subject to Protective Order                              JNJ 000000709

Pltf_JNJ_00003742