# CERTIFICATE OF SERVICE

I, P. Leigh O'Dell, hereby certify that I caused a copy of the foregoing Plaintiffs' Steering Committee's Memorandum of Law and Opposition to Defendant's Motion to Exclude the Opinions of regarding Biological Plausibility/Mechanism, to be filed electronically via the court's electronic filing system the 22nd day of August, 2024. Those attorneys who are registered with the court's electronic filing system may access these filings through the court's system, and notice of these filings will be sent to these parties by operation of the court's electronic filing system.

Dated:        August 22, 2024                    /s/P. Leigh O'Dell
                                                 P. Leigh O'Dell