# Exhibit 10



# risk factor

(... FAK-ter)

Something that increases the chance of developing a disease. Some examples of risk factors for cancer are age, a family history of certain cancers, use of tobacco products, being exposed to radiation or certain chemicals, infection with certain viruses or bacteria, and certain genetic changes.

## More Information

Risk Factors for Cancer

## Search NCI's Dictionary of Cancer Terms

- ● Starts with
- ○ Contains

| Enter keywords or phrases | Search |