# Exhibit 23

# Seminar



# Epithelial ovarian cancer

*Stephanie Lheureux, Charlie Gourley, Ignace Vergote, Amit M Oza*

Epithelial ovarian cancer generally presents at an advanced stage and is the most common cause of gynaecological cancer death. Treatment requires expert multidisciplinary care. Population-based screening has been ineffective, but new approaches for early diagnosis and prevention that leverage molecular genomics are in development. Initial therapy includes surgery and adjuvant therapy. Epithelial ovarian cancer is composed of distinct histological subtypes with unique genomic characteristics, which are improving the precision and effectiveness of therapy, allowing discovery of predictors of response such as mutations in breast cancer susceptibility genes *BRCA1* and *BRCA2*, and homologous recombination deficiency for DNA damage response pathway inhibitors or resistance (cyclin E1). Rapidly evolving techniques to measure genomic changes in tumour and blood allow for assessment of sensitivity and emergence of resistance to therapy, and might be accurate indicators of residual disease. Recurrence is usually incurable, and patient symptom control and quality of life are key considerations at this stage. Treatments for recurrence have to be designed from a patient's perspective and incorporate meaningful measures of benefit. Urgent progress is needed to develop evidence and consensus-based treatment guidelines for each subgroup, and requires close international cooperation in conducting clinical trials through academic research groups such as the Gynecologic Cancer Intergroup.

*Lancet* 2019; 393: 1240–53

Division of Medical Oncology and Hematology, Princess Margaret Cancer Centre, University Health Network, University of Toronto, Toronto, ON, Canada (S Lheureux MD, Prof A M Oza MD); Nicola Murray Centre for Ovarian Cancer Research, Edinburgh Cancer Research UK Centre, MRC IGMM, University of Edinburgh, Western General Hospital, Edinburgh, UK (Prof C Gourley MD); Edinburgh Cancer Centre, Western General Hospital, Edinburgh, UK (Prof C Gourley MD); and Division of Gynaecological Oncology, Leuven Cancer Institute, Department of Gynaecology and Obstetrics, Universitaire Ziekenhuizen Leuven, Katholieke Universiteit Leuven, Leuven, Belgium (Prof I Vergote MD)

Correspondence to:
Prof Amit M Oza, Division of Medical Oncology and Hematology, Princess Margaret Cancer Centre, University Health Network, University of Toronto, Toronto, ON M5G 2M9 Canada
amit.oza@uhn.ca

## Epidemiology and risk factors

Since the last seminar publication 4 years ago,[1] there have been major improvements in the understanding of the biology of invasive epithelial ovarian cancer (EOC) (figure 1), and this knowledge has led to changes in clinical practice. This Seminar will summarise the current optimal evidence-based approach to management of EOC. EOC is the most lethal gynaecological cancer. Annually worldwide, 230 000 women will be diagnosed and 150 000 will die.[2] It represents the seventh most commonly diagnosed cancer among women in the world with 46% survival 5 years after the diagnosis.[3] One of the main factors contributing to the high death-to-incidence rate is the advanced stage of the disease at the time of diagnosis. Late stage presentation has a 5-year relative survival rate of 29%, by contrast with 92% for early-stage disease.[4] About 75% of patients are diagnosed at an advanced stage because of the asymptomatic nature of EOC. Genomic predisposition to EOC is now well recognised in up to 15% of affected women. Breast cancer susceptibility genes *BRCA1* and *BRCA2* have been identified as causative genes involved in 65–75% of hereditary EOC. Deleterious mutations in *BRCA1* and *BRCA2*, and other double-strand DNA break repair genes, are largely associated with the high-grade serous EOC subtype susceptibility. Lynch syndrome, an autosomal dominant hereditary cancer family syndrome, accounts for 10–15% of hereditary EOC,[5,6] and is typically associated with endometrioid or clear-cell tumours.[4] Other genetic syndromes include Peutz-Jegher and rare disorders, such as Gorlin syndrome.[7] Risk factors for EOC include the number of lifetime ovulations (absence of pregnancy, early age of menarche, and late age at menopause), family history of EOC, smoking, benign gynaecological conditions (including endometriosis, polycystic ovary syndrome, and pelvic inflammatory disease),[4] and potentially use of talcum powder.[8]

## Screening

Considerable efforts have been made to implement screening of the general population to diagnose EOC early, but there is no approved strategy.[9] The UKCTOCS trial (NCT00058032), a randomised controlled trial of over 200 000 women assessing annual multimodal screening with serum cancer antigen (CA125), did not identify significant mortality reduction when the risk for ovarian cancer algorithm (ROCA) was used, versus annual transvaginal ultrasound screening, versus no screening. Further follow-up is underway to assess late benefit (7–14 years after an index screening event) in post-menopausal women because of a significant stage shift in women diagnosed with invasive ovarian, tubal, or peritoneal cancer with multimodal screening compared to no screening.[10] Additional biomarker combinations such as human epididymis protein 4, a glycoprotein secreted by the Mullerian epithelia of the female reproductive tract, have been tested with CA125,[11] but further studies are required. A study[12] screened 4348 women with 10% or higher lifetime risk of ovarian or fallopian tube cancer using ROCA and transvaginal sonography, showing evidence for stage shift, with 53% of diagnoses made during the trial being early-stage cancers, compared with only 6% of early-stage cancers detected more than 1 year after the trial screening finished. Longer follow-up will determine the effect of this strategy on survival. The recommendation for unaffected individuals with a high familial risk of ovarian cancer is risk-reducing salpingo-oophorectomy by an age that depends on their individual genetic predisposition. Efforts are also underway to improve genomic screening strategy.[13]

## Diagnosis

EOC symptoms are not specific and include abdominal bloating, early satiety, nausea, abdominal distension, change in bowel function, urinary symptoms, back pain, fatigue, and loss of weight, which typically present months

before diagnosis.[14] Initial investigations include the measurement of CA125 concentrations and pelvic ultrasound. To accurately define EOC extension, further imaging should include chest and abdomen or pelvis CTs for staging, and potentially a pelvic MRI. Optimal staging is surgical and includes total abdominal hysterectomy, bilateral salpingo-oophorectomy, omentectomy, inspection of peritoneal surfaces with biopsy or removal of any suspicious areas, and para-aortic and pelvic lymph node dissection. Surgery should be done by a trained gynaecological oncology surgeon with the goal of no residual disease. The staging procedure will establish the surgical stage, conventionally with International Federation of Gynecology and Obstetrics (FIGO) staging of ovarian cancer or with tumour, node, metastasis classifications by the American Joint Committee on Cancer.[15,16]

Pathological diagnosis on tumour tissue is essential because ovarian cancer has different histological subtypes with different treatment approaches. Over the past decade it has become clear that EOC consists of a number of diseases (figure 2) with distinct precursor lesions, tissues of origin, molecular biology, clinical presentation, chemosensitivity, and patient outcome.

### First-line treatment approach
#### Surgery
Primary debulking surgery (PDS) followed by chemotherapy has become the standard of care in advanced EOC since the 1980s, despite few upfront randomised trials defining its actual benefit.[17] No residual tumour (R0) after PDS is the most important prognostic factor for survival.[18] Two randomised clinical trials comparing PDS and chemotherapy with neoadjuvant chemotherapy (NACT) followed by interval debulking surgery (IDS) showed similar survival with a low operative morbidity when NACT and IDS were used.[19,20] Both trials have been criticised for their low R0 rates and low survival rates. However, it should be noted that most of the patients had extensive stage IIIC or IV disease. To help the debate, the TRUST trial (NCT02828618) randomising NACT versus PDS in advanced EOC is ongoing in selected centres with 50% or more R0 rates and the results will be available in a few years. The choice between PDS and chemotherapy or NACT and IDS is controversial.[21] Further research is needed on how to select patients for PDS or NACT, including better and validated imaging or laparoscopic scoring systems and algorithms to predict operative morbidity.

A guideline for selecting patients with FIGO stage IIIC and IV disease for PDS or NACT followed by IDS is presented in the table.[22] The algorithm and guideline are based on the EORTC 55971 randomised trial,[20] showing that patients with stage IIIC disease and small metastases (<5 cm) had better overall survival with PDS whereas patients with stage IV disease had better survival with NACT. At the time of surgery, all visible or palpable tumour must be removed at PDS and IDS.[18,20] For decades



*Figure 1:* Evolving management strategies based on disease biology and molecular profiling of novel biospecimens

Integrated approach combining understanding of ovarian cancer disease biology and evolution, and application of novel omics-based technologies as a part of research-based studies or clinical trials. EOC=epithelial ovarian cancer. ct-DNA=circulating tumour DNA. cf-DNA=circulating free DNA. WGS=whole genome sequencing. WES=whole exome sequencing. ChIP=chromatin immunoprecipitation.

the role of a full pelvic and para-aortic lymphadenectomy in advanced EOC has been advocated.[25] However, a randomised study from the AGO-OVAR trial,[26] has shown that systematic pelvic and para-aortic lymphadenectomy in patients with advanced EOC with both intra-abdominal complete resection and clinically negative lymph nodes does not improve overall or progression-free survival (PFS).

