# Exhibit 3

# Epidemiologic Methods to Advance Our Understanding of Ovarian Cancer Risk

Holly R. Harris, ScD, MPH[1,2] ; Colette P. Davis, PhD, MSPH, MS[3] ; and Kathryn L. Terry, ScD[4,5,6]

DOI https://doi.org/10.1200/JCO.24.00602

ACCOMPANYING CONTENT

Article, 10.1200/JCO.23.02037

Accepted March 26, 2024
Published May 15, 2024

J Clin Oncol 00:1-3
© 2024 by American Society of Clinical Oncology



View Online Article

Downloaded from ascopubs.org by 204.15.114.66 on May 31, 2024 from 204.015.114.066
Copyright © 2024 American Society of Clinical Oncology. All rights reserved.

The use of intimate care products is a relatively common practice among women, with estimates of use in more than 50% in some populations.[1-6] Use of these products, including genital powder and douching, has been shown to vary across multiple factors including age, race, ethnicity, body size, and socioeconomic status.[3,4,7,8] These products are used for a variety of reasons including cleanliness, freshness, odor removal, and dryness of the genital region.[4,9,10] While use of these products is declining,[11] they are still available and their potential impact on long-term health needs to be clarified.

Ovarian cancer has been the most intensively studied in regard to intimate care product use and cancer risk—with the majority of the focus on genital powder use with inconsistent results. Pooled analyses of case-control studies have shown estimates of 24%-32% higher ovarian cancer risk for ever compared with never use of genital powder, as well as the suggestion of higher risk with increasing number of lifetime applications.[2,5] However, cohort studies, which have less detailed data on powder exposure (leading to nondifferential misclassification), have provided more ambiguous results, with limited power to detect modest associations even when data are pooled across studies.[12-15] Thus, given these previously identified differences by study design,[16,17] additional methods are necessary to more clearly understand the impacts of this common exposure on gynecologic and hormone-associated cancer outcomes.

In the article that accompanies this editorial, O'Brien et al[18] use a variety of methods to address the impact of bias and misclassification on the association between intimate care products (ie, genital powder use and douching) and ovarian cancer in the Sister Study, a prospective cohort of US women. These include quantitative bias analysis to examine different exposure reporting scenarios, as well as reclassifying exposures to address recall bias. O'Brien et al[18] also consider (1) exposures during different periods of life and (2) the associations between intimate care products and uterine and breast cancers which to date have been sparsely explored. Comparing the findings across these three hormone-associated cancer types, which share some, but not all, reproductive and anthropometric risk factors, provides an opportunity to untangle both potential biases (eg, exposure misclassification and recall bias) and elucidate potential biological mechanisms relevant to some of these cancers but not others.

After accounting for potential biases, O'Brien et al[18] report a significant increase in ovarian cancer risk for genital powder use, with effect estimates that are in range with previous studies.[16] The association is the strongest for genital powder exposure during the age ranges of 20s and 30s with similar increased risks observed for douching. This suggests that early adulthood may be a particularly important period to consider for the risks associated with these intimate care product exposures. Indeed, many established risk (or preventive) factors of ovarian cancer occur during early adulthood, including contraception, parity, and breastfeeding.[19-22] In addition to highlighting this critical window of risk, O'Brien et al[18] have illustrated a method for addressing the potential role of exposure misclassification when reporting results in epidemiologic studies. While the degree of bias is unknown, the reader can make their own assessment about the reasonable range of realistic risks based on the misclassification scenarios provided. In this paper, even with misreporting of the exposure (ie, genital powder use) in half the cases, a significant increase in ovarian cancer risk is still observed, adding support to the plausibility of a true association between genital powder use and ovarian cancer risk.

Harris, Davis, and Terry

Downloaded from ascopubs.org by 204.15.114.66 on May 31, 2024 from 204.015.114.066
Copyright © 2024 American Society of Clinical Oncology. All rights reserved.

### THE TAKEAWAY

In the article that accompanies this editorial, O'Brien et al[18] use a variety of methods to address the impact of bias on the association between intimate care products and hormone-related cancers (ovarian, uterine, and breast)—observing that genital powder use and douching were each associated with ovarian cancer risk even after accounting for multiple bias scenarios. Given that genital powder use and douching are modifiable exposures potentially associated with a highly fatal disease, these data suggest that people at risk for ovarian cancer, particularly those in their 20s and 30s, should be made aware of the potential risks.

There remain challenges in studying intimate product use, particularly genital powder, and ovarian cancer risk. Since 2014, multiple lawsuits have been filed against companies that sold talcum powder products alleging that ingredients or contaminants of these products played a role in causing ovarian cancer. In light of media attention related to these lawsuits, awareness of potential harm due to genital powder use is much more common and limits the ability for unbiased exposure reporting from those with and without disease. This has made the issue of recall bias particularly important for contemporary case-control studies[23] and prospective cohorts[18] that have collected data on genital powder use after media coverage of the lawsuits. People with ovarian cancer may be more likely to report any genital powder use as they are aware it could have contributed to their disease while those without ovarian cancer may not report genital powder use as thoroughly or at all, leading to an overestimate of the association. To address this issue, O'Brien et al[18] considered a range of possible exposure misclassifications by both the cases and the controls and recalculated the results to show that even with a fairly large degree of exposure misclassification the association persists (though attenuated), suggesting that this type of bias cannot fully explain the results.

