# Exhibit 26

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA

PHILIPPE MATTHEY, as Personal
Representative for the Estate of
PATRICIA A. MATTHEY,

    Plaintiff,

vs.                                                          Case No.: 2018-CA-004809-NC

JOHNSON & JOHNSON;
JOHNSON & JOHNSON CONSUMER, INC.,
f/k/a JOHNSON & JOHNSON CONSUMER
COMPANIES, INC. AND PUBLIX
SUPER MARKETS, INC.,

    Defendants.
_____/

## ORDER DENYING DEFENDANTS' MOTION TO EXCLUDE OPINIONS OF LAURA PLUNKETT

**THIS CAUSE** having come before the Court for hearing on March 18, 2024 on Defendants' Motion to Exclude Opinions of Laura Plunkett (DIN 786, Exhibits DIN 800-811), Plaintiff's Response in Opposition (DIN 829), and Defendants' Reply (DIN 902). The Court having reviewed the briefing, heard argument of counsel, and being otherwise fully versed in the premises, it is hereby **ORDERED AND ADJUDGED** that:

Defendants' Motion is **DENIED** in its entirety.

**DONE** and **ORDERED** in Chambers, in Sarasota County, Florida.

*e-Signed 3/30/2024 7:08 PM 2018 CA 004809 NC*

THE HONORABLE HUNTER W. CARROLL
CIRCUIT COURT JUDGE

cc: All counsel of record