# Exhibit 29

**MISSOURI CIRCUIT COURT
TWENTY-SECOND JUDICIAL CIRCUIT
(City of St. Louis)**

FILED
FEB 06 2017
22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
BY _____ DEPUTY

| | |
|---|---|
| NORA DANIELS, et al., ) | |
| Plaintiffs, ) | |
| ) | Cause No. 1422-CC09326-01 |
| vs. ) | |
| ) | Division No. 10 |
| JOHNSON & JOHNSON, JOHNSON & ) | |
| JOHNSON CONSUMER COMPANIES, ) | |
| INC, and IMERYS TALC AMERICA, ) | |
| INC., ) | |
| Defendants. ) | |

## ORDER

This cause is now before the Court on: (1) Motions for Summary Judgment filed by Defendant Johnson & Johnson, Defendant Johnson & Johnson Consumer Companies, Inc. and Defendant Imerys Talc America, Inc.; and (2) Motions to Exclude the Testimony of Dr. Colditz, Dr. Cramer, Dr. Godleski, Dr. Ness, Dr. Omiecinski, Dr. Siemiatychi, Dr. Plunkett (joint and separate motions and Defendant Imerys Talc America, Inc. supplemental motion), Dr. Rosenthal and Mr. Steinberg filed by Defendant Johnson & Johnson, Defendant Johnson & Johnson Consumer Companies, Inc. and Defendant Imerys Talc America, Inc.; and (3) Defendants Johnson & Johnson and Johnson & Johnson Consumer Companies, Inc., Motion to Transfer Venue or Continue the February 6, 2017 Trial Date Based on Jury Pool Taint; and (4) Plaintiff's Motion for Leave to file Third Amended Petition.

The Court now rules as follows.

Defendant Johnson & Johnson, Defendant Johnson & Johnson Consumer Companies, Inc. and Defendant Imerys Talc America, Inc., Motions for Summary Judgment are **DENIED.**

Defendant Johnson & Johnson, Defendant Johnson & Johnson Consumer Companies, Inc. and Defendant Imerys Talc America, Inc., Motions to Exclude the Testimony of Dr. Colditz, Dr.

1

Cramer, Dr. Godleski, Dr. Ness, Dr. Siemiatychi, Dr. Plunkett (joint and separate motions and Defendant Imerys Talc America, Inc. supplemental motion), Dr. Rosenthal and Mr. Steinberg are **DENIED.**

Defendant Johnson & Johnson and Defendant Johnson & Johnson Consumer Companies, Inc.'s Motion to Transfer Venue or Continue the February 6, 2017 Trial Date Based on Jury Pool Taint is **DENIED.**

SO ORDERED:

_____
Rex M. Burlison, Circuit Judge
Division 10

Dated: 2/6/2017

**ENTERED**
**FEB 06 2017**
**TSJ**