# Exhibit 31

**MISSOURI CIRCUIT COURT**
**TWENTY-SECOND JUDICIAL CIRCUIT**

FILED
JAN 1 5 2016
22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
BY _____ DEPUTY

| | |
|---|---|
| TIFFANY HOGANS, *et al.*, | ) |
| Plaintiffs, | ) |
| vs. | ) Cause No. 1422-CC09012-01 |
| | ) Division No. 10 |
| JOHNSON & JOHNSON, *et al.*, | ) |
| Defendants. | ) |

## ORDER

The Court has before it Defendants' Motions to Exclude Expert Dr. Roberta Ness, Defendants' Motions to Exclude Expert Dr. Graham Colditz, Defendants' Motions to Exclude Expert Dr. John Godleski, Defendants' Motions to Exclude Expert Dr. Gary Rosenthal, and Defendants' Motions to Exclude Expert Dr. Curtis Omiecinski,

The Court now **ORDERS** and **DECREES** as follows:

Defendants' Motions to Exclude these experts are hereby **DENIED**.

Further, the Court has before it Defendant Johnson & Johnson and Defendant Johnson & Johnson Consumer Companies, Inc. Motions for Review of Special Master's December 17, 2015 Ruling on Plaintiffs' Motion to Compel and for *In Camera* Inspection.

The Court now **ORDERS** and **DECREES** as follows.

Defendants' Motions are hereby **DENIED**.

SO ORDERED:

_[signature]_
**Rex M. Burlison**
**Circuit Judge**
**Division 10**

Dated: 1-15-2016