# Exhibit 34

# FDA Advises Consumers to Stop Using Certain Cosmetic Products

*Product samples test positive for asbestos.*

en Español

## What's New

## October 18, 2019

## Johnson's Baby Powder voluntarily recalled after testing positive for asbestos.

On October 18, 2019 Johnson & Johnson voluntarily recalled (/safety/recalls-market-withdrawals-safety-alerts/johnson-johnson-consumer-inc-voluntarily-recall-single-lot-johnsons-baby-powder-united-states) one lot of baby powder, after a sample tested positive for asbestos. The recalled product is:

- Johnson's Baby Powder Lot #22318RB. The lot number can be found on the back of the bottle, directly underneath the cap.

The FDA is advising consumers not to use this specific lot of the product.



This sampling took place during the FDA's ongoing survey of testing talc-containing cosmetics for asbestos. This survey started in 2018 and involves the testing of about 50 cosmetic products. As part of the same survey of cosmetic products, a second Johnson's

Baby Powder sample from a different lot tested negative for asbestos. That sample came from Lot #00918RA.

Health care professionals and consumers are encouraged to report any adverse events to FDA's MedWatch (/safety/medwatch-fda-safety-information-and-adverse-event-reporting-program) Adverse Event Reporting program by:

- Completing and submitting the report online at MedWatch Online Voluntary Reporting Form (https://www.accessdata.fda.gov/scripts/medwatch/index.cfm?action=reporting.home)
- Downloading and completing the form, then submitting it via fax at 1-800-FDA-0178

For more information on FDA's investigation of potential asbestos contamination in cosmetics, see the FDA's Talc Web Page (/cosmetics/cosmetic-ingredients/talc).

## Previous Updates

### September 6, 2019: Beauty Plus Global voluntarily recalled four cosmetic products

On September 6, 2019 Beauty Plus Global voluntarily recalled four cosmetic products that tested positive for asbestos during FDA's ongoing testing of cosmetics for asbestos. The recalled products include:

- Beauty Plus Global Inc. City Color Collection Matte Blush (Fuchsia), SKU #849136008807, Lot No. 1605020/PD-840
- Beauty Plus Global Inc. City Color Cosmetics Timeless Beauty Palette, SKU #849136012958, Lot No. 1510068/PD-C864R
- Beauty Plus Global Inc. City Color Bronzer (Sunset), SKU #849136016017, Lot No. 160634/PD-P712M
- Beauty Plus Global Inc. Beauty Plus Global Inc. City Color Shimmer Bronzer (Caramel), SKU #849136017106, Lot No. 1612112/PD-840

The FDA is advising consumers not to use any of the following products.



## June 6, 2019: Beauty Plus Global and Claire's Stores, Inc., voluntary recalled their respective cosmetic products that tested positive for asbestos

On May 29, and 30, 2019 Beauty Plus Global and Claire's Stores, Inc., undertook voluntary recalls of their respective cosmetic products that tested positive for asbestos during FDA's ongoing testing of cosmetics for asbestos. The recalled products include:

- Beauty Plus Global Contour Effects Palette 2, Batch No. S1603002/PD-C1179
- Claire's JoJo Siwa Makeup Set, SKU #888711136337, Batch/Lot No. S180109

Consumers who have these batches/Lots of Beauty Plus or Claire's products should stop using them.

The FDA is advising consumers not to use any of the following products.






## March 5, 2019: FDA advised consumers not to use certain Claire's cosmetic products

The FDA is advising consumers not to use certain Claire's cosmetic products because they may be contaminated with asbestos fibers.

Samples of the following products tested positive for tremolite asbestos during FDA testing:

- Claire's Eye Shadows – Batch No/Lot No: 08/17
- Claire's Compact Powder – Batch No/Lot No: 07/15
- Claire's Contour Palette – Batch No/Lot No: 04/17

The FDA sampled and had tested targeted cosmetic products following reports of contaminated cosmetics marketed by Claire's. Testing was conducted on behalf of FDA by the Occupational Safety and Health Administration and AMA Analytical Services, Inc.

