# Exhibit 38

focus on surgeon professionalism. Poor ABSITE performance and minority status were associated with frequent bullying. Women were more frequently bullied, and training in a program with more women or with departmental leaders who were women was not associated with decreased bullying. The wide variability in program-level bullying rates suggests that surgical training can occur without bullying.

Limitations include self-reporting of responses, lack of validation of the S-NAQ in educational health care settings (although the expanded questionnaire has been used in surgery previously[2]), and unqueried surgery-specific behaviors (such as forbidding speech in the operating room).

Bullying was a frequent experience reported in surgical training, and it was associated with burnout, thoughts of attrition, and suicidality. Training programs should focus on recognizing and addressing resident bullying to improve the surgical educational experience.[6]

Lindsey M. Zhang, MD, MS
Ryan J. Ellis, MD, MS
Meixi Ma, MD, MS
Elaine O. Cheung, PhD
David B. Hoyt, MD
Karl Y. Bilimoria, MD, MS
Yue-Yung Hu, MD, MPH

**Author Affiliations:** Surgical Outcomes and Quality Improvement Center (SOQIC), Northwestern University, Chicago, Illinois (Zhang, Ellis, Ma, Cheung, Bilimoria, Hu); American College of Surgeons, Chicago, Illinois (Hoyt).

**Corresponding Author:** Yue-Yung Hu, MD, MPH, Surgical Outcomes and Quality Improvement Center (SOQIC), Department of Surgery, Feinberg School of Medicine, Northwestern University, 633 N St Clair St, 20th Floor, Chicago, IL 60611 (yue-yung.hu@northwestern.edu).

**Accepted for Publication:** February 21, 2020.

**Author Contributions:** Drs Zhang and Hu had full access to all the data in the study and take responsibility for the integrity of the data and the accuracy of the data analysis.
*Concept and design:* Zhang, Ellis, Cheung, Hoyt, Bilimoria, Hu.
*Acquisition, analysis, or interpretation of data:* Zhang, Ellis, Ma, Bilimoria, Hu.
*Drafting of the manuscript:* Zhang, Ellis, Bilimoria, Hu.
*Critical revision of the manuscript for important intellectual content:* All authors.
*Statistical analysis:* Zhang, Ellis, Hu.
*Obtained funding:* Bilimoria.
*Administrative, technical, or material support:* Hu.
*Supervision:* Bilimoria, Hu.

**Conflict of Interest Disclosures:** None reported.

**Funding/Support:** Funding for this work was provided by the Accreditation Council for Graduate Medical Education and the American College of Surgeons. Dr Zhang was supported with funding from the John A. Hartford Foundation.

**Role of the Funder/Sponsor:** The funders had no role in the design and conduct of the study; collection, management, analysis, and interpretation of the data; preparation, review, or approval of the manuscript; or decision to submit the manuscript for publication.

**Disclaimer:** The results and conclusions of this article are the authors' own and do not represent the opinions of the Accreditation Council for Graduate Medical Education or the American College of Surgeons.

**Meeting Presentation:** This work was presented at the 15th Annual Academic Surgical Congress; February 2-6, 2020; Orlando, Florida.

1. Hu YY, Ellis RJ, Hewitt DB, et al. Discrimination, abuse, harassment, and burnout in surgical residency training. *N Engl J Med.* 2019;381(18):1741-1752. doi:10.1056/NEJMsa1903759

2. Ling M, Young CJ, Shepherd HL, Mak C, Saw RPM. Workplace bullying in surgery. *World J Surg.* 2016;40(11):2560-2566. doi:10.1007/s00268-016-3642-7

3. Conway PM, Høgh A, Nabe-Nielsen K, et al. Optimal cut-off points for the Short-Negative Act Questionnaire and their association with depressive symptoms and diagnosis of depression. *Ann Work Expo Health.* 2018;62(3):281-294. doi:10.1093/annweh/wxx105

4. Paice E, Aitken M, Houghton A, Firth-Cozens J. Bullying among doctors in training: cross sectional questionnaire survey. *BMJ.* 2004;329(7467):658-659. doi:10.1136/bmj.38133.502569.AE

5. Zhang J, Yu KF. What's the relative risk? a method of correcting the odds ratio in cohort studies of common outcomes. *JAMA.* 1998;280(19):1690-1691. doi:10.1001/jama.280.19.1690

6. Surgical Education Culture Optimization Through Targeted Interventions Based on National Comparative Data (SECOND) Trial. Accessed December 21, 2019. http://www.thesecondtrial.org

## COMMENT & RESPONSE

### Genital Powder Use and Ovarian Cancer

**To the Editor** Dr O'Brien and colleagues[1] combined data on powder use in the genital area and ovarian cancer from 4 cohort studies and reported an overall hazard ratio (HR) of 1.08 (95% CI, 0.99-1.17). Except for data from the Nurses' Health Study II and additional follow-up, little new information was presented. Previously, combined data from 3 of the cohorts showed an odds ratio (OR) for perineal powder use and ovarian cancer of 1.06 (95% CI, 0.90-1.25).[2] In the latter study, the cohort data did not outweigh the evidence from 24 case-control studies, with a combined OR of 1.31 (95% CI, 1.24-1.39).

