# Exhibit 42

                                                              Page 1

1              IN THE UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW JERSEY
2                  MDL NO. 16-2738 (MAS)(RLS)
3
       IN RE:  JOHNSON & JOHNSON         :
4      TALCUM POWDER PRODUCTS            :
       MARKETING, SALES PRACTICES        :
5      AND PRODUCTS LIABILITY            :
       LITIGATION                        :
6
7
8              Remote deposition of ANNE MCTIERNAN,
9      M.D., Ph.D., taken in the above-entitled matter
10     before Suzanne J. Stotz, Registered
11     Professional Reporter, Certified Realtime
12     Reporter, Certified Court Reporter, and
13     Notary Public within the State of Washington,
14     taken on Tuesday, April 2, 2024, commencing at
15     8:58 a.m. PDT.
16
17
18
19
20
21
22
23
24
25

### Page 2

```
 1   A P P E A R A N C E S:
 2
 3   ATTORNEYS FOR PLAINTIFF:
 4       (Via videoconference)
         ASHCRAFT & GEREL, LLP
 5   BY:  MICHELLE A. PARFITT, ESQ., and
     BY:  PATRICK K. LYONS, ESQ.
 6       4900 Seminary Road, Suite 650
         Alexandria, Virginia 22311
 7       (844) 680-0339
         mparfitt@ashcraftlaw.com
 8       plyons@ashcraftlaw.com
 9         - and -
         (Via videoconference)
10       LEVIN PAPANTONIO RAFFERTY, P.A.
11   BY:  CHRISTOPHER V. TISI, ESQ.
         316 South Baylen Street
12       Pensacola, Florida 32502
         (850) 435-7000
13       ctisi@levinlaw.com
14
15   ATTORNEYS FOR THE DEFENDANT:
16       (Via videoconference)
         SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
17   BY:  CATHERINE I. MULLALEY, ESQ.
         500 Boylan Street
18       Boston, Massachusetts 02116
         (617) 573-4800
19       kate.mullaley@skadden.com
20         - and -
21       (Via videoconference)
         SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
22   BY:  RACHEL PAPALSKI, ESQ.
         One Manhattan West
23       New York, New York 10001
         (212) 735-3000
24       rachel.papalski@skadden.com
25
```

### Page 3

```
 1                I N D E X
 2
 3            EXAMINATION
 4                          Page No.
 5   ANNE MCTIERNAN, M.D., PH.D.
 6     BY MS. MULLALEY         10
 7     BY MS. PARFITT         190
 8     BY MS. MULLALEY        197
 9     BY MS. PARFITT         199
10
11
12            E X H I B I T S
13
14   Exhibit
       Name     Description     Page No.
15
     Defendant's  Notice of Oral    10
16   Exhibit D1   Deposition of Anne
                  McTiernan, M.D., Ph.D.,
17                and Duces Tecum
18   Defendant's  Collection of McTiernan   24
     Exhibit D2   Invoices
19
     Defendant's  *Placeholder for    26
20   Exhibit D3   McTiernan invoices
                  related to the Giese
21                state court case
22   Defendant's  Curriculum Vitae of   44
     Exhibit D4   Anne McTiernan, M.D.,
23                Ph.D., dated March 28,
                  2024
24
25
```

### Page 4

```
 1            I N D E X (Continued)
 2
 3         E X H I B I T S (Continued)
 4   Exhibit
       Name     Description     Page No.
 5
     Defendant's  Second Amended Expert   78
 6   Exhibit D5   Report of Anne
                  McTiernan, MD, Ph.D.,
 7                dated November 15, 2023
 8   Defendant's  Amended Expert Report   79
     Exhibit D6   of Anne McTiernan, MD,
 9                Ph.D., dated June 24,
                  2021
10
     Defendant's  Redline between the    80
11   Exhibit D7   Amended Expert Report
                  of Anne McTiernan, MD,
12                Ph.D., dated June 24,
                  2021, and the Second
13                Amended Expert Report
                  of Anne McTiernan, MD,
14                Ph.D., dated
                  November 15, 2023
15
     Defendant's  Rule 26 Expert Report   81
16   Exhibit D8   of Anne McTiernan, MD,
                  Ph.D., dated
17                November 16, 2018
18   Defendant's  Article entitled,     109
     Exhibit D9   "Effects of risk
19                factors for ovarian
                  cancer in women with
20                and without
                  endometriosis," by Minh
21                Tung Phung, M.P.H.,
                  Ph.D., et al.
22
23
24
25
```

