# Exhibit 43



Defendant's Exhibit D17
4-2-24   SS

Sisters' Study results on vaginal/genital talc and ovarian cancer risk in 3 publications

| | Median years followed | N cases | Definition talc use | Relative risk (hazard ratio) | Definition frequent use | Relative risk for frequent use |
|---|---|---|---|---|---|---|
| Gonzalez (Gonzalez, O'Brien et al. 2016) | 6.5 | 154 | Ever | 0.73 (0.44-1.2) | Not studied | Not studied |
| O'Brien pooled analysis (O'Brien, Tworoger et al. 2020) | 9.6 | 219 | Ever (either in 12 months before study or at age 10-13) | 1.02 (0.76-1.38) | 1+/week in the 12 months before enrollment, or "frequently" during ages 10-13 | 1.25 (0.76-2.0) |
| Chang (Chang, O'Brien et al. 2024) | 11.6 | 277 | Per unit change (never, < 1/month, 1-3/month, 1-5/week, 5+/week) | Quantile-based g-computation: 1.06 per one-unit increase | 5+/week versus never | Quantile-based g-computation:[a] 1.26 |

[a] Calculated from Table S5 of Chang which provides HR 1.06 for each one-unit increase in "vaginal" talc frequency.

The Hazard Ratio (relative risk) calculation for highest frequency versus lowest (no use) then is 1.06 X 1.06 X 1.06 X 1.06 = 1.26, in a model that accounted for other personal product use as well as other covariates. A hazard ratio (relative risk) of 1.26 translates to a 26% increased risk of ovarian cancer in women who use genital talc 5 or more times per week compared with nonusers.

(Chang et al explain this when they state the following about the per-unit hazard ratios: "Although the observed effects of a one- frequency level increase were modest in magnitude, the impact would be more substantial when comparing the most frequent users with never users. For example, an 8% higher hazard of postmenopausal breast cancer for a one-frequency level increase in the beauty mixture use could translate to approximately a 36% higher hazard for the most frequent users compared with never users.")

Chang, C. J., K. M. O'Brien, A. P. Keil, M. Goldberg, K. W. Taylor, D. P. Sandler and A. J. White (2024). "Use of personal care product mixtures and incident hormone-sensitive cancers in the Sister Study: A U.S.-wide prospective cohort." Environ Int **183**: 108298.

Gonzalez, N. L., K. M. O'Brien, A. A. D'Aloisio, D. P. Sandler and C. R. Weinberg (2016). "Douching, Talc Use, and Risk of Ovarian Cancer." Epidemiology **27**(6): 797-802.

O'Brien, K. M., S. S. Tworoger, H. R. Harris, G. L. Anderson, C. R. Weinberg, B. Trabert, A. M. Kaunitz, A. A. D'Aloisio, D. P. Sandler and N. Wentzensen (2020). "Association of Powder Use in the Genital Area With Risk of Ovarian Cancer." Jama **323**(1): 49-59.