# Exhibit 59

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF NEW JERSEY

 3
     _____
 4


 5   IN RE:  JOHNSON & JOHNSON          )

 6   TALCUM POWER PRODUCTS MARKETING,)  MDL NO.

 7   SALES PRACTICES, AND PRODUCTS     )  16-2738(MAS)(RLS)

 8   LIABILITY LITIGATION              )

 9

10

11                         DEPOSITION

12                             OF

13                PATRICIA G. MOORMAN, Ph.D.

14

15                 Tuesday, February 13, 2024

16

17

18

19          GOLKOW LITIGATION SERVICES, INC.
           877.370.3377 ph | 917.591.5672 fax
20                   deps@golkow.com

21

22

23

24

25
```

1  testimony as well as the testimony of all of the
2  plaintiffs' experts were excluded, which I clearly
3  disagreed with, because the methodology that I
4  used is the same methodology that I've used in
5  this case, which has been approved by the court.
6  It's the same methodology that I used throughout
7  my career when I'm writing papers, writing grants,
8  reviewing papers, reviewing grants.
9            Q.   And you've read that opinion?
10           A.   I read -- yeah, a couple of years ago
11 I did read --
12           Q.   The parts about you.  It's a long
13 opinion, I understand.
14           A.   Yeah.
15           Q.   Is that what you're saying?  You
16 focused in on --
17           A.   Yeah, I read it a couple of years ago,
18 and I -- I can't say that I read every single word
19 of the opinion.
20           Q.   I'm a lawyer.  I thought the opinion
21 was long.  Very thorough, but long.
22                Okay.  So do you have any remaining
23 activities with UNC or Duke?
24           A.   I am professor emerita in the
25 Department of Community -- yeah -- Family Medicine

1  and Community Health.  They changed their -- the

2  department name a few years ago.  And -- so I have

3  some privileges in that regard.

4            I am included on e-mails and so

5  departmental meetings, seminars and such like

6  that.  I have access to the Duke library.  Since I

7  have retired, once in a while, not too often, I

8  will be asked could I review something.  But

9  that's about it.

10       Q.   Do you know Katie O'Brien?

11       A.   I have never met her, to my knowledge.

12  I obviously have read several of her papers.

13       Q.   She lives in the Research Triangle.

14  That's why I asked.

15       A.   Right.  Yeah.

16       Q.   But you've never come across her

17  professionally?

18       A.   No.  I believe that she works at

19  NIEHS.  I know some of the people in that group,

20  but I don't believe that I have ever met her.

21       Q.   Have you ever spoken to her,

22  communicated with her by email?

23       A.   No, I have not.

24       Q.   Did you reach out to her with any

25  questions about any of her papers?