# Exhibit 60

Patricia G. Moorman, M.S.P.H., Ph.D.

```
 1            IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF NEW JERSEY
 3

      ----------------------------------X
 4


 5   IN RE:  JOHNSON & JOHNSON

 6   TALCUM POWDER PRODUCTS              MDL No.:
     MARKETING, SALES PRACTICES,
 7   AND PRODUCTS LIABILITY              16-2738 (FLW)(LHG)
     LITIGATION
 8


 9   THIS DOCUMENT RELATES TO
     ALL CASES
10   ----------------------------------X
11             VIDEOTAPED DEPOSITION OF
12        PATRICIA G. MOORMAN, M.S.P.H., PH.D.
13   _____
14              FRIDAY, JANUARY 25, 2019
15                      9:04 A.M.
     _____
16
                   Taken by the Defendants
17           at Cambria Hotel & Suites Durham
                     2306 Elba Street
18             Durham, North Carolina 27705
19
20                        -  -  -
21     Reported by Sophie Brock, RPR, RMR, RDR, CRR
22                        -  -  -
23
24             GOLKOW LITIGATION SERVICES
          877.370.3377 ph | 917.591.5672 fax
25                  deps@golkow.com
```

Patricia G. Moorman, M.S.P.H., Ph.D.

```
 1      Q.   Now, do you intend to rely on any materials
 2   for your opinions in this case that are not identified
 3   in the reference list or the additional materials
 4   list?
 5               MS. PARFITT:  Objection.  Form.
 6               THE WITNESS:  I mean, I am relying on
 7   the expertise that I developed over more than 25 years
 8   as an epidemiologist.  And so there may be
 9   publications, knowledge that I have that is not
10   specifically listed here.  But, in general, I think
11   that is a fairly comprehensive list.  I don't know
12   that I could say that it is completely exhaustive.
13   BY MR. JAMES:
14      Q.   All right.  I'm going to mark now as
15   Exhibit No. 8 a copy of a list entitled "Additional
16   Materials to Dr. Patricia Moorman."
17      (Exhibit No. 8 was marked for identification.)
18   BY MR. JAMES:
19      Q.   Have you seen a copy of Exhibit 8 before,
20   Dr. Moorman?
21      A.   I don't think that I have seen this
22   particular list.
23               MS. PARFITT:  And for the record, this
24   list was compiled by Plaintiffs' counsel, Mr. James,
25   and I'm not sure whether or not my office -- the
```