# Exhibit 76

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

IN RE JOHNSON & JOHNSON          MDL NO. 16-2738

TALCUM POWDER PRODUCTS           (MAS) (RLS)

MARKETING, SALES PRACTICES,

AND PRODUCTS LIABILITY

LITIGATION

_____/

     The In-Person, Virtual Zoom, Telephonic deposition of GREGORY DIETTE, M.D., MHS was held on Wednesday, June 19, 2024, commencing at 9:00 a.m., at the Sheraton Baltimore North Hotel, 903 Dulaney Valley Road, Towson, Maryland 21204, before Susan Wootton, Notary Public.

REPORTED BY:  Susan Wootton, RPR, CLR

```
                                                    Page 31

 1          A    That is correct.
 2          Q    All right.  That was published some
 3   time in -- I believe it was made available
 4   May 15th, 2024?
 5          A    Yeah.  That's what it says on it.
 6          Q    All right.  Now, at the -- how did you
 7   obtain a copy of O'Brien 2024, now referred to as
 8   Exhibit 5?
 9          A    Initially I heard about it from the
10   lawyers from Johnson & Johnson who inquired
11   whether I had seen it and read it.
12          Q    All right.
13          A    And I think I might have gotten a copy
14   from them, but I also downloaded a copy from, you
15   know, from PubMed as well.
16          Q    Who from Johnson & Johnson inquired of
17   you as to whether or not you had seen this new
18   publication?
19          A    I think it was likely Lucy Wilson.
20   And when I'm saying "Johnson & Johnson," I mean,
21   lawyers who represent them --
22          Q    Of course.
23          A    -- as opposed to the company itself.
24          Q    Of course.  Okay.  And you also recall
```

Page 32

1    downloading a copy of that as well, correct?
2         A     That's right.
3         Q     All right.  And after reviewing that
4    study -- that study being Exhibit Number 5 -- you
5    incorporated in your May 28th, 2024, the O'Brien
6    works performed in 2024?
7         A     That's correct.
8         Q     All right.  All right.  We're going to
9    set that aside and we will come back to it in just
10   a moment.
11              Is it fair to say that the methodology
12   that you employed -- for purposes of giving all
13   the opinions you're going to be sharing with us
14   today -- are the same methodologies that you used
15   back in 2019?
16        A     Yeah.  It's all fundamentally the
17   same, same methodology.
18        Q     So the methods that you employed with
19   regard to assessing causality in 2019 remain the
20   same methodology that you used in 2024?
21        A     Correct.
22        Q     All right.  Now is the methodology
23   that you employed for purposes of assessing
24   causality for your report in 2024, the same

Page 33

1  methodology that you used when you testified
2  before Judge Wolfson in the Daubert proceeding
3  back in July of 2019?
4       A     Yes, yeah.  The fundamentals are all
5  the same.
6       Q     All right.  At the time that you
7  addressed Judge Wolfson, Chief Judge Wolfson --
8  who was overseeing the multidistrict litigation --
9  you had reviewed the literature?
10      A     Yeah, the available literature to
11 date.
12      Q     All right.  You had assessed the
13 Bradford Hill factors in determining causality?
14      A     I had.
15      Q     All right.  You considered the
16 influence on study findings of bias, confounding
17 and other sorts of errors, correct?
18      A     Yeah, in addition to the Bradford Hill
19 considerations.
20      Q     All right.  And you also looked at the
21 different study designs, their strengths and their
22 weaknesses, correct?
23      A     Correct.
24      Q     All right.  You've also had an

```
                                                    Page 34
 1   opportunity to review the expert reports of some
 2   of the plaintiff's experts who are testifying,
 3   correct?
 4        A    That is correct.
 5        Q    All right.  And based upon your review
 6   of the updated reports of the plaintiff's
 7   experts -- and comparing them to their reports
 8   that they also prepared back in 2018 -- you
 9   understand that those experts also employed the
10   same methodology?
11        A    It seemed -- it seemed so to me.  I
12   didn't see any, you know, fundamental differences
13   in the methodology.
14        Q    So any criticisms that you may share
15   with me today about the plaintiff's experts --
16   sitting here in 2024 -- are the same criticisms
17   that you had with regard to methodology back in
18   2019; is that fair?
19             MS. LEHMAN:  Object to form.
20        A    Let me just think for a moment.  So, I
21   think so.  I mean, the details may be different
22   because part of it is the application of the
23   methodology, which I understand is not your
24   question.  I just want to make sure --
```