Exhibit 36

Federal Register

**Friday,**

**February 29, 2008**

# Part IV

# Department of Labor

## Mine Safety and Health Administration

**30 CFR Parts 56, 57, and 71**

**Asbestos Exposure Limit; Final Rule**

11284 Federal Register / Vol. 73, No. 41 / Friday, February 29, 2008 / Rules and Regulations

**DEPARTMENT OF LABOR**

**Mine Safety and Health Administration**

**30 CFR Parts 56, 57, and 71**

**RIN 1219–AB24**

# Asbestos Exposure Limit

**AGENCY:** Mine Safety and Health Administration, Labor.

**ACTION:** Final rule.

**SUMMARY:** The Mine Safety and Health Administration (MSHA) is revising its existing health standards for asbestos exposure at metal and nonmetal mines, surface coal mines, and surface areas of underground coal mines. This final rule reduces the permissible exposure limits for airborne asbestos fibers and makes clarifying changes to the existing standards. Exposure to asbestos has been associated with lung cancer, mesothelioma, and other cancers, as well as asbestosis and other nonmalignant respiratory diseases. This final rule will help improve health protection for miners who work in an environment where asbestos is present and lower the risk that miners will suffer material impairment of health or functional capacity over their working lifetime.

**DATES:** This final rule is effective April 29, 2008.

**FOR FURTHER INFORMATION CONTACT:** Patricia W. Silvey at *silvey.patricia@dol.gov* (E-mail), 202–693–9440 (Voice), or 202–693–9441 (Fax).

**SUPPLEMENTARY INFORMATION:** The outline of this preamble is as follows:

I. Summary
II. Background to the Final Rule
A. Scope of Final Rule
B. Mineralogy and Analytical Methods for Asbestos
C. Summary of Asbestos Health Hazards
D. Factors Affecting the Occurrence and Severity of Disease
E. MSHA Asbestos Standards
F. OSHA Asbestos Standards
III. Asbestos Exposures in Mines
A. Where Asbestos Is Found at Mines
B. Sampling Data and Exposure Calculations
C. Summary of MSHA's Asbestos Air Sampling and Analysis Results
D. Prevention of Asbestos Take-Home Contamination
IV. Application of OSHA'S Risk Assessment to Mining
A. Summary of OSHA's Risk Assessment
B. Risk Assessment for the Mining Industry
C. Characterization of the Risk to Miners
V. Section-by-Section Analysis of Final Rule
A. Sections 56/57.5001(b)(1) and 71.702(a): Definitions
B. Sections 56/57.5001(b)(2) and 71.702(b): Permissible Exposure Limits (PELs)
C. Sections 56/57.5001(b)(3) and 71.702(c): Measurement of Airborne Fiber Concentration
D. Section 71.701(c) and (d): Sampling; General Requirements
VI. Regulatory Analyses
A. Executive Order (E.O.) 12866
B. Feasibility
C. Alternatives Considered
D. Regulatory Flexibility Analysis (RFA) and Small Business Regulatory Enforcement Fairness Act (SBREFA)
E. Other Regulatory Considerations
VII. Copy of the OSHA Reference Method (ORM)
VIII. References Cited in the Preamble

## I. Summary

The final rule lowers MSHA's permissible exposure limits (PELs) for asbestos; incorporates the Occupational Safety and Health Administration (OSHA) Reference Method (29 CFR 1910.1001, Appendix A) for MSHA's analysis of mine air samples for asbestos; and makes several clarifying changes to MSHA's existing rule. MSHA is issuing this health standard limiting miners' exposure to asbestos under section 101(a)(6)(A) of the Federal Mine Safety and Health Act of 1977 (Mine Act). MSHA based this final rule on its experience, an assessment of the health risks of asbestos, OSHA's rulemaking history and enforcement experience with its asbestos standard and public comments and testimony on MSHA's asbestos proposed rule.

To protect the health of miners, this final rule lowers MSHA's 8-hour, time-weighted average (TWA), full-shift PEL from 2 fibers per cubic centimeter of air (f/cc) to 0.1 f/cc. The existing excursion limit for metal and nonmetal mines is 10 fibers per milliliter (f/mL) for 15 minutes and the existing excursion limit for coal mines is 10 f/cc for a total of 1 hour in each 8-hour day. This final rule lowers these existing excursion limits to 1 f/cc for 30 minutes. Together, these lower PELs significantly reduce the risk of material impairment for exposed miners. These final PELs are the same as proposed and the same as OSHA's asbestos exposure limits. Although OSHA stated in the preamble to its 1994 final rule (59 FR 40967) that there is a remaining significant risk of material impairment of health or functional capacity at the 0.1 f/cc limit, OSHA concluded that this concentration is ''the practical lower limit of feasibility for measuring asbestos levels reliably.'' MSHA agrees with this conclusion.

To clarify the criteria for the analytical method that MSHA will use to analyze mine air samples for asbestos under this final rule, the rule includes a reference to Appendix A of OSHA's asbestos standard (29 CFR 1910.1001). Appendix A specifies basic elements of a phase contrast microscopy (PCM) method for analyzing airborne asbestos samples, which includes the same basic analytical elements as those specified in MSHA's existing standards.

Because the risk assessment used as the basis for MSHA's asbestos PELs relies on PCM-based methodology, MSHA will continue to use PCM as the primary methodology for analyzing air samples to determine compliance with the PELs. PCM provides a relatively quick and cost-effective analysis of asbestos samples. In addition, MSHA will continue to follow-up with its policy of using a transmission electron microscopy (TEM) analysis when PCM results indicate a potential overexposure.

MSHA, however, encourages the development of analytical methods specifically for asbestos in mine air samples. MSHA will consider using a method statistically equivalent to Appendix A, if it meets the OSHA Reference Method (ORM) equivalency criteria in OSHA's asbestos standard [29 CFR 1910.1001(d)(6)(iii)] and is recognized by a laboratory accreditation organization. For example, ASTM D7200–06, ''Standard Practice for Sampling and Counting Airborne Fibers, Including Asbestos Fibers, in Mines and Quarries, by Phase Contrast Microscopy and Transmission Electron Microscopy,'' contains the same procedure as NIOSH 7400 to identify fibers. ASTM D7200–06 then has an additional procedure to discriminate potential asbestos fibers, which NIOSH 7400 does not. NIOSH is supporting an ASTM inter-laboratory study to determine whether this additional procedure can be performed accurately and consistently. This procedure was developed in part as a result of this rulemaking and has not been validated.

## II. Background to the Final Rule

### *A. Scope of Final Rule*

This final rule applies to all metal and nonmetal mines, surface coal mines, and surface areas of underground coal mines. It is substantively unchanged from the proposed rule and contains the same PELs and analytical method as in OSHA's asbestos standard. Some commenters supported additional changes to MSHA's definition of asbestos and its analytical method. Others recommended that MSHA propose additional requirements from the OSHA asbestos standard to prevent take-home contamination. Such changes were not contemplated in the proposed

rule and, therefore, are beyond the scope of this final rule.

*B. Mineralogy and Analytical Methods for Asbestos*

Asbestos is a generic term used to describe the fibrous habits of specific naturally occurring, hydrated silicate minerals. Several federal agencies [1] have regulations that address six asbestos minerals: chrysotile, crocidolite, cummingtonite-grunerite asbestos (amosite), actinolite asbestos, anthophyllite asbestos, and tremolite asbestos. Other agencies address asbestos more generally.[2]

The terminology used to refer to how minerals form and how they are named is complex. Much of the existing health risk data for asbestos uses the commercial mineral terminology.[3] In the asbestiform habit, mineral crystals grow forming long, thread-like fibers. The U.S. Bureau of Mines defined *asbestiform minerals* to be ''a certain type of mineral fibrosity in which the fibers and fibrils possess high tensile strength and flexibility.'' [4] When light pressure is applied to an asbestiform fiber, it bends much like a wire, rather than breaks. In the nonasbestiform habit, mineral crystals do not grow in long thin fibers; they grow in a more massive habit. When pressure is applied, the nonasbestiform crystals fracture into prismatic particles, which are called cleavage fragments because they result from the particle's breaking or cleavage. Cleavage fragments may be formed when nonfibrous minerals are crushed, as may occur in mining and milling operations. Distinguishing between asbestiform fibers and cleavage fragments in certain size ranges can be difficult or impossible for some minerals.[5]

*C. Summary of Asbestos Health Hazards*

Studies first identified health problems associated with occupational exposure to asbestos in the early 20th century among workers involved in the manufacturing or use of asbestos-containing products.[6] These studies identified the inhalation of asbestos as the cause of asbestosis, a slowly progressive disease that produces lung scarring and loss of lung elasticity. Studies also found that asbestos caused lung and several other types of cancer.[7] For example, mesotheliomas, rare cancers of the lining of the chest or abdominal cavities, are almost exclusively attributable to asbestos exposure. Once diagnosed, they are rapidly fatal. The damage following many years of workplace exposure to asbestos is generally cumulative and irreversible. Most asbestos-related diseases have long latency periods, typically not producing symptoms for 20 to 30 years following initial exposure. Studies also indicate adverse health effects in workers who have had relatively brief exposures to asbestos.[8]

Several studies have examined respiratory health and respiratory symptoms of asbestos-exposed workers.[9] Asbestos-induced pleurisy is the most common asbestos-related condition to occur during the 20-year period immediately following a worker's first exposure to asbestos.[10] Pleural plaques may develop within 10–20 years after an initial asbestos exposure [11] and slowly progress in size and amount of calcification, independent of any further exposure. Diffuse pleural thickening and pleural plaques are biologic markers reflecting previous asbestos exposure.[12] In addition, presence in lung tissue of asbestos fibers with a coating of iron and protein, called asbestos bodies, is one of the criteria that serve to support a pathologic diagnosis of asbestosis.[13] These nonmalignant respiratory conditions can be used to identify at-risk miners prior to their developing a more serious asbestos disease.

Because the hazardous effects from exposure to asbestos are well known, MSHA's discussion in this section will focus on the results of studies and literature reviews published since the publication of OSHA's risk assessment, and those involving miners. One such review by Tweedale (2002) stated,

> Asbestos has become the leading cause of occupational related cancer death, and the second most fatal manufactured carcinogen (after tobacco). In the public's mind, asbestos has been a hazard since the 1960s and 1970s. However, the knowledge that the material was a mortal health hazard dates back at least a century, and its carcinogenic properties have been appreciated for more than 50 years.

Greenberg (2003) also published a recent review of the biological effects of asbestos and provided a historical perspective similar to that of Tweedale.

The three most commonly described adverse health effects associated with asbestos exposure are lung cancer, mesotheliomas, and pulmonary fibrosis (i.e., asbestosis). OSHA, in its 1986 asbestos rule, reviewed each of these diseases and provided details on the studies demonstrating the relationship between asbestos exposure and the clinical evidence of disease.[14] In 2001, the Agency for Toxic Substances and Disease Registry (ATSDR) published an updated *Toxicological Profile for Asbestos* that also included an extensive discussion of these three diseases. A search of peer-reviewed scientific literature yielded many new articles [15] that continue to demonstrate and support findings of asbestos-induced lung cancer, mesotheliomas, and asbestosis, consistent with the conclusions of OSHA and ATSDR. Thus, in the scientific community, there is compelling evidence of the adverse health effects of asbestos exposure.

*D. Factors Affecting the Occurrence and Severity of Disease*

The toxicity of asbestos, and the subsequent occurrence of disease, is related to its concentration in the air and the duration of exposure. Other variables, such as the fiber's characteristics or the effectiveness of a person's lung clearance mechanisms, lung fiber burden, residence-time-weighted cumulative exposures, and susceptible populations are also relevant factors affecting disease severity.[16]

1. Fiber Concentration

Early airborne asbestos dust measurements had counted particles

[1] In addition to MSHA's and OSHA's existing worker protection standards, other federal statutory and regulatory requirements that apply only to the six commercial varieties of asbestos include the Asbestos Hazard Emergency Response Act (AHERA) [15 U.S.C. 2642(3)] and the Clean Air Act's National Emission Standards for Hazardous Air Pollutants (NESHAP) [40 CFR 61.141].

[2] Asbestos is listed as a hazardous air pollutant under the Clean Air Act [42 U.S.C. 7412(b)(1)]; as a hazardous substance under the Comprehensive Environmental Response, Compensation and Liability Act [40 CFR 302.4]; and in EPA's Integrated Risk Information System (IRIS), a collection of health assessment information regarding the toxicity of asbestos, *http://www.epa.gov/IRIS/susbst/0371.htm.*

[3] Asbestos mineralogy was discussed more fully in the proposed rule (70 FR 43952–43953).

[4] U.S. Bureau of Mines (Campbell *et al.*), 1977.

[5] Meeker *et al.*, 2003.

[6] GETF Report, p. 38, 2003; OSHA (40 FR 47654), 1975.

[7] Doll, 1955; Reeves *et al.*, 1974; Becker *et al.*, 2001; Browne and Gee, 2000; Sali and Boffetta, 2000; IARC, 1987.

[8] Sullivan, 2007.

[9] Wang *et al.*, 2001; Delpierre *et al.*, 2002; Eagen *et al.*, 2002; Selden *et al.*, 2001.

[10] Rudd, 2002.

[11] Bolton *et al.*, 2002; OSHA, 1986.

[12] ATSDR, 2001; Manning *et al.*, 2002.

[13] ATSDR, 2001; Peacock *et al.*, 2000; Craighead *et al*, 1982.

[14] Berry and Newhouse, 1983; Dement *et al.*, 1982; Finkelstein, 1983; Henderson and Enterline, 1979; Peto, 1980; Peto *et al.*, 1982; Seidman *et al.*, 1979; Seidman, 1984; Selikoff *et al.*, 1979; Weill *et al.*, 1979.

[15] Baron, 2001; Bolton *et al.*, 2002; Manning *et al.*, 2002; Nicholson, 2001; Osinubi *et al.*, 2000; Roach *et al.*, 2002.

[16] ICRP, 1966; EPA, 1986; West, 2000 and 2003; Manning *et al.*, 2002.

and reported the results as millions of particles per cubic foot of air (mppcf). Most recent studies express the concentration of asbestos as the number of fibers per cubic centimeter (f/cc). Some studies have also reported asbestos concentrations in the number of fibers per milliliter (f/mL), which is an equivalent concentration to f/cc. MSHA's existing PELs for asbestos are expressed in f/mL for metal and nonmetal mines and as f/cc for coal mines. To improve consistency and avoid confusion, MSHA expresses the concentration of asbestos fibers as f/cc in this final rule, for both coal and metal and nonmetal mines.

In the late 1960s, scientists correlated PCM-based fiber counting methods with the earlier types of dust measurements, which provided a means to estimate earlier workers' asbestos exposures and enabled researchers to develop a dose-response relationship with the occurrence of disease. The British Occupational Hygiene Society reported [17] that a worker exposed to 100 fiber-years per cubic centimeter (e.g., 50 years at 2 f/cc, 25 years at 4 f/cc, 10 years at 10 f/cc) would have a 1 percent risk of developing early signs of asbestosis. The correlation of exposure levels with the disease experience of populations of exposed workers provided a basis for setting an occupational exposure limit for asbestos measured by the concentration of the fibers in air.

OSHA (51 FR 22617) applied a conversion factor of 1.4 to convert mppcf, which includes all particles of respirable size, to f/cc, which includes only those particles greater than 5 μm in length with at least a 3:1 aspect ratio. More recently, Hodgson and Darnton (2000) recommended the use of a factor of 3. In reviewing the scientific literature, MSHA did not critically evaluate the impact of these and other conversion factors. MSHA notes this difference here for completeness. MSHA is relying on OSHA's risk assessment and, thus, is using OSHA's conversion factor.

2. Duration of Exposure

The duration of exposure (T) is reported in both epidemiological and toxicological studies, and is generally much shorter in animal studies (*e.g.*, months versus years). In epidemiological studies involving toxic substances that do not have acute health effects, such as asbestos, duration of exposure is typically expressed in years.

3. Cumulative Exposure

When developing dose-response relationships for asbestos-induced health effects, researchers typically use the product of exposure concentration (C in f/cc) and exposure duration (T in years), expressed as fiber-years,[18] to indicate the level of exposure or dose. When summed over all periods of exposure, this measure is called cumulative exposure. Because of the difficulties in obtaining good quantitative exposure assessments, cumulative exposure expressed in fiber-years is often selected as the common metric for the levels of exposures reported in epidemiological studies.

Finkelstein[19] noted that this product of exposure concentration times duration of exposure ($C \times T$) assumes an equal weighting of each variable (C, T). Finkelstein stated further that exposure at a low concentration for a long period of time may be numerically equivalent to exposure at a high concentration for short periods of time; but, they may not be biologically equivalent. What this means is that, in some studies, either concentration or duration of exposure may be more important in predicting disease. For example, in the case of mesothelioma risk following asbestos exposure, Finkelstein [20] concluded that ''* * * duration of exposure may dominate the exposure term * * *''.

4. Fiber Characteristics

Baron (2001) reviewed techniques for the measurement of fibers and stated, ''* * * fiber dose, fiber dimension, and fiber durability are the three primary factors in determining fiber toxicity * * *''. Manning *et al.* (2002) also noted the important roles of bio-persistence (*i.e.*, durability), physical properties, and chemical properties in defining the ''toxicity, pathogenicity, and carcinogenicity'' of asbestos. Roach *et al.* (2002) stated that—

> Physical properties, such as length, diameter, length-to-width (aspect ratio), and texture, and chemical properties are believed to be determinants of fiber distribution [in the body] and disease severity.

Many other investigators [21] also have concluded that the dimensions of asbestos fibers are biologically important.

The NIOSH 7400 analytical method used by MSHA's contract laboratories specifies that analysts count those fibers that are greater than 5 micrometers (microns, μm) in length with a length to diameter aspect ratio of at least 3:1. Several recent publications [22] support this aspect ratio, although larger aspect ratios such as 5:1 or 20:1 have been proposed.[23] There is some evidence that longer, thinner asbestos fibers (*e.g.*, greater than 20 μm long and less than 1 μm in diameter) are more potent carcinogens than shorter fibers. Suzuki and Yuen (2002), however, concluded that ''Short, thin asbestos fibers should be included in the list of fiber types contributing to the induction of human malignant mesotheliomas * * * ''. More recently, Dodson *et al.* (2003) concluded that all lengths of asbestos fibers induce pathological responses and that researchers should exercise caution when excluding a population of inhaled asbestos fibers based on their length.

Researchers have found neither a reliable method for predicting the contribution of fiber length to the development of disease, nor evidence establishing the exact relationship between them. There is suggestive evidence that the dimensions of asbestos fibers may vary with different diseases. A continuum may exist in which shorter, wider fibers produce one disease, such as asbestosis, and longer, thinner fibers produce another, such as mesotheliomas.[24]

Some commenters suggested that MSHA consider additional fiber characteristics, such as durability, in evaluating risk. Some emphasized that not all fibers with the same dimensions will lead to the same disease endpoint. The science is inconclusive on the relationship between the various fiber characteristics and the disease endpoints.[25]

*E. MSHA Asbestos Standards*

The early PELs for asbestos in mining dropped dramatically as more information on the health effects of asbestos exposure became evident 20 to 30 years (latency period) following its widespread use during the 1940s.

| Year | 8-hour TWA, Asbestos PEL |
|---|---|
| 1967 ....... | 5 mppcf (30 f/mL) |
| 1969 ....... | 2 mppcf (12 f/mL) |
| 1974 ....... | 5 f/mL for metal and nonmetal mines |
| 1976 ....... | 2 f/cc for surface areas of coal mines (41 FR 10223) |
| 1978 ....... | 2 f/mL for metal and nonmetal mines (43 FR 54064) |

[17] Lane *et al.*, 1968; OSHA (40 FR 47654), 1975; NIOSH, 1980.

[18] ATSDR, 2001; Fischer *et al.*, 2002; Liddell, 2001; Pohlabeln *et al.*, 2002.

[19] Finkelstein, 1995; ATSDR, p. 42, 2001.

[20] Finkelstein, 1995

[21] ATSDR, 2001; ATSDR, 2003; Osinubi *et al.*, 2000; Peacock *et al.*, 2000; Langer *et al.*, 1979.

[22] ATSDR, 2001; Osinubi *et al.*, 2000.

[23] Wylie *et al.*, 1985.

[24] ATSDR, pp. 39–41, 2001; ATSDR, 2003; Mossman, pp. 47–50, 2003; Kuempel *et al.*, 2006.

[25] Hodgson and Darnton, 2000; Browne, 2001; Liddell, 2001; ATSDR, 2001.

On March 29, 2002 (67 FR 15134), MSHA published an advance notice of proposed rulemaking to obtain public comment on how best to protect miners from exposure to asbestos. MSHA published the proposed rule on July 29, 2005 (70 FR 43950) and held two public hearings in October 2005.

*F. OSHA's Asbestos Standards*

Like MSHA's, OSHA's 8-hour TWA PEL for occupational exposure to asbestos dropped dramatically over the past several decades.

| Year | 8-hour TWA Asbestos PEL |
|---|---|
| 1971 ....... | 12 f/cc |
| 1971 ....... | 5 f/cc |
| 1972 ....... | 2 f/cc |
| 1983 ....... | 0.5 f/cc [26] |
| 1986 ....... | 0.2 f/cc [27] |
| 1994 ....... | 0.1 f/cc |

In addition, on September 14, 1988, OSHA promulgated an asbestos excursion limit of 1 f/cc over a sampling period of 30 minutes (53 FR 35610).

OSHA's 1986 standards had applied to occupational exposure to both asbestiform and nonasbestiform actinolite, tremolite, and anthophylite. On June 8, 1992, OSHA removed the nonasbestiform types of these minerals from the scope of its asbestos standards (57 FR 24310).

**III. Asbestos Exposures in Mines**

*A. Where Asbestos Is Found at Mines*

Asbestos exposure of miners can come from either naturally occurring asbestos in the ore or host rock or from asbestos contained in manufactured products.

1. Metal and Nonmetal Mines

The National Institute for Occupational Safety and Health (NIOSH) and other research organizations and scientists have noted the occurrence of cancers and asbestosis among miners involved in the mining and milling of commodities that contain asbestos.[28] (See Table IV–3.) Although asbestos is no longer mined as a commodity in the United States, veins, pockets, or intrusions of asbestos-containing minerals have been found in other ores in specific geographic regions, primarily in metamorphic or igneous rock.[29] It is possible to find asbestos in sedimentary rock. The U.S. Geological Survey (USGS) has reported weathering or abrasion of asbestos-bearing rock and soil, or air transportation, to carry asbestos to sedimentary deposits.[30] MSHA's experience is that miners may encounter asbestos during the mining of a number of mineral commodities,[31] such as talc, limestone and dolomite, vermiculite, wollastonite, banded ironstone and taconite, lizardite, and antigorite. Even if asbestos contamination is found in a specific mineral commodity, not all mines of that commodity will encounter asbestos and those that do may encounter it rarely. (See Table III–1.)

Mining activities, such as blasting, cutting, crushing, grinding, or simply disturbing the ore or surrounding earth may cause asbestos fibers to become airborne.[32] Milling may transform bulk ore containing asbestos into respirable fibers. Asbestos tends to deposit on workplace surfaces and accumulate during the milling process, which is often in enclosed buildings. The use of equipment and machinery or other activities in these locations may re-suspend the asbestos-containing dust from these surfaces into the air. For this reason, MSHA generally finds higher asbestos concentrations in mills than among mobile equipment operators or in ambient environments, such as pits.

Some mine operators are making an effort to avoid deposits that are likely to contain asbestos minerals. They use knowledge of the geology of the area, core or bulk sample analysis, and workplace examinations (of the pit) to avoid encountering asbestos deposits, thus preventing asbestos contamination of their process stream and final product.[33]

2. Coal Mines

MSHA is aware of only one coal formation in the United States that contains naturally occurring asbestos; however, there is no coal mining in this formation.[34] The more likely exposure to asbestos in coal mining occurs at surface operations from introduced asbestos-containing materials (ACM).

3. Asbestos-Containing Materials (ACM)

Asbestos is a component in some commercial products and may be found as a contaminant in others. The USGS estimates that, during 2006, manufacturers in the United States used about 2,340 metric tons (5.2 million pounds) of asbestos, primarily in roofing products and coatings and compounds. In addition to domestic manufacturing, the United States continues to import products that contain asbestos, primarily cement products, such as flat cement panels, sheets, and tiles.[35]

Although manufacturers have removed the asbestos from many new products,[36] asbestos may still be found at mines. Asbestos-containing building materials (ACBM), such as Transite® board and reinforced cements, could present a hazard during maintenance, construction, remodeling, rehabilitation, or demolition projects. Asbestos in manufactured products, such as electrical insulation, joint and packing compounds, automotive clutch and brake linings,[37] and fireproof protective clothing and welding blankets, could present a hazard during activities at the mine site that may cause a release of fibers.[38] MSHA expects mine operators to determine whether ACM or ACBM are present on mine property by reading the labels or Material Safety Data Sheets (MSDS) required by the OSHA Hazard Communication Standard (29 CFR 1910.1200). The presence of asbestos at a mine indicates that there is a potential for exposure.

*B. Sampling Data and Exposure Calculations*

To evaluate asbestos exposures in mines, MSHA collects personal exposure samples. MSHA samples a miner's entire work shift using a personal air-sampling pump and a filter-cassette assembly. This assembly is composed of a 50-mm static-reducing, electrically conductive, extension cowl and a 0.8 μm pore size, 25-mm diameter, mixed cellulose ester (MCE) filter. Following standard sampling procedures, MSHA also submits blank filters for analysis.

MSHA collects a sample over the entire time the miner works; 10- to 12-hour shifts are common. The time-weighted average (TWA) PELs in MSHA's standards, however, are based on an 8-hour workday. Regardless of the actual shift length, MSHA calculates a full-shift concentration as if the fibers had been collected over an 8-hour shift. For work schedules less than or greater than 8 hours, this technique allows MSHA to compare a miner's exposure

[26] U.S. Court of Appeals for the 5th Circuit invalidated this rule on March 7, 1984, in *Asbestos Information Association/North America* v. *OSHA* (727 F.2d 415, 1984).

[27] OSHA added specific provisions in the construction standard to cover unique hazards relating to asbestos abatement and demolition jobs.

[28] NIOSH WoRLD, 2003.

[29] MSHA (Bank), 1980; Ross, 1978.

[30] USGS, 1995.

[31] Roggli *et al.*, 2002; Selden *et al.*, 2001; Amandus *et al.*, Part I, 1987; Amandus *et al.*, Part III, 1987; Amandus and Wheeler, Part II, 1987; Meeker *et al.*, 2003.

[32] MSHA (Bank), 1980; Amandus *et al.,* Part I, 1987.

[33] GETF Report, pp. 17–18, 2003; Nolan *et al.*, 1999.

[34] Brownfield *et al.,* 1995.

[35] USGS (Virta), 2007.

[36] GETF Report, pp. 12 and 15, 2003.

[37] Lemen, 2003; Paustenbach *et al.*, 2003.

[38] EPA, 1986; EPA, 1993; EPA, October 2003.

directly to the 8-hour TWA PEL. MSHA calls this calculated equivalent, 8-hour TWA a ''shift-weighted average'' (SWA).

MSHA's existing sampling procedures specify using several, typically three, filter-cassette assemblies in a consecutive series to collect a full-shift sample. For results from both PCM and TEM analyses, MSHA calculates the SWA exposure levels for each miner sampled from the individual filters according to the following formulas.

$$SWA = (TWA_1 t_1 + TWA_2 t_2 + * * * + TWA_n t_n)/480 \text{ minutes}$$

Where:

$TWA_n$ is the time-weighted average concentration for filter ''n'' calculated by dividing the number of fibers (f) collected on the filter by the volume of air (cc) drawn through the filter.

$t_n$ is the duration sampled in minutes for filter ''n''.

Some commenters criticized MSHA's sampling and analytical procedures. A few commenters believed that MSHA should develop specific test procedures for the sampling and analysis of bulk samples for the mining environment, as well as specific air sampling procedures. Some commenters suggested that respirable dust sampling using a cyclone might be a means to remove interfering dust from the sample. NIOSH recommended that thoracic samplers be evaluated in a mining environment. Cyclones and thoracic samplers are not included in MSHA's existing sampling and analytical protocols for asbestos and are not included in existing approved methods. Exposures determined using these devices have not been correlated with the risk assessment that forms the basis of the PELs in the final rule.

Some commenters supported MSHA's existing asbestos monitoring protocols with emphasis on full-shift monitoring for comparison to the PEL. Other commenters stated that MSHA's existing field sampling and analysis methods are adequate for most mines and quarries, particularly when no significant amount of asbestos is found.

Some commenters stated that MSHA should improve its inspection reports by including inspection field notes; sampling location, purpose, and procedure; as well as descriptions of the accuracy, meaning, and limitations of the analytical results. MSHA routinely provides the sampling and analytical results and, when requested, will provide the additional information.

### *C. Summary of MSHA's Asbestos Air Sampling and Analysis Results*

To assess personal exposures and present the Agency's sampling data for January 1, 2000 through May 31, 2007, MSHA calculated an SWA exposure for each miner from the TWA results of individual filters. MSHA has compiled these data into a PowerPoint® slide, and has posted it, together with additional explanatory information, on MSHA's Asbestos Single Source Page at *http://www.msha.gov/asbestos/asbestos.htm*.

MSHA conducted asbestos sampling at 207 mines (206 non-asbestos metal and nonmetal mines and one coal mine) during the period January 1, 2000 through May 31, 2007. Some were sampled multiple times over the seven and one quarter years. MSHA found 29 mines with at least one miner exposed to an equivalent 8-hour TWA (SWA) fiber concentration exceeding 0.1 f/cc. Out of a total of 917 SWA personal full-shift fiber exposure sample results, 113 (12 percent) exceeded 0.1 f/cc using the existing PCM-based analytical screening method.

Further analysis of the 113 samples with TEM confirmed asbestos fiber exposures exceeding 0.1 f/cc in 23 of them. Using the existing TEM-based analytical method, 3 percent of the total number of SWA samples taken exceeded 0.1 asbestos f/cc. Five mines (two taconite, one wollastonite, one sand and gravel, and one olivine), out of the 29 mines potentially impacted by lowering the PEL, had at least one miner with an SWA asbestos fiber exposure exceeding 0.1 f/cc. Although MSHA has no evidence of asbestos exposure above the new PEL in coal mines, the Agency anticipates that some coal mines will encounter asbestos from asbestos containing materials (ACM) brought onto mine property. These operators may have to take corrective action. Table III–1 below summarizes MSHA's asbestos sampling results for the period January 2000 through May 2007.

TABLE III–1.—PERSONAL EXPOSURE SAMPLES AT MINES [1] BY COMMODITY

[1/2000–5/2007]

| Commodity | Number of mines sampled | Number (%) of mines with SWA samples >0.1 f/cc by PCM | Number of SWA samples | Number (%) of SWA samples >0.1 f/cc by PCM [2] | Number (%) of SWA samples >0.1 f/cc by TEM |
|---|---|---|---|---|---|
| Rock & quarry products [3] | 127 | 11 (9%) | 326 | 20 (6%) | 2 (1%) |
| Vermiculite | 4 | 3 (75%) | 149 | 13 (9%) | 0 |
| Wollastonite | 1 | 1 (100%) | 18 | 18 (100%) | 9 (50%) |
| Iron (taconite) | 15 | 5 (33%) | 254 | 43 (17%) | 11 (4%) |
| Talc | 12 | 1 (8%) | 38 | 2 (5%) | 0 |
| Alumina [4] | 1 | 0 | 1 | 0 | 0 |
| Feldspar | 7 | 0 | [5] 6 | 0 | 0 |
| Boron | 2 | 1 (50%) | 12 | 7 (58%) | 0 |
| Olivine | 2 | 2 (100%) | 9 | 3 (33%) | 1 (11%) |
| Other [6] | 36 | [7] 5 (14%) | 104 | 7 (6%) | 0 |
| TOTAL | 207 | [8] 29 (14%) | 917 | 113 (12%) | 23 (3%) |

[1] Excludes data from an asbestos mine and mill closed in 2003.
[2] MSHA uses TEM to identify asbestos on samples with results exceeding 0.1 f/cc.
[3] Including stone, and sand and gravel mines.
[4] 15-minute sample.
[5] Incomplete SWA at one mine.
[6] Coal, potash, gypsum, cement, perlite, clay, lime, mica, metal ore NOS, shale, pumice, trona, salt, gold, and copper.
[7] Coal, potash, gypsum, cement, and perlite. (Coal and potash exposures were due to fiber release episodes from commercially introduced asbestos).
[8] TEM confirmed airborne asbestos exposures exceeding 0.1 f/cc at five (2%) mines.

The USGS has published a series of maps showing historic asbestos prospects and natural asbestos occurrences in the United States. The USGS published a map covering the eastern states in 2005; the central states in 2006; and the Rocky Mountain states in 2007. These maps served as a guide for the investigation of possible naturally occurring asbestos within the vicinity of mining operations. MSHA found that stone mines and quarries are the predominate types of mining operations in the vicinity of naturally occurring asbestos locations identified on the maps. MSHA conducted fiber sampling at these mines to screen for potential asbestos exposures. The results of the sampling indicated a small degree of asbestos at some of these mining operations, but no widespread asbestos contamination. Although not included on the USGS maps, MSHA also surveyed two mines in El Dorado County, California. Sampling at one of the mines resulted in two personal asbestos exposures greater than 0.1 f/cc, confirmed by TEM analysis, and 2 to 5 percent naturally occurring asbestos in an associated bulk sample. Air sampling at the other mine had low PCM fiber results.

*D. Asbestos Take-Home Contamination*

The final rule, like the proposal, does not address take-home contamination. In making this decision, MSHA considered its enforcement experience; comments and testimony on the proposal; as well as OSHA, NIOSH, and EPA publications and experience.[39] MSHA based its determination to address asbestos take-home contamination, without promulgating new regulatory provisions, on the following factors:

- There are no asbestos mines or mills currently operating in this country and different ore bodies of the same commodity, such as vermiculite mining, are not consistent in the presence, amount, or dispersion of asbestiform minerals. Based on MSHA's recent enforcement sampling, asbestos exposures in mining are low. (See Table III–1.)
- The measures taken to prevent take-home contamination are varied. Operators may choose the most effective method for eliminating this hazard based on the unique conditions in the mine, including the nature of the hazard. For example, in one situation providing disposable coveralls could minimize or prevent asbestos take-home contamination. Another situation may require on-site shower facilities coupled with clothing changes to provide the same protection.
- Existing standards (e.g., personal protection §§ 56/57.15006; sanitation §§ 56/57.20008, 56/57.20014, 71.400, 71.402; housekeeping §§ 56/57.16003, 56/57.20003, 77.208; appropriate actions §§ 56/57.18002, 56/57.20011, 77.1713; hazard communication 30 CFR 46, 47, and 48), together with lower PELs, provide sufficient enforcement authority to ensure that mine operators take adequate measures when necessary to prevent asbestos take-home contamination.

Commenters urged MSHA to expand the rulemaking to include specific requirements to prevent take-home contamination. NIOSH also encouraged MSHA to adopt measures included in its 1995 Report to Congress on their *Workers' Home Contamination Study Conducted under the Workers' Family Protection Act*. Other commenters, however, supported MSHA's decision and stated that take-home contamination requirements could not be justified at this time.

## IV. Application of OSHA's Risk Assessment to Mining

MSHA has determined that OSHA's 1986 asbestos risk assessment (51 FR 22644) is applicable to asbestos exposures in mining. In developing this final rule, MSHA also evaluated studies published since OSHA completed its 1986 risk assessment, and studies that specifically focused on asbestos exposures of miners. These additional studies corroborate OSHA's conclusions in its risk assessment.

*A. Summary of OSHA's Risk Assessment*

1. Cancer Mortality

In its 1986 risk assessment, OSHA estimated cancer mortality for workers exposed to asbestos at various cumulative exposures (i.e., combining exposure concentration and duration of exposure). MSHA has reproduced this data in Table IV–1. Table IV–1 shows that the estimated mortality from asbestos-related cancer decreases significantly by lowering exposure. This is true regardless of the type of cancer, e.g., lung, pleural or peritoneal mesotheliomas, or gastrointestinal. Although excess relative risk is linear in dose, the excess mortality rates in Table IV–1 are not.[40]

TABLE IV–1.—ESTIMATED ASBESTOS-RELATED CANCER MORTALITY PER 100,000 BY NUMBER OF YEARS EXPOSED AND EXPOSURE LEVEL

| Asbestos fiber concentration (f/cc) | Cancer mortality per 100,000 exposed | | | |
|---|---|---|---|---|
| | Lung | Mesothelioma | Gastro-intestinal | Total |
| **1-year exposure** | | | | |
| 0.1 | 7.2 | 6.9 | 0.7 | 14.8 |
| 0.2 | 14.4 | 13.8 | 1.4 | 29.6 |
| 0.5 | 36.1 | 34.6 | 3.6 | 74.3 |
| 2.0 | 144 | 138 | 14.4 | 296.4 |
| 4.0 | 288 | 275 | 28.8 | 591.8 |
| 5.0 | 360 | 344 | 36.0 | 740.0 |
| 10.0 | 715 | 684 | 71.5 | 1,470.5 |
| **20-year exposure** | | | | |
| 0.1 | 139 | 73 | 13.9 | 225.9 |
| 0.2 | 278 | 146 | 27.8 | 451.8 |
| 0.5 | 692 | 362 | 69.2 | 1,123.2 |
| 2.0 | 2,713 | 1,408 | 271.3 | 4,392.3 |
| 4.0 | 5,278 | 2,706 | 527.8 | 8,511.8 |

[39] NIOSH (Report to Congress) September 1995.

[40] Nicholson, p. 53, 1983.

TABLE IV–1.—ESTIMATED ASBESTOS-RELATED CANCER MORTALITY PER 100,000 BY NUMBER OF YEARS EXPOSED AND EXPOSURE LEVEL—Continued

| Asbestos fiber concentration (f/cc) | Cancer mortality per 100,000 exposed | | | |
|---|---|---|---|---|
| | Lung | Mesothelioma | Gastro-intestinal | Total |
| 5.0 | 6,509 | 3,317 | 650.9 | 10,476.9 |
| 10.0 | 12,177 | 6,024 | 1,217.7 | 13,996.7 |
| **45-year exposure** | | | | |
| 0.1 | 231 | 82 | 23.1 | 336.1 |
| 0.2 | 460 | 164 | 46.0 | 670.0 |
| 0.5 | 1,143 | 407 | 114.3 | 1,664.3 |
| 2.0 | 4,416 | 1,554 | 441.6 | 6,411.6 |
| 4.0 | 8,441 | 2,924 | 844.1 | 12,209.1 |
| 5.0 | 10,318 | 3,547 | 1,031.8 | 14,896.8 |
| 10.0 | 18,515 | 6,141 | 1,851.5 | 26,507.5 |

Table IV–1 shows that, by lowering the PEL from 2 f/cc to 0.1 f/cc, the risk of cancer mortality drops 95 percent from an estimated 6,411 to 336 deaths (per 100,000 workers).

2. Asbestosis

Finkelstein (1982) studied a group of 201 men who worked in a factory in Ontario, Canada, that manufactured asbestos-cement pipe and rock-wool insulation. Finkelstein demonstrated that there was a relationship between cumulative asbestos exposure and confirmed asbestosis.

Berry and Lewinsohn (1979) studied a group of 379 men who worked in an asbestos textile factory in northern England. Berry and Lewinsohn (1979) defined two different cohorts: Men who were first employed before 1951, when asbestos fiber levels were estimated; and men first employed after 1950, when asbestos fiber levels were measured. They plotted cases of possible asbestosis to determine a dose response curve.

OSHA stated that ''* * * the best estimates of asbestosis incidence are derived from the Finkelstein data * * *'' (48 FR 51132). OSHA did not rely on the values for the slope as determined by Berry and Lewinsohn (1979). Based on Finkelstein's (1982) linear relationship for lifetime asbestosis incidence, OSHA calculated estimates of lifetime asbestosis incidence at five exposure levels of asbestos (i.e., 0.5, 1, 2, 5, and 10 f/cc) and published its estimate in tabular form (48 FR 51132). MSHA has reproduced OSHA's estimates in Table IV–2 below. OSHA stated (51 FR 22646) that ''Reducing the exposure to 0.2 f/cc, a concentration not included in Table IV–2, would result in a lifetime incidence of asbestosis of 0.5%.''

TABLE IV–2.—ESTIMATES OF LIFETIME ASBESTOSIS INCIDENCE [41]

| Exposure level, f/cc | Percent (%) Incidence | | |
|---|---|---|---|
| | Finkelstein | Berry and Lewinsohn (employed before 1951) | Berry and Lewinsohn (first employed after 1950) |
| 0.5 | 1.24 | 0.45 | 0.35 |
| 1 | 2.49 | 0.89 | 0.69 |
| 2 | 4.97 | 1.79 | 1.38 |
| 5 | 12.43 | 4.46 | *3.45 |
| 10 | 24.86 | 8.93 | 6.93 |
| Slope | 0.055 | 0.020 | 0.015 |
| $R^2$ | 0.975 | 0.901 | 0.994 |

*Note: 1.38 in original table was a typographical error. The text (48 FR 51132) and the regression formula indicate that 3.45 is the correct percent.

Similar to the cancer risk, Table IV–2 shows a significant reduction in the incidence of asbestosis by lowering asbestos exposures. MSHA calculated the incidence of asbestosis following 45 years of exposure to asbestos at a concentration of 0.1 f/cc, which OSHA had not included in Table IV–1, to be 0.25 percent or 250 cases per 100,000 workers. Thus, by lowering the 8-hour TWA PEL from 2 f/cc to 0.1 f/cc, MSHA will reduce the lifetime asbestosis risk by 95 percent from an estimated 4,970 cases to 250 cases (per 100,000 workers).

*B. Risk Assessment for the Mining Industry*

OSHA stated in the preamble to its 1986 asbestos rule that it excluded mining studies in its risk assessment because it believed that risks in the asbestos mining-milling operations are lower than other industrial operations due to differences in fiber size (51 FR 22637). MSHA reviewed the studies OSHA used to develop its risk assessment.[42] In addition, MSHA obtained and reviewed the latest available scientific studies on the health

[41] Finkelstein, 1982; Berry and Lewinsohn, 1979.

[42] Berry and Newhouse, 1983; Dement *et al.*, 1982; Finkelstein, 1983; Henderson and Enterline, 1979; Peto, 1980; Peto *et al.*, 1982; Seidman *et al.*, 1979; Seidman, 1984; Selikoff *et al.*, 1979; Weill *et al.*, 1979.

effects of asbestos exposure. MSHA recognizes that there are uncertainties in any risk assessment. MSHA concluded, however, that these studies provide further support of the significant risk of adverse health effects following exposure to asbestos.

MSHA reviewed the mining studies described in OSHA's asbestos risk assessment, as well as other studies that involved the exposure of miners to asbestos. Most of these studies were conducted in Canada, although some have been conducted in Australia, India, Italy, South Africa, and the United States. Table IV–3 lists some of these mining studies, in chronological order, and gives the salient features of each study. These studies are in MSHA's rulemaking docket.

TABLE IV.–3—SELECTED STUDIES INVOLVING MINERS EXPOSED TO ASBESTOS

| Author(s), year of publication | Study group, type of asbestos | Major finding(s) or conclusion(s) |
|---|---|---|
| Rossiter *et al.*, 1972 | Canadian miners and millers, Chrysotile | Radiographic changes (opacities) related to age and exposure. |
| Becklake, 1979 | Canadian miners and millers, Chrysotile | Weak relationship between exposure and disease. |
| Gibbs and du Toit, 1979 | Canadian and South African miners, Chrysotile. | Need for workplace epidemiologic surveillance and environmental programs. |
| Irwig *et al.*, 1979 | South African miners, Amosite and Crocidolite | Parenchymal radiographic abnormalities preventable by reduced exposure. |
| McDonald and Liddell, 1979 | Canadian miners and millers, Chrysotile | Lower risk of mesotheliomas and lung cancer from chrysotile than crocidolite. |
| Nicholson *et al.*, 1979 | Canadian miners and millers, Chrysotile | Miners and millers: at lower risk of mesotheliomas, at risk of asbestosis (as factory workers and insulators), at risk of lung cancer (as factory workers). |
| Rubino *et al.*, Ann NY Ac Sci 1979. | Italian miners, Chrysotile | Role of individual susceptibility in appearance and progression of asbestosis. |
| Rubino *et al.*, Br J Ind Med 1979. | Italian miners, Chrysotile | Elevated risk of lung cancer. |
| Solomon *et al.*, 1979 | South African miners, Amosite and Crocidolite | Sign of exposure to asbestos: thickened interlobar fissures. |
| McDonald *et al.*, 1980 | Canadian miners and millers, Chrysotile | No statistically significant increases in SMRs. |
| McDonald *et al.*, 1986 | U.S. miners, Tremolite. | A. Increased risk of mortality from respiratory cancer. |
| McDonald *et al.*, 1986 | U.S. miners, Tremolite | B. Increased prevalence of small opacities by retirement age. |
| Cookson *et al.*, 1986 | Australian miners and millers, Crocidolite | No threshold dose for development of radiographic abnormality. |
| Amandus *et al.*, 1987 | U.S. miners and millers, Tremolite-Actinolite | Part I: Exposures below 1 f/cc after 1977, up to 100–200 × higher in 1960's and 1970's. |
| Amandus and Wheeler, 1987 | U.S. miners and millers, Tremolite-Actinolite | Part II: Increased mortality from nonmalignant respiratory disease and lung cancer. |
| Amandus *et al.*, 1987 | U.S. miners and millers, Tremolite-Actinolite | Part III: Increased prevalence of radiographic abnormalities associated with past exposure. |
| Armstrong *et al.*, 1988 | Australian miners and millers, Crocidolite | Increased mortality from mesotheliomas and lung cancer. |
| Enarson *et al.*, 1988 | Canadian miners, Chrysotile | Increased cough, breathlessness, abnormal lung volume and capacity. |
| McDonald *et al.*, 1988 | U.S. miners and millers, Tremolite | Low exposure and no statistically significant SMRs. |
| McDonald *et al.*, 1993 | Canadian miners and millers, Chrysotile | Increased SMRs for lung cancer and mesotheliomas as cohort aged. |
| Dave *et al.*, 1996 | Indian miners and millers, Chrysotile | Higher exposures in surface than underground mines; higher exposures in mills than mines; restrictive lung impairment and radiologic parenchymal changes more common in millers. |
| McDonald *et al.*, 1997 | Canadian miners and millers, Chrysotile | Risk of mesotheliomas related to geography and mineralogy of region; mesotheliomas caused by amphiboles. |
| Nayebzadeh *et al.*, 2001 | Canadian miners and millers, Chrysotile | Respiratory disease related to regional differences in fiber concentration and not dimension. |
| Ramanathan and Subramanian, 2001. | Indian miners and millers, Chrysotile and tremolite. | Increased risk of cancer, restrictive lung disease, radiologic changes, and breathing difficulties; more common in milling. |
| Bagatin *et al.*, 2005 | Brazilian miners and millers, Chrysotile | Decreased risk of non-malignant abnormalities with improvements in workplace conditions. |
| Nayebzadeh *et al.*, 2006 | Canadian miners and millers, Chrysotile, Tremolite, Amosite. | Possible use of lung fiber concentration, especially short tremolite fibers, to predict fibrosis grade. |
| Sullivan, 2007 | U.S. miners, millers, and processors, Tremolite. | Increased mortality from asbestosis, cancer of the pleura, and lung cancer that were dose-related. |

MSHA found that many of the observations presented in these mining studies (e.g., age of first exposure, latency, radiologic changes) are consistent with those from the studies OSHA relied on in its risk assessment, as well as studies of other asbestos-exposed factory and insulation workers. MSHA concludes that exposure to asbestos, a known human carcinogen, results in similar disease endpoints regardless of the occupation that has been studied. Because there is evidence of asbestos-related disease among miners, MSHA is applying the OSHA risk assessment to the mining industry.

Some commenters stated that there is a differential health risk related to fiber type and that OSHA's risk assessment is not adequate or appropriate for the mining industry. The OSHA risk assessment addresses adverse health effects from exposure to six asbestos minerals. MSHA applies TEM analysis

to its PCM results to determine exposure to these same six asbestos minerals. Exposure of miners to these asbestos minerals, at the same concentrations and length of exposures as workers in other industries, can be expected to result in the same disease endpoints as quantified in OSHA's risk assessment. (See section II.C and II.D of this preamble and chapter III of the REA.)

Some commenters also expressed concern regarding the health risks of fibrous minerals that are not currently regulated under MSHA's existing standards and suggested that MSHA conduct a new risk assessment to include them. MSHA considered these comments and determined that a new risk assessment is not necessary for this final rule, since fibrous minerals that are not currently regulated under MSHA's existing standards are beyond the scope of this rulemaking.

Some commenters stressed the lack of asbestos-related disease among miners in studies conducted at gold, taconite, and talc operations where there was asbestos contamination in the ore. In developing this final rule, MSHA considered a number of environmental and epidemiological studies conducted at mining operations. These studies demonstrated adverse health effects among miners consistent with exposure to asbestos in other workers. Researchers have found excessive incidence of asbestos-related disease in miners at a vermiculite mining operation.[43] Studies of talc miners have shown excess lung cancer and non-malignant respiratory disease.[44] Researchers are now studying excessive mesotheliomas among iron miners in northeastern Minnesota to determine the source of the asbestos exposure.

Section VI of this preamble contains a summary of MSHA's findings from applying OSHA's quantitative assessment of risk to the mining industry. MSHA's *Regulatory Economic Analysis* (REA) contains a more in-depth discussion of the Agency's methodology and conclusions. MSHA placed the REA in the rulemaking docket and posted it on the Asbestos Single Source Page at *http://www.msha.gov/asbestos/asbestos.htm*. MSHA also placed OSHA's risk assessment in its rulemaking docket.

### *C. Characterization of the Risk to Miners*

After reviewing the evidence of adverse health effects associated with exposure to asbestos, MSHA evaluated that evidence to ascertain whether exposure levels currently existing in mines warrant regulatory action. The criteria for this evaluation are established by the Federal Mine Safety and Health Act of 1977 (Mine Act) and related court decisions.[45]

Section 101(a) of the Mine Act requires MSHA "* * * to develop, promulgate, and revise * * * improved mandatory health or safety standards for the protection of life and prevention of injuries in coal or other mines." Further, section 101(a)(6)(A) provides that—

> The Secretary, in promulgating mandatory standards dealing with toxic materials or harmful physical agents under this subsection, shall set standards which most adequately assure on the basis of the best available evidence that no miner will suffer material impairment of health or functional capacity even if such miner has regular exposure to the hazards dealt with by such standard for the period of his working life.

Section 101(a)(6)(A) also requires that MSHA base its health and safety standards on "* * * the latest available scientific data in the field, the feasibility of the standards, and experience gained under this and other health and safety laws." As discussed in section VI.B, a 0.1 f/cc TWA PEL for asbestos is technologically and economically feasible.

Based on court interpretations of similar language under the Occupational Safety and Health Act, MSHA has addressed the following three questions:

(1) Do the health effects associated with asbestos exposure constitute a "material impairment" to miner health or functional capacity? Miners exposed to asbestos are at risk of developing lung cancer, mesotheliomas, and other cancers, as well as asbestosis and other nonmalignant respiratory diseases.[46] These health effects constitute a "material impairment of health or functional capacity."

(2) Are exposed miners at significant risk of incurring any of these material impairments? Based on OSHA's risk assessment, MSHA has determined that a significant health risk exists for miners exposed to asbestos at MSHA's existing 8-hour TWA PEL of 2 f/cc. Over a 45-year working life, exposure at this level can be expected to result in a 6.4 percent incidence of cancer (lung cancer, mesotheliomas, and gastrointestinal cancer) and a 5.0 percent incidence of asbestosis.

(3) Will this final rule substantially reduce such risks? By lowering the 8-hour TWA PEL to 0.1 f/cc, MSHA will reduce the risk of asbestos-related cancers from 6.4 percent to 0.34 percent and the risk of asbestosis from 5.0 percent to 0.25 percent. MSHA considers this reduction to be substantial.

## V. Section-by-Section Analysis of Final Rule

The final rule is substantively the same as the proposed rule. To make the standard easier to read, however, MSHA has divided the requirements in the final standards into three paragraphs: *Definitions, Permissible Exposure Limits (PELs), and Measurement of Airborne Fiber Concentration*. For §§ 56/57.5001(b), the metal and nonmetal asbestos standards, MSHA designated the paragraphs (b)(1), (b)(2), and (b)(3). For § 71.702, the coal asbestos standard, MSHA designated the paragraphs (a), (b), and (c).

### *A. §§ 56/57.5001(b)(1) and 71.702(a): Definitions*

The final rule, like the proposal, makes no substantive changes to the definition of asbestos in MSHA's existing standards. MSHA's existing definition of asbestos is consistent with the regulatory provisions of several Federal agencies including EPA, OSHA, and CPSC, among others. Asbestos is not a definitive mineral, but rather a generic name for a group of minerals with specific characteristics. MSHA's existing standards state that, "when crushed or processed, [asbestos] separates into flexible fibers made up of fibrils" [§§ 56/57.5001(b)]; and "does not include nonfibrous or nonasbestiform minerals" (§ 71.702). Although there are many asbestiform minerals,[47] the term asbestos in MSHA's existing standards and this final rule is limited to the following six:[48]

- Chrysotile (serpentine asbestos, white asbestos).
- Cummingtonite-grunerite asbestos (amosite, brown asbestos).
- Crocidolite (riebeckite asbestos, blue asbestos).
- Anthophylite asbestos (asbestiform anthophyllite).
- Tremolite asbestos (asbestiform tremolite).
- Actinolite asbestos (asbestiform actinolite).

Like the proposal, the final rule makes several clarifying changes to the existing regulatory language. They have no impact on the minerals that MSHA regulates as asbestos. This more precise

[43] Sullivan, 2007.

[44] NIOSH (HETA/MHETA), 1990; NIOSH (Technical Report), 1980.

[45] *Industrial Union Department, AFL–CIO* v. *American Petroleum Institute*, 448 U.S. 607, 100 S.Ct. 2844 (1980) ("Benzene case")

[46] American Thoracic Society, 2004; Delpierre *et al.*, 2002.

[47] Leake *et al.*, 1997; Meeker *et al.*, 2003.

[48] ATSDR, p.136, 2001; NIOSH Pocket Guide, 2003.

language will facilitate mine operators' understanding of the scope of the standard. This final asbestos rule—

• Clarifies that *cummingtonite-grunerite asbestos* is the mineralogical term for *amosite*, a trade name for asbestos from a specific geographical region;
• Clarifies that MSHA's definition of *fiber* for analytical purposes includes the same dimensional criteria as in the existing standards, which are consistent with OSHA's asbestos standard; and
• Clarifies the asbestos standard by inserting uniform structure and language.

Some commenters suggested that MSHA should expand its definition of asbestos to include other asbestiform minerals, so long as MSHA's analytical method excluded the counting of cleavage fragments. Another commenter asked that MSHA not include nonasbestiform fibrous minerals and mineral cleavage fragments when MSHA performs microscopic analyses of samples. Others supported the inclusion and regulation of asbestiform amphiboles that have shown or are likely to show asbestos-like health effects.

Many commenters did not want MSHA to make changes to the fibers regulated as asbestos in the existing standards. Specifically, they did not want MSHA to address other asbestiform amphiboles found in mineral deposits because there is no evidence that these fibers pose the same health problems that asbestos does. Some said that it would be unreasonable and expensive to try to meet exposure limits for all these other asbestiform minerals. Other commenters stated that, whatever they are called, asbestiform minerals cause illness.

As stated throughout this rulemaking, the final rule makes no substantive changes to the definition of asbestos in MSHA's existing standards. Such changes were not contemplated in the proposed rule and, therefore, are beyond the scope of this final rule.

### *B. Sections 56/57.5001(b)(2) and 71.702(b): Permissible Exposure Limits (PELs)*

#### 1. Sections 56/57.5001(b)(2)(i) and 71.702(b)(1): 8-Hour, Time-Weighted Average (TWA), Full-Shift Permissible Exposure Limit

The final rule adopts OSHA's 8-hour TWA PEL of 0.1 f/cc. No commenters objected to this aspect of the proposal.

Asbestos occurs naturally in many types of ore bodies and may be released from mine sites into the environment; but, MSHA's sampling results indicate that there is not widespread overexposure to asbestos in the mining industry at this time. MSHA's sampling data for 2000 through May 2007 show that 3 percent of MSHA's full-shift asbestos samples exceed OSHA's TWA PEL of 0.1 f/cc using a TEM-based analysis.

Commenters expressed concern about potential asbestos exposure of those living close to a mining operation. Although MSHA's reduction of its asbestos PELs may reduce environmental levels, other Federal, State, and local agencies have jurisdiction over environmental exposures.

#### 2. Sections 56/57.5001(b)(2)(ii) and 71.702(b)(2): Excursion Limit

The final rule, like the proposal, adopts OSHA's excursion PEL of 1 f/cc as measured over 30 minutes. Some commenters were concerned that an excursion limit is not enforceable and, therefore, should be removed from the rule. Although MSHA may not always be present to take air samples to evaluate a miner's exposure during brief episodes of asbestos exposure, existing §§ 56/57.5002 and 71.701 require mine operators to conduct sampling to determine the need for, and effectiveness of, control measures when miners may be exposed to asbestos.

An excursion limit sets levels, not based on toxicological data, for peak episodes of exposure. As previously discussed, asbestos poses a long-term health risk to exposed workers. Although the final rule will substantially reduce the risk of asbestos-related deaths from a lifetime exposure, it does not completely eliminate this risk. The excursion limit will help reduce the long-term risk by addressing brief, episodic exposures. This type of episodic exposure can be foreseen and proactively controlled by the use of personal protective equipment (respirators and protective clothing) and by implementing engineering or work practice controls (glove boxes, tents, wet methods).

The final rule includes an excursion limit for asbestos to help maintain the average airborne concentration below the full-shift exposure limit. For example, for miners exposed to one 30-minute excursion per day at 1 f/cc, the 8-hour TWA airborne asbestos concentration would be 0.06 f/cc, which is less than the 0.1 f/cc 8-hour TWA PEL. For miners exposed to two 30-minute excursions per day at 1 f/cc, the 8-hour TWA airborne asbestos concentration would be 0.13 f/cc, which exceeds the 0.1 f/cc 8-hour TWA PEL.

One commenter urged MSHA to retain 15 minutes, rather than switch to 30 minutes, as the sampling period for enforcement of the excursion limit. As shown in Table V–1 below, the excursion limit of 1 f/cc for 30 minutes is the lowest concentration that MSHA can measure reliably for determining compliance with the excursion limit. MSHA recognizes that in some situations, such as low background dust levels, lower exposures could be measured by using a higher flow rate; but, the risk of overloading the filter with debris increases when using higher flow rates. MSHA can be confident that it is measuring the actual airborne concentrations of asbestos, within a standard sampling and analytical error (±25 percent), when the Agency uses the minimum loading suggested by the OSHA Reference Method (29 CFR 1910.1001, Appendix A).

As discussed in OSHA's 1986 asbestos final rule (51 FR 22686), the key factor in sampling precision is fiber loading. To determine whether the analytical method described in Appendix A of its asbestos standard could be used to analyze short-term samples, OSHA calculated the lowest reliable limit of quantification using the following formula:

$$C = [(f/[(n)(A_f)])(A_c)]/[(V)(1{,}000)]$$

Where:

C = fiber concentration (in f/cc of air);
f = the total fiber count;
n = the number of microscope fields examined;
$A_f$ = the field area (0.00785 $mm^2$) for a properly calibrated Walton-Beckett graticule;
$A_c$ = the effective area of the filter (in $mm^2$); and
V = the sample volume (liters).

Table V–1 was generated from the above equation. The table shows that 1 f/cc measured over 30 minutes can be reliably measured when pumps are used at the higher flow rates of 1.6 Lpm or more, using 25-mm filters. The table also shows that MSHA cannot reliably measure 1 f/cc with 15-minute air samples, even when they are collected at the higher pump flow rates.

TABLE V–1.—RELATIONSHIP OF SAMPLING METHOD TO MEASUREMENT OF ASBESTOS

| Sampling time and flow rate | Lowest level reliably measured using 25-mm filters |
|---|---|
| 15 min at 2.5 Lpm | 1.05 f/cc. |
| 15 min at 2.0 Lpm | 1.31 f/cc. |
| 15 min at 1.6 Lpm | 1.63 f/cc. |
| 15 min at 1.0 Lpm | 2.61 f/cc. |
| 15 min at 0.5 Lpm | 5.23 f/cc. |
| 30 min at 2.5 Lpm | 0.51 f/cc. |
| 30 min at 2.0 Lpm | 0.65 f/cc. |
| 30 min at 1.6 Lpm | 0.82 f/cc. |
| 30 min at 1.0 Lpm | 1.31 f/cc. |
| 30 min at 0.5 Lpm | 2.61 f/cc. |

After evaluating the comments, MSHA retains the proposed asbestos excursion limit of 1 f/cc over a period of 30 minutes in the final rule.

*C. Sections 56/57.5001(b)(3) and 71.702(c): Measurement of Airborne Fiber Concentrations*

The final rule, like the proposed rule, requires an initial determination of fiber concentration using a PCM-based analytical method statistically equivalent to the OSHA Reference Method in OSHA's asbestos standard (29 CFR 1910.1001, Appendix A).

With respect to analytical methods, the final rule is substantively the same as MSHA's existing standards. PCM-based analytical methods were used in the development of past exposure assessments and risk estimates, and are relatively quick and cost-effective. OSHA used a PCM-based methodology as the defining basis of its asbestos risk assessment. PCM-based analytical methods remain the most practical way to evaluate asbestos exposures in mining. MSHA recognizes, however, that all analytical methods, including those used to identify and quantify the six asbestos minerals regulated by MSHA have limitations. Analysts have quantified the limits of detection, precision, and accuracy of these methods, termed ''analytical error;'' and MSHA includes this analytical error in evaluating asbestos exposures and enforcing the PELs. As discussed below, comments varied on MSHA's proposed sampling and analytical techniques. Most commenters supported a combination of PCM-based and TEM-based techniques for evaluating mine air samples.

1. Background of Analytical Method for Asbestos

Historically, asbestos samples have been analyzed by mass (weighing), counting (microscopy), or a qualitative property (spectroscopy). When recommending an exposure standard for chrysotile asbestos, the British Occupational Hygiene Society said [49] that the microscopic counting of particles greater than 5 µm in length would show a relationship with the prevalence of asbestosis similar to those studies based on the mass of respirable asbestos. Many studies have suggested that counting only fibers longer than 5 µm minimizes variations between microscopy techniques [50] and improves the precision of the results.[51] The scientific community accepted this length together with a minimum 3:1 length to diameter aspect ratio, as the counting criteria for asbestos fibers that provides an index of asbestos exposure, even though some believed that shorter fibers should be included due to their possible health effects.[52] Acceptance of PCM-based methodology has served as the basis of asbestos risk assessments.

In recommending an asbestos standard in 1972 and 1976, NIOSH suggested using the same size criteria that the British adopted. They also recommended reevaluating these criteria when more definitive information on the biologic response and precise epidemiologic data are developed. NIOSH applied a conversion factor to exposure data not obtained using a PCM-based analytical method, to estimate what the exposure data would have been using a PCM-based method. This conversion allowed NIOSH to use non-PCM-based exposure data, together with PCM-based exposure data, in determining a recommended permissible exposure level.

2. MSHA's Analytical Methods for Enforcement of Its Asbestos PELs

Prior to 2001, OSHA analyzed MSHA's asbestos samples using OSHA ID–160, a PCM-based analytical method. Since 2001, MSHA has contracted with American Industrial Hygiene Association (AIHA) accredited laboratories to analyze its asbestos samples using NIOSH's PCM-based analytical method, and to follow up with an analysis using NIOSH's TEM-based method when the PCM results indicate an exposure exceeding 0.1 f/cc. These commercial laboratories report analytical results as the fiber concentration (f/cc) for each filter analyzed.

Several factors complicate the evaluation of personal exposure levels in mining environments. For example, non-asbestos fibers and dust particles collected on the filter can obscure the asbestos fibers or overload the filter. Depending on the amount of visible dust in the air, MSHA's sampling procedures allow the setting of pump flow rates and consecutive sampling to minimize or eliminate mixed dust overload.

Commenters criticized MSHA's use of PCM-based methods to evaluate asbestos exposures. Several recommended that MSHA adopt a new ASTM method (ASTM D 7200–06), which references the characteristics of asbestiform fibers in EPA's bulk sample method.[53] Many recommended that MSHA not conduct air sampling unless prior bulk sampling had identified asbestos fibers. Some commenters recommended that the final rule include a TEM-based analytical method for the initial determination of compliance.

Bulk sampling presents limitations. The presence of asbestos in a bulk sample does not mean that it poses a hazard. The asbestos must become airborne and be respirable, or contaminate food or water, to pose a health hazard to miners. Analysis of bulk samples is usually performed using polarized light microscopy (PLM). A particle must be at least 0.5 µm in diameter to refract light and many asbestos fibers are too thin to refract light. Asbestos may be a small percentage of the parent material or not uniformly dispersed in the sample and,

[49] Lane *et al.*, 1968.
[50] ACGIH–AIHA, 1975.
[51] Wylie, 2000.
[52] ACGIH–AIHA, 1975; NIOSH, 1972.
[53] ASTM, 2006; EPA, 1993.

therefore, may not be seen in the small portion of sample that is examined under the microscope. Another problem with identifying asbestos using PLM is that both the asbestiform and nonasbestiform varieties of a mineral show the same refractive index. Although a trained individual may be able to identify bulk asbestos by its appearance and physical properties, the identification can be difficult when the asbestos is dispersed in a dust sample or is present in low concentration in a rock.

Due to a lack of consensus in the regulatory and scientific communities, revisions to MSHA's use of PCM-based analytical methods were not included within the scope of this rulemaking. If PCM-based analysis reveals a potential overexposure, MSHA will perform a TEM-based analysis to confirm asbestos exposure levels. Further, MSHA will consider the use of alternative analytical methods for the measurement of airborne asbestos that meet the analytical equivalency criteria for OSHA's Reference Method once they are recognized by a laboratory accreditation organization. For example, NIOSH is supporting an ASTM inter-laboratory study to validate whether ASTM D7200–06, ''Standard Practice for Sampling and Counting Airborne Fibers, Including Asbestos Fibers, in Mines and Quarries, by Phase Contrast Microscopy and Transmission Electron Microscopy'' can meet the OSHA equivalency criteria and be accredited.

*a. Discussion of Microscope Properties.*

One issue commenters mentioned concerning PCM-based analytical methods is the limited resolution and magnification of light microscopes compared to electron microscopes. The resolution of the microscope is the smallest separation between two objects that will allow them to be distinctly visible. The higher the resolving power of a microscope, the smaller the distance can be between two particles and have them still appear as two distinct particles. Resolution is about 0.2 µm using PCM compared with 0.0002 µm using TEM. This means that an analyst who sees a single fiber using PCM may see a number of thinner fibers using TEM. Individual fibrils of chrysotile are about 0.05 µm in diameter while amphibole fibrils are about 0.1 µm in diameter. Using TEM, the analyst is able to see thinner fibers and, therefore, should be able to see more fibers than when using PCM.

Magnification is the ratio of the size that the object appears under the microscope to its actual size. A PCM-based analysis of air samples for asbestos typically uses a magnification of 400 to 450 times (×) the object's actual size. In contrast, a TEM-based analysis typically uses a magnification of 10,000×. As a result, an analyst using PCM sees a larger amount of the sample than one using TEM, although in less detail.

*b. Variability in Counting Asbestos Fibers Using PCM.*

Commenters generally supported MSHA's use of a PCM-based analytical method for the initial analysis of fiber samples for determining compliance. One of the commenters' major concerns focused on the variability of fiber counting procedures. MSHA understands that the PCM-based analytical methods yield considerable variability in counting fibers because it is dependent on a number of related variables, such as the optical performance of the microscope, the optical properties of the prepared sample, and the proportion of fine particles.[54]

OSHA recognized the variability of using a PCM-based analytical method in its rulemaking. The requirements listed at 29 CFR 1910.1001 Appendix A minimize the effect of the known variability by describing the essential steps of a generic sampling and analytical procedure. OSHA also established criteria to limit variability. Subsequently, other papers have addressed variability issues related to PCM counting techniques.[55]

Commenters suggested a number of techniques to reduce the variability in counting fibers on mine air samples. Some asked that MSHA consider respirable or thoracic sampling to minimize interference from large particles that can obscure asbestos fibers on the filter. Some supported a counting technique based on the typical characteristics of asbestos in air. Others recommended using a higher aspect ratio to increase the probability that the structures counted are fibers. Another commenter stated that several approaches have been tried to remove non-asbestos minerals from samples, such as low temperature ashing or dissolution, but these approaches are not useful for mining samples. Many commenters suggested the development of differential counting techniques that consider the fiber morphology and the distributions or populations of distinct fiber groups with characteristic dimensions to analyze mine air samples for fibers. Other commenters stated that particle characteristics could not be used reliably to differentiate fibers from cleavage fragments when examining relatively small numbers of fibers. Several commenters suggested the development of a new analytical method for asbestos in mine air samples.

Much of the variability in counting asbestos is attributed to the visual acuity of the analyst in observing and sizing fibers and in interpreting the counting rules.[56] Overall, commenters recognized that it takes far less time to develop expertise in counting fibers using PCM than in developing expertise using TEM. NIOSH has developed a 40-hour training course for analysts as an adequate prerequisite to conducting total fiber counts using PCM. To differentially count asbestos fibers, an analyst must have advanced knowledge of mineralogy and expertise in the microscopic techniques used. This knowledge and expertise can be gained only by years of experience counting fiber samples collected in a variety of environments.

The availability of analyst training courses, and the formation of accreditation bodies requiring laboratory quality assurance programs, helps minimize the variations in measurements between and within laboratories.[57] Accreditation bodies require laboratories to use standardized analytical methods. AIHA has the Asbestos Analyst Registry that specifies criteria for competence, education, and performance for analysts. In addition to these programs, MSHA's incorporation of OSHA's Appendix A helps minimize the subjectivity and increase consistency of measuring airborne asbestos concentrations by specifying core elements of an acceptable PCM-based analytical method.

3. MSHA's Incorporation of Appendix A of OSHA's Asbestos Standard

MSHA's existing standards include basic elements of PCM-based analytical methods. These same basic elements for asbestos exposure monitoring are included in the OSHA Reference Method in Appendix A of OSHA's asbestos standard. The evaluation or inclusion of methods that do not include these basic elements or that deviate from the criteria for counting fibers in MSHA's existing standards was not contemplated in the proposed rule and, therefore, is beyond the scope of this final rule.

OSHA's Appendix A, the OSHA Reference Method (ORM), specifies the elements of an acceptable analytical method for asbestos and the quality

[54] Rooker *et al.*, 1982.

[55] Pang, 2000; Harper and Bartolucci, 2003.

[56] Rooker *et al.*, 1982.

[57] Schlect and Shulman, 1995.

control procedures that laboratories performing the analysis must implement. To encourage innovation and technological advancement, the final rule allows for MSHA's acceptance of other analytical methods that are at least as effective in identifying potential asbestos overexposures as the OSHA Reference Method (29 CFR 1910.1001, Appendix A). MSHA considers the counting criteria for a fiber in the OSHA Reference Method to be statistically equivalent to that in MSHA's definition of a fiber.

For the purpose of this final rule, MSHA considers a method to be statistically equivalent to the ORM and at least as effective as MSHA's existing method if it meets the following criteria from 29 CFR 1910.1001(d)(6)(iii):

(A) Replicate exposure data used to establish equivalency are collected in side-by-side field and laboratory comparisons; and

(B) The comparison indicates that 90% of the samples collected in the range 0.5 to 2.0 times the permissible limit have an accuracy range of plus or minus 25 percent of the ORM results at a 95% confidence level as demonstrated by a statistically valid protocol; and

(C) The equivalent method is documented and the results of the comparison testing are maintained.

Although MSHA can calculate concentrations below 0.1 f/cc, neither NIOSH 7400 nor OSHA ID 160 sampling and analytical methods obtain statistically reliable, repeatable measurements within ± 25 percent of the mean with 95 percent confidence for concentrations lower than 0.1 f/cc. The preamble to OSHA's 1994 asbestos rule (59 FR 40967) states that 0.1 f/cc is ''the practical lower limit of feasibility for measuring asbestos levels reliably.''

Appendix A lists NIOSH 7400 and OSHA ID–160 as analytical methods that meet these equivalency criteria. MSHA will consider other analytical methods that afford an equivalent measurement alternative as they become available.

4. Epidemiological Studies and Health Risk Data Based on PCM Analytical Methods

A number of commenters pointed out that a PCM-based methodology counts more than asbestos. These commenters suggested that the lower risk seen in epidemiological studies relating PCM-based exposure estimates to adverse health outcomes in miners was due to the other material inherent in air samples taken in a mining environment. They speculated that non-asbestos dust particles had been counted and included in the estimated concentrations, which would have overestimated asbestos exposures. MSHA acknowledges the possible overestimation of asbestos-related disease in applying OSHA's risk assessment to mining exposures based solely on PCM analytical results. For this reason, by policy, MSHA uses a subsequent TEM analysis to identify asbestos minerals and minimize this overestimation when determining asbestos exposures. MSHA has not found sufficient information to make a ''differential risk'' determination for the mining industry within OSHA's quantitative risk assessment, which MSHA uses as the basis for this final rule.

5. Discussion of Cleavage Fragments and Non-Asbestos Minerals

During this rulemaking, MSHA has received many comments regarding cleavage fragments. MSHA has not addressed cleavage fragments in this final rule. To do so would require a change in both the analytical method and the definition of asbestos, neither of which were contemplated in the proposed rule and are, therefore, beyond the scope of this final rule. The final rule retains MSHA's PCM-based analytical method. To minimize the impact of cleavage fragments on sampling results, however, MSHA will continue its policy of conducting a subsequent TEM-based analysis on samples with PCM results that exceed the PEL.

Many commenters expressed concern that standard phase contrast counting techniques are not specific in determining exposure to only the six Federal asbestos minerals and may misidentify cleavage fragments as asbestos fibers. PCM-based analytical methods do not distinguish between asbestos and any other fiber meeting the size and aspect ratio criteria. A number of commenters highlighted the seeming contradiction between MSHA's stated intent to exclude cleavage fragments from the standard and the Agency's selection of a PCM-based analytical method that may identify elongated amphibole cleavage fragments as asbestos fibers.

Commenters suggested several ways to eliminate cleavage fragments. For example, some suggested that MSHA use a revised PCM-based method with differential counting criteria that referenced OSHA's 29 CFR 1910.1001 Appendices B and C.[58] Others suggested a proposed ASTM method, which was adopted in June 2006 (ASTM D 7200–06). Several recommended a fiber population analysis that examined samples for the characteristics of commercial asbestos listed in Appendix A of EPA's *Method for the Determination of Asbestos in Bulk Building Materials* (EPA, 1993).

MSHA acknowledges that PCM-based analytical methods for the quantitative analysis of asbestos samples have some limitations, especially if samples are collected in a mixed dust environment. PCM-based analysis, however, addresses the key problem of needing to make a relatively fast, cost-effective evaluation of miners' work environments so as to improve their health protection. Using a PCM-based analytical method maintains the usefulness of the analytical results relative to the historic health data.[59] When an exposure exceeds the full-shift or excursion PEL, MSHA uses a TEM-based method to confirm the presence of asbestos.

*D. § 71.701(c) and (d): Sampling; General Requirements (Controlling Asbestos Exposures in Coal Mines)*

This final rule retains the proposed revision to add a reference to § 71.702 in paragraphs (c) and (d) of § 71.701 to clarify MSHA's intent that coal mine operators control miners' exposures to asbestos. MSHA received no substantive comments on this proposed change.

## VI. Regulatory Analyses

*A. Executive Order (E.O.) 12866*

Executive Order (E.O.) 12866 (58 FR 51735) as amended by E.O. 13258 (Amending Executive Order 12866 on Regulatory Planning and Review (67 FR 9385)) requires regulatory agencies to assess both the costs and benefits of regulations. To comply with Executive Order 12866, MSHA has prepared a Regulatory Economic Analysis (REA) for this final rule. The REA contains supporting data and explanation for the summary materials presented in section VI of this preamble, including the covered mining industry, costs and benefits, feasibility, and small business impact. The REA is located on MSHA's Web site at *http://www.msha.gov/regsinfo.htm*. A copy of the REA can be obtained from MSHA's Office of Standards, Regulations, and Variances.

Executive Order 12866 classifies a rule as a significant regulatory action

[58] Appendix B (non-mandatory) is a detailed procedure for asbestos sampling and analysis. OSHA removed Appendix C (mandatory), which specified qualitative and quantitative fit testing procedures, when they promulgated their respiratory protection standard (29 CFR 1910.134). Given the context of the comment, MSHA thinks the commenter may have been referring to Appendix J, OSHA's PLM analytical method.

[59] Wylie *et al.*, 1985.

requiring review by the Office of Management and Budget if it has an annual effect on the economy of $100 million or more; creates a serious inconsistency or interferes with an action of another agency; materially alters the budgetary impact of entitlements or the rights of entitlement recipients; or raises novel legal or policy issues. MSHA has determined that the final rule would not have an annual effect of $100 million or more on the economy and, therefore, it is not an economically ''significant regulatory action'' pursuant to section 3(f) of E.O. 12866. MSHA, however, has concluded that the proposed rule is otherwise significant under Executive Order 12866 because it raises novel legal or policy issues.

1. Discussion of Benefits

This final rule will reduce diseases arising from exposure to asbestos, and the associated costs to employers, miners' families, and society at large. Exposure to asbestos can cause lung cancer; mesothelioma; gastrointestinal cancer; cancers of the larynx, pharynx, and kidneys; asbestosis; and other respiratory diseases. Reduced miners' exposures will reduce adverse health effects both in terms of the incidence of disease affecting quality of life, and deaths from both cancer and non-cancer disease. These asbestos-related diseases cause a material impairment of human health or functional capacity.

This benefit analysis quantifies the reduction in expected deaths to miners resulting from reduced exposure to airborne asbestos. The benefit is a result of reducing the 8-hour time-weighted average (TWA) permissible exposure limit (PEL) from 2 fibers per cubic centimeter (f/cc) to 0.1 f/cc. MSHA acknowledges that this change will not eliminate the risk of asbestos-related material impairment of health. (See Table IV–1.)

*a. Summary of Benefits.*

By lowering the PEL to 0.1 f/cc, MSHA estimates the prevention of one occupationally related cancer death caused by asbestos exposure over the 55-year period beginning 10 years after implementation of the final rule. MSHA estimates that there will be benefits resulting from lowering the excursion limit, but is unable to quantify these benefits. This analysis underestimates the total benefits of the rule by quantifying only the cancer deaths prevented. The benefits do not include the reduced incidence of asbestosis-related disabilities.

*b. Calculation of Premature Deaths Prevented.*

MSHA limits the quantified benefits to an estimation of the number of cancer cases prevented. MSHA expresses the results as ''deaths prevented'' because the cancers associated with asbestos exposure almost always result in premature death.

The benefits resulting from a reduction in the PEL depend on several factors including—

• Existing and projected exposure levels,
• Risk associated with each exposure level,
• Number of workers exposed at each exposure level, and
• Age of the miner at first exposure.

MSHA estimated the number of miners currently exposed and their levels of exposure from data on personal exposure sampling during regular and special inspections between January 2000 and May 2007. These data are available on MSHA's Web site at *http://www.msha.gov.* Section III of this preamble contains the characterization and assessment of exposures in mining.

Laboratory results indicate that exposure concentrations are unevenly distributed across mines and among miners within mines. MSHA uses four fiber concentration levels to estimate the risk to miners. The break points for these exposure levels are the existing and final exposure limits as follows: Less than 0.1 f/cc, 0.1 to less than 1 f/cc, 1 f/cc to less than 2 f/cc, and 2 f/cc or greater. Approximately 86 percent of MSHA's PCM-based fiber sampling results are below 0.1 f/cc. Approximately 97 percent of MSHA's TEM-based asbestos sampling results are below 0.1 f/cc. Based on MSHA's sampling data, concentrations ranged between 0.0 and 38.1 f/cc over these years. The highest concentration level in Table IV–1 is 10 f/cc. MSHA's calculations, therefore, use an upper exposure limit of 10 f/cc. Samples with exposure concentrations above 10 f/cc are included in this benefits analysis as 10 f/cc. MSHA's estimated benefits derive totally from the mines MSHA has sampled.

MSHA applied OSHA's linear, no-threshold, dose-response risk assessment model to MSHA's existing PEL and final PEL to estimate the expected number of asbestos-related deaths. The expected reduction of deaths resulting from lowering the PEL will be the difference between the expected deaths at 2 f/cc and 0.1 f/cc.[60] MSHA then applied these rates to the estimated number of miners exposed at the corresponding concentration based on MSHA sampling data. The result is an estimate of miners' deaths resulting from cancer due to occupational exposure to asbestos under existing exposure conditions.

*c. Benefits of the 0.1 f/cc PEL.*

Deaths from lung cancer, mesotheliomas, gastrointestinal cancer, and asbestosis are the result of past exposures to much higher air concentrations of asbestos than those found in mines today. The risks of these diseases still exist, however, and these risks are significant for miners exposed to lower air concentrations of asbestos. Most diseases resulting from a more recent asbestos exposure may not become evident for another 20 to 30 years. When the results of TEM analysis are incorporated into the exposure data, MSHA estimated a reduction of one cancer death (per 314 miners exposed above 0.1 f/cc, or 5 per 1,000 exposed) over a 55-year period starting 10 years after implementation of the lower 8-hour TWA PEL. This represents a 12 percent reduction in the miners' asbestos-related deaths that would be expected if existing exposures were to continue. The rate at which the incidence of the cancers decreases depends on several factors including—

• Latency of onset of cancer,
• Attrition of the mining workforce,
• Changing rates of competing causes of death,
• Dynamics of other risk factors,
• Changes in life expectancy, and
• Advances in cancer treatments.

*d. Benefits of the 1 f/cc Excursion Limit.*

The intended effect of the excursion limit is to protect miners from the adverse health risks associated with brief fiber releases. MSHA believes that miners will be exposed to brief fiber releases even when airborne concentrations of asbestos do not exceed the PEL. For example, mechanics may be inadvertently exposed to airborne asbestos while working on older equipment that may have asbestos-containing parts. Miners may encounter brief fiber releases while drilling, dozing, blasting, or roof bolting in areas of naturally occurring asbestos. These short-term exposures can easily be above 1 f/cc; however, when averaged over an 8-hour shift, they fall within the 0.1 f/cc PEL. However, because MSHA does not have sufficient data regarding the relationship between the frequency of brief fiber releases and adverse health risks, this analysis demonstrates the theoretical benefits from limiting short-term exposures to the excursion limit.

This section estimates the benefits of the excursion limit of 1 f/cc for one 30-

[60] Nicholson, 1983; JRB Associates, 1983; OSHA (51 FR 22612), 1986; OSHA (53 FR 35609), 1988; OSHA (59 FR 40964), 1994.

minute period per day. Two 30-minute exposures per day at 1 f/cc will exceed the 8-hour TWA, full shift exposure limit (i.e., 1 f/cc for 48 minutes = 0.1 f/cc for 480 minutes).

MSHA estimates the benefit of an excursion limit from the difference in concentration between the PEL and the excursion limit averaged over the full shift [(1 f/cc)/(16 30-minute periods) = 0.063 f/cc]. The lifetime risk associated with an exposure to 0.1 f/cc is 0.00336, if first exposed at age 25 and exposure continues every work day at that level for 45 years. The risk associated with exposure to 0.063 f/cc using the same age and duration of exposure is 0.00212. The difference in lifetime risk is 0.00124, which equates to one additional premature death prevented for every 1,000 miners exposed to asbestos above the 1 f/cc excursion limit.

2. Discussion of Costs

The final rule will result in total costs of approximately $201,000 per year for all mines. The cost will be approximately $156,000 for metal and nonmetal mines and approximately $45,000 for coal mines. These costs represent less than 0.001 percent of the yearly revenues of $64.4 billion for the metal and nonmetal mining industry and $27.0 billion for the coal mining industry.

Table VI–1 presents MSHA's estimate of the total yearly compliance costs by compliance strategy and mine size. The total costs reported are projected costs, in 2006 dollars, based on MSHA's knowledge, experience, and available information.

TABLE VI–1.—SUMMARY OF YEARLY COMPLIANCE COSTS

| Metal and nonmetal mine size | Compliance strategy | | | | Total for metal and nonmetal mines |
|---|---|---|---|---|---|
| | Selective mining | Wet methods | Ventilation | Removal of ACM | |
| 1–19 | $2,417 | $2,820 | $1,619 | $1,750 | $8,606 |
| 20–500 | 11,242 | 19,673 | 28,048 | 21,000 | 79,962 |
| 501+ | 3,747 | 6,558 | 41,278 | 15,750 | 67,333 |
| Total | 17,406 | 29,050 | 70,945 | 38,500 | 155,901 |
| **Coal mine size** | **Compliance strategy** | | | | **Total for coal mines** |
| | Selective mining | Wet methods | Ventilation | Removal of ACM | |
| 1–19 | | | | $875 | $875 |
| 20–500 | | | | 12,250 | 12,250 |
| 501+ | | | | 31,500 | 31,500 |
| Total | | | | 44,625 | 44,625 |

*B. Feasibility*

MSHA has determined that the requirements of this final rule are both technologically and economically feasible.

In the discussion of PELs in section V.B of this preamble, MSHA stated that there is a residual risk of adverse health effects for miners exposed at the PEL. MSHA considered proposing a lower PEL as a regulatory alternative to further reduce the risk of adverse health effects from a working lifetime of exposure. When OSHA reduced the PEL from 0.2 to 0.1 f/cc in 1994, OSHA concluded that this concentration is ''the practical lower limit of feasibility for measuring asbestos levels reliably.'' (59 FR 40967) About 85 percent of the sampled mines are already in compliance with the 0.1 f/cc PEL.

This final rule is not a technology-forcing standard. All equipment required by the final rule and a variety of dust control strategies and control methods are already available in the marketplace and have been used successfully by the U.S. mining community to control asbestos exposures. MSHA has concluded that this final rule is technologically feasible.

The mining industry would incur costs of about $201,000 yearly to comply with this final rule. These compliance costs represent less than 0.001 percent of the yearly revenues of the mines covered by this rule (approximately $64.4 billion for metal and nonmetal and $27.0 billion for coal). MSHA has concluded that this final rule is economically feasible.

*D. Regulatory Flexibility Analysis (RFA) and Small Business Regulatory Enforcement Fairness Act (SBREFA)*

Based on MSHA's data and experience, and information submitted to the record, the Agency has determined and here certifies that this final rule will not have a significant economic impact on a substantial number of small entities. The REA for this final rule (RIN: 1219–AB24), *Asbestos Exposure Limit,* contains the factual basis for this certification as well as complete details about data, equations, and methods used to calculate the costs and benefits. MSHA has placed the REA in the rulemaking docket and posted it on MSHA's Web site at *http://www.msha.gov.*

*E. Other Regulatory Considerations*

1. The National Environmental Policy Act of 1969 (NEPA)

MSHA has reviewed the final rule in accordance with the requirements of NEPA of 1969 (42 U.S.C. 4321 *et seq.*), the regulations of the Council on Environmental Quality (40 CFR part 1500), and the Department of Labor's NEPA procedures (29 CFR part 11) and has assessed the environmental impacts. The Agency found that the final rule will have no significant impact on air, water, or soil quality; plant or animal life; the use of land; or other aspects of the human environment.

2. Paperwork Reduction Act of 1995

The final rule contains no information collection or recordkeeping requirements. Thus, there are no additional paperwork burden hours and related costs associated with the final rule. Accordingly, the Paperwork Reduction Act requires no further agency action or analysis.

3. The Unfunded Mandates Reform Act of 1995

MSHA has reviewed the final rule under the Unfunded Mandates Reform

Act of 1995 (2 U.S.C. 1501 *et seq.*). MSHA has determined that the final rule does not include any Federal mandate that may result in increased expenditures by State, local, or tribal governments; nor does it increase private sector expenditures by more than $100 million in any one year or significantly or uniquely affect small governments. Accordingly, the Unfunded Mandates Reform Act of 1995 (2 U.S.C. 1501 *et seq.*) requires no further agency action or analysis.

4. Treasury and General Government Appropriations Act of 1999 (Section 654: Assessment of Impact of Federal Regulations and Policies on Families)

Section 654 of the Treasury and General Government Appropriations Act of 1999 (5 U.S.C. 601 note) requires agencies to assess the impact of Agency action on family well-being. MSHA has determined that the final rule will have no affect on family stability or safety, marital commitment, parental rights and authority, or income or poverty of families and children. Accordingly, MSHA certifies that the final rule will not impact family well-being.

5. Executive Order 12630: Government Actions and Interference with Constitutionally Protected Property Rights

The final rule does not implement a policy with takings implications. Accordingly, E.O. 12630 requires no further Agency action or analysis.

6. Executive Order 12988: Civil Justice Reform

The final rule was written to provide a clear legal standard for affected conduct and was carefully reviewed to eliminate drafting errors and ambiguities, so as to minimize litigation and undue burden on the Federal court system. Accordingly, the final rule meets the applicable standards provided in section 3 of E.O. 12988, Civil Justice Reform.

7. Executive Order 13045: Protection of Children from Environmental Health Risks and Safety Risks

The final rule has no adverse impact on children. Accordingly, under E.O. 13045, no further Agency action or analysis is required.

8. Executive Order 13132: Federalism

The final rule does not have ''federalism implications,'' because it does not ''have substantial direct effects on the States, on the relationship between the national government and the States, or on the distribution of power and responsibilities among the various levels of government.'' Accordingly, Executive Order 13132, Federalism, requires no further agency action or analysis.

9. Executive Order 13175: Consultation and Coordination with Indian Tribal Governments

The final rule does not have ''tribal implications,'' because it does not ''have substantial direct effects on one or more Indian tribes, on the relationship between the Federal government and Indian tribes, or on the distribution of power and responsibilities between the Federal government and Indian tribes.'' Accordingly, under E.O. 13175, no further Agency action or analysis is required.

10. Executive Order 13211: Actions Concerning Regulations That Significantly Affect Energy Supply, Distribution, or Use

Executive Order 13211 requires agencies to publish a statement of energy effects when a rule has a significant energy action that adversely affects energy supply, distribution or use. MSHA has reviewed the final rule for its energy effects because the final rule applies to the coal mining sector. MSHA has concluded that the final rule is not a significant energy action because it will not have significant adverse effect on the supply, distribution, or use of energy. Further, because the final rule will result in yearly costs of approximately $45,000 to the coal mining industry, relative to annual revenues of $27.0 billion in 2006, it is not a significant energy action because it is not likely to have a significant adverse effect on the supply, distribution, or use of energy. Accordingly, under this analysis, no further Agency action or analysis is required.

11. Executive Order 13272: Proper Consideration of Small Entities in Agency Rulemaking

MSHA has thoroughly reviewed the final rule to assess and take appropriate account of its potential impact on small businesses, small governmental jurisdictions, and small organizations. As discussed in section VI.D of this preamble, MSHA has determined and certified that the final rule would not have a significant economic impact on a substantial number of small entities. Accordingly, Executive Order 13272, Proper Consideration of Small Entities in Agency Rulemaking, requires no further agency action or analysis.

## VII. Copy of the OSHA Reference Method (ORM)

MSHA's existing asbestos standards require that the analyst determine fiber concentrations using a phase contrast microscopy analytical method with 400–450X magnification. The ORM contains these requirements. The definition of fiber in MSHA's final rule includes the same characteristics as in the existing standards, i.e., longer than 5 µm with a length to width ratio of at least 3:1. Although the ORM requires counting fibers 5 µm or longer, there is no practical difference between these criteria considering the accuracy and precision of the analytical methods. NIOSH Method 7400 is equivalent to the ORM even though it requires counting fibers longer than 5 µm. The ORM also requires that analysts ''* * * must have taken the NIOSH course for sampling and evaluating airborne asbestos dust or an equivalent course.''

### 29 CFR 1910.1001 Appendix A: OSHA Reference Method—Mandatory

This mandatory appendix specifies the procedure for analyzing air samples for asbestos and specifies quality control procedures that must be implemented by laboratories performing the analysis. The sampling and analytical methods described below represent the elements of the available monitoring methods (such as Appendix B of their regulation, the most current version of the OSHA method ID–160, or the most current version of the NIOSH Method 7400). All employers who are required to conduct air monitoring under paragraph (d) of the [OSHA] standard are required to utilize analytical laboratories that use this procedure, or an equivalent method, for collecting and analyzing samples.

*Sampling and Analytical Procedure.*

1. The sampling medium for air samples shall be mixed cellulose ester filter membranes. These shall be designated by the manufacturer as suitable for asbestos counting. See below for rejection of blanks.

2. The preferred collection device shall be the 25-mm diameter cassette with an open-faced 50-mm electrically conductive extension cowl. The 37-mm cassette may be used if necessary but only if written justification for the need to use the 37-mm filter cassette accompanies the sample results in the employee's exposure monitoring record. Do not reuse or reload cassettes for asbestos sample collection.

3. An air flow rate between 0.5 liter/min and 2.5 liters/min shall be selected for the 25-mm cassette. If the 37-mm cassette is used, an air flow rate between 1 liter/min and 2.5 liters/min shall be selected.

4. Where possible, a sufficient air volume for each air sample shall be collected to yield between 100 and 1,300 fibers per square millimeter on the membrane filter. If a filter darkens in appearance or if loose dust is seen on the filter, a second sample shall be started.

5. Ship the samples in a rigid container with sufficient packing material to prevent

dislodging the collected fibers. Packing material that has a high electrostatic charge on its surface (e.g., expanded polystyrene) cannot be used because such material can cause loss of fibers to the sides of the cassette.

6. Calibrate each personal sampling pump before and after use with a representative filter cassette installed between the pump and the calibration devices.

7. Personal samples shall be taken in the ''breathing zone'' of the employee (i.e., attached to or near the collar or lapel near the worker's face).

8. Fiber counts shall be made by positive phase contrast using a microscope with an 8 to 10 × eyepiece and a 40 to 45 × objective for a total magnification of approximately 400 × and a numerical aperture of 0.65 to 0.75. The microscope shall also be fitted with a green or blue filter.

9. The microscope shall be fitted with a Walton-Beckett eyepiece graticule calibrated for a field diameter of 100 micrometers (±2 micrometers).

10. The phase-shift detection limit of the microscope shall be about 3 degrees measured using the HSE phase shift test slide as outlined below.

a. Place the test slide on the microscope stage and center it under the phase objective.

b. Bring the blocks of grooved lines into focus.

**Note:** The slide consists of seven sets of grooved lines (ca. 20 grooves to each block) in descending order of visibility from sets 1 to 7, 7 being the least visible. The requirements for asbestos counting are that the microscope optics must resolve the grooved lines in set 3 completely, although they may appear somewhat faint, and that the grooved lines in sets 6 and 7 must be invisible. Sets 4 and 5 must be at least partially visible but may vary slightly in visibility between microscopes. A microscope that fails to meet these requirements has either too low or too high a resolution to be used for asbestos counting.

c. If the image deteriorates, clean and adjust the microscope optics. If the problem persists, consult the microscope manufacturer.

11. Each set of samples taken will include 10 percent blanks or a minimum of 2 field blanks. These blanks must come from the same lot as the filters used for sample collection. The field blank results shall be averaged and subtracted from the analytical results before reporting. A set consists of any sample or group of samples for which an evaluation for this standard must be made. Any samples represented by a field blank having a fiber count in excess of the detection limit of the method being used shall be rejected.

12. The samples shall be mounted by the acetone/triacetin method or a method with an equivalent index of refraction and similar clarity.

13. Observe the following counting rules.

a. Count only fibers equal to or longer than 5 micrometers. Measure the length of curved fibers along the curve.

b. In the absence of other information, count all particles as asbestos that have a length-to-width ratio (aspect ratio) of 3:1 or greater.

c. Fibers lying entirely within the boundary of the Walton-Beckett graticule field shall receive a count of 1. Fibers crossing the boundary once, having one end within the circle, shall receive the count of one half (½). Do not count any fiber that crosses the graticule boundary more than once. Reject and do not count any other fibers even though they may be visible outside the graticule area.

d. Count bundles of fibers as one fiber unless individual fibers can be identified by observing both ends of an individual fiber.

e. Count enough graticule fields to yield 100 fibers. Count a minimum of 20 fields; stop counting at 100 fields regardless of fiber count.

14. Blind recounts shall be conducted at the rate of 10 percent.

*Quality Control Procedures.*

1. *Intralaboratory program.* Each laboratory and/or each company with more than one microscopist counting slides shall establish a statistically designed quality assurance program involving blind recounts and comparisons between microscopists to monitor the variability of counting by each microscopist and between microscopists. In a company with more than one laboratory, the program shall include all laboratories and shall also evaluate the laboratory-to-laboratory variability.

2. *Interlaboratory program.*

a. Each laboratory analyzing asbestos samples for compliance determination shall implement an interlaboratory quality assurance program that as a minimum includes participation of at least two other independent laboratories. Each laboratory shall participate in round robin testing at least once every 6 months with at least all the other laboratories in its interlaboratory quality assurance group. Each laboratory shall submit slides typical of its own work load for use in this program. The round robin shall be designed and results analyzed using appropriate statistical methodology.

b. All laboratories should also participate in a national sample testing scheme such as the Proficiency Analytical Testing Program (PAT), or the Asbestos Registry sponsored by the American Industrial Hygiene Association (AIHA).

3. All individuals performing asbestos analysis must have taken the NIOSH course for sampling and evaluating airborne asbestos dust or an equivalent course.

4. When the use of different microscopes contributes to differences between counters and laboratories, the effect of the different microscope shall be evaluated and the microscope shall be replaced, as necessary.

5. Current results of these quality assurance programs shall be posted in each laboratory to keep the microscopists informed.

[57 FR 24330, June 8, 1992; 59 FR 40964, Aug. 10, 1994]

## VIII. References Cited in the Preamble

Agency for Toxic Substances and Disease Registry (ATSDR). *Toxicological Profile for Asbestos (Update),* Prepared by Syracuse Research Corp. under Contract No. 205–1999–00024, U.S. Department of Health and Human Services, Public Health Service, September 2001.

Agency for Toxic Substances and Disease Registry (ATSDR). *Report on the Expert Panel on Health Effects of Asbestos and Synthetic Vitreous Fibers: The Influence of Fiber Length* (Proceedings of panel discussion, October 29–30, 2002, New York City), Prepared by Eastern Research Group, Inc., March 17, 2003.

Amandus, H.E., R. Wheeler, J. Jankovic, and J. Tucker. ''The Morbidity and Mortality of Vermiculite Miners and Millers Exposed to Tremolite-Actinolite: Part I. Exposure Estimates,'' *American Journal of Industrial Medicine,* 11(1):1–14, 1987.

Amandus, H.E., and R. Wheeler. ''The Morbidity and Mortality of Vermiculite Miners and Millers Exposed to Tremolite-Actinolite: Part II. Mortality,'' *American Journal of Industrial Medicine,* 11(1):15–26, 1987.

Amandus, H.E., R. Althouse, W.K.C. Morgan, E.N. Sargent, and R. Jones. ''The Morbidity and Mortality of Vermiculite Miners and Millers Exposed to Tremolite-Actinolite: Part III. Radiographic Findings,'' *American Journal of Industrial Medicine,* 11(1):27–37, 1987.

American Conference of Governmental Industrial Hygienists-American Industrial Hygiene Association, Joint ACGIH–AIHA Aerosol Hazards Evaluation Committee. ''Background Documentation on Evaluation of Occupational Exposure to Airborne Asbestos,'' *American Industrial Hygiene Association Journal,* February 1975, pp. 91–103.

American Society for Testing and Materials (ASTM). ''Standard Practice for Sampling and Counting Airborne Fibers, Including Asbestos Fibers, in Mines and Quarries, by Phase Contrast Microscopy and Transmission Electron Microscopy,'' *ASTM International Designation: D 7200–06,* June 2006.

American Thoracic Society. ''Diagnosis and Initial Management of Nonmalignant Diseases Related to Asbestos,'' *American Journal of Respiratory and Critical Care Medicine,* 170:691–715, 2004.

Armstrong, B.K., N.H. de Klerk, A.W. Musk, and M.S.T. Hobbs. ''Mortality in Miners and Millers of Crocidolite in Western Australia, *British Journal of Industrial Medicine,* 45:5–13, 1988.

Bagatin, E., J.A. Neder, L.E. Nery, M. Terra-Filho, J. Kavakama, A. Castelo, V. Capelozzi, A. Sette, S. Kitamura, M. Favero, D.C. Moreira-Filho, R. Tavares, C. Peres, and M.R. Becklake. ''Non-malignant Consequences of Decreasing Asbestos Exposure in the Brazil Chrysotile Mines and Mills,'' *Occupational and Environmental Medicine,* 62:381–389, 2005.

Baron, Paul A. ''Measurement of Airborne Fibers: A Review,'' *Industrial Health,* 39:39–50, 2001.

Becker, Nikolaus, Jurgen Berger, and Ulrich Bolm-Audorff. ''Asbestos Exposure and Malignant Lymphomas—a Review of the Epidemiological Literature,'' *International Archives of Occupational and Environmental Health,* 74:459–469, 2001.

Becklake, Margaret R. ''Clinical Measurements in Quebec Chrysotile Miners: Use for Future Protection of

Workers,'' *Annals New York Academy of Sciences,* pp. 23–29, 1979.
Berry, G., and H.C. Lewinsohn. ''Dose-Response Relationships for Asbestos-Related Disease: Implications for Hygiene Standards, Part I. Morbidity,'' *Annals New York Academy of Sciences,* pp. 185–194, 1979.
Berry, G., and M.L. Newhouse. ''Mortality of Workers Manufacturing Friction Materials Using Asbestos,'' *British Journal of Industrial Medicine,* 40:1–7, 1983.
Bolton, C., A. Richards, and P. Ebden. ''Asbestos-Related Disease,'' *Hospital Medicine,* 63(3):148–151, March 2002.
Browne, Kevin. ''The Quantitative Risks of Mesothelioma and Lung Cancer in Relation to Asbestos Exposure,'' *Annals of Occupational Hygiene* (Letters to the Editor), 45(4):327–329, 2001.
Browne, Kevin, and J. Bernard L. Gee. ''Asbestos and Laryngeal Cancer,'' *Annals of Occupational Hygiene,* 44:239–250, 2000.
Brownfield, Michael E., Ronald H. Affolter, Gary D. Stricker, and Ricky T. Hildebrand. ''High Chromium Contents in Tertiary Coal Deposits of Northwestern Washington—A Key to Their Depositional History,'' *International Journal of Coal Geology,* 27:153–169, 1995.
Cookson, W.O.C.M., N.H. de Klerk, A.W. Musk, B.K. Armstrong, J.J. Glancy, and M.S.T. Hobbs. ''Prevalence of Radiographic Asbestosis in Crocidolite Miners and Millers at Wittenoom, Western Australia,'' *British Journal of Industrial Medicine,* 43:450–457, 1986.
Craighead, J.E., J.L. Abraham, A. Churg, F.H. Green, J. Kleinerman, P.C. Pratt, T.A Seemayer, V. Vallyathan, and H. Weill. ''The Pathology of Asbestos-Associated Diseases of the Lungs and Pleural Cavities: Diagnostic Criteria and Proposed Grading Schema,'' *Archives of Pathology and Laboratory Medicine,* 106(11):544–596, 1982.
Dave, S.K., L.J. Bhagia, P.K. Mazumdar, G.C. Patel, P.K. Kulkarni, and S.K. Kashyap. ''The Correlation of Chest Radiograph and Pulmonary Function Tests in Asbestos Miners and Millers,'' *Indian Journal of Chest Disease and Allied Sciences,* 38:81–89, 1996.
Delpierre, Stephane, Yves Jammes, Marie Jose Delvogo-Gori, and Marion Faucher. ''High Prevalence of Reversible Airway Obstruction in Asbestos-Exposed Workers,'' *Archives of Environmental Health,* 57(5):441–445, September/October, 2002.
Dement, J.M., R.L. Harris, M.J. Symons, and C. Shy. ''Estimates of Dose-Response for Respiratory Cancer among Chrysotile Asbestos Textile Workers,'' *Annals of Occupational Hygiene,* 26(14):869–887, 1982.
Dodson, Ronald F., Mark A.L. Atkinson, and Jeffrey L. Levin. ''Asbestos Fiber Length as Related to Potential Pathogenicity: A Critical Review,'' *American Journal of Industrial Medicine,* 44:291–297, 2003.
Doll, Richard. ''Mortality from Lung Cancer in Asbestos Workers,'' *British Journal of Industrial Medicine,* 12:81–86, 1955.
Eagen, Tomas M.L., Amund Gulsvik, Geir E. Eide, and Per S. Bakke. ''Occupational Airborne Exposure and the Incidence of Respiratory Symptoms and Asthma,'' *American Journal of Respiratory Critical Care Medicine,* 166:933–938, 2002.
Enarson, D.A., Valerie Embree, Lonia Maclean, and S. Grzybowski. ''Respiratory Health in Chrysotile Asbestos Miners in British Columbia: A Longitudinal Study,'' *British Journal of Industrial Medicine,* 45:459–463, 1988.
Finkelstein, Murray M. ''Asbestosis in Long-Term Employees of an Ontario Asbestos-Cement Factory,'' *American Review of Respiratory Disease,* 125:496–501, 1982.
Finkelstein, M.M. ''Mortality among Long-Term Employees of an Ontario Asbestos-Cement Factory,'' *British Journal of Industrial Medicine,* 40:138–144, 1983.
Finkelstein, Murray M. ''Potential Pitfall in Using Cumulative Exposure in Exposure-Response Relationships: Demonstration and Discussion,'' *American Journal of Industrial Medicine,* 28:41–47, 1995.
Fischer, M., S. Gunther, and K.-M. Muller. ''Fibre-Years, Pulmonary Asbestos Burden and Asbestosis,'' *International Journal of Hygiene and Environmental Health,* 205:245–248, 2002.
Gibbs, Graham W., and R.S.J. du Toit. ''Environmental Considerations in Surveillance of Asbestos Miners and Millers,'' *Annals New York Academy of Sciences,* pp. 163–178, 1979.
Global Environmental & Technology Foundation (GETF). ''Report of Findings and Recommendations on the Use and Management of Asbestos,'' *Asbestos Strategies,* 2003.
Greenberg, Morris. ''Biological Effects of Asbestos: New York Academy of Sciences 1964,'' *American Journal of Industrial Medicine* (Historical Perspective), 43:543–552, 2003.
Harper, Martin, and Al Bartolucci. ''Preparation and Examination of Proposed Consensus Reference Standards for Fiber-Counting,'' *American Industrial Hygiene Association Journal,* 64:283–287, 2003.
Henderson, Vivian L., and Philip E. Enterline. ''Asbestos Exposure Factors Associated with Excess Cancer and Respiratory Disease Mortality,'' *Annals New York Academy of Sciences* (prepublication copy), 1979.
Hodgson, John T., and Andrew Darnton. ''The Quantitative Risks of Mesothelioma and Lung Cancer in Relation to Asbestos Exposure,'' *Annals of Occupational Hygiene,* 44(8):565–601, 2000.
International Agency for Research on Cancer (IARC). ''Asbestos,'' *Monographs* (Volume 14), Supplement 7, 1987.
International Commission on Radiation Protection (ICRP), Prepared by the Task Group on Lung Dynamics for Committee II of the ICRP. ''Deposition and Retention Models for Internal Dosimetry of the Human Respiratory Tract,'' *Health Physics,* 12:173–207, 1966. [''Errata and Revisions to Health Physics 12, 173 (1966),'' *Health Physics,* 13:1251, 1967.]
Irwig, L.M., R.S.J. du Toit, G.K. Sluis-Cremer, A. Solomon, R. Glyn Thomas, P.P.H. Hamel, I. Webster, and T. Hastie. ''Risk of Asbestosis in Crocidolite and Amosite Mines in South Africa,'' *Annals New York Academy of Sciences,* pp. 35–52, 1979.
JRB Associates. ''Benefits Assessment of Emergency Temporary and Proposed Asbestos Standards, Final Report,'' Prepared by Marthe B. Kent, William G. Perry, and Christine B. New for OSHA Office of Regulatory Analysis, November 3, 1983.
Kuempel, E.D., L.T. Stayner, J.D. Dement, S.J. Gilbert, and M.J. Hein. ''Fiber Size-Specific Exposure Estimates and Updated Mortality Analysis of Chrysotile Asbestos Textile Workers,'' *The Toxicologist,* 90(1):71, March 2006.
Lane, R.E. (Chairman) *et al.*, Subcommittee on Asbestos, Committee on Hygiene, British Occupational Hygiene Society. ''Hygiene Standards for Chrysotile Asbestos Dust,'' *Annals of Occupational Hygiene,* 11:47–69, 1968. (1219–AB24–COMM–29–2)
Langer, Arthur M., Arthur N. Rohl, Mary Snow Wolf, and Irving J. Selikoff. ''Asbestos, Fibrous Minerals and Acicular Cleavage Fragments: Nomenclature and Biological Properties,'' *Dusts and Disease,* 1979. (1219–AB24–COMM–29–11)
Leake, Bernard E. (Chairman), *et al.* ''Nomenclature of Amphiboles: Report of the Subcommittee on Amphiboles of the International Mineralogical Association, Commission on New Minerals and Mineral Names,'' *Canadian Mineralogist,* 35:219–246, 1997.
Lemen, Richard A. ''Asbestos in Brakes,'' October 16, 2003. [Paper received from Ralph D. Zumwalde (NIOSH) via Tom Simons (EPA), December 5, 2003.]
Liddell, Douglas. Letter to the Editor, ''Asbestos and Cancer,'' *Annals of Occupational Hygiene,* 45(4):329–335, 2001.
Manning, Christopher B., Val Vallyathan, and Brooke Mossman. ''Diseases Caused by Asbestos: Mechanisms of Injury and Disease Development,'' *International Immunopharmacology,* 2:191–200, 2002.
McDonald, J. Corbett, and F. Douglas K. Liddell. ''Mortality in Canadian Miners and Millers Exposed to Chrysotile,'' *Annals New York Academy of Sciences,* pp. 1–9, 1979.
McDonald, J.C., F.D.K. Liddell, G.W. Gibbs, G.E. Eyssen, and A.D. McDonald. ''Dust Exposure and Mortality in Chrysotile Mining, 1910–75,'' *British Journal of Industrial Medicine,* 37:11–24, 1980.
(A) McDonald, J.C., A.D. McDonald, B. Armstrong, and P. Sebastien. ''Cohort study of mortality of vermiculite miners exposed to tremolite,'' *British Journal of Industrial Medicine,* 43:436–444, 1986.
(B) McDonald, J.C., P. Sebastien, and B. Armstrong. ''Radiological Survey of Past and Present Vermiculite Miners Exposed to Tremolite,'' *British Journal of Industrial Medicine,* 43:445–449, 1986.
McDonald, J.C., A.D. McDonald, P. Sebastien, and K. Moy. ''Health of Vermiculite Miners Exposed to Trace Amounts of Fibrous Tremolite,'' *British Journal of Industrial Medicine,* 45:630–634, 1988.
McDonald, J.C., F.D.K. Liddell, A. Dufresne, and A.D. McDonald. ''The 1891–1920 Birth Cohort of Quebec Chrysotile Miners and Millers: Mortality 1976–1988,'' *British Journal of Industrial Medicine,* 50:1073–1081, 1993.

McDonald, A.D., B.W. Case, A. Churg, A. Dufresne, G.W. Gibbs, P. Sebastien, and J.C. McDonald. ''Mesothelioma in Quebec Chrysotile Miners and Millers: Epidemiology and Aetiology,'' *Annals of Occupational Hygiene,* 41(6):707–719, 1997.

Meeker, G.P., A.M. Bern, I.K. Brownfield, H.A. Lowers, S.J. Sutley, T.M. Hoefen, and J.S. Vance. ''The Composition and Morphology of Amphiboles from the Rainy Creek Complex, Near Libby, Montana,'' *American Mineralogist,* 88:1955–1969, 2003.

Mine Safety and Health Administration (MSHA). Walter Bank, ''Asbestiform and/or Fibrous Minerals in Mines, Mills, and Quarries,'' *Informational Report IR 1111,* 1980.

Mossman, Brooke. In *Report of the Expert Panel on Health Effects of Asbestos and Synthetic Vitreous Fibers: The Influence of Fiber Length,* (Proceedings of Panel, October 29–30, 2002, New York City), Prepared by Eastern Research Group for the Agency for Toxic Substances and Disease Registry (ATSDR), March 17, 2003.

National Institute for Occupational Safety and Health (NIOSH). *Criteria for a Recommended Standard Occupational Exposure to Asbestos,* U.S. Department of Health, Education, and Welfare, 1972.

National Institute for Occupational Safety and Health (NIOSH). *Revised Recommended Asbestos Standard,* U.S. Department of Health, Education, and Welfare, DHEW (NIOSH) Publication No. 77–169, December 1976.

National Institute for Occupational Safety and Health (NIOSH). *Technical Report: Occupational Exposure to Talc Containing Asbestos,* U.S. Department of Health, Education, and Welfare, DHEW (NIOSH) Publication No. 80–115, February 1980.

National Institute for Occupational Safety and Health (NIOSH)–Occupational Safety and Health Administration (OSHA) Asbestos Work Group. *Workplace Exposure to Asbestos, Review and Recommendations,* DHHS (NIOSH) Publication No. 81–103, November 1980.

National Institute for Occupational Safety and Health (NIOSH). *Health Hazard Evaluation Report (Gouverneur Talc),* U.S. Department of Health and Human Services, HETA 90–390–2065 and MHETA 86–012–2065, September 1990.

National Institute for Occupational Safety and Health (NIOSH). *Report to Congress on Workers' Home Contamination Study Conducted Under the Workers' Family Protection Act,* DHHS (NIOSH) Publication No. 95–123 (September 1995).

National Institute for Occupational Safety and Health (NIOSH). Division of Respiratory Disease Studies, *Work Related Lung Disease Surveillance Report 2002* [WoRLD 2003], DHHS (NIOSH) Publication No. 2003–111, May 2003.

National Institute for Occupational Safety and Health (NIOSH). *Pocket Guide to Chemical Hazards,* DHHS (NIOSH) Publication No. 2004–103, October 2003.

Nayebzadeh, Ataollah, Andre Dufresne, Bruce Case, Hojatolah Vali, A.E. Williams-Jones, Robert Martin, Charles, Normand, and James Clark. ''Lung Mineral Fibers of Former Miners and Millers from Thetford-Mines and Asbestos Regions: A Comparative Study of Fiber Concentration and Dimension,'' *Archives of Environmental Health,* 56(1):65–76, January/February 2001.

Nayebzadeh, Ataollah, Bruce W. Case, Janick Masse, Andre Dufresne. ''Mineralogical and Exposure Determinants of Pulmonary Fibrosis among Quebec Chrysotile Miners and Millers,'' *International Archives of Occupational and Environmental Health,* 79:227–236, 2006.

Nicholson, William J., Irving J. Selikoff, Herbert Seidman, Ruth Lillis, and Paul Formby. ''Long-Term Mortality Experience of Chrysotile Miners and Millers in Thetford Mines, Quebec,'' *Annals New York Academy of Sciences,* pp. 11–21, 1979.

Nicholson, William J. ''Quantitative Risk Assessment for Asbestos Related Cancers,'' Prepared in conjunction with U.S. Department of Labor, Occupational Safety and Health Administration (OSHA), Office of Carcinogen Standards, under OSHA Contract No. J–9–F–2–0074, 1983.

Nicholson, William J. ''The Carcinogenicity of Chrysotile Asbestos—A Review,'' *Industrial Health,* 39:57–64,2001.

Nolan, R.P., A.M. Langer, and Richard Wilson. ''A Risk Assessment for Exposure to Grunerite Asbestos (Amosite) in an Iron Ore Mine,'' Paper presented at the National Academy of Sciences Colloquium ''Geology, Mineralogy, and Human Welfare,'' Irvine, CA, November 8–9, 1998. In: *Proceedings of the National Academy of Science,* 96(7):3412–3419, March 1999.

Osinubi, Omowunmi Y.O., Michael Gochfeld, and Howard M. Kipen. ''Health Effects of Asbestos and Nonasbestos Fibers,'' *Environmental Health Perspectives,* 108(Supplement 4):665–674, 2000.

Pang, Thomas W.S. ''Precision and Accuracy of Asbestos Fiber Counting by Phase Contrast Microscopy,'' *American Industrial Hygiene Association Journal,* 61:529–538, 2000.

Paustenbach, Dennis J., Richard O. Richter, Brent L. Finley, and Patrick J. Sheehan. ''An Evaluation of the Historical Exposures of Mechanics to Asbestos in Brake Dust,'' *Applied Occupational and Environmental Hygiene,* 18:786–804, 2003.

Peacock, C., S.J. Copley, and D.M. Hansell. ''Asbestos-Related Benign Pleural Disease,'' *Clinical Radiology* (Review), 55:422–432, 2000.

Peto, Julian. ''Lung Cancer Mortality in Relation to Measured Dust Levels in an Asbestos Textile Factory,'' In: Biological Effects of Mineral Fibres, J.C. Wagner (Editor-in-Chief), *IARC Scientific Publications No. 30* (2 volumes), pp. 829–836, 1980.

Peto, J., H. Seidman, and I.J. Selikoff. ''Mesothelioma Mortality in Asbestos Workers: Implications for Models of Carcinogenesis and Risk Assessment,'' *British Journal of Cancer,* 45:124–135 (prepublication copy), 1982.

Pohlabeln, H., P. Wild, W. Schill, W. Ahrens, I. Jahn, U. Bolm-Audorff, and K–H Jockel. ''Asbestos Fibre Years and Lung Cancer: A Two Phase Case-Control Study with Expert Exposure Assessment,'' *Occupational and Environmental Medicine,* 59:410–414, 2002.

Ramanathan, A.L., and V. Subramanian. ''Present Status of Asbestos Mining and Related Health Problems in India—A Survey,'' *Industrial Health,* 39:309–315, 2001.

Reeves, Andrew L., Henry E. Puro, and Ralph G. Smith. ''Inhalation Carcinogenesis from Various Forms of Asbestos,'' *Environmental Research,* 8:178–202, 1974.

Roach, Huw D., Gareth J. Davies, Richard Attanoos, Michael Crane, Haydn Adams, and Sian Phillips. ''Asbestos: When the Dust Settles—An Imaging Review of Asbestos-Related Disease,'' *RadioGraphics,* 22:S167–S184, 2002.

Roggli, Victor L., Robin T. Vollmer, Kelly J. Butnor, and Thomas A. Sporn. ''Tremolite and Mesothelioma,'' *Annals of Occupational Hygiene,* 46(5):447–453, 2002.

Rooker, Stephen J., Nicholas P. Vaughan, and Jean M. Le Guen. ''On the Visibility of Fibers by Phase Contrast Microscopy,'' *American Industrial Hygiene Association Journal,* 43:505–515, July 1982. (1219–AB24–COMM–29–19)

Ross, Malcom. ''The 'Asbestos' Minerals: Definitions, Description, Modes of Formation, Physical and Chemical Properties, and Health Risk to the Mining Community,'' *Proceedings of the Workshop on Asbestos: Definitions and Measurement Methods,* November 1978.

Rossiter, Charles E., Leonard J. Bristol, Paul H. Cartier, John G. Gilson, T. Roger Grainger, Gerald K. Sluis-Cremer, and J. Corbett McDonald. ''Radiographic Changes in Chrysotile Asbestos Mine and Mill Workers of Quebec,'' *Archives of Environmental Health,* 24:388–400, June 1972.

Rubino, G.F., M. Newhouse, R. Murray, G. Scansetti, G. Piolatto, and G. Aresini. ''Radiologic Changes after Cessation of Exposure among Chrysotile Asbestos Miners in Italy,'' *Annals New York Academy of Sciences,* pp. 157–161, 1979.

Rubino, G.F., G. Piolatto, M.L. Newhouse, G. Scansetti, G.A. Aresini, and R. Murray. ''Mortality of Chrysotile Asbestos Workers at the Balangero Mine, Northern Italy,'' *British Journal of Industrial Medicine,* 36:187–194, 1979.

Rudd, Robin M. ''New Developments in Asbestos-Related Pleural Disease,'' *Thorax,* 51:210–216, 1996.

Sali, Davide, and Paolo Boffetta. ''Kidney Cancer and Occupational Exposure to Asbestos: A Meta-Analysis of Occupational Cohort Studies,'' *Cancer Causes and Control,* 11:37–47, 2000.

Schlecht, Paul C., and Stanley A. Shulman. ''Phase Contrast Microscopy Asbestos Fiber Counting Performance in the Proficiency Analytical Testing Program,'' *American Industrial Hygiene Association Journal,* 56:480–489, 1995.

Seidman, Herbert, Irving J. Selikoff, and E. Cuyler Hammond. ''Short-Term Asbestos Work Exposure and Long-Term Observation,'' *Annals New York Academy of Sciences,* pp. 61–89, 1979.

Seidman, Herbert. ''Short-Term Asbestos Work Exposure and Long-Term Observation,'' from OSHA Asbestos Docket (Exh-261–A), July 1984 Updating.

Selden, A.I., N.P. Berg, E.A.L. Lundgren, G. Hillerdal, N.-G. Wik, C.-G. Ohlson, and L.S. Bodin. ''Exposure to Tremolite Asbestos and Respiratory Health in Swedish Dolomite Workers,'' *Occupational and Environmental Medicine,* 58:670–677, 2001.

Selikoff, Irving J., E. Cuyler Hammond, and Herbert Seidman. ''Mortality Experience of Insulation Workers in the United States and Canada,'' 1943–1976, *Annals New York Academy of Sciences,* pp. 91–116, 1979.

Solomon, A., L.M. Irwig, G.K. Sluis-Cremer, R. Glyn Thomas, and R.S.J. du Toit. ''Thickening of Pulmonary Interlobar Fissures: Exposure-Response Relationship in Crocidolite and Amosite Miners,'' *British Journal of Industrial Medicine,* 36:195–198, 1979.

Sullivan, Patricia A. ''Vermiculite, Respiratory Disease, and Asbestos Exposure in Libby, Montana: Update of a Cohort Mortality Study,'' *Environmental Health Perspectives,* 115(4):579–585, April 2007.

Suzuki, Yasunosuke, and Steven R. Yuen. ''Asbestos Fibers Contributing to the Induction of Human Malignant Mesothelioma,'' *Annals New York Academy of Sciences,* 982:160–176, 2002.

Tweedale, Geoffrey. ''Asbestos and Its Lethal Legacy,'' *Nature Reviews/Cancer* (Perspectives), 2:1–5, April 2002.

U.S. Bureau of Mines, W.J. Campbell, R.L. Blake, L.L. Brown, E.E. Cather, and J.J. Sjoberg. ''Selected Silicate Minerals and Their Asbestiform Varieties,'' *Information Circular IC 8751,* 1977.

U.S. Department of Labor, Occupational Safety and Health Administration, OSHA's 1983 Emergency Temporary Standard on Asbestos (48 FR 51086); OSHA's 1986 Final Rule on Asbestos (51 FR 22612); OSHA's 1988 Final Rule on Asbestos (53 FR 35609); OSHA's 1992 Final Rule on Asbestos (57 FR 24310); OSHA's 1994 Final Rule on Asbestos (59 FR 40964).

U.S. Environmental Protection Agency (EPA). *Guidance for Preventing Asbestos Disease Among Auto Mechanics,* EPA–560–OPTS–86–002, June 1986.

U.S. Environmental Protection Agency (EPA). *Method for the Determination of Asbestos in Bulk Building Materials,* EPA Report No. EPA/600/R–93/116 (NTIS/PB93–218576), July 1993. [Updates and replaces Interim version in 40 CFR 763, Subpart F, App A].

U.S. Environmental Protection Agency (EPA). ''40 CFR Part 63, National Emission Standards for Hazardous Air Pollutants: Taconite Iron Ore Processing; Final Rule,'' **Federal Register** (68 FR 61868), October 30, 2003.

U.S. Geological Survey (USGS). ''Preliminary Compilation of Descriptive Geoenvironmental Mineral Deposit Models,'' *Open-file Report 95–831,* 1995.

U.S. Geological Survey (USGS). Robert L. Virta, ''Asbestos,'' *Mineral Commodity Summaries,* pp. 24–25, January 2007. Online at *http://minerals.usgs.gov/minerals/pubs/commodity/asbestos.*

U.S. Geological Survey (USGS). Bradley S. Van Gosen. ''Reported Historic Asbestos Mines, Historic Asbestos Prospects, and Natural Asbestos Occurrences in the Eastern United States,'' *USGS Open File Report 2005–1189* at *http://pubs.usgs.gov/of/2005/1189.*

U.S. Geological Survey (USGS). Bradley S. Van Gosen. ''Reported Historic Asbestos Prospects and Natural Asbestos Occurrences in the Central United States,'' *USGS Open File Report 2006–1211* at *http://pubs.usgs.gov/of/2006/1211.*

U.S. Geological Survey (USGS). Bradley S. Van Gosen. ''Reported Historic Asbestos Mines, Historic Asbestos Prospects, and Natural Asbestos Occurrences in the Rocky Mountain States of the United States (Colorado, Idaho, Montana, New Mexico, and Wyoming),'' *USGS Open File Report 2007–1182* at *http://pubs.usgs.gov/of/2007/1182.*

Wang, Xiao-Rong, Eiji Yano, Mianzheng Wang, Zhiming Wang, and David C. Christiani. ''Pulmonary Function in Long-Term Asbestos Workers in China,'' *Journal of Occupational and Environmental Health,* 43(7)623–629, July 2001.

Weill, Hans, Janet Hughes, and Carmel Waggenspack. ''Influence of Dose and Fiber Type on Respiratory Malignancy Risk in Asbestos Cement Manufacturing,'' *American Review of Respiratory Disease,* 120:345–354, 1979.

West, John B. *Respiratory Physiology, The Essentials* (Sixth Edition), Lippincott Williams & Wilkins: Baltimore, MD, pp. 4–6 and 131–133, 2000.

West, John B. *Pulmonary Pathophysiology, The Essentials* (Sixth Edition), Lippincott Williams & Wilkins: Baltimore, MD, pp. 82–91 and 126–137, 2003.

Wylie, Ann G., Robert L. Virta, and Estelle Russek. ''Characterizing and Discriminating Airborne Amphibole Cleavage Fragments and Amosite Fibers: Implications for the NIOSH Method'', *American Industrial Hygiene Association Journal,* 46(4):197–201, 1985.

Wylie, Ann G. ''The Habit of Asbestiform Amphiboles: Implications for the Analysis of Bulk Samples,'' *Advances in Environmental Measurement Methods for Asbestos,* ASTM STP 1342, M.E. Beard and H.L. Rooks (editors), American Society for Testing and Materials (ASTM), West Conshohocken, PA, 2000.


### List of Subjects

*30 CFR Parts 56 and 57*

Air quality, Asbestos, Chemicals, Hazardous substances, Metals, Mine safety and health.

*30 CFR Part 71*

Air quality, Asbestos, Chemicals, Coal mining, Hazardous substances, Mine safety and health.

Dated: February 22, 2008.

**Richard E. Stickler,**

*Acting Assistant Secretary for Mine Safety and Health.*

■ For the reasons set out in the preamble, and under the authority of the Federal Mine Safety and Health Act of 1977, MSHA is amending chapter I of title 30 of the Code of Federal Regulations as follows.

## PART 56—SAFETY AND HEALTH STANDARDS—SURFACE METAL AND NONMETAL MINES

■ 1. The authority citation for part 56 continues to read as follows:

**Authority:** 30 U.S.C. 811.

■ 2. Section 56.5001 is amended by revising paragraph (b) to read as follows:

### § 56.5001 Exposure limits for airborne contaminants.

* * * * *

(b) *Asbestos standard*—(1) *Definitions.* Asbestos is a generic term for a number of hydrated silicates that, when crushed or processed, separate into flexible fibers made up of fibrils. As used in this part—

*Asbestos* means chrysotile, cummingtonite-grunerite asbestos (amosite), crocidolite, anthophylite asbestos, tremolite asbestos, and actinolite asbestos.

*Fiber* means a particle longer than 5 micrometers (µm) with a length-to-diameter ratio of at least 3-to-1.

(2) *Permissible Exposure Limits (PELs)*—(i) *Full-shift limit.* A miner's personal exposure to asbestos shall not exceed an 8-hour time-weighted average full-shift airborne concentration of 0.1 fiber per cubic centimeter of air (f/cc).

(ii) *Excursion limit.* No miner shall be exposed at any time to airborne concentrations of asbestos in excess of 1 fiber per cubic centimeter of air (f/cc) as averaged over a sampling period of 30 minutes.

(3) *Measurement of airborne fiber concentration.* Fiber concentration shall be determined by phase contrast microscopy using a method statistically equivalent to the OSHA Reference Method in OSHA's asbestos standard found in 29 CFR 1910.1001, Appendix A.

* * * * *

## PART 57—SAFETY AND HEALTH STANDARDS—UNDERGROUND METAL AND NONMETAL MINES

■ 3. The authority citation for part 57 continues to read as follows:

**Authority:** 30 U.S.C. 811.

■ 4. Section 57.5001 is amended by revising paragraph (b) to read as follows:

### § 57.5001 Exposure limits for airborne contaminants.

* * * * *

(b) *Asbestos standard*—(1) *Definitions.* Asbestos is a generic term

for a number of hydrated silicates that, when crushed or processed, separate into flexible fibers made up of fibrils. As used in this part—

*Asbestos* means chrysotile, cummingtonite-grunerite asbestos (amosite), crocidolite, anthophylite asbestos, tremolite asbestos, and actinolite asbestos.

*Fiber* means a particle longer than 5 micrometers (µm) with a length-to-diameter ratio of at least 3-to-1.

(2) *Permissible Exposure Limits (PELs)*—(i) *Full-shift limit.* A miner's personal exposure to asbestos shall not exceed an 8-hour time-weighted average full-shift airborne concentration of 0.1 fiber per cubic centimeter of air (f/cc).

(ii) *Excursion limit.* No miner shall be exposed at any time to airborne concentrations of asbestos in excess of 1 fiber per cubic centimeter of air (f/cc) as averaged over a sampling period of 30 minutes.

(3) *Measurement of airborne fiber concentration.* Fiber concentration shall be determined by phase contrast microscopy using a method statistically equivalent to the OSHA Reference Method in OSHA's asbestos standard found in 29 CFR 1910.1001, Appendix A.

* * * * *

## PART 71—MANDATORY HEALTH STANDARDS—SURFACE COAL MINES AND SURFACE WORK AREAS OF UNDERGROUND COAL MINES

■ 5. The authority citation for part 71 continues to read as follows:

**Authority:** 30 U.S.C. 811, 951, 957.

■ 6. Section 71.701 is amended by revising paragraphs (c) and (d) to read as follows:

### § 71.701 Sampling; general requirements.

* * * * *

(c) Where concentrations of airborne contaminants in excess of the applicable threshold limit values, permissible exposure limits, or permissible excursions are known by the operator to exist in a surface installation or at a surface worksite, the operator shall immediately provide necessary control measures to assure compliance with § 71.700 or § 71.702, as applicable.

(d) Where the operator has reasonable grounds to believe that concentrations of airborne contaminants in excess of the applicable threshold limit values, permissible exposure limits, or permissible excursions exist, or are likely to exist, the operator shall promptly conduct appropriate air sampling tests to determine the concentration of any airborne contaminant which may be present and immediately provide the necessary control measures to assure compliance with § 71.700 or § 71.702, as applicable.

■ 7. Section 71.702 is revised to read as follows:

### § 71.702 Asbestos standard.

(a) *Definitions.* Asbestos is a generic term for a number of hydrated silicates that, when crushed or processed, separate into flexible fibers made up of fibrils. As used in this part—

*Asbestos* means chrysotile, cummingtonite-grunerite asbestos (amosite), crocidolite, anthophylite asbestos, tremolite asbestos, and actinolite asbestos.

*Fiber* means a particle longer than 5 micrometers (µm) with a length-to-diameter ratio of at least 3-to-1.

(b) *Permissible Exposure Limits (PELs)*— (1) *Full-shift limit.* A miner's personal exposure to asbestos shall not exceed an 8-hour time-weighted average full-shift airborne concentration of 0.1 fiber per cubic centimeter of air (f/cc).

(2) *Excursion limit.* No miner shall be exposed at any time to airborne concentrations of asbestos in excess of 1 fiber per cubic centimeter of air (f/cc) as averaged over a sampling period of 30 minutes.

(c) *Measurement of airborne fiber concentration.* Fiber concentration shall be determined by phase contrast microscopy using a method statistically equivalent to the OSHA Reference Method in OSHA's asbestos standard found in 29 CFR 1910.1001, Appendix A.

[FR Doc. E8–3828 Filed 2–28–08; 8:45 am]

BILLING CODE 4510–43–P

# Exhibit 37

Johnson & Johnson

EXHIBIT I

June 28, 1977

SUBJECT: Audit Testing of Windsor 66 Talc for Asbestos

TO: Mr. G. Lee

FROM: Mr. A. Frank

To formalize the audit testing currently performed to ensure the absence of asbestos in Windsor 66 Talc, the following protocol is currently being used:

1) Scope

Windsor 66 talc is manufactured from a previously approved mine site known to contain an acceptable cosmetic grade talc ore which has been tested by and has met the requirements for detectable asbestos by the test methods and sampling plan described below. Windsor Minerals will assure mine site evaluation data to include analysis of diamond drill core samples, and deposit testing of composite ore samples removed from the mine site during the development phase prior to production of cosmetic talc to be used for JOHNSON'S* Baby Powder.

Asbestos is defined to be the fibrous serpentine, chrysotile and the fibrous forms of the amphibole group as represented by amosite, anthophyllite, crocidolite, tremolite asbestos and actinolite.

2) Testing Requirements

| CHARACTERISTIC | TEST METHOD | REQUIREMENT |
|---|---|---|
| Fibrous Amphibole Forms | CTFA J4-1 | None detected |
| Serpentine Forms (Chrysotile) | TM 7019 | None detected |
| Asbestiform Minerals (fibrous forms) (Transmission Electron Microscopy) | TM 7024 | None detected |

-continued-

PLAINTIFF'S EXHIBIT JNJ-56

29-213

3) Testing Procedure/Frequency

The following sample types are tested on an audit basis according to the test procedures and frequencies noted.

| SAMPLE TYPE | TESTS | FREQUENCY |
|---|---|---|
| Raymond Grind | TM 7024 | bi-weekly composite sample |
| Flash Dried Talc | CTFA J4-1<br>TM 7019 | weekly composite samples |
| Finished Talc | TM 7024 | quarterly audit of random sample |

Al Frank
A. M. Frank

AMF:eap

cc: H. Cohen
L. Orlando
J. Runnells

Johnson & Johnson

# J&J Consumer Companies Worldwide Specification

Issued

*Strictly Confidential*

## ANALYSIS OF POWDERED TALC FOR ASBESTIFORM MINERALS BY TRANSMISSION ELECTRON MICROSCOPY

| Name | Type |
|---|---|
| TM7024 | Test Method |

| | | | |
|---|---|---|---|
| Revision | 1 | Owner | Corporate |
| Issued Date | 1995-08-21 | Expiration Date | 9999-12-31 |
| Geographical Scope | Local | Specification Category | Permanent |
| Security Classification | | Review Interval (Months) | 0 |

ISSUED

## Related Information

| | | | |
|---|---|---|---|
| Template | Test Method Global | SCO | |
| Co-Owners | | Owning Region | North America |

## Revisions

| Name | Rev | State | Description of Change | Reason for Change | Owner | Issued Date | Expiration Date |
|---|---|---|---|---|---|---|---|
| TM7024 | 1 | Issued | | | Corporate | 1995-08-21 | 9999-12-31 |

## Approvals

| Signer | Role | Organizations | Date/Time |
|---|---|---|---|
| No Objects Found | | | |

## Content

| Name | Format | File Size |
|---|---|---|
| TM7024.doc | generic | 35840 |

## Reference Documents

| Name | Description |
|---|---|
| | |

PLAINTIFF'S EXHIBIT
JNJ-54



Protected Document--Subject to Protective Order JNJNL61_000005032

| |
|---|
| No Objects Found |

## Related Specifications

| Name | Type |
|---|---|
| No Objects Found | |

## User Defined Attributes

No Objects Found

## Additional Attributes

No Objects Found

ISSUED


Protected Document--Subject to Protective Order JNJNL61_000005033

# Test Method

**Company:**

- [ ] *Personal Products Worldwide*
- [ ] *Personal Products Company*
- [ ] *Desbiens Products Inc.*
- [ ] *Johnson & Johnson Products Inc.*
- [ ] *Odonto Corporation Ltd.*
- [X] ***Johnson & Johnson Consumer Products Co.***

**Document No.:** TM7024 **Franchise:** **Location:** ROYSTON, FLUID, KOLMAR

**Document Type:** Permanent **Expiration Date:** None

**Subject:** ANALYSIS OF POWDERED TALC FOR ASBESTIFORM MINERALS BY TRANSMISSION ELECTRON MICROSCOPY

| REVISION | AUTHORIZATION | DESCRIPTION OF CHANGE |
|---|---|---|
| 03/08/89 | BCR011362 | New Test method. |
| 03/21/95 | CR020127 | Location revised. (Spec. Dept.) |
| 08/21/95 | CR020688 | Location revised. (Spec. Dept.) |

ISSUED


Protected Document--Subject to Protective Order JNJNL61_000005034

# Test Method

**Company:**

| | | | |
|---|---|---|---|
| ☐ | *Personal Products Worldwide* | ☐ | *Johnson & Johnson Products Inc.* |
| ☐ | *Personal Products Company* | ☐ | *Odonto Corporation Ltd.* |
| ☐ | *Desbiens Products Inc.* | X | ***Johnson & Johnson Consumer Products Co.*** |

**Document No.:** TM7024 **Franchise:** **Location:** ROYSTON, FLUID, KOLMAR

**Document Type:** Permanent **Expiration Date:** None

**Subject:** ANALYSIS OF POWDERED TALC FOR ASBESTIFORM MINERALS BY TRANSMISSION ELECTRON MICROSCOPY

1.0 SCOPE & PURPOSE

This method is applicable to the identification and quantitation of small (typically 1-20 micrometer) asbestiform minerals in powdered talc. Samples may be previously screened with light microscopy or x-ray diffraction techniques.

2.0 PRINCIPLE OF METHOD

The combined techniques of transmission electron microscopy (TEM), selected area electron diffraction (SAED) and energy dispersive x-ray analysis (EDXRA) permit the detection of asbestiform minerals based on morphological characteristics, followed by a definitive mineralogical identification of each fiber.

3.0 INTERFERENCES

Interferences are caused by fibrous particles which must be distinguished from positively identifiable asbestos, and by large particles or particle aggregates which may obscure fibers. Positively identified non-asbestos fibers include rolled talc, ribbon talc, antigorite, silica fibers and iron oxide fibers. Organic additives such as perfumes may crystallize out as fibers or needle-shaped crystals in finished cosmetic products. In the absence of positive identification, all other fibers must be classified as unidentifiable.

4.0 INSTRUMENTAL CONDITIONS

The talc specimen grids are examined in the TEM at an accelerating voltage of 120 kv and at magnification of 20,000X and 5,000X.

5.0 SENSITIVITY

This method is capable of detecting a single fiber as small as 1 micrometer (mm) long by 0.075 mm wide in the entire TEM field, which results in a theoretical detection limit of $10^{-5}$ weight percent. Such fibers usually can be identified readily by SAED and EDXRA. The mass of a fiber with the above dimensions is $1.1 \times 10^{-14}$ g for chrysotile and $1.5 \times 10^{-14}$ g for amphibole.

6.0 LIMIT OF QUANTIFIABLE DETECTION

The detection of five or more asbestiform minerals of one variety in an analysis constitutes a quantifiable level of detection. When no asbestiform minerals are detected, a representative fiber size is used to calculate a detection limit. A representative fiber size is 3 mm long by 0.2 mm wide by 0.06 mm thick, which is considerably larger than the smallest fiber that can be detected (see section 5, SENSITIVITY), but is more typical of small asbestos fibers that are detected in talc analyses. The mass of five such fibers is calculated as follows:

$$3 \text{ mm} \times 0.2 \text{ mm} \times 0.06 \text{ mm} = 0.036 \text{mm}^3 \text{ per fiber}$$
$$\times 3.3\text{E-}12 \text{ g / mm}^3 = 1.2 \text{ E-}13 \text{ g per fiber}$$


Protected Document--Subject to Protective Order JNJNL61_000005035

# Test Method

**Company:**

- [ ] *Personal Products Worldwide*
- [ ] *Personal Products Company*
- [ ] *Desbiens Products Inc.*
- [ ] *Johnson & Johnson Products Inc.*
- [ ] *Odonto Corporation Ltd.*
- [X] ***Johnson & Johnson Consumer Products Co.***

**Document No.:** TM7024 **Franchise:** **Location:** ROYSTON, FLUID, KOLMAR

**Document Type:** Permanent **Expiration Date:** None

**Subject:** ANALYSIS OF POWDERED TALC FOR ASBESTIFORM MINERALS BY TRANSMISSION ELECTRON MICROSCOPY

x 5 fibers = 6E-13 grams per 5 fibers.
The limit of quantifiable detection for most talc analyses is approximately 6 x $10^{-4}$ weight percent. The theoretical and quantifiable detection limits assume homogeneity of the material being sampled.

7.0 QUALITY ASSURANCE

Blank suspensions are routinely prepared and tested in order to monitor potential residual contamination from the sample jars. Blank carbon-coated grids are routinely tested to monitor the ambient fiber count. If greater than 4 fibers per grid are present, the jars are pre-cleaned or new carbon-coated grids are prepared, respective of the test.

8.0 BACKGROUND CORRECTION

As of the time of this writing, background correction has not been necessary. The amount of background asbestos detected has been insignificant in comparison to the levels of asbestos found in contaminated samples.

9.0 PREPARATION AND ANALYSIS TIME

Preparation time per sample (including preparation of related materials) is one hour. Analysis search time per sample is a maximum of two hours.

10.0 APPARATUS

10.1 Analytical balance with 0.0001 gram sensitivity

10.2 Weighing boats

10.3 Narrow spatula

10.4 Wide mouth polyethylene jars (125 ml)

10.5 Mild ultrasonic bath, minimum 50 watts

10.6 Micropipettor (5-10 ml range) with disposable tips

10.7 Standard 3 mm diameter, 200 mesh, copper TEM grids, covered with a carbon-coated formvar film.

10.8 Transmission electron microscope (TEM) with an 80-120 kv accelerating voltage and energy dispersive x-ray analyzer.


Protected Document--Subject to Protective Order JNJNL61_000005036

# Test Method

**Company:**

| | | | |
|---|---|---|---|
| [ ] | *Personal Products Worldwide* | [ ] | *Johnson & Johnson Products Inc.* |
| [ ] | *Personal Products Company* | [ ] | *Odonto Corporation Ltd.* |
| [ ] | *Desbiens Products Inc.* | [X] | ***Johnson & Johnson Consumer Products Co.*** |

**Document No.:** TM7024 **Franchise:** **Location:** ROYSTON, FLUID, KOLMAR

**Document Type:** Permanent **Expiration Date:** None

**Subject:** ANALYSIS OF POWDERED TALC FOR ASBESTIFORM MINERALS BY TRANSMISSION ELECTRON MICROSCOPY

11.0 REAGENTS

11.1 Methyl cellulose, powder, USP 4000 cps - Fisher Certified Reagent #M-352 or equivalent

11.2 Water: deionized, particle free (+0.2 mm filtered)

11.3 Methyl cellulose solution: 0.002% (wt/vl) (20 ppm). Dissolve 20 % 0.5 mg of methyl cellulose in 500 ml of deionized particle free water to make a 0.004% stock solution. Dilute 1:1 to make a working solution.

NOTE: Methyl cellulose acts as a wetting agent to aid in maintaining a uniform particle distribution as the sample dries, by greatly reducing the surface tension of water.

12.0 SAMPLE PREPARATION

12.1 Transfer 30 to 50 mg of talc powder to a clean 125 ml polyethylene jar.

12.2 Add 80 ml of 20 ppm methyl cellulose solution, cap and shake vigorously for one minute.

12.3 After shaking, loosen cap and ultrasonicate for 10 minutes in order to disperse the finer particles. Then shake again for one minute to produce a uniform suspension.

12.4 Immediately after shaking, uncap and remove 9.2 microliters with a micropipette.

12.5 Transfer a 9 ml drop to a carbon film covered TEM grid. (Grid was first lightly anchored by 2 parallel strips of double-stick tape mounted 3 mm apart on a clean glass microscope slide.) Repeat to make two sample grids per talc sample.

NOTE: Do not expel the remaining 0.2 ml suspension from the micropipette tip. It tends to sputter and frequently destroys the stability of the sample drop.

12.6 Transfer slide with grids to a desiccator. (Drying time is 2-3 hours.) Do not leave the grids on the slide for more than one day as the double-stick tape may adhere too tightly.

NOTE: The talc:water ratio may need to be varied for some samples. Preparation of talc samples with a significantly finer or coarser particle size results in large differences in particle coverage on the TEM grid.

ISSUED

# Test Method

**Company:**

- [ ] *Personal Products Worldwide*
- [ ] *Personal Products Company*
- [ ] *Desbiens Products Inc.*
- [ ] *Johnson & Johnson Products Inc.*
- [ ] *Odonto Corporation Ltd.*
- [X] ***Johnson & Johnson Consumer Products Co.***

**Document No.:** TM7024 **Franchise:** **Location:** ROYSTON, FLUID, KOLMAR

**Document Type:** Permanent **Expiration Date:** None

**Subject:** ANALYSIS OF POWDERED TALC FOR ASBESTIFORM MINERALS BY TRANSMISSION ELECTRON MICROSCOPY

ISSUED

13.0 TEM ANALYSIS

13.1 Definition of fiber: An elongated particle with parallel sides and an aspect ratio K3:1. The definition employed may vary with the needs of the client.

13.2 Scan sample at 120-150X magnification to check for even dispersion of particles and to locate grid squares with optimum particle density. (Optimum particle density is particle coverage over 15-35% of the field of view.)

13.3 Scan three grid squares on each grid at 20,000X magnification and seven grid squares on each grid at 5,000X for asbestiform minerals. Each asbestiform mineral is recorded as to type (chrysotile, tremolite, anthophyllite, etc.), structure (bundle, clump, fiber) and dimensions (length x width).

13.4 Questionable fibers are examined first by SAED. The chrysotile SAED pattern is unique and diagnostic. Amphibole SAED patterns are variable but usually characteristic. Additional analysis and measurement of amphibole SAED patterns are done if warranted.

13.5 Ten percent of chrysotile fibers are checked by EDXRA for further confirmation. If the SAED pattern is not clearly diagnostic, or if it is consistent with an amphibole SAED pattern, then it is examined by EDXRA to confirm the identification or to identify the type of amphibole.

14.0 CALCULATION OF RESULTS

14.1 Mass of chrysotile fibers: M(f)

$M(f) = \pi r^2 l \times d$
$\pi = 3.14159$
r = fiber radius
l = fiber length
d = density of chrysotile = $2.55 \times 10^{-12}$ g/mm$^3$

14.2 Mass of asbestiform amphibole particles: M(a)

$M(a) = l \times w \times th \times d$
l = length
w = width
th = thickness Z 0.3 width (approximation)
d = density of amphiboles = $3.3 \times 10^{-13}$ g/mm$^3$

14.3 Mass of talc deposited on each TEM grid: M(s)

$M(s) = T \times (V/H)$
T = amount of talc sampled (step 12.1)
V = volume of aliquot transferred to TEM grid (step 12.5)

# Test Method

**Company:**

| | | | |
|---|---|---|---|
| ☐ | *Personal Products Worldwide* | ☐ | *Johnson & Johnson Products Inc.* |
| ☐ | *Personal Products Company* | ☐ | *Odonto Corporation Ltd.* |
| ☐ | *Desbiens Products Inc.* | X | ***Johnson & Johnson Consumer Products Co.*** |

**Document No.:** TM7024 **Franchise:** **Location:** ROYSTON, FLUID, KOLMAR

**Document Type:** Permanent **Expiration Date:** None

**Subject:** ANALYSIS OF POWDERED TALC FOR ASBESTIFORM MINERALS BY TRANSMISSION ELECTRON MICROSCOPY

H = volume of methyl cellulose solution (step 12.2)

14.4 Total estimated talc mass examined: M(t)

M(t) = M(s) x (N x A(s))/A(g)

N = number of grid squares examined

A(s) = area of a single TEM grid square

A(g) = area of an entire TEM grid (effective area over which a 9 microliter drop of suspension dries)

14.5 Weight percent:

$$\frac{\text{sum total of M(f) or M(a) x 100}}{\text{M(t)}}$$

15.0 <u>CALCULATION OF A DETECTION LIMIT</u>

15.1 M(dl) = A minimum quantifiable mass of asbestos fibers, based on the detection of 5 fibers (approximately 6E-13 grams, from Section 6).

15.2 Detection Limit (Weight Percent) = $\frac{\text{M(dl) x 100}}{\text{M(t)}}$

ISSUED


Protected Document--Subject to Protective Order JNJNL61_000005039

This document is generated by an electronic system.

*END OF DOCUMENT*

ISSUED

# Exhibit 38

SPEC NO: TM7024

DOC TYPE:Test Method

SUBJECT:Analysis of Powdered Talc for Asbestiform Minerals by Transmission Electron Microscopy

LOCATION:

| REVISION | AUTHORIZATION | DESCRIPTION OF CHANGE |
|---|---|---|
| 03/08/89 | BCR011362 | Test method updated. |

PLAINTIFF'S EXHIBIT
JNJ-1142

SPEC NO: TM7024

DOC TYPE:Test Method

SUBJECT:Analysis of Powdered Talc for Asbestiform Minerals by Transmission Electron Microscopy

LOCATION:

PRODUCT(S):

SPEC NO: TM7024

DOC TYPE:Test Method

SUBJECT:Analysis of Powdered Talc for Asbestiform Minerals by Transmission Electron Microscopy

LOCATION:

1. SCOPE & PURPOSE

This method is applicable to the identification and quantitation of small (typically 1-20 micrometer) asbestiform minerals in powdered talc. Samples may be previously screened with light microscopy or x-ray diffraction techniques.

2. PRINCIPLE OF METHOD

The combined techniques of transmission electron microscopy (TEM), selected area electron diffraction (SAED) and energy dispersive x-ray analysis (EDXRA) permit the detection of asbestiform minerals based on morphological characteristics, followed by a definitive mineralogical identification of each fiber.

3. INTERFERENCES

Interferences are caused by fibrous particles which must be distinguished from positively identifiable asbestos, and by large particles or particle aggregates which may obscure fibers. Positively identified non-asbestos fibers include rolled talc, ribbon talc, antigorite, silica fibers and iron oxide fibers. Organic additives such as perfumes may crystallize out as fibers or needle-shaped crystals in finished cosmetic products. In the absence of positive identification, all other fibers must be classified as unidentifiable.

4. INSTRUMENTAL CONDITIONS

The talc specimen grids are examined in the TEM at an accelerating voltage of 120 kv and at magnification of 20,000X and 5,000X.

5. SENSITIVITY

This method is capable of detecting a single fiber as small as 1 micrometer (mm) long by 0.075 mm wide in the entire TEM field, which results in a theoretical detection limit of $10^{-5}$ weight percent. Such fibers usually can be identified readily by SAED and EDXRA. The mass of a fiber with the above dimensions is $1.1 \times 10^{-14}$ g for chrysotile and $1.5 \times 10^{-14}$ g for amphibole.

6. LIMIT OF QUANTIFIABLE DETECTION

The detection of five or more asbestiform minerals of one variety in an analysis constitutes a quantifiable level of detection. When no asbestiform minerals are detected, a representative fiber size is used to calculate a detection limit. A representative fiber size is 3 mm long by 0.2 mm wide by 0.06 mm thick, which is considerably larger than the smallest fiber that can be detected (see section 5, SENSITIVITY), but is more typical of small asbestos fibers that are detected in talc analyses. The mass of five such fibers is calculated as follows:

3 mm x 0.2 mm x 0.06 mm = 0.036mm$^3$ per fiber
x 3.3E-12 g / mm$^3$ = 1.2 E-13 g per fiber
x 5 fibers = 6E-13 grams per 5 fibers.

The limit of quantifiable detection for most talc analyses is approximately $6 \times 10^{-4}$ weight percent. The theoretical and quantifiable detection limits assume homogeneity of the material being sampled.

7. QUALITY ASSURANCE

Blank suspensions are routinely prepared and tested in order to monitor potential residual contamination from the sample jars. Blank carbon-coated grids are routinely tested to monitor the ambient fiber count. If greater than 4 fibers per grid are present, the jars are pre-cleaned or new carbon-coated grids are prepared, respective of the test.

8. BACKGROUND CORRECTION

As of the time of this writing, background correction has not been necessary. The amount of background asbestos detected has been insignificant in comparison to the levels of asbestos found in contaminated samples.

9. PREPARATION AND ANALYSIS TIME

Preparation time per sample (including preparation of related materials) is one hour. Analysis search time per sample is a maximum of two hours.

10. APPARATUS

A. Analytical balance with 0.0001 gram sensitivity

B. Weighing boats

C. Narrow spatula

D. Wide mouth polyethylene jars (125 ml)

E. Mild ultrasonic bath, minimum 50 watts

F. Micropipettor (5-10 ml range) with disposable tips

G.Standard 3 mm diameter, 200 mesh, copper TEM grids, covered with a carbon-coated formvar film.

H.Transmission electron microscope (TEM) with an 80-120 kv accelerating voltage and energy dispersive x-ray analyzer.

11. REAGENTS

A.Methyl cellulose, powder, USP 4000 cps - Fisher Certified Reagent #M-352 or equivalent

B. Water: deionized, particle free (+0.2 mm filtered)

C.Methyl cellulose solution: 0.002% (wt/vl) (20 ppm). Dissolve 20 % 0.5 mg of methyl cellulose in 500 ml of deionized particle free water to make a 0.004% stock solution. Dilute 1:1 to make a working solution.

NOTE:Methyl cellulose acts as a wetting agent to aid in maintaining a uniform particle distribution as the sample dries, by greatly reducing the surface tension of water.

12. SAMPLE PREPARATION

12.1.Transfer 30 to 50 mg of talc powder to a clean 125 ml polyethylene jar.

12.2Add 80 ml of 20 ppm methyl cellulose solution, cap and shake vigorously for one minute.

12.3.After shaking, loosen cap and ultrasonicate for 10 minutes in order to disperse the finer particles. Then shake again for one minute to produce a uniform suspension.

12.4.Immediately after shaking, uncap and remove 9.2 microliters with a micropipette.

12.5.Transfer a 9 ml drop to a carbon film covered TEM grid. (Grid was first lightly anchored by 2 parallel strips of double-stick tape mounted 3 mm apart on a clean glass microscope slide.) Repeat to make two sample grids per talc sample.

NOTE:Do not expel the remaining 0.2 ml suspension from the micropipette tip. It tends to sputter and frequently destroys the stability of the sample drop.

SPEC NO: TM7024

DOC TYPE:Test Method

SUBJECT:Analysis of Powdered Talc for Asbestiform Minerals by Transmission Electron Microscopy

LOCATION:

---

12.6Transfer slide with grids to a desiccator. (Drying time is 2-3 hours.) Do not leave the grids on the slide for more than one day as the double-stick tape may adhere too tightly.

NOTE:The talc:water ratio may need to be varied for some samples. Preparation of talc samples with a significantly finer or coarser particle size results in large differences in particle coverage on the TEM grid.

13. TEM ANALYSIS

13.1Definition of fiber: An elongated particle with parallel sides and an aspect ratio K3:1. The definition employed may vary with the needs of the client.

13.2Scan sample at 120-150X magnification to check for even dispersion of particles and to locate grid squares with optimum particle density. (Optimum particle density is particle coverage over 15-35% of the field of view.)

13.3.Scan three grid squares on each grid at 20,000X magnification and seven grid squares on each grid at 5,000X for asbestiform minerals. Each asbestiform mineral is recorded as to type (chrysotile, tremolite, anthophyllite, etc.), structure (bundle, clump, fiber) and dimensions (length x width).

13.4.Questionable fibers are examined first by SAED. The chrysotile SAED pattern is unique and diagnostic. Amphibole SAED patterns are variable but usually characteristic. Additional analysis and measurement of amphibole SAED patterns are done if warranted.

13.5.Ten percent of chrysotile fibers are checked by EDXRA for further confirmation. If the SAED pattern is not clearly diagnostic, or if it is consistent with an amphibole SAED pattern, then it is examined by EDXRA to confirm the identification or to identify the type of amphibole.

14. CALCULATION OF RESULTS

14.1.A. Mass of chrysotile fibers: M(f)
M(f) = ]$r^2$l x d
] = 3.14159
r = fiber radius
l = fiber length
d = density of chrysotile = 2.55 x $10^{-12}$ g/$mm^3$

14.1.B. Mass of asbestiform amphibole particles: M(a)
M(a) = l x w x th x d
l = length
w = width
th = thickness Z 0.3 width (approximation)
d = density of amphiboles = 3.3 x $10^{-13}$ g/$mm^3$

14.2.A. Mass of talc deposited on each TEM grid: M(s)
M(s) = T x (V/H)
T = amount of talc sampled (step 12.1)
V = volume of aliquot transferred to TEM grid (step 12.5)
H = volume of methyl cellulose solution (step 12.2)

14.2.B. Total estimated talc mass examined: M(t)
M(t) = M(s) x (N x A(s))/A(g)
N = number of grid squares examined
A(s) = area of a single TEM grid square
A(g) =area of an entire TEM grid (effective area over which a 9 microliter

. drop of suspension dries)

14.3. Weight percent:

$$\frac{\text{sum total of } M(f) \text{ or } M(a) \times 100}{M(t)}$$

15. <u>CALCULATION OF A DETECTION LIMIT</u>

15.1.M(dl) =A minimum quantifiable mass of asbestos fibers, based on the detection of 5 fibers (approximately 6E-13 grams, from Section 6).

15.2. Detection Limit (Weight Percent) = $\frac{M(dl) \times 100}{M(t)}$

# Exhibit 39

JOHNSON & JOHNSON
CONSUMER PRODUCTS, INC.


SPEC NO: TM7024
REV: 03/21/95

DOC TYPE: TEST METHOD SPECIFICATION

SUBJECT: ANALYSIS OF POWDERED TALC FOR ASBESTIFORM MINERALS BY TRANSMISSION ELECTRON MICROSCOPY

LOCATION: ROYSTON

| REVISION | AUTHORIZATION | DESCRIPTION OF CHANGE |
|---|---|---|
| 03/08/89 | BCR011362 | New Test method. |
| 03/21/95 | CR020127 | Location revised. (Spec. Dept.) |

PLAINTIFF'S EXHIBIT
JNJ-1172


JNJTALC000008849

DOC TYPE: TEST METHOD SPECIFICATION

SUBJECT: ANALYSIS OF POWDERED TALC FOR ASBESTIFORM MINERALS BY TRANSMISSION ELECTRON MICROSCOPY

LOCATION: ROYSTON

---

1.0 SCOPE & PURPOSE

This method is applicable to the identification and quantitation of small (typically 1-20 micrometer) asbestiform minerals in powdered talc. Samples may be previously screened with light microscopy or x-ray diffraction techniques.

2.0 PRINCIPLE OF METHOD

The combined techniques of transmission electron microscopy (TEM), selected area electron diffraction (SAED) and energy dispersive x-ray analysis (EDXRA) permit the detection of asbestiform minerals based on morphological characteristics, followed by a definitive mineralogical identification of each fiber.

3.0 INTERFERENCES

Interferences are caused by fibrous particles which must be distinguished from positively identifiable asbestos, and by large particles or particle aggregates which may obscure fibers. Positively identified non-asbestos fibers include rolled talc, ribbon talc, antigorite, silica fibers and iron oxide fibers. Organic additives such as perfumes may crystallize out as fibers or needle-shaped crystals in finished cosmetic products. In the absence of positive identification, all other fibers must be classified as unidentifiable.

4.0 INSTRUMENTAL CONDITIONS

The talc specimen grids are examined in the TEM at an accelerating voltage of 120 kv and at magnification of 20,000X and 5,000X.

5.0 SENSITIVITY

This method is capable of detecting a single fiber as small as 1 micrometer (mm) long by 0.075 mm wide in the entire TEM field, which results in a theoretical detection limit of $10^{-5}$ weight percent. Such fibers usually can be identified readily by SAED and EDXRA. The mass of a fiber

with the above dimensions is $1.1 \times 10^{-14}$ g for chrysotile and $1.5 \times 10^{-14}$ g for amphibole.


JNJTALC000008851

6.0 LIMIT OF QUANTIFIABLE DETECTION

The detection of five or more asbestiform minerals of one variety in an analysis constitutes a quantifiable level of detection. When no asbestiform minerals are detected, a representative fiber size is used to calculate a detection limit. A representative fiber size is 3 mm long by 0.2 mm wide by 0.06 mm thick, which is considerably larger than the smallest fiber that can be detected (see section 5, SENSITIVITY), but is more typical of small asbestos fibers that are detected in talc analyses. The mass of five such fibers is calculated as follows:

$3$ mm x $0.2$ mm x $0.06$ mm = $0.036 mm^3$ per fiber
x 3.3E-12 g / $mm^3$ = 1.2 E-13 g per fiber
x 5 fibers = 6E-13 grams per 5 fibers.

The limit of quantifiable detection for most talc analyses is approximately $6 \times 10^{-4}$ weight percent. The theoretical and quantifiable detection limits assume homogeneity of the material being sampled.

7.0 QUALITY ASSURANCE

Blank suspensions are routinely prepared and tested in order to monitor potential residual contamination from the sample jars. Blank carbon-coated grids are routinely tested to monitor the ambient fiber count. If greater than 4 fibers per grid are present, the jars are pre-cleaned or new carbon-coated grids are prepared, respective of the test.

8.0 BACKGROUND CORRECTION

As of the time of this writing, background correction has not been necessary. The amount of background asbestos detected has been insignificant in comparison to the levels of asbestos found in contaminated samples.

9.0 PREPARATION AND ANALYSIS TIME

Preparation time per sample (including preparation of related materials) is one hour. Analysis search time per

sample is a maximum of two hours.


JNJTALC000008853

DOC TYPE: TEST METHOD SPECIFICATION

SUBJECT: ANALYSIS OF POWDERED TALC FOR ASBESTIFORM MINERALS BY TRANSMISSION ELECTRON MICROSCOPY

LOCATION: ROYSTON

---

10.0 APPARATUS

10.1 Analytical balance with 0.0001 gram sensitivity

10.2 Weighing boats

10.3 Narrow spatula

10.4 Wide mouth polyethylene jars (125 ml)

10.5 Mild ultrasonic bath, minimum 50 watts

10.6 Micropipettor (5-10 ml range) with disposable tips

10.7 Standard 3 mm diameter, 200 mesh, copper TEM grids, covered with a carbon-coated formvar film.

10.8 Transmission electron microscope (TEM) with an 80-120 kv accelerating voltage and energy dispersive x-ray analyzer.

11.0 REAGENTS

11.1 Methyl cellulose, powder, USP 4000 cps - Fisher Certified Reagent #M-352 or equivalent

11.2 Water: deionized, particle free (+0.2 mm filtered)

11.3 Methyl cellulose solution: 0.002% (wt/vl) (20 ppm). Dissolve 20 % 0.5 mg of methyl cellulose in 500 ml of deionized particle free water to make a 0.004% stock solution. Dilute 1:1 to make a working solution.

NOTE: Methyl cellulose acts as a wetting agent to aid in maintaining a uniform particle distribution as the sample dries, by greatly reducing the surface tension of water.

12.0 SAMPLE PREPARATION

12.1 Transfer 30 to 50 mg of talc powder to a clean 125 ml polyethylene jar.

Protected Document--Subject to Protective Order

12.2 Add 80 ml of 20 ppm methyl cellulose solution, cap and shake vigorously for one minute.


JNJTALC000008855

---

12.3 After shaking, loosen cap and ultrasonicate for 10 minutes in order to disperse the finer particles. Then shake again for one minute to produce a uniform suspension.

12.4 Immediately after shaking, uncap and remove 9.2 microliters with a micropipette.

12.5 Transfer a 9 ml drop to a carbon film covered TEM grid. (Grid was first lightly anchored by 2 parallel strips of double-stick tape mounted 3 mm apart on a clean glass microscope slide.) Repeat to make two sample grids per talc sample.

NOTE: Do not expel the remaining 0.2 ml suspension from the micropipette tip. It tends to sputter and frequently destroys the stability of the sample drop.

12.6 Transfer slide with grids to a desiccator. (Drying time is 2-3 hours.) Do not leave the grids on the slide for more than one day as the double-stick tape may adhere too tightly.

NOTE: The talc:water ratio may need to be varied for some samples. Preparation of talc samples with a significantly finer or coarser particle size results in large differences in particle coverage on the TEM grid.

13.0 <u>TEM ANALYSIS</u>

13.1 Definition of fiber: An elongated particle with parallel sides and an aspect ratio K3:1. The definition employed may vary with the needs of the client.

13.2 Scan sample at 120-150X magnification to check for even dispersion of particles and to locate grid squares with optimum particle density. (Optimum particle density is particle coverage over 15-35% of the field of view.)

DOC TYPE: TEST METHOD SPECIFICATION

SUBJECT: ANALYSIS OF POWDERED TALC FOR ASBESTIFORM MINERALS BY TRANSMISSION ELECTRON MICROSCOPY

LOCATION: ROYSTON

---

13.3 Scan three grid squares on each grid at 20,000X magnification and seven grid squares on each grid at 5,000X for asbestiform minerals. Each asbestiform mineral is recorded as to type (chrysotile, tremolite, anthophyllite, etc.), structure (bundle, clump, fiber) and dimensions (length x width).

13.4 Questionable fibers are examined first by SAED. The chrysotile SAED pattern is unique and diagnostic. Amphibole SAED patterns are variable but usually characteristic. Additional analysis and measurement of amphibole SAED patterns are done if warranted.

13.5 Ten percent of chrysotile fibers are checked by EDXRA for further confirmation. If the SAED pattern is not clearly diagnostic, or if it is consistent with an amphibole SAED pattern, then it is examined by EDXRA to confirm the identification or to identify the type of amphibole.

14.0 CALCULATION OF RESULTS

14.1 Mass of chrysotile fibers: M(f)

$M(f) = \pi r^2 l \times d$

$\pi = 3.14159$

r = fiber radius

l = fiber length

d = density of chrysotile = $2.55 \times 10^{-12}$ g/mm$^3$

14.2 Mass of asbestiform amphibole particles: M(a)

$M(a) = l \times w \times th \times d$

l = length

w = width

th = thickness Z 0.3 width (approximation)

d = density of amphiboles = $3.3 \times 10^{-13}$ g/mm$^3$

14.3 Mass of talc deposited on each TEM grid: M(s)

$M(s) = T \times (V/H)$

T = amount of talc sampled (step 12.1)

V = volume of aliquot transferred to TEM grid (step 12.5)

H = volume of methyl cellulose solution (step 12.2)

---

14.4 Total estimated talc mass examined: M(t)

M(t) = M(s) x (N x A(s))/A(g)

N = number of grid squares examined

A(s) = area of a single TEM grid square

A(g) = area of an entire TEM grid (effective area over which a 9 microliter drop of suspension dries)

14.5 Weight percent:

$$\frac{\text{sum total of } M(f) \text{ or } M(a) \times 100}{M(t)}$$

15.0 <u>CALCULATION OF A DETECTION LIMIT</u>

15.1 M(dl) = A minimum quantifiable mass of asbestos fibers, based on the detection of 5 fibers (approximately 6E-13 grams, from Section 6).

15.2 Detection Limit (Weight Percent) = $\frac{M(dl) \times 100}{M(t)}$


JNJTALC000008858

# JNJTALC000008849

## Metadata

| | | |
|---|---|---|
| **Applic** | WordPerfect Document | ORIGINAL |
| **AttachCount** | 0 | ORIGINAL |
| **BegAttach** | JNJTALC000008849 | ORIGINAL |
| **Confidentiality** | Y | ORIGINAL |
| **Custodian** | Specifications | ORIGINAL |
| **DateCreated** | 10/20/2017 08:34 PM | ORIGINAL |
| **DateMod** | 10/13/2017 09:47 PM | ORIGINAL |
| **DocExt** | wpd | ORIGINAL |
| **DocumentType** | E-Doc | ORIGINAL |
| **EmailDateSort** | 10/13/2017 09:47 PM | ORIGINAL |
| **EndAttach** | JNJTALC000008858 | ORIGINAL |
| **FileName** | Spec - 06_29588_RD14Dec2015.doc | ORIGINAL |
| **FileSize** | 17646.00 | ORIGINAL |
| **HashValue** | 78880d63ce71fb72f8eede83b493939d | ORIGINAL |
| **ProdVol** | TALC_PROD_026 | ORIGINAL |
| **Relative FilePath Append** | Specifications\Specifications\10-13 delivery.zip | ORIGINAL |

# Exhibit 40

NOTICE
THIS MATERIAL IS SUBJECT TO THE UNITED STATES COPYRIGHT LAW (TITLE 17, U.S. CODE); FURTHER REPRODUCTION IN VIOLATION OF THAT LAW IS PROHIBITED.

*Environmental Health Perspectives*
*Vol. 94, pp. 225–230, 1991*

# Amphibole Content of Cosmetic and Pharmaceutical Talcs

## by A. M. Blount*

**Pharmaceutical and cosmetic-grade talcs were examined for asbestiform amphibole content using a new density-optical method. Talcs under the Food and Drug Administration are not regulated as to asbestos content; however, all talcs were well below the level mandated by the Occupational Safety and Health Administration for industrial talcs. Only one was found to contain an amphibole particle size distribution typical of asbestos.**

## Introduction

In 1973 the Food and Drug Administration (FDA) proposed a regulation on the permissible asbestos content of talc (*1*). This regulation proposed to limit the amount of amphibole minerals to less than 0.1% and chrysotile to less than 0.01%. However, the optical microscopy method proposed was so complicated, lengthy, and subject to error that the proposed method was never finalized. Since then no final ruling has been issued.

The Occupational Safety and Health Administration, on the other hand, has been more rigorous and has instituted regulations despite the lack of methods to carry out the required measurements. One regulation, instituted in 1986, defines amphibole minerals as asbestos if the length to width ratio is 3:1 or greater. Because many nonfibrous cleavage fragments of amphibole minerals have a 3:1 aspect or greater and because there is no good evidence for adverse effects of these particles, a stay has been in affect on this part of the regulation (*2*). The second applicable regulation is the Hazard Communication Regulation (*3*), which applies to all chemicals used in the workplace. Specifically, it requires labeling of substances containing > 1% of a chemical hazardous to health and > 0.1% of a carcinogenic chemical.

Unfortunately, asbestos and amphiboles cannot be measured using currently developed methods to the level of 0.1% in the presence of talc. Some investigators have suggested that tremolite can be measured to that level by X-ray diffraction. But others have shown that the peak intensities vary between nonfibrous and fibrous tremolite (*4*) so that the 0.1% level of detection and measurement is doubtful except in cases where the sample has been spiked so that the exact nature of the tremolite is known. For anthophyllite there is little argument about the fact that detection cannot be made to 0.1%. However, the main problem with using X-ray diffraction for detection of amphibole minerals is that it gives no information about the shape of the particles, and shape is important in view of the uncertainity in the outcome of the asbestos regulation pertaining to nonfibrous amphiboles.

*Geology Department, Rutgers University, Newark, NJ 07102.

The talcs that are pharmaceutical grade fall under the domain of the FDA and are therefore nonregulated in regard to fibrous mineral content. In the course of developing a technique to facilitate quantification of amphiboles in talc (*5*), pharmaceutical and high-grade talcs were examined. They were found to have very low amphibole content and, because of this, were extensively used in examining the lower limit of detection of the new method. The purpose of this paper is to describe the results of analyses for content and shape of amphibole mineral fragments in cosmetic and pharmaceutical talc powders of the United States.

## Methods

The method proposed by the FDA in 1973 for analysis of talc was an optical procedure as described below (*1*):

> Weigh out 1 milligram of a representative portion of talc on each of two microscope slides. Mix the talc with a needle on one slide with a drop of 1.574 refractive index liquid, and then the other with 1.590 liquid, and place on each a square or rectangular cover glass sufficiently large so that the liquid will not run out from the edge (ca. 18 mm square) and will provide a uniform particle distribution. Fibers counted by this method should meet the following criteria: (i) Length to width ratio of 3 or greater (ii) length of 5 $\mu$m or greater (iii) width of 5 $\mu$m or less. Count and record the number of asbestos fibers in each 1 milligram as determined from a scan of both slides with a polarizing microscope at a magnification of approximately 400×. In the 1.574 refractive index liquid, chrysotile fibers with indices less than 1.574 in both extinction positions may be present: in the 1.590 refractive index liquid, the other five amphibole types of asbestos fibers with indices exceeding 1.590 in both extinction positions may be present. Check the extinction and sign of elongation for tentative identification. For specific identification of asbestos fibers, make additional mounts in appropriate refractive index liquids, and refer to the optical crystallographic data in the table. A count of not more than 1000 amphibole types of asbestos and not more than 100 chrysotile asbestos fibers per milligram-slide constitutes the maximum limit for the presence of these asbestos fibers in talc. These limits assure a purity of at least 99.9 percent free of amphibole types of asbestos fibers and at least 99.99 percent free of chrysotile asbestos fibers.

The problem with the proposed method is that talc flakes are often oriented vertically or at a sufficient angle that they appear to be needles and thus must be tested for refractive index (Fig. 1). A typical number of such particles is five per field of view. This



FIGURE 1. Talc flakes in 1.584 refractive index liquid. Note that there are particles in this field that have aspect ratios greater than 3:1. Width of view 0.13 mm.

means that some 20,000 particles would need to be examined in a typical case. In additon, chlorite is often present and when on edge must be examined in two extinction positions. This is clearly beyond what could be expected of any sane microscopist for a routine analysis. Since no other procedure has been developed as an alternative, a compromise has been to count 100 fields of view (FOV). In this way one need only examine about 500 particles in detail.

Because 500 particles is still a lengthy process, a more rapid and equally accurate method has been developed based on concentrating the amphibole particles by density difference. Figure 2 illustrates that there is a distinct break in density ranges between talcs and amphiboles. A heavy liquid of intermediate density is used, either Klein's (cadmium borotungstate) or Clerici's (thallium formate-malonate) solution. Experimentation showed that a heavy liquid of density 2.810 gives good separation even though values given in the literature and shown in Figure 2 would suggest that the density should be slightly higher. Because the density difference between particles and liquid is small, to get separation in a reasonable length of time a microcentrifuge is used with tubes containing 1.5 mL liquid. The height of the liquid column is, in this case, about 10 mm.




FIGURE 2. Specific gravities of talc and amphibole (*6*).

The general procedure involves weighing about 60 mg sample into a microcentrifuge tube and adding heavy liquid of density 2.810. After these are mixed, the tube with sample is placed in a vacuum for 3 min to remove the small bubbles adhering to the particles. After centrifuging the sample for 10 min at 7000 rpm, the heavy particles are removed from the bottom of the tube with a micropipette.

The counting of particles can be done either on a membrane filter (Nuclepore, 1.0 $\mu$m pore size) which has been placed on a microscope slide or as particles directly on the glass slide. In the first case, the heavy liquid with sample is forced through a membrane filter followed by distilled water to clean out the heavy liquid. The filter is then placed on a glass slide while wet. When dry, 1.584 refractive index liquid is placed on the filter followed by a cover glass. The photographs shown in this paper are of particles on filters.

The second case, particles directly on the microscope slide, requires transferring the heavy particles and some of the heavy liquid to a second centrifuge tube. Distilled water is added and the sample centrifuged. The liquid is pipetted off and more distilled water added. This is repeated several times to clean out the heavy liquid. Finally, the particles with several drops of water are transferred to a glass microscope slide. The advantage of this procedure is that any refractive index liquid can be used, whereas, in the former case, the refractive index is constrained by having to match the index of the membrane filter (either 1.584 or 1.625). The 1.584 value is good for analyzing amphiboles in talc, but the centrifuge method described has application to other mineral combinations, such as talc-quartz. With other combinations, refractive indices other than the two exhibited by the membrane filter may be more appropriate.

The particles are counted in 20 FOV. Being concentrated from 60 mg or more of sample, one will see more amphiboles than in 100 FOV using the old method. The number of amphibole particles per milligram (ppmg) is calculated:

$$\text{ppmg} = \text{amphibole particles/mg} = \frac{(\text{number of amphibole counted/number FOV counted}) \times \text{total number FOV}}{(\text{efficiency}) \times (\text{number of mg of sample})}$$

Efficiency of the spin-down is determined experimentally. For more details of the method see Blount (*5*).

Figure 3 illustrates the results obtained when testing the method using known mixtures. Because it is difficult to measure and mix in very small weights of amphibole, a sample containing 2% tremolite in talc was mixed with pure talc to make mixtures containing very low percentage values of tremolite. For example, sample A (Fig. 3) consisting of 0.06% tremolite was made by weighing 58.9 mg of pure talc with 1.7 mg of talc containing 2% tremolite (1.7 mg/60.6 mg × 2% = 0.06%). It is not necessary to make a homogeneous mixture since the entire sample was used in the experiment. Also, the talc containing amphibole was put in the tube second in order not to give the amphibole any "head-start" in sinking to the bottom.

The centrifuge method was also tested with a commercial talc. 100 FOV were counted in ten 1-mg samples according to the FDA procedure for amphibole. This was compared with 20 FOV counts on 60-mg centrifuge samples (Fig. 4). The agreement is quite good. The standard deviations were determined in two




FIGURE 3. Percent tremolite in talc as determined by the centrifuge/optical method (shaded bars) compared with that actually present in experimental mixtures (black bars). The dashed part of the shaded bars indicates +2 SD (right arrow) or −2 SD (left arrow).




FIGURE 4. Comparison of traditional (100 FOV) count with centrifuge/optical count of same talc. The three lower bars indicate the values in particles/mg obtained by the centrifuge/optical method for three 60-mg samples. The top bar is the average of ten 100 FOV (traditional method). The dashed part of all the bars is +2 SD.

ways: for the traditional method by calculating in the usual way from multiple analyses and for the centrifuge method by means of the Poisson distribution from single counts. Standard deviations are high for the centrifuge method because of the very few particles counted. These could be decreased by making a larger count, but isnce the purpose of the study was to find a reasonably rapid method of monitoring amphibole content of talcs, larger counts were not generally made.

## Results

High-grade talc products from five deposits in Montana, three in Vermont, and one each in North Carolina and Alabama were examined using the centrifuge/optical method. In addition, four talcs from outside the U.S. but available in the U.S. market were included in this study. Talcs from other districts in the U.S. were examined, but these talcs had grades with less stringent requirements and are not included in this report.

Results of particle counts are shown in Table 1. The FDA has equated 0.1% with 1000 particles per milligram. In order for amphibole particle content to be less than 0.1%, 20 or less particles must be observed in 20 FOV (*5*). Since all were well below this value, more extensive counts were not generally made.

It should be borne in mind that the 0.1% indicated is percent by count and not percent by weight or volume. The question of the validity of this relation has been considered (*5*). Briefly, the relation implies (1000 amphibole particles)/(1,000,000 total particles). Counts of total particles per milligram of talc have shown that 1 million particles per milligram of talc is a low value. Most show at least 2 to 3 times this number. The only exception was a baby powder with very large flakes which showed 0.4 to 0.8 million particles per milligram. It was not clear, however, whether this was a true value or due to the problem of counting where large, flakey particles could potentially hide other particles even in the most carefully prepared samples. Using 1000 particles/mg = 0.1% would, in most samples, give a percentage value on the high side and in this sense be a conservative answer.

The counts shown in Table 1 were made of regulatory fibers i.e., aspect ratio > 3:1. In some samples there were as many or more nonregulatory particles of amphibole as regulatory fibers. The shape of the amphibole varies greatly and seems to be highly characteristic of each deposit. In Table 1, the particles having aspect ratios less than 6:1 are designated cleavages and prismatic pieces. Those greater than 6:1 and less than 15:1 are labeled

**Table 1. Counts of regulatory fibers in processed talcs.**

| Sample | Counts, particles/mg | SD | Particle shapes | Particles/FOV[a] |
|---|---|---|---|---|
| A | 38 | 25 | Cleavages | 3/100 |
| B | ND[b] | | | 0/20 |
| C | ND | | | 0/20 |
| D | < 25[c] | | Cleavages | 0/20 |
| E | ND | | | 0/20 |
| F | ND | | | 0/20 |
| G | ND | | | 0/20 |
| H | 17 | 17 | Cleavages and needles | 2/20 |
| I | 226 | 59 | Needles and fibers | 17/20[d] |
| | 283 | 100 | Needles and fibers | 8/20 |
| | 291 | 98 | Needles and fibers | 9/20 |
| | 341 | 108 | Needles and fibers | 10/20 |
| | 102 | 51 | Needles and fibers | 3/20 |
| J | 25 | 14 | Cleavages | 1/20 |
| | 27 | 27 | Cleavages | 3/20 |
| K | 25 | 25 | Cleavages | 1/20 |
| L | < 10[c] | | Needles | 0/20 |
| M | 39 | 21 | Cleavages and fibers | 4/20 |
| N | 25 | 17 | Prismatic pieces | 3/20 |
| O | ND | | | 0/20 |

[a]FOV, fields of view.
[b]ND, none detected.
[c]No particles seen during a 20 FOV count, but some particles could be seen during a random scan of the filter. Value shown is the lower limit of detection.
[d]Large sample used for this analysis (305 mg).

''needles.'' The remainder, which are greater than 15:1, are labeled ''fibers.'' Whereas in many samples only a few particles were counted as shown in the right-hand column of Table 1, it should be remembered that even if only one particle was present in 20 FOV that about 300 were present on the slide. Because of the low interference by talc particles, these were seen so that it was easy to get a sense of the general particle shape.

The shape distribution of particles for several samples was determined. Figure 5 shows a photograph of a particle of tremolite in sample *I*. The particle is composed of fibrils. The length and width of 100 amphibole particles in this talc were measured. The resulting distribution of aspect ratios is shown in Figure 6. The results when compared with the aspect ratios determinded for tremolite asbestos with SEM by Campbell et al. (*7*) show sample *I* has a distribution similar to asbestos. Sample *M* was analyzed in the same way (Figs. 6 and 7). The graph of aspect ratio verses percent is compared with Campbell's results for nonfibrous tremolite. The similarity of the curves indicates that the tremolite in this talc is of the nonfibrous type.

Because the fractions produced by centrifuge are not generally pure after a single spin-down, a sample containing a variety of particle shapes was tested to see if the aspect ratio distribution results become biased in favor of larger, chunky grains (low aspect ratio) over small, long grains (high aspect ratio). The sample used contained 6.5% tremolite, a sufficient quantity that the traditional optical method could be used to compare with the centifuged sample. The resulting aspect ratio distribution curves (Fig. 8) do not show significant differences. With the traditional method, 69% of the amphibole particles have an aspect ratio of 3:1 or greater, whereas for the centrifuged samples the value is 64%, a variation which is not significant. The differences shown for 5:1 and 10:1 are probably due to the limited number of particles measured, in this test 100 particles in each sample.

Despite the similarity of the curves, the mean length and mean width of the amphibole particles measured using the centrifuge method are greater than those obtained using the traditional method (Table 2). Analysis of size distribution indicates that the proportion larger than 15 $\mu$m is greater in the centrifuged sample. This difference in dimension distribution does not appear, however, to affect the aspect ratio distribution. Other investigators have found that as particles increase in length, the aspect ratio shifts to higher values (*8,9*). This applies to both asbestos and nonasbestiform amphiboles, so presumably the effect of centrifuging down longer particles would be to force the aspect ratio distribution peak to higher values.

## Discussion

The high-grade talc powders are uniformly low in amphibole content. Counts obtained were 0 to 341 particles/mg. Indeed, talc from some districts appears to be completely free of such minerals. In those containing amphibole minerals there are two distinct types: cleavage type and asbestos type. These two types show distinctly different aspect ratio distributions as demonstrated in Figure 6 (samples *I* and *M*). The aspect ratio difference probably accounts in a large part for the higher particle count per milligram of sample *I* compared with the others which show cleavage fragments. It is easy to see that the number of particles showing greater than 3:1 aspect ratio would be greater in the former case even if the total number of particles of amphibole were equal. This observation reinforces the original decision to count particles visually rather than attempting to use X-ray diffraction. It is not wise to try to convert information on dimensions to percent by weight or volume because a few very large particles can drastically affect the resulting value. Campbell et al. (*8*) discuss this in some detail.



FIGURE 5. Particle of amphibole in centrifuged sample *I*. Width of view 0.07 mm and 1.584 refractive index liquid. Particle is on a membrane filter.

Case 3:16-md-02738-MAS-RLS Document 33132-3 Filed 08/23/24 Page 60 of 141
PageID: 250375






FIGURE 6. Percent amphiboles in each aspect ratio group for talc sample *I* (left) and *M* (right) compared with tremolite asbestos (*7*) and tremolite (nonasbestiform) (*7*).



FIGURE 7. Particle of amphibole in centrifuged sample *M*. Width of view 0.07 mm and 1.584 refractive index liquid. Particle is on a membrane filter.




FIGURE 8. Percent amphiboles in each aspect group for a sample handled in two ways: solid line shows results using traditional method and dashed line shows results using centrifuge method. Dimensions of 100 particles measured for each curve.

**Table 2. Summary of size and aspect ratio data used to construct Figure 8.**

| | Size, % | | |
|---|---|---|---|
| Method | 5–10 μm | 10–15 μm | ≥ 15 μm |
| Traditional | 57 | 26 | 16 |
| Centrifuge | 33 | 27 | 38 |
| | Mean length, μm | Mean width, μm | Mean aspect ratio, μm |
| Traditional | 12.5 | 3.0 | 4.4 |
| Centrifuge | 17.5 | 4.7 | 4.6 |

Further, the results from this study demonstrate the utility of the centrifuge method not only for obtaining a count of particles, but also for obtaining information on the shape of particles in a population. It should be emphasized that the aspect ratio curves determined for samples *I* and *M* would have been virtually impossible to obtain using the FDA procedure. The determination would have required examining over 3000 FOV. As indicated previously, many talc flakes on edge appear to be fibers and must be examined during such a scan, making the whole job impossibly tedious.

Finally, even in those cases where one may wish to use the standard 100 FOV count, the centrifuge method offers a way to screen samples between those times when a more lengthy count is made, and it permits a double check of values so determined. In addition, the tendency to bring down a disproportional number of larger particles has the advantage that with true asbestiform amphiboles one generally sees some particles showing bundles of fibrils which removes any doubt about the nature of the amphibole.

## REFERENCES

1. Food and Drug Administration. Asbestos Particles in Food and Drugs. Fed. Reg. 28: 27076–27081 (1973).
2. Occupational Safety and Health Administration. Occupational Exposure to Asbestos, Tremolite, Anthophyllite and Actinolite; Extension of Partial Stay and Amendment of Final Rule. Fed. Reg. 55: 50685–50687 (1990).
3. Occupational Safety and Health Administration. Hazard Communication; Final Rule. Fed. Reg. 25: 53280–53348 (1984).
4. McCrone, L. B. Analysis of Talc by X-Ray Diffraction and Polarized Light Microscopy. NIOSH Report, Contract 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: 0–41, National Institute of Occupational Safety and Health, Cincinnati, OH, 1977.
5. Blount, A. M. Detection and quantification of asbestos and other trace minerals in powdered industrial-mineral samples. AIME Process Mineral. 9: 557–570 (1990).
6. Troger, W. E. Optical determination of rock-forming minerals. E. Schweizerbatt'sche Verlagsbuchhanlung 0–188, Stuttgart, Germany, 1979.
7. Campbell, W. J., Blake, R. L., Brown, L. L., Cather, E. E., and Sjoberg, J. J. Selected Silicate Minerals and Their Asbestiform Varieties. U.S. Bureau of Mines Information Circular 8751: 0–56, Pittsburgh, PA, 1977.
8. Campbell, W. J., Higgins, C. W., and Wylie, A. Chemical and Physical Characterization of Amosite, Chrysotile, and Nonfibrous Tremolite for Oral Ingestion Studies by the National Institute of Environmental Health Sciences. U.S. Bureau of Mines Report of Investigations 8452: 0–63, Pittsburgh, PA, 1980.
9. Wylie, A. G. Relationship between the growth habit of asbestos and the dimensions of asbestos fibers. Mining Engineer. 40: 1036–1040 (1988).

# Exhibit 41

# INTERNATIONAL STANDARD

# ISO 22262-1

First edition
2012-07-01

## Air quality — Bulk materials —

## Part 1:
## Sampling and qualitative determination of asbestos in commercial bulk materials

*Qualité de l'air — Matériaux solides —*

*Partie 1: Échantillonnage et dosage qualitatif de l'amiante dans les matériaux solides d'origine commerciale*

EXHIBIT 4
WIT: Dyar
DATE: 4-2-19
C. Campbell, RDR CRR CSR #13921

Defendant's Exhibit
Atlanta Reporters 866-344-0459
#4 2-5-19 Longo

Reference number
ISO 22262-1:2012(E)

© ISO 2012

**COPYRIGHT PROTECTED DOCUMENT**

© ISO 2012

All rights reserved. Unless otherwise specified, no part of this publication may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying and microfilm, without permission in writing from either ISO at the address below or ISO's member body in the country of the requester.

ISO copyright office
Case postale 56 • CH-1211 Geneva 20
Tel + 41 22 749 01 11
Fax + 41 22 749 09 47
E-mail copyright@iso.org
Web www.iso.org

Published in Switzerland

## Contents

Page

Foreword ... v
Introduction ... vi
1 Scope ... 1
2 Terms and definitions ... 1
3 Symbols and abbreviated terms ... 7
4 Principle ... 8
4.1 General ... 8
4.2 Substance determination ... 8
4.3 Type of sample ... 8
4.4 Range ... 8
4.5 Limit of detection ... 9
4.6 Limitations of PLM in the detection of asbestos ... 9
5 Sample collection ... 9
5.1 Requirements ... 9
5.2 Procedure ... 10
6 Sample preparation ... 14
6.1 General ... 14
6.2 Removal of organic materials by ashing ... 14
6.3 Removal of soluble constituents by acid treatment ... 14
6.4 Sedimentation and flotation ... 14
6.5 Combination of gravimetric reduction procedures ... 14
7 Analysis by PLM ... 14
7.1 Requirements ... 14
7.2 Qualitative analysis by PLM ... 19
8 Analysis by SEM ... 29
8.1 General ... 29
8.2 Requirements ... 29
8.3 Calibration ... 29
8.4 Sample preparation ... 30
8.5 Qualitative analysis by SEM ... 30
9 Analysis by transmission electron microscope ... 31
9.1 General ... 31
9.2 Requirements ... 32
9.3 Calibration ... 32
9.4 Sample preparation ... 33
9.5 Qualitative analysis by TEM ... 33
10 Test report ... 35
Annex A (normative) Types of commercial asbestos-containing material ... 36
Annex B (normative) Interference colour chart ... 40
Annex C (normative) Dispersion staining charts ... 41
Annex D (normative) Asbestos identification by PLM and dispersion staining in commercial materials ... 43
Annex E (normative) Asbestos identification by SEM in commercial materials ... 52
Annex F (normative) Asbestos identification by TEM in commercial materials ... 58
Annex G (informative) Example of sampling record ... 67
Annex H (informative) Example of test report ... 68

© ISO 2012 – All rights reserved 

**Bibliography** ..................................................................................................................................................... 69



© ISO 2012 – All rights reserved

## Foreword

ISO (the International Organization for Standardization) is a worldwide federation of national standards bodies (ISO member bodies). The work of preparing International Standards is normally carried out through ISO technical committees. Each member body interested in a subject for which a technical committee has been established has the right to be represented on that committee. International organizations, governmental and non-governmental, in liaison with ISO, also take part in the work. ISO collaborates closely with the International Electrotechnical Commission (IEC) on all matters of electrotechnical standardization.

International Standards are drafted in accordance with the rules given in the ISO/IEC Directives, Part 2.

The main task of technical committees is to prepare International Standards. Draft International Standards adopted by the technical committees are circulated to the member bodies for voting. Publication as an International Standard requires approval by at least 75 % of the member bodies casting a vote.

Attention is drawn to the possibility that some of the elements of this document may be the subject of patent rights. ISO shall not be held responsible for identifying any or all such patent rights.

ISO 22262-1 was prepared by Technical Committee ISO/TC 146, *Air quality*, Subcommittee SC 3, *Ambient atmospheres*.

ISO 22262 consists of the following parts, under the general title *Air quality — Bulk materials*:

— *Part 1: Sampling and qualitative determination of asbestos in commercial bulk materials*

The following part is under preparation:

— *Part 2: Quantitative determination of asbestos by gravimetric and microscopical methods*

© ISO 2012 – All rights reserved

## Introduction

In the past, asbestos was used in a wide range of products. Three varieties of asbestos found extensive commercial application. Chrysotile accounted for approximately 95 % of consumption, and this variety is therefore likely to be encountered most frequently during the analysis of samples. Materials containing high proportions of chrysotile asbestos were used in buildings and in industry for fireproofing, thermal insulation, and acoustic insulation. Chrysotile was also used to reinforce materials to improve fracture and bending characteristics. A large proportion of the chrysotile produced was used in asbestos–cement products. These include flat sheets, tiles and corrugated sheets for roofing, pipes and open troughs for the collection of rainwater, as well as pressure pipes for supply of potable water. Chrysotile was also incorporated into products such as decorative coatings and plasters, glues, sealants and resins, floor tiles, gaskets, and road paving. In some products, chrysotile was incorporated to modify rheological properties, e.g. in the manufacture of ceiling tile panels and oil drilling muds. Long textile grade chrysotile fibre was also used to manufacture woven, spun, felted and paper products.

Amosite and crocidolite accounted for almost all of the remaining asbestos use. Amosite was widely used as fireproofing and in thermal insulation products, e.g. pipe coverings and insulating boards. Crocidolite was also used as fireproofing and in thermal insulation products, but was particularly prized because it is highly resistant to acids, flexible enough to be spun and has high tensile strength for reinforcement. Crocidolite found application as a reinforcing fibre in acid containers such as those used for lead–acid batteries, in high-performance textiles and gaskets, and was particularly important for the manufacture of high-pressure asbestos cement pipes for delivery of potable water.

Three other types of asbestos are currently regulated. Materials containing commercial anthophyllite are relatively rare, but they have also been used as a filler and reinforcing fibre in composite materials, and as a filtration medium. Tremolite asbestos and actinolite asbestos were not extensively used commercially, but some occurrences of tremolite asbestos in surfacing materials and fireproofing have been found in Japan. Tremolite asbestos and actinolite asbestos sometimes occur as contaminants of other commercial minerals. Other minerals can also occur as asbestos. For example, richterite asbestos and winchite asbestos occur at mass fractions between 0,1 % and 6 % associated with vermiculite, formerly mined at Libby, Montana, USA. Vermiculite from this source was widely distributed and is often found as loose fill insulation and as a constituent in a range of construction materials and fireproofing.

While the asbestos mass fraction in some products can be very high and in some cases approach 100 %, in other products the mass fractions of asbestos used were significantly lower and often between 1 % and 15 %. In some ceiling tile panels, the mass fraction of asbestos used was close to 1 %. There are only a few known materials in which the asbestos mass fraction used was less than 1 %. Some adhesives, sealing compounds and fillers were manufactured in which asbestos mass fractions were lower than 1 %. There are no known materials in which asbestos was intentionally added at mass fractions lower than 0,1 %.

In this part of ISO 22262, procedures for collection of samples and qualitative analysis of commercial bulk materials for the presence of asbestos are specified. The primary method used to identify asbestos is polarized light microscopy. Because of the wide range of matrix materials into which asbestos was incorporated, polarized light microscopy cannot provide reliable analysis of all types of asbestos-containing materials in untreated samples. The applicability of polarized light microscopy can be extended by the use of simple treatments such as ashing and treatment with acid. Optionally, either scanning electron microscopy or transmission electron microscopy may be used as an alternative or confirmatory method to identify asbestos.

Although this part of ISO 22262 specifies that, optionally, a visual estimate of the asbestos mass fraction within very broad ranges may also be made, it is recognized that the accuracy and reproducibility of such estimates is very limited. Quantitative determination of the asbestos content can be needed for a number of reasons, e.g. assessment and management of the risk from asbestos materials in buildings or to comply with regulatory definitions for asbestos-containing materials. The necessity to quantify asbestos in a material depends on the maximum mass fraction that has been adopted by the jurisdiction to define an asbestos-containing material for the purpose of regulation. Definitions range from "any asbestos" to 0,1 %, 0,5 % or 1 %. For jurisdictions in which an asbestos-containing material is defined as one containing "any asbestos", a particular problem is how to determine whether a material does not contain asbestos, since all methods have limits of detection.

 © ISO 2012 – All rights reserved

For practical purposes, since no known commercial materials exist in which commercial asbestos was intentionally added at mass fractions lower than 0,1 %, this part of ISO 22262 specifies that samples be classified as asbestos-containing (i.e. containing more than 0,1 % asbestos) if either chrysotile, amosite, crocidolite or anthophyllite, or any of these varieties in combination, is detected in the analysis. When the definition of an asbestos-containing material is either 0,5 % or 1 %, depending on the nature of the product, it is often necessary to proceed to other parts of this International Standard in order to quantify the asbestos for the purpose of defining the regulatory status of the material.

The occurrence of tremolite, actinolite or richterite/winchite in a material is usually a consequence of natural contamination of the constituents, and the detection of these minerals does not necessarily indicate that the mass fraction is more than 0,1 % asbestos. Accordingly, determination of the regulatory status of these materials by any of the criteria can often be achieved only by quantitative analysis. Since these minerals were not specifically mined and utilized for their fibrous properties, they may also occur in materials as either non-asbestiform or asbestiform analogues, or as mixtures of both. Evaluation of these types of material may require a more detailed analysis.

Simple analytical procedures such as polarized light microscopy are not capable of detecting or reliably identifying asbestos in some types of commercial products containing asbestos, either because the fibres are below the resolution of optical microscopy or because the matrix material adheres too strongly to the fibres. For these types of product, it may be necessary to utilize electron microscopy.

For a list of parts of this International Standard, see the Foreword.

The method specified in this part of ISO 22262 is based on MDHS 77,[11] VDI 3866 Part 1,[13] VDI 3866 Part 4,[14], VDI 3866 Part 5,[15], AS 4964-2004,[8] EPA/600/R-93/116,[10] and NF X46-020:2008.[12]

© ISO 2012 – All rights reserved

# Air quality — Bulk materials — Part 1: Sampling and qualitative determination of asbestos in commercial bulk materials

**IMPORTANT — The electronic file of this document contains colours which are considered to be useful for the correct understanding of the document. Users should therefore consider printing this document using a colour printer.**

## 1 Scope

This part of ISO 22262 specifies methods for sampling bulk materials and identification of asbestos in commercial bulk materials. This part of ISO 22262 specifies appropriate sample preparation procedures and describes in detail the procedure for identification of asbestos by polarized light microscopy and dispersion staining.

This part of ISO 22262 also specifies simple procedures for separation of asbestos fibres from matrix materials such as asphalt, cement, and plastics products. Optionally, identification of asbestos can be carried out using scanning electron microscopy or transmission electron microscopy with energy dispersive X-ray analysis. Information is also provided on common analytical problems, interferences and other types of fibre that may be encountered in the analysis.

This part of ISO 22262 is applicable to qualitative identification of asbestos in specific types of manufactured asbestos-containing products and commercial minerals. This part of ISO 22262 is applicable to the analysis of fireproofing, thermal insulation, and other manufactured products or minerals in which asbestos fibres can readily be separated from matrix materials for identification.

NOTE This part of ISO 22262 is intended for use by microscopists who are familiar with polarized light microscopy methods and the other analytical procedures specified (References [16]–[19]). It is not the intention of this part of ISO 22262 to provide instruction in the fundamental analytical techniques.

## 2 Terms and definitions

For the purposes of this document, the following terms and definitions apply.

**2.1**
**achromat**
microscope objective in which chromatic aberration is corrected for two wavelengths and spherical aberration and other aperture-dependent defects are minimized for one other wavelength (usually about 550 nm)

EXAMPLE One wavelength less than about 500 nm, the other greater than about 600 nm.

NOTE This term does not imply any degree of correction for curvature of image field; coma and astigmatism are minimized for wavelengths within the achromatic range.

[ISO 10934-1:2002,[3] 2.6]

**2.2**
**acicular**
shape shown by an extremely slender crystal with cross-sectional dimensions which are small relative to its length, i.e. needle-like

[ISO 13794:1999,[4] 2.1]

**2.3**
**alpha refractive index**
$\alpha$
lowest refractive index exhibited by a fibre

© ISO 2012 – All rights reserved 

**2.4**
**amphibole**
group of rock-forming ferromagnesium silicate minerals, closely related in crystal form and composition, and having the nominal formula:

$A_{0-1}B_2C_5T_8O_{22}(OH,F,Cl)_2$

where

A is K, Na

B is $Fe^{2+}$, Mn, Mg, Ca, Na

C is Al, Cr, Ti, $Fe^{3+}$, Mg, $Fe^{2+}$

T is Si, Al, Cr, $Fe^{3+}$, Ti

NOTE In some varieties of amphibole, these elements can be partially substituted by Li, Pb, or Zn. Amphibole is characterized by a cross-linked double chain of Si-O tetrahedra with a silicon:oxygen ratio of 4:11, by columnar or fibrous prismatic crystals and by good prismatic cleavage in two directions parallel to the crystal faces and intersecting at angles of about 56° and 124°.

[ISO 13794:1999,[4] 2.2]

**2.5**
**amphibole asbestos**
amphibole in an asbestiform habit

[ISO 13794:1999,[4] 2.3]

**2.6**
**analyser**
polar used after the object to determine optical effects produced by the object on the light, polarized or otherwise, with which it is illuminated

NOTE It is usually positioned between the objective and the primary image plane.

[ISO 10934-1:2002,[3] 2.117.1]

**2.7**
**anisotropy**
state or quality of having different properties along different axes

EXAMPLE An anisotropic transparent particle can show different refractive indices with the vibration direction of incident light.

**2.8**
**asbestiform**
specific type of mineral fibrosity in which the fibres and fibrils possess high tensile strength and flexibility

[ISO 13794:1999,[4] 2.6]

**2.9**
**asbestos**
term applied to a group of silicate minerals belonging to the serpentine and amphibole groups which have crystallized in the asbestiform habit, causing them to be easily separated into long, thin, flexible, strong fibres when crushed or processed

NOTE 1 The Chemical Abstracts Service Registry Numbers of the *most common* asbestos varieties are: chrysotile (12001-29-5), crocidolite (12001-28-4), grunerite asbestos (amosite) (12172-73-5), anthophyllite asbestos (77536-67-5), tremolite asbestos (77536-68-6) and actinolite asbestos (77536-66-4).



© ISO 2012 – All rights reserved

[ISO 13794:1999,[4] 2.7]

NOTE 2 Other varieties of asbestiform amphibole, such as richterite asbestos and winchite asbestos (Reference [20]), are also found in some products such as vermiculite and talc.

**2.10**
**aspect ratio**
ratio of length to width of a particle

[ISO 13794:1999,[4] 2.10]

**2.11**
**Bertrand lens**
intermediate lens which transfers an image of the back focal plane of the objective into the primary image plane

NOTE The Bertrand lens is used for conoscopic observation in polarized light microscopy and for adjustment of the microscope illuminating system, especially in phase-contrast and modulation-contrast microscopy.

[ISO 10934-1:2002,[3] 2.87.2]

**2.12**
**birefringence**
quantitative expression of the maximum difference in refractive index due to double refraction

[ISO 10934-1:2002,[3] 2.16]

**2.13**
**camera length**
equivalent projection length between the specimen and its electron diffraction pattern, in the absence of lens action

[ISO 13794:1999,[4] 2.12]

**2.14**
**chrysotile**
fibrous mineral of the serpentine group which has the nominal composition:

$Mg_3Si_2O_5(OH)_4$

NOTE Most natural chrysotile deviates little from this nominal composition. In some varieties of chrysotile, minor substitution of silicon by $Al^{3+}$ may occur. Minor substitution of magnesium by $Al^{3+}$, $Fe^{2+}$, $Fe^{3+}$, $Ni^{2+}$, $Mn^{2+}$ and $Co^{2+}$ may also be present. Chrysotile is the most prevalent type of asbestos.

[ISO 13794:1999,[4] 2.13]

**2.15**
**cleavage**
breaking of a mineral along one of its crystallographic directions

[ISO 13794:1999,[4] 2.14]

**2.16**
**cleavage fragment**
fragment of a crystal that is bounded by cleavage faces

NOTE Crushing of non-asbestiform amphibole generally yields elongated fragments that conform to the definition of a fibre, but rarely have aspect ratios exceeding 30:1.

**2.17**
**crossed polars**
state in which the polarization directions of the polars (polarizer and analyser) are mutually perpendicular

[ISO 10934-1:2002,[3] 2.117.2]

© ISO 2012 – All rights reserved

**2.18**
***d*-spacing**
distance between identical adjacent and parallel planes of atoms in a crystal

[ISO 13794:1999,[4] 2.18]

**2.19**
**dispersion**
variation of refractive index with wavelength of light

[ISO 7348:1992,[1] 05.03.26]

**2.20**
**dispersion staining**
effect produced when a transparent object is immersed in a surrounding medium, the refractive index of which is equal to that of the object at a wavelength in the visible range, but which has a significantly higher optical dispersion than the object

NOTE Only the light refracted at the edges of the object is imaged, and this gives rise to colours at the interface between the object and the surrounding medium. The particular colour is a measure of the wavelength at which the refractive index of the object and that of the medium are equal.

**2.21**
**electron diffraction**
technique in electron microscopy by which the crystal structure of a specimen is examined

[ISO 13794:1999,[4] 2.19]

**2.22**
**electron scattering power**
extent to which a thin layer of substance scatters impinging electrons from their original directions

[ISO 13794:1999,[4] 2.20]

**2.23**
**energy dispersive X-ray analysis**
**EDXA**
measurement of the energies and intensities of X-rays by use of a solid-state detector and multichannel analyser system

[ISO 13794:1999,[4] 2.22]

**2.24**
**eucentric**
condition in which the area of interest of an object is placed on a tilting axis, at the intersection of the electron beam with that axis, and is in the plane of focus

[ISO 13794:1999,[4] 2.23]

**2.25**
**extinction**
condition in which an optically anisotropic object appears dark when observed between crossed polars

[ISO 10934-1:2002,[3] 2.51]

NOTE Extinction occurs when the vibration directions of the crystal are parallel to the vibration directions in the polarizer and analyser.

**2.26**
**extinction angle**
angle between the extinction position and the position at which the length of a fibre is parallel to the polarizer or analyser vibration directions

 © ISO 2012 – All rights reserved

**2.27**
**fibril**
single fibre of asbestos which cannot be further separated longitudinally into smaller components without losing its fibrous properties or appearances

[ISO 13794:1999,[4] 2.25]

**2.28**
**fibre**
elongated particle which has parallel or stepped sides

[ISO 13794:1999,[4] 2.26]

NOTE For the purposes of this part of ISO 22262, a fibre is defined to have an aspect ratio greater than or equal to 3:1.

**2.29**
**fibre bundle**
structure composed of parallel, smaller diameter fibres attached along their lengths

NOTE A fibre bundle may exhibit diverging fibres at one or both ends.

[ISO 13794:1999,[4] 2.27]

**2.30**
**gamma refractive index**
$\gamma$
highest refractive index exhibited by a fibre

**2.31**
**habit**
characteristic crystal growth form, or combination of these forms, of a mineral, including characteristic irregularities

[ISO 13794:1999,[4] 2.30]

**2.32**
**high-efficiency particulate air filter**
**HEPA**
filter that is at least 99,97 % efficient by volume on 0,3 µm particles

[ISO 14952-1:2003,[6] 2.13]

**2.33**
**isotropic**
having the same properties in all directions

[ISO 14686:2003,[5] 2.23]

**2.34**
**Köhler illumination**
method of illuminating specimens in which an image of the illumination source is projected by a collector into the plane of the aperture diaphragm in the front focal plane of the condenser, which then projects an image of an illuminated field diaphragm at the opening of the collector into the specimen plane

**2.35**
**lamda zero**
$\lambda_0$
matching wavelength corresponding to the dispersion staining colour shown by a particle in an immersion medium

NOTE At this wavelength, the particle and the immersion medium have the same refractive index.

© ISO 2012 – All rights reserved

**2.36**
**matrix**
material in a laboratory sample within which fibres are dispersed

**2.37**
**Miller index**
set of either three or four integer numbers used to specify the orientation of a crystallographic plane in relation to the crystal axes

[ISO 13794:1999,[4] 2.33]

**2.38**
**pleochroism**
property of an optically anisotropic medium by which it exhibits different brightness and/or colour for different directions of light propagation, or for different vibrations, on account of variation in selective spectral absorption of transmitted light

**2.39**
**polarized light**
light in which the vibrations are partially or completely suppressed in certain directions at any given instant

NOTE The vector of vibration may describe a linear, circular or elliptical shape.

[ISO 10934-1:2002,[3] 2.88.1]

**2.40**
**polarizer**
polar placed in the light path before the object

[ISO 10934-1:2002,[3] 2.117.4]

**2.41**
**polar**
device which selects plane-polarized light from natural light

[ISO 10934-1:2002,[3] 2.117]

**2.42**
**refractive index**
$n$
ratio of the speed of light (more exactly, the phase velocity) in a vacuum to that in a given medium

[ISO 10934-1:2002,[3] 2.124]

**2.43**
**retardation**
difference in optical path length expressed in wavelengths, length units or phase angles between two mutually perpendicular plane-polarized waves

[ISO 10934-1:2002,[3] 2.128]

**2.44**
**selected area electron diffraction**
technique in electron microscopy in which the crystal structure of a small area of a sample is examined

[ISO 13794:1999,[4] 2.38]

 © ISO 2012 – All rights reserved

**2.45**
**serpentine**
group of common rock-forming minerals having the nominal formula:

$Mg_3Si_2O_5(OH)_4$

[ISO 13794:1999,[4] 2.39]

**2.46**
**sign of elongation**
description of the directions of the high and low refractive indices in a fibre

NOTE The fibre is described as positive when the higher refractive index is parallel to the length of the fibre, and negative when the lower refractive index is parallel to the length of the fibre.

**2.47**
**temperature coefficient of refractive index**
measure of the change of refractive index of a substance with temperature

**2.48**
**twinning**
occurrence of crystals of the same species joined together at a particular mutual orientation, and such that the relative orientations are related by a definite law

[ISO 13794:1999,[4] 2.41]

**2.49**
**unopened fibre**
large diameter asbestos fibre bundle that has not been separated into its constituent fibrils or fibres

[ISO 13794:1999,[4] 2.42]

**2.50**
**zone-axis**
line or crystallographic direction through the centre of a crystal which is parallel to the intersection edges of the crystal faces defining the crystal zone

[ISO 13794:1999,[4] 2.43]

## 3 Symbols and abbreviated terms

| | |
|---|---|
| $\frac{dn}{dT}$ | change of RI of an immersion medium per degree Celsius change of temperature |
| $n_D^{25}$ | RI of a liquid for the sodium D line (589,3 nm) and at a temperature of 25 °C |
| $\alpha$ | lowest RI of an anisotropic particle |
| $\beta$ | intermediate RI of an anisotropic particle |
| $\gamma$ | highest RI of an anisotropic particle |
| $\lambda_0$ | wavelength at which the RI of a particle is equal to the RI of the liquid in which it is immersed |
| ED | electron diffraction |
| EDXA | energy dispersive X-ray analysis |
| FWHM | full width, half maximum |

© ISO 2012 – All rights reserved

| | |
|---|---|
| HEPA | high-efficiency particle absolute |
| MEC | mixed esters of cellulose |
| PC | polycarbonate |
| PCOM | phase contrast optical microscopy |
| PLM | polarized light microscopy |
| RI | refractive index |
| SAED | selected area electron diffraction |
| SEM | scanning electron microscopy |
| TEM | transmission electron microscopy |

## 4 Principle

### 4.1 General

A suitable tool is used, in compliance with the relevant safety regulations, to take a sample from the material to be analysed. The sample is then appropriately packed and labelled for transportation to the laboratory.

A representative sample of the bulk material is initially examined using a stereo-binocular microscope. Typical fibres are removed using tweezers and mounted in appropriate liquid immersion media on slides for examination by polarized light microscopy. Asbestos fibres are identified based on morphology, colour, pleochroism, and the $\alpha$ (lowest) and $\gamma$ (highest) refractive indices qualitatively assessed using the dispersion staining technique. Detection of commercial asbestos (chrysotile, amosite, crocidolite or anthophyllite), either alone or in combination, is assumed to indicate that the asbestos is present at a mass fraction exceeding 0,1 %. Optionally, a visual estimate of the asbestos mass fraction is reported in one of several broad mass fraction ranges. Tremolite, actinolite and richterite/winchite are identified by the same procedure, but since they are usually present as contaminants of mineral products, detection of these minerals does not provide information as to their minimum mass fraction. Optionally, fibres may be identified by SEM or TEM.

### 4.2 Substance determination

This International Standard specifies a number of reference methods for determination of asbestos in solid materials. This part of ISO 22262 provides a method for qualitative analysis of specific commercial products for the presence of asbestos (chrysotile, amosite, crocidolite, tremolite, actinolite, anthophyllite and richterite/winchite). Other parts of this International Standard provide methods for the analysis of specific types of commercial products for which the use of PLM on the untreated sample yields unacceptable rates of error, and for the quantification of asbestos in the low mass fraction range below approximately 5 %.

### 4.3 Type of sample

The method specified in this part of ISO 22262 is applicable to sampling and analysis of commercial products from which individual fibres of asbestos can be manually separated from the matrix material, either by picking fibres from surfaces and newly fractured surfaces, or after chemical treatments, acid extraction or ashing, such that the fibres can be identified by one of the specified identification methods. This part of ISO 22262 is generally applicable to asbestos-containing building materials such as fireproofing, thermal pipe and boiler insulations, asbestos cement, plasters, roofing, and other similar materials. The method is also applicable to the identification of asbestos in a range of other industrial minerals and materials.

### 4.4 Range

Experience from proficiency testing has shown that the range of this part of ISO 22262, when it is applied to a suitably prepared sample in which the asbestos fibres are sufficiently large to be optically visible using a low-

 © ISO 2012 – All rights reserved

magnification stereomicroscope, is from less than 0,1 % to 100 %. The lower end of the range can be extended downwards by use of appropriate techniques.

### 4.5 Limit of detection

The limit of detection of this method is defined as the detection and identification of one fibre or fibre bundle in the amount of sample examined. The limit of detection that can be achieved depends on:

a) the nature of the matrix of the sample;

b) the size of the asbestos fibres and bundles;

c) the use of appropriate sample preparation and matrix reduction procedures;

d) the amount of time expended on examination of the sample;

e) the method of analysis used — PLM, SEM or TEM.

With appropriate matrix reduction procedures that are tailored to the nature of the sample, the limit of detection can be significantly lower than 0,01 %.

### 4.6 Limitations of PLM in the detection of asbestos

The ability to detect and identify asbestos by PLM is limited by the resolution of the optical microscope and sometimes by the masking effects of other materials that comprise the balance of the sample. Asbestos fibres with widths below approximately 0,2 µm are unlikely to be detected by PLM. However, for all varieties of amphibole asbestos, and most varieties of chrysotile, a large proportion of the mass comprises fibres that exceed this width and, because of this, asbestos can be reliably detected by PLM. Accordingly, provided that the nature of the matrix material on the microscope preparation is such that it does not obscure any asbestos fibres that might be present, a non-detected result by PLM indicates that the mass fraction of asbestos is below the limit of detection.

One commercial source of chrysotile presents problems of detection by PLM. Chrysotile originating from the Coalinga deposit in California, USA, contains no fibrils longer than approximately 30 µm and, if these are well dispersed in a sample matrix, the majority of the chrysotile is below the size that can be reliably detected and identified by PLM. The range of application of Coalinga chrysotile is limited to floor tiles, ceiling tiles, drywall joint compounds, mastics, paints, sealants, adhesives, drilling mud, moulded cement building products, and as filler in some plastics. There is a high probability that this variety of chrysotile may not be detected by PLM, even when present in high mass fractions. The size distribution of Coalinga chrysotile makes it unsuitable for most other applications in which asbestos was used and the possibility that it will be encountered in other types of product can generally be discounted. If, on the basis of PLM examination, Coalinga chrysotile is suspected to be present, it is recommended that the sample be examined by electron microscopy.

Asbestos fibres may not be detected by PLM because they are obscured by the matrix of the sample. The matrix reduction methods specified in this part of ISO 22262 are intended to minimize the possibility of failing to detect asbestos in such samples.

## 5 Sample collection

### 5.1 Requirements

**5.1.1 Sampling apparatus**. Depending on the nature of the material to be sampled, an appropriate tool is required for collection of the sample. If the material is soft, such as thermal insulation or fireproofing, a knife or scalpel may be sufficient. In other situations, a cork borer may be used to sample all of the layers of a layered material. If the material is hard, e.g. asbestos–cement, tools such as pliers, a wire cutter, hammer and chisel or rotating hole saw can be needed.

© ISO 2012 – All rights reserved

**5.1.2 HEPA vacuum cleaner**. A HEPA vacuum cleaner, approved for asbestos, is required for cleaning around the sampling location after collection of the sample to minimize dispersion of asbestos-containing dust or particulate matter.

**5.1.3 Materials and supplies for sampling**.

**5.1.3.1 Wetting agent**. A wetting agent may be used to limit the generation of airborne dust during the collection of the sample. Water, or water to which a small amount of surfactant has been added, may be applied to the surface before sampling using a spray bottle or brush.

**IMPORTANT If a sample is being collected for the purpose of product identification, use no wetting agent, since this may result in alteration of the sample composition by addition of surfactant, and by dissolution and loss of water-soluble constituents.**

**5.1.3.2 Filler**. After collection of the sample, a minor repair may be necessary to seal the damaged area. Depending on the circumstances, spray paint, touch-up paint or plaster may be used.

**5.1.3.3 Sample containers**. Appropriate dust-tight containers are required for packaging the sample. Plastic bags with "zip" closures or bottles with screw caps may be used.

**5.1.3.4 Labels**. A method for labelling samples is required. Self-adhesive paper labels may be used. Alternatively, a waterproof marker may be sufficient for field use.

**5.1.3.5 Dust mask**. A dust mask with filter approved for respiratory protection against airborne asbestos fibres. Approved filters conform to either the National Institute for Occupational Safety and Health (NIOSH) P100 or the European Standard EN 143[9] P3 specification. Other types of personal protective equipment may be used if warranted by the situation.

**5.1.3.6 Light**. Either a flashlight or an appropriate light source is required for collection of samples in dark locations.

**5.1.3.7 Plastic bags**. Labelled plastic bags of appropriate size that can be closed tightly and are required to collect the waste generated during sampling. Bags containing waste should be placed inside another tightly closed plastic bag.

**5.1.3.8 Cleaning supplies**. Cleaning materials, such as disposable paper towels and a supply of water, are required for cleaning sampling tools to avoid cross-contamination between samples.

**5.1.3.9 Location identifiers.** The use of some means of identifying the precise location from which each sample is taken is recommended, since it may be necessary to resample the material at a later date to resolve discrepancies if they arise. A location identifier is invaluable if the sample collected is found not to be representative of the overall area, such as if the sample has been taken from a patch in a location that has been repaired. A specific colour of spray paint, or appropriate permanent labels applied to the precise location, may be used.

## 5.2 Procedure

### 5.2.1 Safety precautions

Handling asbestos is regulated by many jurisdictions, and regulations often specify a variety of procedures to ensure that individuals performing work and those in close proximity are not exposed to excessive concentrations of airborne asbestos. Exceptions from the regulations are generally permitted for some types of activity that are minimally invasive, such as the removal of material samples for analysis.

**IMPORTANT — Care is necessary during sampling of materials that may contain asbestos, and precautions should be taken to avoid creating and inhaling airborne asbestos particles when sampling materials suspected of containing asbestos. If the handling instructions in this clause are followed, it may be**

 © ISO 2012 – All rights reserved

**assumed that the level of dust meets the thresholds of safety defined in the regulations. In exceptional cases, more extensive precautions may be necessary to prevent the release of airborne fibres.**

Sometimes different materials may have been applied to a surface as several layers. It is recommended that samples of all of the individual layers be collected. If a borer or hole-sawing device is used to penetrate several layers, the device should be operated so that it rotates slowly. This ensures that only coarse turnings are produced. High-speed devices are not recommended, since it is then necessary to take more complex safety precautions such as local suction and filtration to collect the dust generated.

### 5.2.2 Sample size requirements

#### 5.2.2.1 General

Although only a few milligrams of sample are required for the analytical methods specified, it is necessary to take into account the homogeneity of the material, and to ensure that the sample is of sufficient size to be representative of the material under investigation. If inspection shows that the material is finely divided and homogeneous when examined visually, or if the nature of the material is recognized as such from previous knowledge, a minimum sample size of approximately 1 $cm^3$ generally provides sufficient material for analysis. However, a minimum volume of 10 $cm^3$ is recommended for materials such as sprayed fireproofing, and as much as 1 000 $cm^3$ for materials such as loose-fill vermiculite.

#### 5.2.2.2 Representative sample

A wide range of asbestos-containing materials was used in the past. Experience is very valuable in the selection of the materials to be sampled and sampling can be facilitated by the use of all available prior knowledge about the materials or components from which the sample is being collected. It is essential that the sample collected be representative of the composition of the product with respect to its asbestos content. Although many asbestos-containing materials may seem to be homogeneous when visually examined, they can be quite inhomogeneous in the microscopic size range. This is particularly the case for materials such as texture coats, in which the fragments of aggregate are significantly larger than the other constituents of the material.

In some types of material, particularly those that have been mixed at a building site, rather than a commercial product manufactured and mixed under a formulation and quality control procedure, the asbestos may not be distributed homogeneously within the material. For these types of materials, it is necessary to collect a larger sample to ensure that the sample is representative of the material.

It is recommended that a portion of the sample be archived, because further examination of the sample is often the only way in which potential questions can be resolved.

In addition to the problem of inhomogeneity, the possibility that repairs using materials from different sources may have occurred needs to be considered. For example, during renovation or repairs, some asbestos-free ceiling tiles may have been installed in a suspended ceiling, the balance of which contain asbestos, for no other reason than such ceiling tiles were readily available at the time. During repairs or rebuilding, other materials of the same appearance, but having different compositions, may have been used to repair damage to fireproofing, thermal insulation or bulkheads.

It is important to recognize that the analytical result relates only to the actual sample tested. If the sample collected is not representative, the result will not be representative of the material.

Annex A, which lists the asbestos-containing materials most frequently used, provides guidance for identifying different types of material.

#### 5.2.2.3 Number of samples

The number of samples to be taken is dependent on the nature of the material, whether the material is homogeneous or inhomogeneous, and the size of the area under consideration. In the case of materials known from prior experience to be homogeneous, it may be sufficient to collect one sample, although collection of more than one sample provides additional confidence that the results are representative of the material being sampled. When materials are suspected to be inhomogeneous, it is necessary to collect several samples and

© ISO 2012 – All rights reserved

to ensure that each of the samples is of sufficient size. If it is intended to determine the range of asbestos content in an area of material, it is necessary to analyse all of the samples individually. Otherwise, such samples may be combined before analysis in order to ensure that the sample analysed represents the mean asbestos mass fraction of the material.

#### 5.2.2.4 Precautions to avoid cross-contamination between samples

It is most important that precautions be taken to ensure that cross-contamination of samples does not occur. Clean all tools used for collecting samples prior to initial use and again after collection of each sample. Use a new and unused container or plastic bag for each sample, and double-bag each sample.

#### 5.2.2.5 Sampling strategy

Selection of the sampling locations depends on the type of area being sampled and on the nature of the product suspected to contain asbestos.

The selection of the sampling locations shall be made in accordance with any national regulations.

The material being sampled may be known to be homogeneous, e.g. a manufactured packing material or sheet material. Samples should be collected at locations that are as inconspicuous as possible. Locations that exhibit prior superficial damage or locations behind readily detached covers are particularly suitable, provided that there are no reasons to suspect that the material in such locations is not representative.

**IMPORTANT — Ensure that the sampling location is not at a position where repair using a different material has previously occurred.**

If the material under test has a layered structure, e.g. in the case of multilayer pipe insulations or multilayer floor coverings, include all layers of the material in the collected sample. Include any coverings or adhesive layers, such as coatings or glues. Do not attempt to separate the layers under field conditions; separation of individual layers for analysis is best performed under controlled conditions in the laboratory.

If the product under test is behind a wall cladding or other covering, power sockets or light switch recesses are frequently suitable as locations for collection of material samples. If it is not possible to gain access in this manner, it is necessary to cut the claddings or coverings open in order to enable sample collection. These openings should be made at a location that detracts from the visual appearance as little as possible, e.g. behind baseboards.

#### 5.2.2.6 Taking the samples

Release of airborne asbestos fibres from asbestos-containing materials may occur before or during the sampling. The use of containment measures may be necessary. If the material is such that a significant release of airborne asbestos fibres may occur during collection of the sample, sample carefully and moisten the sampling location with water from a spray bottle, a water-soaked brush or a moist paper towel. A moist paper towel is also useful to clean contaminated surfaces after the sample has been collected.

Water should not be used if samples are being collected in the vicinity of operating electrical equipment.

a) For many types of homogeneous material, it is usually possible to collect small amounts of sample without visibly defacing the material and without incurring any significant release of airborne fibres.

b) If the material appears to be homogeneous, collect a sample area more than 1 $cm^2$ in the case of thin materials, or a volume greater than 1 $cm^3$ in the case of materials having a thickness of several centimetres. Remove the sample by breaking it off with pincers or preferably using a sharp cutting tool. If the material appears to be inhomogeneous, collect a sufficient amount of sample to give confidence that the volume of sample is representative of the material.

c) Place each sample in an individual dust-tight container.

d) Wipe the sampling site and the immediate surroundings, keeping them moist, or clean the area around the sample location using a vacuum cleaner with a HEPA filter.

 © ISO 2012 – All rights reserved

e) If necessary, seal the exposed surface from which the sample was taken using touch-up paint, glue or other appropriate sealant.

f) Affix, if applicable and agreed to by the facility administration, a permanent identification marker to the exact location from which the sample is removed.

#### 5.2.2.7 Sample labelling

Label the sample container clearly, either by using a permanent marker pen or by attaching a permanent adhesive label. Confirm that the sample label corresponds to the information on any identification marker affixed to the sampling location.

#### 5.2.2.8 Sampling record

Make a record of the sample that contains at least the following information:

a) full description of the type of material;

EXAMPLE Thermal insulation, board, floor tile.

b) all details recorded on the sample label;

c) precise description of the sampling location;

d) building identification;

e) identification of the room (if applicable);

f) location in the room from which the sample was collected;

g) the date that the sample was collected;

h) the name of the person who collected the sample;

i) whether the sample is a composite derived from the combination of separately collected samples;

j) whether the sample is a multilayer sample — for multilayer samples, the positions of each of the relevant layers shall be noted.

If the sampling location is not adequately specified by the details specified in a) to f), then, in addition:

k) make a sketch or take a photograph (record the number of the photograph); or, record the position from which the sample was taken on a plan of the building (the drawing identification shall also be noted in the record);

l) report any other relevant data that are available with respect to the sample.

An example of a suitable sampling record is shown in Annex G.

#### 5.2.2.9 Chain of custody

If there is any possibility that the results of sampling and analysis will be subject to litigation or legal scrutiny, it is most important that records be made of all transfers of samples between individuals, starting with the individual who collected the samples through to acceptance of the samples by the analyst. A chain of custody form shall be used for this purpose, on which the date of each transfer and the name of each individual who has relinquished or accepted possession of the samples are recorded.

#### 5.2.2.10 Storage and transport

The samples shall be packaged in dust-tight containers (double if necessary) and a label shall be affixed to the package of samples, indicating that they may contain asbestos. Take care to ensure that unauthorized persons do not have access to the samples. There are no special requirements with respect to climate conditions

© ISO 2012 – All rights reserved

for storage and transport of the samples. After the samples have been analysed, they shall be archived for whatever period of time is specified by the individual submitting them to the analytical laboratory.

## 6 Sample preparation

### 6.1 General

It is sometimes not possible to identify asbestos in bulk materials because of interference by other constituents, either because the mass fraction of asbestos is too low or because the asbestos is so inhomogeneously distributed that a large amount of the sample would need to be examined in order to reliably detect the asbestos that is present. In these cases, various chemical or physical preparation methods can be used prior to the microscopic examination to remove a large proportion of the non-asbestos constituents, thus facilitating the detection of asbestos in the smaller amount of material that remains.

### 6.2 Removal of organic materials by ashing

Chrysotile is often difficult to detect when mixed with large amounts of cellulose, or if it is well dispersed in organic matrices such as asphalt or poly(vinyl chloride) (PVC). Also, some other organic fibres such as spider webs and wool have optical properties similar to those of chrysotile. Ashing of the sample at a temperature of 485 °C for a period of approximately 10 h removes the organic constituents with very little effect on the optical properties of chrysotile. Although the colour and optical properties of amosite and crocidolite are altered by this oxidation treatment as a consequence of conversion of some ferrous iron [Fe(II)] to ferric iron [Fe(III)], many of the fibres can often still be identified by PLM. The optical properties of tremolite, actinolite, anthophyllite and richterite/winchite are almost unaffected by this treatment. The heat treatment does not otherwise affect the composition of any of the asbestos varieties, and they can all be identified by electron microscopy after the treatment.

### 6.3 Removal of soluble constituents by acid treatment

Matrix constituents such as calcite and gypsum often coat asbestos fibres so that their optical properties cannot be reliably examined. These constituents also often constitute a large proportion of the sample mass. Stirring of a sample in 2 mol/l hydrochloric acid for approximately 15 min removes many matrix constituents, and this improves the ability to identify and quantify asbestos. The acid treatment slightly reduces the refractive indices of chrysotile, and it is necessary to account for this when identifying chrysotile by PLM. Do not heat chrysotile in acid at temperatures exceeding 60 °C. This acid treatment does not affect the optical properties of any of the other asbestos varieties.

### 6.4 Sedimentation and flotation

Some materials contain large sizes of aggregate or sand that can be separated in water suspension by sedimentation or flotation. A large proportion of constituents such as vermiculite or perlite can be separated by flotation. Sand or small solid aggregate sediment in water much more rapidly than most of the asbestos, and in some samples a large proportion of the sand or aggregate can be separated from the fraction that contains any asbestos.

### 6.5 Combination of gravimetric reduction procedures

The procedures specified in 6.2, 6.3 and 6.4 may be combined as appropriate for the particular sample.

It is generally recommended that the procedures be used sequentially in the order given.

## 7 Analysis by PLM

### 7.1 Requirements

**7.1.1 Stereo-binocular microscope**, for initial observation of samples. The examination is facilitated if the microscope has a continuous range of magnification from approximately 10× to 40×.

 © ISO 2012 – All rights reserved

**7.1.2 Polarized light microscope**, capable of Köhler (or Köhler-type) illumination is needed for fibre identification. The following optical accessories are necessary:

a) light source with blue "daylight" filter;

b) focusing sub-stage condenser with a numerical aperture (NA) greater than or equal to that of the objective in use, with a field-limiting adjustable aperture;

c) focusing ocular with magnification of 10 times or 12 times, with a cross-hair graticule;

d) strain-free objectives with magnifications of 4 times, 10 times, and 40 times or similar magnifications;

e) polarizer and removable analyser, the vibration directions of which can be adjusted such that they are at 90° to each other, and can be aligned with the cross-hair in the focusing ocular;

f) slot between the polarizer and analyser to allow accessory plates to be inserted at an angle of 45° to the polarizer and analyser vibration directions;

g) removable retardation plate with approximately 530 nm retardation, with known slow and fast vibration directions;

h) dispersion staining objective with magnification of 10 times or 40 times, or a demonstrated functional equivalent (MDHS 77[11]);

i) Bertrand lens or a focusing telescopic ocular to allow observation of the back focal plane of the objective lens;

j) level rotating specimen stage for which the centre of rotation can be centred relative to the optical axis of the microscope for each of the objective lenses.

**7.1.3 Dust extract hood**. Handling and manipulation of bulk materials suspected to contain asbestos shall be performed in a suitable dust extract hood, so that neither the analyst nor the laboratory environment is exposed to airborne asbestos fibres.

**7.1.4 Sample preparation**.

**7.1.4.1 Refractive index liquids**. The majority of commercial asbestos-containing products contain only chrysotile, amosite or crocidolite, or mixtures of these three types of asbestos. Identification of these three types of asbestos can be achieved using liquids of RI 1,550, 1,680 and 1,700. The RI values of these liquids are specified for light of wavelength 589,3 nm (sodium D line) at a temperature of 25 °C.

For identification of tremolite, actinolite, anthophyllite and richterite/winchite, RI liquids in the range 1,605 to 1,660 are required, at intervals of 0,005.

Suitable calibrated RI liquids are commercially available, and a set of liquids with RIs from 1,500 to 1,700, at intervals of 0,005, gives sufficient range and discrimination.

If commercially available RI liquids cannot be obtained, a set of liquids sufficient for use in this part of ISO 22262 can be prepared (References [16][21]) using common chemical reagents as specified in Table 1.

© ISO 2012 – All rights reserved

**Table 1 — Reagents for preparation of RI immersion media**

| Reagent | $n_D^{25}$ | $\frac{dn}{dT}$ |
|---|---|---|
| Glycerol triacetate | 1,427 7 | −0,000 48 |
| Ethyl cinnamate | 1,557 4 | −0,000 48 |
| Bromobenzene | 1,557 0 | −0,000 54 |
| Iodobenzene | 1,617 3 | −0,000 54 |
| 1-Chloronaphthalene | 1,630 4 | −0,000 44 |
| 1-Bromonaphthalene | 1,658 0 | −0,000 45 |
| 1-Iodonaphthalene | 1,700 4 | −0,000 44 |
| Diiodomethane | 1,739 0 | −0,000 70 |
| Commercially available RI media, and the reagents listed here, should be used in accordance with applicable safety precautions. | | |

Table 2 shows the mixtures of reagents required to prepare a set of RI immersion media. The three primary RI liquids for identification of chrysotile, amosite and crocidolite are indicated in Table 2 in bold type (1,550, 1,680 and 1,700). Tremolite, actinolite or anthophyllite can often be identified using only RI liquids 1,605 and 1,630, also indicated in Table 2 in bold type. Tremolite, actinolite or anthophyllite may be encountered in which the refractive indices are high because of increased iron mass fraction, and use of other RI liquids in Table 2 may be necessary in order to assess the refractive indices.

**Table 2 — Mixtures and single compounds required for RI liquids**

| Liquid $n_D^{25}$ | Liquid 1 | Volume fraction, liquid 1<br>% | Liquid 2 | Volume fraction, liquid 2<br>% | $\frac{dn}{dT}$ |
|---|---|---|---|---|---|
| 1,545 | Ethyl cinnamate | 90,44 | Glycerol triacetate | 9,56 | −0,000 48 |
| **1,550** | **Ethyl cinnamate** | **94,30** | **Glycerol triacetate** | **5,70** | **−0,000 48** |
| 1,555 | Ethyl cinnamate | 98,15 | Glycerol triacetate | 1,85 | −0,000 48 |
| 1,560 | Bromobenzene | 95,03 | Iodobenzene | 4,97 | −0,000 54 |
| **1,605** | **Iodobenzene** | **79,60** | **Bromobenzene** | **20,40** | **−0,000 54** |
| 1,610 | Iodobenzene | 87,89 | Bromobenzene | 12,11 | −0,000 54 |
| 1,615 | Iodobenzene | 96,19 | Bromobenzene | 3,81 | −0,000 54 |
| 1,620 | 1-Chloronaphthalene | 85,83 | Bromobenzene | 14,17 | −0,000 45 |
| 1,625 | 1-Chloronaphthalene | 92,64 | Bromobenzene | 7,36 | −0,000 45 |
| **1,630** | **1-Chloronaphthalene** | **100** | — | — | **−0,000 44** |
| 1,635 | 1-Bromonaphthalene | 78,99 | Bromobenzene | 21,01 | −0,000 47 |
| 1,640 | 1-Bromonaphthalene | 84,05 | Bromobenzene | 15,95 | −0,000 46 |
| 1,645 | 1-Bromonaphthalene | 89,11 | Bromobenzene | 10,89 | −0,000 46 |
| 1,650 | 1-Bromonaphthalene | 94,18 | Bromobenzene | 5,82 | −0,000 46 |
| 1,655 | 1-Bromonaphthalene | 99,24 | Bromobenzene | 0,76 | −0,000 45 |
| 1,660 | 1-Bromonaphthalene | 90,48 | 1-Iodonaphthalene | 9,52 | −0,000 45 |
| **1,680** | **1-Iodonaphthalene** | **54,31** | **1-Bromonaphthalene** | **45,69** | **−0,000 44** |
| **1,700** | **1-Iodonaphthalene** | **100** | — | — | **−0,000 44** |

 © ISO 2012 – All rights reserved

**7.1.4.2 Asbestos reference standards**. Asbestos reference standards are required. Suitable sets of standards are SRM 1866[1)] (chrysotile, crocidolite and amosite) and SRM 1867[1)] (tremolite, actinolite and anthophyllite) from the US National Institute of Standards and Technology (NIST), see Table 3, or from the UK Health and Safety Executive (HSE) [Chrysotile (Canada and Zimbabwe), crocidolite, amosite, tremolite, actinolite and anthophyllite][2)] see Table 4. SRM 1867 tremolite and actinolite are particularly useful for qualitative discrimination between tremolite and actinolite. The International Mineralogical Association (IMA) (References [23][24]) has specified that values of the mass fraction ratio Mg/(Mg + Fe) below 0,9 are defined as tremolite, and those above 0,9 are defined as actinolite. SRM 1867 tremolite has a value of 0,84, and SRM 1867 actinolite has a value of 0,94, providing reference samples representing compositions just below and just above the IMA boundary. It is important to recognize that the IMA boundary between tremolite and actinolite is only a convention within a continuum of composition in which the iron and magnesium mass fractions vary in a reciprocal manner.

**Table 3 — Optical properties of SRM 1866 and SRM 1867 reference asbestos samples**

| Property | Chrysotile | Amosite | Crocidolite | Anthophyllite | Tremolite | Actinolite |
|---|---|---|---|---|---|---|
| Colour | White | Grey–brown | Blue | Light brown | White | White |
| Pleochroism | None | Very weak | $\alpha$: Blue, $\gamma$: grey | None | None | None |
| Birefringence | Low | Medium | Low | Medium | Medium | Medium |
| Sign of elongation | Positive | Positive | Negative | Positive | Positive | Positive |
| Extinction | Parallel | Parallel | Parallel | Parallel | 16,6° | 15,9° |
| $\gamma$ | 1,556 | 1,701 | —[a] | 1,636 | 1,634 | 1,639 |
| $\alpha$ | 1,549 | 1,679 | —[a] | 1,615 | 1,606 | 1,613 |

[a] For crocidolite, the certificate of analysis states: "Because strong absorption in the visible light range results in anomalous dispersion characteristics that would not be useful to the analyst, no certified values of refractive index are reported for riebeckite".

**Table 4 — Optical properties of HSE reference asbestos samples**

| Property | Chrysotile (Canada) | Chrysotile (Zimbabwe) | Amosite | Crocidolite | Anthophyllite | Tremolite | Actinolite |
|---|---|---|---|---|---|---|---|
| Colour | White | White | Grey–brown | Blue | White | White | Pale green |
| Pleochroism | None | None | Very weak | $\alpha$: Blue, $\gamma$: grey | None | None | $\gamma$-Green, $\alpha$: grey |
| Birefringence | Low | Low | Medium | Low | Medium | Medium | Medium |
| Sign of elongation | Positive | Positive | Positive | Negative | Positive | Positive | Positive |
| Extinction | Parallel | Parallel | Parallel | Parallel | Parallel | Parallel | Parallel |
| $\gamma$ | 1,552 | 1,552 | 1,692 | 1,696 | 1,624 | 1,632 | 1,652 |
| $\alpha$ | 1,544 | 1,544 | 1,676 | 1,688 | 1,608 | 1,616 | 1,644 |

NOTE The data for the HSE reference asbestos samples notes that, "as with all natural minerals, the reference samples may contain traces of other minerals. In particular, the anthophyllite asbestos sample contains a fibrous variety of talc which may be distinguished by its ribbon-like morphology and generally lower refractive indices".

For those laboratories that are unable to obtain either the NIST or the HSE reference asbestos samples, the Union Internationale Contre le Cancer (UICC) standard reference samples of asbestos (Reference [25]) may be used, see Table 5. These samples were widely distributed internationally, and can still be obtained.

1) Example of a suitable product available commercially from the US National Institute of Standards and Technology (NIST). This information is given for the convenience of users of this document and does not constitute an endorsement by ISO of these products.

2) Example of a suitable product available commercially from the from the UK Health and Safety Executive (HSE). See Reference [22]. This information is given for the convenience of users of this document and does not constitute an endorsement by ISO of these products.

© ISO 2012 – All rights reserved

However, since the UICC samples were prepared for use in animal studies, they were milled to very small fibre sizes. Also, the UICC samples do not include either tremolite or actinolite.

**Table 5 — Optical properties of UICC reference asbestos samples**

| Property | Chrysotile (Canada) | Chrysotile (Zimbabwe) | Amosite | Crocidolite | Anthophyllite |
|---|---|---|---|---|---|
| Colour | White | White | Grey–brown | Blue | White |
| Pleochroism | None | None | Very weak | $\alpha$: Blue, $\gamma$: grey | None |
| Birefringence | Low | Low | Medium | Low | Medium |
| Sign of elongation | Positive | Positive | Positive | Negative | Positive |
| Extinction | Parallel | Parallel | Parallel | Parallel | Parallel |
| $\gamma$ | 1,545–1,560 | 1,553 | 1,701 | 1,702 | 1,620 |
| $\alpha$ | 1,545–1,557 | 1,546 | 1,679 | 1,694 | 1,605 |

NOTE 1 A range of refractive indices is quoted for the UICC Canadian chrysotile sample. This sample was prepared by blending chrysotile from a number of different mines. Fibres with refractive indices within the approximate ranges specified are present, with birefringence ($\gamma - \alpha$) approximately 0,01.

NOTE 2 The anthophyllite sample also contains a fibrous variety of talc.

**7.1.4.3 Sample comminution equipment**. An agate mortar and pestle is required for grinding samples to suitable sizes for PLM examination.

**7.1.4.4 Microscope slides**, 75 mm × 25 mm.

**7.1.4.5 Microscope cover glasses**, 22 mm × 22 mm. Match the thickness of the cover glasses with that specified by the objective lenses. A thickness of 0,17 mm is required by many commercial objectives.

**7.1.4.6 Thermometer**, required to measure the temperature of the microscope slide preparation during observation if accurate refractive indices of asbestos fibres are to be recorded.

**7.1.4.7 Alcohol or gas burner**. A laboratory burner is sometimes useful for discriminating between organic fibres and asbestos fibres.

**7.1.4.8 General laboratory supplies**. The following supplies and equipment, or equivalent, are required:

a) glassine paper sheets, approximately 15 cm × 15 cm, for examination of samples;

b) scalpel holder and replacement disposable scalpel blades;

c) sampling utensils, including tweezers, needles and spatulas;

d) distilled water;

e) concentrated hydrochloric acid, reagent grade;

f) crucibles, silica or glazed porcelain, with lids;

g) Petri dishes;

h) disposable pipettes;

i) glass filtration assembly, 25 mm or 47 mm diameter;

j) polycarbonate filters, 0,4 µm pore size, 25 mm or 47 mm diameter.



© ISO 2012 – All rights reserved

**7.1.4.9 Muffle furnace** (optional). For ashing of samples to remove interfering organic constituents, a muffle furnace with a temperature range up to 500 °C and a temperature stability of ±10 °C is recommended.

**7.1.4.10 Magnetic stirrer** (optional). For removal of acid-soluble interfering constituents, a magnetic stirrer with a glass or plastic-coated magnetic stir bar.

## 7.2 Qualitative analysis by PLM

### 7.2.1 Calibration

It is essential that the optical components of the PLM be fully understood by the analyst and that the analyst be familiar with the alignment procedure. The alignment of the PLM shall be confirmed prior to conducting any analyses. The designs of microscopes vary and the alignment instructions provided by the manufacturer should be followed. The critical aspects of the alignment are listed in a) to e).

a) The illumination source and sub-stage condenser shall be adjusted so that the field-limiting aperture is in focus (Köhler or Köhler-like illumination).

b) The centre of rotation of the specimen stage shall be aligned with the optical axis of the PLM for each of the objective lenses. This is necessary so that a particle at the centre of the field of view remains at the centre of the field of view during rotation of the stage. This condition is often achieved by centring the rotation for one objective lens, and then laterally adjusting the position of each of the other objective lenses to align their axes with the centre of the stage rotation.

c) The vibration directions of the polarizer and analyser shall be at 90° to each other.

d) The vibration directions of the polarizer and analyser shall accurately coincide with the directions of the cross-hair in the ocular. This can be accomplished using a well-formed birefringent crystal with a known zero extinction angle. Alternatively, orientation plates consisting of an accurately mounted crystal with a fiducial line are commercially available. If the microscope has eyepieces that can be freely rotated, fix the position of the eyepiece containing the cross-hair using adhesive tape, for example.

e) If a mechanical stage is installed on the rotating stage, the directions of the mechanical stage should be adjusted such that the zero angular position of the rotation stage corresponds to lateral motions of the mechanical stage parallel to the polarizer and analyser directions.

On the initial set-up of the PLM, the vibration direction of the polarizer and the orientation of the vibration directions of the 530 nm retardation plate shall be determined. The vibration direction of the polarizer can be determined by examination of a slide preparation of crocidolite with the polarizer in position and the analyser withdrawn. Under these conditions, the direction of the length of the crocidolite fibres when the dark blue pleochroism is displayed is the vibration direction of the polarizer. The orientation of the vibration directions of the 530 nm retardation plate can be determined by examination of a fibre of a known reference material such as amosite or chrysotile, and observing the change of interference colour when the retardation plate is inserted. The slow vibration direction of chrysotile or amosite is parallel to the length of the fibre. If the retardation plate adds to the retardation caused by the fibre, the slow vibration directions of the fibre and the retardation plate are parallel. An interference colour chart is provided in Annex B.

Before using RI liquids for the identification of asbestos, even if certified liquids are purchased, it is recommended that the refractive indices of liquids be confirmed using reference glass samples or a refractometer. If kept tightly capped, the refractive indices of these liquids remain stable for at least 2 years. Some RI liquids degrade when exposed to light, therefore they should be stored in dark bottles, preferably in a dark place.

### 7.2.2 Sample preparation

For many samples, including fireproofing, thermal insulation and asbestos cement products, fibres that can be removed with tweezers are visible during stereomicroscope examination. Mount typical suspected asbestos fibres on a microscope slide and add a drop of the RI liquid appropriate for the suspected asbestos variety. If the suspected asbestos variety cannot be confirmed using the appropriate RI liquid, mount additional fibres from the sample on slides using RI liquids appropriate for the other asbestos varieties.

© ISO 2012 – All rights reserved

### 7.2.3 Sample analysis

#### 7.2.3.1 Analytical sequence

The analytical techniques described have been shown to give reliable and reproducible results. Alternative methods can be used if their equivalence in terms of detection and identification can be demonstrated. Identification of the asbestos fibres should be based on the following analytical sequence:

a) make a preliminary visual examination of the whole of the laboratory sample to assess the sample type and the required sample treatment (if any) — where possible, take a representative test portion at this stage for direct examination by PLM;

b) carry out any required sample treatment to release or isolate fibres;

c) perform a detailed and thorough search under the stereomicroscope to classify the suspected fibre types present;

d) mount representative fibres in appropriate RI liquids on microscope slides;

e) identify the different fibrous components using PLM.

If no asbestos is detected by these procedures, prepare additional slides using random test portions of a few milligrams and search for thin asbestos fibres using PLM.

#### 7.2.3.2 Preliminary examination

Examine the entire sample visually to describe the type of material or product present, and to establish whether there are visible fibres. Note the nature of any matrix materials, as this may indicate the type of treatment required for the sample. Examine the sample using the stereomicroscope. So far as possible, make an initial determination of the number of fibre types present. Record the appearance, colour and texture of the sample and any fibre types observed. For inhomogeneous or layered samples, it may be necessary to describe each separate layer or part of the sample. Sample preparation and the analysis of the sample are dependent on the quality of the initial visual examination. Also, adequate description of the appearance of the sample is important in establishing whether asbestos is present, or in which part of the sample asbestos is present.

#### 7.2.3.3 Sample treatment

The purpose of any initial treatment of laboratory samples is to release fibres from any matrix and to remove fine particles adhering to the fibres (both of which obscure the optical effects and hinder the identification). It is necessary to break non-friable samples (with tools if necessary) and then to examine newly fractured edges using the stereomicroscope to observe any protruding fibres. If samples contain large pieces of hard materials, grinding the sample may be necessary. Surfaces and edges of hard materials may be abraded to release fibres for examination. Routine procedures used for sample treatment should be fully documented. Any deviations from these procedures for particular samples should be recorded.

Dilute acetic acid or cold dilute hydrochloric acid may be used to remove calcium carbonate (limestone), calcium sulfate (gypsum), and calcium silicate, which are commonly used as binders (e.g. for insulation and asbestos boards) and fillers (e.g. in floor tiles). The removal of calcium magnesium carbonate (dolomite) requires the use of cold concentrated hydrochloric acid. Sufficient acid should be added in small aliquots for several minutes or until effervescence stops. Fibre release may be aided by stirring or by ultrasonic treatment. The sample is then filtered and repeatedly washed with water. Residual acid may degrade the fibres and affect the optical properties, and small crystals of salts may form. The sample may be rinsed with ethanol or other volatile solvents to reduce the drying time.

Organic matrices such as plastics, asphalt, resins or rubber products may require prolonged treatment in solvents to remove the matrix. An effective solvent for any particular sample type can be established only by individual testing or by foreknowledge of the type of matrix. Organic matrices may be removed by treatment in a muffle furnace at 485 °C. However, heating may modify the optical properties of some of the asbestos fibres.


© ISO 2012 – All rights reserved

#### 7.2.3.4 Stereomicroscope examination

The original samples or portions of sample that have undergone sample treatment should be examined using the stereomicroscope. For many asbestos-containing materials, asbestos fibres can be detected at magnifications within the range of the stereomicroscope. For other types of asbestos-containing material, it may not be possible to detect asbestos fibres using the stereomicroscope. The aim is to detect small fibre bundles, or individual fibres, and tentatively to assign fibre types based on their appearance. This is usually achieved by placing the sample on a piece of glassine paper or in a suitable container and carrying out a detailed search of the entire sample using needles or tweezers to separate the different fibrous components from the matrix. The appearance of these fibres is then noted. The care and vigilance with which the sample is examined at this stage are important in detecting trace quantities of asbestos. Representative fibres or fibre bundles are then selected and mounted for PLM examination.

Describe layered samples by their appearance, and note each distinct layer as a separate entity. Regulations in some jurisdications require that distinct layers be analysed and reported separately. Other types of inhomogeneous sample will require detailed visual examination of all the different phases observed.

Asbestos is generally recognized by the fineness of its fibres, which are most often present as closely packed bundles of fibrils that will divide along their length when pressure is exerted on them with a probe or tweezers. An analyst will rapidly become familiar with characteristics such as distinctive surface lustre, flexibility, and tensile strength. Initial tentative identification of suspected asbestos fibres at this stage will be confirmed or refuted by subsequent examination using PLM, SEM or TEM.

#### 7.2.3.5 Preparation of samples for PLM examination

A tentative identification based on the stereomicroscope evaluation is used to select the most appropriate RI mounting liquid. Fibres selected shall be dry and relatively free from other particulate matter. Representative fibres or fibre bundles are chosen and are placed on a clean microscope slide into a drop of RI liquid, and a clean cover glass is lowered gently onto the slide, avoiding trapping of air bubbles. The RI of the liquid selected should be 1,550 for suspected chrysotile, 1,680 for suspected amosite, 1,700 for suspected crocidolite, 1,605 for suspected tremolite or anthophyllite, and 1,630 for suspected actinolite or richterite/winchite.

If no fibres have been seen in the bulk sample using the stereomicroscope, or no asbestos fibres have been identified by PLM, then tweezers or probes should be used to take random test portions, after the laboratory sample has undergone suitable treatment (if necessary). At least two microscope slide preparations should be made with appropriate RI liquids for examination by PLM. Any large agglomerates should be teased apart with tweezers or needles, or sheared gently between two microscope slides, to give an even distribution of particles. Selection of large particles or fibre bundles may cause tilting of the cover slip and should be avoided. The amount of sample distributed should be such that the appearance and properties of individual fibres are not obscured by other particles.

#### 7.2.3.6 Identification of asbestos by PLM and dispersion staining

Identification of a single asbestos fibre requires the observation of the following properties in the stated observation modes:

a) morphology — observed in all illumination conditions;

b) colour and pleochroism — observed in plane polarized light;

c) birefringence — observed with crossed polars;

d) extinction characteristics — observed with crossed polars;

NOTE The extinction characteristics can also be observed with crossed polars and a 530 nm retardation plate inserted. Under these conditions, when the interference colour of the fibre matches the background colour, the fibre is at the extinction position.

e) sign of elongation — observed with crossed polars and a 530 nm retardation plate inserted;

f) refractive indices — assessed using a dispersion staining objective with polarizer only inserted.

© ISO 2012 – All rights reserved

The above order of observations facilitates the assessment of the morphological and optical properties in a logical sequence. Adjust the microscope to give Köhler illumination, centre the stage, and insert the polarizer (usually adjusted to the east–west orientation below the condenser. Under these conditions, observe the morphology and colour of the selected fibre. Rotate the stage and observe whether the fibres are pleochroic. Insert the analyser to give crossed polars, and rotate the stage to observe birefringence and whether the extinction angle is parallel to the length of the fibre or oblique. With the polars still crossed, insert the 530 nm retardation plate and rotate the stage to determine the sign of elongation. Finally, examine the fibre under dispersion staining conditions to assess the refractive indices for parallel and normal vibration directions. This may be achieved by observing the dispersion colours at the interface between the fibre and the RI liquid. Withdraw the analyser and the 530 nm retardation plate, increase the illumination, and insert a dispersion staining objective with a central stop in the back focal plane. Adjust the condenser aperture until the field of view becomes dark. View the back focal plane of the objective using either a Bertrand lens or a telescope ocular, and adjust the condenser alignment until the central beam is obscured by the central stop of the lens.

For fibres that exhibit parallel extinction, record the dispersion staining colours with the fibre parallel to the polarizer vibration direction and normal to the polarizer direction. If fibres exhibit oblique extinction, it is necessary to search for fibres that exhibit the maximum extinction angle. This can be achieved either by scanning the slide for such a fibre or by rotating fibres about their axes by touching the top of the cover slip with a needle. It is only in this orientation that a monoclinic fibre exhibits the $\gamma$ and the $\alpha$ refractive indices. When such a fibre has been located, record the dispersion staining colours with the fibre at both extinction positions.

In practice, any other sequence may be used provided that all of the required properties are observed. For example, if it is difficult to locate any suspected asbestos fibres on the prepared mount because the sample is dominated by non-asbestos fibres, or if a random sample is being searched, the sample should be scanned with the microscope in the crossed polars condition to detect the asbestos fibres. The sign of elongation may also be observed by interpretation of the observed dispersion staining colours.

The observations made of the morphology and the optical properties of the fibre are recorded. Identification is based on comparing the recorded observations on the fibres selected for analysis (and mounted in the appropriate RI liquid) against the properties of asbestos reference standards. The compositions and optical properties of commercial chrysotile, amosite and crocidolite do not vary significantly, and therefore a close match between the optical properties of the sample fibre and the asbestos standard is normally achieved. Further representative fibres will need to be examined if the observations are inconclusive, or if more than one type of fibre was found in the stereomicroscopic or PLM analysis. For tremolite, actinolite and anthophyllite, the iron mass fraction can vary significantly from one source to another; higher iron mass fractions result in higher refractive indices. Examples of this variability can be seen by comparing the tremolite, actinolite and anthophyllite samples from the SRM 1867 and HSE sets of reference standards, as illustrated in Annex D.

#### 7.2.3.7 Identification of asbestos

##### 7.2.3.7.1 Morphology

A detailed description for the morphology that is characteristic of asbestos is as follows. This morphology is characteristic of the larger fibres seen in stereomicroscope examinations and of fibres selected from laboratory samples for PLM identification of fibre type.

In the light microscope, the asbestiform habit is generally recognized by the following characteristics:

a) the presence of fibre aspect ratios in the range of 20:1 or higher for fibres longer than 5 µm;

b) the capability of longitudinal splitting into very thin fibrils, generally less than 0,5 µm in width;

c) in addition, observation of any of the following characteristics for the fibre type under consideration provides additional confirmation that the fibres are asbestiform:

   1) parallel fibres occurring in bundles,

   2) fibre bundles displaying splayed ends,

   3) fibres in the form of thin needles,

 © ISO 2012 – All rights reserved

4) matted masses of individual fibres.

5) fibres showing curvature.

In practice, if chrysotile, crocidolite or amosite is identified in a commercial product, the assumption can safely be made that the fibres are asbestiform and that these fibres conform to the description above. This assumption can be made because these three types of asbestos were mined and processed to yield fibres with specific properties for intentional incorporation into products. Some anthophyllite asbestos was used in a few commercial products, but very little was mined and used commercially. Tremolite asbestos has been found in some surfacing and fireproofing applications in Japan. However, other than these occurrences, the amphiboles tremolite, actinolite, and richterite/winchite were not generally used in commerce, and their presence in a product is more likely a consequence of naturally occurring contamination of one or more of the major constituents. Accordingly, no assumption can be made as to whether the amphibole is asbestiform or non-asbestiform. Anthophyllite can occur as contamination of other mineral products, and in such situations no assumption can be made as to whether it is asbestiform or non-asbestiform. In some samples, these amphiboles may exhibit a mixture of morphological types, and quantitative determination of the regulatory status of such samples may require a detailed study of the fibre size distribution that is beyond the scope of this part of ISO 22262.

In general, for this part of ISO 22262, the presence of either the asbestiform or the non-asbestiform analogues of tremolite, actinolite, anthophyllite or richterite/winchite can usually be specified. If the majority of the amphibole fibres longer than 5 µm have aspect ratios equal to or lower than 5:1, and if the fibres do not exhibit any of the characteristics in c), it can be concluded that the amphibole is probably non-asbestiform, with the degree of certainty increasing with decreasing maximum aspect ratio. If any amphibole fibres longer than 5 µm with aspect ratios in the range of 20:1 or higher are observed, then it can be concluded that amphibole asbestos is probably present, with the degree of certainty increasing with increasing aspect ratio.

NOTE This is intended as guidance for analysts to discriminate between non-asbestiform and asbestiform amphibole populations. It is not intended to override the definition of asbestos as presented in 2.9 nor to override any national regulation.

It is necessary to appreciate that some samples may still present ambiguities with respect to discrimination between asbestiform and non-asbestiform analogues, and such ambiguities, when observed, shall be reported as part of the results.

#### 7.2.3.7.2 Colour and pleochroism

Colour and pleochroism are observed using plane polarized light. Pleochroism is a diagnostic property in the identification of crocidolite. Crocidolite has a strong absorption, which gives a dark blue colour when the fibres are parallel to the polarizer vibration direction, changing to pale blue or grey when the fibres are perpendicular to the polarizer vibration direction. This is illustrated in Figures D.13 and D.14. Pleochroism in amosite may occur after heating, or occasionally in unheated fibres, depending on the Fe/Mg mass fraction ratio of the mineral. Chrysotile shows little colour contrast and no pleochroism in plane polarized light. Depending on the iron mass fraction, actinolite may exhibit a green colour when the fibres are parallel to the polarizer vibration direction, changing to a grey or yellowish colour when the fibres are perpendicular to the polarizer direction. Pleochroism in the HSE actinolite reference sample is illustrated in Figures D.43 and D.44.

#### 7.2.3.7.3 Birefringence

When a particle with more than one RI is observed between crossed polars with its planes of vibration at 45° to those of the polarizer, interference colours are observed against the dark background. For asbestos, these interference colours depend on the fibre thickness, the birefringence and on the degree of randomness of the fibril orientation about the fibre axis.

Between crossed polars, an asbestos fibre aligned at 45° to the polarizer vibration direction should be clearly visible. Chrysotile has a low birefringence and gives a grey colour for thin fibres, and a white colour or higher first (or even second) order colours for thick fibres. Crocidolite has a low birefringence and anomalous interference colours caused by strong absorption in the visible light range. Amosite has moderate birefringence, giving white interference colours for thin fibres and higher first or second order colours for thick fibres. Tremolite, actinolite and anthophyllite, and richterite/winchite similarly exhibit moderate birefringence. Fibres with a variable thickness, e.g. with wedge-shaped cross-sections, show parallel bands of colour along their lengths, representing lower interference colours for progressively thinner sections. Examples are shown in Annex D.

© ISO 2012 – All rights reserved

Isotropic materials have zero birefringence, and therefore do not exhibit interference colours. Between crossed polars, isotropic materials such as man-made vitreous fibres are almost invisible, but, depending on the difference between their RI and that of the immersion liquid, are often seen easily with the 530 nm retardation plate in position or with slightly uncrossed polars. Interference colours can be used to distinguish asbestos from some natural organic fibres, which may show non-uniform interference along the fibre length and also incomplete extinction.

#### 7.2.3.7.4 Extinction angle

As the microscope stage is rotated through 360°, an asbestos fibre viewed between crossed polars disappears from view or "extinguishes" at four positions, each 90° apart, while at an angle of 45° to an extinction position, interference colours should be visible. Many fibres, including asbestos, generally show complete extinction when parallel to the vibration directions of the polarizer or the analyser. Chrysotile, amosite, crocidolite and anthophyllite each show parallel extinction when the fibre is parallel to the vibration direction of the polarizer or analyser. Tremolite, actinolite, and richterite/winchite may exhibit parallel extinction or oblique extinction, depending on the orientation of the fibre and the crystalline nature of the fibre. Highly asbestiform fibres of these amphiboles may show parallel extinction at all axial orientations. Other fibres of high aspect ratio may show oblique extinction, and axial rotation of the fibre by touching the cover glass of the slide with a needle allows the maximum extinction angle to be determined. Tremolite and some low-iron actinolite fibres that exhibit only parallel extinction cannot easily be discriminated from anthophyllite. However, it is unlikely that *all* of the tremolite or actinolite fibres in a sample would exhibit parallel extinction, and observation of some with oblique extinction angles would confirm the identity of the mineral, with the presumption that parallel extinction fibres with otherwise similar properties are the same mineral species. In these cases, reliable discrimination between anthophyllite and either tremolite or actinolite may only be possible by examination of the compositions of the fibres by SEM or TEM.

#### 7.2.3.7.5 Sign of elongation

The sign of elongation describes the relationship between the length of the fibre and the optical properties. For asbestos fibres the two available vibration directions are parallel to the long axis and perpendicular to it. If the high RI vibration direction is parallel to the long axis, then the fibre is described as positive; if the low RI vibration direction is parallel to the long axis, the fibre is described as negative. Between crossed polars, with the 530 nm retardation plate inserted at 45° to the polarizer and analyser vibration directions, the sign of elongation can be determined by observing the colours of fibres that previously had given grey or white first order interference colours between crossed polars. For a retardation plate with the slow direction (usually marked) in the northeast–southwest direction, the first order colours observed are as follows:

| | |
|---|---|
| Positive fibre | blue–green with fibre northeast–southwest |
| | orange–yellow with fibre northwest–southeast |
| Negative fibre | orange–yellow with fibre northeast–southwest |
| | blue–green with fibre northwest–southeast |

Crocidolite is the *only* asbestos type that has a negative sign of elongation. However, exposure to temperatures of about 300 °C or higher may result in a reversal of the sign of elongation of crocidolite to positive. In such cases, however, the thermal history of the fibre is usually indicated by a change of colour.

#### 7.2.3.7.6 Refractive indices

The refractive indices of an asbestos fibre are assessed by mounting a clean separated fibre in a liquid of known RI and orienting it either parallel or perpendicular to the polarizer vibration direction. One or more observations are conducted to determine whether the RI of the fibre is higher than, lower than or equal to that of the immersion liquid.

NOTE Classical mineralogical methods (References [16]–[18]) can be used for determination of refractive indices, but use of these methods requires access to a more extensive range of RI liquids than is specified in this part of ISO 22262, and it is also necessary to prepare multiple slide mounts in order to measure the $\gamma$ and $\alpha$ indices for asbestos fibres.

 © ISO 2012 – All rights reserved

Remove all filters from the light path except the daylight colour correction filter and the polarizer. Use the central stop dispersion staining objective to view fibres mounted in a liquid with an RI close to that of the fibre, so that dispersion staining colours can be observed. When dealing with an unknown sample, the observations a) to e) listed in the following can be used to help choose a suitable RI liquid such that the RI of the fibre and the liquid are sufficiently close that dispersion staining colours are produced.

Differences in dispersion between particles and liquids mean that, even though the refractive indices match at one wavelength, they may be quite different at others. This leads to colour effects at the particle/liquid interface when fibres are observed in matching RI liquids using white light. In practice, it is easiest to observe small bright particles and colours against a black background; these conditions are achieved with a central stop in the back focal plane of the objective when used with an axial beam of light produced by the condenser iris. The colours observed at the particle/liquid interface depend on the precise wavelength at which the RI of the liquid and that of the fibres match. When the match of RI is at a wavelength of 589,3 nm (the D line of sodium), the colour at the particle/liquid interface is a deep blue–magenta. For central stop dispersion staining, the colour observed indicates how close, and in which direction, the RI of the particle differs from that of the immersion medium:

| | | | | |
|---|---|---|---|---|
| a) | Fibre refractive index | $\gg$ | Liquid refractive index: | White |
| b) | Fibre refractive index | $>$ | Liquid refractive index: | Purple–red/orange/yellow |
| c) | Fibre refractive index | $=$ | Liquid refractive index: | Deep blue–magenta |
| d) | Fibre refractive index | $<$ | Liquid refractive index: | Blue/blue–green |
| e) | Fibre refractive index | $\ll$ | Liquid refractive index: | White |

Different colours are observed when the fibre is oriented parallel or perpendicular to the polarizer vibration direction, arising from the different refractive indices of asbestos fibres in the two perpendicular directions relative to the polarizer vibration direction. A recording of the predominant colours is used to characterize the refractive indices of the fibres. Identification of chrysotile, amosite and crocidolite can be performed with a dispersion staining objective using three high dispersion liquids having the RI values 1,550 for chrysotile, 1,680 for amosite, and 1,700 for crocidolite. In practice, for commercial chrysotile, because of variations in the fibre composition according to the source, a small range of fibre refractive indices and dispersion staining colours may be encountered. The refractive indices of commercial amosite and crocidolite do not vary significantly. For the purpose of this part of ISO 22262, the three RI liquids adequately cover the observed range of refractive indices for chrysotile, amosite, and crocidolite from all known major commercial sources. Crocidolite from Bolivia is an exception in that the refractive indices are lower than those from other sources of crocidolite. However, Bolivian crocidolite is very rare in commerce. Should Bolivian crocidolite be encountered, it can be readily recognized on the basis of its fibrous morphology, negative sign of elongation, and blue–grey pleochroism.

Identification of tremolite, actinolite and anthophyllite can often be performed using a dispersion staining objective using liquids of RI values 1,605 and 1,630. Tremolite or actinolite should be suspected if some of the fibres exhibit oblique extinction, and the $\gamma$ index observed parallel to the extinction position can be used to define whether the fibre is tremolite or actinolite. If it is important to discriminate between tremolite and actinolite, classify fibres as tremolite if the $\gamma$ index is estimated to be equal to or lower than 1,637 and as actinolite if the $\gamma$ index is estimated to be higher than 1,637.

Some sources of talc contain fibres that can be mistaken for anthophyllite. These fibres have intergrowths of both the anthophyllite and talc crystal structures. The fibres exhibit refractive indices that are lower than those of anthophyllite and intermediate between those of talc and anthophyllite. If this type of fibre is present, examine the sample in a liquid of RI 1,615. If no $\gamma$ indices are observed that are higher than 1,615, classify the fibres as talc. Classify any fibres with $\gamma$ indices equal to or exceeding 1,615 as anthophyllite.

Identification of richterite/winchite asbestos is difficult by PLM alone. Richterite/winchite should be suspected if the sample also contains vermiculite or talc. Attempts to identify richterite/winchite by PLM alone usually result in classification of the fibres as actinolite, and such an error may be important for regulatory interpretation. Where richterite/winchite is suspected, and the fibres exhibit properties similar to those of actinolite, it is recommended that the fibres be identified by either SEM or TEM.

Annex C shows dispersion staining charts for the $\alpha$ and $\gamma$ refractive indices of chrysotile, amosite, crocidolite, tremolite, actinolite, anthophyllite, and richterite/winchite in the appropriate RI liquids. Chrysotile exhibits a

© ISO 2012 – All rights reserved

small range of refractive indices, depending on the source. For each of the types of asbestos, an acceptable range of colour for the $\alpha$ and $\gamma$ dispersion staining colours is indicated, representing the observed range in minerals from commercial sources. For chrysotile, it is also important to establish that the $\lambda_0$ values for the parallel and normal orientations with respect to the polarizer vibration direction do not differ by more than 100 nm in recognition of its low birefringence. For chrysotile, although there is a range of refractive indices depending on the source, studies have shown that the two indices vary in an approximately parallel manner.

Figures D.1 and D.2 show an example of chrysotile, mounted in 1,550 RI liquid, viewed between crossed polars with the 530 nm retardation plate inserted. Note the fibrillar, wavy appearance, and the blue–green colour in the northeast direction, changing to an orange colour when the fibres are rotated into the northwest direction, showing that the fibres have a positive sign of elongation. Figures D.3 and D.4 show an example of chrysotile viewed under dispersion staining conditions, showing magenta for fibres parallel to the vibration direction of the polarizer and blue for fibres normal to the vibration direction of the polarizer. However, it is necessary to consider that the colours exhibited in the two directions vary depending on the source of the chrysotile and any prior heating or acid treatment. Nevertheless, any variation applies to both the $\alpha$ and $\gamma$ refractive indices, and the difference between the two (birefringence) remains nearly constant regardless of the source of the chrysotile.

Figures D.5 and D.6 show an example of amosite, mounted in 1,680 RI liquid, viewed between crossed polars with the 530 nm retardation plate inserted. The thin fibres exhibit a blue–green colour in the northeast direction, changing to an orange colour when the fibres are rotated into the northwest direction, showing that the fibres have a positive sign of elongation. Because of the higher birefringence of amosite, some of the thicker fibres exhibit first and second order interference colours that can be compared with the interference colour chart in Annex B. Figures D.7 and D.8 show amosite viewed under dispersion staining conditions, with a gold colour for fibres parallel to the vibration direction of the polarizer and blue for fibres normal to the vibration direction of the polarizer. Except for heated amosite, these colours vary only slightly for amosite from different sources. The behaviour of heated amosite for the two fibre orientations is illustrated in Figures D.9 and D.10. Heated amosite exhibits significantly higher refractive indices, and dark brown–light brown pleochroism for fibres parallel and normal to the polarizer vibration directions, respectively.

Figures D.11 and D.12 show an example of crocidolite, mounted in 1,700 RI liquid, viewed between crossed polars with the 530 nm retardation plate inserted. The fibres exhibit a yellow–orange colour in the northeast direction, changing to a blue colour when the fibres are rotated into the northwest direction, showing that the fibres have a negative sign of elongation. The birefringence of crocidolite is very low, so the dispersion staining colours for fibres parallel and normal to the polarizer vibration direction are not very different. However, a lighter blue is discernable for the parallel direction, indicating that the lower RI is parallel to the length of the fibre (Figures D.13 and D.14). The blue–grey pleochroism of crocidolite is shown in Figures D.15 and D.16. The behaviour of heated crocidolite for the two fibre orientations is illustrated in Figures D.17 and D.18. Heated crocidolite exhibits dark brown–light brown pleochroism for fibres parallel and normal to the polarizer vibration directions, respectively. For heated crocidolite such as that illustrated, the sign of elongation is positive, and in this condition electron microscopy with energy dispersive X-ray analysis is necessary to discriminate between crocidolite and amosite.

Figures D.19 and D.20 show an example of SRM 1867 tremolite, mounted in 1,605 RI liquid, viewed between crossed polars with the 530 nm retardation plate inserted. The thin fibres exhibit a blue–green colour in the northeast direction, changing to an orange colour when the fibres are rotated into the northwest direction, showing that the fibres have a positive sign of elongation. Because of the moderate birefringence of tremolite, some of the thicker fibres can exhibit first and second order interference colours that can be compared with the interference colour chart in Annex B. Figures D.21 and D.22 show SRM 1867 tremolite viewed under dispersion staining conditions, with a yellow colour for fibres parallel to the extinction position closest to the vibration direction of the polarizer and dark blue for fibres at the other extinction position. The dark blue colour of the fibre in Figure D.22 and the magnitude of the extinction angle indicate that this fibre presents the $\alpha$ RI at this orientation. Figures D.23 to D.26 show SRM 1867 tremolite mounted in 1,625 RI liquid, which is intermediate between the $\gamma$ and $\alpha$ indices of the fibres. Figures D.35 to D.38 show an example of HSE reference tremolite, mounted in 1,605 RI liquid. This variety of tremolite exhibits parallel extinction.

Figures D.27 and D.28 show an example of SRM 1867 actinolite, mounted in 1,630 RI index liquid, viewed between crossed polars with the 530 nm retardation plate inserted. The thin fibres exhibit a blue–green colour in the northeast direction, changing to an orange colour when the fibres are rotated into the northwest direction, showing that the fibres have a positive sign of elongation. Because of the moderate birefringence of tremolite, some of the thicker fibres can exhibit first and second order interference colours that can be compared with the

 © ISO 2012 – All rights reserved

interference colour chart in Annex B. Figures D.29 and D.30 show SRM 1867 tremolite viewed under dispersion staining conditions, with a purple–red colour for fibres parallel to the extinction position closest to the vibration direction of the polarizer and light blue for fibres at the other extinction position. Figures D.39 to D.44 show an example of HSE reference actinolite mounted in 1,640 RI liquid. The HSE actinolite is considerably more asbestiform than the SRM 1867 actinolite, and exhibits parallel extinction as well as pleochroism as illustrated in Figures D.43 and D.44.

Figures D.31 and D.32 show an example of SRM 1867 anthophyllite, mounted in 1,605 RI liquid, viewed between crossed polars with the 530 nm retardation plate inserted. The thin fibres exhibit a blue–green colour in the northeast direction, changing to an orange colour when the fibres are rotated into the northwest direction, showing that the fibres have a positive sign of elongation. Because of the moderate birefringence of anthophyllite, some of the thicker fibres can exhibit first and second order interference colours that can be compared with the interference colour chart in Annex B. Figures D.33 and D.34 show anthophyllite viewed under dispersion staining conditions, with blue–purple colours for fibres parallel to the vibration direction of the polarizer and light blue for fibres normal to the vibration direction of the polarizer. Figure D.33 shows some fibres that exhibit purple dispersion staining colours. This indicates that the RI in that orientation is higher than 1,630, representing the $\gamma$ index. Other fibres exhibit a blue colour, which indicates that the RI in the particular axial orientation is lower than 1,630. This is probably a result of intergrowths of talc in the fibre bundle, since all fibres in this orientation relative to the polarizer direction should exhibit only the $\gamma$ index. Figures D.45 to D.48 show an example of HSE reference anthophyllite in 1,605 RI liquid.

Figures D.49 and D.50 show an example of richterite/winchite, mounted in 1,630 RI liquid, viewed between crossed polars with the 530 nm retardation plate inserted. The thin fibres exhibit a blue–green colour in the northeast direction, changing to an orange colour when the fibres are rotated into the northwest direction, showing that the fibres have a positive sign of elongation. Because of the moderate birefringence, some of the thicker fibres exhibit first and second order interference colours that can be compared with the interference colour chart in Annex B. Figures D.51 and D.52 show richterite/winchite viewed under dispersion staining conditions, with a purple colour for fibres parallel to the extinction position closest to the vibration direction of the polarizer and blue for fibres at the other extinction position. Regardless of the highly asbestiform appearance of this sample, the fibres exhibit oblique extinction.

#### 7.2.4 Interferences

##### 7.2.4.1 Heated asbestos

Changes occur to asbestos when it is heated. Therefore, care should be taken if sample preparation involves heating the asbestos-containing material. Even short exposure of crocidolite to temperatures of 300 °C to 500 °C may cause colour changes, and increases in both RI and the birefringence. For crocidolite, the changes with heating are: the sign of elongation reverses and the colour changes from grey to yellow then orange–brown; pleochroism is suppressed at the grey coloration stage, but reappears on further heating. For amosite, the sign of elongation remains positive, but the colour changes from yellow to a dark brown, and pleochroism is observed. Thus, heat-degraded crocidolite and amosite cannot be distinguished from each other by light microscopy after exposure to temperatures above about 500 °C. The refractive indices of chrysotile increase after significant exposure to temperatures of about 600 °C or greater; the birefringence decreases and, in a few cases, the sign of elongation changes to negative and the fibres become pale brown. The alteration of asbestos by heat is dependent on both the duration and the temperature of exposure. Prolonged exposure to high temperatures can result in complete degradation, but, with judicious sampling, unaffected fibres can often be detected in peripheral locations or in debris that became detached during installation. However, in extreme situations, analytical electron microscopy may be required to aid identification. Examples of heated amosite and crocidolite in plane polarized light are shown in Annex D.

##### 7.2.4.2 Leached chrysotile

Exposure of chrysotile to acidic aqueous media may result in reduction of the refractive indices as a consequence of leaching of magnesium from the crystal structure. Progressive leaching also results in reduction of the birefringence, and ultimately the fibre becomes isotropic. In addition to the action of mineral acids used in some of the procedures in this part of ISO 22262, leaching may also occur in chrysotile exposed to aggressive water (water with only low mass fractions of dissolved calcium and magnesium, and with low pH values). Leached

© ISO 2012 – All rights reserved

chrysotile may be encountered on the surfaces of chrysotile cement products such as roofing materials after long periods of exposure to rain.

#### 7.2.4.3 Fibres with morphological and/or optical properties similar to those of asbestos

Most of the fibres discussed in the following paragraphs occur infrequently in samples presented for analysis. However, analysts need to be aware of their existence and distinguishing characteristics in PLM. There are five types of fibre that can resemble chrysotile. Some mineral fibres can also superficially resemble amphiboles.

Polyethylene is the most important of the interfering fibres because it is used as an asbestos substitute. Shredded polyethylene resembles chrysotile. In 1,550 RI liquid, the dispersion staining colours are within the range for those of chrysotile, although experienced analysts will observe morphological differences and de-saturation of the blue colour perpendicular to the fibres because of the low RI in this direction. The birefringence is also higher than that of chrysotile. If polyethylene is suspected, the melting of fibres on a hot plate or in a flame will readily distinguish them from chrysotile.

Fibres from leather have low birefringence and similar dispersion staining colours to chrysotile. At magnifications below 100 times, they appear to have similar morphology to that of chrysotile, but they usually exhibit clearly visible uniform fibrils. Individual chrysotile fibrils are too small to be seen by PLM, although uniform bundles of fibrils are visible. In most instances, the differences between chrysotile and leather can be detected during stereomicroscope examination. If leather is suspected to be present, the sample may be ashed at 400 °C to remove it, and then the residual ash can be reexamined for identification of asbestos. Care should be taken not to allow the sample temperature to rise above 500 °C.

Macerated aramid fibres may appear to have a morphology similar to that of chrysotile, but these fibres can be recognized by their extremely high birefringence showing high-order white interference colours. When mounted in 1,550 RI liquid, the refractive indices are clearly inconsistent with those of chrysotile.

Spider web and natural organic fibres such as cellulose and feathers have refractive indices close to those of chrysotile and show similar interference colours between crossed polars. In a sample with little non-fibrous material, the morphology of these fibres can be readily distinguished from that of chrysotile. However, in samples containing significant particulate material, sometimes only a small portion of the fibre can be observed due to obscuration by the particles and this can lead to misidentification. These fibres can be removed by ashing the sample or exposing individual fibres to a flame.

Talc fibres are thin ribbons that may sometimes be recognized by characteristic morphological twists. For the RI parallel to the fibre length, they have a value in the range 1,589 to 1,600, resulting in a pale yellow dispersion staining colour when immersed in 1,550 RI liquid. The other two refractive indices of talc are in the ranges 1,539 to 1,550 and 1,589 to 1,600, and with a dispersion staining objective, blue and pale yellow colours perpendicular to the fibre are observed in 1,550 RI liquid at different orientations as the fibre is "rolled". It is important to demonstrate that the $\gamma$ index of any straight fibres that do not exhibit ribbon-like morphology is lower than 1,615, in order to exclude the possibility that the fibres are anthophyllite.

Fibrous brucite normally consists of straight white to pale brown fibres, but brucite lacks the tensile strength of asbestos. It is brittle and is soluble in acid. Brucite has a negative sign of elongation, which reverses to positive when heated. Sometimes brucite fibres may appear to be isotropic. It is distinguished from chrysotile by its refractive indices. In central stop dispersion staining, brucite yields colours of yellow to pale yellow in 1,550 RI liquid.

Superficially, fibrous wollastonite can be mistaken for tremolite. Fibrous wollastonite has an acicular morphology, is very brittle, white in appearance, and is slowly soluble in acid. After treatment for a short time (e.g. 15 min) in 100 g/l hydrochloric acid, the fibres exhibit etched areas. Wollastonite always displays a non-zero extinction angle. The RI almost parallel to the fibre is in the range 1,628 to 1,650. The other two refractive indices are in the ranges 1,626 to 1,640, and 1,631 to 1,653, and are observed across the fibre, at different orientations as the fibre is rolled. A distinctive feature is that the RI with the length of the fibre almost parallel to the polarizer vibration direction is intermediate between the two refractive indices observed at the different orientations across the fibre as the fibre is rolled. Examination of many fibres with crossed polars and with the 530 nm retardation plate inserted shows most as having a positive sign of elongation, and fibres in other orientations appear to have a negative sign of elongation. Gentle pressure on the cover slip with a needle can be used to rotate a fibre and show it to change from a positive to a negative sign of elongation as it is rolled into a different axial orientation.

 © ISO 2012 – All rights reserved

Diatomaceous earth may exhibit acicular fragments with the appearance of fibres. However, these fibres have a low RI of approximately 1,42 and are readily distinguished from asbestos fibres using dispersion staining. Also, there is usually characteristic morphology that can be recognized when the material is examined at magnifications around 500 times.

#### 7.2.4.4 Identification of other sample components

A laboratory conducting routine analysis selectively removes fibres for examination and ignores the majority of the non-asbestos materials. The composition of many asbestos products is relatively uniform during the manufacture and a wider knowledge of these non-asbestos materials can be helpful in recognizing many common products or formulations. Because of this, the analyst should become familiar with the information in Annex A.

## 8 Analysis by SEM

### 8.1 General

Complete details relating to identification of mineral fibres, including asbestos fibres, using SEM are given in ISO 14966.[7]

### 8.2 Requirements

**8.2.1 Scanning electron microscope**, with an accelerating voltage of at least 20 kV.

**8.2.2 Energy dispersive X-ray system**. The SEM shall be equipped with an energy dispersive X-ray analyser capable of achieving a resolution better than 170 eV (FWHM) on the Mn $K_\alpha$ peak. The performance of an individual combination of SEM and solid-state X-ray detector is dependent on a number of geometrical factors. The X-ray detector shall be capable of detecting sodium in crocidolite, in order to permit discrimination between crocidolite and amosite.

**8.2.3 Vacuum coating unit**, capable of producing a vacuum better than 0,013 Pa. It shall be used for vacuum deposition of carbon on the SEM specimens. A sample holder is required which allows the SEM specimens to be continuously rotated and tilted during the coating procedure.

### 8.3 Calibration

For the purposes of this method, calibration consists of obtaining EDXA spectra from reference samples of chrysotile, amosite, crocidolite, tremolite, actinolite, anthophyllite, and richterite/winchite. The chemical compositions of commercial chrysotile, amosite, crocidolite and anthophyllite do not vary substantially, and comparison of unknown EDXA spectra with those from the three reference asbestos samples constitutes sufficient identification for this part of ISO 22262. For most purposes, it is not necessary to discriminate between tremolite and actinolite, since the compositional boundary between them is a matter of convention. When it is necessary to discriminate between tremolite and actinolite, the SRM 1867 tremolite and actinolite samples are particularly useful, since these samples have compositions just below and just above the boundary defined by the International Mineralogical Association. In some applications, the magnesium may be partially leached from chrysotile, leading to a chemical composition that approaches that of talc. In order to facilitate the discrimination between chrysotile and talc or anthophyllite, it is recommended that an EDXA spectrum also be obtained from a known sample of talc. Use this spectrum to define the upper limit of the magnesium mass fraction in talc. Examples of EDXA spectra obtained on the SRM 1866 and SRM 1867 samples, the HSE reference asbestos samples, Bolivian crocidolite and richterite/winchite are illustrated in Annex E. For positive identification, reference EDXA spectra from asbestos standards similar to those shown in Annex E should be recorded using the specific combination of SEM and EDXA detector, since the geometries and detector efficiencies vary between different instruments.

© ISO 2012 – All rights reserved

### 8.4 Sample preparation

Select representative fibres, either from the original laboratory sample or from the residue remaining after treatment according to the procedures specified in 7.2.2 and 7.2.3. Mount these fibres either directly on a graphite SEM stub or on double-sided adhesive tape on an SEM stub. Place the SEM stub in the vacuum coating unit and evaporate a thin film of carbon on to the surface of the fibres.

### 8.5 Qualitative analysis by SEM

#### 8.5.1 Acquisition of EDXA spectra

It is important to obtain the EDXA spectrum from clean areas of the fibre, since distortion of peak heights by contributions from attached particles may compromise the identification. Particles adjacent to the fibre under analysis may also contribute to the EDXA spectrum, and this effect should be minimized to the extent possible.

#### 8.5.2 Sample analysis

The SEM stub with the unknown fibres is examined at a low magnification in the SEM, and EDXA spectra are acquired from regions of the fibres that are clear of other attached particles. The EDXA spectra are compared with the reference spectra.

##### 8.5.2.1 Chrysotile

Classify a fibre as chrysotile if:

a) the Mg and Si peaks are clear, and comparable in Mg/Si peak height ratio with that of the reference;

b) any Fe, Mn and Al peaks are small.

NOTE Depending on the composition of any adjacent or attached particles, other peaks can also be visible.

**IMPORTANT — Anthophyllite and talc both yield EDXA spectra that conform to these specifications, but the Mg/Si peak height ratio for these minerals is lower than that for chrysotile. In order to avoid erroneous classification of talc or anthophyllite as chrysotile, take account of the Mg/Si peak height ratio and calibrate the EDXA detector using known samples of chrysotile and talc.**

##### 8.5.2.2 Amosite

Classify a fibre as amosite if:

a) the Mg, Si and Fe peaks are comparable in ratio to those of the reference amosite;

b) no statistically significant peaks from Na or Al are present;

c) the Mn peak, if present, is small.

NOTE Depending on the composition of any adjacent or attached particles, other peaks can also be visible.

##### 8.5.2.3 Crocidolite

Classify a fibre as crocidolite if:

a) the Na, Si and Fe peaks are comparable in ratio with those of the reference crocidolite;

b) any peak from Mg is small, and no peaks from Al or Mn are visible.

NOTE 1 Depending on the composition of any adjacent or attached particles, other peaks can also be visible.

NOTE 2 If a large peak from Mg is present, it is possible that the fibre is magnesio-riebeckite. Bolivian crocidolite is the only known commercial source, although this variety of crocidolite can occur as contamination of other minerals.

 © ISO 2012 – All rights reserved

#### 8.5.2.4 Tremolite

Classify a fibre as tremolite if:

a) the Mg, Si, Ca and Fe peaks are comparable in ratio to those of reference tremolite;

b) no statistically significant peaks from Na or Al are present;

c) the Mn peak, if present, is small.

NOTE Depending on the composition of any adjacent or attached particles, other peaks can also be visible.

#### 8.5.2.5 Actinolite

Classify a fibre as actinolite if:

a) the Mg, Si and Fe peaks are comparable in ratio to those of the reference actinolite;

b) no statistically significant peaks from Na or Al are present;

c) the Mn peak, if present, is small.

NOTE Depending on the composition of any adjacent or attached particles, other peaks can also be visible.

#### 8.5.2.6 Anthophyllite

Classify a fibre as anthophyllite if:

a) the fibre is straight and exhibits no evidence of a ribbon-like structure;

b) the Mg and Si peaks are comparable in ratio to those of the reference anthophyllite — anthophyllite from some sources may not exhibit a peak from Fe, although in commercial anthophyllite a peak from Fe will probably be observed;

c) no statistically significant peaks from Na or Al are present;

d) the Mn peak, if present, is small.

NOTE Depending on the composition of any adjacent or attached particles, other peaks can also be visible.

#### 8.5.2.7 Sodic–calcic amphibole asbestos (richterite/winchite)

Classify a fibre as sodic–calcic amphibole if:

a) the spectrum is similar to that of actinolite or tremolite, but the Ca peak is substantially smaller and an Na peak is present — a K peak may also be evident;

b) no statistically significant peak from Al is present;

c) the Mn peak, if present, is small.

NOTE Depending on the composition of any adjacent or attached particles, other peaks can also be visible.

## 9 Analysis by transmission electron microscope

### 9.1 General

Full details relating to identification of asbestos fibres using TEM are given in ISO 10312[2] and ISO 13794[4]. Additional information on the investigation of minerals using TEM is given in References [26]–[29]. A simple technique for quantitative measurement of electron diffraction patterns is available (Reference [30]). Detailed interpretation of single-crystal electron diffraction patterns, sometimes required for definitive identification of amphibole fibres, can be accomplished using a computer program, e.g. XIDENT (Reference [31]).

© ISO 2012 – All rights reserved

## 9.2 Requirements

**9.2.1 Transmission electron microscope**, operating at an accelerating potential of 80 kV to 120 kV. The TEM shall have an illumination and condenser lens system capable of forming an electron probe smaller than 250 nm in diameter.

**9.2.2 Energy dispersive X-ray analyser**. The TEM shall be equipped with an energy dispersive X-ray analyser capable of achieving a resolution better than 170 eV (FWHM) on the Mn $K_\alpha$ peak. Since the performance of individual combinations of TEM and EDXA equipment is dependent on a number of geometrical factors, the required performance of the combination of the TEM and X-ray analyser is specified in terms of the measured X-ray intensity obtained from a fibre of small diameter, using a known electron beam diameter. Solid-state X-ray detectors are least sensitive in the low-energy region, and so measurement of sodium in crocidolite is the primary performance criterion. The combination of electron microscope and X-ray analyser shall yield, under routine analytical conditions, a peak from sodium that allows discrimination between the spectra from crocidolite and amosite.

**9.2.3 Vacuum coating unit**. If carbon-coated specimen grids are not available, a vacuum coating unit capable of producing a vacuum better than 0,013 Pa shall be used for vacuum deposition of carbon for preparation of carbon-coated grids.

**9.2.4 Calibration grids**. TEM specimen grids prepared from dispersions of chrysotile, amosite, crocidolite, tremolite, actinolite, anthophyllite, richterite/winchite, and talc are required for calibration of the EDXA system. It is recommended that gold or nickel grids be used to facilitate detection of sodium. For calibration of the camera constant for interpretation of ED patterns, TEM specimen grids with vacuum-evaporated thin films of gold, aluminium or thallous [Tl(I)] chloride deposited on to carbon films are required.

**9.2.5 Disposable tip micropipettes**, suitable for transferring a volume of approximately 3 µl to a carbon-coated TEM specimen grid.

## 9.3 Calibration

### 9.3.1 EDXA system

For the purposes of this method, calibration consists of obtaining EDXA spectra from reference samples of chrysotile, amosite, crocidolite, tremolite, actinolite, anthophyllite, and richterite/winchite. The chemical compositions of commercial chrysotile, amosite, crocidolite, and anthophyllite do not vary substantially, and comparison of unknown EDXA spectra with those from the three reference asbestos samples constitutes sufficient identification for this part 1 of ISO 22262. For most purposes, it is not necessary to discriminate between tremolite and actinolite, since the compositional boundary between them is a matter of convention. When it is necessary to discriminate between tremolite and actinolite, the SRM 1867 tremolite and actinolite samples are particularly useful since they have compositions just below and just above the boundary defined by the International Mineralogical Association (Reference [24]). In some applications, the magnesium may be partially leached from chrysotile, leading to a chemical composition that approaches that of talc. In order to facilitate the discrimination between chrysotile and talc or anthophyllite, it is recommended that an EDXA spectrum also be obtained from a known sample of talc. Use this spectrum to define the upper limit of the magnesium mass fraction in talc. Examples of EDXA spectra obtained on the SRM 1866 and SRM 1867 samples, the HSE reference asbestos samples, Bolivian crocidolite, and richterite/winchite appear in Annex F. For positive identification, reference EDXA spectra from asbestos standards similar to those shown in Annex F should be recorded using the specific combination of TEM and EDXA detector, since the geometries and detector efficiencies vary between different instruments.

### 9.3.2 Camera constant for interpretation of ED patterns

Use gold, aluminium or thallous [Tl(I)] chloride to calibrate the radius-based camera constant, $\lambda L$, the product of the wavelength and camera length, for electron diffraction patterns. Specimen grids with a vacuum deposited, thin, polycrystalline film of one of these materials on a thin carbon film are used for the calibration. The calibration data for the first two diffraction rings, where $D$ is the ring diameter, are shown in Table 6.



© ISO 2012 – All rights reserved

**Table 6 — Radius-based camera constants**

| Calibration material | Radius-based camera constant $\lambda L$ | |
|---|---|---|
| | 1st diffraction ring | 2nd diffraction ring |
| Gold | 0,117 74$D$ | 0,101 97$D$ |
| Aluminium | 0,116 90$D$ | 0,101 24$D$ |
| Thallous [Tl(I)] chloride | 0,192 14$D$ | 0,135 86$D$ |

## 9.4 Sample preparation

Remove representative fibres from the sample (see 7.2.2 and 7.2.3), and place them in an agate mortar, and pestle. Add approximately 1 ml of ethanol, and grind the fibres with the pestle until they are well dispersed in the ethanol. Set up a laboratory stand and clamp, and use it to hold a pair of fine-point tweezers that are supporting a carbon-coated TEM specimen grid, with the carbon side facing upwards. Using a disposable tip micropipette, drop a 3 µl volume of the ethanol dispersion on to the grid, and allow it to dry. Drying is faster if the grid is held under a heat lamp. When dry, the TEM grid is ready for examination.

If crocidolite or sodic–calcic amphibole is suspected, use of a carbon-coated gold TEM grid is recommended in order to avoid partial overlap of the Na $K_{\alpha}$ peak by the Cu $L_{\alpha}$ X-ray peak if a copper grid is used.

## 9.5 Qualitative analysis by TEM

### 9.5.1 Acquisition of EDXA spectra

It is important to obtain the EDXA spectrum from clean areas of the fibre, since distortion of peak heights by contributions from attached particles may compromise the identification.

### 9.5.2 Chrysotile

The morphological structure of chrysotile as seen in the TEM is characteristic and, with experience, can be recognized readily. However, a few other minerals have a similar appearance, and morphological observation by itself is inadequate for most samples.

Classify a fibre as chrysotile if:

a) the Mg and Si peaks are clear, and comparable in Mg/Si peak height ratio with that of reference chrysotile;

b) any Fe, Mn and Al peaks are small.

NOTE Depending on the composition of any adjacent or attached particles, other peaks can also be visible.

**IMPORTANT — Anthophyllite and talc both yield EDXA spectra that conform to these specifications, but the Mg/Si peak height ratio for these minerals is lower than that for chrysotile. In order to avoid erroneous classification of talc or anthophyllite as chrysotile, take account of the Mg/Si peak height ratio and calibrate the EDXA detector using known samples of chrysotile and talc.**

### 9.5.3 Amosite

Classify a fibre as amosite if:

a) the Mg, Si and Fe peaks are comparable in ratio to those of the reference amosite;

b) no statistically significant peaks from Na or Al are present;

c) the Mn peak, if present, is small.

NOTE Depending on the composition of any adjacent or attached particles, other peaks can also be visible.

© ISO 2012 – All rights reserved

### 9.5.4 Crocidolite

Classify a fibre as crocidolite if:

a) the Na, Si and Fe peaks are comparable in ratio with those of the reference crocidolite;

b) no statistically significant peak from Al is present;

c) any peak from Mg is small, and no Mn peak is visible.

NOTE 1 Depending on the composition of any adjacent or attached particles, other peaks can also be visible.

NOTE 2 If a large peak from Mg is present, it is possible that the fibre is magnesio-riebeckite. Bolivian crocidolite is the only known commercial source, although this variety of crocidolite can occur as contamination of other minerals.

### 9.5.5 Tremolite

Classify a fibre as tremolite if:

a) the Mg, Ca and Fe peaks are comparable in ratio with those of the reference tremolite;

b) no statistically significant peak from Al is present;

c) any peak from either Na or K is small.

NOTE Depending on the composition of any adjacent or attached particles, other peaks can also be visible.

### 9.5.6 Actinolite

Classify a fibre as actinolite if:

a) the Mg, Si and Fe peaks are comparable in ratio to those of the reference actinolite;

b) no statistically significant peaks from Na or Al are present;

c) the Mn peak, if present, is small.

NOTE Depending on the composition of any adjacent or attached particles, other peaks can also be visible.

### 9.5.7 Anthophyllite

Classify a fibre as anthophyllite if:

a) the fibre is straight and exhibits no evidence of a ribbon-like structure;

b) the Mg and Si peaks are comparable in ratio to those of reference anthophyllite — anthophyllite from some sources may not exhibit a peak from Fe, although in commercial anthophyllite a peak from Fe will probably be observed;

c) no statistically significant peaks from Na or Al are present;

d) the Mn peak, if present, is small.

NOTE Depending on the composition of any adjacent or attached particles, other peaks can also be visible.

### 9.5.8 Sodic–calcic amphibole asbestos (richterite/winchite)

Classify a fibre as sodic–calcic amphibole if:

a) the spectrum is similar to that of actinolite or tremolite, but the Ca peak is substantially smaller and an Na peak is present — a K peak may also be evident;

b) no statistically significant peak from Al is present;

 © ISO 2012 – All rights reserved

c) the Mn peak, if present, is small.

NOTE Depending on the composition of any adjacent or attached particles, other peaks can also be visible.

## 10 Test report

The test report shall contain at least the following information:

a) reference to this part of ISO 22262 (ISO 22262-1:2012);

b) the identification of the sample, including the location (if known by the analyst);

c) the date of the analysis;

d) the identity of the analyst;

e) all applicable specimen preparation details;

f) any procedure used not specified in this part of ISO 22262 or regarded as an optional procedure;

g) the variety or varieties of asbestos detected;

h) the analytical method used to identify the asbestos.

Items i) to k) shall be recorded in the laboratory data, but the extent to which they are included as part of the test report is optional:

i) the observations made to confirm the identification of the asbestos varieties reported, including any optional procedures;

j) the estimated mass fraction(s) of the asbestos varieties detected in ranges as follows:

   1) none detected,

   2) detected,

   3) 0,1 % to 5 %,

   4) 5 % to 50 %,

   5) 50 % to 100 %;

NOTE 1 These categories for reporting asbestos mass fractions are estimates only; they are intended to provide guidance in the interpretation of results. If it is necessary to make critical decisions on the basis of results in the range from "non-detected" to 5 %, sample analysis by a quantitative method is appropriate (e.g. using ISO 22262-2).

NOTE 2 The reporting category "detected" provides the analyst with a means of reporting the result when only one or two fibres are detected in the analysis, the observation of which may be a consequence of unintended contamination of the sample.

k) the variety or varieties of any non-asbestos fibres detected, and the observations made which allowed these fibres to be discriminated from asbestos fibres.

An example of a suitable format for the test report is shown in Annex H.

© ISO 2012 – All rights reserved

# Annex A
(normative)

## Types of commercial asbestos-containing material

The properties of asbestos such as non-flammability, chemical stability, and high strength have led worldwide to a broad use of this mineral in the building and industrial sectors. Asbestos–cement products, asbestos-containing lightweight panels and fire-prevention panels, asbestos packings and asbestos cloths, asbestos boards, asbestos foams, asbestos-containing fireproofing and acoustic and decorative plasters (sprayed asbestos), and asbestos-containing compositions for trowel application and putties are the most important uses. In addition, there is also a variety of products to which asbestos fibres were frequently added at smaller mass fractions, e.g. paints for protective coatings, adhesives, plastic sheets, and tiles.

Table A.1 gives the most important asbestos-containing materials with examples of their applications and the typical asbestos mass fractions. In exceptional cases, asbestos mass fractions deviating from those quoted may have been used.

**Table A.1 — Asbestos-containing materials; examples of use and typical asbestos content**

| Product | Examples of application | Typical asbestos type and mass fraction |
|---|---|---|
| Asbestos–cement flat boards | Roof claddings<br>Sidings<br>Banister elements<br>Windowsills<br>Staircases<br>Partition walls<br>Support for cable runs<br>In small sizes as slates and shingles in the roofing and siding sectors | Chrysotile 10 %–12 %, Sometimes also <5 % crocidolite or amosite in addition to chrysotile |
| Asbestos–cement corrugated sheets | Roof claddings<br>Perimeter insulation<br>Sidings in the industrial sector | Chrysotile 10 %–12 %, sometimes also, with some manufacturers, <5 % crocidolite in addition to chrysotile |
| Asbestos–cement pipes or ducts | Drinking water and wastewater pipes<br>Service pipes<br>Inlet air and exhaust air ducts<br>Cable shafts | Chrysotile 10 %–15 %. Drinking water pipe also <5 % crocidolite or amosite in addition to chrysotile |
| Asbestos–cement mouldings | Standard ashtrays<br>Flower boxes<br>Garden articles<br>Sculptures | Chrysotile 10 %–12 % |



© ISO 2012 – All rights reserved

**Table A.1** *(continued)*

| Product | Examples of application | Typical asbestos type and mass fraction |
|---|---|---|
| Asbestos-containing lightweight building boards or fire-resistant panels | Sealing of openings in walls required to be fire resistant<br>Fire-protection encasement of ventilation ducts, cable ducts and cable shafts<br>Fire closures in walls required to be fire resistant (fire shutters, fire barriers)<br>Fire-protection encasements<br>Smoke-removal ducts<br>Insert in fire-resistant doors and gates<br>Substructure of luminaries (lighting fixtures) | Chrysotile ~15 % and amosite ~15 % |
| Asbestos-containing lightweight building boards or fire-resistant panels | Lining fire-hazard rooms<br>Partition walls, partition surfaces, doors<br>Sanitary modules<br>Support and beam encasements<br>Smoke aprons<br>Fire locks | Chrysotile <50 %, sometimes amosite <35 % |
| Asbestos-containing pipe and boiler insulations | Corrugated paper pipe insulation<br>85 % magnesia block and pipe insulation<br>Calcium silicate block and pipe insulation | Chrysotile 30 %–100 %<br>Total of 15 % asbestos, can be chrysotile, amosite or crocidolite, or any mixture of two or more. |
| Asbestos packing, asbestos cloth | Seals or sealing strips on lightweight walls required to be fire resistant (at ceiling, floor, joints between elements, wall terminations)<br>Seals on pipe and duct feed-throughs in walls and ceilings<br>Seals between flanges of ventilation ducts<br>Seals on fire-resistant glazing, shelter doors, chimney soot doors<br>Seals and insulation on heat-generation systems, hot pipes and hot valves<br>Fire blankets<br>Heat-resistant clothing, heat-resistant gloves<br>Lining of pipe clips for hot water, steam and sprinkler pipes<br>Lamp wicks<br>Mantles for gas lamps | Predominantly chrysotile (80 %–100 %);<br>crocidolite for acid-resistant applications |
| Asbestos millboards | Sealing strips on lightweight walls required to be fire resistant (at ceiling, floor, joints between elements, wall terminations)<br>Substructure of luminaries (lighting fixtures)<br>Bottom coating of wooden windowsills over radiators | Chrysotile 80 %–100 % |
| Asbestos foams | Infilling (sealing) of movement joints<br>Seals at fire shutters and fire barriers | Chrysotile ~50 % |

© ISO 2012 – All rights reserved

**Table A.1** *(continued)*

| Product | Examples of application | Typical asbestos type and mass fraction |
|---|---|---|
| Sprayed asbestos | Contour-following fire-resistant coating of steel structures<br>Coating of ceilings and walls in music auditoria, theatres, churches, garages, industrial rooms (for noise protection)<br>Sealing off openings for cable, pipe and duct feed-throughs through walls required to be fire resistant<br>Encasing of ventilation ducts | Chrysotile, crocidolite or amosite 40 %–70 %, also mixtures of mineral wool with either 20 % amosite or up to 30 % chrysotile. Other mixtures include 15 % chrysotile with either perlite or vermiculite, and gypsum.<br>Sprayed vermiculite coatings (with or without chrysotile) can contain up to 2 % tremolite, some of which can be asbestiform.<br>Several per cent of tremolite asbestos (Japan) |
| Sprayed decorative coatings (texture coats) | Coating of ceilings and walls to provide a textured surface which masks irregularities | Chrysotile <5 %. Some constituents can also contain tremolite. Some of the tremolite can be asbestiform. |
| Gypsum wallboard joint compounds | Provides smooth joint between adjacent panels | Chrysotile <5 %. Some constituents can also contain low mass fractions of tremolite. |
| Asbestos-containing troweled-on compositions and putty | Grouting of prefabricated concrete components<br>Sealing of movement joints<br>Pipe feeds through walls and ceilings<br>Door casings of fire-resistant doors<br>Anti-drumming coatings (car preservation)<br>Coating of underwater structures<br>Baseboard coating on house walls | Chrysotile <20 % |
| Asbestos-containing floorings | Reinforcement in flexible sheets<br>Rot-resistant support layer as underlay of cushion PVC flooring materials | Chrysotile 10 %–20 %<br>Chrysotile 80 %–100 % |
| Asphalt or PVC asbestos floor tiles | Reinforcement | Asphalt tiles containing chrysotile <35 %, PVC tiles containing chrysotile <20 % |
| Rubberized asbestos seals | Gaskets for pipe flanges | Chrysotile 50 %–90 % |
| Asbestos-containing friction products | Brake linings<br>Brake bands<br>Clutch linings | Chrysotile 10 %–70 % |
| Acid-resistant containers | Lead-acid battery boxes<br>Drums for acid | Crocidolite 10 %–50 % |
| Filter media | Air filters<br>Liquid filters<br>Sterile and aseptic filters<br>Clarifying sheets<br>Diaphragms for chloralkali electrolysis processes<br>Filtration media for Gooch crucibles | Chrysotile, rarely amosite 95 %<br>For Gooch crucibles, 100 % tremolite or anthophyllite |

 © ISO 2012 – All rights reserved

**Table A.1** *(continued)*

| Product | Examples of application | Typical asbestos type and mass fraction |
|---|---|---|
| Talc<br>(asbestos content dependent on deposit) | Release agents for electric cables, rubber products<br>Release agents in the confectionery industry<br>Tailor's chalk<br>Paper manufacture<br>Medicine, cosmetics | Chrysotile and/or actinolite/ tremolite. Some of the actinolite/ tremolite can be asbestiform |
| Vermiculite (exfoliated) | Attic and wall cavity insulation<br>Fireproofing<br>Horticultural products | Depends on the source of the vermiculite. Vermiculite from Montana, USA, can contain up to 6 % of a mixture of amphibole types, some of which can be asbestiform |
| Industrial minerals: wollastonite, sepiolite, attapulgite | Ceramics manufacture<br>Plastics fillers<br>Surfacing materials and joint compounds<br>Ceiling tiles<br>Drilling muds (attapulgite) | Depends on the source of the mineral. Can contain several per cent of tremolite or actinolite, some of which can be asbestiform. |
| Industrial minerals:<br>calcite, dolomite and gypsum | Manufacture of building materials<br>Industrial uses | Depends on the source of the mineral. Carbonate minerals can contain several per cent of tremolite or actinolite, some of which can be asbestiform |
| Industrial minerals: mica | Ceramics manufacture<br>Manufacture of building materials | Depends on the source of the mineral. Can contain tremolite or actinolite, some of which can be asbestiform |
| Asphalt surfacings | Road construction | Chrysotile, generally ≤1 % |
| Wall and ceiling plasters | Interior wall and ceiling coatings, with or without aggregate and fibres such as animal hair or jute | Chrysotile. Generally locally mixed and inhomogeneous. Can be any mass fraction up to approximately 3 % |
| Drilling muds | Oil exploration, rock drilling | Chrysotile. Often the chrysotile is very fine and short, sometimes originating from Coalinga, California. Can contain <100 % chrysotile |
| Chemical products for construction, and other products | Bitumen, roofing and sealing sheets | Chrysotile <30 % |
| | Sealing putties | Chrysotile <2 % |
| | Glazing putties | Chrysotile <4 % |
| | Bituminous coatings | Chrysotile <30 % |
| | Fillers and sealers | Chrysotile <25 % |
| | Jointing compounds | Chrysotile <5 % |
| | Paints | Chrysotile <9 % |
| | Glues | Chrysotile <4 % |
| | Fire retardants | Chrysotile <10 % |
| | Sub-floor protection | Chrysotile <4 % |

© ISO 2012 – All rights reserved

# Annex B
(normative)

## Interference colour chart



Figure B.1 — Interference colour chart



© ISO 2012 – All rights reserved

# Annex C
(normative)

## Dispersion staining charts




**Figure C.1 — Central stop dispersion staining colours for chrysotile in 1,550 RI liquid**




**Figure C.2 — Central stop dispersion staining colours for amosite in 1,680 RI liquid**




**Figure C.3 — Central stop dispersion staining colours for crocidolite in 1,700 RI liquid**

© ISO 2012 – All rights reserved




**Figure C.4 — Central stop dispersion staining colours for tremolite in 1,605 RI liquid**




**Figure C.5 — Central stop dispersion staining colours for actinolite in 1,630 RI liquid**




**Figure C.6 — Central stop dispersion staining colours for anthophyllite in 1,605 RI liquid**




**Figure C.7 — Central stop dispersion staining colours for richterite/winchite asbestos in 1,630 RI liquid**

 © ISO 2012 – All rights reserved

# Annex D
(normative)

## Asbestos identification by PLM and dispersion staining in commercial materials



**Figure D.1 — PLM micrograph of SRM 1866 chrysotile in 1,550 RI liquid — Crossed polars with 530 nm retardation plate**



**Figure D.2 — PLM micrograph of SRM 1866 chrysotile in 1,550 RI liquid — Crossed polars with 530 nm retardation plate**



**Figure D.3 — SRM 1866 chrysotile in 1,550 RI liquid viewed in dispersion staining — Fibre length parallel to polarizer vibration direction**



**Figure D.4 — SRM 1866 chrysotile in 1,550 RI liquid viewed in dispersion staining — Fibre length normal to polarizer vibration direction**

© ISO 2012 – All rights reserved



**Figure D.5 — PLM micrograph of SRM 1866 amosite in 1,680 RI liquid — Crossed polars with 530 nm retardation plate**



**Figure D.6 — PLM micrograph of SRM 1866 amosite in 1,680 RI liquid — Crossed polars with 530 nm retardation plate**



**Figure D.7 — SRM 1866 amosite in 1,680 RI liquid viewed in dispersion staining — Fibre length parallel to polarizer vibration direction**



**Figure D.8 — SRM 1866 amosite in 1,680 RI liquid viewed in dispersion staining — Fibre length normal to polarizer vibration direction**



**Figure D.9 — Heated amosite in 1,680 RI liquid viewed in plane polarized light — Fibre length parallel to polarizer vibration direction**



**Figure D.10 — Heated amosite in 1,680 RI liquid viewed in plane polarized light — Fibre length parallel to polarizer vibration direction**



© ISO 2012 – All rights reserved



Figure D.11 — PLM micrograph of SRM 1866 crocidolite in 1,700 RI liquid — Crossed polars with 530 nm retardation plate



Figure D.12 — PLM micrograph of SRM 1866 crocidolite in 1,700 RI liquid — Crossed polars with 530 nm retardation plate



Figure D.13 — SRM 1866 crocidolite in 1,700 RI liquid in plane polarized light — Fibres parallel to polarizer vibration direction



Figure D.14 — SRM 1866 crocidolite in 1,700 RI liquid in plane polarized light — Fibres normal to polarizer vibration direction



Figure D.15 — SRM 1866 crocidolite in 1,700 RI liquid — Dispersion staining — Fibre lengths parallel to polarizer vibration direction



Figure D.16 — SRM 1866 crocidolite in 1,700 RI liquid — Dispersion staining — Fibre lengths normal to polarizer vibration direction

© ISO 2012 – All rights reserved



Figure D.17 — Heated crocidolite viewed in plane polarized light — Fibre length parallel to polarizer vibration direction



Figure D.18 — Heated crocidolite viewed in plane polarized light — Fibre length normal to polarizer vibration direction



Figure D.19 — PLM micrograph of SRM 1867 tremolite in 1,605 RI liquid — Crossed polars with 530 nm retardation plate



Figure D.20 — PLM micrograph of SRM 1867 tremolite in 1,605 RI liquid — Crossed polars with 530 nm retardation plate



Figure D.21 — SRM 1867 tremolite in 1,605 RI liquid viewed in dispersion staining — Fibres at extinction position



Figure D.22 — SRM 1867 tremolite in 1,605 RI liquid viewed in dispersion staining — Fibres at extinction position



© ISO 2012 – All rights reserved



Figure D.23 — PLM micrograph of SRM 1867 tremolite in 1,625 RI liquid — Crossed polars with 530 nm retardation plate



Figure D.24 — PLM micrograph of SRM 1867 tremolite in 1,625 RI liquid — Crossed polars with 530 nm retardation plate



Figure D.25 — SRM 1867 tremolite in 1,625 RI liquid viewed in dispersion staining — Fibres at extinction position



Figure D.26 — SRM 1867 tremolite in 1,625 RI liquid viewed in dispersion staining — Fibres at extinction position



Figure D.27 — PLM micrograph of SRM 1867 actinolite in 1,630 RI liquid — Crossed polars with 530 nm retardation plate



Figure D.28 — PLM micrograph of SRM 1867 actinolite in 1,630 RI liquid — Crossed polars with 530 nm retardation plate

© ISO 2012 – All rights reserved



Figure D.29 — SRM 1867 actinolite in 1,630 RI liquid viewed in dispersion staining — Purple fibre at extinction position



Figure D.30 — SRM 1867 actinolite in 1,630 RI liquid viewed in dispersion staining — Light blue fibre at extinction position



Figure D.31 — PLM micrograph of SRM 1867 anthophyllite in 1,605 RI liquid — Crossed polars with 530 nm retardation plate



Figure D.32 — PLM micrograph of SRM 1867 anthophyllite in 1,605 RI liquid — Crossed polars with 530 nm retardation plate



Figure D.33 — SRM 1867 anthophyllite in 1,630 RI liquid viewed in dispersion staining — Fibre lengths parallel to polarizer vibration direction



Figure D.34 — SRM 1867 anthophyllite in 1,630 RI liquid viewed in dispersion staining — Fibre lengths normal to polarizer vibration direction



© ISO 2012 – All rights reserved



Figure D.35 — PLM micrograph of HSE tremolite in 1,605 RI liquid — Crossed polars with 530 nm retardation plate



Figure D.36 — PLM micrograph of HSE tremolite in 1,605 RI liquid — Crossed polars with 530 nm retardation plate



Figure D.37 — HSE tremolite in 1,605 RI liquid viewed in dispersion staining — Fibre lengths parallel to polarizer vibration direction



Figure D.38 — HSE tremolite in 1,605 RI liquid viewed in dispersion staining — Fibre lengths normal to polarizer vibration direction



Figure D.39 — PLM micrograph of HSE actinolite in 1,640 RI liquid — Crossed polars with 530 nm retardation plate



Figure D.40 — PLM micrograph of HSE actinolite in 1,640 RI liquid — Crossed polars with 530 nm retardation plate

© ISO 2012 – All rights reserved



Figure D.41 — HSE actinolite in 1,640 RI liquid viewed in dispersion staining — Fibre lengths parallel to polarizer vibration direction



Figure D.42 — HSE actinolite in 1,640 RI liquid viewed in dispersion staining — Fibre lengths normal to polarizer vibration direction



Figure D.43 — HSE actinolite in 1,640 RI liquid in plane polarized light — Fibres parallel to polarizer vibration direction



Figure D.44 — HSE actinolite in 1,640 RI liquid in plane polarized light — Fibres normal to polarizer vibration direction



Figure D.45 — PLM micrograph of HSE anthophyllite in 1,605 RI liquid — Crossed polars with 530 nm retardation plate



Figure D.46 — PLM micrograph of HSE anthophyllite in 1,605 RI liquid — Crossed polars with 530 nm retardation plate



© ISO 2012 – All rights reserved



Figure D.47 — HSE anthophyllite in 1,605 RI liquid viewed in dispersion staining — Fibre lengths parallel to polarizer vibration direction



Figure D.48 — HSE anthophyllite in 1,605 RI liquid viewed in dispersion staining — Fibre lengths normal to polarizer vibration direction



Figure D.49 — PLM micrograph of richterite/winchite asbestos in 1,630 RI liquid — Crossed polars with 530 nm retardation plate



Figure D.50 — PLM micrograph of richterite/winchite asbestos in 1,630 RI liquid — Crossed polars with 530 nm retardation plate



Figure D.51 — Richterite/winchite asbestos in 1,630 RI liquid viewed in dispersion staining — Fibres at extinction position



Figure D.52 — Richterite/winchite asbestos in 1,630 RI liquid viewed in dispersion staining — Fibres at extinction position

© ISO 2012 – All rights reserved

# Annex E
(normative)

## Asbestos identification by SEM in commercial materials

Figures E.1 to E.11 are examples of EDXA spectra collected on an SEM operating at 15 kV and using a silicon solid-state detector with a beryllium window. The SEM specimens were prepared by mounting representative fibre bundles from SRM 1866, SRM 1867, and the HSE reference asbestos varieties on adhesive tape on SEM specimen stubs. All specimens were carbon coated in a vacuum evaporator.

Prior to use of this part of ISO 22262, obtain calibration spectra from the reference standards, using the actual accelerating voltage and the specific X-ray detector.




**Key**

$N$ counts

$E$ X-ray energy

**Figure E.1 — Energy dispersive X-ray spectrum obtained from SRM 1866 chrysotile**



© ISO 2012 – All rights reserved




**Key**

*N* counts *E* X-ray energy

**Figure E.2 — Energy dispersive X-ray spectrum obtained from SRM 1866 amosite**




**Key**

*N* counts *E* X-ray energy

**Figure E.3 — Energy dispersive X-ray spectrum obtained from SRM 1866 crocidolite**

© ISO 2012 – All rights reserved




**Key**

*N* counts *E* X-ray energy

**Figure E.4 — Energy dispersive X-ray spectrum obtained from SRM 1867 tremolite**




**Key**

*N* counts *E* X-ray energy

**Figure E.5 — Energy dispersive X-ray spectrum obtained from SRM 1867 actinolite**

 © ISO 2012 – All rights reserved




**Key**

*N* counts *E* X-ray energy

**Figure E.6 — Energy dispersive X-ray spectrum obtained from SRM 1867 anthophyllite**




**Key**

*N* counts *E* X-ray energy

**Figure E.7 — Energy dispersive X-ray spectrum obtained from HSE tremolite**

© ISO 2012 – All rights reserved




**Key**

*N* counts *E* X-ray energy

**Figure E.8 — Energy dispersive spectrum obtained from HSE actinolite**




**Key**

*N* counts *E* X-ray energy

**Figure E.9 — Energy dispersive X-ray spectrum obtained from HSE anthophyllite**

 © ISO 2012 – All rights reserved




**Key**

*N* counts    *E* X-ray energy

**Figure E.10 — Energy dispersive X-ray spectrum obtained from Bolivian crocidolite**




**Key**

*N* counts    *E* X-ray energy

**Figure E.11 — Energy dispersive X-ray spectrum obtained from richterite/winchite**

© ISO 2012 – All rights reserved

# Annex F
(normative)

# Asbestos identification by TEM in commercial materials

## F.1 General

For the identification of asbestos in some types of bulk materials, particularly for those in which PLM examination yields ambiguous results, TEM examination can usually resolve the ambiguities and provide definitive identification of the fibres. In most cases, acquisition of an EDXA spectrum provides sufficient evidence to identify any of the asbestos varieties. Discrimination between talc and anthophyllite, however, cannot be reliably achieved on the basis of an EDXA spectrum alone, because the chemical compositions of the two minerals are very similar. Electron diffraction permits discrimination between talc and anthophyllite on the basis of their different crystal structures.

## F.2 EDXA analysis

Figures F.1 to F.11 are examples of EDXA spectra collected on a TEM operating at 80 kV and using a silicon solid state detector with a beryllium window. The TEM specimens were prepared by the micropipette method from SRM 1866, SRM 1867 and HSE reference asbestos varieties. All specimens were prepared using gold grids in order to avoid interference in detection of the Na $K_\alpha$ peak by the Cu $L_\alpha$ peak which would partially overlap the sodium peak if copper specimen grids were used.

Prior to use of this part of ISO 22262, obtain calibration spectra from the reference standards, using the actual accelerating voltage and the specific X-ray detector.




**Key**

*N* counts

*E* X-ray energy

**Figure F.1 — Energy dispersive X-ray spectrum obtained from SRM 1866 chrysotile. The gold and small copper peaks originate from the gold specimen grid**



© ISO 2012 – All rights reserved




**Key**

*N* counts

*E* X-ray energy

**Figure F.2 — Energy dispersive X-ray spectrum obtained from SRM 1866 amosite. The gold peaks originate from the gold specimen grid**




**Key**

*N* counts

*E* X-ray energy

**Figure F.3 — Energy dispersive X-ray spectrum obtained from SRM 1866 crocidolite. The gold and small copper peaks originate from the gold specimen grid**

© ISO 2012 – All rights reserved




**Key**

*N* counts *E* X-ray energy

**Figure F.4 — Energy dispersive X-ray spectrum obtained from SRM 1867 tremolite. The gold and small copper peaks originate from the gold specimen grid**




**Key**

*N* counts *E* X-ray energy

**Figure F.5 — Energy dispersive X-ray spectrum obtained from SRM 1867 actinolite. The gold peaks originate from the gold specimen grid**



© ISO 2012 – All rights reserved




**Key**

*N* counts *E* X-ray energy

**Figure F.6 — Energy dispersive X-ray spectrum obtained from SRM 1867 anthophyllite. The gold peaks originate from the gold specimen grid**




**Key**

*N* counts *E* X-ray energy

**Figure F.7 — Energy dispersive X-ray spectrum obtained from HSE tremolite. The gold and small copper peaks originate from the gold specimen grid**

© ISO 2012 – All rights reserved




**Key**

*N* counts

*E* X-ray energy

**Figure F.8 — Energy dispersive X-ray spectrum obtained from HSE actinolite. The gold peaks originate from the the gold specimen grid**




**Key**

*N* counts

*E* X-ray energy

**Figure F.9 — Energy dispersive X-ray spectrum obtained from HSE anthophyllite. The gold peaks originate from the gold specimen grid**



© ISO 2012 – All rights reserved




**Key**

*N* counts *E* X-ray energy

**Figure F.10 — Energy dispersive X-ray spectrum obtained from Bolivian crocidolite. The gold peaks originate from the gold specimen grid**




**Key**

*N* counts *E* X-ray energy

**Figure F.11 — Energy dispersive X-ray spectrum obtained from richterite/winchite asbestos. The gold and small copper peaks originate from the gold specimen grid**

© ISO 2012 – All rights reserved

### F.3 Electron diffraction

The ED technique can be either qualitative or quantitative. Qualitative ED consists of visual examination, without detailed measurement, of the general characteristics of the ED pattern obtained on the TEM viewing screen from a randomly oriented fibre. ED patterns obtained from fibres with cylindrical symmetry, such as chrysotile, do not change when the fibres are tilted about their axes, and patterns from randomly oriented fibres of these minerals can be interpreted quantitatively. For fibres which do not have cylindrical symmetry, only those ED patterns obtained when the fibre is oriented with a principal crystallographic axis closely parallel to the incident electron-beam direction can be interpreted quantitatively. This type of ED pattern shall be referred to as a zone-axis ED pattern. In order to interpret a zone-axis ED pattern quantitatively, it shall be recorded photographically and its consistency with known mineral structures shall be checked. A computer program may be used to compare measurements of the zone-axis ED pattern with corresponding data calculated from known mineral structures. The zone-axis ED pattern obtained by examination of a fibre in a particular orientation can be insufficiently specific to permit unequivocal identification of the mineral fibre, but it is often possible to tilt the fibre to another angle and to record a different ED pattern corresponding to another zone axis. The angle between the two zone axes can also be checked for consistency with the structure of a suspected mineral.

For visual examination of the ED pattern, the camera length of the TEM should be set to a low value of approximately 250 mm and the ED pattern should then be viewed through the binoculars. This procedure minimizes the possible degradation of the fibre by the electron irradiation. However, the pattern is distorted by the tilt angle of the viewing screen. A camera length of at least 2 m should be used when the ED pattern is recorded, if accurate measurement of the pattern is to be possible. It is necessary that, when obtaining an ED pattern to be evaluated visually or recorded, the sample height shall be properly adjusted to the eucentric point and the image shall be focused in the plane of the selected area aperture. If this is not done, there may be some components of the ED pattern which do not originate from the selected area. In general, it is necessary to use the smallest available ED aperture.

For accurate measurements of the ED pattern, it is recommended that an internal calibration standard be used. Apply a thin coating of gold, or other suitable calibration material, to the underside of the TEM specimen. This coating may be applied either by vacuum evaporation or, more conveniently, by sputtering. The polycrystalline gold film yields diffraction rings on every ED pattern and these rings provide the required calibration information. Alternatively, a calibrated objective aperture can be inserted to determine if the layer-line spacing of the ED pattern is approximately 0,53 nm, as expected for asbestos fibres (Reference [30]). This works well even when viewing a raised screen through binoculars.

To form an ED pattern, move the image of the fibre to the centre of the viewing screen, adjust the height of the specimen to the eucentric position, and insert a suitable selected area aperture into the electron beam so that the fibre, or a portion of it, occupies a large proportion of the illuminated area. The size of the aperture and the portion of the fibre shall be such that particles other than the one to be examined are excluded from the selected area. Observe the ED pattern through the binoculars. During the observation, the objective lens current should be adjusted to the point where the most complete ED pattern is obtained. If an incomplete ED pattern is still obtained, move the particle around within the selected area to attempt to optimize the ED pattern, or to eliminate possible interferences from neighbouring particles.

ED patterns can be particularly useful for differentiating fibrous talc from anthophyllite asbestos, both of which have similar EDXA spectra. ED of talc produces a pseudo-hexagonal pattern that does not change as the fibre is tilted using the goniometer. Anthophyllite asbestos, on the other hand, produces assorted spots appearing and disappearing along layer lines as the fibre is tilted using the goniometer. ED patterns can also be a useful diagnostic tool for chrysotile that is so heavily coated with matrix that EDXA is inconclusive. Detection of the 002, 110, and 130 reflections as shown in Figure F.12 in conjunction with 0,53 nm layer-line spacing confirms the presence of chrysotile.

Analysis of laboratory samples seldom requires zone-axis measurements. However, if a zone-axis ED analysis is to be attempted on the fibre, the sample shall be mounted in the appropriate holder. The most convenient holder allows complete rotation of the specimen grid and tilting of the grid about a single axis. Rotate the sample until the fibre image indicates that the fibre is oriented with its length coincident with the tilt axis of the goniometer, and adjust the sample height until the fibre is at the eucentric position. Tilt the fibre until an ED pattern appears which is a symmetrical, two dimensional array of spots. The recognition of zone-axis alignment conditions requires some experience on the part of the operator. During tilting of the fibre to obtain zone-axis


© ISO 2012 – All rights reserved

conditions, the manner in which the intensities of the spots vary should be observed. If weak reflections occur at some points on a matrix of strong reflections, the possibility of twinning or multiple




**Figure F.12 — Chrysotile SAED pattern**

diffraction exists, and some caution should be exercised in the selection of diffraction spots for measurement and interpretation. A full discussion of electron diffraction and multiple diffraction can be found in References [26]–[29].

It is important to recognize that not all zone-axis patterns that can be obtained are definitive. Only those patterns with closely spaced reflections corresponding to low indices in at least one direction should be recorded. Patterns in which all *d*-spacings are less than about 0,3 nm are not definitive. A useful guideline is that the lowest angle reflections should be within the radius of the smallest ring of the gold diffraction pattern (111), and that patterns with smaller distances between reflections are usually the most definitive. It is particularly important to recognize that when ED is used to discriminate between different minerals of similar compositions, demonstration that an ED pattern is consistent with the crystal structure of a particular mineral is not proof of identity, unless the ED pattern has also been shown to be *inconsistent* with the crystal structures of the other possible minerals.

Computer programs such as XIDENT (Reference [31]) provide a convenient way to test the consistency of any given ED pattern with the crystallographic data for individual minerals. The XIDENT program is advantageous in that no knowledge of crystal orientation is required; all possible ED patterns at all orientations are calculated and compared with the observed ED pattern. If the results obtained from one ED pattern do not resolve any ambiguity in identification of a fibre, a second ED pattern obtained at a different orientation of the fibre can be examined, and the observed tilt angle between the two orientations can be compared with the theoretical angle calculated from the suspected crystal structure. In order to use the XIDENT program, five spots, closest to the centre spot, along two intersecting lines of the zone-axis pattern are selected for measurement, as illustrated in Figure F.13. The distances of these spots from the centre spot and the four angles shown provide the required data for analysis. Since the centre spot is usually very over-exposed, it does not provide a well-defined origin for these measurements. The required distances are best obtained by measuring between pairs of spots symmetrically disposed about the centre spot, preferably separated by several repeat distances.

© ISO 2012 – All rights reserved




Figure F.13 — Measurement of spacings and angles in a zone axis ED pattern



© ISO 2012 – All rights reserved

# Annex G
(informative)

## Example of sampling record

| | |
|---|---|
| Date: | Samples taken by: |
| Building and location: | |

| | | |
|---|---|---|
| Room: | | Sample identification: |
| Sampling location: | | |
| Reference: | Plan No: | Position in plan: |
| Sketch No: | | Photo No: |
| Sample details: | | |
| Comments: | | |

© ISO 2012 – All rights reserved

# Annex H
(informative)

# Example of test report

## Analysis of bulk materials for asbestos by ISO 22262-1

| | | | |
|---|---|---|---|
| Date of analysis: | | | |
| Analyst: | | Signature: | |

NOTE *ISO 22262-1 refers to qualitative analysis of commercial products for asbestos.*

In this method, polarized light microscopy with dispersion staining is the default procedure for identification of asbestos. If the sample characteristics required the use of either of the optional electron microscope methods to identify asbestos, the method used is indicated. If accurate quantification of asbestos mass fraction in the range below approximately 5 % mass fraction is required for the purpose of determining the regulatory status of an asbestos-containing material, use the appropriate other parts of ISO 22262.

| Sample | Asbestos | Estimated asbestos mass fraction | Non-asbestos fibres | Comments |
|---|---|---|---|---|
| Sample 20050411-1<br>Pipe covering<br>Grey corrugated paper | Chrysotile | 5 %–50 % | Cellulose<br>Brucite | Sample ashed to remove interfering materials. |
| Sample 20050412-3<br>Pipe covering<br>White fibrous material | Amosite<br>Chrysotile | 5 %–50 %<br>0,1 %–5 % | None | |
| Sample 20050412-4<br>Fireproofing from beam<br>Blue fibrous material | Crocidolite | 50 %–100 % | None | |
| Sample 20050413-1<br>Pipe covering<br>Off-white fibrous material | None detected | 0 % | Mineral wool | |
| Sample 20050413-2<br>Plaster<br>White material | Tremolite | 0,1 %–5 % | None | |
| Sample 20050413-3<br>Ceiling tile<br>Grey fibrous material | Chrysotile | 0,1 %–5 % | Mineral wool<br>Cellulose | Chrysotile too fine to identify by PLM. Chrysotile identified by TEM method. |


© ISO 2012 – All rights reserved

# Bibliography

[1] ISO 7348:1992, *Glass containers — Manufacture — Vocabulary*

[2] ISO 10312, *Ambient air — Determination of asbestos fibres — Direct transfer transmission electron microscopy method*

[3] ISO 10934-1:2002, *Optics and optical instruments — Vocabulary for microscopy — Part 1: Light microscopy*

[4] ISO 13794:1999, *Ambient air — Determination of asbestos fibres — Indirect-transfer transmission electron microscopy method*

[5] ISO 14686:2003, *Hydrometric determinations — Pumping tests for water wells — Considerations and guidelines for design, performance and use*

[6] ISO 14952-1:2003, *Space systems — Surface cleanliness of fluid systems — Part 1: Vocabulary*

[7] ISO 14966, *Ambient air — Determination of numerical concentration of inorganic fibrous particles — Scanning electron microscopy method*

[8] AS 4964:2004, *Method for the qualitative identification of asbestos in bulk samples*

[9] EN 143, *Respiratory protective devices — Particle filters — Requirements, testing, marking*

[10] EPA/600/R-93/116:1993, *Test method, method for the determination of asbestos in bulk building materials*. Washington, DC: United States Environmental Protection Agency

[11] MDHS 77, *Asbestos in bulk materials — Sampling and identification by polarised light microscopy (PLM)*. Sudbury: HSE (UK Health and Safety Executive) Books, 1999

[12] NF X46-020:2008, *Repérage amiante — Repérage des matériaux et produits contenant de l'amiante dans les immeubles bâtis — Mission et méthodologie* [Location of asbestos — Location of materials and products containing asbestos in buildings — Mission and methodology]

[13] VDI 3866 Part 1:2000, *Determination of asbestos in technical products — Principle — Sampling and sample preparation*

[14] VDI 3866 Part 4:2002, *Determination of asbestos in technical products — Phase contrast optical microscopy method*

[15] VDI 3866 Part 5:2004, *Determination of asbestos in technical products — Scanning electron microscopy method*

[16] WAHLSTROM, E.E. *Optical crystallography*, 2nd edition. New York, NY: Wiley, 1943

[17] MCCRONE, W.C., MCCRONE, L.B., DELLY, J.G. *Polarized light microscopy*. Chicago, IL: McCrone Research Institute, 1984

[18] MCCRONE, W.C. *Asbestos identification*. Chicago, IL: McCrone Research Institute, 1987

[19] SU, S.-C. Dispersion staining: Principles, Analytical relationships and practical applications to the determination of refractive index. *Microscope* 1998, **46**, pp. 123–146.

[20] MEEKER, G.P., BERN, A.M., BROWNFIELD, I.K., LOWERS, H.A., SUTLEY, S.J., HOEFEN, T.M., VANCE, J.S. The composition and morphology of amphiboles from the Rainy Creek Complex, Near Libby, Montana. *Am. Mineral.* 2003, **88**, pp. 1955–1969

[21] EMMONS, R.C. A set of thirty immersion media. *Am. Mineral.* 1929, **14**, pp. 482–483

[22] TYLEE, B.E., DAVIES, L.S.T., ADDISON, J. Asbestos reference standards — Made available for analysts. *Ann. Occup. Hyg.* 1996, **40**, pp. 711–714

© ISO 2012 – All rights reserved

[23] LEAKE, B.E. Nomenclature of amphiboles. *Am. Mineral.* 1978, **63**, pp. 1023–1052

[24] LEAKE, B.E., WOOLLEY, A.R., ARPS, C.E.S., BIRCH, W.D., GILBERT, M.C., GRICE, J.D., et al. Nomenclature of amphiboles: Report of the Subcommittee on Amphiboles of the International Mineralogical Association Commission on new minerals and mineral names. *Mineral. Mag.* 1997, **61**, pp. 295–321.

[25] TIMBRELL, V. Characteristics of the International Union Against Cancer standard reference samples of asbestos. *Proceedings, Pneumoconiosis International Conference*, Johannesburg, 1969

[26] WENK, H.R., editor. *Electron microscopy in mineralogy*. New York, NY: Springer, 1976

[27] GARD, J.A., editor. *The electron optical investigation of clays*. London: Mineralogical Society, 1971

[28] HIRSCH, P.B., HOWIE, A., NICHOLSON, R.B., PASHLEY, D.W., WHELAN, M.J. *Electron microscopy of thin crystals*. London: Butterworths, 1965, pp. 18–23

[29] ALDERSON, R.H., HALLIDAY, J.S. Electron diffraction. In: HAY, D.H., editor. *Techniques for electron microscopy*, 2nd edition. Oxford: Blackwell Scientific, 1965, pp. 478–524.

[30] WEBBER, J.S. A simple technique for measuring asbestos layer-line spacings during TEM analysis. *Microscope* 1998, **46**, pp. 197–200.

[31] RHOADES, B.L. XIDENT — A computer technique for the direct indexing of electron diffraction spot patterns. Dept. of Mechanical Engineering, Univ. of Canterbury, Christchurch, New Zealand, 1976. (Research Report 70/76.)



© ISO 2012 – All rights reserved

ICS 13.040.20
Price based on 70 pages

© ISO 2012 – All rights reserved