# Exhibit 53

Case 3:16-md-02738-MAS-RLS    Document 33124-7    Filed 08/22/24    Page 2 of 295
PageID: 247002



PLAINTIFF'S EXHIBIT
87824.00

PLAINTIFF'S EXHIBIT
WV-036635

# Mineral Fiber Content of Lung Tissue in Patients with Environmental Exposures: Household Contacts vs. Building Occupants

VICTOR L. ROGGLI[a] AND WILLIAM E. LONGO[b]

[a]Department of Pathology
Durham Veterans Administration, and
Duke University Medical Centers
Durham, North Carolina 27710

[b]Materials Analytical Services, Inc.
Norcross, Georgia 30092

In recent years, there has been considerable debate within the scientific community regarding the potential risks due to exposure to asbestos in nonoccupational settings.[1-6] Of particular concern is the possible risk for development of malignant mesothelioma, which is known to occur in some cases after brief or low-level exposures to asbestos.[7-10] However, only a few reports have been published concerning the determination of mineral fiber burdens within the lungs of persons with environmental (i.e., nonoccupational) exposure to asbestos.[11-13] One of us (V.L.R.) has had the opportunity to examine the mineral fiber content of lung tissue in ten cases where the only known exposure to asbestos was as a household contact of an asbestos worker or as an occupant in a building containing asbestos insulation. It is the purpose of the present report to describe the fiber burdens in these ten cases and to compare these results with the findings in various categories of occupational exposure to asbestos.

## MATERIALS AND METHODS

*Case Selection.* Included in this report are all cases from my consultation files for which the only known exposure to asbestos was as a household contact of an asbestos worker (six cases) or as an occupant of a building containing asbestos materials (four cases), and for which lung tissue (formalin-fixed or paraffin-embedded) was available for measurement of mineral fiber content. The demographic and pathologic findings, exposure history, and asbestos body and mineral fiber concentrations in these ten cases are summarized in TABLES 1 and 2. For the six patients with malignant (diffuse) mesothelioma, previously published histologic criteria were used to establish the diagnosis on tissues obtained either at autopsy (two cases) or surgical resection (two cases) or both (two cases).[10]

*Mineral Fiber Analysis.* Tissue mineral fiber content was determined using the sodium hypochlorite digestion procedure, the details of which have been reported previously.[14,15] In brief, formalin-fixed lung parenchyma with a wet weight between 0.25 and 0.35 gm was minced with a clean scalpel blade and digested in 5.25% sodium hypochlorite solution (commercial bleach) with constant gentle

**TABLE 1.** Demographic, Pathologic, and Exposure Information and Asbestos Content of Lung in Six Household Contacts of Asbestos Workers

| Case No. | Age (yr)/ Sex | Exposure | Diagnosis | AB/gm (LM) | UF/gm (SEM) |
|---|---|---|---|---|---|
| 1 | 62/F | Wife of shipyard insulator with asbestosis; 29 yr | Pleural mesothelioma | 8,200 | ND |
| 2 | 33/F | Daughter of insulator with asbestosis; 25 yr | Pleural mesothelioma | 2,330 | 17,000 |
| 3 | 63/F | Wife of insulator with asbestosis and lung cancer; yrs | Small cell/large cell carcinoma of lung; mild asbestosis | 3,670 | 120,000 |
| 4 | 59/F | Wife of insulator with asbestosis and lung cancer; 23 yrs. | Small cell carcinoma of lung; PPP | 1,060 | 57,000 |
| 5 | 73/F | Wife of insulator with lung cancer and asbestosis; yrs | Bronchioloalveolar cell carcinoma of LUL | 400 | 23,700 |
| 6 | 57/F | Wife of shipyard worker; 1–2 yr | Pleural mesothelioma | 2 | 24,300 |

ABBREVIATIONS: AB/gm (LM) = asbestos bodies per gram of wet lung as determined by light microscopy; UF/gm (SEM) = uncoated fibers $5\mu$ or greater in length per gram of wet lung as determined by scanning electron microscopy; PPP = parietal pleural plaques; LUL = left upper lobe; ND = not done.

agitation. The residue was collected on 0.4 $\mu$-pore-sized polycarbonate filters, one of which was mounted on a glass slide for asbestos body quantification by light microscopy (LM) at 200× magnification. The other was mounted on a carbon disc with colloidal graphite, sputter-coated with gold, and examined by scanning electron microscopy (SEM) at a screen magnification of 1000×.[16] Fibers were defined

**TABLE 2.** Demographic, Pathologic, and Exposure Information and Asbestos Content of Lung in Four Occupants of Buildings with Asbestos-Containing Materials

| Case No. | Age (yr)/ Sex | Exposure | Diagnosis | AB/gm (LM) | UF/gm (SEM) |
|---|---|---|---|---|---|
| 7 | 46/M | Worked in building with ACM; 20 yr | Adenocarcinoma of lung | 14 | 25,000 |
| 8 | 58/F | Teacher in building with ACM; 18 yr | Pleural mesothelioma; PPP | 2.8 | 13,000 |
| 9 | 45/M | Attended school containing asbestos; 12 yr | Peritoneal mesothelioma | 1.0 | 6120 |
| 10 | 53/M | Accountant in building with ACM; 18 yr | Pleural mesothelioma | <0.2 | 6370 |

ABBREVIATIONS: AB/gm (LM) = asbestos bodies per gram of wet lung as determined by light microscopy; UF/gm (SEM) = uncoated fibers $5\mu$ or greater in length per gram of wet lung as determined by scanning electron microscopy; PPP = parietal pleural plaques; ACM = asbestos-containing materials.



Case 1:19-cv-00732-WMR-JSA ... 02-1 Filed 02/27 ... Page # ...
(Page 28684)

as particles with an aspect ratio (length : diameter) of at least 3 : 1 and roughly parallel sides, and particles meeting these criteria and with a length of 5 $\mu$m or greater were counted. From these data, fiber density on the filter surface and numbers of fibers per filter could be determined. Asbestos bodies and uncoated fibers were enumerated separately, and results reported as asbestos bodies or uncoated fibers 5 $\mu$m or greater in length per gram of wet lung tissue.[16] In two cases (Cases 9 and 10, TABLE 2), an additional 5-gram sample of lung tissue was processed for asbestos body quantification using the technique of Smith and Naylor.[17]

In three cases (Cases 1, 3 and 4, TABLE 1), only paraffin blocks of lung parenchyma were available for analysis. In these cases, tissue was recovered from the block, deparaffinized in xylene, and rehydrated to 95% ethanol as previously described.[15,18] Digestion was then performed as described above. The filter was cut in half with a scalpel blade, and one half was mounted on a glass slide for asbestos body quantification by LM, whereas the other half was mounted on a carbon disc and examined by SEM. The results were multiplied by a correction factor (0.7), which takes into account the difference in weight between formalin-fixed lung and lung that has been processed into paraffin.[15]

The chemical composition of mineral fibers was determined by means of energy-dispersive spectrometry in nine of the ten cases. Five to thirty consecutive fibers were analyzed per case and classified as asbestiform (amosite, crocidolite, tremolite, anthophyllite, actinolite, or chrysotile) or nonasbestiform on the basis of morphology and chemical composition as previously described.[15,16]

Additional studies were performed in one case (Case 8, TABLE 2) to further characterize the mineral content of lung tissue. Paraffin-embedded lung parenchyma was deparaffinized in xylene (three changes, 2 hours each) and ashed in a low-temperature plasma asher for 100 hours. The dry weight of four combined specimens in this case was 0.18 gram. After ashing was complete, the remaining residue was suspended in 24 ml of filtered, deionized water and then sonicated for 10 minutes. The suspension was then filtered through a 0.45 $\mu$-pore-sized mixed cellulose ester filter, which was then prepared by the direct method for examination by transmission electron microscopy, selected area electron diffraction, and energy-dispersive spectrometry (TEM/SAED/EDS).[19] Also examined with the same method was tissue obtained from five patients who had died approximately at the same time and in the same institution as Case 8. These patients had died from coronary artery disease (two cases), pulmonary embolism, carcinoma of the colon, or cirrhosis (one each). Reagent blanks were also prepared as described above, but with tissue omitted.

In addition, a plaster sample was obtained from the high school where case 8 was employed and was analyzed for its mineral content by means of polarized light microscopy with dispersion staining[20] and by TEM/SAED/EDS. Also, the weight percent soluble component was determined by dissolution in a mild hydrochloric acid solution.

## RESULTS

The tissue asbestos content of the six household contacts of asbestos workers is summarized in TABLE 1. All were women with ages ranging from 33 to 73. Three of these patients had pleural mesothelioma and three had lung cancer. One of the latter also had mild asbestosis and one had parietal pleural plaques. Case 5 was a nonsmoker. The husband in four cases and the father in one case had worked as

asbestos insulators. Each had been diagnosed as having asbestosis and three also had lung cancer. The asbestos body (AB) counts among the six household contacts ranged from 2 to 8,200 AB/gm, with a median value of 1,700 AB/gm. The contents of uncoated fibers (UF) 5 microns or greater in length ranged from 17,000 to 120,000 UF/gm, with a median count of 24,300 UF/gm. In comparison, our normal range for asbestos bodies as determined in 84 cases with no evidence of asbestos exposure or an asbestos-related disease is 0–20 AB/gm.[15,16,18] The median uncoated fiber count for 20 patients with macroscopically normal lungs at autopsy and no history of asbestos exposure was 3,100 UF/gm[16] (and unpublished observations).

The tissue asbestos content of the four building occupants is summarized in TABLE 2. There were three men and one woman, with ages ranging from 45 to 58. Two of these had pleural mesothelioma, one had peritoneal mesothelioma, and one had adenocarcinoma of the lung. The latter was a nonsmoker. All four had either worked or attended school in buildings with asbestos-containing materials for periods ranging from 12 to 20 years. The asbestos body counts among the four building occupants ranged from less than 0.2 to 14 AB/gm, with a median value of

TABLE 3. Asbestos Content of Lung Tissue by Exposure Category[a]

|  | n | AB/gm (LM) | UF/gm (SEM) |
|---|---|---|---|
| Insulation workers | 59 | 20,400 | 224,000 |
| Shipyard workers (other than insulators) | 60 | 3,600 | 37,000 |
| Other asbestos workers | 24 | 2,360 | 68,800 |
| Household contacts | 6 | 1,700 | 24,300 |
| Railroad workers | 10 | 55 | 28,800 |
| Brakeline work or repair | 8 | 50 | 15,400 |
| Manual laborer | 15 | 20 | 8,830 |
| Other | 18 | 2.9 | 2,910 |
| Building occupants with ACM | 4 | 1.9 | 9,680 |

[a] Data are presented as median values. For other abbreviations, see footnotes to TABLES 1 and 2.

1.9 AB/gm. All are within our normal range of 0–20 AB/gm. The content of uncoated fibers 5 microns or greater in length ranged from 6,120 to 25,000 UF/gm, with a median count of 9680 UF/gm. The latter exceeds the median count of 3,100 UF/gm found in our 20 patients with macroscopically normal lungs and no known exposure to asbestos.

TABLE 3 compares the tissue asbestos content in these 10 cases with environmental exposure with that of 161 occupationally exposed individuals and 33 with no known occupational exposure. It can be seen that in terms of asbestos body concentrations, household contacts rank fourth and have levels that are comparable to those of shipyard workers other than insulation workers and other asbestos workers (including asbestos cement workers, asbestos textile workers, chemical maintenance workers, welders, machinists, filter manufacturers, roofing plant workers, refinery workers, sheet-metal workers, and industrial workers with exposure to asbestos not further specified). Building occupants rank last with regard to asbestos body concentrations, and generally these values are the same as those in individuals with no known exposure to asbestos (including textile workers, farmers, military personnel, chemical workers, factory workers, dieticians,



ROGGLI & LONGO: ENVIRONMENTAL EXPOSURE                515

**TABLE 4.** Energy-Dispersive Spectrometry of Fibers in Patients with Environmental Exposures

|  | n | Commercial Amphiboles[a] | Noncommercial Amphiboles[b] | Chrysotile | Other[c] |
|---|---|---|---|---|---|
| Household contacts | 5 | 46 (48%) | 10 (10.5%) | 4 (4.2%) | 35 (37%) |
| Building occupants | 4 | 2 (4.4%) | 9 (20%) | 1 (2%) | 33 (73%) |

[a] Commercial amphiboles = amosite and crocidolite.
[b] Noncommercial amphiboles = tremolite, anthophyllite, and actinolite.
[c] Other = talc, silica, rutile, aluminum silicates, miscellaneous silicates, iron, and iron–chromium.

guards, musicians, salesmen, barbers, engineers, teachers, tailors, grainmill workers, building contractors, truck drivers, and office workers). Although the ranking by uncoated fiber concentration is slightly different from that for asbestos body content, the former must be considered in light of the types of fibers (asbestiform or nonasbestiform) present as determined by EDS.

The chemical composition of 95 fibers isolated from the lungs of five of the household contacts and 45 fibers isolated from the lungs of the four building occupants is summarized in TABLE 4. Almost half of the fibers from the household-contact cases were the commercial amphiboles, amosite or crocidolite, whereas fewer than 5% of the fibers from the building occupants were commercial amphiboles. On the other hand, almost three-fourths of the fibers from the building occupants were nonasbestos mineral fibers,[21,22] mostly talc, silica, rutile, and miscellaneous aluminum silicates. Noncommercial amphiboles and chrysotile accounted for a minority of fibers in both groups (15 to 22%).

Scanning electron microscopic analysis of lung tissue from Case 8 disclosed a substantial number of high aspect-ratio fibers with a chemical composition indicative of tremolite. Talc, aluminum silicate, and mica particles with a 3 : 1 or greater aspect ratio and length of $5\mu$ or more were also identified. Further analysis of lung tissue from this case by analytical TEM confirmed the presence of talc, tremolite, chrysotile, bentonite, and perlite. These constitute five of the seven components identified in the acoustical plaster from the school where this patient was employed (TABLE 5). No more than two of these seven components were found in the lungs of the five control subjects. Additional particles found in these latter five patient's lungs included kaolinite, attapulgite, quartz, and mica.

**TABLE 5.** TEM/SAED/EDS Data Regarding Particulate Content of Lung in Case 8 as Compared to Five Control Subjects and Plaster from Building

|  | Chrysotile | Tremolite | Perlite | Talc | Bentonite | Calcite | TiO$_2$ |
|---|---|---|---|---|---|---|---|
| Plaster | + | + | + | + | + | + | + |
| Case 8 | + | + | + | + | + | − | − |
| Control A | + | − | − | + | − | − | − |
| Control B | − | + | − | − | − | − | − |
| Control C | − | − | − | − | − | − | − |
| Control D | − | + | − | − | − | − | − |
| Control E | − | − | + | + | − | − | − |

NOTE: + = Present; − = not detected.

## DISCUSSION

An increased risk of developing an asbestos-related disease has been reported among household contacts of asbestos workers,[2,9] presumably secondary to asbestos fibers brought home on the worker's clothing. However, there have been few reports of the analysis of pulmonary asbestos content among household contacts of asbestos workers. Whitwell et al.[11] described a case of mesothelioma in the son of a worker from a gas-mask factory where the workers took crocidolite home to pack into canisters. The worker's son was found to have between 50,000 and 100,000 fibers per gram of dry lung tissue as determined by phase-contrast light microscopy. (One gram of dry lung tissue is approximately equivalent to 10 grams of wet lung tissue.) Huncharek et al.[12] reported another case of mesothelioma in the 76-year-old wife of a shipyard machinist who dismantled boilers and other shipyard machinery for 34 years. This patient was found to have 6.5 million fibers per gram of dry lung as determined by TEM. The present study indicates that, in general, household contacts have substantially elevated pulmonary asbestos burdens, often in the range of those of individuals who are occupationally exposed to asbestos (TABLE 3). That the exposures in these women's homes were heavy is further supported by the observation that in five of the six cases, the occupationally exposed individual in the household was an insulation worker with clinically diagnosed asbestosis. Three of these individuals also had lung cancer. The median asbestos body and uncoated fiber contents of 30 insulation workers with asbestosis in the author's series are 109,000 AB/gm and 646,000 UF/gm of wet lung tissue, respectively.

There has been considerable scientific and public debate concerning possible risks of asbestos-induced disease derived from living, working, or attending school in buildings containing asbestos.[1-6] Certainly the measured air fiber levels in buildings using current methods are extremely low,[23] and no adverse health effects have been observed in at least one comparison study of workers in buildings with and without asbestos insulation.[24] However, significant levels of asbestos-contaminated dust are found in these buildings, and routine maintenance activities can disturb this dust, producing high concentrations of airborne asbestos. The present study indicates that building occupants have pulmonary asbestos burdens that are quite similar to those of individuals with no known occupational exposure to asbestos (TABLE 3), and it would be anticipated that their risks for developing an asbestos-related disease would be correspondingly low. It should be noted that exposure to asbestos as a building occupant cannot be excluded among the 18 individuals in TABLE 3 with no known occupational exposure to asbestos. However, we have no reason to believe that these individuals are anything other than representative of the background, "nonexposed" population for our area. Furthermore, not all mesotheliomas are related to asbestos exposure since spontaneous cases do occur[11] as do a few rare cases attributable to causes other than mineral fibers.[25]

There is a single case report in the literature of pleural mesothelioma developing in an individual whose only known exposure to asbestos was as an office worker in a building with asbestos-containing materials (ACM).[13] This was a 54-year-old woman who worked for many years in a building with ceiling material composed of 70% amosite asbestos. Analysis of her lung tissue demonstrated 31 million fibers per gram of dry lung by TEM, the vast majority of which were found to be amosite asbestos by EDS.[13] Our Case 8 demonstrated an unusual number of high aspect-ratio tremolite fibers within her lung parenchyma (TABLES 2 and 5). Tremolite asbestos is a recognized cause of pleural mesothelioma, accounting for





ROGGLI & LONGO: ENVIRONMENTAL EXPOSURE    517

about 20% of cases according to the study by McDonald *et al.*[26] Since multiple components of the acoustical ceiling plaster from the building in which this patient worked were also found in her lung tissue samples, this is the most likely source of the tremolite asbestos fibers that were identified. There was no evidence of exposure to cosmetic talc and no evidence of household exposure on the basis of her husband's occupational history. Furthermore, the presence of histologically confirmed parietal pleural plaques is compelling evidence that this woman's pleural mesothelioma was indeed asbestos-related. Additional studies are necessary in order to determine whether such cases as these occur with sufficient frequency to be of public concern.

## SUMMARY

Analysis of tissue mineral fiber content in patients with environmental exposures has seldom been reported in the past. Our studies of six household contacts of asbestos workers indicate that these individuals often have pulmonary asbestos concentrations similar to some occupationally exposed individuals. In contrast, our studies of four occupants of buildings with asbestos-containing materials indicate that these individuals often have pulmonary asbestos burdens indistinguishable from the general nonoccupationally exposed population. However, one such building occupant exposed for many years and who later developed pleural mesothelioma was studied in detail, and it was concluded that her exposure as a teacher's aide in a school building containing acoustical plaster was the likely cause of her mesothelioma.

## REFERENCES

1. BOHLIG, H. & E. HAIN. 1973. Cancer in relation to environmental exposure. *In* Biological Effects of Asbestos. P. Bogovski, V. Timbrell, J. C. Gilson & J. C. Wagner, Eds.: 217–221. IARC Scientific Pub. No. 8. Lyon, France.
2. ANDERSON, H. A., R. LILIS, S. M. DAUM & I. J. SELIKOFF. 1979. Asbestosis among household contacts of asbestos factory workers. Ann. N.Y. Acad. Sci. **330**: 387–399.
3. NEUBERGER, M., M. KUNDI & H. P. FRIEDL. 1984. Environmental asbestos exposure and cancer mortality. Arch. Environ. Health **39**: 261–265.
4. MCDONALD, J. C. 1985. Health implications of environmental exposure to asbestos. Environ. Health Persp. **62**: 319–328.
5. DAVIS, J. M. G. & J. C. MCDONALD. 1988. Low level exposure to asbestos: Is there a cancer risk? Br. J. Ind. Med. **45**: 505–508.
6. MOSSMAN, B. T., J. BIGNON, M. CORN, A. SEATON & J. B. L. GEE. 1990. Asbestos: Scientific developments and implications for public policy. Science **247**: 294–301.
7. WAGNER, J. C., C. A. SLEGGS & P. MARCHAND. 1960. Diffuse pleural mesothelioma and asbestos exposure in the North Western Cape Province. Br. J. Ind. Med. **17**: 260–271.
8. ANTMAN, K. H. 1980. Malignant mesothelioma. N. Engl. J. Med. **303**: 200–202.
9. NEWHOUSE, M. L. & H. THOMPSON. 1965. Mesothelioma of pleura and peritoneum following exposure to asbestos in the London area. Br. J. Ind. Med. **22**: 261–269.
10. ROGGLI, V. L., J. KOLBECK, F. SANFILIPPO & J. D. SHELBURNE. 1987. Pathology of human mesothelioma: Etiologic and diagnostic considerations. Path. Annu. **22**(2): 91–131.
11. WHITWELL, F., J. SCOTT & M. GRIMSHAW. 1977. Relationship between occupations and asbestos fibre content of the lungs in patients with pleural mesothelioma, lung cancer, and other diseases. Thorax **32**: 377–386.

518                                         ANNALS NEW YORK ACADEMY OF SCIENCES

12.  HUNCHAREK, M., J. V. CAPOTORTO & J. MUSCAT. 1989. Domestic asbestos exposure,
     lung fibre burden, and pleural mesothelioma in a housewife. Br. J. Ind. Med. **46:**
     354–355.
13.  STEIN, R. C., J. Y. KITAJEWSKA, J. B. KIRKHAM, N. TAIT, G. SINHA & R. M. RUDD.
     1989. Pleural mesothelioma resulting from exposure to amosite asbestos in a build-
     ing. Resp. Med. **83:** 237–239.
14.  ROGGLI, V. L. & A. R. BRODY. 1984. Changes in numbers and dimensions of chryso-
     tile asbestos fibers in lungs of rats following short-term exposure. Exp. Lung Res. **7:**
     133–147.
15.  ROGGLI, V. L., P. C. PRATT & A. R. BRODY. 1986. Asbestos content of lung tissue in
     asbestos-associated diseases: A study of 110 cases. Br. J. Ind. Med. **43:** 18–28.
16.  ROGGLI, V. L. 1989. Scanning electron microscopic analysis of mineral fibers in human
     lungs. *In* Microprobe Analysis in Medicine. P. Ingram, J. D. Shelburne & V. L.
     Roggli, Eds.: 97–110. Hemisphere Publishing Corp. Washington, DC.
17.  SMITH, M. J. & B. NAYLOR. 1972. A method of extracting ferruginous bodies from
     sputum and pulmonary tissue. Am. J. Clin. Pathol. **58:** 250–254.
18.  ROGGLI, V. L., M. H. MCGAVRAN, J. A. SUBACH, H. D. SYBERS & S. D. GREENBERG.
     1982. Pulmonary asbestos body counts and electron probe analysis of asbestos body
     cores in patients with mesothelioma: A study of 25 cases. Cancer **50:** 2423–2432.
19.  CHURG, A. 1989. Quantitative methods for analysis of disease induced by asbestos and
     other mineral particles using the transmission electron microscope. *In* Microprobe
     Analysis in Medicine. P. Ingram, J. D. Shelburne & V. L. Roggli, Eds.: 79–95.
     Hemisphere Publishing Corp. Washington, DC.
20.  MCCRONE, W. C. 1979. Evaluation of asbestos in insulation. Am. Lab. **11:** 19–31.
21.  CHURG, A. 1983. Nonasbestos pulmonary mineral fibers in the general population.
     Environ. Res. **31:** 189–200.
22.  ROGGLI, V. L. 1989. Nonasbestos mineral fibers from human lungs. Microbeam Analy-
     sis—1989. P. E. Russell, Ed.: 57–59. San Francisco Press, Inc. San Francisco, CA.
23.  CRUMP, K. S. & D. B. FARRAR. 1989. Statistical analysis of data on airborne asbestos
     levels collected in an EPA survey of public buildings. Reg. Toxicol. Pharmacol. **10:**
     51–62.
24.  CORDIER, S., P. LAZAR, P. BROCHARD, J. BIGNON, J. AMEILLE & J. PROTEAU. 1987.
     Epidemiologic investigation of respiratory effects related to environmental exposure
     to asbestos inside insulated buildings. Arch. Environ. Health **42:** 303–309.
25.  PETERSON, J. T., S. D. GREENBERG & P. A. BUFFLER. 1984. Non-asbestos-related
     malignant mesothelioma: A review. Cancer **54:** 951–960.
26.  MCDONALD, J. C., B. ARMSTRONG, B. CASE, D. DOELL, W. T. E. MCCAUGHEY, A. D.
     MCDONALD & P. SEBASTIEN. 1989. Mesothelioma and asbestos fiber type: Evidence
     from lung tissue analyses. Cancer **63:** 1544–1547.



Exhibit 54

THE MICROSCOPE • Vol. 63:1, pp 11–20 (2015)

# Procedure for the Analysis of Talc for Asbestos

James R. Millette, Ph.D., D-IBFES
Millette Technical Consulting[1]

## ABSTRACT

The analysis of talc powder for asbestos is most appropriately done with a combination of polarized light microscopy (PLM), transmission electron microscopy (TEM) and in some cases a screening by X-ray diffraction (XRD). Low levels of thin asbestos fibers in talc may only be seen using the TEM analysis. Although never formally adopted by the U.S. Environmental Protection Agency (EPA), the 1993 EPA bulk method (EPA R-93) for asbestos provides the basis for the PLM portion of the method, as it is a good description of the light microscopy techniques available. The consensus method D6281 balloted and published by ASTM International provides the basis for the TEM portion of the method. The method described here has been used to investigate vintage talcum powders and talcum products currently available. Some asbestos has been found in vintage powders but with the exception of one Chinese product, asbestos was not detected in currently available powders using the talc-asbestos method described here.

**Keywords:** talcum, asbestos, polarized light microscopy (PLM), transmission electron microscopy (TEM), X-ray diffraction (XRD), light microscopy, National Institute for Occupational Safety and Health (NIOSH), U.S. Environmental Protection Agency (EPA), ASTM International, International Standards Organization (ISO), phase contrast microscopy (PCM), McCrone Research Institute, New York University Department of Chemistry, tremolite, chrysotile, anthophyllite, pyrophyllite, asbestiform, fibers, selected area electron diffraction (SAED), scanning electron microscopy (SEM), energy dispersive X-ray spectroscopy (EDS), Asbestos Hazard Emergency Response Act (AHERA) U.S. Pharmacopeia (USP) Talc monograph, infrared spectroscopy (IR), Walter C. McCrone, Lucy McCrone

## INTRODUCTION

In 1968, Cralley et al. (1), from the Occupational Health Program, National Center for Urban and Industrial Health in Cincinnati, Ohio (predecessor of the National Institute of Occupational Safety and Health — NIOSH) reported that they had examined 22 talcum products purchased off-the-shelf (representing body powder, bath powder, and all purpose powder) for fibrous and mineral content. Cralley et al. used phase contrast microscopy (PCM) and found that all of the 22 talcum products had an appreciable fiber content that ranged from 8% to 30% by count of the total talcum particulates. Although the specific fibrous materials were not identified by PCM, XRD analysis by the authors led them to believe that the fibers were predominantly fibrous talc, with the probable presence in minor amounts of other fibrous minerals, such as tremolite, anthophyllite, chrysotile and pyrophyllite. The authors remarked that the electron microscope, with its higher power of resolution, showed a number of submicron diameter particulates not visible by means of PCM, but they did not identify any of the

[1]220 Cricket Walk SW, Lilburn, GA 30047; jim@millettetech.com

11

fibers by electron microscopy. The authors concluded that cosmetic talcum products should be included as a source of fibers from which may be derived ferruginous bodies observed in the lungs of humans.

A number of independent scientists were involved with analyzing talcum powders in the 1970s. Walter C. McCrone Associates, Inc., in Chicago analyzed talcum powders for various groups, including NIOSH. They used PLM, XRD and TEM in their investigations. They reported finding asbestos fibers in a number of talc samples (2–5).

At the New York University Department of Chemistry one sample of talcum powder sample (referred to as #1615) was tested in 1972 (6). They reported that their initial test by XRD showed "some features in its X-ray pattern that suggested that it might contain some tremolite" and "accordingly, the specimen was subjected to a detailed microscopic examination. Both tremolite and chrysotile fibers were found to be present in the sample. It is estimated the tremolite content is about 2% by weight, and the chrysotile about 0.5%" (6).

In 1974, Rohl and Langer (7) reported on the analysis of consumer talcum powders using analytical methods for identification, characterization and quantitation of asbestos fibers that included PLM, XRD, and TEM with selected area electron diffraction, and electron microprobe techniques. They remarked that the light microscope methods had severe limitations imposed by the ultimate size resolution of the light-optical system. They reported that small particles can go unresolved and most optical properties, e.g., refractive indices, are difficult to measure on small particles. They recommended light microscopy for use only as a preliminary tool for the analysis of consumer talc. Their detection limits for XRD analysis of consumer talcum products were as low as 0.1% by weight for tremolite, 0.25% for chrysotile but only 2.0% for anthophyllite. They concluded that the unique characterization of amphibole fibers (anthophyllite and tremolite versus fibrous talc) required TEM structural analysis (selected area electron diffraction — SAED) and micro-chemical characterization. Rohl and Langer recommended both XRD and TEM with SAED for analysis of consumer talc for their asbestos fiber content.

In another article published in 1974, Rohl (8) remarked, "Talc deposits include asbestos minerals such as chrysotile and amphiboles that may be carried over into consumer products. Optical [light] microscopy and X-ray diffraction analyses may not reveal their presence." Rohl reported that even at the detection limit for chrysotile by XRD (0.25%), there would be about a billion ($10^9$) fibers per mg of talc. He concluded that a sample of cosmetic talcum powder, which had been found negative for chrysotile when checked only by XRD, might contain billions of fibers that could be released during dusting with a half-gram dose.

In 1976, Rohl and Langer (9) reported on their testing of 20 consumer products labeled as "talc" or "talcum powder," including body powders, baby powders, facial talcums and one pharmaceutical talc. Of those 20 products, 10 were found to contain detectable amounts of tremolite and anthophyllite, principally asbestiform. The samples were analyzed by XRD, PLM, scanning electron microscopy (SEM) and TEM equipped with energy dispersive X-ray spectroscopy (EDS) and SAED capabilities. The authors noted that while some asbestos was resolvable by light microscopy, most samples were too fine-grained, with particle dimensions too small for light microscopy. By comparing the results of PLM and quantitative XRD with those from TEM analysis, they noted that large numbers of fibers could go undetected when using only the less sensitive techniques of PLM and XRD.

In 1990, Kremer and Millette (10) published a TEM procedure for the analysis of powdered talc for asbestos that had been in use in the McCrone laboratory in Atlanta since 1985. The method began by preparing an aqueous suspension of talc treated with the wetting agent, methylcellulose. Particles were transferred to a TEM grid via the "drop mount" method, where a drop of the talc-water suspension is placed on a carbon-coated formvar grid. Asbestos fibers were identified based on morphology as seen in the TEM, crystal structure as determined by SAED and elemental composition using an EDS system. Elongated particles with parallel sides and an aspect ratio of greater or equal to 3:1 were counted. Fibrous particles that needed to be distinguished from asbestos were listed as enrolled talc, ribbon talc, antigorite, talc fragments, silica and iron oxide fibers, and organic additives such as perfumes that may crystallize as fibers or needle-shaped crystals. The published method had a theoretical detection limit of 0.00005% ($10^{-5}$) weight percent based on a fiber 3 μm long by 0.2 μm wide by 0.06 μm thick as an asbestos fiber thought to be representative at the time of the smaller asbestos fibers found in some talc.

For lack of better statistical information at the time in 1990, the publication stated a rule of thumb that the detection of five or more asbestiform minerals of one variety in an analysis constituted a quantifiable level of detection. Subsequent method development in the area of TEM analysis for asbestos has shown that the detection of less than five fibers in a sample can provide a statistically valid result.

TIB Hannover licenced customer copy, supplied and printed for Motley Rice   Terre Bohman   28 Bridgeside Blvd, 4/5/17 at 8:25 AM

JAMES R. MILLETTE

Although SEM is used to monitor asbestos in several European countries, it is not accepted in the U.S. for any analysis method of asbestos in talc. Davis, 1991 (11) tried to use the SEM to differentiate asbestos fibers from non-asbestos fibers. They reported: "This proved impracticable to do subjectively with any degree of reproducibility and had to be abandoned…" (11).

### EXISTING METHODS FOR TALCUM POWDERS

The two historical methods for the analysis of talcum powders for asbestos are known as the CTFA-J4-1 (12) and USP-Talc (13). They are not considered up-to-date and are in need of revision.

The CTFA-J4-1 stands for the "Cosmetic, Toiletry and Fragrance Association method for Asbestiform Amphibole Minerals in Cosmetic Talc" first published in 1971. Part 1 is an XRD method. If an amphibole mineral is detected at a level greater than 0.5%, then the sample must be analyzed by Part 2 using (light) microscopy coupled with dispersion staining. To be counted, the fibers must have at least a 5:1 aspect ratio, be less than 3 µm in diameter and less than 30 µm in length. The document states that TEM with SAED offers greater sensitivity, but that it was not included because it was not thought to be suitable for normal quality-control application (based on time of analysis, expertise required and expense of equipment).

USP-Talc refers to the existing U.S. Pharmacopeia (USP) talc monograph published before 1983, which includes a test for "Absence of Asbestos." The asbestos test (which is currently pending revision) began with either an infrared spectroscopy (IR) test (USP-191) or an XRD test (USP-941). If the result of the IR or XRD test is negative, then no further analysis is required. If the IR or XRD test option gives a positive result, then an optical microscopy test (USP-776) must be done to confirm asbestos. The optical microscopy procedure does not require the use of polarized light.

### SUMMARY OF A METHOD FOR THE ANALYSIS OF TALCUM POWDER FOR ASBESTOS

The method for the investigation for asbestos in talc described here is based on the early work of Walter and Lucy McCrone, the work of Kremer and Millette published in 1990 and the subsequent asbestos analytical procedures for PLM developed for the EPA, and the TEM methods standardized and published by the ASTM International (formerly American Society for Testing and Materials).

In the asbestos-talc method presented here, the sample is initially examined under a stereomicroscope at magnifications ranging from 7X to 40X. Portions of the particulate found in the sample are mounted in appropriate Cargille refractive index liquids for analysis by PLM using a polarized light microscope with a magnification range from 100X to 1,000X. The PLM analysis follows the procedures for bulk analysis of building materials described in the EPA 1993 bulk method (14). General SEM imaging of the sample using a scanning electron microscope can be done as an option to judge the extent of fibers in the sample. As a screening, XRD analysis is performed by scanning over a range of 3° to 45° 2Θ using 40kV, 25mA Cu Kα radiation. Mineral phases are identified with the aid of computer-assisted programs accessing a CD-ROM powder diffraction database. Mineral concentrations are based on relative peak heights and reference intensity ratios.

A transmission electron microscope equipped with EDS X-ray analysis system and capable of SAED is used to analyze the talc and asbestos fibers in the sample including tilting of talc/anthophyllite fibers. The TEM asbestos fiber counting criteria of fibers greater than 0.5 micrometer in length with at least a 5:1 aspect ratio as described in the Asbestos Hazard Emergency Response Act (AHERA) (15) and ASTM methods: D6281 (16), D5755 (17), D5756 (18) and D6480 (19) as well as in ISO 10312 (20) and 13794 (21) are used. The d-spacing/interfacial angle tables of Shu-Chun Su (22) are used when the option to index zone-axis patterns of amphibole minerals obtained by SAED in the TEM is chosen. The results of the TEM analysis are recorded using the procedures described in ASTM D6281.

### TEM NOTES

The procedures for counting asbestos fibers with TEM described in ASTM D6281 and ISO 10312 (which are essentially the same) are the most fully developed of any of the TEM methods. The major difference between ASTM D6281 and ISO 10312 is that D6281 contains inter-laboratory precision data. Both methods have been vetted, debated and approved through the ASTM International or International Standards Organization procedures involving multiple ballots by experienced and knowledgeable scientists. Although ASTM D6281 and ISO 10312 were published as methods for asbestos in air, the basic counting procedures are the same for any sample once that sample material has been placed on a TEM grid. Since they are the most developed methodologies and have been accepted internationally, D6281 was chosen as the basis for the TEM part of this talc analysis method.

13

TIB Hannover licenced customer copy, supplied and printed for Motley Rice  Terre Bohman  28 Bridgeside Blvd, 4/5/17 at 8:25 AM

**TABLE 1  Examples of the Minimum Number of Grid Openings Required to Achieve a Particular Analytical Sensitivity for a Collection Filter Area of 385 mm$^2$ and TEM Grid Openings of 85 μms (0.0072 mm$^2$)**

| Analytical Sensitivity | Volume of Air Sampled, L | | | | | | |
|---|---|---|---|---|---|---|---|
| Structures/L | 500 | 1000 | 1200 | 2000 | 3000 | 4000 | 5000 |
| 0.1 | 1066 | 533 | 444 | 267 | 178 | 134 | 107 |
| 0.2 | 533 | 267 | 223 | 134 | 89 | 67 | 54 |
| 0.3 | 356 | 178 | 148 | 89 | 60 | 45 | 36 |
| 0.4 | 267 | 134 | 112 | 67 | 45 | 34 | 27 |
| 0.5 | 214 | 107 | 89 | 54 | 36 | 27 | 22 |
| 0.7 | 153 | 77 | 64 | 39 | 26 | 20 | 16 |
| 1.0 | 107 | 54 | 45 | 27 | 18 | 14 | 11 |
| 2.0 | 54 | 27 | 23 | 14 | 9 | 7 | 6 |
| 3.0 | 36 | 18 | 15 | 9 | 6 | 5 | 4 |
| 4.0 | 27 | 14 | 14 | 7 | 5 | 4 | 4 |
| 5.0 | 22 | 11 | 13 | 6 | 4 | 4 | 4 |
| 7.0 | 16 | 8 | 7 | 4 | 4 | 4 | 4 |
| 10.0 | 11 | 6 | 5 | 4 | 4 | 4 | 4 |

**Figure 1.** Table 1, reprinted from ASTM D6281-09 Standard Test Method (16), contains examples of the minimum number of grid openings required for certain analysis situations, ranging from four to 1,066 openings.

In both ISO 10312 and D6281 methods, one sentence has been interpreted by one scientist as indicating that the method is presumptive of asbestos present. The claim is that the fibers determined during the analysis using the method cannot be considered to be asbestos unless bulk analysis has been performed previously and asbestos identified in a product. This is not the case. The sentence contains two independent phrases that describe the applicability of the method. The first phrase describing the application of the method is for "the measurement of airborne asbestos in a wide range of ambient air situations." This expression is general, and there is absolutely no suggestion contained within it that asbestos is presumed to be present or presumed to be absent. The second phrase in the sentence is "for detailed evaluation of any atmosphere in which asbestos structures are likely to be present." This second phrase was intended to show an example of one of the many types of situations where the method might be used. D6281 is applicable for a detailed evaluation of any atmosphere for asbestos.

### Number of Grid Openings to Be Counted

It is clear from examination of the equation used to calculate the concentration of asbestos fibers in a sample that the level of analytical sensitivity improves with the number of grid openings analyzed. ASTM D6281 does not specify a maximum number of grid openings that should be examined. Table 1 (see Figure 1) of D6281 contains examples of the minimum number of grid openings required for certain analysis situations that range from four to 1,066 openings. While the "rule of thumb" guideline of using 10 full-grid openings represents a judicious compromise between a reasonable experimental effort and a fairly low value of the detection limit, using two or more TEM grids (to analyze more grid openings) reduces the detection limit further and improves the precision of the estimates (23).

### Differentiation of Asbestos Fibers from Non-asbestos Fibers

In 1990, Wylie (24) published some suggested characteristics of a population of particles with the asbestiform mineral habit. These included a mean aspect ratio of 20:1 or greater for fibers longer than 5 μm. Asbestos was characterized by very thin fibrils, usually less than 0.5 μm in width, and two or more of the following:
- Parallel fibers occurring in bundles
- Fiber bundles displaying splayed ends
- Fibers in the form of thin needles
- Matted masses of individual fibers
- Fibers showing curvature

Subsequently, the draft EPA R-93 (14) repeated most of the characteristics in a glossary providing a definition of a population of asbestos fibers as observed with light microscopy in a bulk sample. The EPA draft deleted the characteristic of fibers in the form of thin needles as being indicative of asbestiform.

TIB Hannover licensed customer copy, supplied and printed for Motley Rice  Terre Bohman  28 Bridgeside Blvd, 4/5/17 at 8:25 AM

TIB Hannover licenced customer copy, supplied and printed for Motley Rice   Terre Bohman   28 Bridgeside Blvd. 4/5/17 at 8:25 AM

**Figure 2.** Table 2.2, reprinted from EPA Test Method R-93 (14), suggests using an aspect ratio of 10:1 in distinguishing between asbestos and non-asbestos fibers when considering optical properties.

## TABLE 2-2. OPTICAL PROPERTIES OF ASBESTOS FIBERS

| Mineral | Morphology and Color[1] | Refractive Indices[2] | | Birefringence[6] | Extinction | Sign of Elongation |
|---|---|---|---|---|---|---|
| | | α | γ[5] | | | |
| Chrysotile (asbestiform serpentine) | Wavy fibers. Fiber bundles have splayed ends and "kinks". Aspect ratio typically >10:1. Colorless[3] | 1.493-1.546  1.517-1.557<br>1.532-1.549  1.545-1.556<br>1.529-1.559  1.537-1.567<br>1.544-1.553  1.552-1.561 | | 0.004-0.017 | Parallel | +<br>(length slow) |
| Amosite (asbestiform grunerite) | Straight to curved, rigid fibers. Aspect ratio typically >10:1. Colorless to brown, nonpleochroic or weakly so.[4] Opaque inclusions may be present | 1.657-1.663  1.699-1.717<br>1.663-1.686  1.696-1.729<br>1.663-1.686  1.696-1.729<br>1.676-1.683  1.697-1.704 | | 0.021-0.054 | Usually parallel | +<br>(length slow) |
| Crocidolite (asbestiform riebeckite) | Straight to curved, rigid fibers. Aspect ratio typically > 10:1. Thick fibers and bundles common, blue to dark-blue in color. Pleochroic. | 1.693         1.697<br>1.654-1.701  1.668-1.717<br>1.680-1.698  1.685-1.706 | | 0.003-0.022 | Usually parallel | -<br>(length fast) |
| Anthophyllite-asbestos | Straight to curved fibers and bundles. Aspect ratio typically > 10:1.  Anthophyllite cleavage fragments may be present with aspect ratios <10:1. Colorless to light brown. | 1.598-1.652  1.623-1.676<br>1.596-1.694  1.615-1.722<br>1.598-1.674  1.615-1.697<br>1.6148[7]     1.6362[7] | | 0.013-0.028 | Parallel | +<br>(length slow) |
| Tremolite-Actinolite-asbestos | Straight to curved fibers and bundles. Aspect ratio typically > 10:1.  Cleavage fragments may be present with aspect ratios <10:1. Colorless to pale green | Tremolite<br>1.600-1.628  1.625-1.655<br>1.604-1.612  1.627-1.635<br>1.599-1.612  1.625-1.637<br>1.6063[7]     1.6343[7]<br><br>Actinolite<br>1.600-1.628  1.625-1.655<br>1.612-1.668  1.635-1.688<br>1.613-1.628  1.638-1.655<br>1.6126[7]     1.6393[7] | | 0.017-0.028<br><br><br><br>0.017-0.028 | Parallel and oblique (up to 21°); Composite fibers show parallel extinction. | +<br>(length slow) |

[1]Colors cited are seen by observation with plane polarized light.

[2]From references 2, 11, 12, and 18, respectively.  Refractive indices for $n_a$ at 589.3nm.

[3]Fibers subjected to heating may be brownish. (references 13, 14, and 15)

[4]Fibers subjected to heating may be dark brown and pleochroic. (references 13, 14, and 15)

[5]∥ to fiber length, except ⊥ to fiber length for crocidolite only.

[6]Maximum and minimum values from references 2, 11, 12, and 18 given.

[7]± 0.0007

JAMES R. MILLETTE

Although these mineralogical population characteristics serve as a useful index in screening products and materials that contain fibers that might cause asbestos disease, the criteria are not very useful when dealing with individual fibers. The characteristics of parallel fibers occurring in bundles, fiber bundles displaying splayed ends, matted masses of individual fibers and fibers showing curvature are not related to the disease causing potential of asbestos fibers. Microscope analysis of individual fibers found on air sample filters produced from standard reference amosite (grunerite) asbestos fibers found very few parallel fibers occurring in bundles, fiber bundles displaying splayed ends, matted masses of individual fibers or fibers showing curvature. Trying to use two or more of those mineralogical characteristics would result in misclassifying up to 80% of the asbestos fibers.

The aspect ratio (AR) of a fiber, as determined by dividing its length by its width, has been used in discriminating between asbestos and non-asbestos fibers. Table 2.2 (see Figure 2) in the draft EPA R-93 method suggests using an aspect ratio of 10:1 in distinguishing between asbestos and non-asbestos fibers when considering optical properties. However, while research has shown that a population of cleavage fragment particles has a smaller average AR than a population of commercial asbestos fibers, the AR distributions of the two populations overlap, and on an individual basis, some fibers can be classified either way. Research by Wylie (25) reported in 1985 showed that 50% of the fibers in a known amosite (grunerite) asbestos sample would not be counted if a 20:1 aspect ratio were used as a criterion. Comparison of the aspect ratio plots in the 1977 Bureau of Mines Circular (26) shows that a criterion of about 5:1 aspect ratio appears to be the best aspect ratio discriminator for asbestos versus non-asbestos fibers. The 5:1 aspect ratio is used in AHERA; ASTM methods D6281, D5755, D5756 and D6480; and ISO 10312 and 13794.

The width of the fiber was found in inter-laboratory testing by Harper (27) to be the best discriminator for asbestos fibers, and that using a criterion of width that is less than or equal to one micrometer provides the least number of false negatives when dealing with asbestos and non-asbestos fibers. At the time of this writing, this information has not been incorporated into any standard method.

## Elemental Analysis

The X-ray elemental spectrum collected from individual fibers is compared to data collected from known asbestos minerals. It is noted that the elemental compositions of talc and anthophyllite can be very similar. Although NIST-standard anthophyllite contains a small amount of iron, end-member anthophyllite, which contains very low or non-detectable amounts of iron, is reported in a standard mineralogical text (28) and documented in at least one talc deposit (29).

## Zone Axis Indexing

Using ASTM D6281 allows for the option of indexing a portion of the SAED patterns and then comparing the values determined to calculated zone axis values. This is not possible with all fibers. Method D6281 (or any other TEM asbestos method) does not dictate the tolerance required for a positive match between observed and calculated values. Because of the known variability among the same mineral types found in different sources, it has been suggested that a tolerance of 10% might be used. Testing in the 1970s at the EPA research laboratory of chrysotile asbestos fibers from many sources showed that 5% tolerance was necessary when matching chrysotile asbestos SAED "d" values for the (002), (110) and inter-row spacing to account for the variability between different chrysotile fiber sources. This 5% criterion has been the standard taught during TEM asbestos analysis classes since 1987. This value is in line with early XRD data such as the 3.43% difference between the observed talc (002) measurement of 9.278 angstroms when compared to the calculated value of 8.96 angstroms by Gruner (30) and the 4.24% difference in the measured value for talc (002) by Gruner (30) of 8.960 angstroms and that measured by Stemple (31) of 9.34 angstroms. Table 4 (see Figure 3) in the draft Yamate document (23) shows a 16% difference between the $d_1$ of the SAED Internal Standard File Data and the $d_1$ from the X-ray Powder Diffraction File Data for the [101] zone axis for crocidolite (XRD File Index: 19-1061).

## Talc Pseudo-Hexagonal Pattern

Table 4 in the draft Yamate document (23) lists [–1 4 2] as a reference zone axis for anthophyllite. With $d_1$ and $d_2$ both at 4.56 angstroms and an angle of 60°, this pattern is very close to the zone axis measured on a typical pseudo-hexagonal pattern obtained from a talc plate. Therefore, a fiber cannot be considered to be anthophyllite on the basis of a zone axis index match of the [–1 4 2] alone. Fortunately, a talc fiber can be differentiated from an anthophyllite fiber because the talc pattern remains evident as the talc particle is tilted, but the pattern changes when an anthophyllite fiber is tilted.

TIB Hannover licensed customer copy, supplied and printed for Motley Rice  Terre Bohman  28 Bridgeside Blvd, 4/5/17 at 8:25 AM

JAMES R. MILLETTE

**TABLE 4.  COMPARISION OF d-SPACINGS FROM SAED FILE
AND POWDER DIFFRACTION FILE (EXAMPLE)**

| Amphibole type | Zone axis | Internal Standard File Data | | | | Powder Diffraction File Data (1975) | | |
|---|---|---|---|---|---|---|---|---|
| | | $d_1$ (Å) | $d_2$ (Å) | $\theta$ (deg) | Interrow spacing, R (Å) | $d_1$ (Å) | $d_2$ (Å) | File index no. |
| Amosite | [100] | 5.3 | 9.14 | 90.0 | 5.3 | 5.22 | 9.20 | 17-725 |
| | [30$\bar{1}$] | 1.79 | 9.26 | 84.0 | — | 1.76 | 9.20 | 17-725 |
| | [101] | 4.88 | 9.23 | 74.0 | 5.17 | 4.84 | 9.20 | 17-725 |
| | [$\bar{1}$01] | 4.14 | 9.11 | 78.0 | 4.21 | 4.10 | 9.20 | 17-725 |
| | [$\bar{3}$10] | 5.22 | 5.13 | 95.0 | — | 5.22 | 5.12 | 17-725 |
| Crocidolite | [100] | 5.22 | 8.97 | 90.0 | 5.22 | 5.20 | 9.02 | 19-1061 |
| | [101] | 4.94 | 9.05 | 75.0 | 5.19 | 5.89 | 9.02 | 19-1061 |
| | [$\bar{1}$10] | 4.79 | 8.19 | 79.0 | 5.23 | 4.89 | 8.40 | 19-1061 |
| | [30$\bar{1}$] | 1.75 | 8.97 | 83.5 | — | 1.76 | 9.02 | 19-1061 |
| | [$\bar{3}$10] | 5.12 | 5.12 | 96.0 | — | — | — | 19-1061 |
| Tremolite | [100] | 5.04 | 9.03 | 90.0 | — | 5.07 | 8.98 | 13-437 |
| | [101] | 4.83 | 9.03 | 75.0 | — | 4.87 | 8.98 | 13-437 |
| | [$\bar{2}$0$\bar{1}$] | 2.59 | 8.97 | 80.5 | — | 2.59 | 8.98 | 13-437 |
| | [30$\bar{1}$] | 1.72 | 8.98 | 83.5 | — | 1.69 | 8.98 | 13-437 |
| Anthophyllite | [100] | — | — | 90.0 | 5.24 | 5.28 | 8.90 | 9-455 |
| | [$\bar{1}$42] | 4.56 | 4.56 | 60.0 | — | 4.50 | 4.50 | 9-455 |

**Figure 3.** Table 4, reprinted from the EPA Draft Report Contract #68-02-3266 by Yamate et al. (23), shows a 16% difference between the $d_1$ of the SAED Internal Standard File Data and the $d_1$ from the X-ray Powder Diffraction File Data for the [101] zone axis for crocidolite (XRD File Index: 19-1061).

## Fibers with Kinks

When using the zone-axis indexing option, a few rare fibers with kinks in them that would normally be dismissed as talc ribbons by morphology may show a zone axis that match anthophyllite. Because the crystal structure matches anthophyllite and the fiber has substantially parallel sides for the majority of the fiber length, the fiber is counted as anthophyllite in this method.

## RESULTS FROM USING THIS TALC METHOD

The method described here has been used to analyze both vintage talcum powders and some currently available. The analyses of samples of one brand of vintage talcum powder by this method showed the presence of asbestos fibers was described in Gordon (32). Analyses of one modern talcum powder product and a set of current cosmetic talc source samples from one

17

TIB Hannover licenced customer copy, supplied and printed for Motley Rice   Terre Bohman   28 Bridgeside Blvd, 4/5/17 at 8:25 AM

supplier using the same method did not detect any asbestos present. These later findings with the modern talcum powder are consistent with the results of a recent FDA sponsored study. During 2011–2012, the FDA contracted with AMA Analytical Services, Inc. to examine 28 cosmetic-grade talc samples from four suppliers and examine 34 off-the-shelf cosmetics for asbestos (33). Samples were received from suppliers who voluntarily sent samples; off-the-shelf samples were purchased directly from various stores based on a list of products determined by the FDA. AMA used a modified version of the New York State ELAP method 198.6/198.4 (non-friable bulk samples by PLM and TEM [34, 35]). AMA did not detect asbestos in any of the 28 talcs provided in 2011 from the suppliers or in 34 the talc-containing cosmetic products that were purchased in stores during the same period. In fact, AMA reported that all the talc materials tested contained only talc plates and no fibrous particles. Therefore, no specific testing procedures such as dispersion staining for PLM or SAED/EDS for TEM were needed. The limit of detection for the PLM portion of the AMA testing was based on one point out of 400 points multiplied by any loss during gravimetric reduction. Because there wasn't much loss for talcum powder samples, the PLM detection was reported as "around 0.21% to 0.23%." The AMA reported a limit of detection for TEM of "about 0.0000020% to 0.0000030%" based on the equation: (EFA x DF x M)/(AA x IM), where M was the mass of the smallest countable chrysotile asbestos fiber (1.60 x 10–15 grams), EFA was the effective filter area, DF was the dilution factor, AA was the area analyzed and IM was the initial sample mass. The result of the equation was multiplied by 100, to convert it to a percentage.

## DISCUSSION

The methodology presented here updates the 1990 publication by Kremer and Millette and provides some information that may be helpful in updating the USP talc method. The analysis of talc powder for asbestos is most appropriately done with a combination of PLM, TEM and in some cases a screening by XRD. Low levels of asbestos fibers in talc, especially those too thin to be seen by light microscopy, may only be seen using the TEM analysis.

In 2014, Block et al. (36) discussed the modernization of the asbestos testing required in the USP talc monograph. The U.S. Food and Drug Administration (FDA) through the FDA Monograph Modernization Task Group asked the USP and National Formulary (USP-NF) to modernize the USP talc monograph in November 2010. This FDA request included updating the monograph to assure that talc used for cosmetic and pharmaceutical products is not sourced from mines that are known to contain asbestos, and asked that USP consider revising the current tests for asbestos to ensure adequate specificity. The expert panel that was charged with modernizing the USP talc monograph by the USP-NF recommended that the revision of the test for "Absence of Asbestos" omit the IR test and include a revised XRD procedure, in combination with one or more microscopic evaluations (PLM, TEM or SEM). The expert panel determined that the IR and XRD methods, as currently written, could lead to false-negative results, which could allow talc samples with asbestos contamination to pass. The panel also found that even with the additional light optical microscopy test (which currently does not include PLM), the analyst could not rule out the presence of hazardous fibers in the talc sample. In addition, the lack of identification procedures in the light optical microscopy section could lead to false-positive results. The 2014 report concluded that there was a need to modernize the current USP monograph because both the IR and the XRD methods have relatively high detection limits for asbestos, and there is no known "safe" level of asbestos exposure.

## DISCLOSURE

The author has worked for both plaintiffs and defendants in lawsuits involving asbestos contamination. No client funds were received for the writing of this research article.

## REFERENCES CITED

1. Cralley, L.J.; Key, M.M.; Groth, D.H.; Lainhart, W.S. and Ligo, R.M. "Fibrous and Mineral Content of Cosmetic Talcum Products," *American Industrial Hygiene Association Journal*, 29:4, pp 350–354, 1968.

2. Grieger G.R. Cover Letter Explanation of Analytical Results, Item MA2270. McCrone Associates: Westmont, IL, 1971.

3. McCrone, L.B. and Shimps, R.J. Letter Report of Results — Talc Samples to C. F. Thompson, McCrone Associates: Westmont, IL, May 22, 1975.

4. McCrone L.B. Analysis of Talc By X-ray Diffraction and Polarized Light Microscopy, Under Contract to NIOSH; McCrone Associates: Westmont, IL, 1977.

5. McCrone Associates. Report of Analytical Results, Item MA5500, Talc 1615. McCrone Associates: Westmont, IL, 1977.

TIB Hannover licenced customer copy, supplied and printed for Motley Rice   Terre Bohman   28 Bridgeside Blvd, 4/5/17 at 8:25 AM

6. New York University Department of Chemistry. Report of Analytical Results, September 1972.

7. Rohl, A.N. and Langer, A.M. "Identification and Quantification of Asbestos in Talc," *Environmental Health Perspectives*, 9, pp 95–109, 1974.

8. Rohl, A.N. "Asbestos in Talc," *Environmental Health Perspectives*, 9, pp 129–132, 1974.

9. Rohl, A.N. and Langer, A.M. "Consumer Talcum's and Powders: Mineral and Chemical Characteristics," *Journal of Toxicology and Environmental Health*, 2, pp 255–284, 1976.

10. Kremer, T. and Millette, J.R. "A Standard TEM Procedure for Identification and Quantification of Asbestiform Minerals in Talc," *The Microscope*, 38:4, pp 457–468, 1990.

11. Davis, J.M.G.; Addison, J.; McIntosh, C.; Miller, B.G. and Niven, K. "Variations in the Carcinogenicity of Tremolite Dust Samples of Differing Morphology," *Third Wave of Asbestos Disease: Exposure to Asbestos in Place-Public Health Control. Annals NY Academy of Science*, 642:1, pp 473–490, 1991.

12. CTFA Cosmetic Talc J4-1. Cosmetic, Toiletry and Fragrance Association, Inc., Nititakis J.M. and McEwen G.N. (eds.), Washington D.C., 1982. CTFA Compendium Method J 4-1. Asbestiform amphiboles minerals in cosmetic talc. In: Cosmetic Ingredients Test Methods. Cosmetic, Toiletry and Fragrance Association: Washington D.C., pp 1–6, 1990.

13. U.S. Pharmacopeial Convention. Official USP 5/1/09–7/31/09 Monographs: Talc, "Absence of Asbestos," 2009.

14. U.S. Environmental Protection Agency. Test Method EPA/600/R-93/116 — Method for the Determination of Asbestos in Bulk Building Materials, 1993.

15. Asbestos Hazard Emergency Response Act (AHERA). Appendix A to Subpart E — Interim Transmission Electron Microscopy Analytical Methods, U.S. EPA, 40 CFR Part 763, Asbestos-Containing Materials in Schools, Final Rule and Notice, Fed. Reg., 52:210, pp 41857–41894, 1987.

16. American Society for Testing and Materials. ASTM D6281-09, Standard Test Method for Airborne Asbestos Concentration in Ambient and Indoor Atmospheres as Determined by Transmission Electron Microscopy Direct Transfer, ASTM International: West Conshohocken, PA, 2009.

17. American Society for Testing and Materials. ASTM D5755, Standard Test Method for Microvacuum Sampling and Indirect Analysis of Dust by Transmission Electron Microscopy for Asbestos Structure Number Surface Loading, ASTM International: West Conshohocken, PA, 2011.

18. American Society for Testing and Materials. ASTM D5756, Standard Test Method for Microvacuum Sampling and Indirect Analysis of Dust by Transmission Electron Microscopy for Asbestos Mass Surface Loading, ASTM International: West Conshohocken, PA, 1998.

19. American Society for Testing and Materials. ASTM D6480, "Standard Test Method for Wipe Sampling of Surfaces, Indirect Preparation, and Analysis for Asbestos Structure Number Concentration by Transmission Electron Microscopy," ASTM International: West Conshohocken, PA, 1999.

20. International Standards Organization. ISO 10312, "Ambient Air: Determination of Asbestos Fibres — Direct-Transfer Transmission Electron Microscopy Procedure," 1995.

21. International Standards Organization. ISO 13794, "Ambient Air: Determination of Asbestos Fibers — Indirect Transmission Electron Microscopy Method," 1999.

22. Su, S.-C., "d-Spacing and Interfacial Angle Table for Indexing Zone-Axis Patterns of Amphibole Asbestos Minerals Obtained by Selected Area Electron Diffraction in Transmission Electron Microscope," 2003–2004.

23. Yamate, G.; Agarwall, S.C. and Gibbons, R.D. "Methodology for the Measurement of Airborne Asbestos by Electron Microscopy," EPA Draft Report Contract #68-02-3266, 1984.

24. Wylie, A.G. "Discriminating Amphibole Cleavage Fragments from Asbestos: Rationale and Methodology," proceedings of the VIIth: International Pneumoconioses Conference: Exposure Assessment and Control Asbestos, pp 1065–1069, 1990.

25. Wylie, A.G.; Virta, R.L. and Russek, E. "Characterizing and Discriminating Airborne Amphibole Cleavage Fragments and Amosite Fibers: Implications for the NIOSH Method," *American Industrial Hygiene Association Journal*, 46:4, pp 197–201, 1985.

26. Campbell, W.J.; Blake, R.L. and Brown, L.L. "Selected silicate minerals and their asbestiform varieties, mineralogical definitions and identification-characterization," Bureau of Mines Information Circular 8751, U.S. Department of the Interior: Washington D.C., 1977.

27. Harper, M.; Lee, E.G.; Slaven, J.E. and Bartley, D.L. "An inter-laboratory study to determine the effectiveness of procedures for discriminating amphibole asbestos fibers from amphibole cleavage fragments in fiber counting by phase-contrast microscopy," *Annals of Occupational Hygiene*, 56:6, pp 645–659, 2012.

28. Deer, W.A.; Howie, R.A. and Zussman, J. *Rock-

TIB Hannover licensed customer copy, supplied and printed for Motley Rice  Terre Bohman  28 Bridgeside Blvd, 4/5/17 at 8:25 AM

Forming Minerals, Double-Chain Silicates, Longman: London, Vol. 2B, p 30, 1997.

29. McNamee, B.D. and Gunter, M.E. "Compositional Analysis and Morphological Relationships of Amphiboles, Talc and Other Minerals Found in the Talc Deposits from the Gouverneur Mining District, New York (Part 2 of 2)," *The Microscope*, 62:1, pp 3–13, 2014.

30. Gruner, J.W. "Crystal Structures of Talc and Pyrophyllite," *Ceram.Abstr.*, 14:2, p 50, 1935. as described by I.S. Stemple and G.W. Brindley in *Journal of the American Ceramic Society*, 43:1, pp 34–42, 1969.

31. Stemple, I.S. and Brindley, G.W. "A Structural Study of Talc and Talc-Tremolite Relations," *Journal of the American Ceramic Society*, 43:1, pp 34–42, 1969.

32. Gordon, R.E.; Fitzgerald, S. and Millette, J.R. "Asbestos in Commercial Cosmetic Talcum Powder as a Cause of Mesothelioma in Women," *International Journal of Occupational and Environmental Health*, 20:4, pp 318–332, October 2014; online publication, DOI: http://dx.doi.org/10.1179/2049396714Y.0000000081 (accessed April 2015).

33. AMA Analytical Services, Inc. Personal communication with Andreas Salvidar, 2014.

34. New York State Department of Health, ELAP Item 198.4, "Transmission Electron Microscope Method for Identifying and Quantitating Asbestos in Non-Friable Organically Bound Samples," New York State Department of Health Environmental Laboratory Approval Program Certification Manual, 1997.

35. New York State Department of Health, ELAP Item 198.6, "Polarized-Light Microscope Method for Identifying and Quantitating Asbestos in Non-Friable Organically Bound Bulk Samples," New York State Department of Health Environmental Laboratory Approval Program Certification Manual, 1997.

36. Block, L.H.; Beckes, D.; Ferret, J.; Meeker, G.; Miller, A.; Osterberg, R.; Patil, D.; Pier, J.; Riseman, S.; Rutstein, M.; Tomaino, G.; Van Orden, D.; Webber, J.; Medwid, J.; Wolfgang, S. and Moore, K. "Modernization of Asbestos Testing in USP Talc," *Stimuli to the Revision Process. U.S. Pharmacopeia*, 2014; available online at http://www.usppf.com/pf/pub/dat/vdata/v404/GEN_STIMULI-404-s201184.html (accessed April 2015). ∎

TIB Hannover licenced customer copy, supplied and printed for Motley Rice   Terre Bohman   28 Bridgeside Blvd, 4/5/17 at 8:25 AM



# MICROSCOPY COURSES

McCrone Research Institute
a not-for-profit corporation

2820 S. Michigan Avenue
Chicago, IL 60616-3230

registrar@mcri.org
phone: 312-842-7100
fax: 312-842-1078



## FEATURED McCRONE MICROSCOPY COURSES

**Advanced Asbestos Identification**
*July 20–24, 2015*
In this advanced course, using polarized light microscopy (PLM), students learn to identify and differentiate among all asbestos fibers and fibrous substitutes through review of basic theory and inclusion of more advanced methods.

**Forensic Dust Analysis**
*July 27–31, 2015*
This introduction to dust trace evidence begins with the history of dust analysis and the work of Locard, Popp, Schneider, Heinrich, Frei-Sulzer and others. The course will also explore techniques for collecting, separating, analyzing and interpreting dust evidence.

**Sample Preparation and Manipulation for Microanalysis**
*July 27–31, 2015*
The course will consist of lectures, demonstrations and hands-on training in a variety of techniques of small-particle handling. Students are welcome to bring problems and samples for discussion, practice and analysis.

**Advanced Indoor Air Quality: Advanced Fungal Spore Identification**
*August 19–21, 2015*
This course is designed for working analysts with moderate experience and goes beyond the basics to deal with the problems encountered on the job. It identifies less common ascospores, basidiospores, mitospores and other spores using current and classic mycological literature. Some important genera such as Cladosporium and Aspergillus will be examined at the species level.

**Microscope Cleaning, Maintenance and Adjustment**
*August 26–27, 2015*
Students will learn how the microscope works, various approaches to lens cleaning, Köhler illumination adjustment and other tricks of the trade. Lectures will be followed by hands-on adjustment and cleaning.

**Animal Hair Identification**
*September 1–3, 2015*
This course begins with an introduction to mammalian taxonomy, and the importance of establishing reference collections and hair atlases. The structural, morphological and anatomical features of hairs will also be covered.

**Digital Imaging and Photomicrography**
*September 14–16, 2015*
Students will learn how to capture better photomicrographs and use digital processing techniques to improve them. The course covers important aspects of digital imaging microscopy, including camera and microscope hardware, system set-up, user settings, collection of quality images, storage and printing.

**Raman Microscopy**
*September 28–30, 2015*
Emphasis is placed on applications of Raman that arise from its ability to characterize molecular structure, its general ease of use and minimal sample preparation requirements. Non-routine applications will also be discussed.

### Visit *www.mcri.org* for a complete course calendar, full course descriptions and online registration.

TIB Hannover licenced customer copy, supplied and printed for Motley Rice   Terre Bohman   28 Bridgeside Blvd, 4/5/17 at 8:25 AM





## SPECTROSCOPY OF MICROSCOPIC SAMPLES

**CRAIC Technologies**, the innovative leader in advanced UV-visible-NIR microscopes and microspectrophotometers, provides you with the latest instrument and software solutions to answer your most challenging questions.

- UV-visible-NIR Microspectra™
- Fluorescence Microspectra™
- Raman Microspectra™
- Polarized Microspectra™

**The Perfect Vision for Science™**



**CRAIC**
TECHNOLOGIES

**Call today, +1-310-573-8180 or visit www.microspectra.com**
©2014 CRAIC Technologies, Inc. San Dimas, California (USA).



# Inter/Micro 2016

Chicago, June 13–17

*An international microscopy conference sponsored by McCrone Research Institute.*

Visit www.mcri.org for updated information.

## Microscopy Courses
### McCrone Research Institute



*Hands-on courses range from basic microscopy to specialized applications focusing on particular techniques, materials and fields of research.*

- *Polarized Light Microscopy*
- *Particle & Contaminant Identification*
- *Asbestos & Environmental Analysis*
- *Indoor Air Quality (pollen, spores, dust)*
- *Crystal Characterization*
- *Digital Microscopy*

Complete course descriptions, course calendar and online registration are available at

**www.mcri.org**

TIB Hannover licenced customer copy, supplied and printed for Motley Rice   Terre Bohman   28 Bridgeside Blvd, 4/5/17 at 8:25 AM

Exhibit 55



Exhibit 56

Melinda Darby Dyar, Ph.D.

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE: JOHNSON &            )
JOHNSON TALCUM POWDER  )
PRODUCTS MARKETING      )
SALES PRACTICES AND     )   MDL 16-2738
PRODUCT LIABILITY       )   (FLW)(LHG)
LITIGATION              )
_____ )
THIS DOCUMENT           )
PERTAINS TO ALL CASES   )

TUESDAY, APRIL 2, 2019

- - -

Videotaped deposition of Melinda Darby
Dyar, Ph.D., held at the offices of SKADDEN,
ARPS, MEAGHER & FLOM, LLP, Four Times Square,
New York, New York, commencing at 9:03 a.m.,
on the above date, before Carrie A. Campbell,
Registered Diplomate Reporter and Certified
Realtime Reporter.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Melinda Darby Dyar, Ph.D.

---

Page 2

1
2    A P P E A R A N C E S :
3    BEASLEY ALLEN LAW FIRM
4    BY:  LEIGH O'DELL
         leigh.odell@BeasleyAllen.com
         218 Commerce Street
5    Montgomery, Alabama 36104
         (334) 269-2343
6
7    MOTLEY RICE LLC
     BY:  NATHAN D. FINCH
8         nfinch@motleyrice.com
         401 9th Street NW., Suite 1001
9    Washington, DC  20004
         (202) 232-5507
10
11   COHEN PLACITELLA ROTH PC
     BY:  DENNIS M. GEIER
12        dgeier@cprlaw.com
         127 Maple Avenue
13   Red Bank, New Jersey  07701
         (732) 747-9003
14   Counsel for Plaintiffs
15
     ORRICK, HERRINGTON & SUTCLIFFE LLP
16   BY:  ALEX V. CHACHKES
         achachkes@orrick.com
17   51 West 52nd Street
     New York, New York 10019
18       (212) 506-3742
19
     DRINKER BIDDLE & REATH LLP
20   BY:  SUSAN M. SHARKO
         Susan.Sharko@dbr.com
21       JACK N. FROST, JR.
         jack.frost@dbr.com
22   600 Campus Drive
     Florham Park, New Jersey 07932-1047
23       (973) 549-7000
     Counsel for Defendant Johnson &
24   Johnson
25

---

Page 3

1    SEYFARTH SHAW LLP
     BY:  THOMAS T. LOCKE
2         tlocke@seyfarth.com
         975 F Street, N.W.
3    Washington, DC 20004
         (202) 463-2400
4    Counsel for Defendant Personal Care
     Products Council
5
6    TUCKER ELLIS LLP
     BY:  SANDRA WUNDERLICH
7         sandra.wunderlich@tuckerellis.com
         100 South Fourth Street, Suite 600
8    St. Louis, Missouri 63102
         (314) 571-4965
9    Counsel for PTI Union, LLC and PTI
     Royston, LLC
10
11
     ALSO PRESENT:
12   LIZZY HARRISON, Motley Rice
13
14   V I D E O G R A P H E R :
     HENRY MARTE,
15   Golkow Litigation Services
16        – – –
17
18
19
20
21
22
23
24
25

---

Page 4

1                INDEX
2                        PAGE
3    APPEARANCES................................  2
4    EXAMINATIONS
5      BY MR. FINCH.............................   9
6      BY MR. CHACHKES.........................357
7      BY MR. FINCH............................363
8
9         EXHIBITS
10   No.    Description              Page
11   Dyar     Notice of Oral and Videotaped   14
         Exhibit 1   Deposition of M. Darby Dyar,
12                PhD, and Duces Tecum
13   Dyar     Expert Report of M. Darby       22
         Exhibit 2   Dyar, PhD, for General
14                Causation Daubert Hearing
15   Dyar     Electronic Document Production  25
         Exhibit 3
16
17   Dyar     ISO 22262-1, Air quality -      60
         Exhibit 4   Bulk materials
18   Dyar     ISO 22262-2, Air quality -      60
         Exhibit 5   Bulk materials
19
20   Dyar     ISO 13794, Ambient air -        60
         Exhibit 6   Determination of asbestos
21                fibres - Indirect-transfer
                  transmission electron
22                microscopy method
23   Dyar     Methodology for the             60
         Exhibit 7   Measurement of Airborne
24                Asbestos by Electron
                  Microscopy, George Yamate, et
25                al.

---

Page 5

1    Dyar     The Analysis of Johnson &       88
         Exhibit 8   Johnson's Historical Product
2                Containers and Imerys'
                  Historical Railroad Car
3                Samples from the 1960s to the
                  Early 2000s for Amphibole
4                Asbestos, Second Supplemental
                  Report, Longo and Rigler
5
6    Dyar     Manual of Mineralogy, Klein     92
         Exhibit 9   and Hurlbut
7    Dyar     Amphibole Content of Cosmetic   100
         Exhibit 10   and Pharmaceutical Talcs, AM
8                Blount
9    Dyar     Defining Asbestos:              139
         Exhibit 11   Differences between the Built
10               and Natural Environments,
                  Gunther
11
12   Dyar     ResearchGate printout of        143
         Exhibit 12   Tremolite and Mesothelioma
13   Dyar     Mineralogy and Optical          147
         Exhibit 13   Mineralogy, Dyar, et al.
14
15   Dyar     Page 182 from "Chemical         148
         Exhibit 14   Analysis of Minerals"
16   Dyar     Case report of                  152
         Exhibit 15   Erionite-Associated Malignant
17               Pleural Mesothelioma in
                  Mexico, Oczypok, et al.
18
19   Dyar     Interoffice Correspondence,     172
         Exhibit 16   March 25, 1992,
20               IMERYS 219720 - IMERYS 219722
21   Dyar     May 23, 2002 Technical Report   172
         Exhibit 17   of Julie Pier,
22               IMERYS 422289 - IMERYS 422290
23   Dyar     Walter McCrone Associates,      223
         Exhibit 18   Inc., November 5, 1975,
24               JNJL61_000079334 -
                  JNJL61_000079335
25

Golkow Litigation Services - 877.370.DEPS

Melinda Darby Dyar, Ph.D.

Page 6

1   Dyar      Walter McCrone Associates 1    223
    Exhibit 19   July 1975 letter,
2              JNJMX68_000012745 -
               JNJMX68_000012749
3
    Dyar      May 24, 1975 Walter McCrone    223
4   Exhibit 20   letter from RN Miller,
               JNJTACUL000387254
5
    Dyar      Diffraction Verifications,    236
6   Exhibit 21   M68233-001, M68233-002
7   Dyar      MAS, LLC PLM Analysis,       279
    Exhibit 22   M69680-015BL
8
    Dyar      The Asbestiform and          329
9   Exhibit 23   Nonasbestiform Mineral Growth
               Habit and Their Relationship
10             to Cancer Studies, A Pictorial
               Presentation, April 2003
11
    Dyar      Mineral Commodity Profiles -  333
12  Exhibit 24   Asbestos, USGS
13  Dyar      Asbestos, A Mineral of       343
    Exhibit 25   Unparalleled Properties,
14             Badollet
15  Dyar      J&J Consumer Companies       350
    Exhibit 26   Worldwide Specification,
16             TM7024,
               JNJNL61_000005032 -
17             JNJNL61_000005040
18
19             (Exhibits attached to the deposition.)
20
21
22
23
24
25

Page 7

```
 1              MS. O'DELL:  I just have an
 2      objection before the deposition
 3      starts.
 4              Yesterday at 5:50 we received a
 5      production of new materials,
 6      approximately 140 pages of new data
 7      that we had not been provided
 8      previously.  We've not had an
 9      opportunity to review and analyze that
10      data, and based on the late
11      production, we will move to keep this
12      deposition open and continue it after
13      we've had an opportunity to do so.
14              MR. CHACHKES:  And obviously we
15      disagree.  And you'll have the
16      opportunity to ask the witness about
17      those documents, and you'll find
18      there's no reason to keep anything
19      open.
20              MS. O'DELL:  We'll see.
21              MR. FINCH:  We'll see.
22              MS. O'DELL:  We'll reserve the
23      right to take that to Judge Pisano if
24      we can't reach an agreement.
25              VIDEOGRAPHER:  Okay.  We are
```

Page 8

```
 1      now on the record.  My name is Henry
 2      Marte.  I'm a videographer with Golkow
 3      Litigation Services.
 4              Today's date is April 2, 2019,
 5      and the time is 9:03 a.m.
 6              This videotaped deposition is
 7      being held at 4 Times Square,
 8      New York, New York, in the Matter of
 9      Talcum Powder Litigation.
10              The deponent today is
11      Dr. Melinda Darby Dyar.
12              Will all appearances please
13      introduce themselves for the record.
14              MR. FINCH:  Yes.  Nate Finch
15      for various ovarian cancer victim
16      plaintiffs.
17              MR. GEIER:  Dennis Geier for
18      the plaintiffs.
19              MS. HARRISON:  Lizzy Harrison,
20      Motley Rice.
21              MS. O'DELL:  Leigh O'Dell on
22      behalf of the plaintiff steering
23      committee.
24              MR. LOCKE:  Sorry.
25              MR. CHACHKES:  Yeah.  Alex
```

Page 9

```
 1      Chachkes on behalf of J&J, Orrick
 2      Herrington.
 3              MR. FROST:  Jack Frost, Drinker
 4      Biddle and Reath, on behalf of Johnson
 5      & Johnson.
 6              MS. SHARKO:  Susan Sharko,
 7      Drinker Biddle, same.
 8              MS. WUNDERLICH:  Sandra
 9      Wunderlich, Tucker Ellis, on behalf of
10      PTI Royston and PTI Union.
11              MR. LOCKE:  Tom Locke for the
12      Personal Care Products Council.
13              VIDEOGRAPHER:  Okay.  Will the
14      court reporter please administer the
15      oath to the witness.
16
17              MELINDA DARBY DYAR, Ph.D.,
18      of lawful age, having been first duly sworn
19      to tell the truth, the whole truth and
20      nothing but the truth, deposes and says on
21      behalf of the Plaintiffs, as follows:
22
23              DIRECT EXAMINATION
24      QUESTIONS BY MR. FINCH:
25          Q.    Good morning, Ms. Darby Dyar.
```

3 (Pages 6 to 9)

Melinda Darby Dyar, Ph.D.

Page 10

1    My name is Nate Finch. I
2 introduced myself off the record to you. As
3 I said before, I represent various ovarian
4 cancer victim plaintiffs.
5    Have you ever had your
6 deposition taken before?
7    A.    No.
8    Q.    Have you ever testified in a
9 courtroom before?
10    A.    No.
11    Q.    Have you ever done what's
12 called a mock deposition, where someone
13 videotapes you and asks you questions as if
14 you were being deposed or testifying in
15 court?
16    MR. CHACHKES: So I'm going to
17 object on work product grounds.
18    You can answer to the extent
19 it's not anything you've done with
20 counsel in this case.
21    THE WITNESS: Correct, it's not
22 anything I've ever done with counsel
23 in this case.
24 QUESTIONS BY MR. FINCH:
25    Q.    So never done it your entire

Page 11

1 life, or you've done it in this case?
2    MR. CHACHKES: So the objection
3 was don't talk about what we did in
4 this case, but you're welcome to talk
5 about other stuff.
6    THE WITNESS: No, I've never
7 done it ever before.
8 QUESTIONS BY MR. FINCH:
9    Q.    So am I correct that you have
10 never been recognized by a court as an expert
11 in anything? Is that correct?
12    A.    That is correct.
13    Q.    What is Palouse Minerals, LLC?
14    A.    It is an LLC entity that I
15 created for the purposes of -- on the basis
16 of the recommendation of my personal lawyer.
17    Q.    Created for the purposes of
18 what, receiving funds that you earn as an
19 expert witness?
20    Is that one of the reasons you
21 created it?
22    A.    I do considerable consulting
23 for NASA, and I decided it would be useful to
24 have an entity that I could consolidate my
25 non-Mount Holyoke and non-planetary science

Page 12

1 income into.
2    Q.    How long has Palouse Minerals
3 been in existence?
4    A.    A couple months.
5    Q.    In what state was it formed?
6 What's the --
7    A.    Massachusetts.
8    Q.    So it's a Massachusetts LLC?
9    A.    Yes.
10    Q.    And what's the business address
11 for it?
12    A.    161 Chestnut Street in Amherst,
13 Mass.
14    Q.    Is that the same as your office
15 address?
16    A.    Yes, it is.
17    Q.    Is it --
18    A.    To which office are you
19 referring?
20    Q.    Or which office does it
21 correspond to?
22    A.    It corresponds to my home
23 office.
24    Q.    So it's your home address as
25 well?

Page 13

1    A.    Correct.
2    Q.    Are you the -- the sole member
3 of Palouse Minerals, LLC, meaning the sole
4 person that has an ownership stake in it?
5    A.    Yes.
6    Q.    There are no other -- are there
7 any other limited partners that receive an
8 income distribution or other distribution for
9 Palouse Minerals?
10    A.    No.
11    Q.    Does it have any employees?
12    A.    Other than me, no.
13    Q.    When were you first contacted
14 by someone -- let me back up.
15    Who are you working for in
16 connection with this case in which your
17 deposition is being taken today?
18    A.    I'm not exactly sure what you
19 mean.
20    Do you mean who do I send the
21 bills to?
22    Q.    Well, you're being compensated
23 for your time, I assume, correct?
24    A.    Correct.
25    Q.    All right. And you send the

4 (Pages 10 to 13)

Melinda Darby Dyar, Ph.D.

Page 14

1    bills to Tucker Ellis. That's a law firm; is
2    that correct?
3         A.    I believe so.
4         Q.    And do you have an
5    understanding as to what party in this
6    litigation you are serving as an expert
7    witness for?
8         A.    Yes.
9         Q.    All right. Who are you working
10   for?
11        A.    So the checks come from Orrick,
12   and Orrick is hired by Johnson & Johnson.
13        Q.    Are you working for any other
14   party to this litigation, other than
15   Johnson & Johnson or Johnson & Johnson
16   Consumer, Inc., or any other Johnson &
17   Johnson subsidiary?
18        A.    No.
19        Q.    So you're not being compensated
20   or doing any work with a company called
21   Imerys, for example?
22        A.    No.
23        MR. FINCH: Lizzy, can I have
24   the notice of deposition?
25        (Dyar Exhibit 1 marked for

Page 15

1    identification.)
2    QUESTIONS BY MR. FINCH:
3         Q.    Ma'am, I've put what's been
4    marked as Darby Dyar Exhibit 1 in front of
5    you.
6         Have you ever seen this or
7    discussed it, the subject matters of what it
8    is, with anyone?
9         A.    Yes and yes.
10        Q.    And what is your understanding
11   of what this is?
12        A.    It's a notice that I'm going to
13   testify today, and these are the documents
14   that are related to the case.
15        Q.    Okay. When were you first
16   contacted by someone on behalf of Johnson &
17   Johnson to do work for it in connection with
18   these cases?
19        A.    I don't remember exactly, but
20   sometime last fall after school started.
21        Q.    Okay. And am I correct that
22   your time is billed out at $500 an hour?
23        A.    That is correct.
24        Q.    And has anyone else from
25   Palouse Minerals done work in connection with

Page 16

1    this expert engagement other than you?
2         A.    No.
3         Q.    The reason I ask that question,
4    on the invoices that were produced yesterday
5    evening, there are a couple of instances
6    where there's redactions and the person
7    was -- the person or entity was redacted, and
8    that led me to believe there might have been
9    someone else other than you who worked on the
10   report.
11        MR. CHACHKES: Objection.
12        THE WITNESS: No one else but
13   me worked on the report.
14   QUESTIONS BY MR. FINCH:
15        Q.    Okay. What were you asked to
16   do by Johnson & Johnson or its lawyers?
17        A.    I was asked to review the
18   methodology used by Drs. Longo and Rigler in
19   a series of reports.
20        Q.    Anything else?
21        A.    I was asked to write a report
22   giving my review.
23        Q.    What methodology did you follow
24   in analyzing Dr. Longo and Rigler's reports?
25        A.    Well, I've been a reviewer of

Page 17

1    scientific documents for almost 40 years, and
2    so I used the same methodology I'd use for
3    reviewing a scientific paper or a proposal or
4    any kind of report that comes across my
5    research interests.
6         So I first read the report
7    carefully, every word. Then I looked at all
8    of the math and all the numbers and analyzed
9    the numbers. Then I sought out all of the
10   references that were cited in those reports
11   and tried to read all of them. And then I
12   looked at the report many times and tried to
13   see if the information in the report
14   justified the conclusions.
15        Q.    Did you test any talc that was
16   the source of Johnson's baby powder OR SHOWER
17   TO SHOWER® yourself?
18        A.    No.
19        Q.    Did you test any talc that was
20   mined either in Italy or Vermont or China for
21   the purposes of analyzing whether or not it
22   contained asbestos or asbestos fibers?
23        A.    No.
24        Q.    Did you review any internal
25   documents of Johnson & Johnson that indicated

## Melinda Darby Dyar, Ph.D.

Page 18

1 the results of its testing of either its baby
2 powder or SHOWER TO SHOWER® products or the
3 ore from the Vermont mine or other sources of
4 talc?
5     A.    No.
6     Q.    Did you review any testimony
7 from any of Johnson & Johnson's corporate
8 witnesses related to the source of -- let me
9 just ask it this way.
10         Did you review any testimony of
11 anyone other than Dr. Longo and Dr. Rigler?
12     A.    Yes, I reviewed reports only by
13 Krekeler, Cook and Campion.
14     Q.    And you reviewed their reports,
15 but you haven't commented on any of those
16 reports; is that correct?
17     A.    There was no need to comment on
18 those reports because they did not have --
19 they did not bear on my evaluation of the
20 methodology of Longo and Rigler.
21     Q.    Okay.
22     A.    But I read them just in case.
23     Q.    All right.  Am I correct that
24 you don't have an opinion one way or another
25 as to whether or not there is asbestos in

Page 19

1 Vermont talc that was a source for Johnson's
2 baby powder?
3     A.    Can you restate that question?
4     Q.    I didn't see anywhere in your
5 report an affirmative opinion as to whether
6 or not there is or is not asbestiform
7 materials, asbestos fibers, in the talc from
8 either Vermont or Italy or China that was the
9 source of Johnson's baby powder.
10         MR. LOCKE:  Objection.
11         THE WITNESS:  No, my job in
12     this matter was to review the
13     methodology of Drs. Longo and Rigler.
14 QUESTIONS BY MR. FINCH:
15     Q.    Did you review the testimony
16 of -- do you know Ann Wylie, by any chance?
17     A.    I believe I've met Ann Wylie
18 once, maybe, but I couldn't pick her out of a
19 crowd.
20     Q.    Did you review her testimony
21 that was taken in connection with these cases
22 as part of your work here?
23     A.    No.
24     Q.    You have written papers with
25 Matthew Sanchez, correct?

Page 20

1     A.    My name appears on publications
2 in which the author list includes Matt, yes.
3     Q.    Have you reviewed any of
4 Mr. Sanchez's testimony in connection with
5 any Johnson & Johnson talc litigation?
6     A.    No.
7     Q.    You have published multiple
8 papers and also a book with a gentleman by
9 the name of Mickey Gunther, correct?
10     A.    That's correct.
11     Q.    Have you ever reviewed any of
12 Dr. Gunther's testimony in asbestos
13 litigation on behalf of any of the parties
14 that he's worked for?
15     A.    No.
16     Q.    Did you review any deposition
17 or trial testimony of any Johnson & Johnson
18 witness in connection with your work in this
19 case?
20         And by that I would include
21 Dr. John Hopkins or any of the other
22 employees or former employees of Johnson &
23 Johnson.
24     A.    No.
25     Q.    Did you review any summaries of

Page 21

1 any deposition or trial testimony of anyone
2 other than possibly Dr. Longo and Dr. Rigler?
3     A.    No.
4     Q.    When you were first contacted
5 to work on behalf of Johnson & Johnson, who
6 did you -- how did -- how were you first
7 contacted?
8         Who contacted you?
9     A.    I -- to the best of my memory,
10 I was sitting in my Mount Holyoke office, and
11 I got a phone call from a lawyer in
12 Cleveland.
13     Q.    This was a lawyer for the
14 Tucker Ellis firm?
15     A.    I'm not sure where he works.
16     Q.    What was the name of the
17 lawyer?
18     A.    Chris Caryl, Caryl.  I'm not
19 sure how you pronounce his name.
20     Q.    And in that conversation, what
21 did he ask you to do?
22     A.    He asked me if I had ever done
23 any expert witness work and if that would
24 interest me, and he told me a little bit
25 about the case.  I don't remember exactly

6 (Pages 18 to 21)

Melinda Darby Dyar, Ph.D.

Page 22

1   what he said, but he asked me if I'd be
2   interested, and I said I would think about
3   it.
4        Q.    And obviously you eventually
5   said yes, correct?
6        A.    Correct.
7        Q.    And you ultimately put together
8   an expert witness report that contains your
9   opinions and conclusions in this case; is
10  that correct?
11       A.    Yes.
12            MR. FINCH:  Lizzy, can I have
13       the report?
14            (Dyar Exhibit 2 marked for
15       identification.)
16  QUESTIONS BY MR. FINCH:
17       Q.    Ma'am, I've marked as Darby
18  Dyar Deposition Exhibit 2 a document entitled
19  "Expert Report of M. Darby Dyar, Ph.D., for
20  General Causation, Daubert Hearing."
21            Can you take a look at this
22  document and tell me what it is?
23       A.    This is my report.
24       Q.    And it has a copy of your CV
25  attached to the back of it as Exhibit B?

Page 23

1   Exhibit A, excuse me.
2        A.    Yes.
3        Q.    Did you, as part of your work
4   in this case, ask to see the same samples
5   that Dr. Longo in his laboratory analyzed,
6   have those sent to you so you could analyze
7   them yourself?
8        A.    No.
9        Q.    Why not?
10       A.    My job here was to review the
11  methodology employed by Drs. Longo and
12  Rigler.  It was not to do testing.
13       Q.    Did you review any testimony of
14  Dr. Longo other than his deposition taken in
15  this case in February of this year?
16       A.    No.
17       Q.    Did you review any of Mark
18  Rigler's testimony other than his deposition
19  taken in connection with these cases in
20  February of this year?
21       A.    No.
22       Q.    So am I correct that you have
23  never reviewed testimony of Dr. Longo where
24  he describes his methodology generally that
25  his lab follows for analyzing substances to

Page 24

1   determine whether they have asbestos in them?
2        A.    Other than the depositions
3   taken this year, no.
4        Q.    And the depositions that were
5   taken this year was a one-day deposition
6   taken February 5th or 6th of 2019?
7        A.    I believe that's correct.
8        Q.    Were you aware that Dr. Longo
9   has testified dozens of times about -- in
10  courtrooms with judges, both federal and
11  state present, about the methodology he
12  follows to analyze the presence of asbestos
13  fibers in materials?
14       A.    That's what he says in his --
15  in the beginning of his most recent
16  deposition, yes.
17       Q.    And you didn't ask to review
18  any of that testimony where he describes what
19  he does or how his lab works in detail?
20       A.    The current deposition makes it
21  clear that his methodology has remained
22  constant, and so it wasn't necessary to
23  review previous methodologies.
24       Q.    What is your understanding of
25  what an expert witness report like Exhibit 2

Page 25

1   is for?
2        A.    It is to present the opinion of
3   an expert witness on matters that they are
4   asked to evaluate.
5        Q.    Do you have the understanding
6   that it is supposed to set forth your
7   opinions and the bases for your opinions on
8   various topics?
9        A.    Yes.
10            MR. FINCH:  Let's mark as
11       Exhibit 3 -- and I don't have a hard
12       copy with me because I just got it by
13       e-mail last night -- the production
14       materials that were sent to us at
15       5:50 p.m.
16            And could I switch to the iPad?
17            VIDEOGRAPHER:  No problem.
18            MR. FINCH:  And we'll send this
19       to the court reporter electronically.
20            (Dyar Exhibit 3 marked for
21       identification.)
22            MR. CHACHKES:  We have paper
23       copies here.
24            MR. FINCH:  If you've got a
25       paper copy you can hand to me, that

7 (Pages 22 to 25)

Melinda Darby Dyar, Ph.D.

Page 26

1    would probably speed up the process a
2    little bit.
3        MR. CHACHKES:  We could
4    actually have it -- so if we want one
5    for the witness as well -- so we've
6    got one copy.  We can take a break
7    and --
8        MR. FINCH:  I don't want to
9    take a break.
10        MR. CHACHKES:  Okay.
11        MR. FINCH:  I'll come back to
12    it.  But I'm going to ask a few
13    questions now, and then if you can, at
14    a break --
15    QUESTIONS BY MR. FINCH:
16        Q.    Okay.  Ma'am, can you see the
17    screen here that I'm flipping?
18        A.    No.
19        Q.    There's a screen in front of
20    you.
21        A.    That's way too small.
22        Q.    Okay.
23        A.    I can certainly use the paper
24    copy.
25        MR. CHACHKES:  So I've got the

Page 27

1    paper copy.
2        MR. FINCH:  All right.  Counsel
3    for Johnson & Johnson kindly provided
4    the witness with his copy.
5    QUESTIONS BY MR. FINCH:
6        Q.    But suffice it to say, did you
7    have the understanding that some additional
8    material was provided to us yesterday in
9    connection with the subpoena you got?
10        A.    Yes.
11        Q.    Okay.  What is your
12    understanding of what was provided to us?
13        A.    I believe it was copies of my
14    bills and a copy of my updated CV.
15        Q.    Okay.  And also contained
16    some --
17        A.    Oh, and -- okay, go ahead.
18        Q.    I've got your bills.  I've got
19    your updated CV.
20        What is the material, say, the
21    last hundred pages, hundred-plus pages, of
22    the document?
23        A.    Those would be my spreadsheets.
24        Q.    Okay.  Are those the
25    spreadsheets that underlie the conclusions

Page 28

1    and calculations that you've made and set
2    forth in the report, Exhibit 2?
3        A.    Yes, they are.
4        Q.    So basically if I want to check
5    your math, I look at the spreadsheets, right?
6        A.    Correct.
7        Q.    Okay.  So you said you were
8    first contacted sometime last fall by a
9    lawyer named Christopher Caryl from the
10    Tucker Ellis law firm about doing expert
11    witness work for Johnson & Johnson; is that
12    correct?
13        A.    That is correct.
14        Q.    And I have on the screen here,
15    which you probably can flip to, a series of
16    invoices beginning in November of 2018 which
17    reflects work done in October, all the way up
18    through a March 4th invoice which reflects
19    work done in February of 2019.
20        Do you see those invoices?
21        A.    I do see them, yes.
22        Q.    Okay.  My document isn't page
23    numbered, but on the screen there is a
24    contract signed by you on behalf of your
25    company and Johnson & Johnson.

Page 29

1        Do you see that?
2        A.    Yes.
3        Q.    Okay.  You started working on
4    this project before the contract was signed.
5        Why is that?
6        A.    Because I -- before this
7    contract was signed, because I -- it took me
8    a while to get the legal paperwork for
9    Palouse Minerals organized and approved by
10    Massachusetts.
11        Q.    Okay.  So you had to set up the
12    LLC.  You started doing work, you set up the
13    LLC, and once that was set up, you had
14    Johnson & Johnson's attorneys enter into a
15    contract with you on behalf of LLC, correct?
16        A.    Correct.
17        Q.    Okay.  The first invoice I have
18    here reflects work done in October, and it
19    has an entry for 19 hours and 18 hours, both
20    billed at $500 an hour, for a total of
21    18,500.
22        Do you see that?
23        A.    Yes.
24        Q.    Okay.  What is the 19 hours and
25    what is the 18 hours?

8 (Pages 26 to 29)

Melinda Darby Dyar, Ph.D.

| Page 30 | Page 32 |
|---|---|

Page 30

1          MR. CHACHKES:  Objection.
2          Are you asking what's been
3  redacted?
4          MR. FINCH:  Well, I'm asking
5  if -- is the redaction basically a
6  description of the work, or is the
7  redaction the name of a person?
8          MR. CHACHKES:  So you can --
9  I'm going to object on work product
10  grounds.
11          You can answer on a general
12  high level.
13          THE WITNESS:  Can you restate
14  that question, please?
15  QUESTIONS BY MR. FINCH:
16     Q.    Yeah.
17          There's a breakdown between 19
18  and 18 hours.  Is all the work in all these
19  invoices performed by you?
20     A.    Absolutely, yes.
21     Q.    Okay.  So there's nobody else
22  that's done any work on this expert witness
23  report or your analysis of Dr. Longo and
24  Dr. Rigler's reports, correct?
25     A.    No.

Page 31

1     Q.    Did you confer with anyone in
2  connection with your review of Dr. Longo's --
3  and rather than saying Longo and Rigler again
4  and again and again, I'm just going to say
5  Longo.
6          Did you confer with anyone in
7  connection with your review of Dr. Longo's
8  reports or your writing of your report?
9          MR. CHACHKES:  Objection.
10          THE WITNESS:  Yes.
11  QUESTIONS BY MR. FINCH:
12     Q.    Who did you confer with?
13     A.    Counsel.
14     Q.    That would be lawyers for
15  Johnson & Johnson?
16     A.    Yes.
17     Q.    Did you share drafts with them
18  of your report?
19     A.    Yes.
20     Q.    Did they provide comments on
21  the drafting?
22     A.    Yes.
23     Q.    Did you consider their
24  suggestions in writing your report?
25          MR. CHACHKES:  So I'm going to

Page 32

1  object on work product grounds.  The
2  communications with Professor Dyar are
3  going to be privileged, so I'm going
4  to ask the witness not to respond to
5  this line of questioning.
6          MR. FINCH:  So noted.
7  QUESTIONS BY MR. FINCH:
8     Q.    Did any lawyers for Johnson &
9  Johnson suggest areas of inquiry for you as
10  part of your analysis of Dr. Longo's work?
11          MR. CHACHKES:  So same
12  objection.
13          Please don't respond.
14  QUESTIONS BY MR. FINCH:
15     Q.    Did any lawyers for Johnson &
16  Johnson provide you with any of the pictures
17  that appear in your report?
18     A.    Some of the images in my report
19  come from the Longo, Rigler reports.  So to
20  the extent that I received the Longo and
21  Rigler reports from counsel, then, yes, some
22  of the images came from there.
23     Q.    Did you review all of the, for
24  lack of a better word, backup material for
25  all of the Longo and Rigler reports?

Page 33

1     A.    I looked at every single page.
2     Q.    Did you look at every single
3  photograph or photomicrograph on every single
4  page of Dr. Rigler and Dr. Longo's backup
5  materials to their reports?
6     A.    Yes.
7     Q.    Did you confer with anyone else
8  on either your analysis of Dr. Longo and
9  Rigler's work or your report, other than
10  Johnson & Johnson's lawyers?
11     A.    Yes.
12     Q.    Who did you confer with?
13     A.    Dr. Mickey Gunther.
14     Q.    Who else?
15     A.    No one else.
16     Q.    Did Dr. Gunther provide any
17  written comments or suggestions to you in
18  your work analysis -- your work in this case?
19          MR. CHACHKES:  So again, I'm
20  going to object on work product
21  grounds.  Dr. Gunther is a consultant
22  for J&J, so I'm going to ask the
23  witness not to respond to this line.
24          MR. FINCH:  Well, we disagree
25  with that, but we'll take it up at the

9 (Pages 30 to 33)

Melinda Darby Dyar, Ph.D.

Page 34

1    appropriate time.
2    QUESTIONS BY MR. FINCH:
3        Q.    Did you review Dr. Campion's
4    report and publications in connection with
5    your work in this case?
6        A.    I did look at them, yes.
7        Q.    Did you come to any conclusions
8    about them?
9            MR. CHACHKES:  So I'm going to
10       object to this on work product
11       grounds.  To the extent there were any
12       communications, it was not with
13       respect to this report.
14   QUESTIONS BY MR. FINCH:
15       Q.    You don't intend to testify
16   about any conclusions related to
17   Dr. Campion's report?
18       A.    My purpose here was to review
19   only the Longo and Rigler reports.
20       Q.    In November of 2018, you sent
21   an invoice for 37 hours of work -- for work
22   done in October of 2018.
23           What were you reviewing or
24   doing during that 37 hours given that
25   Dr. Longo didn't issue his first report in

Page 35

1    the MDL until the middle of November?
2        A.    I was reviewing prior
3    documents, prior reports, of Dr. Longo.
4        Q.    You mean his reports done in
5    connection with state court asbestos
6    litigation from 2018, earlier in 2018 and
7    partially in 2017?
8        A.    Let's have a look at the list
9    of documents that I included in my report.
10       Q.    You're looking at Exhibit
11   Number 3 -- 2, Exhibit Number 2.
12       A.    So the first document was
13   produced in March -- on March 11, 2018.
14       Q.    Uh-huh.
15       A.    Another document was produced
16   on September 6th of 2018, and another one was
17   produced in September of 2017.  So those
18   documents were available to me immediately.
19   And then when the October 2018 document
20   became available, it was given to me.
21       Q.    So your November invoice was
22   for $18,500; December, 30,000; January,
23   25,500; February invoice for January work,
24   35,000; and then your March invoice for
25   February work was 63,000.  Is that correct?

Page 36

1        A.    That's correct.
2        Q.    Okay.  So in total you've
3    billed over $150,000 to this project so far,
4    at least as of the end of February 2019?
5        A.    I haven't done the math, but
6    that seems about right.
7        Q.    How much time have you spent in
8    March of 2019 working on this project?
9        A.    I don't really know, but not
10   much.  I wouldn't like to speculate without
11   checking my records.
12       Q.    More than 20 hours?
13       A.    Yes.
14       Q.    More than 50 hours?
15       A.    Probably no.
16       Q.    How about in April?
17           I know it's only the 2nd day of
18   April, but did you spend any time yesterday?
19       A.    Yes.
20       Q.    What did you do yesterday as
21   part of your work for Johnson & Johnson in
22   this case?
23           MR. CHACHKES:  So again, I'm
24       going to object on work product
25       grounds, but you can answer on a very

Page 37

1    high level.
2            THE WITNESS:  I prepared for
3    this deposition.
4    QUESTIONS BY MR. FINCH:
5        Q.    And what did you do to prepare
6    for this deposition?
7            MR. CHACHKES:  Again, I'm going
8        to object on work product grounds and
9        maybe counsel the witness not to
10       answer.
11           If you have any specific
12       questions that don't threaten the work
13       product protections, then you can ask
14       those.
15           MR. FINCH:  I'll leave the
16       question as it is.
17           MR. CHACHKES:  Okay.  So please
18       don't answer.
19   QUESTIONS BY MR. FINCH:
20       Q.    On the invoices where it says
21   "redacted" in several places, can you tell me
22   generally what kind of information was
23   redacted?
24           Is it information relating to
25   what you were doing, or is it information

10  (Pages 34 to 37)

Melinda Darby Dyar, Ph.D.

Page 38

1   like Social Security numbers or something
2   like that?
3       A.   It's information related to
4   what I was doing.
5       Q.   Okay.  So it describes the
6   tasks that you were performing in connection
7   with your expert witness work in this case?
8       A.   Correct.
9           MR. FINCH:  All right.  We
10  would make a request for an unredacted
11  version of the invoices.
12          MR. CHACHKES:  We'll take it
13  under advisement.
14          MS. SHARKO:  Any requests,
15  please put in writing.
16          MR. FINCH:  Okay.  This is
17  writing, since someone's writing it
18  down, but we will do it in a letter.
19          MS. SHARKO:  Okay.  And keep in
20  mind that we will then reciprocate.
21  QUESTIONS BY MR. FINCH:
22      Q.   Let's just get some terms on
23  the record.
24          What does EDS, EDXA stand for?
25      A.   Energy-dispersive spectrometry,

Page 39

1   or spectroscopy, depending on how you define
2   it, and then other people call it
3   energy-dispersive X-ray analysis.  They're
4   general terms for the same thing.
5       Q.   And am I correct that that is a
6   test for elemental chemistry?
7       A.   It's a qualitative test for
8   elemental chemistry.
9       Q.   Qualitative,
10  q-u-a-l-i-t-a-t-a-v-e {sic}?
11      A.   Correct.
12      Q.   And that is an analysis
13  performed by a transmission electron
14  microscope, correct?
15      A.   Yes.
16      Q.   Explain what is SAED.
17      A.   SAED refers to a kind of
18  electron diffraction done on a TEM in which
19  the electrons are passed through the sample
20  and they are diffracted, resulting in a
21  pattern.
22      Q.   And am I correct that when a
23  sample is analyzed under SAED, the material
24  is placed, for lack of a better word, on the
25  plate of the transmission electron

Page 40

1   microscope, and it is possible for the
2   analyst to rotate it in various dimensions
3   and directions?
4       A.   Yes, that is correct, and as
5   described in the quotation on page 31 of my
6   report.
7       Q.   And so -- which quotation are
8   you referring to?
9       A.   The quotation from ISO 2262-1
10  {sic} on page 65 which describes the process
11  by which you align a sample for an SAED
12  pattern.
13      Q.   Okay.  And am I correct that
14  that is something that the analyst, when
15  looking at the substance or the structure
16  through the TEM, is rotating the material in
17  realtime and deciding when to make an image
18  of that?
19      A.   Correct.
20      Q.   And is it correct that an
21  analyst, in reviewing the structure or
22  substance in realtime, can decide to take an
23  image of the selected area of diffraction
24  pattern whenever, in his or her judgment, he
25  finds something worth capturing?

Page 41

1           MR. CHACHKES:  Objection.
2           THE WITNESS:  That would be a
3   standard operating procedure, yes.
4   QUESTIONS BY MR. FINCH:
5       Q.   So a standard operating
6   procedure would be the analyst takes the
7   substance or material and has the ability to
8   rotate it in three dimensions and analyze the
9   crystal structure of the material under the
10  TEM, correct?
11      A.   It's not a full three
12  dimensions, but it's basically a plane that
13  has the ability to be tilted by a small
14  number of degrees in various directions.
15      Q.   Okay.  And in the process of
16  doing that, the analyst can spend as much or
17  as little time as it takes him or her to look
18  at the structure or material in the various
19  dimensions and take a picture, for lack of a
20  better word, of the diffraction pattern at
21  whatever points in time he or she thinks are
22  important, correct?
23      A.   Correct.
24      Q.   And it's -- it is in some sense
25  the judgment of the analysts at what point in

11 (Pages 38 to 41)

Melinda Darby Dyar, Ph.D.

Page 42

1 time he or she takes the picture of the
2 selected area of diffraction pattern,
3 correct?
4     A.    Yes.
5     Q.    You have degrees in geology and
6 art history; is that correct?
7     A.    Correct.
8     Q.    You have a Ph.D. in geology?
9     A.    My Ph.D. is actually in
10 geochemistry.
11     Q.    In geochemistry.
12            And how did you first get
13 interested in geology?
14     A.    I don't actually recall.  I
15 think when I was 2 years old, my mother
16 reports that I picked up rocks instead of
17 Easter eggs on an egg hunt.  That was the
18 first indication that maybe geology was in my
19 future.
20     Q.    You graduated with a bachelor's
21 of art in geology and art history from
22 Wellesley College, correct?
23     A.    As it says in my résumé, when
24 I -- at the time I graduated, my BA was in
25 geology, and I finished the course

Page 43

1 requirements for the art history degree while
2 I was enrolled at MIT subsequent to my
3 graduation from Wellesley.
4     Q.    And you got your Ph.D. in
5 geochemistry from MIT, correct?
6     A.    Correct.
7     Q.    You're not an epidemiologist,
8 correct?
9     A.    No.
10     Q.    You're not a medical doctor?
11     A.    No.
12     Q.    You don't hold yourself out as
13 an expert on the biological activity of
14 substances in the human body; is that
15 correct?
16     A.    No.
17     Q.    You're not a cell biologist?
18     A.    I work with a microbiologist
19 and I have written papers on microbiology,
20 but I don't consider myself a cell biologist,
21 no.
22     Q.    Do you hold yourself out as an
23 expert in analyzing whether or not and how
24 fibers and structures can cause genetic
25 errors which lead to cancer or other

Page 44

1 diseases?
2     A.    No.
3     Q.    You're not a toxicologist?
4     A.    No.
5     Q.    Have you ever performed an
6 animal study in the sense of either having an
7 animal ingest or inhale or otherwise come
8 into contact with a substance to determine
9 whether that substance has hazardous effects?
10     A.    No.
11     Q.    I take it you do not have an
12 expert opinion as to whether any of the
13 materials found in Johnson & Johnson's talc
14 or Johnson & Johnson's baby powder are
15 carcinogenic?
16     A.    I have no opinion on that.
17     Q.    You have no expert opinion
18 regarding whether any amphiboles found in
19 talc from New York, the Gouverneur talc mine,
20 are carcinogenic; is that correct?
21     MR. LOCKE:  Objection.
22     THE WITNESS:  I have no opinion
23 on that.
24 QUESTIONS BY MR. FINCH:
25     Q.    Do you have any opinion about

Page 45

1 whether the amphiboles found in Libby
2 vermiculite are carcinogenic?
3     A.    I have no opinion on that.
4     Q.    You have no expert opinion on
5 that?
6     A.    No.
7     Q.    Are you familiar with the fact
8 that there has been an epidemic of
9 mesothelioma in and around Libby, Montana?
10     MR. FROST:  Objection.
11     MR. LOCKE:  Objection.
12     THE WITNESS:  Vaguely.
13 QUESTIONS BY MR. FINCH:
14     Q.    How did you come to that
15 understanding?
16     MR. FROST:  Objection.
17     THE WITNESS:  I read it in a
18 newspaper maybe?
19 QUESTIONS BY MR. FINCH:
20     Q.    When was the first time you met
21 Mickey Gunther?
22     A.    In the summer of 1996, I met
23 Mickey at a teaching mineralogy workshop at
24 Smith College.
25     Q.    Were you on the faculty of that

12 (Pages 42 to 45)

Melinda Darby Dyar, Ph.D.

Page 46

1     workshop, or was he on the faculty of that
2     workshop?  How did you come in contact?
3         A.    I was driving a van on the
4     field trip, and Mickey got in and sat next to
5     me.
6         Q.    And since that time, you have
7     collaborated on both a textbook and about,
8     what, 30 papers, something like that?
9         A.    I don't keep count of the
10    papers, but they're all as listed in my CV.
11        Q.    Could you identify for me your
12    peer-review publications which address the
13    subject of how to determine if a material is
14    asbestos in the environment?
15            MR. CHACHKES:  Objection.
16            THE WITNESS:  I would have to
17        spend some time going through the list
18        to see if there are any that satisfy
19        those criteria.  I don't recall.
20    QUESTIONS BY MR. FINCH:
21        Q.    Can you think of any off the
22    top of your head right now?
23        A.    No.
24        Q.    Have you ever published a
25    peer-review publication regarding how to

Page 47

1     determine if there is asbestos in a product?
2         A.    Not that I recall.
3         Q.    Have you published any
4     peer-review articles regarding the use of --
5     I'm just going to use the shorthand term --
6     EDS, EDXA, to identify asbestos in materials?
7         A.    Not that I recall.
8         Q.    Have you ever authored a
9     peer-review publication concerning the use of
10    selected area diffraction -- selected area
11    electron diffraction, SAED, to identify
12    asbestos in materials?
13        A.    Not that I recall.
14        Q.    Have you ever published a
15    peer-review paper regarding the use of
16    polarized light microscopy, PLM, to
17    distinguish between asbestos in talc in
18    materials?
19        A.    Not that I recall.
20        Q.    Have you ever been asked by the
21    United States Environmental Protection Agency
22    to draft standards relating to the
23    identification of asbestos in a material?
24        A.    No.
25        Q.    Have you or laboratories -- let

Page 48

1     me back up.
2         Q.    Have you ever been in charge of
3     a laboratory where the laboratory regularly
4     tested materials to determine if they
5     contained asbestos?
6         A.    No.
7         Q.    Have you analyzed over 300
8     samples of material -- 300,000 samples of
9     materials over the course of your career to
10    detect whether or not asbestos was present in
11    them?
12        A.    No.
13        Q.    Have you ever been recognized
14    by a court as an expert witness on the
15    subject of examining material to determine
16    whether it contained asbestos?
17        A.    No.
18        Q.    Have you ever served as an
19    expert consultant for the City of New York,
20    the State of New York, the State of Utah or
21    any other governmental entity on the subject
22    of examining material to determine whether it
23    contained asbestos?
24        A.    No.
25        Q.    Have you ever been the primary

Page 49

1     author of an American Society Testing and
2     Materials method for the analysis of asbestos
3     fibers and bundles in settled dust?
4         A.    No.
5         Q.    Have you ever been the primary
6     author of any ASTM memorandum?
7         A.    No.
8         Q.    You cite to several different
9     ISO memorandums relating to the
10    identification of asbestos in either bulk
11    samples or in the air or in talc, correct?
12        A.    Correct.
13        Q.    Have you ever been the author
14    or a contributor to an ISO memorandum
15    relating to the identification of asbestos in
16    bulk samples?
17        A.    No.
18        Q.    Have you ever been the author
19    or contributor to an ISO memorandum relating
20    to the identification of asbestos in the air?
21        A.    No.
22        Q.    Have you ever been the author
23    or contributor to an ISO memorandum relating
24    to the identification of asbestos in talc?
25        A.    No.

13 (Pages 46 to 49)

Melinda Darby Dyar, Ph.D.

Page 50

```
 1        Q.    Have you ever tested a sample
 2   of talc to determine whether or not it
 3   contained asbestos?
 4        A.    No.
 5        Q.    Have you ever published
 6   anything in any peer-reviewed journal about
 7   testing talc to determine if it contains
 8   asbestos?
 9        A.    No.
10        Q.    What -- and I'm going to
11   butcher this word repeatedly because it's
12   just one of those words I just cannot say.
13   But what microscopy-based spectroscopic
14   methods have you used over the course of your
15   career?
16        A.    Oh, Mössbauer spectroscopy,
17   electron spectroscopy of various kinds, TEM,
18   SEM, electron probe microanalysis, X-ray
19   diffraction, X-ray fluorescence,
20   proton-induced gamma emission, laser-induced
21   breakdown spectroscopy, Raman spectroscopy.
22        Those are some of them.
23        Q.    Do you oversee a lab currently
24   that has electron microscopes?
25        A.    No.  The lab that contains an
```

Page 51

```
 1   SEM and TEM at Mount Holyoke is overseen by
 2   the director of the science center.
 3        Q.    Do you have access to that lab?
 4        A.    Yes.
 5        Q.    Can you list the various types
 6   of electron microscopes you have used to
 7   analyze materials over the years?
 8        A.    You want to clarify what you
 9   mean by "type"?
10        Q.    Well, the manufacturer, the
11   model.
12        A.    No, I don't pay attention to
13   that.  I'd have to go back and look at the
14   papers.
15        Q.    Are you aware that the National
16   Bureau of Standards publishes asbestos
17   standards?
18        A.    Yes.
19        Q.    Have you analyzed the National
20   Bureau of Standards asbes -- standard
21   asbestos samples in any laboratory where
22   you've worked?
23        A.    I can't recall.  I've analyzed
24   hundreds of thousands of samples in my
25   career, so it's difficult to recall if one or
```

Page 52

```
 1   two of them were -- happen to be those
 2   standards.  I don't recall.
 3        Q.    How many -- what is the primary
 4   laboratory that you've worked with over the
 5   past ten years?
 6        Is it the Mount Holyoke?
 7        A.    My research takes place at many
 8   different institutions.  I work with the
 9   synchrotron at the Advanced Photo Source,
10   Photon Source, in Chicago.  I work with
11   scientists at Los Alamos National Laboratory,
12   and I work with scientists at the University
13   of Massachusetts in Amherst where I am on the
14   graduate faculty.
15        My own laboratory at Mount
16   Holyoke also includes many different kinds of
17   spectrometers.
18        Q.    And your own laboratory at
19   Mount Holyoke has a SEM and a TEM now?
20        A.    No.  As I stated, Mount Holyoke
21   has an analytical facility for TEM and SEM,
22   which is under the direction of the director
23   of science center.
24        Q.    And the science center is
25   affiliated with what entity?
```

Page 53

```
 1        A.    All of the science departments
 2   at the college.
 3        Q.    Okay.  Do you know what NVLAP
 4   NIST accredited means?
 5        A.    I know what NIST stands for.
 6        Q.    Do you know if any of the
 7   laboratories you've worked in are NVLAP NIST
 8   accredited?
 9        A.    So academic institutions are
10   accredited by completely differently
11   organizations than the ones that are used for
12   business entities.
13        And, yes, Mount Holyoke does
14   have an accreditation.
15        Q.    Have you ever calibrated an
16   electron microscope for electron diffraction?
17        A.    Probably 30 years ago, yes.
18        Q.    You haven't done it in the past
19   30 years?
20        A.    Our equipment is already kept
21   well-calibrated.  We have a full-time
22   laboratory manager who takes care of the EMs.
23        Q.    Have any of the labs that you
24   have worked with or for been in the NVLAP
25   NIST program for the identification of
```

14 (Pages 50 to 53)

Melinda Darby Dyar, Ph.D.

Page 54

1    asbestos?
2         A.    I have no knowledge of that.
3         Q.    How much time do you spend on a
4    daily basis analyzing materials to determine
5    whether or not they contain asbestos fibers?
6         A.    Zero.
7         Q.    How much time do you spend on a
8    weekly basis analyzing materials to determine
9    whether or not they contain asbestos?
10        A.    Zero.
11        Q.    How much time do you spend on a
12   yearly basis analyzing materials to determine
13   whether or not they contain asbestos?
14        A.    Zero.
15        Q.    What are the steps for
16   identifying and assessing whether a sample of
17   a material contains asbestos?
18        A.    Well, let's go back to my
19   report where that's articulated quite
20   clearly.
21             So, for example, my report
22   talks about the Yamate -- the Yamate document
23   from the EPA, it talks about the ISO 22262
24   document, and it also talks about PLM methods
25   explained and described in the Su documents.

Page 55

1    So there are many different ways of answering
2    that question.
3         Q.    Okay.  Do you find the
4    methodology set forth in ISO 22262-1 and
5    22262-2 to be reliable standards that
6    a scientist should follow for analyzing
7    whether or not a sample of material contains
8    asbestos?
9         A.    It would depend on -- the
10   answer to that question would depend on the
11   level of asbestos.
12             So you want to be more
13   specific?
14        Q.    Any level.
15        A.    Want to -- would you please
16   restate the question?
17        Q.    Yes.
18             Do you --
19             MR. FINCH:  Could you read back
20   the question, madam court reporter?
21             No?  Okay.  I'll see if I
22   can...
23   QUESTIONS BY MR. FINCH:
24        Q.    Do you find the methodology set
25   forth in ISO standards 22262-1 and 22262-2 to

Page 56

1    be reliable standards that a scientist should
2    follow for analyzing whether or not a sample
3    of a material contains asbestos?
4         A.    I would say that in the case of
5    determination of bulk asbestos, the methods
6    in those documents are robust.
7         Q.    What about for determining
8    whether or not there is asbestos in talc?
9         A.    So those -- so Document 1, for
10   example, which you mentioned, explicitly says
11   it's for measurements of bulk samples, and
12   Document Number 3, which is the one relating
13   to X-ray diffraction, explicitly says that
14   XRD has some limitations.  And so ISO
15   document 22262-2 is the only one that is
16   really relevant to looking at small amounts
17   of asbestos.
18        Q.    Okay.  Do you regard the
19   standard set forth in ISO 22262-2 to be
20   reliable for a scientific -- a scientist to
21   follow to analyze whether or not there are
22   small amounts of asbestos in talc?
23        A.    You know, my goal in this
24   report was to evaluate whether the
25   methodology of Drs. Longo and Rigler was

Page 57

1    valid.  It was not to evaluate whether the
2    government documents on this topic are
3    appropriate.  So I have not thought about
4    that.
5         Q.    Okay.  So you don't -- you
6    don't criticize the standards in -- or the
7    methodology set forth in ISO 22262-2; is that
8    correct?
9         A.    It's a government document.  I
10   haven't been asked to think about criticizing
11   it, and so I haven't thought about it.
12             MR. CHACHKES:  And we've been
13   going about an hour.  If you reach a
14   natural pausing point, we'll take
15   maybe a little break.
16             MR. FINCH:  Okay.  Let me go
17   about another five minutes.
18             MR. CHACHKES:  Sure.
19   QUESTIONS BY MR. FINCH:
20        Q.    When was the last sample that
21   you analyzed that contained asbestos?
22        A.    What do you mean by "analyzed"?
23        Q.    Analyzed using any of the tools
24   that a scientist could use to determine
25   whether a substance or material contains

15  (Pages 54 to 57)

Melinda Darby Dyar, Ph.D.

Page 58

```
1    asbestos, either a PLM or TEM or any other
2    way.
3         A.   I have in the past year
4    undertaken Mössbauer spectroscopy on asbestos
5    samples to determine their ferrous ratios,
6    but that is unrelated to the question of
7    determining whether asbestos is present or
8    not because I already knew that SAED samples
9    were asbestos.
10        Q.   Okay.  Do you recall when is
11   the last time you analyzed a sample where you
12   didn't know whether or not asbestos was
13   present to determine if, in fact, it
14   contained asbestos?
15        A.   Never.
16        Q.   Never done that?
17        A.   No.
18        Q.   You have -- I think I counted
19   this up right; maybe I missed one.
20             You have three publications
21   that deal with materials found in the
22   vermiculite from Libby, Montana; is that
23   right?
24        A.   I contributed Mössbauer
25   analyses to three papers, yes.  I did not
```

Page 59

```
1    have anything to do with writing the papers.
2         Q.   Okay.  Your name appears on
3    those papers, right?
4         A.   Correct.  Because as is
5    appropriate in science, I contributed data to
6    the endeavor and, therefore, was included as
7    a coauthor.
8         Q.   And Mickey Gunther is the lead
9    author on several -- on those papers, or is
10   at least an author on each of those papers?
11        A.   I don't know.  I'd have to
12   look, but I would presume so.
13        Q.   So am I correct that you did
14   not analyze any of the material that came
15   from the vermiculite from Libby, Montana, to
16   determine whether or not it had asbestos in
17   it?
18        A.   Correct.  I only analyzed
19   things to determine the redux ratios.
20        Q.   Okay.  You mentioned something
21   called the Mössbauer spectrum?
22        A.   Correct.
23        Q.   All right.  Could you describe
24   what that is?
25        A.   A Mössbauer spectrometer is
```

Page 60

```
1    used to evaluate how much oxygen was
2    available at the time a mineral crystalized,
3    so in particular it's used to measure the
4    valent state of iron, whether it is oxidized
5    iron, which would be ferric iron, or reduced
6    iron, which would be ferrous iron.  That is
7    one of my specialties.
8         Q.   So one of your specialties is
9    using the Mössbauer analysis to determine,
10   for lack of a better word, the iron content
11   of something that might have asbestos in it?
12        A.   One of my specialties is to use
13   Mössbauer spectroscopy to determine the iron
14   redux ratio of minerals among the 5,500 known
15   minerals.  That's one of the specialties,
16   yes.
17             MR. FINCH:  All right.  This is
18   a good time to take a break.
19             VIDEOGRAPHER:  The time is
20   10:05 a.m.  Going off the record.
21        (Off the record at 10:05 a.m.)
22             VIDEOGRAPHER:  We are back on
23   the record.  The time is 10:21 a.m.
24        (Dyar Exhibits 4, 5, 6 and 7
25   marked for identification.
```

Page 61

```
1    QUESTIONS BY MR. FINCH:
2         Q.   We're back on the record after
3    a short break.
4             Do you prefer to be called
5    Dr. Darby Dyar or Ms. Darby Dyar?
6         A.   How about Professor Dyar.
7         Q.   Okay.  Professor Dyar.
8             I've marked and put in front of
9    both you and your lawyer copies of Darby Dyar
10   Exhibit 4, 5, 6 and 7.
11        A.   Yes.
12        Q.   And can you tell me what each
13   of those is?
14        A.   So these documents are the air
15   quality testing International standard ISO
16   22262-1 and 2, and ISO 13794, as well as the
17   Yamate report from the EPA dated July 1984.
18        Q.   Okay.
19             What is the International
20   Standard Organization?
21        A.   I don't actually know.
22        Q.   When is the first time you
23   reviewed or saw ISO 22262-1?  This is Dyar 4.
24        A.   When I saw it referenced in
25   Dr. Longo's report.
```

16 (Pages 58 to 61)

Melinda Darby Dyar, Ph.D.

Page 62

1      Q.    Okay.  So you had never
2  previously had occasion in your career to
3  rely on the International standard for
4  sampling and qualitative determination of
5  asbestos in commercial bulk materials; is
6  that correct?
7      A.    In my research I use and have
8  used these techniques for almost 40 years,
9  but I have not yet brought them to bear on
10  the study of asbestos as an impurity in
11  talcum powder.
12      Q.    Okay.  So you never had the --
13  prior to your engagement by Johnson & Johnson
14  in this case, you never reviewed the
15  methodology set forth in ISO 22262-1; is that
16  correct?
17      MR. LOCKE:  Objection.
18      THE WITNESS:  Can you state the
19  question again?
20  QUESTIONS BY MR. FINCH:
21      Q.    Yeah.
22          Prior to being retained by
23  Johnson & Johnson as a potential expert in
24  these ovarian cancer cases, you never had
25  occasion to review ISO 22262-1 and the

Page 63

1  methodology that it lays out for
2  determination of asbestos in commercial bulk
3  materials; is that correct?
4      MR. LOCKE:  Objection.
5      THE WITNESS:  I have never
6      reviewed this specific document, but I
7      have reviewed countless times the use
8      of polarized light microscopy in the
9      detection and analysis of minerals.
10      It's something I routinely teach and
11      it's something that I routinely use in
12      my research, but, again, not for the
13      purpose of detection of asbestos
14      specifically.
15  QUESTIONS BY MR. FINCH:
16      Q.    Am I correct -- well, let me
17  just ask it.
18          Have you ever reviewed ISO
19  Standard 22262-2 prior to your retention by
20  Johnson & Johnson in these cases?
21      A.    No.  There was no need.
22      MR. FINCH:  Move to strike that
23      "there was no need."
24  QUESTIONS BY MR. FINCH:
25      Q.    Would you agree with me that

Page 64

1  ISO 22262-1 and ISO 22262-2 lay out the
2  methodology -- a methodology for a scientist
3  to follow in order to determine whether or
4  not for ISO 22262-1, whether or not there's
5  asbestos in commercial bulk materials, and
6  ISO 22262-2, whether there is asbestos in
7  talc?
8      A.    These two documents do describe
9  protocols for analyzing asbestos, yes.
10      Q.    And if an analyst follows those
11  protocols, would you criticize him or her for
12  doing so?
13      A.    So if we go back to my report,
14  we'll see numerous places where I talk about
15  the proper use of these tools for the
16  analysis of asbestos in amphibole.
17      Q.    But you're not criticizing the
18  methodology set forth in ISO 22262-1 or
19  22262-2; is that correct?
20      A.    Do you want to be more specific
21  by what you mean about methodology?
22      Q.    Yeah.
23          The steps that they -- the
24  ISO -- let's say, ISO 222 -- you agree that
25  ISO 22262-1 and ISO 22262-2 lay out the steps

Page 65

1  that a scientist should follow and the tools
2  that the scientist should use to determine
3  whether or not there is asbestos in either a
4  bulk commercial material or in talc?
5      A.    I would say that they lay out
6  some of these steps that should be used, and
7  if done correctly, they would be useful.  But
8  in my report, I talk about the possible
9  downside of many of these methods.
10          So, for example, polarized
11  light microscopy, if done correctly, can be
12  useful in identifying minerals, but for the
13  possible -- and for the analysis of possible
14  impurities of -- in talcum powder, there are
15  many minerals that would have the same PLM
16  characteristics, so the results might well be
17  inconclusive.
18      Q.    Am I correct that ISO 22262-2
19  lays out a methodology and different tools
20  for a scientist to use to determine whether
21  or not there is asbestos in talc?  Correct?
22      A.    So 22262, as it states --
23      Q.    Dash 2.
24      A.    Dash 2 -- talks about the use
25  of gravimetry and microscopic methods, and it

17 (Pages 62 to 65)

Melinda Darby Dyar, Ph.D.

Page 66

1  is designed to be used for quantitative
2  analysis of materials that are described on
3  the first page of that document's narrative.
4      Q.   Which includes talc, correct?
5      A.   Yes, mineral products such as
6  wollastonite, dolomite, calcite, talc or
7  vermiculite.
8      Q.   And ISO 22262-2, in some
9  instances, refers back to ISO 22262-1 for how
10  to use the tools or analyze the data that one
11  obtains from using the tools to determine
12  whether what you were analyzing is asbestos
13  or not, correct?
14      A.   Yes, these documents reference
15  one another and also other preexisting
16  documents.
17      Q.   Okay.  Are you familiar with
18  what I've marked as Dyar 6, ISO -- before I
19  get to Dyar 6, am I correct that the first
20  time you reviewed ISO 22262-1 or 22262-2 was
21  in connection with your work as a paid expert
22  work by Johnson & Johnson?
23      A.   Yes.  As a research scientist,
24  I have no need of anyone to tell me what --
25  how to use these tools in my own research

Page 67

1  because I've been trained to use these tools
2  over the course of my 40-year career, so
3  there was no need to consult a standard of
4  this sort.
5      Q.   Have you ever reviewed or seen
6  ISO 13794 prior to your engagement by
7  Johnson & Johnson in these cases?
8      A.   No, because I had no need for
9  instruction in how to use a TEM or how to do
10  point counting.  I already know how to do
11  that in my research as affirmed by my
12  peer-reviewed publications.
13      Q.   Are you familiar with Dyar
14  Exhibit 7?
15      A.   Yes.
16      Q.   What is Dyar Exhibit 7?
17      A.   Dyar Exhibit 7 is a methodology
18  from George Yamate, written as an EPA report
19  in 1984.
20      Q.   And what is the title of this
21  document?
22      A.   The title of this document is
23  "Methodology for the Measurement of Airborne
24  Asbestos By Electron Microscopy."
25      Q.   And this was a contracted

Page 68

1  report for the Environmental Protection
2  Agency?
3      A.   That's my understanding, yes.
4      Q.   Were you aware that Mr. Yamate
5  at one point worked for Bill Longo?
6          MR. CHACHKES:  Objection.
7          THE WITNESS:  I have no
8      knowledge of that.
9  QUESTIONS BY MR. FINCH:
10      Q.   When is the first time that you
11  reviewed -- or can we just agree that we're
12  going to call Dyar 7 the Yamate report?
13      A.   Sure.
14      Q.   When's the first time you
15  reviewed the Yamate report?
16      A.   For this particular case.
17      Q.   You never reviewed it before
18  this?
19      A.   No, it wasn't necessary because
20  I already know how to do electron microscopy,
21  as evidenced by my many peer-reviewed
22  publications that use the technique.
23      Q.   And would you agree with me
24  that this Yamate report, Dyar 7, lays out
25  three different methodologies called level 1

Page 69

1  analysis, level 2 analysis and level 3
2  analysis for determining whether or not there
3  is asbestos in some kind of substance?
4      A.   Yes, that's what it says.
5      Q.   Do you have any opinion about
6  whether or not following this protocol would
7  be a reliable thing for a scientist to do in
8  analyzing whether there's asbestos in a
9  substance?
10      A.   I have an opinion on the fact
11  that Dr. Longo did not follow this guideline.
12  He did not do any of the level 3 protocols
13  expressed in this, including reporting two
14  different zone axis SAED patterns.
15      Q.   Am I correct you have not
16  reviewed any Johnson & Johnson internal
17  documents relating to testing it did of
18  either Johnson's baby powder or talc?
19      A.   Correct, because my goal in
20  this investigation was to evaluate the
21  methodology of Drs. Longo and Rigler.
22      Q.   My colleague, Mr. Geier,
23  pointed out that in the prior question I
24  asked you whether or not you have an opinion
25  about whether or not following the Yamate

18  (Pages 66 to 69)

Melinda Darby Dyar, Ph.D.

Page 70

1    protocol would be a reliable thing for a
2    scientist to do in analyzing whether there's
3    asbestos in a substance.
4              And your answer was, "I have an
5    opinion on the fact that Dr. Longo did not
6    follow this guideline. He did not do any of
7    the level 3 protocols expressed in this,
8    including reporting two different zone axes
9    SAED patterns."
10             My question is a little bit
11   different. My question is, if a scientist
12   follows the Yamate level 3 protocol for the
13   number of samples or percentage of samples it
14   says to apply that protocol to, would you
15   have any criticism of the protocol itself as
16   a way for detecting asbestos in talc -- in
17   talc or any other substance?
18        A.   Yes, I would have criticisms
19   because SAED only identifies which mineral
20   species it is. It does not say anything
21   about the morphology of the particle.
22        Q.   Would you agree with me that
23   there are different tests to determine
24   whether or not there is asbestos in a sample
25   or substance?

Page 71

1        A.   Certainly there are different
2    tests that determine the presence of
3    asbestos.
4        Q.   Okay. One of them you
5    mentioned was SAED.
6              That's to determine the
7    crystalline structure, correct?
8              MR. CHACHKES: Objection.
9              THE WITNESS: SAED can be used
10   to determine the mineral species that
11   is present in the sample. It's used
12   in a very wide variety of
13   applications. It cannot prove that
14   something is asbestos.
15   QUESTIONS BY MR. FINCH:
16        Q.   It cannot prove by itself that
17   something's asbestos, correct?
18        A.   Correct.
19        Q.   When used in conjunction with
20   other tools such as PLM or TEM, EDS, EDXA,
21   isn't it true that you can come to a
22   conclusion whether or not a given material is
23   asbestos?
24             MR. FROST: Objection. Form.
25             THE WITNESS: So SAED is used

Page 72

1    to identify the mineral species that
2    is present. EDS is used to identify
3    the chemical composition of what is
4    present. Neither of those techniques
5    can tell you anything about the
6    morphology of the particle that is
7    present and, therefore, they are
8    not -- those two techniques together
9    could not tell you if asbestos was
10   present.
11   QUESTIONS BY MR. FINCH:
12        Q.   What technique could -- isn't
13   it true that the morphology of the particle
14   is examining under a microscope and
15   determining things like the shape and size
16   and aspect ratio?
17        A.   True.
18             So if SAED, in two different
19   zone axis determinations, were combined with
20   EDS analyses done properly, as -- as
21   expressed in my report, along with a survey
22   of the population of particle morphologies
23   present was undertaken, if all of those
24   things were true, then it would be possible
25   to identify something as asbestos.

Page 73

1        Q.   A survey of population of a
2    particle, what techniques would you use to do
3    that?
4        A.   So in my report, if we go to
5    page -- let's see. It's the section
6    beginning on page 52. So it talks here about
7    the possibility of using a population of
8    particles and analyzing their size to
9    determine whether something is asbestos.
10             That's -- the word "population"
11   is also used in the R-93 document that I
12   reviewed, and populations are also referred
13   to in the ISO documents, although I can't,
14   without further time, tell you exactly which
15   one.
16             So in these -- in many of these
17   documents, they do refer to populations of
18   morphologies rather than individual ones.
19        Q.   Are you aware that Mickey
20   Gunther has served as an expert witness for
21   multiple defendants in asbestos litigation
22   over the years?
23             MR. FROST: Objection. Form.
24             THE WITNESS: I'm aware that
25   Mickey has what he calls his lawyer

19 (Pages 70 to 73)

Melinda Darby Dyar, Ph.D.

Page 74

1      work, yes.
2      QUESTIONS BY MR. FINCH:
3          Q.   He's testified at the request
4      of W.R. Grace, for example, in cases
5      involving its asbestos-containing
6      vermiculite?
7              MR. CHACHKES:  Objection.
8              MR. FROST:  Objection.  Form.
9              THE WITNESS:  I'm not aware of
10      exactly what Mickey does in his lawyer
11      work.
12      QUESTIONS BY MR. FINCH:
13          Q.   Are you aware that he always
14      works for defendants in asbestos litigation
15      and has never worked for a victim in asbestos
16      litigation?
17              MR. CHACHKES:  Objection.
18              MR. FROST:  Objection.
19              THE WITNESS:  I am not aware of
20      what Mickey does in his lawyer work.
21      QUESTIONS BY MR. FINCH:
22          Q.   Have you ever asked him what he
23      does in his lawyer work, as you call it?
24          A.   No.
25          Q.   When you submit a paper to a

Page 75

1      peer-review journal, isn't it correct that
2      oftentimes the authors are asked if they have
3      any potential conflicts of interest that may
4      bias or affect their views of the material in
5      which they publish?
6          A.   That's something that's started
7      happening in the last few years, yes.
8          Q.   And why -- in your
9      understanding, why has that started happening
10      in the past few years?
11              MR. LOCKE:  Objection.
12              THE WITNESS:  I never thought
13      about it.
14      QUESTIONS BY MR. FINCH:
15          Q.   Do you think it has anything to
16      do with the fact that the readers of the
17      paper are entitled to know whether the
18      authors of the paper have any financial
19      interest in the subject matter on which they
20      are writing about?
21          A.   I've never thought about it.  I
22      don't know.
23          Q.   Do you think it's important to
24      know whether or not a scientist has a
25      financial interest in the work that he or she

Page 76

1      is doing to assess the credibility of that
2      work?
3          A.   I don't really have an opinion
4      on that.  I've never thought about it, to be
5      honest.
6          Q.   So it was not important to you
7      in your collaborations with Mickey Gunther to
8      ever ask him whether or not he has only and
9      exclusively worked at the request of asbestos
10      defendants in asbestos litigation?
11              MR. FROST:  Objection.
12      QUESTIONS BY MR. FINCH:
13          Q.   It never crossed your mind to
14      ask him that question?
15              MR. CHACHKES:  Objection.
16              THE WITNESS:  It never crossed
17      my mind to ask him that question.
18      QUESTIONS BY MR. FINCH:
19          Q.   I asked if you reviewed any
20      internal Johnson & Johnson documents relating
21      to the testing of the talc from its mines or
22      in its finished products, and I believe your
23      answer was, no, you never reviewed any of
24      those documents; is that correct?
25          A.   No, sir.

Page 77

1          Q.   Have you ever reviewed any
2      documents relating to anyone else's testing
3      of the talc in Johnson & Johnson's mines or
4      the finished product, other than Longo and
5      Rigler?
6          A.   No, although I did recall over
7      the break that I reviewed some additional
8      reports of Drs. Longo and Rigler that didn't
9      have any numbers on them.  So I reviewed them
10      briefly and then set them aside, so those are
11      cited in my report.
12              But in terms of your current
13      question, no other reports.
14          Q.   Okay.  So the only people who
15      have tested Johnson & Johnson baby powder or
16      samples of talc from the mines where the talc
17      came from for the baby powder, the only
18      people that you reviewed the work of are
19      Longo and Rigler; is that correct?
20              MR. FROST:  Objection.
21              THE WITNESS:  I was hired to
22      review the methodology of Longo and
23      Rigler, so that's what I did, yes.
24      QUESTIONS BY MR. FINCH:
25          Q.   Did you think it was at all

Melinda Darby Dyar, Ph.D.

Page 78

1  important in analyzing the work of Longo and
2  Rigler to compare their results and
3  conclusions to what other scientists may have
4  found when they've analyzed the same
5  material -- or material from the same places?
6       MR. FROST:  Objection.
7       THE WITNESS:  No, it was not
8    important because I am very familiar
9    with the methodology that they use.
10   And there was really no need to look
11   and see what other people's work said
12   because that had nothing to do with my
13   review of the methodology.
14  QUESTIONS BY MR. FINCH:
15      Q.    What is your definition of
16  asbestos?
17      A.    My definition of asbestos is
18  given in my report.  If we can turn to
19  page -- let's see, page 10.  Asbestos is
20  defined as one of six particular minerals
21  exhibiting the characteristics of an
22  asbestiform habit, meaning that they can be
23  separated into flexible fibers with high
24  tensile strength.
25           And, of course, those six

Page 79

1  minerals are the ones given in the table and
2  in other places in the report, anthophyllite,
3  chrysotile, grunerite, tremolite, actinolite
4  and riebeckite.
5       Q.    What is -- in your view qualify
6  a fiber as having the morphology that is
7  consistent with an asbestos fiber?
8       A.    So again, my definition of a
9  fiber is given in the numerous literature
10  citations on page 10 and 11, which
11  consistently define fibers as being strong
12  and flexible and having high tensile
13  strength, including those in the ISO 22262,
14  which define asbestiform in an identical way
15  as a specific type of mineral fibrosity in
16  which the fibers and fibrils possess high
17  tensile strength and flexibility.
18      Q.    Is it possible to measure the
19  tensile strength of a fiber that's 10 microns
20  long?
21      A.    It is possible to constrain it
22  with a probe, yes.
23      Q.    How would you do that?
24      A.    You would poke the fiber and
25  see if it could bend.

Page 80

1       Q.    Have you ever done that?
2       A.    I have certainly looked at the
3  tensile strength of mineral fibers.  Not with
4  a TEM, however.
5       Q.    How would you measure the
6  flexibility -- is there any -- is there any
7  peer-reviewed literature that you would rely
8  on or that you could cite me to that
9  describes how you would measure the tensile
10  strength of a fiber that is 10 microns long
11  or less?
12      A.    I did not consider that because
13  that was not a method that was used by
14  Drs. Longo and Rigler.  Given sufficient time
15  to research that topic, I'd be happy to give
16  you an answer.
17      Q.    As you sit here today, you
18  can't think of any literature that lays out a
19  methodology to test the tensile strength of a
20  fiber that is 10 microns or less?
21      MR. FROST:  Objection.
22      THE WITNESS:  I would have to
23    do background research to answer that
24    question.
25

Page 81

1  QUESTIONS BY MR. FINCH:
2       Q.    Have you ever mentioned -- ever
3  measured the tensile strength of asbestos?
4       A.    Not personally, no.
5       Q.    What is the unit of measurement
6  that that -- that one would use to measure
7  the tensile strength of asbestos?
8       A.    I don't know, and I did not
9  consider that because a measurement of
10  tensile strength was not part of the
11  methodology of Drs. Longo and Rigler and,
12  therefore, it wasn't considered by me in
13  preparing this report.
14      Q.    Do you know what a pascal joule
15  is?
16      A.    Yes.
17      Q.    What is it?
18      A.    It's a unit of force.
19      Q.    It's a unit of force that is
20  one way to measure -- it's a measurement that
21  you can calculate or determine the tensile
22  strength of a material, correct?
23      A.    I'd have to research that to
24  make sure I -- I agree with you.  I have no
25  knowledge of the exact methodology for

21 (Pages 78 to 81)

Melinda Darby Dyar, Ph.D.

Page 82

1  measuring tensile strength but could easily
2  understand that with a brief survey of the
3  literature.
4        Q.    Pounds per square inch is
5  another way to measure tensile strength?
6        A.    Certainly.
7        Q.    What dimensions does a particle
8  need to have in order for it to be
9  potentially characterized as an asbestos
10  fiber?
11        MR. FROST:  Objection.
12        THE WITNESS:  So the answer to
13     that question refers -- or depends on
14     which guidelines you're looking at.
15  QUESTIONS BY MR. FINCH:
16        Q.    In your view.  In your opinion.
17        A.    I have no personal opinion in
18  this matter.  I just know what the different
19  documents can tell you.
20        Q.    So you have no opinion as to
21  what aspect ratio must be present in order
22  for something to be characterized as having
23  morphology that is consistent with asbestos?
24        MR. LOCKE:  Objection.
25     Misstates testimony.

Page 83

1        MR. FROST:  Objection.
2        MR. CHACHKES:  Objection.
3        THE WITNESS:  My assessment of
4     the literature suggests that aspect
5     ratio is best understood in the
6     context of a population, and the
7     papers by Ann Wylie and others that I
8     reference in my report talk about
9     amphibole populations.
10        And so my personal opinion is
11     that analysis of populations is the
12     optimal way to understand asbestos,
13     but that is -- that is the preliminary
14     opinion, and I'd want to think about
15     it and do some research on it.
16        My personal opinion did not
17     come up in this particular report.
18  QUESTIONS BY MR. FINCH:
19        Q.    In order for a structure to
20  meet your definition of asbestos, what does
21  the EDS or EDXA chemical signature have to
22  be?
23        MR. FROST:  Objection.
24        THE WITNESS:  You said EDS and
25     EDXA chemical signature have to be?

Page 84

1  QUESTIONS BY MR. FINCH:
2        Q.    Yes.
3        A.    So as I said in my report, EDS
4  and EDXA do not let -- do not have sufficient
5  quantitative accuracy to allow discrimination
6  between potentially asbestiform and
7  non-asbestiform mineral species, many of
8  which have very similar compositions, as
9  given in Table 1 in my report.
10        Q.    Do you agree with me that
11  information from an EDS, EDXA chemical
12  signature can be useful to determine whether
13  or not a given structure is asbestos or not
14  if used in connection with other tools?
15        MR. FROST:  Objection.
16        THE WITNESS:  I believe that
17     EDS can be used to determine the
18     presence or absence of specific
19     elements, but it cannot be used to
20     make quantitative judgments on the
21     ratios of the concentrations of those
22     elements.
23        That's not only my opinion but
24     the opinion of Newbury and Ritchie and
25     the National Institute of Standards

Page 85

1  and Technology and numerous other
2  scientists.
3  QUESTIONS BY MR. FINCH:
4        Q.    Do you agree that SAED is a
5  useful tool to determine whether or not a
6  particle or structure has a crystalline
7  structure that when used in conjunction with
8  other tools allows you to determine whether
9  or not it's asbestos or not?
10        A.    SAED is a tool that allows you
11  to determine what the crystal structure of
12  the particle is.  You would need other
13  information to determine whether the particle
14  was asbestos.
15        Q.    How would you measure the
16  flexibility of an asbestos fiber that is
17  10 microns or less in length?
18        MR. FROST:  Objection.  Asked
19     and answered.
20        MR. FINCH:  No, I asked about
21     tensile strength.
22        THE WITNESS:  So I would
23     imagine that you would use a probe,
24     but I would have to do some more
25     research.  And I can certainly do

22 (Pages 82 to 85)

Melinda Darby Dyar, Ph.D.

Page 86

1      that, but not -- I don't have an
2   opinion on that at the present time.
3   QUESTIONS BY MR. FINCH:
4      Q.   You've never used a probe to
5   determine the flexibility of an asbestos
6   fiber under a microscope?
7      A.   No, that has never been
8   necessary in my research. I've analyzed many
9   amphiboles and certainly many minerals that
10  are asbestos, but it was apparent
11  microscopically that those phases were
12  asbestos -- or they were identified to me as
13  such, so that I had no need to verify them by
14  testing their flexibility.
15     Q.   And so am I correct that ISO
16  22262-1 and ISO 22262-2 don't set forth any
17  steps or methodologies that a scientist or
18  analyst should follow to determine either the
19  tensile strength or the flexibility of a
20  fiber that is being analyzed under either of
21  those protocols?
22     A.   You know, I'd have to go back
23  and re-read them with that question in mind.
24  I would be happy to take the time to do that.
25  I don't recall.

Page 87

1      Q.   You don't know whether they do
2   or not as you sit here today?
3      A.   I don't recall.
4      Q.   What is your understanding of
5   what mines Johnson & Johnson got its talc
6   from?
7      MR. FROST:  Objection.
8      THE WITNESS:  All I know is
9      that they came from China -- hang on,
10     let me find my figure -- and Vermont
11     and another place, which I don't
12     recall.
13  QUESTIONS BY MR. FINCH:
14     Q.   Do you have the chronology as
15  to when Johnson & Johnson got its talc from
16  Vermont versus when it got its talc from
17  China versus when it got its talc from Italy?
18     A.   Yes, I believe those data are
19  noted in my spreadsheet, and I believe that
20  the data themselves are in the Longo and
21  Rigler reports. I can't recall exactly where
22  they came from.
23     Q.   Do you have an understanding of
24  how many different mines Johnson & Johnson
25  got talc from that went into baby powder from

Page 88

1   Vermont?
2      A.   No. None.
3      Q.   So you don't have any
4   understanding as to whether the talc in
5   Vermont came from the Hammondsville mine, the
6   Hamm mine, the Rainbow mine or the Argonaut
7   mine?
8      MR. FROST:  Objection.
9      THE WITNESS:  Or anywhere else,
10     no.
11     (Dyar Exhibit 8 marked for
12     identification.)
13  QUESTIONS BY MR. FINCH:
14     Q.   Let's mark this as Exhibit 8.
15     This is Dr. Longo's second
16  supplemental report, which is dated
17  February 1, 2019.
18     Professor Dyar, Darby Dyar,
19  have you seen -- you've obviously reviewed
20  Dr. Longo's report in the backup materials
21  dated January 16th, correct?
22     A.   Yes, I've typed all these
23  numbers into a spreadsheet.
24     Q.   Okay.  And did you also review
25  the February 1st report which contained a

Page 89

1   couple of corrections to his earlier report?
2      A.   I believe so, yes.
3      Q.   Okay.  I'm going to use -- I'm
4   not going to mark the entire 2,000-page
5   January report as an exhibit to save trees.
6   I think we all know that's the report that
7   you were looking at when you wrote your
8   expert witness report, correct?
9      A.   One of the reports, yes.
10     Q.   On page 8 of Dr. Longo's
11  report, which we've marked as Darby Dyar 8 --
12  let me know when you're there.
13     A.   I'm there.
14     Q.   Under ATEM, four pages down --
15  four paragraphs down, Drs. Longo and Rigler
16  state, "Two different regulated amphibole
17  asbestos types were found.  These were the
18  tremolite asbestos solid solution series
19  amphiboles, which includes tremolite,
20  winchite, richterite and actinolite, and the
21  anthophyllite asbestos solid solution series
22  that includes anthophyllite, iron-rich
23  anthophyllite, ferro-anthophyllite,
24  cummingtonite and grunerite."
25     Do you see that?

23 (Pages 86 to 89)

Melinda Darby Dyar, Ph.D.

Page 90

1       A.   I see that that's what the
2   report says, yes.
3       Q.   Okay.  What is the
4   anthophyllite asbestos solid solution series?
5       A.   So if you return to my
6   document, Table 1 has a handy table with
7   those mineral formulas in it.
8            So if you look at the formula
9   of anthophyllite, which is Mg7(Si8O22)(OH)2,
10  you see it's a solid solution with some other
11  amphiboles in this list that include iron,
12  such as grunerite.
13      Q.   And what does that mean?
14      A.   It means that there can be a
15  continuous range of chemical substitution
16  between those two end numbers.
17      Q.   And do you know whether all the
18  materials in the anthophyllite asbestos solid
19  solution series are treated as regulated
20  asbestos or not?
21           MR. FROST:  Objection.  Form.
22           THE WITNESS:  I know that the
23      six stated regulated amphibole
24      asbestos species are the ones given in
25      my report.

Page 91

1   QUESTIONS BY MR. FINCH:
2       Q.   My question was a little
3   different.
4            Do you know if the -- all of
5   the materials in the anthophyllite asbestos
6   solid solution series are treated as
7   regulated asbestos?
8            MR. FROST:  Objection.
9            MR. CHACHKES:  Objection.
10           THE WITNESS:  I'm telling you
11      that what I know is that the regulated
12      asbestos species are the ones given in
13      my report.
14  QUESTIONS BY MR. FINCH:
15      Q.   One of which is anthophyllite,
16  correct?
17      A.   Yes, as IARC 2012 identifies
18  them, the five amphibole minerals:
19  actinolite, amosite, anthophyllite,
20  crocidolite and tremolite.
21      Q.   Okay.  My question is a little
22  bit different.
23           The anthophyllite asbestos
24  solid solution series includes anthophyllite,
25  iron-rich anthophyllite, ferro-anthophyllite,

Page 92

1   cummingtonite and grunerite, correct?
2       A.   I'd have to look up -- look
3   that up.  I'm sure that the amphibole
4   chemistries are so complicated -- as you will
5   recall from my report, there are some 80-odd
6   amphibole species with solid solutions
7   intermixed among them.
8            So, yes, these species are all
9   related, so are many other amphibole
10  species as well.
11      Q.   Are you familiar with Klein and
12  Hurlbut's Manual of Mineralogy?
13      A.   Yes.
14      Q.   What is that?
15      A.   It's a very old mineralogy
16  textbook.
17           (Dyar Exhibit 9 marked for
18      identification.)
19  QUESTIONS BY MR. FINCH:
20      Q.   Let's mark this as Exhibit 9.
21           On page 489 of Exhibit 9, there
22  is a diagram there.
23           MR. FINCH:  And can I have the
24      Elmo --
25           VIDEOGRAPHER:  Sure.

Page 93

1            MR. FINCH:  -- so people who
2   are not privy to the document can see
3   what I'm talking about?
4            THE WITNESS:  So what year was
5   this particular edition of Hurlbut and
6   Klein published?
7            MR. FINCH:  Sometime in the
8   1980s, I believe, but --
9            THE WITNESS:  So this would not
10  include the revision of amphibole
11  nomenclature that was approved by the
12  International Mineralogical Society,
13  or association, I don't know, sometime
14  in the '80s by Hawthorne, et al., in
15  which the amphibole nomenclature was
16  extensively rewritten.  So this
17  definition in these documents are
18  significantly out of date.
19  QUESTIONS BY MR. FINCH:
20      Q.   Okay.  My question is:  Do you
21  know whether or not cummingtonite,
22  ferro-anthophyllite, iron-rich anthophyllite
23  and grunerite are treated as regulated
24  asbestos by the United States EPA, OSHA or
25  any other governmental organization?

24 (Pages 90 to 93)

Melinda Darby Dyar, Ph.D.

Page 94

1           MR. CHACHKES: Objection.
2           MR. FROST: Objection.
3           THE WITNESS: I am only aware
4    of these six amphibole species given
5    in my report to be regulated asbestos
6    minerals.
7    QUESTIONS BY MR. FINCH:
8        Q.   Do you agree that iron-rich
9    anthophyllite is found in the anthophyllite
10   asbestos solid solution series?
11       A.   If indeed that is still the
12   name of the mineral species -- I'm inferring
13   what you mean by that -- I would say that
14   possibly it would be part of the solid
15   solution series.
16       Q.   Am I correct that cummingtonite
17   and anthophyllite have the same chemical
18   structure?
19       A.   All amphiboles have the same
20   chemical structure in many ways.  There are
21   slight deviations depending on the
22   composition.
23       Q.   All right.
24       A.   So just as all the other end
25   amphibole minerals in the amphibole group

Page 95

1    have the same structure, yes, they have the
2    same structure.
3        Q.   Okay.  Looking at Table 1 on
4    page 9 of your report, am I correct that
5    anthophyllite and cummingtonite have the
6    exact same chemical makeup in terms of the
7    chemical formula?
8        A.   That is correct.
9        Q.   All right.  Do you know whether
10   cummingtonite is treated as regulated
11   asbestos by any governmental or international
12   organization?
13          MR. CHACHKES: Objection.
14          THE WITNESS: I am aware only
15   of the six regulated amphibole -- or
16   six regulated asbestos -- potential
17   asbestiform minerals that are given in
18   my report.
19   QUESTIONS BY MR. FINCH:
20       Q.   So is the answer to my
21   question, no, you don't know one way or the
22   other whether cummingtonite is treated as a
23   subset of anthophyllite for regulatory
24   purposes?
25          MR. LOCKE: Objection.

Page 96

1           MR. CHACHKES: Objection.
2           MR. FROST: Objection.
3           THE WITNESS: My goal in
4    reviewing this report was to examine
5    the methodology.  My goal was not to
6    opine on amphibole regulations.
7    QUESTIONS BY MR. FINCH:
8        Q.   I take it you have no opinion
9    as to whether cummingtonite can cause
10   mesothelioma or ovarian cancer if it's
11   inhaled?
12          MR. FROST: Objection.
13          THE WITNESS: I have no
14   opinion.
15   QUESTIONS BY MR. FINCH:
16       Q.   Would you agree with me that --
17   let me back up.
18          Do you know what accessory
19   minerals were found in talc from the Vermont
20   mines from which Johnson & Johnson obtained
21   the talc for its baby powder?
22          MR. FROST: Objection to form.
23          THE WITNESS: No, I have no
24   idea.
25

Page 97

1    QUESTIONS BY MR. FINCH:
2        Q.   Do you know what accessory
3    minerals are typically found in talc mines?
4           MR. FROST: Objection. Form.
5           THE WITNESS: No, I have no
6    idea.  I am familiar in the general
7    sense with the rock types, metamorphic
8    rock types, in which talc occurs.  I
9    know it's a low-grade metamorphic
10   mineral, but that's -- I know nothing
11   specifically about Vermont.
12   QUESTIONS BY MR. FINCH:
13       Q.   Can talc be contaminated with
14   asbestos?
15          MR. FROST: Objection to form.
16          THE WITNESS: I have no opinion
17   on that.  I'd have to research that
18   question.
19   QUESTIONS BY MR. FINCH:
20       Q.   From what parts of the world
21   has talc been found to be contaminated with
22   asbestos?
23          MR. FROST: Objection.
24          THE WITNESS: Based on the
25   information in my report and the

25 (Pages 94 to 97)

Melinda Darby Dyar, Ph.D.

Page 98

1    samples tested by Drs. Longo and
2    Rigler, there is no evidence to
3    suggest that any samples tested by
4    Drs. Longo and Rigler are contaminated
5    with asbestos.
6    QUESTIONS BY MR. FINCH:
7        Q.    That's not my question.
8            From what parts of the world
9    has talc been found to be contaminated with
10   asbestos, as discussed in either the
11   peer-reviewed literature or in publications
12   by entities such as IARC?
13           MR. LOCKE:  Objection.
14           MR. FROST:  Objection.
15           THE WITNESS:  I have no
16       knowledge of that because I was not
17       asked to review talc paragenesis.  I
18       was asked to review methodology only.
19   QUESTIONS BY MR. FINCH:
20       Q.    You mentioned IARC in response
21   to one of my questions a few minutes ago.
22           What is that?
23       A.    It's yet another international
24   standard report.  I'd have to take a look at
25   that report to give you a more specific

Page 99

1    answer.
2        Q.    Do you understand that IARC is
3    the International Agency for Research on
4    Cancer?
5        A.    I had no idea that's what it
6    stood for.  I don't recall that from when I
7    reviewed the report.
8        Q.    Were you aware that IARC
9    concluded that talc contaminated with
10   asbestiform fibers can cause mesothelioma and
11   other asbestos-related cancers?
12           MR. FROST:  Objection to form.
13           THE WITNESS:  I'm not aware of
14       that.  If it was in the report, I
15       don't recall it.  I was specifically
16       reading the report for relevance to my
17       methodology inquiries.
18   QUESTIONS BY MR. FINCH:
19       Q.    Do you agree or disagree that
20   asbestos was mined in Vermont?
21       A.    Assuming that the information
22   that was given to me was correct, then I
23   think some of the talcum powder samples that
24   I studied were mined in Vermont, but I have
25   no knowledge of whether asbestos was found or

Page 100

1    mined in Vermont.
2        Q.    Do you have -- do you agree or
3    disagree that talc mines in Vermont have been
4    found to contain asbestos?
5            MR. FROST:  Objection.
6            MR. LOCKE:  Objection.
7            THE WITNESS:  Based on my
8        reading of the data in Drs. Longo and
9        Rigler's reports, there is no evidence
10       to suggest that there is any asbestos
11       in any of the talcum powder samples
12       they studied, some of which I
13       understand are from Vermont.
14   QUESTIONS BY MR. FINCH:
15       Q.    Do you agree or disagree that
16   talc mines in Vermont owned by Johnson &
17   Johnson or its subsidiary, Windsor Minerals,
18   have been tested and found to contain trace
19   amounts of asbestos?
20           MR. CHACHKES:  Objection.
21           THE WITNESS:  I have no
22       knowledge of that.  Please support
23       your supposition.
24           (Dyar Exhibit 10 marked for
25       identification.)

Page 101

1    QUESTIONS BY MR. FINCH:
2        Q.    Professor Darby Dyar, have --
3    you've seen this publication before, correct?
4        A.    I have seen this paper, yes.  I
5    believe I cited it, 1991, yes.
6        Q.    When did you first review this
7    publication?
8        A.    For the purposes of assessing
9    the so-called Blount method cited by
10   Dr. Longo.
11       Q.    All right.  The title of the
12   paper is "Amphibole Content of Cosmetic and
13   Pharmaceutical Talcs"?
14       A.    That is correct.  That is the
15   title.
16       Q.    And this was published in a
17   peer-reviewed journal and describes a
18   methodology for preparing talc in order to
19   analyze whether or not there's asbestos
20   fibers or asbestos bundles in it, correct?
21       A.    Its goal is to determine the
22   number of amphibole particles in a sample,
23   yes.
24       Q.    And the author analyzes various
25   samples of talc under PLM, correct?

Melinda Darby Dyar, Ph.D.

Page 102

1    A.    So give me a few minutes, and
2 I'll take a look at this paper and refresh my
3 memory so I can answer your question.
4        So in this case, these samples
5 are being analyzed on a microscope slide,
6 which implies that in fact he is using
7 polarized light microscopy, yes, although in
8 point of fact he doesn't state that.
9    Q.    You mean that it's Alice
10 Blount.  She --
11    A.    Well, she does not state that.
12 Sorry, Alice.
13    Q.    Are you aware of the origin of
14 the samples that Professor Blount was
15 testing?
16    A.    It says five deposits in
17 Montana, three in Vermont, and one each in
18 North Carolina and Alabama.
19    Q.    And also finished products,
20 correct?
21    A.    That's what it says here:  In
22 addition, four talcs from outside the US but
23 available on the US market were included in
24 this study.
25    Q.    Have you reviewed Dr. Blount's

Page 103

1 deposition taken in connection with ovarian
2 cancer litigation?
3    A.    No.
4    Q.    Have you reviewed Dr. Blount's
5 correspondence with Johnson & Johnson where
6 she tells Johnson & Johnson she identified
7 asbestos fibers in baby powder?
8        MR. FROST:  Objection.
9        THE WITNESS:  No, I have not
10    reviewed such a document.
11 QUESTIONS BY MR. FINCH:
12    Q.    Dr. Longo -- let me see if you
13 agree with this description of generally the
14 various steps that Dr. Longo and his lab
15 followed to analyze the samples of talc he
16 obtained from Johnson & Johnson or Imerys.
17        First of all, he got samples of
18 talc from either Johnson & Johnson or Imerys.
19        Do you have that understanding?
20        MR. CHACHKES:  Objection.
21        THE WITNESS:  I honestly don't
22    recall where he said he got them.  I
23    recall seeing a chain-of-custody
24    paperwork.  I wasn't paying attention
25    to where he got the samples from.

Page 104

1 QUESTIONS BY MR. FINCH:
2    Q.    Okay.  You don't offer any
3 criticisms of either the chain of custody or
4 the conclusion that what he was, in fact,
5 analyzing was talc that came from either
6 Johnson & Johnson finished products or the
7 mines from which Johnson & Johnson finished
8 products were made?
9        MR. FROST:  Objection.
10        THE WITNESS:  I would say that
11    it is unclear to me whether the
12    samples he got were from eBay, whether
13    they had been opened, whether they had
14    been contaminated, so it's unclear to
15    me exactly what he was testing.
16        I know what he asserts in his
17    report, but I -- it's unclear to me
18    that he was testing unopened, pure,
19    pristine talc as marketed.
20 QUESTIONS BY MR. FINCH:
21    Q.    Were you aware that there was a
22 procedure in this MDL for samples to be split
23 between Johnson & Johnson and Dr. Longo from
24 historical museum samples that Johnson &
25 Johnson had maintained?

Page 105

1        MR. FROST:  Objection.
2        THE WITNESS:  Yes, certainly
3    one of the documents is called
4    historical samples, so I'm aware that
5    the samples came from the museum and,
6    therefore, are unknown sources in
7    terms of being opened or being pure.
8 QUESTIONS BY MR. FINCH:
9    Q.    But you don't criticize or take
10 issue with Dr. Longo's conclusions that what,
11 in fact, he is testing is talc that came from
12 Johnson & Johnson finished products or
13 Johnson & Johnson mines, correct?
14        MR. CHACHKES:  Objection.
15        MR. FROST:  Objection.
16        THE WITNESS:  I do indeed have
17    problems with that statement because
18    you don't know if those samples,
19    having been stored in a museum or in
20    someone's cupboard, were opened and
21    exposed to contamination.  So I don't
22    know that.
23 QUESTIONS BY MR. FINCH:
24    Q.    Well, you certainly didn't
25 comment upon it in your report, correct?

27 (Pages 102 to 105)

Melinda Darby Dyar, Ph.D.

Page 106

1        A.    It wasn't relevant to my
2   question of whether the methodology that he
3   used to analyze the samples was appropriate
4   or not.
5        Q.    All right.  So he got the
6   samples from Johnson & Johnson in this
7   litigation, the samples that are analyzed in
8   his February 1, 2019 report.  And then for
9   many of the samples, he used what is called
10  the Blount preparation method, correct?
11       A.    That is correct.
12       Q.    All right.  I read through your
13  report, and I didn't see any criticisms
14  related to the way in which he applied the
15  Blount preparation method to prepare the
16  samples for analysis; is that correct?
17            MR. LOCKE:  Objection.
18            THE WITNESS:  Correct, there is
19       nothing in my report that criticizes
20       his use of the Blount method.
21  QUESTIONS BY MR. FINCH:
22       Q.    Do you agree that use of the
23  Blount method to prepare a talc sample in
24  order to analyze whether or not it's
25  contaminated with asbestos is a reasonable

Page 107

1   and reliable thing for a scientist to do in
2   testing talc for the presence of asbestos?
3        A.    I actually would say I do not
4   agree with that.  In fact, I do not agree
5   with the results in the Blount paper.
6        For example, Figure 1 in
7   Blount's paper which -- or Figure 2, which
8   purports to give the specific gravities of
9   talc and amphibole, is just simply wrong.
10  Those ranges are far wider and far more
11  overlapping than she is apparently
12  knowledgeable of.
13            So in my mind, the simple fact
14  that the densities of these minerals overlap
15  each other a great degree renders the Blount
16  method to be difficult to use, at best.
17       Q.    But you didn't, in your report,
18  criticize Dr. Longo's use of the Blount
19  method; is that correct?
20       A.    In my written report I did not
21  state that criticism, no.
22       Q.    Okay.  And am I correct that
23  ISO 22262-2 describes a gravimetric --
24       A.    Gravimetric, yes.
25       Q.    -- method to separate materials

Page 108

1   and talc out for purposes of analyzing
2   whether or not they contain asbestos?
3        A.    It certainly contains something
4   that indicate -- tells how to separate out
5   things with different densities, and it talks
6   specifically about asbestos.
7            And I note that the refractive
8   index, or the density, of the liquid that
9   they say to use is different than the one
10  used in the Blount paper.  One is 1 point --
11  I don't remember, and they're different.
12            So Dr. Longo did not follow
13  what's in the ISO report.  He followed what's
14  in the Blount report.
15       Q.    He reviewed what's in the
16  Blount peer-reviewed paper, correct?
17       A.    He used the 1.610, I believe,
18  density method.
19       Q.    Were you aware that the Blount
20  paper was cited in the IARC publication you
21  were referring to earlier relating to talc
22  with asbestiform fibers?
23            MR. FROST:  Objection.
24            THE WITNESS:  I don't recall
25       that.

Page 109

1   QUESTIONS BY MR. FINCH:
2        Q.    Do you agree with me that IARC
3   generally only cites to reputable papers in
4   its work?
5            MR. FROST:  Objection.
6            MR. CHACHKES:  Objection.
7            THE WITNESS:  I have no
8       independent knowledge of IARC, so I
9       can't really answer that question.
10  QUESTIONS BY MR. FINCH:
11       Q.    Nonetheless, the Blount
12  methodology as described in her paper was
13  published in a peer-reviewed journal,
14  correct?
15       A.    I've never encountered this
16  journal before, but I'm assuming that if it's
17  called a journal, it is indeed peer reviewed.
18  But I'd have to corroborate that.  I don't
19  know anything about this journal.  It's not a
20  highly ranked journal.
21       Q.    What systematic study have you
22  done to determine whether Environmental
23  Health Perspectives is ranked highly or not
24  ranked highly?
25            MR. CHACHKES:  Objection.

28  (Pages 106 to 109)

Melinda Darby Dyar, Ph.D.

Page 110

1           THE WITNESS:  It would be a
2    simple matter to log on to the Web of
3    Science and determine the rating of
4    that journal, but I have not done
5    that.  I'm not in the habit of
6    establishing the ratings on all the
7    papers that I read.
8           I am very familiar with the
9    premier journals in the subject of
10   mineralogy, and that's not one of
11   them.
12   QUESTIONS BY MR. FINCH:
13      Q.    Would you agree with me there
14   are many different disciplines of science
15   that bear on the question of what is
16   asbestos?
17          MR. FROST:  Objection.  Vague.
18          MR. CHACHKES:  Objection.
19          THE WITNESS:  No, I wouldn't
20   agree with that.
21          I would say that the definition
22   of asbestos is fairly straightforward,
23   as given in my report, and it is
24   firmly grounded in both mineralogy and
25   the other fields that are cited.

Page 111

1    QUESTIONS BY MR. FINCH:
2       Q.    At the end of page 230 in her
3    paper, Dr. Blount writes that "In addition,
4    the tendency to bring down a disproportionate
5    number of larger particles has the advantage
6    that with true asbestiform amphiboles one
7    generally sees some particles showing bundles
8    of fibrils, which removes any doubt about the
9    nature of the amphibole."
10          Do you see that?
11      A.    I see that the paper says that,
12   yes.
13      Q.    Do you agree that if you find
14   bundles of fibrils that are amphibole in
15   nature, it makes it more likely than not that
16   what you're looking at is asbestiform
17   amphibole?
18      A.    No, I do not agree with that
19   statement.
20      Q.    Why not?
21      A.    First of all, you'd need to
22   define "bundle."  And to my knowledge, the
23   way asbestos is deformed -- defined does not
24   include the term "bundle," as stated in the
25   definition I've given previously in this

Page 112

1    deposition.
2           MR. CHACHKES:  By the way,
3    we've been going about an hour.  Maybe
4    at some point take a break.
5    QUESTIONS BY MR. FINCH:
6       Q.    Do you agree or disagree that
7    the most common asbestos mineral found as a
8    contaminant of talc is tremolite asbestos?
9           MR. FROST:  Objection.  Form.
10          THE WITNESS:  No, I do not
11   agree with that.  I have no knowledge
12   of that.  In fact, based on the Longo,
13   Rigler reports, I have no evidence
14   that suggests that any asbestos
15   minerals are found in talc.
16   QUESTIONS BY MR. FINCH:
17      Q.    Do you have an opinion one way
18   or another as to whether talc can be
19   contaminated with anthophyllite asbestos or
20   tremolite asbestos when it is mined out of
21   the ground?
22          MR. LOCKE:  Objection.
23          THE WITNESS:  I know nothing
24   about mining practices.  I'm not a
25   mining geologist, so I have no opinion

Page 113

1    on that.
2    QUESTIONS BY MR. FINCH:
3       Q.    You have no opinion about
4    whether or not the -- you haven't reviewed
5    all of the data that exists in the world as
6    to testing done on Johnson's baby powder or
7    the talc that went into Johnson's baby powder
8    to determine whether or not it contained
9    asbestos, correct?
10          MR. LOCKE:  Objection.
11          MR. CHACHKES:  Objection.
12          THE WITNESS:  My role here was
13   to evaluate the methodology used by
14   Drs. Longo and Rigler, so such an
15   assertion would be far, far outside of
16   what I researched and was asked to do.
17   QUESTIONS BY MR. FINCH:
18      Q.    Okay.  You are a geologist by
19   training, correct?
20      A.    Correct.
21      Q.    As a matter of geology, do you
22   agree with me that talc can be contaminated
23   with accessory minerals, minerals that are
24   not talc?
25      A.    Of course.

29 (Pages 110 to 113)

Melinda Darby Dyar, Ph.D.

Page 114

1    Q.    You agree with me --
2    A.    Metamorphic rocks that contain
3 talc often have other minerals in them, yes.
4    Q.    You agree that talc can be
5 contaminated with anthophyllite asbestos?
6        MR. FROST:  Objection.
7        THE WITNESS:  I have no
8    specific knowledge of the assemblages
9    that are stable with talc.  I only
10    know that it's a low-grade metamorphic
11    mineral, but I know nothing about the
12    other phases that are present.  I'm
13    not a metamorphic geologist.
14 QUESTIONS BY MR. FINCH:
15    Q.    So you don't know one way or
16 another whether or not talc can be
17 contaminated with anthophyllite asbestos; is
18 that fair?
19        MR. LOCKE:  Objection.
20        THE WITNESS:  I have no
21    knowledge of the natural parageneses
22    of talc, beyond the fact that it's a
23    low-grade metamorphic mineral.
24 QUESTIONS BY MR. FINCH:
25    Q.    Do you agree or disagree with

Page 115

1 the fact that talc can be contaminated with
2 anthophyllite asbestos or tremolite asbestos?
3        MR. CHACHKES:  Objection.
4        THE WITNESS:  I disagree with
5    that.  I don't know that that's a
6    fact, and I have not researched that
7    personally, so I have no opinion on
8    it.  But I do not certainly consider
9    it a fact.
10 QUESTIONS BY MR. FINCH:
11    Q.    What tools would you use to
12 test a sample of talc to determine if it
13 contains asbestos?
14    A.    Again, I was not asked to rule
15 on that, but if I were to do testing, I would
16 probably follow some combination of the Su
17 protocols and those articulated in the Yamate
18 document, which was exhibit whatever.
19    Q.    What are the tools that you
20 would use?
21        I'm not asking about the
22 protocols you would follow.  What tools?
23    A.    I would ideally use multiple
24 zone axis determinations combined with EDS to
25 rule out or confirm the presence of calcium,

Page 116

1 which determines in part whether it's
2 monoclinic or orthorhombic.  And I would also
3 use polarized light microscopy on multiple
4 grains to determine the -- in part the
5 chemistry of the particle.  And then I would
6 sample populations of particles to determine
7 them in an ideal sense.
8        But this would be only
9    something I would do in the laboratory, in
10    the sort of -- in a careful study with my
11    students.
12    Q.    Okay.  So you would -- you
13 mentioned you would use multiple zone axis
14 analysis.
15        You're talking about SAED,
16 correct?
17    A.    Correct.
18    Q.    So you would use -- one tool
19 you would use is an electron microscope,
20 correct?
21    A.    Uh-huh.  Yes.
22    Q.    Then you would do EDS, EDXA, to
23 determine the chemistry, the elemental
24 chemistry, of a material, correct?
25    A.    I would use it to determine

Page 117

1 whether or not calcium was present, yes.
2    Q.    All right.  And that is, again,
3 using a transmission electron microscope,
4 correct?
5    A.    Or an SEM, yes.
6    Q.    And does it matter in which
7 order that you would do steps 1 and 2,
8 meaning would you first -- does it matter
9 whether you first analyze it using EDS, EDXA,
10 or whether you first analyze it using SAED?
11    A.    I would think it would not --
12 it certainly doesn't matter.
13    Q.    The third step, you said, would
14 be to analyze it using a polarized light
15 microscope, correct?
16    A.    Yes.
17    Q.    Does it matter in which order
18 you would analyze it using a polarized light
19 microscope?
20        Meaning would you do SAED or an
21 EDS before or after the PLM, or does it not
22 matter?
23    A.    Well, you presumably wouldn't
24 be able to do it on the same particle because
25 the PLM is usually done on a microscope slide

30 (Pages 114 to 117)

Melinda Darby Dyar, Ph.D.

Page 118

1    and the TEM is done on a grid.  So order is
2    kind of irrelevant since it's different
3    particles.
4        Q.    Different particles from the
5    same sample?
6        A.    Yes.
7        Q.    Then presumably you would have
8    photomicrographs of the particle that you're
9    examining from the electron microscope,
10   either images via TEM or SEM, correct?
11       A.    In this hypothetical situation,
12   yes.
13       Q.    I mean, this hypothetical
14   situation is I'm asking you to analyze a
15   sample of talc to determine whether it has
16   asbestos in it.  You would take pictures with
17   your electron microscope that are called
18   photomicrographs to determine what the
19   structure looked like visually, correct?
20       MR. LOCKE:  Objection.
21       THE WITNESS:  Well, in point of
22   fact, you could also take
23   photomicrographs with a polarized
24   light microscope.

Page 119

1    QUESTIONS BY MR. FINCH:
2        Q.    And --
3        A.    If the particles are big
4    enough.
5        Q.    Right.
6        And in those photomicrographs,
7    either using TEM or PLM, you have a picture
8    of the structure that you're analyzing,
9    correct?
10       A.    You have a two-dimensional
11   image of a particle viewed from one angle,
12   yes.
13       Q.    And is it left to -- is there
14   any written protocol or peer-reviewed
15   literature that tells an analyst or scientist
16   what it is to photograph or when to take the
17   photomicrograph of the particle, either by
18   PLM or TEM or SEM?
19       MR. FROST:  Objection.
20       THE WITNESS:  Well, for
21   example, if you look in the Su paper
22   that I've cited here, it talks pretty
23   specifically about exactly how you
24   would rotate the grain and examine it
25   from different perspectives.  So,

Page 120

1    yeah, there are written protocols
2    about that.
3        And, of course, basic polarized
4    light microscope use is written up
5    in -- ubiquitously in textbooks,
6    including the outdated one that you
7    gave me a section of.
8        MR. CHACHKES:  So I asked for a
9    break about ten minutes ago.  Are we
10   getting near a point where we can
11   break?
12       MR. FINCH:  Yeah.  Two more
13   questions.
14       MR. CHACHKES:  Okay.
15   QUESTIONS BY MR. FINCH:
16       Q.    So you mentioned the tools that
17   you would use would be to take your sample
18   and, using an electron microscope, perform
19   SAED and EDS, EDXA, on it; then use a
20   polarized light microscope to analyze a
21   different particle in the same sample.
22   Correct?
23       MR. FROST:  Objection.
24   Misstates testimony.
25       MR. CHACHKES:  Objection.

Page 121

1        THE WITNESS:  By definition, if
2    you look at something on a polarized
3    light microscope, generally speaking
4    you're looking at something on a glass
5    slide, not a TEM grid, yes.
6        So if you're going to do
7    multiple analyses of that sort, you
8    would be using different particles
9    from the same sample.
10   QUESTIONS BY MR. FINCH:
11       Q.    And then you would have
12   populations of -- an analysis of populations
13   of particles?
14       A.    If you analyzed enough samples
15   as is recommended in many of these protocols,
16   you would have -- you could have --
17   potentially have a population, yes.
18       MR. FINCH:  Okay.  This is a
19   good stopping point.
20       VIDEOGRAPHER:  Okay.  Stand by,
21   please.  Remove your microphones.  The
22   time is 11:31 a.m.  Off the record.
23       (Off the record at 11:31 a.m.)
24       VIDEOGRAPHER:  Okay.  We are
25   back on the record.  The time is

31 (Pages 118 to 121)

Melinda Darby Dyar, Ph.D.

Page 122

1          11:47 a.m.
2     QUESTIONS BY MR. FINCH:
3          Q.    Have you ever done any
4     consulting work for Johnson & Johnson prior
5     to your engagement in this case?
6          A.    No.
7          Q.    Have you ever done any
8     consulting work for Imerys, Imerys Talc
9     America, Imerys NA or any of their affiliated
10    companies prior to your engagement by Johnson
11    & Johnson in this case?
12         A.    No.
13         Q.    Have you ever done any
14    consulting work for Colgate-Palmolive?
15         A.    No.
16         Q.    Have you ever done any
17    consulting work for W.R. Grace?
18         A.    No.
19         Q.    Have you ever done any
20    consulting work for the RJ Lee Group?
21         A.    No.
22         Q.    Have you ever done any
23    consulting work for Scotts fertilizer
24    company?
25         A.    No.

Page 123

1          Q.    Have you ever done any
2     consulting work for BNSF Railway?
3          A.    No.
4          Q.    Have you ever been engaged to
5     test vermiculite or to determine whether or
6     not it contains asbestos?
7          A.    No.
8          Q.    Have you ever been hired by any
9     entity to test a vermiculite-finished product
10    to determine if it contains asbestos?
11         A.    No.
12         Q.    Have you ever been hired by any
13    governmental entity to test any substance to
14    determine whether it contains asbestos?
15         A.    No.
16         Q.    Have you ever been retained by
17    any company that either mined talc or sold
18    talc-containing finished products to analyze
19    whether or not it contains asbestos?
20         A.    No.
21         Q.    All right.  On page 1 of your
22    report, you're talking about EDS mineral
23    chemistry, correct, at the bottom of the
24    page?
25         A.    Yes.

Page 124

1          Q.    In the -- I believe I might
2     have asked you this before, but I'm not sure
3     I remember the answer to it.
4          Have you ever tested an NIST
5     reference sample of asbestos using EDS, EDXA
6     to determine what the EDS spectra looks like
7     for tremolite or anthophyllite?
8          A.    No, but that wouldn't be
9     necessary.  EDS is a fairly basic technique.
10    You could even synthesize the spectrum of
11    those minerals and determine what they looked
12    like, so it wouldn't be necessary to do it
13    myself personally.
14         Q.    Would you agree with me that
15    the transmission electron microscope, when it
16    analyzes a reference samples of asbestos
17    using EDS or EDXA, will -- is capable to
18    print out an EDS spectra from that microscope
19    that shows what the chemical makeup of the
20    reference sample of asbestos is?
21         A.    Certainly an EDS spectrum can
22    show you the presence or absence of
23    particular elements, and it can give you a
24    rough sense of how much of each is present.
25         Q.    In the third bullet point you

Page 125

1     state, at the bottom of the page, "They,"
2     referring to Longo and Rigler, "deliberately
3     choose not to generate quantitative numbers
4     that would more accurately determine the
5     chemical compositions, which is the very
6     purpose of an EDS analysis of an unknown
7     mineral."
8          Do you see that?
9          A.    Yes.  I wrote that.
10         Q.    What generally accepted
11    standards require the printout of
12    quantitative data similar to Figure 7 in your
13    report in order for a scientist or analyst to
14    analyze the chemical structure of a mineral
15    to determine whether it's consistent with
16    asbestos or not?
17         A.    That was a big mouthful.  Let
18    me review that sentence.
19         So as articulated by Newbury
20    and Ritchie in their report about EDS
21    spectroscopy and doing it accurately, it is
22    important to do the calculations based on the
23    peak areas with the appropriate corrections
24    in order to get even semi-quantitative data
25    out of an EDS spectrum.

32 (Pages 122 to 125)

Melinda Darby Dyar, Ph.D.

Page 126

1      Q.    Does anything in ISO 22262-1 or
2  22262-2 or Yamate require the quantitative
3  data like that shown in Figure 7 be generated
4  in order for an analyst to analyze the
5  chemical structure of a particle that could
6  be asbestos?
7      A.    I don't recall.  I'd have to go
8  back and review them.  But I'm guessing that
9  because 22262 is about microscopic methods
10  and 222-1 {sic} is about polarizing light
11  microscopy, that neither one of them has much
12  to say about EDS.  I honestly don't recall
13  which of those ISO documents talks about EDS.
14      Q.    Isn't it true that ISO 22262-1
15  has an extensive discussion of analysis by
16  TEM, quantitative analysis by TEM, of --
17  qualitative analysis by TEM of EDXA spectra?
18      A.    As I said, I did not recall
19  that, but I have it in my hand now and I'll
20  be happy to have a look.
21      Q.    Page 33.
22      A.    Yes, I see it talks about --
23      MR. FINCH:  Can I have the
24  Elmo?
25      THE WITNESS:  -- qualitative

Page 127

1  analysis by TEM, yes.
2  QUESTIONS BY MR. FINCH:
3      Q.    All right.  Can you point me to
4  any ISO standard or anywhere in Yamate where
5  it says that it's necessary for an analyst to
6  have quantitative data like that shown in
7  Figure 7 in your report in order to analyze
8  the chemical structure of an asbestos
9  mineral?
10      A.    So the definition of asbestos
11  requires that a mineral be one of the
12  specific six regulated mineral species.  And
13  in order to determine if a mineral is among
14  the six regulated mineral species, it is
15  necessary to know the chemical composition
16  and the crystal structure, as I describe in
17  my report.
18      Therefore, it follows that it
19  would be useful to know the chemical
20  composition in order to confirm whether one
21  of the six regulated mineral species is
22  present.  And as articulated here, the TEM
23  analysis is only qualitative.
24      Q.    And am I correct that in
25  Yamate, for example, it states, "Energy-

Page 128

1  dispersive X-ray analysis as used in asbestos
2  analysis is semi-quantitative at best"?
3      Do you see that?
4      A.    That is correct, but --
5      Q.    Do you agree with that?
6      A.    But let me point out that in
7  his deposition, Dr. Longo says very
8  specifically that it's quantitative, and that
9  is exactly what I'm disagreeing with.
10      Q.    Are you aware of any ISO
11  standard or EPA publication that requires the
12  printout of quantitative data like you have
13  in Figure 7 in your report in order to
14  analyze the X-ray spectra of an asbestos --
15  or potentially asbestos chemical?
16      A.    I am aware that analysis of ISO
17  standards and under EPA requirements require
18  that the mineral species be identified.  And
19  in order to identify the mineral species, it
20  is necessary to have a quantitative -- as
21  quantitative as possible chemical analysis.
22      Q.    Isn't it true that ISO 22262-1
23  says nowhere that you have to have a
24  quantitative analysis, or the quantitative
25  printouts like you have in Figure 7 in your

Page 129

1  report, in order to do a valid analysis of
2  the chemical spectra of an asbestos particle?
3      A.    It is true that ISO 22262-1
4  indicates that the asbestos is defined as one
5  of specific mineral species.  And so in order
6  to determine if something is among a specific
7  mineral species, you would have to know the
8  chemical composition.
9      Q.    But it doesn't require you to
10  have quantitative data in the level of detail
11  that you show in Exhibit 7 to determine the
12  chemical structure of the mineral, correct?
13      A.    It would be the chemical
14  composition of a mineral.
15      Q.    The chemical composition of the
16  mineral?
17      A.    It requires that you know the
18  chemical composition well enough to identify
19  the sample as one of the six regulated
20  mineral species.
21      Q.    And do you have any view one
22  way or another whether the analysts in
23  Dr. Longo's lab, or Dr. Longo himself, is
24  sufficiently familiar with the chemical
25  composition of the six regulated types of

33 (Pages 126 to 129)

Melinda Darby Dyar, Ph.D.

Page 130

1  asbestos that they can determine based on
2  looking at a semi-quantitative EDXA spectra
3  whether or not the material they're looking
4  at has a chemical signature consistent with
5  asbestos?
6       A.   I would say absolutely not,
7  they do not have -- because it's impossible
8  to look at -- no matter how many thousands of
9  EDS spectra you've looked at, it is
10  impossible to look at an EDS spectrum and,
11  without analyzing it, obtain quantitative
12  data as Dr. Longo purports to do.
13      Q.   Okay.  In ISO 22262-1 -- do you
14  have that?
15      A.   Got it.
16      Q.   You can do EDS, EDXA, by SEM or
17  TEM, correct?
18      A.   Depends on the instrument, yes.
19      Q.   All right.  Would you turn to
20  Annex F.
21      A.   Yes.
22      Q.   All right.  Would you agree
23  with me that pages 58, 59, 60, 61, 62 all
24  show EDS, EDXA spectra for samples of
25  tremolite, anthophyllite and the other

Page 131

1  asbestos varieties?
2       A.   That is what this document
3  claims to show, yes.
4       Q.   And you agree with me that
5  nowhere in these printouts of what the
6  chemical signature is using EDS, EDXA, does
7  it have quantitative data like that shown in
8  Figure 7 in your report?
9       A.   It is correct that those are
10  not given; however, in the case of these
11  reference standards, these have been
12  independently analyzed for chemistry and,
13  therefore, the chemistry is already known.
14  And there is no need to determine the
15  chemistry by this semi-quantitative EDXA
16  analytical method, which is why it probably
17  isn't shown here.
18      Q.   Isn't it the case that what
19  this ISO 22262-1 is all about is determining
20  when you've got a bulk material where you
21  don't know whether it has asbestos or not in
22  it, to do an EDS or EDXA to compare the data
23  you get from the bulk material to the
24  standard EDS, EDXA spectrum contained in
25  Annex F?

Page 132

1       A.   No, sir.  It says on --
2            MR. LOCKE:  Objection.
3            THE WITNESS:  -- page 1 of this
4  document that this document is
5  appropriate for the analysis of -- the
6  quantitative -- qualitative analysis
7  identification of asbestos in specific
8  types of manufactured
9  asbestos-containing products and
10  commercial minerals.
11           So I would say that these
12  patterns have been developed for use
13  in situations where you already know
14  that what is present is asbestos, and
15  you're trying to determine which of
16  the six asbestos minerals is present,
17  which is clearly not the case in the
18  study of talc.
19  QUESTIONS BY MR. FINCH:
20      Q.   Would you agree with me, or do
21  you know, whether or not insulation can be
22  asbestos-containing or non-asbestos-
23  containing?
24           MR. CHACHKES:  Objection.
25           THE WITNESS:  I don't know

Page 133

1  anything about that.
2  QUESTIONS BY MR. FINCH:
3       Q.   Okay.  Would you agree with me,
4  or do you know, whether ISO 22262 can be used
5  to test insulation, where you don't know
6  whether it has asbestos in it or not, to
7  determine whether or not the bulk material
8  that you're looking at contains asbestos?
9       A.   I believe it says
10  asbestos-containing insulation.
11           And it goes on to talk about --
12  in the introduction about asbestos-containing
13  insulation.  For example, "A large proportion
14  of the chrysotile product produced was used
15  in asbestos cement products.  Materials
16  containing high proportions of chrysotile
17  asbestos were used in buildings and in
18  industry."
19           So that's what it says here.
20      Q.   Isn't it true that in the scope
21  on page 1 of the document, this part of ISO
22  22262 specifies methods for sampling bulk
23  materials and identification of asbestos in
24  commercial bulk materials?
25           It doesn't say anything about

Melinda Darby Dyar, Ph.D.

Page 134

1  asbestos-containing bulk materials, correct?
2      A.   It indeed says it specifies
3  methods for sampling bulk materials and
4  identification of asbestos in commercial bulk
5  asbestos. That's what it says here, yes.
6      Q.   All right. Do you have the
7  understanding one way or another that this is
8  the methodology a scientist should follow if
9  he has a bulk material of insulation that he
10  doesn't know whether it has asbestos in it or
11  not, to follow this methodology to determine
12  whether there's asbestos in the material or
13  not?
14      A.   To which methodology are you
15  referring? The entire document?
16      Q.   ISO -- yes.
17      A.   This document and the extended
18  versions 2 and 3 are intended for that
19  purpose. That's what it says they're
20  intended for.
21      Q.   Okay. Would you agree with me
22  that Annex F has the X-ray spectra for
23  tremolite on page 61?
24      A.   It does include spectra of
25  samples of these minerals, yes. Certainly

Page 135

1  these are not necessarily representative of
2  all possible examples of these minerals, but
3  they are individual standard reference
4  materials of these particular individuals
5  {sic}.
6      Q.   Are you aware whether tremolite
7  was ever used as part of any -- an
8  asbestos-containing product, intentionally
9  designed to be part of an asbestos-containing
10  product?
11          MR. FROST: Objection.
12          THE WITNESS: I have no
13      knowledge of that.
14  QUESTIONS BY MR. FINCH:
15      Q.   Do you recognize the Yamate
16  method as a method to analyze -- to determine
17  whether or not there is or is not asbestos in
18  either a bulk sample or in the air?
19      A.   The Yamate method is, strictly
20  speaking, a method for measurement of
21  airborne asbestos.
22      Q.   And is it part of the method to
23  determine whether or not -- whether asbestos
24  is there or not?
25      A.   So let's take a look at level 3

Page 136

1  analysis where it specifically focuses on the
2  example of asbestos. I believe it's level 3.
3  Let me see if I can find that.
4          Sorry, what was your question?
5      Q.   My question is, isn't the
6  entire Yamate protocol something that is used
7  to determine whether or not asbestos is in a
8  material or not?
9      A.   Well, the title of the document
10  is "Methodology for Measurement of Airborne
11  Asbestos By Electron Microscopy."
12          So the level 3 as specified in
13  this document details the use of quantitative
14  SAED analysis from two different zone axis
15  orientations, et cetera, et cetera.
16      Q.   Right.
17          But before you get to
18  quantitative level 3 analysis, you do level 2
19  analysis, correct?
20      A.   That's correct.
21      Q.   And level 2 analysis, you're
22  trying to determine whether or not there is
23  asbestos in the material, not correct?
24  May have asbestos in it, may not?
25      A.   At -- at significant -- at

Page 137

1  significant levels, yes.
2      Q.   And it doesn't require the
3  analyst, in looking at an EDS, EDXA spectrum,
4  to have the quantitative data like that shown
5  in Figure 7 in your report to determine the
6  chemical composition of the material he or
7  she is analyzing, correct?
8      A.   Well, in point of fact, level 2
9  is level 1 plus chemical analysis. And it
10  says that -- in level 2 you're talking about
11  a process of elimination used to categorize
12  amphibole fibers, identify the ambiguous
13  fibers in concern or validate level of
14  chrysotile fibers. So it all builds.
15          What was your question?
16      Q.   My question is, is there
17  anything in the Yamate document that requires
18  an analyst to have quantitative data like
19  Figure 7 in your report for the EDS, EDXA
20  analysis he or she performs on a material to
21  determine whether its chemical composition is
22  consistent with asbestos?
23      A.   Well, I guess maybe read the
24  question again here.
25          The Yamate document is about

35 (Pages 134 to 137)

Melinda Darby Dyar, Ph.D.

Page 138

1  confirming whether it's one of the specific
2  asbestos mineral species.  And so to the
3  extent that it is necessary to have chemical
4  analysis to determine whether something is
5  one of the species, then, yes, it does imply
6  that you need to have quantitative EDS data.
7      Q.    Where?  Where?  Point me to
8  where it says you have to have quantitative
9  EDS data.
10     A.    It says that you need to
11 identify a specific -- whether a specific
12 asbestiform or potentially asbestiform
13 mineral species is present.  And to me, that
14 implies that you need to know what the
15 chemistry is because otherwise you couldn't
16 tell.
17     Q.    And isn't it correct that at
18 page 39 of the document it states,
19 "Energy-dispersive X-ray analysis, as used in
20 asbestos analysis, is semi-quantitative at
21 best"?
22     A.    Absolutely, yes.
23     Q.    And it says nowhere in here
24 that you have to have quantitative EDS or ED
25 X-ray analysis.

Page 139

1          Can you point to me anywhere in
2  this document where it says must have a
3  quantitative data like that shown in
4  Exhibit 7 {sic} in your report?
5      A.    So I would say that nowhere in
6  this document does it says that you must have
7  a quantitative printout, but certainly that
8  information is necessary to determine whether
9  something is a particular composition.
10         So again, referring back to my
11 report, the goal of Drs. Longo and Rigler is
12 to confirm the presence of one of the six
13 regulated asbestiform -- potentially
14 asbestiform minerals and whether or not they
15 are present in the talcum powder.  And the
16 EDS data that are presented in there do not
17 come anywhere close to determining that.
18         MR. FINCH:  Can I have the
19     Gunther paper?
20         (Dyar Exhibit 11 marked for
21     identification.)
22 QUESTIONS BY MR. FINCH:
23     Q.    This is a paper by Mickey
24 Gunther that you cite in your report?
25     A.    Yes, I use the figures in my

Page 140

1  report.
2      Q.    Published in the peer-reviewed
3  literature?
4      A.    Not a commonly cited journal,
5  but, yes.
6      Q.    In this journal, he reports EDS
7  data from various materials in Figures 5, 6,
8  8?
9      A.    Yes.
10     Q.    And in the EDS data he reports,
11 for example, in Figure 6, three SEM
12 photographs with associated EDS data of
13 amphiboles found in soils in Washington, DC,
14 southern Illinois, western Montana.  Based on
15 EDS data, particles A and B would be
16 tremolite, actinolite, and C would be
17 anthophyllite, grunerite.
18         Do you see that?
19     A.    He just says based on EDS data;
20 he doesn't say based on the EDS data shown.
21 So my inference from this figure caption
22 would be that he calculated the mineral
23 compositions and drew those conclusions.
24         Now, he does not say that he's
25 basing his conclusions about composition on

Page 141

1  the basis of these images alone.
2      Q.    Does it say anywhere in the
3  paper that he calculated the quantitative EDS
4  measurement?
5      A.    He doesn't need to.  It is --
6  it is extraordinarily rare for someone to
7  acquire an EDS pattern and not calculate the
8  composition.  So you would only need to
9  mention that if you didn't calculate the
10 composition.
11     Q.    Does it say anywhere in this
12 paper that you -- that he calculated -- he
13 did some kind of quantitative analysis --
14 first of all, let's get very clear.
15         Nothing in this peer-reviewed
16 paper has the kind of quantitative data
17 relating to an EDS spectrum like that shown
18 in Figure 7 in your report, correct?
19         MR. CHACHKES:  Objection.
20         THE WITNESS:  I would want to
21     make sure there isn't some supplement
22     that gives those numbers, but
23     certainly in these five pages of this
24     document he doesn't give the
25     quantitative numbers.  However, he

Melinda Darby Dyar, Ph.D.

Page 142

1    does state that based on EDS data,
2    these particles would be assigned
3    these compositions.
4        So again, the norm when doing
5    analysis with EDS is that you
6    calculate the compositions.  It would
7    be extraordinary that he would have to
8    go out of his way to not print them
9    out, which is, in fact, what
10   Drs. Longo and Rigler do.  They must
11   have disabled the default command to
12   output compositions.
13   QUESTIONS BY MR. FINCH:
14       Q.   You say the norm.
15           You haven't pointed me to a
16   single document, either ISO standard, Yamate
17   standard, peer-reviewed literature, that says
18   that you have to print out the quantitative
19   EDS, EDXA graph -- graphics like in Figure 7,
20   have you, ma'am?
21       MR. LOCKE:  Objection.
22       THE WITNESS:  So in my report,
23   I cite the Newbury and Ritchie paper
24   which goes in excruciating detail of
25   how the appropriate -- of the

Page 143

1    appropriate methodology for using EDS.
2    And they talk in that at length about
3    the different methods for making
4    calculations that determine
5    quantitative or semi-quantitative data
6    from an EDS spectrum.
7        So again, Newbury and Ritchie
8    is a good example of what is the
9    convention in this field, which is to
10   always acquire the EDS spectrum and
11   then print out the compositions that
12   are calculated by the instrument.
13   QUESTIONS BY MR. FINCH:
14       Q.   Well, Dr. Gunther did not print
15   out the calculations in his 2010 paper,
16   correct?
17       MR. FROST:  Objection.
18       THE WITNESS:  He refers to the
19   SEM data, but he does not explicitly
20   include them, probably for reasons of
21   space.  That printout would be pretty
22   tiny in a publication of this sort.
23       MR. FINCH:  Can I have the
24   Roggli paper?
25       (Dyar Exhibit 12 marked for

Page 144

1    identification.)
2    QUESTIONS BY MR. FINCH:
3        Q.   Professor Dyar, do you have an
4    article entitled "Tremolite Mesothelioma" by
5    Victor Roggli and other scientists at Duke
6    University published in the peer-reviewed
7    literature in 2002?
8        A.   Yes, sir.
9        Q.   All right.  In...
10       A.   I immediately note that the
11   authors of this paper are medical personnel
12   involved with pathology, and there is no
13   indication that any of them is a
14   mineralogist.
15       Q.   And they are publishing in the
16   peer-reviewed literature about various types
17   of asbestos fibers found in human tissue,
18   correct?
19       A.   Well, I'd have to have some
20   time to speed-read this paper, but the title
21   is called "Tremolite Mesothelioma," so I'd
22   have to assume that that's what the paper is
23   about.
24       Q.   And in Figure 1 -- actually, on
25   page 448, in the second column the authors

Page 145

1    write, "The elemental composition of
2    individual mineral fibers was detected by
3    means of energy-dispersive X-ray analysis,
4    EDXA."
5        Do you see that?
6        A.   I'm looking.
7        Q.   About halfway down, first
8    column -- I mean, the second column.
9        A.   Yes.  So that to me implies
10   that they output the compositions.
11       Q.   In the paper they publish "the
12   energy-dispersive X-ray spectra for
13   tremolite, actinolite, anthophyllite and
14   chrysotile.  Characteristic elemental
15   composition for each fiber type is shown.
16   The gold piece is due to sputter coating of
17   the sample to reduce charging artifacts."
18       Do you see that?
19       A.   I see that.  And it is my
20   opinion, based on being an associate editor
21   of the American Mineralogist for 20 years,
22   that no self-respecting mineralogical journal
23   would publish a figure like this.  This is
24   insufficient for any kind of chemical
25   analysis.

37 (Pages 142 to 145)

Melinda Darby Dyar, Ph.D.

Page 146

1    Q.    So these doctors are doing
2  chemical analysis of the asbestos fibers they
3  found in human tissue, and they're printing
4  out the EDXA results in Figure 1.  And they
5  do not include the quantitative data like you
6  show in Figure 7 in your report, correct?
7        MR. FROST: Objection. Form.
8        THE WITNESS:  Well, I'd have to
9        look and make sure there isn't a
10       supplement to this particular article,
11       and I'd need a little more time to
12       inspect it.
13           For example, I'd like to know
14       how did they -- how did they identify
15       the samples as asbestos in the first
16       place.  I don't see any other evidence
17       of any other kinds of analytical
18       techniques done in here.
19           I'd need to look at this much
20       more carefully, but it is certainly my
21       opinion that you couldn't use EDXA to
22       identify these -- distinguish between
23       these particular minerals.
24           So I -- these people may be
25       well-respected pathologists, but this

Page 147

1  particular figure and these
2  conclusions would never be published
3  in a journal that was peer-reviewed by
4  mineralogists.
5  QUESTIONS BY MR. FINCH:
6    Q.    Are you familiar with a book
7  entitled "Mineralogy and Optical Mineralogy"
8  written by Melinda Darby Dyar and Mickey
9  Gunther?
10   A.    Indeed I am.
11          While we are here, let me draw
12  your attention to page 607, where it gives
13  the revised amphibole nomenclature, which was
14  published in 1997 and 2004.  So this is the
15  appropriate amphibole nomenclature to be
16  using.
17        MR. FINCH: Move to strike as
18  nonresponsive to any question pending.
19       (Dyar Exhibit 13 marked for
20       identification.)
21  QUESTIONS BY MR. FINCH:
22   Q.    Do you recognize this as the
23  cover page, table of contents, preface and
24  Chapter 19 from your 2008 book?
25   A.    Yes.

Page 148

1    Q.    Am I correct that on pages 526,
2  527, 528, and in 529, 530, which is Figures
3  1912 to 1919, all contain EDS spectra for
4  different minerals?
5    A.    526. Yes.  They're simulated
6  patterns, yes.
7    Q.    And am I correct that none of
8  these figures have the quantitative data like
9  Figure 7 in your report shown in the -- in
10  the pages of your textbook?
11   A.    They don't include the
12  compositions because they are simulated
13  patterns, and simulated patterns are created
14  by inputting a composition.  So there is no
15  need to output the composition because these
16  are simulated patterns that are created using
17  an input -- a specifically input composition.
18        MR. FINCH:  Can I have the
19       other excerpt from that book?
20       (Dyar Exhibit 14 marked for
21       identification.)
22  QUESTIONS BY MR. FINCH:
23   Q.    This is Exhibit 14, which is
24  another page of that book, page 182.
25          What does Figure 9.17 show?

Page 149

1    A.    It shows the EDS output of an
2  Idaho star garnet from an SEM.
3    Q.    Does it include the
4  quantitative data that is shown in Figure 7
5  in your report?
6    A.    No, and it wouldn't have been
7  appropriate to include that.
8          First of all, the print would
9  be too small, and second of all, the point
10  here is to just show what an EDS spectrum
11  looks like.  It's not our intent here in this
12  particular chapter to show -- or in this
13  particular figure to show anything
14  quantitative, so it wouldn't have been
15  appropriate to include the chemistry.
16          So in other words, we're not
17  trying to identify what mineral this is.  We
18  already know that it's an Idaho star garnet,
19  so we don't need to output the chemistry to
20  show anything about its chemical composition.
21          In fact, it's highly likely
22  that we have an independent and much more
23  accurate chemical composition from electron
24  microprobe, and we just didn't feel it was
25  necessary or appropriate to include it here.

38 (Pages 146 to 149)

Melinda Darby Dyar, Ph.D.

Page 150

1      Q.    On page 531 of Exhibit 13?
2      A.    Uh-huh.
3      Q.    Here you're not looking at a
4  simulated material, correct?
5          You're looking at an
6  approximately 5-micron-wide particle mounted
7  on a fiber similar to the example shown in
8  Figure 1920, images modified from Gunther's
9  2007 paper, correct?
10     A.    Correct.
11     Q.    So then you are -- in the
12 part C, higher magnification SEM image of the
13 same particle with analysis points for the
14 SEM beam indicated by 1 and 2.  That's an EDS
15 spectrum there, correct?
16     A.    Wait a minute.  I'm not -- I'm
17 not following you.  Where are you?
18     Q.    Yeah.  The bottom,
19 Figure 19.21.
20     A.    Oh, sorry.  I'm on the wrong
21 page.
22         Yep.
23     Q.    On this basis, the particle
24 could be either a pyroxene or an amphibole;
25 however, the refractive indices shows this

Page 151

1  particle is an amphibole.  Choosing a species
2  name between tremolite and actinolite would
3  be difficult.
4          And the EDS of the grain there
5  shows the chemical signature of an amphibole,
6  correct?
7      A.    No, I think you're misreading
8  that.  It basically says on the basis of the
9  EDS spectrum, it could be either a pyroxene
10 or an amphibole.
11         This is exactly the same point
12 I make in the figure -- let's see -- in
13 Figure 4 of my report where it says that on
14 the basis of an EDS spectrum, these minerals
15 are indistinguishable.
16         So then he goes on to say that
17 because of the refractive index data, in
18 other words, the optimal microscopy, the PLM,
19 it is possible to constrain the identify --
20 the identity of this mineral to be an
21 amphibole.  But that's all you can tell.
22     Q.    But you don't print out the
23 quantitative data like that shown in Figure 7
24 of your report in this section of your
25 textbook where you're using an EDS spectrum

Page 152

1  to characterize the chemical composition of a
2  mineral, correct?
3      A.    Again, it would not be
4  appropriate to include that in this
5  particular context.  This is a textbook, not
6  a research -- not a research thing.  And the
7  point of this figure is to show how difficult
8  it is to distinguish things purely from
9  visual examination.  In other words, he's
10 saying you really need more information.
11         And as I said in my report, the
12 way to get more information would be to
13 output the quantitative chemical data that
14 the TEM and the SEM are easily able to
15 provide.
16         So this is not an appropriate
17 place to include chemical data.
18         MR. FINCH:  Can I have the 2016
19     Gunther paper and the IC 420 document?
20         (Dyar Exhibit 15 marked for
21     identification.)
22 QUESTIONS BY MR. FINCH:
23     Q.    Here's Exhibit 15.
24         Do you have Exhibit 15 in front
25 of you, ma'am?

Page 153

1      A.    I do.
2      Q.    This is -- one of the coauthors
3  of this paper is your coauthor, Mickey
4  Gunther?
5      A.    I see that.
6      Q.    Another is Dr. Roggli, whose
7  paper we looked at a few minutes ago?
8      A.    Yes.
9      Q.    This is a case report of
10 "Erionite-Associated Malignant Pleural
11 Mesothelioma in Mexico," published in the
12 peer-reviewed journal International Journal
13 of Clinical and Experimental Pathology?
14     A.    I see that.
15     Q.    And you have two geologists
16 publishing this paper along with Dr. Roggli,
17 and the lead author's name I'm not going to
18 try to pronounce because I'll butcher it.
19 But there's about eight authors, and two of
20 them are geologists, correct?
21     A.    I see that, yes.
22     Q.    And two of them are geologists
23 that you have published with yourself,
24 correct?
25     A.    Yes.

Melinda Darby Dyar, Ph.D.

Page 154

1      Q.   And what they're doing is they
2  are analyzing fibers found in the tissue of a
3  human being to determine the nature of the
4  particles in their mesothelioma, correct?
5      MR. LOCKE:  Objection.
6      THE WITNESS:  I need a little
7  more time to look at this paper before
8  I could tell you exactly what they
9  were doing.
10 QUESTIONS BY MR. FINCH:
11     Q.   Well, do you recognize Figure 3
12 and Figure 6 and Figure 4 as all containing
13 EDXA or EDS spectrum of materials that
14 they're analyzing?
15     A.   I see that those figures do
16 contain EDS spectra, yes.
17     Q.   All right.  So in Figure 3 on
18 page 5727 -- and this is a scientific paper
19 where they're reporting on finding erionite
20 fibers in someone's mesothelioma.
21     That's at least the title of
22 the paper, correct?
23     MR. LOCKE:  Objection.
24     THE WITNESS:  The title of the
25 paper is "Erionite-Associated

Page 155

1  Malignant Pleural Mesothelioma in
2  Mexico."  That's the title.
3  QUESTIONS BY MR. FINCH:
4      Q.   All right.  Figure 3, part B,
5  is the data that they choose to report in
6  this peer-reviewed paper, "Energy-Dispersive
7  Spectrum from an Erionite Fiber Showing Peaks
8  for Aluminum and Silicone."
9      "There's a suggestion of
10 smaller peaks for sodium and iron.  Platinum
11 peaks are from sputter contained in the
12 sample for imaging purposes."
13     Do you see that?
14     A.   I see that it says that, yes.
15     Q.   All right.  And so what that is
16 is an EDS or EDXA spectrum of a reference
17 sample of erionite, correct?
18     A.   I don't see where it says that.
19     Q.   Well, would you agree with me
20 that the authors call it an EDS spectrum from
21 an erionite fiber?  That's what they call it
22 in the paper?
23     A.   That's what it says right here
24 in the caption to Figure 3.
25     Q.   And they don't print out the

Page 156

1  quantitative data that you say is required
2  for a scientific analysis like that shown in
3  Figure 7 in your report, correct?
4      A.   In fact, in my report there are
5  no independent constraints on where the
6  particles are coming from.
7      In this report, it appears to
8  me that the particles are coming from a
9  repairman who was raised on a farm in the
10 Mexico volcanic belt, presumably near a
11 source of erionite.  So I'd have to spend
12 more time with this paper.
13     But it appears to me that they
14 already knew that this was erionite, and they
15 were simply confirming that the EDS spectra
16 were consistent with that.  And in that case,
17 it's not necessary to print out the chemical
18 composition.
19     In the case of the particles
20 being studied by Drs. Longo and Rigler, we
21 have no such knowledge.  We have no idea and
22 no independent constraints on what mineral it
23 could be or what the composition could be.
24 And, therefore, it is their obligation to
25 produce as much quantitative information as

Page 157

1  possible.
2      So again, I would need some
3  further study to address specific questions
4  about this paper, but my understanding is
5  that they're simply showing that the SEM
6  images and the EDS analyses are consistent
7  with their existing supposition that this is
8  erionite.
9      Q.   And their existing supposition
10 that this is erionite is based on testing
11 that people have done of the soil in Mexico
12 where they found erionite fibers, right?
13     A.   I don't --
14     MR. FROST:  Objection.  Form.
15     THE WITNESS:  I don't know that
16 for a fact.  I'd have to take much
17 more time to review this paper.
18 QUESTIONS BY MR. FINCH:
19     Q.   All right.  So Figure 6 has a
20 EDX spectra of Mexican soil with erionite,
21 correct?
22     A.   That's what it says here.
23     Q.   And again, there's no
24 quantitative data printed out in Figure 6 C,
25 correct?

Melinda Darby Dyar, Ph.D.

Page 158

1      A.    Again --
2      Q.    Of the type -- of the type that
3  is shown in Exhibit 7 {sic} in your report,
4  Figure 7 in your report?
5      A.    There are no chemical analyses
6  printed out here because it would not be
7  appropriate.  They already know it's erionite
8  based on, it looks like, independent studies.
9      Q.    Okay.  They already know it's
10 erionite based on independent studies.
11         How do you know that Dr. Longo
12 and Dr. Rigler don't already know that there
13 is tremolite and anthophyllite asbestos in
14 the Vermont talc based on independent studies
15 that other analysts have done?
16         MR. FROST:  Objection to form.
17         MR. LOCKE:  Objection.
18         MR. CHACHKES:  Objection.
19         THE WITNESS:  There is no
20     evidence in Drs. Longo and Rigler's
21     reports, plural, that they have any
22     data that confirm that any of the
23     particles they studied are asbestos.
24         Perhaps that's a good place to
25     break for lunch.

Page 159

1         MR. CHACHKES:  It is lunchtime.
2  It's kind of 12 what?  12:40?
3         MR. FINCH:  Let me have two
4  follow-up questions based on that.
5  QUESTIONS BY MR. FINCH:
6      Q.    You haven't reviewed anybody's
7  testing of talc from the Windsor mines in
8  Vermont, have you, ma'am?
9         MR. FROST:  Objection.
10        MR. CHACHKES:  Objection.
11 QUESTIONS BY MR. FINCH:
12     Q.    Other than Longo and Rigler?
13     A.    I was asked --
14        MR. CHACHKES:  Objection.
15        THE WITNESS:  -- to review the
16     methodology of Drs. Longo and Rigler,
17     and that's what I did.
18 QUESTIONS BY MR. FINCH:
19     Q.    You don't know what Johnson &
20 Johnson documents they have reviewed, they'd
21 given the same kind of information about the
22 potential for tremolite asbestos and
23 anthophyllite asbestos to be in those mines
24 that the authors of the 2016 paper that's
25 Exhibit 15 have about the erionite in Mexico,

Page 160

1  do you?
2         MR. CHACHKES:  Objection.
3         MR. FROST:  Objection.
4         THE WITNESS:  As I said at the
5     outset of this question period, I
6     looked at all the references cited by
7     Drs. Longo and Rigler and read the
8     ones that were available to me.  So I
9     do not recall them alluding to any
10    such testing reports.
11 QUESTIONS BY MR. FINCH:
12     Q.    And if they had, they have that
13 as a source of their basis for knowledge, you
14 don't know about it, right?
15        MR. CHACHKES:  Objection.
16        THE WITNESS:  I can't read the
17    minds of Drs. Longo and Rigler, no.
18 QUESTIONS BY MR. FINCH:
19     Q.    You can read the trial
20 testimony and the discussion of the Johnson &
21 Johnson tests and documents of Dr. Longo in
22 multiple ovarian cancer and asbestos cases,
23 and you haven't done that, correct?
24        MR. CHACHKES:  Objection.
25        MR. FROST:  Objection.

Page 161

1         THE WITNESS:  I have not done
2     that because it would not be relevant
3     to my task, which was to evaluate
4     their methodology.
5         MR. FINCH:  All right.  This is
6     a good time to break for lunch.
7         VIDEOGRAPHER:  Okay.  Please
8     remove your microphones.  The time is
9     12:37 p.m.  Off the record.
10    (Off the record at 12:37 p.m.)
11        VIDEOGRAPHER:  Okay.  We are
12    back on the record.  The time is
13    1:22 p.m.
14 QUESTIONS BY MR. FINCH:
15     Q.    Good afternoon, Ms. Darby Dyar.
16 We are back on the record after a lunch
17 break.
18         Did you review any documents
19 over the lunch break?
20     A.    No.
21     Q.    You were talking about, in
22 connection with the erionite paper that I
23 just showed you, the scientists who wrote
24 that paper had information that erionite was
25 a possible mineral in the soil in Mexico,

Melinda Darby Dyar, Ph.D.

Page 162

1  correct?
2       Do you recall that discussion?
3       A.   Let me pull the paper out and
4  take a look at it.
5       So, yes, what I said was it
6  appears that this is a report based on
7  results from a vehicle repairman who was
8  raised on a farm in the Mexican volcanic belt
9  region.
10      Q.   And what information did the
11 scientists have that led them to suspect that
12 erionite might be in that region of the
13 world?
14      MR. FROST: Objection.
15      THE WITNESS: You know, this
16   paper is seven pages long. I'd happy
17   to take the time to read it. But I
18   would need time, to answer that
19   question, to read this paper.
20 QUESTIONS BY MR. FINCH:
21      Q.   You said before you read the
22 paper that the -- Dr. Gunther and the other
23 scientists who wrote it had some information
24 that erionite was a possible contaminant in
25 the soil in Mexico.

Page 163

1       And I'm just wondering how you
2  came to that conclusion when I just showed
3  you the paper before lunch.
4       MR. CHACHKES: Objection.
5       THE WITNESS: Well, I looked at
6    that line that I just read, that the
7    person had epithelial malignant
8    pleural mesothelioma in a vehicle
9    repairman. So -- and it says who was
10   raised on a farm in the Mexican
11   volcanic belt region. So I -- that's
12   where I'm getting that conclusion.
13      But as I said before, I'd have
14   to read the paper to have -- to have
15   any ability to answer your question in
16   an accurate way.
17 QUESTIONS BY MR. FINCH:
18      Q.   Okay. Would you agree that
19 talc mines can have differing amounts of
20 accessory minerals in the ore, in the talc
21 ore, in the mine?
22      MR. CHACHKES: Objection.
23      THE WITNESS: I honestly don't
24   know anything about talc mines. I do
25   know that rocks that contain talc can

Page 164

1  have a wide variety of mineral
2  assemblages, but I don't know anything
3  about mines specifically.
4  QUESTIONS BY MR. FINCH:
5       Q.   Okay. Rocks that contain talc
6  can have differing amounts of accessory
7  minerals in the ore that the talc is mined
8  from, correct?
9       MR. CHACHKES: Objection.
10      MR. FROST: Objection.
11      THE WITNESS: Again, I only
12   know in general terms where -- how
13   talc is formed geologically. I know
14   nothing about talc mines, so I can't
15   answer any questions relating to talc
16   occurrences in mines.
17 QUESTIONS BY MR. FINCH:
18      Q.   Well, would you expect that the
19 owners of the Johnson & Johnson mines in
20 Vermont would have documented their
21 understanding as to what material they were
22 mining out of the ground over the course of
23 the 35 years that the mines were operating?
24      MR. FROST: Objection.
25      THE WITNESS: As I said, I

Page 165

1  don't know anything about mine
2  protocols or documentation. I have no
3  knowledge of that, and I'd have to
4  read up on it and research it to give
5  you a good answer.
6  QUESTIONS BY MR. FINCH:
7       Q.   Okay. You said you reviewed
8  some of Dr. Longo's state court reports, in
9  addition to his three reports in the MDL,
10 correct?
11      A.   Yes. I skimmed them to look
12 for more analytical data, and having found
13 none, I didn't consider them further.
14      Q.   Okay. Did you see that in
15 those reports, or in the disclosures that
16 went with those reports, he had listed
17 certain documents with Johnson & Johnson or
18 Imerys Bates numbers on them that formed part
19 of the basis of his knowledge in the state
20 court cases?
21      A.   No, because as I just said, I
22 only skimmed those documents to look for data
23 that were relevant to my investigation, which
24 was to evaluate the methodology used by them
25 in the Longo and Rigler reports cited in my

42 (Pages 162 to 165)

Melinda Darby Dyar, Ph.D.

Page 166

1  report.
2      Q.   Okay.  So to the extent that
3  Dr. Longo, in various state court reports or
4  in disclosures that you've been provided
5  with, lists out Bates labels of Johnson &
6  Johnson documents or Imerys documents, you
7  didn't bother to review those; is that
8  correct?
9          MR. FROST:  Objection.
10         THE WITNESS:  As I said, those
11     documents were reviewed by me only
12     with the goal of looking for further
13     analytical data.
14         But my goal in this undertaking
15     is to evaluate methodology, and so I
16     did not deem that that was relevant
17     and, therefore, did not pursue the
18     additional references in those
19     reports.
20  QUESTIONS BY MR. FINCH:
21     Q.   Is it your opinion that the
22  entire universe of minerals that exists on
23  the planet Earth can be found in the Vermont
24  talc mines from which Johnson & Johnson
25  obtained ore for baby powder?

Page 167

1          MR. LOCKE:  Objection.
2          THE WITNESS:  I have no
3      knowledge of anything having to do
4      with the geology of -- of the Vermont
5      talc mines.  So I would presume that
6      because they are rocks, they contain
7      minerals, but I know nothing about
8      either the geology or the mineralogy
9      of the Vermont talc mines.
10  QUESTIONS BY MR. FINCH:
11     Q.   Your textbook was -- with
12  Dr. Gunther was written for students, is that
13  correct, graduate-level students?
14     A.   Actually it was written for
15  undergraduate-level students, but we've sold
16  a lot of copies of the book to people that
17  don't do either of those things.  We presume;
18  we don't really know.
19     Q.   And the purpose of the book was
20  in part to teach them how to analyze minerals
21  to determine what they are?
22     A.   Yes, that's part of a standard
23  mineralogy curriculum.
24     Q.   Would you agree with me that if
25  you are a geologist who was -- or any

Page 168

1  scientist who was retained to analyze
2  materials that come from a specific mine in a
3  specific part of the world, one reasonable
4  thing to do would be to read information
5  about that geographic mine or that geographic
6  source of the materials so that they have
7  some understanding of what other researchers
8  have found when they have investigated that
9  particular mine?
10         MR. CHACHKES:  Objection.
11         THE WITNESS:  That's a really
12     nebulous, hypothetical question.  I
13     was not hired to do that; I was hired
14     to review methodology.  So I don't
15     have an opinion on that question
16     because I haven't even thought about
17     it.
18  QUESTIONS BY MR. FINCH:
19     Q.   Have you ever been -- you have
20  been hired, have you not, to analyze rocks
21  and minerals found in outer space, on Mars or
22  the moon, for example, to try to determine
23  what they are, right?
24     A.   I am funded by both NASA and
25  the National Science Foundation to study

Page 169

1  mineralogy of objects from all over the solar
2  system, yes.
3      Q.   And as part of your background
4  work in -- let's say you're given a grant to
5  study minerals found on the moon.
6          As part of your work, isn't it
7  correct that you go and review the literature
8  that exists about what other scientists have
9  found in that environment that gives you some
10  background understanding of what you might be
11  looking for?
12         MR. FROST:  Objection.
13         THE WITNESS:  It depends on
14     what I was -- what I was engaged to do
15     or what I proposed to do.  If I
16     proposed to do a certain kind of
17     analysis, yes, I would want to know
18     who else had done analyses on that
19     same material.
20         But in this particular case
21     here, I wasn't hired to do any
22     testing, so I have no opinion on -- no
23     interest in knowing what the rest of
24     the literature says because I'm only
25     evaluating methodology.

43 (Pages 166 to 169)

Melinda Darby Dyar, Ph.D.

Page 170

1    QUESTIONS BY MR. FINCH:
2    Q.    Dr. Longo was hired to test
3    specific products and specific ores where the
4    source of that material was ultimately talc
5    mines in Vermont, Italy or China, correct?
6    MR. CHACHKES:  Objection.
7    THE WITNESS:  All I know is
8    that the materials that are in this --
9    that I reviewed in preparation of this
10    report came from Asia, Vermont, and I
11    don't remember where else.
12    QUESTIONS BY MR. FINCH:
13    Q.    Italy?
14    A.    Italy.
15    Q.    And would you agree with me
16    that it would be a reasonable thing for a
17    scientist to do, who had been tasked with the
18    job of analyzing the minerals in a product
19    where the source of the primary ingredient of
20    the product was a mine in a particular part
21    of the world, to read studies that the people
22    who owned the mine had done on the nature of
23    the minerals that they were taking out of the
24    ground?
25    MR. LOCKE:  Objection.

Page 171

1    THE WITNESS:  No, I explicitly
2    do not agree.
3    The only thing that's relevant
4    is the methodology and the data that
5    were produced in the reports and
6    whether or not the methodology is
7    good, which it, of course, is not.
8    So where the minerals came from
9    is of no concern to whether -- to what
10    the methods were that were used to
11    analyze it.  Those two things have
12    nothing to do with each other.
13    QUESTIONS BY MR. FINCH:
14    Q.    Would you agree with me that if
15    you're doing a bulk analysis of a sample to
16    determine whether or not it has asbestos in
17    it or not, information about the manufacturer
18    of that sample would be important information
19    for Dr. Longo or any scientist to know before
20    testing the material to determine whether and
21    to what extent it had asbestos in it?
22    MR. FROST:  Objection.
23    THE WITNESS:  No, I do not
24    agree.  And in fact, I can't even
25    understand why you would want to know

Page 172

1    that.
2    What you want to know is what's
3    in the material based on the
4    analytical methods that you're using,
5    and that has nothing to do with where
6    the material came.
7    In fact, knowing where the
8    material came from might bias a
9    judgment, whereas unbiased judgment,
10    which is what we want in science,
11    would probably be most useful.
12    (Dyar Exhibits 16 and 17 marked
13    for identification.)
14    QUESTIONS BY MR. FINCH:
15    Q.    Let's mark this as Exhibit 16
16    and 17.
17    Okay.  I'm putting Exhibit 16
18    and 17 in front of you and ask if you've ever
19    seen them before.
20    A.    No, Exhibit 16, and no on
21    Exhibit 17.
22    Q.    All right.  Turn to page 2 of
23    Exhibit 16.
24    Did you have the understanding
25    that in 1989 Johnson & Johnson sold the mines

Page 173

1    that it -- in Vermont that it got its talc
2    from to a company called Cyprus?
3    MR. FROST:  Objection.
4    THE WITNESS:  I have no
5    knowledge of that.
6    QUESTIONS BY MR. FINCH:
7    Q.    And then ultimately, through a
8    series of other transactions, ended up -- the
9    mines are owned by Imerys?
10    A.    I have no knowledge of that.
11    Q.    On page 2 of Exhibit 16, the
12    Cyprus employees who are writing this
13    document write that "the other serious
14    mineralogical contaminant in the talc ores of
15    Vermont is the fibrous variety of the
16    amphibole minerals, tremolite and actinolite,
17    hydrous calcium, iron magnesium silicates,
18    which have been classified as asbestiform
19    minerals by OSHA and EPA.  OSHA was suspected
20    to declassify nonfibrous, blocky tremolite on
21    February 29th but not -- has not as yet
22    announced their decision.  As a result, all
23    tremolite, the fibrous varieties of all
24    amphiboles and chrysotile asbestos in talc
25    ores, are a source of great concern to all

44 (Pages 170 to 173)

Melinda Darby Dyar, Ph.D.

Page 174

1    talc producers and especially to the
2    marketers of cosmetic products. Cyprus
3    claims that there are no fibers in their
4    cosmetic talc products, and they work
5    rigorously to ensure this. However, a recent
6    paper published by Rutgers University worker
7    Alice Blount suggests the presence of fiber
8    in several cosmetic talcs, some of which
9    might have been from Cyprus West Windsor,
10   which is a source of great concern to Cyprus
11   management and potentially to their principal
12   customer, Johnson & Johnson. Talc de Luzenac
13   personnel are well aware of the situation,
14   and Phillipe Moreau is currently quietly
15   working to identify the reality and the
16   magnitude of the problem.
17         "Vermont talcs are derived from
18   altered serpentine, a natural host for
19   asbestiform minerals. There is certainly
20   visible tremolite and actinolite in specific
21   zones of Vermont deposits. Fibrous tremolite
22   was identified by the writer in exposures and
23   cores at the East Argonaut and Black Bear
24   mine. Cyprus staff report tremolite from the
25   Hammondsville and Clifton deposits."

Page 175

1          MR. CHACHKES: Past. You
2    missed --
3          MR. FINCH: Past tremolite from
4    the Hammondsville and Clifton
5    deposits.
6    QUESTIONS BY MR. FINCH:
7    Q.   Do you see that?
8    A.   I see that that's what the
9    document says, yes.
10   Q.   Okay. And you have no
11   knowledge one way or another to suggest that
12   the authors of this memorandum are wrong in
13   their conclusions, correct?
14         MR. CHACHKES: Objection.
15         MR. LOCKE: Objection.
16         THE WITNESS: I do not have
17   enough information about this document
18   to render an opinion.
19         I see that it's an interoffice
20   correspondence. It talks about mines
21   in Vermont, but Vermont's a big state.
22   These deposits are presumably aerially
23   very large. I don't know if these
24   deposits were used for talc.
25         So there's just not enough

Page 176

1    information in this document for me to
2    be able to say anything.
3    QUESTIONS BY MR. FINCH:
4    Q.   Okay. So you certainly can't
5    opine that this information contained in
6    Exhibit 16 is incorrect, can you, ma'am?
7          MR. FROST: Objection.
8          MR. CHACHKES: Objection.
9          THE WITNESS: Indeed, I can't
10   opine if it's correct either. I have
11   no opinion.
12   QUESTIONS BY MR. FINCH:
13   Q.   Okay.
14   A.   Because there is insufficient
15   context and information about this document.
16         For example, it says tremolite,
17   but there's no indication of really what kind
18   of tremolite it is. It confuses the
19   definition of fibers.
20         I would say there are a lot of
21   issues with this document that I would want
22   to know more about, so I can't really comment
23   about this document.
24   Q.   Okay. Exhibit 17, do you have
25   that document?

Page 177

1    A.   I do.
2    Q.   This is analysis of fibrous
3    material from Argonaut waste rock?
4    A.   Yes, I see that.
5    Q.   Dated May 23, 2002?
6    A.   Yes. That's what it says.
7    Q.   Do you know who Julie Pier is?
8    A.   No.
9    Q.   You don't know that she's a
10   scientist for Luzenac America at the time
11   this memorandum was written?
12         MR. FROST: Objection.
13         THE WITNESS: I've never heard
14   of either Julie Pier or Luzenac.
15   QUESTIONS BY MR. FINCH:
16   Q.   All right. On the second page
17   there is an SEM image and an EDS chemical
18   analysis of waste rock from the Argonaut
19   mine.
20         Do you see that?
21   A.   Yes.
22   Q.   All right. Do you agree with
23   me that the pictograph at the top, the
24   material looks like fibrous material and not
25   fragments?

45 (Pages 174 to 177)

Melinda Darby Dyar, Ph.D.

Page 178

1      A.    It's almost impossible to judge
2  that from a two-dimensional image, so I don't
3  really have any opinion on that.  I don't
4  have an opinion.
5           I'd like to be able to measure
6  the population and do an analysis on it that
7  way to render an opinion.
8      Q.    Would you agree with me that
9  a scientist using a scanning electron
10 microscope can, by moving the plates around,
11 look at the structure that he or she is
12 viewing in three dimensions and make a
13 determination whether morphologically and
14 visually it looks more like a fiber or a
15 bundle of fibers or a cleavage fragment?
16          MR. FROST:  Objection.
17          THE WITNESS:  No, I do not
18 agree with that statement.  In fact,
19 the amount of tilt on the stage is
20 very small.  There's no way you can
21 get a three-dimensional view of
22 something.
23          Only with a special kind of
24 polarizing light microscope can you
25 actually do a three-dimensional

Page 179

1  assessment in that manner.
2  QUESTIONS BY MR. FINCH:
3      Q.    Do you see also that there's an
4  EDS chemical analysis below it?
5      A.    I do.
6      Q.    And the -- Dr. Pier concludes,
7  based on that, that the chemical analysis of
8  the material is consistent with tremolite?
9          MR. CHACHKES:  Objection.
10          THE WITNESS:  I see that that's
11 what this document concludes, yes.
12 QUESTIONS BY MR. FINCH:
13     Q.    And the SEM, EDS analysis on
14 the second page of Exhibit 17 contains a
15 conclusion that the chemical composition of
16 the material is consistent with tremolite,
17 correct?
18     A.    It says, "The chemical analysis
19 of the material above is consistent with
20 tremolite."  Yes, that's what it says.
21     Q.    And it doesn't have any of the
22 quantitative data found at the bottom of
23 Figure 7 in your report, correct?
24     A.    That's correct.  It looks to me
25 like another example of bad science.

Page 180

1      Q.    This is science being done for
2  commercial purposes, correct?
3          MR. FROST:  Objection.
4          THE WITNESS:  As I've stated, I
5  have no idea what Luzenac is.
6  QUESTIONS BY MR. FINCH:
7      Q.    This was science being done not
8  for courtroom purposes?
9      A.    I have no idea what the purpose
10 of this document is.  I don't know anything
11 about the context.  And it appears that there
12 is additional information that is not
13 included in the two pages that I've been
14 given, so it's hard to comment on this.  I
15 can't even tell if this is the entire memo.
16     Q.    Can you opine one way or
17 another about whether tremolite exists in
18 Vermont talc mines?
19          MR. CHACHKES:  Objection.
20          THE WITNESS:  No, I cannot.  I
21 saw no evidence in any of the
22 Dr. Longo and Rigler reports that I
23 examined that supported a conclusion
24 of asbestos being present, and that's
25 the only data that I'm familiar with.

Page 181

1  Those are the only data I'm familiar
2  with.
3  QUESTIONS BY MR. FINCH:
4      Q.    Can anthophyllite have varying
5  amounts of iron?
6      A.    Yes.
7      Q.    We haven't talked about another
8  way to analyze the chemical composition of
9  materials, X-ray diffraction or XRD.
10          Are you familiar with that?
11     A.    Certainly.  There's a chapter
12 if my book, and I teach that routinely.
13     Q.    Would you agree with me that
14 what X-ray diffraction does, it allows you
15 to -- well, you tell me what X-ray
16 diffraction does, XRD.
17     A.    X-ray diffraction is a superset
18 of what we've been talking about, SAED.  It
19 uses diffraction of atoms in layers in a
20 mineral structure to indicate diagnostic
21 properties such as the spacing between the
22 atoms in the structure.
23     Q.    Is X-ray diffraction a
24 sensitive-enough tool to find asbestos
25 contamination in material if it's less than

46 (Pages 178 to 181)

Melinda Darby Dyar, Ph.D.

Page 182

1    0.1 percent by weight of the material?
2         MR. FROST:  Objection.
3         THE WITNESS:  So I believe if
4    you look at the ISO 22262-1, it
5    explains that in fact it is difficult
6    to measure abundances of small
7    materials at those levels with X-ray
8    diffraction.
9    QUESTIONS BY MR. FINCH:
10        Q.    Would X-ray diffraction allow
11   you to determine whether or not there is
12   fibrous talc in a sample of talc that you
13   were testing?
14        A.    Absolutely not.
15        MR. LOCKE:  Objection.
16        THE WITNESS:  Because X-ray
17   diffraction uses the arrangement of
18   atoms in the crystal structure, which
19   at best only tells you which mineral
20   species it is.  But X-ray diffraction
21   cannot determine anything about the
22   morphology of particular particles.
23   QUESTIONS BY MR. FINCH:
24        Q.    Would you agree that talc can
25   be fibrous?

Page 183

1         A.    I have no knowledge of that
2    because I haven't studied that.
3         Q.    But whether talc is -- can be
4    fibrous or not, you wouldn't -- X-ray
5    diffraction would not be able to tell you
6    whether there was fibrous talc in a sample of
7    talc, correct?
8         A.    Correct.  X-ray diffraction
9    cannot determine the morphology of a
10   particle.  Only confirm the crystal
11   structure.
12        Q.    You just used the word
13   "morphology" in a sentence.
14        Can you define how you used
15   morphology in that sentence?
16        A.    I meant the shape, aspect
17   ratio.  It's a...
18        Q.    So morphology can mean shape
19   and aspect ratio?
20        A.    Well, I was saying as -- for
21   example, as evidenced by aspect ratio, is
22   what I meant to say.
23        Q.    Okay.  As evidenced by aspect
24   ratio?
25        A.    Correct.

Page 184

1         Q.    And aspect ratio just is the
2    ratio of length to width; is that correct?
3         A.    That's correct.
4         But it's possible to have
5    morphologies that have nothing to do with
6    dimensions.
7         Q.    How so?
8         A.    For example, minerals form
9    as -- in rose shapes with petals, so that's a
10   specific morphology.
11        Q.    Would you agree with me that
12   minerals can form in bundles?
13        A.    Bundles is not a term we
14   generally use to identify minerals.  For
15   example, I don't believe we even discuss the
16   term "bundle" in the chapter of our book
17   where we talk about the physical
18   characteristics of minerals.
19        On the other hand, in my report
20   I show a photograph of a -- of a -- excuse
21   me, of a bundle, so indeed I'm aware that
22   some minerals can form as bundles.
23        Q.    Do you agree with me that
24   asbestos fibers can form as bundles?
25        A.    Well, given that there's a

Page 185

1    picture of a -- here we go.  It's
2    Figure 23 B.  It's an image of a tremolite
3    bundle of asbestos particles from a paper
4    by Harper, et al.
5         So, yes, given that this image
6    exists, and to the extent that Harper asserts
7    that they can form as bundles, then, yes,
8    indeed, tremolite can form as an asbestiform
9    bundle.
10        Q.    And can anthophyllite form as
11   an asbestiform bundle?
12        A.    I have personally not seen
13   either an image or a -- with my own eyes, an
14   anthophyllite bundle, so I really can't
15   answer that question either way.
16        Q.    So morphology refers to the
17   shape as measured by aspect ratio and --
18        A.    As measured, for example, by --
19        Q.    As measured, for example, by
20   the aspect ratio and the nature in which the
21   material can be found, whether it's
22   rose-petal-shaped or a bundle or a fragment
23   or something else, right?
24        A.    Correct.
25        Q.    And those are -- the way you

47 (Pages 182 to 185)

Melinda Darby Dyar, Ph.D.

Page 186

1    would analyze that in a laboratory is you
2    would take a photomicrograph of it using
3    either a PLM or a electron microscope,
4    scanning or transmission, and take
5    measurements of the structure that you're
6    observing to determine what its aspect ratio
7    is, how thick it is, how long it is, and what
8    it looks like visually, like exhibit --
9    excuse me, Figure 23 C that you referred me
10   to before.
11        MR. CHACHKES: Objection.
12   QUESTIONS BY MR. FINCH:
13        Q.    Correct?
14        A.    I referred you to 23 B before.
15        Q.    Excuse me, 23 B as in boy.
16        A.    So I got to look at your
17   question.
18            It -- actually, can you restate
19   the question as a question?
20        Q.    Sure.
21            Morphology, I'm trying to get
22   the universe of the stuff that goes into the
23   analysis of morphology.
24            It is the shape as, for
25   example, measured by aspect ratio, the size,

Page 187

1    the appearance, and the form in which it is
2    found, as exampled by either a bundle or a
3    rose petal shape.
4            Are those all the aspects of
5    morphology as it relates to asbestos
6    minerals?
7        MR. FROST: Objection.
8        THE WITNESS: The only aspect
9    of morphology that applies -- that is
10   relevant to this identification of
11   asbestiform minerals is whether or not
12   the population of shapes expressed as
13   width versus length or aspect ratio
14   belongs to the population of
15   asbestiform or non-asbestiform
16   minerals. That is the only aspect of
17   morphology that's relevant to this
18   particular inquiry.
19   QUESTIONS BY MR. FINCH:
20        Q.    Okay. And that population of
21   shapes, that is a statistical analysis you do
22   if you have enough structures to analyze for
23   purposes of aspect ratio, correct?
24        A.    Correct. You cannot make a
25   firm diagnosis on the basis of an individual

Page 188

1    image or individual crystal.
2        Q.    Okay. So if you have an
3    individual image that is 10 microns long, you
4    can't make a conclusive diagnosis or
5    determination as to whether or not based on
6    morphology it is asbestiform or
7    non-asbestiform, correct?
8        MR. FROST: Objection.
9        THE WITNESS: You cannot
10   determine anything from an individual
11   image. You need a population to be
12   able to make a determination.
13   QUESTIONS BY MR. FINCH:
14        Q.    Okay. And how many fibers
15   consist of a population or images,
16   structures?
17        A.    Statistically, that's a
18   difficult answer -- that's a difficult
19   question to answer. It would depend on the
20   context and the problem at hand.
21        Q.    Is there any generally accepted
22   standard that you could point me to that says
23   in order to do a statistical analysis of a
24   population you need a minimum of X structures
25   or fibers to analyze?

Page 189

1        A.    I would want to go back and
2    look at some of the papers that I cited where
3    we talk about looking at populations. For
4    example, the R-93 document talks about
5    populations. One of these ISO documents
6    talks about populations. But I do not recall
7    specifically any of them having a number of
8    samples that you'd have to analyze.
9            We talk about this in my
10   statistics book. The number of samples that
11   you need for any given scenario is extremely
12   variable.
13        Q.    So sitting here right now,
14   which is my one chance to take your
15   deposition before the Daubert hearing, you
16   don't know of any generally accepted or
17   relied upon standard which has a minimum
18   number of fibers or structures you need to
19   analyze in order to analyze the aspect ratios
20   to determine whether it's asbestiform or
21   non-asbestiform?
22        MR. FROST: Objection.
23        MR. LOCKE: Objection.
24        THE WITNESS: I would say you
25   need enough fibers to create a

48 (Pages 186 to 189)

Melinda Darby Dyar, Ph.D.

Page 190

1    distribution with an acceptable
2    standard deviation on the mean.
3    QUESTIONS BY MR. FINCH:
4        Q.    Is 100 fibers or structures
5    sufficient to do that?
6        A.    I think that's -- that's
7    subjective and it depends -- you know, it
8    depends on the particular profile of the
9    population.  And it also depends on the
10   confidence with which you want to be able to
11   state your opinions or your conclusions.
12       Q.    All right.  At page 18,
13   footnote 34.
14       A.    Page 18 of my report?
15       Q.    Yes, page 18, footnote 34.
16       A.    Uh-huh.
17       Q.    You say, "The EDS results in
18   the Longo, Rigler MDL reports labeled as
19   tremolite may very well be consistent with
20   minerals other than diopside."
21            Do you know if diopside has
22   ever been found in any of the mines in
23   Vermont that Johnson & Johnson obtained talc
24   from?
25       A.    No, I don't know anything about

Page 191

1    the mineral assemblages present anywhere in
2    Vermont.
3        Q.    You go on to say, "Dr. Longo
4    and Rigler might have never produced their
5    quantitative data and, accordingly, this
6    analysis cannot be completed, drop footnote
7    34.
8            "For example, these may include
9    at least monticellite, bredigite, merwinite
10   and rondorfite, which are other minerals that
11   contain only silicone, magnesium and
12   calcium."
13       A.    That's what I say.
14       Q.    All right.  Do you know if --
15   where in the world monticellite is found?
16       A.    Actually, monticellite is found
17   in New York.  I've collected it in the
18   Adirondacks just across the river from
19   Vermont.
20       Q.    Do you know if it's ever been
21   found in any of the mines in Vermont that
22   Johnson & Johnson obtained its talc from?
23            MR. CHACHKES:  Objection.
24            THE WITNESS:  I know nothing
25   about the mineralogy of the Vermont

Page 192

1    talc mines.
2    QUESTIONS BY MR. FINCH:
3        Q.    Do you know where in the world
4    bredigite is found?
5        A.    No.
6        Q.    Merwinite?
7        A.    No.
8        Q.    Rondorfite?
9        A.    No.
10       Q.    You don't know if any of those
11   minerals were ever found in any analysis
12   anyone's ever done of talc from Vermont used
13   by Johnson & Johnson, correct?
14       A.    I believe I've made it clear
15   that I know nothing about the mineralogy of
16   any of the rocks in Vermont.
17       Q.    Or that would go for Italy and
18   China as well?  You know nothing about the
19   mineralogy of the talc mines Johnson &
20   Johnson sourced its talc from Italy or China?
21       A.    That's correct.
22            May I add that although those
23   minerals are very rare, I continue in my
24   footnote to say many more common minerals
25   would be included in this list if iron and

Page 193

1    sodium were allowed.
2            So I specifically created this
3    example to be simple, but, in fact, in nature
4    there would be many, many minerals that would
5    be easily confused with tremolite on the
6    basis of an EDS analysis.
7        Q.    All right.  We were talking
8    about morphology a little while ago.
9            That's one way -- one analysis
10   that a scientist does to determine whether or
11   not material he or she is analyzing is
12   asbestos or not, right?  It's one of the
13   pieces of the puzzle?
14       A.    So, indeed, the criterion to be
15   lengthwise separable into flexible fibers
16   with high tensile strength and flexibility is
17   the definition of asbestos, then, yes, the
18   assessment of whether something is that sort
19   of fiber is relevant, yes.
20       Q.    And one of the analyses that
21   goes into that is analysis of aspect ratios,
22   correct?
23       A.    Aspect ratios are one way of
24   making that assessment, yes.
25       Q.    Okay.  And another analysis

49 (Pages 190 to 193)

Melinda Darby Dyar, Ph.D.

Page 194

1    that a scientist can and should do to
2    determine whether or not the material he is
3    analyzing is asbestos or not is an analysis
4    of its chemical composition, correct?
5        A.    So the definition of asbestos
6    includes chemical composition, crystal
7    structure and lengthwise separable into
8    flexible fibers with high tensile strength.
9        So to the extent that chemical
10   composition is part of identifying a specific
11   mineral species, then, yes, it's relevant.
12       Q.    Amosite is one of the
13   well-accepted amphibole minerals that can be
14   asbestiform?
15       A.    That is one of the six minerals
16   that's listed in the many lists in this
17   document, yes.
18       Q.    Do you know whether amosite can
19   split both horizontally as well as
20   longitudinally?
21           MR. FROST:  Objection.
22           THE WITNESS:  I have no
23       explicit knowledge of amosite.  There
24       was no mention of amosite in the Longo
25       and Rigler documents that I was asked

Page 195

1        to review, and, therefore, I have no
2        opinion on that because I have not
3        investigated that question.
4    QUESTIONS BY MR. FINCH:
5        Q.    The way one determines the
6    chemical composition of a fiber or structure
7    that one expects to potentially be asbestos
8    is using EDS, EDXA, correct?
9        A.    So as I explained in my report,
10   EDS and EDXA are the only analytical --
11   geo-analytical techniques that are high
12   enough in resolution to be able to say
13   anything about the chemical composition of a
14   very tiny particle.
15       Q.    And that is a qualitative
16   analysis that is semi-quantitative at best,
17   correct?
18       A.    Correct.
19       Q.    A third step that a scientist
20   should undertake to determine whether or not
21   a particle or structure that he or she is
22   analyzing is asbestos is to analyze its
23   crystalline structure, correct?
24       A.    Using a technique such as SAED,
25   yes.

Page 196

1        Q.    And SAED is performed with
2    either a transmission electron microscope or
3    a SEM microscope?
4        A.    Generally, yes.
5        Q.    And the analyst has the
6    structure or bundle on the grid, or on
7    multiple grids, and is able to rotate it and
8    look at the SAED -- look at the crystalline
9    structure by SAED from different angles or
10   viewpoints, correct?
11       A.    Sort of.
12       Q.    What's a goniometer?
13       A.    So a goniometer is something
14   that allows you to swivel something in
15   three-dimensional space.  But on a TEM, the
16   space constraints are such that you can only
17   swivel it a very small amount.
18       Q.    Does polarized light microscopy
19   allow you to determine whether or not a
20   structure or a fiber is asbestos or not?
21       A.    PLM allows you to determine the
22   refractive index of a material, and it allows
23   you to say something about the dimensions of
24   an individual particle.  But it tells you
25   nothing about the population distribution

Page 197

1    and, therefore, couldn't tell you anything
2    about whether or not it was asbestiform or
3    non-asbestiform.
4        Q.    But if you have a sample of
5    material and you combine all four different
6    analysis - morphology, the chemical
7    composition analysis using EDS, EDXA, the
8    crystal structure analysis using SAED, and a
9    polarized light microscope analysis of the
10   material, the same -- the sample - would that
11   give you a high level of confidence that what
12   you were looking at was asbestos if it was
13   consistent with the regulated asbestos
14   materials as measured by morphology, chemical
15   composition, crystal structure and refractive
16   index?
17           MR. CHACHKES:  Objection.
18           THE WITNESS:  Well, that's
19       quite a mouthful of a sentence.
20           Boy.  If done correctly.  But,
21   of course, the methodology used in the
22   Longo, Rigler report was not done
23   correctly.
24       For example, you say SAED.
25   Well, a single SAED analysis is not

50 (Pages 194 to 197)

Melinda Darby Dyar, Ph.D.

Page 198

1    enough to identify a mineral.  So if
2    you only had one SAED, then you
3    couldn't identify asbestos, et cetera,
4    et cetera.
5        If you only had one measurement
6    of the dimensions of the particle, you
7    wouldn't know anything about the
8    population from which it was drawn
9    and, therefore, you could not
10   determine if it came -- if it was
11   asbestos.
12       So that's a general --
13   generalized question that is
14   impossible to answer.  But I can
15   certainly say that with the individual
16   measurements -- or with the methods
17   used in the -- used by Drs. Longo and
18   Rigler, no, you cannot determine if
19   something is asbestos.
20       Moreover, I will also say that
21   each of those techniques perhaps
22   identifies maybe 250 to 500 different
23   possible minerals -- I'm just making
24   those numbers up -- and they're the
25   same 250 to 500 minerals because they

Page 199

1    all have very similar compositions,
2    crystal structures, et cetera, et
3    cetera.
4        So this methodology is
5    fundamentally flawed.
6    QUESTIONS BY MR. FINCH:
7        Q.   Are you saying the -- let me
8    focus on the SAED.
9        What's the basis for your
10   statement in your report at page 29 and 40
11   that --
12       A.   You mean 29 and 30?
13       Q.   29 and 40.  You say it in two
14   different places.
15       A.   Oh.
16       Q.   You cite to Yamate for the
17   proposition that SAED requires at least two
18   zone axes in order to make a determination of
19   the crystalline structure.
20       A.   Yes, that's correct.
21       Q.   What's the basis for that
22   statement?
23       A.   One SAED pattern only tells you
24   two dimensions of what is a three-dimensional
25   crystal structure lattice.  As it happens,

Page 200

1    having only two dimensions is not diagnostic,
2    which is the point of the data I present in
3    this report to show that there are many, many
4    minerals that satisfy the D spacing criteria
5    that Dr. Longo uses.
6        Q.   All right.  The D spacing is
7    the space -- the distance between the atoms,
8    correct?
9        A.   Distance between layers of
10   atoms, yes.
11       Q.   And the zone axis measurement
12   is the measurement of the angles?
13       A.   The zone axis measurement just
14   refers to the way the crystal was positioned
15   at the time the X-ray pattern was collected
16   relative to the crystal structure itself.
17       Q.   And you -- and you say that the
18   Yamate 3 methodology for confirming the
19   presence of asbestos in talc requires two
20   SAED zone axis determination and an EDS
21   analysis, correct?
22       A.   That's what the Yamate
23   statement says.  And if you'd like, we can
24   take a look at that together.
25       Q.   Well, we'll get to there in a

Page 201

1    minute.
2        Other than Yamate, 1984, can
3    you point me to any generally recognized
4    standard or peer-reviewed literature that
5    says that you have to have two SAED zone axis
6    determinations for every particle that one is
7    analyzing using SAED?
8        A.   So I would imagine that every
9    mineralogy book ever written about
10   crystallography explains that minerals are
11   three-dimensional structures, and it's always
12   necessary to know all three directions in
13   order to identify a mineral.
14       Books that come to mind include
15   probably the Hurlbut and Klein textbook that
16   you already have, Bloss' optical
17   crystallography book, certainly my book.
18       And many other sources would
19   tell you that just because a mineral has one
20   particular dimension, which is basically what
21   Dr. Longo provides in the diffraction
22   verification document, no conclusions can be
23   drawn regarding identification.
24       Q.   With respect to asbestos
25   specifically, can you identify anything

51 (Pages 198 to 201)

Melinda Darby Dyar, Ph.D.

Page 202

1    besides Yamate that states that you need two
2    SAED zone axis determinations in order to --
3    and an EDS analysis in order to make a
4    determination that a material is asbestos?
5        MR. FROST:  Objection.
6        THE WITNESS:  I'm sure I could
7    find some citations.  It's such a
8    common, obvious thing that I don't
9    think anyone would write a
10    peer-reviewed paper to even say that.
11    QUESTIONS BY MR. FINCH:
12        Q.    You haven't listed anything
13    other than Yamate in your report; is that
14    correct?
15        A.    To support this particular
16    point, no, because it's common knowledge
17    among crystallographers.
18        Q.    All right.  You have Yamate.  I
19    think it's Exhibit --
20        A.    7.
21        Q.    7.
22             You were quoting from page 44?
23        A.    Uh-huh.
24        Q.    "The protocol states that the
25    identification requires two SAED zone axis

Page 203

1    determinations and an EDS analysis."
2             You're referring to the -- I'm
3    on page 41.  You're referring to the Yamate
4    protocol, right?
5        A.    Oh, wait a minute.  Are we
6    talking about my report now?
7        Q.    I'm looking at your report,
8    page 41, and it says, "The protocol,"
9    referring to Yamate, "states that
10    identification requires two SAED zone axis
11    determinations."
12        A.    Yes, that's what it says.
13        Q.    Okay.  And where does it say
14    that in Yamate?
15        A.    Oh, let's take a look here.
16             On page 44 it says, "The level
17    3 analytical procedure consists of locating
18    the selected fibers," blah-blah-blah,
19    "obtaining and according two zone axis SAED
20    patterns from each selected fiber, and
21    obtaining, recording and photographing
22    representative EDS spectra from the subject
23    fiber."
24        Q.    Okay.  Does the Yamate criteria
25    require that SAED analysis from two different

Page 204

1    near exact zone orientations be done for
2    every structure that one is looking at?
3        A.    That's what it says.
4        Q.    Could you turn to the next
5    page?
6        A.    It says "from each selected
7    fiber."
8        Q.    Turn to the next page in
9    Yamate.
10        A.    (Witness complies.)
11        Q.    Under point 5 it says, "It is
12    recommended that approximately 20 percent, at
13    least 10 percent of the fibers examined in
14    level 2 analysis, be selected for level 3
15    SAD -- SAED analysis.  Fibers which would be
16    classified as amphiboles are ambiguous in
17    level 2 analysis should be more often
18    included for level 3 analysis as compared to
19    those fibers which could readily be
20    identified as not asbestos."
21             Do you see that?
22        A.    I see that.
23             So let's take this back to
24    what's actually in the Longo, Rigler reports.
25             So in point of fact, there are

Page 205

1    no individual fibers for which two SAED
2    patterns are given.  And in fact, only after
3    the fact were any diffraction verification
4    documents given, and I don't believe that
5    they represent even 20 percent of the
6    particles identified by Drs. Longo and
7    Rigler.  So their methodology is flawed on
8    many counts relating to this.
9        Q.    Isn't it true that the SAED
10    diffraction verification documents that Longo
11    and Rigler provided consist of more than
12    10 percent of the total number of structures
13    they analyzed?
14        A.    I believe they only looked at
15    six out of the 70-odd samples that they
16    studied, so six out of 70-odd is not quite
17    10 percent.  I don't have the exact numbers
18    in my head.
19        Q.    ISO 22262-1 is a publication
20    that you at least cite to and rely on in your
21    discussion of Dr. Rigler and Dr. Longo's
22    work, correct?
23        MR. FROST:  Objection.
24        THE WITNESS:  I certainly point
25    out where their methodology is

Melinda Darby Dyar, Ph.D.

Page 206

1     consistent and inconsistent with
2     what's in this report, yes.
3     QUESTIONS BY MR. FINCH:
4         Q.    Could you turn to page 64 of
5     what's been marked as Exhibit 4, ISO 22262-1?
6         A.    Section F 3?
7         Q.    Yes.
8             What is it talking about in
9     section F 3?
10        A.    Electron diffraction.
11        Q.    Is that another name for SAED?
12        A.    In this context, yes.
13        Q.    Okay.  One, two, three, four,
14    five paragraphs down --
15        A.    Uh-huh.
16        Q.    -- ISO 22262-1 states, "ED,"
17    referring to electron diffraction patterns,
18    "can be particularly useful for
19    differentiating fibrous talc from
20    anthophyllite asbestos, both of which have
21    similar EDXA spectra."
22            First of all, do you agree that
23    fibrous talc and anthophyllite asbestos have
24    similar EDXA spectra?
25        A.    I agree that talc and

Page 207

1     anthophyllite have similar EDS spectra
2     because, of course, that's all you can say
3     about those methods.  They only look at
4     chemistry.  So all I can say is that
5     chemically, talc and anthophyllite can be
6     quite similar.
7         Q.    Then going on to, "Electron
8     diffraction of talc produces a pseudo
9     hexagonal pattern that does not change as the
10    fiber is tilted using the goniometer.
11    Anthophyllite asbestos, on the other hand,
12    produces assorted spots appearing and
13    disappearing along layer lines as the fiber
14    is tilted using the goniometer."
15            That refers to the analyst
16    looking at the sample in the transmission
17    electron microscope and tilting it, correct?
18        A.    That's what it refers to, yes.
19        Q.    All right.  The next two
20    sentences deal with chrysotile, so I'm going
21    to skip those.
22            "Analysis of laboratory samples
23    seldom requires zone axis measurements.
24    However, if a zone axis ED analysis is to be
25    attempted on the fiber, the sample should be

Page 208

1     amounted in the appropriate holder" --
2         MR. CHACHKES:  Mounted.
3     QUESTIONS BY MR. FINCH:
4         Q.    -- "mounted in the appropriate
5     holder."
6             And then it goes on to describe
7     the complete rotation of the specimen grid
8     and the tilting of the grid about a single
9     axis.
10            Do you see that?
11        A.    Yes.
12        Q.    And it instructs the analyst to
13    tilt the fiber until an ED pattern appears,
14    which is a symmetrical, two-dimensional --
15    which is a symmet -- two words, a, space,
16    symmetrical, two-dimensional array of spots.
17    The recognition of zone axis alignment
18    conditions require some experience on the
19    part of the operator.
20            Do you agree with that?
21        A.    Yes.  Although we teach
22    students to do that.
23        Q.    And you agree with me that
24    what's going on here is the analyst is
25    tilting the structure around in realtime,

Page 209

1     looking at it through the transmission
2     electron microscope to look -- to see whether
3     or not when he or she adjusts the goniometer
4     that the -- whether or not the hexagonal
5     pattern changes or not?
6         A.    Sort of.
7             What's going on is that you're
8     trying to tilt the sample so that rows of
9     atoms in the sample are perpendicular to the
10    beam of electrons.  That's what you're doing.
11            And that satisfies the
12    diffraction condition and, therefore, gives a
13    pattern of spots.
14        Q.    All right.  On page 65 --
15        A.    Uh-huh.
16        Q.    -- the standard states, "If the
17    results obtained from one ED pattern do not
18    resolve any ambiguity in the identification
19    of a fiber, a second ED pattern obtained at a
20    different orientation of the fiber can be
21    examined, and the observed tilt angle between
22    the two orientations can be compared with the
23    theoretical angle calculated from the
24    suspected crystal structure."
25            Do you see that?

53 (Pages 206 to 209)

Melinda Darby Dyar, Ph.D.

Page 210

1        A.    Actually, I don't see where
2    that is, but --
3        Q.    Page 65.
4        A.    Yeah, I'm looking at it.
5        Q.    Bottom paragraph.
6        A.    Oh, at the bottom.  Yes.  Okay.
7        Q.    All right.
8        A.    Where it's talking about using
9    a computer program to do this, yes.
10       Q.    What it says is, "If the
11   results obtained from one ED pattern do not
12   resolve any ambiguity in the identification
13   of a fiber, a second ED pattern obtained at a
14   different orientation of the fiber can be
15   examined."
16            Would you agree with me that
17   "can" does not say "shall" or "must"?
18       A.    I agree with you that it says
19   "can," but I believe you're proving the point
20   I made in my report, which is that crystal
21   structures are inherently three-dimensional,
22   and you cannot identify a specific mineral
23   species on the basis of only one orientation.
24       Q.    But how do you -- what's --
25   what is the basis for your conclusion that

Page 211

1    the analysts that were looking at the
2    crystalline structure in realtime using SEM
3    in Dr. Longo's lab were not turning the
4    goniometer to look at it from multiple
5    perspectives?
6            Do you have any basis for
7    concluding that they weren't doing that?
8        A.    My basis for concluding that is
9    that they only include one image for each
10   crystal.  Therefore, there is no evidence in
11   any of their reports that they did multiple
12   zone axis measurements.
13       Q.    So what you're saying is
14   because there's not more than one image, that
15   means that they didn't look at it from two
16   different angles, as ISO 22262-1 discusses at
17   page 64?
18       A.    Precisely.  And that is the
19   point I make in my report, that they do not
20   look at more than one zone axis on any
21   individual crystal.
22       Q.    Well, you're just assuming
23   that, aren't you?  They just -- they didn't
24   take a picture of a different zone axis.
25            But wouldn't you agree with me

Page 212

1    that ISO 22262-1 at page 64 says that at
2    least when you're examining anthophyllite
3    asbestos versus talc, it becomes apparent by
4    tilting the goniometer which is which because
5    the image does not change if it's talc, if
6    the fiber is tilted?
7            MR. LOCKE:  Objection.
8            THE WITNESS:  So let's
9    decompose that question a little bit.
10           First of all, it is true that
11   at specific orientations the
12   diffraction patterns of talc and
13   anthophyllite can look quite similar.
14           It is also true that if you
15   tilt the stage, you may not see the
16   same pattern of spots for talc and
17   anthophyllite.
18           But it all goes back to the
19   point I make in my report, which is
20   that if you only have one of these
21   patterns, it doesn't matter how hard
22   you work to get it, one pattern is not
23   enough to identify a three-dimensional
24   structure, because one pattern can
25   only physically tell you about two

Page 213

1    dimensions.
2            MR. CHACHKES:  And by the way,
3    we've been going a little over an
4    hour, if you reach a natural breaking
5    point.
6            MR. FINCH:  Yeah, this is a
7    good breaking point.
8            MR. CHACHKES:  Thank you.
9            VIDEOGRAPHER:  Okay.  The time
10   is 2:24 p.m.  Off the record.
11           (Off the record at 2:24 p.m.)
12           VIDEOGRAPHER:  Okay.  We are
13   back on the record.  The time is
14   2:46 p.m.
15   QUESTIONS BY MR. FINCH:
16       Q.    Good afternoon, Professor Darby
17   Dyar.  We're back on the record after a short
18   break.
19           On page 32 of your expert
20   witness report, you write that "The SAED
21   patterns are labeled with mineral species
22   names using only visual inspections based on
23   operator experience, methodology for which
24   the Longo, Rigler MDL report cite no support.
25   This practice may be able to distinguish

Melinda Darby Dyar, Ph.D.

Page 214

1  among species for materials that are already
2  known to contain asbestos, but it may fail in
3  the applications where the spectrum of
4  possible mineralogy is broad."
5      That's what you write, correct?
6      A.    That's what I write.
7      Q.    What is the basis for your
8  statement that the spectrum of possible
9  mineralogy is broad in the talc mines in
10  Vermont, in Italy, from which Johnson &
11  Johnson obtained its talc?
12          MR. CHACHKES:  Objection.
13          THE WITNESS:  So because I know
14      nothing about the mineralogy in those
15      localities, all I can say is this
16      general statement, which is that
17      looking at an SAED pattern, which is
18      what Longo and Rigler and their
19      associates admittedly do in their
20      deposition, makes it difficult to
21      distinguish mineral species in
22      applications where the spectrum of
23      possible mineralogy is broad.
24  QUESTIONS BY MR. FINCH:
25      Q.    What about in the -- in the

Page 215

1  spectrum where the possible mineralogy is not
2  broad, as in the case of a Vermont talc mine
3  where a handful of accessory minerals have
4  been identified and that's it?
5          MR. CHACHKES:  Objection.
6          MR. LOCKE:  Objection.
7          THE WITNESS:  Well, I don't
8      know anything about the mineralogy of
9      Vermont talc mines, and so I can't say
10      that there's any independent
11      constraints because I don't know that
12      that is the case.
13  QUESTIONS BY MR. FINCH:
14      Q.    Okay.  So you do say that "This
15  practice, i.e., analyzing SAED patterns based
16  on operator experience, may be able to
17  distinguish among species for materials that
18  are already known to contain asbestos."
19      So presumably you agree that if
20  the operators already know based on some
21  source that asbestos is among the possible
22  materials in the mix of the sample they're
23  looking for, using SAED to label mineral
24  species with names using visual inspection
25  may be able to distinguish among the

Page 216

1  different species, correct?
2          MR. CHACHKES:  Objection.
3          THE WITNESS:  I do use the word
4      "may," and I would say that if you
5      handed me a clump of asbestos and
6      asked me to determine which of the six
7      mineral species it was, I might be
8      able to do -- to use SAED to identify
9      which of the six it was, which is why
10      I deliberately used the word "may"
11      fail.
12  QUESTIONS BY MR. FINCH:
13      Q.    Am I correct that you have no
14  basis for your conclusion that the spectrum
15  of possible mineralogy in the Vermont source
16  talc used by Johnson & Johnson -- strike
17  that.
18      Am I correct that you have no
19  basis for your statement in your report that
20  the spectrum of possible mineralogy is broad
21  when it comes to the sources of talc used by
22  Johnson & Johnson?
23          MR. CHACHKES:  Objection.
24          THE WITNESS:  I stand by my
25      statement because, for example, there

Page 217

1      are more than a hundred amphibole
2      minerals.  It would be very difficult
3      to distinguish them by SAED.
4          And as far as I'm aware, I know
5      nothing about the mineralogy of talc
6      mines from which these particular
7      samples that Drs. Longo and Rigler
8      tested.  So to me, the spectrum of
9      possible mineralogy is quite broad.
10  QUESTIONS BY MR. FINCH:
11      Q.    Of those hundred amphibole
12  minerals, how many of them have the same
13  chemical signature as anthophyllite or
14  tremolite and an SAED diffraction pattern
15  that is consistent with asbestos and
16  morphology that has structures which have
17  aspect ratios on average greater than 7 to 1
18  and that on PLM are determined to be
19  consistent with asbestos?
20      How many of the hundred
21  amphibole minerals you just talked about meet
22  all those criteria?
23          MR. CHACHKES:  Objection.
24          THE WITNESS:  Wow, that's
25      another omnibus question, so let's

55 (Pages 214 to 217)

Melinda Darby Dyar, Ph.D.

Page 218

1   break that down a little bit.
2        So chemically, any of the
3   amphibole minerals that are either
4   magnesium, iron and calcium-bearing or
5   just magnesium and iron-bearing would
6   all be indistinguishable by EDS.
7        If you had one SAED pattern,
8   which most of the data in the
9   diffraction verification document of
10  Dr. Longo's have, they only show one
11  particular orientation that is common
12  to, as we noted in my document,
13  25 percent of all minerals in the
14  database from our book.
15       So let's see.  What else did
16  you ask?
17       Let's see.  And then
18  morphology, "has structures which have
19  aspect ratios" -- so we haven't even
20  really talked about counting criteria,
21  which is really what you're -- what
22  you're specifying here, 7 to 1.  I'm
23  not sure where that number is coming
24  from.
25       And then when you say "on PLM

Page 219

1   are determined to be consistent with
2   asbestos," again, on PLM you can tell
3   something about morphology because you
4   can measure the dimensions of the
5   grain, and if you use an array of
6   refracted index oils, you can tell
7   something about composition with PLM.
8        So those are answers to your
9   individual question, and I think it's
10  too vague to try to give a straight
11  answer to your original question as
12  posed.
13  QUESTIONS BY MR. FINCH:
14       Q.   So sitting here today, you
15  can't give me a number as to how many of the
16  hundred amphiboles that exist would meet all
17  those criteria?
18       MR. LOCKE:  Objection.
19       MR. FROST:  Objection.
20       THE WITNESS:  I would say, for
21  example, that all of the 100 amphibole
22  minerals would meet the SAED one zone
23  axis angles -- or values that are in
24  the diffraction verification documents
25  because they're all amphiboles.

Page 220

1        MR. FINCH:  Objection.  Move to
2   strike.
3   QUESTIONS BY MR. FINCH:
4        Q.   My question was:  How many,
5   sitting here today, can you tell me would
6   meet all four of the criteria that I just
7   laid out?
8        MR. LOCKE:  Objection.
9        MR. CHACHKES:  Objection.
10       THE WITNESS:  So your criteria
11  were simply just names of techniques.
12  They weren't specific about the names
13  and techniques.
14       So if you want to tell me what
15  it is about SAED and what it is about
16  PLM and what it is about morphology,
17  et cetera, et cetera, for each of
18  those, then I could probably answer
19  your question.  I'd be happy to.
20  QUESTIONS BY MR. FINCH:
21       Q.   Do you know as you sit here
22  today how many different minerals have been
23  identified in Vermont-sourced talc or
24  Italian-sourced talc that went into Johnson's
25  baby powder?

Page 221

1        A.   I have no knowledge of the
2   mineralogy of those deposits or, in fact, any
3   talc deposits.
4        Q.   So it could be three minerals,
5   it could be five minerals, it could be ten
6   minerals; you have no knowledge, correct?
7        MR. CHACHKES:  Objection.
8        MR. LOCKE:  Objection.
9        THE WITNESS:  Correct.  I
10  believe we've established that I don't
11  know anything about the mineralogy of
12  Vermont or any other talc deposits,
13  aside from the fact that they contain
14  talc.
15  QUESTIONS BY MR. FINCH:
16       Q.   Have you ever heard of McCrone
17  Laboratories or Walter McCrone Associates?
18       A.   Yes.
19       Q.   Do you regard them as a
20  well-respected laboratory for the purposes of
21  analyzing materials to determine whether or
22  not they contain asbestos or other
23  contaminants?
24       A.   I don't know anything about
25  that aspect of what they do.  I'm only

Melinda Darby Dyar, Ph.D.

Page 222

1    familiar with the fact that they teach
2    classes in optical microscopy.
3        Q.    And they teach classes in how
4    to use a microscope to identify materials,
5    correct?
6        A.    They teach classes in how to do
7    fundamental measurements on a microscope,
8    yes.
9        Q.    Have you ever attended a class
10    taught by Walter McCrone and Associates or
11    McCrone?
12        A.    I teach my own classes on
13    optical microscopy, so, no, I have no need
14    and, therefore, have never attended a class
15    taught by McCrone or anyone having to do with
16    McCrone.
17        Q.    Have you ever heard any
18    significant criticisms of their laboratories
19    in your field?
20        A.    McCrone is not an academic
21    laboratory.  It's not something that research
22    scientists do.  Optical microscopy is
23    generally in the toolkit of mineralogy
24    researchers, and so there would no need to
25    use any laboratory.  And, therefore, I barely

Page 223

1    know of McCrone.
2        Q.    Oh, so you haven't -- as you
3    sit here today, there's not any criticisms
4    you have or you can think of of McCrone
5    Associates?
6        A.    I don't have enough information
7    to have an opinion.
8            (Dyar Exhibits 18, 19 and 20
9    marked for identification.)
10    QUESTIONS BY MR. FINCH:
11        Q.    All right.  I've marked what's
12    been Exhibits 20 --
13            MR. CHACHKES:  18.
14    QUESTIONS BY MR. FINCH:
15        Q.    -- 18 and 19.
16            MR. CHACHKES:  Yeah.
17    QUESTIONS BY MR. FINCH:
18        Q.    Yeah.  20 is a May 24, 1976
19    document; is that right?
20        A.    Oh, wait.  20 you want to go to
21    first?
22        Q.    Yes.
23        A.    Yes, it says May 24th.
24        Q.    Okay.  And 19, which one is 19?
25        A.    19 is July 1, 1975.

Page 224

1        Q.    And 18 is?
2        A.    November 5th.
3        Q.    All right.  I want to do them
4    20 -- I'm going to do them in reverse
5    chronological order, going backward in time,
6    so starting with Exhibit 20.
7            Do you have that?
8        A.    I do.
9        Q.    This is a May 24, 1976 letter
10    to Walter McCrone Associates from Roger
11    Miller, who was the president of Windsor
12    Minerals.
13            Do you see that?
14        A.    That's what it looks like, yes.
15        Q.    Do you have any understanding
16    of who Roger Miller is or what Windsor
17    Minerals is?
18        A.    Never heard of him.
19        Q.    All right.  If I were to
20    represent to you that Windsor Minerals was a
21    Johnson & Johnson subsidiary that owned the
22    mines from which it mined talc for cosmetic
23    talc, do you have anything to dispute that
24    statement?
25            MR. CHACHKES:  Objection.

Page 225

1            THE WITNESS:  I can neither
2    affirm nor dispute that statement.
3    QUESTIONS BY MR. FINCH:
4        Q.    All right.  Exhibit 20 states
5    that "The samples which are relevant to the
6    production and sale of cosmetic talc in the
7    US and Canadian markets are those bearing the
8    letters HC as part of their prefix.  The
9    dates included in the identifier are the
10    dates on which the material was processed."
11            Do you see that?
12        A.    You read that correctly, yes.
13        Q.    Okay.  So this is the president
14    of Windsor Minerals writing to the people at
15    McCrone Associates what the terminology in
16    the letter means, what HC means, correct?
17        A.    That's what it appears.  The
18    letter's not signed.
19        Q.    Back in the 1970s, wasn't it a
20    common practice when people wrote letters
21    that there be a carbon copy and sometimes
22    the -- there wasn't -- the Xerox machine was
23    not as ubiquitous as it is now, and you
24    wouldn't always have the signed copy in the
25    file?

Melinda Darby Dyar, Ph.D.

Page 226

1         MR. CHACHKES:  Objection.
2         THE WITNESS:  It's perfectly
3    easy to sign a carbon copy.
4    QUESTIONS BY MR. FINCH:
5         Q.   Be that as it may, Windsor
6    Minerals -- you see this is -- this is a
7    document produced from the files of Johnson &
8    Johnson at the bottom?
9         MR. FROST:  Objection.
10   QUESTIONS BY MR. FINCH:
11        Q.   J&J talc?
12        A.   I have -- I have no knowledge
13   of that, other than your assertion and this
14   cryptic notation which looks like it was
15   added after the fact.
16        Q.   Turning now to Exhibit 18, and
17   keep Exhibit 20 handy.
18        "This letter will supplement
19   our report of 1 July 1975 on a series of talc
20   ore samples which we have analyzed for you.
21   Table 1 shows the actual fiber counts and the
22   approximate equivalent concentration in parts
23   per million of amphibole particles which we
24   found in these samples.  Some of them seem
25   rather high.  Most of these come in bundles

Page 227

1    of one, two or three fibers, anything from
2    two to five amphiboles in a bundle."
3         And it's reporting on the
4    results from McCrone to the Windsor Mineral
5    Company, correct?
6         A.   Apparently.
7         Q.   All right.  And on Table 1 on
8    the second page of the document, the back
9    page, there is a column labeled "Fibers of
10   Asbestos"?
11        A.   That's what it says.
12        Q.   And then it -- by
13   cross-referencing the tabs, you can take the
14   sample numbers and if it's -- see whether
15   it's HC or GI or WI?
16        A.   Yes, I see that.
17        Q.   All right.  Does this document
18   suggest to you that McCrone and Associates
19   identified fibers of asbestos in samples of
20   ore from a Vermont mine owned by the Windsor
21   Mineral Company which were used in the
22   production of cosmetic talc, HC?
23        MR. FROST:  Objection.
24        THE WITNESS:  I have no
25   knowledge of the connection between

Page 228

1    these two documents.
2         For example, after this
3    testing, were these samples actually
4    used?  I can't tell.
5         It says "amphibole."  Which
6    amphibole?  Is it one of the regulated
7    amphibole minerals?
8    QUESTIONS BY MR. FINCH:
9         Q.   It says "fibers of asbestos,"
10   correct?
11        A.   It does say "fibers of
12   asbestos."  I would ask, how are they
13   defining that?
14        This was 1975, and there's no
15   explicit explanation here, so I would wonder
16   how they defined that.
17        So there's many murky things
18   about this document that make me feel like
19   it's being taken out of context.
20        Q.   And if you were going to
21   analyze this document as a scientist, isn't
22   it correct that you would want to see the
23   photomicrographs that McCrone and Associates
24   took and their analyses, both chemical
25   analyses and any other analyses, they

Page 229

1    provided on the documents?
2         MR. CHACHKES:  Objection.
3         THE WITNESS:  Well, I would ask
4    why, as a scientist, I would want to
5    analyze something like this.  I would
6    much prefer to analyze a formal
7    report.
8    QUESTIONS BY MR. FINCH:
9         Q.   If there were a formal report
10   that once upon a time went along with this
11   and contained photomicrographs -- you okay,
12   ma'am? -- or count -- or count sheets or
13   diffraction patterns, would that be
14   information that you would want to consider
15   to analyze whether or not this letter report
16   from McCrone is accurate and reliable?
17        MR. CHACHKES:  Objection.
18        THE WITNESS:  I don't know.
19   We're going far outside the scope of
20   my remit here, which is to evaluate
21   methodology.  But I would say, again,
22   there's no context here.  There's
23   no -- I have no way of knowing whether
24   the samples in this report are ones
25   that were ever even involved in a mine

58 (Pages 226 to 229)

Melinda Darby Dyar, Ph.D.

Page 230

1    or even used in commercial production.
2    There's not enough information here to
3    make a judgment.
4            And if they weren't used, then
5    there wouldn't be any -- need to be
6    any more information.
7    QUESTIONS BY MR. FINCH:
8        Q.   But in order to understand the
9    context, you agree with me that it would be
10   useful to have the backup data that underlies
11   this report?
12           MR. CHACHKES:  Objection.
13           THE WITNESS:  I'm still not
14   understanding why I would want to be
15   examining this report.  I'm supposed
16   to be evaluating methodology here, and
17   you're asking me to evaluate a random
18   report with no context about which I
19   know nothing.
20           There's nothing in here to
21   indicate that the samples they're
22   talking about were ever -- ever even
23   had anything to do with talc that was
24   actually produced from Vermont mines
25   or anywhere else.

Page 231

1    QUESTIONS BY MR. FINCH:
2        Q.   I want you to assume that these
3    documents are contemporaneous reports of
4    McCrone analyses of talc from the very mines
5    that Johnson & Johnson used to source its
6    baby powder in the 1970s, and that in
7    Exhibits 18 and 19 McCrone states that they
8    found fibers of asbestos, in the case of
9    Exhibit 18, and Exhibit 19, confirmed
10   asbestos visual on page 2, in multiple
11   samples of talc ore from the Vermont mines
12   that were used to source cosmetic talcum
13   products.
14       A.   So --
15           MR. CHACHKES:  So -- go ahead.
16   QUESTIONS BY MR. FINCH:
17       Q.   So based on that set of
18   assumptions, Doctor, do you have any basis to
19   say that this is not evidence that one of the
20   minerals that can potentially be found in
21   talc from Vermont is amphibole asbestos?
22           MR. CHACHKES:  So objection.
23   You don't have to take those
24   assumptions.
25           You shouldn't be

Page 232

1    misrepresenting the documents.
2            So with that note --
3            THE WITNESS:  I choose not to
4    answer.
5    QUESTIONS BY MR. FINCH:
6        Q.   You have not, as part of your
7    work in this case, asked Johnson & Johnson
8    for all of the testing results that have ever
9    been done on either the talc ore or the baby
10   powder product itself, correct?
11       A.   So my role here was to evaluate
12   methodology used by Longo and Rigler.  It was
13   not to evaluate testing protocols used by
14   Johnson & Johnson.
15           I have no opinion of -- no
16   knowledge of those and no opinion on those.
17       Q.   Are you familiar with the
18   testing protocol J41 -- J4-1?
19       A.   I don't believe so.
20       Q.   It's the testing protocol that
21   the talc manufacturers voluntarily put into
22   place in the mid-'70s for the analysis of
23   asbestos in talc.
24           Are you familiar with that?
25           MR. LOCKE:  Objection.

Page 233

1            MR. CHACHKES:  Objection.
2            THE WITNESS:  No.
3    QUESTIONS BY MR. FINCH:
4        Q.   If I were to tell you that it
5    is a combination of XRD and optical
6    microscopy, is the J4 method, would you agree
7    with me that those two methodologies would
8    not be able to detect asbestos fibers in talc
9    at a concentration below 0.1 percent?
10           MR. CHACHKES:  Objection.
11           MR. LOCKE:  Objection.
12           THE WITNESS:  Oh, I would need
13   a lot more information than your
14   random statement that it meets XRD and
15   optical microscopy.  I'd need to
16   examine that document to be able to
17   render an opinion.
18   QUESTIONS BY MR. FINCH:
19       Q.   You're not -- I think you just
20   said two questions ago you're not giving any
21   opinions that Johnson & Johnson's historical
22   methodologies for testing its talc for the
23   presence of asbestos are accurate or
24   reliable; is that correct?
25           MR. CHACHKES:  Objection.

59 (Pages 230 to 233)

Melinda Darby Dyar, Ph.D.

Page 234

1    THE WITNESS: I'm not giving
2    any opinion, period, on testing
3    procedures from Johnson & Johnson
4    because I have no knowledge of them
5    and, therefore, cannot comment in any
6    way.
7    QUESTIONS BY MR. FINCH:
8    Q.    All right.  On page 33 of your
9    report, you reference a term "unspecified
10   constant."
11        Do you see that?
12   A.    Yes.
13        MR. CHACHKES:  I'm sorry, on
14   page 33?
15        MR. FINCH:  Page 33 of her
16   report.
17        THE WITNESS:  Yep, it's right
18   here.
19        MR. CHACHKES:  Okay.  Thanks.
20   QUESTIONS BY MR. FINCH:
21   Q.    How do you calculate the camera
22   constant for doing SAED?
23   A.    So the camera constant is
24   calibrated for each individual apparatus
25   using a reference standard, and it allows you

Page 235

1    to relate the spacial distances in an image
2    to actual physical distances.  And it varies
3    by instrument, and it is explicitly not
4    provided.  Even though the definition of
5    camera constant is given on each page in the
6    diffraction verification document, the actual
7    value for their instrument or instruments is
8    not given.
9    Q.    Could you turn to page 37?
10   A.    (Witness complies.)
11   Q.    What does camera K refer to?
12   A.    I have no idea.
13   Q.    You don't think that refers to
14   camera constant?
15   A.    I was not going to guess.
16   Q.    If that, in fact, does -- are
17   you familiar with the scientific --
18   A.    I am, but in point of fact,
19   it's expressed, you'll notice, in units of
20   pixel per angstrom.  And the images in these
21   documents, which are many times scanned, no
22   longer have any pixels.
23        So even if that is the camera
24   constant, this number is completely useless
25   because there are no pixels in any of these

Page 236

1    images.
2    Q.    Isn't it true --
3        MR. FINCH:  Mark this as the
4    next exhibit.  It's Exhibit 21.
5        (Dyar Exhibit 21 marked for
6    identification.)
7    QUESTIONS BY MR. FINCH:
8    Q.    In the diffraction verification
9    documents --
10   A.    Uh-huh.
11   Q.    -- in every one there is a
12   field called camera K, camera K, camera K?
13   A.    And in every one it's given in
14   units of pixel per angstrom, which is a
15   useless unit.
16        So I stand by my statement that
17   the constant is unspecified in terms that are
18   useful enough to allow someone else to
19   interpret the images, which was the point of
20   my statement there.
21   Q.    Okay.  So you're saying that --
22   did you understand camera K to be a reference
23   to camera constant or not?
24   A.    I did not know.  There was not
25   enough information.  That is not defined

Page 237

1    anywhere in any of the documents I saw.
2        And even if it had been, I have
3    no way of using that information because
4    there's no pixels in any of the images.
5    Q.    The pixels in the images are
6    the SAED images that you've shown some
7    examples of, for example, on page 28 of your
8    report; is that right?
9    A.    Certainly.
10   Q.    And your -- my understanding is
11   it's your complaint that because the images
12   are not sufficiently clear, you can't verify
13   the camera constant in the diffraction
14   verification worksheets?
15   A.    Yes.  Using something that's
16   expressed in pixels per angstrom implies that
17   in order to use it, you would need to be able
18   to count pixels, and that is impossible in
19   these images.
20   Q.    Was it impossible for the
21   operator at the time he or she was analyzing
22   the particle in realtime using the
23   microscope?
24   A.    Presumably the personnel at the
25   Longo, Rigler company are familiar with the

60 (Pages 234 to 237)

Melinda Darby Dyar, Ph.D.

Page 238

1    camera constants for their apparati, yes.
2              And in fact, they used said
3    camera constants to determine these values
4    that are at the bottom of each of these
5    pages. But I cannot go backwards.
6         Q.    So you can't reverse-engineer
7    it, in other words, and that's your
8    criticism?
9         A.    Correct. These documents do
10   not provide a camera constant in any useful
11   units, thereby making it impossible to
12   corroborate their measurements.
13        Q.    Okay. But in fact they did
14   have a camera constant. You just -- your
15   criticism is that the pixels are just not
16   sufficiently clear for you to recalculate
17   their camera constant for each of the
18   diffraction patterns that they were providing
19   data for; is that correct?
20             MR. CHACHKES: Objection.
21             MR. LOCKE: Objection.
22             THE WITNESS: The point of my
23        statement on page 33 is "lacking
24        knowledge of that constant, D spacings
25        cannot be easily verified for the

Page 239

1    patterns in their reports."
2              And the most important part of
3    that sentence is that there is not
4    enough information here or in any of
5    these diffraction verification
6    documents for me to confirm the D
7    spacing values that they list.
8    QUESTIONS BY MR. FINCH:
9         Q.    But you would agree with me
10   that on the face of each of the documents
11   there is a notation that has camera K, which
12   a scientist could conclude or should conclude
13   means camera constant for that particular
14   data set, correct?
15             MR. LOCKE: Objection.
16             MR. CHACHKES: Objection.
17             THE WITNESS: That's completely
18        conjectural. I have no reason to
19        expect that. K is not the first
20        letter of the word "constant."
21             So lacking any information to
22        tell me that that's what it was, and
23        lacking any way to use that value
24        because of the way it's expressed in
25        units, I feel that Drs. Longo and

Page 240

1    Rigler failed to demonstrate that
2    their D spacings are reproducible or
3    verifiable independently.
4    QUESTIONS BY MR. FINCH:
5         Q.    Do you agree that the
6    anthophyllite solid solution series includes
7    cummingtonite?
8         A.    So I don't believe that that
9    vocabulary is consistent with the current
10   terminology for amphiboles.
11             If you look on page 607 of my
12   book, you can see that there are about seven
13   minerals which are in the same subgroup of
14   amphibole minerals. And one could say that
15   there might potentially be solid solution
16   amongst all seven of those primary minerals,
17   each of which has from four to seven related
18   species and many subspecies.
19             So it's a little restrictive to
20   say that those belong to a single solid
21   solution series. It's not really the
22   appropriate term to use for the variation of
23   chemistry in amphibole minerals.
24        Q.    On page 35 you state, last
25   paragraph, "A more comprehensive analysis

Page 241

1    using the American mineralogists crystal
2    structure database shows that more than 1,000
3    crystal structures have at least one D
4    spacing in the range above."
5              How many of those 1,000 crystal
6    structures have been found in the Vermont
7    talc mines or the Italian talc mines used by
8    Johnson & Johnson?
9         A.    I have no idea, because I know
10   nothing about the mineralogy of talc mines in
11   Vermont or anywhere else.
12        Q.    On page 37, section F, you
13   identify indefensible or unfeasible D
14   spacings in the Longo and Rigler diffraction
15   verification documents.
16             It looks to me like you
17   identify two samples where either the
18   measurement itself is bad or they cannot be
19   anthophyllite or both; is that correct?
20        A.    That's correct.
21        Q.    Out of how many different
22   samples?
23        A.    I'd have to look at the
24   diffraction verification documents. I don't
25   recall exactly how many samples they did. I

61 (Pages 238 to 241)

Melinda Darby Dyar, Ph.D.

Page 242

1    know it was six samples.
2        Q.   But it was how many different
3    particles identified?
4        A.   I honestly don't recall.  We
5    can certainly look it up.
6        Q.   Would you agree that it's over
7    180?
8        A.   I honestly don't recall, but
9    I'd be happy to look it up if you --
10       Q.   Okay.  Go ahead and look it up.
11       A.   Well, let's get out those
12   diffraction verification documents.
13           MR. CHACHKES:  I'm not
14   trying --
15           THE WITNESS:  Are they not --
16           MR. FROST:  They're 5,000
17   pages.
18           THE WITNESS:  No, no, he's just
19   talking about the diffraction
20   verification documents.  These are the
21   only places where there are any HKL
22   measurements.
23   QUESTIONS BY MR. FINCH:
24       Q.   Do you have your materials that
25   you reviewed of Dr. Longo's with you?

Page 243

1            MR. CHACHKES:  We may.  At some
2    point maybe after the break I could
3    check.
4            MR. FINCH:  All right.  We'll
5    check that after the break.
6            THE WITNESS:  There are
7    certainly less than 200.
8    QUESTIONS BY MR. FINCH:
9        Q.   Okay.  But 180, we can -- I
10   mean, it's a number we could look up, but --
11       A.   I know for a fact it's only six
12   different samples.  In one case there are
13   four different crystals -- or particles, and
14   I don't recall for the other five samples how
15   many particles they looked at.
16           In some senses it doesn't
17   matter how many particles they looked at,
18   because there is in -- no evidence in any of
19   those diffraction verification documents that
20   they looked at two different zone axes.  So
21   my conclusions here about the vast number of
22   samples that they can represent stand.
23       Q.   And your opinion that in order
24   to test a material for asbestos using EPA
25   methodology you have to have a confirmation

Page 244

1    on at least two zone axes is relying on
2    Yamate 3 methodology, correct?
3            MR. CHACHKES:  Objection.
4            THE WITNESS:  It's supported by
5    the Yamate 3 -- or the Yamate
6    recommendation, but it's common sense
7    to anyone who knows anything about
8    crystallography.
9            And I can explain it as saying
10   that minerals are three-dimensional
11   structures, and so if you only look at
12   it from one angle, you would know
13   nothing about the third dimension and,
14   therefore, your identification is
15   nonunique.
16   QUESTIONS BY MR. FINCH:
17       Q.   But if the analyst is tilting
18   the goniometer to look at the structure while
19   he's examining it under the electron
20   microscope, isn't it true that he is making a
21   determination in realtime as to whether or
22   not the crystalline structure is or is not
23   consistent with asbestos?
24       A.   According to Dr. Longo's and
25   Rigler's depositions, that's what they're

Page 245

1    doing.  They're looking at the screen and
2    making a decision.  They're not actually
3    using zone axes.  That is what his deposition
4    states.
5            I give that -- citations to
6    that as footnotes in here, 53, 54 and 55.
7        Q.   Okay.  Let's go to page 24 of
8    the report.
9        A.   Uh-huh.
10       Q.   All right.  You have on page --
11   pages 24 through 26 an analysis of the six
12   different analysts in -- working with or for
13   Dr. Longo as to the percentages -- on
14   page 25, the percentages that identify
15   tremolite versus anthophyllite.
16           On page 26, you've got a graph
17   of mineral species identification from
18   Vermont, and then at the bottom of page 26
19   you have a time chart that shows tremolite
20   versus anthophyllite over time.
21           That's Figures 8, 9 and 10 in
22   your report.
23       A.   Yes, and these data were simply
24   taken from the information in Dr. Longo's
25   reports.

62 (Pages 242 to 245)

Melinda Darby Dyar, Ph.D.

Page 246

1     Q.    Okay.
2     A.    As seen in the spreadsheets
3  with which we have provided you.
4     Q.    Right, the backup data that you
5  gave us last night.
6        Let me ask you this --
7        MR. CHACHKES:  Just to be
8  clear, that's Longo's data.  You know
9  that, right?
10       MR. FINCH:  I understand that.
11       MR. CHACHKES:  Okay.
12       MR. FINCH:  It's her analysis
13  of Longo's data.
14       MR. CHACHKES:  No, it's Longo's
15  data.
16       THE WITNESS:  Yes.  There's no
17  analysis involved here.  This is just
18  a graphical representation of the data
19  that are given by Dr. Longo.
20       MR. FINCH:  Okay.  All right.
21       THE WITNESS:  That does not
22  involve analysis.
23  QUESTIONS BY MR. FINCH:
24     Q.    You say that "data in the
25  Longo, Rigler MAS reports indicates that

Page 247

1  samples mined from Vermont appear to have
2  75 percent anthophyllite and 25 percent
3  tremolite."
4        What's the basis of that
5  statement?
6     A.    The data that are in the
7  spreadsheet that you were provided with.
8  Calculations are shown there.
9     Q.    In Figure 10, there are reports
10  done in 2017 -- first of all, what are the --
11  what are the dates on the bottom row of
12  Figure 10?
13     A.    So those are months.
14     Q.    Yes.
15     A.    And they refer to the stated
16  date of analyses that are given on the third
17  page of the TEM reports in all of Dr. Longo's
18  reports.
19     Q.    Would you agree with me that
20  the percentage of tremolite versus the
21  percentage of anthophyllite found in the
22  samples analyzed could depend on the source
23  mine from which it came?
24     A.    Possibly, yes.  But in
25  deposition, Dr. Longo stated that all of the

Page 248

1  samples in these reports were assigned at
2  random, and therefore, given his assertion,
3  it seems highly unlikely that this
4  distribution over time would be seen.
5     Q.    Well, if the material that he
6  had to test through the end of 2017 consisted
7  of three bottles of Vermont-sourced talc and
8  the rest from other parts of the world,
9  either Italy or China, and the analysis done
10  in 2018 where the samples -- the majority of
11  which came from Vermont-sourced talc,
12  wouldn't you expect to see -- or isn't it
13  possible you could have a difference in the
14  percentage of tremolite versus the percentage
15  of anthophyllite just based on the source
16  mine from which the material came?
17       MR. LOCKE:  Objection.
18       MR. CHACHKES:  Objection.
19       THE WITNESS:  If, in fact,
20  Dr. Longo had stated something to that
21  effect in his deposition, that might
22  be a possible conclusion.
23       But the fact is that Dr. Longo
24  says that these samples were assigned
25  at random and, therefore, I have no

Page 249

1  reason to expect or suspect that any
2  particular mine was sourced and
3  provided the analyses at random in
4  this particular time frame.
5  QUESTIONS BY MR. FINCH:
6     Q.    Isn't it true that in MDL
7  reports he lists out the -- do you know when
8  Dr. Longo received the MDL samples?
9     A.    I'm sure that's buried in the
10  chain of custody documents, but I didn't pay
11  much attention to those because when he
12  received them was not relevant to my mandate
13  of assessing the methodology used.
14     Q.    If five analysts are provided
15  with a total of 32 samples, 29 from an
16  Italian mine, 3 from a Vermont mine, and
17  they're randomly distributed in 2017, isn't
18  it the case that you could have a
19  distribution pattern very similar to
20  Figure 10 if those analysts were provided
21  with many, many more samples from Vermont in
22  2018, and it was randomly distributed along
23  the five -- the same five people?  That is
24  one explanation for this time dichotomy you
25  show in Figure 10, correct?

Melinda Darby Dyar, Ph.D.

Page 250

1    MR. FROST: Objection.
2    THE WITNESS: Boy, that's a lot
3 of hypotheticals there.
4    I'd have to sit down and look
5 at the math and review my data, which
6 are not -- which were provided to you
7 but not included in this report, that
8 suggests that there's a 75 percent to
9 25 percent of anthophyllite to
10 tremolite.
11    So, for example, in your case,
12 you're saying that in 2017 perhaps
13 those samples were all from Vermont.
14 Yet if they were from Vermont, then we
15 should have seen a lot more
16 anthophyllite, 75 percent more to be
17 precise.
18    So I'm not sure where you're
19 going with that question.
20 QUESTIONS BY MR. FINCH:
21    Q.    No, you've got it backwards.
22    If virtually all the samples in
23 2017 up through March of 2018 came --
24    A.    Are tremolite.
25    Q.    -- from sources other than

Page 251

1 Vermont --
2    A.    Ah.
3    Q.    -- you would expect to see a
4 lot more tremolite than anthophyllite,
5 correct?
6    MR. LOCKE: Objection.
7    THE WITNESS: That's not true,
8    because I actually don't know what the
9    percentage of anthophyllite to
10    tremolite is in the other mines. I
11    only have -- happen to know it for
12    Vermont.
13 QUESTIONS BY MR. FINCH:
14    Q.    If, in fact, it's 100 percent
15 tremolite and zero percent anthophyllite in
16 the other mines, wouldn't the graphic
17 Figure 10 look exactly the same?
18    You'd see a lot more tremolite
19 in the samples that Dr. Longo was able to
20 test prior to March of 2017 where the mines
21 were predominantly Italy, sources
22 predominantly Italy, versus the MDL samples
23 where the source was predominantly Vermont?
24    MR. FROST: Objection.
25    THE WITNESS: It seems to me

Page 252

1 that you're bending your assertions to
2 match the graph. And I'd rather know
3 the facts on what the distributions of
4 species are in these other deposits,
5 which I don't, in order to support or
6 negate your hypothesis.
7 QUESTIONS BY MR. FINCH:
8    Q.    Okay. Isn't it true that you
9 don't know the distribution of tremolite
10 versus anthophyllite in the samples from
11 outside of Vermont that Dr. Longo's
12 laboratory tested? Correct?
13    MR. CHACHKES: Objection.
14    THE WITNESS: That is correct.
15 All I know is that Dr. Longo stated
16 that the selection and assignment of
17 samples in this study was random.
18 And, therefore, I have no reason to
19 believe your conjecture that there was
20 a bias in geographical assignment of
21 these samples over time, because
22 Dr. Longo himself said that there was
23 not. He said that they were assigned
24 at random.
25

Page 253

1 QUESTIONS BY MR. FINCH:
2    Q.    He said they were assigned at
3 random. He was not asked what percentage of
4 the -- isn't it fair to conclude that it was
5 random for the samples that he had at the
6 time they were being tested, and he didn't go
7 back and randomly assign all the samples to
8 his analysts after he got all the MDL
9 samples?
10    MR. CHACHKES: Objection.
11    THE WITNESS: You know, there's
12 not enough information to be able to
13 answer that question.
14    I did not compile the
15 information on when specific samples
16 were obtained, so I can't either
17 support or negate your assertion
18 without reconsidering the data in the
19 report.
20 QUESTIONS BY MR. FINCH:
21    Q.    All right. Would you agree
22 with me that Mehrdad Motamedi and Anthony
23 Keaton had very consistent findings of
24 tremolite versus anthophyllite for the 179
25 particles that Motamedi examined and Keaton's

Melinda Darby Dyar, Ph.D.

Page 254

1    289 particles?
2    A.    Actually, no, I would say it's
3    kind of odd that Keaton identified a fair
4    number of ferro-anthophyllites and Motamedi
5    did not.
6    Q.    Do you know the source of the
7    talc for each of the six analysts -- each of
8    the five analysts identified in Figure 8?
9    How many -- how many Vermont-sourced talc did
10    Jayme Callan analyze versus other places; how
11    many Motamedi did; how many Keaton did?
12    A.    Well, that information is in
13    Figure 8.
14    Q.    How is it in Figure 8?  It just
15    says what the --
16    A.    It says where it came from,
17    either Vermont or other.
18    Q.    That's in Figure 9.
19    A.    I'm sorry, Figure 9.
20    Q.    What about 8?
21    A.    No, I didn't happen to figure
22    out a way to color code Figure 8 to indicate
23    where the samples came from.  I could have
24    done that, I suppose, but it didn't even
25    occur to me to do that.

Page 255

1    I'm looking at methodology and
2    I'm trying to assess whether the analysts who
3    did this work were consistent and, therefore,
4    I made graphical representations of the data
5    in their own reports, but, no, I did not make
6    yet another graphical representation that
7    would have included both the minerals
8    identified and the locations from which they
9    came.
10    Q.    Would you agree with me that
11    the breakdown as between tremolite and
12    anthophyllite could vary among analysts if
13    one of the analysts was reviewing more
14    Italian-sourced talc and the other analyst
15    was reviewing more Vermont-sourced talc?
16    A.    I don't have enough information
17    to know anything about the ratio of those in
18    the other mines.  So I can't address that
19    question.
20    In point of fact, in the
21    information that I have gave you, you will
22    see that I did not know the mine locations
23    for many, many samples, but I did happen to
24    know the mine location for Vermont for
25    several, so that's how I was able to come up

Page 256

1    with that 75/25 value for Vermont.
2    MR. FINCH:  This is probably a
3    good place to take another break.
4    MR. CHACHKES:  Okay.
5    VIDEOGRAPHER:  The time is
6    3:35 p.m.  Off the record.
7    (Off the record at 3:35 p.m.)
8    VIDEOGRAPHER:  Okay.  All
9    right.  We are now back on the record.
10    The time is 3:54 p.m.
11    QUESTIONS BY MR. FINCH:
12    Q.    We're back on the record after
13    a short break.
14    Ms. Darby Dyar, do you have
15    Exhibit 19 in your pile still?
16    A.    Yes.  Somewhere.  Yes.
17    Q.    Do you consider yourself to be
18    an expert in using electron microscopy and
19    selected area diffraction to determine the
20    extent of amphiboles or serpentine
21    contamination in samples of talc?
22    A.    So, first of all, no one would
23    use SAED to determine the extent of
24    amphiboles or serpentine contamination
25    because you can only do one at a time.  So

Page 257

1    that's sort of a strange question.
2    Do I consider myself to be an
3    expert in using electron microscopy and SAED
4    to identify minerals?  Yes.
5    Q.    Okay.  Exhibit 19 is a report
6    from McCrone Associates where they say,
7    "We've examined two groups of samples using
8    electron microscopy and selected area
9    diffraction to determine the extent of
10    amphiboles or serpentine contamination in
11    these two groups of samples."
12    And then they describe these as
13    talc samples from your orebody, being the
14    Windsor Mineral company's orebody.
15    "The second grade consisted of
16    seven samples which were sent to us
17    subsequently to be analyzed separately."
18    And then it has their general
19    conclusions on pages 2, 3, 4 of the report.
20    Do you see that?
21    MR. CHACHKES:  Objection.
22    THE WITNESS:  It will take me a
23    while to read through these five
24    pages, but I certainly see the pages.
25

65 (Pages 254 to 257)

Melinda Darby Dyar, Ph.D.

Page 258

1    QUESTIONS BY MR. FINCH:
2       Q.   You were asked by Johnson &
3    Johnson to evaluate the methodology that
4    Dr. Longo and Rigler followed to analyze
5    samples of talc to determine whether there's
6    asbestos in them or not, correct?
7           That was your charge here?
8       A.   I was asked to evaluate the
9    methodology -- methodology -- methodology of
10   Drs. Longo and Rigler, yes, that is why we're
11   all here.
12      Q.   If you were asked by Johnson &
13   Johnson to analyze both the methodology and
14   the conclusions of Walter McCrone Associates
15   in this July 1975 report, what information or
16   data or materials would you want to see?
17          MR. CHACHKES:  Objection.
18          THE WITNESS:  That's kind of a
19      strange hypothetical.  Because that's
20      not enough information in here for me
21      to even evaluate what their
22      methodology was.
23   QUESTIONS BY MR. FINCH:
24      Q.   Well, they state that they used
25   electron microscopes and selected area

Page 259

1    diffraction to determine the extent of
2    amphiboles or serpentine contamination of two
3    groups of talc samples.
4           So they describe, at least
5    generally, the tools and methodology they are
6    using in their July 1975 report, correct?
7           MR. CHACHKES:  Objection.
8           THE WITNESS:  I don't know.  I
9       would have to look at this more
10      carefully than just this brief
11      inspection, but, for example, if they
12      used SAED, did they do two different
13      zone axes?  I don't know.  Perhaps if
14      I read -- had the time to sit down and
15      read this, I might find that out.
16          But all they say is electron
17      microscopy.  I don't know what that
18      means.  Does that mean SAED using an
19      electron microscope, or does that mean
20      they did something else other than
21      SAED?  Unclear.
22   QUESTIONS BY MR. FINCH:
23      Q.   Okay.  What information would
24   you want to see in order to evaluate what
25   they did and whether -- or whether or not you

Page 260

1    agreed with their conclusions?
2       A.   So in my report I referred to
3    in -- particularly the Yamate document which
4    we've already discussed on this day that says
5    two zone axis measurements and an EDS pattern
6    are usually enough to identify an asbestos
7    mineral.
8           But there's no information in
9    the very brief, out-of-context document about
10   samples that I don't know where they came
11   from or whether these were actually used as
12   ore for anything having to do with talcum
13   powder.  I don't know.
14      Q.   All right.  Would you -- one of
15   the things, I assume, that you would want to
16   look at would be the EDS, EDXA printouts of
17   their electron microscopes if they used EDS,
18   EDXA to analyze the chemical composition of
19   the structures they were looking at.
20          Is that one item of data you
21   would want to see to evaluate their
22   methodology in coming to this report for
23   Windsor Mineral?
24          MR. CHACHKES:  Objection.
25          THE WITNESS:  So, again, this

Page 261

1       is kind of an extreme hypothetical.  I
2       return to the Yamate paper which says
3       that to identify asbestos you need two
4       SAED patterns and some EDS
5       information.
6    QUESTIONS BY MR. FINCH:
7       Q.   Okay.  So we'd want to see SAED
8    patterns, which are taken at least two
9    different zone axes, correct?
10      A.   Correct.
11      Q.   You'd want to see EDS
12   information, correct?
13      A.   That's what I just said, yes.
14      Q.   Would you want to see
15   photomicrographs of the structures they were
16   examining under the microscope to see what
17   you could learn about their morphology or
18   aspect ratio?
19          MR. CHACHKES:  Objection.
20          THE WITNESS:  All of that
21      depends on what the goal of the
22      testing is.
23          This testing says they found
24      amphiboles, but it doesn't -- but
25      there's no information here that would

66 (Pages 258 to 261)

Melinda Darby Dyar, Ph.D.

Page 262

1    suggest that they are asbestiform
2    amphiboles.
3            And in fact, you'd think that
4    if it's such a rare thing that they
5    would actually note if it was
6    asbestiform, and it's not noted as
7    such in here.
8    QUESTIONS BY MR. FINCH:
9        Q.   Doesn't it say in Table 1 and
10   Table 2 confirmed asbestos visual and then
11   description of sample content of sediment,
12   asbestos?
13       A.   It gives the word "visual,"
14   which does not instill in me a lot of
15   confidence that it's actually either.  Visual
16   of what?  Visual of the SAED pattern?  Visual
17   of the image they were looking at down the
18   electron microscope.
19           There's -- one wonders if
20   there's more to this document and what the
21   context is, and whether these samples were
22   even used in talcum powder.  Can't tell any
23   of that from here.
24           I don't know what the word
25   "low" means, for example.

Page 263

1        Q.   Well, would you want to see
2    their count sheets, for example?
3            MR. CHACHKES:  Objection.
4    QUESTIONS BY MR. FINCH:
5        Q.   To evaluate their methodology
6    and conclusions?
7            MR. CHACHKES:  Objection.
8            THE WITNESS:  I find this
9    question kind of too hypothetical.  If
10   they existed, I would want all the
11   information that they had available.
12   But in particular, I would want the
13   SAED zone axis information and the EDS
14   quantitative information to the extent
15   that that was available in 1975.
16   QUESTIONS BY MR. FINCH:
17       Q.   I want you to assume that you
18   are provided with a hundred samples of talc
19   by Johnson & Johnson and asked to evaluate it
20   for the purpose of determining whether or not
21   it contains asbestiform asbestos fibers.
22           What methodology would you use,
23   what would you do step by step to analyze
24   each particular talc sample?
25           MR. FROST:  Objection.

Page 264

1            THE WITNESS:  I'm not exactly
2    sure how this question is appropriate
3    to my mandate, which was to evaluate
4    the methodology used by someone else.
5            I have not yet been asked to
6    devise my own methodology, and so it's
7    hard for me to make a definitive
8    statement of that.
9            In my report I say that
10   Drs. Longo and Rigler should have
11   followed the Yamate recommendation of
12   two zone axes and an EDS pattern, and
13   I also say that the Su method, which
14   uses PLM, is useful in identifying
15   asbestos.
16           So if I were going to design my
17   own protocol, in vague terms, it would
18   be some combination of those, but
19   that's all I could say without further
20   study.
21   QUESTIONS BY MR. FINCH:
22       Q.   Am I correct that you have
23   never designed a protocol for testing talc
24   to determine whether or not it has asbestos
25   fibers in it?

Page 265

1        A.   I've designed many, many
2    analytical protocols for a wide range of
3    instrumentation, but it is correct to say
4    that I have never devised a protocol for
5    analyzing asbestos in anything.
6        Q.   Okay.  And is it correct to say
7    that you have never in your professional work
8    relied on the published protocol that are out
9    there for analyzing the presence of asbestos
10   in anything?
11       A.   In my research, I have
12   consistently relied on these tools for the
13   identification of a wide range of minerals.
14           What was your question?
15           But I have never had the need
16   in my professional work to rely on any
17   published protocol for analyzing the presence
18   of asbestos.
19       Q.   Okay.  Do you draw a
20   distinction in your mind between the tools
21   that a scientist uses to determine the nature
22   of a mineral and the protocol that a
23   scientist follows to determine the nature of
24   a mineral?
25       A.   Well, the tools are just the

67 (Pages 262 to 265)

Melinda Darby Dyar, Ph.D.

Page 266

1    pencils of a -- of a mineralogist, if you
2    will, and the protocol is that you're trained
3    to use the pencils.
4            So I don't really understand
5    the question.
6        Q.    Okay.  Well, the tools -- would
7    you agree with me that one tool that is
8    useful to determine whether or not there is
9    asbestos in a mineral is a polarized light
10   microscope?
11       A.    Yes.
12       Q.    Would you agree with me that
13   another tool that is useful to determine
14   whether or not there is asbestos in a mineral
15   is a transmission electron microscope?
16       A.    Yes.
17       Q.    Would you agree with me that
18   another tool that is useful to determine
19   whether or not there's asbestos in a mineral
20   is a scanning electron microscope?
21       A.    Yes.
22       Q.    Do you view SAED as a tool or a
23   protocol?
24       A.    I view it as a technique.
25       Q.    Okay.  Do you agree that SAED

Page 267

1    is a useful technique for determining the
2    presence of asbestos in a mineral?
3        A.    No, because as with all the
4    previous questions, some of these techniques
5    only tell you which mineral species is
6    present.
7            So in order to determine
8    whether something is asbestos, of course,
9    part of the answer is understanding the
10   chemistry, part of the answer is
11   understanding the crystal chemistry, and part
12   of the answer is evaluating mineralogy --
13   sorry, morphology.
14           So each of these techniques
15   that we've just discussed here treat a
16   different aspect of the definition of
17   asbestos that's given in my report.
18       Q.    Okay.  And I didn't ask you
19   whether or not SAED is sufficient by
20   itself -- is technique that's sufficient by
21   itself for determining the presence of
22   asbestos in a mineral.
23           I'm asking whether using the
24   technique of SAED is a useful technique for
25   determining the presence of asbestos in a

Page 268

1    mineral if it is used in conjunction with
2    other techniques?
3        A.    Asbestos in a mineral?  I'm not
4    sure what you mean by that.
5        Q.    Asbestos in talc.
6        A.    No, strictly speaking I'm going
7    to reverse my previous answer.
8            SAED can't tell you whether
9    asbestos is present because SAED cannot tell
10   you the -- anything about the morphology of
11   the particle.  SAED can only tell you what
12   the crystal structure is.
13       Q.    Again, my question is not
14   whether SAED by itself can tell you
15   definitively whether a particle is asbestos
16   or not.
17           My question is:  Is SAED a
18   useful technique that a scientist should
19   follow if they're analyzing a sample of talc
20   and they want to determine whether or not
21   there is asbestos in it or not?
22       A.    SAED is useful for answering
23   that question, yes.
24       Q.    Is EDS, EDXA useful for
25   answering the question and analyzing a sample

Page 269

1    of talc to determine whether or not there's
2    asbestos in it?
3        A.    Again, let's be absolutely
4    clear here.  EDS only tells you something
5    about the composition, but knowing something
6    about the composition may, in fact, inform
7    the question of whether or not there is one
8    of the six regulated asbestos mineral species
9    present, yes.
10       Q.    In order for a scientist to
11   conclude that there is asbestos present in
12   talc, is it your view that he or she should
13   test the sample using EDXA with two zone
14   axes -- excuse me, using EDXA, full stop,
15   SAED with two zone axes, PLM and doing a
16   statistical test on the aspect ratios if
17   there's enough fibers to look at to analyze
18   that?
19       A.    If it's -- if it's all done
20   properly, yes.
21       Q.    Okay.  So the four techniques
22   to determine whether or not talc contains
23   asbestos are EDXA, SAED, PLM, and some kind
24   of statistical test on the aspect ratios to
25   determine whether it's asbestiform or

68 (Pages 266 to 269)

Melinda Darby Dyar, Ph.D.

Page 270

```
1    non-asbestiform; is that correct?
2         A.   It doesn't necessarily have to
3    be the aspect ratios, but some kind of
4    statistical test on the measurements of the
5    particle sizes -- size dimensions, yes.
6         Q.   Any other technique that you
7    regard as necessary to determine whether or
8    not talc contains asbestos?
9              MR. FROST:  Objection.  Form.
10             THE WITNESS:  I think that
11   combination of techniques, if done
12   properly, which Drs. Longo and Rigler
13   don't seem to know how to do, would be
14   sufficient to identify impurities that
15   occur in talc as being one of the six
16   regulated asbestos mineral species,
17   yes.
18             But only if they're done
19   properly.  And, of course, my report
20   details the many problems with the way
21   they were done by Drs. Longo and
22   Rigler.
23   QUESTIONS BY MR. FINCH:
24        Q.   Does PLM allow you to
25   positively identify asbestos fibers?
```

Page 271

```
1         A.   If done correctly, it may.
2              So here's the problem,
3    polarized light microscopy relies on two
4    different kinds of information:  One
5    information is about the dimension of the
6    particle and if the particle is bigger than
7    about 2.5 microns, it can be seen with PLM.
8    So that's one thing.
9              And then the other thing is PLM
10   relies on refractive index, and generally
11   speaking you look at it in two directions.
12   So assuming that the particle was big enough
13   to see and assuming that the correct series
14   of refractive index measurements were made as
15   represented by Su who says use 10 to 20
16   different refractive index oils and look at
17   many different grains, if all of that was
18   done properly, then, yes, PLM can potentially
19   be used to identify asbestos minerals.
20             So, again, it's if done
21   properly.  And, of course, as I said, if the
22   dimensions of the grain are such that they
23   can be seen under polarized light -- under
24   PLM.
25        Q.   All right.  On page 46 you said
```

Page 272

```
1    that there's ten instances where the Longo,
2    Rigler reports identifications of
3    asbestos by the Blount PLM method that are
4    well above the sensitivity limits ISO PLM.
5              What do you mean by that?
6         A.   So those are given in the table
7    at the top of page 47.
8              So in other words, there's an
9    inconsistency here because the Blount PLM
10   test, which is supposedly more sensitive than
11   the ISO PLM test, registers no asbestos.  So
12   it's quite an inconsistency here that the
13   other technique is finding unusual and
14   unreproducible amounts.
15        Q.   You're talking about the table
16   at the top of 47?
17        A.   Correct.
18             Where I'm contrasting the
19   Longo, Rigler PLM results with the ones from
20   J3.
21        Q.   Okay.  Do you know how much
22   time the analysts at J3 spent to analyze each
23   sample under PLM versus how much time the
24   analysts in Longo's labs spent to analyze the
25   samples using PLM?
```

Page 273

```
1         A.   I have no information on that.
2    I don't believe that's stated anywhere in the
3    reports.
4         Q.   Do you have an understanding of
5    what is the typical time an analyst would
6    spend to identify by PLM asbestos in an
7    asbestos-containing bulk material where you
8    believe it's likely to be there?
9         A.   So in other words, if you
10   handed me a sample of salt, told me it was
11   salt, and then asked me to identify it under
12   a polarized light microscope, how long would
13   it take me?  Not very long.
14        Q.   10 to 15 minutes?
15        A.   Maybe.
16        Q.   Do you have any understanding
17   as to how much material Dr. Longo's lab
18   analyzed using the Blount PLM method as
19   compared to J3 Resources as reflected in the
20   table at the top of page 47?
21        A.   I don't recall that
22   information.  I don't recall if it was in the
23   report.  I wasn't paying attention to how
24   much material was there because it's really
25   irrelevant.  In PLM you're looking at a very
```

Melinda Darby Dyar, Ph.D.

Page 274

1  small area, and so how much material he had
2  to start out with is completely irrelevant.
3  It's what ended up on the slide and being
4  inspected by PLM that would be relevant.
5       Q.   In your Longo, Rigler, Blount
6  PLM weight percentage, what's the denominator
7  that you're using for that?
8            Is that the material after it's
9  been spun out using the Blount method or is
10  that before?
11      A.   Those are just the results in
12  the report.  I don't recall.  Those are your
13  numbers.  I just tabulated them and put them
14  in my report.  I don't recall.
15      Q.   Do you know what an
16  aberrational corrective lens is for a
17  polarized light microscope?
18      A.   Yes.
19      Q.   Can you explain that?
20      A.   There's different kinds of
21  aberration corrections.  It's basically a
22  piece of glass with optical properties that
23  change the appearance of the image that you
24  see under the microscope.
25      Q.   Could the fact that one

Page 275

1  laboratory used an aberrational corrective
2  lens versus a standard lens affect the
3  ability to detect asbestos in a sample of
4  talc?
5       A.   Well, it would depend on what
6  kind of aberrational microscope it was, and
7  it would also depend on how the analysis was
8  done.
9            So not necessarily, I guess,
10  would be my answer to that.
11      Q.   But it could?
12      A.   It could or it could not,
13  depending on exactly which kind of correction
14  lens you were using.
15           If you're talking about the
16  lens using {sic} in dispersion staining,
17  that's not necessarily a more accurate method
18  than using a succession of refractive index
19  oils.
20      Q.   Could the amount of time spent
21  looking through the sample to determine
22  whether or not there was any asbestos
23  detected affect the results of one laboratory
24  versus another?
25           By that mean I mean if one

Page 276

1  laboratory spent 15 minutes looking at each
2  sample by PLM to determine if they found
3  anything that was indicative of an asbestos
4  fiber and the other laboratory spent two
5  hours per sample, could the time spent affect
6  what is found?
7       A.   You know, as a scientist, I
8  don't think in terms of how long a task
9  takes.  I think in terms of trying to get the
10  right answer.
11           So as a scientist, it didn't
12  even occur to me to look at these reports and
13  ask how long something took.  I assumed that
14  they took enough time to get the answers that
15  they did.
16      Q.   Would you agree with me just
17  generally, if you're looking for minute
18  amounts of material in a substance, the more
19  time you spend looking for it, if it's there,
20  the higher likelihood that you are to find it
21  than as compared to the less time you spend
22  looking for it?
23      A.   So if you hide a needle in a
24  haystack and you search for ten minutes,
25  you're probably not going to find the needle,

Page 277

1  and if you searched for two days, you might
2  not find the needle.  So it kind of depends
3  on the abundance of the impurity that you're
4  looking for.
5       Q.   But do you think --
6       A.   In that case, the difference
7  between two days and ten minutes is not
8  significant.
9       Q.   Have you ever done any analysis
10  to determine whether the difference between
11  two hours of looking at talc with a PLM will
12  make a material difference as compared to
13  looking at it for 15 minutes on a per-sample
14  basis?
15      A.   You know, I teach optical
16  mineralogy, or have taught frequently.  Some
17  students can identify a mineral really fast;
18  some students take a long time.  Both of them
19  will get to the right answer eventually.
20           So as I said, as a scientist, I
21  never think in terms of the time it takes.  I
22  just think about how good the -- about what
23  is necessary to obtain the result needed.
24  Time is not a thing that's usually relevant
25  to me.

70 (Pages 274 to 277)

Melinda Darby Dyar, Ph.D.

Page 278

1      Q.    Am I correct that you did not
2  make any analysis of the time the analysts
3  spent with PLM on the samples in the J3 lab
4  versus the Longo lab?
5      A.    That's correct, and the reason
6  would be that I do not consider time to be
7  relevant to how good their methodology was.
8      Q.    All right.  On page 49 you
9  have -- an example of a confusing PLM image
10 is given in Figure 21.
11     A.    Correct.
12     Q.    Am I correct that Figure 21 is
13 a printout of an image that's in the backup
14 materials to Dr. Longo's report?
15     A.    It is one of his dispersion
16 staining images, yes.
17     Q.    Okay.  You say, "The view at
18 left is pink because it is a dispersion
19 staining image, which is a special way a
20 plate is inserted in the microscope to make
21 the colors more intense and more diagnostic."
22     A.    In layman's terms, yes, that's
23 what I say.
24     Q.    Why do you conclude that it's a
25 dispersion staining image?

Page 279

1      A.    Because the background color is
2  pink, and the action of the dispersion lens
3  is usually to increase the colors that are
4  viewed.
5      Q.    Do you know what an elongation
6  image is?
7      A.    Yes.
8      Q.    What is an elongation image?
9      A.    An elongation image is when you
10 use -- you rotate the microscope to get
11 the -- the image to coincide with the maximum
12 extent of reflective index.
13     Q.    And can an elongation image be
14 done without dispersion staining?
15     A.    Yes.
16     Q.    And it typically is done
17 without dispersion staining, correct?
18     A.    Correct.
19         MR. FINCH:  Can I have the next
20     document?
21         (Dyar Exhibit 22 marked for
22     identification.)
23 QUESTIONS BY MR. FINCH:
24     Q.    What are we up to?  22.
25         So this is Figure 21 out of

Page 280

1  your report; is that correct?
2      A.    I'd have to look, but -- well,
3  actually, I don't think this is Figure 12.
4         Are we looking at the first
5  one?
6         This is not Image 21.
7      Q.    Page 49 of your report.
8         Look at page 49 of your report.
9      A.    Oh, yes -- oh, right, but not
10 this.  Okay.  Yes.
11     Q.    Okay.  Page 49 of your report
12 has -- in the bottom it has a sample number?
13     A.    Yep.
14     Q.    Okay.  And what is the sample
15 number?
16     A.    Well, it's too small for me to
17 read.
18     Q.    Okay.  I can read it.  It says,
19 "M69680-015BL-003, anthophyllite elongation
20 at 400 times."
21     A.    Okay.  Thank you.
22     Q.    All right.  Section 13 is --
23 let's go through it page by page.
24         First of all, it lists the
25 project split number M69680-015BL, correct?

Page 281

1      A.    Correct.
2      Q.    Analyzed by Paul Hess on
3  12/11/2018?
4      A.    That information isn't here,
5  but...
6      Q.    This should be -- do you have
7  the first page of the -- keep going
8  backwards.
9      A.    Ah.  This, yes.  Okay.  Got it.
10     Q.    All right.  So sample
11 M69680-015BL is the sample -- M69680-015BL,
12 that's the sample -- it's from the same
13 sample that you're looking at in Figure 21 in
14 your expert witness report.
15         Right, ma'am?
16     A.    If that's what the label says,
17 then, yes.
18     Q.    Okay.  So the first page of
19 Exhibit 22 -- is that 22, ma'am?
20     A.    Yes.
21     Q.    It says Section 13.
22         The second is a page entitled
23 "PLM Analysis" that has the sample listed,
24 correct?
25     A.    Here?

71 (Pages 278 to 281)

Melinda Darby Dyar, Ph.D.

Page 282

1    Q.    Yes.
2    A.    Yeah.
3    Q.    What is the third page of
4    Exhibit --
5    A.    It's an image.
6    Q.    It's an image with a dispersion
7    staining, correct?
8         MR. CHACHKES:  Just to make
9    sure we're on the -- literally the
10   same page, are you looking at the red
11   page or the gold, black page?
12        MR. FINCH:  I'm looking at the
13   gold and black page.  Yeah, so you're
14   not on the same page.
15        THE WITNESS:  Yep.  Yep.
16        MR. FINCH:  I'm looking at the
17   gold and black page.  This is --
18        MR. CHACHKES:  Not that page.
19        MR. FINCH:  This page.
20        MR. CHACHKES:  You're counting
21   from different numbers.
22        THE WITNESS:  Oh, got it.
23   Okay.
24   QUESTIONS BY MR. FINCH:
25        Q.    This is M69680-015BL-001.

Page 283

1    That's dispersion staining, correct?
2    A.    Well, when you put -- you can
3    use different wave plates to change the
4    color.  Often dispersion staining images are
5    pink.  It's also possible to have that color
6    from a different kind of wave plate.  So I'm
7    not -- I don't think that these -- in some
8    cases they were specifically labeled as such.
9    I don't happen to recall what this one was
10   labeled as.
11        Q.    Well, you said in your report
12   that sample M69680-015BL-003 is a dispersion
13   staining image, correct?
14        You say that at page 49.  "The
15   view of the left is pink because it is a
16   dispersion staining image," right?
17        A.    I do see that, but the same
18   thing could be true with the wave plate.  So
19   it doesn't really matter whether it's a
20   dispersion staining image or a -- just a
21   normal wave plate image.
22        Q.    This is --
23        A.    You interpret them differently.
24        Q.    This is an elongation image?
25        A.    That's what you're telling me,

Page 284

1    yes.
2         Q.    That's what it says right on
3    the document, right?
4         MR. CHACHKES:  Now what page
5    are we on?
6         MR. FINCH:  I'm on the page
7    that is identical to the page that's
8    Figure 21 in her expert witness
9    report.
10        THE WITNESS:  That's what it
11   says, elongation, yes.
12        MR. CHACHKES:  No, you're
13   looking at your report.  I'm saying
14   which -- what page are you looking at
15   in that Section 13?
16        MR. FINCH:  Well, 1, 2, 3, 4,
17   5, 6, 7, 8, 9, 10, 11, 12, 13.
18        13th page of Section 13 --
19        MR. CHACHKES:  Okay.
20        MR. FINCH:  -- of Exhibit 22.
21        THE WITNESS:  Ah, this lovely
22   grain, yes.
23        MR. FINCH:  If you look on the
24   Elmo, I've got it.
25        THE WITNESS:  Yeah, that's

Page 285

1    right.  I have it in my report.  I
2    know what it looks like.
3         Here, I'll just look at it on
4    Alex.
5    QUESTIONS BY MR. FINCH:
6         Q.    And so that is an anthophyllite
7    elongation image, correct?
8         A.    There is no way that's what
9    that is.
10        Q.    And there is -- there's no
11   indication that this is an image taken with
12   dispersion staining, correct, on the picture
13   that's large enough to seen?
14        A.    No, so I might have miswritten
15   that it's a dispersion staining image, but
16   that doesn't change the fact that that is not
17   anthophyllite.
18        Q.    So you were incorrect when you
19   said this was a dispersion staining image; is
20   that true?
21        MR. LOCKE:  Objection.
22        THE WITNESS:  I honestly don't
23   recall.
24        The focus of analyzing this
25   particular image has nothing to do

72 (Pages 282 to 285)

Melinda Darby Dyar, Ph.D.

Page 286

1  with whether it's a dispersion image
2  or not. It has to do with the
3  ridiculousness of there happening to
4  be an amphibole grain that happens to
5  be exactly the same length as a talc
6  particle and happens to line up
7  exactly along the edge of the talc
8  particle. That's the point of
9  including this figure in the document.
10      So whether or not it's a
11  dispersion staining image is real
12  pretty irrelevant.
13  QUESTIONS BY MR. FINCH:
14      Q.   Now, isn't it true that in the
15  previous two images they take a look at the
16  same material from two different rotations?
17  One of it --
18      A.   Yes.
19      Q.   And wouldn't it be the case
20  that if it were a talc particle curled up on
21  edge, it would look different in the
22  M69680-015BL-003?
23      A.   Well, these two images were not
24  taken with the same wave plate. Regardless
25  of whether it was dispersion or not, they're

Page 287

1  not taken -- obviously the colors are
2  different, so they weren't taken under the
3  same conditions, so the colors would be
4  different.
5      Q.   What I'm asking you is, if it
6  were in fact talc rolled up as opposed to
7  anthophyllite, wouldn't it be the case it
8  would appear differently between the image
9  I'm showing you on the Elmo now and the
10  rotated image that's one page behind it?
11      A.   Only if the same wave plate was
12  used in both images.
13      Q.   And you don't know whether
14  that's true or not, do you?
15      A.   One of them says "perpendicular
16  dispersion" and the other one says
17  "elongation," and I don't recall from the
18  report specifically which ones of these is
19  which. I mean -- but clearly they're not
20  under the same conditions. Because when you
21  put a wave plate under a microscope, the
22  colors intensify as seen in the pink
23  background, and this image clearly does not
24  have any kind of wave plate.
25      Q.   Which is the "this" you're

Page 288

1  referring to? The page in front of the
2  elongation image? Page 12?
3      A.   Yeah, it says it's a dispersion
4  staining image, so I guess we have to accept
5  that that's what -- that is what they say it
6  is.
7      But the other one is not --
8  clearly not the same wave plate, so one would
9  conclude that it was a different accessory.
10      Q.   "The other one." What's the
11  other one you're referring to?
12      A.   The ones with the pink
13  background.
14      Because accessories are used in
15  polarizing light microscopes to intensify the
16  colors and change them, and so sometimes the
17  background color is diagnostic of the use of
18  a wave plate.
19      Q.   So you're saying it's your
20  opinion that the images on pages 11, 12 --
21  excuse me, 10, 11, 12 and 13 of Exhibit 22
22  are different structures?
23      A.   Well, they're obviously
24  different grains.
25      Well, that's not true. In one

Page 289

1  case it's the same grain rotated in two
2  directions. Let's see, where is that one?
3      I'm lost in page space. These
4  aren't numbered, so I don't know which ones
5  you're referring to.
6      Q.   Well, let's -- we established
7  that the elongation image is the 13th page of
8  Exhibit 22, right?
9      A.   Okay. This is page 13, yes.
10      Q.   All right. The page before
11  that is the same sample, anthophyllite
12  perpendicular dispersion, correct?
13      A.   Yes.
14      Q.   And then they rotate the
15  sample, and it is the same sample,
16  anthophyllite parallel dispersion?
17      A.   Well, that's the way it's
18  labeled, yes.
19      Q.   So if it were in fact the same
20  sample they've turned two different ways,
21  would you agree with me that that can't be
22  talc rolled up on its side?
23      A.   No.
24      Q.   Why not?
25      A.   Because the optical properties

73 (Pages 286 to 289)

Melinda Darby Dyar, Ph.D.

Page 290

1    of talc, when you look down on the sheets,
2    are different than the optical properties of
3    talc when you look perpendicular to the
4    sheets.
5        Q.    What's a cross-polar?
6        A.    A cross-polar is a piece of
7    glass that is manufactured in such a way that
8    light vibrating in one direction -- only one
9    direction gets -- passes through, like a
10   polarizing pair of sunglasses.
11       Q.    On page 48 and 49 of your
12   report, you state that the Su 2003 paper
13   requires looking at 10 to 20 grains?
14       A.    I believe I quote from the Su
15   document in here somewhere, yes.
16       Q.    It says, "After 10 to 20 fibers
17   are examined in this way, 10 to 20 fibers
18   were examined in the extinction position."
19           What's the difference between
20   the extinction position and the original
21   position?
22       A.    So extinction is when the
23   microscope stage is rotated so the grain
24   becomes dark.
25           It's on page 47, is where the

Page 291

1    quote is from Su.
2        Q.    Uh-huh.
3        A.    And it says pretty clearly,
4    "After 10 to 20 fibers are examined in this
5    way, the fiber with the longest is" -- the
6    longest must be refractive index -- "is
7    assumed to exhibit the refractive index
8    closest to N alpha."
9            But again, there's -- I don't
10   recall any information in either of these
11   reports that says that they used -- they
12   examined 10 to 20 fibers.
13       Q.    Are there any PLM analyses that
14   Dr. Longo's lab performed that you would
15   agree do show asbestos fibers?
16       A.    No.
17       Q.    Not a single one?
18       A.    No, because let's recall that
19   polarized light microscopy can tell you
20   something about the composition, if properly
21   done, and something about the morphology.
22   And all of the images that I examined contain
23   what I consider to be cleavage fragments, not
24   fibers.
25       Q.    Okay.  How did you make the

Page 292

1    determination that the images that you
2    examined contained cleavage fragments and not
3    fibers?
4        A.    Because in my career I've
5    looked at hundreds of thousands of cleavage
6    fragments of minerals under a microscope, and
7    I know what they look like.
8            The -- and I can consistently
9    identify a cleavage fragment based on having
10   looked at hundreds of thousands of cleavage
11   fragments in my career.
12       Q.    So your opinion that what
13   Dr. Longo's analysts are calling bundles of
14   asbestos fibers are in fact cleavage
15   fragments is based on your looking at
16   hundreds of thousands of cleavage fragments
17   under a microscope throughout your career.
18           That's what it's based on,
19   right?
20       A.    That, and the research that I
21   did, some of the images that are included in
22   my report such as -- oh, let's see.  They're
23   on the morphology section.
24           So, for example, the paper by
25   Campbell, et al., 1977, gives examples of

Page 293

1    asbestiform versus non-asbestiform particles.
2            The paper by Gunther in 2010
3    gives examples of asbestiform and
4    non-asbestiform particles.
5            The paper by Harper in 2010
6    gives examples of what asbestiform and
7    non-asbestiform particles look like.
8            The paper by Pierce in 2017
9    gives examples of what cleavage fragments
10   look like.
11           So I would say that I rely on
12   my background of identifying cleavage
13   fragments, along with careful review of the
14   peer-reviewed literature for what constitutes
15   a cleavage fragment, to make my judgment
16   about what is in these samples.
17       MR. FINCH:  Lizzy, can I have
18   the pictures?  You know, the redacted
19   pictures?
20   QUESTIONS BY MR. FINCH:
21       Q.    So am I correct that you can
22   tell by looking at a photomicrograph whether
23   something is a bundle or a cleavage
24   fragment --
25       MR. CHACHKES:  Objection.

74 (Pages 290 to 293)

Melinda Darby Dyar, Ph.D.

Page 294

1    QUESTIONS BY MR. FINCH:
2        Q.    -- based on your expertise and
3    your judgment?
4        A.    That's not what I said.
5             I said I have identified
6    hundreds of thousands of cleavage fragments
7    in my career.  I have very little experience
8    looking at amphibole bundles in thin section,
9    which is why I referred to the literature to
10    find what those images look like.
11        Q.    So you have very little
12    experience of identifying amphibole bundles,
13    correct?
14             MR. LOCKE:  Objection.
15             MR. CHACHKES:  Objection.
16             THE WITNESS:  That's what I
17    said.
18    QUESTIONS BY MR. FINCH:
19        Q.    You have very little experience
20    in looking for asbestos fibers under a
21    polarized light microscope, correct?
22        A.    I have looked at asbestos
23    fibers under a polarized light microscope in
24    the course of teaching for many years.
25        Q.    How many times?

Page 295

1        A.    Oh, we covered the amphibole
2    minerals in mineralogy as a routine thing.  I
3    think I've taught mineralogy 20 times, so
4    that would be 20 weeks of my life spent
5    teaching what kind of -- what amphiboles look
6    like.
7        Q.    How about time spent analyzing
8    structures to determine whether or not they
9    are asbestiform asbestos bundles versus
10    something else?
11             How much time have you spent on
12    a regular basis as part of your academic
13    career doing that?
14        A.    Well, let's go back to my
15    report for a minute and remember that the key
16    methodology for distinguishing between
17    asbestiform and non-asbestiform minerals is
18    by careful analysis of the populations based
19    on the dimensions of the particles.
20             So that is -- that
21    identification is not something that we would
22    do in mineralogy.
23        Q.    You're talking about the
24    statistical analysis --
25        A.    Correct.

Page 296

1        Q.    -- of the particles?
2             Okay.  But you just told me
3    that you had very little experience in
4    reviewing images of asbestiform asbestos
5    bundles under a polarized light microscope or
6    any other kind of light -- any other kind of
7    microscope; is that correct?
8             MR. CHACHKES:  Objection.
9             THE WITNESS:  Boy, I don't
10    think of it as reviewing images.  I've
11    looked down a microscope plenty of
12    times at asbestos.
13             In my experience, most of the
14    asbestos I've looked at has not been
15    bundles.
16    QUESTIONS BY MR. FINCH:
17        Q.    And my question is:  How many
18    times have you looked down a microscope at
19    asbestos fibers?
20             Is it more than a hundred?
21        A.    Well, now you're changing the
22    question.  Before it was about bundles, and
23    now it's about fibers.
24             How many times have I looked at
25    asbestos under a microscope --

Page 297

1        Q.    Yes.
2        A.    -- when I knew it was asbestos
3    from independent means, and I had a
4    macroscopic hand sample, and I myself had
5    prepared the thin section for my class?
6    Literally hundreds.
7        Q.    How about when you're
8    attempting to determine what it is, whether
9    it's asbestos or not?
10        A.    I think we've already
11    established that I was not asked to do
12    testing in this case, so I have not
13    looked at any -- any of the talc samples,
14    period.
15        Q.    No, my question is:  Ever in
16    your career, have you attempted to identify
17    asbestos fibers in a substance where you
18    didn't know what it was?
19        A.    No.
20             But that's pretty similar to
21    the way Drs. Longo and Rigler treat their
22    analyses as well, because they presume that
23    everything they look at that's a particle is
24    either a bundle or a frag -- sorry, a bundle
25    or a fiber.  There's no case in their notes

75 (Pages 294 to 297)

Melinda Darby Dyar, Ph.D.

Page 298

1  where they -- well, it might be a few, where
2  they say something is a cleavage fragment.
3  But they seem to only identify things as one
4  or the other.
5      MR. FINCH:  I'll object and
6      move to strike everything after the
7      word "no."
8  QUESTIONS BY MR. FINCH:
9      Q.    All right.  Let's -- well,
10  actually, there's a few more technical things
11  before we get to this, so...
12          On page 50 and 51 of your
13  report, you fault Dr. Rigler and Longo for
14  not using point counting to estimate the
15  concentration of asbestos by PLM, correct?
16      A.    Correct.  I found no
17  information in their report to indicate they
18  use point counting.
19      Q.    Okay.  And you're relying on
20  ISO 22262-1 for your conclusion that point
21  counting is a methodology they should have
22  followed to estimate asbestos by weight?
23      A.    No, I'm relying on the quote
24  from ISO 2262 {sic} to say that the accuracy
25  of a point count is dependent on the number

Page 299

1  of grains counted.  That is the context in
2  which that statement is made.
3      Q.    Okay.  You're referring to --
4  your citation is to ISO 22262-1, page 29,
5  right?
6      A.    No, page 50 to 51 where I say,
7  "It is well-recognized that the accuracy of a
8  point count depends on the number of grains
9  counted.  This is acknowledged in ISO
10  22262-2, which says," et cetera, et cetera.
11      Q.    All right.  Let's get ISO
12  22262-1.
13      A.    So that should be on page 29,
14  that quote.
15      Q.    We're on page 29 of ISO
16  22262-1, is that quote.
17      A.    That's what it says.  It looks
18  like there might be an error in that.
19      Q.    Isn't the quote that you're
20  talking about found on page 23?
21      A.    Yeah, that might have been a
22  typo.  Although I don't see it on page 23.
23      Q.    Let's see.
24      A.    Let's see if we can find it
25  here.  Point counting.

Page 300

1          It's possible that that quote
2  comes from a different ISO document.  I'd
3  want to look that up.
4      Q.    Is it possible that it comes
5  from ISO 22262-2?
6      A.    Yeah, let's take a look.
7      Q.    ISO 22262-2, page 23.
8      A.    Interestingly, there are no
9  page numbers in this document.
10      Q.    You have Dyar 5?
11      A.    Yeah.
12          MR. CHACHKES:  I think the page
13      numbers were cut off on our copies.
14          MR. FINCH:  Oh.
15  QUESTIONS BY MR. FINCH:
16      Q.    It's Section 14.2.3.4.
17      A.    Got it.  Ah, yes, this is where
18  the point counting is.
19          Okay.  Now we are all literally
20  on the same page.
21      Q.    Okay.  Now, the reference that
22  you have in your report on page 50 and 51 is
23  incorrect, and it should be to ISO 22262-2?
24      A.    Right.  So the 1 should be a 2.
25      Q.    At page 23?

Page 301

1      A.    In the footnote, yes.
2      Q.    Right.  Okay.
3          Do you agree with me that talc
4  particles and any accessory minerals found in
5  talc can have different sizes?
6      A.    Certainly.
7      Q.    Can they have different
8  thicknesses?
9      A.    Certainly.
10      Q.    Can they have different
11  densities?
12      A.    What do you mean, "can they
13  have different densities?"
14      Q.    Can the talc particles and the
15  accessory minerals have different densities?
16      A.    Certainly.
17      Q.    Can different accessory
18  minerals have different densities?
19      A.    They may.
20      Q.    Can talc particles have
21  different thicknesses from other talc
22  particles?
23      A.    Yes.  Or they could be the
24  same.
25          When you make a grain mount,

Melinda Darby Dyar, Ph.D.

Page 302

1    you have no guarantees of what thicknesses of
2    anything are.
3        Q.    And would you agree that the
4    point counting methodology that ISO 22262
5    refers to -- refers you back to ISO 22262-1
6    to describe how to do point counting?
7        A.    I don't see that right here.
8            You want to tell me where it
9    says that?
10       Q.    I misspoke. I'm sorry.
11           Section 14.2-3-4 is where it
12    talks about "the statistical reliability of a
13    point count for determination of asbestos
14    depends on the number of asbestos points, not
15    on the total nonempty points examined."
16           That's the quote you have --
17       A.    That's the quote.
18       Q.    -- in your report?
19       A.    Yes.
20       Q.    Okay. And the determination of
21    amphibole in talc is found on page 29 of ISO
22    22262-2, correct?
23           MR. CHACHKES: So we don't have
24    page numbers.
25           MR. FINCH: Page -- it's 16.3.

Page 303

1        16.3.
2            THE WITNESS: Yep.
3    QUESTIONS BY MR. FINCH:
4        Q.    Okay. This talks --
5        A.    That describes a centrifuge
6    procedure, yes.
7        Q.    And then it refers you back.
8    It says, "Quantify any asbestiform amphibole
9    in the centrifugate by the point counting
10    procedure specified in 14.2.3," right?
11       A.    Of this document, yes.
12       Q.    Yes. Of ISO 22262-2.
13       A.    Which is the minimum of 20
14    asbestos points or the equivalent of 13,000
15    nonempty points. That's what it's referring
16    to, yes.
17       Q.    Right.
18           But if you go to the beginning
19    of Section 14.2.3, that's the section that
20    refers you back to point counting by PLM or
21    SEM that's found on page 20 of the exhibit.
22    It's the beginning of 14.2.3.
23       A.    Yes.
24       Q.    All right. What it states is,
25    "Conventional point counting determines the

Page 304

1    relative projected areas occupied by
2    different particle species on a microscope
3    slide. The integrated relative volumes of
4    different particle species can be calculated
5    from a conventional point count, but only if
6    the particles are all of the same thickness.
7    If the densities of the various particle
8    species are known, the relative weights of
9    the different particle species can be
10    calculated. However, conventional point
11    counting does not produce correct results
12    when applied to the determination of the
13    proportion of asbestos in a mixture of
14    particles with a wide range of different
15    thicknesses and different densities."
16           Did I read that correctly?
17       A.    You did.
18           So I think the point here is
19    twofold. There's not -- there's very little
20    information in the Longo and Rigler reports
21    about the PLM procedures used. And in fact,
22    in most cases when we do this in the
23    laboratory, we sieve the samples so the
24    particles are all the same size.
25           So one normal, logical

Page 305

1    assumption would be that they sieve their
2    particles before they did the PLM analysis.
3    It doesn't say that they did not; it doesn't
4    say that they did. There's not just enough
5    information to know if that's what they did.
6        Q.    Isn't it true that
7    Section 14.2.3 that I just read you said that
8    point counting is not accurate if the -- to
9    determine the proportion of asbestos in a
10    mixture of particles with a wide range of
11    different thicknesses and different
12    densities?
13       A.    That is indeed what the
14    document says. And what I'm telling you is
15    that it's also possible that the data in the
16    Longo, Rigler reports were all from a sieved
17    sample which were, in fact, the same grain
18    size, in which case you would be able to
19    extract useful information out of it.
20           But the germane point here is
21    what's in my report, and that is that the
22    Longo and Rigler analysts didn't do any of
23    this. They just used visual estimates rather
24    than point counting. And they say in their
25    deposition that they used -- compare visual

77 (Pages 302 to 305)

Melinda Darby Dyar, Ph.D.

Page 306

1    comparisons against unspecified and
2    unregulated weight percent standards.
3             But the results of those are
4    really un -- different from the ones from TEM
5    and, therefore, I consider them to be
6    unreliable.
7             MR. CHACHKES:  Incidentally,
8        we've been going over a little over an
9        hour, if you reach a wrapping-up
10       point.
11            MR. FINCH:  Two more questions,
12       and then we'll stop for a break.
13            MR. CHACHKES:  Always two.
14   QUESTIONS BY MR. FINCH:
15       Q.    But you have no information
16   about whether or not they had sieved the
17   samples so that all the particles were of the
18   same thickness and the same density before
19   analyzing them, correct?
20       A.    Correct.
21       Q.    And ISO 22262-2,
22   Section 14.2.3, says that point counting does
23   not produce correct results when the asbestos
24   is in a mixture of particles with a wide
25   range of different thicknesses and different

Page 307

1    densities, correct?
2        A.    But, sir, your point is moot
3    because the point I make in my report is that
4    they didn't even use point counting.  So
5    regardless of whether they sieved the samples
6    or not, they didn't do point counting, so
7    it's unclear to me why this is even relevant.
8        Q.    Isn't one reasonable
9    interpretation of ISO 22262-2 is that you're
10   not supposed to do point counting if you're
11   analyzing asbestos found in a material with a
12   wide range of different thicknesses and
13   different densities?
14       A.    No, because it would be
15   entirely possible to sieve the samples to
16   make sure they were all the same grain size.
17       Q.    Does it say anywhere in ISO
18   22262-2 to sieve all the samples so that
19   they're the same particle and grain size?
20       A.    It doesn't need to say that.
21   It says that if they are a different grain
22   size, you won't get good results.  So that
23   implies that if you wanted to get good
24   results, you would sieve the samples, which
25   is the standard protocol.

Page 308

1             Point counting is not just used
2    in the asbestos industry.  Point counting is
3    a time-honored geologic technique that's been
4    used for probably a hundred years.
5             MR. FINCH:  Let's take a break.
6             VIDEOGRAPHER:  All right.  The
7        time is 4:58 p.m.  Off the record.
8        (Off the record at 4:58 p.m.)
9             VIDEOGRAPHER:  Okay.  We are
10       back on the record.  The time is
11       5:32 p.m.
12   QUESTIONS BY MR. FINCH:
13       Q.    Good afternoon, Professor Darby
14   Dyar.
15            At page 53 of your report --
16   this is Exhibit 2 to your deposition, your
17   expert witness report.
18       A.    Sorry, what page is that again?
19       Q.    53.
20       A.    I'm there.
21       Q.    All right.  On page -- at
22   Figure 23 A, images of non-asbestiform
23   particles from Gunther 2010.
24            Do you see that?
25       A.    Yes.

Page 309

1        Q.    Those are images taken from the
2    paper that you and I looked at earlier today,
3    Mickey Gunther's 2010 paper entitled
4    "Defining Asbestos Differences Between the
5    Built and Natural Environments"?
6        A.    Mickey's written a lot of
7    papers, but if that's what I say, then that's
8    the one I reference, yes.
9        Q.    Well, you referred to Gunther
10   2010.  I'm just --
11       A.    Well, hang on.  Let's take a
12   look here.
13            Yes.  So between -- yep, that's
14   it.  Yep.
15       Q.    Okay.
16       A.    Do you want me to pull that
17   out?
18       Q.    No.  No.  No.
19       A.    That is indeed where those
20   images came from.
21       Q.    Those images came from what we
22   have marked to our deposition as exhibit --
23   your Deposition Exhibit 11, correct?
24       A.    Yeah.  Might turn the page, I'm
25   sure.  Yeah, they're in there.

78 (Pages 306 to 309)

Melinda Darby Dyar, Ph.D.

Page 310

1      Q.    Okay.  Were you aware at the
2   time that Mr. Gunther wrote this paper that
3   he was serving as an expert witness for the
4   RT Vanderbilt talc company and issuing expert
5   reports that called the materials that were
6   found in Gouverneur talc, Gouverneur,
7   New York, talc, non-asbestiform cleavage
8   fragments as opposed to asbestos --
9   asbestiform fibers?
10         MR. CHACHKES:  Objection.
11         THE WITNESS:  No, I was not
12   aware of any of that.
13   QUESTIONS BY MR. FINCH:
14      Q.    Are you aware that there has
15   been an epidemic of mesothelioma from
16   employees of the Gouverneur talc mine in and
17   around the -- who were employed by the
18   Gouverneur talc mine by RT Vanderbilt?
19         MR. LOCKE:  Objection.
20         THE WITNESS:  No, I'm not aware
21   of that.
22         MR. FROST:  Objection.
23   QUESTIONS BY MR. FINCH:
24      Q.    Are you aware that the EPA
25   Region 9 has criticized Dr. Gunther and

Page 311

1   Mr. Lee's analysis of the distinction between
2   asbestiform and non-asbestiform?
3         MR. FROST:  Objection.
4         MR. CHACHKES:  Objection.
5         THE WITNESS:  No, I'm not aware
6   of that.
7         And I will also point out that
8   in my report I give examples of
9   non-asbestiform particles from other
10   sources such as Campbell 1977 and --
11   and Pierce 2017.
12   QUESTIONS BY MR. FINCH:
13      Q.    All right.  Were you aware that
14   Pierce's paper was -- are you aware that
15   Ms. Pierce is an employee --
16         MR. FINCH:  Is it Exponent or
17   ChemRisk?
18         MR. CHACHKES:  Are you aware?
19         MR. FINCH:  I am, but I'm
20   50-some years old, and remembering
21   everything off the top of my head
22   isn't as easy as it used to be.
23   QUESTIONS BY MR. FINCH:
24      Q.    Are you aware of the nature of
25   the entity that employs Ms. Pierce and what

Page 312

1   its mission statement is?
2         MR. CHACHKES:  Objection.
3   Form.
4         THE WITNESS:  No, I have no
5   knowledge of that.
6   QUESTIONS BY MR. FINCH:
7      Q.    You've never heard of Exponent
8   or ChemRisk before?
9      A.    No.
10      Q.    Are you familiar with the
11   terminology "doubt science" or "distraction
12   science"?
13         MR. CHACHKES:  Objection.
14         THE WITNESS:  Never heard that
15   term.
16   QUESTIONS BY MR. FINCH:
17      Q.    On page 53 of your report you
18   say, "Bundles occur as separable groups of
19   parallel fibers with splayed ends and matted
20   masses as seen in Figure 23 B," as in
21   basketball, right?
22      A.    Yes.
23      Q.    Do you agree with me that
24   bundles do not have to have splayed ends?
25      A.    All I know is that in ISO

Page 313

1   22262-1, bundles are described as structures
2   composed of parallel, smaller diameter fibers
3   attached along these -- along their lengths.
4         I think the point is that
5   Drs. Longo and Rigler don't define what a
6   bundle is either, so it's unclear what
7   they -- what they mean when they make those
8   assignments.
9      Q.    All right.  In page 5 of ISO
10   22262-1, Section 2.29?
11      A.    Yeah, I think I stole one of
12   yours.
13         Section 2 point what?
14      Q.    29, 2.29 in the definitions.
15      A.    Uh-huh.
16      Q.    It says -- it has a definition
17   of fiber bundle, correct?
18      A.    Which is exactly the definition
19   I gave, I believe, yes.
20      Q.    Well, in your report you say
21   "bundles occur as separable groups of
22   parallel fibers with splayed ends and matted
23   masses."
24         And my question to you was:  Do
25   you agree that fiber bundles do not always

79 (Pages 310 to 313)

Page 314

1  exhibit splayed ends?
2      A.    You know, I've not been called
3  upon to make that judgment call, so I can't
4  say.
5      Q.    Will you agree with me that in
6  the definition of fiber bundle on page 5,
7  Section 2.29 of ISO 22262-1, it states, "A
8  fiber bundle may exhibit diverging fibers at
9  one or both ends"?
10     A.    Yes, it does say -- it does say
11  that, yes.
12     Q.    Okay.  And you would agree with
13  me that "may" does not mean "always"?
14     A.    Correct.
15         But I did not say that bundles
16  are defined as.  I just said that's how they
17  occur.  Very important distinction.
18     Q.    And you would agree with me --
19  would you agree with me that you can have a
20  bundle of asbestos fibers without splayed
21  ends at either end of the bundle?
22         MR. LOCKE:  Objection.  Asked
23  and answered.
24         THE WITNESS:  The definition in
25  ISO 22262 makes a note that says that.

Page 315

1  QUESTIONS BY MR. FINCH:
2      Q.    It makes a note that it may
3  have splayed ends.  It also may not have
4  splayed ends, too, correct?
5      A.    That's correct.
6      Q.    All right.  And in
7  Section 7.2.3.7.1 of the same document,
8  page 22?
9      A.    7.2.3 -- yeah, got it.
10     Q.    It has a description of
11  morphology for -- "morphology that is
12  characteristic of asbestos is as follows,"
13  and then it has a description of the
14  morphology characteristics in laboratory
15  samples for PLM identification of the fiber
16  type.
17         Do you see that?
18     A.    I do see that here.
19     Q.    Okay.  It says, "A, the
20  presence of fiber aspect ratios in the range
21  of 20 to 1 or higher for fibers longer than
22  5 microns."
23         Do you see that?
24     A.    Yes.
25         Be careful, you're diverting

Page 316

1  from counting criteria into characteristics
2  for fibers and bundles.
3      Q.    The section is entitled
4  "Morphology," correct?
5      A.    Yes.
6      Q.    And it lists A, B and C,
7  correct?
8      A.    Yes, but it says "generally
9  recognized."  It doesn't say "always
10  recognized."
11     Q.    And would you agree with me
12  that it doesn't say that all of these
13  characteristics have to be present in order
14  for it to be morphology consistent with
15  asbestos?
16     A.    It doesn't say that -- it's not
17  clear.  The document itself is not clear.
18     Q.    Are you aware of any -- other
19  than the statistical testing using the aspect
20  ratio we'll get to it in a minute, are you
21  aware of any objective way to determine
22  whether or not a structure you're looking at
23  is a bundle or a cleavage fragment in terms
24  of something you can measure using a tool or
25  a technique of --

Page 317

1      A.    So before I answer that
2  question, I'd like to back up to your last
3  question and point out that there's a note
4  at the end of this section which says, "This is
5  intended as guidance for analysts, and it is
6  not intended to override the definition of
7  asbestos as presented in 2.9."
8         So let's make sure we make a
9  note of the fact that these morphology
10  comments here are intended as guidance and
11  not as overriding other considerations
12  elsewhere in the document.
13         All right.  Now --
14     Q.    And it also refers to national
15  regulation.  It's not intended to override
16  any national regulation, correct?
17     A.    That's what it says.
18         Now, if we can go back to your
19  question.
20     Q.    So my question is:  Other than
21  the statistical test of aspect ratios on a
22  population basis, is there any quantitative,
23  objective way that you know of to identify
24  the morphology of a bundle as being a bundle
25  of asbestos fibers versus a cleavage

Melinda Darby Dyar, Ph.D.

Page 318

1   fragment?
2         MR. FROST:  Objection to form.
3         THE WITNESS:  Let's see.
4   "Other than."
5         So we've established that
6   statistical tests of particle
7   dimensions on populations are the best
8   and only way to determine whether
9   something is asbestiform and
10  non-asbestiform.
11        From an individual particle and
12  a two-dimensional image, it is
13  impossible to make those kinds of
14  judgments.
15  QUESTIONS BY MR. FINCH:
16        Q.    Would you agree with me that
17  Section 7.2.3.7.1 says, "In light microscope,
18  the asbestiform habit is generally recognized
19  by the following characteristics," and it
20  lists characteristics that do not discuss the
21  statistical testing of a population of -- on
22  an aspect ratio basis?
23        A.    My interpretation of this
24  document is verbatim what it says, which is
25  this is intended for guidance.  It's not

Page 319

1   intended to be, as it says, a way to
2   discriminate between non-asbestiform and
3   asbestiform amphibole populations in a
4   rigorous way.
5         Q.    Okay.  On page 23, in the same
6   section, in the text below number 5 --
7         A.    Uh-huh.
8         Q.    -- it has a discussion in the
9   second paragraph that begins "In general."
10        Do you see that?
11        A.    Yes.
12        Q.    Okay.  ISO 22262-1 states, "In
13  general, for this part of ISO 22262, the
14  presence of either the asbestiform or the
15  non-asbestiform analogs of tremolite and
16  actinolite, anthophyllite or richterite,
17  winchite, can usually be specified.  If the
18  majority of the amphibole fibers longer than
19  5 microns have aspect ratios equal to or
20  lower than 5 to 1, and if the fibers do not
21  exhibit any of the characteristics in C" --
22        Which is referring back to
23  page 22, correct?
24        A.    Yes.
25        Q.    -- "it can be concluded that

Page 320

1   the amphibole is probably non-asbestiform,
2   with a degree of certainty increasing with
3   decreasing maximum aspect ratio.  If any
4   amphibole fibers longer than 5 microns with
5   aspect ratios in the range of 20 to 1 or
6   higher are observed, then it can be concluded
7   that amphibole asbestos is probably present,
8   with a degree of certainty increasing with
9   increasing aspect ratio."
10        Did I read that correctly?
11        A.    You read it correctly.
12        Q.    And it says, if any amphibole
13  fibers longer than 5 microns with an aspect
14  ratio in the range of 20 or {sic} 1 or higher
15  are observed, then it can be concluded that
16  amphibole asbestos is probably present.
17  Right?
18        A.    That's what it says.
19        Q.    So that means -- "any" means
20  more than 1, correct?
21        If you've got any amphibole
22  fibers longer than 5 microns with an aspect
23  ratio in the range of 20 or 1 to higher, ISO
24  22262-1, Section 7.2.3.7.1, says that it can
25  be concluded that amphibole asbestos is

Page 321

1   probably present, with a degree of certainty
2   increasing with increasing aspect ratio?
3         A.    Let us, again, point out that
4   immediately following the paragraph you wrote
5   {sic} it says, "This is intended for guidance
6   for an analyst," first of all.
7         And second of all, let's go
8   back and look at the populations in this
9   particular situation.  And in fact, it says
10  that the average aspect ratio of all
11  particles looked at by Longo and Rigler is
12  13.34.
13        So under their own
14  definition -- or under the definition in this
15  document, none of the particles identified by
16  Drs. Longo and Rigler would be considered to
17  be asbestiform.  So you're arguing my own
18  point.
19        Q.    Average doesn't mean -- the
20  average -- you said Longo and Rigler found
21  that the average aspect ratio was 13 point
22  something, correct?
23        A.    Correct.
24        Q.    Average is not the same as the
25  longest, correct?

Melinda Darby Dyar, Ph.D.

Page 322

1    A.    That's correct.  But it is also
2    the case that population distribution of
3    non-asbestiform and asbestiform amphiboles
4    would all have some samples since it's an
5    asymptotic distribution potentially in the 20
6    to 1 range.
7    Q.    Does -- isn't it true that
8    Dr. Longo and Dr. Rigler did find amphibole
9    fibers that were longer than 5 microns which
10   had an aspect ratio of 20 to 1 or higher?
11   A.    I don't know.  Very few of
12   them, based on the information in the plot
13   and figure of 28 C, a very, very small
14   percentage of the Longo and Rigler samples
15   have aspect ratios that are greater than 20
16   to 1.
17   Q.    Okay.  And doesn't it say if
18   any amphibole fibers longer -- any meaning
19   any, not average -- any amphibole fibers
20   longer than 5 microns with aspect ratios in
21   the range of 20 to 1 or higher are observed,
22   then it can be concluded that amphibole
23   asbestos is probably present?
24         That's what ISO 22262-1 says,
25   does it not?

Page 323

1    A.    That is what it says, but below
2    that it also says "this is intended only as
3    guidance."
4          And then it mentions
5    populations, which is, of course, the more
6    appropriate analysis, which is what I've done
7    in the report.
8    Q.    Okay.  And in your report when
9    you're analyzing the populations, am I
10   correct that you say that -- you fault
11   Dr. Longo and Rigler for only analyzing the
12   average aspect ratio for particles longer
13   than 5 microns, correct?
14         MR. CHACHKES:  Objection.
15         THE WITNESS:  Yes, that's what
16   I say.
17   QUESTIONS BY MR. FINCH:
18   Q.    All right.  And --
19   A.    Well, in point of fact what I
20   say is that they only counted particles with
21   aspect ratios greater than 5 to 1, which
22   improperly biases their results toward
23   finding an asbestiform particle population,
24   although it was unsuccessful.  Because even
25   with that limitation, their mean aspect ratio

Page 324

1    of particles was still 13, which is well
2    below 20 to 1.
3    Q.    Where does it say that the
4    average aspect -- in ISO 22262-1 does it say
5    in Section C, Section 72371, that the average
6    aspect ratio has to be in the range of 20 to
7    1 or higher?
8    A.    It says, "This is intended as
9    guidance for the analyst to discriminate
10   between non-asbestiform and asbestiform
11   amphibole populations."
12         So to me it is implied that
13   these measurements would be made on multiple
14   samples in order to accumulate enough data to
15   understand the population represented.
16   Q.    And in analyzing the aspect
17   ratios, am I not correct that in
18   Section 7.2.3.7.1 of ISO 22262-1 they are
19   talking about the aspect ratios for fibers
20   longer than 5 microns?  Correct?
21   A.    It just gives a guidance that,
22   yes, if any amphibole fibers longer than
23   5 microns -- that's what it says there.
24   Q.    And if any amphibole fiber with
25   longer than 5 microns has an aspect ratio of

Page 325

1    20 to 1 or higher, then it could be concluded
2    that amphibole asbestos is probably present.
3          And this is in a guidance
4    document for analysts to discriminate between
5    non-asbestiform and asbestiform amphibole
6    populations?
7    A.    I think we can agree to
8    disagree here.  The term "probably" is used
9    in this sentence, and then it's followed by a
10   note that says that this is intended as
11   guidance to discriminate between populations.
12         So I believe that the pop --
13   the use of populations is the absolute
14   paramount, most useful method for
15   discriminating morphologies.
16         And let's bring it back to the
17   Longo and Rigler report, too.  So in the
18   Longo and Rigler report they use TEM to
19   visually distinguish these things, so they
20   are -- their conclusions are not using aspect
21   ratios in any way.
22   Q.    Doesn't Dr. Longo have analysis
23   of aspect ratio of the structures he analyzes
24   that you recreate at --
25   A.    He presents that information in

82 (Pages 322 to 325)

Melinda Darby Dyar, Ph.D.

Page 326

1    his tables, but I believe that in his
2    deposition he indicated that the terminology
3    that's associated with the images is made at
4    the time of acquisition, before there's any
5    analysis -- before any analysis has been
6    undertaken.
7        Q.    Isn't it true -- you say in
8    footnote 94, "Although the longer Rigler MDL
9    reports utilize PLM for evaluating optical
10   properties, the reports do not give aspect
11   ratios for studied particles either in the
12   photomicrographs themselves or in any of the
13   tables."
14       A.    For the PLM data, I believe
15   that is correct.
16       Q.    All right.  We just looked at
17   exhibit -- I think it's Exhibit 22, which was
18   Section 13.
19       A.    It's in here somewhere.  Here
20   we go.
21       Q.    And am I correct that in
22   multiple places in the PLM images in
23   Exhibit 22 there are measurements of the
24   length of the structure in microns, and in
25   the tables there are -- there are -- there is

Page 327

1    data in the count sheets for each structure
2    as to its length and width which would enable
3    you to calculate an aspect ratio?
4        A.    What did I exactly say in my
5    report?
6            I was looking for tables that
7    counted aspect ratios, and there is no aspect
8    ratio in this particular document.
9        Q.    Right.
10           But the data from which one
11   could calculate aspect ratios is available in
12   every count sheet, correct?
13       A.    But that's not what I said.
14           What I said in my report was,
15   the reports do not give aspect ratios for
16   studied particles.
17       Q.    The reports give you all the
18   data you need to calculate the aspect ratios
19   for every single particle studied, correct?
20           MR. CHACHKES:  Objection.
21           THE WITNESS:  I would have to
22       review the data again to make sure
23       that those are all there.  I don't
24       recall.
25

Page 328

1    QUESTIONS BY MR. FINCH:
2        Q.    An aspect ratio is simply
3    dividing the length by the width, right?
4        A.    That's correct.
5            But I would point out that many
6    of the images like this one do not include
7    measurements.
8        Q.    But the count sheets do that
9    back up the images, correct?
10       A.    When they are provided.
11       Q.    Did --
12       A.    It's unclear to my -- I'd have
13   to go back and look.  It's unclear to me
14   whether both -- whether all the PLM
15   measurements, including those done by Lepoy
16   {phonetic} and those done by Longo and
17   Rigler, included such count sheets.
18       Q.    Okay.  You say that --
19       A.    But in any case, it's
20   irrelevant because the population mean of all
21   of these particles is not high enough to be
22   consistent with the presence of a population
23   of asbestiform minerals.
24       Q.    All right.  The population mean
25   that Drs. Longo and Rigler calculated was an

Page 329

1    aspect ratio of 13.34, right?
2        A.    By my calculations, yes.
3        Q.    And what publication do you
4    rely upon for your conclusion that it is a
5    requirement under the international standards
6    for analyzing asbestos that the aspect -- the
7    average aspect ratio must be higher than 20
8    to 1?
9            MR. CHACHKES:  Objection.
10           THE WITNESS:  I don't rely for
11       my conclusion on the requirement that
12       the aspect ratio be higher than 20 to
13       1.  I'm just pointing out, apropos of
14       the discussion we just had about ISO
15       22262-1, that it happens to mention
16       aspect ratios of greater than 20 to 1.
17           And I'm pointing out that as it
18       happens, the aspect ratio of all the
19       particles' population measured by
20       Longo and Rigler is significantly
21       lower than that.  That's all I'm
22       saying.
23           (Dyar Exhibit 23 marked for
24       identification.)
25

83 (Pages 326 to 329)

Melinda Darby Dyar, Ph.D.

Page 330

1  QUESTIONS BY MR. FINCH:
2      Q.    All right.  Let's mark this as
3  Exhibit 23.  This is Exhibit Number 23, I
4  hope.
5           Have you ever seen this
6  document before?
7      A.    Nope.
8      Q.    Do you recognize Richard Lee as
9  the president of the organization that Matt
10 Sanchez works for?
11     A.    I assume so.  I assume that's
12 what RJ Lee stands for.
13     Q.    And Ann Wylie is the scientist
14 we talked about before.  You rely on
15 Dr. Wylie's publications in part for your
16 opinions in this case?
17     A.    Certainly I cited some of Ann's
18 publications, yes.
19     Q.    This is a non-peer-reviewed
20 publication that they put together describing
21 what is asbestos.
22           Do you see that?
23     A.    I can see that it's from a
24 non-peer-reviewed source, yes.
25     Q.    All right.  And on pages 6 and

Page 331

1  7 --
2           Does your copy have pages at
3  the bottom?
4      A.    Yes, it does.
5      Q.    -- they have pictorial images
6  of asbestos, asbestiform and non-asbestiform
7  materials, correct?
8      A.    Yes.
9      Q.    And have you analyzed each of
10 the structures identified by Dr. Longo's
11 analysts and pictographs taken by Dr. Longo's
12 analysts to determine whether or not they
13 look more like the middle box under
14 asbestiform than any of the materials -- any
15 of the pictures of non-asbestiform on page 7?
16     A.    So the point is that it's very
17 difficult to distinguish images on the basis
18 of one TEM image which is only
19 two-dimensional.  You really need multiple
20 measurements of the dimensions of a particle,
21 on multiple particles, in order to make an
22 assertive and a definitive decision.
23     Q.    And one way to do that is to
24 analyze the aspect ratio of particles that
25 are 5 microns long or longer to determine

Page 332

1  both the mean aspect ratio and the outlier
2  aspect ratios, correct?
3           MR. CHACHKES:  Objection.
4           THE WITNESS:  As an analyst,
5  once you have the thing in the TEM,
6  you'd like to collect as much data as
7  possible.  And, yes, a way as
8  described in my report to determine
9  the population of aspect ratios
10 represented in your sample is to make
11 multiple measurements.
12 QUESTIONS BY MR. FINCH:
13     Q.    I believe you said that you
14 have met Ann Wylie but you couldn't pick her
15 out of a crowd; is that correct?
16     A.    Correct.
17     Q.    Have you communicated with her
18 in any way about your work in this case?
19     A.    No.
20     Q.    Have you submitted -- well, let
21 me ask you this:  Is your expert report in
22 this case, Exhibit 2, been peer-reviewed?
23     A.    No.
24     Q.    Do you intend to submit it to
25 any peer-reviewed journal?

Page 333

1      A.    It would not be appropriate.
2      Q.    Why not?
3      A.    Because it's simply an analysis
4  of reports.  It's nothing worthy of a
5  peer-review journal.  It's not -- it's not
6  appropriate.
7           Peer-reviewed journals are for
8  fundamental research, which this is merely a
9  report that critiques something else.  Just
10 as I would not ever submit my review of a
11 paper as a peer-review article.
12           MR. FINCH:  Can I have the next
13 document?
14           (Dyar Exhibit 24 marked for
15 identification.)
16 QUESTIONS BY MR. FINCH:
17     Q.    Let's mark this as 24.
18           Do you rely on US Geological
19 Survey's Mineral Commodity profiles for
20 anything, any aspect of your work?
21     A.    No.
22     Q.    Do you agree that the US
23 Geological Survey is a reputable source if
24 one is looking to identify what the US
25 Geological Service considers asbestos to be?

84 (Pages 330 to 333)

Melinda Darby Dyar, Ph.D.

Page 334

1        MR. CHACHKES: Objection.
2        THE WITNESS: I haven't
3    researched that, so I don't actually
4    have a good answer for that.
5    QUESTIONS BY MR. FINCH:
6        Q.    You cited to a publication by
7    Wylie and Virta in your expert witness
8    report, correct?
9        A.    That's correct.
10       Q.    And were you aware that's the
11   same Virta who wrote the USGS Mineral
12   Commodity profile "Asbestos" in 2005, by
13   Robert L. Virta?
14       A.    Apparently that's the case.
15       Q.    And do you agree with me that
16   the US Geological Survey Mineral Commodity
17   profile for asbestos is the United States
18   government's definition of what constitutes
19   asbestos from the perspective of the geology
20   scientists that work for the USGS?
21       MR. CHACHKES: Objection.
22       THE WITNESS: You know, you've
23   just given me a 56-page document, and
24   we have a very short time left. I'd
25   be happy to use it to evaluate this

Page 335

1    document, but I can't answer your
2    question without actually reading this
3    document.
4    QUESTIONS BY MR. FINCH:
5        Q.    Does tensile strength have
6    anything to do with determining whether what
7    you see under a microscope is a cleavement
8    fragment -- a cleavage fragment or an
9    asbestos bundle?
10       A.    So I believe we established
11   earlier that the definition of a fiber
12   includes the qualifier that it has to be
13   flexible and have high tensile strength, and
14   that's the definition which is ubiquitous
15   across many different sources.
16       Q.    Is there any peer-reviewed
17   publication that you know of that tells you
18   how to measure tensile strength in an
19   asbestos fiber or bundle which is 20 microns
20   long or less?
21       A.    Well, let's recall that my role
22   here is to assess the methodology used by
23   Drs. Longo and Rigler, not the methodology
24   that they didn't use.
25       So I have no opinion on that

Page 336

1    because I didn't research that particular
2    area.
3        Q.    Would you agree with me that
4    ISO 22262-1, ISO 22262-2 and the Yamate
5    document on which you rely don't have any
6    techniques or methodologies for measuring
7    tensile strength in order to characterize
8    something as asbestos or not?
9        A.    All of those documents define
10   fibers as having high tensile strength, and
11   they give guidelines for different analytical
12   tools that can be used to characterize
13   different characteristics of particles, but
14   they don't give -- they're not intended to be
15   exclusive.
16       So, no, I'm not aware that
17   those documents include information on how to
18   do that. Perhaps there's an ISO 66, whatever
19   it is, 4, that will pursue that.
20       Q.    Turn to Table 11 of exhibit --
21   whatever this next one is.
22       A.    In what?
23       Q.    24, the Virta US Geological
24   Survey.
25       A.    I'm sorry, page what?

Page 337

1        Q.    Page 14, Table 11.
2        A.    Uh-huh.
3        Q.    Properties of asbestos fibers.
4        Do you see that?
5        A.    I see.
6        Q.    All right. There is -- it
7    lists essential composition, crystal system.
8        Do you see that?
9        A.    Uh-huh.
10       Q.    Is that a yes?
11       A.    I do see that.
12       Q.    Okay.
13       A.    The list.
14       Q.    And then there's a -- there is
15   a discussion -- there is a description of
16   flexibility at the bottom, right?
17       A.    Yes.
18       Q.    There's also a discussion or
19   description of tensile strength about
20   two-thirds of the way down the chart, right?
21       A.    There are measurements -- or
22   there are numbers reported there, yes.
23       Q.    All right. Would you agree
24   with me that tremolite asbestos is described
25   as having poor flexibility as compared to

85 (Pages 334 to 337)

Melinda Darby Dyar, Ph.D.

Page 338

1    crocidolite, chrysotile or amosite?
2        A.    Let's see here.  I have no idea
3    without reading the paper what this means.
4    You're taking this table and asking me to
5    interpret it completely out of context.
6        Just because something has poor
7    flexibility doesn't mean that it's not
8    flexible, and the definition is that it has
9    to be flexible.
10        In fact, the numbers indicated
11    here for tensile strength indicate that these
12    things are flexible.
13        Q.    Well, isn't it true that the
14    tensile strength is measured in thousand
15    pascals?
16        A.    It is reported in thousand
17    pascals, according to this chart.
18        Q.    Right.
19        And, for example, tremolite and
20    anthophyllite -- let's start with
21    anthophyllite.  That's 27,000 pascals or
22    less, right?
23        A.    That's what it says here.
24        Q.    And that is -- and then
25    actinolite is 6,000 pascals or less, correct?

Page 339

1        MR. CHACHKES:  Objection.
2        THE WITNESS:  That's what it
3    says here.
4    QUESTIONS BY MR. FINCH:
5        Q.    And tremolite is 6800 to
6    55,000, correct?
7        A.    That's what it says here.
8        Q.    Would you agree with me that
9    the low range for tensile strength for
10    tremolite asbestos is two orders of magnitude
11    less than the tensile strength for the low
12    end of crocidolite?
13        A.    According to these numbers,
14    yes, but I have -- would have to have more
15    time to review this document to determine
16    where those numbers came from and how
17    reliable they are.
18        It looks like some of those
19    come from studies that were done in the
20    1950s, and I would question the reliability
21    of those.
22        So that would be my response to
23    this.
24        And I would also go back and
25    say that quantification of tensile strength

Page 340

1    and flexibility was not done by Drs. Longo
2    and Rigler, and this document makes it clear
3    that it is possible.
4        So another method --
5    methodological flaw of this Longo and Rigler
6    report, which you've nicely given me the data
7    for, is that in fact it is possible to
8    measure tensile strength for these particles,
9    and Drs. Longo and Rigler did not do so.
10        Q.    Do you know if the tensile
11    strength measured in this document is from
12    microscopic particles or particles that are
13    large enough to see by the naked eye?
14        A.    Again, I've only looked at this
15    document for a total of three minutes.  I
16    have not had adequate time to either read
17    what the explanation says or to go back and
18    look at the references to determine the
19    particle sizes, so I can't answer that
20    question.
21        Q.    Can you point to a source that
22    you would consider reliable for what is the
23    minimum threshold for tensile strength to
24    characterize a given structure as asbestos or
25    not?

Page 341

1        A.    I believe I've already stated
2    in this deposition that I am not familiar
3    with the analytical techniques used to
4    measure tensile strength or flexibility
5    because I was -- they were not among the
6    methods used by Drs. Longo and Rigler, and my
7    job here was to assess the methodology.
8        So this whole issue is not
9    relevant to that particular documents --
10    those particular documents except as to say
11    they didn't measure this.  So...
12        Q.    Do you have any understanding
13    one way or another as to whether OSHA, the
14    Occupational Safety and Health
15    Administration, and MSHA, the Mine Safety and
16    Health Administration, regulate fibrous talc
17    as asbestos?
18        MR. FROST:  Objection.
19        MR. CHACHKES:  Objection.
20        THE WITNESS:  I know nothing
21    about that.
22    QUESTIONS BY MR. FINCH:
23        Q.    Do you know whether or not IARC
24    considers fibrous talc to be an asbestiform
25    mineral?

86 (Pages 338 to 341)

Melinda Darby Dyar, Ph.D.

Page 342

1    MR. FROST: Objection.
2    MR. CHACHKES: Objection.
3    THE WITNESS: I don't recall
4 seeing that in the IARC documents I
5 read, but my focus in these documents
6 was to assess methodology. It
7 wasn't -- it wasn't to consider talc
8 itself.
9 QUESTIONS BY MR. FINCH:
10    Q.    I notice you don't have any
11 criticism of Dr. Longo and Rigler's
12 conclusions of the particles they find that
13 are fibrous talc; is that correct?
14    A.    I didn't consider them. I
15 considered only the question of methodology
16 as it relates to the presence or absence of
17 asbestiform minerals.
18    Q.    So the methodology they
19 followed to determine the presence or absence
20 of fibrous talc was not a subject of your
21 work or analysis in this report in this case,
22 correct?
23    MR. CHACHKES: Objection.
24    THE WITNESS: Talc is not a
25 regulated asbestos mineral and,

Page 343

1 therefore, I did not consider the
2 information in the report relating to
3 it.
4    MR. FINCH: Time. Stop. Off
5 the record.
6    VIDEOGRAPHER: Off the record?
7    MR. FINCH: Off the record. I
8 want to go off the record.
9    VIDEOGRAPHER: The time is
10 6:13 p.m. Off the record.
11    (Off the record at 6:14 p.m.)
12    VIDEOGRAPHER: The time is
13 6:22 p.m. Back on record.
14    (Dyar Exhibit 25 marked for
15 identification.)
16 QUESTIONS BY MR. FINCH:
17    Q.    Good evening, Professor Darby
18 Dyar. We're back on the record after a short
19 break.
20    I'm going to put what's been
21 marked as Exhibit 25 in front of you.
22    I believe you agreed with me
23 earlier today that tensile strength can be
24 measured in pounds per square inch?
25    A.    So when we were looking at the

Page 344

1 USGS report, we saw that those were the units
2 that were used, yes.
3    Q.    Well, the units that were used
4 were pascal joules in the USGS report.
5    What I also ask you: Isn't it
6 true that pounds per square inch can be a
7 measurement of tensile strength if you're
8 stretching a material as opposed to squishing
9 a material?
10    MR. FROST: Objection.
11    THE WITNESS: Not as far as I
12 know.
13 QUESTIONS BY MR. FINCH:
14    Q.    This is the document from a
15 textbook. This is the article by Badollet
16 cited by the Virta article, "Asbestos: A
17 Mineral of Unparalleled Properties," that
18 describes the physical properties of
19 asbestos.
20    Do you see that?
21    A.    Yes.
22    Q.    And it's got the tensile
23 strength of the various -- of the six
24 different regulated varieties of asbestos
25 measured in pounds per square inch.

Page 345

1    Do you see that on page 237 at
2 the -- at the second --
3    A.    Well, the first thing I see is
4 that this paper was written 67 years ago,
5 which would make me doubt the accuracy of
6 these measurements, with all due respect to
7 this individual.
8    Q.    Would you --
9    A.    But I'll take a look at
10 page 237.
11    Q.    Yeah.
12    A.    That's --
13    Q.    Tensile strength. They have a
14 measurement in pounds per square inch of the
15 tensile strength of chrysotile, amosite,
16 anthophyllite, crocidolite, tremolite and
17 actinolite.
18    A.    That's a very weird
19 measurement, but that's what they give here,
20 yes.
21    Q.    Okay. And then on Table 7 at
22 page 241, am I correct that they compare the
23 tensile strength of various varieties of
24 asbestos to other types of material?
25    A.    You know, this is a pretty long

87 (Pages 342 to 345)

## Melinda Darby Dyar, Ph.D.

Page 346

1    document, and I've only had it in my hand for
2    two minutes.  If you give me a while, I could
3    read this.
4            There is a table that says
5    comparison of tensile strengths, but --
6        Q.    Comparison of tensile strengths
7    of various materials.  Table 7, type of
8    material for cotton fiber, the tensile
9    strength is 73,000 to 89,000 pounds per
10   square inch.
11           Do you see that?
12       A.    I see this table, but again, I
13   would doubt these measurements given that
14   they are 67 years old.
15       Q.    Okay.  Do you agree with me
16   that tremolite asbestos has a substantially
17   lower tensile strength than wrought iron,
18   ingot iron, carbon steel, piano steel wire,
19   cotton fiber?
20       A.    I agree that that's what this
21   67-year-old document says, but again, I would
22   question this source and ask for more modern
23   measurements.
24       Q.    Do you have any more modern
25   measurements of the relationship between the

Page 347

1    tensile strength of tremolite asbestos as
2    compared to something like wrought iron?
3        A.    Again, let's return to the
4    point that my goal was to review the
5    methodology in this report.  And since
6    Drs. Longo and Rigler did not consider the
7    topic of flexibility or tensile strength in
8    their report, then I've not studied this and,
9    therefore, cannot render an opinion on this.
10       Q.    On page 243, Figure 35, what
11   does that say that is?
12       A.    Electron micrograph, amosite
13   asbestos times 15200.
14       Q.    And can you put this on the
15   videotape?  Just --
16           VIDEOGRAPHER:  So if you put it
17   on the Elmo, it's going to record it.
18           MR. FINCH:  Oh, it's getting
19   recorded.  Okay.  I thought that was
20   the case, but...
21   QUESTIONS BY MR. FINCH:
22       Q.    So the authors of this are
23   calling this amosite asbestos?
24           MR. FROST:  Objection.
25           THE WITNESS:  That's what the

Page 348

1    label says in the paper, yes, but I --
2    again, I have called into question a
3    document that's 67 years old.  It's
4    probably more.  It was probably
5    written 68 years ago.
6    QUESTIONS BY MR. FINCH:
7        Q.    67 years ago the United States
8    was able to develop a hydrogen bomb, correct?
9            MR. FROST:  Objection.
10           THE WITNESS:  That's correct.
11   QUESTIONS BY MR. FINCH:
12       Q.    Just because technology is old
13   doesn't mean it's -- just because science is
14   old doesn't mean it's outmoded, correct?
15           MR. FROST:  Objection.
16           THE WITNESS:  I don't -- I'm
17   not going to render an opinion on
18   that.
19   QUESTIONS BY MR. FINCH:
20       Q.    Well, you study rocks found on
21   the moon and Mars, right?
22       A.    As part of my research, yes.
23       Q.    When is the last time anybody
24   put a man on the surface of the moon?
25       A.    50 years ago.

Page 349

1        Q.    Over 50 years ago?
2        A.    Uh-huh.
3        Q.    You -- am I correct that your
4    annual salary as a professor is approximately
5    $125,000 a year?
6        A.    Salaries at Mount Holyoke
7    College are not publicly available, so I
8    don't know where you got that information,
9    and I'm not comfortable indicating my salary.
10       Q.    Okay.  How does your
11   compensation that you've been paid by Johnson
12   & Johnson for this report compare to your
13   annual salary from your full-time job as a
14   professor?
15       A.    At the present time, it's hard
16   to say.  I have not been doing this very
17   long, so it's hard to say.
18           And I would also note that I am
19   also employed as a senior scientist at the
20   Planetary Science Institute in Tucson,
21   Arizona, and I receive a considerable
22   proportion of my salary from that
23   organization as well.
24       Q.    How does the -- in percentage
25   terms, how does the compensation that you've

88 (Pages 346 to 349)

Melinda Darby Dyar, Ph.D.

Page 350

1    been paid by Johnson & Johnson in the past
2    four months compare to your total
3    compensation from other sources on an annual
4    basis?
5            MR. CHACHKES: Objection.
6            THE WITNESS: It's certainly
7        less than my total compensation from
8        other sources.
9    QUESTIONS BY MR. FINCH:
10       Q.    Is it 50 percent of your total
11   compensation from other sources?
12       A.    I actually don't know.
13           My income varies with the
14   number of research grants I have and the
15   number of hours I charge to them, and so it's
16   hard to give a precise answer to that
17   question.
18       Q.    Have you ever been given a
19   research grant by the United States
20   government to study whether or not there is
21   asbestos in any material?
22       A.    No. Not that I recall.
23           (Dyar Exhibit 26 marked for
24       identification.)
25

Page 351

1    QUESTIONS BY MR. FINCH:
2        Q.    Last exhibit, I believe,
3    Exhibit 26.
4            Doctor, Professor Darby Dyar,
5    Exhibit 26 is Johnson & Johnson Consumer
6    Companies Worldwide Specification describing
7    the methodology for the analysis of powdered
8    talc for asbestiform minerals by transmission
9    electron microscopy.
10           Have you ever seen this
11   document before?
12       A.    No, sir.
13       Q.    Under TEM analysis, you agree
14   with me that what they're talking about here
15   is analyzing talc for asbestiform minerals,
16   right, by TEM?
17           MR. CHACHKES: Objection.
18           THE WITNESS: In the 30 seconds
19       since I was handed this document, I
20       have hardly had time to even read the
21       title. But the title says, "Analysis
22       of Powdered Talc for Asbestiform
23       Minerals by Transmission Electron
24       Microscopy."
25

Page 352

1    QUESTIONS BY MR. FINCH:
2        Q.    Under Section 13.0, TEM
3    analysis.
4            Do you see that?
5        A.    I see that section, yes.
6        Q.    Do you agree with Johnson &
7    Johnson's definition of fiber?
8            MR. CHACHKES: Objection.
9            THE WITNESS: I have defined
10       fiber in my report with a very
11       specific definition which has lots of
12       agreement in -- both in my literature
13       and in government documents.
14   QUESTIONS BY MR. FINCH:
15       Q.    My question was: Do you agree
16   with Johnson & Johnson's definition of
17   asbestos fiber as found in Exhibit Number 27
18   {sic}?
19           MR. CHACHKES: Objection.
20   QUESTIONS BY MR. FINCH:
21       Q.    26. Or 26, I think.
22       A.    So this is not the same
23   definition that I use, but on the other hand,
24   I have not had time to read this document. I
25   don't know what the context of this document

Page 353

1    is.
2            I know nothing about this
3    document and would certainly need more time
4    than the remaining ten minutes to render an
5    opinion on this particular document.
6        Q.    Okay. Suffice it to say you
7    have not compared the methodology followed by
8    Drs. Longo and Rigler to determine whether or
9    not there is asbestiform minerals in talc
10   with the procedure set forth in Johnson &
11   Johnson's TEM 7024 standard?
12           MR. CHACHKES: Objection.
13           THE WITNESS: I believe that we
14       have established that I have no
15       information and have not reviewed
16       documents relating to anything having
17       to do with Johnson & Johnson testing
18       procedures because that was not my
19       mandate.
20           My mandate was to evaluate the
21       methodology used by Drs. Longo and
22       Rigler.
23   QUESTIONS BY MR. FINCH:
24       Q.    Did you bring any books or
25   materials with you today?

89 (Pages 350 to 353)

Page 354

1     A.    Me personally, no.
2     Q.    Did the lawyer for Johnson &
3  Johnson bring books or materials that you
4  have relied upon as part of your work in this
5  case that are -- some of which might be
6  sitting on the floor behind you today?
7     A.    I know that he brought copies
8  of my two books.
9     Q.    Okay. Can we just get the
10 two -- your two books, just so I can see --
11 have a picture of them on the record?
12        MR. CHACHKES:  Technically
13     they're mine, I purchased them, but I
14     can hand them out.  Just a second.
15        MR. FINCH:  It's an interesting
16     copyright law question as to who has
17     the ultimate ownership --
18        THE WITNESS:  Yeah, you can buy
19     your own so I can get the royalties.
20        MR. CHACHKES:  Yeah, this is --
21     just for the record, this is -- I
22     purchased this off of Amazon used, so
23     it's -- it might be marked.  I don't
24     know.
25

Page 355

1  QUESTIONS BY MR. FINCH:
2     Q.    Okay. Mineralogy and Optical
3  Mineralogy.  This is the book that you wrote
4  with Dr. Gunther in 2008 that I showed you an
5  excerpt of.
6        VIDEOGRAPHER:  You want to put
7     it on the Elmo?
8        MR. FINCH:  Sure.
9        THE WITNESS:  Correct.  It
10     actually took us a decade to write
11     this book, but it was published in
12     2008.
13 QUESTIONS BY MR. FINCH:
14     Q.    Okay. And what's the other
15  book that you're an author of that you
16  brought with you?
17        MR. CHACHKES:  Counsel brought.
18        THE WITNESS:  Geostatistics
19     Explained, which is listed on my CV
20     and referenced in the report.
21 QUESTIONS BY MR. FINCH:
22     Q.    This is the -- one of the
23  references that you rely upon for your
24  statistical analysis set forth in the
25  discussion of the population, correct?

Page 356

1     A.    I don't actually rely on it.  I
2  cite it because I happen to be familiar with
3  it.  But the statistical tests in the report
4  are commonplace and can be found in any
5  introductory statistics textbook.
6     Q.    Did you bring anything else
7  with you to the deposition today?
8     A.    No.
9     Q.    Anything else related -- I
10 mean, obviously you brought yourself.  I
11 assume you brought a cell phone or something.
12        But did you bring anything that
13 you reviewed or relied upon as part of your
14 work in this case to the deposition today?
15     A.    Other than the documents that I
16 already referred to?
17     Q.    Yes.
18     A.    No.
19     Q.    You're almost done.
20        The question pending was:  Did
21 you bring anything that you reviewed or
22 relied upon as part of your work in this case
23 to the deposition today.
24        And you asked me, "Other than
25 the documents I already referred to?" and my

Page 357

1  qualification was "yes."
2        Other than the documents that
3  you've already referred to, did you bring
4  anything else with you today?
5     A.    No.
6     Q.    All right.  Are there any
7  materials you rely on that are not either
8  cited in your expert report or included in
9  your reliance list that is attached to the
10 back of your expert witness report?
11     A.    No.
12        MR. FINCH:  All right.  That's
13     all the questions I have at this time.
14        MR. CHACHKES:  I have a few
15     questions.  We don't have to take a
16     break.
17        CROSS-EXAMINATION
18 QUESTIONS BY MR. CHACHKES:
19     Q.    Mr. Finch keeps referring to
20 you as Ms. Darby Dyar.
21        Do you have a graduate degree?
22     A.    I do.  I have a graduate degree
23 from MIT.  And my last name is Dyar.  Darby
24 is my middle name.
25     Q.    Professor Dyar, why are you

90 (Pages 354 to 357)

Melinda Darby Dyar, Ph.D.

Page 358

1    qualified to critique the Longo and Rigler
2    expert report?
3         A.    So my qualifications for
4    reviewing this report are outlined in this
5    particular -- in my report, but among them I
6    have a Ph.D. from MIT.  I spent a year as a
7    post doc at Cal Tech.  I have been in
8    academia for nearly 40 years and have taught
9    mineralogy at least 20 times.
10        I've written more than 250
11   papers that were published in peer-reviewed
12   scientific literature.  I've reviewed
13   hundreds of scientific documents in keeping
14   with the standards of my profession.  And
15   I've worked on dozens of papers involving
16   amphibole mineralogy and serpentine
17   mineralogy.
18        Q.    And have you received any
19   awards in the field of geology and
20   mineralogy?
21        A.    I have.  I've been honored to
22   become a fellow of the Mineralogical Society
23   of America, the Geochemical Society, and the
24   Geological Society of America.
25        I have also received national

Page 359

1    and international awards in recognition of my
2    research excellence, including the Shoemaker
3    award from NASA, the Gilbert award from the
4    geological society, the Holly medal from the
5    Mineralogical Society of Canada, and the
6    Helmholtz award from the German space agency,
7    among others.
8         Q.    Can you talk about your
9    experience with analyzing minerals with PLM?
10        A.    So I first started using PLM as
11   an undergraduate in 1978, which is 41 years
12   ago, and I've used PLM every year since then.
13   I've taught courses in the use of a
14   polarizing light microscope.
15        It's a routine tool used by me
16   whenever I look at a rock for the first time.
17   I drag out the PLM and take a look at the
18   sample.
19        Q.    Can you talk to -- about your
20   experience with analyzing minerals using
21   visual inspection with a TEM?
22        A.    So, much of my research in the
23   past two decades has involved the field of
24   biomineralization, which is the interaction
25   of microbes in minerals.  And in that

Page 360

1    research, it is necessary to use a TEM to
2    make visual examination of the interactions
3    between the microbes and the minerals.
4         So I'm intimately familiar with
5    these analyses myself and have supervised
6    many undergraduate and graduates' theses that
7    use TEM.
8         Q.    And could you talk about your
9    experience with analyzing minerals using
10   SAED?
11        A.    So in most cases when we
12   analyze something, when we take an image of
13   something with a TEM, we almost always do
14   SAED if it's possible to get a good pattern.
15        And so SAED patterns also
16   figure in my biomineralization research
17   prominently as well as in my teaching.  I
18   should say that TEM and X-ray diffraction in
19   various forms are part of a typical topics
20   covered in a mineralogy course, and certainly
21   I would have covered them in my 20 mineralogy
22   courses.
23        Q.    And can you talk about your
24   experience with analyzing minerals using EDS?
25        A.    So EDS is the poor stepsister

Page 361

1    of the more accurate gold standard for
2    mineral analysis, which is electron probe
3    microanalysis.  The two techniques use
4    exactly the same fundamental underlying
5    phenomena, they just have different
6    detectors, which is why EDS is not very
7    sensitive.  Electron probe microanalysis is
8    extremely sensitive.
9         So, in fact, when I was a
10   graduate student, I was involved in a lot of
11   analytical technique development for
12   electron-based measurements of chemistry, and
13   these have evolved into these two different
14   tools.
15        So I was involved not just at
16   the ground floor of these methods, but there
17   are now things that I use routinely in my
18   research, in particular electron probe
19   microanalysis, because it is much more
20   accurate than EDS.
21        Q.    And to what degree do you
22   routinely use these tools and techniques that
23   have been mentioned with reference to your
24   published papers?
25        A.    So I strive to have 100 percent

Melinda Darby Dyar, Ph.D.

Page 362

1  of the research I do culminate in the
2  publication of a paper in a peer-reviewed
3  journal. So all of these techniques are used
4  prominently in my 250 and counting
5  scientific, peer-reviewed papers.
6       Q.   Tell us some of the
7  qualifications you have to critique
8  methodologies for detecting asbestos, in
9  particular.
10      A.   So there's nothing special
11 about asbestos. It's a mineral. Amphibole
12 is amphibole, and the distinction between the
13 many different varieties and species in the
14 amphibole group are very minor. So there's
15 nothing particularly special about analyzing
16 these materials. They're just minerals.
17      Q.   Do you have experience
18 analyzing amphiboles?
19      A.   I think I've written at least
20 20 or 30 papers about amphiboles using many,
21 many different analytical techniques.
22      Q.   What, if anything, is there
23 about asbestiform amphiboles that make them
24 more or less of a challenge in terms of
25 microscopy techniques that we've been talking

Page 363

1  about today?
2       A.   Nothing in particular. The
3  only challenge would be that sometimes the
4  particle sizes are too small to be resolved
5  with a polarizing light microscope, and you
6  might need to use other techniques in those
7  situations.
8           MR. CHACHKES: No further
9  questions.
10          REDIRECT EXAMINATION
11 QUESTIONS BY MR. FINCH:
12      Q.   251 peer-reviewed papers; is
13 that what you said, Doctor?
14      A.   You know, that number changes
15 almost daily. I don't actually know what it
16 is right now.
17      Q.   All right. Ballpark 300, plus
18 or minus?
19      A.   Oh, it's definitely not 300.
20 I'm not that fast.
21      Q.   Okay. And I apologize for
22 calling you Professor Darby Dyar. I will --
23 I thought your name was Darby Dyar, so I
24 apologize for that, ma'am.
25      A.   Thank you.

Page 364

1       Q.   Professor Dyar, of your 250 --
2  you would agree with me 250-plus
3  peer-reviewed papers, right?
4       A.   Correct.
5       Q.   Not a one of them are addressed
6  to the subject of how to identify asbestos in
7  talcum powder, correct?
8       A.   Correct.
9       Q.   Not a one of them is on the
10 subject of how to identify asbestos in bulk
11 materials, correct?
12      A.   Literally that is correct, but
13 let's remember that I use the techniques that
14 are used to identify asbestos in talc
15 routinely, and those are figured -- are
16 featured prominently in many of my papers.
17      Q.   You've never published a
18 peer-reviewed paper where the subject of
19 paper is how to identify asbestos in any
20 substance, correct?
21      A.   Correct.
22      Q.   How much time do you spend in a
23 laboratory on an annual basis analyzing
24 materials to determine if they do or do not
25 contain asbestiform asbestos minerals?

Page 365

1       A.   Very little, but I probably
2  spend 3,000 hours a year in a laboratory
3  using all of the same techniques that are
4  used to identify asbestos in talc.
5       Q.   Very little. Is that less than
6  ten hours?
7       A.   Probably.
8           MR. FINCH: No more questions.
9           MR. CHACHKES: That's it.
10          VIDEOGRAPHER: Okay. Stand by,
11 please. One second. Remove your
12 microphones.
13          The time is 6:45 p.m. This
14 completes today's deposition.
15          Off the record.
16 (Deposition concluded at 6:45 p.m.)
17 _ _ _ _ _ _ _
18
19
20
21
22
23
24
25

Melinda Darby Dyar, Ph.D.

---

Page 366

1
2          CERTIFICATE
3          I, CARRIE A. CAMPBELL, Registered
     Diplomate Reporter, Certified Realtime
4    Reporter and Certified Shorthand Reporter, do
     hereby certify that prior to the commencement
5    of the examination, M. Darby Dyar, Ph.D. was
     duly sworn by me to testify to the truth, the
6    whole truth and nothing but the truth.
7          I DO FURTHER CERTIFY that the
     foregoing is a verbatim transcript of the
8    testimony as taken stenographically by and
     before me at the time, place and on the date
9    hereinbefore set forth, to the best of my
     ability.
10
11         I DO FURTHER CERTIFY that I am
     neither a relative nor employee nor attorney
12   nor counsel of any of the parties to this
     action, and that I am neither a relative nor
13   employee of such attorney or counsel, and
     that I am not financially interested in the
14   action.
15
16
     _____
17   CARRIE A. CAMPBELL,
     NCRA Registered Diplomate Reporter
18   Certified Realtime Reporter
     Notary Public
19   Dated:  April 3, 2019
20
21
22
23
24
25

---

Page 367

1          INSTRUCTIONS TO WITNESS
2
3          Please read your deposition over
4    carefully and make any necessary corrections.
5    You should state the reason in the
6    appropriate space on the errata sheet for any
7    corrections that are made.
8          After doing so, please sign the
9    errata sheet and date it.  You are signing
10   same subject to the changes you have noted on
11   the errata sheet, which will be attached to
12   your deposition.
13         It is imperative that you return
14   the original errata sheet to the deposing
15   attorney within thirty (30) days of receipt
16   of the deposition transcript by you.  If you
17   fail to do so, the deposition transcript may
18   be deemed to be accurate and may be used in
19   court.
20
21
22
23
24
25

---

Page 368

1
2          ACKNOWLEDGMENT OF DEPONENT
3
4          I,_____, do
     hereby certify that I have read the foregoing
5    pages and that the same is a correct
     transcription of the answers given by me to
6    the questions therein propounded, except for
     the corrections or changes in form or
7    substance, if any, noted in the attached
     Errata Sheet.
8
9
10
11
12   _____
     M. Darby Dyar, Ph.D.         DATE
13
14
15   Subscribed and sworn to before me this
16   _____ day of _____, 20 _____.
17   My commission expires: _____
18
19   Notary Public
20
21
22
23
24
25

---

Page 369

1          - - - - - - -
2          ERRATA
3    PAGE  LINE  CHANGE/REASON
4    _____ ____ _____
5    _____ ____ _____
6    _____ ____ _____
7    _____ ____ _____
8    _____ ____ _____
9    _____ ____ _____
10   _____ ____ _____
11   _____ ____ _____
12   _____ ____ _____
13   _____ ____ _____
14   _____ ____ _____
15   _____ ____ _____
16   _____ ____ _____
17   _____ ____ _____
18   _____ ____ _____
19   _____ ____ _____
20   _____ ____ _____
21   _____ ____ _____
22   _____ ____ _____
23   _____ ____ _____
24   _____ ____ _____
25   _____ ____ _____

---

93 (Pages 366 to 369)

Melinda Darby Dyar, Ph.D.

Page 370

```
1              -------
             LAWYER'S NOTES
2              -------
3    PAGE  LINE
4    ____ ____ _____
5    ____ ____ _____
6    ____ ____ _____
7    ____ ____ _____
8    ____ ____ _____
9    ____ ____ _____
10   ____ ____ _____
11   ____ ____ _____
12   ____ ____ _____
13   ____ ____ _____
14   ____ ____ _____
15   ____ ____ _____
16   ____ ____ _____
17   ____ ____ _____
18   ____ ____ _____
19   ____ ____ _____
20   ____ ____ _____
21   ____ ____ _____
22   ____ ____ _____
23   ____ ____ _____
24   ____ ____ _____
25
```

94 (Page 370)

Melinda Darby Dyar, Ph.D.

Page 371

**A**

**a.m** 1:15 8:5
60:20,21,23
121:22,23
122:1
**aberration**
274:21
**aberrational**
274:16 275:1,6
**ability** 41:7,13
163:15 275:3
366:9
**able** 117:24
152:14 176:2
178:5 183:5
188:12 190:10
195:12 196:7
213:25 215:16
215:25 216:8
233:8,16
237:17 251:19
253:12 255:25
305:18 348:8
**absence** 84:18
124:22 342:16
342:19
**absolute** 325:13
**absolutely** 30:20
130:6 138:22
182:14 269:3
**abundance**
277:3
**abundances**
182:6
**academia** 358:8
**academic** 53:9
222:20 295:12
**accept** 288:4
**acceptable**
190:1
**accepted** 125:10
188:21 189:16
**access** 51:3
**accessories**
288:14
**accessory** 96:18

97:2 113:23
163:20 164:6
215:3 288:9
301:4,15,17
**accreditation**
53:14
**accredited** 53:4
53:8,10
**accumulate**
324:14
**accuracy** 84:5
298:24 299:7
345:5
**accurate** 149:23
163:16 229:16
233:23 275:17
305:8 361:1,20
367:18
**accurately**
125:4,21
**achachkes@o...**
2:16
**acknowledged**
299:9
**ACKNOWLE...**
368:1
**acquire** 141:7
143:10
**acquisition**
326:4
**actinolite** 79:3
89:20 91:19
140:16 145:13
151:2 173:16
174:20 319:16
338:25 345:17
**action** 279:2
366:12,13
**activity** 43:13
**actual** 226:21
235:2,6
**add** 192:22
**added** 226:15
**addition** 102:22
111:3 165:9
**additional** 27:7
77:7 166:18

180:12
**address** 12:10
12:15,24 46:12
157:3 255:18
**addressed** 364:5
**adequate** 340:16
**Adirondacks**
191:18
**adjusts** 209:3
**administer** 9:14
**Administration**
341:15,16
**admittedly**
214:19
**Advanced** 52:9
**advantage** 111:5
**advisement**
38:13
**aerially** 175:22
**affect** 75:4 275:2
275:23 276:5
**affiliated** 52:25
122:9
**affirm** 225:2
**affirmative** 19:5
**affirmed** 67:11
**afternoon**
161:15 213:16
308:13
**age** 9:18
**agency** 47:21
68:2 99:3
359:6
**ago** 53:17 98:21
120:9 153:7
193:8 233:20
345:4 348:5,7
348:25 349:1
359:12
**agree** 63:25
64:24 68:11,23
70:22 81:24
84:10 85:4
94:8 96:16
99:19 100:2,15
103:13 106:22
107:4,4 109:2

110:13,20
111:13,18
112:6,11
113:22 114:1,4
114:25 124:14
128:5 130:22
131:4 132:20
133:3 134:21
155:19 163:18
167:24 170:15
171:2,14,24
177:22 178:8
178:18 181:13
182:24 184:11
184:23 206:22
206:25 208:20
208:23 210:16
210:18 211:25
215:19 230:9
233:6 239:9
240:5 242:6
247:19 253:21
255:10 266:7
266:12,17,25
276:16 289:21
291:15 301:3
302:3 312:23
313:25 314:5
314:12,18,19
316:11 318:16
325:7 333:22
334:15 336:3
337:23 339:8
346:15,20
351:13 352:6
352:15 364:2
**agreed** 260:1
343:22
**agreement** 7:24
352:12
**Ah** 251:2 281:9
284:21 300:17
**ahead** 27:17
231:15 242:10
**air** 4:16,18,19
49:11,20 61:14
135:18

**airborne** 4:23
67:23 135:21
136:10
**al** 4:24 5:13,17
93:14 185:4
292:25
**Alabama** 2:5
102:18
**Alamos** 52:11
**Alex** 2:16 8:25
285:4
**Alice** 102:9,12
174:7
**align** 40:11
**alignment**
208:17
**ALLEN** 2:3
**allow** 84:5
182:10 196:19
236:18 270:24
**allowed** 193:1
**allows** 85:8,10
181:14 196:14
196:21,22
234:25
**alluding** 160:9
**alpha** 291:8
**altered** 174:18
**Aluminum**
155:8
**Amazon** 354:22
**Ambient** 4:19
**ambiguity**
209:18 210:12
**ambiguous**
137:12 204:16
**America** 122:9
177:10 358:23
358:24
**American** 49:1
145:21 241:1
**Amherst** 12:12
52:13
**amosite** 91:19
194:12,18,23
194:24 338:1
345:15 347:12

Melinda Darby Dyar, Ph.D.

Page 372

347:23
**amount** 178:19
196:17 275:20
**amounted** 208:1
**amounts** 56:16
56:22 100:19
163:19 164:6
181:5 272:14
276:18
**amphibole** 5:3,7
64:16 83:9
89:16 90:23
91:18 92:3,6,9
93:10,15 94:4
94:25,25 95:15
96:6 101:12,22
107:9 111:9,14
111:17 137:12
147:13,15
150:24 151:1,5
151:10,21
173:16 194:13
217:1,11,21
218:3 219:21
226:23 228:5,6
228:7 231:21
240:14,23
286:4 294:8,12
295:1 302:21
303:8 319:3,18
320:1,4,7,12
320:16,21,25
322:8,18,19,22
324:11,22,24
325:2,5 358:16
362:11,12,14
**amphiboles**
44:18 45:1
86:9 89:19
90:11 94:19
111:6 140:13
173:24 204:16
219:16,25
227:2 240:10
256:20,24
257:10 259:2
261:24 262:2

295:5 322:3
362:18,20,23
**analogs** 319:15
**analyses** 58:25
72:20 121:7
157:6 158:5
169:18 193:20
228:24,25,25
231:4 247:16
249:3 291:13
297:22 360:5
**analysis** 5:1,15
6:7 30:23
32:10 33:8,18
39:3,12 49:2
60:9 63:9
64:16 65:13
66:2 69:1,1,2
83:11 106:16
116:14 121:12
125:6 126:15
126:16,17
127:1,23 128:1
128:2,16,21,24
129:1 132:5,6
136:1,14,18,19
136:21 137:9
137:20 138:4
138:19,20,25
141:13 142:5
145:3,25 146:2
150:13 156:2
169:17 171:15
177:2,18 178:6
179:4,7,13,18
186:23 187:21
188:23 191:6
192:11 193:6,9
193:21,25
194:3 195:16
197:6,7,8,9,25
200:21 202:3
203:1,25
204:14,15,17
204:18 207:22
207:24 232:22
240:25 245:11

246:12,17,22
248:9 275:7
277:9 278:2
281:23 295:18
295:24 305:2
311:1 323:6
325:22 326:5,5
333:3 342:21
351:7,13,21
352:3 355:24
361:2
**analyst** 40:2,14
40:21 41:6,16
64:10 86:18
119:15 125:13
126:4 127:5
137:3,18 196:5
207:15 208:12
208:24 244:17
255:14 273:5
321:6 324:9
332:4
**analysts** 41:25
129:22 158:15
211:1 245:12
249:14,20
253:8 254:7,8
255:2,12,13
272:22,24
278:2 292:13
305:22 317:5
325:4 331:11
331:12
**analytical** 52:21
131:16 146:17
165:12 166:13
172:4 195:10
203:17 265:2
336:11 341:3
361:11 362:21
**analyze** 7:9 23:6
24:12 41:8
51:7 56:21
59:14 66:10
101:19 103:15
106:3,24 117:9
117:10,14,18

118:14 120:20
123:18 125:14
126:4 127:7
128:14 135:16
167:20 168:1
168:20 171:11
181:8 186:1
187:22 188:25
189:8,19,19
195:22 228:21
229:5,6,15
254:10 258:4
258:13 260:18
263:23 269:17
272:22,24
331:24 360:12
**analyzed** 17:8
23:5 39:23
48:7 51:19,23
57:21,22,23
58:11 59:18
78:4 86:8,20
102:5 106:7
121:14 131:12
205:13 226:20
247:22 257:17
273:18 281:2
331:9
**analyzes** 101:24
124:16 325:23
**analyzing** 16:24
17:21 23:25
43:23 54:4,8
54:12 55:6
56:2 64:9
66:12 69:8
70:2 73:8 78:1
104:5 108:1
119:8 130:11
137:7 154:2,14
170:18 193:11
194:3 195:22
201:7 215:15
221:21 237:21
265:5,9,17
268:19,25
285:24 295:7

306:19 307:11
323:9,11
324:16 329:6
351:15 359:9
359:20 360:9
360:24 362:15
362:18 364:23
**angle** 119:11
209:21,23
244:12
**angles** 196:9
200:12 211:16
219:23
**angstrom**
235:20 236:14
237:16
**animal** 44:6,7
**Ann** 19:16,17
83:7 330:13
332:14
**Ann's** 330:17
**Annex** 130:20
131:25 134:22
**announced**
173:22
**annual** 349:4,13
350:3 364:23
**answer** 10:18
30:11 36:25
37:10,18 55:10
70:4 76:23
80:16,23 82:12
95:20 99:1
102:3 109:9
124:3 162:18
163:15 164:15
165:5 185:15
188:18,19
198:14 219:11
220:18 232:4
253:13 267:9
267:10,12
268:7 275:10
276:10 277:19
317:1 334:4
335:1 340:19
350:16

Melinda Darby Dyar, Ph.D.

Page 373

answered 85:19 314:23
answering 55:1 268:22,25
answers 219:8 276:14 368:5
Anthony 253:22
anthophyllite 79:2 89:21,22 89:23 90:4,9 90:18 91:5,15 91:19,23,24,25 93:22 94:9,9 94:17 95:5,23 112:19 114:5 114:17 115:2 124:7 130:25 140:17 145:13 158:13 159:23 181:4 185:10 185:14 206:20 206:23 207:1,5 207:11 212:2 212:13,17 217:13 240:6 241:19 245:15 245:20 247:2 247:21 248:15 250:9,16 251:4 251:9,15 252:10 253:24 255:12 280:19 285:6,17 287:7 289:11,16 319:16 338:20 338:21 345:16
anybody 348:23
anybody's 159:6
anyone's 192:12
apologize 363:21,24
apparati 238:1
apparatus 234:24
apparent 86:10 212:3
apparently

107:11 227:6 334:14
appear 32:17 247:1 287:8
appearance 187:1 274:23
appearances 4:3 8:12
appearing 207:12
appears 20:1 59:2 156:7,13 162:6 180:11 208:13 225:17
applications 71:13 214:3,22
applied 106:14 304:12
applies 187:9
apply 70:14
appropriate 34:1 57:3 59:5 106:3 125:23 132:5 142:25 143:1 147:15 149:7,15,25 152:4,16 158:7 208:1,4 240:22 264:2 323:6 333:1,6 367:6
approved 29:9 93:11
approximate 226:22
approximately 7:6 150:6 204:12 349:4
April 1:8 6:10 8:4 36:16,18 366:19
apropos 329:13
area 40:23 42:2 47:10,10 256:19 257:8 258:25 274:1 336:2
areas 32:9

125:23 304:1
Argonaut 88:6 174:23 177:3 177:18
arguing 321:17
Arizona 349:21
ARPS 1:14
arrangement 182:17
array 208:16 219:5
art 42:6,21,21 43:1
article 144:4 146:10 333:11 344:15,16
articles 47:4
articulated 54:19 115:17 125:19 127:22
artifacts 145:17
asbes 51:20
asbestiform 6:8 19:6 78:22 79:14 84:6 95:17 99:10 108:22 111:6 111:16 138:12 138:12 139:13 139:14 173:18 174:19 185:3,8 185:11 187:11 187:15 188:6 189:20 194:14 197:2 262:1,6 263:21 269:25 293:1,3,6 295:9,17 296:4 303:8 310:9 311:2 318:9,18 319:3,14 321:17 322:3 323:23 324:10 325:5 328:23 331:6,14 341:24 342:17 351:8,15,22

353:9 362:23 364:25
asbestos 4:20,23 5:4,9 6:12,13 17:22,22 18:25 19:7 20:12 24:1,12 35:5 46:14 47:1,6 47:12,17,23 48:5,10,16,23 49:2,10,15,20 49:24 50:3,8 51:16,21 54:1 54:5,9,13,17 55:8,11 56:3,5 56:8,17,22 57:21 58:1,4,7 58:9,12,14 59:16 60:11 62:5,10 63:2 63:13 64:5,6,9 64:16 65:3,21 66:12 67:24 69:3,8 70:3,16 70:24 71:3,14 71:17,23 72:9 72:25 73:9,21 74:14,15 76:9 76:10 78:16,17 78:19 79:7 81:3,7 82:9,23 83:12,20 84:13 85:9,14,16 86:5,10,12 89:17,18,21 90:4,18,20,24 91:5,7,12,23 93:24 94:5,10 95:11,16 97:14 97:22 98:5,10 99:20,25 100:4 100:10,19 101:19,20 103:7 106:25 107:2 108:2,6 110:16,22 111:23 112:7,8

112:14,19,20 113:9 114:5,17 115:2,2,13 118:16 123:6 123:10,14,19 124:5,16,20 125:16 126:6 127:8,10 128:1 128:14,15 129:2,4 130:1 130:5 131:1,21 132:7,14,16 133:6,8,15,17 133:23 134:4,5 134:10,12 135:17,21,23 136:2,7,11,23 136:24 137:22 138:2,20 144:17 146:2 146:15 158:13 158:23 159:22 159:23 160:22 171:16,21 173:24 180:24 181:24 184:24 187:5 193:12 193:17 194:3,5 195:7,22 196:20 197:12 197:13 198:3 198:11,19 200:19 201:24 202:4 204:20 206:20,23 207:11 212:3 214:2 215:18 215:21 216:5 217:15,19 219:2 221:22 227:10,19 228:9,12 231:8 231:10,21 232:23 233:8 233:23 243:24 244:23 258:6 260:6 261:3

Melinda Darby Dyar, Ph.D.

Page 374

262:10,12
263:21 264:15
264:24 265:5,9
265:18 266:9
266:14,19
267:2,8,17,22
267:25 268:3,5
268:9,15,21
269:2,8,11,23
270:8,16,25
271:19 272:3
272:11 273:6
275:3,22 276:3
291:15 292:14
294:20,22
295:9 296:4,12
296:14,19,25
297:2,9,17
298:15,22
302:13,14
303:14 304:13
305:9 306:23
307:11 308:2
309:4 310:8
314:20 315:12
316:15 317:7
317:25 320:7
320:16,25
322:23 325:2
329:6 330:21
331:6 333:25
334:12,17,19
335:9,19 336:8
337:3,24
339:10 340:24
341:17 342:25
344:16,19,24
345:24 346:16
347:1,13,23
350:21 352:17
362:8,11 364:6
364:10,14,19
364:25 365:4
**asbestos-cont...**
74:5 132:9,22
133:10,12
134:1 135:8,9

273:7
**asbestos-related**
99:11
**Asia** 170:10
**aside** 77:10
221:13
**asked** 16:15,17
16:21 21:22
22:1 25:4
47:20 57:10
69:24 74:22
75:2 76:19
85:18,20 98:17
98:18 113:16
115:14 120:8
124:2 159:13
194:25 216:6
232:7 253:3
258:2,8,12
263:19 264:5
273:11 297:11
314:22 356:24
**asking** 30:2,4
115:21 118:14
230:17 267:23
287:5 338:4
**asks** 10:13
**aspect** 72:16
82:21 83:4
183:16,19,21
183:23 184:1
185:17,20
186:6,25 187:8
187:13,16,23
189:19 193:21
193:23 217:17
218:19 221:25
261:18 267:16
269:16,24
270:3 315:20
316:19 317:21
318:22 319:19
320:3,5,9,13
320:22 321:2
321:10,21
322:10,15,20
323:12,21,25

324:4,6,16,19
324:25 325:20
325:23 326:10
327:3,7,7,11
327:15,18
328:2 329:1,6
329:7,12,16,18
331:24 332:1,2
332:9 333:20
**aspects** 187:4
**assemblages**
114:8 164:2
191:1
**assertion** 113:15
226:13 248:2
253:17
**assertions** 252:1
**assertive** 331:22
**asserts** 104:16
185:6
**assess** 76:1
255:2 335:22
341:7 342:6
**assessing** 54:16
101:8 249:13
**assessment** 83:3
179:1 193:18
193:24
**assign** 253:7
**assigned** 142:2
248:1,24
252:23 253:2
**assignment**
252:16,20
**assignments**
313:8
**associate** 145:20
**associated**
140:12 326:3
**associates** 5:22
6:1 214:19
221:17 222:10
223:5 224:10
225:15 227:18
228:23 257:6
258:14
**association**

93:13
**assorted** 207:12
**assume** 13:23
144:22 231:2
260:15 263:17
330:11,11
356:11
**assumed** 276:13
291:7
**assuming** 99:21
109:16 211:22
271:12,13
**assumption**
305:1
**assumptions**
231:18,24
**ASTM** 49:6
**asymptotic**
322:5
**ATEM** 89:14
**atoms** 181:19,22
182:18 200:7
200:10 209:9
**attached** 6:19
22:25 313:3
357:9 367:11
368:7
**attempted**
207:25 297:16
**attempting**
297:8
**attended** 222:9
222:14
**attention** 51:12
103:24 147:12
249:11 273:23
**attorney** 366:11
366:12 367:15
**attorneys** 29:14
**author** 20:2 49:1
49:6,13,18,22
59:9,10 101:24
355:15
**author's** 153:17
**authored** 47:8
**authors** 75:2,18
144:11,25

153:19 155:20
159:24 175:12
347:22
**available** 35:18
35:20 60:2
102:23 160:8
263:11,15
327:11 349:7
**Avenue** 2:12
**average** 217:17
321:10,19,20
321:21,24
322:19 323:12
324:4,5 329:7
**award** 359:3,3,6
**awards** 358:19
359:1
**aware** 24:8
51:15 68:4
73:19,24 74:9
74:13,19 94:3
95:14 99:8,13
102:13 104:21
105:4 108:19
128:10,16
135:6 174:13
184:21 217:4
310:1,12,14,20
310:24 311:5
311:13,14,18
311:24 316:18
316:21 334:10
336:16
**axes** 70:8 199:18
243:20 244:1
245:3 259:13
261:9 264:12
269:14,15
**axis** 69:14 72:19
115:24 116:13
136:14 200:11
200:13,20
201:5 202:2,25
203:10,19
207:23,24
208:9,17
211:12,20,24

Melinda Darby Dyar, Ph.D.

Page 375

219:23 260:5
263:13

**B**

**B** 22:25 140:15
155:4 185:2
186:14,15
312:20 316:6
**BA** 42:24
**baby** 17:16 18:1
19:2,9 44:14
69:18 77:15,17
87:25 96:21
103:7 113:6,7
166:25 220:25
231:6 232:9
**bachelor's** 42:20
**back** 13:14
22:25 26:11
48:1 51:13
54:18 55:19
60:22 61:2
64:13 66:9
86:22 96:17
121:25 126:8
139:10 161:12
161:16 189:1
204:23 212:18
213:13,17
225:19 227:8
253:7 256:9,12
295:14 302:5
303:7,20
308:10 317:2
317:18 319:22
321:8 325:16
328:9,13
339:24 340:17
343:13,18
357:10
**background**
80:23 169:3,10
279:1 287:23
288:13,17
293:12
**backup** 32:24
33:4 88:20

230:10 246:4
278:13
**backward** 224:5
**backwards**
238:5 250:21
281:8
**bad** 179:25
241:18
**Badollet** 6:14
344:15
**Ballpark** 363:17
**Bank** 2:13
**barely** 222:25
**based** 7:10
97:24 100:7
112:12 125:22
130:1 140:14
140:19,20
142:1 145:20
157:10 158:8
158:10,14
159:4 162:6
172:3 179:7
188:5 213:22
215:15,20
231:17 248:15
292:9,15,18
294:2 295:18
322:12
**bases** 25:7
**basic** 120:3
124:9
**basically** 28:4
30:5 41:12
151:8 201:20
274:21
**basing** 140:25
**basis** 11:15 54:4
54:8,12 141:1
150:23 151:8
151:14 160:13
165:19 187:25
193:6 199:9,21
210:23,25
211:6,8 214:7
216:14,19
231:18 247:4

277:14 295:12
317:22 318:22
331:17 350:4
364:23
**basketball**
312:21
**Bates** 165:18
166:5
**beam** 150:14
209:10
**bear** 18:19 62:9
110:15 174:23
**bearing** 225:7
**BEASLEY** 2:3
**beginning** 24:15
28:16 73:6
303:18,22
**begins** 319:9
**behalf** 8:22 9:1
9:4,9,21 15:16
20:13 21:5
28:24 29:15
**believe** 14:3
16:8 19:17
24:7 27:13
76:22 84:16
87:18,19 89:2
93:8 101:5
108:17 124:1
133:9 136:2
182:3 184:15
192:14 205:4
205:14 210:19
221:10 232:19
240:8 252:19
273:2,8 290:14
313:19 325:12
326:1,14
332:13 335:10
341:1 343:22
351:2 353:13
**belong** 240:20
**belongs** 187:14
**belt** 156:10
162:8 163:11
**bend** 79:25
**bending** 252:1

**best** 21:9 83:5
107:16 128:2
138:21 182:19
195:16 318:7
366:9
**better** 32:24
39:24 41:20
60:10
**beyond** 114:22
**bias** 75:4 172:8
252:20
**biases** 323:22
**Biddle** 2:19 9:4
9:7
**big** 119:3 125:17
175:21 271:12
**bigger** 271:6
**Bill** 68:5
**billed** 15:22
29:20 36:3
**bills** 13:21 14:1
27:14,18
**biological** 43:13
**biologist** 43:17
43:20
**biomineraliza...**
359:24 360:16
**bit** 21:24 26:2
70:10 91:22
212:9 218:1
**black** 174:23
282:11,13,17
**blah-blah-blah**
203:18
**blocky** 173:20
**Bloss'** 201:16
**Blount** 5:8 101:9
102:10,14
106:10,15,20
106:23 107:5
107:15,18
108:10,14,16
108:19 109:11
111:3 174:7
272:3,9 273:18
274:5,9
**Blount's** 102:25

103:4 107:7
**BNSF** 123:2
**body** 43:14
**bomb** 348:8
**book** 20:8 147:6
147:24 148:19
148:24 167:16
167:19 181:12
184:16 189:10
201:9,17,17
218:14 240:12
355:3,11,15
**books** 201:14
353:24 354:3,8
354:10
**bother** 166:7
**bottles** 248:7
**bottom** 123:23
125:1 150:18
179:22 210:5,6
226:8 238:4
245:18 247:11
280:12 331:3
337:16
**box** 331:13
**boy** 186:15
197:20 250:2
296:9
**break** 26:6,9,14
57:15 60:18
61:3 77:7
112:4 120:9,11
158:25 161:6
161:17,19
213:18 218:1
243:2,5 256:3
256:13 306:12
308:5 343:19
357:16
**breakdown**
30:17 50:21
255:11
**breaking** 213:4
213:7
**bredigite** 191:9
192:4
**brief** 82:2

Melinda Darby Dyar, Ph.D.

Page 376

259:10 260:9
**briefly** 77:10
**bring** 111:4
325:16 353:24
354:3 356:6,12
356:21 357:3
**broad** 214:4,9
214:23 215:2
216:20 217:9
**brought** 62:9
354:7 355:16
355:17 356:10
356:11
**buildings**
133:17
**builds** 137:14
**Built** 5:9 309:5
**bulk** 4:17,18
49:10,16 56:5
56:11 62:5
63:2 64:5 65:4
131:20,23
133:7,22,24
134:1,3,4,9
135:18 171:15
273:7 364:10
**bullet** 124:25
**bundle** 111:22
111:24 178:15
184:16,21
185:3,9,11,14
185:22 187:2
196:6 227:2
293:23 297:24
297:24 313:6
313:17 314:6,8
314:20,21
316:23 317:24
317:24 335:9
335:19
**bundles** 49:3
101:20 111:7
111:14 184:12
184:13,22,24
185:7 226:25
292:13 294:8
294:12 295:9

296:5,15,22
312:18,24
313:1,21,25
314:15 316:2
**Bureau** 51:16,20
**buried** 249:9
**business** 12:10
53:12
**butcher** 50:11
153:18
**buy** 354:18

---

**C**

**C** 2:1 140:16
150:12 157:24
186:9 316:6
319:21 322:13
324:5
**Cal** 358:7
**calcite** 66:6
**calcium** 115:25
117:1 173:17
191:12
**calcium-beari...**
218:4
**calculate** 81:21
141:7,9 142:6
234:21 327:3
327:11,18
**calculated**
140:22 141:3
141:12 143:12
209:23 304:4
304:10 328:25
**calculations**
28:1 125:22
143:4,15 247:8
329:2
**calibrated** 53:15
234:24
**call** 21:11 39:2
68:12 74:23
155:20,21
314:3
**Callan** 254:10
**called** 10:12
14:20 59:21

61:4 68:25
105:3 106:9
109:17 118:17
144:21 173:2
236:12 310:5
314:2 348:2
**calling** 292:13
347:23 363:22
**calls** 73:25
**camera** 234:21
234:23 235:5
235:11,14,23
236:12,12,12
236:22,23
237:13 238:1,3
238:10,14,17
239:11,13
**Campbell** 1:16
292:25 311:10
366:3,17
**Campion** 18:13
**Campion's** 34:3
34:17
**Campus** 2:22
**Canada** 359:5
**Canadian** 225:7
**cancer** 6:10 8:15
10:4 43:25
62:24 96:10
99:4 103:2
160:22
**cancers** 99:11
**capable** 124:17
**caption** 140:21
155:24
**capturing** 40:25
**Car** 5:2
**carbon** 225:21
226:3 346:18
**carcinogenic**
44:15,20 45:2
**care** 3:4 9:12
53:22
**career** 48:9
50:15 51:25
62:2 67:2
292:4,11,17

294:7 295:13
297:16
**careful** 116:10
293:13 295:18
315:25
**carefully** 17:7
146:20 259:10
367:4
**Carolina** 102:18
**Carrie** 1:16
366:3,17
**Caryl** 21:18,18
28:9
**case** 5:16 10:20
10:23 11:1,4
13:16 15:14
18:22 20:19
21:25 22:9
23:4,15 33:18
34:5 36:22
38:7 56:4
62:14 68:16
102:4 122:5,11
131:10,18
132:17 153:9
156:16,19
169:20 215:2
215:12 231:8
232:7 243:12
249:18 250:11
277:6 286:19
287:7 289:1
297:12,25
305:18 322:2
328:19 330:16
332:18,22
334:14 342:21
347:20 354:5
356:14,22
**cases** 1:7 15:18
19:21 23:19
62:24 63:20
67:7 74:4
160:22 165:20
283:8 304:22
360:11
**categorize**

137:11
**Causation** 4:14
22:20
**cause** 43:24 96:9
99:10
**cell** 43:17,20
356:11
**cement** 133:15
**center** 51:2
52:23,24
**centrifugate**
303:9
**centrifuge** 303:5
**certain** 165:17
169:16
**certainly** 26:23
71:1 80:2 82:6
85:25 86:9
105:2,24 108:3
115:8 117:12
124:21 134:25
139:7 141:23
146:20 174:19
176:4 181:11
198:15 201:17
205:24 237:9
242:5 243:7
257:24 301:6,9
301:16 330:17
350:6 353:3
360:20
**certainty** 320:2
320:8 321:1
**CERTIFICA...**
366:1
**Certified** 1:17
366:3,4,18
**certify** 366:4,7
366:10 368:4
**cetera** 136:15,15
198:3,4 199:2
199:3 220:17
220:17 299:10
299:10
**Chachkes** 2:16
4:6 7:14 8:25
9:1 10:16 11:2

Melinda Darby Dyar, Ph.D.

Page 377

16:11 25:22
26:3,10,25
30:1,8 31:9,25
32:11 33:19
34:9 36:23
37:7,17 38:12
41:1 46:15
57:12,18 68:6
71:8 74:7,17
76:15 83:2
91:9 94:1
95:13 96:1
100:20 103:20
105:14 109:6
109:25 110:18
112:2 113:11
115:3 120:8,14
120:25 132:24
141:19 158:18
159:1,10,14
160:2,15,24
163:4,22 164:9
168:10 170:6
175:1,14 176:8
179:9 180:19
186:11 191:23
197:17 208:2
213:2,8 214:12
215:5 216:2,23
217:23 220:9
221:7 223:13
223:16 224:25
226:1 229:2,17
230:12 231:15
231:22 233:1
233:10,25
234:13,19
238:20 239:16
242:13 243:1
244:3 246:7,11
246:14 248:18
252:13 253:10
256:4 257:21
258:17 259:7
260:24 261:19
263:3,7 282:8
282:18,20

284:4,12,19
293:25 294:15
296:8 300:12
302:23 306:7
306:13 310:10
311:4,18 312:2
312:13 323:14
327:20 329:9
332:3 334:1,21
339:1 341:19
342:2,23 350:5
351:17 352:8
352:19 353:12
354:12,20
355:17 357:14
357:18 363:8
365:9
**chain** 104:3
249:10
**chain-of-custo...**
103:23
**challenge**
362:24 363:3
**chance** 19:16
189:14
**change** 207:9
212:5 274:23
283:3 285:16
288:16
**CHANGE/RE...**
369:3
**changes** 209:5
363:14 367:10
368:6
**changing** 296:21
**chapter** 147:24
149:12 181:11
184:16
**characteristic**
145:14 315:12
**characteristics**
65:16 78:21
184:18 315:14
316:1,13
318:19,20
319:21 336:13
**characterize**

152:1 336:7,12
340:24
**characterized**
82:9,22
**charge** 48:2
258:7 350:15
**charging** 145:17
**chart** 245:19
337:20 338:17
**check** 28:4
243:3,5
**checking** 36:11
**checks** 14:11
**chemical** 5:14
72:3 83:21,25
84:11 90:15
94:17,20 95:6
95:7 124:19
125:5,14 126:5
127:8,15,19
128:15,21
129:2,8,12,13
129:15,18,24
130:4 131:6
137:6,9,21
138:3 145:24
146:2 149:20
149:23 151:5
152:1,13,17
156:17 158:5
177:17 179:4,7
179:15,18
181:8 194:4,6
194:9 195:6,13
197:6,14
217:13 228:24
260:18
**chemically**
207:5 218:2
**chemistries** 92:4
**chemistry** 39:6
39:8 116:5,23
116:24 123:23
131:12,13,15
138:15 149:15
149:19 207:4
240:23 267:10

267:11 361:12
**ChemRisk**
311:17 312:8
**Chestnut** 12:12
**Chicago** 52:10
**China** 17:20
19:8 87:9,17
170:5 192:18
192:20 248:9
**choose** 125:3
155:5 232:3
**Choosing** 151:1
**Chris** 21:18
**Christopher**
28:9
**chronological**
224:5
**chronology**
87:14
**chrysotile** 79:3
133:14,16
137:14 145:14
173:24 207:20
338:1 345:15
**citation** 299:4
**citations** 79:10
202:7 245:5
**cite** 49:8 80:8
139:24 142:23
199:16 205:20
213:24 356:2
**cited** 17:10
77:11 101:5,9
108:20 110:25
119:22 140:4
160:6 165:25
189:2 330:17
334:6 344:16
357:8
**cites** 109:3
**City** 48:19
**claims** 131:3
174:3
**clarify** 51:8
**class** 222:9,14
297:5
**classes** 222:2,3,6

222:12
**classified** 173:18
204:16
**clear** 24:21
141:14 192:14
237:12 238:16
246:8 269:4
316:17,17
340:2
**clearly** 54:20
132:17 287:19
287:23 288:8
291:3
**cleavage** 178:15
291:23 292:2,5
292:9,10,14,16
293:9,12,15,23
294:6 298:2
310:7 316:23
317:25 335:8
**cleavement**
335:7
**Cleveland** 21:12
**Clifton** 174:25
175:4
**Clinical** 153:13
**close** 139:17
**closest** 291:8
**clump** 216:5
**coating** 145:16
**coauthor** 59:7
153:3
**coauthors** 153:2
**code** 254:22
**COHEN** 2:11
**coincide** 279:11
**Colgate-Palm...**
122:14
**collaborated**
46:7
**collaborations**
76:7
**colleague** 69:22
**collect** 332:6
**collected** 191:17
200:15
**college** 42:22

Melinda Darby Dyar, Ph.D.

Page 378

45:24 53:2
349:7
**color** 254:22
279:1 283:4,5
288:17
**colors** 278:21
279:3 287:1,3
287:22 288:16
**column** 144:25
145:8,8 227:9
**combination**
115:16 233:5
264:18 270:11
**combine** 197:5
**combined** 72:19
115:24
**come** 14:11
26:11 32:19
34:7 44:7
45:14 46:2
71:21 83:17
139:17 168:2
201:14 226:25
255:25 339:19
**comes** 17:4
216:21 300:2,4
**comfortable**
349:9
**coming** 156:6,8
218:23 260:22
**command**
142:11
**commencement**
366:4
**commencing**
1:15
**comment** 18:17
105:25 176:22
180:14 234:5
**commented**
18:15
**comments** 31:20
33:17 317:10
**Commerce** 2:4
**commercial**
62:5 63:2 64:5
65:4 132:10

133:24 134:4
180:2 230:1
**commission**
368:17
**committee** 8:23
**Commodity**
6:11 333:19
334:12,16
**common** 112:7
192:24 202:8
202:16 218:11
225:20 244:6
**commonly**
140:4
**commonplace**
356:4
**communicated**
332:17
**communicatio...**
32:2 34:12
**companies** 6:15
122:10 351:6
**company** 14:20
28:25 122:24
123:17 173:2
227:5,21
237:25 310:4
**company's**
257:14
**compare** 78:2
131:22 305:25
345:22 349:12
350:2
**compared**
204:18 209:22
273:19 276:21
277:12 337:25
347:2 353:7
**comparison**
346:5,6
**comparisons**
306:1
**compensated**
13:22 14:19
**compensation**
349:11,25
350:3,7,11

**compile** 253:14
**complaint**
237:11
**complete** 208:7
**completed** 191:6
**completely**
53:10 235:24
239:17 274:2
338:5
**completes**
365:14
**complicated**
92:4
**complies** 204:10
235:10
**composed** 313:2
**composition**
72:3 94:22
127:15,20
129:8,14,15,18
129:25 137:6
137:21 139:9
140:25 141:8
141:10 145:1
145:15 148:14
148:15,17
149:20,23
152:1 156:18
156:23 179:15
181:8 194:4,6
194:10 195:6
195:13 197:7
197:15 219:7
260:18 269:5,6
291:20 337:7
**compositions**
84:8 125:5
140:23 142:3,6
142:12 143:11
145:10 148:12
199:1
**comprehensive**
240:25
**computer** 210:9
**concentration**
226:22 233:9
298:15

**concentrations**
84:21 272:2
**concern** 137:13
171:9 173:25
174:10
**concerning** 47:9
**conclude** 239:12
239:12 253:4
269:11 278:24
288:9
**concluded** 99:9
319:25 320:6
320:15,25
322:22 325:1
365:16
**concludes** 179:6
179:11
**concluding**
211:7,8
**conclusion**
71:22 104:4
163:2,12
179:15 180:23
210:25 216:14
248:22 298:20
329:4,11
**conclusions**
17:14 22:9
27:25 34:7,16
78:3 105:10
140:23,25
147:2 175:13
190:11 201:22
243:21 257:19
258:14 260:1
263:6 325:20
342:12
**conclusive** 188:4
**condition**
209:12
**conditions**
208:18 287:3
287:20
**confer** 31:1,6,12
33:7,12
**confidence**
190:10 197:11

262:15
**confirm** 115:25
127:20 139:12
158:22 183:10
239:6
**confirmation**
243:25
**confirmed** 231:9
262:10
**confirming**
138:1 156:15
200:18
**conflicts** 75:3
**confused** 193:5
**confuses** 176:18
**confusing** 278:9
**conjectural**
239:18
**conjecture**
252:19
**conjunction**
71:19 85:7
268:1
**connection**
13:16 15:17,25
19:21 20:4,18
23:19 27:9
31:2,7 34:4
35:5 38:6
66:21 84:14
103:1 161:22
227:25
**consider** 31:23
43:20 80:12
81:9 115:8
165:13 229:14
256:17 257:2
278:6 291:23
306:5 340:22
342:7,14 343:1
347:6
**considerable**
11:22 349:21
**considerations**
317:11
**considered**
81:12 321:16

Melinda Darby Dyar, Ph.D.

Page 379

342:15
considers
  333:25 341:24
consist 188:15
  205:11
consisted 248:6
  257:15
consistent 79:7
  82:23 125:15
  130:4 137:22
  156:16 157:6
  179:8,16,19
  190:19 197:13
  206:1 217:15
  217:19 219:1
  240:9 244:23
  253:23 255:3
  316:14 328:22
consistently
  79:11 265:12
  292:8
consists 203:17
consolidate
  11:24
constant 24:22
  234:10,22,23
  235:5,14,24
  236:17,23
  237:13 238:10
  238:14,17,24
  239:13,20
constants 238:1
  238:3
constitutes
  293:14 334:18
constrain 79:21
  151:19
constraints
  156:5,22
  196:16 215:11
consult 67:3
consultant
  33:21 48:19
consulting 11:22
  122:4,8,14,17
  122:20,23
  123:2

Consumer 6:15
  14:16 351:5
contact 44:8
  46:2
contacted 13:13
  15:16 21:4,7,8
  28:8
contain 54:5,9
  54:13 100:4,18
  108:2 114:2
  148:3 154:16
  163:25 164:5
  167:6 191:11
  214:2 215:18
  221:13,22
  291:22 364:25
contained 17:22
  27:15 48:5,16
  48:23 50:3
  57:21 58:14
  88:25 113:8
  131:24 155:11
  176:5 229:11
  292:2
Containers 5:2
containing
  132:23 133:16
  154:12
contains 22:8
  50:7,25 54:17
  55:7 56:3
  57:25 108:3
  115:13 123:6
  123:10,14,19
  133:8 179:14
  263:21 269:22
  270:8
contaminant
  112:8 162:24
  173:14
contaminants
  221:23
contaminated
  97:13,21 98:4
  98:9 99:9
  104:14 106:25
  112:19 113:22

114:5,17 115:1
contamination
  105:21 181:25
  256:21,24
  257:10 259:2
contemporane...
  231:3
content 5:7
  60:10 101:12
  262:11
contents 147:23
context 83:6
  152:5 176:15
  180:11 188:20
  206:12 228:19
  229:22 230:9
  230:18 262:21
  299:1 338:5
  352:25
continue 7:12
  192:23
continuous
  90:15
contract 28:24
  29:4,7,15
contracted
  67:25
contrasting
  272:18
contributed
  58:24 59:5
contributor
  49:14,19,23
convention
  143:9
conventional
  303:25 304:5
  304:10
conversation
  21:20
Cook 18:13
copies 25:23
  27:13 61:9
  167:16 300:13
  354:7
copy 22:24
  25:12,25 26:6

26:24 27:1,4
  27:14 225:21
  225:24 226:3
  331:2
copyright
  354:16
cores 174:23
corporate 18:7
correct 10:21
  11:9,11,12
  13:1,23,24
  14:2 15:21,23
  18:16,23 19:25
  20:9,10 22:5,6
  22:10 23:22
  24:7 28:6,12
  28:13 29:15,16
  30:24 35:25
  36:1 38:8 39:5
  39:11,14,22
  40:4,13,19,20
  41:10,22,23
  42:3,6,7,22
  43:5,6,8,15
  44:20 49:11,12
  57:8 59:4,13
  59:18,22 62:6
  62:16 63:3,16
  64:19 65:18,21
  66:4,13,19
  69:15,19 71:7
  71:17,18 75:1
  76:24 77:19
  81:22 86:15
  88:21 89:8
  91:16 92:1
  94:16 95:4,8
  99:22 101:3,14
  101:20,25
  102:20 105:13
  105:25 106:10
  106:11,16,18
  107:19,22
  108:16 109:14
  113:9,19,20
  116:16,17,20
  116:24 117:4

117:15 118:10
  118:19 119:9
  120:22 123:23
  127:24 128:4
  129:12 130:17
  131:9 134:1
  136:19,20,23
  137:7 138:17
  141:18 143:16
  144:18 146:6
  148:1,7 150:4
  150:9,10,15
  151:6 152:2
  153:20,24
  154:4,22
  155:17 156:3
  157:21,25
  160:23 162:1
  164:8 165:10
  166:8 167:13
  169:7 170:5
  175:13 176:10
  179:17,23,24
  180:2 183:7,8
  183:25 184:2,3
  185:24 186:13
  187:23,24
  188:7 192:13
  192:21 193:22
  194:4 195:8,17
  195:18,23
  196:10 199:20
  200:8,21
  202:14 205:22
  207:17 214:5
  216:1,13,18
  221:6,9 222:5
  225:16 227:5
  228:10,22
  232:10 233:24
  238:9,19
  239:14 241:19
  241:20 244:2
  249:25 251:5
  252:12,14
  258:6 259:6
  261:9,10,12

Case 3:16-md-02738-MAS-RLS   Document 33132-7   Filed 08/23/24   Page 129 of 295
PageID: 250969
Melinda Darby Dyar, Ph.D.

Page 380

264:22 265:3,6
270:1 271:13
272:17 278:1,5
278:11,12
279:17,18
280:1,25 281:1
281:24 282:7
283:1,13 285:7
285:12 289:12
293:21 294:13
294:21 295:25
296:7 298:15
298:16 302:22
304:11 306:19
306:20,23
307:1 309:23
313:17 314:14
315:4,5 316:4
316:7 317:16
319:23 320:20
321:22,23,25
322:1 323:10
323:13 324:17
324:20 326:15
326:21 327:12
327:19 328:4,9
331:7 332:2,15
332:16 334:8,9
338:25 339:6
342:13,22
345:22 348:8
348:10,14
349:3 355:9,25
364:4,7,8,11
364:12,20,21
368:5
**correction**
275:13
**corrections** 89:1
125:23 274:21
367:4,7 368:6
**corrective**
274:16 275:1
**correctly** 65:7
65:11 197:20
197:23 225:12
271:1 304:16

320:10,11
**correspond**
12:21
**correspondence**
5:18 103:5
175:20
**corresponds**
12:22
**corroborate**
109:18 238:12
**cosmetic** 5:7
101:12 174:2,4
174:8 224:22
225:6 227:22
231:12
**cotton** 346:8,19
**Council** 3:4 9:12
**counsel** 2:14,23
3:4,9 10:20,22
27:2 31:13
32:21 37:9
355:17 366:11
366:12
**count** 46:9
229:12,12
237:18 263:2
298:25 299:8
302:13 304:5
327:1,12 328:8
328:17
**counted** 58:18
299:1,9 323:20
327:7
**counting** 67:10
218:20 282:20
298:14,18,21
299:25 300:18
302:4,6 303:9
303:20,25
304:11 305:8
305:24 306:22
307:4,6,10
308:1,2 316:1
362:4
**countless** 63:7
**counts** 205:8
226:21

**couple** 12:4 16:5
89:1
**course** 42:25
48:9 50:14
67:2 78:25
113:25 120:3
164:22 171:7
197:21 207:2
267:8 270:19
271:21 294:24
323:5 360:20
**courses** 359:13
360:22
**court** 1:1 9:14
10:15 11:10
25:19 35:5
48:14 55:20
165:8,20 166:3
367:19
**courtroom** 10:9
180:8
**courtrooms**
24:10
**cover** 147:23
**covered** 295:1
360:20,21
**create** 189:25
**created** 11:15,17
11:21 148:13
148:16 193:2
**credibility** 76:1
**criteria** 46:19
200:4 203:24
217:22 218:20
219:17 220:6
220:10 316:1
**criterion** 193:14
**criticism** 70:15
107:21 238:8
238:15 342:11
**criticisms** 70:18
104:3 106:13
222:18 223:3
**criticize** 57:6
64:11 105:9
107:18
**criticized**

310:25
**criticizes** 106:19
**criticizing** 57:10
64:17
**critique** 358:1
362:7
**critiques** 333:9
**crocidolite**
91:20 338:1
339:12 345:16
**CROSS-EXA...**
357:17
**cross-polar**
290:5,6
**cross-referenc...**
227:13
**crossed** 76:13,16
**crowd** 19:19
332:15
**cryptic** 226:14
**crystal** 41:9
85:11 127:16
182:18 183:10
188:1 194:6
197:8,15 199:2
199:25 200:14
200:16 209:24
210:20 211:10
211:21 241:1,3
241:5 267:11
268:12 337:7
**crystalized** 60:2
**crystalline** 71:7
85:6 195:23
196:8 199:19
211:2 244:22
**crystallograp...**
202:17
**crystallography**
201:10,17
244:8
**crystals** 243:13
**culminate** 362:1
**cummingtonite**
89:24 92:1
93:21 94:16
95:5,10,22

96:9 240:7
**cupboard**
105:20
**curled** 286:20
**current** 24:20
77:12 240:9
**currently** 50:23
174:14
**curriculum**
167:23
**custody** 104:3
249:10
**customer**
174:12
**cut** 300:13
**CV** 22:24 27:14
27:19 46:10
355:19
**Cyprus** 173:2,12
174:2,9,10,24

**D**
**D** 2:7 3:14 200:4
200:6 238:24
239:6 240:2
241:3,13
**daily** 54:4
363:15
**Darby** 1:12 4:11
4:13 8:11 9:17
9:25 15:4
22:17,19 61:5
61:5,9 88:18
89:11 101:2
147:8 161:15
213:16 256:14
308:13 343:17
351:4 357:20
357:23 363:22
363:23 366:5
368:12
**dark** 290:24
**Dash** 65:23,24
**data** 7:6,10 59:5
66:10 87:18,20
100:8 113:5
125:12,24

Melinda Darby Dyar, Ph.D.

126:3 127:6
128:12 129:10
130:12 131:7
131:22 137:4
137:18 138:6,9
139:3,16 140:7
140:10,12,15
140:19,20
141:16 142:1
143:5,19 146:5
148:8 149:4
151:17,23
152:13,17
155:5 156:1
157:24 158:22
165:12,22
166:13 171:4
179:22 180:25
181:1 191:5
200:2 218:8
230:10 238:19
239:14 245:23
246:4,8,13,15
246:18,24
247:6 250:5
253:18 255:4
258:16 260:20
305:15 324:14
326:14 327:1
327:10,18,22
332:6 340:6
**database** 218:14
241:2
**date** 1:16 8:4
93:18 247:16
366:8 367:9
368:12
**dated** 61:17
88:16,21 177:5
366:19
**dates** 225:9,10
247:11
**Daubert** 4:14
22:20 189:15
**day** 36:17 260:4
368:16
**days** 277:1,7

367:15
**DC** 2:9 3:3
140:13
**de** 174:12
**deal** 58:21
207:20
**decade** 355:10
**decades** 359:23
**December** 35:22
**decide** 40:22
**decided** 11:23
**deciding** 40:17
**decision** 173:22
245:2 331:22
**declassify**
173:20
**decompose**
212:9
**decreasing**
320:3
**deem** 166:16
**deemed** 367:18
**default** 142:11
**Defendant** 2:23
3:4
**defendants**
73:21 74:14
76:10
**define** 39:1
79:11,14
111:22 183:14
313:5 336:9
**defined** 78:20
111:23 129:4
228:16 236:25
314:16 352:9
**defining** 5:9
228:13 309:4
**definitely**
363:19
**definition** 78:15
78:17 79:8
83:20 93:17
110:21 111:25
121:1 127:10
176:19 193:17
194:5 235:4

267:16 313:16
313:18 314:6
314:24 317:6
321:14,14
334:18 335:11
335:14 338:8
352:7,11,16,23
**definitions**
313:14
**definitive** 264:7
331:22
**definitively**
268:15
**deformed**
111:23
**degree** 43:1
107:15 320:2,8
321:1 357:21
357:22 361:21
**degrees** 41:14
42:5
**deliberately**
125:2 216:10
**demonstrate**
240:1
**Dennis** 2:11
8:17
**denominator**
274:6
**densities** 107:14
108:5 301:11
301:13,15,18
304:7,15
305:12 307:1
307:13
**density** 108:8,18
306:18
**departments**
53:1
**depend** 55:9,10
188:19 247:22
275:5,7
**dependent**
298:25
**depending** 39:1
94:21 275:13
**depends** 82:13

130:18 169:13
190:7,8,9
261:21 277:2
299:8 302:14
**deponent** 8:10
368:1
**deposed** 10:14
**deposes** 9:20
**deposing** 367:14
**deposition** 1:12
4:11 6:19 7:2
7:12 8:6 10:6
10:12 13:17
14:24 20:16
21:1 22:18
23:14,18 24:5
24:16,20 37:3
37:6 103:1
112:1 128:7
189:15 214:20
245:3 247:25
248:21 305:25
308:16 309:22
309:23 326:2
341:2 356:7,14
356:23 365:14
365:16 367:3
367:12,16,17
**depositions** 24:2
24:4 244:25
**deposits** 102:16
174:21,25
175:5,22,24
221:2,3,12
252:4
**deps@golkow...**
1:23
**derived** 174:17
**describe** 59:23
64:8 127:16
208:6 257:12
259:4 302:6
**described** 40:5
54:25 66:2
109:12 313:1
332:8 337:24
**describes** 23:24

24:18 38:5
40:10 80:9
101:17 107:23
303:5 344:18
**describing**
330:20 351:6
**description** 4:10
30:6 103:13
262:11 315:10
315:13 337:15
337:19
**design** 264:16
**designed** 66:1
135:9 264:23
265:1
**detail** 24:19
129:10 142:24
**details** 136:13
270:20
**detect** 48:10
233:8 275:3
**detected** 145:2
275:23
**detecting** 70:16
362:8
**detection** 63:9
63:13
**detectors** 361:6
**determination**
4:20 56:5 62:4
63:2 178:13
188:5,12
199:18 200:20
202:4 244:21
292:1 302:13
302:20 304:12
**determinations**
72:19 115:24
201:6 202:2
203:1,11
**determine** 24:1
44:8 46:13
47:1 48:4,15
48:22 50:2,7
54:4,8,12
57:24 58:5,13
59:16,19 60:9

Melinda Darby Dyar, Ph.D.

Page 382

60:13 64:3
65:2,20 66:11
70:23 71:2,6
71:10 73:9
81:21 84:12,17
85:5,8,11,13
86:5,18 101:21
109:22 110:3
113:8 115:12
116:4,6,23,25
118:15,18
123:5,10,14
124:6,11 125:4
125:15 127:13
129:6,11 130:1
131:14 132:15
133:7 134:11
135:16,23
136:7,22 137:5
137:21 138:4
139:8 143:4
154:3 167:21
168:22 171:16
171:20 182:11
182:21 183:9
186:6 188:10
189:20 193:10
194:2 195:20
196:19,21
198:10,18
216:6 221:21
238:3 256:19
256:23 257:9
258:5 259:1
264:24 265:21
265:23 266:8
266:13,18
267:7 268:20
269:1,22,25
270:7 275:21
276:2 277:10
295:8 297:8
305:9 316:21
318:8 331:12
331:25 332:8
339:15 340:18
342:19 353:8

364:24
**determined**
  217:18 219:1
**determines**
  116:1 195:5
  303:25
**determining**
  56:7 58:7 69:2
  72:15 131:19
  139:17 263:20
  267:1,21,25
  335:6
**develop** 348:8
**developed**
  132:12
**development**
  361:11
**deviation** 190:2
**deviations** 94:21
**devise** 264:6
**devised** 265:4
**dgeier@cprla...**
  2:12
**diagnosis**
  187:25 188:4
**diagnostic**
  181:20 200:1
  278:21 288:17
**diagram** 92:22
**diameter** 313:2
**dichotomy**
  249:24
**difference**
  248:13 277:6
  277:10,12
  290:19
**Differences** 5:9
  309:4
**different** 49:8
  52:8,16 55:11
  65:19 68:25
  69:14 70:8,11
  70:23 71:1
  72:18 82:18
  87:24 89:16
  91:3,22 108:5
  108:9,11

110:14 118:2,4
119:25 120:21
121:8 136:14
143:3 148:4
196:9 197:5
198:22 199:14
203:25 209:20
210:14 211:16
211:24 216:1
220:22 241:21
242:2 243:12
243:13,20
245:12 259:12
261:9 267:16
271:4,16,17
274:20 282:21
283:3,6 286:16
286:21 287:2,4
288:9,22,24
289:20 290:2
300:2 301:5,7
301:10,13,15
301:17,18,21
304:2,4,9,14
304:15 305:11
305:11 306:4
306:25,25
307:12,13,21
335:15 336:11
336:13 344:24
361:5,13
362:13,21
**differentiating**
  206:19
**differently**
  53:10 283:23
  287:8
**differing** 163:19
  164:6
**difficult** 51:25
  107:16 151:3
  152:7 182:5
  188:18,18
  214:20 217:2
  331:17
**diffracted** 39:20
**diffraction** 6:5

39:18 40:23
41:20 42:2
47:10,11 50:19
53:16 56:13
181:9,14,16,17
181:19,23
182:8,10,17,20
183:5,8 201:21
205:3,10
206:10,17
207:8 209:12
212:12 217:14
218:9 219:24
229:13 235:6
236:8 237:13
238:18 239:5
241:14,24
242:12,19
243:19 256:19
257:9 259:1
360:18
**dimension**
  201:20 244:13
  271:5
**dimensions** 40:2
  41:8,12,19
  82:7 178:12
  184:6 196:23
  198:6 199:24
  200:1 213:1
  219:4 270:5
  271:22 295:19
  318:7 331:20
**diopside** 190:20
  190:21
**Diplomate** 1:17
  366:3,17
**DIRECT** 9:23
**direction** 52:22
  290:8,9
**directions** 40:3
  41:14 201:12
  271:11 289:2
**director** 51:2
  52:22
**disabled** 142:11
**disagree** 7:15

33:24 99:19
100:3,15 112:6
114:25 115:4
325:8
**disagreeing**
  128:9
**disappearing**
  207:13
**disciplines**
  110:14
**disclosures**
  165:15 166:4
**discriminate**
  319:2 324:9
  325:4,11
**discriminating**
  325:15
**discrimination**
  84:5
**discuss** 184:15
  318:20
**discussed** 15:7
  98:10 260:4
  267:15
**discusses** 211:16
**discussion**
  126:15 160:20
  162:2 205:21
  319:8 329:14
  337:15,18
  355:25
**diseases** 44:1
**dispersion**
  275:16 278:15
  278:18,25
  279:2,14,17
  282:6 283:1,4
  283:12,16,20
  285:12,15,19
  286:1,11,25
  287:16 288:3
  289:12,16
**dispersive** 128:1
**disproportion...**
  111:4
**dispute** 224:23
  225:2

Melinda Darby Dyar, Ph.D.

Page 383

distance 200:7,9
distances 235:1
  235:2
distinction
  265:20 311:1
  314:17 362:12
distinguish
  47:17 146:22
  152:8 213:25
  214:21 215:17
  215:25 217:3
  325:19 331:17
distinguishing
  295:16
distraction
  312:11
distributed
  249:17,22
distribution
  13:8,8 190:1
  196:25 248:4
  249:19 252:9
  322:2,5
distributions
  252:3
DISTRICT 1:1
  1:1
diverging 314:8
diverting 315:25
dividing 328:3
doc 358:7
doctor 43:10
  231:18 351:4
  363:13
doctors 146:1
document 1:6
  4:15 22:18,22
  27:22 28:22
  35:12,15,19
  54:22,24 56:9
  56:12,15 57:9
  63:6 67:21,22
  73:11 90:6
  93:2 103:10
  115:18 131:2
  132:4,4 133:21
  134:15,17

136:9,13
137:17,25
138:18 139:2,6
141:24 142:16
152:19 173:13
175:9,17 176:1
176:15,21,23
176:25 179:11
180:10 189:4
194:17 201:22
218:9,12
223:19 226:7
227:8,17
228:18,21
233:16 235:6
260:3,9 262:20
279:20 284:3
286:9 290:15
300:2,9 303:11
305:14 315:7
316:17 317:12
318:24 321:15
325:4 327:8
330:6 333:13
334:23 335:1,3
336:5 339:15
340:2,11,15
344:14 346:1
346:21 348:3
351:11,19
352:24,25
353:3,5
document's 66:3
documentation
  165:2
documented
  164:20
documents 7:17
  15:13 17:1,25
  35:3,9,18
  54:25 56:6
  57:2 61:14
  64:8 66:14,16
  69:17 73:13,17
  76:20,24 77:2
  82:19 93:17
  105:3 126:13

159:20 160:21
161:18 165:17
165:22 166:6,6
166:11 189:5
194:25 205:4
205:10 219:24
228:1 229:1
231:3 232:1
235:21 236:9
237:1 238:9
239:6,10
241:15,24
242:12,20
243:19 249:10
336:9,17 341:9
341:10 342:4,5
352:13 353:16
356:15,25
357:2 358:13
doing 14:20
  28:10 29:12
  34:24 37:25
  38:4 41:16
  64:12 76:1
  125:21 142:4
  146:1 154:1,9
  171:15 209:10
  211:7 234:22
  245:1 269:15
  295:13 349:16
  367:8
dolomite 66:6
doubt 111:8
  312:11 345:5
  346:13
downside 65:9
dozens 24:9
  358:15
Dr 8:11 16:24
  18:11,11 20:12
  20:21 21:2,2
  23:5,14,23
  24:8 30:23,24
  31:2,7 32:10
  33:4,4,8,13,16
  33:21 34:3,17
  34:25 35:3

61:5,25 69:11
70:5 88:15,20
89:10 101:10
102:25 103:4
103:12,14
104:23 105:10
107:18 108:12
111:3 128:7
129:23,23
130:12 143:14
153:6,16
158:11,12
160:21 162:22
165:8 166:3
167:12 170:2
171:19 179:6
180:22 191:3
200:5 201:21
205:21,21
211:3 218:10
242:25 244:24
245:13,24
246:19 247:17
247:25 248:20
248:23 249:8
251:19 252:11
252:15,22
258:4 273:17
278:14 291:14
292:13 298:13
310:25 322:8,8
323:11 325:22
330:15 331:10
331:11 342:11
355:4
draft 47:22
drafting 31:21
drafts 31:17
drag 359:17
draw 147:11
  265:19
drawn 198:8
  201:23
drew 140:23
Drinker 2:19
  9:3,7
Drive 2:22

driving 46:3
drop 191:6
Drs 16:18 19:13
  23:11 56:25
  69:21 77:8
  80:14 81:11
  89:15 98:1,4
  100:8 113:14
  139:11 142:10
  156:20 158:20
  159:16 160:7
  160:17 198:17
  205:6 217:7
  239:25 258:10
  264:10 270:12
  270:21 297:21
  313:5 321:16
  328:25 335:23
  340:1,9 341:6
  347:6 353:8,21
Duces 4:12
due 145:16
  345:6
Duke 144:5
duly 9:18 366:5
dust 49:3
Dyar 1:13 4:11
  4:11,13,13,15
  4:16,18,19,22
  5:1,5,7,9,11,13
  5:13,14,16,18
  5:20,22 6:1,3,5
  6:7,8,11,13,15
  8:11 9:17,25
  14:25 15:4
  22:14,18,19
  25:20 32:2
  60:24 61:5,5,6
  61:7,9,23
  66:18,19 67:13
  67:16,17 68:12
  68:24 88:11,18
  88:18 89:11
  92:17 100:24
  101:2 139:20
  143:25 144:3
  147:8,19

Case 3:16-md-02738-MAS-RLS    Document 33132-7    Filed 08/23/24    Page 133 of 295
PageID: 250973
Melinda Darby Dyar, Ph.D.

Page 384

148:20 152:20
161:15 172:12
213:17 223:8
236:5 256:14
279:21 300:10
308:14 329:23
333:14 343:14
343:18 350:23
351:4 357:20
357:23,25
363:22,23
364:1 366:5
368:12

**E**

**E** 2:1,1 3:14,14
**e-mail** 25:13
**earlier** 35:6 89:1
108:21 309:2
335:11 343:23
**Early** 5:3
**earn** 11:18
**Earth** 166:23
**easily** 82:1
152:14 193:5
238:25
**East** 174:23
**Easter** 42:17
**easy** 226:3
311:22
**eBay** 104:12
**ED** 138:24
206:16 207:24
208:13 209:17
209:19 210:11
210:13
**edge** 286:7,21
**edition** 93:5
**editor** 145:20
**EDS** 38:24 47:6
71:20 72:2,20
83:21,24 84:3
84:11,17
115:24 116:22
117:9,21
120:19 123:22
124:5,6,9,17

124:18,21
125:6,20,25
126:12,13
130:9,10,16,24
131:6,22,24
137:3,19 138:6
138:9,24
139:16 140:6
140:10,12,15
140:19,20
141:3,7,17
142:1,5,19
143:1,6,10
148:3 149:1,10
150:14 151:4,9
151:14,25
154:13,16
155:16,20
156:15 157:6
177:17 179:4
179:13 190:17
193:6 195:8,10
197:7 200:20
202:3 203:1,22
207:1 218:6
260:5,16,17
261:4,11
263:13 264:12
268:24 269:4
360:24,25
361:6,20
**EDX** 157:20
**EDXA** 38:24
47:6 71:20
83:21,25 84:4
84:11 116:22
117:9 120:19
124:5,17
126:17 130:2
130:16,24
131:6,15,22,24
137:3,19
142:19 145:4
146:4,21
154:13 155:16
195:8,10 197:7
206:21,24

260:16,18
268:24 269:13
269:14,23
**effect** 248:21
**effects** 44:9
**egg** 42:17
**eggs** 42:17
**eight** 153:19
**either** 17:20
18:1 19:8 33:8
44:6 49:10
58:1 65:3
69:18 86:18,20
98:10 103:18
104:3,5 118:10
119:7,17
123:17 135:18
142:16 150:24
151:9 167:8,17
176:10 177:14
185:13,15
186:3 187:2
196:2 218:3
232:9 241:17
248:9 253:16
254:17 262:15
291:10 297:24
313:6 314:21
319:14 326:11
340:16 357:7
**electron** 4:21,23
39:13,18,25
47:11 50:17,18
50:24 51:6
53:16,16 67:24
68:20 116:19
117:3 118:9,17
120:18 124:15
136:11 149:23
178:9 186:3
196:2 206:10
206:17 207:7
207:17 209:2
244:19 256:18
257:3,8 258:25
259:16,19
260:17 262:18

266:15,20
347:12 351:9
351:23 361:2,7
361:18
**electron-based**
361:12
**Electronic** 4:15
**electronically**
25:19
**electrons** 39:19
209:10
**elemental** 39:6,8
116:23 145:1
145:14
**elements** 84:19
84:22 124:23
**elimination**
137:11
**Ellis** 3:6 9:9
14:1 21:14
28:10
**Elmo** 92:24
126:24 284:24
287:9 347:17
355:7
**elongation**
279:5,8,9,13
280:19 283:24
284:11 285:7
287:17 288:2
289:7
**else's** 77:2
**emission** 50:20
**employed** 23:11
310:17 349:19
**employee**
311:15 366:11
366:12
**employees** 13:11
20:22,22
173:12 310:16
**employs** 311:25
**EMs** 53:22
**enable** 327:2
**encountered**
109:15
**endeavor** 59:6

**ended** 173:8
274:3
**ends** 312:19,24
313:22 314:1,9
314:21 315:3,4
**Energy-** 127:25
**energy-disper...**
38:25 39:3
138:19 145:3
145:12 155:6
**engaged** 123:4
169:14
**engagement**
16:1 62:13
67:6 122:5,10
**enrolled** 43:2
**ensure** 174:5
**enter** 29:14
**entire** 10:25
89:4 134:15
136:6 166:22
180:15
**entirely** 307:15
**entities** 53:12
98:12
**entitled** 22:18
75:17 144:4
147:7 281:22
309:3 316:3
**entity** 11:14,24
16:7 48:21
52:25 123:9,13
311:25
**entry** 29:19
**environment**
46:14 169:9
**Environmental**
47:21 68:1
109:22
**Environments**
5:10 309:5
**EPA** 54:23
61:17 67:18
93:24 128:11
128:17 173:19
243:24 310:24
**epidemic** 45:8

Melinda Darby Dyar, Ph.D.

Page 385

310:15
epidemiologist
  43:7
epithelial 163:7
equal 319:19
equipment
  53:20
equivalent
  226:22 303:14
erionite 154:19
  155:7,17,21
  156:11,14
  157:8,10,12,20
  158:7,10
  159:25 161:22
  161:24 162:12
  162:24
Erionite-Asso...
  5:16 153:10
  154:25
errata 367:6,9
  367:11,14
  368:7 369:1
error 299:18
errors 43:25
especially 174:1
essential 337:7
established
  221:10 289:6
  297:11 318:5
  335:10 353:14
establishing
  110:6
estimate 298:14
  298:22
estimates
  305:23
et 4:24 5:13,17
  93:14 136:15
  136:15 185:4
  198:3,4 199:2
  199:2 220:17
  220:17 292:25
  299:10,10
evaluate 25:4
  56:24 57:1
  60:1 69:20

113:13 161:3
165:24 166:15
229:20 230:17
232:11,13
258:3,8,21
259:24 260:21
263:5,19 264:3
334:25 353:20
evaluating
  169:25 230:16
  267:12 326:9
evaluation
  18:19
evening 16:5
  343:17
eventually 22:4
  277:19
evidence 98:2
  100:9 112:13
  146:16 158:20
  180:21 211:10
  231:19 243:18
evidenced 68:21
  183:21,23
evolved 361:13
exact 81:25 95:6
  204:1 205:17
exactly 13:18
  15:19 21:25
  73:14 74:10
  87:21 104:15
  119:23 128:9
  151:11 154:8
  241:25 251:17
  264:1 275:13
  286:5,7 313:18
  327:4 361:4
examination
  9:23 152:9
  360:2 363:10
  366:5
EXAMINATI...
  4:4
examine 96:4
  119:24 233:16
examined
  180:23 204:13

209:21 210:15
253:25 257:7
290:17,18
291:4,12,22
292:2 302:15
examining
  48:15,22 72:14
  118:9 212:2
  230:15 244:19
  261:16
example 14:21
  54:21 56:10
  65:10 74:4
  107:6 119:21
  127:25 133:13
  136:2 140:11
  143:8 146:13
  150:7 168:22
  176:16 179:25
  183:21 184:8
  184:15 185:18
  185:19 186:25
  189:4 191:8
  193:3 197:24
  216:25 219:21
  228:2 237:7
  250:11 259:11
  262:25 263:2
  278:9 292:24
  338:19
exampled 187:2
examples 135:2
  237:7 292:25
  293:3,6,9
  311:8
excellence 359:2
excerpt 148:19
  355:5
exclusive 336:15
exclusively 76:9
excruciating
  142:24
excuse 23:1
  184:20 186:9
  186:15 269:14
  288:21
exhibit 4:11,13

4:15,17,18,20
4:23 5:1,6,7,9
5:12,13,15,16
5:19,21,23 6:1
6:4,6,7,9,12,13
6:15 14:25
15:4 22:14,18
22:25 23:1
24:25 25:11,20
28:2 35:10,11
61:10 67:14,16
67:17 88:11,14
89:5 92:17,20
92:21 100:24
115:18 129:11
139:4,20
143:25 147:19
148:20,23
150:1 152:20
152:23,24
158:3 159:25
172:15,17,20
172:21,23
173:11 176:6
176:24 179:14
186:8 202:19
206:5 224:6
225:4 226:16
226:17 231:9,9
236:4,4,5
256:15 257:5
279:21 281:19
282:4 284:20
288:21 289:8
291:7 303:21
308:16 309:22
309:23 314:1,8
319:21 326:17
326:17,23
329:23 330:3,3
332:22 333:14
336:20 343:14
343:21 350:23
351:2,3,5
352:17
exhibiting 78:21
Exhibits 4:9

6:19 60:24
172:12 223:8
223:12 231:7
exist 219:16
existed 263:10
existence 12:3
existing 157:7,9
exists 113:5
  166:22 169:8
  180:17 185:6
expect 164:18
  239:19 248:12
  249:1 251:3
expects 195:7
experience
  208:18 213:23
  215:16 294:7
  294:12,19
  296:3,13 359:9
  359:20 360:9
  360:24 362:17
Experimental
  153:13
expert 4:13
  11:10,19 14:6
  16:1 21:23
  22:8,19 24:25
  25:3 28:10
  30:22 38:7
  43:13,23 44:12
  44:17 45:4
  48:14,19 62:23
  66:21 73:20
  89:8 213:19
  256:18 257:3
  281:14 284:8
  308:17 310:3,4
  332:21 334:7
  357:8,10 358:2
expertise 294:2
expires 368:17
explain 39:16
  244:9 274:19
explained 54:25
  195:9 355:19
explains 182:5
  201:10

Melinda Darby Dyar, Ph.D.

Page 386

**explanation**
228:15 249:24
340:17
**explicit** 194:23
228:15
**explicitly** 56:10
56:13 143:19
171:1 235:3
**Exponent**
311:16 312:7
**exposed** 105:21
**exposures**
174:22
**expressed** 69:13
70:7 72:21
187:12 235:19
237:16 239:24
**extended** 134:17
**extensive** 126:15
**extensively**
93:16
**extent** 10:18
32:20 34:11
138:3 166:2
171:21 185:6
194:9 256:20
256:23 257:9
259:1 263:14
279:12
**extinction**
290:18,20,22
**extract** 305:19
**extraordinarily**
141:6
**extraordinary**
142:7
**extreme** 261:1
**extremely**
189:11 361:8
**eye** 340:13
**eyes** 185:13

---

**F**

**F** 3:2 130:20
131:25 134:22
206:6,9 241:12
**face** 239:10

**facility** 52:21
**fact** 45:7 58:13
69:10 70:5
75:16 102:6,8
104:4 105:11
107:4,13
112:12 114:22
115:1,6,9
118:22 137:8
142:9 149:21
156:4 157:16
171:24 172:7
178:18 182:5
193:3 204:25
205:2,3 221:2
221:13 222:1
226:15 235:16
235:18 238:2
238:13 243:11
248:19,23
251:14 255:20
262:3 269:6
274:25 285:16
287:6 289:19
292:14 304:21
305:17 317:9
321:9 323:19
338:10 340:7
361:9
**facts** 252:3
**faculty** 45:25
46:1 52:14
**fail** 214:2 216:11
367:17
**failed** 240:1
**fair** 114:18
253:4 254:3
**fairly** 110:22
124:9
**fall** 15:20 28:8
**familiar** 45:7
66:17 67:13
78:8 92:11
97:6 110:8
129:24 147:6
180:25 181:1
181:10 222:1

232:17,24
235:17 237:25
312:10 341:2
356:2 360:4
**far** 36:3 107:10
107:10 113:15
113:15 217:4
229:19 344:11
**farm** 156:9
162:8 163:10
**fast** 277:17
363:20
**fault** 298:13
323:10
**fax** 1:23
**featured** 364:16
**February** 23:15
23:20 24:6
28:19 35:23,25
36:4 88:17,25
106:8 173:21
**federal** 24:10
**feel** 149:24
228:18 239:25
**fellow** 358:22
**ferric** 60:5
**ferro-anthoph...**
89:23 91:25
93:22
**ferro-anthoph...**
254:4
**ferrous** 58:5
60:6
**fertilizer** 122:23
**fiber** 79:6,7,9,19
79:24 80:10,20
82:10 85:16
86:6,20 145:15
150:7 155:7,21
174:7 178:14
193:19 195:6
196:20 203:20
203:23 204:7
207:10,13,25
208:13 209:19
209:20 210:13
210:14 212:6

226:21 276:4
291:5 297:25
313:17,25
314:6,8 315:15
315:20 324:24
335:11,19
346:8,19 352:7
352:10,17
**fibers** 17:22
19:7 24:13
43:24 49:3
54:5 78:23
79:11,16 80:3
99:10 101:20
103:7 108:22
137:12,13,14
144:17 145:2
146:2 154:2,20
157:12 174:3
176:19 178:15
184:24 188:14
188:25 189:18
189:25 190:4
193:15 194:8
203:18 204:13
204:15,19
205:1 227:1,9
227:19 228:9
228:11 231:8
233:8 263:21
264:25 269:17
270:25 290:16
290:17 291:4
291:12,15,24
292:3,14
294:20,23
296:19,23
297:17 310:9
312:19 313:2
313:22 314:8
314:20 315:21
316:2 317:25
319:18,20
320:4,13,22
322:9,18,19
324:19,22
336:10 337:3

**fibres** 4:20
**fibrils** 79:16
111:8,14
**fibrosity** 79:15
**fibrous** 173:15
173:23 174:21
177:2,24
182:12,25
183:4,6 206:19
206:23 341:16
341:24 342:13
342:20
**field** 46:4 143:9
222:19 236:12
358:19 359:23
**fields** 110:25
**figure** 87:10
107:6,7 125:12
126:3 127:7
128:13,25
131:8 137:5,19
140:11,21
141:18 142:19
144:24 145:23
146:4,6 147:1
148:9,25 149:4
149:13 150:8
150:19 151:12
151:13,23
152:7 154:11
154:12,12,17
155:4,24 156:3
157:19,24
158:4 179:23
185:2 186:9
247:9,12
249:20,25
251:17 254:8
254:13,14,18
254:19,21,22
278:10,12
279:25 280:3
281:13 284:8
286:9 308:22
312:20 322:13
347:10 360:16
**figured** 364:15

Melinda Darby Dyar, Ph.D.

Page 387

**figures** 139:25
140:7 148:2,8
154:15 245:21
**file** 225:25
**files** 226:7
**financial** 75:18
75:25
**financially**
366:13
**Finch** 2:7 4:5,7
7:21 8:14,14
9:24 10:1,24
11:8 14:23
15:2 16:14
19:14 22:12,16
25:10,18,24
26:8,11,15
27:2,5 30:4,15
31:11 32:6,7
32:14 33:24
34:2,14 37:4
37:15,19 38:9
38:16,21 41:4
44:24 45:13,19
46:20 55:19,23
57:16,19 60:17
61:1 62:20
63:15,22,24
68:9 71:15
72:11 74:2,12
74:21 75:14
76:12,18 77:24
78:14 81:1
82:15 83:18
84:1 85:3,20
86:3 87:13
88:13 91:1,14
92:19,23 93:1
93:7,19 94:7
95:19 96:7,15
97:1,12,19
98:6,19 99:18
100:14 101:1
103:11 104:1
104:20 105:8
105:23 106:21
109:1,10

110:12 111:1
112:5,16 113:2
113:17 114:14
114:24 115:10
119:1 120:12
120:15 121:10
121:18 122:2
126:23 127:2
132:19 133:2
135:14 139:18
139:22 142:13
143:13,23
144:2 147:5,17
147:21 148:18
148:22 152:18
152:22 154:10
155:3 157:18
159:3,5,11,18
160:11,18
161:5,14
162:20 163:17
164:4,17 165:6
166:20 167:10
168:18 170:1
170:12 171:13
172:14 173:6
175:3,6 176:3
176:12 177:15
179:2,12 180:6
181:3 182:9,23
186:12 187:19
188:13 190:3
192:2 195:4
199:6 202:11
206:3 208:3
213:6,15
214:24 215:13
216:12 217:10
219:13 220:1,3
220:20 221:15
223:10,14,17
225:3 226:4,10
228:8 229:8
230:7 231:1,16
232:5 233:3,18
234:7,15,20
236:3,7 239:8

240:4 242:23
243:4,8 244:16
246:10,12,20
246:23 249:5
250:20 251:13
252:7 253:1,20
256:2,11 258:1
258:23 259:22
261:6 262:8
263:4,16
264:21 270:23
279:19,23
282:12,16,19
282:24 284:6
284:16,20,23
285:5 286:13
293:17,20
294:1,18
296:16 298:5,8
300:14,15
302:25 303:3
306:11,14
308:5,12
310:13,23
311:12,16,19
311:23 312:6
312:16 315:1
318:15 323:17
328:1 330:1
332:12 333:12
333:16 334:5
335:4 339:4
341:22 342:9
343:4,7,16
344:13 347:18
347:21 348:6
348:11,19
350:9 351:1
352:1,14,20
353:23 354:15
355:1,8,13,21
357:12,19
363:11 365:8
**find** 7:17 55:3
55:24 87:10
111:13 136:3
181:24 202:7

259:15 263:8
276:20,25
277:2 294:10
299:24 322:8
342:12
**finding** 154:19
272:13 323:23
**findings** 253:23
**finds** 40:25
**finished** 42:25
76:22 77:4
102:19 104:6,7
105:12 123:18
**firm** 2:3 14:1
21:14 28:10
187:25
**firmly** 110:24
**first** 9:18 13:13
15:15 17:6
21:4,6 28:8
29:17 34:25
35:12 42:12,18
45:20 61:22
66:3,19 68:10
68:14 101:6
103:17 111:21
117:8,9,10
141:14 145:7
146:15 149:8
206:22 212:10
223:21 239:19
247:10 256:22
280:4,24 281:7
281:18 321:6
345:3 359:10
359:16
**five** 57:17 91:18
102:16 141:23
206:14 221:5
227:2 243:14
249:14,23,23
254:8 257:23
**flaw** 340:5
**flawed** 199:5
205:7
**flexibility** 79:17
80:6 85:16

86:5,14,19
193:16 337:16
337:25 338:7
340:1 341:4
347:7
**flexible** 78:23
79:12 193:15
194:8 335:13
338:8,9,12
**flip** 28:15
**flipping** 26:17
**FLOM** 1:14
**floor** 354:6
361:16
**Florham** 2:22
**fluorescence**
50:19
**FLW** 1:5
**focus** 199:8
285:24 342:5
**focuses** 136:1
**follow** 16:23
55:6 56:2,21
64:3 65:1
69:11 70:6
86:18 108:12
115:16,22
134:8,11
268:19
**follow-up** 159:4
**followed** 103:15
108:13 258:4
264:11 298:22
325:9 342:19
353:7
**following** 69:6
69:25 150:17
318:19 321:4
**follows** 9:21
23:25 24:12
64:10 70:12
127:18 265:23
315:12
**footnote** 190:13
190:15 191:6
192:24 301:1
326:8

Melinda Darby Dyar, Ph.D.

Page 388

**footnotes** 245:6
**force** 81:18,19
**foregoing** 366:7
368:4
**form** 71:24
73:23 74:8
90:21 96:22
97:4,15 99:12
112:9 146:7
157:14 158:16
184:8,12,22,24
185:7,8,10
187:1 270:9
312:3 318:2
368:6
**formal** 229:6,9
**formed** 12:5
164:13 165:18
**former** 20:22
**forms** 360:19
**formula** 90:8
95:7
**formulas** 90:7
**forth** 25:6 28:2
55:4,25 56:19
57:7 62:15
64:18 86:16
353:10 355:24
366:9
**found** 44:13,18
45:1 58:21
78:4 89:17
94:9 96:19
97:3,21 98:9
99:25 100:4,18
112:7,15
140:13 144:17
146:3 154:2
157:12 165:12
166:23 168:8
168:21 169:5,9
179:22 185:21
187:2 190:22
191:15,16,21
192:4,11
226:24 231:8
231:20 241:6

247:21 261:23
276:2,6 298:16
299:20 301:4
302:21 303:21
307:11 310:6
321:20 348:20
352:17 356:4
**Foundation**
168:25
**four** 1:14 89:14
89:15 102:22
197:5 206:13
220:6 240:17
243:13 269:21
350:2
**Fourth** 3:7
**frag** 297:24
**fragment**
178:15 185:22
292:9 293:15
293:24 298:2
316:23 318:1
335:8,8
**fragments**
177:25 291:23
292:2,6,11,15
292:16 293:9
293:13 294:6
310:8
**frame** 249:4
**frequently**
277:16
**front** 15:4 26:19
61:8 152:24
172:18 288:1
343:21
**Frost** 2:21 9:3,3
45:10,16 71:24
73:23 74:8,18
76:11 77:20
78:6 80:21
82:11 83:1,23
84:15 85:18
87:7 88:8
90:21 91:8
94:2 96:2,12
96:22 97:4,15

97:23 98:14
99:12 100:5
103:8 104:9
105:1,15
108:23 109:5
110:17 112:9
114:6 119:19
120:23 135:11
143:17 146:7
157:14 158:16
159:9 160:3,25
162:14 164:10
164:24 166:9
169:12 171:22
173:3 176:7
177:12 178:16
180:3 182:2
187:7 188:8
189:22 194:21
202:5 205:23
219:19 226:9
227:23 242:16
250:1 251:24
263:25 270:9
310:22 311:3
318:2 341:18
342:1 344:10
347:24 348:9
348:15
**full** 41:11
269:14
**full-time** 53:21
349:13
**fundamental**
222:7 333:8
361:4
**fundamentally**
199:5
**funded** 168:24
**funds** 11:18
**further** 73:14
157:3 165:13
166:12 264:19
363:8 366:7,10
**future** 42:19
_____

**G**
_____

**G** 3:14
**gamma** 50:20
**garnet** 149:2,18
**Geier** 2:11 8:17
8:17 69:22
**general** 4:13
22:20 30:11
39:4 97:6
164:12 198:12
214:16 257:18
319:9,13
**generalized**
198:13
**generally** 23:24
37:22 103:13
109:3 111:7
121:3 125:10
184:14 188:21
189:16 196:4
201:3 222:23
259:5 271:10
276:17 316:8
318:18
**generate** 125:3
**generated** 126:3
**genetic** 43:24
**gentleman** 20:8
**geo-analytical**
195:11
**Geochemical**
358:23
**geochemistry**
42:10,11 43:5
**geographic**
168:5,5
**geographical**
252:20
**geologic** 308:3
**geological**
333:18,23,25
334:16 336:23
358:24 359:4
**geologically**
164:13
**geologist** 112:25
113:18 114:13
167:25

**geologists**
153:15,20,22
**geology** 42:5,8
42:13,18,21,25
113:21 167:4,8
334:19 358:19
**George** 4:24
67:18
**Geostatistics**
355:18
**German** 359:6
**germane** 305:20
**getting** 120:10
163:12 347:18
**GI** 227:15
**Gilbert** 359:3
**give** 80:15 98:25
102:1 107:8
124:23 141:24
165:4 197:11
219:10,15
245:5 311:6
326:10 327:15
327:17 336:11
336:14 345:19
346:2 350:16
**given** 34:24
35:20 71:22
78:18 79:1,9
80:14 84:9,13
90:24 91:12
94:4 95:17
99:22 110:23
111:25 131:10
159:21 169:4
180:14 184:25
185:5 189:11
205:2,4 235:5
235:8 236:13
246:19 247:16
248:2 267:17
272:6 278:10
334:23 340:6
340:24 346:13
350:18 368:5
**gives** 141:22
147:12 169:9

Melinda Darby Dyar, Ph.D.

Page 389

209:12 262:13
292:25 293:3,6
293:9 324:21
**giving** 16:22
233:20 234:1
**glass** 121:4
274:22 290:7
**go** 27:17 51:13
54:18 57:16
64:13 73:4
86:22 126:7
142:8 169:7
185:1 189:1
191:3 192:17
223:20 231:15
238:5 242:10
245:7 253:6
280:23 295:14
303:18 317:18
321:7 326:20
328:13 339:24
340:17 343:8
**goal** 56:23 69:19
96:3,5 101:21
139:11 166:12
166:14 261:21
347:4
**goes** 133:11
142:24 151:16
186:22 193:21
208:6 212:18
**going** 10:16
15:12 26:12
30:9 31:4,25
32:3,3 33:20
33:22 34:9
36:24 37:7
46:17 47:5
50:10 57:13
60:20 68:12
89:3,4 112:3
121:6 153:17
207:7,20
208:24 209:7
213:3 224:4,5
228:20 229:19
235:15 250:19

264:16 268:6
276:25 281:7
306:8 343:20
347:17 348:17
**gold** 145:16
282:11,13,17
361:1
**Golkow** 1:22
3:15 8:2
**goniometer**
196:12,13
207:10,14
209:3 211:4
212:4 244:18
**good** 9:25 60:18
121:19 143:8
158:24 161:6
161:15 165:5
171:7 213:7,16
256:3 277:22
278:7 307:22
307:23 308:13
334:4 343:17
360:14
**Gouverneur**
44:19 310:6,6
310:16,18
**government**
57:2,9 350:20
352:13
**government's**
334:18
**governmental**
48:21 93:25
95:11 123:13
**Grace** 74:4
122:17
**grade** 257:15
**graduate** 52:14
357:21,22
361:10
**graduate-level**
167:13
**graduated** 42:20
42:24
**graduates'**
360:6

**graduation** 43:3
**grain** 119:24
151:4 219:5
271:22 284:22
286:4 289:1
290:23 301:25
305:17 307:16
307:19,21
**grains** 116:4
271:17 288:24
290:13 299:1,8
**grant** 169:4
350:19
**grants** 350:14
**graph** 142:19
245:16 252:2
**graphic** 251:16
**graphical**
246:18 255:4,6
**graphics** 142:19
**gravimetric**
107:23,24
**gravimetry**
65:25
**gravities** 107:8
**great** 107:15
173:25 174:10
**greater** 217:17
322:15 323:21
329:16
**grid** 118:1 121:5
196:6 208:7,8
**grids** 196:7
**ground** 112:21
164:22 170:24
361:16
**grounded**
110:24
**grounds** 10:17
30:10 32:1
33:21 34:11
36:25 37:8
**group** 94:25
122:20 362:14
**groups** 257:7,11
259:3 312:18
313:21

**Growth** 6:9
**grunerite** 79:3
89:24 90:12
92:1 93:23
140:17
**guarantees**
302:1
**guess** 137:23
235:15 275:9
288:4
**guessing** 126:8
**guidance** 317:5
317:10 318:25
321:5 323:3
324:9,21 325:3
325:11
**guideline** 69:11
70:6
**guidelines** 82:14
336:11
**Gunther** 5:10
20:9 33:13,16
33:21 45:21
59:8 73:20
76:7 139:19,24
143:14 147:9
152:19 153:4
162:22 167:12
293:2 308:23
309:9 310:2,25
355:4
**Gunther's** 20:12
150:8 309:3
———————————
**H**
**H** 3:14
**habit** 6:9 78:22
110:5 318:18
**halfway** 145:7
**Hamm** 88:6
**Hammondsville**
88:5 174:25
175:4
**hand** 25:25
126:19 184:19
188:20 207:11
297:4 346:1

352:23 354:14
**handed** 216:5
273:10 351:19
**handful** 215:3
**handy** 90:6
226:17
**hang** 87:9
309:11
**happen** 52:1
251:11 254:21
255:23 283:9
356:2
**happening** 75:7
75:9 286:3
**happens** 199:25
286:4,6 329:15
329:18
**happy** 80:15
86:24 126:20
162:16 220:19
242:9 334:25
**hard** 25:11
180:14 212:21
264:7 349:15
349:17 350:16
**Harper** 185:4,6
293:5
**Harrison** 3:12
8:19,19
**Hawthorne**
93:14
**haystack** 276:24
**hazardous** 44:9
**HC** 225:8,16
227:15,22
**head** 46:22
205:18 311:21
**Health** 109:23
341:14,16
**heard** 177:13
221:16 222:17
224:18 312:7
312:14
**hearing** 4:14
22:20 189:15
**held** 1:13 8:7
**Helmholtz**

Melinda Darby Dyar, Ph.D.

Page 390

359:6
Henry 3:14 8:1
hereinbefore
  366:9
Herrington 2:15
  9:2
Hess 281:2
hexagonal 207:9
  209:4
hide 276:23
high 30:12 37:1
  78:23 79:12,16
  133:16 193:16
  194:8 195:11
  197:11 226:25
  328:21 335:13
  336:10
higher 150:12
  276:20 315:21
  320:6,14,23
  322:10,21
  324:7 325:1
  329:7,12
highly 109:20,23
  109:24 149:21
  248:3
hired 14:12
  77:21 123:8,12
  168:13,13,20
  169:21 170:2
historical 5:1,2
  104:24 105:4
  233:21
history 42:6,21
  43:1
HKL 242:21
hold 43:12,22
holder 208:1,5
Holly 359:4
Holyoke 11:25
  21:10 51:1
  52:6,16,19,20
  53:13 349:6
home 12:22,24
honest 76:5
honestly 103:21
  126:12 163:23

242:4,8 285:22
honored 358:21
hope 330:4
Hopkins 20:21
horizontally
  194:19
host 174:18
hour 15:22
  29:20 57:13
  112:3 213:4
  306:9
hours 29:19,19
  29:24,25 30:18
  34:21,24 36:12
  36:14 276:5
  277:11 350:15
  365:2,6
human 43:14
  144:17 146:3
  154:3
hundred 27:21
  217:1,11,20
  219:16 263:18
  296:20 308:4
hundred-plus
  27:21
hundreds 51:24
  292:5,10,16
  294:6 297:6
  358:13
hunt 42:17
Hurlbut 5:6
  93:5 201:15
Hurlbut's 92:12
hydrogen 348:8
hydrous 173:17
hypothesis
  252:6
hypothetical
  118:11,13
  168:12 258:19
  261:1 263:9
hypotheticals
  250:3

_____

I

i.e 215:15

IARC 91:17
  98:12,20 99:2
  99:8 108:20
  109:2,8 341:23
  342:4
IC 152:19
Idaho 149:2,18
idea 96:24 97:6
  99:5 156:21
  180:5,9 235:12
  241:9 338:2
ideal 116:7
ideally 115:23
identical 79:14
  284:7
identification
  15:1 22:15
  25:21 47:23
  49:10,15,20,24
  53:25 60:25
  88:12 92:18
  100:25 132:7
  133:23 134:4
  139:21 144:1
  147:20 148:21
  152:21 172:13
  187:10 201:23
  202:25 203:10
  209:18 210:12
  223:9 236:6
  244:14 245:17
  265:13 279:22
  295:21 315:15
  329:24 333:15
  343:15 350:24
identified 86:12
  103:6 128:18
  174:22 204:20
  205:6 215:4
  220:23 227:19
  242:3 254:3,8
  255:8 294:5
  321:15 331:10
identifier 225:9
identifies 70:19
  91:17 198:22
identify 46:11

47:6,11 72:1,2
  72:25 128:19
  129:18 137:12
  138:11 146:14
  146:22 149:17
  151:19 174:15
  184:14 198:1,3
  201:13,25
  210:22 212:23
  216:8 222:4
  241:13,17
  245:14 257:4
  260:6 261:3
  270:14,25
  271:19 272:2
  273:6,11
  277:17 292:9
  297:16 298:3
  317:23 333:24
  364:6,10,14,19
  365:4
identifying
  54:16 65:12
  194:10 264:14
  293:12 294:12
identity 151:20
Illinois 140:14
image 40:17,23
  119:11 150:12
  177:17 178:2
  185:2,5,13
  188:1,3,11
  211:9,14 212:5
  235:1 262:17
  274:23 278:9
  278:13,19,25
  279:6,8,9,11
  279:13 280:6
  282:5,6 283:13
  283:16,20,21
  283:24 285:7
  285:11,15,19
  285:25 286:1
  286:11 287:8
  287:10,23
  288:2,4 289:7
  318:12 331:18

360:12
images 32:18,22
  118:10 141:1
  150:8 157:6
  188:15 235:20
  236:1,19 237:4
  237:5,6,11,19
  278:16 283:4
  286:15,23
  287:12 288:20
  291:22 292:1
  292:21 294:10
  296:4,10
  308:22 309:1
  309:20,21
  326:3,22 328:6
  328:9 331:5,17
imagine 85:23
  201:8
imaging 155:12
Imerys 5:19,19
  5:21,21 14:21
  103:16,18
  122:8,8,9
  165:18 166:6
  173:9
Imerys' 5:2
immediately
  35:18 144:10
  321:4
imperative
  367:13
implied 324:12
implies 102:6
  138:14 145:9
  237:16 307:23
imply 138:5
important 41:22
  75:23 76:6
  78:1,8 125:22
  171:18 239:2
  314:17
impossible
  130:7,10 178:1
  198:14 237:18
  237:20 238:11
  318:13

Melinda Darby Dyar, Ph.D.

improperly 323:22
impurities 65:14 270:14
impurity 62:10 277:3
inch 82:4 343:24 344:6,25 345:14 346:10
Incidentally 306:7
include 20:20 90:11 93:10 111:24 134:24 143:20 146:5 148:11 149:3,7 149:15,25 152:4,17 191:8 201:14 211:9 328:6 336:17
included 35:9 59:6 102:23 180:13 192:25 204:18 225:9 250:7 255:7 292:21 328:17 357:8
includes 20:2 52:16 66:4 89:19,22 91:24 194:6 240:6 335:12
including 69:13 70:8 79:13 120:6 286:9 328:15 359:2
income 12:1 13:8 350:13
inconclusive 65:17
inconsistency 272:9,12
inconsistent 206:1
incorrect 176:6 285:18 300:23
increase 279:3

increasing 320:2 320:8,9 321:2 321:2
indefensible 241:13
independent 109:8 149:22 156:5,22 158:8 158:10,14 215:10 297:3
independently 131:12 240:3
index 4:1 108:8 151:17 196:22 197:16 219:6 271:10,14,16 275:18 279:12 291:6,7
indicate 108:4 181:20 230:21 254:22 298:17 338:11
indicated 17:25 150:14 326:2 338:10
indicates 129:4 246:25
indicating 349:9
indication 42:18 144:13 176:17 285:11
indicative 276:3
indices 150:25
Indirect-trans... 4:20
indistinguisha... 151:15 218:6
individual 73:18 135:3 145:2 187:25 188:1,3 188:10 196:24 198:15 205:1 211:21 219:9 234:24 318:11 345:7
individuals 135:4

industry 133:18 308:2
inference 140:21
inferring 94:12
inform 269:6
information 17:13 37:22,24 37:25 38:3 84:11 85:13 97:25 99:21 139:8 152:10 152:12 156:25 159:21 161:24 162:10,23 168:4 171:17 171:18 175:17 176:1,5,15 180:12 223:6 229:14 230:2,6 233:13 236:25 237:3 239:4,21 245:24 253:12 253:15 254:12 255:16,21 258:15,20 259:23 260:8 261:5,12,25 263:11,13,14 271:4,5 273:1 273:22 281:4 291:10 298:17 304:20 305:5 305:19 306:15 322:12 325:25 336:17 343:2 349:8 353:15
ingest 44:7
ingot 346:18
ingredient 170:19
inhale 44:7
inhaled 96:11
inherently 210:21
input 148:17,17
inputting

148:14
inquiries 99:17
inquiry 32:9 187:18
inserted 278:20
inspect 146:12
inspected 274:4
inspection 215:24 259:11 359:21
inspections 213:22
instances 16:5 66:9 272:1
instill 262:14
Institute 84:25 349:20
institutions 52:8 53:9
instruction 67:9
INSTRUCTI... 367:1
instructs 208:12
instrument 130:18 143:12 235:3,7
instrumentation 265:3
instruments 235:7
insufficient 145:24 176:14
insulation 132:21 133:5 133:10,13 134:9
integrated 304:3
intend 34:15 332:24
intended 134:18 134:20 317:5,6 317:10,15 318:25 319:1 321:5 323:2 324:8 325:10 336:14
intense 278:21

intensify 287:22 288:15
intent 149:11
intentionally 135:8
interaction 359:24
interactions 360:2
interest 21:24 75:3,19,25 169:23
interested 22:2 42:13 366:13
interesting 354:15
Interestingly 300:8
interests 17:5
intermixed 92:7
internal 17:24 69:16 76:20
international 61:15,19 62:3 93:12 95:11 98:23 99:3 153:12 329:5 359:1
interoffice 5:18 175:19
interpret 236:19 283:23 338:5
interpretation 307:9 318:23
intimately 360:4
introduce 8:13
introduced 10:2
introduction 133:12
introductory 356:5
investigated 168:8 195:3
investigation 69:20 165:23
invoice 28:18 29:17 34:21

Melinda Darby Dyar, Ph.D.

Page 392

35:21,23,24
**invoices** 16:4
28:16,20 30:19
37:20 38:11
**involve** 246:22
**involved** 144:12
229:25 246:17
359:23 361:10
361:15
**involving** 74:5
358:15
**iPad** 25:16
**iron** 60:4,5,5,6,6
60:10,13 90:11
155:10 173:17
181:5 192:25
218:4 346:17
346:18 347:2
**iron-bearing**
218:5
**iron-rich** 89:22
91:25 93:22
94:8
**irrelevant** 118:2
273:25 274:2
286:12 328:20
**ISO** 4:16,18,19
40:9 49:9,14
49:19,23 54:23
55:4,25 56:14
56:19 57:7
61:15,16,23
62:15,25 63:18
64:1,1,4,6,18
64:24,24,25,25
65:18 66:8,9
66:18,20 67:6
73:13 79:13
86:15,16
107:23 108:13
126:1,13,14
127:4 128:10
128:16,22
129:3 130:13
131:19 133:4
133:21 134:16
142:16 182:4

189:5 205:19
206:5,16
211:16 212:1
272:4,11
298:20,24
299:4,9,11,15
300:2,5,7,23
302:4,5,21
303:12 306:21
307:9,17
312:25 313:9
314:7,25
319:12,13
320:23 322:24
324:4,18
329:14 336:4,4
336:18
**issue** 34:25
105:10 341:8
**issues** 176:21
**issuing** 310:4
**Italian** 241:7
249:16
**Italian-sourced**
220:24 255:14
**Italy** 17:20 19:8
87:17 170:5,13
170:14 192:17
192:20 214:10
248:9 251:21
251:22
**item** 260:20

___
**J**

**J&J** 6:15 9:1
33:22 226:11
**J3** 272:20,22
273:19 278:3
**J4** 233:6
**J4-1** 232:18
**J41** 232:18
**Jack** 2:21 9:3
**jack.frost@db...**
2:21
**January** 35:22
35:23 88:21
89:5

**Jayme** 254:10
**Jersey** 1:1 2:13
2:22
**JNJL61_0000...**
5:23
**JNJL61_0000...**
5:24
**JNJMX68_00...**
6:2
**JNJMX68_00...**
6:2
**JNJNL61_000...**
6:16
**JNJNL61_000...**
6:17
**JNJTACL000...**
6:4
**job** 19:11 23:10
170:18 341:7
349:13
**John** 20:21
**Johnson** 1:3,3
2:23,24 5:1 9:4
9:5 14:12,12
14:15,15,15,15
14:16,17 15:16
15:17 16:16,16
17:25,25 18:7
20:5,5,17,17
20:22,23 21:5
21:5 27:3,3
28:11,11,25,25
29:14 31:15,15
32:8,9,15,16
33:10 36:21,21
44:13,14 62:13
62:13,23,23
63:20,20 66:22
66:22 67:7,7
69:16,16 76:20
76:20 77:3,15
77:15 87:5,5
87:15,15,24,24
96:20,20
100:16,17
103:5,5,6,6,16
103:16,18,18

104:6,6,7,7,23
104:23,24,25
105:12,12,13
105:13 106:6,6
122:4,4,10,11
159:19,20
160:20,21
164:19,19
165:17,17
166:5,6,24,24
172:25,25
174:12,12
190:23,23
191:22,22
192:13,13,19
192:20 214:10
214:11 216:16
216:16,22,22
224:21,21
226:7,8 231:5
231:5 232:7,7
232:14,14
233:21 234:3,3
241:8,8 258:2
258:3,12,13
263:19,19
349:11,12
350:1,1 351:5
351:5 352:6,16
353:10,17,17
354:2,3
**Johnson's** 5:1
17:16 18:7
19:1,9 29:14
33:10 44:13,14
69:18 77:3
113:6,7 220:24
233:21 352:7
352:16 353:11
**joule** 81:14
**joules** 344:4
**journal** 50:6
75:1 101:17
109:13,16,17
109:19,20
110:4 140:4,6
145:22 147:3

153:12,12
332:25 333:5
362:3
**journals** 110:9
333:7
**JR** 2:21
**judge** 7:23 178:1
**judges** 24:10
**judgment** 40:24
41:25 172:9,9
230:3 293:15
294:3 314:3
**judgments**
84:20 318:14
**Julie** 5:21 177:7
177:14
**July** 6:1 61:17
223:25 226:19
258:15 259:6
**justified** 17:14

___
**K**

**K** 235:11 236:12
236:12,12,22
239:11,19
**Keaton** 253:23
254:3,11
**Keaton's** 253:25
**keep** 7:11,18
38:19 46:9
226:17 281:7
**keeping** 358:13
**keeps** 357:19
**kept** 53:20
**key** 295:15
**kind** 17:4 37:22
39:17 69:3
118:2 141:13
141:16 145:24
159:2,21
169:16 176:17
178:23 254:3
258:18 261:1
263:9 269:23
270:3 275:6,13
277:2 283:6
287:24 295:5

Melinda Darby Dyar, Ph.D.

Page 393

296:6,6
**kindly** 27:3
**kinds** 50:17
52:16 146:17
271:4 274:20
318:13
**Klein** 5:5 92:11
93:6 201:15
**knew** 58:8
156:14 297:2
**know** 19:16 36:9
36:17 53:3,5,6
56:23 58:12
59:11 61:21
67:10 68:20
75:17,22,24
81:8,14 82:18
86:22 87:1,8
89:6,12 90:17
90:22 91:4,11
93:13,21 95:9
95:21 96:18
97:2,9,10
104:16 105:18
105:22 109:19
112:23 114:10
114:11,15
115:5 127:15
127:19 129:7
129:17 131:21
132:13,21,25
133:4,5 134:10
138:14 146:13
149:18 157:15
158:7,9,11,12
159:19 160:14
162:15 163:24
163:25 164:2
164:12,13
165:1 167:7,18
169:17 170:7
171:19,25
172:2 175:23
176:22 177:7,9
180:10 189:16
190:7,21,25
191:14,20,24

192:3,10,15,18
194:18 198:7
201:12 214:13
215:8,11,20
217:4 220:21
221:11,24
223:1 229:18
230:19 236:24
241:9 242:1
243:11 244:12
246:8 249:7
251:8,11 252:2
252:9,15
253:11 254:6
255:17,22,24
259:8,13,17
260:10,13
262:24 270:13
272:21 274:15
276:7 277:15
279:5 285:2
287:13 289:4
292:7 293:18
297:18 305:5
312:25 314:2
317:23 322:11
334:22 335:17
340:10 341:20
341:23 344:12
345:25 349:8
350:12 352:25
353:2 354:7,24
363:14,15
**knowing** 169:23
172:7 229:23
269:5
**knowledge** 54:2
68:8 81:25
98:16 99:25
100:22 109:8
111:22 112:11
114:8,21
135:13 156:21
160:13 165:3
165:19 167:3
173:5,10
175:11 183:1

194:23 202:16
221:1,6 226:12
227:25 232:16
234:4 238:24
312:5
**knowledgeable**
107:12
**known** 60:14
131:13 214:2
215:18 304:8
**knows** 244:7
**Krekeler** 18:13

---
### L

**L** 334:13
**lab** 23:25 24:19
50:23,25 51:3
103:14 129:23
211:3 273:17
278:3,4 291:14
**label** 215:23
281:16 348:1
**labeled** 190:18
213:21 227:9
283:8,10
289:18
**labels** 166:5
**laboratories**
47:25 53:7
221:17 222:18
**laboratory** 23:5
48:3,3 51:21
52:4,11,15,18
53:22 116:9
186:1 207:22
221:20 222:21
222:25 252:12
275:1,23 276:1
276:4 304:23
315:14 364:23
365:2
**labs** 53:23
272:24
**lack** 32:24 39:24
41:19 60:10
**lacking** 238:23
239:21,23

**laid** 220:7
**large** 133:13
175:23 285:13
340:13
**larger** 111:5
**laser-induced**
50:20
**late** 7:10
**lattice** 199:25
**law** 2:3 14:1
28:10 354:16
**lawful** 9:18
**lawyer** 11:16
21:11,13,17
28:9 61:9
73:25 74:10,20
74:23 354:2
**LAWYER'S**
370:1
**lawyers** 16:16
31:14 32:8,15
33:10
**lay** 64:1,25 65:5
**layer** 207:13
**layers** 181:19
200:9
**layman's** 278:22
**lays** 63:1 65:19
68:24 80:18
**lead** 43:25 59:8
153:17
**learn** 261:17
**leave** 37:15
**led** 16:8 162:11
**Lee** 122:20
330:8,12
**Lee's** 311:1
**left** 119:13
278:18 283:15
334:24
**legal** 29:8
**Leigh** 2:3 8:21
**leigh.odell@B...**
2:4
**length** 85:17
143:2 184:2
187:13 286:5

326:24 327:2
328:3
**lengths** 313:3
**lengthwise**
193:15 194:7
**lens** 274:16
275:2,2,14,16
279:2
**Lepoy** 328:15
**let's** 25:10 35:8
38:22 54:18
64:24 73:5
78:19 88:14
92:20 135:25
141:14 151:12
169:4 172:15
203:15 204:23
212:8 217:25
218:15,17
242:11 245:7
269:3 280:23
289:2,6 291:18
292:22 295:14
298:9 299:11
299:23,24
300:6 308:5
309:11 317:8
318:3 321:7
325:16 330:2
333:17 335:21
338:2,20 347:3
364:13
**letter** 6:1,4
38:18 224:9
225:16 226:18
229:15 239:20
**letter's** 225:18
**letters** 225:8,20
**level** 30:12 37:1
55:11,14 68:25
69:1,1,12 70:7
70:12 129:10
135:25 136:2
136:12,18,18
136:21 137:8,9
137:10,13
197:11 203:16

Melinda Darby Dyar, Ph.D.

Page 394

204:14,14,17
204:18
**levels** 137:1
182:7
**LHG** 1:5
**LIABILITY** 1:5
**Libby** 45:1,9
58:22 59:15
**life** 11:1 295:4
**light** 47:16 63:8
65:11 102:7
116:3 117:14
117:18 118:24
120:4,20 121:3
126:10 178:24
196:18 197:9
266:9 271:3,23
273:12 274:17
288:15 290:8
291:19 294:21
294:23 296:5,6
318:17 359:14
363:5
**likelihood**
276:20
**limitation**
323:25
**limitations**
56:14
**limited** 13:7
**limits** 272:4
**line** 32:5 33:23
163:6 286:6
369:3 370:3
**lines** 207:13
**liquid** 108:8
**list** 20:2 35:8
46:17 51:5
90:11 192:25
239:7 337:13
357:9
**listed** 46:10
165:16 194:16
202:12 281:23
355:19
**lists** 166:5
194:16 249:7

280:24 316:6
318:20 337:7
**literally** 282:9
297:6 300:19
364:12
**literature** 79:9
80:7,18 82:3
83:4 98:11
119:15 140:3
142:17 144:7
144:16 169:7
169:24 201:4
293:14 294:9
352:12 358:12
**litigation** 1:5,22
3:15 8:3,9 14:6
14:14 20:5,13
35:6 73:21
74:14,16 76:10
103:2 106:7
**little** 21:24 26:2
41:17 57:15
70:10 91:2,21
146:11 154:6
193:8 212:9
213:3 218:1
240:19 294:7
294:11,19
296:3 304:19
306:8 365:1,5
**Lizzy** 3:12 8:19
14:23 22:12
293:17
**LLC** 2:7 3:9,9
6:7 11:13,14
12:8 13:3
29:12,13,15
**LLP** 1:14 2:15
2:19 3:1,6
**localities** 214:15
**locating** 203:17
**location** 255:24
**locations** 255:8
255:22
**Locke** 3:1 8:24
9:11,11 19:10
44:21 45:11

62:17 63:4
75:11 82:24
95:25 98:13
100:6 106:17
112:22 113:10
114:19 118:20
132:2 142:21
154:5,23
158:17 167:1
170:25 175:15
182:15 189:23
212:7 215:6
219:18 220:8
221:8 232:25
233:11 238:21
239:15 248:17
251:6 285:21
294:14 310:19
314:22
**log** 110:2
**logical** 304:25
**long** 12:2 79:20
80:10 162:16
186:7 188:3
273:12,13
276:8,13
277:18 331:25
335:20 345:25
349:17
**longer** 235:22
315:21 319:18
320:4,13,22
322:9,18,20
323:12 324:20
324:22,25
326:8 331:25
**longest** 291:5,6
321:25
**longitudinally**
194:20
**Longo** 5:4 16:18
16:24 18:11,20
19:13 21:2
23:5,11,14,23
24:8 30:23
31:3,5 32:19
32:20,25 33:8

34:19,25 35:3
56:25 68:5
69:11,21 70:5
77:4,8,19,22
78:1 80:14
81:11 87:20
89:15 98:1,4
100:8 101:10
103:12,14
104:23 108:12
112:12 113:14
125:2 128:7
129:23 130:12
139:11 142:10
156:20 158:11
158:20 159:12
159:16 160:7
160:17,21
165:25 166:3
170:2 171:19
180:22 190:18
191:3 194:24
197:22 198:17
200:5 201:21
204:24 205:6
205:10 213:24
214:18 217:7
232:12 237:25
239:25 241:14
245:13 246:19
246:25 247:25
248:20,23
249:8 251:19
252:15,22
258:4,10
264:10 270:12
270:21 272:1
272:19 274:5
278:4 297:21
298:13 304:20
305:16,22
313:5 321:11
321:16,20
322:8,14
323:11 325:17
325:18,22
328:16,25

329:20 335:23
340:1,5,9
341:6 342:11
347:6 353:8,21
358:1
**Longo's** 31:2,7
32:10 33:4
61:25 88:15,20
89:10 105:10
107:18 129:23
165:8 205:21
211:3 218:10
242:25 244:24
245:24 246:8
246:13,14
247:17 252:11
272:24 273:17
278:14 291:14
292:13 331:10
331:11
**look** 22:21 28:5
33:2 34:6 35:8
41:17 51:13
59:12 78:10
90:8 92:2,2
98:24 102:2
119:21 121:2
126:20 130:8
130:10 135:25
146:9,19 154:7
162:4 165:11
165:22 178:11
182:4 186:16
189:2 196:8,8
200:24 203:15
207:3 209:2
211:4,15,20
212:13 240:11
241:23 242:5,9
242:10 243:10
244:11,18
250:4 251:17
259:9 260:16
269:17 271:11
271:16 276:12
280:2,8 284:23
285:3 286:15

Melinda Darby Dyar, Ph.D.

Page 395

286:21 290:1,3
292:7 293:7,10
294:10 295:5
297:23 300:3,6
309:12 321:8
328:13 331:13
340:18 345:9
359:16,17
**looked** 17:7,12
33:1 80:2
118:19 124:11
130:9 153:7
160:6 163:5
205:14 243:15
243:17,20
292:5,10
294:22 296:11
296:14,18,24
297:13 309:2
321:11 326:16
340:14
**looking** 35:10
40:15 56:16
82:14 89:7
95:3 111:16
121:4 130:2,3
133:8 137:3
145:6 150:3,5
166:12 169:11
189:3 197:12
203:7 204:2
207:16 209:1
210:4 211:1
214:17 215:23
245:1 255:1
260:19 262:17
273:25 275:21
276:1,17,19,22
277:4,11,13
280:4 281:13
282:10,12,16
284:13,14
290:13 292:15
293:22 294:8
294:20 316:22
327:6 333:24
343:25

**looks** 124:6
149:11 158:8
177:24 178:14
179:24 186:8
224:14 226:14
241:16 285:2
299:17 339:18
**Los** 52:11
**lost** 289:3
**lot** 167:16
176:20 233:13
250:2,15 251:4
251:18 262:14
309:6 361:10
**lots** 352:11
**Louis** 3:8
**lovely** 284:21
**low** 262:25
339:9,11
**low-grade** 97:9
114:10,23
**lower** 319:20
329:21 346:17
**lunch** 158:25
161:6,16,19
163:3
**lunchtime** 159:1
**Luzenac** 174:12
177:10,14
180:5

**M**

**M** 2:11,20 4:11
4:13 22:19
366:5 368:12
**M68233-001** 6:6
**M68233-002** 6:6
**M69680-015BL**
6:7 280:25
281:11,11
**M69680-015B...**
282:25
**M69680-015B...**
280:19 283:12
286:22
**ma'am** 15:3
22:17 26:16

142:20 152:25
159:8 176:6
229:12 281:15
281:19 363:24
**machine** 225:22
**macroscopic**
297:4
**madam** 55:20
**magnesium**
173:17 191:11
218:4,5
**magnification**
150:12
**magnitude**
174:16 339:10
**maintained**
104:25
**majority** 248:10
319:18
**makeup** 95:6
124:19
**making** 143:3
193:24 198:23
238:11 244:20
245:2
**malignant** 5:16
153:10 155:1
163:7
**man** 348:24
**management**
174:11
**manager** 53:22
**mandate** 249:12
264:3 353:19
353:20
**manner** 179:1
**Manual** 5:5
92:12
**manufactured**
132:8 290:7
**manufacturer**
51:10 171:17
**manufacturers**
232:21
**Maple** 2:12
**March** 5:19
28:18 35:13,13

35:24 36:8
250:23 251:20
**mark** 23:17
25:10 88:14
89:4 92:20
172:15 236:3
330:2 333:17
**marked** 14:25
15:4 22:14,17
25:20 60:25
61:8 66:18
88:11 89:11
92:17 100:24
139:20 143:25
147:19 148:20
152:20 172:12
206:5 223:9,11
236:5 279:21
309:22 329:23
333:14 343:14
343:21 350:23
354:23
**market** 102:23
**marketed**
104:19
**marketers** 174:2
**MARKETING**
1:4
**markets** 225:7
**Mars** 168:21
348:21
**Marte** 3:14 8:2
**MAS** 6:7 246:25
**Mass** 12:13
**Massachusetts**
12:7,8 29:10
52:13
**masses** 312:20
313:23
**match** 252:2
**material** 27:8,20
32:24 39:23
40:16 41:7,9
41:18 46:13
47:23 48:8,15
48:22 54:17
55:7 56:3

57:25 59:14
65:4 71:22
75:4 78:5,5
81:22 116:24
130:3 131:20
131:23 133:7
134:9,12 136:8
136:23 137:6
137:20 150:4
164:21 169:19
170:4 171:20
172:3,6,8
177:3,24,24
179:8,16,19
181:25 182:1
185:21 193:11
194:2 196:22
197:5,10 202:4
225:10 243:24
248:5,16 273:7
273:17,24
274:1,8 276:18
277:12 286:16
307:11 344:8,9
345:24 346:8
350:21
**materials** 4:17
4:18 7:5 19:7
24:13 25:14
33:5 44:13
47:6,12,18
48:4,9 49:2
51:7 54:4,8,12
58:21 62:5
63:3 64:5 66:2
88:20 90:18
91:5 107:25
133:15,23,24
134:1,3 135:4
140:7 154:13
168:2,6 170:8
181:9 182:7
197:14 214:1
215:17,22
221:21 222:4
242:24 258:16
278:14 310:5

Melinda Darby Dyar, Ph.D.

331:7,14 346:7
353:25 354:3
357:7 362:16
364:11,24
**math** 17:8 28:5
36:5 250:5
**Matt** 20:2 330:9
**matted** 312:19
313:22
**matter** 8:8 19:12
75:19 82:18
110:2 113:21
117:6,8,12,17
117:22 130:8
212:21 243:17
283:19
**matters** 15:7
25:3
**Matthew** 19:25
**maximum**
279:11 320:3
**McCrone** 5:22
6:1,3 221:16
221:17 222:10
222:11,15,16
222:20 223:1,4
224:10 225:15
227:4,18
228:23 229:16
231:4,7 257:6
258:14
**MDL** 1:4 35:1
104:22 165:9
190:18 213:24
249:6,8 251:22
253:8 326:8
**MEAGHER**
1:14
**mean** 13:19,20
35:4 51:9
57:22 64:21
90:13 94:13
102:9 118:13
145:8 183:18
190:2 199:12
243:10 259:18
259:19 268:4

272:5 275:25
275:25 287:19
301:12 313:7
314:13 321:19
323:25 328:20
328:24 332:1
338:7 348:13
348:14 356:10
**meaning** 13:3
78:22 117:8,20
322:18
**means** 53:4
90:14 145:3
211:15 225:16
225:16 239:13
259:18 262:25
297:3 320:19
320:19 338:3
**meant** 183:16,22
**measure** 60:3
79:18 80:5,9
81:6,20 82:5
85:15 178:5
182:6 219:4
316:24 335:18
340:8 341:4,11
**measured** 81:3
185:17,18,19
186:25 197:14
329:19 338:14
340:11 343:24
344:25
**measurement**
4:23 67:23
81:5,9,20
135:20 136:10
141:4 198:5
200:11,12,13
241:18 344:7
345:14,19
**measurements**
56:11 186:5
198:16 207:23
211:12 222:7
238:12 242:22
260:5 270:4
271:14 324:13

326:23 328:7
328:15 331:20
332:11 337:21
345:6 346:13
346:23,25
361:12
**measuring** 82:1
336:6
**medal** 359:4
**medical** 43:10
144:11
**meet** 83:20
217:21 219:16
219:22 220:6
**meets** 233:14
**Mehrdad**
253:22
**Melinda** 1:12
8:11 9:17
147:8
**member** 13:2
**memo** 180:15
**memorandum**
49:6,14,19,23
175:12 177:11
**memorandums**
49:9
**memory** 21:9
102:3
**mention** 141:9
194:24 329:15
**mentioned**
56:10 59:20
71:5 81:2
98:20 116:13
120:16 361:23
**mentions** 323:4
**merely** 333:8
**merwinite** 191:9
192:6
**mesothelioma**
5:12,17 45:9
96:10 99:10
144:4,21
153:11 154:4
154:20 155:1
163:8 310:15

**met** 19:17 45:20
45:22 332:14
**metamorphic**
97:7,9 114:2
114:10,13,23
**method** 4:21
49:2 80:13
101:9 106:10
106:15,20,23
107:16,19,25
108:18 131:16
135:16,16,19
135:20,22
233:6 264:13
272:3 273:18
274:9 275:17
325:14 340:4
**methodological**
340:5
**methodologies**
24:23 68:25
86:17 233:7,22
336:6 362:8
**methodology**
4:22 16:18,23
17:2 18:20
19:13 23:11,24
24:11,21 55:4
55:24 56:25
57:7 62:15
63:1 64:2,2,18
64:21 65:19
67:17,23 69:21
77:22 78:9,13
80:19 81:11,25
96:5 98:18
99:17 101:18
106:2 109:12
113:13 134:8
134:11,14
136:10 143:1
159:16 161:4
165:24 166:15
168:14 169:25
171:4,6 197:21
199:4 200:18
205:7,25

213:23 229:21
230:16 232:12
243:25 244:2
249:13 255:1
258:3,9,9,9,13
258:22 259:5
260:22 263:5
263:22 264:4,6
278:7 295:16
298:21 302:4
335:22,23
341:7 342:6,15
342:18 347:5
351:7 353:7,21
**methods** 50:14
54:24 56:5
65:9,25 126:9
133:22 134:3
143:3 171:10
172:4 198:16
207:3 341:6
361:16
**Mexican** 157:20
162:8 163:10
**Mexico** 5:17
153:11 155:2
156:10 157:11
159:25 161:25
162:25
**Mg7(Si8O22)(...**
90:9
**Mickey** 20:9
33:13 45:21,23
46:4 59:8
73:19,25 74:10
74:20 76:7
139:23 147:8
153:3 309:3
**Mickey's** 309:6
**microanalysis**
50:18 361:3,7
361:19
**microbes** 359:25
360:3
**microbiologist**
43:18
**microbiology**

Melinda Darby Dyar, Ph.D.

Page 397

43:19
**micrograph**
347:12
**microns** 79:19
80:10,20 85:17
188:3 271:7
315:22 319:19
320:4,13,22
322:9,20
323:13 324:20
324:23,25
326:24 331:25
335:19
**microphones**
121:21 161:8
365:12
**microprobe**
149:24
**microscope**
39:14 40:1
53:16 72:14
86:6 102:5
116:19 117:3
117:15,19,25
118:9,17,24
120:4,18,20
121:3 124:15
124:18 178:10
178:24 186:3
196:2,3 197:9
207:17 209:2
222:4,7 237:23
244:20 259:19
261:16 262:18
266:10,15,20
273:12 274:17
274:24 275:6
278:20 279:10
287:21 290:23
292:6,17
294:21,23
296:5,7,11,18
296:25 304:2
318:17 335:7
359:14 363:5
**microscopes**
50:24 51:6

258:25 260:17
288:15
**microscopic**
65:25 126:9
340:12
**microscopically**
86:11
**microscopy** 4:21
4:24 47:16
63:8 65:11
67:24 68:20
102:7 116:3
126:11 136:11
151:18 196:18
222:2,13,22
233:6,15
256:18 257:3,8
259:17 271:3
291:19 351:9
351:24 362:25
**microscopy-b...**
50:13
**mid-'70s** 232:22
**middle** 35:1
331:13 357:24
**Miller** 6:4
224:11,16
**million** 226:23
**mind** 38:20
76:13,17 86:23
107:13 201:14
265:20
**minds** 160:17
**mine** 18:3 44:19
88:5,6,6,7
163:21 165:1
168:2,5,9
170:20,22
174:24 177:19
215:2 227:20
229:25 247:23
248:16 249:2
249:16,16
255:22,24
310:16,18
341:15 354:13
**mined** 17:20

99:20,24 100:1
112:20 123:17
164:7 224:22
247:1
**mineral** 6:9,11
6:13 60:2 66:5
70:19 71:10
72:1 79:15
80:3 84:7 90:7
94:12 97:10
112:7 114:11
114:23 123:22
125:7,14 127:9
127:11,12,13
127:14,21
128:18,19
129:5,7,12,14
129:16,20
138:2,13
140:22 145:2
149:17 151:20
152:2 156:22
161:25 164:1
181:20 182:19
191:1 194:11
198:1 201:13
201:19 210:22
213:21 214:21
215:23 216:7
227:4,21
245:17 257:14
260:7,23
265:22,24
266:9,14,19
267:2,5,22
268:1,3 269:8
270:16 277:17
333:19 334:11
334:16 341:25
342:25 344:17
361:2 362:11
**mineralogical**
93:12 145:22
173:14 358:22
359:5
**mineralogist**
144:14 145:21

266:1
**mineralogists**
147:4 241:1
**mineralogy** 5:5
5:13,13 45:23
92:12,15
110:10,24
147:7,7 167:8
167:23 169:1
191:25 192:15
192:19 201:9
214:4,9,14,23
215:1,8 216:15
216:20 217:5,9
221:2,11
222:23 241:10
267:12 277:16
295:2,3,22
355:2,3 358:9
358:16,17,20
360:20,21
**minerals** 5:15
11:13 12:2
13:3,9 15:25
29:9 60:14,15
63:9 65:12,15
78:20 79:1
86:9 91:18
94:6,25 95:17
96:19 97:3
100:17 107:14
112:15 113:23
113:23 114:3
124:11 132:10
132:16 134:25
135:2 139:14
146:23 148:4
151:14 163:20
164:7 166:22
167:7,20
168:21 169:5
170:18,23
171:8 173:16
173:19 174:19
184:8,12,14,18
184:22 187:6
187:11,16

190:20 191:10
192:11,23,24
193:4 194:13
194:15 198:23
198:25 200:4
201:10 215:3
217:2,12,21
218:3,13
219:22 220:22
221:4,5,6
224:12,17,20
225:14 226:6
228:7 231:20
240:13,14,16
240:23 244:10
255:7 257:4
265:13 271:19
292:6 295:2,17
301:4,15,18
328:23 342:17
351:8,15,23
353:9 359:9,20
359:25 360:3,9
360:24 362:16
364:25
**mines** 76:21
77:3,16 87:5
87:24 96:20
97:3 100:3,16
104:7 105:13
159:7,23
163:19,24
164:3,14,16,19
164:23 166:24
167:5,9 170:5
172:25 173:9
175:20 180:18
190:22 191:21
192:1,19 214:9
215:9 217:6
224:22 230:24
231:4,11 241:7
241:7,10
251:10,16,20
255:18
**minimum**
188:24 189:17

Melinda Darby Dyar, Ph.D.

**mining** 112:24
112:25 164:22
**minor** 362:14
**minus** 363:18
**minute** 150:16
201:1 203:5
276:17 295:15
316:20
**minutes** 57:17
98:21 102:1
120:9 153:7
273:14 276:1
276:24 277:7
277:13 340:15
346:2 353:4
**misreading**
151:7
**misrepresenting**
232:1
**missed** 58:19
175:2
**mission** 312:1
**Missouri** 3:8
**misspoke**
302:10
**Misstates** 82:25
120:24
**miswritten**
285:14
**MIT** 43:2,5
357:23 358:6
**mix** 215:22
**mixture** 304:13
305:10 306:24
**mock** 10:12
**model** 51:11
**modern** 346:22
346:24
**modified** 150:8
**monoclinic**
116:2
**Montana** 45:9
58:22 59:15
102:17 140:14
**Montgomery**
2:5
**months** 12:4

247:13 350:2
**monticellite**
191:9,15,16
**moon** 168:22
169:5 348:21
348:24
**moot** 307:2
**Moreau** 174:14
**morning** 9:25
**morphologica...**
178:13
**morphologies**
72:22 73:18
184:5 325:15
**morphology**
70:21 72:6,13
79:6 82:23
182:22 183:9
183:13,15,18
184:10 185:16
186:21,23
187:5,9,17
188:6 193:8
197:6,14
217:16 218:18
219:3 220:16
261:17 267:13
268:10 291:21
292:23 315:11
315:11,14
316:4,14 317:9
317:24
**Mössbauer**
50:16 58:4,24
59:21,25 60:9
60:13
**Motamedi**
253:22,25
254:4,11
**mother** 42:15
**Motley** 2:7 3:12
8:20
**mount** 21:10
51:1 52:6,15
52:19,20 53:13
301:25 349:6
**mounted** 150:6

208:2,4
**mouthful**
125:17 197:19
**move** 7:11 63:22
147:17 220:1
298:6
**moving** 178:10
**MSHA** 341:15
**multiple** 20:7
73:21 115:23
116:3,13 121:7
160:22 196:7
211:4,11
231:10 324:13
326:22 331:19
331:21 332:11
**murky** 228:17
**museum** 104:24
105:5,19

———————————
**N**
**N** 2:1,21 291:8
**N.W** 3:2
**naked** 340:13
**name** 8:1 10:1
20:1,9 21:16
21:19 30:7
59:2 94:12
151:2 153:17
206:11 357:23
357:24 363:23
**named** 28:9
**names** 213:22
215:24 220:11
220:12
**narrative** 66:3
**NASA** 11:23
168:24 359:3
**Nate** 8:14 10:1
**NATHAN** 2:7
**national** 51:15
51:19 52:11
84:25 168:25
317:14,16
358:25
**natural** 5:10
57:14 114:21

174:18 213:4
309:5
**nature** 111:9,15
154:3 170:22
185:20 193:3
265:21,23
311:24
**NCRA** 366:17
**near** 120:10
156:10 204:1
**nearly** 358:8
**nebulous** 168:12
**necessarily**
135:1 270:2
275:9,17
**necessary** 24:22
68:19 86:8
124:9,12 127:5
127:15 128:20
138:3 139:8
149:25 156:17
201:12 270:7
277:23 360:1
367:4
**need** 18:17
63:21,23 66:24
67:3,8 78:10
82:8 85:12
86:13 111:21
131:14 138:6
138:10,14
141:5,8 146:11
146:19 148:15
149:19 152:10
154:6 157:2
162:18 188:11
188:24 189:11
189:18,25
202:1 222:13
222:24 230:5
233:12,15
237:17 261:3
265:15 307:20
327:18 331:19
353:3 363:6
**needed** 277:23
**needle** 276:23

276:25 277:2
**negate** 252:6
253:17
**neither** 72:4
126:11 225:1
366:11,12
**never** 10:25 11:6
11:10 23:23
58:15,16 62:1
62:12,14,24
63:5 68:17
74:15 75:12,21
76:4,13,16,23
86:4,7 109:15
147:2 177:13
191:4 222:14
224:18 264:23
265:4,7,15
277:21 312:7
312:14 364:17
**new** 1:1,15,15
2:13,17,17,22
7:5,6 8:8,8
44:19 48:19,20
191:17 310:7
**Newbury** 84:24
125:19 142:23
143:7
**newspaper**
45:18
**nfinch@motle...**
2:8
**nicely** 340:6
**night** 25:13
246:5
**NIST** 53:4,5,7
53:25 124:4
**nomenclature**
93:11,15
147:13,15
**non-asbestifor...**
84:7 187:15
188:7 189:21
197:3 270:1
293:1,4,7
295:17 308:22
310:7 311:2,9

Melinda Darby Dyar, Ph.D.

Page 399

318:10 319:2
319:15 320:1
322:3 324:10
325:5 331:6,15
**non-asbestos-**
132:22
**non-Mount**
11:25
**non-peer-revi...**
330:19,24
**non-planetary**
11:25
**Nonasbestiform**
6:9
**nonempty**
302:15 303:15
**nonfibrous**
173:20
**nonresponsive**
147:18
**nonunique**
244:15
**Nope** 330:7
**norm** 142:4,14
**normal** 283:21
304:25
**North** 102:18
**Notary** 366:18
368:19
**notation** 226:14
239:11
**note** 108:7
144:10 232:2
262:5 314:25
315:2 317:3,9
325:10 349:18
**noted** 32:6 87:19
218:12 262:6
367:10 368:7
**notes** 297:25
370:1
**notice** 4:11
14:24 15:12
235:19 342:10
**November** 5:23
28:16 34:20
35:1,21 224:2

**number** 35:11
35:11 41:14
56:12 70:13
101:22 111:5
189:7,10,18
205:12 218:23
219:15 235:24
243:10,21
254:4 280:12
280:15,25
298:25 299:8
302:14 319:6
330:3 350:14
350:15 352:17
363:14
**numbered** 28:23
289:4
**numbers** 17:8,9
38:1 77:9
88:23 90:16
125:3 141:22
141:25 165:18
198:24 205:17
227:14 274:13
282:21 300:9
300:13 302:24
337:22 338:10
339:13,16
**numerous** 64:14
79:9 85:1
**NVLAP** 53:3,7
53:24
**NW** 2:8

_____
**O**

**O** 3:14
**O'Dell** 2:3 7:1
7:20,22 8:21
8:21
**oath** 9:15
**object** 10:17
30:9 32:1
33:20 34:10
36:24 37:8
298:5
**objection** 7:2
11:2 16:11

19:10 30:1
31:9 32:12
41:1 44:21
45:10,11,16
46:15 62:17
63:4 68:6 71:8
71:24 73:23
74:7,8,17,18
75:11 76:11,15
77:20 78:6
80:21 82:11,24
83:1,2,23
84:15 85:18
87:7 88:8
90:21 91:8,9
94:1,2 95:13
95:25 96:1,2
96:12,22 97:4
97:15,23 98:13
98:14 99:12
100:5,6,20
103:8,20 104:9
105:1,14,15
106:17 108:23
109:5,6,25
110:17,18
112:9,22
113:10,11
114:6,19 115:3
118:20 119:19
120:23,25
132:2,24
135:11 141:19
142:21 143:17
146:7 154:5,23
157:14 158:16
158:17,18
159:9,10,14
160:2,3,15,24
160:25 162:14
163:4,22 164:9
164:10,24
166:9 167:1
168:10 169:12
170:6,25
171:22 173:3
175:14,15

176:7,8 177:12
178:16 179:9
180:3,19 182:2
182:15 186:11
187:7 188:8
189:22,23
191:23 194:21
197:17 202:5
205:23 212:7
214:12 215:5,6
216:2,23
217:23 219:18
219:19 220:1,8
220:9 221:7,8
224:25 226:1,9
227:23 229:2
229:17 230:12
231:22 232:25
233:1,10,11,25
238:20,21
239:15,16
244:3 248:17
248:18 250:1
251:6,24
252:13 253:10
257:21 258:17
259:7 260:24
261:19 263:3,7
263:25 270:9
285:21 293:25
294:14,15
296:8 310:10
310:19,22
311:3,4 312:2
312:13 314:22
318:2 323:14
327:20 329:9
332:3 334:1,21
339:1 341:18
341:19 342:1,2
342:23 344:10
347:24 348:9
348:15 350:5
351:17 352:8
352:19 353:12
**objective** 316:21
317:23

**objects** 169:1
**obligation**
156:24
**observed** 209:21
320:6,15
322:21
**observing** 186:6
**obtain** 130:11
277:23
**obtained** 96:20
103:16 166:25
190:23 191:22
209:17,19
210:11,13
214:11 253:16
**obtaining**
203:19,21
**obtains** 66:11
**obvious** 202:8
**obviously** 7:14
22:4 88:19
287:1 288:23
356:10
**occasion** 62:2,25
**Occupational**
341:14
**occupied** 304:1
**occur** 254:25
270:15 276:12
312:18 313:21
314:17
**occurrences**
164:16
**occurs** 97:8
**October** 28:17
29:18 34:22
35:19
**Oczypok** 5:17
**odd** 254:3
**offer** 104:2
**office** 12:14,18
12:20,23 21:10
**offices** 1:13
**oftentimes** 75:2
**oh** 27:17 50:16
150:20 199:15
203:5,15 210:6

Case 3:16-md-02738-MAS-RLS    Document 33132-7    Filed 08/23/24    Page 149 of 295
PageID: 250989
Melinda Darby Dyar, Ph.D.

Page 400

223:2,20
233:12 280:9,9
282:22 292:22
295:1 300:14
347:18 363:19
**oils** 219:6
271:16 275:19
**okay** 7:25 9:13
15:15,21 16:15
18:21 26:10,16
26:22 27:11,15
27:17,24 28:7
28:22 29:3,11
29:17,24 30:21
36:2 37:17
38:5,16,19
40:13 41:15
53:3 55:3,21
56:18 57:5,16
58:10 59:2,20
61:7,18 62:1
62:12 66:17
71:4 77:14
88:24 89:3
90:3 91:21
93:20 95:3
104:2 107:22
113:18 116:12
120:14 121:18
121:20,24
130:13 133:3
134:21 158:9
161:7,11
163:18 164:5
165:7,14 166:2
172:17 175:10
176:4,13,24
183:23 187:20
188:2,14
193:25 203:13
203:24 206:13
210:6 213:9,12
215:14 223:24
225:13 229:11
234:19 236:21
238:13 242:10
243:9 245:7

246:1,11,20
252:8 256:4,8
257:5 259:23
261:7 265:6,19
266:6,25
267:18 269:21
272:21 278:17
280:10,11,14
280:18,21
281:9,18
282:23 284:19
289:9 291:25
296:2 298:19
299:3 300:19
300:21 301:2
302:20 303:4
308:9 309:15
310:1 314:12
315:19 319:5
319:12 322:17
323:8 328:18
337:12 345:21
346:15 347:19
349:10 353:6
354:9 355:2,14
363:21 365:10
**old** 42:15 92:15
311:20 346:14
348:3,12,14
**omnibus** 217:25
**once** 19:18
29:13 229:10
332:5
**one-day** 24:5
**ones** 53:11 73:18
79:1 90:24
91:12 160:8
229:24 272:19
287:18 288:12
289:4 306:4
**open** 7:12,19
**opened** 104:13
105:7,20
**operating** 41:3,5
164:23
**operator** 208:19
213:23 215:16

237:21
**operators**
215:20
**opine** 96:6 176:5
176:10 180:16
**opinion** 18:24
19:5 25:2
44:12,16,17,22
44:25 45:3,4
69:5,10,24
70:5 76:3
82:16,17,20
83:10,14,16
84:23,24 86:2
96:8,14 97:16
112:17,25
113:3 115:7
145:20 146:21
166:21 168:15
169:22 175:18
176:11 178:3,4
178:7 195:2
223:7 232:15
232:16 233:17
234:2 243:23
288:20 292:12
335:25 347:9
348:17 353:5
**opinions** 22:9
25:7,7 190:11
233:21 330:16
**opportunity** 7:9
7:13,16
**opposed** 287:6
310:8 344:8
**optical** 5:13
147:7 201:16
222:2,13,22
233:5,15
274:22 277:15
289:25 290:2
326:9 355:2
**optimal** 83:12
151:18
**Oral** 4:11
**order** 64:3 82:8
82:21 83:19

101:18 106:24
117:7,17 118:1
125:13,24
126:4 127:7,13
127:20 128:13
128:19 129:1,5
188:23 189:19
199:18 201:13
202:2,3 224:5
230:8 237:17
243:23 252:5
259:24 267:7
269:10 316:13
324:14 331:21
336:7
**orders** 339:10
**ore** 18:3 163:20
163:21 164:7
166:25 226:20
227:20 231:11
232:9 260:12
**orebody** 257:13
257:14
**ores** 170:3
173:14,25
**organization**
61:20 93:25
95:12 330:9
349:23
**organizations**
53:11
**organized** 29:9
**orientation**
209:20 210:14
210:23 218:11
**orientations**
136:15 204:1
209:22 212:11
**origin** 102:13
**original** 219:11
290:20 367:14
**Orrick** 2:15 9:1
14:11,12
**orthorhombic**
116:2
**OSHA** 93:24
173:19,19

341:13
**out-of-context**
260:9
**outdated** 120:6
**outer** 168:21
**outlier** 332:1
**outlined** 358:4
**outmoded**
348:14
**output** 142:12
145:10 148:15
149:1,19
152:13
**outset** 160:5
**outside** 102:22
113:15 229:19
252:11
**ovarian** 8:15
10:3 62:24
96:10 103:1
160:22
**overlap** 107:14
**overlapping**
107:11
**override** 317:6
317:15
**overriding**
317:11
**oversee** 50:23
**overseen** 51:1
**owned** 100:16
170:22 173:9
224:21 227:20
**owners** 164:19
**ownership** 13:4
354:17
**oxidized** 60:4
**oxygen** 60:1

---

**P**

**P** 2:1,1 3:14
**p.m** 25:15 161:9
161:10,13
213:10,11,14
256:6,7,10
308:7,8,11
343:10,11,13

Case 3:16-md-02738-MAS-RLS    Document 33132-7    Filed 08/23/24    Page 150 of 295
PageID: 250990
Melinda Darby Dyar, Ph.D.

Page 401

365:13,16
**page** 4:2,10 5:14
28:22 33:1,4
40:5,10 66:3
73:5,6 78:19
78:19 79:10
89:10 92:21
95:4 111:2
123:21,24
125:1 126:21
132:3 133:21
134:23 138:18
144:25 147:12
147:23 148:24
148:24 150:1
150:21 154:18
172:22 173:11
177:16 179:14
190:12,14,15
199:10 202:22
203:3,8,16
204:5,8 206:4
209:14 210:3
211:17 212:1
213:19 227:8,9
231:10 234:8
234:14,15
235:5,9 237:7
238:23 240:11
240:24 241:12
245:7,10,14,16
245:18 247:17
271:25 272:7
273:20 278:8
280:7,8,11,23
280:23 281:7
281:18,22
282:3,10,11,11
282:13,14,17
282:18,19
283:14 284:4,6
284:7,14,18
287:10 288:1,2
289:3,7,9,10
290:11,25
298:12 299:4,6
299:13,15,20

299:22 300:7,9
300:12,20,22
300:25 302:21
302:24,25
303:21 308:15
308:18,21
309:24 312:17
313:9 314:6
315:8 319:5,23
331:15 336:25
337:1 345:1,10
345:22 347:10
369:3 370:3
**pages** 7:6 27:21
27:21 89:14
130:23 141:23
148:1,10
162:16 180:13
238:5 242:17
245:11 257:19
257:24,24
288:20 330:25
331:2 368:5
**paid** 66:21
349:11 350:1
**pair** 290:10
**Palouse** 11:13
12:2 13:3,9
15:25 29:9
**paper** 17:3
25:22,25 26:23
27:1 47:15
74:25 75:17,18
101:4,12 102:2
107:5,7 108:10
108:16,20
109:12 111:3
111:11 119:21
139:19,23
141:3,12,16
142:23 143:15
143:24 144:11
144:20,22
145:11 150:9
152:19 153:3,7
153:16 154:7
154:18,22,25

155:6,22
156:12 157:4
157:17 159:24
161:22,24
162:3,16,19,22
163:3,14 174:6
185:3 202:10
261:2 290:12
292:24 293:2,5
293:8 309:2,3
310:2 311:14
333:11 338:3
345:4 348:1
362:2 364:18
364:19
**papers** 19:24
20:8 43:19
46:8,10 51:14
58:25 59:1,3,9
59:10 83:7
109:3 110:7
189:2 309:7
358:11,15
361:24 362:5
362:20 363:12
364:3,16
**paperwork** 29:8
103:24
**parageneses**
114:21
**paragenesis**
98:17
**paragraph**
210:5 240:25
319:9 321:4
**paragraphs**
89:15 206:14
**parallel** 289:16
312:19 313:2
313:22
**paramount**
325:14
**Park** 2:22
**part** 19:22 23:3
32:10 36:21
81:10 94:14
116:1,4 133:21

135:7,9,22
150:12 155:4
165:18 167:20
167:22 168:3
169:3,6 170:20
194:10 208:19
225:8 232:6
239:2 267:9,10
267:11 295:12
319:13 330:15
348:22 354:4
356:13,22
360:19
**partially** 35:7
**particle** 70:21
72:6,13,22
73:2 82:7 85:6
85:12,13 116:5
117:24 118:8
119:11,17
120:21 126:5
129:2 150:6,13
150:23 151:1
183:10 195:14
195:21 196:24
198:6 201:6
237:22 268:11
268:15 270:5
271:6,6,12
286:6,8,20
297:23 304:2,4
304:7,9 307:19
318:6,11
323:23 327:19
331:20 340:19
363:4
**particles** 73:8
101:22 111:5,7
116:6 118:3,4
119:3 121:8,13
140:15 142:2
154:4 156:6,8
156:19 158:23
182:22 185:3
205:6 226:23
242:3 243:13
243:15,17

253:25 254:1
293:1,4,7
295:19 296:1
301:4,14,20,22
304:6,14,24
305:2,10
306:17,24
308:23 311:9
321:11,15
323:12,20
324:1 326:11
327:16 328:21
331:21,24
336:13 340:8
340:12,12
342:12
**particles'**
329:19
**particular** 60:3
68:16 78:20
83:17 93:5
124:23 135:4
139:9 146:10
146:23 147:1
149:12,13
152:5 168:9
169:20 170:20
182:22 187:18
190:8 201:20
202:15 217:6
218:11 239:13
249:2,4 263:12
263:24 285:25
321:9 327:8
336:1 341:9,10
353:5 358:5
361:18 362:9
363:2
**particularly**
206:18 260:3
362:15
**parties** 20:13
366:11
**partners** 13:7
**parts** 97:20 98:8
226:22 248:8
**party** 14:5,14

Melinda Darby Dyar, Ph.D.

Page 402

**pascal** 81:14
  344:4
**pascals** 338:15
  338:17,21,25
**passed** 39:19
**passes** 290:9
**pathologists**
  146:25
**pathology**
  144:12 153:13
**pattern** 39:21
  40:12,24 41:20
  42:2 141:7
  199:23 200:15
  207:9 208:13
  209:5,13,17,19
  210:11,13
  212:16,22,24
  214:17 217:14
  218:7 249:19
  260:5 262:16
  264:12 360:14
**patterns** 69:14
  70:9 132:12
  148:6,13,13,16
  203:20 205:2
  206:17 212:12
  212:21 213:21
  215:15 229:13
  238:18 239:1
  261:4,8 360:15
**Paul** 281:2
**pausing** 57:14
**pay** 51:12
  249:10
**paying** 103:24
  273:23
**PC** 2:11
**peak** 125:23
**peaks** 155:7,10
  155:11
**peer** 109:17
**peer-review**
  46:12,25 47:4
  47:9,15 75:1
  333:5,11
**peer-reviewed**

50:6 67:12
68:21 80:7
98:11 101:17
108:16 109:13
119:14 140:2
141:15 142:17
144:6,16 147:3
153:12 155:6
201:4 202:10
293:14 332:22
332:25 333:7
335:16 358:11
362:2,5 363:12
364:3,18
**pencils** 266:1,3
**pending** 147:18
  356:20
**people** 39:2
  77:14,18 93:1
  146:24 157:11
  167:16 170:21
  225:14,20
  249:23
**people's** 78:11
**per-sample**
  277:13
**percent** 182:1
  204:12,13
  205:5,12,17
  218:13 233:9
  247:2,2 250:8
  250:9,16
  251:14,15
  306:2 350:10
  361:25
**percentage**
  70:13 247:20
  247:21 248:14
  248:14 251:9
  253:3 274:6
  322:14 349:24
**percentages**
  245:13,14
**perfectly** 226:2
**perform** 120:18
**performed**
  30:19 39:13

44:5 196:1
291:14
**performing** 38:6
**performs**
  137:20
**period** 160:5
  234:2 297:14
**perpendicular**
  209:9 287:15
  289:12 290:3
**person** 13:4 16:6
  16:7 30:7
  163:7
**personal** 3:4
  9:12 11:16
  82:17 83:10,16
**personally** 81:4
  115:7 124:13
  185:12 354:1
**personnel**
  144:11 174:13
  237:24
**perspective**
  334:19
**perspectives**
  109:23 119:25
  211:5
**PERTAINS** 1:7
**petal** 187:3
**petals** 184:9
**ph** 1:23
**Ph.D** 1:13 9:17
  22:19 42:8,9
  43:4 358:6
  366:5 368:12
**Pharmaceutical**
  5:7 101:13
**phases** 86:11
  114:12
**PhD** 4:12,13
**phenomena**
  361:5
**Phillipe** 174:14
**phone** 21:11
  356:11
**phonetic** 328:16
**Photo** 52:9

**photograph**
  33:3 119:16
  184:20
**photographing**
  203:21
**photographs**
  140:12
**photomicrogr...**
  33:3 119:17
  186:2 293:22
**photomicrogr...**
  118:8,18,23
  119:6 228:23
  229:11 261:15
  326:12
**Photon** 52:10
**physical** 184:17
  235:2 344:18
**physically**
  212:25
**piano** 346:18
**pick** 19:18
  332:14
**picked** 42:16
**pictograph**
  177:23
**pictographs**
  331:11
**pictorial** 6:10
  331:5
**picture** 41:19
  42:1 119:7
  185:1 211:24
  285:12 354:11
**pictures** 32:16
  118:16 293:18
  293:19 331:15
**piece** 145:16
  274:22 290:6
**pieces** 193:13
**Pier** 5:21 177:7
  177:14 179:6
**Pierce** 293:8
  311:11,15,25
**Pierce's** 311:14
**pile** 256:15
**pink** 278:18

**photograph**
  279:2 283:5,15
  287:22 288:12
**Pisano** 7:23
**pixel** 235:20
  236:14
**pixels** 235:22,25
  237:4,5,16,18
  238:15
**place** 52:7 87:11
  146:16 152:17
  158:24 232:22
  256:3 366:8
**placed** 39:24
**places** 37:21
  64:14 78:5
  79:2 199:14
  242:21 254:10
  326:22
**PLACITELLA**
  2:11
**plaintiff** 8:22
**plaintiffs** 2:14
  8:16,18 9:21
  10:4
**plane** 41:12
**planet** 166:23
**Planetary**
  349:20
**plate** 39:25
  278:20 283:6
  283:18,21
  286:24 287:11
  287:21,24
  288:8,18
**plates** 178:10
  283:3
**Platinum**
  155:10
**please** 8:12 9:14
  30:14 32:13
  37:17 38:15
  55:15 100:22
  121:21 161:7
  365:11 367:3,8
**plenty** 296:11
**pleural** 5:17
  153:10 155:1

Case 3:16-md-02738-MAS-RLS    Document 33132-7    Filed 08/23/24    Page 152 of 295
PageID: 250992
Melinda Darby Dyar, Ph.D.

Page 403

163:8
**PLM** 6:7 47:16
54:24 58:1
65:15 71:20
101:25 117:21
117:25 119:7
119:18 151:18
186:3 196:21
217:18 218:25
219:2,7 220:16
264:14 269:15
269:23 270:24
271:7,9,18,24
272:3,4,9,11
272:19,23,25
273:6,18,25
274:4,6 276:2
277:11 278:3,9
281:23 291:13
298:15 303:20
304:21 305:2
315:15 326:9
326:14,22
328:14 359:9
359:10,12,17
**plot** 322:12
**plural** 158:21
**plus** 137:9
363:17
**point** 41:25
57:14 67:10
68:5 102:8
108:10 112:4
118:21 120:10
121:19 124:25
127:3 128:6
137:8 138:7
139:1 149:9
151:11 152:7
188:22 200:2
201:3 202:16
204:11,25
205:24 210:19
211:19 212:19
213:5,7 235:18
236:19 238:22
243:2 255:20

286:8 298:14
298:18,20,25
299:8,25
300:18 302:4,6
302:13 303:9
303:20,25
304:5,10,18
305:8,20,24
306:10,22
307:2,3,4,6,10
308:1,2 311:7
313:4,13 317:3
321:3,18,21
323:19 328:5
331:16 340:21
347:4
**pointed** 69:23
142:15
**pointing** 329:13
329:17
**points** 41:21
150:13 302:14
302:15 303:14
303:15
**poke** 79:24
**polarized** 47:16
63:8 65:10
102:7 116:3
117:14,18
118:23 120:3
120:20 121:2
196:18 197:9
266:9 271:3,23
273:12 274:17
291:19 294:21
294:23 296:5
**polarizing**
126:10 178:24
288:15 290:10
359:14 363:5
**poor** 337:25
338:6 360:25
**pop** 325:12
**population**
72:22 73:1,7
73:10 83:6
121:17 178:6

187:12,14,20
188:11,15,24
190:9 196:25
198:8 317:22
318:21 322:2
323:23 324:15
328:20,22,24
329:19 332:9
355:25
**populations**
73:12,17 83:9
83:11 116:6
121:12,12
189:3,5,6
295:18 318:7
319:3 321:8
323:5,9 324:11
325:6,11,13
**posed** 219:12
**position** 290:18
290:20,21
**positioned**
200:14
**positively**
270:25
**possess** 79:16
**possibility** 73:7
**possible** 40:1
65:8,13,13
72:24 79:18,21
128:21 135:2
151:19 157:1
161:25 162:24
184:4 198:23
214:4,8,23
215:1,21
216:15,20
217:9 248:13
248:22 283:5
300:1,4 305:15
307:15 332:7
340:3,7 360:14
**possibly** 21:2
94:14 247:24
**post** 358:7
**potential** 62:23
75:3 95:16

159:22
**potentially** 82:9
84:6 121:17
128:15 138:12
139:13 174:11
195:7 231:20
240:15 271:18
322:5
**pounds** 82:4
343:24 344:6
344:25 345:14
346:9
**powder** 1:3 8:9
17:16 18:2
19:2,9 44:14
62:11 65:14
69:18 77:15,17
87:25 96:21
99:23 100:11
103:7 113:6,7
139:15 166:25
220:25 231:6
232:10 260:13
262:22 364:7
**powdered** 351:7
351:22
**practice** 213:25
215:15 225:20
**practices** 1:4
112:24
**precise** 250:17
350:16
**Precisely** 211:18
**predominantly**
251:21,22,23
**preexisting**
66:15
**preface** 147:23
**prefer** 61:4
229:6
**prefix** 225:8
**preliminary**
83:13
**premier** 110:9
**preparation**
106:10,15
170:9

**prepare** 37:5
106:15,23
**prepared** 37:2
297:5
**preparing** 81:13
101:18
**presence** 24:12
71:2 84:18
107:2 115:25
124:22 139:12
174:7 200:19
233:23 265:9
265:17 267:2
267:21,25
315:20 319:14
328:22 342:16
342:19
**present** 3:11
24:11 25:2
48:10 58:7,13
71:11 72:2,4,7
72:10,23 82:21
86:2 114:12
117:1 124:24
127:22 132:14
132:16 138:13
139:15 180:24
191:1 200:2
267:6 268:9
269:9,11
316:13 320:7
320:16 321:1
322:23 325:2
349:15
**Presentation**
6:10
**presented**
139:16 317:7
**presents** 325:25
**president**
224:11 225:13
330:9
**presumably**
117:23 118:7
156:10 175:22
215:19 237:24
**presume** 59:12

Melinda Darby Dyar, Ph.D.

167:5,17
297:22
**pretty** 119:22
143:21 286:12
291:3 297:20
345:25
**previous** 24:23
267:4 268:7
286:15
**previously** 7:8
62:2 111:25
**primary** 48:25
49:5 52:3
170:19 240:16
**principal** 174:11
**print** 124:18
142:8,18
143:11,14
149:8 151:22
155:25 156:17
**printed** 157:24
158:6
**printing** 146:3
**printout** 5:11
125:11 128:12
139:7 143:21
278:13
**printouts**
128:25 131:5
260:16
**prior** 35:2,3
62:13,22 63:19
67:6 69:23
122:4,10
251:20 366:4
**pristine** 104:19
**privileged** 32:3
**privy** 93:2
**probably** 26:1
28:15 36:15
53:17 115:16
131:16 143:20
172:11 201:15
220:18 256:2
276:25 308:4
320:1,7,16
321:1 322:23

325:2,8 348:4
348:4 365:1,7
**probe** 50:18
79:22 85:23
86:4 361:2,7
361:18
**problem** 25:17
174:16 188:20
271:2
**problems**
105:17 270:20
**procedure** 41:3
41:6 104:22
203:17 303:6
303:10 353:10
**procedures**
234:3 304:21
353:18
**process** 26:1
40:10 41:15
137:11
**processed**
225:10
**produce** 156:25
304:11 306:23
**produced** 16:4
35:13,15,17
133:14 171:5
191:4 226:7
230:24
**producers** 174:1
**produces** 207:8
207:12
**product** 1:5 5:1
10:17 30:9
32:1 33:20
34:10 36:24
37:8,13 47:1
77:4 123:9
133:14 135:8
135:10 170:18
170:20 232:10
**production** 4:15
7:5,11 25:13
225:6 227:22
230:1
**products** 1:4 3:4

9:12 18:2 66:5
76:22 102:19
104:6,8 105:12
123:18 132:9
133:15 170:3
174:2,4 231:13
**profession**
358:14
**professional**
265:7,16
**professor** 32:2
61:6,7 88:18
101:2 102:14
144:3 213:16
308:13 343:17
349:4,14 351:4
357:25 363:22
364:1
**profile** 190:8
334:12,17
**profiles** 6:11
333:19
**program** 53:25
210:9
**project** 29:4
36:3,8 280:25
**projected** 304:1
**prominently**
360:17 362:4
364:16
**pronounce**
21:19 153:18
**proper** 64:15
**properly** 72:20
269:20 270:12
270:19 271:18
271:21 291:20
**properties** 6:13
181:21 274:22
289:25 290:2
326:10 337:3
344:17,18
**proportion**
133:13 304:13
305:9 349:22
**proportions**
133:16

**proposal** 17:3
**proposed**
169:15,16
**proposition**
199:17
**propounded**
368:6
**Protection**
47:21 68:1
**protections**
37:13
**protocol** 69:6
70:1,12,14,15
119:14 136:6
202:24 203:4,8
232:18,20
264:17,23
265:4,8,17,22
266:2,23
307:25
**protocols** 64:9
64:11 69:12
70:7 86:21
115:17,22
120:1 121:15
165:2 232:13
265:2
**proton-induced**
50:20
**prove** 71:13,16
**provide** 31:20
32:16 33:16
152:15 238:10
**provided** 7:7
27:3,8,12
166:4 205:11
229:1 235:4
246:3 247:7
249:3,14,20
250:6 263:18
328:10
**provides** 201:21
**providing**
238:18
**proving** 210:19
**pseudo** 207:8
**PTI** 3:9,9 9:10

9:10
**Public** 366:18
368:19
**publication**
46:25 47:9
101:3,7 108:20
128:11 143:22
205:19 329:3
330:20 334:6
335:17 362:2
**publications**
20:1 34:4
46:12 58:20
67:12 68:22
98:11 330:15
330:18
**publicly** 349:7
**publish** 75:5
145:11,23
**published** 20:7
46:24 47:3,14
50:5 93:6
101:16 109:13
140:2 144:6
147:2,14
153:11,23
174:6 265:8,17
355:11 358:11
361:24 364:17
**publishes** 51:16
**publishing**
144:15 153:16
**pull** 162:3
309:16
**purchased**
354:13,22
**pure** 104:18
105:7
**purely** 152:8
**purports** 107:8
130:12
**purpose** 34:18
63:13 125:6
134:19 167:19
180:9 263:20
**purposes** 11:15
11:17 17:21

Case 3:16-md-02738-MAS-RLS    Document 33132-7    Filed 08/23/24    Page 154 of 295
PageID: 250994
Melinda Darby Dyar, Ph.D.

Page 405

95:24 101:8
108:1 155:12
180:2,8 187:23
221:20
**pursue** 166:17
336:19
**put** 15:3 22:7
38:15 61:8
232:21 274:13
283:2 287:21
330:20 343:20
347:14,16
348:24 355:6
**putting** 172:17
**puzzle** 193:13
**pyroxene**
150:24 151:9

**Q**

**q-u-a-l-i-t-a-t-...**
39:10
**qualification**
357:1
**qualifications**
358:3 362:7
**qualified** 358:1
**qualifier** 335:12
**qualify** 79:5
**qualitative** 39:7
39:9 62:4
126:17,25
127:23 132:6
195:15
**quality** 4:16,18
61:15
**quantification**
339:25
**Quantify** 303:8
**quantitative**
66:1 84:5,20
125:3,12 126:2
126:16 127:6
128:8,12,20,21
128:24,24
129:10 130:11
131:7 132:6
136:13,18

137:4,18 138:6
138:8,24 139:3
139:7 141:3,13
141:16,25
142:18 143:5
146:5 148:8
149:4,14
151:23 152:13
156:1,25
157:24 179:22
191:5 263:14
317:22
**question** 16:3
19:3 30:14
37:16 55:2,10
55:16,20 58:6
62:19 69:23
70:10,11 76:14
76:17 77:13
80:24 82:13
86:23 91:2,21
93:20 95:21
97:18 98:7
102:3 106:2
109:9 110:15
136:4,5 137:15
137:16,24
147:18 160:5
162:19 163:15
168:12,15
185:15 186:17
186:19,19
188:19 195:3
198:13 212:9
217:25 219:9
219:11 220:4
220:19 250:19
253:13 255:19
257:1 263:9
264:2 265:14
266:5 268:13
268:17,23,25
269:7 296:17
296:22 297:15
313:24 317:2,3
317:19,20
335:2 339:20

340:20 342:15
346:22 348:2
350:17 352:15
354:16 356:20
**questioning**
32:5
**questions** 9:24
10:13,24 11:8
15:2 16:14
19:14 22:16
26:13,15 27:5
30:15 31:11
32:7,14 34:2
34:14 37:4,12
37:19 38:21
41:4 44:24
45:13,19 46:20
55:23 57:19
61:1 62:20
63:15,24 68:9
71:15 72:11
74:2,12,21
75:14 76:12,18
77:24 78:14
81:1 82:15
83:18 84:1
85:3 86:3
87:13 88:13
91:1,14 92:19
93:19 94:7
95:19 96:7,15
97:1,12,19
98:6,19,21
99:18 100:14
101:1 103:11
104:1,20 105:8
105:23 106:21
109:1,10
110:12 111:1
112:5,16 113:2
113:17 114:14
114:24 115:10
115:15 121:10
122:2 127:2
132:19 133:2
135:14 139:22

142:13 143:13
144:2 147:5,21
148:22 152:22
154:10 155:3
157:3,18 159:4
159:5,11,18
160:11,18
161:14 162:20
163:17 164:4
164:15,17
165:6 166:20
167:10 168:18
170:1,12
171:13 172:14
173:6 175:6
176:3,12
177:15 179:2
179:12 180:6
181:3 182:9,23
186:12 187:19
188:13 190:3
192:2 195:4
199:6 202:11
206:3 208:3
213:15 214:24
215:13 216:12
217:10 219:13
220:3,20
221:15 223:10
223:14,17
225:3 226:4,10
228:8 229:8
230:7 231:1,16
232:5 233:3,18
233:20 234:7
234:20 236:7
239:8 240:4
242:23 243:8
244:16 246:23
249:5 250:20
251:13 252:7
253:1,20
256:11 258:1
258:23 259:22
261:6 262:8
263:4,16
264:21 267:4

270:23 279:23
282:24 285:5
286:13 293:20
294:1,18
296:16 298:8
300:15 303:3
306:11,14
308:12 310:13
310:23 311:12
311:23 312:6
312:16 315:1
318:15 323:17
328:1 330:1
332:12 333:16
334:5 335:4
339:4 341:22
342:9 343:16
344:13 347:21
348:6,11,19
350:9 351:1
352:1,14,20
353:23 355:1
355:13,21
357:13,15,18
363:9,11 365:8
368:6
**quietly** 174:14
**quite** 54:19
197:19 205:16
207:6 212:13
217:9 272:12
**quotation** 40:5,7
40:9
**quote** 290:14
291:1 298:23
299:14,16,19
300:1 302:16
302:17
**quoting** 202:22

**R**

**R** 2:1 3:14,14
**R-93** 73:11
189:4
**Railroad** 5:2
**Railway** 123:2
**Rainbow** 88:6

Melinda Darby Dyar, Ph.D.

Page 406

raised 156:9
162:8 163:10
Raman 50:21
random 230:17
233:14 248:2
248:25 249:3
252:17,24
253:3,5
randomly
249:17,22
253:7
range 90:15
241:4 265:2,13
304:14 305:10
306:25 307:12
315:20 320:5
320:14,23
322:6,21 324:6
339:9
ranges 107:10
ranked 109:20
109:23,24
rare 141:6
192:23 262:4
rating 110:3
ratings 110:6
ratio 60:14
72:16 82:21
83:5 183:17,19
183:21,24
184:1,2 185:17
185:20 186:6
186:25 187:13
187:23 255:17
261:18 316:20
318:22 320:3,9
320:14,23
321:2,10,21
322:10 323:12
323:25 324:6
324:25 325:23
327:3,8 328:2
329:1,7,12,18
331:24 332:1
ratios 58:5
59:19 84:21
189:19 193:21

193:23 217:17
218:19 269:16
269:24 270:3
315:20 317:21
319:19 320:5
322:15,20
323:21 324:17
324:19 325:21
326:11 327:7
327:11,15,18
329:16 332:2,9
re-read 86:23
reach 7:24 57:13
213:4 306:9
read 17:6,11
18:22 45:17
55:19 106:12
110:7 137:23
160:7,16,19
162:17,19,21
163:6,14 165:4
168:4 170:21
225:12 257:23
259:14,15
280:17,18
304:16 305:7
320:10,11
340:16 342:5
346:3 351:20
352:24 367:3
368:4
readers 75:16
readily 204:19
reading 99:16
100:8 335:2
338:3
real 286:11
reality 174:15
really 36:9
56:16 76:3
78:10 109:9
152:10 167:18
168:11 176:17
176:22 178:3
185:14 218:20
218:21 240:21
266:4 273:24

277:17 283:19
306:4 331:19
realtime 1:18
40:17,22
208:25 211:2
237:22 244:21
366:3,18
reason 7:18 16:3
239:18 249:1
252:18 278:5
367:5
reasonable
106:25 168:3
170:16 307:8
reasons 11:20
143:20
Reath 2:19 9:4
recalculate
238:16
recall 42:14
46:19 47:2,7
47:13,19 51:23
51:25 52:2
58:10 77:6
86:25 87:3,12
87:21 92:5
99:6,15 103:22
103:23 108:24
126:7,12,18
160:9 162:2
189:6 241:25
242:4,8 243:14
273:21,22
274:12,14
283:9 285:23
287:17 291:10
291:18 327:24
335:21 342:3
350:22
receipt 367:15
receive 13:7
349:21
received 7:4
32:20 249:8,12
358:18,25
receiving 11:18
reciprocate

38:20
recognition
208:17 359:1
recognize
135:15 147:22
154:11 330:8
recognized
11:10 48:13
201:3 316:9,10
318:18
recommendat...
11:16 244:6
264:11
recommended
121:15 204:12
reconsidering
253:18
record 8:1,13
10:2 38:23
60:20,21,23
61:2 121:22,23
121:25 161:9
161:10,12,16
213:10,11,13
213:17 256:6,7
256:9,12 308:7
308:8,10 343:5
343:6,7,8,10
343:11,13,18
347:17 354:11
354:21 365:15
recorded 347:19
recording
203:21
records 36:11
recreate 325:24
red 2:13 282:10
redacted 16:7
30:3 37:21,23
293:18
redaction 30:5,7
redactions 16:6
REDIRECT
363:10
reduce 145:17
reduced 60:5
redux 59:19

60:14
refer 73:17
235:11 247:15
reference 66:14
83:8 124:5,16
124:20 131:11
135:3 155:16
234:9,25
236:22 300:21
309:8 361:23
referenced
61:24 355:20
references 17:10
160:6 166:18
340:18 355:23
referred 73:12
186:9,14 260:2
294:9 309:9
356:16,25
357:3
referring 12:19
40:8 108:21
125:2 134:15
139:10 203:2,3
203:9 206:17
288:1,11 289:5
299:3 303:15
319:22 357:19
refers 39:17
66:9 82:13
143:18 185:16
200:14 207:15
207:18 235:13
302:5,5 303:7
303:20 317:14
reflected 273:19
reflective
279:12
reflects 28:17,18
29:18
refracted 219:6
refractive 108:7
150:25 151:17
196:22 197:15
271:10,14,16
275:18 291:6,7
refresh 102:2

Melinda Darby Dyar, Ph.D.

Page 407

**regard** 56:18
221:19 270:7
**regarding** 44:18
46:25 47:4,15
201:23
**regardless**
286:24 307:5
**region** 162:9,12
163:11 310:25
**Registered** 1:17
366:3,17
**registers** 272:11
**regular** 295:12
**regularly** 48:3
**regulate** 341:16
**regulated** 89:16
90:19,23 91:7
91:11 93:23
94:5 95:10,15
95:16 127:12
127:14,21
129:19,25
139:13 197:13
228:6 269:8
270:16 342:25
344:24
**regulation**
317:15,16
**regulations** 96:6
**regulatory**
95:23
**relate** 235:1
**related** 15:14
18:8 34:16
38:3 92:9
106:14 240:17
356:9
**relates** 187:5
342:16
**relating** 37:24
47:22 49:9,15
49:19,23 56:12
69:17 76:20
77:2 108:21
141:17 164:15
205:8 343:2
353:16

**relationship** 6:9
346:25
**relative** 200:16
304:1,3,8
366:11,12
**relevance** 99:16
**relevant** 56:16
106:1 161:2
165:23 166:16
171:3 187:10
187:17 193:19
194:11 225:5
249:12 274:4
277:24 278:7
307:7 341:9
**reliability**
302:12 339:20
**reliable** 55:5
56:1,20 69:7
70:1 107:1
229:16 233:24
339:17 340:22
**reliance** 357:9
**relied** 189:17
265:8,12 354:4
356:13,22
**relies** 271:3,10
**rely** 62:3 80:7
205:20 265:16
293:11 329:4
329:10 330:14
333:18 336:5
355:23 356:1
357:7
**relying** 244:1
298:19,23
**remained** 24:21
**remaining** 353:4
**remember**
15:19 21:25
108:11 124:3
170:11 295:15
364:13
**remembering**
311:20
**remit** 229:20
**remove** 121:21

161:8 365:11
**removes** 111:8
**render** 175:18
178:7 233:17
347:9 348:17
353:4
**renders** 107:15
**repairman**
156:9 162:7
163:9
**repeatedly**
50:11
**report** 4:13 5:4
5:16,20 16:10
16:13,21 17:4
17:6,12,13
19:5 22:8,13
22:19,23 24:25
28:2 30:23
31:8,18,24
32:17,18 33:9
34:4,13,17,25
35:9 40:6
54:19,21 56:24
61:17,25 64:13
65:8 67:18
68:1,12,15,24
72:21 73:4
77:11 78:18
79:2 81:13
83:8,17 84:3,9
88:16,20,25
89:1,5,6,8,11
90:2,25 91:13
92:5 94:5 95:4
95:18 96:4
97:25 98:24,25
99:7,14,16
104:17 105:25
106:8,13,19
107:17,20
108:13,14
110:23 123:22
125:13,20
127:7,17
128:13 129:1
131:8 137:5,19

139:4,11,24
140:1 141:18
142:22 146:6
148:9 149:5
151:13,24
152:11 153:9
155:5 156:3,4
156:7 158:3,4
162:6 166:1
170:10 174:24
179:23 184:19
190:14 195:9
197:22 199:10
200:3 202:13
203:6,7 206:2
210:20 211:19
212:19 213:20
213:24 216:19
226:19 229:7,9
229:15,24
230:11,15,18
234:9,16 237:8
245:8,22 250:7
253:19 257:5
257:19 258:15
259:6 260:2,22
264:9 267:17
270:19 273:23
274:12,14
278:14 280:1,7
280:8,11
281:14 283:11
284:9,13 285:1
287:18 290:12
292:22 295:15
298:13,17
300:22 302:18
305:21 307:3
308:15,17
311:8 312:17
313:20 323:7,8
325:17,18
327:5,14 332:8
332:21 333:9
334:8 340:6
342:21 343:2
344:1,4 347:5

347:8 349:12
352:10 355:20
356:3 357:8,10
358:2,4,5
**reported** 337:22
338:16
**reporter** 1:17,18
9:14 25:19
55:20 366:3,4
366:4,17,18
**reporting** 69:13
70:8 154:19
227:3
**reports** 16:19,24
17:10 18:12,14
18:16,18 30:24
31:8 32:19,21
32:25 33:5
34:19 35:3,4
42:16 77:8,13
87:21 89:9
100:9 112:13
140:6,10
158:21 160:10
165:8,9,15,16
165:25 166:3
166:19 171:5
180:22 190:18
204:24 211:11
231:3 239:1
245:25 246:25
247:9,17,18
248:1 249:7
255:5 272:2
273:3 276:12
291:11 304:20
305:16 310:5
326:9,10
327:15,17
333:4
**represent** 10:3
205:5 224:20
243:22
**representation**
246:18 255:6
**representations**
255:4

Melinda Darby Dyar, Ph.D.

Page 408

representative 135:1 203:22
represented 271:15 324:15 332:10
reproducible 240:2
reputable 109:3 333:23
request 38:10 74:3 76:9
requests 38:14
require 125:11 126:2 128:17 129:9 137:2 203:25 208:18
required 156:1
requirement 329:5,11
requirements 43:1 128:17
requires 127:11 128:11 129:17 137:17 199:17 200:19 202:25 203:10 207:23 290:13
research 17:5 52:7 62:7 63:12 66:23,25 67:11 80:15,23 81:23 83:15 85:25 86:8 97:17 99:3 152:6,6 165:4 222:21 265:11 292:20 333:8 336:1 348:22 350:14,19 359:2,22 360:1 360:16 361:18 362:1
researched 113:16 115:6 334:3
researchers 168:7 222:24

ResearchGate 5:11
reserve 7:22
resolution 195:12
resolve 209:18 210:12
resolved 363:4
Resources 273:19
respect 34:13 201:24 345:6
respond 32:4,13 33:23
response 98:20 339:22
rest 169:23 248:8
restate 19:3 30:13 55:16 186:18
restrictive 240:19
result 173:22 277:23
resulting 39:20
results 18:1 65:16 78:2 107:5 146:4 162:7 190:17 209:17 210:11 227:4 232:8 272:19 274:11 275:23 304:11 306:3,23 307:22,24 323:22
résumé 42:23
retained 62:22 123:16 168:1
retention 63:19
return 90:5 261:2 347:3 367:13
reverse 224:4 268:7
reverse-engin...

238:6
review 7:9 16:17 16:22 17:24 18:6,10 19:12 19:15,20 20:16 20:25 23:10,13 23:17 24:17,23 31:2,7 32:23 34:3,18 62:25 77:22 78:13 88:24 98:17,18 101:6 125:18 126:8 157:17 159:15 161:18 166:7 168:14 169:7 195:1 250:5 293:13 327:22 333:10 339:15 347:4
reviewed 18:12 18:14 20:3,11 23:23 61:23 62:14 63:6,7 63:18 66:20 67:5 68:11,15 68:17 69:16 73:12 76:19,23 77:1,7,9,18 88:19 99:7 102:25 103:4 103:10 108:15 109:17 113:4 159:6,20 165:7 166:11 170:9 242:25 353:15 356:13,21 358:12
reviewer 16:25
reviewing 17:3 34:23 35:2 40:21 96:4 255:13,15 296:4,10 358:4
revised 147:13
revision 93:10
rewritten 93:16
Rice 2:7 3:12

8:20
Richard 330:8
richterite 89:20 319:16
ridiculousness 286:3
riebeckite 79:4
right 7:23 13:25 14:9 18:23 27:2 28:5 36:6 38:9 46:22 58:19,23 59:3 59:23 60:17 94:23 95:9 101:11 106:5 106:12 117:2 119:5 123:21 127:3 130:19 130:22 134:6 136:16 144:9 154:17 155:4 155:15,23 157:12,19 160:14 161:5 168:23 172:22 177:16,22 185:23 189:13 190:12 191:14 193:7,12 200:6 202:18 203:4 207:19 209:14 210:7 223:11 223:19 224:3 224:19 225:4 227:7,17 234:8 234:17 237:8 243:4 245:10 246:4,9,20 253:21 256:9 260:14 271:25 276:10 277:19 278:8 280:9,22 281:10,15 283:16 284:2,3 285:1 289:8,10 292:19 298:9 299:5,11

300:24 301:2 302:7 303:10 303:17,24 308:6,21 311:13 312:21 313:9 315:6 317:13 320:17 323:18 326:16 327:9 328:3,24 329:1 330:2,25 337:6,16,20,23 338:18,22 348:21 351:16 357:6,12 363:16,17 364:3
Rigler 5:4 16:18 18:11,20 19:13 21:2 23:12 31:3 32:19,21 32:25 33:4 34:19 56:25 69:21 77:5,8 77:19,23 78:2 80:14 81:11 87:21 89:15 98:2,4 112:13 113:14 125:2 139:11 142:10 156:20 158:12 159:12,16 160:7,17 165:25 180:22 190:18 191:4 194:25 197:22 198:18 204:24 205:7,11,21 213:24 214:18 217:7 232:12 237:25 240:1 241:14 246:25 258:4,10 264:10 270:12 270:22 272:2 272:19 274:5 297:21 298:13 304:20 305:16

Case 3:16-md-02738-MAS-RLS    Document 33132-7    Filed 08/23/24    Page 158 of 295
PageID: 250998
Melinda Darby Dyar, Ph.D.

Page 409

305:22 313:5
321:11,16,20
322:8,14
323:11 325:17
325:18 326:8
328:17,25
329:20 335:23
340:2,5,9
341:6 347:6
353:8,22 358:1
**Rigler's** 16:24
23:18 30:24
33:9 100:9
158:20 244:25
342:11
**rigorous** 319:4
**rigorously** 174:5
**Ritchie** 84:24
125:20 142:23
143:7
**river** 191:18
**RJ** 122:20
330:12
**RN** 6:4
**Robert** 334:13
**robust** 56:6
**rock** 97:7,8
177:3,18
359:16
**rocks** 42:16
114:2 163:25
164:5 167:6
168:20 192:16
348:20
**Roger** 224:10,16
**Roggli** 143:24
144:5 153:6,16
**role** 113:12
232:11 335:21
**rolled** 287:6
289:22
**rondorfite**
191:10 192:8
**rose** 184:9 187:3
**rose-petal-sha...**
185:22
**rotate** 40:2 41:8

119:24 196:7
279:10 289:14
**rotated** 287:10
289:1 290:23
**rotating** 40:16
**rotation** 208:7
**rotations** 286:16
**ROTH** 2:11
**rough** 124:24
**routine** 295:2
359:15
**routinely** 63:10
63:11 181:12
361:17,22
364:15
**row** 247:11
**rows** 209:8
**royalties** 354:19
**Royston** 3:9
9:10
**RT** 310:4,18
**rule** 115:14,25
**Rutgers** 174:6

_____
**S**

**S** 2:1
**SAD** 204:15
**SAED** 39:16,17
39:23 40:11
47:11 58:8
69:14 70:9,19
71:5,9,25
72:18 85:4,10
116:15 117:10
117:20 120:19
136:14 181:18
195:24 196:1,8
196:9 197:8,24
197:25 198:2
199:8,17,23
200:20 201:5,7
202:2,25
203:10,19,25
204:15 205:1,9
206:11 213:20
214:17 215:15
215:23 216:8

217:3,14 218:7
219:22 220:15
234:22 237:6
256:23 257:3
259:12,18,21
261:4,7 262:16
263:13 266:22
266:25 267:19
267:24 268:8,9
268:11,14,17
268:22 269:15
269:23 360:10
360:14,15
**Safety** 341:14,15
**Salaries** 349:6
**salary** 349:4,9
349:13,22
**sale** 225:6
**SALES** 1:4
**salt** 273:10,11
**sample** 39:19,23
40:11 50:1
54:16 55:7
56:2 57:20
58:11 70:24
71:11 101:22
106:23 115:12
116:6 118:5,15
120:17,21
121:9 124:5,20
129:19 135:18
145:17 155:12
155:17 171:15
171:18 182:12
183:6 197:4,10
207:16,25
209:8,9 215:22
227:14 262:11
263:24 268:19
268:25 269:13
272:23 273:10
275:3,21 276:2
276:5 280:12
280:14 281:10
281:11,12,13
281:23 283:12
289:11,15,15

289:20 297:4
305:17 332:10
359:18
**samples** 5:3 23:4
48:8,8 49:11
49:16 51:21,24
56:11 58:5,8
70:13,13 77:16
98:1,3 99:23
100:11 101:25
102:4,14
103:15,17,25
104:12,22,24
105:4,5,18
106:3,6,7,9,16
121:14 124:16
130:24 134:25
146:15 189:8
189:10 205:15
207:22 217:7
225:5 226:20
226:24 227:19
228:3 229:24
230:21 231:11
241:17,22,25
242:1 243:12
243:14,22
247:1,22 248:1
248:10,24
249:8,15,21
250:13,22
251:19,22
252:10,17,21
253:5,7,9,15
254:23 255:23
256:21 257:7
257:11,13,16
258:5 259:3
260:10 262:21
263:18 272:25
278:3 293:16
297:13 304:23
306:17 307:5
307:15,18,24
315:15 322:4
322:14 324:14
**sampling** 62:4

133:22 134:3
**Sanchez** 19:25
330:10
**Sanchez's** 20:4
**Sandra** 3:6 9:8
**sandra.wunde...**
3:7
**sat** 46:4
**satisfies** 209:11
**satisfy** 46:18
200:4
**save** 89:5
**saw** 61:23,24
180:21 237:1
344:1
**saying** 31:3
152:10 183:20
199:7 211:13
236:21 244:9
250:12 284:13
288:19 329:22
**says** 9:20 24:14
37:20 42:23
56:10,13 69:4
70:14 90:2
102:16,21
111:11 127:5
128:7,23 132:1
133:9,19 134:2
134:5,19
137:10 138:8
138:10,23
139:2,6 140:19
142:17 151:8
151:13 155:14
155:18,23
157:22 163:9
169:24 175:9
176:16 177:6
179:18,20
188:22 200:23
201:5 203:8,12
203:16 204:3,6
204:11 210:10
210:18 212:1
223:23 227:11
228:5,9 248:24

Melinda Darby Dyar, Ph.D.

254:15,16
260:4 261:2,23
271:15 280:18
281:16,21
284:2,11
287:15,16
288:3 290:16
291:3,11
299:10,17
302:9 303:8
305:14 306:22
307:21 313:16
314:25 315:19
316:8 317:4,17
318:17,24
319:1 320:12
320:18,24
321:5,9 322:24
323:1,2 324:8
324:23 325:10
338:23 339:3,7
340:17 346:4
346:21 348:1
351:21
**scanned** 235:21
**scanning** 178:9
186:4 266:20
**scenario** 189:11
**school** 15:20
**science** 11:25
51:2 52:23,24
53:1 59:5
110:3,14
168:25 172:10
179:25 180:1,7
312:11,12
348:13 349:20
**scientific** 17:1,3
56:20 154:18
156:2 235:17
358:12,13
362:5
**scientist** 55:6
56:1,20 57:24
64:2 65:1,2,20
66:23 69:7
70:2,11 75:24

86:17 107:1
119:15 125:13
134:8 168:1
170:17 171:19
177:10 178:9
193:10 194:1
195:19 228:21
229:4 239:12
265:21,23
268:18 269:10
276:7,11
277:20 330:13
349:19
**scientists** 52:11
52:12 78:3
85:2 144:5
161:23 162:11
162:23 169:8
222:22 334:20
**scope** 133:20
229:19
**Scotts** 122:23
**screen** 26:17,19
28:14,23 245:1
**search** 276:24
**searched** 277:1
**second** 5:4 88:15
144:25 145:8
149:9 177:16
179:14 209:19
210:13 227:8
257:15 281:22
319:9 321:7
345:2 354:14
365:11
**seconds** 351:18
**section** 73:5
120:7 151:24
206:6,9 241:12
280:22 281:21
284:15,18
292:23 294:8
297:5 300:16
302:11 303:19
303:19 305:7
306:22 313:10
313:13 314:7

315:7 316:3
317:4 318:17
319:6 320:24
324:5,5,18
326:18 352:2,5
**Security** 38:1
**sediment** 262:11
**see** 7:20,21
17:13 19:4
23:4 26:16
28:20,21 29:1
29:22 46:18
55:21 64:14
73:5 78:11,19
79:25 89:25
90:1,10 93:2
103:12 106:13
111:10,11
125:8 126:22
128:3 136:3
140:18 145:5
145:18,19
146:16 151:12
153:5,14,21
154:15 155:13
155:14,18
165:14 175:7,8
175:19 177:4
177:20 179:3
179:10 204:21
204:22 208:10
209:2,25 210:1
212:15 218:15
218:17 224:13
225:11 226:6
227:14,16
228:22 234:11
240:12 248:12
251:3,18
255:22 257:20
257:24 258:16
259:24 260:21
261:7,11,14,16
263:1 271:13
274:24 283:17
289:2 292:22
299:22,23,24

302:7 308:24
315:17,18,23
318:3 319:10
330:22,23
335:7 337:4,5
337:8,11 338:2
340:13 344:20
345:1,3 346:11
346:12 352:4,5
354:10
**seeing** 103:23
342:4
**seen** 15:6 67:5
88:19 101:3,4
172:19 185:12
246:2 248:4
250:15 271:7
271:23 285:13
287:22 312:20
330:5 351:10
**sees** 111:7
**seldom** 207:23
**selected** 40:23
42:2 47:10,10
203:18,20
204:6,14
256:19 257:8
258:25
**selection** 252:16
**self-respecting**
145:22
**SEM** 50:18 51:1
52:19,21 117:5
118:10 119:18
130:16 140:11
143:19 149:2
150:12,14
152:14 157:5
177:17 179:13
196:3 211:2
303:21
**semi-quantita...**
125:24 128:2
130:2 131:15
138:20 143:5
195:16
**send** 13:20,25

25:18
**senior** 349:19
**sense** 41:24 44:6
97:7 116:7
124:24 244:6
**senses** 243:16
**sensitive** 272:10
361:7,8
**sensitive-enou...**
181:24
**sensitivity** 272:4
**sent** 23:6 25:14
34:20 257:16
**sentence** 125:18
183:13,15
197:19 239:3
325:9
**sentences**
207:20
**separable**
193:15 194:7
312:18 313:21
**separate** 107:25
108:4
**separated** 78:23
**separately**
257:17
**September**
35:16,17
**series** 16:19
28:15 89:18,21
90:4,19 91:6
91:24 94:10,15
173:8 226:19
240:6,21
271:13
**serious** 173:13
**serpentine**
174:18 256:20
256:24 257:10
259:2 358:16
**served** 48:18
73:20
**Service** 333:25
**Services** 1:22
3:15 8:3
**serving** 14:6

Melinda Darby Dyar, Ph.D.

310:3
set 25:6 28:1
  29:11,12,13
  55:4,24 56:19
  57:7 62:15
  64:18 77:10
  86:16 231:17
  239:14 353:10
  355:24 366:9
settled 49:3
seven 162:16
  240:12,16,17
  257:16
SEYFARTH 3:1
shape 72:15
  183:16,18
  185:17 186:24
  187:3
shapes 184:9
  187:12,21
share 31:17
Sharko 2:20 9:6
  9:6 38:14,19
SHAW 3:1
sheet 327:12
  367:6,9,11,14
  368:7
sheets 229:12
  263:2 290:1,4
  327:1 328:8,17
Shoemaker
  359:2
short 61:3
  213:17 256:13
  334:24 343:18
shorthand 47:5
  366:4
show 124:22
  129:11 130:24
  131:3 146:6
  148:25 149:10
  149:12,13,20
  152:7 184:20
  200:3 218:10
  249:25 291:15
showed 161:23
  163:2 355:4

SHOWER
  17:16,17 18:2
  18:2
showing 111:7
  155:7 157:5
  287:9
shown 126:3
  127:6 131:7,17
  137:4 139:3
  140:20 141:17
  145:15 148:9
  149:4 150:7
  151:23 156:2
  158:3 237:6
  247:8
shows 124:19
  149:1 150:25
  151:5 226:21
  241:2 245:19
sic 39:10 40:10
  126:10 135:5
  139:4 158:3
  275:16 298:24
  320:14 321:5
  352:18
side 289:22
sieve 304:23
  305:1 307:15
  307:18,24
sieved 305:16
  306:16 307:5
sign 226:3 367:8
signature 83:21
  83:25 84:12
  130:4 131:6
  151:5 217:13
signed 28:24
  29:4,7 225:18
  225:24
significant
  136:25 137:1
  222:18 277:8
significantly
  93:18 329:20
signing 367:9
silicates 173:17
silicone 155:8

191:11
similar 84:8
  125:12 150:7
  199:1 206:21
  206:24 207:1,6
  212:13 249:19
  297:20
simple 107:13
  110:2 193:3
simply 107:9
  156:15 157:5
  220:11 245:23
  328:2 333:3
simulated 148:5
  148:12,13,16
  150:4
single 33:1,2,3
  142:16 197:25
  208:8 240:20
  291:17 327:19
sir 76:25 132:1
  144:8 307:2
  351:12
sit 80:17 87:2
  220:21 223:3
  250:4 259:14
sitting 21:10
  189:13 219:14
  220:5 354:6
situation 118:11
  118:14 174:13
  321:9
situations
  132:13 363:7
six 78:20,25
  90:23 94:4
  95:15,16
  127:12,14,21
  129:19,25
  132:16 139:12
  194:15 205:15
  205:16 216:6,9
  242:1 243:11
  245:11 254:7
  269:8 270:15
  344:23
size 72:15 73:8

186:25 270:5
  304:24 305:18
  307:16,19,22
sizes 270:5
  301:5 340:19
  363:4
SKADDEN 1:13
skimmed 165:11
  165:22
skip 207:21
slide 102:5
  117:25 121:5
  274:3 304:3
slight 94:21
small 26:21
  41:13 56:16,22
  149:9 178:20
  182:6 196:17
  274:1 280:16
  322:13 363:4
smaller 155:10
  313:2
Smith 45:24
so-called 101:9
Social 38:1
society 49:1
  93:12 358:22
  358:23,24
  359:4,5
sodium 155:10
  193:1
soil 157:11,20
  161:25 162:25
soils 140:13
solar 169:1
sold 123:17
  167:15 172:25
sole 13:2,3
solid 89:18,21
  90:4,10,18
  91:6,24 92:6
  94:10,14 240:6
  240:15,20
solution 89:18
  89:21 90:4,10
  90:19 91:6,24
  94:10,15 240:6

240:15,21
solutions 92:6
someone's 38:17
  105:20 154:20
something's
  71:17
sorry 8:24
  102:12 136:4
  150:20 234:13
  254:19 267:13
  297:24 302:10
  308:18 336:25
sort 67:4 116:10
  121:7 143:22
  193:18 196:11
  209:6 257:1
sought 17:9
source 17:16
  18:8 19:1,9
  52:9,10 156:11
  160:13 168:6
  170:4,19
  173:25 174:10
  215:21 216:15
  231:5,12
  247:22 248:15
  251:23 254:6
  330:24 333:23
  340:21 346:22
sourced 192:20
  249:2
sources 18:3
  105:6 201:18
  216:21 250:25
  251:21 311:10
  335:15 350:3,8
  350:11
South 3:7
southern 140:14
space 143:21
  168:21 196:15
  196:16 200:7
  208:15 289:3
  359:6 367:6
spacial 235:1
spacing 181:21
  200:4,6 239:7

Case 3:16-md-02738-MAS-RLS    Document 33132-7    Filed 08/23/24    Page 161 of 295
PageID: 251001
Melinda Darby Dyar, Ph.D.

Page 412

241:4
**spacings** 238:24
240:2 241:14
**speaking** 121:3
135:20 268:6
271:11
**special** 178:23
278:19 362:10
362:15
**specialties** 60:7
60:8,12,15
**species** 70:20
71:10 72:1
84:7 90:24
91:12 92:6,8
92:10 94:4,12
127:12,14,21
128:18,19
129:5,7,20
138:2,5,13
151:1 182:20
194:11 210:23
213:21 214:1
214:21 215:17
215:24 216:1,7
240:18 245:17
252:4 267:5
269:8 270:16
304:2,4,8,9
362:13
**specific** 37:11
55:13 63:6
64:20 79:15
84:18 98:25
107:8 114:8
127:12 129:5,6
132:7 138:1,11
138:11 157:3
168:2,3 170:3
170:3 174:20
184:10 194:10
210:22 212:11
220:12 253:15
352:11
**specifically**
63:14 97:11
99:15 108:6

119:23 128:8
136:1 148:17
164:3 189:7
193:2 201:25
283:8 287:18
**Specification**
6:15 351:6
**specified** 136:12
303:10 319:17
**specifies** 133:22
134:2
**specifying**
218:22
**specimen** 208:7
**spectra** 124:6,18
126:17 128:14
129:2 130:2,9
130:24 134:22
134:24 145:12
148:3 154:16
156:15 157:20
203:22 206:21
206:24 207:1
**spectrometer**
59:25
**spectrometers**
52:17
**spectrometry**
38:25
**spectroscopic**
50:13
**spectroscopy**
39:1 50:16,17
50:21,21 58:4
60:13 125:21
**spectrum** 59:21
124:10,21
125:25 130:10
131:24 137:3
141:17 143:6
143:10 149:10
150:15 151:9
151:14,25
154:13 155:7
155:16,20
214:3,8,22
215:1 216:14

216:20 217:8
**speculate** 36:10
**speed** 26:1
**speed-read**
144:20
**spend** 36:18
41:16 46:17
54:3,7,11
156:11 273:6
276:19,21
364:22 365:2
**spent** 36:7
272:22,24
275:20 276:1,4
276:5 278:3
295:4,7,11
358:6
**splayed** 312:19
312:24 313:22
314:1,20 315:3
315:4
**split** 104:22
194:19 280:25
**spots** 207:12
208:16 209:13
212:16
**spreadsheet**
87:19 88:23
247:7
**spreadsheets**
27:23,25 28:5
246:2
**spun** 274:9
**sputter** 145:16
155:11
**square** 1:14 8:7
82:4 343:24
344:6,25
345:14 346:10
**squishing** 344:8
**St** 3:8
**stable** 114:9
**staff** 174:24
**stage** 178:19
212:15 290:23
**staining** 275:16
278:16,19,25

279:14,17
282:7 283:1,4
283:13,16,20
285:12,15,19
286:11 288:4
**stake** 13:4
**stand** 38:24
121:20 216:24
236:16 243:22
365:10
**standard** 41:3,5
51:20 56:19
61:15,20 62:3
63:19 67:3
98:24 127:4
128:11 131:24
135:3 142:16
142:17 167:22
188:22 189:17
190:2 201:4
209:16 234:25
275:2 307:25
353:11 361:1
**standards** 47:22
51:16,17,20
52:2 55:5,25
56:1 57:6
84:25 125:11
128:17 131:11
306:2 329:5
358:14
**stands** 53:5
330:12
**star** 149:2,18
**start** 274:2
338:20
**started** 15:20
29:3,12 75:6,9
359:10
**starting** 224:6
**starts** 7:3
**state** 12:5 24:11
35:5 48:20,20
60:4 62:18
89:16 102:8,11
107:21 125:1
142:1 165:8,19

166:3 175:21
190:11 240:24
258:24 290:12
367:5
**stated** 52:20
90:23 111:24
180:4 247:15
247:25 248:20
252:15 273:2
341:1
**statement**
105:17 111:19
178:18 199:10
199:22 200:23
214:8,16
216:19,25
224:24 225:2
233:14 236:16
236:20 238:23
247:5 264:8
299:2 312:1
**states** 1:1 47:21
65:22 93:24
127:25 138:18
202:1,24 203:9
206:16 209:16
225:4 231:7
245:4 303:24
314:7 319:12
334:17 348:7
350:19
**statistical**
187:21 188:23
269:16,24
270:4 295:24
302:12 316:19
317:21 318:6
318:21 355:24
356:3
**Statistically**
188:17
**statistics** 189:10
356:5
**steel** 346:18,18
**steering** 8:22
**stenographica...**
366:8

Melinda Darby Dyar, Ph.D.

Page 413

step 117:13
  195:19 263:23
  263:23
steps 54:15
  64:23,25 65:6
  86:17 103:14
  117:7
stepsister
  360:25
stole 313:11
stood 99:6
stop 269:14
  306:12 343:4
stopping 121:19
stored 105:19
straight 219:10
straightforward
  110:22
strange 257:1
  258:19
Street 2:4,8,17
  3:2,7 12:12
strength 78:24
  79:13,17,19
  80:3,10,19
  81:3,7,10,22
  82:1,5 85:21
  86:19 193:16
  194:8 335:5,13
  335:18 336:7
  336:10 337:19
  338:11,14
  339:9,11,25
  340:8,11,23
  341:4 343:23
  344:7,23
  345:13,15,23
  346:9,17 347:1
  347:7
strengths 346:5
  346:6
stretching 344:8
strictly 135:19
  268:6
strike 63:22
  147:17 216:16
  220:2 298:6

strive 361:25
strong 79:11
structure 40:15
  40:21 41:9,18
  71:7 83:19
  84:13 85:6,7
  85:11 94:18,20
  95:1,2 118:19
  119:8 125:14
  126:5 127:8,16
  129:12 178:11
  181:20,22
  182:18 183:11
  186:5 194:7
  195:6,21,23
  196:6,9,20
  197:8,15
  199:19,25
  200:16 204:2
  208:25 209:24
  211:2 212:24
  241:2 244:18
  244:22 268:12
  316:22 326:24
  327:1 340:24
structures 43:24
  187:22 188:16
  188:24 189:18
  190:4 199:2
  201:11 205:12
  210:21 217:16
  218:18 241:3,6
  244:11 260:19
  261:15 288:22
  295:8 313:1
  325:23 331:10
student 361:10
students 116:11
  167:12,13,15
  208:22 277:17
  277:18
studied 99:24
  100:12 156:20
  158:23 183:2
  205:16 326:11
  327:16,19
  347:8

studies 6:10
  158:8,10,14
  170:21 339:19
study 44:6 62:10
  102:24 109:21
  116:10 132:18
  157:3 168:25
  169:5 252:17
  264:20 348:20
  350:20
stuff 11:5
  186:22
Su 54:25 115:16
  119:21 264:13
  271:15 290:12
  290:14 291:1
subgroup
  240:13
subject 15:7
  46:13 48:15,21
  75:19 110:9
  203:22 342:20
  364:6,10,18
  367:10
subjective 190:7
submit 74:25
  332:24 333:10
submitted
  332:20
subpoena 27:9
Subscribed
  368:15
subsequent 43:2
subsequently
  257:17
subset 95:23
subsidiary
  14:17 100:17
  224:21
subspecies
  240:18
substance 40:15
  40:22 41:7
  44:8,9 57:25
  69:3,9 70:3,17
  70:25 123:13
  276:18 297:17

364:20 368:7
substances
  23:25 43:14
substantially
  346:16
substitution
  90:15
succession
  275:18
suffice 27:6
  353:6
sufficient 80:14
  84:4 190:5
  267:19,20
  270:14
sufficiently
  129:24 237:12
  238:16
suggest 32:9
  98:3 100:10
  175:11 227:18
  262:1
suggestion
  155:9
suggestions
  31:24 33:17
suggests 83:4
  112:14 174:7
  250:8
Suite 2:8 3:7
summaries
  20:25
summer 45:22
sunglasses
  290:10
superset 181:17
supervised
  360:5
supplement
  141:21 146:10
  226:18
supplemental
  5:4 88:16
support 100:22
  202:15 213:24
  252:5 253:17
supported

180:23 244:4
suppose 254:24
supposed 25:6
  230:15 307:10
supposedly
  272:10
supposition
  100:23 157:7,9
sure 13:18 21:15
  21:19 57:18
  68:13 81:24
  92:3,25 124:2
  141:21 146:9
  186:20 202:6
  218:23 249:9
  250:18 264:2
  268:4 282:9
  307:16 309:25
  317:8 327:22
  355:8
surface 348:24
survey 72:21
  73:1 82:2
  333:23 334:16
  336:24
Survey's 333:19
Susan 2:20 9:6
Susan.Sharko...
  2:20
suspect 162:11
  249:1
suspected
  173:19 209:24
SUTCLIFFE
  2:15
switch 25:16
swivel 196:14,17
sworn 9:18
  366:5 368:15
symmet 208:15
symmetrical
  208:14,16
synchrotron
  52:9
synthesize
  124:10
system 169:2

Melinda Darby Dyar, Ph.D.

Page 414

337:7
systematic
  109:21

**T**

T 3:1
table 79:1 84:9
  90:6,6 95:3
  147:23 226:21
  227:7 262:9,10
  272:6,15
  273:20 336:20
  337:1 338:4
  345:21 346:4,7
  346:12
tables 326:1,13
  326:25 327:6
tabs 227:13
tabulated
  274:13
take 7:23 22:21
  26:6,9 33:25
  38:12 40:22
  41:19 44:11
  57:14 60:18
  86:24 96:8
  98:24 102:2
  105:9 112:4
  118:16,22
  119:16 120:17
  126:20 135:25
  157:16 162:4
  162:17 186:2,4
  189:14 200:24
  203:15 204:23
  211:24 227:13
  231:23 256:3
  257:22 273:13
  277:18 286:15
  300:6 308:5
  309:11 345:9
  357:15 359:17
  360:12
taken 10:6 13:17
  19:21 23:14,19
  24:3,5,6 103:1
  228:19 245:24

261:8 285:11
286:24 287:1,2
309:1 331:11
366:8
takes 41:6,17
  42:1 52:7
  53:22 276:9
  277:21
talc 17:15,19
  18:4 19:1,7
  20:5 44:13,19
  44:19 47:17
  49:11,24 50:2
  50:7 56:8,22
  64:7 65:4,21
  66:4,6 69:18
  70:16,17 76:21
  77:3,16,16
  87:5,15,16,17
  87:25 88:4
  96:19,21 97:3
  97:8,13,21
  98:9,17 99:9
  100:3,16
  101:18,25
  103:15,18
  104:5,19
  105:11 106:23
  107:2,9 108:1
  108:21 112:8
  112:15,18
  113:7,22,24
  114:3,4,9,16
  114:22 115:1
  115:12 118:15
  122:8 123:17
  132:18 158:14
  159:7 163:19
  163:20,24,25
  164:5,7,13,14
  164:15 166:24
  167:5,9 170:4
  173:1,14,24
  174:1,4,12
  175:24 180:18
  182:12,12,24
  183:3,6,7

190:23 191:22
192:1,12,19,20
200:19 206:19
206:23,25
207:5,8 212:3
212:5,12,16
214:9,11 215:2
215:9 216:16
216:21 217:5
220:23,24
221:3,12,14
224:22,23
225:6 226:11
226:19 227:22
230:23 231:4
231:11,21
232:9,21,23
233:8,22 241:7
241:7,10 248:7
248:11 254:7,9
255:14,15
256:21 257:13
258:5 259:3
263:18,24
264:23 268:5
268:19 269:1
269:12,22
270:8,15 275:4
277:11 286:5,7
286:20 287:6
289:22 290:1,3
297:13 301:3,5
301:14,20,21
302:21 310:4,6
310:7,16,18
341:16,24
342:7,13,20,24
351:8,15,22
353:9 364:14
365:4
talc-containing
  123:18
talcs 5:7 101:13
  102:22 174:8
  174:17
talcum 1:3 8:9
  62:11 65:14

99:23 100:11
139:15 231:12
260:12 262:22
364:7
talk 11:3,4
  64:14 65:8
  83:8 133:11
  143:2 184:17
  189:3,9 359:8
  359:19 360:8
  360:23
talked 181:7
  217:21 218:20
  330:14
talking 93:3
  116:15 123:22
  137:10 161:21
  181:18 193:7
  203:6 206:8
  210:8 230:22
  242:19 272:15
  275:15 295:23
  299:20 324:19
  351:14 362:25
talks 54:22,23
  54:24 65:24
  73:6 108:5
  119:22 126:13
  126:22 175:20
  189:4,6 302:12
  303:4
task 161:3 276:8
tasked 170:17
tasks 38:6
taught 222:10
  222:15 277:16
  295:3 358:8
  359:13
teach 63:10
  167:20 181:12
  208:21 222:1,3
  222:6,12
  277:15
teaching 45:23
  294:24 295:5
  360:17
Tech 358:7

technical 5:20
  298:10
Technically
  354:12
technique 68:22
  72:12 124:9
  195:24 266:24
  267:1,20,24,24
  268:18 270:6
  272:13 308:3
  316:25 361:11
techniques 62:8
  72:4,8 73:2
  146:18 195:11
  198:21 220:11
  220:13 267:4
  267:14 268:2
  269:21 270:11
  336:6 341:3
  361:3,22 362:3
  362:21,25
  363:6 364:13
  365:3
technology 85:1
  348:12
Tecum 4:12
tell 9:19 22:22
  37:21 61:12
  66:24 72:5,9
  73:14 82:19
  138:16 151:21
  154:8 180:15
  181:15 183:5
  197:1 201:19
  212:25 219:2,6
  220:5,14 228:4
  233:4 239:22
  262:22 267:5
  268:8,9,11,14
  291:19 293:22
  302:8 362:6
telling 91:10
  283:25 305:14
tells 103:6 108:4
  119:15 182:19
  196:24 199:23
  269:4 335:17

Melinda Darby Dyar, Ph.D.

Page 415

**TEM** 39:18
40:16 41:10
50:17 51:1
52:19,21 58:1
67:9 71:20
80:4 118:1,10
119:7,18 121:5
126:16,16,17
127:1,22
130:17 152:14
196:15 247:17
306:4 325:18
331:18 332:5
351:13,16
352:2 353:11
359:21 360:1,7
360:13,18
**ten** 52:5 120:9
221:5 272:1
276:24 277:7
353:4 365:6
**tendency** 111:4
**tensile** 78:24
79:12,17,19
80:3,9,19 81:3
81:7,10,21
82:1,5 85:21
86:19 193:16
194:8 335:5,13
335:18 336:7
336:10 337:19
338:11,14
339:9,11,25
340:8,10,23
341:4 343:23
344:7,22
345:13,15,23
346:5,6,8,17
347:1,7
**term** 47:5
111:24 184:13
184:16 234:9
240:22 312:15
325:8
**terminology**
225:15 240:10
312:11 326:2

**terms** 38:22
39:4 77:12
95:6 105:7
164:12 236:17
264:17 276:8,9
277:21 278:22
316:23 349:25
362:24
**test** 17:15,19
39:6,7 80:19
115:12 123:5,9
123:13 133:5
170:2 243:24
248:6 251:20
269:13,16,24
270:4 272:10
272:11 317:21
**tested** 48:4 50:1
77:15 98:1,3
100:18 124:4
217:8 252:12
253:6
**testified** 10:8
24:9 74:3
**testify** 15:13
34:15 366:5
**testifying** 10:14
**testimony** 18:6
18:10 19:15,20
20:4,12,17
21:1 23:13,18
23:23 24:18
82:25 120:24
160:20 366:8
**testing** 18:1
23:12 49:1
50:7 61:15
69:17 76:21
77:2 86:14
102:15 104:15
104:18 105:11
107:2 113:6
115:15 157:10
159:7 160:10
169:22 171:20
182:13 228:3
232:8,13,18,20

233:22 234:2
261:22,23
264:23 297:12
316:19 318:21
353:17
**tests** 70:23 71:2
160:21 318:6
356:3
**text** 319:6
**textbook** 46:7
92:16 148:10
151:15 152:5
167:11 201:15
344:15 356:5
**textbooks** 120:5
**Thank** 213:8
280:21 363:25
**Thanks** 234:19
**theoretical**
209:23
**theses** 360:6
**they'd** 159:20
**thick** 186:7
**thickness** 304:6
306:18
**thicknesses**
301:8,21 302:1
304:15 305:11
306:25 307:12
**thin** 294:8 297:5
**thing** 39:4 69:7
70:1 107:1
152:6 168:4
170:16 171:3
202:8 262:4
271:8,9 277:24
283:18 295:2
332:5 345:3
**things** 59:19
72:15,24 108:5
152:8 167:17
171:11 228:17
260:15 298:3
298:10 325:19
338:12 361:17
**think** 22:2 42:15
46:21 57:10

58:18 75:15,23
77:25 80:18
83:14 89:6
99:23 117:11
151:7 190:6
202:9,19 219:9
223:4 233:19
235:13 262:3
270:10 276:8,9
277:5,21,22
280:3 283:7
295:3 296:10
297:10 300:12
304:18 313:4
313:11 325:7
326:17 352:21
362:19
**thinks** 41:21
**third** 117:13
124:25 195:19
244:13 247:16
282:3
**thirty** 367:15
**THOMAS** 3:1
**thought** 57:3,11
75:12,21 76:4
168:16 347:19
363:23
**thousand**
338:14,16
**thousands** 51:24
130:8 292:5,10
292:16 294:6
**threaten** 37:12
**three** 41:8,11
58:20,25 68:25
102:17 140:11
165:9 178:12
201:12 206:13
221:4 227:1
248:7 340:15
**three-dimensi...**
178:21,25
196:15 199:24
201:11 210:21
212:23 244:10
**threshold**

340:23
**tilt** 178:19
208:13 209:8
209:21 212:15
**tilted** 41:13
207:10,14
212:6
**tilting** 207:17
208:8,25 212:4
244:17
**time** 8:5 13:23
15:22 34:1
36:7,18 41:17
41:21 42:1,24
45:20 46:6,17
54:3,7,11
58:11 60:2,18
60:19,23 61:22
66:20 68:10,14
73:14 80:14
86:2,24 121:22
121:25 144:20
146:11 154:7
156:12 157:17
161:6,8,12
162:17,18
177:10 200:15
213:9,13 224:5
229:10 237:21
245:19,20
248:4 249:4,24
252:21 253:6
256:5,10,25
259:14 272:22
272:23 273:5
275:20 276:5
276:14,19,21
277:18,21,24
278:2,6 295:7
295:11 308:7
308:10 310:2
326:4 334:24
339:15 340:16
343:4,9,12
348:23 349:15
351:20 352:24
353:3 357:13

Melinda Darby Dyar, Ph.D.

359:16 364:22
365:13 366:8
**time-honored**
308:3
**times** 1:14 8:7
17:12 24:9
63:7 235:21
280:20 294:25
295:3 296:12
296:18,24
347:13 358:9
**tiny** 143:22
195:14
**tissue** 144:17
146:3 154:2
**title** 67:20,22
101:11,15
136:9 144:20
154:21,24
155:2 351:21
351:21
**tlocke@seyfar...**
3:2
**TM7024** 6:16
**today** 8:10 13:17
15:13 80:17
87:2 219:14
220:5,22 223:3
309:2 343:23
353:25 354:6
356:7,14,23
357:4 363:1
**today's** 8:4
365:14
**told** 21:24
273:10 296:2
**Tom** 9:11
**tool** 85:5,10
116:18 181:24
266:7,13,18,22
316:24 359:15
**toolkit** 222:23
**tools** 57:23
64:15 65:1,19
66:10,11,25
67:1 71:20
84:14 85:8

115:11,19,22
120:16 259:5
265:12,20,25
266:6 336:12
361:14,22
**top** 46:22 177:23
272:7,16
273:20 311:21
**topic** 57:2 80:15
347:7
**topics** 25:8
360:19
**total** 29:20 36:2
205:12 249:15
302:15 340:15
350:2,7,10
**toxicologist** 44:3
**trace** 100:18
**trained** 67:1
266:2
**training** 113:19
**transactions**
173:8
**transcript** 366:7
367:16,17
**transcription**
368:5
**transmission**
4:21 39:13,25
117:3 124:15
186:4 196:2
207:16 209:1
266:15 351:8
351:23
**treat** 267:15
297:21
**treated** 90:19
91:6 93:23
95:10,22
**trees** 89:5
**tremolite** 5:12
79:3 89:18,19
91:20 112:8,20
115:2 124:7
130:25 134:23
135:6 140:16
144:4,21

145:13 151:2
158:13 159:22
173:16,20,23
174:20,21,24
175:3 176:16
176:18 179:8
179:16,20
180:17 185:2,8
190:19 193:5
217:14 245:15
245:19 247:3
247:20 248:14
250:10,24
251:4,10,15,18
252:9 253:24
255:11 319:15
337:24 338:19
339:5,10
345:16 346:16
347:1
**trial** 20:17 21:1
160:19
**tried** 17:11,12
**trip** 46:4
**true** 71:21 72:13
72:17,24 111:6
126:14 128:22
129:3 133:20
205:9 212:10
212:14 236:2
244:20 249:6
251:7 252:8
283:18 285:20
286:14 287:14
288:25 305:6
322:7 326:7
338:13 344:6
**truth** 9:19,19,20
366:5,6,6
**try** 153:18
168:22 219:10
**trying** 132:15
136:22 149:17
186:21 209:8
242:14 255:2
276:9
**Tucker** 3:6 9:9

14:1 21:14
28:10
**Tucson** 349:20
**TUESDAY** 1:8
**turn** 78:18
130:19 172:22
204:4,8 206:4
235:9 309:24
336:20
**turned** 289:20
**turning** 211:3
226:16
**two** 52:1 64:8
69:13 70:8
72:8,18 89:16
90:16 120:12
136:14 153:15
153:19,22
159:3 171:11
180:13 199:13
199:17,24
200:1,19 201:5
202:1,25
203:10,19,25
205:1 206:13
207:19 208:15
209:22 211:15
212:25 227:1,2
228:1 233:7,20
241:17 243:20
244:1 257:7,11
259:2,12 260:5
261:3,8 264:12
269:13,15
271:3,11 276:4
277:1,7,11
286:15,16,23
289:1,20
306:11,13
339:10 346:2
354:8,10,10
359:23 361:3
361:13
**two-dimensio...**
119:10 178:2
208:14,16
318:12 331:19

**two-thirds**
337:20
**twofold** 304:19
**type** 51:9 79:15
145:15 158:2,2
315:16 346:7
**typed** 88:22
**types** 51:5 89:17
97:7,8 129:25
132:8 144:16
345:24
**typical** 273:5
360:19
**typically** 97:3
279:16
**typo** 299:22

_____
**U**
**ubiquitous**
225:23 335:14
**ubiquitously**
120:5
**Uh-huh** 35:14
116:21 150:2
190:16 202:23
206:15 209:15
236:10 245:9
291:2 313:15
319:7 337:2,9
349:2
**ultimate** 354:17
**ultimately** 22:7
170:4 173:7
**un** 306:4
**unbiased** 172:9
**unclear** 104:11
104:14,17
259:21 307:7
313:6 328:12
328:13
**undergraduate**
359:11 360:6
**undergraduat...**
167:15
**underlie** 27:25
**underlies**
230:10

Case 3:16-md-02738-MAS-RLS    Document 33132-7    Filed 08/23/24    Page 166 of 295
PageID: 251006
Melinda Darby Dyar, Ph.D.

Page 417

underlying
361:4
understand 82:2
83:12 99:2
100:13 171:25
230:8 236:22
246:10 266:4
324:15
understanding
14:5 15:10
24:24 25:5
27:7,12 45:15
68:3 75:9 87:4
87:23 88:4
103:19 134:7
157:4 164:21
168:7 169:10
172:24 224:15
230:14 237:10
267:9,11 273:4
273:16 341:12
understood 83:5
undertake
195:20
undertaken
58:4 72:23
326:6
undertaking
166:14
unfeasible
241:13
Union 3:9 9:10
unit 81:5,18,19
236:15
United 1:1 47:21
93:24 334:17
348:7 350:19
units 235:19
236:14 238:11
239:25 344:1,3
universe 166:22
186:22
University
52:12 144:6
174:6
unknown 105:6
125:6

unopened
104:18
Unparalleled
6:13 344:17
unredacted
38:10
unregulated
306:2
unrelated 58:6
unreliable 306:6
unreproducible
272:14
unspecified
234:9 236:17
306:1
unsuccessful
323:24
unusual 272:13
updated 27:14
27:19
use 17:2 26:23
47:4,5,9,15
57:24 60:12
62:7 63:7,11
64:15 65:2,20
65:24 66:10,25
67:1,9 68:22
73:2 78:9 81:6
85:23 89:3
106:20,22
107:16,18
108:9 115:11
115:20,23
116:3,13,18,19
116:25 120:4
120:17,19
132:12 136:13
139:25 146:21
184:14 216:3,8
219:5 222:4,25
237:17 239:23
240:22 256:23
263:22 266:3
271:15 279:10
283:3 288:17
298:18 307:4
325:13,18

334:25 335:24
352:23 359:13
360:1,7 361:3
361:17,22
363:6 364:13
useful 11:23
65:7,12 84:12
85:5 127:19
172:11 206:18
230:10 236:18
238:10 264:14
266:8,13,18
267:1,24
268:18,22,24
305:19 325:14
useless 235:24
236:15
uses 181:19
182:17 200:5
264:14 265:21
USGS 6:12
334:11,20
344:1,4
usually 117:25
260:6 277:24
279:3 319:17
Utah 48:20
utilize 326:9

___

**V**

V 2:16 3:14
vague 110:17
219:10 264:17
Vaguely 45:12
valent 60:4
valid 57:1 129:1
validate 137:13
value 235:7
239:23 256:1
values 219:23
238:3 239:7
van 46:3
Vanderbilt
310:4,18
variable 189:12
variation 240:22
varies 235:2

350:13
varieties 131:1
173:23 344:24
345:23 362:13
variety 71:12
164:1 173:15
various 8:15
10:3 25:8 40:2
41:14,18 50:17
51:5 101:24
103:14 140:7
144:16 166:3
304:7 344:23
345:23 346:7
360:19
vary 255:12
varying 181:4
vast 243:21
vehicle 162:7
163:8
verbatim 318:24
366:7
verifiable 240:3
verification
201:22 205:3
205:10 218:9
219:24 235:6
236:8 237:14
239:5 241:15
241:24 242:12
242:20 243:19
Verifications
6:5
verified 238:25
verify 86:13
237:12
vermiculite 45:2
58:22 59:15
66:7 74:6
123:5
vermiculite-fi...
123:9
Vermont 17:20
18:3 19:1,8
87:10,16 88:1
88:5 96:19
97:11 99:20,24

100:1,3,13,16
102:17 158:14
159:8 164:20
166:23 167:4,9
170:5,10 173:1
173:15 174:17
174:21 175:21
180:18 190:23
191:2,19,21,25
192:12,16
214:10 215:2,9
216:15 221:12
227:20 230:24
231:11,21
241:6,11
245:18 247:1
249:16,21
250:13,14
251:1,12,23
252:11 254:17
255:24 256:1
Vermont's
175:21
Vermont-sour...
220:23 248:7
248:11 254:9
255:15
version 38:11
versions 134:18
versus 87:16,17
187:13 212:3
245:15,20
247:20 248:14
251:22 252:10
253:24 254:10
272:23 275:2
275:24 278:4
293:1 295:9
317:25
vibrating 290:8
victim 8:15 10:4
74:15
Victor 144:5
videographer
7:25 8:2 9:13
25:17 60:19,22
92:25 121:20

Melinda Darby Dyar, Ph.D.

Page 418

121:24 161:7
161:11 213:9
213:12 256:5,8
308:6,9 343:6
343:9,12
347:16 355:6
365:10
videotape
347:15
videotaped 1:12
4:11 8:6
videotapes
10:13
view 79:5 82:16
129:21 178:21
266:22,24
269:12 278:17
283:15
viewed 119:11
279:4
viewing 178:12
viewpoints
196:10
views 75:4
Virta 334:7,11
334:13 336:23
344:16
virtually 250:22
visible 174:20
visual 152:9
213:22 215:24
231:10 262:10
262:13,15,16
262:16 305:23
305:25 359:21
360:2
visually 118:19
178:14 186:8
325:19
vocabulary
240:9
volcanic 156:10
162:8 163:11
volumes 304:3
voluntarily
232:21

**W**

W.R 74:4
122:17
wait 150:16
203:5 223:20
Walter 5:22 6:1
6:3 221:17
222:10 224:10
258:14
want 26:4,8 28:4
51:8 55:12,15
64:20 83:14
141:20 169:17
171:25 172:2
172:10 176:21
189:1 190:10
220:14 223:20
224:3 228:22
229:4,14
230:14 231:2
258:16 259:24
260:15,21
261:7,11,14
263:1,10,12,17
268:20 300:3
302:8 309:16
343:8 355:6
wanted 307:23
Washington 2:9
3:3 140:13
wasn't 24:22
68:19 81:12
103:24 106:1
169:21 225:19
225:22 273:23
342:7,7
waste 177:3,18
wave 283:3,6,18
283:21 286:24
287:11,21,24
288:8,18
way 18:9,24
26:21 28:17
58:2 70:16
79:14 81:20
82:5 83:12

95:21 106:14
111:23 112:2
112:17 114:15
129:22 134:7
142:8 152:12
163:16 175:11
178:7,20
180:16 181:8
185:15,25
193:9,23 195:5
200:14 213:2
229:23 234:6
237:3 239:23
239:24 254:22
270:20 278:19
285:8 289:17
290:7,17 291:5
297:21 316:21
317:23 318:8
319:1,4 325:21
331:23 332:7
332:18 337:20
341:13
ways 55:1 94:20
289:20
we'll 7:20,21,22
25:18 33:25
38:12 57:14
64:14 200:25
243:4 306:12
316:20
we're 61:2 68:11
149:16 213:17
229:19 256:12
258:10 282:9
299:15 343:18
we've 7:8,13
26:5 57:12
89:11 112:3
167:15 181:18
213:3 221:10
257:7 260:4
267:15 297:10
306:8 318:5
362:25
Web 110:2
weekly 54:8

weeks 295:4
weight 182:1
274:6 298:22
306:2
weights 304:8
weird 345:18
welcome 11:4
well-accepted
194:13
well-calibrated
53:21
well-recognized
299:7
well-respected
146:25 221:20
Wellesley 42:22
43:3
went 87:25
113:7 165:16
220:24 229:10
weren't 211:7
220:12 230:4
287:2
West 2:17 174:9
western 140:14
When's 68:14
WI 227:15
wide 71:12
164:1 265:2,13
304:14 305:10
306:24 307:12
wider 107:10
width 184:2
187:13 327:2
328:3
winchite 89:20
319:17
Windsor 100:17
159:7 174:9
224:11,16,20
225:14 226:5
227:4,20
257:14 260:23
wire 346:18
witness 7:16
9:15 10:21
11:6,19 14:7

16:12 19:11
20:18 21:23
22:8 24:25
25:3 26:5 27:4
28:11 30:13,22
31:10 32:4
33:23 37:2,9
38:7 41:2
44:22 45:12,17
46:16 48:14
62:18 63:5
68:7 71:9,25
73:20,24 74:9
74:19 75:12
76:16 77:21
78:7 80:22
82:12 83:3,24
84:16 85:22
87:8 88:9 89:8
90:22 91:10
93:4,9 94:3
95:14 96:3,13
96:23 97:5,16
97:24 98:15
99:13 100:7,21
103:9,21
104:10 105:2
105:16 106:18
108:24 109:7
110:1,19
112:10,23
113:12 114:7
114:20 115:4
118:21 119:20
121:1 126:25
132:3,25
135:12 141:20
142:22 143:18
146:8 154:6,24
157:15 158:19
159:15 160:4
160:16 161:1
162:15 163:5
163:23 164:11
164:25 166:10
167:2 168:11
169:13 170:7

Melinda Darby Dyar, Ph.D.

Page 419

171:1,23 173:4
175:16 176:9
177:13 178:17
179:10 180:4
180:20 182:3
182:16 187:8
188:9 189:24
191:24 194:22
197:18 202:6
204:10 205:24
212:8 213:20
214:13 215:7
216:3,24
217:24 219:20
220:10 221:9
225:1 226:2
227:24 229:3
229:18 230:13
232:3 233:2,12
234:1,17
235:10 238:22
239:17 242:15
242:18 243:6
244:4 246:16
246:21 248:19
250:2 251:7,25
252:14 253:11
257:22 258:18
259:8 260:25
261:20 263:8
264:1 270:10
281:14 282:15
282:22 284:8
284:10,21,25
285:22 294:16
296:9 303:2
308:17 310:3
310:11,20
311:5 312:4,14
314:24 318:3
323:15 327:21
329:10 332:4
334:2,7,22
339:2 341:20
342:3,24
344:11 347:25
348:10,16

350:6 351:18
352:9 353:13
354:18 355:9
355:18 357:10
367:1
**witnesses** 18:8
**wollastonite**
66:6
**wonder** 228:15
**wondering**
163:1
**wonders** 262:19
**word** 17:7 32:24
39:24 41:20
50:11 60:10
73:10 183:12
216:3,10
239:20 262:13
262:24 298:7
**words** 50:12
149:16 151:18
152:9 208:15
238:7 272:8
273:9
**work** 10:17
14:20 15:17,25
19:22 20:18
21:5,23 23:3
28:11,17,19
29:12,18 30:6
30:9,18,22
32:1,10 33:9
33:18,18,20
34:5,10,21,21
35:23,25 36:21
36:24 37:8,12
38:7 43:18
52:8,10,12
66:21,22 74:1
74:11,20,23
75:25 76:2
77:18 78:1,11
109:4 122:4,8
122:14,17,20
122:23 123:2
169:4,6 174:4
205:22 212:22

232:7 255:3
265:7,16
332:18 333:20
334:20 342:21
354:4 356:14
356:22
**worked** 16:9,13
20:14 51:22
52:4 53:7,24
68:5 74:15
76:9 358:15
**worker** 174:6
**working** 13:15
14:9,13 29:3
36:8 174:15
245:12
**works** 21:15
24:19 74:14
330:10
**worksheets**
237:14
**workshop** 45:23
46:1,2
**world** 97:20
98:8 113:5
162:13 168:3
170:21 191:15
192:3 248:8
**Worldwide** 6:15
351:6
**worth** 40:25
**worthy** 333:4
**wouldn't** 36:10
110:19 117:23
124:8,12 149:6
149:14 183:4
198:7 211:25
225:24 230:5
248:12 251:16
286:19 287:7
**Wow** 217:24
**wrapping-up**
306:9
**write** 16:21
145:1 173:13
202:9 213:20
214:5,6 355:10

**writer** 174:22
**writes** 111:3
**writing** 31:8,24
38:15,17,17
59:1 75:20
173:12 225:14
**written** 19:24
33:17 43:19
67:18 107:20
119:14 120:1,4
147:8 167:12
167:14 177:11
201:9 309:6
345:4 348:5
358:10 362:19
**wrong** 107:9
150:20 175:12
**wrote** 89:7
125:9 161:23
162:23 225:20
310:2 321:4
334:11 355:3
**wrought** 346:17
347:2
**Wunderlich** 3:6
9:8,9
**Wylie** 19:16,17
83:7 330:13
332:14 334:7
**Wylie's** 330:15

---

**X**

X 188:24
**X-ray** 39:3
50:18,19 56:13
128:1,14
134:22 138:19
138:25 145:3
145:12 181:9
181:14,15,17
181:23 182:7
182:10,16,20
183:4,8 200:15
360:18
**Xerox** 225:22
**XRD** 56:14
181:9,16 233:5

233:14

---

**Y**

**Yamate** 4:24
54:22,22 61:17
67:18 68:4,12
68:15,24 69:25
70:12 115:17
126:2 127:4,25
135:15,19
136:6 137:17
137:25 142:16
199:16 200:18
200:22 201:2
202:1,13,18
203:3,9,14,24
204:9 244:2,5
244:5 260:3
261:2 264:11
336:4
**yeah** 8:25 30:16
62:21 64:22
120:1,12
150:18 210:4
213:6 223:16
223:18 282:2
282:13 284:25
288:3 299:21
300:6,11
309:24,25
313:11 315:9
345:11 354:18
354:20
**year** 23:15,20
24:3,5 58:3
93:4 349:5
358:6 359:12
365:2
**yearly** 54:12
**years** 17:1 42:15
51:7 52:5
53:17,19 62:8
73:22 75:7,10
145:21 164:23
294:24 308:4
311:20 345:4
346:14 348:3,5

Melinda Darby Dyar, Ph.D.

Page 420

348:7,25 349:1
358:8 359:11
**yep** 150:22
234:17 280:13
282:15,15
303:2 309:13
309:14
**yesterday** 7:4
16:4 27:8
36:18,20
**York** 1:15,15
2:17,17 8:8,8
44:19 48:19,20
191:17 310:7

**Z**

**zero** 54:6,10,14
251:15
**zone** 69:14 70:8
72:19 115:24
116:13 136:14
199:18 200:11
200:13,20
201:5 202:2,25
203:10,19
204:1 207:23
207:24 208:17
211:12,20,24
219:22 243:20
244:1 245:3
259:13 260:5
261:9 263:13
264:12 269:13
269:15
**zones** 174:21

**0**

**0.1** 182:1 233:9
**07701** 2:13
**07932-1047** 2:22

**1**

**1** 4:11 6:1 14:25
15:4 56:9
68:25 84:9
88:17 90:6
95:3 106:8

107:6 108:10
117:7 123:21
132:3 133:21
137:9 144:24
146:4 150:14
217:17 218:22
223:25 226:19
226:21 227:7
262:9 284:16
300:24 315:21
319:20 320:5
320:14,20,23
322:6,10,16,21
323:21 324:2,7
325:1 329:8,13
329:16
**1,000** 241:2,5
**1.610** 108:17
**1:22** 161:13
**10** 5:7 78:19
79:10,19 80:10
80:20 85:17
100:24 188:3
204:13 205:12
205:17 245:21
247:9,12
249:20,25
251:17 271:15
273:14 284:17
288:21 290:13
290:16,17
291:4,12
**10:05** 60:20,21
**10:21** 60:23
**100** 3:7 5:7
190:4 219:21
251:14 361:25
**1001** 2:8
**10019** 2:17
**11** 5:9 35:13
79:10 139:20
284:17 288:20
288:21 309:23
336:20 337:1
**11:31** 121:22,23
**11:47** 122:1
**12** 5:12 143:25

159:2 280:3
284:17 288:2
288:20,21
**12/11/2018**
281:3
**12:37** 161:9,10
**12:40** 159:2
**125,000** 349:5
**127** 2:12
**13** 5:13 147:19
150:1 280:22
281:21 284:15
284:17,18
288:21 289:9
321:21 324:1
326:18
**13,000** 303:14
**13.0** 352:2
**13.34** 321:12
329:1
**13794** 4:19
61:16 67:6
**139** 5:9
**13th** 284:18
289:7
**14** 4:11 5:15
148:20,23
337:1
**14.2-3-4** 302:11
**14.2.3** 303:10,19
303:22 305:7
306:22
**14.2.3.4** 300:16
**140** 7:6
**143** 5:11
**147** 5:13
**148** 5:14
**15** 5:16 152:20
152:23,24
159:25 273:14
276:1 277:13
**150,000** 36:3
**152** 5:16
**15200** 347:13
**16** 5:19 172:12
172:15,17,20
172:23 173:11

176:6
**16-2738** 1:4
**16.3** 302:25
303:1
**161** 12:12
**16th** 88:21
**17** 5:21 172:12
172:16,18,21
176:24 179:14
**172** 5:18,20
**179** 253:24
**18** 5:23 29:19,25
30:18 190:12
190:14,15
223:8,13,15
224:1 226:16
231:7,9
**18,500** 29:21
35:22
**180** 242:7 243:9
**182** 5:14 148:24
**19** 6:1 29:19,24
30:17 147:24
223:8,15,24,24
223:25 231:7,9
256:15 257:5
**19.21** 150:19
**1912** 148:3
**1919** 148:3
**1920** 150:8
**1950s** 339:20
**1960s** 5:3
**1970s** 225:19
231:6
**1975** 5:23 6:1,3
223:25 226:19
228:14 258:15
259:6 263:15
**1976** 223:18
224:9
**1977** 292:25
311:10
**1978** 359:11
**1980s** 93:8
**1984** 61:17
67:19 201:2
**1989** 172:25

**1991** 101:5
**1992** 5:19
**1996** 45:22
**1997** 147:14
**1st** 88:25

**2**

**2** 1:8 4:3,13 8:4
22:14,18 24:25
28:2 35:11,11
42:15 61:16
65:23,24 69:1
107:7 117:7
134:18 136:18
136:21 137:8
137:10 150:14
172:22 173:11
204:14,17
231:10 257:19
262:10 284:16
300:24 308:16
313:13 332:22
**2,000-page** 89:4
**2.29** 313:10,14
314:7
**2.5** 271:7
**2.9** 317:7
**2:24** 213:10,11
**2:46** 213:14
**20** 6:4 36:12
145:21 204:12
205:5 223:8,12
223:18,20
224:4,6 225:4
226:17 271:15
290:13,16,17
291:4,12 295:3
295:4 303:13
303:21 315:21
320:5,14,23
322:5,10,15,21
324:2,6 325:1
329:7,12,16
335:19 358:9
360:21 362:20
368:16
**200** 243:7

Melinda Darby Dyar, Ph.D.

**20004** 2:9 3:3
**2000s** 5:3
**2002** 5:20 144:7
  177:5
**2003** 6:10
  290:12
**2004** 147:14
**2005** 334:12
**2007** 150:9
**2008** 147:24
  355:4,12
**2010** 143:15
  293:2,5 308:23
  309:3,10
**2012** 91:17
**2016** 152:18
  159:24
**2017** 35:7,17
  247:10 248:6
  249:17 250:12
  250:23 251:20
  293:8 311:11
**2018** 28:16
  34:20,22 35:6
  35:6,13,16,19
  248:10 249:22
  250:23
**2019** 1:8 8:4
  24:6 28:19
  36:4,8 88:17
  106:8 366:19
**202** 2:9 3:3
**21** 6:6 236:4,5
  278:10,12
  279:25 280:6
  281:13 284:8
**212** 2:18
**218** 2:4
**219720** 5:19
**219722** 5:19
**22** 4:13 6:7
  279:21,24
  281:19,19
  284:20 288:21
  289:8 315:8
  319:23 326:17
  326:23

**222** 64:24
**222-1** 126:10
**22262** 54:23
  65:22 79:13
  126:9 133:4,22
  302:4 314:25
  319:13
**22262-1** 4:16
  55:4,25 61:16
  61:23 62:15,25
  64:1,4,18,25
  66:9,20 86:16
  126:1,14
  128:22 129:3
  130:13 131:19
  182:4 205:19
  206:5,16
  211:16 212:1
  298:20 299:4
  299:12,16
  302:5 313:1,10
  314:7 319:12
  320:24 322:24
  324:4,18
  329:15 336:4
**22262-2** 4:18
  55:5,25 56:15
  56:19 57:7
  63:19 64:1,6
  64:19,25 65:18
  66:8,20 86:16
  107:23 126:2
  299:10 300:5,7
  300:23 302:22
  303:12 306:21
  307:9,18 336:4
**223** 5:22 6:1,3
**2262** 298:24
**2262-1** 40:9
**23** 5:20 6:9
  177:5 185:2
  186:9,14,15
  299:20,22
  300:7,25
  308:22 312:20
  319:5 329:23
  330:3,3

**230** 111:2
**232-5507** 2:9
**236** 6:5
**237** 345:1,10
**24** 6:3,12 223:18
  224:9 245:7,11
  333:14,17
  336:23
**241** 345:22
**243** 347:10
**24th** 223:23
**25** 4:15 5:19
  6:13 218:13
  245:14 247:2
  250:9 343:14
  343:21
**25,500** 35:23
**250** 198:22,25
  358:10 362:4
  364:1
**250-plus** 364:2
**251** 363:12
**26** 6:15 245:11
  245:16,18
  350:23 351:3,5
  352:21,21
**269-2343** 2:5
**27** 352:17
**27,000** 338:21
**279** 6:7
**28** 237:7 322:13
**289** 254:1
**29** 199:10,12,13
  249:15 299:4
  299:13,15
  302:21 313:14
**29th** 173:21
**2nd** 36:17

_____

**3**

**3** 4:15 25:11,20
  35:11 56:12
  69:1,12 70:7
  70:12 134:18
  135:25 136:2
  136:12,18
  154:11,17

155:4,24
  200:18 203:17
  204:14,18
  206:6,9 244:2
  244:5 249:16
  257:19 284:16
  366:19
**3,000** 365:2
**3:35** 256:6,7
**3:54** 256:10
**30** 46:8 53:17,19
  199:12 351:18
  362:20 367:15
**30,000** 35:22
**300** 48:7 363:17
  363:19
**300,000** 48:8
**31** 40:5
**314** 3:8
**32** 213:19
  249:15
**329** 6:8
**33** 126:21 234:8
  234:14,15
  238:23
**333** 6:11
**334** 2:5
**34** 190:13,15
  191:7
**343** 6:13
**35** 164:23
  240:24 347:10
**35,000** 35:24
**350** 6:15
**357** 4:6
**36104** 2:5
**363** 4:7
**37** 34:21,24
  235:9 241:12
**39** 138:18

_____

**4**

**4** 4:17 8:7 60:24
  61:10,23
  151:13 154:12
  206:5 257:19
  284:16 336:19

**4:58** 308:7,8
**40** 17:1 62:8
  199:10,13
  358:8
**40-year** 67:2
**400** 280:20
**401** 2:8
**41** 203:3,8
  359:11
**420** 152:19
**422289** 5:21
**422290** 5:21
**44** 202:22
  203:16
**448** 144:25
**46** 271:25
**463-2400** 3:3
**47** 272:7,16
  273:20 290:25
**48** 290:11
**489** 92:21
**49** 278:8 280:7,8
  280:11 283:14
  290:11
**4th** 28:18

_____

**5**

**5** 4:18 5:23
  60:24 61:10
  140:7 204:11
  284:17 300:10
  313:9 314:6
  315:22 319:6
  319:19,20
  320:4,13,22
  322:9,20
  323:13,21
  324:20,23,25
  331:25
**5-micron-wide**
  150:6
**5,000** 242:16
**5,500** 60:14
**5:32** 308:11
**5:50** 7:4 25:15
**50** 36:14 298:12
  299:6 300:22

Melinda Darby Dyar, Ph.D.

348:25 349:1
350:10
**50-some** 311:20
**500** 15:22 29:20
198:22,25
**506-3742** 2:18
**51** 2:17 298:12
299:6 300:22
**52** 73:6
**526** 148:1,5
**527** 148:2
**528** 148:2
**529** 148:2
**52nd** 2:17
**53** 245:6 308:15
308:19 312:17
**530** 148:2
**531** 150:1
**54** 245:6
**549-7000** 2:23
**55** 245:6
**55,000** 339:6
**56-page** 334:23
**571-4965** 3:8
**5727** 154:18
**58** 130:23
**59** 130:23
**5th** 24:6 224:2

**6**

**6** 4:20 60:24
61:10 66:18,19
140:7,11
154:12 157:19
157:24 284:17
330:25
**6,000** 338:25
**6:13** 343:10
**6:14** 343:11
**6:22** 343:13
**6:45** 365:13,16
**60** 4:16,18,19,22
130:23
**600** 2:22 3:7
**607** 147:12
240:11
**61** 130:23

134:23
**62** 130:23
**63,000** 35:25
**63102** 3:8
**64** 206:4 211:17
212:1
**65** 40:10 209:14
210:3
**66** 336:18
**67** 345:4 346:14
348:3,7
**67-year-old**
346:21
**68** 348:5
**6800** 339:5
**6th** 24:6 35:16

**7**

**7** 4:23 60:24
61:10 67:14,16
67:17 68:12,24
125:12 126:3
127:7 128:13
128:25 129:11
131:8 137:5,19
139:4 141:18
142:19 146:6
148:9 149:4
151:23 156:3
158:3,4 179:23
202:20,21
217:17 218:22
284:17 331:1
331:15 345:21
346:7
**7.2.3** 315:9
**7.2.3.7.1** 315:7
318:17 320:24
324:18
**70-odd** 205:15
205:16
**7024** 353:11
**72371** 324:5
**73,000** 346:9
**732** 2:13
**747-9003** 2:13
**75** 247:2 250:8

250:16
**75/25** 256:1

**8**

**8** 5:1 88:11,14
89:10,11 140:8
245:21 254:8
254:13,14,20
254:22 284:17
**80-odd** 92:5
**80s** 93:14
**877.370.3377**
1:23
**88** 5:1
**89,000** 346:9

**9**

**9** 4:5 5:6 92:17
92:20,21 95:4
245:21 254:18
254:19 284:17
310:25
**9.17** 148:25
**9:03** 1:15 8:5
**917.591.5672**
1:23
**92** 5:5
**94** 326:8
**973** 2:23
**975** 3:2
**9th** 2:8

Exhibit 57



Longo-MDL_00878

Exhibit 58

2 4680          M68503-026-001 Tremolite Diffraction @ 50cm          10/23/2018

**Longo-MDL_00325**

Exhibit 59

*Johnson&Johnson*

# J&J Consumer Companies Worldwide Specification

Issued                                                                            *Strictly Confidential*

## ANALYSIS OF POWDERED TALC FOR ASBESTIFORM MINERALS BY TRANSMISSION ELECTRON MICROSCOPY

| Name | Type |
|------|------|
| **TM7024** | **Test Method** |

| | | | | | |
|---|---|---|---|---|---|
| Revision | 1 | Owner | | Corporate | |
| Issued Date | 1995-08-21 | Expiration Date | | 9999-12-31 | |
| Geographical Scope | Local | Specification Category | | Permanent | |
| Security Classification | | Review Interval (Months) | | 0 | |

## Related Information

| | | | |
|---|---|---|---|
| Template | Test Method Global | SCO | |
| Co-Owners | | Owning Region | North America |

## Revisions

| Name | Rev | State | Description of Change | Reason for Change | Owner | Issued Date | Expiration Date |
|------|-----|-------|----------------------|-------------------|-------|-------------|-----------------|
| TM7024 | 1 | Issued | | | Corporate | 1995-08-21 | 9999-12-31 |

## Approvals

| Signer | Role | Organizations | Date/Time |
|--------|------|---------------|-----------|
| No Objects Found | | | |

## Content

| Name | Format | File Size |
|------|--------|-----------|
| TM7024.doc | generic | 35840 |

## Reference Documents

| Name | Description |
|------|-------------|
| | |

JNJNL61_000005032

No Objects Found

## Related Specifications

| Name | Type |
|------|------|
| No Objects Found | |

## User Defined Attributes

No Objects Found

## Additional Attributes

No Objects Found



JNJNL61_000005033

# Test Method

**Company:**

| | |
|---|---|
| ☐ *Personal Products Worldwide* | ☐ *Johnson & Johnson Products Inc.* |
| ☐ *Personal Products Company* | ☐ *Odonto Corporation Ltd.* |
| ☐ *Desbiens Products Inc.* | ☒ ***Johnson & Johnson Consumer Products Co.*** |

**Document No.:** TM7024     **Franchise:**     **Location:** ROYSTON, FLUID, KOLMAR

**Document Type:** Permanent     **Expiration Date:** None

**Subject:** ANALYSIS OF POWDERED TALC FOR ASBESTIFORM MINERALS BY TRANSMISSION ELECTRON MICROSCOPY

| REVISION | AUTHORIZATION | DESCRIPTION OF CHANGE |
|---|---|---|
| 03/08/89 | BCR011362 | New Test method. |
| 03/21/95 | CR020127 | Location revised. (Spec. Dept.) |
| 08/21/95 | CR020688 | Location revised. (Spec. Dept.) |



Issue Date: August 21, 1995

TM7024-Rev1

Strictly Confidential

Page 1 of 6
Page: 3 of 9

JNJNL61_000005034

# Test Method

**Company:**

☐ *Personal Products Worldwide*　　　　☐ *Johnson & Johnson Products Inc.*
☐ *Personal Products Company*　　　　　☐ *Odonto Corporation Ltd.*
☐ *Desbiens Products Inc.*　　　　　　　☒ ***Johnson & Johnson Consumer Products Co.***

**Document No.: TM7024**　　　**Franchise:**　　　**Location:** ROYSTON, FLUID, KOLMAR

**Document Type:** Permanent　　　　　　**Expiration Date:** None

**Subject:** ANALYSIS OF POWDERED TALC FOR ASBESTIFORM MINERALS BY TRANSMISSION ELECTRON MICROSCOPY

1.0　SCOPE & PURPOSE

This method is applicable to the identification and quantitation of small (typically 1-20 micrometer) asbestiform minerals in powdered talc. Samples may be previously screened with light microscopy or x-ray diffraction techniques.

2.0　PRINCIPLE OF METHOD

The combined techniques of transmission electron microscopy (TEM), selected area electron diffraction (SAED) and energy dispersive x-ray analysis (EDXRA) permit the detection of asbestiform minerals based on morphological characteristics, followed by a definitive mineralogical identification of each fiber.

3.0　INTERFERENCES

Interferences are caused by fibrous particles which must be distinguished from positively identifiable asbestos, and by large particles or particle aggregates which may obscure fibers. Positively identified non-asbestos fibers include rolled talc, ribbon talc, antigorite, silica fibers and iron oxide fibers. Organic additives such as perfumes may crystallize out as fibers or needle-shaped crystals in finished cosmetic products. In the absence of positive identification, all other fibers must be classified as unidentifiable.

4.0　INSTRUMENTAL CONDITIONS

The talc specimen grids are examined in the TEM at an accelerating voltage of 120 kv and at magnification of 20,000X and 5,000X.

5.0　SENSITIVITY

This method is capable of detecting a single fiber as small as 1 micrometer (mm) long by 0.075 mm wide in the entire TEM field, which results in a theoretical detection limit of $10^{-5}$ weight percent. Such fibers usually can be identified readily by SAED and EDXRA. The mass of a fiber with the above dimensions is $1.1 \times 10^{-14}$ g for chrysotile and $1.5 \times 10^{-14}$ g for amphibole.

6.0　LIMIT OF QUANTIFIABLE DETECTION

The detection of five or more asbestiform minerals of one variety in an analysis constitutes a quantifiable level of detection. When no asbestiform minerals are detected, a representative fiber size is used to calculate a detection limit. A representative fiber size is 3 mm long by 0.2 mm wide by 0.06 mm thick, which is considerably larger than the smallest fiber that can be detected (see section 5, SENSITIVITY), but is more typical of small asbestos fibers that are detected in talc analyses. The mass of five such fibers is calculated as follows:

$$3 \text{ mm} \times 0.2 \text{ mm} \times 0.06 \text{ mm} = 0.036 \text{mm}^3 \text{ per fiber}$$
$$x \ 3.3\text{E-}12 \text{ g} / \text{mm}^3 = 1.2 \text{ E-}13 \text{ g per fiber}$$

JNJNL61_000005035

# Test Method

**Company:**

| | |
|---|---|
| ☐ *Personal Products Worldwide* | ☐ *Johnson & Johnson Products Inc.* |
| ☐ *Personal Products Company* | ☐ *Odonto Corporation Ltd.* |
| ☐ *Desbiens Products Inc.* | ☒ ***Johnson & Johnson Consumer Products Co.*** |

**Document No.:** TM7024        **Franchise:**        **Location:** ROYSTON, FLUID, KOLMAR

**Document Type:** Permanent        **Expiration Date:** None

**Subject:** ANALYSIS OF POWDERED TALC FOR ASBESTIFORM MINERALS BY TRANSMISSION ELECTRON MICROSCOPY

x 5 fibers = 6E-13 grams per 5 fibers.

The limit of quantifiable detection for most talc analyses is approximately $6 \times 10^{-4}$ weight percent. The theoretical and quantifiable detection limits assume homogeneity of the material being sampled.

### 7.0   QUALITY ASSURANCE

Blank suspensions are routinely prepared and tested in order to monitor potential residual contamination from the sample jars. Blank carbon-coated grids are routinely tested to monitor the ambient fiber count. If greater than 4 fibers per grid are present, the jars are pre-cleaned or new carbon-coated grids are prepared, respective of the test.

### 8.0   BACKGROUND CORRECTION

As of the time of this writing, background correction has not been necessary. The amount of background asbestos detected has been insignificant in comparison to the levels of asbestos found in contaminated samples.

### 9.0   PREPARATION AND ANALYSIS TIME

Preparation time per sample (including preparation of related materials) is one hour. Analysis search time per sample is a maximum of two hours.

### 10.0   APPARATUS

10.1   Analytical balance with 0.0001 gram sensitivity

10.2   Weighing boats

10.3   Narrow spatula

10.4   Wide mouth polyethylene jars (125 ml)

10.5   Mild ultrasonic bath, minimum 50 watts

10.6   Micropipettor (5-10 ml range) with disposable tips

10.7   Standard 3 mm diameter, 200 mesh, copper TEM grids, covered with a carbon-coated formvar film.

10.8   Transmission electron microscope (TEM) with an 80-120 kv accelerating voltage and energy dispersive x-ray analyzer.

---

JNJNL61_000005036

# Test Method

**Company:**

| | | | |
|---|---|---|---|
| ☐ | *Personal Products Worldwide* | ☐ | *Johnson & Johnson Products Inc.* |
| ☐ | *Personal Products Company* | ☐ | *Odonto Corporation Ltd.* |
| ☐ | *Desbiens Products Inc.* | ☒ | ***Johnson & Johnson Consumer Products Co.*** |

**Document No.:** TM7024      **Franchise:**      **Location:** ROYSTON, FLUID, KOLMAR

**Document Type:** Permanent      **Expiration Date:** None

**Subject:** ANALYSIS OF POWDERED TALC FOR ASBESTIFORM MINERALS BY TRANSMISSION ELECTRON MICROSCOPY

---

**11.0   REAGENTS**

11.1   Methyl cellulose, powder, USP 4000 cps - Fisher Certified Reagent #M-352 or equivalent

11.2   Water: deionized, particle free (+0.2 mm filtered)

11.3   Methyl cellulose solution:  0.002% (wt/vl) (20 ppm).  Dissolve 20 % 0.5 mg of methyl cellulose in 500 ml of deionized particle free water to make a 0.004% stock solution.  Dilute 1:1 to make a working solution.

NOTE:   Methyl cellulose acts as a wetting agent to aid in maintaining a uniform particle distribution as the sample dries, by greatly reducing the surface tension of water.

**12.0   SAMPLE PREPARATION**

12.1   Transfer 30 to 50 mg of talc powder to a clean 125 ml polyethylene jar.

12.2   Add 80 ml of 20 ppm methyl cellulose solution, cap and shake vigorously for one minute.

12.3   After shaking, loosen cap and ultrasonicate for 10 minutes in order to disperse the finer particles.  Then shake again for one minute to produce a uniform suspension.

12.4   Immediately after shaking, uncap and remove 9.2 microliters with a micropipette.

12.5   Transfer a 9 ml drop to a carbon film covered TEM grid.  (Grid was first lightly anchored by 2 parallel strips of double-stick tape mounted 3 mm apart on a clean glass microscope slide.)  Repeat to make two sample grids per talc sample.

NOTE:   Do not expel the remaining 0.2 ml suspension from the micropipette tip.  It tends to sputter and frequently destroys the stability of the sample drop.

12.6   Transfer slide with grids to a desiccator.  (Drying time is 2-3 hours.)  Do not leave the grids on the slide for more than one day as the double-stick tape may adhere too tightly.

NOTE:   The talc:water ratio may need to be varied for some samples.  Preparation of talc samples with a significantly finer or coarser particle size results in large differences in particle coverage on the TEM grid.

---

JNJNL61_000005037

# Test Method

**Company:**

☐ *Personal Products Worldwide*  ☐ *Johnson & Johnson Products Inc.*
☐ *Personal Products Company*  ☐ *Odonto Corporation Ltd.*
☐ *Desbiens Products Inc.*  ☒ ***Johnson & Johnson Consumer Products Co.***

**Document No.:** TM7024     **Franchise:**     **Location:** ROYSTON, FLUID, KOLMAR

**Document Type:** Permanent     **Expiration Date:** None

**Subject:** ANALYSIS OF POWDERED TALC FOR ASBESTIFORM MINERALS BY TRANSMISSION ELECTRON MICROSCOPY

---

13.0  **TEM ANALYSIS**

13.1  Definition of fiber:  An elongated particle with parallel sides and an aspect ratio $\underline{K}$ 3:1.  The definition employed may vary with the needs of the client.

13.2  Scan sample at 120-150X magnification to check for even dispersion of particles and to locate grid squares with optimum particle density.  (Optimum particle density is particle coverage over 15-35% of the field of view.)

13.3  Scan three grid squares on each grid at 20,000X magnification and seven grid squares on each grid at 5,000X for asbestiform minerals.  Each asbestiform mineral is recorded as to type (chrysotile, tremolite, anthophyllite, etc.), structure (bundle, clump, fiber) and dimensions (length x width).

13.4  Questionable fibers are examined first by SAED.  The chrysotile SAED pattern is unique and diagnostic.  Amphibole SAED patterns are variable but usually characteristic.  Additional analysis and measurement of amphibole SAED patterns are done if warranted.

13.5  Ten percent of chrysotile fibers are checked by EDXRA for further confirmation.  If the SAED pattern is not clearly diagnostic, or if it is consistent with an amphibole SAED pattern, then it is examined by EDXRA to confirm the identification or to identify the type of amphibole.

14.0  **CALCULATION OF RESULTS**

14.1  Mass of chrysotile fibers:  M(f)
   $M(f) = \pi r^2 \times d$
   $\pi = 3.14159$
   r = fiber radius
   l = fiber length
   d = density of chrysotile = $2.55 \times 10^{-12}$ g/mm$^3$

14.2  Mass of asbestiform amphibole particles:  M(a)
   $M(a) = l \times w \times th \times d$
   l = length
   w = width
   th = thickness $\underline{Z}$ 0.3 width (approximation)
   d = density of amphiboles = $3.3 \times 10^{-13}$ g/mm$^3$

14.3  Mass of talc deposited on each TEM grid:  M(s)
   $M(s) = T \times (V/H)$
   T = amount of talc sampled (step 12.1)
   V = volume of aliquot transferred to TEM grid
       (step 12.5)

---

JNJNL61_000005038

# Test Method

**Company:**

| | |
|---|---|
| ☐ Personal Products Worldwide | ☐ Johnson & Johnson Products Inc. |
| ☐ Personal Products Company | ☐ Odonto Corporation Ltd. |
| ☐ Desbiens Products Inc. | ☒ **Johnson & Johnson Consumer Products Co.** |

**Document No.:** TM7024        **Franchise:**        **Location:** ROYSTON, FLUID, KOLMAR

**Document Type:** Permanent        **Expiration Date:** None

**Subject:** ANALYSIS OF POWDERED TALC FOR ASBESTIFORM MINERALS BY TRANSMISSION ELECTRON MICROSCOPY

---

H = volume of methyl cellulose solution (step 12.2)

14.4    Total estimated talc mass examined:  M(t)

$$M(t) = M(s) \times (N \times A(s))/A(g)$$

N = number of grid squares examined

A(s) = area of a single TEM grid square

A(g) = area of an entire TEM grid (effective area over which a 9 microliter drop of suspension dries)

14.5    Weight percent:

$$\frac{\text{sum total of M(f) or M(a)} \times 100}{M(t)}$$

15.0    <u>CALCULATION OF A DETECTION LIMIT</u>

15.1    M(dl) =  A minimum quantifiable mass of asbestos fibers, based on the detection of 5 fibers (approximately 6E-13 grams, from Section 6).

15.2    Detection Limit (Weight Percent) = $\dfrac{M(dl) \times 100}{M(t)}$

JNJNL61_000005039

This document is generated by an electronic system.

*END OF DOCUMENT*



JNJNL61_000005040

Exhibit 60

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION IX

**Response to the November 2005 National Stone, Sand & Gravel Association
Report Prepared by the R.J. Lee Group, Inc
"Evaluation of EPA's Analytical Data from the El Dorado Hills Asbestos
Evaluation Project"**

**April 20, 2006**



**United States Environmental Protection Agency Region 9
Response to the November 2005 National Stone, Sand & Gravel Association report
prepared by the R.J. Lee Group, Inc:
"Evaluation of EPA's Analytical Data from the El Dorado Hills
Asbestos Evaluation Project"**

This document constitutes the United States Environmental Protection Agency Region 9 (EPA Region 9) response to the major findings and conclusions of the National Stone, Sand & Gravel Association report "Evaluation of EPA's Analytical Data from the El Dorado Hills Asbestos Evaluation Project" prepared by the R. J. Lee Group (R. J. Lee Report).  A more detailed analysis will be completed after additional information is received from the R. J. Lee Group and the National Stone, Sand & Gravel Association,[1] and the United States Geological Survey (USGS).

The R. J. Lee Report draws conclusions that are contradicted by the El Dorado Hills data and by generally accepted scientific principles for measuring asbestos exposure.

<u>Overview</u>

The R. J. Lee Group review of the EPA data was contracted by the National Stone, Sand & Gravel Association.  The El Dorado County Office of Education funded the three reviewers who wrote letters in support of the R. J. Lee Report and whose reviews are included in this response.

The EPA Region 9 El Dorado Hills Naturally Occurring Asbestos Exposure Assessment was designed to measure the exposures to asbestos fibers, if any, that resulted from sports and play activities that disturbed dust and soil. EPA Region 9 adhered to accepted EPA standards for sampling and analysis, including rigorous quality assurance/quality control, and to the standard methodologies of EPA exposure and risk assessment.

**The R. J. Lee Report Criticizes EPA Region 9 for Using Established Scientific and Public Health Protocols -** In assessing naturally occurring asbestos exposures in El Dorado Hills, EPA evaluated asbestos exposures using the PCME (phase contrast microscopy equivalent) asbestos fiber size classification.  The PCME classification was used because human epidemiological studies, which form the basis of knowledge of asbestos health effects, measured asbestos fiber concentrations using phase contrast microscopy (PCM) analytical methods. PCME is the standard term for fibers counted by more modern analytical methods that are of equivalent size to those fibers that would be seen by PCM analysis, and includes fibers with a length to width aspect ratio of 3 to 1 or greater.  EPA considered PCME fibers in our analysis of the El Dorado data to be consistent with the existing health databases and risk assessment

---

[1]On March 9, 2006, EPA Region 9 sent a letter to the R.J. Lee Group and the National Stone, Sand, & Gravel Association asking for additional information to support the findings and conclusions of the R.J. Lee Report.

procedures used by EPA, California EPA (Cal/EPA), the World Health Organization, and other federal agencies and international organizations. This approach was rejected by the R.J. Lee Group, which instead advocates use of asbestos fiber definitions which are not health based or supported by the majority of experts in the health community, and which would not allow comparison to the existing epidemiologic data on asbestos related cancers.

**The R. J. Lee Report Claims that EPA Region 9 Misapplied Fiber Counting Protocols** - The R. J. Lee Report claims that EPA Region 9 inflated the fiber counts in the El Dorado Hills air data by misapplying the International Standards Organization (ISO) method 10312 (the analytical method used by EPA to analyze the El Dorado air samples) and including PCME structures with a 3 to 1 length to width aspect ratio in our analysis. The R. J. Lee Report maintains that EPA should only have counted structures which met the general 5 to 1 aspect ratio fiber size definition described in the body of the ISO 10312 method. However, Annex C and Annex E of the ISO 10312 method specifically authorize the counting of PCME structures with a 3 to 1 aspect ratio. Another example of misleading information is the R.J. Lee Report's statistical evaluation and resulting conclusions regarding the concentrations of asbestos structures detected in the EPA air samples. All of the established EPA, National Institute of Occupational Safety and Health (NIOSH), and ISO analytical methods require the counting of asbestos bundles, recognizing the significance of bundles to proper characterization of asbestos fiber levels. The R.J. Lee Report did not include asbestos bundles in its analysis of the data, thereby undercounting the number of structures.

**The R. J. Lee Report Claims that EPA Region 9 Misidentified Amphibole Minerals -** The R. J. Lee Report concludes that EPA misidentified actinolite asbestos fibers in the El Dorado soil samples by using inappropriate extinction angle criteria. The R. J. Lee Group conclusion is contradicted by the National Institute of Standards and Technology (NIST) and the major analytical methods used for analysis of asbestos in soil and bulk samples. The R. J. Lee Report also cites an unpublished 1980 draft report to support its contention that structures found in the EPA air samples are not asbestos, and ignores a subsequent 1981 published report by the same author that actually supports the EPA approach.

**The R. J. Lee Report Applies a Geologic Definition rather than a Public Health Definition to Characterize Microscopic Structures** - The R. J. Lee Report relies heavily on the geologic distinction between asbestos fibers and cleavage fragments of the same dimensions, with the implication that exposure to cleavage fragments is benign and of little or no health significance. For the purposes of public health assessment and protection, EPA makes no distinction between fibers and cleavage fragments of comparable chemical composition, size, and shape. The EPA Region 9 approach, which is supported by most public health agencies and scientists, as well as the American Thoracic Society, is based on the following: (1) The epidemiologic and health studies underlying EPA and Cal/EPA cancer risk assessment methods were based on exposures to both cleavage fragments and fibers, and were unable to distinguish between the two, (2) The most recent panel of experts to review asbestos risk assessment methods, the 2003 Peer Consultation Panel convened by EPA, concluded that "it is prudent at

this time to conclude equivalent potency [of cleavage fragments and fibers] for cancer,"[2] (3) No well-designed animal or epidemiological studies have adequately tested the hypothesis that cleavage fragments with the same dimensions as a fiber are benign or that the human body makes any distinction, (4) Studies that purport to show that cleavage fragments are benign are questioned by many asbestos health experts, (5) There are no routine asbestos air analytical methods, including those used by EPA, NIOSH, the Mine Safety and Health Administration (MSHA), the American Society for Testing and Materials (ASTM), and ISO which differentiate between cleavage fragments and crystalline fibers on an individual fiber basis.

**The R. J. Lee Report's "Virtual" Review of EPA Region 9's Air Samples is Inconsistent with Established Laboratory Practices** - The R.J. Lee Group did not have access to EPA's actual air samples, nor did it collect any air samples of its own. Rather it reviewed limited pictures and spectra data of a small number of EPA's air samples and drew conclusions based on those representations. Such a virtual review is not consistent with the National Voluntary Laboratory Assurance Program (NVLAP) quality assurance procedures nor the verification methods of the National Institutes of Standards and Technology.

**Federal Courts Have Supported EPA** - Many of the assertions of the R. J. Lee Report are consistent with positions that the R.J. Lee Group took as an expert witness for W.R. Grace in the Libby, Montana litigation. In this litigation, the written opinions of the District and Appeals courts, while not specifically addressing the opinions of the R.J. Lee Group, rule in favor of EPA and expressly hold that EPA's experts and science are credible.[3]

## Background

In October 2004, the EPA Region 9 Superfund site assessment program conducted an assessment of exposures to naturally occurring asbestos (NOA) in El Dorado Hills, California. Specifically, EPA Region 9 simulated the sports activities of children and adults at three schools and a community park and, using personal air monitors, measured asbestos levels in the breathing zones of participants. EPA Region 9 also collected samples of ambient air in the area of the sampling at the same time the simulations were conducted to serve as reference samples. The personal activity-based samples were then compared to the reference samples. The Asbestos Hazard Emergency Response Act (AHERA)[4] regulation Z-test for statistical

---

[2]USEPA (U.S. Environmental Protection Agency) (2003). Report on the Peer Consultation Workshop to Discuss a Proposed Protocol to Assess Asbestos-Related Risk, Final Report. Office of Solid Waste and Emergency Response, Washington D.C. Page viii.

[3] See U.S. v. W.R. Grace, 280 F Supp 2d 1149 (2003): U.S. v. W.R. Grace, 429 F. 3d 1224, 1245 (9th Cir. 2005) (Although debate regarding testing methodology and data analysis is "exceedingly complex", EPA did not ignore accepted scientific principles)

[4]The Asbestos Hazard Emergency Response Act (AHERA) was passed by Congress in 1986 to provide for the inspection and mitigation of asbestos in school buildings. Regulations implementing the Act were promulgated by EPA in 1987.

-3-

significance was applied to determine whether there were any statistically significant differences between the personal exposure samples and the ambient reference samples. EPA Region 9 collected over 400 air samples and generated over 7000 data points. All of EPA Region 9's's analyses were conducted by accredited laboratories using recognized methods and procedures with strict quality assurance control, including blind performance samples to check analytical accuracy.

Amphibole asbestos, which many health scientists consider to be even more toxic than chrysotile asbestos, was found in almost all the reference and activity-based samples. Of the 29 different sets of activity-based scenario measurements, application of the Z-test determined that personal exposures from 24 scenarios were significantly elevated over the reference samples. Most importantly, the data showed that children and adults participating in sports activities in areas where asbestos occurs naturally in the surface soils, as it does in El Dorado Hills, can be exposed to asbestos fibers of health concern at up to 62 times the corresponding reference levels.

EPA Region 9 released the data from the assessment in May 2005 and held a public meeting in El Dorado Hills that was attended by more than 1000 members of the public. From the outset of the assessment, EPA Region 9 made clear to the community that EPA's only intent was to gather data on potential exposures. The community and the State and local regulatory agencies could then use the information to make decisions about the significance of those exposures and determine appropriate control measures. Both EPA Region 9 and the Agency for Toxic Substances and Disease Registry (ATSDR) have informed the community that exposure levels are a main determinant of the risk of developing asbestos-related cancers and non-cancer diseases, and that reducing the exposures reduces the risk. Consistent with its intent, EPA Region 9 has actively engaged the State and local regulatory agencies to improve naturally occurring asbestos mapping, monitoring, dust control, and regulation. El Dorado County has recently adopted more stringent dust control ordinances.

**Detailed Comments on the R. J. Lee Report**

**R.J. Lee Finding #1: "Based on Mineralogy, Sixty-Three Percent (63%) of the Amphibole Particles Identified as Asbestos Fibers can not be Asbestos."**

The R. J. Lee Report argues that there is too much aluminum in 63% of EPA Region 9's identified fibers for the fibers to be asbestiform.[5] In addition, the remaining 37% (sometimes the Report uses 35%) are not asbestos fibers based on their particle dimensions.

**EPA Response**

**Aluminum -** Analysis of the EPA Region 9 El Dorado air samples was performed using the International Standards Organization (ISO) method 10312, a state-of-the-art

_____

[5]Asbestiform: Having the form or structure of asbestos.

-4-

Transmission Electron Microscope (TEM)[6] method with energy dispersive spectroscopy (EDS)[7] that has strict counting rules and characterizes the dimensions and chemistry of every fiber identified by the microscopist. Identification of fiber type was performed according to the general guidelines of the International Mineralogical Association (IMA) (Leake, 1997)[8], the international standard for amphibole nomenclature. This same approach for asbestos classification is recommended in the "Research Method for Sampling and Analysis of Fibrous Amphibole in Vermiculite Attic Insulation", EPA 600/R-04/004, January 2004, and was one of the tools used by Meeker et al (2003)[9] to determine the composition and morphology of amphiboles from Libby, Montana.

The R. J. Lee Report claims that 63% of the amphibole fibers identified by the EPA laboratory[10] as actinolite asbestos have concentrations of total aluminum that are too high to form asbestos fibers. According to page 2 of the R. J. Lee Report, "Particles with more than 0.3 aluminum atoms pfu [per formula unit] or about 1.5 percent $Al_2O_3$ cannot form in the asbestos habit due to crystal lattice constraints." To support its argument, the R. J. Lee Report cites three references. However, on close examination, two of the three references do not agree with the upper threshold limit that the R.J. Lee Group puts on total aluminum content (Leake et al, 1997) (Deer, Howie and Zussman, 1997)[11]. The third reference (Verkouteren & Wylie, 2000)[12] draws its conclusions on examination of a

---

[6]Transmission Electron Microscopy (TEM) produces images of a sample by illuminating the sample with an electron beam in a vacuum, and detecting the electrons that are transmitted through the sample.

[7]Energy Dispersive Spectroscopy (EDS) uses measurement of the energy and intensity of X-rays generated when a selected area of a sample is irradiated with an electron beam to identify the mineralogical composition of a structure.

[8]B.E. Leake et al (1997). Nomenclature of Amphibole: Report of the Subcommittee on Amphiboles of the International Mineralogical Association, Commission on New Minerals and Mineral Names. American Mineralogist, Volume 82, pages 1019-1037.

[9]G.P. Meeker et al (2003). The Composition and Morphology of Amphiboles from the Rainy Creek Complex, Near Libby, Montana. American Mineralogist, Volume 88, pages 1955-1969.

[10]In this document, the terms "EPA laboratory" and "EPA Region 9 laboratory" refer to the private laboratories that conducted the analysis of the EPA soil and air samples under contract to EPA Region 9.

[11]W.A. Deer, R.A. Howie, and J. Zussman (1997). Rock-Forming Minerals: Double Chain Silicates, Vol 2, second edition, p 137 - 145.

[12]J.R. Verkouteren and A.G. Wylie (2000). The Tremolite-Actinolite-Ferro-Actinolite Aeries: Systematic Relationships Among Cell Parameters, Composition, Optical Properties, and

small set of fibrous actinolite asbestos samples which the authors partition into asbestos and fibrous "non-asbestos" byssolite using criteria which the IMA specifically recommends against, and which is inconsistent with all standard asbestos analytical methods. Perhaps most important is the fact that all three references agree that it is the IMA criteria which primarily govern the general classification of amphibole type, not the total aluminum content. These references therefore actually support the classification approach taken by the EPA laboratory.

The R.J. Lee Group did not have access to the EPA air samples to conduct their own analyses. Instead, the R.J. Lee Group looked at a limited number of photographs of the recorded EDS spectra. Interferences by other elements in the sample can affect the aluminum total in the spectra. This is especially important because the EPA samples were of air releases from soil, not processed asbestos material. Soils contain non-asbestos mineral and biological particles that can influence element totals in an EDS spectrum, most notably clay particles, which are high in aluminum. The laboratory used by EPA Region 9 identified aluminum-rich actinolite asbestos, by applying the IMA classification guidelines to its direct analysis of the actual sample.[13]

**Particle Dimension -** As previously stated, the R. J. Lee Report claims that 37% of the fibers counted by EPA in the El Dorado Hills air samples are not asbestos fibers based on their particle dimensions. The report claims that EPA Region 9 inflated the fiber counts by including asbestos structures which do not meet the definition of a fiber as described in ISO 10312. The general ISO 10312 method requires the counting of every asbestos structure with a length to width aspect ratio of 5:1 or greater. As directed by Region 9, the EPA laboratory counted structures with a 3:1 or greater aspect ratio. The R. J. Lee Report states that EPA erred in counting structures with aspect ratios less than 5:1. **Annex C and Annex E of the ISO method clearly authorize the counting of PCME structures with a 3:1 aspect ratio if the data are to be used for exposure or risk assessment purposes, the stated goal of the El Dorado Hills assessment. In fact, the ISO method contains numerous references to PCME fibers. PCME fibers are defined as fibers greater than 5 microns in length, and 0.25 to 3 microns in width with a 3:1 aspect ratio.[14] PCME fibers form the basis for EPA's IRIS toxicity database and the asbestos risk models of California EPA and other federal and international organizations.[15]**

---

Habit, and Evidence of Discontinuities. American Mineralogist, 85, p. 1239 - 1254.

[13] Personal communication with John Harris, Lab/Cor, January 2006.

[14] World Health Organization (1986). Environmental Health Criteria 53, International Programme on Chemical Safety, Asbestos and Other Natural Mineral Fibres, section 2.3.2.2.

[15] The IRIS asbestos cancer inhalation unit risk, a measure of asbestos cancer potency, is based on the EPA 1986 Airborne Asbestos Health Assessment Update (EPA/600/8-84/003F; 1986). Cal/EPA used a similar approach and data sets to derive its cancer unit risk. Both the IRIS and the Cal/EPA cancer potency values rely on human epidemiological studies that were conducted using phase contrast microscopy (PCM) analytical methods (some were midget

The R.J. Lee Group also manipulates its statistical analysis of the El Dorado Hills air data by ignoring counts of asbestos fiber bundles in its evaluations. Bundles are two or more attached parallel asbestos fibers which can have a significant health impact when they are inhaled and separate into individual fibers. Bundles were counted in the historical epidemiological studies which form the basis of our knowledge of asbestos-related health effects and EPA's IRIS database. **All of the established EPA, NIOSH, and ISO analytical methods require the counting of asbestos bundles, recognizing the significance of bundles to proper characterization of asbestos fiber levels.**

The R. J. Lee Report further states that EPA's data inflated the asbestos fiber count by ignoring the Agency's own "definition" of asbestos. To support this claim, the R.J. Lee Report cites the glossary of "Method for Determination of Asbestos in Bulk Building Materials", EPA 600/R-93/116, 1993, which states, in part, "With the light microscope, the asbestiform habit is generally recognized by the following characteristics: Mean aspect ratios ranging from 20:1 to 100:1 or higher for fibers longer than 5 microns." The building material analytical method is designed to detect commercially processed asbestos in items like floor tiles, roofing felts, paper insulation, paints, and mastics, not naturally occurring asbestos on air filters or in soil samples. To present the 20:1 aspect ratio for commercial grade asbestos as a universal EPA policy, and to advocate its use as an appropriate standard for analyzing air samples of naturally occurring asbestos is inappropriate and contradictory to use of the PCME dimensional criteria as a tool for assessing exposure risk.

The R. J. Lee Report also states that the diffraction pattern analyses produced by the EPA laboratory for the El Dorado Hills air samples demonstrates that the particles identified by the laboratory are not asbestos.[16] The report cites a 1980 unpublished draft study by S.J. Ring to support its conclusion. The R. J. Lee Report does not mention a 1981 published article by the same author which revises the findings such that they no longer support the conclusion of the R. J. Lee Report and, in fact, support the data produced by

---

impinger data converted to PCM counts) that could not distinguish fibers that were 5 microns in length or less. PCM cannot distinguish between fibers and cleavage fragments. PCM is not as powerful as current Transmission Electron Microscope (TEM) methods (400X vs 20,000X) as TEM can see the thinner/shorter fibers. However, since EPA's (and Cal/EPA 's) toxicity database relies on human health studies that used PCM, current EPA risk procedures use the more powerful TEM method but report the PCM equivalent (PCME) fibers and only use the PCME counted fibers in a risk assessment. This is because the IRIS asbestos file specifies that only PCME fiber counts be used with inhalation unit risk for risk calculation. See also the reference cited in footnote 11.

[16]Diffraction pattern analyses irradiates a sample with x-rays and then takes an x-ray photograph.

EPA.[17]

**R.J. Lee Finding #2: "The Laboratory Procedures did not Comply With the NVLAP Quality Assurance Standard."**

The R. J. Lee Report says that the false positive rate in our air samples was 35% when the acceptable limit in the National Voluntary Laboratory Accreditation Program (NVLAP) is 10%.

**EPA Response**

The laboratories used by EPA Region 9 for analysis of the El Dorado Hills air and soil samples are accredited through the National Voluntary Laboratory Accreditation Program (NVLAP). NVLAP is administered by the National Institute of Standards and Technology, a non-regulatory agency within the U.S. Commerce Department. A large part of the accreditation process involves on-site audits performed by NVLAP-certified inspectors who review laboratory operational and quality assurance compliance parameters, including documentation proving compliance with NVLAP requirements for verification analyses. A laboratory must demonstrate that all analysts reporting data meet the false negative and false positive requirements set forth by NVLAP before an accreditation certificate is issued. To make a determination that a laboratory did not comply with NVLAP verification standards would require a very detailed examination of all laboratory generated raw data, project specific information, such as a site-specific EPA issued Quality Assurance Project Plan, laboratory instrument log books, and other data and information not supplied in an analytical report. Interviews with the laboratory manager, quality assurance manager, and involved analysts are also mandatory to make judgement on a laboratory's possible non-compliance. The R.J. Lee Report's conclusion that the EPA laboratory was not in compliance with NVLAP, based on a cursory review of count sheet and other limited data without the in-depth examination detailed above, is therefore invalid and cannot be used to question EPA's analytical results.

EPA chose NVLAP-accredited laboratories for the El Dorado Hills assessment as a minimum quality requirement. For supplemental quality assurance, the laboratories were subjected to on-site audits performed by EPA's Quality Assurance Technical Support group, and both laboratories were sent performance evaluation samples prior to analysis of the El Dorado samples. In addition, the laboratory conducting the air sample analysis was sent double blind performance evaluation samples during the sampling event. In all cases, the laboratories successfully identified the amounts and types of asbestos present on the blind samples within acceptable limits. Further, the El Dorado Hills air and soil data were validated by a third party in accordance with standard EPA quality assurance

---

[17]S.J. Ring (1981). Identification of Amphibole Fibers, Including Asbestos, Using Common Electron Diffraction Patterns. In Russell P.A. and Hutchings A.E. (Eds), Electron Microscopy and X-ray Applications to Environmental and Occupational Health Analysis, Vol. 2:175-198, Ann Arbor Science Publ., Inc.

procedures and were found to be acceptable for all uses.

### R. J. Lee Finding #3: "The Soil Samples do not Demonstrate the Presence of Amphibole Asbestiform Minerals."

The R. J. Lee Report states that the actinolite asbestos fibers identified in the El Dorado Hills soil samples contain too much aluminum to be asbestiform and that the extinction angles of the fibers indicate that they are non-fibrous cleavage fragments. The R.J. Lee Group's analysis of 23 split soil samples from EPA's October 2004 sampling event found no asbestos in the samples.

### EPA Response

**Aluminum** - The R. J. Lee Report states that the aluminum content of the fibers in the soil samples was too high to be asbestiform actinolite and that it was indicative of non-asbestiform actinolite and another amphibole, hornblende, which contains approximately 10-20% by weight $Al_2O_3$ (5.3-10.6% by weight aluminum). Both the laboratory performing EPA's El Dorado soil sample analysis and the laboratory which analyzed the EPA air samples noted significant quantities of hornblende in the samples, but did not count or report those particles as asbestos. Please see the EPA response to Finding #1 for a further discussion of the aluminum issue.

**Extinction Angles** - The extinction angle of a fiber evaluated by polarized light microscopy is one of many criteria used to identify mineralogical composition. The extinction angle for amphibole asbestos fibers is the difference in degrees between the long axis of the fiber and the angle at which the fiber optically disappears (the polarization direction where the light passing through it becomes "extinct") when the fiber is rotated under a polarized light microscope. The R.J. Lee Report states that amphibole asbestos fibers have a zero-degree extinction angle and that non-asbestos cleavage fragments have non-zero extinction angles. Therefore, because the EPA soil sample analysis reported extinction angles which, according to the R.J. Lee Group, averaged 12°, the report alleges EPA incorrectly identified cleavage fragments as asbestos fibers.

**The R.J. Lee Report's conclusion regarding extinction angles is contradicted by the National Institute of Standards and Technology (NIST) and the major analytical methods used for analysis of asbestos in soil and bulk samples.** NIST certifies and provides Standard Reference Materials (SRM) for laboratory instrument calibration and laboratory accuracy measurement. The NIST Tremolite/Actinolite SRM 1867A is a special set of three samples certified by NIST to be of ultra-high purity tremolite, actinolite, and anthophyllite asbestos and is considered the "gold standard" for asbestos analytical laboratories. The material is rigorously characterized and is accompanied by a six-page document that describes the properties of each sample. It is required that all analytical laboratories accredited by NIST/NVLAP have the material in their possession and that they use it to calibrate their operations and to test their analysts. The NIST SRM

-9-

1867A certificate which accompanies the samples of tremolite and actinolite states that the reference tremolite can have an extinction angle of up to $16.6 \pm 0.3^\circ$ and that the actinolite can have an extinction angle of up to $15.9\pm0.2^\circ$. When the EPA laboratory processed the NIST actinolite standard in the manner of the El Dorado Hills soil samples, the extinction angles of the fibers in the processed standard sample were consistent with allowed maximum extinction angles for tremolite/actinolite asbestos ($\sim 10^\circ$ to $20^\circ$) and the extinction angles of the fibers seen in the EPA soil samples.[18]

Further, the laboratory methods of EPA, NIOSH, and other agencies for analysis of asbestos in bulk material all state that tremolite-actinolite asbestos fibers may have zero (parallel) or *non-zero* (inclined or oblique) extinction angles. EPA Method 600/R-93/116[19], the standard method used by all NIST/NVLAP accredited laboratories to test building materials for the presence of asbestos, states in Table 2-2, Optical Properties of Asbestos Fibers, that tremolite-actinolite asbestos has extinction "parallel and oblique (up to $21^\circ$)." NIOSH Method 9002[20], the method used for analysis of the El Dorado Hills soil samples, states directly that actinolite and tremolite fibers exhibiting inclined extinction are to be considered asbestos. The method further states that "If anisotropic fibers are found (during PLM analysis), rotate the stage to determine the angle of extinction. Except for tremolite-actinolite asbestos which has oblique extinction at $10$-$20^\circ$, the other forms of asbestos exhibit parallel extinction... Tremolite may show both parallel and oblique extinction."[21]

### R.J. Lee Finding #4: "The ISO 10312 Analytical Method can not Distinguish Between Asbestos Fibers and Non-Asbestos Cleavage Fragments."

The R.J. Lee Report states that the ISO 10312 method contains the disclaimer that "The method cannot discriminate between individual fibers of asbestos and non-asbestos analogues of the same amphibole material," and, therefore, EPA inflated the asbestos air concentrations by counting "cleavage fragments."

**EPA Response**

The ISO 10312 method cannot differentiate between fibers and cleavage fragments with

---

[18]M. Bailey (2006). Identification of Asbestiform Tremolite/Actinolite. Naturally Occurring Asbestos Workgroup Meeting Presentation.

[19]USEPA (U.S. Environmental Protection Agency) (1993). Method for the Determination of Asbestos if Bulk Building Materials. EPA Method 600/R-93/116.

[20]NIOSH (National Institute for Occupational Safety and Health) (1992). Asbestos (Bulk) by PLM.. Method 9002 (Issue 2).

[21]NIOSH (National Institute for Occupational Safety and Health) (1992). Asbestos (Bulk) by PLM.. Method 9002 (Issue 2). Qualitative Assessment, Item c, page 4.

the same dimensions and chemical composition. No routine analytical method has a protocol for distinguishing fibers from cleavage fragments on an individual particle basis. Additionally, from a health standpoint, there is no evidence that supports making the distinction.

Cleavage fragment is a geologic term which refers to structures that form when non-fibrous forms of asbestos minerals split along crystallographic planes, as opposed to asbestos fibers which form from crystalline growth. The R.J. Lee Report maintains that there is a toxicological difference between asbestos structures which formed as fiber crystals and fibers which formed by cleavage plane separation. Page 3 of the R.J. Lee Report states that cleavage fragments are "not known to produce asbestos-like disease." **It is the position of EPA, the U.S. Centers for Disease Control and Prevention, Agency for Toxic Substances and Disease Registry (ATSDR) and National Institute for Occupational Safety and Health (NIOSH), and the American Thoracic Society, among others, that microscopic structures of amphibole and serpentine minerals that are asbestiform and meet the size definition of PCM fibers, should be counted as asbestos, regardless of the manner by which they were formed.** There are four reasons why the health agencies have taken this position: (1) The epidemiologic and health studies underlying EPA, and California EPA, cancer risk assessment methods were based on exposures to both cleavage fragments and fibers, but were unable to distinguish between the two, (2) The most recent panel of experts to review asbestos risk assessment methods, the 2003 Peer Consultation Panel convened by EPA, concluded that "it is prudent at this time to conclude equivalent potency [of cleavage fragments and fibers] for cancer,"[22] (3) No well-designed animal or human epidemiological studies have been conducted to date to test the hypothesis that cleavage fragments with the same dimensions of a fiber are benign, or that the human body makes any distinction, and studies that purport to show that cleavage fragments are benign are questioned by many asbestos health experts,[23] (4) There are no routine air analytical methods, including those used by EPA, NIOSH, the Mine Safety and Health Administration (MSHA), the American Society for Testing and Materials (ASTM), and the ISO which differentiate between cleavage fragments and crystalline fibers.

---

[22]USEPA (U.S. Environmental Protection Agency) (2003). Report on the Peer Consultation Workshop to Discuss a Proposed Protocol to Assess Asbestos-Related Risk, Final Report. Office of Solid Waste and Emergency Response, Washington D.C. Page viii.

[23]Both Addison (Addison J, Davies LST. 1990. Analysis of amphibole asbestos in chrysotile and other minerals. Ann Occ Hyg, Apr;34(2):159-75) and members of the U.S. EPA 2003 Peer Consultation panel raised concerns about interpretation of the Davis study (Davis JM, McIntosh C, Miller BG, Niven K. 1991. Variations in the carcinogenicity of tremolite dust samples of differing morphology. Ann NY Acad Sci, Dec;643:473-90 ), which attempted to compare the toxicity of asbestos fibers and cleavage fragments. These concerns reflected the lack of peer review, use of intra peritoneal injection instead of inhalation exposure, significance of mesotheliomas caused by structures reported as cleavage fragments, purity of the cleavage fragment samples and issues related to fiber dimensions.

In terms of epidemiological data and health outcomes, the cleavage fragment argument is without merit. For the purposes of public health assessment and protection, EPA makes no distinction between fibers and cleavage fragments of comparable chemical composition, size, and shape.

**There are no recognized analytical protocols, including those used by EPA, NIOSH, MSHA, ASTM, and ISO, which include criteria to differentiate between cleavage fragments and crystalline fibers.** All these methods require that structures which meet their definition of the specific counting rules for an asbestos fiber be counted. The requirements are based on the fact that, in the words of an expert from the United States Geological Survey, "At a microscopic level, distinguishing between these forms on single [asbestos] particles, can be extremely difficult to impossible."[24] As noted above, R.J. Lee made a very similar claim with regard to cleavage fragments as the expert witness for W.R. Grace in the Libby, Montana, Superfund cost recovery litigation. The EPA analytical experts who reviewed the R.J. Lee Group's testing methodology related to the Libby site found that the R.J. Lee laboratory could not demonstrate any reliable criteria with which to distinguish, at the microscopic level, asbestos cleavage fragments from asbestos fibers of the same size, shape, and composition. The Ninth Circuit Court of Appeals recognized the competing scientific arguments but found that EPA's position was consistent with the record of evidence and accepted scientific principles.[25]

**R.J. Lee Finding #5: "Applying the Latest Science and Definitional Techniques, the El Dorado Hills Study Shows no Significant Exposure to the Type of Amphibole Asbestos Fiber Connected To Health Risk."**

The R. J. Lee Report claims that the latest science for measuring the risk posed by asbestos is the Berman-Crump Asbestos Risk Assessment Protocol ("Berman-Crump") which proposes that amphibole asbestos fibers which are more than 10 microns long and less than 0.5 microns wide (protocol fibers) are the most toxic. Of the 2,386 fibers which the R. J. Lee Report states the EPA laboratory identified, the R.J. Lee Report concludes that only 7 fibers meet the "Berman-Crump" definition. Therefore, the R.J. Lee Group maintains that EPA has overstated the risk from exposure to asbestos fibers in El Dorado Hills.

**EPA Response**

The "Berman-Crump" protocol that the R.J. Lee Report references is in fact a draft EPA method. EPA had the method reviewed by a peer consultation panel in 2003. The panel made a number of important recommendations that must be addressed before the method can be used for EPA risk assessments. A number of important revisions have been made

---

[24]G.P. Meeker, USGS, (2002). Review of Expert Report of R.J. Lee.

[25]U.S. v. W.R. Grace, 429 F.3d at 1245.

to the draft method since 2003, but at this time the method has not been independently peer reviewed. It will not be adopted by EPA as a risk assessment tool unless and until it passes rigorous internal and external peer review.

The expert peer panel has recommended that the fiber size for the draft EPA risk assessment method be adjusted to include fibers greater than 5 microns in length and up to 1.5 microns in width.[26] The change is designed to account for lung deposition of fibers that results when fibers are inhaled through the mouth, and not filtered by the nasal passages. The broadening of the fiber definition to include inhalation by "mouth breathers" is especially relevant to the El Dorado Hills data. Our investigation measured personal asbestos exposures of individuals participating in sports activities, where physical exertion would likely increase breathing through the mouth. **The PCME fibers counted in the EPA air samples are actually consistent with the latest science of EPA, as reflected in the recommendations of the peer consultation panel.** In addition, the EPA peer consultation expert panel recommended that cleavage fragments be treated as any other asbestos fiber of the same morphology and chemical composition.[27]

EPA Region 9 focused on obtaining an accurate count of PCME structures, consistent with our risk assessment protocols and those of Cal/EPA and other health agencies. The counting rules which EPA set for the laboratory were designed to stop counting when a statistically-significant number of PCME fibers were detected. By concentrating on PCME structures, other fiber size classifications may not have been counted to statistical significance. This may have resulted in under counts of other fiber sizes (e.g. the "Berman Crump" protocol fibers referred to in the R. J. Lee Report). **EPA Region 9's study counted PCME structures so that the data could be directly compared to human health epidemiological studies.** These epidemiological studies form the basis for risk assessment models currently used by EPA, Cal/EPA and other federal agencies and international organizations.

## R. J. Lee Report Peer Reviews

The R. J. Lee Report was reviewed by three individuals, although research of one of the individuals was extensively quoted in the report and therefore the independence of the reviewer is debatable. The three reviewers generally agree with the conclusions of the R. J. Lee Report regarding aluminum content, fiber chemistry, cleavage fragments, and extinction angles.

Both the R. J. Lee Report and one of the reviewers support use of the original "Berman-

---

[26]USEPA (U.S. Environmental Protection Agency) (2003). Report on the Peer Consultation Workshop to Discuss a Proposed Protocol to Assess Asbestos-Related Risk, Final Report. Office of Solid Waste and Emergency Response, Washington D.C. Page 5-5.

[27]Ibid, page 5-1.

-13-

Crump" protocol and calculate a "Berman-Crump" fiber air concentration of 0.0002 fibers/cubic centimeter, using the EPA fibers which they assert meet the "Berman-Crump" definition. The peer reviewer then compares that concentration with an ambient concentration of 0.0008 fibers/milliliter measured in New York City, and states that the "Berman-Crump" value in El Dorado Hills is extremely low. This comparison is flawed for at least two reasons. Significantly, the New York City numbers are based on fibers counted against a totally different size classification (essentially comparing apples to oranges), but **the reviewer also fails to recognize that a concentration of 0.0002 f/cc translates in the protocol to an increased cancer risk of 1 in 1,000 exposed individuals.** This number is disturbingly high and is outside the acceptable cancer risk ranges of EPA, Cal/EPA, and most other state and federal health agencies.

<u>**Conclusions**</u>

EPA Region 9 has carefully reviewed the R. J. Lee Report and believes that it makes largely unsupported and incorrect conclusions about the EPA Region 9 El Dorado Hills Naturally Occurring Asbestos Exposure Assessment. EPA Region 9 has asked the United States Geological Survey (USGS) to conduct an independent study of the El Dorado County area to address several mineralogical questions raised by the R. J. Lee Report. The USGS study will use sophisticated analytical techniques (such as electron probe micro analysis) to more completely characterize the naturally occurring asbestos in terms of mineral identification and particle morphology.

All of the EPA Region 9 work in El Dorado Hills was, and continues to be, consistent with the EPA's standard operating and quality control procedures for asbestos work throughout the country.

-14-

Exhibit 61

**Review of Material Analytical Services (MAS) Reports on Johnson & Johnson Talc Products Identifying "Chrysotile" by Polarized Light Microscopy**

by

Ann G. Wylie
Professor Emerita
Department of Geology
University of Maryland
College Park, Maryland
May 3, 2024

# Introduction

I graduated *cum laude* from Wellesley College with a degree in Geology in 1966. I received my Ph.D. from Columbia University in 1972 with a major in economic geology, and minors in mineralogy, petrology and mining engineering. I was appointed Assistant Professor by the Department of Agronomy at the University of Maryland in 1972, but one year later the appointment was transferred to the newly formed Department of Geology. I retired as Professor of Geology and Distinguished Scholar Teacher in 2014, but continue to hold an appointment as Professor Emerita. In addition to my academic appointments, between 2000 and 2014, I held a variety of senior level administrative appointments, including Assistant President and Chief of Staff, Vice President for Administrative Affairs, and Senior Vice President and Provost. Between 1979 and 2024, I published, among others, 47 articles on talc, amphibole and/or asbestos in highly regarded peer-reviewed publications. My work on mineral fiber and human health has been recently recognized by the United States Congress.

I taught polarized light microscopy and optical mineralogy at the University of Maryland, College Park for almost 30 years. My Ph.D. dissertation at Columbia University was in polarized light microscopy. I am thoroughly familiar with the methods of dispersion staining. My curriculum vitae is attached at the end of this report as Appendix 4.

I am being compensated at a rate of $450 per hour for my expert work in this litigation. I have not testified at trial or deposition during the past four years.

I have reviewed numerous reports produced by MAS since 2020 involving the identification of "chrysotile" in Johnson & Johnson's talcum powder products by polarized light microscopy involving dispersion staining techniques. A list of the MAS reports on this subject that I have reviewed is included as Appendix 5.

**In my opinion, there is no scientifically-based evidence presented in these reports that supports the presence of chrysotile in any of the samples examined by MAS. Instead, the evidence presented is consistent with the conclusion that the particles MAS identified as chrysotile are actually composed of the mineral talc.[1]**

---

[1] One particle identified by PLM is neither talc nor chrysotile, but there is insufficient data available to specifically identify the particle beyond concluding that it is not asbestos.

1

In this report, I will discuss the raw data from the MAS reports to demonstrate my conclusion. I have selected examples that are typical, not unusual, to illustrate the points and I provide additional examples in the appendices. The types of raw data from particles identified as chrysotile from these reports that I specifically utilized for my assessment include:

1. Dispersion staining color parallel and perpendicular to the elongation direction of the particles,

2. Determination of the sign of elongation,

3. The relationships between particle size, retardation, and birefringence,

4. The extinction and interference patterns of the particles, and

5. The relief of particles in oil mounts.

I will also discuss the methodological issues of the MAS approaches, including impact of neglecting to correct for temperature variations, MAS deviations from standard methods of analysis, and other issues that impact the reliability of the MAS reports.

## A. Polarized light microscopy: General considerations.

***The polarized light microscope is highly specialized to enable examination of the optical properties of crystalline substances.***

**Figure 1** shows an overview of the polarized light microscope (Bloss, 1960[2]). The microscope differs from biological microscopes by the fact that there is a polarizer introduced in the system below the stage so that when the light enters the object, it is constrained to vibrate in only one direction, identified as North-South (N and S) in the figure. The object can then be rotated to look at light-object interactions in different crystallographic directions within the mineral. Because minerals are crystalline, the atomic structures of most are not the same in all directions, and their optical properties are also not the same in all directions; this is always the case for the two minerals with which we are concerned: talc and chrysotile. Imagine a pencil-shaped object on the microscope stage. By turning this object, you can observe how it affects light when its long side aligns with or crosses the light's vibration direction.

Another polarizer, named the analyzer, is placed in the optical path and is oriented at a 90-degree angle to the lower polarizer. There is also a slot for adding a "compensator," with MAS using one called Red I to determine the sign of elongation. Although not depicted in **Figure 1**, if a tungsten light source is utilized, a blue filter should be added above it. This filter reduces the red intensity from the tungsten, aligning the light spectrum more closely with that of the north sky, which appears as uniform, "white" light across the visible spectrum.

If a pencil-shaped mineral is positioned at an angle to the polarizer and analyzer, when light enters the mineral particle, a component of the light will travel through the mineral parallel to elongation and perpendicular, and when these two rays emerge, they will interfere. If the second polarizer is in the optical path, we will see interference colors like the colors one sees from an oil slick on water. If the angle is 45 degrees, we designate this the 45-degree position.

---

[2] Bloss, F. Donald, An introduction to the Methods of Optical Crystallography. Holt, Rinehart and Winston, New York, 1960. A list of references is included as Appendix 6.

**Figure 1.  Elements of the Polarizing Microscope (derived from Bloss, 1960[3])**



ELEMENTS AND THEIR FUNCTION _____ 29

of the microscope. Its planar side is generally used for low and medium magnifications, its concave side for high magnifications.

Fig. 4-1.  Schematic diagram of the disposition of the more important parts of a polarizing microscope, mechanical details omitted.

[3] Bloss, F. Donald, An introduction to the Methods of Optical Crystallography. Holt, Rinehart and Winston, New York, 1960, at 25.

3

## B. What properties can be measured by Polarized Light Microscopy?

*The incorrect identification of talc particles as chrysotile would have been evident if all optical properties of the suspect minerals had been evaluated.*

Polarized light microscopy has been used for more than 200 years by mineralogists to identify minerals. Most minerals were originally named and differentiated from other minerals based on their optical properties. There are many properties that can be determined **independently** by polarized light microscopy, and together they provide under most circumstances sufficient information to differentiate one silicate mineral from another. These properties include:

1. Optical group (uniaxial, isotropic or biaxial)
2. Indices of refraction
3. Birefringence
4. Size and sign of the optic axial angle in biaxial minerals
5. Dispersion of the optic axes
6. Orientation of principle indices of refraction and cleavage
7. Color
8. Relief (relative to matrix)
9. Form
10. Sign of elongation (if elongated)
11. Extinction angle (to elongation or cleavage)

All of these properties could have been determined by MAS in their identification of an unknown as chrysotile. In my practice, I use all of the parameters 1-11 to identify minerals by polarized light microscopy.

To the contrary, MAS did not do so. In the MAS reports, there is no mention of the **optical group**, the **optic axial angle**, **the dispersion of the optic axes**, **the orientation of the principal indices of refraction and cleavage**, or the **mineral color**. Furthermore, as I will explain, although the information on measuring the **birefringence** independent of the measurement of indices of refraction is possible, MAS did not make this measurement. In simple terms, birefringence is the difference in the indices of refraction of parallel and perpendicular to elongation  Instead, MAS derived a birefringence from the indices of refraction it reports. Had MAS measured birefringence independently, it would have been clear that the **indices of refraction it reports are incorrect**. Although MAS reports that some of the particles are fiber bundles, this **form** is not consistent with the evidence provided. MAS did determine the **sign of elongation** as it is the same for both chrysotile and talc, and for that reason, I will not discuss that property further. Many minerals have a positive sign of elongation. Talc usually has a slight **angle of extinction (about 10 degrees)** but there is no evidence to indicate that MAS ever measured this angle precisely.

Although MAS did not utilize the full capabilities of polarized light microscopy in the incorrect identification of talc particles as chrysotile, the MAS reports provide enough raw data to differentiate chrysotile from talc .and other materials in talcum powders.

4

## C. Dispersion staining, dispersion of the index of refraction and $\lambda_0$.

*MAS incorrectly interpreted the dispersion staining colors to derive an index of refraction. The correct interpretation of the dispersion staining colors would result in indices of refraction that are inconsistent with chrysotile but consistent with talc.*

The MAS conclusion that identifies a particle as chrysotile is mainly based on the particle's indices of refraction, determined by dispersion staining, and a birefringence calculated from the indices of refraction. MAS's raw data come from central stop dispersion staining images, showing colors parallel and perpendicular to the particle's elongation. MAS's mistakes stem from two issues: first, using colors from dispersion staining with only one immersion oil (usually 1.550 Series E, sometimes 1.560 Series E) instead of the recommended two or three[4]; and second, making unfounded extrapolations to a reference index of refraction. To clarify these errors, I will briefly explain how dispersion staining functions.

**Figure 2. What is dispersion?**



In **Figure 2**, light enters a glass prism from the left at an angle to the surface. If the indices of refraction of the solid ($n_1$) are different from the surrounding medium ($n_2$), the light rays will be bent. Because white light is composed of a range of wavelengths (from about 400-700nm) light of different wavelengths travels through this solid at different speeds, and they are bent. Because of this, they travel along different paths. When they emerge on the right side, the colors (wavelengths) of visible light are separated. This is called dispersion.

---

[4] Bloss, F. Donald, Optical Crystallography. MSA Monograph Series 5. Mineralogical Society of America, 1999, at p.55.

5

**Figure 3. Illumination by monochromatic light (from Bloss 1999[5])**



**Fig. 2-3.** Successive refraction of a light ray by two parallel interfaces (A) and by two nonparallel interfaces (B), (C), or (D). The front half of each glass solid has been removed to expose the plane of incidence. In (C) the glass prism is immersed in an oil of larger index than the glass; in (D) the glass and oil have identical indices.

In **Figure 3**, the prism is illuminated by light with only a single wavelength, unlike white light, which contains multiple wavelengths. On the left, how much the light bends depends on the angle it hits the prism, labeled $i_1$, and the difference in how fast light travels through the prism versus the air or oil around it. On the right, because the light speed inside the prism and in the surrounding medium is the same at this wavelength, the light does not bend.

These simple concepts can be used to understand how dispersion staining works. In **Figure 4**, white light illuminates a mineral grain that is sitting on the microscope stage. In this example, the mineral and the immersion oil in which it sits have the same index of refraction at a wavelength labeled $\lambda_0$. For red light, the index of refraction of the oil is less than the index of refraction of the mineral and in blue light the opposite is the case. For this reason, the ray paths for red light and for blue light are bent and diverge.

[5] Bloss, F. Donald, Optical Crystallography. MSA Monograph Series 5. Mineralogical Society of America, 1999, Figure 2.3 p.11.

**Figure 4. Dispersion staining and $\lambda_0$.**



In central stop dispersion staining, an opaque disc is placed on the back of the microscope objective in the center, blocking all light that cannot be bent around it. For minerals, the center of the grains normally is black, because the angle of incidence is near zero (90-degree angle) and when that is the case, even when the indices of refraction of grain and mineral are different, there is no bending. For the same reason, in the field of view without particles, the light is also blocked by the central stop and appears black. However, on the grain edges, color appears if some of the visible light is removed by the stop. The wavelength removed is that for which the index of refraction of the mineral and oil are the same, because at that wave length light does not bend. The matching wavelength is referred to as $\lambda_0$. In the example shown in **Figure 4**, $\lambda_0$ is at a wavelength near the center of the spectrum of white light, so the color along the edges would be seen as purple as the red and blue bend around the central stop and then are combined by the objective when the image is formed. This is the origin of the "stain" in dispersion staining. It is not a stain like coffee on a white blouse, which is a pigment stain. It is a color that depends on the wavelength of $\lambda_0$, and $\lambda_0$ is controlled by the index of refraction of the mineral and the oil in which it is immersed. For a dispersion staining color to be visible, the index of refraction of the mineral and the oil must be the same at some wavelength within visible light.

When observing this phenomenon without the central stop in place, one can see a yellowish line on the grain boundary and just outside of it, a bluish line. These are called Becke lines.

**Figure 5. Dispersion of the Series E oils and D, the wave length of reference.  Data from Cargille[6], the manufacturer of the oils.**



In **Figure 5**, the index of refraction (n) is plotted on the vertical Y-axis, while wavelength is on the horizontal X-axis.  This figure also gives along the X-axis the dispersion staining colors observed at specific wavelengths  for $\lambda_0$.  The two oils, A and B, display a broad variation in their indices of refraction across different wavelengths, known as their dispersion. This dispersion is indicated on the Cargille oil bottles as nF-nC, representing the difference between the indices of refraction at two other reference wavelengths, F and C, which are highlighted in the figure.

For all minerals and oils, the "index of refraction" on the label or in reference texts is the index at a particular wavelength of reference, referred to as the D line.  (There are a number of wavelengths missing from the sun's spectrum, labeled, A, B, C… and this is the D wavelength.)  D corresponds to a wavelength of 589 nanometers.  When we look up optical data in a table of mineral data, what are given are the values at the D wavelength.  When MAS says that the index of refraction of a mineral particle is 1.562, that refers to the index at the D wavelength.  The two oils used by MAS are labeled 1.550 and 1.560 because the index of refraction of those oils have these values at the D wavelength.

---

[6] Cargille, Refractive Index Liquids, *available at* https://www.cargille.com/refractive-index-liquids/.

**Figure 6a.  Dispersion of the indices of refraction of oils and minerals and the central stop dispersion staining colors**



In **Figure 6a,** I have shown the variation of wavelength for a mineral and four different oils such that at some wavelength in the visible the two are equivalent.  That wavelength is labeled $\lambda_0$.  You will notice that the dispersion of the oil (change in index of refraction with wavelength) is always greater than that of the mineral.  This is a general principle and the oils are formulated to ensure that this is the case.  If $\lambda_0$ occurs in the blue end of the spectrum so that some of the blue light is removed by the central stop on the back of the objective, then the "stain" will be yellow.  If the matches are near the D line, the colors will be purple when the match is just below the D line and deep blue when it is close or just above D.  Sometime, when the particles are small, the stain colors will be hard to see if $\lambda_0$ is close to the D wavelength.  When the match is in the red end of the spectrum, the staining colors will be blue green.

In this figure, I have shown a mineral with a fairly strong dispersion, i.e., the slope of the line representing the mineral's index of refraction is less than the oil but still significant.  Minerals vary a great deal in how strong their dispersion will be in visible light, i.e., how much the line relating index of refraction to wavelength will slope.  This variation is an important property in the interpretation of dispersion staining colors with respect to the value of the index of refraction of the mineral at the reference D w.  But one thing that does not vary is the relationship between the dispersion staining color and $\lambda_0$.  They are independent of the absolute values of the indices of refraction of either oil or mineral.

**Figure 6b. $\lambda_0$ Central stop dispersion staining colors.[6]**

| $\lambda_0$ | Central Stop Dispersion Staining colors |
|---|---|
| 700 | pale blue green (S) |
| 680 | pale blue (M) |
| 660 | bright greenish blue(B) blue-green(M) lt blue green(S) |
| 625 | sky blue(B) blue(M) blue-green(S) |
| 600 | blue(M) |
| 595 | deep blue(S) blue-magenta(M) |
| 589 D | deep violet (B) |
| 575 | purple(B) |
| 560 | purple(S) magenta(M) |
| 540 | reddish purple(B) |
| 520 | red purple(S) red-magenta (M) |
| 505 | orange-red(B) |
| 485 | orange(S); golden magenta (M) |
| 480 | orange(B) |
| 465 | bright gold(B) |
| 455 | golden yellow(M) |
| 430 | yellow(M) |
| 420 | light yellow(M) |
| 400 | pale yellow(S) |

To determine $\lambda_0$, one must identify the dispersion staining color and compare that color to the descriptions given in **Figure 6b**, or one can use a monochromator in the optical system and measure it precisely. In some of the MAS optical data sheets, specific values for $\lambda_0$ parallel and perpendicular to elongation are provided; in others, one can only estimate the value of $\lambda_0$ from the color in the photograph.

Below, in **Figure 7** I have copied three photographs from three different MAS reports. The first shows a particle 49.6 µm in length that is identified as chrysotile. The rest of the particles in the photograph are not identified, nor are they claimed to be chrysotile. They are talc. There are several things to note in **Figure 7a**. First, the dispersion staining colors of all the particles are very similar. I would note that they are a bit more orange than I would expect for 1.550 oil, which is either due to the fact that the voltage of the tungsten light source was too low, or a blue filter, which must be present in the optical system to properly interpret the dispersion staining colors, is missing. What is clear, however, is that all particles that have the same dispersion staining colors have the same $\lambda_0$ and the same index of refraction at $\lambda_0$. Based on the chart of colors, the yellow colors indicate that $\lambda_0$ is in the blue end (about 440nm) of the spectrum. Note also that the other prominent color in some grains is a bright sky blue. These grains are oriented so that for them, $\lambda_0$ is in the red end of the spectrum (about 640 nm). There is some uncertainty in the estimates due to color interpretation (**Figure 6**) and to experimental conditions discussed later, e.g., temperature.

---

[6] M is from The Asbestos Particle Atlas written by Walter McCrone, published by Ann Arbor Science, Ann Arbor Michigan 1980. Table 4, P. 25.

S is from Shu-Chun, Su., A rapid and accurate procedure for the determination of refractive indices of regulated asbestos minerals, American Mineralogist 88:179-182, 2003, Table 2 p.1981.

B is from Bloss, F. Donald, Optical Crystallography. MSA Monograph Series 5. Mineralogical Society of America, 1999, Table 5.1 p.55.

**Figure 7a.**



**Figure 7b.**



**Figure 7b** was taken of a different sample at a later time by MAS. The colors are now a much clearer yellow, but the same conclusions can be drawn. The particle labeled as chrysotile stains a bright yellow, and so do many of the talc particles, just as was the case in **Figure 7a**. The other color in some of the talc particles is also blue.

.

**Figure 7c.**



**Figure 7c** was taken in a different oil, 1.560 Series E. The yellow colors of the talc particles are slightly more golden than in Figure 7b, and the blues are slightly bluer green. We would expect slight shifts in $\lambda_0$ to the right (higher wavelength) as the indices of refraction of the oil increase from 1.550 to 1.560. In **Figure 7c**, the particle identified as chrysotile is oriented such that the index of refraction is associated with the ray that vibrates perpendicular to elongation, which has a lower index of refraction than were it oriented parallel to elongation, as the particles were in Figures 7a and b. Again, as was the case in Figures 7a and b, the so-called chrysotile displays the same dispersion staining colors as many of the talc particles, and therefore they have the same index of refraction in 1.560 Series E oil and the same $\lambda_0$.

Our first conclusion from **Figure 7** is that talc and "chrysotile" are not distinguished from each other by MAS by dispersion staining colors. In my opinion, this is because the particles identified as chrysotile are not chrysotile at all. The particles should be objectively identified as talc, and not chrysotile, because they are identical to other talc particles in the samples, and there is no scientific data that would suggest otherwise. Other examples of the dispersion staining colors of talc and the particles MAS indicates are chrysotile are provided in Appendix 1.

## D. How do derive an index of refraction at the D wavelength from a dispersion staining color?

*A major error MAS makes is the relationship between the dispersion staining colors ($\lambda_0$) and the index of refraction at the D wavelength of reference.*

For reference, in **Figure 7a** MAS reports the index of refraction parallel to elongation at the D wavelength for the identified particle as 1.557-1.569; for the particle in **Figure 7b**, MAS reports 1.566-1.569 parallel to elongation, and for the particle in **Figure 7c**, perpendicular to elongation, MAS reports 1.564 as the value at the D wavelength. In my opinion, the colors in **Figures 7a** and **7b** (also shown in Appendix 1) are indicative of a mineral with an index of refraction closer to 1.586 parallel to elongation. Because the colors in **Figure 7c** are blue green, the mineral must have a lower index of refraction perpendicular to elongation than the oil, which in this case is 1.560. In other words, the index of refraction cannot be 1.564 and stain blue in 1.560 oil as MAS asserts.

.
So, we might ask, how do I know that a yellow color means that the index of refraction at the D line is closer to 1.586 than it is to 1.566 and why can't a mineral that stains blue in 1.560 have a higher index of refraction than 1.560?

To explain that, I will analyze carefully the dispersion staining color shown in **Figure 8**.[7] **Figure 8** shows a particle that is 34.1μm in length immersed in oil nD = 1.550 Series E and identified as chrysotile by MAS. In **Figure 8a**, the particle is oriented so that the polarizer constrains the light to vibrate parallel to elongation, and in **Figure 8b**, the particle has been rotated 90 degrees so the light vibrates perpendicular to elongation. Parallel to elongation, the dispersion staining color is yellow and perpendicular the color is blue green. Note also, as was pointed out in **Figure 7**, the talc particles stain the same colors, indicating the same index of refraction at $\lambda_0$.

---

[7] Although only one photomicrograph is discussed in this section, most of the particles identified as chrysotile show dispersion staining colors that are similar. Other examples can be found in Appendix 1.

14

**Figure 8a.**



**Figure 8b.**



In **Figure 9**, I have plotted the dispersion for 1.550 Series E oil and the observed $\lambda_0$ for a particle shown in **Figure 8**, both parallel and perpendicular to its elongation. For the particle in **Figure 8**, $\lambda_0$ is around 430 nm parallel and about 645 nm perpendicular to elongation. I drew a line from $\lambda_0$ to the D line in both orientations, slightly off horizontal. This approach is based on dispersion data for chrysotile from Walter McCrone, who popularized dispersion staining for identifying commercially mined asbestos. McCrone's data show that the dispersion of chrysotile's refraction index is 0.003 parallel and 0.001 perpendicular to elongation.[8] Assuming this dispersion, the indices of refraction estimated for this particle at the D line are 1.587 parallel to elongation and 1.545 perpendicular. These indices of refraction would not correspond to indices of refraction required for chrysotile identification. MAS incorrectly reported different indices for this particle.

**Figure 9. Data on dispersion of chrysotile from McCrone[7]**



---

[8] McCrone, Walter. Undated Determinative Tables and Charts supplied with the McCrone Dispersion Staining Objectives. Published by Walter C McCrone Associates, Chicago Illinois as the Particle Analyst's Handbook.

Could this particle then be talc? McCrone also provides the dispersion of talc parallel and perpendicular to elongation and those data are plotted in **Figure 10**.

**Figure 10.**



According to McCrone, the dispersion of the index of refraction of talc parallel to elongation is very small with nF-nC = 0.001, so this curve is almost flat. On the other hand, perpendicular to elongation the dispersion is quite high. By using the dispersion of talc, the indices of refraction of this grain can be estimated as 1.589 and 1.547.

MAS reports the indices of refraction of this grain as 1.557 to 1.569. **There is no explanation of how MAS uses an observation of a single dispersion staining color in a single oil to derive the value of the index of refraction at the D line**. One must know either the dispersion of the mineral to begin with, hence it is not an unknown, or follow the guidance of the textbooks on dispersion staining for mineral identification, which requires observations of dispersion staining colors in two or more oils.

18

### E. Determining $n_D$ from observations in two oils.

*Had MAS used more than one immersion oil, $\lambda_0$ parallel and perpendicular could have been used to determine $n_D$ without knowing the dispersion. Not doing so is inconsistent with standard practice in the identification of an unknown.*

We can use the dispersion staining colors MAS reports parallel to elongation in Series E oils 1.550 and 1.560 to test the hypothesis that the dispersion of the particles identified as chrysotile is very small, without knowing the mineral or assuming its dispersion.

In **Figure 11** below, the dispersion staining colors of the MAS identified "chrysotile" in oil 1.560 Series E are shown.

**Figure 11. Dispersion colors parallel to elongation**



The dispersion staining colors have changed very little from those observed in 1.550 and $\lambda_0$ remains within the yellow range. MAS interprets this color as arising from a mineral with n = 1.564. However, the fact that the colors have changed very little makes this conclusion impossible because the dispersion curve must be fairly flat, as **Figure 12** shows.

In **Figure 12**, the $\lambda_0$'s observed parallel to elongation in oils 1.550 and 1.560 are plotted.

**Figure 12. Two $\lambda_0$s from two oils fix the mineral dispersion.**



The dispersion curve of the unknown must be flat to explain the fact that the observed dispersion staining colors change very little in the two oils. There is no reasonable explanation for the conclusion MAS makes that this mineral has an index of refraction of 1.564, which would require a dispersion approaching that of the oils.

In summary, the extrapolation from the observation of the dispersion staining colors in a **single** oil to a value of the index of refraction at the reference wave length cannot be made unless the dispersion of the mineral is known in advance. In this case, both talc and chrysotile have low dispersion and the indices of refraction MAS derived from the dispersion colors are inconsistent with its own observations. When the mineral is examined in two different oils, it is clear also that the MAS-reported indices of refraction are inconsistent with the data provided. Furthermore, the dispersion staining colors are indistinguishable from talc. In fact, the so-called chrysotile is actually talc.

20

## F. Birefringence

*MAS reports birefringence by subtracting the index of refraction it reports perpendicular to elongation from the index of refraction it reports parallel to elongation.  Given that the indices of refraction are incorrect, this yields incorrect estimates of the birefringence.  Alternate approaches to determining birefringence should have been used.*

Although MAS did not consider an alternate approach to birefringence,  as I mentioned early in this report, birefringence can be estimated *independently* from the values of the indices of refraction by an examination of the **retardation** observed when the mineral is in the 45-degree position and the second polarizer, the analyzer, is in the optical path and the central stop has been removed from the optical path[9].

Retardation is a measure of the distance separating two rays that have travelled through the mineral at different speeds when they emerge from the mineral particle, one vibrating parallel to elongation and one vibrating perpendicular to elongation within the mineral.  This distance, measured in nanometers, is a function of the speed of each ray, (i.e., index of refraction), and the distance of travel, which is the thickness of the mineral particle.  This relationship is related by a simple formula.

$$\text{Retardation} = \text{thickness} (n_{\text{parallel}} - n_{\text{perpendicular}})$$

When the rays emerge, they combine and interfere, producing a color (like an oil sheen on water) called an interference color.  Fortunately, all optical textbooks provide a chart, which I have reproduced in **Figure 13**.  In this chart, the interference colors are shown.  The distance separating the rays when they emerge is on the X axis, thickness on the Y axis and the interference color that corresponds to the retardation is shown.  The radiating lines represent different amounts of birefringence.

---

[9] Bloss, F. Donald, Optical Crystallography. MSA Monograph Series 5. Mineralogical Society of America, 1999, at p.117 and following.

**Figure 13. The Michel Levy chart relating thickness, retardation, interference colors and birefringence.**






The interference colors of particles that are very thin are hard to interpret because they are simply shades of grey, no matter how high the birefringence is, but in the MAS reports, there are many particles large enough that the birefringence can be estimated from the photographs provided. An example is shown in **Figure 14**. Other examples are provided in Appendix 2.

**Figure 14. Particle identified as chrysotile in the 45-degree position with the polarizer and analyzer in the system.**



The particle shown, identified as chrysotile by MAS, is 82.2 um long. It is about 16 µm wide. While we do not know exactly how thick it is, it is likely somewhat less than 16µm at its thickest point. The interference colors increase from the thin edges to the thickest middle, ranging from grey to Second Order blue, which from the Michel-Levy chart tells us that the retardation is about 650 nm. The means that the fast ray leaves the crystal 650 nm ahead of the slower ray. If this particle has a thickness equal to width, the interference colors require that the birefringence be at least 0.04. If it is thinner, the birefringence would be higher. A material with this birefringence cannot be chrysotile because the birefringence of chrysotile observed in samples from many locations is always < 0.017.[10] However, it is consistent with the birefringence expected for talc, which at its maximum is ≈0.05[11]. Had MAS evaluated the retardation of the particles it identified as chrysotile independently from the indices of refraction, it would have seen that the birefringence it derived from the indices of refraction was incorrect. Other examples are shown in Appendix 2.

---

[10] Deer, WA, Howie RA and Zussman J, Rock Forming Minerals Volume 3B second edition: Layered Silicates excluding micas and clay minerals. The Geological Society London, 2009.

[11] As is discussed later, orientation will affect the observed birefringence in talc. Parallel to elongation, the birefringence can range from < 0.01 up to 0.05. The talc particles MAS calls chrysotile are oriented in such a way that the birefringence is on the higher side.

### G. Variation in the indices of refraction determined for the particles identified as chrysotile.

***MAS incorrectly assumes that the indices of refraction of chrysotile can vary significantly in a single occurrence. Variations in index of refraction in chrysotile are due to variations chemical composition which are not known to occur in a single location.***

In the MAS reports, a repeated claim is made that the variation in the indices of refraction observed and reported for the particles identified as chrysotile is consistent with the mineralogical literature for chrysotile (see, for example, the lab sheet shown in **Figure 19**, Comment section at the bottom). There are two reasons that particles of a single mineral can show a variation in index of refraction: particle orientation and variation in chemical composition.  I will discuss these two independently as they apply to chrysotile and talc.

#### a. Orientation

**Figure 15** is a schematic drawing of a bundle of chrysotile fibrils.  Chrysotile occurs in nature in remarkably similar ways in all occurrences as bundles of single parallel cylindrical fibrils.  Fibrils are tubes formed from cylindrical silicate sheets, commonly with an outer diameter of 0.025 to 0.030 µm and an internal diameter of about 0.005 µm.  These individual fibrils are too small to see by light microscopy, so any visible particle of chrysotile will be composed of hundreds of parallel fibrils in bundles.  Because of this, chrysotile particles will show no variation in dispersion staining colors perpendicular to elongation due to orientation.

**Figure 15. Schematic view of a chrysotile fiber bundle showing consistency of dispersion staining colors with orientation.**



In contrast to chrysotile, **Figure 16** shows an elongated talc particle and the dispersion staining colors in Series E oil 1.550 parallel and perpendicular to elongation, ignoring in this case the small extinction angle normally present.

As **Figure 16** shows, the indices of refraction and associated dispersion staining colors of elongated talc particles perpendicular to elongation change significantly depending on how the particle is oriented. Because talc sometimes has a plane of weakness perpendicular to the direction Y, many will stain shades of blue perpendicular and yellow parallel to elongation, just as MAS reports for its "chrysotile" particles. A few of the particles identified as chrysotile stain reddish purple, indicating a slightly different orientation (See for example MAS 71109-71111)

It is common practice among optical mineralogists when observing particles immersed in oils to "tap the slide" to encourage particles to rotate around the long axis and to change orientation. In this way, if there are changes in dispersion staining colors as a function of orientation it is clear. This technique would have made the distinction between talc and chrysotile evident. There is no evidence that this simple technique was used. Instead, MAS assumed that variation in chemical composition accounted for the observed variation in dispersion staining colors.

**Figure 16: Dispersion staining colors and orientation: Talc with principal indices of refraction of 1.588 (gamma) and 1.547 (alpha)**



### b. Chemical composition

The ideal chemical formula for chrysotile is $Mg_3Si_2O_5(OH)_4$ and the ideal chemical formula for talc is $Mg_3Si_4O_5(OH)_2$. Small amounts of other elements substituting for magnesium (Mg) or silicon (Si) will change the optical properties. The most common substitution with a significant effect on the indices of refraction is iron (Fe). Because like Mg and Si, Fe is a common element, in some occurrences of these minerals it can have a significant impact. **Figure 17** shows the range in $\lambda_0$ and associated indices of refraction for talc and chrysotile parallel to elongation in Series E 1.550 oil due to differences in chemical composition. This figure considers the optical properties from many samples found throughout the world.

**Figure 17. Range of principal indices of refraction parallel to elongation in talc and chrysotile due to chemical variability across all locations.[12]**



The data that are illustrated in **Figure 17** are taken from many different geologic settings. Geologic conditions such as abundances of chemical elements, temperature and pressure are variables from one occurrence to another and result in the variation in composition. In some ways, every rock is unique because of the complexity and variability in the physical and chemical conditions under which they form. However, at each location, these conditions are usually the same, and the compositions do not change within a single location often.

Figure 18 gives the $\lambda_0$ in 1.550 Series E immersion oil for chrysotile occurrences throughout the world that was compiled by McCrone and published in his Particle Atlas. No variations are shown because chrysotile does not exhibit chemical variability within a single location that is significant enough to alter its appearance by dispersion staining. Each location has a characteristic composition. The assertion by MAS that the variations it observed are due to chemical variability is not supported by chrysotile from any other source and is directly contradicted by the data of McCrone. It is my opinion that the particles are talc, not chrysotile, and variations in dispersion staining colors can be explained by orientation.

---

[12] Deer, WA, Howie RA Zussman J, Rock-forming Minerals, Volume 3B. Layered silicates excluding micas and clay minerals. The Geological Society. London, 2009.

**Figure 18. $\lambda_0$ for chrysotile in 1.550 Series E oil vary only by location from McCrone, 1980[13].**

## McCrone Asbestos Particle Atlas Table 5

| Location | $\lambda_0 \parallel$ | $\lambda_0 \perp$ | $\lambda_0 \perp - \lambda_0 \parallel$ | Location | $\lambda_0 \parallel$ | $\lambda_0 \perp$ | $\lambda_0 \perp - \lambda_0 \parallel$ |
|---|---|---|---|---|---|---|---|
| Lake Asbestos Quebec | 510 | 610 | 100 | Pacific Asbestos Corp CA | 480 | 610 | 130 |
| King Asbestos Corp Quebec | 510 | 510 | 100 | **Coalinga CA** | 590 | 680 | 90 |
| Asbestos Corp Quebec | 500 | 610 | 110 | Arizona | 600 | 700 | 100 |
| Bell Mines Quebec | 510 | 600 | 90 | Venezuela | 610 | 680 | 70 |
| Johnsons Quebec | 500 | 600 | 100 | Rhodesia | 520 | 620 | 100 |
| Careys Bradford Quebec | 480 | 590 | 110 | Shabina Rhodesia | 480 | 580 | 100 |
| Flintkote Quebec | 500 | 610 | 110 | Havelock D &C Rhodesia | 490 | 590 | 100 |
| Normandie Quebec | 570 | 670 | 100 | Havelock HVL Rhodesia | 490 | 590 | 100 |
| Reeves Ontario | 480 | 590 | 110 | Havelock VRA Rhodesia | 500 | 630 | 130 |
| Munro Ontario | 560 | 670 | 110 | Cyprus | 600 | 700 | 100 |
| Hyde Park GAF Vermont | 510 | 620 | 110 | Zandini Greece | 580 | 680 | 100 |
| Jeffery Vermont | 500 | 580 | 80 | Yugoslavia | 520 | 590 | 70 |
| Advocate Newfoundland | 510 | 610 | 100 | Balengero Italy | 500 | 600 | 100 |
| Newfoundland | 590 | 690 | 100 | Russia | 500 | 600 | 100 |
| Clinton Creek Yukon | 500 | 580 | 80 | Woodsreef Australia | 610 | 680 | 70 |
| Cassiar British Columbia | 500 | 580 | 80 | | | | |

## H. Birefringence observations from $\lambda_0$ from McCrone (Figure 18) and MAS data particles identified as chrysotile.

*MAS's own data on $\lambda_0$ are inconsistent with data on chrysotile from McCrone but consistent with talc.*

An important observation from **Figure 18** is that the differences in $\lambda_0$ parallel and perpendicular to elongation are small, and no range is provided. Most differences are less than 110 and all are less than 130 nm. This limitation reflects the birefringence of chrysotile: it does not vary with location and it is small. ISO Method 22262-1 for the identification of chrysotile in building materials, which MAS states it follows, specifies that the difference should be no more than 100 nm for chrysotile. The majority of the particles identified as chrysotile by MAS have values of $\lambda_0$ parallel – $\lambda_0$ perpendicular that vastly exceed this value, and even exceed the highest value given by McCrone from any chrysotile, including Coalinga (also known as Calidria). In many of the MAS laboratory sheets, this is made clear. For example, Figure 19 reproduces two of those sheets. Under the column labeled Optical data, $\alpha/\delta$ (nm), in the first the numbers 640 and 450 appear, and in the second, 640 and 450. These are the $\lambda_0$'s that MAS determined from the observed dispersion staining colors perpendicular and parallel to elongation of the particle identified as chrysotile. Where such data are included in other reports, these values are typical. They are much greater than 110 nm apart, indicating a

---

[13] McCrone, W., The Asbestos Particle Atlas. Ann Arbor Science Publishing Inc. Ann Arbor Michigan, 1980. To his data for $\lambda_0$, I added the column showing the difference. In two locations identified by McCrone as Rhodesian and Italian; Balengera, a second set of $\lambda 0$'s is given suggesting a second period of crystallization under somewhat different conditions. There are no ranges given, however, so the chrysotile from these two locations has optical properties of one or the other with none in between.

28

birefringence (as determined in this way) that is too high for chrysotile and inconsistent with the ISO 22262-1.

**Figure 19. Representative MAS data sheets for PLM analysis**



MATERIALS ANALYTICAL SERVICES, LLC
PLM ANALYSIS

| Proj#-Spl# | M70859-001CSMP | **Analyst** Paul Hess | **Date** 5/25/2021 |
| ClientName | Phillips & Paolicelli, LLP | ClientSpl 01 |
| Location | |
| Type_Mat | Talc (pellet from CSM) |

| Gross Visual | Light gray debris on filter | % of Sample 100 |
| | | Temp (±1°C) 21 |

OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| Morphology | wavy | | |
| Pleochroism | none | | |
| Refract Index | ** | | |
| α / γ (nm) | 620 | 450 | |
| Sign^ | positive | | |
| Extinction | parallel | | |
| Birefringence | * | | |
| Melt | no | | |
| Fiber Name | Chrysotile | | |

**ASBESTOS MINERALS**          **EST. VOL. %**

| Chrysotile | 0.020 to 0.022 |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

29

## MATERIALS ANALYTICAL SERVICES, LLC
## PLM ANALYSIS

| | | | | |
|---|---|---|---|---|
| **Proj#-Spl#** | M71211-007CSMP | **Analyst** Paul Hess | **Date** 5/14/2021 | |
| **ClientName** | Weitz & Luxenberg PC | | **ClientSpl** 20200342-07 | |
| **Location** | Date code on Original Container: 0680ZA3 00:55 | | | |
| **Type_Mat** | Johnson's baby powder | | | |

| | | |
|---|---|---|
| **Gross** | debris on filter | **% of Sample** 100 |
| **Visual** | | **Temp (±1°C)** 21 |

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | |
|---|---|---|
| **Morphology** | wavy | |
| **Pleochroism** | none | |
| **Refract Index** | ** | |
| **α / γ (nm)** | 640 | 450 |
| **Sign^** | positive | |
| **Extinction** | parallel | |
| **Birefringence** | * | |
| **Melt** | no | |
| **Fiber Name** | Chrysotile | |

### ASBESTOS MINERALS          EST. VOL. %

| | |
|---|---|
| Chrysotile................................. | 0.010 to 0.013 |
| Amosite.................................... | |
| Crocidolite............................... | |
| Tremolite/Actinolite................ | |
| Anthophyllite.......................... | |

### OTHER FIBROUS COMPONENTS

### NON FIBROUS COMPONENTS

| | |
|---|---|
| Talc | X |
| Mineral grains | X |

**Comments**  Chrysotile asbestos observed. ** Refractive indices parallel were 1.559(513nm) to 1.568(450nm). Refractive indices perpendicular range 1.548(640nm) to 1.554(570nm). *Birefringence from low to moderate. X=Materials Detected. 35 Chrysotile structures, inclusive of those documented by photograph, counted in 30 fields of view. Equates to 1.5 structures per square millimeter.

The method detection limit is 1% unless otherwise stated.

∧  ∨  | 1 | / 4 |  ⊕  ⊙  ⌕

In two reports, M71262 and M70859, the values of $\lambda_0$ parallel and perpendicular were determined by MAS for many samples; these data are compiled in **Figure 20**. There are two observations that can be made from these data.

First, $\lambda_0$ parallel is lower than almost all of the chrysotile $\lambda_0$ from McCrone and $\lambda_0$ perpendicular to elongation is higher. The difference between the two is in all cases greater than 130 nm, indicating a birefringence higher than that of all other reported chrysotile.

Second, the values given by MAS for $\lambda_0$ parallel to elongation are outside the range known for chrysotile as shown in **Figure 17** but instead fall within the range expected for talc.

**Taken together, these two observations demonstrate that all particles identified in these two samples are talc, not chrysotile.**

**Figure 20**. $\lambda_0$ perpendicular and parallel to elongation from the Optical Data sheets in MAS Reports M70859 and M71262 and working temperature in degrees centigrade. Both samples were examined in Series E 1.550 immersion oils.

| | Sample | $\lambda_0$ Perpendicular (nm) | $\lambda_0$ Parallel (nm) | T |
|---|---|---|---|---|
| a.  M70859 | | | | |
| | 001CSMP | 620 | 450 | 21 |
| | 002CSMP | 600 | 455 | 21 |
| | 003 CSMP | 850* | 455 | 21 |
| | 004 ISO | 620 | 455 | 21 |
| | 005 CSMP | 590 | 445 | 21 |
| | 006 CSMP | 640 | 455 | 21 |
| | 007 CSMP | 600 | 450 | 21 |
| | 008CSMP | 640 | 455 | 21 |
| | 009CSMP | 600 | 455 | 21 |
| b.  M71262 | | | | |
| | 001ISO | 595 | 450 | 22 |
| | 001CSM | 595 | 450 | 20 |
| | 002ISO | 610 | 450 | 22 |
| | 002CSM | 610 | 450 | 20 |
| | 003 ISO | 630 | 470 | 22 |
| | 003CSM | 630 | 470 | 20 |
| | 004 ISO | 650 | 450 | 21 |
| | 004 CSM | 630 | 450 | 20 |
| | 005ISO | 640 | 460 | 21 |
| | 005CSM | 600 | 450 | 21 |
| | 006ISO | 620 | 450 | 21 |
| | 006CSM | 750 | 460 | 21 |

$\lambda_0$ between 590 and 650 will appear blue to blue green and $\lambda_0$ between 445 and 470 will appear yellow to golden yellow. These are the two most common colors shown in the dispersion staining photographs of the minerals identified as chrysotile by MAS in all reports.

### G. Coalinga (Calidria)

*Coalinga chrysotile does not have optical properties consistent with those of the particles MAS identifies as chrysotile.*

I have examined the Coalinga chrysotile, which in its report on this material MAS asserts is like the chrysotile it finds in Johnson & Johnson talc products. The Coalinga chrysotile product is a mineralogically complex material and contains minerals other than chrysotile as shown in **Figure 21**. The optical data MAS has presented for the Coalinga chrysotile is not for chrysotile at all, but rather one of the other minerals present, such as pyroaurite and/or brucite. This misidentification is likely due to both a misinterpretation of dispersion staining colors and ignoring other defining characteristics that could be determined by a comprehensive mineralogical examination, considering all factors described under Section A of this report. Furthermore, Coalinga chrysotile stains blue and blue magenta in 1.550 Series E oils, a fact seemingly overlooked by MAS.

**Figure 21. Minerals known from Coalinga (Calidria)[14]**

**Mg Silicates, hydrates, and carbonates. Optical properties**

**The range in gamma and alpha Longo has matched to chrysotile from Calidria are: Gamma (1.57-1.55) and alpha (1.56-1.54). According to his logic, as long as N and n each fall somewhere within their respective range, he was satisfied with his identification. The following minerals may occur with chrysotile in Calidria materials:**

Antigorite $Mg_3Si_2O_5(OH)_4$ alpha is 1.56-1.57 and gamma is 1.56 and 1.58.

Lizardite. $Mg_3Si_2O_5(OH)_4$. Alpha is 1.54 to 1.56 and gamma is 1.55 to .57

Pyroaurite $MgCO_{3.5}Mg(OH)_{22}Fe(OH)_3.4H_2O$ uniaxial negative $\omega = 1.564$ $\varepsilon = 1.543$ (fragments length slow)

Sjogrenite $MgCO_{3.5}Mg(OH)_{22}Fe(OH)_3.4H_2O$ uniaxial negative $\omega = 1.573$ and $\varepsilon = 1.559$ (fragments length slow)

Sepiolite- $Mg_4Si_6O_{15}(OH)_2.6H_2O$ alpha from 1.498-1.522 and gamma 1.527-1.579. fibrous.

Stevensite $Mg_3Si_4O_{10}(OH)_2$ alpha = 1.500-1.560 and gamma = 1.510 to 1.570 depending on compositional substitutions for Mg. Brucite $(Mg(OH)_2)$ uniaxial positive with $\varepsilon = 1.580$ and $\omega = 1.560$. (Fibers length slow; fragments length fast)

---

[14] Mumpton, FA and Thompson CS, Mineralogy and origin of the Coalinga asbestos deposit. In Clays and Clay minerals 23:131-143. 1975.

## H. Temperature corrections lacking.

***Changes in temperature affect dispersion staining colors but there is no evidence that MAS considered this error.***

In many reports, especially the earlier ones, no laboratory temperature at the time of observation is recorded. Without consideration of temperature, a significant error in the determination of the index of refraction can result because of changes in the dispersion staining colors. **Figure 19** shows the MAS laboratory data sheets, in which a temperature of 21 degrees is recorded. In **Figure 22**, the impact of temperature is illustrated.

Low temperatures cause the oils to thicken and thereby increase their index of refraction. On every bottle of immersion oil, Cargille provides an estimate of how much. For 1.550 Series E, it can increase 0.0005 for every degree change below 25 C, the standard reference temperature. At a four-degree decrease (25-21), the indices of refraction of the oil 1.550 will actually be 1.552. In my own laboratory, we kept a thermocouple to measure temperature right in the oil mount when we wanted high precision in the measurement of the indices of refraction. Changing temperatures has no impact on the indices of refraction of minerals.

**Figure 22. The effect of temperature on the index of refraction of immersion oils.**



If $\lambda_0$ were determined at 21 degrees but no corrections were applied and the dispersion staining colors were interpreted for 25 C, a derived value of 1.585 would actually correspond to a value of 1.583 because $\lambda_0$ shifts to the right. For a mineral with higher dispersion, the shift of $\lambda_0$ would be greater and the error introduced higher. As the dispersion of the mineral increases, the error introduced increases.

Differences in index of refraction of this magnitude are meaningful differences in the world of mineralogy. By careful work, the index of refraction can be measured to a precision of ± 0.0005, so an error of 0.002 is very large. Measurement and correction for temperature is standard

procedure in optical mineralogy, yet there is no indication if or how temperature corrections were made in the MAS reports.

## I.    Morphology of Asbestos

*The particles identified by MAS do not have the morphology of chrysotile asbestos.*

EPA method 600[15] and ISO 22262-1 both provide criteria for the recognition of the habit of asbestos as observed by optical microscopy. They include a high aspect ratio (length/width) with a mean of about 20:1 and the presence of bundles that show evidence of splitting into very thin fibrils. The morphological properties of particles that have been identified by MAS as chrysotile are not characteristic of the properties of asbestos as described in these documents and or from my own experience. Because of the small chrysotile fibril width, usually < 0.030 µm, every particle identified as chrysotile would have to have be a bundle because individual fibrils cannot be seen by optical microscopy. Most of the particles MAS calls chrysotile could not be described as fibrous at all. The pattern of interference colors produced when the mineral particle is in the 45-degree position and both the polarizer and the analyzer are in the optical path, displays distinctive properties if the particle is a bundle of fibrils; such properties were not characteristic of the particles identified as chrysotile. Fiber bundles give distinctive interference figures, but there is no evidence that interference figures were observed, despite the fact observation of interference figures is always recommended for identification of birefringent minerals by polarized light.

## J. Relief and Becke lines

*Relief of particles identified as chrysotile is consistent with talc and inconsistent with chrysotile.*

Relief is a qualitative term that describes the depth of shadows of the mineral grain when it is observed under the microscope without the dispersion staining objective or the analyzer in the optical path. For every particle that MAS provides a picture of the dispersion staining colors, a picture of the grain that demonstrates relief is also provided. **Figure 24** from Bloss provides an illustration of how relief is described. It can be low, medium, high, or very high. The relief changes as the difference between the mineral grain and the oil change, with maximum relief observed when the differences are very high and low relief when the differences in indices of refraction are small.

**Figure 25** is an example taken from an MAS report. Other examples are provided in Appendix 3. The indicated particle is supposed to be chrysotile, while the other particles are talc. The colored fringes around the particles are Becke lines, another indication of the differences in indices of refraction between the mineral particles and the immersion oil in which they are mounted. In both relief and in the color of the Becke lines, the indicated particle cannot be distinguished from the talc particles. Were it actually chrysotile, this would not be the case.

---

[15] Perkins RL and Harvey BW, Test Method: Method for the determination of asbestos in bulk building materials. USEPA/600/R-93/116, 1993.

Relief and Becke lines of talc will vary with orientation and for that reason relief and Becke lines will vary somewhat. This is not the case for chrysotile, for which indices of refraction are not affected by orientation.

**Figure 24. Relief of mineral grains vary**.



**Fig. 5-12.** Breakage types commonly seen on crushed isotropic grains: (A) conchoidal fracture but no cleavage; (B) cubic cleavage {100}—that is, three mutually perpendicular directions of equal ease of cleavage; (C) octahedral cleavage {111}—that is, four directions of equal ease of cleavage that are parallel to the faces of an octahedron; (D) dodecahedral cleavage {110}—that is, six directions of equal ease of cleavage parallel to the faces of the dodecahedron. Note that for dodecahedral cleavage the fact of six "competing" directions for cleavage makes it unlikely that a particular direction will be extensively developed; instead, the breakage surface alternately follows one and then another of these six directions. The relief of these grains in oil varies as follows: (A) low, (B) moderate, (C) high, (D) very high.

**Figure 25.  Typical photomicrograph illustrating relief.  MAS has called the designated particle chrysotile.  Note the similarity in relief and Becke lines to the particle on its right.**



### K. Other issues

ISO 22262-1 Method specifies that samples should be heated to 485 degrees C before examination. We know that chrysotile is stable at these high temperatures, but they are high enough to remove organic fiber that may have contaminated talc powders. Some of these organic fibers can be confused with chrysotile. In the reports, MAS says it heated the samples but the temperatures given are variable, and include 400C, 425C, 480C, and 400F. It is not clear why MAS does not follow the recommendations of the ISO method.

In MAS Supplemental Report 07.31.23, MAS describes milling a NIST chrysotile standard to more closely resemble the particle sizes of talcum powder. MAS seems to believe that size reduction changes the indices of refraction.

> "MAS has recently completed a study were the NIST chrysotile standard was milled with liquid nitrogen ball mill to reduce the size of chrysotile bundles to a 200 sieve. The talc particle size standard for cosmetic talc is a -200 sieve. Our results showed that when the 1866b chrysotile bundles were reduce in length and thickness that was consistent with both the SG-210 and the cosmetic talc chrysotile bundles, the CSDS (central stop dispersion staining) colors are consistent with both the SG-210 and cosmetic talc chrysotile."

Unless size reduction alters the atomic structure of the material, which is unlikely if grinding is done under liquid nitrogen as described, indices of refraction and associated dispersion staining colors will not change. Index of refraction is dependent on the atomic structure and chemical composition, neither of which is normally altered by size reduction. Ball milling can be destructive to the atomic structure of minerals if it persists for many hours, but details of this "study" are not provided.

In that same Supplemental Report 07.31.23, MAS states that the difference in observing talc powder in Series E 1.560 vs 1.550 is that the

> "measured refractive indices for the 1.560 RI Fluid were closer together for the alpha and gamma directions, which caused the BIR calculations to be all in LOW range with an overall average of 0.006 versus 0.010-0.013 range typically seen using 1.550 RI fluid."

This statement implies either that the indices of refraction and birefringence change depending on the immersion oil, which is not true, or it is a recognition that calculated birefringence MAS has tabulated from its 1.550 studies are incorrect.

Chrysotile fibrils are most readily identified by transmission electron microscopy (TEM). Their chemical composition in combination with their tubular morphology and small widths make identification by TEM very reliable. Why MAS did not use TEM to confirm the presence of chrysotile in all samples is not clear. Were I concerned about the presence of chrysotile, I would certainly use TEM and not light microscopy. Where MAS did use TEM, it did not report chrysotile, strong evidence that it is not present.

## Summary

In conclusion, I do not see any evidence in the reviewed MAS reports that any chrysotile fibers were identified in the samples.

MAS does not consider the full range of optical properties that are standard and necessary to identify unknown minerals. Had they, it would have been clear that the mineral particles they identify as chrysotile are talc.

MAS misinterprets the dispersion staining colors of some elongate talc particles to produce values of the index of refraction parallel and perpendicular to elongation that are incorrect and inconsistent with the dispersion staining colors.
MAS relies on the incorrectly derived indices of refraction to determine an incorrect birefringence and does not consider other types of optical data that could be used to demonstrate this error.

The differences in $\lambda_0$ parallel and perpendicular to elongation are inconsistent with chrysotile and do not conform to the values specified for the identification of chrysotile by ISO 22262-1.

MAS assumes that the range in the dispersions staining colors observed from the particles they identify as chrysotile is due to chemical compositional variation in chrysotile. Chrysotile from different locations (with different physical and chemical conditions governing formation) may vary among occurrences, but available published data show that within a single occurrence, they do not occur with a range of values. The variation MAS reports in dispersion staining colors is due to variations in the orientation of talc particles.

MAS does not correct for temperature which changes the index of refraction of the immersion oils used, introducing error and compromising an accurate determination of index of refraction.

MAS provides pictures of particle relief, but does not consider them. These pictures demonstrate that the relief of the particles indicated as chrysotile varies very little from talc particles and if there is a variation, it can be explained by orientation.

The particles identified by MAS do not have the optical or morphological characteristics of chrysotile fiber bundles.

Other errors in the reports demonstrate inconsistent laboratory practices and misunderstanding of how optical properties can be affected by sample preparation for examination by PLM.

The lack of collaboration of the presence of chrysotile by TEM by a laboratory with TEM capabilities and experience is consistent with its absence.

Ann G. Wylie, Ph.D.

## Appendix 1.

Additional examples of dispersion staining colors that are characteristic of talc but not chrysotile. Two orientations are shown: one with vibration direction of light parallel or near parallel to elongation (yellow) and perpendicular to elongation (blue). Note other particles not identified as chrysotile by MAS by arrows with the same dispersion staining colors. They are talc.





MAS70877.001CMS – 003 1.550 oil. Two particles identified as chrysotile by MAS





M71216-001ISO-J02 Chrysotile
Parallel Dispersion 1.550 RJ. @ 100X
R.I. 1.584 to 1.569



M71214-001CSM  MAS specifies $\lambda_0$ parallel 510nm, $\lambda_0$ perpendicular 650 nm T=22 nD= 1.560

**Parallel**                                    perpendicular



# MAS 71109 talc from Guangxi China nD = 1.550



## Appendix 2.  Birefringence Calculations from observed retardation

a.      With red I compensator, interference colors for the larger particle is second order red (950nm).  It is 23um long and about 5 μm wide.   Using the Interference color chart and subtracting 550 nm for the Red I compensator gives a retardation of 400nm and a birefringence of about 0.05.  This is too high for chrysotile but consistent with talc.  The smaller particle has interference colors blue to green (700 nm) and subtracting 550nm gives a retardation of 150 nm. It is 11 μm long so about 2μm in width.  Although more difficult to pinpoint the birefringence from such a small particle, it is still on the order of 0.04.

MAS70877.001CMS−003 1.550oil

23 μ in upper right, 11 μ in lower left  Red I compensator          same particles without compensator.




b.  This particle is 45.2 μm long and about 10μm in width.  The figure on the left is without compensator and the figure on the right has the Red I compensator inserted. From the interference colors the retardation is about 400nm.  This retardation corresponds to a birefringence of 0.040, too high for chrysotile but consistent with talc.

## MAS70877 001CSM-005




c.

## Two examples from MAS M71216

**Retardation = 600nm Width ≈ 12μm birefringence ≈ 0.045**

**Retardation = 800-550 = 250 nm Width ≈ 2 μm; birefringence ≈ 0.050**




## Appendix 3. Relief

The examples that follow show that the relief of the particles designated as chrysotile by the arrows have the same relief as the other particles in the photomicrograph which are talc.









# Appendix 4

**CURRICULUM VITAE**
**Ann G. Wylie**

## 1.    PERSONAL INFORMATION

Ann Gilbert Wylie
Emerita Professor of Geology
University of Maryland
College Park, MD 20742
E-mail:              awylie@umd.edu
Phone:              (301) 405-4079

Web site:          http://www.geol.umd.edu/pages/faculty/WYLIE/wylie.html

**Educational:**    Ph.D.    1972    Columbia University, New York, New York
                                              Major:    Economic Geology
                                              Minors:   Mineralogy, Mining Engineering, and
                                                              Petrology

                              B.A.     1966    Wellesley College, Wellesley, Massachusetts
                                              Major:    Geology

**Employment:**

    *a.    Academic:*

    2014 – Present                    Professor Emerita, UMD

    July 1 2021 – Aug 16 2021    Interim Vice President and Chief Financial Officer

    Feb 2021 – June 30, 2021      Interim Senior Vice President and Provost, UMD

    March 1, 2014 – June 30, 2014, Interim Vice President for Information
    Technology and Chief Information Officer, UMD

    2012 – 2014                        Special Advisor to the President for MPower, UMD

    2012 – 2014                        University Marshall, UMD

    2011- 2012                         Senior Vice President and Provost, UMD

    2009-   2011                       Vice President for Administrative Affairs, UMD

| | |
|---|---|
| 2008 – 2009 | Interim Vice President for Administrative Affairs, UMD |
| 2004-2006 | Interim Dean of the Graduate School, UMD |
| 2002-2008 | Assistant President and Chief of Staff, UMD |
| 2000-2002 | Associate Provost, UMD |
| 1998-2000 | Acting Associate Dean, College of Computer, Mathematical and Physical Sciences, UMD |
| 1996-1997 | Undergraduate Director, Department of Geology, UMD |
| 1992-2014 | Professor, Department of Geology, UMD |
| 1990-1994 | Associate Chairman and Director of Graduate Studies, Geology Department, UMD |
| 1989-1990 | Acting Chairman, Geology Department, UMD |
| 1986-1987 | Special Assistant to the Dean for Graduate Studies and Research, UMD |
| 1984-1986 | Acting Associate Dean for Research, Graduate School, UMD |
| 1977-1992 | Associate Professor, Department of Geology, UMD |
| 1973-1977 | Assistant Professor, Department of Geology, UMD |
| 1972-1973 | Assistant Professor, Department of Agronomy, UMD |
| 1967-1969 1970-1971 | Preceptor, Geology Department, Columbia University |
| 1966-1967 | Teaching Assistant, Geology Department, Columbia University |

**b.      Other Positions:**

| | |
|---|---|
| January 1981- August 1981 | Mineralogist, U.S. Bureau of Mines, |
| February 1984- Present | Senior Scientific Advisor, Chemical and Industrial Hygiene |

**2.    Research, Scholarly, and Creative Activities**

**a.    Books**

***i.    Chapters or Articles in Books:***

Gilbert, J. Ann (1967) "Units, Numbers, Symbols and Constants", Encyclopedia of Atmospheric Sciences and Astrogeology, Rhodes Fairbridge (Ed.). Reinholt Publishing Company, p. 1049-1062.

Wylie, A.G. (1981) Numerous Mineral Descriptions in Encyclopedia of Mineralogy, K. Frye (Ed.). Reinholt Publishing Company.

Steel, E. and A. Wylie (1981) "Mineralogical Characteristics of Asbestos". In Geology of Asbestos Deposits, P.H. Riordon (Ed.). Society of Mining Engineers of AIME, p. 93-100.

Candela, P.A. and Wylie, A.G. (1989) Genesis of the Ultramafite-associated Fe-Co-Cu-Zn-Ni deposits of the Sykesville District, Maryland Piedmont. Field Trip Guide T241, International Geological Congress, published by American Geophysical Union.

**Invited**
Veblen, D.R. and A.G. Wylie (1993) "Mineralogy of Amphiboles and 1:1 Layer Silicates" in Health Effects of Mineral Dusts, G.D. Guthrie & B.T. Mossman (Eds.). Reviews in Mineralogy, v. 28, Min. Soc. Am., p. 61-131.

**Invited**
Wylie, A.G. (1995) "The Analysis of Industrial Mineral Products for Crystalline Silica by Optical and Electron Microscopy: A Literature Review". In: Review Papers on Analytical Methods, Chemical Manufacturers Association.

**Invited**
Wylie, A.G. and P.A. Candela (1999) "Metallic Mineral Deposits - Chromite". In Geol. of Pennsylvania, Pennsylvania Geol. Survey and Pittsburgh Geol. Survey, Special Publication 1, p.588-595.

**Invited**
Wylie, A.G. (2017) Mineralogy of Asbestos and fibrous erionite. In *Current Cancer Research: Asbestos and Mesothelioma*, Joseph Testa Ed. Springer, Heidelberg 11-41.

**Invited**
Wylie, AG (2024 in press) Mineralogical Characteristics and Risk assessment of elongate mineral particles (EMPs): Asbestos, fiber and fragment in Health Risk Assessment for Asbestos and other fibrous minerals, A A Korchevskiy, ed. John Wiley and Sons

**b.    Edited publications**
Weill P, Chatfield E, Gibbs G, Wylie A, Eds. (2018). The Monticello Conference on elongated mineral particles, Journal of Toxicology and Applied Pharmacology 367:1-186.

**b.      Articles in Refereed Journals**

Wylie, A.G. and P.J.M. Ypma (1974) "Determination of the Optical Parameters, n and k, of Absorbing Minerals with the Microscope: Isotropic Minerals". Economic Geology 52, p. 1300-1327.

Wylie, A.G. (1979) "Fiber Length and Aspect Ratio of Some Selected Asbestos Samples". Annals of the New York Academy of Science 330, p. 640-643.

Wylie, A.G. (1979) "Optical Properties of the Fibrous Amphiboles". Annals of the New York Academy of Science 330, p. 600-605.

Zoltai, Tibor and A.G. Wylie (1979) "Definitions of Asbestos-related Mineralogical Terminology". Annals of the New York Academy of Science 330, p. 640-643.

Rohl, A.N., A.M. Langer and A.G. Wylie (1979) "Mineral Characterization of Asbestos-Containing Spray Finishes". In Asbestos Materials in Schools: A Guidance Document, Part I, EPA C0090, p. 59-64.

Wylie, A.G. and C. Huggins (1980) "Characteristics of a Potassian Winchite - Asbestos from the Allamoore Talc District, Texas". Canadian Mineralogist 18, p. 101-107.

Siegrist, H.G. and A.G. Wylie (1980) "Characterizing and Discriminating the Shape of Asbestos Particles". Environmental Research 23, p. 348-361.

Campbell, W., C. Huggins and A.G. Wylie (1980) "Chemical and Physical Characterization of Amosite, Chrysotile, Crocidolite and non-fibrous Tremolite for Oral Ingestion Studies by NIEHS". Bureau of Mines Report of Investigation #8452, p. 1-63.

Wylie, A.G. and Peter Schweitzer (1982) "The effects of Sample Preparation on Size and Shape of Mineral Particles: The Case of Wollastonite". Environmental Research 27, p. 52-73.

Shedd, K.B., R.L. Virta and A.G. Wylie (1982) "Are Zeolites Dimensionally Equivalent to Asbestos?" In Process Mineralogy II: Applications in Metallurgy, Ceramics and Geology, R.D. Hagne (Ed.). Proceeding of Metallurgical Society of AIME, p. 395-399.

Wylie, A.G., K.B. Shedd and M.E. Taylor (1982) "Measurement of the Thickness of Amphibole Asbestos Fibers with the Scanning Electron Microscope and the Transmission Electron Microscope". Microbeam Analysis Society-Electron Microscope Society of America, Proceedings of the Annual Meeting, Washington, D.C., August (1982) p. 181-187.

Shedd, K.B., R.L. Virta and A.G. Wylie (1982) "Size and Shape Characterization of Fibrous Zeolites by Electron Microscopy". Bureau of Mines Report of Investigation #8674, p. 1-20.

Virta, R.L., K.B. Shedd, A.G. Wylie and J.G. Snyder (1983) "Size and Shape Characteristics of Amphibole Asbestos and Amphibole Cleavage Fragments Collected on Occupational Air Monitoring Filters". In Aerosols in the Mining and Industrial Work Environments Volume 2: Characterization, V.A. Parple and B.H. Kiu (Eds.). Ann Arbor Science, p. 633-643.

Wylie, A.G. (1984) "Membrane Filter Methods for Estimating Asbestos Fiber Exposure". In Definitions for Asbestos and Other Health-Related Silicates, ASTM STP 834, B. Levadie (Ed.). American Society of Testing and Materials, Philadelphia, p. 105-117.

Wylie, A.G., R. Virta and E. Russek (1985) "Characterizing and Discriminating Airborne Amphibole Cleavage Fragments and Amosite Fibers: Implications for the NIOSH Method", American Industrial Hygiene Association Journal 46, p. 197-201.

Wylie, A.G., R. Virta and J. Segretti (1987) "Characterization of Mineral Populations by Index Particle: Implications for the Stanton Hypothesis". Environmental Research 43, p. 427-439.

Wylie, A.G., Candela, P.A. and Burke, T.M. (1987) "Compositional Zoning in Unusual Zinc-rich Chromite from the Sykesville District, Carroll County, Maryland". American Mineralogist 72, p. 413-423.

Wylie, A.G. (1988) "Relationship between the Growth Habit of Asbestos and the Dimensions of Asbestos Fibers". Mining Engineering, November (1988) p. 1036-1040.

Muller, P.D., Candela, P.A. and Wylie, A.G. (1989) "Liberty Complex: Polygenetic Melange in the Central Maryland Piedmont". GSA Special Paper 228 Melanges and Olistostrome of the U.S. Appalachian, J.W. Horton and N. Rast (eds.), p. 113-135.

Candela, P.A., Wylie, A.G. and Burke, T.M. (1989) Genesis of the Ultramafic Rock-Associated Fe-Cu-Co-Zn-Ni Deposits of the Sykesville District, Maryland Piedmont". Economic Geology 84, p. 663-675.

Wylie, A.G. (1990) "Discriminating Amphibole Cleavage Fragments from Asbestos: Rationale and Methodology". Proceedings of the VIIth International Pneumoconiosis Conference, Pittsburgh, p.1065-1069.

Linder, D.E., Wylie, A.G. and Candela, P.A. (1992) "The Mineralogy and Origin of the State Line Talc Deposit, Pennsylvania". Economic Geology 87, p. 157-165.

Wylie, A.G. and Bailey, K.F. (1992) "The Mineralogy and Size of Airborne Chrysotile and Rock Fragments: Ramifications of Using the NIOSH 7400 Method". American Industrial Hygiene Association Journal 53, p. 442-447.

Wylie, A.G. (1993) "Modeling Asbestos Populations: The Fractal Approach". Canadian Mineralogist 30, p. 437-446.

Wylie, A.G., Bailey, K., Kelse, J. and Lee, R. (1993) "The Importance of Width in Fiber

Carcinogenicity and its Implications for Public Policy". American Industrial Hygiene Association Journal 54, p. 239-252.

Wolven-Garrett, A., R.J. Wulf, A.G. Wylie, EL Wynder, J Yourik, B Sakarian, W. Zavadoski, R. Zaaenshi (1995) Talc: Consumer uses and health perspectives: Executive Summary. Regulatory Toxicology and Pharmacology v.21 #2 213-215.

Verkouteren, J.R., Wylie, A.G., Steel, E.B. and Lim, M.S. (1995) "Analysis of the Tremolite/Actinolite series using high precision refractive index measurements," Proceedings of the 29th Annual Meeting of the MAS, Breckinridge, CO, p.27-28.

Wylie, A.G., Skinner, H.C., Marsh, J., Snyder, H., Garzione, C., Hodkinson, D. and Winters, R. (1997) "Mineralogical Features Associated with Cytotoxic and Proliferative Effects of Fibrous Talc and Asbestos on Rodent Tracheal Epithelial and Pleural Mesothelial cells. Journal of Toxicology and Applied Pharmacology 147, p. 143-150.

Wylie, A.G. (1999) "The habit of asbestiform amphibole: Implications for the analysis of bulk samples". Advances in Environmental Measurement Methods for Asbestos, ASTM STP 1342, M.E. Beard, H.L. Rooks (eds.), p. 53-69.

Verkouteren, J. R., and Wylie, A.G. (2000) The Tremolite-Actinolite-Ferro-actinolite series: Systematic Relationships among Cell Parameters, Composition, Optical Properties, and Habit and Evidence of Discontinuities. American Mineralogist 85, p.1239-1254.

Wylie, A.G. and Verkouteren, J.R. (2000) "Amphibole Asbestos from Libby, Montana: Aspects of Nomenclature". American Mineralogist 85, p. 1540-1542.

Verkouteren, J.R., and Wylie, A.G. (2002) Anomalous Optical Properties of Fibrous Tremolite, Actinolite and Ferro-Actinolite. American Mineralogist 87, p. 1090-1095.

Candela, P.A., Crummett, C.D., Earnest, D.J., Frank, M.R. and Wylie, A.G. (2007) Low pressure decomposition of chrysotile as a function of time and temperature. American Mineralogist 92, p.1704-1713.

Schwartz, C.W., Wylie, A.G., Davis, A.P., and James, B.R. (2009). "Column Expansion Testing of Chromium Tailings Subgrade Fills." Contemporary Topics in Ground Modification, Problem Soils, and Geo-Support (Iskander, M. Laefer, D.F., and Hussein, M.H., Eds.). Geotechnical Special Publication 187, American Society of Civil Engineers, Reston, VA, pp. 442-449.

Taylor, E, Wylie, A., Mossman, B. and Lower, S (2013) Repetitive dissociation from crocidolite asbestos acts as a persistent signal for epidermal growth factor receptor" Langmuir 29(21) p. 6323-6330.

Wylie, A and P Candela (2015) Methodologies for determining the sources, characteristics, distribution, and abundance of asbestiform and non-asbestiform

amphibole and serpentine in ambient air and water.  Journal of Toxicology and Environmental Health, Part B: Critical Reviews. 18: 1-42.

Wylie, A.G. (2016) Amphiboles: Fibers, fragments and mesothelioma.  Canadian Mineralogist 54(6) 1403-1435.

Kerrigan, RJ, Candela PA, Piccoli PM, Frank M and Wylie A (2017). Olivine + quartz + water ± HCl at mid-crustal conditions: controls on the growth of fibrous talc as determined from hydrothermal diamond anvil cell experiments. *Canadian Mineralogist.55:101-113.*

Wylie AG, Korchevskiy AA, Segrave A, and Duane A (2020) Modeling mesothelioma risk factors from amphibole fiber dimensionality: mineralogical and epidemiological perspective. *Journal of Applied Toxicology*, 2010:1-10 DOI: 10.1002/jat.3923

Korchevskiy, AA. and AG. Wylie, (2021) Dimensional determinants for the carcinogenic potency of elongate amphibole particles. *Inhalation Toxicology* 33. No. 6-8p.244-259

Korchevskiy, AA. and AG. Wylie (2021) Letter to the Editor: Confirmation of carcinogenicity of fibrous glaucophane: How should we fill the data gaps? *Current Research in Toxicology*

Korchevskiy, AA and AG Wylie (2022) Dimensional characteristics of major mineral types of amphibole particles and implications for carcinogenic risk assessment. *Inhalation Toxicology.*

Wylie, A and Korchevskiy A (2022) Letter to the Editor: Epidemiology holds a key to the validation of toxicological model for elongate mineral particles. *Current Research in Toxicology.*

Wylie, A.G., Korchevskiy, A. A., Van Orden, D. R. ,Chatfield, EJ, (2022) Discriminant analysis of asbestiform and non-asbestiform amphibole particles and its implications for toxicological studies, *Computational Toxicology* 2022 100233.

Korchevskiy, A.A and Wylie, AG (2022) Asbestos Exposure, lung fiber, and mesothelioma rates: Modelling for risk assessment. *Computational Toxicology* 24 volume 24doi.org/10.1016/j.comtox.2022.100249

Wylie, AG and Korchevskiy, AA (2023) Dimensions of elongate mineral particles and cancer: A review. Environmental Research 230 114628

Wylie, AG and Korchevskiy, AA, Darnton, L, Chatfield E, Peto J, Van Orden D, Garabrant, D (2023) Elongate mineral particles (EMP) characteristics and mesothelioma: summary and resolution for Session I of the Monticello II conference . Environmental Research 230 114754

Gu, A; Bull A, Perry JK, Huang, A,, Horowitz M, Abostate, M, Fourkas J, Korchevskiy A, Wylie, A, Loesert W (2023) Excitable systems: A new perspective on the cellular

impact of elongate mineral particles. Environmental Research 115353

Korchevskiy, AA and Wylie AG (2023) Toxicological and epidemiological approaches to carcinogenic potency modeling for mixed mineral fiber exposure: The case of fibrous balangeroite and chrysotile. Inhalation Toxicology. DOI:https://doi.org/10.1080/08958378.2023.2213720

**c.      Book Reviews Other Articles, and Notes**

**Invited**
Book review of Optical Mineralogy: Theory & Technique by E.G. Ehlers. In: American Scientist, Nov. /Dec. (1988).

**Invited**
Book review of Ultramafic Rocks of the Appalachian Piedmont, GSA Spec. Paper 231, Steven K. Mittwede and E.F. Stoddard (eds.), 103 pages, Economic Geology 85 (1990).

Goodman, JE, Chatfield, E, Cox T, Gibbs G, Weill D and Wylie, as members of the National Stone Sand and Gravel Scientific Advisory Board. A July 5, 2022.  Comments on Asbestos; Reporting and Recordkeeping Requirements under the Toxic Substances Control Act (TSCA) Proposed Rule EPA-

**d.      Other Publications**

Gilbert, Jean Ann (1972) Determination of the Index of Refraction and Coefficient of Absorption under the Microscope: A New Method and Some of Its Applications. Ph.D. Thesis, Columbia University.

Wylie, A.G., L. Johnson, R. Reichlin, E. Steel, and R. Virta (1977). "Mineralogy and Size Distribution of Asbestos". University of Maryland Electron Microscope Central Facility. Newsletter #5.

Lowry, J. and A.G. Wylie (1979) "Mineralogy and Fiber Size Analysis of Amosite". University of Maryland, Electron Microscope Central Facility Newsletter #7.

Steel, E. and A.G. Wylie (1979) "Characteristics of the Asbestiform Habit". Society of Mining Engineers-American Institute of Mining Engineering Annual Meeting, Tucson. Preprint, p. 1-6.

**Invited**
Wylie, A.G., K.B. Shedd and M.E. Taylor (1982) "Volume Measurements of Asbestos in the SEM". University of Maryland Electron Microscope Central Facility, Newsletter #9.

**Invited**
Wylie, A.G. (1988) "The Relationship between the Growth Habit of Asbestos and the Dimensions of Asbestos Fibers". Society of Mining Engineers Preprint #88-85, p.1-7.
**Invited**
Wylie, A.G. (1989) "Mineralogical Definitions for Asbestos Fibers and Cleavage

Fragments". Report of the Committee on Geology and Public Policy GPP012. Geological Society of America, p. 2-4.

**Invited**
Wylie, A.G. (1996) "Factors Affecting Risk from Biologically Active Minerals", Proceedings, Mineral Dusts: Their Characterization and Toxicology, Washington, D.C. Society for Mining Metallurgy & Exploration, Littletown, Colorado, Sept. 19-20, 1996, p. 33-46.

Prestegaard, K., Wylie, A.G. and Piccoli, P.M. (1999) Characterization of Grout Samples at Winding Ridge." Power Plant Research Program, Maryland Department of Natural Resources.

Schwartz, C., A.G. Wylie, A. Davis, B. James (2000) "Investigation of the Expansive Behavior of Chromium Tailings: Final Report on Phase II Investigations".

Piccoli, P.M., DeHarde, A., Wylie, A.G., and Prestegaard, K. (2000) "Development of a Grout for the Kempton Mine: Characterization (XRD, Chemical Analyses, and SEM/EPMA Data) of Starting Materials. Power Plant Research Project Report, Maryland Department of Natural Resources.

Weill, D., Chatfield, E, Cox, T, Gamble, J, Gibbs, G., and Wylie, A. (2016) Letter to the Editor in reference to: Hwang et al. The Relationship Between Various Exposure Metrics for Elongate Mineral Particles (EMP) in the Taconite Mining and Processing Industry, Journal of Occupational and Environmental Health, Vol. 11, pp 613-624, Journal of Occupational and Environmental health 12:6 D86-D87. DOI: 10.1080/15459624.2015.1006639

Wylie, A.G., Virta R.L., Shedd, K.B., and Snyder, J.G., 2015, Size and shape characteristics of airborne amphibole asbestos and amphibole cleavage fragments: Digital Repository at the University of Maryland, http://dx.doi.org/10.13016/M2HP87

Wylie, A.G., Schweitzer, P., and Siegrist, H.G., 2015, Size and shape characteristics of amphibole cleavage fragments from milled riebeckite: Digital Repository at the University of Maryland, http://dx.doi.org/10.13016/M2S98X

Wylie, A.G., and Virta, R.L., 2015, Size and shape characteristics of mountain-leather actinolite: Digital Repository at the University of Maryland, http://dx.doi.org/10.13016/M2WT68

Wylie, A.G., and Virta, R.L., 2015, Size and shape characteristics of South African actinolite asbestos (ferro-actinolite): Digital Repository at the University of Maryland, http://dx.doi.org/10.13016/M2S138

Wylie, A.G., and Virta, R.L., 2016, Size and shape characteristics of Indian tremolite asbestos: Digital Repository at the University of Maryland, http://dx.doi.org/10.13016/M21H7S

Wylie, A.G., and Virta, RL 2016, Size distribution measurements of amosite, crocidolite, chrysotile, and nonfibrous tremolite: Digital Repository at the University of Maryland, http://dx.doi.org/10.13016/M2798Z

Goodman, JE, Wylie, AG, Chatfield, EJ, Gibbs, GW ad Weill, D, Feb 5, 2021. Naturally Occurring Asbestos: A resource document for the Pennsylvania Mine-Permitting Process where NOA may be present. Prepared for the Pennsylvania Aggregates and Concrete Association and NSSGA.

Wylie, A, Andreozzi A, Bailey M, Bandli B, Case, B, Della Ventura G, Glossop L, Gualtieri A, Gunter M, Halterman D, Heaney P, Leocat E, Mossman B. (2022) A report of the IMA working Group on Asbestiform Minerals IMA Annual Meeting Lyon July 2022.

**e.    Abstracts and Professional Papers presented**

Gilbert, Jean Ann and P.J. Ypma (1969) "The Use of an Electro-Optical Compensator for the Determination of the Optical Properties of Opaque Minerals Under the Microscope", GSA Annual Meeting, Atlantic City, New Jersey.

Siegrist, H.G. and A.G. Wylie (1979) "Characterizing and Discriminating the Shape of Asbestos Particles", GSA Annual Meeting San Diego, California.

**Invited**
Wylie, A.G. and P. Schweitzer (1980) "The Effects of Grinding on the Shape of Wollastonite Particles". Symposium on Electron Microscopy and X-ray Applications to Environmental and Occupational Health Analysis, Penn State.

Huggins, C., A.G. Wylie and W. Campbell (1980) "Preparation and Selected Properties of Amosite, Chrysotile, Crocidolite and Non-fibrous Tremolite for Use in NIEHS Oral Ingestion Studies". Symposium on Electron Microscopy and X-ray Applications, Penn State.

Rosemeier, R.G., M.E. Taylor and A.G. Wylie (1981) "Low Cost 210K Gain Transmission Electron Microscope Image (TEMI) Intensifier". Electron Microscopy Society of America, Annual Meeting, Atlanta.

Virta, R., K. Shedd, A.G. Wylie and J. Snyder (1981) "Size and Shape Characteristics of Amphibole Asbestos and Amphibole Cleavage Fragments Collected on Occupational Air Monitoring Filters". Proceedings of the International Symposium on Aerosols in the Mining and Industrial Work Environment, University of Minnesota USBM-NIOSH, Minneapolis, Minnesota.

Broadhurst, C.L., Candela, P.A., Wylie, A.G. and Burke, T.M. (1983) "A Geochemical Study of the Host Rocks of the Copper-Iron-Cobalt Ores of Sykesville, Maryland: An Ultramafite-Associated Deposit. Geol. Soc. Am. Natl. Meeting, November, (1983).

Burke, T.M., P.A. Candela, and A.G. Wylie (1985) "Evidence for Detrital Ultramafic

Bodies in the Eastern Piedmont of Maryland". Geol. Soc. of America Northeastern Section, March (1985).

Wylie, A.G., P.A. Candela and T.M. Burke (1985) "Genesis of High-zinc Chromite and Associated Cobalt Mineralized Blackwall in the Sykesville District, Maryland Piedmont". Geol. Soc. of Amer. National Meeting, November (1985).

Muller, P.D., Candela, P.A. and A.G. Wylie (1985) "Liberty Complex: Polygenetic Melange in the Central Maryland Piedmont". Geol. Soc. of Amer. National Meeting, November (1985).

**Invited**
Candela, P.A. and Wylie, A.G. (1987) "The Geology of Radon in the Maryland Piedmont: The Development of a Research Plan". Southwest Geol. Soc. Amer.

Candela, P.A., Wylie, Ann G. and Muller, P. (1987) "Ore Deposits as Tectonic Indicators in Melange Terrane". AGU.

Wylie, A.G., Candela, P.A. and Burke, T.M. (1987) The Genesis of Ultramafite-Associated Fe-Cu-Co-Zn-Ni Deposits of the Sykesville District, Maryland Piedmont". Southeast Geol. Soc. Amer.

Linder, D.E. and Wylie, A.G. (1988) "Zeolites from the Paleozoic Metavolcanic James Run Formation, Piedmont Province, MD" Southeast Geol. Soc. Amer.

**Invited**
Wylie, A.G. "Discriminating Amphibole Cleavage Fragments from Asbestos: Rationale and Methodology. Abstracts of Communication. VII International Pneumoconiosis Conference, Aug. 23-26, 1988. Pittsburgh, NIOSH-ILD-BOM-MSHA-OSHA, p. 124.

**Invited**
Wylie, A.G. (1989) "Distinguishing Tremolite-Asbestos from Tremolite Cleavage Fragments on a Light Optical and Morphological Basis", VII International Pneumoconiosis Conference Proceeding of Workshop: Hazard Recognition of Mineral Dust. Pittsburgh, NIOSH-ILD-BOM-MSHA-OSHA.

**Invited**
Wylie, A.G., (1989) Fiber Mineralogy and Identification. Society of Mining Engineers Annual meeting

Wylie, A.G., Linder, D. and Candela, P. (1990) "Sedimentary Features of Appalachian Serpentinites". Geol. Soc. of Amer. National Meeting, Nov. (1990), p. A230.

**Invited**
Skinner, C. and Wylie, A. (1990) "Fibrous Tremolites". Bloss Symposium, VPI, Blacksburg, Virginia.

**Invited**
Wylie, A.G. (1992) The Analysis of Industrial Mineral Products for Crystalline Silica by Optical and Electron Microscopy. The Measurement of Crystalline Silica International Symposium, August (1992).

Wylie, A.G. (1993) The Fractal Distribution of the Mass of Asbestos Fiber and its Application to the Analysis of Industrial Minerals. Geological Society of America Annual Meeting, Boston.

Verkouteren, J.R. and Wylie, A.G. (1994) "Anthophyllite, Tremolite, and Actinolite Asbestos: Reference Materials and Optical Properties" Inter/Micro 94, Chicago.

Verkouteren, J.R., Wylie, A.G., Steel, E.B., Lim, M.S. (1995) "Analysis of the Tremolite-Actinolite Series using High Precision Refractive Index Measurements". Microbeam Analysis.

**Invited**
Wylie, A.G. (1996) Factors Affecting Risk from Biologically Active Minerals. Proceedings Society of Mining, Metallurgy & Exploration Symposium. Mineral Dusts: Their Characterizations and Toxicology. Washington DC 33-46

**Invited**
Wylie, A.G. (1997) "The Habit of Asbestiform Amphiboles: Implications for the Analysis of Bulk Samples" 1997 Boulder Conference: Advances in Environmental Measurement Method for Asbestos. University of Colorado, Boulder, July 13-17 (1997).

Verkouteren, J.R. and A. G. Wylie (2001) "Microdiffraction Analysis of Fibrous Talc: Asbestos in Crayons". 2001 Denver X-ray Conference, Steamboat Springs, Colorado, USA, August 2, 2001.

Piccoli, P.M., DeHarde, A., Wylie, A.G. (2001) "Recycling coal Combustion Byproducts: a Laboratory Study to Evaluate Grout Formulations for Use in the Kempton Mine Complex, Western Maryland. Geological Society of America, Abstracts with Programs.

Verkouteren, J.R. and A.G. Wylie (2001) "Identification of Tremolite-Actinolite Asbestos". 2001 Asbestos Health Effects Conference, May 24-25, 2001, Oakland, CA.

Verkouteren, J.R., A. G. Wylie, E. Windsor, J. Courny, R. Perkins, T. Ennis (2002) "Powder X-Ray Diffraction for Asbestos Analysis". International Centre for Diffraction Data. Annual Meeting of Members, ICDD Headquarters, Newtown Square, PA, March 20, (2002).

Greenwood, W. and A.G. Wylie (2002) "The Optical Properties and Chemical Composition of Fibrous Talc". ASTM Johnson Conference, July 21-25, Johnson, Vermont.

Verkouteren, J.R., and A.G. Wylie (2002) "A PLM Method for Quantitative Analysis of

Amphibole Asbestos in Bulk Materials at 0.01 wt. %". ASTM Johnson Conference, July 21-25, Johnson, Vermont.

Verkouteren, J.R. and A.G. Wylie (2002) "Optical Characteristics and Mineralogy of Environmental Amphibole Asbestos", ASTM Johnson Conference, July 21-25, Johnson, Vermont.

Verkouteren, JR and A G Wylie "Micro-diffraction Analysis of Fibrous Talc: Asbestos in Crayons. Denver x-ray conference.

Crummett, C.D., Candela, P.A., Wylie, A. G., and Earnest, D.J. (2004) "Examination of the Thermal Transformation of Chrysotile by Using Dispersion Staining and Conventional X-ray Diffraction Techniques". AGU Fall Meeting, V41C-1405.

Earnest, D. J., Candela, P.A., Wylie, A. G., Crummett, C. D, Frank, M. (2004) "Synchrotron Radiation Study of the Kinetics of Dehydration of Chrysotile Fiber". AGU Fall Meeting, V23C-06.

Frank, MR, Candela, PA, Earnest, DJ and Wylie, AG, Wilmot, M, Maglio SJ (2005) Experimental Study of the Thermal Decomposition of Lizardite up to 973 K, GSA Annual Meeting

Kerrigan, RJ, Candela, PA, Piccoli, PM, and Wylie, AG, (2007), Growth of Fibrous Talc and Anthophyllite in the Hydrothermal Diamond Anvil Cell (HDAC), American Geophysical Union Fall Meeting, December 10-14, 2007, San Francisco.

Taylor, ES, Lower, SK, Wylie, AG, and Mossman, BT: The strength of disease:  molecular bonds between asbestos and human cells, EOS Trans. AGU, *89*(53): B53B-0479, 2008.

Schwartz, C.W., Wylie, A.G., Davis, A.P., and James, B.R., (2009), Column Expansion Testing of Chromium tailings Subgrade Fills, International Foundation Congress and Equipment Expo, March 15019, Orlando, FL, 8 pages.

**Invited**
Wylie, A.G. (2010) Mineralogical Characteristics of Asbestos. GSA meeting, Northeastern/Southeastern sections, Baltimore.

Taylor E, Mossman BT, Wylie AG, Lower SK. (2010) Molecular Methods for the induction of Mesothelioma by Asbestos. GSA meeting Northeastern/Southeastern sections. Baltimore.

Taylor, ES, Lower SK, Mossman, BT and Wylie, AG, 2011. Molecular methods for the Induction of mesothelioma by Asbestos. Biophysics Journal 100. P160a.

**Invited**
Wylie, A. G. (2013) A Review:  Mineralogy and dimensional characteristics of amphiboles from the vermiculite deposit, Rainy Creek Complex, Libby, Montana.  GSA meeting Northeastern Section, Bretton Woods, New Hampshire

**Invited**

Mossman, B.T., Sonali, H, Taylor, E, Lower, S, Dragon, J, bond, J, Wylie, A, and Shukla, A (2013) New Data on How Asbestos Fibers Interact with Cells to Trigger Extracellular Signal-Regulated Protein Kinase, i.e., ERK, Pathways Critical to Toxicity and Disease, 10th International Meeting on fibre/Particle Toxicology, June 407, Dusseldorf, Germany

Segrave, A, Wylie A, and Korchevskiy (2019) Amphibole dimensions and predictive model for potency. ASTM Beard Conference. Denver April 4

**Invited**

Wylie, A (2019) What makes an amphibole asbestos? History and status of regulatory issues dealing with asbestos.  Mineralogical Society of America 100th Anniversary Symposium. Washington DC, June 2019,
http://www.minsocam.org/MSA/Centennial/MSA_Centennial_Symposium.html#S1

**Invited**

Wylie, A (2019) A metrological look at natural occurrences of amphibole. Association of Economic and Environmental Geologists annual meeting. Asheville NC Sept 19

**Invited**

Wylie, A and Korchevskiy A (2020) Fibers vs mineral Fragments: Mineralogical and Toxicological aspects. Asbestos 2020 Conference, British Occupational Health Society London Nov 18 2020

Wylie, A (2022) Dimensional parameters and cancer determination of relevant variables. The Monticello Conference, Charlottesville VA April 2022.

Korchevskiy, A and Wylie A (2024) Asbestos terminology: Mineralogical, toxicological and analytical considerations. ASTM Beard Conference, Philadelphia PA April 2024.

**f.    Guides for Field Trips:**

Wylie, A. and P. Candela (1987) "The Geology of the Maryland Piedmont". 3-day Trip and Guide Book. Department of Geology Annual Trip, October 1987.

Candela, P. and A. Wylie (1988) "The Ultramafite-associated Cu-Fe-Co-Ni-Zn Deposits of the Sykesville District, Maryland Piedmont". Goldschmidt Conference Field Trip, May, 1988.

Candela, P. and Wylie, A. (1989) "Fe-Cu-Co-Ni-Zn deposits of Sykesville, Md." International Geological Congress,T241  July 1989. John Wiley and sons

Candela, P. and A. Wylie (1990) "The Ultramafite-associated Cu-Fe-Co-Ni-Zn Deposits of the Sykesville District, Maryland Piedmont".  Goldschmidt Conference Field Trip, May, 1990.

Wylie, AG. (2018) Geology of the Catoctin Mountains, MD. June 9, 2018. Geological Society of Washington Spring Field Trip.

Wylie, AG (2022) Geology of the Catoctin Mountains, MD, Nov 6, 2022, Department of Geology University of Maryland College Park

### g. Research Grants

 Asbestos", U.S. Bureau of Mines, $84,200. April 1979-April 1981.

Principal Investigator, "Dispersion Staining in Optical Mineralogy", Undergraduate Fund for Improvement of Instruction, University of Maryland, $700. 1982.

Principal Investigator, "Quality Control in the Analysis of Asbestos by PLM", $10,000. Sept. 1985-Sept. 1986. Occupational Medical Center.

Principal Investigator "Mineralogy of the Sand Fraction of Aquifer in Northwestern Washington". United States Geological Survey, $2,450. June-October 1986.

Univ. of Maryland General Research Board Semester Research Award, $1,500. 1987.

Mineralogy of Waste Product of Sand and Gravel Processing". Aggregate Industries, $12,000. 1987-1988.

Characterization and Quantification of Fibrous Tremolite in Tremolitic Talc. Southern Talc Company, $17,000. 1989-1990.

Principal Investigator, "Mineralogical Characteristics of Fibrous Talc". R.T. Vanderbilt Company, $23,500. September 1992-December 1997.

Project Director, "Fellowship for the Study of Industrial Talc".  R.T. Vanderbilt Company, $33,500. January 1, 1993-December 31, 1997.

Co-Project Director, (with C Schwartz) "Research and Laboratory Testing of Chromium Processing Waste at Dundalk Marine Terminal", Maryland Department of Transportation, $100,000. December 1996-December 1997.

Co-Project Director (with K Prestegaard and A Amde) "Characterization of Coal Combustion Products and Derived Grout Materials," Nuclear Power Plant Research Program, Maryland Department of the Environment, $10,000, 1998.

Co-Project Director (with K Prestegaard and A Amde) "Characterization of Coal Combustion Products and Derived Grout Materials, Nuclear Power Plant Research Program, Maryland Department of the Environment, $60,000, 1999

Co-Project Director, (with K Prestegaard and A Amde)"Characterization of Coal-Combustion Products and Derived Grout Material". Power Plant Research Program, Maryland Department of Natural Resources, $40,000, 2000.

Co-Project Director, (with K Prestegaard and A Amde)"Characterization of Coal-Combustion products and Derived Grout Material (supplement)□□□ Power Plant Research Program, Maryland Department of Natural Resources, $60,000, 2000.

Co-Project Director, (with K Prestegaard and A Amde) "A study of the Mineralogical Transformations in Fly-Ash Based Grouts. Maryland Department of Natural Resources, Power Plant Research Program, $30,000, 2000-2001

Co-Project Director (with P Candela) "A study of the thermal transformation of chrysotile", Ford, GM and Chrysler, $610,000, 2004-2006

**h.    Fellowship, Prizes and Awards**

Seven College Conference of Women's Colleges Scholarship to Wellesley College, 1962-1966.

Wellesley College Scholar, 1966.
Wellesley College B.A., *cum laude*

Faculty Fellowship, Columbia University, 1969-70, 1971-72.

Citation from Governor, State of Maryland, for recognition of assistance in implementation of Title IX in Maryland, 1983.

Butler Prize, Geological Society of Washington, 1989. Given for the best paper read before the Society, 1989.

Distinguished Scholar-Teacher 1994 UMCP.

Fellow Geological Society of America 1990

Honorary Membership in Zeta Nu chapter of Eta Sigma Phi 2011

Outstanding Woman of the Year, President's Commission on Women's Issues, 2012

President's Medal, University of Maryland, 2014

Induction in Phi Kappa Phi 2021

**3.    Teaching, Mentoring, and Advising**

**a.    Courses taught**
<u>Course</u>

| | Approximate Average Enrollment |
|---|---|
| Physical Geology | 150 |
| Economic Geology | 10 |
| Optical Mineralogy | 6-10 |

Ore Microscopy                                          3
Senior Thesis Research                                 10
Advanced Topics in Economic Geology                    14
Geology of Maryland                                     6
Geology and Public Policy                              15
Environmental Geology                                  60
X-ray diffraction                                       8

**b.      Advising: Research Direction**

*i.       Undergraduate Thesis (beginning 1980) Major Advisor:*

**1980**    [16]Ed. Jacobsen "Coal Geology of Garrett County, Maryland"

**1982**    Sharron O'Donnell "Coal Geology of Southwestern Kentucky
            Eric Windsor "Shape Characterization of Amphiboles"
            Morris Levin "Characterization of Part of the Sykesville Magnetite District by a
                Magnetometer"
            Lyle Griffith "The Use of a Magnetometer in Characterizing the Beasman
            Prospect, Sykesville, MD."
            [17]John Varndell "Heavy Element and Particle Size Relationships in a Sludge
                Disposal Site, Baltimore, Maryland"
            Joe Segretti "Relationship between cytotoxicity and coating of chrysotile fibers"
            Mark Beal, A Geologic Evaluation of a Placer Gold Deposit in Southern
                Fauquier Co., Virginia

**1983**    Keith Mason "A Preliminary Evaluation of Copper and Cobalt in Conjunction
                with Iron Mining in the Beasman Prospect of Sykesville, Md."
            Michael D. Jones "Chromium in the Soils and Streambeds above the Hunting
                Hill Serpentinite Body, Montgomery County, Md."
            Theresa Baker "Crack Growth in Quartz: The Effects of Chemical
                Environments"
            Mark Hevey "Gas Production and Faulting in Gas Field, Kansas"

**1984**    Brian Hart "A Potential Field Study of the Magnetite Bearing Deposits of the
                Central Portion of the Sykesville Mining District"
            Katherine Heller "A Reconnaissance Study of the Origin of Small Talc and
                Serpentine Bodies in the Wissahickon Formation within the Maryland
                Piedmont"

**1987**    Dan Linder "Comparison of the James Run with the Sykesville and Morgan Run
                Formation"
            Bethany Baker "Observation on the Geology of Montgomery County from
                geomagnetic, aeroradioactivity and gravity surveys"
            Valerie Gray "Reconnaissance Study on the Source of Gamma Radiation

---

[16]Winner of the AAPG National Undergraduate Research Award
[17]2nd Place Winner of the AAPG National Undergraduate Research Award

Fluctuation in Eastern Montgomery County"

**1988**    Tom Davis "Comparative Geothermometry by Using Garnet-Biotite and Fe-Ti Oxides in the Loch Raven Schist

**1991**    Dan Galasso "Geochemical Prospecting of Heavy Minerals to Determine if a Marker Exists for the Sykesville District of Carroll County, MD"

**1994**    David Berry "Analysis of Trace Quantities of Amphibole Asbestos Based on the Fractal Model for Mass Distribution"

**1995**    Bob Schultz "Determination of Asbestos in a Matrix Through Employment of the Fractal Model for Mass Distribution"
Allan Jackson-Gewirtz "A Comparison of Methods of Analysis of Powdered Samples"
Roberta Winters "Biological Effect of Fiber Size and Mineralogy: The Case of Talc Fibers in Hamster Tracheal Epithelial (HTE) and Rat Macrophage Cells (RMC)"
Mi Lim "Anomalous Optical Properties of Tremolite-Actinolite Fibers"

**1996**    Tom Biolsi "Effects of absorption and thickness in measuring the index of refraction of blue glass and riebeckite and its application to crocidolite"
Katherine White "X-ray diffraction and optical analysis of picrolite from the State Line Quarry, PA"
Christine Rosenfeld, "Characterization of the Chemistry of the Zeolites Erionite and Mordenite as a Function of Morphology: An SEM/EDS study"

**1997**    Matt McMillan "Lattice dimensions *vs.* chemical composition and optical properties of tremolite"

**1999**    Russell Meyer "Lattice Dimensions, chemical composition and optical properties of crocidolite"

**ii.    Master of Science Degree Awarded**

**1985**    John Ossi, M.S., "A New Petrographic Method for Interpreting Coal-Forming Environments of Deposition"

**1988**    Robert Virta, M.S., "An Evaluation of the Adequacy of Morphological Data for Determining the Carcinogenicity of Minerals"

**1990**    Dan Linder, M.S., "The Mineralogy and Origin of the State Line Talc Deposit, Lancaster Co., Pennsylvania"

**1991**    Tim Rose, M.S., "Petrology and Chemical Variation of Peraluminous Granitic Rocks from the Northern Lobe of the Phillips Pluton, Maine"

**1996**    Jiang Feng, M.S., "Evidence for compositional variation in phyllite from Carroll

and Frederick Counties, MD"

**1988**   William Greenwood, M.S. "Mineralogical Characteristics of Fibrous Talc"

Diane Hanley, M.S., "Overland flow evaluation of lava flow platform"

**1999**   Mark Watson, M.S., "Effects of intergrowths on the Physical Characteristics of fibrous Anthophyllite"

**2001**   Amina DeHarde, M.S., "Characterization of Grouts made from Coal Combustion By-Products: Mineralogy and Physical Properties"

**2005**   Courtney Crummett, M.S. (co-chair) "Examination of the Thermal decomposition of Chrysotile"

**iii.**   **Ph.D.**

**1991**   James Crowley, Ph.D., "Geochemical Study of Playa Efflorescent Salt Crusts and Associated Brines by Using Spectral Reflectance, X-ray Diffraction and Brine Chemical Data"

**1999**   Martitia Tuttle, Ph.D., "Late Holocene Earthquakes and their Implications for Earthquake Potential of the New Madrid Seismic Zone, Central United States"

## 4.    SERVICE

### a.    Professional

#### i.    *Offices and Committee Membership Held in Professional Organizations*

Geological Society of America (Fellow)
Mineralogical Association of Canada
Geological Society of Washington
American Association for the Advancement of Science
American Geophysical Union
Geological Society of America Campus representative (1985-2000)
Chairman, Sigma Xi Graduate Student Research Award Selection Committee, UMCP
     (1986, 1987)
Mineralogical Society of America: Tellers committee, 1989-1991.
Representative to American Geological Institute, K-12 Education Committee, 1991
Field Trip Chairman, Geological Society of Washington, 1990.
Delegate to AAPG - Geological Society of Washington 1995-96.
International Mineralogical Association Chair, Committee on Asbestos nomenclature
     2019-2022

#### ii.    *Reviewing Activities for Journals and Agencies*

| | |
|---|---|
| *American Mineralogist* | Environmental Protection Agency |
| *Canadian Mineralogist* | U.S. Geological Survey |
| *Science* | *Economic Geology* |
| *Environmental Research* | Society of Mining Engineers |
| U.S. Bureau of Mines | *American Industrial Hygiene Journal* |
| *European Journal of Mineralogy* | *Critical Reviews in Toxicology* |
| *Periodico di Mineralogia* | *Scientific Reports* |
| National Institute for Occupational Safety and Health | |
| *Risk Analysis* | |

#### iii.    *Other Professional Activities*

Co-Chairman, New York Academy of Sciences, Workshop #1. Significance of Aspect
     Ratio in Regulation of Asbestos Fiber Exposure, Conference on the Scientific Basis
     for the Public Control of Environmental Health Hazards, New York (1978).
Invited Chairman and Organizer of "Asbestiform Minerals Symposium", AIME Annual
     Meeting (1979) Tucson, Arizona.
Appointed by the U.S. Secretary of Education to the Task Force on Asbestos in the
     Schools (1980-1984).
Session Chairman, EPA Conference on Monitoring and Evaluation of Airborne Asbestos
     Levels Following Abatement, March, 1984.
Appointed reference analyst for U.S. Navy Asbestos Analysis Quality Assurance
     Program (administered by Research Triangle Institute) 1984-1990.
Session Chairman, Economic Geology III, Geol. Soc. of Amer. National Meeting,
     November 1985.

Member, ASTM Task Group for writing Standard Methods of Analyses of Asbestos by
TEM, SEM, Phase Contrast Optical Microscopy and Polarized Light Microscopy.
1985-1990. Author of Polarized Light Microscopy Method (grey sheets).

Expert witness, Occupational Safety and Health Administration hearing on asbestos
regulation, 1985, 1990.

Invited participant, Penn. Geol. Survey Conference on Mapping in the Piedmont, 1987.

Expert panel member, EPA, Superfund Bulk Asbestos Method, 1990-1991.

Member IARC Work Group for Talc, Carbon Black, and Titanium Dioxide, Lyon France
2006.

Wellesley College, Class of 1966 Class Officer 1981-86, 2006-11; Annual giving
committee 2012-2016

Member, Peer Review Panel, NIOSH, Roadmap for Scientific Research on Asbestos and
Other Mineral Fibers, 2007

Testimony, US House Senate, Committee on Environment and Public Work June 12,
2007 and follow-up letter, June 16, 2007

Member, Scientific Advisory Board, National Stone, Sand and Gravel Association 2011-
present

Member, Frederick Regional Higher Education Advisory Board 2013-2015

Member, Frederick Center for Research and Education in Science and Technology
(CREST) Governing Board 2015-2018

Member Planning Committee for NIOSH EMP workshop on Terminology and
Characterization, Paul Middendorf Chair 2016 (rescheduled by CDC to 2017).

Invited participant and member of the Planning Committee, National Academies
Workshop on elongated Mineral Particles, May  15-16  2017. (Rescheduled to
January 2018: cancelled by NIOSH in January)

Co-chair NSSGS/Society of Toxicology Monticello Conference on EMPS, October 2017,
Charlottesville, VA

Guest editor. Special issue of Toxicology and Applied Pharmacology: The Monticello
Conference.

Invited speaker and session co-moderator, JIFSAN workshop. Asbestos in talc. Nov 2018

Steering committee and session co-chair: Dimensions and Mesothelioma. The Monticello
Conference II on Elongated Mineral Particles and Cancer. April 2022,
Charlottesville VA

### c.    Selected University of Maryland Service

Chairman, Institutional Review Board (IRB) 1984-1986

Supervisory responsibility for Animal Care and Use Committee and actions (1984-1986)

Chair, General Research Board 1984-1986

Chair, Creative and Performing Arts Board 1984-1986

Member Review Committee for Dean of the College of Computer Mathematical and
Physical Sciences 1990

Member, Review Committee for Chair of Department of Economics 1998

Chair, Earth System Science Director Search Committee 1998

` Chair, Limited Enrollment Committee, 2000-2002

Chair, Campus Assessment Working Group, 2000-2002

Chair, Search Committee, Vice President for Research 2002

Chair, Search Committee, Vice President for Administration and Finance, 2004

Chair, UMCP Graduate Council, 2004-2006

UMCP Strategic Planning Steering Committee, Graduate Education Chair, 2008

Chair, UMCP Finance Committee, 2008-2011
Chair, UMCP Sustainability Council 2009-2011
Chair, Student Fee Review Committee 2008-2011
Chair, UMCP Facilities Council, 2011-2012
MPowering the State, UMB-UMCP Steering committee 2011-2013
Carey School of Law Dean Search committee 2013-2014
Facilitator, Leadership Fellows Program, UMCP Advance. 2013-2014
College of Computer, Mathematical and Natural Sciences, University of Maryland,
Board       of Visitors, 2013-2018
Member. UM Investigation Committee for scholarly misconduct case. 2015
Chair, Investigation Committee to review UM Maryland Industrial Partnership grant to
Fifth Quarter Fresh and School of Public Health. 2016
Chair, Transition Committee, President Designate Professor Darryll Pines, University of
Maryland, 2020
Chair, Task Force on Geoscience, College of Computer, Math and Natural Sciences,
2020
Chair, Climate Working Group, University of Maryland, 2023

## Appendix 5 – List of MAS Reports Identifying "Chrysotile" in Johnson & Johnson Talcum Powder Products

| Date | MAS Project Number(s) |
|------|------------------------|
| 2/24/2020 | M70484 |
| 3/6/2020 | M66515 & M66516 |
| 3/18/2020 | M71095 |
| 3/20/2020 | M70877 |
| 4/6/2020 | M71046 |
| 5/14/2020 | M71095 Rev 1 |
| 9/16/2020 | M71109-M71111 |
| 9/17/2020 | M71166 |
| 9/23/2020 | M71095 Rev 2 |
| 9/29/2020 | M71166 Sup 1 |
| 12/8/2020 | M71166 Sup 2 |
| 1/25/2021 | M71211 |
| 2/9/2021 | M71241 |
| 3/23/2021 | M65329-013; M66507-001; M66508-001; M66509-001; M66513-001; M67420-001; M67420-002; M67420-004; M67420-005 |
| 4/13/2021 | M71216 |
| 5/25/2021 | M71228 |
| 6/4/2021 | M70859 |
| 8/20/2021 | M70877 |
| 3/11/2022 | M71262 |
| 2/28/2023 | M71614 |
| 10/19/2023 | M71643 |
| 11/28/2023 | M71730 |
| 2/15/2024 | M71740 |

# Appendix 6 – Reference List

In addition to the documents listed on my *curriculum vitae*, which is attached as Appendix 4, I have also cited to the below references as part of this report:

Bloss, F. Donald, An introduction to the Methods of Optical Crystallography. Holt, Rinehart and Winston, New York, 1960.

Bloss, F. Donald, Optical Crystallography. MSA Monograph Series 5. Mineralogical Society of America, 1999.

Cargille, Refractive Index Liquids, *available at* https://www.cargille.com/refractive-index-liquids.

Deer, WA, Howie RA and Zussman J, Rock Forming Minerals Volume 3B second edition: Layered Silicates excluding micas and clay minerals The Geological Society London, 2009.

ISO 22262-1:2012(E), Air Quality – Bulk Materials – Part 1: Sampling and Qualitative Determination of Asbestos in Commercial Bulk Materials, 2012.

McCrone, Walter, The Asbestos Particle Atlas, Ann Arbor Science, Ann Arbor Michigan, 1980.

McCrone, Walter. Undated Determinative Tables and Charts supplied with the McCrone Dispersion
Staining Objectives. Published by Walter C McCrone Associate, Chicago Illinois as the Particle Analyst's Handbook

Mumpton, FA and Thompson CS, Mineralogy and origin of the Coalinga asbestos deposit. In Clays and Clay minerals 23:131-143. 1975

Perkins RL and Harvey BW Test Method: Method for the determination of asbestos in bulk building materials. USEPA/600/R-93/116, 1993.

Shu-Chun, Su., A rapid and accurate procedure for the determination of refractive indices of regulated asbestos minerals, American Mineralogist 88:179-182, 2003.

Exhibit 62

THE MICROSCOPE • Vol. 69:2, pp 51–69, 2022

# The Dispersion Staining Technique and Its Application to Measuring Refractive Indices of Non-opaque Materials, with Emphasis on Asbestos Analysis

**Shu-Chun Su, Ph.D.**
Technical Expert, National Voluntary Laboratory Accreditation Program
National Institute of Standards and Technology[1]

## ABSTRACT

Refractive index (RI) is the most important optical property of non-opaque materials. It is the leading diagnostic optical property of non-opaque materials, especially asbestos minerals. Dispersion staining (DS) has been proven to be the most effective technique with desirable accuracy for the measurement of asbestos minerals' RI using the immersion method by polarized light microscopy (PLM). This paper presents a practical procedure for this measurement. To facilitate the analysis, two comprehensive suites of pre-calculated look-up tables for the conversion of the observed matching wavelength to RI were constructed for the two major types of RI liquids: Cargille Laboratories (Cargille) and Delaware Research Institute of Microscopy and Material Characterization LLC (DRIMMC), respectively, covering the range of RI liquids suitable for analyzing the six regulated asbestos minerals. RI liquid calibration in the absence of an Abbe refractometer is discussed. An alternative solution using Cargille optical glass standards is proposed, and two comprehensive suites of pre-calculated look-up tables for both Cargille and DRIMMC liquids are included, covering the range of RI liquids routinely used in the analysis of the six regulated asbestos minerals.

**Keywords:** dispersion staining, central stop, annular stop, refractive index, immersion method, polarized light microscopy, refractive index liquid, re-



Scan this QR code to download the four conversion tables (PDF files) for Cargille and DRIMMC RI liquids used in asbestos RI measurement and liquid calibration on www.mccroneinstitute.org[2].

fractive index liquid calibration, Cargille, DRIMMC, asbestos, non-opaque material, amphibole, amosite, grunerite, crocidolite, riebeckite, tremolite, actinolite, anthophyllite, bulk asbestos sample, conversion table

## INTRODUCTION

The Asbestos Hazard Emergency Response Act (AHERA), United States Code 15 (1) requires local educational agencies to inspect their school buildings for asbestos-containing building materials, prepare asbestos management plans, and perform asbestos response actions to prevent or reduce asbestos hazards. AHERA defines six asbestiform minerals, i.e., chrysotile, amosite (grunerite), crocidolite (riebeckite), tremolite, actinolite, and anthophyllite to be regulated hazardous asbestos minerals. AHERA also mandates the use of U.S. Environmental Protection Agency (EPA) protocol (2) for the analysis of asbestos content in bulk insulation materials. The analysis uses polarized light microscopy (PLM) to identify and quantify the asbestos minerals in bulk samples, requiring the measurement of six optical properties: color, pleochroism, refractive index (RI), birefringence, extinction, and sign of elongation.

[1]100 Bureau Drive, Gaithersburg, MD 20899; shuchunsu@gmail.com
[2]https://www.mccroneinstitute.org/v/1624/The-Microscope-Volume-69-Second-Quarter-2022





**Figure 1.** The principle of dispersion staining, showing the case of $n_S = n_L$ at 589.3 nm. A) The dispersion curves of solid and liquid intersect at 589.3 nm, $\lambda_m$ = 589.3 nm; B) The central stop DS mode: $\lambda_m$ is blocked by the CSDS objective lens; and C) The annular stop DS mode: $\lambda_m$ is allowed to pass through the ASDS objective lens.

RI is the most important optical property of non-opaque minerals. It is therefore the primary diagnostic optical property used to identify asbestos minerals. Most environmental laboratories in the U.S. and Canada participate in the National Voluntary Laboratory Accreditation Program (NVLAP) administered by the National Institute of Standards and Technology (NIST), U.S. Department of Commerce. NVLAP requires the refractive indices $\alpha$ and $\gamma$ of asbestos fibers to be determined by the immersion technique during routine bulk asbestos sample analysis. Generally, an attainable and reasonable accuracy is ≤0.005 for chrysotile, amosite, tremolite, actinolite, and anthophyllite, and ≤0.010 for crocidolite.

In many environmental laboratories, the high volume of samples demands that analysts minimize the amount of time spent on the determination of the required optical properties, particularly the refractive

indices. It is most desirable to determine both $\alpha$ and $\gamma$ in a single preparation. There are three common techniques for assessing the sign and magnitude of the match/mismatch between a solid and its surrounding liquid: Becke line (3), dispersion staining (4, 5), and oblique illumination (6). Only the dispersion staining (DS) can meet the above specific needs for the routine PLM analysis of bulk asbestos samples in commercial environmental laboratories.

This paper proposes a rapid procedure for asbestos analysts to convert the observed DS color associated with $\alpha$ or $\gamma$ for a specific asbestos mineral in a specific RI liquid through its matching wavelength $\lambda_m$ into the corresponding numerical RI value with desirable accuracy.

## DISPERSION STAINING TECHNIQUE

To fully understand dispersion staining, it is necessary to review the following basic concepts:

• Dispersive property: A physical property changing its value with optical wavelength. Refractive index is a dispersive property. The same material exhibits different RI values at different wavelengths.

• Refractive indices of the majority of materials decrease with increasing wavelength.

• Refractive indices of all asbestos minerals and RI liquids decrease with increasing wavelength.

• Hartmann equation (7): An equation relating refractive, n, with wavelength, $\lambda$:

$$n = a + b/\lambda + c^2/\lambda^2 + \dots$$

where, a, b, and c are constants.

A 2-term Hartmann equation, $n = a + b/\lambda$ is sufficiently accurate to describe the quantitative relationship between n and $\lambda$ for the purpose of discussion.

• Visible spectrum: 400–740 nm or 4,000–7,400 Å.

• Fraunhöfer spectral lines in the visible spectrum:
F (blue)    −486.1 nm    $n_F$    −RI at 486.1 nm
D (yellow)  −589.3 nm    $n_D$    −RI at 589.3 nm
C (red)     −656.3 nm    $n_C$    −RI at 656.3 nm

The F, D, and C wavelengths are rounded off in Figure 1A.

• The standard wavelength used to describe the RI of a material is D (yellow) or 589.3 nm. When we say a chrysotile fiber has $\gamma = 1.556$ and $\alpha = 1.548$, it is implied that the RI is for yellow light (D or 589.3 nm wavelength).

• Dispersion coefficient (DC), $[n_F - n_C]$, describes



**Figure 2.** The CSDS colors of NIST SRM (Standard Reference Material) 1866 chrysotile ($\alpha = 1.549$; $\gamma = 1.556$) in 1.550 HD-L RI liquid from DRIMMC at 23° C.

the dispersion power of a material. The larger the value, the higher the dispersion power. Generally, liquids have a higher DC than solids.

• Dispersion curve: Plot of RI n against wavelength $\lambda$, a nearly linear curve on a Hartmann dispersion chart ($n = a + b/\lambda$).

• Matching wavelength, $\lambda_m$: The wavelength at the intersection point of the dispersion curve of a solid with that of its surrounding liquid medium; the solid and liquid have the same RI at this wavelength.

The immersion method is an effective way to determine the RI of small solid objects. An unknown non-opaque specimen is immersed in a series of liquid media with different RI values, and its RI is compared against that of the liquid. If a match in RI between the solid and liquid is reached, the unknown solid's RI ($n_D^S$) is considered to be equal to the liquid's ($n_D^L$).

Dispersion staining is a technique for the quantitative evaluation of the RI match/mismatch between $n_D^S$ and $n_D^L$ or the sign and magnitude of ($n_D^S - n_D^L$) using a special objective lens to filter out either the matching wavelength $\lambda_m$ (central stop mode) or the complementary wavelengths of $\lambda_m$ (annular stop mode). Figures 1B and 1C illustrate the principle of dispersion staining. The differences between the two DS modes are summarized in Table 1 (see Tables 1–16 on pages 61–69). Because the accuracy of the DS technique is dependent on the accuracy of assessing $\lambda_m$, the central stop dispersion staining (CSDS), which transmits the complementary wavelengths of $\lambda_m$ on a dark background (Figure 2), is more accurate and suitable than the annular stop dispersion staining (ASDS) mode, which transmits $\lambda_m$ on a bright background, for $\lambda_m$

assessment. Some types of dispersion staining objectives are equipped with a turning wheel or slider, which has both central and annular stops. One can quickly switch between the two modes of observation and combine both CSDS and ASDS colors to get a more accurate $\lambda_m$ assessment.

## THE RELATIONSHIP BETWEEN THE DISPERSION STAINING COLOR AND THE REFRACTIVE INDEX

Su (8–10) established the quantitative relationship among n, $\lambda_m$, $\Delta^L = [n_F-n_C]_{liquid}$, and $\Delta^S = [n_F-n_C]_{solid}$:

$$n_D^S = n_D^L + (\Delta^L - \Delta^S) \times k_D \qquad \textbf{Equation 1}$$

where

$n_D^S$ – the RI value of the solid at 589.3 nm;
$n_D^L$ – the RI of the liquid at 589.3 nm and t° C;
$\Delta^L$ – the dispersion coefficient of the liquid, i.e., $[n_F-n_C]_{liquid}$;
$\Delta^S$ – the dispersion coefficient of the solid, i.e., $[n_F-n_C]_{solid}$;
$k^D$ – a coefficient that is a function of $\lambda_m$ and Fraunhöfer lines F, D, and C in accordance with the Hartmann dispersion relationship, which is equal to $[(\lambda_m-200)^{-1} - (\lambda_D-200)^{-1}] / [(\lambda_F-200)^{-1} - (\lambda_C-200)^{-1}]$ or $[(\lambda_m-200)^{-1} - 0.002571] / 0.001304$.

1. The measurement of a solid's RI is replaced by the measurement of $\lambda_m$ because both the liquid's RI and liquid's temperature are known. Dispersion staining is therefore a rapid and effective technique for assessing $\lambda_m$. That is why DS is ideally applicable for asbestos identification.

2. The solid's RI is the function of the dispersion coefficients of the solid and liquid, i.e., $\Delta^S$ and $\Delta^L$. The $\Delta^S$ of asbestos minerals are always less than $\Delta^L$ of RI liquids.

3. For the purpose of building $\lambda_m$−t to asbestos RI conversion look-up tables, the equation is:

$$n_D^S = n_D^L + (\Delta^L - \Delta^S) \times k_D - (25-t) \times dn/dt \quad \textbf{Equation 2}$$

where t is the temperature of the RI liquid at measurement; dn/dt is the temperature coefficient of the liquid, a negative value.

## THE HIGH DISPERSION RI LIQUIDS

The dispersion staining technique relies on the observed DS color to assess $\lambda_m$. A greater $(\Delta^L - \Delta^S)$ or greater dispersion coefficient of the RI liquid will produce more vibrant and better-defined DS colors, resulting in a more accurate $\lambda_m$.

There are two brands of high dispersion liquids on the market. Table 2 is a comparison of the dispersion coefficients of their high-dispersion series (HD for DRIMMC and E or B for Cargille) used in asbestos analysis.

On average, DRIMMC liquid's dispersion coefficient is 14.8% higher than that of Cargille liquids. For the most-frequently used 1.550 liquid, DRIMMC has two series HD-S and HD-L with almost identical dispersion coefficients. The author also found that the HD-S liquid maintains a pleasant aroma, whereas the HD-L has the pungent smell typical of conventional RI liquids.

## THE DISPERSION COEFFICIENT OF ASBESTOS MINERALS

All asbestos minerals are crystalline materials and their dispersion coefficients are determined by their elemental composition and crystallographic structures. Despite the fact that the same type of asbestos minerals from different localities will have slight variations in chemistry and structure that may cause slight changes in the values of $n_F$, $n_D$, and $n_C$, their dispersion coefficients $[n_F-n_C]$ remain relatively stable or only slightly affected. Equation 1 indicates that if the dispersion coefficient of solid $\Delta^S$ is known, $n_D^S$ can be derived from the observed $\lambda_m$. Therefore, based on the dispersion coefficient data of six well-characterized asbestos minerals in Table 3, it is possible to establish quantitative relationships (Tables 4 and 5) between $\Delta^S$ and $\lambda_m$, which are equally applicable to the same type of asbestos from different locations.

## PROCEDURE

### 1. Stereomicroscopical examination.

Examine the homogenized sample under a stereomicroscope. Based on the morphology and color, an initial identification can usually be reached for the type of asbestos present in the sample.

### 2. Check the alignment of the polarized light microscope.

Make sure that the microscope is properly aligned:
• DS objective and its central stop is centered;
• substage condenser is centered (if possible, set the microscope according to Köhler illumination principles); and
• the vibration (or privileged) directions of

SHU-CHUN SU



**Figure 3.** Converting dispersion staining color to corresponding $\lambda_m$, i.e., $\lambda_0$ in the chart (5).



**Figure 4.** Optical orientation of tremolite and actinolite.

polarizer and analyzer are parallel to the E–W and N–S crosslines in the eyepiece, respectively.

### 3. Select a proper RI liquid to mount the sample.

Mount the suspected asbestos fibers in an appropriate RI liquid according to Table 6 DRIMMC liquid (13) or Table 7 Cargille liquid (14), which lists two cases: 1) for regulatory, legal, forensic, etc., which requires higher accuracy, and 2) for routine commercial analysis with less stringent accuracy requirements. For high-accuracy measurements such as regulatory, legal, and forensic analysis, etc., the rule of thumb is to choose RI liquids as close as possible to the RI's that will be measured. For example, there are chrysotile minerals whose RIs are significantly higher than those of the standard chrysotile from the NIST SRM 1866 set. In that case, 1.555 or 1.560, instead of 1.550, RI liquids should be used to determine $\gamma$ (Table 6). When efficiency is a priority and the accuracy requirement is less stringent, choose an RI liquid higher than $\alpha$ and lower than $\gamma$ so that the two RIs can be determined in a single preparation.

It is imperative to have a fresh surface of asbestos fibers in direct contact with the surrounding RI liquid. Sometimes, the surface of an asbestos bundle may be coated with matrix or binder materials. In this case, true DS colors may not be properly displayed. A simple and effective way to bring out the true DS colors is to grind or rub the fiber bundle with a steel needle or probe to break the fiber bundle into finer bundles to reveal some fresh surface in direct contact with the surrounding liquid.

### 4. Measure the temperature of the RI liquid.

Measure and record t (in °C) corresponding to the temperature of the RI liquid on the microscope slide. If the temperature of the liquid, slide, cover glass, and sample can be reasonably assumed to be in equilibrium with the room temperature, t can be assumed to be equal to the room temperature. The temperature data

is needed for making a temperature correction. The light source of certain microscope might heat up the microscope stage and slide, resulting in an increase of 2° C or more in the liquid temperature.

### 5. Observe the central stop DS color associated with $\gamma$ of the asbestos fibers.

Assuming the polarizer's linear vibration direction is E–W, refer to Table 8 to orient the asbestos fiber for measurement. It is simple to locate both $\alpha$ and $\gamma$ for chrysotile, amosite, and crocidolite, all of which exhibit "uniaxial" characteristics, by following the description in Table 8. A small range of DS colors is usually displayed. Record the prevalent CSDS color (Figure 3) as the measure of $\lambda_m$ of $\alpha$.

It is not easy, however, to locate $\alpha$ and $\gamma$ for tremolite and actinolite, both of which exhibit monoclinic extinction characteristics. Their fibrous morphology makes it even harder to do so because it is impossible to obtain the interference figure of a fine fiber or fiber bundle to locate $\alpha$ or $\gamma$. The only measurable property related to the $\gamma$ location is the extinction angle $\theta$. For tremolite and actinolite, $\gamma$ and $\alpha$ are in the a–c crystallographic plane, i.e., the plane containing both a- and c-axes, or (010) plane, in which $\gamma$ exhibits a maximum extinction angle to the c-axis, the fiber elongation axis (Figure 4).

By definition, the extinction angle is defined as the acute angle between $\gamma$ and the fiber elongation axis (c-axis for tremolite and actinolite). Because thin fibers in a RI liquid can rotate freely around their elongation axes, a randomly chosen tremolite or actinolite fiber may not exhibit its true extinction angle but a range of extinction angles from 0° (parallel extinction) up to its true extinction angle, which may be 20° or more; it is mostly between 15° and 18° (15) Rotate a tremolite or actinolite fiber to the extinction position near the E–W crossline (with an E–W polarizer) and measure its extinction angle relative to the E–W crossline. After measuring at least a dozen or more oblique extinction fibers, the one that exhibits the largest extinction angle is the fiber having a RI statistically closest to the true $\gamma$. Record its CSDS color as a measurement of the true $\gamma$. Once $\gamma$ is found, one can rotate the fiber 90° and $\alpha$ is now parallel to the E–W polarizer. The CSDS color of $\alpha$ can now be recorded.

It is not always possible to locate the true $\gamma$ because the fiber with the largest extinction angle statistically may not be the true $\gamma$ but a $\gamma'$ close to $\gamma$. It will be necessary to evaluate the possible deviation of a $\gamma'$ from $\gamma$ if the apparent (observed) extinction angle is less than the true extinction angle. Figure 5

is the α−γ section of the optical indicatrix of tremolite or actinolite, which contains the c-axis. θ is the true extinction angle. The γ′ values for any direction between γ and c can be easily calculated. Table 9 is the calculation of the possible RI (γ′) values and their deviations from the true γ value (γ−γ′) for a randomly-chosen oblique extinction fiber when the fiber has an extinction angle of 20°. According to Table 9, any oblique extinction fiber's γ′ will not deviate from the true γ by more than 0.0035, well within the acceptable absolute error of 0.005 or higher required by NVLAP in its biannual proficiency testing. Therefore, it can be concluded that, as long as an oblique extinction fiber with a distinctive extinction angle is measured, its γ′ value will meet the NVLAP accuracy requirements for γ; the same conclusion is true for α.

**6. Convert the observed DS color into the corresponding matching wavelength λ_m between the asbestos fiber and the RI liquid used by referring to Table 10 and Figure 3.**

Unlike Figure 3, the increments of the matching wavelength in Table 10 are not a uniform 20 nm (for the most part). The increments in Table 10 are coarser than those of Figure 3. For example, if an observed CSDS color is yellow-orange, which does not fall right on a specific color but between two adjacent colors: golden yellow (455 nm) and orange (485 nm). The color can be interpolated as 470 nm. For an experienced analyst, one can assign the color to be 460 nm if closer to golden yellow or 480 nm if closer to orange.

**7. Find out the numerical value of γ corresponding to the observed λ_m and t.**

Search the conversion look-up table, e.g., Table 4 (DRIMMC liquid) or Table 5 (Cargille liquid) for chrysotile, or the attached conversion tables for other asbestos minerals (listed in Table 11 and downloadable by scanning the QR code on page 51) to convert the observed λ_m and t into the corresponding numerical value of the RI γ.

Dispersion staining does not require that the RI of the liquid match the solid's RI at exactly 589.3 nm, i.e., $n_D^S = n_D^L$; $n_D^L$ could be lower or higher than $n_D^S$ as long as λ_m is within the visible range 400 to 740 nm. DS exhibits $(n_D^S - n_D^L)$ as a DS color, which is a function of $(n_D^S - n_D^L)$. In other words, the DS color tells us whether $n_D^S$ is lower or higher than $n_D^L$ and by how much (Equation 1). Because $n_D^L$ is known, $n_D^S$ is then determined. All required computations by Equation 1 are built into the look-up Table 4 (DRIMMC liquids) or Table 5 (Cargille liquids) to facilitate the quick solution of $n_D^S$.



**Figure 5.** In this α−γ section of the optical indicatrix of tremolite and actinolite, the RI value of a direction is equal to the corresponding radius of the ellipse, e.g., the RI along the c-axis or the fiber elongation axis is the radius $γ_c′$. The extinction angle is θ, i.e., the angle between γ and c. Any fiber that exhibits an apparent (observed) extinction angle less than θ will have an RI (γ′) equivalent to its corresponding radius between γ and $γ_c′$ (Table 9).

**8. Observe the DS color associated with α of the asbestos fibers.**

For chrysotile, amosite, and crocidolite, rotate the fiber 90° from the γ position to measure α. Again, a range of DS colors is usually displayed. Record the prevalent CSDS color (e.g., Figure 2 for chrysotile) as the measure of α.

For tremolite or actinolite, as mentioned in procedure No. 5, the direction 90° from γ is α. For anthophyllite, trial and error is still the only viable approach to finding α. Align the fiber parallel to the N–S crossline with an E–W polarizer. At this position, the RI displayed could be any value between α and β, most likely α′. Measure at least a dozen fibers, and the longest matching wavelength color (Table 10 and Figure 3), i.e., corresponding to the lowest RI value, is the closest to α.

**9. Convert the observed DS color into the corresponding matching wavelength λ_m between the asbestos**



**Figure 6.** Cross sections of the indicatrix of chrysotile: A) ⊥ γ and B) ‖ (α−γ).

**fiber and the RI liquid used by referring to Table 10 and Figure 3.**

Although both Table 10 and Figure 3 are capable of converting DS colors into the corresponding λ_m, Table 10 is preferred because the colors of Figure 3 are affected by quite a few factors, such as the color temperature of the microscope light source, intensity of the incident light, printer's color fidelity, etc.

**10. Find out the numerical value of α corresponding to the observed λ_m and t.**

Search the conversion table, e.g., Table 4 (DRIMMC liquid) or Table 5 (Cargille liquid) for chrysotile, or conversion tables for other asbestos minerals (listed in Table 11 and downloadable by scanning the QR code on page 51) to convert the observed λ_m and t into the corresponding numerical value of RI γ.

**HIGH-MAGNIFICATION DISPERSION STAINING OBJECTIVE AND PHASE CONTRAST DISPERSION STAINING**

The best result for the DS technique is obtained using a 10× objective lens because its small (0.17−0.25) numerical aperture (NA) is best suited to achieve an axial light beam. The paramount importance of using an axial light beam in RI measurement cannot be overemphasized. However, sometimes the specimen particle is so minute, higher magnification objectives are desirable. To meet this demand primarily in asbestos analysis, a microscope manufacturer introduced a 40× DS objective lens with an NA = 0.75 (16), which generates a 97° light cone to illuminate the whole field of view. This light cone contains a wave normal whose angle to the plane of the slide ranges from 0° to 42°. For isotropic crystals, its optical indicatrix (7, 17) is a sphere, meaning every direction exhibits the same RI.

The circular cross section of the uniaxial optical indicatrix perpendicular is similar to the c crystallographic axis. Mineralogically speaking, chrysotile is a monoclinic crystal and biaxial. Because of the strain-related deformation in the crystal structure, the asbestiform chrysotile forms a tabular fibril that is composed of concentrically or spirally curved layers (18). It behaves optically like a uniaxial crystal with two principal refractive indices, ω (equivalent to α) and ε (equivalent to γ), with a singular circular section perpendicular to γ, i.e., the c-axis (Figure 6A). Only in the case of an isotropic crystal or the circular section of a uniaxial crystal, is a conical convergent beam capable of measuring the target RI, i.e., n for isotropic and ω (α) for uniaxial. It is acceptable for an analyst to use a 40× DS objective to measure α of chrysotile. It is not acceptable, however, to use the same objective to measure γ of chrysotile because the wave normal is up to ≈42° in the conical convergent beam, and so it is not parallel to the γ direction. The RI measured by the range of the wave normal is γ′ instead of the true γ (Figure 6B).

Therefore, the 40× DS objective is capable of measuring α of chrysotile but not the true γ. From a mineralogy standpoint, it is incapable of measuring α and γ of the five amphibole asbestos minerals because their crystallographic systems are either monoclinic or orthorhombic. For monoclinic and orthorhombic asbestos minerals, the 40× DS objective can only measure α′ and γ′ instead of true α and true γ.

Yet for practical reasons, it must be pointed out that in the case of fibers exhibiting low birefringence recording γ′ may be within the NVLAP-acceptable error for γ (see the error estimate in Table 9). And it is acceptable to use the 40× DS objective for RI measurement of asbestos minerals even though one is not measuring the true α or γ but an α′ reasonably close to the true α and a γ′ reasonably close to the true γ.

The above analysis is equally applicable to phase contrast DS, whose light path is illustrated in Figure 7. The highly convergent incoming light beams will result in a highly convergent wave normal cone, which can only measure chrysotile's $\alpha$ but not $\gamma$. Nor can it measure the true $\alpha$ and $\gamma$ of any biaxial crystals, such as the five amphibole asbestoses.

Again, for practical reasons, in the case of fibers exhibiting low birefringence recording $\gamma'$ may be within the NVLAP-acceptable error for $\gamma$ (see the error estimate in Table 9). And it is acceptable to use phase contrast dispersion staining for RI measurement of asbestos minerals even though one is not measuring the true $\alpha$ or $\gamma$ but an $\alpha'$ reasonably close to the true $\alpha$ and a $\gamma'$ reasonably close to the true $\gamma$.

## CALIBRATION OF RI LIQUIDS USING CARGILLE OPTICAL GLASS STANDARDS

To ensure the accuracy of measurement, it is necessary to make sure that the RI liquids used have correct RI values. The calibration of RI liquids can only be accurately performed using an Abbe refractometer. When an Abbe refractometer is not available, an alternative means of calibration (in fact it is not a calibration in its strict sense but practically a verification) is by using optical glasses that have accurate and precise RI values, such as the optical glass standards manufactured by Cargille (20). Since the NVLAP program uses "calibration" in its documents and allows the use of optical glass standards, we can follow NVLAP program usage, yet it is actually a "verification" of whether an RI liquid is within ±0.004 of its $n_D^{25°}$ value. There are three Cargille Reference Sets on the market: M-7, M-24, and M-25 (14). Table 12 summarizes the parameters of Cargille glasses suitable for RI liquid calibration. There are many overlaps among the three sets with the same or different lot numbers.

The procedure for the calibration of RI liquids using optical glass standards is similar to the above procedure for the measurement of RI of asbestos minerals using RI liquids. In asbestos identification, a liquid with known RI is the "known," and the asbestos mineral's RI is the "unknown" to be measured. In the RI liquid calibration, the role is reversed: the optical glass standard with known RI is the "known," and the RI of the liquid is the "unknown" to be measured. Therefore, their operational procedures are the same. However, the equation used in generating the look-up conversion tables is different in terms of the sign of the temperature correction.



**Figure 7.** The light path of phase contrast microscope (19).

$$n_D^S = n_D^L + (DL-DS) \times k_D + (25-T) \times dn/dt \quad \textbf{Equation 3}$$

After finding the matching wavelength $\lambda_m$ at temperature t, the RI of liquid at D wavelength (589.3 nm) and 25° C can be read from the look-up conversion tables in Table 13 (DRIMMC liquid) or Table 14 (Cargille liquid), which are built using Equation 3 for the liquid-glass combinations in Table 15. Table 16 is a recommended form for recording RI liquid calibration results using Cargille glass standards.

## SUMMARY

1. Dispersion staining is an effective technique for quantifying the RI difference between a non-opaque solid and its surrounding RI liquid medium. Between the two modes of DS, central stop dispersion staining is the most suitable for routine analysis in bulk asbestos identification.

2. In the majority of cases, one bulk sample preparation is sufficient to measure both $\alpha$ and $\gamma$ to the desired accuracy required by NVLAP. For NVLAP proficiency testing, separate RI liquids for $\alpha$ and $\gamma$ are recommended (Tables 6 and 7).

3. A full suite of 40 conversion look-up tables has been developed to facilitate the conversion of the observed matching wavelength $\lambda_m$, and temperature t,

to the corresponding refractive index value for the six regulated asbestos minerals. Those tables can be downloaded by scanning the QR code on page 51.

4. The RI liquids from DRIMMC have relatively higher dispersion coefficients than other RI liquids and are capable of producing more vibrant and better-defined dispersion staining colors leading to better accuracy in the assessment of the matching wavelength $\lambda_m$. The author also found that the HD-S 1.550 liquid maintains a pleasant aroma, without the pungent smell typical of conventional RI liquids.

5. Despite the fact that the high-magnification DS objective lens is only adequate to measure chrysotile's $\alpha$ but not its $\gamma$, or the $\alpha$ or $\gamma$ of the five amphiboles, it is practically capable of obtaining an $\alpha'$ reasonably close to the true $\alpha$ in the case of amphiboles and a $\gamma'$ reasonably close to the true $\gamma$ in the case of chrysotile and amphiboles. The same is true for the high-magnification phase contrast objective lens.

6. In the absence of an Abbe refractometer, RI liquids can be calibrated (verified) using optical glass standards. Twenty-two comprehensive conversion look-up tables for both DRIMMC and Cargille RI liquids have been constructed and can be downloaded by scanning the QR code on page 51.

## ACKNOWLEDGMENTS

I would like to thank Peter M. Cooke, MICA (Microscopy Instruction, Consultation and Analysis), for his critical reviews, inspirational comments, and constructive contributions to the improvement of this paper. Valuable advice from Dr. Mickey E. Gunter, Emeritus University Distinguished Professor at University of Idaho, is greatly appreciated. I also thank both Cargille Laboratories and Delaware Research Institute of Microscopy and Material Characterization LLC for kindly providing the specifications of their products.

## REFERENCES CITED

1. U.S.C. Asbestos Hazard Emergency Response Act. Title 15 — Commerce and Trade, Chapter 53 — Toxic Substances Control, Subchapter II, 1986.

2. U.S. EPA. 40 CFR Appendix E to Subpart E of Part 763 — Interim Method of the Determination of Asbestos in Bulk Insulation Samples, 1982.

3. Bloss, F.D. An *Introduction to the Methods of Optical Crystallography*, First Edition, Holt, Rinehart & Winston, Inc.: New York, vii + 294 pp, 1961.

4. Wilcox, R. "Refractive Index Determination Using the Central Focal Masking Technique with Dispersion Colors," *American Mineralogist*, 68, pp 1226–1236, 1983.

5. McCrone, W.C. *Asbestos Identification*, McCrone Research Institute: Chicago, 1987.

6. Stoiber, R.E. and Morse, S.A. *Crystal Identification with the Polarized Light Microscope*, Chapman & Hall: New York, 1994.

7. Bloss, F.D. *Optical Crystallography*, Mineralogical Society of America: Washington, D.C., 231 pp, 1999.

8. Su, S.C. "Determination of Refractive Index of Solids by Dispersion Staining Method — An Analytical Approach," C.L. Rieder, ed., Proceedings of 51st Annual Meeting of the Microscopy Society of America, pp 456–457, 1993.

9. Su, S.C. "Dispersion Staining: Principles, Analytical Relationships and Practical Applications to the Determination of Refractive Index," *The Microscope*, 46, pp 123–146, 1998.

10. Su, S.C. "A Rapid and Accurate Procedure for the Determination of Refractive Indices of Asbestos Minerals," *American Mineralogist*, 88, pp 1979–1982, 2003.

11. NIST SRM. *Certificate of Analysis: Standard Reference Material 1866*, National Institute of Standard and Technology: Gaithersburg, MD, 1988A.

12. NIST SRM. *Certificate of Analysis: Standard Reference Material 1867*, National Institute of Standard and Technology: Gaithersburg, MD, 1988B.

13. DRIMMC. *Specifications of High Dispersion Refractive Index Liquids*, Delaware Research Institute of Microscopy and Material Characterization: Newark, DE, 2021.

14. Cargille M-24 Reference Set Precise Optical Values. RS-M24-T-0172, Cargille Laboratories: Cedar Grove, NJ, 2017.

15. Verkouteren, J.R. and Wylie, A.G. "The Tremolite–Actinolite–Ferro-Actinolite Series: Systematic Relationships Among Cell Parameters, Composition, Optical Properties, and Habit, and Evidence of Discontinuities," *American Mineralogist*, 85, pp 1239–1254, 2000.

16. Meiji Techno MA938D Dispersion Staining Plan for Transmitted Light 40× Objective Polarizing Brightfield Objective for MT9000, MT9400, MT9500 and MT9900 Polarizing Upright Series, https://meijitechno.com/ma938d-transmitted-light-40x-objective (accessed July 26, 2022).

17. Dyar, M.D. and Gunter, M.E. *Mineralogy and Optical Mineralogy*, 2nd Edition, Mineralogical Society of America: Chantilly, VA, 708 pp, 2019.

18. Yada, K. "Study of Microstructure of Chrysotile Asbestos by High-Resolution Electron Microscopy," *Acta Crystallographica*, A27, pp 659–664, 1971.

19. TheFreeDictionary.com by Farlex, Inc. "Phase-contrast microscope," https://medical-dictionary.thefreedictionary.com/phase-contrast+microscope (accessed July 26, 2022).

20. Su, S.C. "Calibration of Refractive Index Liquids Using Optical Glass Standards with Dispersion Staining Technique," *The Microscope*, 40, pp 95–108, 1992. ∎

*See Tables 1–16 on pages 61–69*

SHU-CHUN SU

### Table 1. Comparison of the Two Modes of Dispersion Staining Techniques

| Mode of dispersion staining | | **Central Stop** | **Annular Stop** |
|---|---|---|---|
| Objective lens used | | Central stop | Annular stop |
| Wavelengths observed | | $(<\lambda_m) + (>\lambda_m)$ | $\lambda_m$ |
| DS color observed at different $n_S$ vs. $n_L$ relationship | $n_S \gg n_L$ | Ver pale yellow | Black violet |
| | $n_S > n_L$ | Yellowish-reddish | Bluish-greenish |
| | $n_S = n_L$ | Deep blue | Yellow |
| | $n_S < n_L$ | Bluish-greenish | Orangish-brownish |
| | $n_S \ll n_L$ | Very pale blue-green | Black brown |
| Background | | Darkfield | Brightfield |
| Accuracy of assessing $\lambda_m$ | | Higher | Lower |

### Table 2. Dispersion Coefficients of DRIMMC and Cargille RI Liquids

| RI Liquid | 1.550 | 1.605 | 1.610 | 1.615 | 1.620 | 1.625 | 1.630 | 1.635 | 1.640 | 1.680 | 1.700 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DRIMMC[1] | HD-S | HD-L | HD-L | HD-L | HD-L | HD-L | HD-L | HD-L | HD-L | HD-L | HD-L |
| | 0.0274 | 0.0313 | 0.0315 | 0.0319 | 0.0323 | 0.0327 | 0.0328 | 0.0332 | 0.0338 | 0.0383 | 0.0378 |
| Cargille[2] | E | E | E | E | E | E | E | E | E | B | B |
| | 0.0267 | 0.0243 | 0.0251 | 0.0259 | 0.0275 | 0.0275 | 0.0283 | 0.0291 | 0.0299 | 0.0348 | 0.0370 |

[1]Manufactured by Delaware Research Institute of Microscopy and Material Characterization LLC.
[2]Manufactured by Cargille Laboratory.

### Table 3. Refractive Indices and Dispersion Coefficients [$n_F - n_C$] of Six Asbestos Minerals

| Asbestos | RI | $n_F$ | $n_D$ | $n_C$ | [$n_F - n_C$] | Reference |
|---|---|---|---|---|---|---|
| Chrysotile | $\alpha$ | 1.5563 | 1.5486 | 1.5455 | 0.0107* | NIST SRM 1866 (11) |
| | $\gamma$ | 1.5649 | 1.5564 | 1.5531 | 0.0119* | |
| Grunerite (Amosite) | $\alpha$ | 1.6937 | 1.6790 | 1.6731 | 0.0206 | |
| | $\gamma$ | 1.7157* | 1.7010 | 1.6951 | 0.0206* | |
| Riebeckite (Crocidolite) | $\alpha$ | 1.7132 | 1.7015 | 1.6971 | 0.0161 | Figures 104A, 104B (5) |
| | $\gamma$ | 1.7206 | 1.7072 | 1.7032 | 0.0174 | |
| Tremolite | $\alpha$ | 1.6128 | 1.6063 | 1.6036 | 0.0092 | NIST SRM 1867 (12) |
| | $\beta$ | 1.6299 | 1.6230 | 1.6201 | 0.0098 | |
| | $\gamma$ | 1.6423 | 1.6343 | 1.6310 | 0.0113 | |
| Actinolite | $\alpha$ | 1.6201 | 1.6126 | 1.6095 | 0.0106 | |
| | $\beta$ | 1.6369 | 1.6288 | 1.6254 | 0.0115 | |
| | $\gamma$ | 1.6485 | 1.6393 | 1.6355 | 0.0130 | |
| Anthophyllite | $\alpha$ | 1.6227 | 1.6148 | 1.6116 | 0.0111 | |
| | $\beta$ | 1.6350 | 1.6273 | 1.6241 | 0.0109 | |
| | $\gamma$ | 1.6449 | 1.6362 | 1.6326 | 0.0123 | |

*Recalculated from the regression analysis of SRM 1866 original data.

61

**Table 4. $\lambda_m$ and t to RI Conversion for Chrysotile in DRIMMC 1.550 (HD-S or L)**

| $\lambda_m$ (nm) | $\alpha$ | | | | | | | $\gamma$ | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 17° C | 19° C | 21° C | 23° C | 25° C | 27° C | 29° C | 17° C | 19° C | 21° C | 23° C | 25° C | 27° C | 29° C |
| 300 | 1.648 | 1.647 | 1.646 | 1.645 | 1.644 | 1.643 | 1.642 | 1.641 | 1.640 | 1.639 | 1.638 | 1.637 | 1.636 | 1.635 |
| 320 | 1.627 | 1.626 | 1.625 | 1.624 | 1.623 | 1.622 | 1.621 | 1.622 | 1.621 | 1.620 | 1.619 | 1.618 | 1.617 | 1.616 |
| 340 | 1.612 | 1.611 | 1.610 | 1.609 | 1.608 | 1.607 | 1.606 | 1.608 | 1.607 | 1.606 | 1.605 | 1.604 | 1.603 | 1.602 |
| 360 | 1.601 | 1.600 | 1.599 | 1.598 | 1.597 | 1.596 | 1.595 | 1.597 | 1.596 | 1.595 | 1.594 | 1.593 | 1.592 | 1.591 |
| 380 | 1.592 | 1.591 | 1.590 | 1.589 | 1.588 | 1.587 | 1.586 | 1.589 | 1.588 | 1.587 | 1.586 | 1.585 | 1.584 | 1.583 |
| 400 | 1.585 | 1.584 | 1.583 | 1.582 | 1.581 | 1.580 | 1.579 | 1.582 | 1.581 | 1.580 | 1.579 | 1.578 | 1.578 | 1.577 |
| 420 | 1.579 | 1.578 | 1.577 | 1.576 | 1.575 | 1.574 | 1.573 | 1.577 | 1.576 | 1.575 | 1.574 | 1.573 | 1.572 | 1.571 |
| 440 | 1.574 | 1.573 | 1.572 | 1.571 | 1.570 | 1.569 | 1.568 | 1.573 | 1.572 | 1.571 | 1.570 | 1.569 | 1.568 | 1.567 |
| 460 | 1.570 | 1.569 | 1.568 | 1.567 | 1.566 | 1.565 | 1.564 | 1.569 | 1.568 | 1.567 | 1.566 | 1.565 | 1.564 | 1.563 |
| 480 | 1.567 | 1.566 | 1.565 | 1.564 | 1.563 | 1.562 | 1.561 | 1.566 | 1.565 | 1.564 | 1.563 | 1.562 | 1.561 | 1.560 |
| 500 | 1.564 | 1.563 | 1.562 | 1.561 | 1.560 | 1.559 | 1.558 | 1.563 | 1.562 | 1.561 | 1.560 | 1.559 | 1.558 | 1.557 |
| 520 | 1.561 | 1.560 | 1.559 | 1.558 | 1.557 | 1.556 | 1.555 | 1.560 | 1.559 | 1.558 | 1.557 | 1.557 | 1.556 | 1.555 |
| 540 | 1.559 | 1.558 | 1.557 | 1.556 | 1.555 | 1.554 | 1.553 | 1.558 | 1.557 | 1.556 | 1.555 | 1.554 | 1.553 | 1.552 |
| 560 | 1.557 | 1.556 | 1.555 | 1.554 | 1.553 | 1.552 | 1.551 | 1.556 | 1.555 | 1.554 | 1.553 | 1.552 | 1.551 | 1.550 |
| 580 | 1.555 | 1.554 | 1.553 | 1.552 | 1.551 | 1.550 | 1.549 | 1.555 | 1.554 | 1.553 | 1.552 | 1.551 | 1.550 | 1.549 |
| 600 | 1.553 | 1.552 | 1.551 | 1.550 | 1.549 | 1.548 | 1.547 | 1.553 | 1.552 | 1.551 | 1.550 | 1.549 | 1.548 | 1.547 |
| 620 | 1.552 | 1.551 | 1.550 | 1.549 | 1.548 | 1.547 | 1.546 | 1.552 | 1.551 | 1.550 | 1.549 | 1.548 | 1.547 | 1.546 |
| 640 | 1.550 | 1.549 | 1.548 | 1.547 | 1.546 | 1.545 | 1.544 | 1.550 | 1.549 | 1.548 | 1.547 | 1.547 | 1.546 | 1.545 |
| 660 | 1.549 | 1.548 | 1.547 | 1.546 | 1.545 | 1.544 | 1.543 | 1.549 | 1.548 | 1.547 | 1.546 | 1.545 | 1.544 | 1.543 |
| 680 | 1.548 | 1.547 | 1.546 | 1.545 | 1.544 | 1.543 | 1.542 | 1.548 | 1.547 | 1.546 | 1.545 | 1.544 | 1.543 | 1.542 |
| 700 | 1.547 | 1.546 | 1.545 | 1.544 | 1.543 | 1.542 | 1.541 | 1.547 | 1.546 | 1.545 | 1.544 | 1.543 | 1.542 | 1.541 |
| 720 | 1.546 | 1.545 | 1.544 | 1.543 | 1.542 | 1.541 | 1.540 | 1.546 | 1.545 | 1.544 | 1.543 | 1.542 | 1.541 | 1.540 |
| 740 | 1.545 | 1.544 | 1.543 | 1.542 | 1.541 | 1.540 | 1.539 | 1.546 | 1.545 | 1.544 | 1.543 | 1.542 | 1.541 | 1.540 |
| 760 | 1.544 | 1.543 | 1.542 | 1.541 | 1.540 | 1.539 | 1.538 | 1.545 | 1.544 | 1.543 | 1.542 | 1.541 | 1.540 | 1.539 |
| 780 | 1.543 | 1.542 | 1.541 | 1.540 | 1.539 | 1.538 | 1.537 | 1.544 | 1.543 | 1.542 | 1.541 | 1.540 | 1.539 | 1.538 |
| 800 | 1.543 | 1.542 | 1.541 | 1.540 | 1.539 | 1.538 | 1.537 | 1.543 | 1.542 | 1.541 | 1.540 | 1.539 | 1.538 | 1.537 |
| 850 | 1.541 | 1.540 | 1.539 | 1.538 | 1.537 | 1.536 | 1.535 | 1.542 | 1.541 | 1.540 | 1.539 | 1.538 | 1.537 | 1.536 |
| 900 | 1.539 | 1.539 | 1.538 | 1.537 | 1.536 | 1.535 | 1.534 | 1.541 | 1.540 | 1.539 | 1.538 | 1.537 | 1.536 | 1.535 |
| 950 | 1.538 | 1.537 | 1.536 | 1.535 | 1.534 | 1.533 | 1.532 | 1.539 | 1.538 | 1.537 | 1.536 | 1.535 | 1.534 | 1.534 |
| 1000 | 1.537 | 1.536 | 1.535 | 1.534 | 1.533 | 1.532 | 1.531 | 1.538 | 1.537 | 1.536 | 1.535 | 1.535 | 1.534 | 1.533 |

SHU-CHUN SU

**Table 5. $\lambda_m$ and t to RI Conversion for Chrysotile in Cargille 1.550 (E) — CORRECTED**

| $\lambda_m$ (nm) | $\alpha$ | | | | | | | $\gamma$ | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 17° C | 19° C | 21° C | 23° C | 25° C | 27° C | 29° C | 17° C | 19° C | 21° C | 23° C | 25° C | 27° C | 29° C |
| 300 | 1.645 | 1.644 | 1.643 | 1.642 | 1.641 | 1.640 | 1.639 | 1.638 | 1.637 | 1.636 | 1.635 | 1.634 | 1.633 | 1.632 |
| 320 | 1.625 | 1.624 | 1.623 | 1.622 | 1.621 | 1.620 | 1.619 | 1.619 | 1.618 | 1.617 | 1.616 | 1.615 | 1.614 | 1.613 |
| 340 | 1.610 | 1.609 | 1.608 | 1.607 | 1.606 | 1.605 | 1.604 | 1.606 | 1.605 | 1.604 | 1.603 | 1.602 | 1.601 | 1.600 |
| 360 | 1.599 | 1.598 | 1.597 | 1.596 | 1.595 | 1.594 | 1.593 | 1.596 | 1.595 | 1.594 | 1.593 | 1.592 | 1.591 | 1.590 |
| 380 | 1.591 | 1.590 | 1.589 | 1.588 | 1.587 | 1.586 | 1.585 | 1.588 | 1.587 | 1.586 | 1.585 | 1.584 | 1.583 | 1.582 |
| 400 | 1.584 | 1.583 | 1.582 | 1.581 | 1.580 | 1.579 | 1.578 | 1.581 | 1.581 | 1.580 | 1.579 | 1.578 | 1.577 | 1.576 |
| 420 | 1.578 | 1.577 | 1.576 | 1.575 | 1.574 | 1.573 | 1.572 | 1.576 | 1.575 | 1.574 | 1.573 | 1.572 | 1.571 | 1.570 |
| 440 | 1.573 | 1.573 | 1.572 | 1.571 | 1.570 | 1.569 | 1.568 | 1.572 | 1.571 | 1.570 | 1.569 | 1.568 | 1.567 | 1.566 |
| 460 | 1.570 | 1.569 | 1.568 | 1.567 | 1.566 | 1.565 | 1.564 | 1.568 | 1.567 | 1.566 | 1.565 | 1.564 | 1.563 | 1.563 |
| 480 | 1.566 | 1.565 | 1.564 | 1.563 | 1.562 | 1.561 | 1.560 | 1.565 | 1.564 | 1.563 | 1.562 | 1.561 | 1.560 | 1.559 |
| 500 | 1.563 | 1.562 | 1.561 | 1.560 | 1.559 | 1.558 | 1.557 | 1.563 | 1.562 | 1.561 | 1.560 | 1.559 | 1.558 | 1.557 |
| 520 | 1.561 | 1.560 | 1.559 | 1.558 | 1.557 | 1.556 | 1.555 | 1.560 | 1.559 | 1.558 | 1.557 | 1.556 | 1.555 | 1.554 |
| 540 | 1.558 | 1.557 | 1.557 | 1.556 | 1.555 | 1.554 | 1.553 | 1.558 | 1.557 | 1.556 | 1.555 | 1.554 | 1.553 | 1.552 |
| 560 | 1.556 | 1.555 | 1.554 | 1.554 | 1.553 | 1.552 | 1.551 | 1.556 | 1.555 | 1.554 | 1.553 | 1.552 | 1.551 | 1.550 |
| 580 | 1.555 | 1.554 | 1.553 | 1.552 | 1.551 | 1.550 | 1.549 | 1.555 | 1.554 | 1.553 | 1.552 | 1.551 | 1.550 | 1.549 |
| 600 | 1.553 | 1.552 | 1.551 | 1.550 | 1.549 | 1.548 | 1.547 | 1.553 | 1.552 | 1.551 | 1.550 | 1.549 | 1.548 | 1.547 |
| 620 | 1.552 | 1.551 | 1.550 | 1.549 | 1.548 | 1.547 | 1.546 | 1.552 | 1.551 | 1.550 | 1.549 | 1.548 | 1.547 | 1.546 |
| 640 | 1.550 | 1.549 | 1.548 | 1.547 | 1.546 | 1.545 | 1.544 | 1.551 | 1.550 | 1.549 | 1.548 | 1.547 | 1.546 | 1.545 |
| 660 | 1.549 | 1.548 | 1.547 | 1.546 | 1.545 | 1.544 | 1.543 | 1.549 | 1.548 | 1.547 | 1.546 | 1.545 | 1.545 | 1.544 |
| 680 | 1.548 | 1.547 | 1.546 | 1.545 | 1.544 | 1.543 | 1.542 | 1.548 | 1.547 | 1.546 | 1.545 | 1.544 | 1.543 | 1.543 |
| 700 | 1.547 | 1.546 | 1.545 | 1.544 | 1.543 | 1.542 | 1.541 | 1.547 | 1.546 | 1.545 | 1.544 | 1.544 | 1.543 | 1.542 |
| 720 | 1.546 | 1.545 | 1.544 | 1.543 | 1.542 | 1.541 | 1.540 | 1.547 | 1.546 | 1.545 | 1.544 | 1.543 | 1.542 | 1.541 |
| 740 | 1.545 | 1.544 | 1.543 | 1.542 | 1.541 | 1.540 | 1.539 | 1.546 | 1.545 | 1.544 | 1.543 | 1.542 | 1.541 | 1.540 |
| 760 | 1.544 | 1.543 | 1.542 | 1.541 | 1.540 | 1.539 | 1.538 | 1.545 | 1.544 | 1.543 | 1.542 | 1.541 | 1.540 | 1.539 |
| 780 | 1.544 | 1.543 | 1.542 | 1.541 | 1.540 | 1.539 | 1.538 | 1.544 | 1.543 | 1.542 | 1.541 | 1.540 | 1.539 | 1.538 |
| 800 | 1.543 | 1.542 | 1.541 | 1.540 | 1.539 | 1.538 | 1.537 | 1.544 | 1.543 | 1.542 | 1.541 | 1.540 | 1.539 | 1.538 |
| 850 | 1.541 | 1.540 | 1.539 | 1.538 | 1.537 | 1.536 | 1.535 | 1.542 | 1.541 | 1.540 | 1.539 | 1.538 | 1.537 | 1.536 |
| 900 | 1.540 | 1.539 | 1.538 | 1.537 | 1.536 | 1.535 | 1.534 | 1.541 | 1.540 | 1.539 | 1.538 | 1.537 | 1.536 | 1.535 |
| 950 | 1.539 | 1.538 | 1.537 | 1.536 | 1.535 | 1.534 | 1.533 | 1.540 | 1.539 | 1.538 | 1.537 | 1.536 | 1.535 | 1.534 |
| 1000 | 1.538 | 1.537 | 1.536 | 1.535 | 1.534 | 1.533 | 1.532 | 1.539 | 1.538 | 1.537 | 1.536 | 1.535 | 1.534 | 1.533 |

**Table 6. Selection of DRIMMC Immersion Liquids for
Asbestos Analysis**

| Asbestos | RI | High Accuracy Required (regulatory, litigation, forensic, etc.) | Routine Samples |
|---|---|---|---|
| Chrysotile | $\alpha$ | 1.546 / 1.550 (HD or HD-L)* | 1.550 (HD-S or L) |
| | $\gamma$ | 1.550 / 1.560 (HD or HD-L)* | |
| Grunerite (Amosite) | $\alpha$ | 1.680 (HD or HD-L) | 1.680 (HD or HD-L) |
| | $\gamma$ | 1.700 (HD or HD-L) | |
| Riebeckite (Crocidolite) | $\alpha$ | 1.700 (HD or HD-L) | 1.680 (HD or HD-L) |
| | $\gamma$ | 1.680 (HD or HD-L) | |
| Tremolite | $\alpha$ | 1.605 / 1.610 / 1.615 (HD or HD-L) | 1.620 (HD or HD-L) or 1.625 (HD or HD-L) |
| | $\gamma$ | 1.630 / 1.635 (HD or HD-L) | |
| Actinolite | $\alpha$ | 1.605 / 1.610 / 1.615 (HD or HD-L) | |
| | $\gamma$ | 1.635 / 1.640 (HD or HD-L) | |
| Anthophyllite | $\alpha$ | 1.605 / 1.610 / 1.615 (HD or HD-L) | |
| | $\gamma$ | 1.630 / 1.635 / 1.640 (HD or HD-L) | |

*There are chrysotile minerals whose refractive indices are higher than those of the
NIST SRM 1866 chrysotile.

**Table 7. Selection of Cargille RI Liquids for Asbestos Analysis**

| Asbestos | RI | High Accuracy Required (regulatory, litigation, forensic, etc.) | Routine Samples |
|---|---|---|---|
| Chrysotile | $\alpha$ | 1.546 / 1.550 (E)* | 1.550 (E) |
| | $\gamma$ | 1.550 / 1.560 (E)* | |
| Grunerite (Amosite) | $\alpha$ | 1.680 (B) | 1.680 (E) |
| | $\gamma$ | 1.700 (B) | |
| Riebeckite (Crocidolite) | $\alpha$ | 1.700 (B) | 1.680 (E) |
| | $\gamma$ | 1.680 (B) | |
| Tremolite | $\alpha$ | 1.605 / 1.610 / 1.615 (E) | 1.620 (E) or 1.625 (E) |
| | $\gamma$ | 1.630 / 1.635 (E) | |
| Actinolite | $\alpha$ | 1.605 / 1.610 / 1.615 (E) | |
| | $\gamma$ | 1.635 / 1.640 (E) | |
| Anthophyllite | $\alpha$ | 1.605 / 1.610 / 1.615 (E) | |
| | $\gamma$ | 1.630 / 1.635 / 1.640 (E) | |

*There are chrysotile minerals whose refractive indices are higher than those of the
NIST SRM 1866 chrysotile.

### Table 8. Fiber Orientation for Measuring $\alpha$ and $\gamma$ (Assuming an E–W Polarizer)

| Asbestos | Fiber Orientation | | Remarks |
|---|---|---|---|
| | $\alpha$ | $\gamma$ | |
| Chrysotile | N–S | E–W | — |
| Amosite | N–S | E–W | — |
| Crocidolite | E–W | N–S | The only negative sign of elongation asbestos. |
| Tremolite | Nearly N–S | Nearly E–W | Maximum extinction angle for $\gamma$; 90° from $\gamma$ is $\alpha$. |
| Actinolite | Nearly N–S | Nearly E–W | Maximum extinction angle for $\gamma$; 90° from $\gamma$ is $\alpha$. |
| Anthophyllite | N–S | E–W | E–W is $\gamma$; longest $\lambda_m$ in N–S is $\alpha$. |

### Table 9. Relationship Between $\gamma'$ Value and Its Angle to $\gamma$ for Tremolite and Actinolite

| Asbestos | | Tremolite | | | Actinolite | | |
|---|---|---|---|---|---|---|---|
| Apparent Extinction Angle (°) | Angle Between $\gamma$ and $\gamma'$ (°) | $\gamma$ | $\gamma'$ | $\gamma - \gamma''$ | $\gamma$ | $\gamma'$ | $\gamma - \gamma''$ |
| 20* | 0 | 1.6423 | 1.6423 | 0.0000 | 1.6485 | 1.6485 | 0.0000 |
| 19 | 1 | 1.6423 | 1.6423 | 0.0000 | 1.6485 | 1.6485 | 0.0000 |
| 18 | 2 | 1.6423 | 1.6423 | 0.0000 | 1.6485 | 1.6485 | 0.0000 |
| 17 | 3 | 1.6423 | 1.6422 | 0.0001 | 1.6485 | 1.6484 | 0.0001 |
| 16 | 4 | 1.6423 | 1.6422 | 0.0001 | 1.6485 | 1.6484 | 0.0001 |
| 15 | 5 | 1.6423 | 1.6421 | 0.0002 | 1.6485 | 1.6483 | 0.0002 |
| 14 | 6 | 1.6423 | 1.6420 | 0.0003 | 1.6485 | 1.6482 | 0.0003 |
| 13 | 7 | 1.6423 | 1.6418 | 0.0005 | 1.6485 | 1.6481 | 0.0004 |
| 12 | 8 | 1.6423 | 1.6417 | 0.0006 | 1.6485 | 1.6479 | 0.0006 |
| 11 | 9 | 1.6423 | 1.6416 | 0.0007 | 1.6485 | 1.6478 | 0.0007 |
| 10 | 10 | 1.6423 | 1.6414 | 0.0009 | 1.6485 | 1.6476 | 0.0009 |
| 9 | 11 | 1.6423 | 1.6412 | 0.0011 | 1.6485 | 1.6474 | 0.0011 |
| 8 | 12 | 1.6423 | 1.6410 | 0.0013 | 1.6485 | 1.6472 | 0.0013 |
| 7 | 13 | 1.6423 | 1.6408 | 0.0015 | 1.6485 | 1.6470 | 0.0015 |
| 6 | 14 | 1.6423 | 1.6405 | 0.0018 | 1.6485 | 1.6468 | 0.0017 |
| 5 | 15 | 1.6423 | 1.6403 | 0.0020 | 1.6485 | 1.6466 | 0.0019 |
| 4 | 16 | 1.6423 | 1.6400 | 0.0023 | 1.6485 | 1.6463 | 0.0022 |
| 3 | 17 | 1.6423 | 1.6397 | 0.0026 | 1.6485 | 1.6460 | 0.0025 |
| 2 | 18 | 1.6423 | 1.6394 | 0.0029 | 1.6485 | 1.6457 | 0.0028 |
| 1 | 19 | 1.6423 | 1.6391 | 0.0032 | 1.6485 | 1.6454 | 0.0031 |
| 0** | 20 | 1.6423 | 1.6388 | 0.0035 | 1.6485 | 1.6451 | 0.0034 |

*True (maximum) extinction angle.
**Parallel extinction. $\gamma'$ is the RI along the fiber elongation axis or c-axis.

**Table 10. Converting Dispersion Staining Color to Corresponding $\lambda_m$ (5)**

| Matching Wavelength $\lambda_m$[1], nm | Particle Edge Colors[2] | | Becke Line Colors[3] | |
|---|---|---|---|---|
| | Annular Stop[4] | Central Stop[5] | Particle | Liquid |
| <340 | Black violet | White | White | — |
| <400 | Dark violet | Pale yellow | Pale yellow | — |
| 430 | Violet | Yellow | Pale yellow | — |
| 455 | Blue | Golden yellow | Yellow | Violet |
| 485 | Blue-green | Orange | Orange | Violet |
| 520 | Green | Red purple | Orange-red | Violet-blue |
| 560 | Yellow-green | Purple | Red-orange | Blue-violet |
| 595 | Yellow | Deep blue | Red | Blue |
| 625 | Orange | Blue-green | Faint red | Blue |
| 660 | Red-brown | Light blue-green | — | Blue-green |
| 700 | Dark red-brown | Pale blue-green | — | Pale blue-green |
| 1500 | Black-brown | Very pale blue-green | — | Very pale blue-green |

[1]$\lambda_0$ in original table. [2]In focus. [3]On focusing up. [4]Observed on a brightfield. [5]Observed on a darkfield.

**Table 11. Available $\lambda_m$ and t to Asbestos RI Conversion Tables\***

| Asbestos | RI | DRIMMC | Cargille |
|---|---|---|---|
| Chrysotile | $\alpha$ | 1.546 (HD-L) | 1.545 (E) |
| | $\alpha$ and $\gamma$ | 1.550 (HD-S or L) | 1.550 (E) |
| | $\gamma$ | 1.560 (HD-L) | 1.560 (E) |
| Amosite | $\alpha$ | 1.680 (HD-L) | 1.680 (B) |
| | $\gamma$ | 1.700 (HD-L) | 1.700 (B) |
| Crocidolite | $\alpha$ | 1.700 (HD-L) | 1.700 (B) |
| | $\gamma$ | 1.680 (HD-L) | 1.680 (B) |
| Tremolite | $\alpha$ | 1.605 (HD-L) | 1.605 (E) |
| | $\gamma$ | 1.635 (HD-L) | 1.635 (E) |
| | $\alpha$ and $\gamma$ | 1.620 (HD-L) | 1.620 (E) |
| | $\alpha$ and $\gamma$ | 1.625 (HD-L) | 1.625 (E) |
| Actinolite | $\alpha$ | 1.605 (HD-L) | 1.605 (E) |
| | $\gamma$ | 1.640 (HD-L) | 1.640 (E) |
| | $\alpha$ and $\gamma$ | 1.620 (HD-L) | 1.620 (E) |
| | $\alpha$ and $\gamma$ | 1.625 (HD-L) | 1.625 (E) |
| Anthophyllite | $\alpha$ | 1.605 (HD-L) | 1.605 (E) |
| | $\gamma$ | 1.635 (HD-L) | 1.635 (E) |
| | $\alpha$ and $\gamma$ | 1.620 (HD-L) | 1.620 (E) |
| | $\alpha$ and $\gamma$ | 1.625 (HD-L) | 1.625 (E) |

\*Download conversion tables by scanning the QR code at the end of this paper.

SHU-CHUN SU

**Table 12. Choice of Cargille Glass Set and Lot Number for RI Liquid Calibration**

| Nominal Liquid RI[1] | Nominal Glass RI[2] | M-7 Set | M-24 Set | M-25 Set | Remarks |
|---|---|---|---|---|---|
| 1.550 | 1.550 | C | D | D | M-24 and M-25 are the same. |
| 1.605 | 1.600 | B | C | C | All three sets are the same. |
| 1.605 | 1.610 | D | E | E | M-7 and M-24 are the same[3]. |
| 1.610 | 1.610 | D | E | E | M-7 and M-24 are the same[3]. |
| 1.615 | 1.620 | D | D | D | All three sets are the same. |
| 1.620 | 1.620 | C | D | D | M-24 and M-25 are the same. |
| 1.625 | 1.625 | B | C | C | M-24 and M-25 are the same. |
| 1.630 | 1.625 | B | C | C | M-24 and M-25 are the same. |
| 1.635 | 1.640 | C/D | D | C/D | M-7 and M-25 are the same[3]. |
| 1.640 | 1.640 | C/D | D | C/D | M-7 and M-25 are the same[3]. |
| 1.680 | 1.680 | C | C/D | C/D | All three sets are the same. |
| 1.700 | 1.700 | C | C/D | C/D | M-24 and M-25 are the same. |

[1]On the bottle label. [2]On the vial label. [3]With different lot numbers.

**Table 13. Calibration of DRIMMC 1.550 (HD-S or HD-L) Using Cargille Glass 1.55**

| $\lambda_m$ (nm) | M7 Lot C ($n_D$ = 1.55158) | | | | | | | M24 / M25 Lot D ($n_D$ = 1.54801) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 17° C | 19° C | 21° C | 23° C | 25° C | 27° C | 29° C | 17° C | 19° C | 21° C | 23° C | 25° C | 27° C | 29° C |
| 400 | 1.517 | 1.518 | 1.519 | 1.520 | 1.521 | 1.522 | 1.523 | 1.515 | 1.516 | 1.517 | 1.518 | 1.519 | 1.520 | 1.521 |
| 420 | 1.523 | 1.524 | 1.525 | 1.526 | 1.527 | 1.528 | 1.529 | 1.521 | 1.522 | 1.523 | 1.524 | 1.525 | 1.526 | 1.527 |
| 440 | 1.528 | 1.529 | 1.530 | 1.531 | 1.532 | 1.533 | 1.534 | 1.525 | 1.526 | 1.527 | 1.528 | 1.529 | 1.530 | 1.531 |
| 460 | 1.532 | 1.533 | 1.534 | 1.535 | 1.536 | 1.537 | 1.538 | 1.529 | 1.530 | 1.531 | 1.532 | 1.533 | 1.534 | 1.535 |
| 480 | 1.535 | 1.536 | 1.537 | 1.538 | 1.539 | 1.540 | 1.541 | 1.532 | 1.533 | 1.534 | 1.535 | 1.536 | 1.537 | 1.538 |
| 500 | 1.538 | 1.539 | 1.540 | 1.541 | 1.542 | 1.543 | 1.544 | 1.535 | 1.536 | 1.537 | 1.538 | 1.539 | 1.540 | 1.541 |
| 520 | 1.541 | 1.542 | 1.543 | 1.544 | 1.545 | 1.546 | 1.547 | 1.538 | 1.539 | 1.539 | 1.540 | 1.541 | 1.542 | 1.543 |
| 540 | 1.543 | 1.544 | 1.545 | 1.546 | 1.547 | 1.548 | 1.549 | 1.540 | 1.541 | 1.542 | 1.543 | 1.544 | 1.545 | 1.546 |
| 560 | 1.545 | 1.546 | 1.547 | 1.548 | 1.549 | 1.550 | 1.551 | 1.542 | 1.543 | 1.544 | 1.545 | 1.546 | 1.547 | 1.548 |
| 580 | 1.547 | 1.548 | 1.549 | 1.550 | 1.551 | 1.552 | 1.553 | 1.543 | 1.544 | 1.545 | 1.546 | 1.547 | 1.548 | 1.549 |
| 589 | 1.548 | 1.549 | 1.550 | 1.551 | 1.552 | 1.553 | 1.554 | 1.544 | 1.545 | 1.546 | 1.547 | 1.548 | 1.549 | 1.550 |
| 600 | 1.549 | 1.549 | 1.550 | 1.551 | 1.552 | 1.553 | 1.554 | 1.545 | 1.546 | 1.547 | 1.548 | 1.549 | 1.550 | 1.551 |
| 620 | 1.550 | 1.551 | 1.552 | 1.553 | 1.554 | 1.555 | 1.556 | 1.546 | 1.547 | 1.548 | 1.549 | 1.550 | 1.551 | 1.552 |
| 640 | 1.551 | 1.552 | 1.553 | 1.554 | 1.555 | 1.556 | 1.557 | 1.548 | 1.549 | 1.550 | 1.551 | 1.552 | 1.553 | 1.554 |
| 660 | 1.553 | 1.554 | 1.555 | 1.556 | 1.557 | 1.558 | 1.559 | 1.549 | 1.550 | 1.551 | 1.552 | 1.553 | 1.554 | 1.555 |
| 680 | 1.554 | 1.555 | 1.556 | 1.557 | 1.558 | 1.559 | 1.560 | 1.550 | 1.551 | 1.552 | 1.553 | 1.554 | 1.555 | 1.556 |
| 700 | 1.555 | 1.556 | 1.557 | 1.558 | 1.559 | 1.560 | 1.561 | 1.551 | 1.552 | 1.553 | 1.554 | 1.555 | 1.556 | 1.557 |
| 720 | 1.556 | 1.557 | 1.558 | 1.559 | 1.560 | 1.561 | 1.562 | 1.552 | 1.553 | 1.554 | 1.555 | 1.556 | 1.557 | 1.558 |
| 740 | 1.557 | 1.558 | 1.559 | 1.560 | 1.561 | 1.562 | 1.563 | 1.553 | 1.554 | 1.555 | 1.556 | 1.556 | 1.557 | 1.558 |
| 760 | 1.557 | 1.558 | 1.559 | 1.560 | 1.561 | 1.562 | 1.563 | 1.553 | 1.554 | 1.555 | 1.556 | 1.557 | 1.558 | 1.559 |
| 780 | 1.558 | 1.559 | 1.560 | 1.561 | 1.562 | 1.563 | 1.564 | 1.554 | 1.555 | 1.556 | 1.557 | 1.558 | 1.559 | 1.560 |
| 800 | 1.559 | 1.560 | 1.561 | 1.562 | 1.563 | 1.564 | 1.565 | 1.555 | 1.556 | 1.557 | 1.558 | 1.559 | 1.560 | 1.561 |

**Table 14. Calibration of Cargille 1.550 (E) Using Cargille Glass 1.55**

| $\lambda_m$ (nm) | M7 Lot C ($n_D$ = 1.55158) | | | | | | | M24 / M25 Lot D ($n_D$ = 1.54801) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 17° C | 19° C | 21° C | 23° C | 25° C | 27° C | 29° C | 17° C | 19° C | 21° C | 23° C | 25° C | 27° C | 29° C |
| 400 | 1.518 | 1.519 | 1.520 | 1.521 | 1.522 | 1.523 | 1.524 | 1.516 | 1.517 | 1.518 | 1.519 | 1.520 | 1.521 | 1.522 |
| 420 | 1.523 | 1.524 | 1.525 | 1.526 | 1.527 | 1.528 | 1.529 | 1.521 | 1.522 | 1.523 | 1.524 | 1.525 | 1.526 | 1.527 |
| 440 | 1.528 | 1.529 | 1.530 | 1.531 | 1.532 | 1.533 | 1.534 | 1.525 | 1.526 | 1.527 | 1.528 | 1.529 | 1.530 | 1.531 |
| 460 | 1.532 | 1.533 | 1.534 | 1.535 | 1.536 | 1.537 | 1.538 | 1.529 | 1.530 | 1.531 | 1.532 | 1.533 | 1.534 | 1.535 |
| 480 | 1.535 | 1.536 | 1.537 | 1.538 | 1.539 | 1.540 | 1.541 | 1.532 | 1.533 | 1.534 | 1.535 | 1.536 | 1.537 | 1.538 |
| 500 | 1.538 | 1.539 | 1.540 | 1.541 | 1.542 | 1.543 | 1.544 | 1.535 | 1.536 | 1.537 | 1.538 | 1.539 | 1.540 | 1.541 |
| 520 | 1.541 | 1.542 | 1.543 | 1.544 | 1.545 | 1.546 | 1.547 | 1.538 | 1.539 | 1.540 | 1.541 | 1.542 | 1.543 | 1.544 |
| 540 | 1.543 | 1.544 | 1.545 | 1.546 | 1.547 | 1.548 | 1.549 | 1.540 | 1.541 | 1.542 | 1.543 | 1.544 | 1.545 | 1.546 |
| 560 | 1.545 | 1.546 | 1.547 | 1.548 | 1.549 | 1.550 | 1.551 | 1.542 | 1.543 | 1.544 | 1.545 | 1.546 | 1.547 | 1.548 |
| 580 | 1.547 | 1.548 | 1.549 | 1.550 | 1.551 | 1.552 | 1.553 | 1.543 | 1.544 | 1.545 | 1.546 | 1.547 | 1.548 | 1.549 |
| 589 | 1.548 | 1.549 | 1.550 | 1.551 | 1.552 | 1.553 | 1.554 | 1.544 | 1.545 | 1.546 | 1.547 | 1.548 | 1.549 | 1.550 |
| 600 | 1.549 | 1.550 | 1.550 | 1.551 | 1.552 | 1.553 | 1.554 | 1.545 | 1.546 | 1.547 | 1.548 | 1.549 | 1.550 | 1.551 |
| 620 | 1.550 | 1.551 | 1.552 | 1.553 | 1.554 | 1.555 | 1.556 | 1.546 | 1.547 | 1.548 | 1.549 | 1.550 | 1.551 | 1.552 |
| 640 | 1.551 | 1.552 | 1.553 | 1.554 | 1.555 | 1.556 | 1.557 | 1.548 | 1.549 | 1.550 | 1.551 | 1.551 | 1.552 | 1.553 |
| 660 | 1.553 | 1.554 | 1.555 | 1.555 | 1.556 | 1.557 | 1.558 | 1.549 | 1.550 | 1.551 | 1.552 | 1.553 | 1.554 | 1.555 |
| 680 | 1.554 | 1.555 | 1.556 | 1.557 | 1.558 | 1.559 | 1.560 | 1.550 | 1.551 | 1.552 | 1.553 | 1.554 | 1.555 | 1.556 |
| 700 | 1.555 | 1.556 | 1.557 | 1.558 | 1.559 | 1.560 | 1.561 | 1.551 | 1.552 | 1.553 | 1.554 | 1.555 | 1.556 | 1.557 |
| 720 | 1.556 | 1.557 | 1.558 | 1.559 | 1.560 | 1.561 | 1.562 | 1.552 | 1.553 | 1.554 | 1.555 | 1.556 | 1.557 | 1.558 |
| 740 | 1.557 | 1.558 | 1.558 | 1.559 | 1.560 | 1.561 | 1.562 | 1.552 | 1.553 | 1.554 | 1.555 | 1.556 | 1.557 | 1.558 |
| 760 | 1.557 | 1.558 | 1.559 | 1.560 | 1.561 | 1.562 | 1.563 | 1.553 | 1.554 | 1.555 | 1.556 | 1.557 | 1.558 | 1.559 |
| 780 | 1.558 | 1.559 | 1.560 | 1.561 | 1.562 | 1.563 | 1.564 | 1.554 | 1.555 | 1.556 | 1.557 | 1.558 | 1.559 | 1.560 |
| 800 | 1.559 | 1.560 | 1.561 | 1.562 | 1.563 | 1.564 | 1.565 | 1.555 | 1.556 | 1.557 | 1.558 | 1.559 | 1.560 | 1.561 |

SHU-CHUN SU

**Table 15. Parameters ($n_D$ and Dispersion Coefficient) of DRIMMC and Cargille Liquids-Glass Combination Used in the Calculations of Lookup Conversion Tables**

| Liquid | Dispersion Coefficient | | Glass | M-7 Set[*] | | | M-24 Set[*] | | | M-25 Set[*] | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $n_D$ | DRIMMC | Cargille | ID | Lot | $n_D$ | D.C. | Lot | $n_D$ | D.C. | Lot | $n_D$ | D.C. |
| **1.545** | | 0.0264 | 1.55 | C | 1.55158 | 0.01112 | D | 1.54801 | 0.01197 | D | 1.54801 | 0.01197 |
| **1.546** | 0.0266[a] | | 1.55 | C | 1.55158 | 0.01112 | D | 1.54801 | 0.01197 | D | 1.54801 | 0.01197 |
| **1.550** | 0.0274[b] | 0.0267 | 1.55 | C | 1.55158 | 0.01112 | D | 1.54801 | 0.01197 | D | 1.54801 | 0.01197 |
| **1.550** | 0.0272[c] | 0.0280 | 1.55 | C | 1.55158 | 0.01112 | D | 1.54801 | 0.01197 | D | 1.54801 | 0.01197 |
| **1.605** | 0.0313[d] | 0.0243 | 1.61 | D | 1.61064 | 0.01076 | E | 1.61064 | 0.01076 | E | 1.61064 | 0.01076 |
| **1.610** | 0.0315[d] | 0.0251 | 1.61 | D | 1.61064 | 0.01076 | E | 1.61064 | 0.01076 | E | 1.61064 | 0.01076 |
| **1.615** | 0.0318[d] | 0.0259 | 1.62 | C | 1.61998 | 0.01708 | D | 1.62048 | 0.01708 | D | 1.62048 | 0.01708 |
| **1.620** | 0.0322[d] | 0.0267 | 1.62 | C | 1.61998 | 0.01708 | D | 1.62048 | 0.01708 | D | 1.62048 | 0.01708 |
| **1.625** | 0.0325[d] | 0.0275 | 1.625 | B | 1.62564 | 0.01759 | C | 1.62527 | 0.01756 | C | 1.62527 | 0.01756 |
| **1.630** | 0.0327[d] | 0.0283 | 1.63 | B | 1.62564 | 0.01759 | C | 1.62527 | 0.01756 | C | 1.62527 | 0.01756 |
| **1.635** | 0.0331[d] | 0.0291 | 1.64 | C/D | 1.64333 | 0.01343 | D | 1.63992 | 0.01066 | C/D | 1.64333 | 0.01343 |
| **1.640** | 0.0334[d] | 0.0299 | 1.64 | C/D | 1.64333 | 0.01343 | D | 1.63992 | 0.01066 | C/D | 1.64333 | 0.01343 |
| **1.680** | 0.0361[a] | 0.0348 | 1.68 | D | 1.67766 | 0.01223 | C/D | 1.67827 | 0.01226 | C/D | 1.67827 | 0.01226 |
| **1.680** | 0.0383[b] | 0.0348 | 1.68 | D | 1.67766 | 0.01223 | C/D | 1.67827 | 0.01226 | C/D | 1.67827 | 0.01226 |
| **1.700** | 0.0378[b] | 0.0370 | 1.70 | C | 1.70136 | 0.01709 | C/D | 1.70207 | 0.01710 | C/D | 1.70207 | 0.01710 |

[*]There is overlapping among the three sets of glasses. Different set and/or lot number may have the same $n_D$ and dispersion coefficient.
[a]HD, [b]HD-L, [c]HD-S, [d]Average of HD and HD-L

**Table 16. Form for Recording RI Liquid Calibration Results Using Cargille Glass Standards (18)**

| | RI Liquid Label | M-Set Cargille Glass Label | | CSDS Observation of Glass | | Liquid Temperature | Calibrated RI of Liquid | Absolute Difference | **A**ccept or **R**eject | Initials of Analyst |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | RI Value | RI value | Lot No. | Color | $\lambda_m$ (nm) | t (°C) | $n_D^{25°\,C}$ | 8–2 | | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| | | | | | | | | | A   R | |
| | | | | | | | | | A   R | |
| | | | | | | | | | A   R | |

1. Date.
2. The $n_D^{25°\,C}$ on the label of the RI liquid bottle.
3. The RI value on the label of Cargille glass vial (fill in the Set ID: 7, 24, or 25).
4. The lot number on the label of Cargille glass vial.
5. The predominant central stop dispersion staining color displayed by glass fragments.
6. The matching wavelength, $\lambda_m$, corresponding to the observed CSDS color in Column 5.
7. The temperature of the RI liquid or the room temperature if in equilibrium.
8. The reading based on the values in Columns 6 and 7 from the lookup conversion table for the liquid-glass combination, $n_D^{25°\,C}$, the calibrated RI of the liquid at 589 nm and 25° C.
9. Column 8 minus Column 2.
10. If the *absolute* value of Column 9 is less or equal to 0.004, circle A for *acceptable*; otherwise, circle R for *rejected*.
11. Analyst's initials.

69