In patients with stage IA low grade disease opting for fertility conservation surgery, the uterus and contralateral ovary can be left in place pending pathology review of the removed tissues and further discussion with the patient. The selection of patients for fertility preservation requires very careful consideration of the risks and benefits between the surgical oncologist and patient. The likelihood of cure is high for women with stage IA disease, but residual disease and subsequent recurrence are associated with low likelihood of salvage. Pathological differences greatly affect the potential for conservative surgery, and this option is best reserved for women with well-differentiated or low-grade, stage IA disease.[27]

#### Systemic therapy
The treatment guidelines for EOC have largely been driven by high grade serous ovarian cancer (HGSOC), and first-line therapy has largely been established on the basis of this subgroup. Randomised clinical trials in early-stage disease have been challenging to do because







*Figure 2*: Different histological subtypes of epithelial ovarian cancers and their salient features
P53 and WT1 staining in HGSOC is shown. The magnifications for H and E range between 50–400×, whereas immunohistochemistry is 50×. HGSOC=high-grade serous ovarian carcinoma. LGSOC=low-grade serous ovarian carcinoma.

a minority of patients present early. The ICON[28] and ACTION[29] randomised trials support the use of adjuvant chemotherapy in early-stage disease, with carboplatin or cisplatin and paclitaxel, with level Ia evidence.[28–33] Subset analyses raised the question of avoiding chemotherapy in well-staged patients with early-stage disease, but this finding should be considered as exploratory.[34] The question of adjuvant therapy for early-stage disease can be discussed on the basis of histology subtype and grade.[35] The GOG157 trial[36] compared three versus six cycles of adjuvant paclitaxel and carboplatin, but was powered to detect a 50% decrease in the recurrence rate at 5 years; there was no difference in the groups, perhaps supporting a reduction in the number of cycles, with reduced toxicity in well-staged patients. However, the standard recommendation in practice is six cycles of platinum adjuvant therapy.

Intravenous administration of carboplatin (area under the curve 5–6) and paclitaxel (175 mg/m² over 3 h) every 3 weeks is the standard first-line chemotherapy drug treatment for advanced-stage EOC.[37] Weekly intravenous paclitaxel administration has been investigated and might be an alternative to paclitaxel in combination with intravenous carboplatin administrated once every 3 weeks. In the Japanese Gynecologic Oncology Group 3016 study, 631 women with stage II–IV EOC were randomised between carboplatin AUC 6 with paclitaxel 180 mg/m² every 3 weeks, and carboplatin AUC 6 every 3 weeks with weekly paclitaxel 80 mg/m². A sustained significant improvement in PFS and overall survival for patients receiving dose-dense therapy compared with conventional treatment was reported.[38] However, a benefit in PFS was not seen in three other trials with weekly paclitaxel,[39–41] possibly because of pharmacogenomic influences because the initial JGOG 3016 trial[38] (NCT00226915) was in a Japanese population whereas the subsequent trials[39–41] were predominantly in white populations.

Two randomised trials, GOG218[42] and ICON7,[43] showed a significantly increased PFS, but not overall survival with the addition of the anti-angiogenesis inhibitor bevacizumab (directed against vascular endothelial growth factor), to paclitaxel every 3 weeks and carboplatin followed by maintenance bevacizumab. In a pre-planned analysis of the ICON7 study,[43] the addition of bevacizumab in women at high risk of progression (stage III disease with >1 cm residual disease following PDS, and inoperable patients with stage III and IV disease), significantly improved the estimated median PFS (10·5 months with standard therapy *vs* 15·9 months with bevacizumab [hazard ratio (HR) 0·68; 95% CI, 0·55–0·85; p<0·001] and median overall survival (28·8 *vs* 36·6 months [0·64; 0·48–0·85; p=0·002]). These findings led to the addition of bevacizumab to paclitaxel and carboplatin every 3 weeks as standard of care in this high-risk population in many countries. The AGO trials group exploring 15 versus 30 cycles of chemotherapy[44–46] will confirm

|  | Both Leuven and Essen criteria | Essen criteria only | Leuven criteria only |
|---|---|---|---|
| Diagnosis | Biopsy with histologically proven epithelial ovarian, tubal or peritoneal cancer FIGO stage IIIC-IV | .. | Fine needle aspiration proving the presence of carcinoma cells in patients with a suspicious pelvic mass if CA125 (KU/L)/CEA (ng/mL) ratio is >25; if the serum CA125/CEA ratio is ≤25, imaging or endoscopy is obligatory to exclude a primary gastric, colon, or breast carcinoma |
| Abdominal metastases | Involvement of the superior mesenteric artery; diffuse deep infiltration of the root of the small bowel; diffuse and confluent carcinomatosis of the stomach or small bowel involving such large parts that resection would lead to a short bowel syndrome or a total gastrectomy | Multiple parenchymatous liver metastases in both lobes; tumour involving large parts of the pancreas (not limited to tail) or the duodenum or both; tumour infiltrating the vessels of the ligamentum hepatoduodenale or truncus coeliacus | Intrahepatic metastases; infiltration of the duodenum or pancreas, or the large vessels of the ligamentum hepatoduodenale, truncus coeliacus, or behind the porta hepatis |
| Extra-abdominal metastases | .. | Not fully resectable metastases (eg, multiple parenchymal lung metastases*, non-resectable lymph node metastases, and brain metastases) | All excluding: resectable inguinal lymph nodes, solitary resectable retrocrural or paracardial nodes, and pleural fluid containing cytologically malignant cells without proof of the presence of pleural tumours |
| Patients' characteristics | Impaired performance status and comorbidity not allowing a maximal surgical effort to achieve a complete resection; patients' non-acceptance of potential supportive measures such as blood transfusions or temporary stoma | .. | .. |
| Criteria for interval debulking | .. | Upfront surgical effort in an institution without specialised expert availability, surgical skills competency, and adequate infrastructure; barrier for initial surgery has disappeared (eg, improved medical condition); interval debulking is not indicated, if the reason for primary chemotherapy was tumour growth pattern, diagnosed during open surgery by an experienced gynaecological oncologist under optimal circumstances (as in GOG study 152[23]) | No progressive disease, and in case of extra-abdominal disease at diagnosis the extra-abdominal disease should be in complete response to treatment or resectable; performance status and comorbidity allowing a maximal surgical effort resulting in no residual diseases |

Adapted with permission from Vergote I, et al.[24] FIGO=International Federation of Gynaecology and Obstetrics. *Preferably histologically proven.

*Table:* Leuven and Essen criteria for considering neoadjuvant chemotherapy and interval debulking surgery in FIGO stage IIIC and IV ovarian carcinoma

or refute the hypothesis from the ICON7[43] and ROSIA[44] trials that benefit of bevacizumab is related to the maintenance duration.

The use of intraperitoneal cisplatin and paclitaxel has resulted in a survival advantage in several trials in patients with less than 1 cm residual tumour after PDS.[47–49] These trials have been criticised because they were hampered by outdated control groups, experimental intraperitoneal chemotherapy groups, various changes (eg, different dose, dose-dense regimens), and higher toxicity.[50] The role of intraperitoneal therapy has come into question with the GOG252 study, assessing dose-dense intravenous treatment versus intraperitoneal therapy with the addition of bevacizumab, of which intraperitoneal therapy with bevacizumab did not show any benefit in PFS for patients with FIGO stage 3 disease and less than 1 cm residual tumour following PDS.[51] These findings seem to show that dose for dose, there is no advantage of intraperitoneal chemotherapy over intravenous chemotherapy. Studies that were associated with benefit of intraperitoneal chemotherapy used intraperitoneal cisplatin at 100 mg/m² and were associated with a higher incidence of toxicity.

Hyperthermic intraperitoneal chemotherapy (HIPEC) until 2017 had no proven benefit in EOC.[52] However, in 2017, two randomised studies from Dutch[53] and Korean[54] groups used HIPEC at the time of IDS after NACT.[52–54] The Dutch trial reported significant advantage for the HIPEC group, which was not observed in the Korean trial. In the Dutch trial, the median recurrence-free survival was 10·7 months in the surgery group and 14·2 months in the surgery with HIPEC group, and the median overall survival was 33·9 months in the surgery group versus 45·7 months in the surgery with HIPEC group. In women who received NACT in the Korean trial, the median PFS was 20 months for the HIPEC group and 19 months for the control group (log-rank test, p=0·137), and the median overall survival was 54 months for the HIPEC group and 51 months for the control group (log-rank test, p=0·407). These trials were small and resulted in higher toxicity when HIPEC was used, and should be confirmed before HIPEC can be used as standard of care.[55] The key question of whether benefit is related to an additional intraperitoneal cycle of therapy or the potential association with hyperthermia is going to be evaluated in a prospective trial (Dr Sudeep Gupta, Tata Memorial Centre, Mumbai, personal communication).

### Follow-up
Follow-up might identify disease recurrence earlier, but there are no clear guidelines on the type and frequency; regular physical examination is generally recommended. The earliest indication of recurrent disease might be CA125 in patients where this has been a marker of disease. With neither radiological nor clinical evidence of disease, recurrence can be defined by the rise of more

than twice the upper limit of normal (ULN is 35 U/mL) for patients with normal baseline CA125 levels, or for those whose CA125 levels have normalised during treatment, or CA125 level more than twice nadir value (on two successive occasions) for patients whose CA125 levels have not normalised. The question of value from close monitoring to detect recurrence early remains, because no survival benefit was observed with early treatment of relapse on the basis of increased CA125 alone.[56] This finding might have been because of the paucity of effective therapeutic options at recurrence, or a limitation of the study, which was underpowered to detect a potential survival benefit in patients eligible for secondary cytoreduction. Although early detection might not have survival advantage, it does allow for exploration of treatment options, including surgery or experimental therapies, which have led to regular follow-up after completion of primary therapy.