This study also adds to the sparse literature on intimate care product use and uterine and breast cancer risks,[24-26] with no association observed between genital powder or douching and uterine or breast cancer. Given that ovarian and uterine cancers are both gynecologic cancers and the reported association with one but not the other may not be appreciated by the general population, one could expect them to be similarly affected by recall bias. Thus, the lack of an association between genital powder use and uterine cancer provides additional support that recall bias does not fully explain the genital powder and ovarian cancer association.

One limitation of this study, as is the case for most prospective cohorts, is that due to the rarity of ovarian cancer, power is limited to examine associations by ovarian cancer histotype. The authors stratified by serous versus nonserous, reporting stronger associations for the serous histotype in analyses with and without recall bias correction, although the confidence intervals did overlap between the two histotype groups. These results are consistent with previous studies which show relatively consistent results for serous ovarian cancers and less consistency across other histotypes, likely due to smaller case numbers in these subgroups.[16] Given that high-grade serous is the most common and one of the most fatal of the ovarian cancer histotypes and has had fewer identified risk factors than other histotypes (eg, endometrioid),[27] these results suggest that genital powder use and douching may be modifiable risk factors and provide some insight into the underlying etiology for this histotype.

Looking forward, given that genital powder use and douching are modifiable exposures likely associated with a highly fatal disease, these data suggest that people at risk of ovarian cancer, particularly those in their 20s and 30s, should be made aware of the potential risks while also recognizing that the absolute risk of ovarian cancer remains low.[16] Primary care providers and gynecologists should consider addressing routine genital powder use and douching with their patients in a manner that addresses potential risks but also acknowledges the motivations behind intimate product use[4,9,10] to more effectively influence behavior change.

### AFFILIATIONS

[1]Program in Epidemiology, Division of Public Health Sciences, Fred Hutchinson Cancer Center, Seattle, WA

[2]Department of Epidemiology, School of Public Health, University of Washington, Seattle, WA

[3]Department of Public Health, University of West Florida, Pensacola, FL

[4]Department of Obstetrics and Gynecology, Brigham and Women's Hospital and Harvard Medical School, Boston, MA

[5]Boston Center for Endometriosis, Boston Children's Hospital and Brigham and Women's Hospital, Boston, MA

[6]Department of Epidemiology, Harvard T.H. Chan School of Public Health, Boston, MA

### CORRESPONDING AUTHOR

Holly R. Harris, ScD, MPH; e-mail: hharris@fredhutch.org.

### AUTHORS' DISCLOSURES OF POTENTIAL CONFLICTS OF INTEREST

Disclosures provided by the authors are available with this article at DOI https://doi.org/10.1200/JCO.24.00602.

## AUTHOR CONTRIBUTIONS

**Conception and design:** All authors
**Manuscript writing:** All authors
**Final approval of manuscript:** All authors
**Accountable for all aspects of the work:** All authors