Asbestos is a naturally occurring mineral that is often found near talc, an ingredient in many cosmetic products. Asbestos however, is a known carcinogen and its health risks are well-documented. During talc mining, if talc mining sites are not selected carefully and steps are taken to purify the talc ore sufficiently, the talc may be contaminated with asbestos.

Consumers who have these batches/lots of Claire's Eye Shadow, Compact Powder, and Contour in their home should stop using them. Claire's has informed us that it does not believe that affected products are still available for sale.

The FDA is advising consumers not to use any of the following products.





# La FDA aconseja a los consumidores que dejen de usar ciertos productos cosméticos

**6 de septiembre de 2019**

El 6 de septiembre de 2019, Beauty Plus Global retiró voluntariamente del mercado cuatro productos cosméticos que dieron positivo en pruebas de detección de asbesto, durante las pruebas permanentes a las que la Administración de Alimentos y Medicamentos (FDA, por sus siglas en inglés) somete a los cosméticos en busca de este compuesto. Los productos retirados del mercado incluyen:

- Beauty Plus Global Inc. City Color Collection Matte Blush (Fuchsia) (colorete en color fucsia mate, de la colección City Color), con el número de producto (o SKU) 849136008807, lote núm. 1605020/PD-840

- Beauty Plus Global Inc. City Color Cosmetics Timeless Beauty Palette (Paleta de belleza Timeless, de la colección City Color), con el número de producto (o SKU) 849136012958, lote núm. 1510068/PD-C864R

- Beauty Plus Global Inc. City Color Bronzer (Sunset) (Bronceador color "atardecer", de la colección City Color), con el número de producto (o SKU) 849136016017, lote núm. 160634/PD-P712M

- Beauty Plus Global Inc. City Color Shimmer Bronzer (Caramel) (Bronceador iluminador color caramelo, de la colección City Color), con el número de producto (o SKU) 849136017106, lote núm. 1612112/PD-840
  La FDA recomienda a los consumidores que no usen ninguno de los productos siguientes.

La FDA recomienda a los consumidores que no utilicen ciertos productos cosméticos de Claire's porque pueden estar contaminados con fibras de asbestos.

**5 de marzo de 2019**

Las muestras de los siguientes productos dieron positivo al amianto con tremolita durante las pruebas de la FDA:

- Claire's Eye Shadows (Sombras de ojos) - Batch No/Lote No: 08/17

- Claire's Compact Powder (Polvo compacto) - Batch No/Lote No: 07/15

- Claire's Contour Palette (Paleta de contornos) – Batch No/ Lote No: 04/17

La FDA tomó muestras e hizo pruebas a productos cosméticos específicos después recibir reportes de cosméticos contaminados y comercializados por Claire's. La Administración de Seguridad y Salud Ocupacional y AMA Analytical Services, Inc. realizaron las pruebas en nombre de la FDA.

El asbesto es un mineral natural que se encuentra a menudo cerca del talco, un ingrediente en muchos productos cosméticos. Sin embargo, el asbesto es un carcinógeno conocido y sus riesgos para la salud están bien documentados. Durante la extracción de talco, si los sitios de extracción de talco no se seleccionan con cuidado y se toman medidas para purificar el mineral del talco de manera suficiente, el talco puede estar contaminado con asbestos.

Los consumidores que tienen productos con estos números de batch/lotes de Claire's Eye Shadow, Compact Powder, y Contour Palette en su hogar deben dejar de usarlos. Claire's nos ha informado que no cree que los productos afectados todavía estén disponibles para la venta.

La FDA no tiene conocimiento de ninguna reacción adversa asociada con la exposición a estos productos de Claire's. Se recomienda a los profesionales de la salud y los consumidores que informen cualquier evento adverso potencialmente relacionado con la sombra de ojos, el polvo compacto y la paleta de contorno de Claire's al programa de reportes de eventos adversos MedWatch de la FDA:

- Llene y envié su reporte con nuestro formulario voluntario en línea en MedWatch Online Voluntary Reporting Form (https://www.accessdata.fda.gov/scripts/medwatch/index.cfm?action=reporting.home) (en inglés)
- Descargue y llene formulario (en inglés) y luego envíelo por fax al 1-800-FDA-0178

La FDA recomienda a los consumidores que no utilicen ninguno de los siguientes productos.