A major weakness is that the cohort studies differed in the questions defining whether a woman was exposed to powder. For example, in the Sister Study, the exposure frequency was 14% when exposure in the past year was considered[3] and 27% when exposure at age 10 to 13 years was counted.[1]

None of the cohorts had information on whether talc or cornstarch was used, and none had data on both frequency and duration of use needed for a true dose-response evaluation. Questions about powder use were asked only once, excluding ability to track patterns of use with events such as hormone use or tubal ligation. Without such information, the assumption is that cohort members remained exposed for the entire follow-up ending in 2016. For the Nurses' Health Study, powder exposure had been assessed 34 years prior, in 1982. Is assuming continued exposure for these nurses more reasonable than assuming case-control studies are flawed because cases preferentially recalled talc use well before any major publicity about the association? If recall bias existed, why was the association stronger for particular histologic types of ovarian cancer and no association seen with cornstarch use in 1 case-control study?[4] How would either a case or a control participant forget daily use of talc for decades, the time period of exposure in which the risk lies?[4]

Most women in these cohorts were postmenopausal at assessment of exposure. However, case-control data reveal that the association between talc use and ovarian cancer is stronger for premenopausal women or postmenopausal women who also used hormone replacement.[4] This finding suggests estrogen is involved in the pathway(s) through which talc may cause ovarian cancer—a hypothesis

© 2020 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a Texas Medical Association User on 08/17/2020

supported by data showing that coexposure of macrophages to talc and estradiol led to increased production of reactive oxygen species.[5]

**Daniel W. Cramer, MD, ScD**

**Author Affiliation:** Department of Obstetrics, Gynecology, and Reproductive Biology, Brigham and Women's Hospital, Boston, Massachusetts.

**Corresponding Author:** Daniel W. Cramer, MD, ScD, Department of Obstetrics, Gynecology, and Reproductive Biology, Brigham and Women's Hospital, Harvard Medical School, 221 Longwood Ave, RF366, Boston, MA 02115 (dcramer@partners.org).

**Conflict of Interest Disclosures:** Dr Cramer reported receipt of personal fees from Beasley Allen Law Firm for serving as a plaintiff's witness in talc litigation.

1. O'Brien KM, Tworoger SS, Harris HR, et al. Association of powder use in the genital area with risk of ovarian cancer. *JAMA*. 2020;323(1):49-59. doi:10.1001/jama.2019.20079

2. Penninkilampi R, Eslick GD. Perineal talc use and ovarian cancer: a systematic review and meta-analysis. *Epidemiology*. 2018;29(1):41-49. doi:10.1097/EDE.0000000000000745

3. Gonzalez NL, O'Brien KM, D'Aloisio AA, Sandler DP, Weinberg CR. Douching, talc use, and risk of ovarian cancer. *Epidemiology*. 2016;27(6):797-802. doi:10.1097/EDE.0000000000000528

4. Cramer DW, Vitonis AF, Terry KL, Welch WR, Titus LJ. The association between talc use and ovarian cancer: a retrospective case-control study in two US states. *Epidemiology*. 2016;27(3):334-346. doi:10.1097/EDE.0000000000000434

5. Mandarino A, Gregory DJ, McGuire CC, et al. The effect of talc particles on phagocytes in co-culture with ovarian cancer cells. *Environ Res*. 2020;180:108676. doi:10.1016/j.envres.2019.108676

**To the Editor** We disagree with the analysis and interpretation of the findings presented by Dr O'Brien and colleagues.[1] The increased risk of ovarian cancer in women with intact genital tracts exposed to powder (HR, 1.13) is actually greater than the estimated 10% increased incidence of ovarian cancer attributable to cumulative talc exposure with 10 000 or more applications previously reported in women with intact genital tracts.[2] The lack of association in women without an intact genital tract is consistent with their curtailed exposure. O'Brien and colleagues discounted the results because their statistical test for heterogeneity was not statistically significant. No statistical test is needed to know that women without an intact genital tract face a different risk of ovarian cancer than women whose genital tract is intact.

Furthermore, the study design likely underestimated the effect of powder on ovarian cancer risk. Meaningful lifetime exposure would typically start early in life but was assessed in these cohorts at a median age of 57 years, decades after first exposure and well into the hypothetical risk period for ovarian cancer. Restricting outcome assessment to women who survived to this age without having previously developed ovarian cancer introduces the potential for substantial selection bias, often called *depletion of susceptibles*.[3] Exposure was reported by recall, which may involve considerable misclassification and bias toward the null in this setting. Confounding variables were also assessed long after exposure was initiated, which can lead to control for mediators that attenuate causal effects. The widely varying definitions of ever exposed in the 4 included cohorts creates an ill-defined causal question, more misclassification, and potential bias toward the null.