### Page 5

```
 1            I N D E X (Continued)
 2
 3         E X H I B I T S (Continued)
 4   Exhibit
       Name     Description     Page No.
 5
     Defendant's  Phung (2022)         112
 6   Exhibit D10  Supplemental Data,
                  Supplementary Table 1,
 7                Characteristics of
                  participants in the
 8                analysis by
                  endometriosis status
 9
     Defendant's  *Placeholder for Phung  113
10   Exhibit D11  2022 article and
                  supplemental table with
11                handwritten notes of
                  Anne McTiernan
12
     Defendant's  Article entitled,    138
13   Exhibit D12  "Systematic review of
                  the association between
14                talc and female
                  reproductive tract
15                cancers," by Heather N.
                  Lynch, et al.
16
     Defendant's  Article entitled, "A  145
17   Exhibit D13  critical review of talc
                  and ovarian cancer," by
18                Julie E.
                  Goodman, et al.
19
     Defendant's  American Cancer      155
20   Exhibit D14  Society, Cancer Facts &
                  Figures 2024
21
     Defendant's  Press Release entitled, 162
22   Exhibit D15  Biden-Harris
                  Administration
23                finalizes ban on
                  ongoing uses of
24                asbestos to protect
                  people from cancer,"
25                dated March 18, 2024
```

Page 6

1      I N D E X (Continued)
2
3      E X H I B I T S (Continued)
4  Exhibit
   Name   Description   Page No.
5
   Defendant's  EPA Pre-Publication  162
6  Exhibit D16  Notice, entitled,
       "Asbestos Part 1;
7       Chrysotile Asbestos;
       Regulation of Certain
8       Conditions of Use under
       the Toxic Substances
9       Control Act (TSCA),"
       dated March 18, 2024
10
   Defendant's  Sisters' Study results  170
11 Exhibit D17  on vaginal/genital talc
       and ovarian cancer risk
12      in 3 publications
13 Defendant's  Article entitled, "Use  176
   Exhibit D18  of personal care
14      product mixtures and
       incident
15      hormone-sensitive
       cancers in the Sister
16      Study: A U.S.-wide
       prospective cohort," by
17      Che-Jung Chang, et al.
18
19
   (*Placeholder for marked exhibit)
20
   (Exhibits attached to transcript)
21
   (Exhibits D3 and D11 not attached)
22
23
24
25

Page 7

1      L I T I G A T I O N   S U P P O R T
2
3         R E Q U E S T S
4  Request
   Number/By      Page No.
5
   1/MS. MULLALEY     26
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 8

1     A N N E   M C T I E R N A N, M. D., PH. D.,
2  having first been duly sworn, was examined and
3  testified as follows:
4      MS. PARFITT: And, Ms. Mullaley,
5  let me make one statement before.
6      We have provided you with a Dropbox
7  of materials that Dr. McTiernan has
8  considered in addition to, obviously, her
9  report, which you have, and prior
10 deposition. But there were three
11 documents that were sent, I believe, this
12 morning based upon Dr. McTiernan's review
13 of, I guess, late last night. And I'll
14 put them on the record so you have them.
15     There's an article by Dr. O'Brien
16 on douching, a 2022. And then there's an
17 article by Dr. -- excuse me, yes, Dr. --
18 I'm going to spell it -- it's
19 O-G-U-N-S-I-N-A; and it's a '23 article.
20     And then I believe -- and she can
21 speak to it -- some -- a calculation that
22 apparently she worked on last evening. So
23 you have those.
24     And, Kate, just for transparency,
25 everything else would have been provided