See Online for appendix

CT scans can detect an asymptomatic recurrence and should be systematically done to establish a baseline before starting new lines of therapy. Several studies have demonstrated the use of ¹⁸F-fluorodeoxyglucose (¹⁸F-FDG) PET and ¹⁸F-FDG PET integrated with CT for early detection of recurrent EOC, and MRI in the evaluation of patients with recurrent EOC and its potential role of prediction of optimal secondary debulking surgery (SDS).[57]

### Recurrence

Recurrence is incurable in about 75% of women who present with advanced disease. A functional algorithm using the platinum-free interval to select subsequent therapy has been a simple and remarkably effective way of choosing therapy and inferring prognosis for the last 30 years. In November, 2015, the Gynecologic Cancer Intergroup redefined the conventional practice of using platinum-free interval to categorise patients as platinum-sensitive or platinum-resistant, and replaced this practice by a therapy-free interval, with the cutoff at 6 months.[58]

At the time of relapse, SDS should be considered for appropriate patients.[59] AGO-OVAR developed the Descriptive Evaluation of preoperative Selection KriTeria for OPerability (DESKTOP) score as a predictive algorithm of effective SDS.[60] Patients with the first recurrence and a platinum-free interval of more than 6 months (platinum-sensitive) EOC have a positive DESKTOP score when accompanied by good performance status (Eastern Cooperative Oncology Group [ECOG] scale 0), complete resection during first-line therapy, and ascites of less than 500 mL; these patients have a significantly better PFS when undergoing SDS followed by chemotherapy, versus chemotherapy alone.[61] A positive DESKTOP score predicted the probability of complete resection in more than two out of three patients with 95% accuracy.[60] The Tian Risk model,[62] which is also based on the factors affecting the SDS surgical outcome, utilises six factors predicting complete cytoreduction: FIGO stage (I and II vs III and IV), residual disease after primary cytoreduction (0 mm vs >0 mm), PFS (<16 months vs ≥16 months), ECOG performance status (0–1 vs 2–3), CA125 (≤ 105 U/mL vs >105 U/mL), and ascites at recurrence (absent vs present). Memorial Sloan Kettering criteria are also used to predict for complete gross resection in secondary cytoreductive surgery in EOC.[63]

If there is no surgical option, systemic therapy is used to control the disease for as long as possible. Several clinical trials have changed the options for care and remain an active area of investigation to overcome systemic therapy resistance. The type of treatment will be based on patient, time of recurrence, tumour histology, and disease biology. Given that HGSOC is the most common type of EOC, we will focus on this specific group. The other histology subtypes including low-grade serous, clear-cell, endometrioid, and mucinous are described in the appendix.

### High grade serous ovarian cancer
#### Epidemiology and origin

HGSOC is the most common type of EOC, accounting for 75% of all EOC. HGSOC pathogenesis has evolved from the notion that it develops from the ovarian epithelium to the epithelium of the distal fallopian tube.[64] Serous tubal intraepithelial carcinomas are suspected to be the precursor lesion of some HGSOC, with molecular features involving mutations in *TP53* as an early event.[65] Bilateral salpingo oophorectomy is the standard of care for risk reduction in *BRCA1* and *BRCA2* carriers. Prevention studies are assessing bilateral salpingectomy with delayed oophorectomy in women with high risk.[66]

#### Hereditary susceptibility

As 15–20% of HGSOC patients have germline *BRCA1* or *BRCA2* mutations, diagnosis should trigger genetic testing.[67] The confirmation of germline mutation in a patient should also lead to offering germline testing offered to first degree relatives to identify carriers who might benefit from screening. In family predisposition studies, the cumulative risks of EOC by the age of 80 years are estimated to be 44% in *BRCA1* and 17% in *BRCA2* mutation carriers.[68] Female *BRCA1* or *BRCA2* mutation carriers should consider prophylactic risk-reduction surgery after childbearing and around age 38 years, when the risk of EOC begins to increase because this surgery is the only proven risk-reducing strategy.[69] Other genes of moderate penetrance involve *RAD51C*, *RAD51D*, and *BRIP1*; although their individual mutation frequency is uncommon (<1% each), cumulatively they might be responsible for about 5% of EOC. Therefore, genetic testing for women with HGSOC includes *BRCA1*, *BRCA2*, and other susceptibility genes.[70] Studies are also evaluating early detection of *TP53* in blood or uterine lavage as a potential genomic screen.[71,72]

## Pathology

The growth pattern of HGSOC is heterogeneous, involving large papillae, being glandular, solid and occasionally micropapillary with frequent necrosis; it is defined by its high-grade nuclei and mitotic index[73] (figure 2). Immunohistochemistry stain is abnormal for p53, diffusely expressed for p16, and elevated for Ki67; additional markers include ER, PR, WT-1, and PAX8.

## Molecular abnormality

HGSOC is characterised by gain of function mutations in *TP53*,[73] high-frequency somatic copy number alterations, and whole genome duplications.[74] HGSOC is associated with lower prevalence but recurrent somatic mutations in *NF1, BRCA1, BRCA2, RB1,* and *CDK12* [74] in around 5–8% of tumours (figure 3). HGSOC is also characterised with frequent DNA gains and losses, making this cancer chromosomally unstable, with potential for acquired chemoresistance (*CCNE1* amplification).[75] Heterozygous and homozygous loss is an important mechanism for inactivation of tumour suppressors.[76] Genomic analyses show that homologous recombination is defective in nearly half of HGSOC.[74] This homologous recombination deficiency (HRD) is a key determinant of platinum sensitivity in HGSOC and has been exploited for treatment with poly (ADP-ribose) polymerase inhibitors (PARPi).[77] Myriad HRD test and Foundation Medicine loss-of-heterozygosity assay assess HRD in tumours as a potential predictive biomarker for PARPi therapy. Molecularly, HGSOC might be stratified into four different prognostic subtypes (C1–mesenchymal, C2–immune, C4–differentiated, and C5–proliferative)[74,78,79] and potentially seven copy-number signatures;[80] both stratification methods require prospective validation to be used in a predictive way.

## Treatment

In the platinum-sensitive recurrence setting, if surgery is not indicated, a re-challenge with platinum doublet chemotherapy is standard, with six to eight cycles of therapy.[81–84] Maintenance strategies have been developed to delay subsequent progression and possibly improve overall survival.[85] Phase 3 trials with bevacizumab showed a significant benefit for maintenance on disease control rate.[86,87] In the OCEANS trial,[86] the addition of bevacizumab to carboplatin and gemcitabine increased median PFS from 8·4 months to 12·4 months (HR 0·484; 95% CI, 0·388–0·605; log-rank p<0·0001). GOG213 confirmed the benefit of adding bevacizumab to carboplatin and paclitaxel with improvement in overall survival after correcting for platinum-free interval (0·823; 0·680–0·996; p=0·0447).[87]

A re-challenge with chemotherapy plus bevacizumab for platinum-sensitive recurrence and patients who previously received bevacizumab as first line showed a clinical benefit with a median PFS from 8·8 months to



*Figure 3:* Common molecular abnormalities in ovarian cancer
Left side shows the breakdown of epithelial ovarian cancer according to histological subtype. Right side shows the breakdown of the main molecular abnormalities that are thought to drive high-grade serous ovarian tumours (*P53* mutation is an almost ubiquitous finding). EMSY=EMSY, BRCA2 Interacting Transcriptional Repressor.

11·8 months without and with bevacizumab, respectively (0·51, 0·41–0·64, p<0·001) but no significant difference in overall survival.[88] The benefit of adding and continuing an anti-angiogenic agent was further confirmed with cediranib.[89]

PARPi have been successfully implemented in recurrent HGSOC by leveraging inherent defects in DNA repair mechanisms present in around 50% of HGSOC because of mutations in *BRCA1, BRCA2,* or associated HRD genes, or by functional inactivation through methylation.[74] PARPi have shown remarkable activity as a single agent in women with recurrent disease regardless of *BRCA1* and *BRCA2* mutations, with improved activity in women with *BRCA1* or *BRCA2* mutations and platinum-sensitive disease.[90–93] Olaparib was the first PARPi approved initially for the treatment of advanced EOC in patients carrying germline *BRCA1* or *BRCA2* mutations who have received three or more previous lines of chemotherapy with response rate of 31·1% (95% CI 24·6–38·1).[91,94] In December, 2016, the US Food and Drug Administration (FDA) granted accelerated approval of rucaparib for the treatment of patients with HGSOC carrying deleterious germline or somatic *BRCA1* or *BRCA2* mutations previously treated with two or more lines of chemotherapy[92,95] on the basis of the investigator-assessed objective response rate of 54% (95% CI 44–64), and median duration of response of 9·2 months (6·6–11·7). Olaparib was approved in Europe as maintenance treatment in patients with platinum-sensitive relapsed HGSOC characterised by *BRCA1* or *BRCA2* mutations.[96] Among patients with a *BRCA1* and *BRCA2* mutation, median PFS was significantly longer in the olaparib group than in the placebo group (11·2 months [95% CI 8·3-not calculable] vs 4·3 months [3·0–5·4]; HR 0·18 [0·10–0·31]; p<0·0001); for patients with wild-type *BRCA1* and *BRCA2*, the difference was lower (7·4 months [5·5–10·3] vs 5·5 months [3·7–5·6]; HR 0·54 [0·34–0·85]; p=0·0075).[97] In women with *BRCA1* or *BRCA2* mutations, the SOLO2 trial[98] confirmed the importance



*Figure 4:* Different molecular targets and pathways in ovarian cancers currently under investigation for drug development
The molecular targets could arise from within a cancer cell or from the tumour microenvironment, such as host immune cells or vascular tissue.

of maintenance, which was followed by the FDA's approval of olaparib as maintenance therapy in women with platinum-sensitive disease following response to chemotherapy.