## REFERENCES

1. Aral SO, Mosher WD, Cates W Jr: Vaginal douching among women of reproductive age in the United States: 1988. Am J Public Health 82:210-214, 1992
2. Davis CP, Bandera EV, Bethea TN, et al: Genital powder use and risk of epithelial ovarian cancer in the Ovarian Cancer in Women of African ancestry Consortium. Cancer Epidemiol Biomarkers Prev 30:1660-1668, 2021
3. Dodson RE, Cardona B, Zota AR, et al: Personal care product use among diverse women in California: Taking Stock Study. J Expo Sci Environ Epidemiol 31:487-502, 2021
4. O'Brien KM, Ogunsina K, Wentzensen N, et al: Douching and genital talc use: Patterns of use and reliability of self-reported exposure. Epidemiology 34:376-384, 2023
5. Terry KL, Karageorgi S, Shvetsov YB, et al: Genital powder use and risk of ovarian cancer: A pooled analysis of 8,525 cases and 9,859 controls. Cancer Prev Res (Phila) 6:811-821, 2013
6. Wu AH, Pearce CL, Tseng CC, et al: African Americans and Hispanics remain at lower risk of ovarian cancer than non-Hispanic Whites after considering nongenetic risk factors and oophorectomy rates. Cancer Epidemiol Biomarkers Prev 24:1094-1100, 2015
7. Collins HN, Johnson PI, Calderon NM, et al: Differences in personal care product use by race/ethnicity among women in California: Implications for chemical exposures. J Expo Sci Environ Epidemiol 33:292-300, 2023
8. Rosenblatt KA, Mathews WA, Daling JR, et al: Characteristics of women who use perineal powders. Obstet Gynecol 92:753-756, 1998
9. Brown JM, Poirot E, Hess KL, et al: Motivations for intravaginal product use among a cohort of women in Los Angeles. PLoS One 11:e0151378, 2016
10. Jenkins A, O'Doherty KC: "It was always just a sacrifice I was willing to make": Understanding Women's use of vaginal cleansing products in spite of adverse health effects. SSM Qual Res Health 2:100133, 2022
11. Kelly TD, Matos GR: Historical statistics for mineral and material commodities in the United States. US Geological Survey Data Series 140. https://www.usgs.gov/centers/national-minerals-information-center/historical-statistics-mineral-and-material-commodities
12. Gertig DM, Hunter DJ, Cramer DW, et al: Prospective study of talc use and ovarian cancer. J Natl Cancer Inst 92:249-252, 2000
13. Gonzalez NL, O'Brien KM, D'Aloisio AA, et al: Douching, talc use, and risk of ovarian cancer. Epidemiology 27:797-802, 2016
14. Houghton SC, Reeves KW, Hankinson SE, et al: Perineal powder use and risk of ovarian cancer. J Natl Cancer Inst 106:dju208, 2014
15. O'Brien KM, Tworoger SS, Harris HR, et al: Association of powder use in the genital area with risk of ovarian cancer. JAMA 323:49-59, 2020
16. Wentzensen N, O'Brien KM: Talc, body powder, and ovarian cancer: A summary of the epidemiologic evidence. Gynecol Oncol 163:199-208, 2021
17. Wentzensen N, Wacholder S: Talc use and ovarian cancer: Epidemiology between a rock and a hard place. J Natl Cancer Inst 106:dju260, 2014
18. O'Brien KM, Wentzensen N, Ogunsina K, et al: Intimate care products and incidence of hormone-related cancers: A quantitative bias analysis. J Clin Oncol 10.1200/JCO.23.02037
19. Babic A, Sasamoto N, Rosner BA, et al: Association between breastfeeding and ovarian cancer risk. JAMA Oncol 6:e200421, 2020
20. Beral V, Doll R, Hermon C, et al: Ovarian cancer and oral contraceptives: Collaborative reanalysis of data from 45 epidemiological studies including 23,257 women with ovarian cancer and 87,303 controls. Lancet 371:303-314, 2008
21. Fu Z, Brooks MM, Irvin S, et al: Lifetime ovulatory years and risk of epithelial ovarian cancer: A multinational pooled analysis. J Natl Cancer Inst 115:539-551, 2023
22. Whittemore AS, Harris R, Itnyre J: Characteristics relating to ovarian cancer risk: Collaborative analysis of 12 US case-control studies. IV. The pathogenesis of epithelial ovarian cancer. Collaborative Ovarian Cancer Group. Am J Epidemiol 136:1212-1220, 1992
23. Schildkraut JM, Abbott SE, Alberg AJ, et al: Association between body powder use and ovarian cancer: The African American Cancer Epidemiology Study (AACES). Cancer Epidemiol Biomarkers Prev 25:1411-1417, 2016
24. Neill AS, Nagle CM, Spurdle AB, et al: Use of talcum powder and endometrial cancer risk. Cancer Causes Control 23:513-519, 2012
25. O'Brien KM, D'Aloisio AA, Shi M, et al: Perineal talc use, douching, and the risk of uterine cancer. Epidemiology 30:845-852, 2019
26. O'Brien KM, Tworoger SS, Harris HR, et al: Genital powder use and risk of uterine cancer: A pooled analysis of prospective studies. Int J Cancer 148:2692-2701, 2021
27. Wentzensen N, Poole EM, Trabert B, et al: Ovarian cancer risk factors by histologic subtype: An analysis from the Ovarian Cancer Cohort Consortium. J Clin Oncol 34:2888-2898, 2016

Downloaded from ascopubs.org by 204.15.114.66 on May 31, 2024 from 204.015.114.066
Copyright © 2024 American Society of Clinical Oncology. All rights reserved.

# AUTHORS' DISCLOSURES OF POTENTIAL CONFLICTS OF INTEREST

**Epidemiologic Methods to Advance Our Understanding of Ovarian Cancer Risk**

The following represents disclosure information provided by authors of this manuscript. All relationships are considered compensated unless otherwise noted. Relationships are self-held unless noted. I = Immediate Family Member, Inst = My Institution. Relationships may not relate to the subject matter of this manuscript. For more information about ASCO's conflict of interest policy, please refer to www.asco.org/rwc or ascopubs.org/jco/authors/author-center.

Open Payments is a public database containing information reported by companies about payments made to US-licensed physicians (Open Payments).

**Kathryn L. Terry**
**Employment:** Philips Capsuletech (I)
**Research Funding:** Aspira (Inst)

No other potential conflicts of interest were reported.

Downloaded from ascopubs.org by 204.15.114.66 on May 31, 2024 from 204.015.114.066
Copyright © 2024 American Society of Clinical Oncology. All rights reserved.

© 2024 by American Society of Clinical Oncology