To conclude that "there is no statistically significant association" based on an HR of 1.08 (95% CI, 0.99-1.17) is now recognized as poor practice in population and clinical research.[4,5] If the 95% CI had instead been 1.01 to 1.19, would the authors have had a completely different interpretation? Given that the authors reported a 13% increased risk of ovarian cancer among women with intact genital tracts who used powder, despite these methodological issues, this study should be taken as evidence of an effect.

**Bernard L. Harlow, PhD**
**Eleanor J. Murray, ScD**
**Kenneth J. Rothman, DrPH**

**Author Affiliations:** Boston University School of Public Health, Boston, Massachusetts (Harlow, Murray); Research Triangle Institute, Research Triangle Park, North Carolina (Rothman).

**Corresponding Author:** Bernard L. Harlow, PhD, Epidemiology, Boston University School of Public Health, 715 Albany St, Boston, MA 02118 (harlow@bu.edu).

**Conflict of Interest Disclosures:** Dr Harlow reported publishing research and serving as a consultant on the topic of talc and ovarian cancer risk. No other disclosures were reported.

1. O'Brien KM, Tworoger SS, Harris HR, et al. Association of powder use in the genital area with risk of ovarian cancer. *JAMA*. 2020;323(1):49-59. doi:10.1001/jama.2019.20079

2. Harlow BL, Cramer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer risk. *Obstet Gynecol*. 1992;80(1):19-26.

3. Hernán MA, Alonso A, Logan R, et al. Observational studies analyzed like randomized experiments: an application to postmenopausal hormone therapy and coronary heart disease. *Epidemiology*. 2008;19(6):766-779. doi:10.1097/EDE.0b013e3181875e61

4. Wasserstein RL, Lazar NA. The ASA statement on *P* values: context, process and purpose. *Am Stat*. 2019;70:129-133. doi:10.1080/00031305.2016.1154108

5. Greenland S, Senn SJ, Rothman KJ, et al. Statistical tests, *P* values, confidence intervals, and power: a guide to misinterpretations. *Eur J Epidemiol*. 2016;31(4):337-350. doi:10.1007/s10654-016-0149-3

**In Reply** As pointed out by Dr Cramer, the cohorts in our pooled analysis[1] assessed powder use with less detail compared with prior case-control studies. He is also correct that most participants were postmenopausal at enrollment, although ever use included premenopausal time and we considered menopausal status and hormone use as effect modifiers. We noted that genital powder exposure was likely misclassified for some individuals, especially with regard to frequency and duration, and we did not have data on changes in use over time, use during specific exposure windows, or use of different types of powder. This lack of detail may have biased our effect estimates toward the null.

Conversely, empirical evidence supports that recall bias is present in retrospective studies.[2,3] While true never users are unlikely to report daily use, some users may fail to report use and others may misreport frequency and duration of use or type of product used. If misclassification is differential by case status, it could influence effect estimates in case-control studies.

Considering the results of observational studies with different designs may help improve understanding of the

© 2020 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a Texas Medical Association User on 08/17/2020

exposure-disease relationship. If cohort studies (pooled HR, 1.08)[1] are likely biased toward the null and case-control studies (meta-analysis OR, 1.35)[4] are likely biased away from the null, the true association may lie somewhere in the middle.

We completely agree with Dr Harlow and colleagues that our results, particularly the analyses limited to women with intact reproductive tracts, should not be discounted because of lack of statistical significance. For all estimates, we reported 95% CIs so readers could consider effect size and precision. The qualifier that there was no statistically significant association between ever genital powder use and ovarian cancer is a factual report of a test of the null hypothesis; we never equated the lack of statistical significance to evidence of no association.

We conducted subgroup analyses with an a priori hypothesis that intact reproductive tracts are required to be susceptible to the exposure. Therefore, even though we stated that findings from subgroup analyses should be interpreted as exploratory, we do not consider them all equally important and agree that the positive association among women with patent reproductive tracts (HR, 1.13; 95% CI, 1.01-1.26)[1] is consistent with the hypothesis that there is an association between genital powder use and ovarian cancer.

We agree with Harlow and colleagues that methodological limitations, such as nondifferential exposure misclassification, selection bias, and misspecified confounders, could bias the results, and we acknowledged many of these in our article. However, because of the rarity of ovarian cancer and the risk of recall bias in retrospective studies, we think that despite the limitations, the prospective cohorts included in the analysis offered important new data for addressing this question. While it is unlikely that other prospective cohorts with data on genital powder use will come along anytime soon, future analyses that quantify the underlying biases of observational studies could refine measures of true underlying associations.