Page 9

1  three days ago. But as you can
2  appreciate, and I'm sure your experts will
3  be the same, they continue to read and
4  keep reading.
5      So I just wanted to let you know;
6  and hopefully, we can have that process
7  going forward that if you should find
8  anything with your experts right before
9  deposition, you let us know as well.
10     MS. MULLALEY: Yes.
11     MS. PARFITT: Thank you.
12     MS. MULLALEY: I don't think I've
13 received those documents, but I'll just
14 reach out to our people.
15     MS. PARFITT: It was in the
16 Dropbox. They added to the original
17 Dropbox that you received.
18     MS. MULLALEY: Okay.
19     MS. PARFITT: Yeah. There's a
20 link.
21     MS. MULLALEY: Got it. Okay. I'll
22 take a look at the break.
23     MS. PARFITT: Thank you.
24
25

3 (Pages 6 - 9)

Page 18

1  correct?
2     A.   That's correct if it's included
3  with ovarian cancer cases in individual
4  studies.
5     Q.   So have you done and conducted a
6  Bradford Hill analysis to specifically whether
7  there's an association between just fallopian
8  tube cancer and talcum powder use?
9          MS. PARFITT: Objection. Form.
10         THE WITNESS: My Bradford Hill
11     analysis was on talcum powder use; and
12     ovarian cancer and ovarian cancer can
13     include fallopian tube cancer.
14 BY MS. MULLALEY:
15    Q.   And sort of in that vein, are you
16 offering an opinion that all types of ovarian
17 cancer, regardless of whether or not they are
18 epithelial ovarian cancer, are associated with
19 the genital use of talcum powder?
20         MS. PARFITT: Objection.
21         You may answer.
22         THE WITNESS: My opinion is that
23     talcum powder use can cause all types of
24     epithelial ovarian cancer.
25

Page 19

1  BY MS. MULLALEY:
2     Q.   So have you formed the -- so is it
3  fair to say that you've not formed the opinion
4  or it is not your opinion -- sorry. Strike
5  that. I'll start over.
6          Is it fair to say that you have not
7  formed the opinion that the genital use of
8  talcum powder products can cause germ cell
9  ovarian cancer?
10         MS. PARFITT: Objection. Asked and
11     answered.
12         THE WITNESS: That's correct.
13 BY MS. MULLALEY:
14    Q.   And are you -- is it fair to say
15 that you have not formed the opinion as to
16 whether stromal cell ovarian cancer is
17 associated with the use of talcum powder?
18         MS. PARFITT: Objection. Asked and
19     answered.
20         THE WITNESS: That's correct.
21 BY MS. MULLALEY:
22    Q.   And it's fair to say that you have
23 not formed the opinion that small cell
24 carcinomas of the ovary are associated with the
25 use of talcum powder?

Page 20

1          MS. PARFITT: Objection. Asked and
2      answered.
3          THE WITNESS: That's correct.
4  BY MS. MULLALEY:
5     Q.   And is it fair to say that you have
6  not the formed an opinion as to whether or not
7  ovarian carcinosarcoma is caused by -- or is
8  associated with the use of talcum powder?
9          MS. PARFITT: Objection. Asked and
10     answered.
11         And, Kate, the purpose of those
12     objections is that these questions were
13     inquiries that were made at the prior two
14     depositions.
15         MS. MULLALEY: And just to add that
16     I did my very best to go back and look
17     through all of Dr. McTiernan's prior
18     testimony, and I did not see questions
19     about specifically germ cell, stromal,
20     small cell; and then I specifically just
21     asked about the other gynecological
22     cancers just based on what
23     Ms. McTiernan -- or Dr. McTiernan said
24     about reliance on the Chang.
25         MS. PARFITT: Okay. And that's why