In December, 2018, the FDA approved olaparib for maintenance treatment of BRCA mutated advanced EOC following first-line platinum-based chemotherapy.[99] This approval was given on the basis of the SOLO1 trial[100] (70% lower risk of disease progression or death with olaparib vs placebo). The benefit of maintenance PARPi extends beyond *BRCA1* and *BRCA2* mutations and HRD. Following the results of the phase 3 NOVA study,[101] niraparib received FDA approval as maintenance treatment of patients with platinum-sensitive recurrent EOC who have achieved a complete or partial response following platinum-based chemotherapy regardless of *BRCA* status. Patients treated with niraparib had a significantly longer median PFS than did those given placebo, including 21·0 months versus 5·5 months in the germline *BRCA1* or *BRCA2* cohort (HR 0·27, 95% CI 0·17–0·41), as compared with 12·9 months versus 3·8 months in the non-germline *BRCA1* or *BRCA2* cohort for patients who had tumours with HRD (0·38, 0·24–0·59) and 9·3 months versus 3·9 months in the overall non-germline *BRCA1* or *BRCA2* cohort (0·45, 0·34–0·61; p<0·001 for all three comparisons). The most recent addition to the pharmacopeia has been rucaparib, which showed significant benefit for maintenance therapy following a good response to platinum-based chemotherapy following recurrence.[102] Median PFS in patients with a *BRCA*-mutant carcinoma was 16·6 months (95% CI 13·4–22·9) in the rucaparib group versus 5·4 months (3·4–6·7) in the placebo group (HR 0·23 [95% CI 0·16–0·34]; p<0·0001); in patients



*Figure 5:* **Disease evolution and treatment opportunities in ovarian cancer**
Combination therapy targeting DNA damage response, cell-cycle, signalling pathway, and tumour microenvironment might be required to control the profound genomic complexity of evolution of HGSOC. Bevacizumab is a vascular endothelial growth factor inhibitor, whereas olaparib, niraparib, and rucaparib are poly ADP-ribose polymerase inhibitors. The vertical red lines represent the time of recurrence. SDS=secondary debulking surgery. TBD=to be determined. HGSOC=high-grade serous ovarian cancer.

with an HRD carcinoma, it was 13·6 months (10·9–16·2) versus 5·4 months (5·1–5·6; HR 0·32 [0·24–0·42]; p<0·0001).

Collectively, the greatest benefit of PARPi as single agent therapy has been observed in women with HGSOC containing deleterious germline or somatic mutations in *BRCA1* or *BRCA2*,[103] followed by women with evidence of HRD; however, biomarkers have not been specific enough to predict benefit. Novel strategies are underway to avoid the use of chemotherapy and involve combination of targeting drugs, such as olaparib and cediranib,[104] regardless of *BRCA1* and *BRCA2* status at the time of platinum-sensitive relapse.

Recurrent disease follows a frequent relapse–response pattern before becoming resistant to treatment. For platinum-resistant disease, various sequential mono-chemotherapies including weekly paclitaxel, liposomal doxorubicin, and gemcitabine are used until subsequent progression or unacceptable toxicity. However, as the expected response rate in the platinum-resistant setting is low (about 10–15%), several trials are investigating new agents to overcome resistance.[105] In the platinum-resistant setting, a phase 3 trial (AURELIA)[106] showed that addition of bevacizumab to various chemotherapy regimens increased the PFS from 3·4 months to 6·7 months (HR 0·48, 95% CI 0·38–0·60; unstratified log-rank p<0·001). An unplanned exploratory subgroup analysis reported that the PFS benefit was greatest in the weekly paclitaxel group, with an improvement from 3·9 months to 10·4 months with addition of bevacizumab.

Patients with refractory disease, defined as progression during the first line of platinum-based chemotherapy, have a very poor prognosis with very low response rate to standard chemotherapy. These patients are often excluded from trials and there is an urgent need to define options for this group.

### Future directions

After the approval of anti-angiogenics and PARPi, there is an active interest in combination therapy to overcome resistance. Acquired drug resistance mechanisms to PARPi involving *BRCA* mutation reversions and *ABCB1* fusions are well known but they are often not present in all tumour cells,[107,108] suggesting that multiple resistance mechanisms might be present within an individual patient. Research aimed at delineating novel resistance mechanisms is needed. Another area of investigation is the immune infiltration and tumour hypoxia,[109] and how modulating the microenvironment might prompt responses to therapy. Because preliminary results of immunotherapy as single agent showed low response rates in HGSOC,[110] novel approaches are based on combination strategy and T-cell therapy.[111]

Efforts are also ongoing to improve drug delivery; antibody-drug conjugates are an important class of highly potent biopharmaceutical drugs designed as a targeted therapy. Antibody–drug conjugates consist of an antibody designed against a specific target linked to a cytotoxic agent.[112] Because targets do not have to be drivers of tumour growth, antibody-drug conjugates are an emerging class of therapeutics, particularly in ovarian cancer without clear oncogenic drivers. As an example, Mirvetuximab soravtansine (IMGN853) consists of a humanised anti-folate receptor monoclonal antibody attached to the cytotoxic maytansinoid DM4.[113] This targeted therapy with IMGN853 is being assessed in the phase 3 trial for patients with folate receptor-positive platinum-resistant EOC. The antibody-drug conjugate strategy offers the possibility to investigate functional imaging based on the identification of the target and tissue analysis.[114]

The challenge is to define the appropriate combination and sequence strategy for a patient at a specific time and



*Figure 6:* Different immunotherapeutic strategies in targeting ovarian cancers
This strategy ranges from targeting the ovarian cancer cells, or the tumour microenvironment, or boosting the host immune system. IDO=indoleamine-pyrrole 2,3-dioxygenase. TCR=T-cell receptor. CAR=chimeric antigen receptor.

then identify mechanisms of resistance that will guide the treatment tailored to each patient.

### Patient journey: evolution of disease
In HGSOC, *TP53* mutation is followed by multiple sequential mutational processes that drive the pathogenesis into a highly complex, genomically unstable tumour with low frequency of oncogenic mutations and few recurrent copy number alterations.[115] These aberrations can evolve with time and exposure to different lines of treatment, increasing the risk of developing therapeutic resistance. Majority of targetable mutations are concordant over time, despite intercurrent chemotherapy and associated clonal selection.[116] However, reversion mutations restoring the open reading frame of *BRCA* have been described with PARPi treatment,[117,118] and recovery of BRCA protein expression,[119] which predict for resistance to therapy.[120] Whole genome sequencing has established the potency of the somatic genome, characterised with diverse DNA repair deficiencies that can be used to stratify ovarian cancers into distinct biological groups with predictive signatures of resistance or relapse.[121] Next-generation sequencing is further facilitating a deeper understanding of resistance and response; in particular, the analysis of exceptional responders in clinical practice allows for discovery of predictive signatures that might revitalise or reposition the use of targeted agents.[122] Unique genomic determinants might be associated with the exceptional outcome in HGSOC patients; concurrent homologous recombination deficiency and RB1 loss were associated with favourable outcomes, suggesting that co-occurrence of specific mutations might mediate durable responses.[123] Spatial and temporal intra-tumour heterogeneity is a major challenge for the development of precision medicine and treatment.[124–126] Several new targets have been identified for each tumour type and are under evaluation as part of clinical trials (figures 2–4). Given the complexity involved in the mechanisms of therapeutic resistance, the characterisation of the disease processes at recurrence is key to identify the best treatment strategy for a patient at that time (figure 5). Combination therapy targeting DNA damage response, cell cycle, signalling pathway, and tumour microenvironment might be required to control the profound genomic complexity of evolution of EOC. This combination therapy involves a change in practice and a need for sequential biopsy, or liquid biopsy, to define the mechanism of resistance involved in the current episode of recurrence. Studies have shown the feasibility to detect reversion mutations in circulating tumour DNA on resistance to therapy, suggesting its potential clinical use.[118,127] Circulating tumour cell collection has shown real-time molecular characterisation of drug response at multiple timepoints in some cancers.[128]

The cellular, molecular, and spatial heterogeneity of ovarian cancer has led to very active consideration of harnessing the immune system to target this disease (figure 6). Tumour infiltrating lymphocytes are associated with improved clinical outcome in EOC patients;[129–131] prognostic subtypes have also been suggested.[76,132] Early studies have incorporated interventions with immune checkpoint blockade, cancer vaccines, and adoptive cell therapy. Initial trials included all subtypes of EOC, and response rates appear to be modest with checkpoint inhibitors as single agent in HGSOC with some encouraging activity seen in clear-cell ovarian cancer.[133–136] Beyond the PD-1 and CTLA-4 pathways, additional tolerogenic mechanisms can be targeted and used in combination with immune therapies, such as chemotherapy or anti-angiogenics. The hypothesis that immune targeted therapy in combination with chemotherapy or molecular targeted agents will improve immune exposure of and activity of EOC has led to the emergence of many beforementioned combination options as well as randomised clinical trials in first-line and recurrent treatment settings.

### Quality of life and symptom management
Given the potential chronicity of EOC, patients might experience a multitude of relapses and treatment-related adverse events that can affect quality of life. Efforts are ongoing to integrate this endpoint into clinical trials and design studies in recurrent disease in which the patient reported outcomes are major endpoints.[137] At the time of recurrence, the goal of treatment is to control the disease and maintain quality of life. This goal means that treatments have to ensure an acceptable safety profile and balance symptom benefit with risks, particularly in the platinum-resistant setting.[138] To incorporate a patient's perspective on

side-effects, patient reported outcomes have been integrated into standard reporting of adverse events based on Common Terminology Criteria for Adverse Events.[139,140]

Malignant bowel obstruction is the most common complication of EOC progression and is described by patients as the most devastating event experienced over their disease trajectory with a median survival of less than 5 months.[141] This complication is a major clinical challenge because of the few therapeutic options associated with substantial symptoms, such as the inability to maintain oral intake, vomiting, and abdominal pain, which lead to nutrient deprivation. Malignant bowel obstruction management is not well defined and includes potential surgical or radiology intervention, medical support, and the ethical dilemma of total parenteral nutrition. Efforts are ongoing to offer a multidisciplinary management including surgery, chemotherapy, radiation, interventional radiology, and to include patients' preferences.[142,143] In this setting, the question of total parenteral nutrition is difficult because the selection of patients who will benefit from total parenteral nutrition is not well described and the majority of patients will die from cancer progress, not starvation.[144] Early intervention of palliative care is also important to improve patient care.[145,146]

## Conclusion

Efforts towards better understanding and characterising the different types of EOC have been leveraged into new therapies, transitioning to standard of care. Discovery research is advancing into hypothesis-driven trials and translational research. Access to clinical trials and international collaboration has been crucial in this progress, particularly for the rare tumour types. Building a strong multidisciplinary network with the integration of discovery research with clinical practice is key to improve precision medicine that will affect patient care. The delivery of value-based and patient-centred care is paramount in improving outcomes as is learning from each patient, from treatment responders to refractory patients. The value of cancer treatment is based on clinical benefit, toxicity, and improvements in patient symptoms or quality of life in the context of cost.[147] Patient engagement and input should be integrated to make these efforts meaningful and measurable.