Katie M. O'Brien, PhD
Dale P. Sandler, PhD
Nicolas Wentzensen, MD, PhD

**Author Affiliations:** Epidemiology Branch, National Institute of Environmental Health Sciences, Research Triangle Park, North Carolina (O'Brien, Sandler); Clinical Genetics Branch, National Cancer Institute, Rockville, Maryland (Wentzensen).

**Corresponding Author:** Katie M. O'Brien, PhD, Epidemiology Branch, National Institute of Environmental Health Sciences, Research Triangle Park, NC 27709 (obrienkm2@niehs.nih.gov).

**Conflict of Interest Disclosures:** None reported.

1. O'Brien KM, Tworoger SS, Harris HR, et al. Association of powder use in the genital area with risk of ovarian cancer. *JAMA*. 2020;323(1):49-59. doi:10.1001/jama.2019.20079

2. Schildkraut JM, Abbott SE, Alberg AJ, et al. Association between body powder use and ovarian cancer: the African American Cancer Epidemiology Study (AACES). *Cancer Epidemiol Biomarkers Prev*. 2016;25(10):1411-1417. doi:10.1158/1055-9965.EPI-15-1281

3. Trabert B. Body powder and ovarian cancer risk—what is the role of recall bias? *Cancer Epidemiol Biomarkers Prev*. 2016;25(10):1369-1370. doi:10.1158/1055-9965.EPI-16-0476

4. Penninkilampi R, Eslick GD. Perineal talc use and ovarian cancer. *Epidemiology*. 2018;29(1):41-49. doi:10.1097/EDE.0000000000000745

## Ondansetron Use in Pregnancy and Congenital Malformations

**To the Editor** Dr Huybrechts and colleagues conducted a population-based cohort study of intravenous ondansetron use during pregnancy and congenital malformations and found no association.[1]

We wonder whether the difference in risk of cleft palate between oral[2] and intravenous[1] treatment could be explained by the shorter duration of treatment with intravenous therapy. Do the authors have additional information about the duration of intravenous treatment?

Also, did women in the intravenous ondansetron group receive oral ondansetron after intravenous treatment?

Alicia Saban
Philippe Deruelle, MD, PhD
Thomas Boisrame, MD

**Author Affiliations:** Association de lutte contre l'hyperémèse gravidique (French Patient Organization Against Hyperemesis Gravidarum), Voulème, France (Saban); Department of Obstetrics and Gynecology, Hopitaux Universitaires de Strasbourg, Strasbourg, France (Deruelle, Boisrame).

**Corresponding Author:** Philippe Deruelle, MD, PhD, Department of Obstetrics and Gynecology, Hopitaux Universitaires de Strasbourg, Avenue Moliere, 6700 Strasbourg, France (pderuelle@unistra.fr).

**Conflict of Interest Disclosures:** None reported.

1. Huybrechts KF, Hernandez-Diaz S, Straub L, et al. Intravenous ondansetron in pregnancy and risk of congenital malformations. *JAMA*. 2019;323(4):372-374. doi:10.1001/jama.2019.18587

2. Huybrechts KF, Hernández-Díaz S, Straub L, et al. Association of maternal first-trimester ondansetron use with cardiac malformations and oral clefts in offspring. *JAMA*. 2018;320(23):2429-2437. doi:10.1001/jama.2018.18307

**In Reply** Ms Saban and colleagues raise questions about treatment with intravenous ondansetron in our cohort study of congenital malformations. We reported an adjusted relative risk (RR) of oral clefts of 0.95 (95% CI, 0.63-1.43) for intravenous ondansetron[1] and 1.24 (95% CI, 1.03-1.48) for oral ondansetron in an earlier publication.[2] Although the point estimate is lower for intravenous ondansetron compared with oral ondansetron, the 95% CI was wide, with an upper limit similar to that for oral ondansetron. Although the increase in risk was statistically significant for oral ondansetron and was not for intravenous ondansetron, interpretation of risk estimates from epidemiological studies should focus on the magnitude of the observed increase in risk and the precision of the estimate and not on statistical significance alone.[3] Based on our analyses, given the width of the 95% CIs, there is insufficient evidence to conclude that the observed risks are different for intravenous vs oral ondansetron.

Although we captured administration of ondansetron injection using procedure codes, our data did not include information on the dose and duration of the intravenous treatment. The RR should be interpreted as that associated with intravenous ondansetron as it was administered in routine practice to pregnant patients in the United States during the study period.

Among the 23 877 women exposed to intravenous ondansetron in our original analyses, 11 772 (49%) also filled an outpatient prescription for oral ondansetron during the first tri-

© 2020 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a Texas Medical Association User on 08/17/2020