Page 21

1  I was giving a little bit of a runway.
2      Some of these are pretextual, and I hope
3      that that we can work that way; but they
4      were asked in different forms, but same
5      answer. But thank you.
6  BY MS. MULLALEY:
7     Q.   So, Dr. McTiernan, just going back
8  to the studies, the three studies, that you
9  specifically reviewed over the weekend.
10         Is it your testimony that the first
11 time that you reviewed the O'Brien 2022 study
12 was this weekend, or were you just re-reviewing
13 it?
14    A.   So these studies you're talking
15 about are the fibroid and -- well, why don't
16 you -- why don't you mention which of the three
17 studies you're talking about because there are
18 a lot of O'Brien studies in my reliance.
19    Q.   It was the -- I believe you
20 mentioned that you had reviewed over the
21 weekend O'Brien 2022, Ogunsina 2023; and then I
22 think you had also -- was it a study or just
23 you had prepared some calculations?
24    A.   Yes. I prepared some calculations
25 from the Chang study and Gonzalez and also the

6 (Pages 18 - 21)

Page 22

1  Sister Study data that was in the O'Brien
2  pooled analysis.
3      Q.   And so was that -- going back to my
4  question, was this O'Brien 2022 study that you
5  reviewed over the weekend, was that the first
6  time that you reviewed that study?
7      A.   And you're talking O'Brien 2022 is
8  the cervical cancer study?
9           Let's see. I don't have the dates
10 memorized.
11          MS. PARFITT: It's the Nature study
12     if that helps direct. And I appreciate
13     your letting me know that.
14          THE WITNESS: Yes. So this weekend
15     would have been the first time I looked at
16     that, yes.
17 BY MS. MULLALEY:
18     Q.   Was the Ogunsina the first study --
19 the 2023 study that you reviewed over the
20 weekend, was that the first time that you
21 reviewed that study?
22     A.   I may have seen it before, but I
23 didn't read it in depth. And by saying I saw
24 it before, I may have seen it on a previous
25 reference or a previous search because I

Page 23

1  recalled the fibroids is something that had
2  been looked at. But because it wasn't -- I
3  didn't look in depth at it, so this is the
4  first time I really read it.
5      Q.   Why did you review the Ogunsina
6  2023 study? And.
7           Apologies if I'm messing up the
8  pronunciation.
9      A.   Because I was interested in what
10 other things these authors, the Sister Study
11 authors had looked at and how they had
12 approached it for different outcomes.
13          And, you know, these -- these are
14 out comes that are in the same women, the same
15 study that the Sister Study ovarian cancer
16 analysis was done in.
17     Q.   Does the Ogunsina 2023 article
18 impact your opinions in this case in any way?
19          MS. PARFITT: Objection. Form.
20          THE WITNESS: It doesn't include
21     data on ovarian cancer, and it doesn't
22     affect my opinion on the association
23     between ovarian cancer and use of talc.
24 BY MS. MULLALEY:
25     Q.   Did the plaintiff's lawyers provide

Page 24

1  you with the Ogunsina 2023 article?
2          MS. PARFITT: Objection. Form.
3          THE WITNESS: I can't recall if I
4     downloaded this or if it was sent. It may
5     have been sent because we -- we -- they
6     knew that I had done this search. But I
7     just -- I just can't remember if I had --
8     which one I'm looking at, if I'm looking
9     at one that I sent or one that I
10    downloaded.
11 BY MS. MULLALEY:
12     Q.   So I'd need to ask you some
13 questions. One of the documents -- some of the
14 documents that you produced to us last week
15 include a number of your invoices, and I'd like
16 to ask you some questions about those invoices.
17          I'd like to go ahead and mark the
18 collection of invoices that you produced on
19 March 28th, 2024, as Exhibit 2. And that
20 should be Tab 2 in your binder, Dr. McTiernan.
21          (Whereupon, Defendant's Exhibit D2,
22     Collection of McTiernan Invoices, was
23     marked for identification.)
24          THE WITNESS: Okay.
25