**Contributors**
SL wrote the summary; introduction; the sections on HGSOC, future direction, disease evolution, and patient management; and had an editorial overview of the entire manuscript and revised it for final publication. CG wrote the rare histology subtype section of EOC, had an editorial overview of the entire manuscript, and provided expertise on the direction and management of ovarian cancer. IV wrote the part on surgical management of EOC and reviewed the manuscript. AMO did the seminar design and overview, provided scientific expertise, guidance, and support in the manuscript writing; reviewed all the data; and had an editorial overview of the entire manuscript.

**Declaration of interests**
We declare no competing interests.

**Acknowledgments**
We thank Marsela Braunstein for her help with manuscript editing, Patricia Shaw for providing the pathology pictures, and Swati Garg for generating figures.

**References**
1    Jayson GC, Kohn EC, Kitchener HC, Ledermann JA. Ovarian cancer. *Lancet* 2014; **384:** 1376–88.
2    Ferlay J, Soerjomataram I, Dikshit R, et al. Cancer incidence and mortality worldwide: sources, methods and major patterns in GLOBOCAN 2012. *Int J Cancer* 2015; **136:** E359–86.
3    Doherty JA, Peres LC, Wang C, Way GP, Greene CS, Schildkraut JM. Challenges and opportunities in studying the epidemiology of ovarian cancer subtypes. *Curr Epidemiol Rep* 2017; **4:** 211–20.
4    Reid BM, Permuth JB, Sellers TA. Epidemiology of ovarian cancer: a review. *Cancer Biol Med* 2017; **14:** 9–32.
5    Bewtra C, Watson P, Conway T, Read-Hippee C, Lynch HT. Hereditary ovarian cancer: a clinicopathological study. *Int J Gynecol Pathol* 1992; **11:** 180–87.
6    Vasen HF, Watson P, Mecklin JP, Lynch HT. New clinical criteria for hereditary nonpolyposis colorectal cancer (HNPCC, Lynch syndrome) proposed by the International Collaborative group on HNPCC. *Gastroenterology* 1999; **116:** 1453–56.
7    Folkins AK, Longacre TA. Hereditary gynaecological malignancies: advances in screening and treatment. *Histopathology* 2013; **62:** 2–30.
8    Penninkilampi R, Eslick GD. Perineal talc use and ovarian cancer: a systematic review and meta-analysis. *Epidemiology* 2018; **29:** 41–49.
9    Menon U, Karpinskyj C, Gentry-Maharaj A. Ovarian cancer prevention and screening. *Obstet Gynecol* 2018; **131:** 909–27.
10   Jacobs IJ, Menon U, Ryan A, et al. Ovarian cancer screening and mortality in the UK Collaborative Trial of Ovarian Cancer Screening (UKCTOCS): a randomised controlled trial. *Lancet* 2016; **387:** 945–56.
11   Moore RG, McMeekin DS, Brown AK, et al. A novel multiple marker bioassay utilizing HE4 and CA125 for the prediction of ovarian cancer in patients with a pelvic mass. *Gynecol Oncol* 2009; **112:** 40–46.
12   Rosenthal AN, Fraser LSM, Philpott S, et al. Evidence of stage shift in women diagnosed with ovarian cancer during phase II of the United Kingdom familial ovarian cancer screening study. *J Clin Oncol* 2017; **35:** 1411–20.
13   Skates SJ, Greene MH, Buys SS, et al. Early detection of ovarian cancer using the risk of ovarian cancer algorithm with frequent CA125 testing in women at increased familial risk—combined results from two screening trials. *Clin Cancer Res* 2017; **23:** 3628–37.
14   Goff BA, Mandel LS, Melancon CH, Muntz HG. Frequency of symptoms of ovarian cancer in women presenting to primary care clinics. *JAMA* 2004; **291:** 2705–12.
15   American Joint Committee on Cancer. Cancer staging manual, 8th edn. New York, NY: Springer, 2017.
16   Prat J, and the FIGO Committee on Gynecologic Oncology. Staging classification for cancer of the ovary, fallopian tube, and peritoneum. *Int J Gynaecol Obstet* 2014; **124:** 1–5.
17   Griffiths CT, Fuller AF. Intensive surgical and chemotherapeutic management of advanced ovarian cancer. *Surg Clin North Am* 1978; **58:** 131–42.
18   du Bois A, Reuss A, Pujade-Lauraine E, Harter P, Ray-Coquard I, Pfisterer J. Role of surgical outcome as prognostic factor in advanced epithelial ovarian cancer: a combined exploratory analysis of 3 prospectively randomized phase 3 multicenter trials: by the Arbeitsgemeinschaft Gynaekologische Onkologie Studiengruppe Ovarialkarzinom (AGO-OVAR) and the Groupe d'Investigateurs Nationaux Pour les Etudes des Cancers de l'Ovaire (GINECO). *Cancer* 2009; **115:** 1234–44.
19   Kehoe S, Hook J, Nankivell M, et al. Primary chemotherapy versus primary surgery for newly diagnosed advanced ovarian cancer (CHORUS): an open-label, randomised, controlled, non-inferiority trial. *Lancet* 2015; **386:** 249–57.
20   Vergote I, Tropé CG, Amant F, et al, and the European Organization for Research and Treatment of Cancer-Gynaecological Cancer Group, and the NCIC Clinical Trials Group. Neoadjuvant chemotherapy or primary surgery in stage IIIC or IV ovarian cancer. *N Engl J Med* 2010; **363:** 943–53.