Page 25

1  BY MS. MULLALEY:
2      Q.   And so first off, are these all the
3  invoices that you have submitted to the
4  plaintiff's lawyers for your work in the talc
5  litigation from August 2021 to today?
6      A.   They should be. I'm trying to see
7  these dates. It looks like it's complete. I
8  don't have my own invoices in front of me, so I
9  can't be absolutely sure; but I did talk about
10 it -- a little bit about it before. So if they
11 sent everything that we talked about, then it
12 would be complete.
13     Q.   I noticed that a these invoices do
14 not include your work on the Giese trial.
15          In addition to the Giese trial, do
16 you have any invoices from any other talc cases
17 that were not produced last week?
18          MS. PARFITT: And you're referring
19     to the Giese -- the state court trial?
20          MS. MULLALEY: Yes.
21          MS. PARFITT: Okay. I believe
22     those were, frankly, provided to counsel
23     during the course of that particular
24     litigation. We did not -- Dr. McTiernan
25     was not an expert for -- for our firm in

Page 170

1  deposition, have you conducted a Bradford Hill
2  analysis to analyze the association between
3  clear cell carcinoma and perineal talc use?
4       MS. PARFITT: Objection. Form.
5       THE WITNESS: No.
6  BY MS. MULLALEY:
7     Q.   I want to now turn to the table
8  that you produced this morning, I think, at
9  8 a.m. Eastern Time. It is a table of three
10 studies called, "Sisters' Study results on
11 vaginal/genital talc and ovarian cancer risk in
12 3 publications."
13      MS. MULLALEY: And I'll go ahead
14    and mark that as Exhibit 17.
15      (Whereupon, Defendant's
16    Exhibit D17, Sisters' Study results on
17    vaginal/genital talc and ovarian cancer
18    risk in 3 publications, was marked for
19    identification.)
20 BY MS. MULLALEY:
21    Q.   Do you have a copy of that in front
22 of you?
23    A.   I do, yes.
24    Q.   When did you prepare this table?
25    A.   So this would have been yesterday,

Page 171

1  the day before. No. I started it the day
2  before, fixed it up yesterday, and sent it to
3  the lawyers last night.
4     Q.   Did the lawyers ask you to prepare
5  this table?
6     A.   No.
7     Q.   And why did you prepare this table?
8     A.   Because this is -- these are
9  results from one study, and I've seen from
10 years of doing epidemiology and also from years
11 of reviewing intel, that cohort studies often
12 will redo analyses for a given exposure when
13 they have more cases are accrued to this study.
14      And so Sister Study, their first
15 study was published in 2016. They only had 154
16 cases then. But I notes had when I looked at
17 Chang, that that study, that they had 277
18 cases. So almost twice as many cases.
19      And so I knew that also the O'Brien
20 pooled analysis had data from Sisters. And so
21 I wanted to see what had happened over time in
22 these three analyses of the same study, same
23 data that was collected at baseline to see
24 what -- how the association between perineal
25 talcum powder use and ovarian cancer risk

Page 172

1  changed if it did.
2       I use the word "genital" up top
3  because one of the authors calls it genital. I
4  can't -- I think it's Chang calls it -- sorry,
5  Chang calls it vaginal, but the other ones seem
6  to call it genital.
7       And so what I did was, then, look
8  at the number of years followed, the median
9  number of years that they reported for each of
10 those publications; the number of cases -- N
11 means number -- the number of cases that were
12 in each of those publications, cases of ovarian
13 cancer; what they defined as talc use, and the
14 first study and Gonzalez, it was only ever
15 versus never use.
16      The O'Brien pooled looked at --
17 sorry. Gonzalez was ever in the 12 months
18 before entering the study. O'Brien looked at
19 ever either in the 12 months before study entry
20 or at age 10 to 13. And then Chang created a
21 variable, and that variable was for each one
22 unit increase in frequency of use what's the
23 risk of ovarian cancer.
24      So the relative risk that Gonzalez
25 was reported 0.73, so that's less than 1. It's

Page 173

1  not showing an increased risk. In -- at -- in
2  O'Brien those pooled data showed that ever
3  versus never increased risk of 1.02, so it's no
4  longer a negative, no longer below 1.
5       And then Chang looked -- computed
6  the variable of per-unit change and found for
7  each one unit increase, the relative risk was
8  1.06.
9       Now, what they interpret in Chang,
10 they help us understand what that one unit
11 increase means. And they say -- they use the
12 example for one of their breast cancer results,
13 and it says, "Although the observed effects of
14 a one-frequency-level increase were modest in
15 magnitude, the impact would be more
16 substantially -- substantial when comparing the
17 most frequent users with the never users. For
18 example, in 8 percent higher hazard of the
19 postmenopausal breast cancer for
20 one-frequency-level increase in the beauty
21 mixture could translate to approximately a
22 36-percent higher hazard for the most frequent
23 users compared with the never users."
24      So on the -- the right-hand column,
25 I look at relative risk for frequent use in