21 Wright AA, Bohlke K, Armstrong DK, et al. Neoadjuvant chemotherapy for newly diagnosed, advanced ovarian cancer: ociety of Gynecologic Oncology and American Society of Clinical Oncology clinical practice guideline. *J Clin Oncol* 2016; **34:** 3460–73.
22 Vergote IB, Van Nieuwenhuysen E, Vanderstichele A. How to select neoadjuvant chemotherapy or primary debulking surgery in patients with stage IIIC or IV ovarian carcinoma. *J Clin Oncol* 2016; **34:** 3827–28.
23 Rose PG, Nerenstone S, Brady MF, et al. Secondary surgical cytoreduction for advanced ovarian carcinoma. *N Engl J Med* 2004; **351:** 2489–97.
24 Vergote I, du Bois A, Amant F, Heitz F, Leunen K, Harter P. Neoadjuvant chemotherapy in advanced ovarian cancer: on what do we agree and disagree? *Gynecol Oncol* 2013; **128:** 6–11.
25 Burghardt E, Girardi F, Lahousen M, Tamussino K, Stettner H. Patterns of pelvic and paraaortic lymph node involvement in ovarian cancer. *Gynecol Oncol* 1991; **40:** 103–06.
26 Harter P, Sehouli J, Lorusso D, et al. LION: Lymphadenectomy In Ovarian Neoplasms—a prospective randomized AGO study group led gynecologic cancer intergroup trial. *J Clin Oncol* 2017; **35** (suppl 15): 5500.
27 Bentivegna E, Gouy S, Maulard A, et al. Fertility-sparing surgery in epithelial ovarian cancer: a systematic review of oncological issues. *Ann Oncol* 2016; **27:** 1994–2004.
28 Colombo N, Guthrie D, Chiari S, et al, and the International Collaborative Ovarian Neoplasm (ICON) collaborators. International Collaborative Ovarian Neoplasm trial 1: a randomized trial of adjuvant chemotherapy in women with early-stage ovarian cancer. *J Natl Cancer Inst* 2003; **95:** 125–32.
29 Trimbos JB, Vergote I, Bolis G, et al, and the EORTC-ACTION collaborators. European Organisation for Research and Treatment of Cancer-Adjuvant ChemoTherapy in Ovarian Neoplasm. Impact of adjuvant chemotherapy and surgical staging in early-stage ovarian carcinoma: European Organisation for Research and Treatment of Cancer—Adjuvant ChemoTherapy in Ovarian Neoplasm trial. *J Natl Cancer Inst* 2003; **95:** 113–25.
30 Tropé C, Kaern J, Hogberg T, et al. Randomized study on adjuvant chemotherapy in stage I high-risk ovarian cancer with evaluation of DNA-ploidy as prognostic instrument. *Ann Oncol* 2000; **11:** 281–88.
31 Young RC. Early-stage ovarian cancer: to treat or not to treat. *J Natl Cancer Inst* 2003; **95:** 94–95.
32 Bolis G, Colombo N, Pecorelli S, et al. Adjuvant treatment for early epithelial ovarian cancer: results of two randomised clinical trials comparing cisplatin to no further treatment or chromic phosphate (32P). G.I.C.O.G.: Gruppo Interregionale Collaborativo in Ginecologia Oncologica. *Ann Oncol* 1995; **6:** 887–93.
33 Trimbos JB, Parmar M, Vergote I, et al, and the International Collaborative Ovarian Neoplasm 1, and the European Organisation for Research and Treatment of Cancer Collaborators-Adjuvant ChemoTherapy un Ovarian Neoplasm. International Collaborative Ovarian Neoplasm trial 1 and Adjuvant ChemoTherapy In Ovarian Neoplasm trial: two parallel randomized phase III trials of adjuvant chemotherapy in patients with early-stage ovarian carcinoma. *J Natl Cancer Inst* 2003; **95:** 105–12.
34 Lawrie TAW-RB, Heus P, Kitchener HC. Cochrane Database of Systematic Reviews. Adjuvant (post-surgery) chemotherapy for early stage epithelial ovarian cancer (review). John Wiley & Sons, 2015.
35 Oseledchyk A, Leitao MM Jr, Konner J, et al. Adjuvant chemotherapy in patients with stage I endometrioid or clear-cell ovarian cancer in the platinum era: a surveillance, epidemiology, and end results cohort study, 2000–2013. *Ann Oncol* 2017; **28:** 2985–93.
36 Bell J, Brady MF, Young RC, et al, and the Gynecologic Oncology Group. Randomized phase III trial of three versus six cycles of adjuvant carboplatin and paclitaxel in early stage epithelial ovarian carcinoma: a Gynecologic Oncology Group study. *Gynecol Oncol* 2006; **102:** 432–39.
37 Karam A, Ledermann JA, Kim JW, et al, and the participants of the 5th Ovarian Cancer Consensus Conference. Fifth Ovarian Cancer Consensus Conference of the Gynecologic Cancer InterGroup: first-line interventions. *Ann Oncol* 2017; **28:** 711–17.
38 Katsumata N, Yasuda M, Isonishi S, et al, and the Japanese Gynecologic Oncology Group. Long-term results of dose-dense paclitaxel and carboplatin versus conventional paclitaxel and carboplatin for treatment of advanced epithelial ovarian, fallopian tube, or primary peritoneal cancer (JGOG 3016): a randomised, controlled, open-label trial. *Lancet Oncol* 2013; **14:** 1020–26.
39 Pignata S, Scambia G, Katsaros D, et al, and the Multicentre Italian Trials in Ovarian cancer (MITO-7), and the Groupe d'Investigateurs Nationaux pour l'Etude des Cancers Ovariens et du sein (GINECO), and the Mario Negri Gynecologic Oncology (MaNGO), and the European Network of Gynaecological Oncological Trial Groups (ENGOT-OV-10), and the Gynecologic Cancer InterGroup (GCIG) Investigators. Carboplatin plus paclitaxel once a week versus every 3 weeks in patients with advanced ovarian cancer (MITO-7): a randomised, multicentre, open-label, phase 3 trial. *Lancet Oncol* 2014; **15:** 396–405.
40 Chan JK, Brady MF, Penson RT, et al. Weekly vs. every-3-week paclitaxel and carboplatin for ovarian cancer. *N Engl J Med* 2016; **374:** 738–48.
41 Clamp AR, I McNeish, A Dean, et al. ICON8: a GCIG phase III randomised trial evaluating weekly dose-dense chemotherapy integration in first-line epithelial ovarian/fallopian tube/primary peritoneal carcinoma (EOC) treatment: results of primary progression free survival (pfs) analysis. *Annals Oncol* 2017; **28** (suppl 5): v605–49.
42 Burger RA, Brady MF, Bookman MA, et al, and the Gynecologic Oncology Group. Incorporation of bevacizumab in the primary treatment of ovarian cancer. *N Engl J Med* 2011; **365:** 2473–83.
43 Perren TJ, Swart AM, Pfisterer J, et al, and the ICON7 Investigators. A phase 3 trial of bevacizumab in ovarian cancer. *N Engl J Med* 2011; **365:** 2484–96.
44 Oza AM, Selle F, Davidenko I, et al. Efficacy and safety of bevacizumab-containing therapy in newly diagnosed ovarian cancer: ROSiA single-arm phase 3B study. *Int J Gynecol Cancer* 2017; **27:** 50–58.
45 Oza AM, Cook AD, Pfisterer J, et al, and the ICON7 trial investigators. Standard chemotherapy with or without bevacizumab for women with newly diagnosed ovarian cancer (ICON7): overall survival results of a phase 3 randomised trial. *Lancet Oncol* 2015; **16:** 928–36.
46 Li J, Zhou L, Chen X, Ba Y. Addition of bevacizumab to chemotherapy in patients with ovarian cancer: a systematic review and meta-analysis of randomized trials. *Clin Transl Oncol* 2015; **17:** 673–83.
47 Alberts DS, Liu PY, Hannigan EV, et al. Intraperitoneal cisplatin plus intravenous cyclophosphamide versus intravenous cisplatin plus intravenous cyclophosphamide for stage III ovarian cancer. *N Engl J Med* 1996; **335:** 1950–55.
48 Markman M, Bundy BN, Alberts DS, et al. Phase III trial of standard-dose intravenous cisplatin plus paclitaxel versus moderately high-dose carboplatin followed by intravenous paclitaxel and intraperitoneal cisplatin in small-volume stage III ovarian carcinoma: an intergroup study of the Gynecologic Oncology Group, Southwestern Oncology Group, and Eastern Cooperative Oncology Group. *J Clin Oncol* 2001; **19:** 1001–07.
49 Tewari D, Java JJ, Salani R, et al. Long-term survival advantage and prognostic factors associated with intraperitoneal chemotherapy treatment in advanced ovarian cancer: a gynecologic oncology group study. *J Clin Oncol* 2015; **33:** 1460–66.
50 Gore M, du Bois A, Vergote I. Intraperitoneal chemotherapy in ovarian cancer remains experimental. *J Clin Oncol* 2006; **24:** 4528–30.
51 Walker JLBM, DiSilvestro PA, Fujiwara K, et al. A phase III trial of bevacizumab with IV versus IP chemotherapy for ovarian, fallopian tube, and peritoneal carcinoma: an NRG Oncology Study. *Gynecol Oncol Rep* 2016; **141** (suppl 1): 208.
52 Chiva LM, Gonzalez-Martin A. A critical appraisal of hyperthermic intraperitoneal chemotherapy (HIPEC) in the treatment of advanced and recurrent ovarian cancer. *Gynecol Oncol* 2015; **136:** 130–35.
53 Van Driel W, Sikorska K, Schagen van Leeuwen J, et al. A phase 3 trial of hyperthermic intraperitoneal chemotherapy (HIPEC) for ovarian cancer. *J Clin Oncol* 2017; **35** (suppl 15): 5519.
54 Lim MC, Chang S-J, Yoo HJ, Nam BH, Bristow R, Park SY. Randomized trial of hyperthermic intraperitoneal chemotherapy (HIPEC) in women with primary advanced peritoneal, ovarian, and tubal cancer. *J Clin Oncol* 2017; **35** (suppl 15): 5520.