44 (Pages 170 - 173)

Page 174

1  those three publications.  Gonzalez did not
2  present that.  The O'Brien pooled analysis
3  showed a relative risk of 1.25 with a
4  confidence interval of 0.76 to 2.  And then
5  Chang gave us the one-unit increase.
6      And so in order to get to the fifth
7  level, which is five or more times a week --
8  that's the most frequent -- you would multiply
9  1.6 times 1.6 times 1.6 -- sorry, 1. -- sorry.
10  Start again.
11      Multiply 1.06 times 1.06 times 1.06
12  times 1.06 for a number -- a hazard ratio
13  relative risk of 1.26 or a 26-percent increased
14  risk.
15      So this tells me two things:  One,
16  this cohort study is showing similar results to
17  some of the case controlled studies and the
18  pooled meta-analyses of elevated relative risk
19  with use of ovar- -- with use of perineal talc.
20      And it also shows that change in
21  time with more follow-up, more numbers of
22  cases, you get a change in the relative risk
23  that is seen.  So the first Sister Study was
24  very early look, and it was premature, it turns
25  out, because when you follow people longer and

Page 175

1  you look at frequent use, you see an elevated
2  risk.
3      Q.  So Dr. McTiernan, you know the
4  authors of Chang 2024 never provided an HR for
5  women who used vaginal talc five times a week,
6  right?
7      A.  They provide a relative risk for
8  those who used one-unit change.  So they
9  provided a relative risk of 1.06 for each
10  one-unit change, and then they showed us what I
11  read off.  They specified at the very last
12  paragraph of the paper of how to interpret what
13  that level means when you look at the highest
14  level.
15      Q.  Right.  But do you know how many
16  women in Chang 2024 reported using vaginal talc
17  five times per week?
18          MS. PARFITT:  Objection.  Form.
19          THE WITNESS:  I would have to see
20      if they provided it.
21  BY MS. MULLALEY:
22      Q.  But you don't know off the top of
23  your head having done this -- preparing this
24  table over the weekend?
25          MS. PARFITT:  Objection.  Form.

Page 176

1          THE WITNESS:  My table used the
2      same method that they showed of how to
3      calculate the odds ratio and didn't
4      require in knowing the numbers of women in
5      each particular category.
6  BY MS. MULLALEY:
7      Q.  So I'd like to mark as
8  Exhibit 17 -- sorry 18, the Chang 2024 study;
9  and it is Tab 17 in your -- in your binder, the
10  second volume binder.
11          (Whereupon, Defendant's
12      Exhibit D18, Article entitled, "Use of
13      personal care product mixtures and
14      incident hormone-sensitive cancers in the
15      Sister Study:  A U.S.-wide prospective
16      cohort," by Che-Jung Chang, et al., was
17      marked for identification.)
18  BY MS. MULLALEY:
19      Q.  Dr. McTiernan, if you turn to
20  page 3 of Chang 2024 under Section 2.5,
21  Statistical Analysis --
22      A.  I'm sorry.  Which -- which page are
23  you talking about of Chang?
24      Q.  Page -- page 3 of Chang.
25      A.  Okay.

Page 177

1      Q.  Under Section 2.5, Statistical
2  Analysis, the third paragraph, Chang 2024
3  states, quote, "The five level frequency
4  categories of PCP use were treated as
5  continuous variables in all of our analyses
6  assuming an approximate linear relationship and
7  uniform change in the hazard for each increase
8  in the frequency measure."
9          Do you see that?
10      A.  Yes.
11      Q.  So here they're saying that -- that
12  they're assuming approximate linear
13  relationship, right?
14      A.  Yes.
15      Q.  So essentially, this HR that you
16  hypothetically modeled of 1.26 is not based on
17  actual data from the users five times a week,
18  right?
19      A.  That's not what that says, to my
20  understanding.  My understanding, they use all
21  of the data.  They put it all in, and they
22  model it to come up with the relative risk that
23  they see overall for each one-unit change.  And
24  this is similar to what's done in epidemiologic
25  studies.