55  Spriggs DR, Zivanovic O. Ovarian cancer treatment—are we getting warmer? *N Engl J Med* 2018; **378:** 293–94.
56  Rustin GJ, van der Burg ME, Griffin CL, et al, and the MRC OV05, and the EORTC 55955 investigators. Early versus delayed treatment of relapsed ovarian cancer (MRC OV05/EORTC 55955): a randomised trial. *Lancet* 2010; **376:** 1155–63.
57  Amit A, Hodes A, Lavie O, Keidar Z, Matanes E, Lowenstein L. The role of F18-FDG PET/CT in predicting secondary optimal de-bulking in patients with recurrent ovarian cancer. *Surg Oncol* 2017; **26:** 347–51.
58  Wilson MK, Pujade-Lauraine E, Aoki D, et al, and the participants of the Fifth Ovarian Cancer Consensus Conference. Fifth Ovarian Cancer Consensus Conference of the Gynecologic Cancer InterGroup: recurrent disease. *Ann Oncol* 2017; **28:** 727–32.
59  Bristow RE, Puri I, Chi DS. Cytoreductive surgery for recurrent ovarian cancer: a meta-analysis. *Gynecol Oncol* 2009; **112:** 265–74.
60  Harter P, Sehouli J, Reuss A, et al. Prospective validation study of a predictive score for operability of recurrent ovarian cancer: the Multicenter Intergroup Study DESKTOP II. A project of the AGO Kommission OVAR, AGO Study Group, NOGGO, AGO-Austria, and MITO. *Int J Gynecol Cancer* 2011; **21:** 289–95.
61  du Bois A, Vergote I, Ferron G, et al. Randomized controlled phase III study evaluating the impact of secondary cytoreductive surgery in recurrent ovarian cancer: AGO DESKTOP III/ENGOT ov20. 2017. *J Clin Oncol* 2017; **35** (suppl 15)**:** 5501.
62  Tian WJ, Chi DS, Sehouli J, et al. A risk model for secondary cytoreductive surgery in recurrent ovarian cancer: an evidence-based proposal for patient selection. *Ann Surg Oncol* 2012; **19:** 597–604.
63  Cowan RA, Eriksson AGZ, Jaber SM, et al. A comparative analysis of prediction models for complete gross resection in secondary cytoreductive surgery for ovarian cancer. *Gynecol Oncol* 2017; **145:** 230–35.
64  Labidi-Galy SI, Papp E, Hallberg D, et al. High grade serous ovarian carcinomas originate in the fallopian tube. *Nat Commun* 2017; **8:** 1093.
65  Ducie J, Dao F, Considine M, et al. Molecular analysis of high-grade serous ovarian carcinoma with and without associated serous tubal intra-epithelial carcinoma. *Nat Commun* 2017; **8:** 990.
66  Nebgen DR, Hurteau J, Holman LL, et al. Bilateral salpingectomy with delayed oophorectomy for ovarian cancer risk reduction: a pilot study in women with BRCA1/2 mutations. *Gynecol Oncol* 2018; **150:** 79–84.
67  Alsop K, Fereday S, Meldrum C, et al. BRCA mutation frequency and patterns of treatment response in BRCA mutation-positive women with ovarian cancer: a report from the Australian Ovarian Cancer Study Group. *J Clin Oncol* 2012; **30:** 2654–63.
68  Kuchenbaecker KB, Hopper JL, Barnes DR, et al, and the BRCA1 and BRCA2 Cohort Consortium. Risks of breast, ovarian, and contralateral breast cancer for BRCA1 and BRCA2 mutation carriers. *JAMA* 2017; **317:** 2402–16.
69  Hartmann LC, Lindor NM. The role of risk-reducing surgery in hereditary breast and ovarian cancer. *N Engl J Med* 2016; **374:** 454–68.
70  Jones MR, Kamara D, Karlan BY, Pharoah PDP, Gayther SA. Genetic epidemiology of ovarian cancer and prospects for polygenic risk prediction. *Gynecol Oncol* 2017; **147:** 705–13.
71  Widschwendter M, Zikan M, Wahl B, et al. The potential of circulating tumor DNA methylation analysis for the early detection and management of ovarian cancer. *Genome Med* 2017; **9:** 116.
72  Maritschnegg E, Wang Y, Pecha N, et al. Lavage of the uterine cavity for molecular detection of Müllerian Duct carcinomas: a proof-of-concept study. *J Clin Oncol* 2015; **33:** 4293–300.
73  Vang R, Levine DA, Soslow RA, Zaloudek C, Shih IM, Kurman RJ. Molecular alterations of TP53 are a defining feature of ovarian high-grade serous carcinoma: a reeview of cases lacking TP53 mutations in the cancer genome atlas ovarian study. *Int J Gynecol Pathol* 2016; **35:** 48–55.
74  The Cancer Genome Atlas Research Network. Integrated genomic analyses of ovarian carcinoma. *Nature* 2011; **474:** 609–15.
75  Bowtell DD, Böhm S, Ahmed AA, et al. Rethinking ovarian cancer II: reducing mortality from high-grade serous ovarian cancer. *Nat Rev Cancer* 2015; **15:** 668–79.
76  Patch AM, Christie EL, Etemadmoghadam D, et al, and the Australian Ovarian Cancer Study Group. Whole-genome characterization of chemoresistant ovarian cancer. *Nature* 2015; **521:** 489–94.
77  Scott CL, Swisher EM, Kaufmann SH. Poly (ADP-ribose) polymerase inhibitors: recent advances and future development. *J Clin Oncol* 2015; **33:** 1397–406.
78  Tothill RW, Tinker AV, George J, et al, and the Australian Ovarian Cancer Study Group. Novel molecular subtypes of serous and endometrioid ovarian cancer linked to clinical outcome. *Clin Cancer Res* 2008; **14:** 5198–208.
79  Konecny GE, Wang C, Hamidi H, et al. Prognostic and therapeutic relevance of molecular subtypes in high-grade serous ovarian cancer. *J Natl Cancer Inst* 2014; **106:** dju249.
80  Macintyre G, Goranova T, De Silva D, et al. Copy-number signatures and mutational processes in ovarian carcinoma. *Nature Genetics* 2018; **50:** 1262–70.
81  Navaneelan T. Trends in the incidence and mortality of female reproductive system cancers. Health at a Glance. Statistics Canada catalogue 201. Statistics Canada, 2015
82  Parmar MK, Ledermann JA, Colombo N, et al, and the ICON and AGO Collaborators. Paclitaxel plus platinum-based chemotherapy versus conventional platinum-based chemotherapy in women with relapsed ovarian cancer: the ICON4/AGO-OVAR-2.2 trial. *Lancet* 2003; **361:** 2099–106.
83  Pfisterer J, Plante M, Vergote I, et al, and the AGO-OVAR, and the NCIC CTG, and the EORTC GCG. Gemcitabine plus carboplatin compared with carboplatin in patients with platinum-sensitive recurrent ovarian cancer: an intergroup trial of the AGO-OVAR, the NCIC CTG, and the EORTC GCG. *J Clin Oncol* 2006; **24:** 4699–707.
84  Pujade-Lauraine E, Wagner U, Aavall-Lundqvist E, et al. Pegylated liposomal doxorubicin and carboplatin compared with paclitaxel and carboplatin for patients with platinum-sensitive ovarian cancer in late relapse. *J Clin Oncol* 2010; **28:** 3323–29.
85  Lheureux S, Karakasis K, Kohn EC, Oza AM. Ovarian cancer treatment: the end of empiricism? *Cancer* 2015; **121:** 3203–11.
86  Aghajanian C, Blank SV, Goff BA, et al. OCEANS: a randomized, double-blind, placebo-controlled phase III trial of chemotherapy with or without bevacizumab in patients with platinum-sensitive recurrent epithelial ovarian, primary peritoneal, or fallopian tube cancer. *J Clin Oncol* 2012; **30:** 2039–45.
87  Coleman RL, Brady MF, Herzog TJ, et al. Bevacizumab and paclitaxel-carboplatin chemotherapy and secondary cytoreduction in recurrent, platinum-sensitive ovarian cancer (NRG Oncology/Gynecologic Oncology Group study GOG-0213): a multicentre, open-label, randomised, phase 3 trial. *Lancet Oncol* 2017; **18:** 779–91.
88  Pignata S, Lorusso D, Joly F, et al. on the behalf of MITO, GINECO, MaNGO, SAKK and HeCOG groups. Chemotherapy plus or minus bevacizumab for platinum-sensitive ovarian cancer patients recurring after a bevacizumab containing first line treatment: the randomized phase 3 trial MITO16B-MaNGO OV2B-ENGOT OV17. *J Clin Oncol* 2018; **26** (suppl 15)**:** 5506.
89  Ledermann JA, Embleton AC, Raja F, et al, and the ICON6 collaborators. Cediranib in patients with relapsed platinum-sensitive ovarian cancer (ICON6): a randomised, double-blind, placebo-controlled phase 3 trial. *Lancet* 2016; **387:** 1066–74.
90  Gelmon KA, Tischkowitz M, Mackay H, et al. Olaparib in patients with recurrent high-grade serous or poorly differentiated ovarian carcinoma or triple-negative breast cancer: a phase 2, multicentre, open-label, non-randomised study. *Lancet Oncol* 2011; **12:** 852–61.
91  Kaufman B, Shapira-Frommer R, Schmutzler RK, et al. Olaparib monotherapy in patients with advanced cancer and a germline BRCA1/2 mutation. *J Clin Oncol* 2015; **33:** 244–50.
92  Swisher EM, Lin KK, Oza AM, et al. Rucaparib in relapsed, platinum-sensitive high-grade ovarian carcinoma (ARIEL2 Part 1): an international, multicentre, open-label, phase 2 trial. *Lancet Oncol* 2017; **18:** 75–87.
93  Oza AM, Tinker AV, Oaknin A, et al. Antitumor activity and safety of the PARP inhibitor rucaparib in patients with high-grade ovarian carcinoma and a germline or somatic BRCA1 or BRCA2 mutation: integrated analysis of data from Study 10 and ARIEL2. *Gynecol Oncol* 2017; **147:** 267–75.
94  Kim G, Ison G, McKee AE, et al. FDA approval summary: olaparib monotherapy in patients with deleterious germline BRCA-mutated advanced ovarian cancer treated with three or more lines of chemotherapy. *Clin Cancer Res* 2015; **21:** 4257–61.