Page 182

1    It's not hypothetical. It's real
2    numbers.
3    BY MS. MULLALEY:
4    Q.    But you don't have a confidence
5    interval, right?
6         MS. PARFITT: Objection. Form.
7         THE WITNESS: I didn't have the --
8    I didn't feel that I had the correct
9    numbers for doing confidence intervals.
10   They didn't provide that in the
11   description at the end of the article.
12        They showed how to calculate the
13   relative risk or hazard ratio for the
14   highest versus lowest level of exposure.
15   BY MS. MULLALEY:
16   Q.    And because you don't have a
17   confidence interval to go with this 1.26
18   calculation, there's no way for us to know if
19   it's significant --
20        MS. PARFITT: Objection.
21   BY MS. MULLALEY:
22   Q.    -- right?
23        MS. PARFITT: Objection. Form.
24   Misstates her testimony.
25        THE WITNESS: We just know what it

Page 183

1    is and what the authors say could be --
2    let me see; what are the words that they
3    use -- could translate to a higher hazard
4    of most frequent versus never users.
5    BY MS. MULLALEY:
6    Q.    Can you point me to in the Chang
7    2024 article where Chang provides the number of
8    women who reported using vaginal talc five
9    times per week?
10   A.    Okay. I'll have to read this and
11   look at the tables.
12   Q.    So we don't burn time, do you want
13   to take a break and so you can review the Chang
14   2024 article again?
15   A.    No. I can see -- I can see and
16   from my memory also, they did -- they did not
17   include the numbers in each category. They
18   were looking at multiple exposures.
19        They did state that -- however,
20   that both douche and genital talc use were the
21   most important contributors to a mixture of
22   hygiene effects, which was consistent with
23   previous findings.
24   Q.    Also, on this table that you
25   have -- strike that.

Page 184

1    Would you agree, Dr. McTiernan,
2    that all three studies on this Exhibit 17 chart
3    that you prepared over the weekend, Gonzalez
4    2016, O'Brien 2020, and Chang 2024, there is
5    not a single statistically significant
6    association reported between vaginal talc use
7    and ovarian cancer?
8         MS. PARFITT: Objection. Misstates
9    the evidence and her testimony.
10        THE WITNESS: I have not looked,
11   again, through all of the data from
12   O'Brien beyond what I inserted into this
13   table; and so I can't answer for that
14   study.
15        I can say from Chang that I
16   couldn't calculate on hazard ratio -- I
17   couldn't calculate the confidence
18   intervals because I didn't feel like I had
19   the right information to do that; so I
20   don't know what that would be.
21        They presented a relative risk of
22   1.06 with a confidence interval of .9 to
23   1.24. So if they're using -- so that
24   tells us that it's a 95-percent chance
25   that the relative risk would fall within

Page 185

1    that category.
2         If they're using point -- so if
3    they're using -- if they're assuming a
4    confidence interval that includes one
5    means not statistically significant, then
6    that would be the case for this.
7         One of the things that is new here
8    is that this model does adjust for other
9    personal care products, so that's a unique
10   analysis from the Sister Study.
11   BY MS. MULLALEY:
12   Q.    And, Dr. McTiernan, I just want to
13   go back to one other question that I was asking
14   you earlier about performing a Bradford Hill
15   analysis about the -- specifically about the
16   subtypes of epithelial ovarian cancer.
17        Is it your opinion that borderline
18   ovarian cancer is associated with the use of
19   perineal talcum powder?
20        MS. PARFITT: Objection. Asked and
21   answered I think just a few minutes ago.
22   Counsel, I'm not try- --
23        MS. MULLALEY: And it's the
24   distinction about whether she performed
25   the Bradford Hill analysis versus her

47 (Pages 182 - 185)