95  Balasubramaniam S, Beaver JA, Horton S, et al. FDA approval summary: rucaparib for the treatment of patients with deleterious BRCA mutation-associated advanced ovarian cancer. Clin Cancer Res 2017; 23: 7165–70.
96  Ledermann J, Harter P, Gourley C, et al. Olaparib maintenance therapy in platinum-sensitive relapsed ovarian cancer. N Engl J Med 2012; 366: 1382–92.
97  Ledermann J, Harter P, Gourley C, et al. Olaparib maintenance therapy in patients with platinum-sensitive relapsed serous ovarian cancer: a preplanned retrospective analysis of outcomes by BRCA status in a randomised phase 2 trial. Lancet Oncol 2014; 15: 852–61.
98  Pujade-Lauraine E, Ledermann JA, Selle F, et al, and the SOLO2/ENGOT-Ov21 investigators. Olaparib tablets as maintenance therapy in patients with platinum-sensitive, relapsed ovarian cancer and a BRCA1/2 mutation (SOLO2/ENGOT-Ov21): a double-blind, randomised, placebo-controlled, phase 3 trial. Lancet Oncol 2017; 18: 1274–84.
99  The ASCO post. FDA approves olaparib for maintenance treatment of BRCA-mutated, advanced ovarian cancer. 2018. http://www.ascopost.com/News/59591?email=c6972606b6419cd49d611f2aca7076cb911d7ff6b2ce15974c37ba71e388ad16&utm_medium=Email&utm_campaign=TAP%20EN (accessed March 13, 2019).
100 Moore K, Colombo N, Scambia G, et al. Maintenance olaparib in patients with newly diagnosed advanced ovarian cancer. N Engl J Med 2018; 379: 2495–505.
101 Mirza MR, Monk BJ, Herrstedt J, et al, and the ENGOT-OV16/NOVA Investigators. Niraparib maintenance therapy in platinum-sensitive, recurrent ovarian cancer. N Engl J Med 2016; 375: 2154–64.
102 Coleman RL, Oza AM, Lorusso D, et al, and the ARIEL3 investigators. Rucaparib maintenance treatment for recurrent ovarian carcinoma after response to platinum therapy (ARIEL3): a randomised, double-blind, placebo-controlled, phase 3 trial. Lancet 2017; 390: 1949–61.
103 Ivy SP, Liu JF, Lee JM, Matulonis UA, Kohn EC. Cediranib, a pan-VEGFR inhibitor, and olaparib, a PARP inhibitor, in combination therapy for high grade serous ovarian cancer. Expert Opin Investig Drugs 2016; 25: 597–611.
104 Liu JF, Barry WT, Birrer M, et al. Combination cediranib and olaparib versus olaparib alone for women with recurrent platinum-sensitive ovarian cancer: a randomised phase 2 study. Lancet Oncol 2014; 15: 1207–14.
105 Marchetti C, Ledermann JA, Benedetti Panici P. An overview of early investigational therapies for chemoresistant ovarian cancer. Expert Opin Investig Drugs 2015; 24: 1163–83.
106 Pujade-Lauraine E, Hilpert F, Weber B, et al. Bevacizumab combined with chemotherapy for platinum-resistant recurrent ovarian cancer: the AURELIA open-label randomized phase III trial. J Clin Oncol 2014; 32: 1302–08.
107 Christie EL, Bowtell DDL. Acquired chemotherapy resistance in ovarian cancer. Ann Oncol 2017; 28 (suppl 8): viii13–15.
108 Alsop K, Thorne H, Sandhu S, et al, and the Melbourne Melanoma Project, and the Australian Ovarian Cancer Study Group (AOCS), and the Kathleen Cuningham Foundation Consortium for Research into Familial Breast Cancer (kConFab). A community-based model of rapid autopsy in end-stage cancer patients. Nat Biotechnol 2016; 34: 1010–14.
109 DiGiacomo JW, Gilkes DM. Tumor hypoxia as an enhancer of inflammation-mediated metastasis: emerging therapeutic strategies. Target Oncol 2018; 13: 157–73.
110 Thibodeaux SR, Curiel TJ. Immune therapy for ovarian cancer: promise and pitfalls. Int Rev Immunol 2011; 30: 102–19.
111 Owens GL, Sheard VE, Kalaitsidou M, et al. Preclinical assessment of CAR T-Cell therapy targeting the tumor antigen 5T4 in ovarian cancer. J Immunother 2018; 41: 130–40.
112 Moek KL, de Groot DJA, de Vries EGE, Fehrmann RSN. The antibody-drug conjugate target landscape across a broad range of tumour types. Ann Oncol 2017; 28: 3083–91.
113 Moore KN, Vergote I, Oaknin A, et al. FORWARD I: a phase III study of mirvetuximab soravtansine versus chemotherapy in platinum-resistant ovarian cancer. Future Oncol 2018; 14: 1669–78.
114 Colombo I, Overchuk M, Chen J, Reilly RM, Zheng G, Lheureux S. Molecular imaging in drug development: update and challenges for radiolabeled antibodies and nanotechnology. Methods 2017; 130: 23–35.
115 Hoadley KA, Yau C, Wolf DM, et al, and the Cancer Genome Atlas Research Network. Multiplatform analysis of 12 cancer types reveals molecular classification within and across tissues of origin. Cell 2014; 158: 929–44.
116 Fehniger J, Berger AA, Juckett L, Gay LM, Elvin JA, Levine DA, Zajchowski DA. Genomic mutation profiles of paired ovarian cancers (OC) across time. J Clin Oncol 2018; 36 (suppl 15): 5521.
117 Kondrashova O, Nguyen M, Shield-Artin K, et al, and the AOCS Study Group. Secondary somatic mutations restoring RAD51C and RAD51D associated with acquired resistance to the PARP inhibitor rucaparib in high-grade ovarian carcinoma. Cancer Discov 2017; 7: 984–98.
118 Christie EL, Fereday S, Doig K, Pattnaik S, Dawson S-J, Bowtell DDL. Reversion of BRCA1/2 germline mutations detected in circulating tumor DNA from patients with high-grade serous ovarian cancer. J Clin Oncol 2017; 35: 1274–80.
119 Lheureux S, Bruce JP, Burnier JV, et al. Somatic BRCA1/2 recovery as a resistance mechanism after exceptional response to poly (ADP-ribose) polymerase inhibition. J Clin Oncol 2017; 35: 1240–49.
120 Konecny GE, Oza AM, Tinker AV, et al. Rucaparib in patients with relapsed, primary platinum-sensitive high-grade ovarian carcinoma with germline or somatic BRCA mutations: integrated summary of efficacy and safety from the phase II study ARIEL2. Gynecol Oncol 2017; 145 (suppl 1): 2.
121 Wang YK, Bashashati A, Anglesio MS, et al. Genomic consequences of aberrant DNA repair mechanisms stratify ovarian cancer histotypes. Nat Genet 2017; 49: 856–65.
122 Mehra N, Lorente D, de Bono JS. What have we learned from exceptional tumour responses?: review and perspectives. Curr Opin Oncol 2015; 27: 267–75.
123 Garsed DW, Alsop K, Fereday S, et al, and the Nadia Traficante, for the Australian Ovarian Cancer Study Group. Homologous recombination DNA repair pathway disruption and retinoblastoma protein loss are associated with exceptional survival in high-grade serous ovarian cancer. Clin Cancer Res 2018; 24: 569–80.
124 Schwarz RF, Ng CK, Cooke SL, et al. Spatial and temporal heterogeneity in high-grade serous ovarian cancer: a phylogenetic analysis. PLoS Med 2015; 12: e1001789.
125 Karst AM, Drapkin R. Ovarian cancer pathogenesis: a model in evolution. J Oncol 2010; 2010: 932371.
126 Prat J. New insights into ovarian cancer pathology. Ann Oncol 2012; 23 (suppl 10): x111–17.
127 Weigelt B, Comino-Méndez I, de Bruijn I, et al. Diverse BRCA1 and BRCA2 reversion mutations in circulating cell-free DNA of therapy-resistant breast or ovarian cancer. Clin Cancer Res 2017; 23: 6708–20.
128 Attard G, Swennenhuis JF, Olmos D, et al. Characterization of ERG, AR and PTEN gene status in circulating tumor cells from patients with castration-resistant prostate cancer. Cancer Res 2009; 69: 2912–18.
129 Sato E, Olson SH, Ahn J, et al. Intraepithelial CD8+ tumor-infiltrating lymphocytes and a high CD8+/regulatory T cell ratio are associated with favorable prognosis in ovarian cancer. Proc Natl Acad Sci USA 2005; 102: 18538–43.
130 Zhang L, Conejo-Garcia JR, Katsaros D, et al. Intratumoral T cells, recurrence, and survival in epithelial ovarian cancer. N Engl J Med 2003; 348: 203–13.
131 Hwang WT, Adams SF, Tahirovic E, Hagemann IS, Coukos G. Prognostic significance of tumor-infiltrating T cells in ovarian cancer: a meta-analysis. Gynecol Oncol 2012; 124: 192–98.
132 Gourley C, McCavigan A, Perren T, et al. Molecular subgroup of high-grade serous ovarian cancer (HGSOC) as a predictor of outcome following bevacizumab. J Clin Oncol 2014; 32 (suppl 15): 5502.
133 Disis ML, Patel MR, Pant S, et al. Avelumab (MSB0010718C; anti-PD-L1) in patients with recurrent/refractory ovarian cancer from the JAVELIN Solid Tumor phase Ib trial: safety and clinical activity. J Clin Oncol 2016; 34 (suppl 15): 5533.
134 Hamanishi J, Mandai M, Ikeda T, et al. Safety and antitumor activity of anti-PD-1 antibody, nivolumab, in patients with platinum-resistant ovarian cancer. J Clin Oncol 2015; 33: 4015–22.
135 Varga A, Piha-Paul SA, Ott PA, et al. Pembrolizumab in patients (pts) with PD-L1–positive (PD-L1+) advanced ovarian cancer: updated analysis of KEYNOTE-028. J Clin Oncol 2017; 35 (suppl 15): 5513.

136 Colombo I, Lien S, Yang C, et al. Immunologic and genomic characterization of high grade serous ovarian cancer (HGSOC) in patients (pts) treated with pembrolizumab (pembro) in the phase II INSPIRE trial. *J Clin Oncol* 2017; **35** (suppl 15)**:** 5581.

137 Wilson MK, Friedlander ML, Joly F, Oza AM. A systematic review of health-related quality of life reporting in ovarian cancer phase III clinical trials: room to improve. *Oncologist* 2018; **23:** 203–13.

138 Roncolato FT, Joly F, O'Connell R, et al, and the GCIG Symptom Benefit group. Reducing uncertainty: predictors of stopping chemotherapy early and shortened survival time in platinum resistant/refractory ovarian cancer—the GCIG symptom benefit study. *Oncologist* 2017; **22:** 1117–24.

139 Kluetz PG, Chingos DT, Basch EM, Mitchell SA. Patient-reported outcomes in cancer clinical trials: measuring symptomatic adverse events with the National Cancer Institute's patient-reported outcomes version of the common terminology criteria for adverse events (PRO-CTCAE). *Am Soc Clin Oncol Educ Book* 2016; **35:** 67–73.

140 Kim J, Singh H, Ayalew K, et al. Use of PRO measures to inform tolerability in oncology trials: implications for clinical review, IND safety reporting and clinical site inspections. *Clin Cancer Res* 2018; **24:** 1780–84.

141 Ripamonti CI, Easson AM, Gerdes H. Management of malignant bowel obstruction. *Eur J Cancer* 2008; **44:** 1105–15.

142 Suidan RS, He W, Sun CC, et al. Treatment patterns, outcomes, and costs for bowel obstruction in ovarian cancer. *Int J Gynecol Cancer* 2017; **27:** 1350–59.

143 Lee YC, Jivraj N, O'Brien C, et al. Malignant bowel obstruction in advanced gynecologic cancers: an updated review from a multidisciplinary perspective. *Obstet Gynecol Int* 2018; **2018:** 1867238.

144 Whitworth MK, Whitfield A, Holm S, Shaffer J, Makin W, Jayson GC. Doctor, does this mean I'm going to starve to death? *J Clin Oncol* 2004; **22:** 199–201.

145 Duska LR. Early integration of palliative care in the care of women with advanced epithelial ovarian cancer: the time is now. *Front Oncol* 2016; **6:** 83.

146 Basch E, Deal AM, Kris MG, et al. Symptom monitoring with patient-reported outcomes during routine cancer treatment: a randomized controlled trial. *J Clin Oncol* 2016; **34:** 557–65.

147 Schnipper LE, Davidson NE, Wollins DS, et al, and the American Society of Clinical Oncology. American Society of Clinical Oncology Statement: a conceptual framework to assess the value of cancer treatment options. *J Clin Oncol* 2015; **33:** 2563–77.

© 2019 Elsevier Ltd. All rights reserved.