Exhibit 63

United States
Environmental Protection
Agency

Office of Research and
Development
Washington, DC 20460

EPA/600/R-93/116
July 1993

♻EPA

# Test Method

# Method for the Determination of Asbestos in Bulk Building Materials



**DX9575.0001**

EPA/600/R-93/116
July 1993

# TEST METHOD

## METHOD FOR THE DETERMINATION OF ASBESTOS IN BULK BUILDING MATERIALS

by

R. L. Perkins and B. W. Harvey

EPA Project Officer
Michael E. Beard
Atmospheric Research and Exposure Assessment Laboratory
U.S. Environmental Protection Agency
Research Triangle Park, NC  27709

EPA Contracts Nos. 68024550 and 68D10009
RTI Project No. 91U-5960-181

June 1993

 *Printed on Recycled Paper*

DX9575.0002

DISCLAIMER

The information in this document has been funded wholly or in part by the United States Environmental Protection Agency under Contracts 68-02-4550 and 68D10009 to the Methods Research and Development Division, Atmospheric Research and Exposure Assessment Laboratory, Research Triangle Park, North Carolina. It has been subjected to the Agency's peer and administrative review, and it has been approved for publication as an EPA document. Mention of trade names or commercial products does not constitute endorsement or recommendation for use.

DX9575.0003

## TABLE OF CONTENTS

SECTION                                                                                          PAGE

1.0 INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   1
    1.1 References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   3

2.0 METHODS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   3
    2.1 Stereomicroscopic Examination . . . . . . . . . . . . . . . . . . . . . . . . . . . .   3
        2.1.1 Applicability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   4
        2.1.2 Range . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   4
        2.1.3 Interferences . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   4
        2.1.4 Precision and Accuracy . . . . . . . . . . . . . . . . . . . . . . . . . . . .   4
        2.1.5 Procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   5
            2.1.5.1 Sample Preparation . . . . . . . . . . . . . . . . . . . . . . . . . . .   5
            2.1.5.2 Analysis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   6
        2.1.6 Calibration Materials . . . . . . . . . . . . . . . . . . . . . . . . . . . .   8
        2.1.7 References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   8
    2.2 Polarized Light Microscopy . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   9
        2.2.1 Principle and Applicability . . . . . . . . . . . . . . . . . . . . . . . . . .   9
        2.2.2 Range . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  10
        2.2.3 Interferences . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  10
        2.2.4 Precision and Accuracy . . . . . . . . . . . . . . . . . . . . . . . . . . . .  10
        2.2.5 Procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  11
            2.2.5.1 Sample Preparation . . . . . . . . . . . . . . . . . . . . . . . . . . .  11
                2.2.5.1.1 Qualitative Analysis Preparation . . . . . . . . . . . . . . . . .  11
                2.2.5.1.2 Quantitative Analysis Preparation . . . . . . . . . . . . . . . . .  12
            2.2.5.2 Analysis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  13
                2.2.5.2.1 Identification . . . . . . . . . . . . . . . . . . . . . . . . . .  13
                2.2.5.2.2 Quantitation of Asbestos Content . . . . . . . . . . . . . . . . .  16
                2.2.5.2.3 Microscope Alignment . . . . . . . . . . . . . . . . . . . . . . .  22
        2.2.6 References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  22
    2.3 Gravimetry . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  23
        2.3.1 Principle and Applicability . . . . . . . . . . . . . . . . . . . . . . . . . .  23
        2.3.2 Interferences . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  24
        2.3.3 Quantitation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  25
        2.3.4 Preliminary Examination and Evaluation . . . . . . . . . . . . . . . . . . . .  25
        2.3.5 Sample Preparation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  26
            2.3.5.1 Drying . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  26
            2.3.5.2 Homogenization/Grain Size Reduction . . . . . . . . . . . . . . . . . . .  26
        2.3.6 Procedure for Ashing . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  27
        2.3.7 Use of Solvents for Removal of Organics . . . . . . . . . . . . . . . . . . . .  28
        2.3.8 Procedure for Acid Dissolution . . . . . . . . . . . . . . . . . . . . . . . .  29
        2.3.9 Determination of Optimal Precision and Accuracy . . . . . . . . . . . . . . . .  31
        2.3.10 References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  31
    2.4 X-Ray Powder Diffraction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  32
        2.4.1 Principle and Applicability . . . . . . . . . . . . . . . . . . . . . . . . . .  32
        2.4.2 Range and Sensitivity . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  35
        2.4.3 Limitations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  35

DX9575.0004

TABLE OF CONTENTS (cont'd)

SECTION                                                                      PAGE

2.4.3.1  Interferences . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   35
2.4.3.2  Matrix Effects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   38
2.4.3.3  Particle Size Dependence . . . . . . . . . . . . . . . . . . . . . . . .   39
2.4.3.4  Preferred Orientation Effects . . . . . . . . . . . . . . . . . . . . .   39
2.4.3.5  Lack of Suitably Characterized Standard Materials . . . . . . . .   39
2.4.4  Precision and Accuracy . . . . . . . . . . . . . . . . . . . . . . . . . .   40
2.4.5  Procedure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   40
2.4.5.1  Sampling . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   40
2.4.5.2  Analysis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   40
2.4.5.2.1  Sample Preparation . . . . . . . . . . . . . . . . . . .   41
2.4.5.2.2  Milling . . . . . . . . . . . . . . . . . . . . . . . . . . .   41
2.4.5.2.3  Ashing . . . . . . . . . . . . . . . . . . . . . . . . . . .   42
2.4.5.2.4  Acid Washing . . . . . . . . . . . . . . . . . . . . . .   42
2.4.5.3  Qualitative Analysis . . . . . . . . . . . . . . . . . . . . . . . . .   42
2.4.5.3.1  Initial Screening of Bulk Material . . . . . . . . . . . . . . . .   42
2.4.5.3.2  Detection of Minor or Trace Constituents . . . . . . . . . . . . .   43
2.4.5.4  Quantitative Analysis . . . . . . . . . . . . . . . . . . . . . . . . .   44
2.4.6  Calibration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   46
2.4.6.1  Preparation of Calibration Standards . . . . . . . . . . . . . .   46
2.4.6.2  Analysis of Calibration Standards . . . . . . . . . . . . . . . .   47
2.4.7  Calculations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   49
2.4.8  References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   51
2.5  Analytical Electron Microscopy . . . . . . . . . . . . . . . . . . . . . . . .   51
2.5.1  Applicability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   51
2.5.2  Range . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   52
2.5.3  Interferences . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   52
2.5.4  Precision and Accuracy . . . . . . . . . . . . . . . . . . . . . . . . . .   52
2.5.5  Procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   52
2.5.5.1  AEM Specimen Preparation for Semi-Quantitative Evaluation . . .   53
2.5.5.2  AEM Specimen Preparation for Quantitative Evaluation . . . . . . .   54
2.5.5.2.1  Identification . . . . . . . . . . . . . . . . . . . . . .   54
2.5.6  References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   54
2.6  Other Methodologies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   53

3.0  QUALITY CONTROL/QUALITY ASSURANCE OPERATIONS- PLM . . . . . . . . . . . . . .   55
3.1  General Considerations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   56
3.1.1  Training . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   56
3.1.2  Instrument Calibration and Maintenance . . . . . . . . . . . . . . . .   56
3.2  Quality Control of Asbestos Analysis . . . . . . . . . . . . . . . . . . . . . .   57
3.2.1  Qualitative Analysis . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   57
3.2.2  Quantitative Analysis . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   58
3.3  Interlaboratory Quality Control . . . . . . . . . . . . . . . . . . . . . . . . .   59
3.4  Performance Audits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   60
3.5  Systems Audits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   60
3.6  References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   61

ii

DX9575.0005

## TABLE OF CONTENTS (cont'd)

APPENDIX A:  GLOSSARY OF TERMS

APPENDIX B:  APPARATUS FOR SAMPLE PREPARATION AND ANALYSIS

APPENDIX C:  PREPARATION AND USE OF CALIBRATION STANDARDS FOR BULK ASBESTOS

APPENDIX D:  SPECIAL-CASE BUILDING MATERIALS

DX9575.0006

# TABLES

| TABLE | | PAGE |
|-------|---|------|
| 1-1 | Simplified Flowchart for Analysis of Bulk Materials | 2 |
| 2-1 | Suggested Acceptable Errors For PLM Analysis | 11 |
| 2-2 | Optical Properties of Asbestos Fibers | 19 |
| 2-3 | Typical Central Stop Dispersion Staining Colors | 20 |
| 2-4 | Optical Properties of Man-Made Textile Fibers | 20 |
| 2-5 | Optical Properties of Selected Fibers | 21 |
| 2-6 | The Asbestos Minerals and Their Nonasbestiform Analogs | 34 |
| 2-7 | Principal Lattice Spacings of Asbestiform Minerals | 34 |
| 2-8 | Common Constituents in Building Materials | 36 |
| 2-9 | Interferences in XRD Analysis of Asbestiform Minerals | 37 |

iv

DX9575.0007

## 1.0 INTRODUCTION

Laboratories are now called upon to identify asbestos in a variety of bulk building materials, including loose-fill insulations, acoustic and thermal sprays, pipe and boiler wraps, plasters, paints, flooring products, roofing materials and cementitious products.

The diversity of bulk materials necessitates the use of several different methods of sample preparation and analysis. An analysis with a simple stereomicroscope is always followed by a polarized light microscopic (PLM) analysis. The results of these analyses are generally sufficient for identification and quantitation of major concentrations of asbestos. However, during these stereomicroscopic and PLM analyses, it may be found that additional techniques are needed to: 1) attain a positive identification of asbestos; 2) attain a reasonable accuracy for the quantity of asbestos in the sample; or 3) perform quality assurance activities to characterize a laboratory's performance. The additional techniques include x-ray diffraction (XRD), analytical electron microscopy (AEM), and gravimetry, for which there are sections included in the method. Other techniques will be considered by the Environmental Protection Agency (EPA) and may be added at some future time. Table 1-1 presents a simplified flowchart for analysis of bulk materials.

This Method for the Determination of Asbestos in Bulk Building Materials outlines the applicability of the various preparation and analysis methods to the broad spectrum of bulk building materials now being analyzed. This method has been evaluated by the EPA Atmospheric Research and Exposure Assessment Laboratory (EPA/AREAL) to determine if it offers improvements to current analytical techniques for building materials. This method demonstrated a capability for improving the precision and accuracy of analytical results. It contains significant revisions to procedures outlined in the Interim Method,[1] along with the addition of several new procedures. Each technique may reduce or introduce bias, or have some effect on the precision of the measurement, therefore results need to be interpreted judiciously. Data on each technique, especially those new to asbestos analysis, will be collected over time and carefully evaluated, with resulting recommendations for changes to the Method to be passed on to the appropriate program office within EPA.

1

DX9575.0008

**TABLE 1-1.  SIMPLIFIED FLOWCHART FOR ANALYSIS OF BULK MATERIALS**



2

DX9575.0009

This is an analytical method. It is not intended to cover bulk material sampling, an area addressed previously[2,3,4,5] by the EPA. However, subsampling or sample splitting as it pertains to laboratory analysis procedures in this method, is discussed throughout.

## 1.1 References

1.  **Interim Method for the Determination of Asbestos in Bulk Insulation Samples,** U.S. E.P.A. 600/M4-82-020, 1982.

2.  **Asbestos-Containing Materials in School Buildings: A Guidance Document,** Part 1 and 2, U.S. E.P.A./O.T.S NO. C00090, 1979.

3.  **Asbestos in Buildings: Simplified Sampling Scheme for Friable Surfacing Materials,** U.S. E.P.A. 560/5-85-030a, 1985.

4.  **Guidance for Controlling Asbestos-Containing Materials in Buildings,** U.S. E.P.A. 560/5-85-024, 1985.

5.  **Asbestos-Containing Materials in Schools: Final Rule and Notice,** 40 CFR Part 763, October, 1987.

## 2.0 METHODS

## 2.1 Stereomicroscopic Examination

A preliminary visual examination using a simple stereomicroscope is <u>mandatory</u> for all samples. A sample should be of sufficient size to provide for an adequate examination. For many samples, observations on homogeneity, preliminary fiber identification and semi-quantitation of constituents can be made at this point. Another method of identification and semi-quantitation of asbestos <u>must be</u> used in conjunction with the stereomicroscopic examination. A description of the suggested apparatus needed for stereomicroscopic examination is given in Appendix B.

The laboratory should note any samples of insufficient volume. A sufficient sample volume is sample-type dependent. For samples such as floor tiles, roofing felts, paper insulation, etc., three to four square inches of the layered material would be a preferred sample size. For materials such as ceiling tiles, loose-fill insulation, pipe insulation, etc., a sample size of approximately one cubic inch (~ 15cc) would be preferred. For samples of thin-coating materials such as paints, mastics, spray plasters, tapes, etc., a smaller sample

3

DX9575.0010

size may be suitable for analysis. Generally, samples of insufficient volume **should be rejected**, and further analysis curtailed until the client is contacted. The quantity of sample affects the sensitivity of the analysis and reliability of the quantitation steps. If there is a question whether the sample is representative due to inhomogeneity, the sample should be rejected, at least until contacting the client to see if: 1) the client can provide more material or 2) the client wishes the laboratory to go ahead with the analysis, but with the laboratory including a statement on the limited sensitivity and reliability of quantitation. If the latter is the case, the report of analysis should state that the client was contacted, that the <u>client</u> decided that the lab should use less material than recommended by the method, and that the client acknowledges that this may have limited the sensitivity and quantitation of the method. At the time the client is contacted about the material, he or she should be informed that a statement reflecting these facts will be placed in the report.

## 2.1.1  Applicability

Stereomicroscopic analysis is applicable to all samples, although its use with vinyl floor tile, asphaltic products, etc., may be limited because of small asbestos fiber size and/or the presence of interfering components. It does not provide positive identification of asbestos.

## 2.1.2  Range

Asbestos may be detected at concentrations less than one percent by volume, but this detection is highly material dependent.

## 2.1.3  Interferences

Detection of possible asbestos fibers may be made more difficult by the presence of other nonasbestos fibrous components such as cellulose, fiber glass, etc., by binder/matrix materials which may mask or obscure fibrous components, and/or by exposure to conditions (acid environment, high temperature, etc.) capable of altering or transforming asbestos.

## 2.1.4  Precision and Accuracy

The precision and accuracy of these estimations are material dependent and must be determined by the individual laboratory for the percent range involved. These values may be

4

DX9575.0011

determined for an individual analyst by the in-house preparation and analysis of standards and the use of error bars, control charts, etc.

The labs should also compare to National Voluntary Laboratory Accreditation Program (NVLAP) proficiency testing samples, if the lab participates in the Bulk Asbestos NVLAP, or to external quality assurance system consensus results such as from proficiency testing programs using characterized materials. However, at this time, consensus values for the quantity of asbestos have been shown to be unreliable. Only proficiency testing materials characterized by multiple techniques should be used to determine accuracy and precision.

2.1.5 Procedures

**NOTE: Exposure to airborne asbestos fibers is a health hazard. Bulk samples submitted for analysis are oftentimes friable and may release fibers during handling or matrix reduction steps. All sample handling and examination must be carried out in a HEPA-filtered hood, a class 1 biohazard hood or a glove box with continuous airflow (negative pressure). Handling of samples without these precautions may result in exposure of the analyst to and contamination of samples by airborne fibers.**

2.1.5.1 Sample Preparation

No sample preparation should be undertaken before initial stereomicroscopic examination. Distinct changes in texture or color on a stereomicroscopic scale that might denote an uneven distribution of components should be noted. When a sample consists of two or more distinct layers or building materials, each should be treated as a separate sample, when possible. Thin coatings of paint, rust, mastic, etc., that cannot be separated from the sample without compromising the layer are an exception to this case and may be included with the layer to which they are attached. Drying (by heat lamp, warm plate, etc.) of wet or damp samples is recommended before further stereomicroscopic examination and is mandatory before PLM examination. **Drying must be done in a safety hood.**

For nonlayered materials that are heterogeneous, homogenization by some means (mill, blender, mortar and pestle) may provide a more even distribution of sample components. It

5

may also facilitate disaggregation of clumps and removal of binder from fibers (rarely however, it may mask fibers that were originally discernable).

For materials such as cementitious products and floor tiles, breaking, pulverizing, or grinding may improve the likelihood of exposing fibrous components.

It may be appropriate to treat some materials by dissolution with hydrochloric acid to remove binder/matrix materials. Components such as calcite, gypsum, magnesite, etc., may be removed by this method. For materials found to possess a high organic content (cellulose, organic binders), ashing by means of a muffle furnace or plasma asher (for small, cellulosic samples), or dissolution by solvents may be used to remove interfering material. In either case, it is recommended that matrix removal be tracked gravimetrically.

Additional information concerning homogenization, ashing and acid dissolution may be found in Sections 2.2.5.1 and 2.3.

### 2.1.5.2 Analysis

Samples should be examined with a simple stereomicroscope by viewing multiple fields of view over the entire sample. The whole sample should be observed after placement in a suitable container (watchglass, weigh boat, etc.) substrate. Samples that are very large should be subsampled. The sample should be probed, by turning pieces over and breaking open large clumps. The purpose of the stereomicroscopic analysis is to determine homogeneity, texture, friability, color, and the extent of fibrous components of the sample. This information should then be used as a guide to the selection of further, more definitive qualitative and quantitative asbestos analysis methods. Homogeneity refers to whether each subsample made for other analytical techniques (e.g. the "pinch" mount used for the PLM analysis), is likely to be similar or dissimilar. Color can be used to help determine homogeneity, whether the sample has become wet (rust color), and to help identify or clarify sample labelling confusion between the building material sampler and the laboratory. Texture refers to size, shape and arrangement of sample components. Friability may be indicated by the ease with which the sample is disaggregated (see definitions in Appendix A) as received by the analyst. This does not necessarily represent the friability of the material as determined by the assessor at the collection site. The relative proportion of fibrous

6

components to binder/matrix material may be determined by comparison to similar materials of known fibrous content. For materials composed of distinct layers or two or more distinct building materials, each layer or distinct building material should be treated as a discrete sample. The relative proportion of each in the sample should be recorded. The layers or materials should then be separated and analyzed individually. Analysis results for each layer or distinct building material should be reported. If monitoring requirements call for one reported value, the results for the individual layers or materials should always be reported along with the combined value. Each layer or material should be checked for homogeneity during the stereomicroscopic analysis to determine the extent of sample preparation and homogenization necessary for successful PLM or other analysis. Fibers and other components should be removed for further qualitative PLM examination.

Using the information from the stereomicroscopic examination, selection of additional preparation and analytical procedures should be made. Stereomicroscopic examination should typically be performed again after any change or major preparation (ashing, acid dissolution, milling, etc.) to the sample. Stereomicroscopic examination for estimation of asbestos content may also be performed again after the qualitative techniques have clarified the identities of the various fibrous components to assist in resolving differences between the initial quantitative estimates made during the stereomicroscopic analysis and those of subsequent techniques. Calibration of analysts by use of materials of known asbestos content is essential.

The stereomicroscopic examination is often an iterative process. Initial examination and estimates of asbestos concentration should be made. The sample should then be analyzed by PLM and possibly other techniques. These results should be compared to the initial stereomicroscopic results. Where necessary, disagreements between results of the techniques should be resolved by reanalyzing the sample stereomicroscopically.

DX9575.0014

### 2.1.6 Calibration Materials

Calibration materials fall into several categories, including internal laboratory standards and other materials that have <u>known</u> asbestos weight percent content. These calibration materials could include:

- Actual bulk samples: asbestos-containing materials that have been characterized by other analytical methods such as XRD, AEM and/or gravimetry. (e.g. NVLAP test samples).

- Generated samples: in-house standards that can be prepared by mixing known quantities of asbestos and known quantities of asbestos-free matrix materials (by weight), and mixing (using blender, mill, etc.) thoroughly to achieve homogeneity; matrix materials such as vermiculite, perlite, sand, fiberglass, calcium carbonate, etc. may be used. A range of asbestos concentrations should be prepared (e.g. 1, 3, 5, 10, 20%, etc.). The relationship between specific gravities of the components used in standards should be considered so that weight/volume relationships may be determined.

- Photographs, drawings: photomicrographs of standards, computer-generated drawings, etc.

Suggested techniques for the preparation and use of in-house calibration standards are presented in Appendix C, and at greater length by Harvey et al.[1] The use of synthesized standards for analyst calibration and internal laboratory quality control is not new however, having been outlined by Webber et al.[2] in 1982.

### 2.1.7 References

1. Harvey, B. W., R. L. Perkins, J. G. Nickerson, A. J. Newland and M. E. Beard, "Formulating Bulk Asbestos Standards", **Asbestos Issues**, April 1991, pp. 22-29.

2. Webber, J. S., A. Pupons and J. M. Fleser, "Quality-Control Testing for Asbestos Analysis with Synthetic Bulk Materials". **American Industrial Hygiene Associations Journal**, 43, 1982, pp. 427-431.

DX9575.0015

## 2.2 Polarized Light Microscopy

### 2.2.1 Principle and Applicability

Samples of bulk building materials taken for asbestos identification should first be examined with the simple stereomicroscope to determine homogeneity and preliminary fiber identification. Subsamples should then be examined using PLM to determine optical properties of constituents and to provide positive identification of suspect fibers.

The principles of optical mineralogy are well-established.[1,2,3,4] A light microscope equipped with two polarizing filters is used to observe specific optical characteristics of a sample. The use of plane polarized light allows for the determination of refractive indices relative to specific crystallographic orientations. Morphology and color are also observed while viewing under plane polarized light. Observation of particles or fibers while oriented between polarizing filters whose privileged vibration directions are perpendicular (crossed polars) allows for determination of isotropism/anisotropism, extinction characteristics of anisotropic particles, and calculation of birefringence. A retardation plate may be placed in the polarized light path for verification of the sign of elongation. If subsamples are prepared in such a way as to represent all sample components and not just suspect fibers, semi-quantitative analysis may also be performed. Semi-quantitative analysis involves the use of calibrated visual area estimation and/or point counting. Visual area estimation is a semi-quantitative method that <u>must relate back to calibration materials</u>. Point counting, also semi-quantitative, is a standard technique used in petrography for determining the relative areas occupied by separate minerals in thin sections of rock. Background information on the use of point counting[3] and the interpretation of point count data[5] is available.

Although PLM analysis is the primary technique used for asbestos determination, it can show significant bias leading to false negatives and false positives for certain types of materials. PLM is limited by the visibility of the asbestos fibers. In some samples the fibers may be reduced to a diameter so small or masked by coatings to such an extent that they cannot be reliably observed or identified using PLM.

9

DX9575.0016

## 2.2.2  Range

The detection limit for visual estimation is a function of the quantity of sample analyzed, the nature of matrix interference, sample preparation, and fiber size and distribution. Asbestos may be detected in concentrations of less than one percent by area if sufficient material is analyzed.  Since floor tiles may contain fibers too small to be resolved by PLM ($< 0.25\ \mu$m in diameter), detection of those fibers by this method may not be possible. When point counting is used, the detection limit is directly proportional to the amount of sample analyzed, but is also limited by fiber visibility.  Quantitation by area estimation, both visual and by point counting, should yield similar results if based on calibration standards.

## 2.2.3  Interferences

Fibrous and nonfibrous, organic and inorganic constituents of bulk samples may interfere with the identification and quantitation of the asbestos mineral content.  Binder/matrix materials may coat fibers, affect color, or obscure optical characteristics to the extent of masking fiber identity.  Many organic mastics are soluble in refractive index liquids and, unless removed prior to PLM examination, may affect the refractive index measurement of constituent materials.  Fine particles of other materials may also adhere to fibers to an extent sufficient to cause confusion in identification.  Gravimetric procedures for the removal of interfering materials are presented in Section 2.3.

## 2.2.4  Precision and Accuracy

Data obtained for samples containing a single asbestos type in a sample matrix have been reported previously by Brantley et al.[6]  Data for establishing the accuracy and precision of the method for samples with various matrices have recently become available.  Perkins,[7] Webber et al.[8] and Harvey et al.[9] have each documented the tendency for visual estimates to be high when compared to point-count data.  Precision and accuracy must be determined by the individual laboratory for the percent range involved.  If point counting and/or visual estimates are used, a table of reasonably expanded errors, such as those shown in Table 2-1, should be generated for different concentrations of asbestos.

10

DX9575.0017

If the laboratory cannot demonstrate adequate precision and accuracy (documented by control charts, etc), quantitation by additional methods, such as gravimetry, may be required. Refer to the Handbook for SRM Users[10] for additional information concerning the concepts of precision and accuracy.

**TABLE 2-1. SUGGESTED ACCEPTABLE ERRORS FOR PLM ANALYSIS**
(Based on 400 point counts of a reasonably homogeneous sample
or 100 fields of view for visual estimate)

| % Area Asbestos | Acceptable Mean Result | % Area Asbestos | Acceptable Mean Result |
|---|---|---|---|
| 1 | >0-3% | 50 | 40-60% |
| 5 | >1-9% | 60 | 50-70% |
| 10 | 5-15% | 70 | 60-80% |
| 20 | 10-30% | 80 | 70-90% |
| 30 | 20-40% | 90 | 80-100% |
| 40 | 30-50% | 100 | 90-100% |

## 2.2.5  Procedures

**NOTE:  Exposure to airborne asbestos fibers is a health hazard.  Bulk samples submitted for analysis are oftentimes friable and may release fibers during handling or matrix reduction steps.  All sample and slide preparations must be carried out in a HEPA-filtered, a class 1 biohazard hood, or a glove box with continuous airflow (negative pressure).  Handling of samples without these precautions may result in exposure of the analyst to and contamination of samples by airborne fibers.**

### 2.2.5.1  Sample Preparation

Slide mounts are prepared for the identification and quantitation of asbestos in the sample.

### 2.2.5.1.1  Qualitative Analysis Preparation

The qualitative preparation must allow the PLM analysis to classify the fibrous components of the sample as asbestos or nonasbestos.  The major goal of the qualitative

11

DX9575.0018

preparation is to mount easily visible fibers in appropriate refractive index liquids for complete optical characterization. Often this can be accomplished by making immersion grain mounts of random subsamples of the homogeneous material. Immersion liquids with refractive indices close to the suspected (see stereomicroscopic analysis) asbestos mineral should be used for the qualitative analysis so that $n_D$ can be determined. Problem samples include those with inhomogeneities, coatings, small fibers, and interfering compounds. Additional qualitative preparations are often necessary for these types of samples. All samples, but especially those lacking homogeneity, may require picking of fibers from specific sample areas during the stereomicroscopic examination. Coatings on the fibers often need to be removed by mechanical or chemical means. Teasing the particles apart or use of a mortar and pestle or similar mechanical method often is sufficient to free fibers from coatings. Chemical means of removing some coatings and interfering compounds are discussed in Section 2.3, Gravimetry.

### 2.2.5.1.2 Quantitative Analysis Preparation

The major purpose of the quantitative preparation is to provide the analyst with a representative grain mount of the sample in which the asbestos can be observed and distinguished from the nonasbestos matrix. This is typically performed by using randomly selected subsamples from a homogeneous sample (see stereomicroscopic analysis). Particles should be mounted in a refractive index (RI) liquid that allows the asbestos to be visible and distinguished from nonasbestos components. Care should be taken to ensure proper loading and even distribution of particles. Both the qualitative and quantitative sample preparations are often iterative processes. Initial samples are prepared and analyzed. The PLM analysis may disclose problems or raise questions that can only be resolved by further preparations (e.g. through the use of different RI immersion liquids, elimination of interfering compounds, sample homogenization, etc.)

For layered materials, subsamples should be taken from each individual or discrete layer. Each of these subsamples should be treated as a discrete sample, but as stated in Section 2.1.5.2, the results for the individual layers or materials may be combined if called for by monitoring requirements.

12

DX9575.0019

Homogenization involves the use of any of a variety of devices, such as a mortar and pestle, mill, or blender to pulverize, disaggregate and mix heterogeneous, friable bulk materials. Selection of the appropriate device is dependent upon personal preference and the nature of the materials encountered. A blender or mortar and pestle may be adequate for homogenizing materials that lack appreciable amounts of tacky matrix/binder, and for separating interfering components from the fibers. For materials which are unusually sticky or tacky, or contain unusually long asbestos fibers, milling (especially freezer milling) may be more efficient. However, milling should be discontinued as soon as the material being milled appears homogeneous, in order to reduce the potential for mechanically reducing fiber size below the resolving power of the polarizing microscope. Hammer mills or cutting mills may also be used on these materials; however, the same precaution regarding reduction of fiber size should be taken. Blending /milling devices should be disassembled (to the extent possible) and thoroughly cleaned after each use to minimize contamination.

## 2.2.5.2  Analysis

Analysis of bulk building materials consists of the identification and semi-quantitation of the asbestos type(s) present, along with the identification, where possible, of fibrous nonasbestos materials, mineral components and matrix materials. If the sample is heterogeneous due to the presence of discrete layers or two or more distinct building materials, each layer or distinct material should be analyzed, and results reported. Total asbestos content may also be stated in terms of a relative percentage of the total sample.

## 2.2.5.2.1  Identification

Positive identification of asbestos requires the determination of the following optical properties:

- Morphology
- Color and, if present, pleochroism
- Refractive indices ($\pm$ .005)

- Birefringence
- Extinction characteristics
- Sign of elongation

13

DX9575.0020

<u>Descriptions of the optical properties listed above for asbestos fibers may be found in</u>
<u>Appendix A, Glossary of Terms.</u>  Table 2-2 lists the above properties for the six types of
asbestos and Table 2-3 presents the central stop dispersion staining colors for the asbestos
minerals with selected high-dispersion index liquids.  Tables 2-4 and 2-5 list selected optical
properties of several mineral and man-made fibers.  All fibrous materials in amounts greater
than trace should be identified as asbestos or nonasbestos, with all optical properties
measured for asbestos and at least one optical property measured for each nonasbestos
fibrous component that will distinguish each from asbestos.  Small fiber size and/or binder
may necessitate viewing the sample at higher magnification (400-500x) than routinely used
(100x).

Although it is not the purpose of this section to explain the principles of optical
mineralogy, some discussion of the determination of refractive indices is warranted due to its
importance to the proper identification of the asbestos minerals.  Following is a brief
discussion of refractive index determination for the asbestos minerals.

All asbestos minerals are anisotropic, meaning that they exhibit different optical
properties (including indices of refraction) in different directions.  All asbestos minerals are
biaxial, meaning that they have one principal refractive index parallel (or nearly parallel) to
the length of the fiber and two principal refractive indices (plus all intermediate indices
between these two) in the plane perpendicular (or nearly so) to the length of the fiber.
Although chrysotile (serpentine) is classified as a biaxial mineral, it behaves as a uniaxial
mineral (two principal refractive indices) due to its scrolled structure.  Amosite and
crocidolite, although also biaxial, exhibit uniaxial properties due to twinning of the crystal
structure and/or random orientation of fibrils in a bundle around the long axis of the bundle.
For all of the asbestos minerals except crocidolite, the highest refractive index ($\gamma$) is aligned
with the fiber length (positive sign of elongation).  For crocidolite, the lowest refractive
index ($\alpha$) is aligned with the fiber length (negative sign of elongation).  A more complete
explanation of the relationship of refractive indices to the crystallographic directions of the
asbestos minerals may be found in References 1, 2, 4, 11 and 12.  It should be noted that for
the measurement of refractive indices in an anisotropic particle (e.g. asbestos fibers), the
orientation of the particle is quite critical.  Orientation with respect to rotation about the axis

14

DX9575.0021

of the microscope (and thus with respect to the vibration directions of the polarizer and analyzer) and also to the horizontal plane (plane of the microscope stage) will affect the determination of the correct values for refractive indices. The refractive index that is measured will always correspond to a direction perpendicular to the axis of the microscope (i.e., lying in the plane of the stage) and is the direction in that horizontal plane parallel to the vibration direction of the polarizer, by convention E-W.

To determine $\gamma(n \parallel)$ for chrysotile, anthophyllite and amosite, the index is measured when the length of the fiber is aligned parallel to the vibration direction of the polarizer (E-W). Under crossed polars, the fiber should be at extinction in this orientation. To determine the lowest refractive index, $\alpha$ ($n \perp$), for chrysotile and amosite, the fiber should be oriented N-S (extinction position under crossed polars). The determination of $n \parallel$ and $n \perp$ with crocidolite is accomplished in the same manner as with amosite and chrysotile with the exception that the $\alpha$ and $\gamma$ directions are reversed. For crocidolite, $\alpha$ is measured at the E-W position (parallel to the polarizer) and $\gamma$ is measured at the N-S orientation (perpendicular to the polarizer). For anthophyllite, the fiber should be oriented N-S and the lowest and highest indices for this orientation should be measured. These correspond to $\alpha$ and $\beta$ respectively.

The extinction behavior of tremolite-actinolite is anomalous compared to that of most monoclinic minerals due to the orientation of the optic axes relative to the crystallographic axes. This relationship is such that the refractive indices of the principal axes $\alpha$ and $\gamma$ are not measured when the fiber is exhibiting the maximum extinction angle. The values measured at these positions are $\alpha'$ and $\gamma'$ The fiber exhibits an extinction angle within a few degrees of the maximum throughout most of its rotation. A wide range of refractive indices from $\alpha'$ to $\alpha$, and from $\gamma'$ to $\gamma$, are observed. For tremolite-actinolite, $\beta$ is measured on those fibers displaying parallel extinction when oriented in the N-S position. The refractive index for $\alpha$ is also measured when the fiber is oriented generally in the N-S position and exhibits the true extinction angle; true $\alpha$ will be the minimum index. To determine the refractive index for $\gamma$, the fibers should be oriented E-W and exhibit the true extinction angle; true $\gamma$ will be the maximum value for this orientation.

15

DX9575.0022

When viewing single fibers, the analyst may often be able to manipulate the microscope slide cover slip and "roll" the fibers to positions that facilitate measuring the true values of refractive indices. When viewing a large population of fibers with the microscope in the dispersion staining mode, the analyst can easily detect fibers that exhibit the highest and lowest indices ($\beta$ and $\alpha$) in the N-S position and the highest indices ($\gamma$) in the E-W position. Since individual asbestos fibrils cannot generally be resolved using polarized light microscopy, refractive indices are most commonly measured on fiber bundles. Such measurements would not result in true values for the indices and therefore by convention should be reported as $\alpha'$ and $\gamma'$.

Asbestos types chrysotile, amosite and crocidolite are currently available as SRM 1866 and actinolite, tremolite and anthophyllite as SRM 1867 from the Office of Standard Reference Materials, National Institute of Standards and Technology.

## 2.2.5.2.2  Quantitation of Asbestos Content

As described in Sections 2.1.5 and 2.1.6, a calibrated visual volume estimation of the relative concentrations of asbestos and nonasbestos components should be made during the stereomicroscopic examination. In addition, quantitation of asbestos content should be performed on subsample slide mounts using calibrated visual area estimates and/or a point counting procedure. Section 2.1.6 and Appendix C discuss the procedures for preparation and use of calibration standards. After thorough PLM analysis in which the asbestos and other components of the bulk material are identified, several slides should be carefully prepared from randomly selected subsamples. If the sample is not homogeneous, some homogenization procedure should be performed to ensure that slide preparations made from small pinch samples are representative of the total sample. Homogenization may range from gentle mixing using a mortar and pestle to a brief period of mixing using a blender equipped with a mini-sample container. The homogenization should be of short duration ($\sim 15$ seconds) if using the blender technique so as to preclude a significant reduction in fiber size. The use of large cover slips (22x30mm) allows for large subsamples to be analyzed. Each slide should be checked to ensure that the subsample is representative, uniformly dispersed, and loaded in a way so as not to be dominated by superimposed (overlapping) particles.

16

DX9575.0023

During the qualitative analysis of the sample, the analyst should decide on the appropriate optical system (including magnification) to maximize the visibility of the asbestos in the sample while still allowing the asbestos to be uniquely distinguished from the matrix materials. The analyst may choose to alter the mounting medium or the optical system to enhance contrast. During the quantitative analysis, slides should be scanned using an optical setup that yields the best visibility of the asbestos. Upon finding asbestos, the parameters that were selected in the qualitative analysis for uniquely distinguishing it from the matrix should be used for identification. These properties will vary with the sample but include any or all of the parameters required for the qualitative analysis. For instance, low magnification allows for concurrent use of dispersion staining (focal screening), but compromises resolution of extremely small diameter fibers; use of a compensator plate and crossed polarizers frequently enhances the contrast between asbestos fibers and matrix material.

Visual area estimates should be made by comparison of the sample to calibration materials that have similar textures and fiber abundance (see Section 2.1.6 and Appendix C). A minimum of three slide mounts should be examined to determine the asbestos content by visual area estimation. Each slide should be scanned in its entirety and the relative proportions of asbestos and nonasbestos noted. It is suggested that the ratio of asbestos to nonasbestos material be recorded for several fields for each slide and the results be compared to data derived from the analysis of calibration materials having similar textures and asbestos content.

For point counting, an ocular reticle (cross-line or point array) should be used to visually superimpose a point or points on the microscope field of view. The cross-line reticle is preferred. Its use requires the scanning of most, if not all, of the slide area, thereby minimizing bias that might result from lack of homogeneity in the slide preparation. In conjunction with this reticle, a click-stop counting stage can be used to preclude introducing bias during slide advancement. Magnification used will be dictated by fiber visibility. The slide should be examined along multiple parallel traverses that adequately cover the sample area. The analyst should score (count) only points directly over occupied (nonempty) areas. Empty points should not be scored on the basis of the closest particle. If an asbestos fiber and a nonasbestos particle overlap so that a point is superimposed on their visual intersection,

17

DX9575.0024

a point should be scored for both categories. If the point(s) is/are superimposed on an area which has several overlapping particles, the slide should be moved to another field. While not including them in the total asbestos points counted, the analyst should record the presence of any asbestos detected but not lying under the reticle cross-line or array points. A minimum of 400 counts (maximum of eight slides with 50 counts each to minimum of two slides with 200 counts each) per sample is suggested, but it should be noted that <u>accuracy and precision improve with number of counts</u>. Point counting provides a determination of the projected area percent asbestos. Conversion of area percent to dry weight percent is not feasible unless the specific gravities and relative volumes of the different materials are known. It should be noted that the total amount of material to be analyzed is dependent on the asbestos concentration, i.e. the lower the concentration of asbestos, the larger the amount of sample that should be analyzed, in both the visual estimation and point counting methods. Quantitation by either method is made more difficult by low asbestos concentration, small fiber size, and presence of interfering materials.

It is suggested that asbestos concentration be reported as volume percent, weight percent or area percent depending on the method of quantitation used. A weight concentration cannot be determined without knowing the relative specific gravities and volumes of the sample components.

18

DX9575.0025

| Mineral | Morphology and Color[1] | Refractive Indices[2] $\alpha$ $\gamma$[5] | Birefringence[6] | Extinction | Sign of Elongation |
|---|---|---|---|---|---|
| Chrysotile (asbestiform serpentine) | Wavy fibers. Fiber bundles have splayed ends and "kinks". Aspect ratio typically >10:1. Colorless[3] | 1.493-1.546  1.517-1.557<br>1.532-1.549  1.545-1.556<br>1.529-1.559  1.537-1.567<br>1.544-1.553  1.552-1.561 | 0.004-0.017 | Parallel | +<br>(length slow) |
| Amosite (asbestiform grunerite) | Straight to curved, rigid fibers. Aspect ratio typically >10:1. Colorless to brown, nonpleochroic or weakly so.[4] Opaque inclusions may be present | 1.657-1.663  1.699-1.717<br>1.663-1.686  1.696-1.729<br>1.663-1.686  1.696-1.729<br>1.676-1.683  1.697-1.704 | 0.021-0.054 | Usually parallel | +<br>(length slow) |
| Crocidolite (asbestiform riebeckite) | Straight to curved, rigid fibers. Aspect ratio typically > 10:1. Thick fibers and bundles common, blue to dark-blue in color. Pleochroic. | 1.693       1.697<br>1.654-1.701  1.668-1.717<br>1.680-1.698  1.685-1.706 | 0.003-0.022 | Usually parallel | -<br>(length fast) |
| Anthophyllite-asbestos | Straight to curved fibers and bundles. Aspect ratio typically > 10:1.  Anthophyllite cleavage fragments may be present with aspect ratios <10:1. Colorless to light brown. | 1.598-1.652  1.623-1.676<br>1.596-1.694  1.615-1.722<br>1.598-1.674  1.615-1.697<br>1.6148[7]      1.6362[7] | 0.013-0.028 | Parallel | +<br>(length slow) |
| Tremolite-Actinolite-asbestos | Straight to curved fibers and bundles. Aspect ratio typically > 10:1. Cleavage fragments may be present with aspect ratios <10:1. Colorless to pale green | Tremolite<br>1.600-1.628  1.625-1.655<br>1.604-1.612  1.627-1.635<br>1.599-1.612  1.625-1.637<br>1.6063[7]      1.6343[7]<br>Actinolite<br>1.600-1.628  1.625-1.655<br>1.612-1.668  1.635-1.688<br>1.613-1.628  1.638-1.655<br>1.6126[7]      1.6393[7] | 0.017-0.028<br><br>0.017-0.028 | Parallel and oblique (up to 21°); Composite fibers show parallel extinction. | +<br>(length slow) |

[1]Colors cited are seen by observation with plane polarized light.

[2]From references 2, 11, 12, and 18, respectively. Refractive indices for $n_d$ at 589.3nm.

[3]Fibers subjected to heating may be brownish. (references 13, 14, and 15)

[4]Fibers subjected to heating may be dark brown and pleochroic. (references 13, 14, and 15)

[5]∥ to fiber length, except ⊥ to fiber length for crocidolite only.

[6]Maximum and minimum values from references 2, 11, 12, and 18 given.

[7]± 0.0007

19

# DX9575.0026

TABLE 2-3.  TYPICAL CENTRAL STOP DISPERSION STAINING COLORS[1]

| Mineral | Cargille° RI Liquid | n‖ | n⊥ |
|---|---|---|---|
| Chrysotile | 1.550HD | Magenta to light blue-green $\lambda_0$'s ca. 520-620nm | Blue-green to pale blue $\lambda_0$'s ca. 600-700nm |
| Amosite | 1.680 | Yellow to magenta $\lambda_0$'s ca. 420-520nm | Blue magenta to light blue $\lambda_0$'s ca. 560-660nm |
| Crocidolite | 1.680 | Yellow to magenta $\lambda_0$'s ca. 420-520nm | Pale yellow to golden yellow $\lambda_0$'s ca. 360-460nm |
| Anthophyllite-asbestos | 1.605HD | Pale yellow to yellow $\lambda_0$'s ca. 330-430nm | Golden yellow to light blue green $\lambda_0$'s ca. 460-700nm |
| Tremolite-asbestos | 1.605HD | Pale yellow to yellow $\lambda_0$'s ca. 330-430nm | Golden yellow to light blue green $\lambda_0$'s ca. 460-700nm |
| Actinolite-asbestos | 1.605HD | Pale yellow $\lambda_0$'s ca. 260-360nm | Pale yellow to golden yellow $\lambda_0$'s ca. 360-460nm |
|  | 1.630HD | Yellow to magenta $\lambda_0$'s ca. 420-520nm | Golden yellow to blue $\lambda_0$'s ca. 450-600nm |

[1]Modified from reference 16

TABLE 2-4.  OPTICAL PROPERTIES OF MAN-MADE TEXTILE FIBERS[1,2]

| Fiber Type | n‖ | n⊥ | n‖ n⊥ | Sign of Elongation |
|---|---|---|---|---|
| Polyester (Dacron®) | 1.710 | 1.535 | 0.175 | + |
| Polyamide (Nylon®) | 1.582 | 1.514 | 0.063 | + |
| Aramid (Kevlar®) | ≈2.37 | ≈1.641 | 0.729 | + |
| Olefin (Polyethylene) | 1.556 | 1.512 | 0.044 | + |
| Olefin (Polypropylene) | 1.520 | 1.495 | 0.025 | + |
| Viscose Rayon | 1.535-1.555 | 1.515-1.535 | 0.020 | + |
| Acetate | 1.478-1.480 | 1.473-1.476 | 0.004-0.005 | + |
| Acrylic (Orlon®) | 1.505-1.515 | 1.507-1.517 | 0.004-0.002 |  |
| Modacrylic (Dynel®) | 1.535 | 1.532 | 0.002 | + |

[1]Modified from reference 17

[2]Refractive indices for specific fibers; other fibers may vary

20

DX9575.0027

TABLE 2-5.  OPTICAL PROPERTIES OF SELECTED FIBERS[1]

| FIBER TYPE | MORPHOLOGY | REFRACTIVE INDICES | BIREFRINGENCE ($n_\parallel - n_\perp$) | EXTINCTION ANGLE | SIGN OF ELONGATION | DISPERSION STAINING COLORS |
|---|---|---|---|---|---|---|
| Paper (Cellulose) | Tapered, flat ribbons | $n_\parallel \sim 1.580$<br>$n_\perp \sim 1.530$ | High (0.05) | Parallel and incomplete | + | in 1.550HD<br>$n_\parallel$: yellow<br>($\lambda_0$'s < 400nm)<br>$n_\perp$: pale blue<br>($\lambda_0$'s > 700nm) |
| Olefin (polyethylene) | Filaments or shredded like chrysotile | $n_\parallel \sim 1.556$<br>$n_\perp \sim 1.512$ | Moderate (0.044) | Parallel | + | in 1.550HD<br>$n_\parallel$: yellow to magenta<br>($\lambda_0$'s = 440-540nm)<br>$n_\perp$: pale blue<br>($\lambda_0$'s > 700nm) |
| Brucite (nemalite) | Straight fibers | $n_\parallel \sim 1.560$-$1.590$<br>$n_\perp \sim 1.580$-$1.600$ | Moderate (0.012-0.020) | Usually parallel | -<br>occasionally + | in 1.550HD<br>$n_\parallel$: golden yellow<br>($\lambda_0$'s 440-460nm)<br>$n_\perp$: yellow<br>($\lambda_0$'s 400-440nm) |
| Heated amosite | Similar to unheated, (brittle and shorter) pleochroic: $n_\parallel$-dark brown $n_\perp$ yellow | $n_\parallel$ and $n_\perp > 1.700$[2] | High (> 0.05) | Usually parallel | + | in 1.680HD<br>$n_\parallel$ & $n_\perp$: both pale yellow to white<br>($\lambda_0$'s < 400nm) |
| Glass fibers, Mineral wool | Exotic shapes, tear drops, single filaments | 1.515-1.700 | Isotropic | ------ | - | in 1.550HD<br>usually pale blue to blue<br>($\lambda_0$'s 580 to > 700nm) |
| Wollastonite | Straight needles and blades | $n_\parallel \sim 1.630$<br>$n_\perp \sim 1.632$<br>$n_\perp$ also 1.610 | Moderate to low (0.018 to 0.002) | Parallel and oblique | + and - | in 1.605HD<br>$n_\parallel$ & $n_\perp$: yellow to pale yellow<br>($\lambda_0$'s < 460nm) |
| Fibrous talc | Thin cleavage ribbons and wavy fibers | $n_\parallel \sim 1.60$<br>$n_\perp \sim 1.54$ | High (0.06) | Parallel and oblique | + | in 1.550HD<br>$n_\parallel$: pale yellow<br>($\lambda_0$'s <400nm)<br>$n_\perp$: pale blue<br>($\lambda_0$'s >660nm) |

[1] From reference 19

[2] From references 13, 14, and 15

21

**DX9575.0028**

2.2.5.2.3 Microscope Alignment

In order to accurately measure the required optical properties, a properly aligned polarized light microscope must be utilized. The microscope is aligned when:

1) the privileged directions of the substage polarizer and the analyzer are at 90° to one another and are represented by the ocular cross-lines;

2) the compensator plate's privileged vibration directions are 45° to the privileged directions of the polarizer and analyzer;

3) the objectives are centered with respect to stage rotation; and,

4) the substage condenser and iris diaphragm are centered in the optic axis.

Additionally, the accurate measurement of the refractive index of a substance requires the use of calibrated refractive index liquids. These liquids should be calibrated regularly to an accuracy of 0.004, with a temperature accuracy of 2°C using a refractometer or R.I. glass beads.

2.2.6 References

1. Bloss, F. Donald, **An Introduction to the Methods of Optical Crystallography,** Philadelphia: Saunders College Publishing, 1989.

2. Kerr, Paul F., **Optical Mineralogy,** 4th Edition, New York: McGraw Hill, 1977.

3. Chamot, E. M. and C. W. Mason, **Handbook of Chemical Microscopy, Volume One,** 3rd edition, New York: John Wiley & Sons, 1958.

4. Ehlers, Ernest G., **Optical Mineralogy, Vols. 1 and 2,** Palo Alto, CA: Blackwell Scientific Publications, 1987.

5. Chayes, F., **Petrographic Modal Analysis: An Elementary Statistical Appraisal,** New York: John Wiley & Sons, 1956.

6. Brantley, E. P., Jr., K. W. Gold, L. E. Myers, and D. E. Lentzen, **Bulk Sample Analysis for Asbestos Content: Evaluation of the Tentative Method,** EPA-600/S4-82-021, 1982.

7. Perkins, R.L., "Point-Counting Technique for Friable Asbestos-Containing Materials", **The Microscope,** 38, 1990, pp.29-39.

22

DX9575.0029

8. Webber, J.S., R. J. Janulis, L. J. Carhart and M.B. Gillespie, "Quantitating Asbestos Content in Friable Bulk Samples: Development of a Stratified Point-Counting Method", **American Industrial Hygiene Association Journal**, 51, 1990, pp. 447-452.

9. Harvey, B. W., R. L. Perkins, J. G. Nickerson, A. J. Newland and M. E. Beard, "Formulating Bulk Asbestos Standards", **Asbestos Issues**, April 1991, pp. 22-29.

10. **Handbook for SRM Users,** NIST (formerly NBS) Special Publication 260-100, U.S. Department of Commerce, 1985.

11. Deer, W.A., R. A. Howie, and J. Zussman, **An Introduction to the Rock Forming Minerals,** Longman, 1966.

12. Heinrich, E. W., **Microscopic Identification of Minerals**, McGraw Hill, 1965.

13. Kressler, J. R., "Changes in Optical Properties of Chrysotile During Acid Leaching", **The Microscope**, 31, 1983, pp. 165-172.

14. Prentice, J. and M. Keech, "Alteration of Asbestos with Heat", **Microscopy and Analysis**, 10, 1989, pp. 7-12.

15. Laughlin, G. and W. C. McCrone, "The Effect of Heat on the Microscopical Properties of Asbestos", **The Microscope**, 37, 1989, pp. 8-15.

16. **Interim Method for the Determination of Asbestos in Bulk Insulation Samples,** U.S. E.P.A. 600/M4-82-020, 1982.

17. McCrone, Walter C., "Routine Detection and Identification of Asbestos", **The Microscope**, 33, 1985, pp. 273-284

18. Reports of Analysis, SRM 1866 and 1867, National Institute of Standards & Technology.

19. McCrone, Walter C., **Asbestos Identification**, McCrone Research Institute, 1987.

## 2.3 Gravimetry

### 2.3.1 Principle and Applicability

Many components of bulk building materials, specifically binder components, can be selectively removed using appropriate solvents or, in the case of some organics, by ashing. The removal of these components serves the following purposes:

23

**DX9575.0030**

1)  to isolate asbestos from the sample, allowing its weight to be determined;

2)  to concentrate asbestos and therefore lower the detection limit in the total sample;

3)  to aid in the detection and identification of fibrous components; and,

4)  to remove organic (ashable) fibers which are optically similar to asbestos.

Common binder materials which are removed easily using the techniques described include: 1) calcite, gypsum, magnesite, brucite, bassanite, portlandite, and dolomite, using hydrochloric acid, and 2) vinyl, cellulose, and other organic components, by ashing. The removal of the binder components results in a residue containing asbestos, if initially present, and any other non-soluble or non-ashable components which were present in the original sample. Unless the procedures employed result in the loss of some asbestos, the weight percent of the residue is the upper limit for the weight percent of asbestos in the sample.

This section describes the procedure for removing acid-soluble and ashable components, and for determining the weight percent of the residue. However, the acid dissolution and ashing techniques can be used without the accompanying weight measurements to either liberate or clean fibers to aid in qualitative PLM or AEM analyses.

This technique is not an identification technique. Other methods, such as PLM, XRD, or AEM must be used to determine the identity of the components. A description of the suggested apparatus, reagents, etc. needed for the techniques described is included in Appendix B.

2.3.2  Interferences

Any components which cannot by removed from the sample by selective dissolution or ashing interfere with asbestos quantitation. These components include, but are not limited to, many silicates (micas, glass fibers, etc.) and oxides ($TiO_2$, magnetite, etc.). When interfering phases are present (the residue contains other phases in addition to asbestos), other techniques such as PLM, AEM, or XRD must be used to determine the percent of asbestos in the residue.

24

**DX9575.0031**

Care must be taken to prevent loss of or chemical/structural changes in the critical components (asbestos). Prolonged exposure to acids or excessive heating (above 500°C) can cause changes in the asbestos components in the sample and affect the optical properties.[1,2,3]

### 2.3.3 Quantitation

The weight of the residue remaining after solvent dissolution/ashing should be compared with the original weight of the material. Presuming no insoluble material is lost, the weight percent of the residue is the upper limit for the amount of asbestos in the sample. If the residue is comprised only of asbestos, then the weight percent of residue equals the weight percent of asbestos in the sample. If the residue contains other phases, then techniques such as PLM, XRD, or AEM must be employed to determine the relative abundance of asbestos in the residue.

The precision and accuracy of the technique are dependent upon the homogeneity of the material, the accuracy of the weight measurements, and the effectiveness of the sample reduction and filtering procedures. In practice, the precision can be equal to $\pm 1\%$, and the accuracy at 1 wt% asbestos can be less than or equal to $\pm 10\%$ relative.

The incomplete solution of components and the presence of other nonasbestos components in the residue contribute to producing a positive bias for the technique (falsely high percentages of asbestos).

### 2.3.4 Preliminary Examination and Evaluation

Stereomicroscopic and PLM examinations of the sample should already have been conducted prior to initiating this procedure. These examinations should have provided information about: 1) whether the sample contains components which can be removed by acid-washing, solvent dissolution, or ashing, and 2) whether the sample contains asbestos, or fibers that might be asbestos, or whether no asbestos was detected.

If the sample is friable and contains organic (ashable) components, the ashing procedure should be followed. If the sample is friable and contains HCl-soluble components, the acid dissolution procedure should be followed. If the sample is friable and contains both types of

25

DX9575.0032

components, the two procedures can be applied, preferably with acid dissolution following ashing.

If the sample is nonfriable (e.g. floor tiles), it is also recommended that the ashing procedure be used first, followed by the acid dissolution procedure. The ashing procedure reduces floor tiles to a material which is easily powdered, simplifying the sample preparation for acid dissolution.

## 2.3.5  Sample Preparation

### 2.3.5.1  Drying

Any moisture in the sample will affect the weight measurements, producing falsely low percentages of residue. If the sample is obviously wet, it should be dried at low temperature (using a heat lamp, or simply by exposure at ambient conditions, prior to starting the weighing procedure). If an oven is used, the drying temperature should not exceed $60°C$. Drying by means of heat lamp or ambient air must be performed within a safety-filtered hood. Even if the sample appears dry, it can contain enough moisture to affect the precision and accuracy of the technique. The test for sample moisture involves placing the amount of sample to be used on the weighing pan; if the weight remains stable with time, then the sample is dry enough. If the weight decreases as the sample sits on the weighing pan, then the sample should be dried. Where conditions of moderate to high humidity are known to exist, all materials to be weighed should be allowed time to stabilize to these ambient conditions.

### 2.3.5.2  Homogenization/Grain Size Reduction

To increase the accuracy and precision of the acid dissolution technique, the sample should be homogenized prior to analysis. This reduces the grain size of the binder material and releases it from fiber bundles so that it may be dissolved in a shorter time period. Leaving the sample in the acid for a longer period of time to complete the dissolution process can adversely affect the asbestos components, and is not recommended. Homogenization of the sample also ensures that any material removed for analysis will more likely be representative of the entire sample.

26

**DX9575.0033**

Homogenization of friable samples prior to ashing may also accelerate the ashing process; however, the ashing time can simply be increased without affecting the asbestos in the sample. Nonfriable samples, such as vinyl floor tiles, can be broken or shaved into pieces to increase surface area and accelerate the ashing process.

Homogenization and grain size reduction can be accomplished in a variety of ways: 1) hand grinding in a mortar and pestle; 2) crushing with pliers or similar instrument; 3) mixing in a blender; 4) milling (i.e. Wylie mill, cryomill, etc.); or 5) any other technique which seems suitable. If the fibers are extremely long, a pair of scissors or similar implement can be used to reduce the fiber length.

## 2.3.6  Procedure for Ashing

1) **Weigh appropriate amount of material.**

   There is no restriction on the maximum weight of material used; however, a large amount of material may take longer to ash. Enough material should be used to avoid a significant contribution of weighing errors to the total accuracy and precision.

2) **Place material in crucible, weigh, and cover with lid.**

   Placing a lid on the crucible both minimizes the amount of oxygen available, slowing the rate of combustion of the sample, and prevents any foreign material from falling into the crucible during ashing.

3) **Place crucible into furnace, and ash for at least 6 hours.**

   The furnace temperature at the sample position should be at least 300°C but should not exceed 500°C. If the sample combusts (burns), the temperature of the sample may exceed 500°C. Chrysotile will decompose above approximately 500°C.

   The furnace area should be well-ventilated and the fumes produced by ashing should be exhausted outside the building.

   The ashing time is dependent on the furnace temperature, the amount of sample, and the surface area (grain size). Six hours at 450°C is usually sufficient.

4) **Remove crucible from furnace, allow contents to adjust to room temperature and humidity, and weigh.**

27

**DX9575.0034**

5) **Divide residue weight by starting weight and multiply by 100 to determine weight% residue.**

6) **Analyze residue and/or proceed to acid dissolution procedure.**

If the objective was to remove organic fibers that may be confused optically with asbestos, examine residue with PLM to determine whether any fibers remain.

If the sample is a floor tile, the acid dissolution procedure must now be performed. The residue does not have to be analyzed at this stage.

2.3.7  Use of Solvents for Removal of Organics

Solvent dissolution may be used as a substitute for low temperature ashing for the purpose of removing organic interferences from bulk building materials.  However, solvent dissolution, because of the involvement of potentially hazardous reagents such as tetrahydrofuran, amyl acetate, 1-1-1, trichlorethane, etc., requires **that all work be performed with extreme caution inside a biohazard hood.**  Material Safety Data Sheets should be reviewed before using any solvent.  Solvent dissolution involves more apparatus than does ashing, and requires more time, mainly due to set-up and slow filtration resulting from viscous solvent/residue mixtures.

The following is a brief description of the solvent dissolution process.

1) **Weigh starting material.**

Place approximately 15-25ml of solvent in a 100ml beaker.  Add 2.5-3.0 grams (carefully weighed for continued gravimetric tracking) of powdered sample.

2) **Untrasonicate sample.**

Place the beaker in an ultrasonic bath (or ultrasonic stirrer) for approximately 0.5 hours.  The sample containers should be covered to preclude escape of an aerosol spray.

3) **Centrifuge sample.**

Weigh centrifuge vial before adding beaker ingredients.  Wash beaker with an additional 10-15ml of solvent to remove any remaining concentrate.  Then centrifuge

28

**DX9575.0035**

at approximately 2000-2500 rpm for 0.5 hour. Use solvent-resistant centrifuge tubes.

4)  **Decant sample, reweigh**.

After separation by centrifuging, decant solvent by pipetting. Leave a small amount of solvent in the centrifuge vial to minimize the risk of decanting solid concentrate. Allow solid concentrate to dry in vial, then reweigh.

2.3.8  Procedure for Acid Dissolution

1)  **Weigh starting material, transfer to acid resistant container**.

Small, dry sample weights between 0.1g and 0.5g are recommended (determined for 47mm filters   adjust amount if different diameter filters are used). If too much material is left after acid dissolution the filter can get clogged and prevent complete filtration. Very small samples are also to be avoided, as the weighing errors will have a large effect on the total accuracy and precision of the technique.

2)  **Weigh filter**.

3)  **Add HCl to sample in container, stir, allow to sit for 2-10 minutes**.

Either concentrated or dilute HCl can be used. If concentrated HCl is used, add enough acid to completely soak the material, allow the reaction to proceed to completion, and then dilute with distilled water. Alternatively, a dilute solution, made by adding concentrated HCl to distilled water, can be used in the place of concentrated HCl. A solution of 1 part concentrated HCl to 3 parts distilled water (approximately 3N solution) has been found to be quite effective in removing components within 5 minutes. For a sample size less than 0.5g, 20-30 ml of a 3N HCl solution is appropriate. In either case (using concentrated or dilute HCl), the reaction will be more effective if the sample has been homogenized first. All obvious signs of reaction (bubbling) should cease before the sample is filtered. Add fresh acid, a ml or two at a time, to ensure complete reaction. It should be noted that if dolomite is present, a 15-20 minute exposure to concentrated HCl may be required to completely dissolve the carbonate materials.

**NOTE:** Other solvents may be useful for selective dissolution of nonasbestos components. For example, acetic acid will dissolve calcite, and will not dissolve asbestos minerals. If any solvent other than hydrochloric acid is used for the dissolution of inorganic components, the laboratory must be able to demonstrate that the solvent does not remove asbestos from the sample.

29

DX9575.0036

4) **Filter solution.**

Use the pre-weighed filter. Pour the solution into the vacuum filter assembly, then rinse all material from container into filter assembly. Rinse down the inside walls of the glass filter basin and check for particles clinging to the basin after removal.

5) **Weigh dried filter + residue, subtract weight of filter from total.**

6) **Divide residue weight by starting weight and multiply by 100 to determine weight% residue.**

7) **Analyze residue.**

Perform stereomicroscopic examination of residue (can be performed without removing the residue from the filter). Note in particular whether any binder material is still present.

Perform PLM, AEM, or XRD analysis of residue to identify fibers and determine concentration as described in the appropriate sections of this method.

8) **Modify procedure if necessary.**

If removal of the acid soluble components was not complete, start with a new subsample of material and try any of the following:

a) Decrease grain size of material (by grinding, milling, etc.)
b) Put solutions on hot plate   warm slightly
c) Increase soak time (exercise caution)

9) **Calculate relative weight% asbestos in sample.**

wt% asbestos in sample = % asbestos in residue x wt% residue ÷ 100

For floor tiles, if the ashing procedure was used first, multiply the weight % of asbestos in the sample, as determined above, by the weight percent of the residue from the ashing procedure, then divide by 100.

Example:
A = wt% residue from ashing = 70%
B = wt% residue from HCl = 20%
C = wt% of asbestos in HCl residue = 50%

wt% asbestos after HCl dissolution = B x C ÷ 100 = 20 x 50 ÷ 100 = 10%

30

**DX9575.0037**

wt% asbestos in floor tile = (B x C ÷ 100) x A ÷ 100 = 10 x 70 ÷ 100 = 7%

If weights are expressed in decimal form, multiply the weight % of asbestos in the sample by the weight % of the residue from the ashing procedure, then multiply by 100.

wt% asbestos after HCl dissolution = B x C = 0.2 x 0.5 = 0.1 (x 100 = 10%)

wt% asbestos in floor tile = (B x C) x A = 0.1 x 0.7 = 0.07 (x 100 = 7%)

## 2.3.9  Determination of Optimal Precision and Accuracy

The precision of the technique can be determined by extracting multiple subsamples from the original sample and applying the same procedure to each.  The optimal accuracy of the technique can be determined by applying gravimetric standards.  Mixtures of calcite and asbestos  (chrysotile, amosite, etc.) in the following proportions are recommended for testing the accuracy of the acid dissolution technique:  0.1 wt% asbestos/99.9 wt% calcite, 1.0 wt% asbestos/99.0 wt% calcite, and 10 wt% asbestos/90 wt% calcite.  Mixtures of cellulose and asbestos are useful for  testing the accuracy of the ashing technique.

Mixtures of only two components, as described above, are simplifications of "real-world" samples.  The accuracy determined by analyzing these mixtures is considered optimal and may not apply directly to the measurement of each unknown sample.  However, analyzing replicates and standards using the full laboratory procedure, including homogenization, ashing, acid dissolution, filtration, and weighing, may uncover steps that introduce significant bias or variation that the laboratory may then correct.

## 2.3.10  References

1.  Kressler, J. R., "Changes in Optical Properties of Chrysotile During Acid Leaching", **The Microscope**, 31, 1983, pp. 165-172.

2.  Prentice, J. and M. Keech, "Alteration of Asbestos with Heat",  **Microscopy and Analysis,** March 1989.

3.  Laughlin, G. and W. C. McCrone, "The Effect of Heat on the Microscopical Properties of Asbestos", **The Microscope,** 37, 1989, pp. 8-15.

31

DX9575.0038

## 2.4 X-Ray Powder Diffraction

### 2.4.1 Principle and Applicability

The principle of x-ray powder diffraction (XRD) analysis is well established.[1,2] Any solid crystalline material will diffract an incident beam of parallel, monochromatic x-rays whenever Bragg's Law,

$$\lambda = 2d \sin \theta,$$

is satisfied for a particular set of planes in the crystal lattice, where

$\lambda$ = the x-ray wavelength, Å;
d = the interplanar spacings of the set of reflecting lattice planes, Å and
$\theta$ = the angle of incidence between the x-ray beam and the reflecting lattice planes.

By appropriate orientation of a sample relative to the incident x-ray beam, a diffraction pattern can be generated that will be uniquely characteristic of the structure of the crystalline phases present.

Unlike optical methods of analysis, however, XRD cannot determine crystal morphology. Therefore, in asbestos analysis, XRD does not distinguish between fibrous and nonfibrous forms of the serpentine and amphibole minerals (Table 2-6). However, when used in conjunction with methods such as PLM or AEM, XRD techniques can provide a reliable analytical method for the identification and characterization of asbestiform minerals in bulk materials.

For **qualitative** analysis by XRD methods, samples should initially be scanned over limited diagnostic peak regions for the serpentine ($\sim 7.4$ Å) and amphibole (8.2-8.5 Å) minerals (Table 2-7). Standard slow-scanning methods for bulk sample analysis may be used for materials shown by PLM to contain significant amounts of asbestos ($>5$ percent). Detection of minor or trace amounts of asbestos may require special sample preparation and step-scanning analysis. All samples that exhibit diffraction peaks in the diagnostic regions for asbestiform minerals should be submitted to a full ($5°-60°$ $2\theta$; $1°$ $2\theta$/min) qualitative XRD scan, and their diffraction patterns should be compared with standard reference powder

32

DX9575.0039

diffraction patterns[3] to verify initial peak assignments and to identify possible matrix interferences when subsequent quantitative analysis will be performed.

Accurate **quantitative** analysis of asbestos in bulk samples by XRD is critically dependent on particle size distribution, crystallite size, preferred orientation and matrix absorption effects, and comparability of standard reference and sample materials. The most intense diffraction peak that has been shown to be free from interference by prior qualitative XRD analysis should be selected for quantitation of each asbestiform mineral. A "thin-layer" method of analysis[5,6] can be used in which, subsequent to comminution of the bulk material to $\sim 10$ $\mu$m by suitable cryogenic milling techniques, an accurately known amount of the sample is deposited on a silver membrane filter. The mass of asbestiform material is determined by measuring the integrated area of the selected diffraction peak using a step-scanning mode, correcting for matrix absorption effects, and comparing with suitable calibration standards. Alternative "thick-layer" or bulk methods[7],[8] are commonly used for **semi-quantitative analysis.**

33

**DX9575.0040**

TABLE 2-6.  THE ASBESTOS MINERALS AND THEIR
NONASBESTIFORM ANALOGS

| Asbestiform | Nonasbestiform | Chemical Abstract Service No. |
|---|---|---|
| Serpentine | | |
|   Chrysotile | Antigorite, lizardite | 12001-29-5 |
| Amphibole | | |
|   Anthophyllite asbestos | Anthophyllite | 77536-67-5 |
|   Cummingtonite-grunerite asbestos (Amosite) | Cummingtonite-grunerite | 12172-73-5 |
|   Crocidolite | Riebeckite | 12001-28-4 |
|   Tremolite asbestos | Tremolite | 77536-68-6 |
|   Actinolite asbestos | Actinolite | 77536-66-4 |

TABLE 2-7.  PRINCIPAL LATTICE SPACINGS OF ASBESTIFORM MINERALS[1]

| Minerals | Principal d-spacings (Å) and relative intensities | | | JCPDS Powder diffraction file[2] number |
|---|---|---|---|---|
| Chrysotile (Serpentine) | $7.31_{100}$ | $3.65_{70}$ | $4.57_{50}$ | 21-543[3] |
| | $7.36_{100}$ | $3.66_{80}$ | $2.45_{65}$ | 25-645 |
| | $7.10_{100}$ | $2.33_{80}$ | $3.55_{70}$ | 22-1162 (theoretical) |
| Amosite (Grunerite) | $8.33_{100}$ | $3.06_{70}$ | $2.756_{70}$ | 17-745 (nonfibrous) |
| | $8.22_{100}$ | $3.060_{85}$ | $3.25_{70}$ | 27-1170 (UICC) |
| Anthophyllite | $3.05_{100}$ | $3.24_{60}$ | $8.26_{55}$ | 9-455 |
| | $3.06_{100}$ | $8.33_{70}$ | $3.23_{50}$ | 16-401 (synthetic) |
| Crocidolite (Riebeckite) | $8.35_{100}$ | $3.10_{55}$ | $2.720_{35}$ | 27-1415 (UICC) |
| | $8.40_{100}$ | $3.12_{55}$ | $2.726_{40}$ | 19-1061 |
| Actinolite | $2.72_{100}$ | $2.54_{100}$ | $3.40_{80}$ | 25-157 |
| Tremolite | $8.38_{100}$ | $3.12_{100}$ | $2.705_{90}$ | 13-437[3] |
| | $2.706_{100}$ | $3.14_{95}$ | $8.43_{40}$ | 20-1310[3] (synthetic) |
| | $3.13_{100}$ | $2.706_{60}$ | $8.44_{40}$ | 23-666 (synthetic mixture w/richterite) |

1.  This information is intended as a guide only.  Complete powder diffraction data, including mineral type and source, should be referred to ensure comparability of sample and reference materials where possible.  Additional precision XRD data on amosite, crocidolite, tremolite and chrysotile are available from the U.S. Bureau of Mines, Reference 4.

2.  From Reference 3

3.  Fibrosity questionable

34

DX9575.0041

This XRD method is applicable as a confirmatory method for identification and quantitation of asbestos in bulk material samples that have undergone prior analysis by PLM or other optical methods.

## 2.4.2  Range and Sensitivity

The range and sensitivity of the method have not been determined.  They will be variable and dependent upon many factors, including matrix effects (absorption and interferences), diagnostic reflections selected and their relative intensities, preferred orientation, and instrumental limitations.  A detection limit of one percent is feasible given certain sample characteristics.

## 2.4.3  Limitations

### 2.4.3.1  Interferences

Since the asbestiform and nonasbestiform analogs of the serpentine and amphibole minerals (Table 2-7) are indistinguishable by XRD techniques unless special sample preparation techniques and instrumentation are used,[9] the presence of nonasbestiform serpentines and amphiboles in a sample will pose severe interference problems in the identification and quantitative analysis of their asbestiform analogs.

The use of XRD for identification and quantitation of asbestiform minerals in bulk samples may also be limited by the presence of other interfering materials in the sample. For naturally-occurring materials, the commonly associated asbestos-related mineral interferences can usually be anticipated.  However, for fabricated materials, the nature of the interferences may vary greatly (Table 2-8) and present more serious problems in identification and quantitation.[10]  Potential interferences are summarized in Table 2-9 and include the following:

- **Chlorite** has major peaks at 7.19 Å and 3.58 Å that interfere with both the primary (7.31 Å) and secondary (3.65 Å) peaks for serpentine (chrysotile).  Resolution of the primary peak to give good quantitative results may be possible when a step-scanning mode of operation is employed.

- **Vermiculite** has secondary peaks at 7.14 Å and 3.56 Å that could interfere with the primary peak (7.31 Å) and a secondary peak (3.65 Å) of serpentine (chrysotile).

35

DX9575.0042

TABLE 2-8.  COMMON CONSTITUENTS IN BUILDING MATERIAL

(From Ref. 10)

**A.  Insulation Materials**

Chrysotile
Amosite
Crocidolite
*Rock wool
*Slag wool
*Fiber glass
Gypsum (CaSO$_4$ · 2H$_2$0)
Vermiculite (micas)
*Perlite
Clays (kaolin)
*Wood pulp
*Paper fibers (talc, clay
  carbonate filters)
Calcium silicates (synthetic)
Opaques (chromite, magnetite
  inclusions in serpentine)
Hematite (inclusions in "amosite")
Magnesite
*Diatomaceous earth

**B.      Flooring Materials**

| | |
|---|---|
| Calcite | Tremolite |
| Dolomite | *Organic binders |
| Titanium Oxide | Talc |
| Quartz | Wollastonite |
| Antigorite | |
| Chrysotile | |
| Anthophyllite | |

**C.  Spray Finishes or Paints**

Bassanite
Carbonate minerals (calcite,
  dolomite, vaterite)
Talc
Tremolite
Anthophyllite
Serpentine (including chrysotile)
Amosite
Crocidolite
*Mineral wool
*Rock wool
*Slag wool
*Fiber glass
Clays (kaolin)
Micas
Chlorite
Gypsum
Quartz
*Organic binders and thickeners
Hydromagnesite
Wollastonite
Opaques (chromite, magnetite
  inclusion in serpentine)
Hematite (inclusions in "amosite")

**D.  Cementitious Materials**

Chrysotile
Amosite
Crocidolite
Micas
Fiber glass
Cellulose
Animal hair
Quartz
Gypsum
Calcite
Dolomite
Calcium silicates

**E.  Roofing Materials**

Chrysotile
Cellulose
Fiber glass
Mineral Wool
Asphalt
Quartz
Talc
Micas

* Amorphous materials--contribute only to overall scattered radiation and increased background radiation.

36

**DX9575.0043**

## TABLE 2-9  INTERFERENCES IN XRD ANALYSIS OF ASBESTIFORM MINERALS

| Asbestiform Mineral | Primary diagnostic peaks (approximate d spacings in Å) | Interference |
|---|---|---|
| Serpentine Chrysotile | 7.3 | Nonasbestiform serpentines, (antigorite, lizardite), chlorite, vermiculite, sepiolite, kaolinite, gypsum |
| | 3.7 | Nonasbestiform serpentines (antigorite, lizardite), chlorite, vermiculite, halloysite, cellulose |
| Amphibole Amosite (Grunerite) Anthophyllite Crocidolite (Riebeckite) | 3.1 | Nonasbestiform amphiboles (grunerite-cummingtonite, anthophyllite, riebeckite, tremolite), mutual interferences, talc, carbonates |
| Tremolite Actinolite | 8.3 | Nonasbestiform amphiboles (grunerite-cummingtonite, anthophyllite, riebeckite, tremolite), mutual interferences |

- **Sepiolite** produces a peak at 7.47 Å which could interfere with the primary peak (7.31 Å) of serpentine (chrysotile).

- **Halloysite** has a peak at 3.63 Å that interferes with the secondary (3.65 Å) peak for serpentine (chrysotile).

- **Kaolinite** has a major peak at 7 15 Å that may interfere with the primary peak of serpentine (chrysotile) at 7.31 Å when present at concentrations of > 10 percent. However, the secondary serpentine (chrysotile) peak at 3.65 Å may be used for quantitation.

- **Gypsum** has a major peak at 7.5 Å that overlaps the 7.31 Å peak of serpentine (chrysotile) when present as a major sample constituent. This may be removed by careful washing with distilled water, or by heating to 300°C to convert gypsum to plaster of paris (bassanite).

- **Cellulose** has a broad peak that partially overlaps the secondary (3.65 Å) serpentine (chrysotile) peak.[8]

37

DX9575.0044

- Overlap of major diagnostic peaks of the amphibole minerals, grunerite (amosite), anthophyllite, riebeckite (crocidolite), and tremolite, at approximately 8.3 Å and 3.1 Å causes mutual interference when these minerals occur in the presence of one another. In some instances adequate resolution may be attained by using step-scanning methods and/or by decreasing the collimator slit width at the x-ray port.

- **Carbonates** may also interfere with quantitative analysis of the amphibole minerals grunerite (amosite), anthophyllite, riebeckite (crocidolite), and tremolite-actinolite. Calcium carbonate ($CaCO_3$) has a peak at 3.035 Å that overlaps major amphibole peaks at approximately 3.1 Å when present in concentrations of >5 percent. Removal of carbonates with a dilute acid wash is possible; however, the time in acid should be no more than 20 minutes to preclude any loss of chrysotile.[11]

- A major **talc** peak at 3.12 Å interferes with the primary tremolite peak at this same position and with secondary peaks of actinolite (3.14 Å), riebeckite (crocidolite) (3.10 Å), grunerite (amosite) (3.06 Å), and anthophyllite (3.05 Å). In the presence of talc, the major diagnostic peak at approximately 8.3 Å should be used for quantitation of these asbestiform minerals.

The problem of intraspecies and matrix interference is further aggravated by the variability of the silicate mineral powder diffraction patterns themselves, which often makes definitive identification of the asbestos minerals by comparison with standard reference diffraction patterns difficult. This variability results from alterations in the crystal lattice associated with differences in isomorphous substitution and degree of crystallinity. This is especially true for the amphiboles. These minerals exhibit a wide variety of very similar chemical compositions, resulting in diffraction patterns characterized by having major (110) reflections of the monoclinic amphiboles and (210) reflections of orthorhombic anthophyllite separated by less than 0.2 Å.[12]

2.4.3.2 Matrix Effects

If a copper x-ray source is used, the presence of iron at high concentrations in a sample will result in significant x-ray fluorescence, leading to loss of peak intensity, increased background intensity, and an overall decrease in sensitivity. This situation may be corrected by use of an x-ray source other than copper; however, this is often accompanied both by loss of intensity and by decreased resolution of closely spaced reflections. Alternatively, use of a

38

DX9575.0045

diffracted beam monochromator will reduce background fluorescent radiation, enabling weaker diffraction peaks to be detected.

X-ray absorption by the sample matrix will result in overall attenuation of the diffracted beam and may seriously interfere with quantitative analysis. Absorption effects may be minimized by using sufficiently "thin" samples for analysis.[5,13,14] However, unless absorption effects are known to be the same for both samples and standards, appropriate corrections should be made by referencing diagnostic peak areas to an internal standard[7,8] or filter substrate (Ag) peak.[5,6]

### 2.4.3.3 Particle Size Dependence

Because the intensity of diffracted x-radiation is particle-size dependent, it is essential for accurate quantitative analysis that both sample and standard reference materials have similar particle size distributions. The optimum particle size (i.e., fiber length) range for quantitative analysis of asbestos by XRD has been reported to be 1 to 10 $\mu$m.[15] Comparability of sample and standard reference material particle size distributions should be verified by optical microscopy (or another suitable method) prior to analysis.

### 2.4.3.4 Preferred Orientation Effects

Preferred orientation of asbestiform minerals during sample preparation often poses a serious problem in quantitative analysis by XRD. A number of techniques have been developed for reducing preferred orientation effects in "thick layer" samples.[7,8,15] For "thin" samples on membrane filters, the preferred orientation effects seem to be both reproducible and favorable to enhancement of the principal diagnostic reflections of asbestos minerals, actually increasing the overall sensitivity of the method.[12,14] However, further investigation into preferred orientation effects in both thin layer and bulk samples is required.

### 2.4.3.5 Lack of Suitably Characterized Standard Materials

The problem of obtaining and characterizing suitable reference materials for asbestos analysis is clearly recognized. The National Institute of Standards and Technology can

39

DX9575.0046

provide standard reference materials for chrysotile, amosite and crocidolite (SRM 1866) and anthophyllite, tremolite and actinolite (SRM 1867).

In addition, the problem of ensuring the comparability of standard reference and sample materials, particularly regarding crystallite size, particle size distribution, and degree of crystallinity, has yet to be adequately addressed. For example, Langer et al.[18] have observed that in insulating matrices, chrysotile tends to break open into bundles more frequently than amphiboles. This results in a line-broadening effect with a resultant decrease in sensitivity. Unless this effect is the same for both standard and sample materials, the amount of chrysotile in the sample will be under-estimated by XRD analysis. To minimize this problem, it is recommended that standardized matrix reduction procedures be used for both sample and standard materials.

2.4.4  Precision and Accuracy

Neither the precision nor accuracy of this method has been determined. The individual laboratory should obtain or prepare a set of calibration materials containing a range of asbestos weight percent concentrations in combination with a variety of matrix/binder materials. Calibration curves may be constructed for use in semi-quantitative analysis of bulk materials.

2.4.5  Procedure

2.4.5.1  Sampling

Samples taken for analysis of asbestos content should be collected as specified by EPA[19]

2.4.5.2  Analysis

All samples must be analyzed initially for asbestos content by PLM. XRD may be used as an additional technique, both for identification and quantitation of sample components.
**Note: Asbestos is a toxic substance. All handling of dry materials should be performed in a safety-hood.**

40

DX9575.0047

2.4.5.2.1  Sample Preparation

The method of sample preparation required for XRD analysis will depend on:  (1) the condition of the sample received (sample size, homogeneity, particle size distribution, and overall composition as determined by PLM); and (2) the type of XRD analysis to be performed (qualitative or quantitative; thin-layer or bulk).

Bulk materials are usually received as heterogeneous mixtures of complex composition with very wide particle size distributions.  Preparation of a homogeneous, representative sample from asbestos-containing materials is particularly difficult because the fibrous nature of the asbestos minerals inhibits mechanical mixing and stirring, and because milling procedures may cause adverse lattice alterations.

A discussion of specific matrix reduction procedures is given below.  Complete methods of sample preparation are detailed in Sections 2.4.5.3 and 2.4.5.4.  **Note:  All samples should be examined microscopically before and  after each matrix reduction step to monitor changes in sample particle size  distribution, composition, and crystallinity, and to ensure sample  representativeness and homogeneity for analysis.**

2.4.5.2.2  Milling

Mechanical milling of asbestos materials has been shown to decrease fiber crystallinity, with a resultant decrease in diffraction intensity of the specimen; the degree of lattice alteration is related to the duration and type of milling process.[20-23]  Therefore, all milling times should be kept to a minimum.

For **qualitative analysis**, particle size is not usually of critical importance and initial characterization of the material with a minimum of matrix reduction is often desirable to document the composition of the sample as received.  Bulk samples of very large particle size ( > 2-3 mm) should be comminuted to  ~ 100 $\mu$m.  A mortar and pestle can sometimes be used in size reduction of soft or loosely bound materials though this may cause matting of some samples.  Such samples may be reduced by cutting with a razor blade in a mortar, or by grinding in a suitable mill (e.g., a microhammer mill or equivalent).  When using a mortar for grinding or cutting, the sample should be moistened with ethanol, or some other

41

DX9575.0048

suitable wetting agent, to minimize exposure, and the procedure should be performed in a HEPA-filtered hood.

For accurate, reproducible **quantitative analysis**, the particle size of both sample and standard materials should be reduced to $\sim 10\ \mu m$. Dry ball milling at liquid nitrogen temperatures (e.g., Spex Freezer Mill*, or equivalent) for a maximum time of 10 minutes (some samples may require much shorter milling time) is recommended to obtain satisfactory particle size distributions while protecting the integrity of the crystal lattice.[5] Bulk samples of very large particle size may require grinding in two stages for full matrix reduction to $<10\ \mu m$.[8,16]

Final particle size distributions should always be verified by optical microscopy or another suitable method.

2.4.5.2.3  Ashing

For materials shown by PLM to contain large amounts of cellulose or other organic materials, it may be desirable to ash prior to analysis to reduce background radiation or matrix interference.  Since chrysotile undergoes dehydroxylation at temperatures between 550°C and 650°C, with subsequent transformation to forsterite,[24,25] ashing temperatures should be kept below 500°C.  Use of a muffle furnace is recommended.  In all cases, calibration of the furnace is essential to ensure that a maximum ashing temperature of 500°C is not exceeded (see Section 2.3).

2.4.5.2.4  Acid Washing

Because of the interference caused by gypsum and some carbonates in the detection of asbestiform minerals by XRD (see Section 2.4.3.1), it may be necessary to remove these interferences by a simple acid washing procedure prior to analysis (see Section 2.3).

2.4.5.3 Qualitative Analysis

2.4.5.3.1  Initial Screening of Bulk Material

Qualitative analysis should be performed on a representative, homogeneous portion of the sample, with a minimum of sample treatment, using the following procedure:

42

DX9575.0049

1. Grind and mix the sample with a mortar and pestle (or equivalent method, see Section 2.4.5.2.2) to a final particle size sufficiently small ($\sim 100 \ \mu m$) to allow adequate packing into a sample holder.

2. Pack sample into a standard bulk sample holder. Care should be taken to ensure that a representative portion of the milled sample is selected for analysis. Particular care should be taken to avoid possible size segregation of the sample. **(Note: Use of back-packing method[26] for bulk sample preparation may reduce preferred orientation effects.)**

3. Mount the sample on the diffractometer and scan over the diagnostic peak regions for the serpentine ($\sim 7.4$ Å) and amphibole (8.2-8.5 Å) minerals (see Table 2-7). The x-ray diffraction equipment should be optimized for intensity. A slow scanning speed of $1° \ 2\theta$/min is recommended for adequate resolution. Use of a sample spinner is recommended.

4. Submit all samples that exhibit diffraction peaks in the diagnostic regions for asbestiform minerals to a full qualitative XRD scan ($5°-60° \ 2\theta$; $1° \ 2\theta$/min) to verify initial peak assignments and to identify potential matrix interferences when subsequent quantitative analysis is to be performed.

5. Compare the sample XRD pattern with standard reference powder diffraction patterns (i.e., JCPDS powder diffraction data[3] or those of other well-characterized reference materials). Principal lattice spacings of asbestiform minerals are given in Table 2-7; common constituents of bulk insulation and wall materials are listed in Table 2-8.

2.4.5.3.2  Detection of Minor or Trace Constituents

Routine screening of bulk materials by XRD may fail to detect small concentrations ($<1\%$) of asbestos. The limits of detection will, in general, be improved if matrix absorption effects are minimized, and if the sample particle size is reduced to the optimal 1 to 10 $\mu m$ range, provided that the crystal lattice is not degraded in the milling process. Therefore, in those instances when confirmation of the presence of an asbestiform mineral at very low levels is required, or where a negative result from initial screening of the bulk material by XRD (see Section 2.4.5.3.1) is in conflict with previous PLM results, it may be desirable to prepare the sample as described for quantitative analysis (see Section 2.4.5.4) and step-scan over appropriate $2\theta$ ranges of selected diagnostic peaks (Table 2-7). Accurate

43

transfer of the sample to the silver membrane filter is not necessary unless subsequent quantitative analysis is to be performed.

2.4.5.4  Quantitative Analysis

The proposed method for quantitation of asbestos in bulk samples is a modification of the NIOSH-recommended thin-layer method for chrysotile in air.[6] A thick-layer bulk method involving pelletizing the sample may be used for semi-quantitative analysis;[7,8] however, this method requires the addition of an internal standard, use of a specially fabricated sample press, and relatively large amounts of standard reference materials.  Additional research is required to evaluate the comparability of thin- and thick-layer methods for quantitative asbestos analysis.

For quantitative analysis by thin-layer methods, the following procedure is recommended:

1. Mill and size all or a substantial representative portion of the sample as outlined in Section 2.4.5.2.2.

2. Dry at 60°C for 2 hours; cool in a desiccator.

3. Weigh accurately to the nearest 0.01 mg.

4. Samples shown by PLM to contain large amounts of cellulosic or other organic materials, gypsum, or carbonates, should be submitted to appropriate matrix reduction procedures described in Sections 2.4.5.2.3 and 2.4.5.2.4.  After ashing and/or acid treatment, repeat the drying and weighing procedures described above, and determine the percent weight loss, L.

5. Quantitatively transfer an accurately weighed amount (50-100 mg) of the sample to a 1-L volumetric flask containing approximately 200 mL isopropanol to which 3 to 4 drops of surfactant have been added.

6. Ultrasonicate for 10 minutes at a power density of approximately 0.1 W/mL, to disperse the sample material.

7. Dilute to volume with isopropanol.

8. Place flask on a magnetic-stirring plate.  Stir.

9. Place silver membrane filter on the filtration apparatus, apply a vacuum, and attach the reservoir.  Release the vacuum and add several milliliters of isopropanol to the reservoir.  Vigorously hand shake the asbestos suspension and immediately withdraw

44

DX9575.0051

an aliquot from the center of the suspension so that total sample weight, $W_T$, on the filter will be approximately 1 mg. Do not adjust the volume in the pipet by expelling part of the suspension; if more than the desired aliquot is withdrawn, discard the aliquot and repeat the procedure with a clean pipet. Transfer the aliquot to the reservoir. Filter rapidly under vacuum. Do not wash the reservoir walls. Leave the filter apparatus under vacuum until dry. Remove the reservoir, release the vacuum, and remove the filter with forceps. (Note: Water-soluble matrix interferences such as gypsum may be removed at this time by careful washing of the filtrate with distilled water. Extreme care should be taken not to disturb the sample.)

10. Attach the filter to a flat holder with a suitable adhesive and place on the diffractometer. Use of a sample spinner is recommended.

11. For each asbestos mineral to be quantitated, select a reflection (or reflections) that has (have) been shown to be free from interferences by prior PLM or qualitative XRD analysis and that can be used unambiguously as an index of the amount of material present in the sample (see Table 2-7).

12. Analyze the selected diagnostic reflection(s) by step-scanning in increments of 0.02° $2\theta$ for an appropriate fixed time and integrating the counts. (A fixed count scan may be used alternatively; however, the method chosen should be used consistently for all samples and standards.) An appropriate scanning interval should be selected for each peak, and background corrections made. For a fixed time scan, measure the background on each side of the peak for one-half the peak-scanning time. The net intensity, $I_a$, is the difference between the peak integrated count and the total background count.

13. Determine the net count, $I_{Ag}$, of the filter 2.36 Å silver peak following the procedure in step 12. Remove the filter from the holder, reverse it, and reattach it to the holder. Determine the net count for the unattenuated silver peak, $I^\circ_{Ag}$ Scan times may be less for measurement of silver peaks than for sample peaks; however, they should be constant throughout the analysis.

14. Normalize all raw, net intensities (to correct for instrument instabilities) by referencing them to an external standard (e.g., the 3.34 Å peak of an $\alpha$-quartz reference crystal). After each unknown is scanned, determine the net count, $I^\circ_r$, of the reference specimen following the procedure in step 12. Determine the normalized intensities by dividing the peak intensities by $I^\circ_r$:

DX9575.0052

$$\hat{I}_a = \frac{I_a}{I_r^\circ}, \quad \hat{I}_{Ag} = \frac{I_{Ag}}{I_r^\circ}, \quad and \quad \hat{I}_{Ag}^\circ = \frac{I_{Ag}^\circ}{I_r^\circ}$$

## 2.4.6  Calibration

### 2.4.6.1  Preparation of Calibration Standards

1. Mill and size standard asbestos materials according to the procedure outlined in Section 2.4.5.2.2. **Equivalent standardized matrix reduction and sizing techniques should be used for both standard and sample materials.**

2. Dry at 100°C for 2 hours; cool in a desiccator.

3. Prepare two suspensions of each standard in isopropanol by weighing approximately 10 and 50 mg of the dry material to the nearest 0.01 mg. Transfer each to a 1-L volumetric flask containing approximately 200 mL isopropanol to which a few drops of surfactant have been added.

4. Ultrasonicate for 10 minutes at a power density of approximately 0.1 W/mL, to disperse the asbestos material.

5. Dilute to volume with isopropanol.

6. Place the flask on a magnetic stirring plate. Stir.

7. Prepare, in triplicate, a series of at least five standard filters to cover the desired analytical range, using appropriate aliquots of the 10 and 50 mg/L suspensions. For each standard, mount a silver membrane filter on the filtration apparatus. Place a few mL of isopropanol in the reservoir. Vigorously hand shake the asbestos suspension and immediately withdraw an aliquot from the center of the suspension. Do not adjust the volume in the pipet by expelling part of the suspension; if more than the desired aliquot is withdrawn, discard the aliquot and resume the procedure with a clean pipet. Transfer the aliquot to the reservoir. Keep the tip of the pipet near the surface of the isopropanol. Filter rapidly under vacuum. Do not wash the sides of the reservoir. Leave the vacuum on for a time sufficient to dry the filter. Release the vacuum and remove the filter with forceps.

46

DX9575.0053

2.4.6.2  Analysis of Calibration Standards

1.  Mount each filter on a flat holder.  Perform step scans on selected diagnostic reflections of the standards and reference specimen using the procedure outlined in Section 2.4.5.4, step 12, and the same conditions as those used for the samples.

2.  Determine the normalized intensity for each peak measured, $\hat{I}^\circ_{std}$, as outlined in Section 2.4.5.4, step 14.

2.4.7  Calculations

For each asbestos reference material, calculate the exact weight deposited on each standard filter from the concentrations of the standard suspensions and aliquot volumes. Record the weight, w, of each standard. Prepare a calibration curve by regressing $\hat{I}^\circ_{std}$ on w.  Poor reproducibility ($\pm 15$ percent RSD) at any given level indicates problems in the sample preparation technique, and a need for new standards.  The data should fit a straight-line equation.

Determine the slope, m, of the calibration curve in counts/microgram.  The intercept, b, of the line with the $\hat{I}^\circ_{std}$ axis should be approximately zero.  A large negative intercept indicates an error in determining the background.  This may arise from incorrectly measuring the baseline or from interference by another phase at the angle of background measurement. A large positive intercept indicates an error in determining the baseline or that an impurity is included in the measured peak.

Using the normalized intensity, $\hat{I}_{Ag}$ for the attenuated silver peak of a sample, and the corresponding normalized intensity from the unattenuated silver peak $\hat{I}^\circ_{Ag}$, of the sample filter, calculate the transmittance, T, for each sample as follows:[27,28]

$$T = \frac{\hat{I}_{Ag}}{\hat{I}^\circ_{Ag}}$$

Determine the correction factor, f(T), for each sample according to the formula:

47

**DX9575.0054**

$$f(T) = \frac{-R(\ln T)}{1 - T^R}$$

where

$$R = \frac{\sin \theta_{Ag}}{\sin \theta_a}$$

$\theta_{Ag}$ = angular position of the measured silver peak (from Bragg's Law), and

$\theta_a$ = angular position of the diagnostic asbestos peak.

Calculate the weight, $W_a$, in micrograms, of the asbestos material analyzed for in each sample, using the absorption corrections:

$$W_a = \frac{\hat{I}_a f(t) - b}{m}$$

Calculate the percent composition, $P_a$, of each asbestos mineral analyzed for in the parent material, from the total sample weight, $W_T$, on the filter:

$$P_a = \frac{W_a(1 - .01L)}{W_T} \times 100$$

where

$P_a$    = percent asbestos mineral in parent material;

$W_a$    = mass of asbestos mineral on filter, in $\mu$g;

$W_T$    = total sample weight on filter, in $\mu$g;

L    = percent weight loss of parent material on ashing and/or acid treatment (see Section 2.4.5.4).

48

DX9575.0055

## 2.4.8  References

1. Klug, H. P. and L. E. Alexander, **X-Ray Diffraction Procedures for Polycrystalline and Amorphous Materials**, 2nd ed., New York:  John Wiley and Sons, 1979.

2. Azaroff, L. V. and M. J. Buerger, **The Powder Method of X-Ray Crystallography**, New York:  McGraw-Hill, 1958.

3. JCPDS-**International Center for Diffraction Data Powder Diffraction  Studies**, 1601 Park Lane, Swarthmore, PA.

4. Campbell, W. J.,  C. W. Huggins, and A. G. Wylie, **Chemical and Physical Characterization of Amosite, Chrysotile, Crocidolite, and Nonfibrous  Tremolite for National Institute of Environmental Health Sciences Oral  Ingestion Studies**, U.S. Bureau of Mines Report of Investigation R18452, 1980.

5. Lange, B. A. and J. C. Haartz, Determination of microgram quantities of asbestos by x-ray diffraction:  Chrysotile in thin dust layers of matrix material, **Anal. Chem.**, 51(4):529-525, 1979.

6. **NIOSH Manual of Analytical Methods**, Volume 5, U.S. Dept. HEW, August 1979, pp. 309-1 to 309-9.

7. Dunn, H.W. and J. H. Stewart, Jr., Determination of chrysotile in building materials by x-ray diffractometry, **Analytical Chemistry**, 54 (7); 1122-1125, 1982.

8. Taylor, A.,  Methods for the quantitative determination of asbestos and quartz in bulk samples using x-ray diffraction, **The Analyst**, 103(1231):1009-1020, 1978.

9. Birks, L., M. Fatemi, J. V. Gilfrich, and E. T. Johnson, **Quantitative  Analysis of Airborne Asbestos by X-Ray Diffraction**, Naval Research Laboratory Report 7879, Naval Research Laboratory, Washington, DC, 1975.

10. **Asbestos-Containing Materials in School Buildings: A Guidance Document**, U. S. Environmental Protection Agency. EPA/OTS No. C00090, March 1979.

11. Krause, J. B. and W. H. Ashton, Misidentification of asbestos in talc, pp. 339-353, In:  **Proceedings of Workshops on Asbestos:  Definitions  and Measurement Methods** (NBS Special Publication 506), C. C. Gravatt, P. D. LaFleur, and K. F Heinrich (eds.), Washington, DC:  National Measurement Laboratory, National Bureau of Standards, 1977 (issued 1978).

49

**DX9575.0056**

12. Stanley, H. D., The detection and identification of asbestos and asbestiform minerals in talc, pp. 325-337. In: **Proceedings of Workshop on Asbestos: Definitions and Measurement Methods** (NBS Special Publication 506), C. C. Gravatt, P. D. LaFleur, and K. F. Heinrich (eds.), Washington, DC:  National Measurement Laboratory, National Bureau of Standards, 1977 (issued 1978).

13. Rickards, A. L., Estimation of trace amounts of chrysotile asbestos by x-ray diffraction, **Anal. Chem.**, 44(11):1872-3, 1972.

14. Cook, P. M., P. L. Smith, and D. G. Wilson, Amphibole fiber concentration and determination for a series of community air samples:  use of x-ray diffraction to supplement electron microscope analysis, In:  **Electron Microscopy and X-Ray Applications to Environmental and  Occupation Health Analysis**, P. A. Russell and A. E. Hutchings (eds.), Ann Arbor:  Ann Arbor Science Publications, 1977.

15. Rohl, A. N. and A. M. Langer, Identification and quantitation of asbestos in talc, **Environ. Health Perspectives**, 9:95-109, 1974.

16. Graf, J. L., P. K. Ase, and R. G. Draftz, **Preparation and  Characterization of Analytical Reference Materials**, DHEW (NIOSH) Publication No. 79-139, June 1979.

17. Haartz, J. C., B. A. Lange, R. G. Draftz, and R. F. Scholl, Selection and characterization of fibrous and nonfibrous amphiboles for analytical methods development, pp. 295-312, In:  **Proceedings of  Workshop on Asbestos: Definitions and Measurement Methods** (NBS special Publication 506), C. C. Gravatt, P. D. LaFleur, and K. F. Heinrich (eds.), Washington, DC:  National Measurement Laboratory, National Bureau of Standards, 1977 (issued 1978).

18. Personal Communication, A. M. Langer, formerly of Environmental Sciences Laboratory, Mount Sinai School of Medicine of the City University of New York, New York, NY, now of Brooklyn College, Brooklyn, N.Y.

19. **Asbestos in Buildings:  Simplified Sampling Scheme for Friable Surfacing Materials**, U.S. Environmental Protection Agency.   EPA 560/5-85-030a, October 1985.

20. Langer, A. M., M. S. Wolff, A. N. Rohl, and I. J. Selikoff, Variation of properties of chrysotile asbestos subjected to milling, **J. Toxicol.  and Environ. Health**, 4:173-188, 1978.

21. Langer, A. M.,  A. D. Mackler, and F  D. Pooley, Electron microscopical investigation of asbestos fibers, **Environ. Health Perspect.**, 9:63-80, 1974.

DX9575.0057

22. Occella, E. and G. Maddalon, X-ray diffraction characteristics of some types of asbestos in relation to different techniques of comminution, **Med. Lavoro,** 54(10):628-636, 1963.

23. Spurny, K. R., W. Stober, H. Opiela, and G. Weiss, On the problem of milling and ultrasonic treatment of asbestos and glass fibers in biological and analytical applications, **Am. Ind. Hyg. Assoc. J.,** 41:198-203, 1980.

24. Berry, L. G. and B. Mason, **Mineralogy,** San Francisco: W. H. Greeman & Co., 1959.

25. Schelz, J. P., The detection of chrysotile asbestos at low levels in talc by differential thermal analysis, **Thermochimica Acta,** 8:197-204, 1974.

26. Reference 1, pp. 372-374.

27. Leroux, J., Staub-Reinhalt Luft, 29:26 (English), 1969.

28. Leroux, J. A., B. C. Davey, and A. Paillard, Proposed standard methodology for the evaluation of silicosis hazards, **Am. Ind. Hyg. Assoc. J.,** 34:409, 1973.

**2.5  Analytical Electron Microscopy**

2.5.1  Applicability

Analytical electron microscopy (AEM) can often be a reliable method for the detection and positive identification of asbestos in some bulk building materials, both friable and nonfriable. The method is particularly applicable to bulk materials that contain a large amount of interfering materials that can be removed by ashing and/or dissolution and contain asbestos fibers that are not resolved by PLM techniques. Many floor tiles and plasters would be included in this type of sample. In combination with suitable specimen preparation techniques, the AEM method can also be used to quantify asbestos concentrations.

2.5.2  Range

The range is dependent on the type of bulk material being analyzed. The upper detection limit is 100%, and the lower detection limit can be as low as 0.0001% depending on the extent to which interfering materials can be separated during the preparation of AEM

DX9575.0058

specimens, the sophistication of the AEM preparation, and the amount of labor expended on AEM examination.

## 2.5.3 Interferences

The presence of a large amount of binder/matrix materials associated with fibers can make it difficult to positively identify fibers as asbestos. The portion of the fiber examined by either electron diffraction or energy dispersive x-ray analysis (EDXA) must be free of binder/matrix materials.

## 2.5.4 Precision and Accuracy

The precision and accuracy of the method have not been determined.

## 2.5.5 Procedures

The procedures for AEM specimen preparation depend on the data required. In analysis of floor tiles, the weighed residue after removal of the matrix components (see Section 2.3, Gravimetry) is often mostly asbestos, and the task is primarily to identify the fibers. In this situation the proportion of asbestos in the residue can be estimated by AEM and this estimate can be used to refine the gravimetric result. For many floor tiles, the final result is not very sensitive to errors in this estimation because the proportion of asbestos in the residue is very high. For samples in which this is not the case, precise measurements can be made using a quantitative AEM preparation, in which each grid opening of the specimen grid corresponds to a known weight of the original sample or of a concentrate derived from the original sample. Asbestos fibers on these grids are then identified and measured, using a fiber counting protocol which is directed towards a precise determination of mass concentration. This latter procedure is suitable for samples of low asbestos concentration, or for those in which it is not possible to remove a large proportion of the matrix material.

## 2.5.5.1 AEM Specimen Preparation for Semi-Quantitative Evaluation

The residual material from any ashing or dissolution procedures (see Section 2.3) used (usually trapped on a membrane filter) should be placed in a small volume of ethanol or another solvent such as acetone or isopropyl alcohol, in a disposable beaker, and dispersed

52

by treatment in an ultrasonic bath. A small volume of this suspension (approximately $3\mu l$) should be pipetted onto the top of a carbon-coated TEM grid. The suspension should be allowed to dry under a heat lamp. The grid is then ready for examination.

Samples that are not conducive to ashing or dissolution may also be prepared in this way for AEM analysis. A few milligrams of the sample may be ground in a mortar and pestle or milled, dispersed in ethanol or another solvent using an ultrasonic bath, and pipetted onto a grid as described previously.

## 2.5.5.2 AEM Specimen Preparation for Quantitative Evaluation

The objective of this preparation is to obtain a TEM grid on which a known weight of the bulk sample is represented by a known area of the TEM grid. A known weight of the bulk sample, or of the residue after extraction, should be dispersed in a known volume of distilled water. Aliquots of this dispersion should then be filtered through 0.22 $\mu$m pore-size MCE or 0.2 $\mu$m pore-size PC filters, using filtration techniques as described for analysis of water samples.[1] In order to obtain filters of appropriate particulate loading for AEM analysis, it may be necessary to perform serial dilutions of the initial dispersion. TEM grids should then be prepared from appropriately-loaded filters, using the standard methods.[2]

Determination of the mass concentration of asbestos on the TEM grids requires a different fiber counting protocol than that usually used for determination of numerical fiber concentrations. Initially, the grids should be scanned to determine the dimensions of the largest asbestos fiber or fiber bundle on the specimens. The volume of this fiber or bundle should be calculated. The magnification of the AEM should be set at a value for which the length of this fiber or bundle just fills the fluorescent screen. Asbestos fiber counting should then be continued at this magnification. The count should be terminated when the volume of the initial large fiber or bundle represents less than about 5% of the integrated volume of all asbestos fibers detected. This counting strategy ensures that the fiber counting effort is directed toward those fibers which contribute most to the mass, and permits a precise mass concentration value to be obtained.

53

2.5.5.2.1 Identification

To document the positive identification of asbestos in a sample, the analyst should record the following physical properties: morphology data, electron diffraction data, EDXA data, and any other distinguishing characteristics observed. For fibrous structures identified as nonasbestos, the unique physical property or properties that differentiate the material from asbestos should be recorded.

The purpose of the identification data collected is to prevent or limit false negatives and false positives. This can be accomplished by having a system for measuring and recording the d-spacings and symmetry of the diffraction patterns, determining the relative abundance of the elements detected by EDXA, and comparing these results to reference data. The laboratory should have a set of reference asbestos materials from which a set of reference diffraction patterns and x-ray spectra have been developed. Also, the laboratory should have available reference data on the crystallography and chemical composition of minerals that might analytically interfere with asbestos.

2.5.6 References

1. Chatfield, E.J., and M. J. Dillon, **Analytical Method for Determination of Asbestos Fibers in Water,** EPA-600/4-83-043. U.S. Environmental Protection Agency Environmental Research Laboratory, 1983.

2. Environmental Protection Agency's **Interim Transmission Electron Microscopy Analytical Methods--Mandatory and Nonmandatory--and Mandatory Section to Determine Completion of Response Actions,** Appendix A to subpart E, 40 CFR part 763.

**2.6 Other Methodologies**

Additional analytical methods (e.g. Scanning Electron Microscopy) may be applicable for some bulk materials. However, the analyst should take care to recognize the limitations of any analytical method chosen. Conventional SEM, for example, cannot detect small diameter fibers ($\sim$ < 0.2$\mu$m), and cannot determine crystal structure. It is, however, very useful for observing surface features in complex particle matrices, and for determining elemental compositions.

54

DX9575.0061

## 3.0 QUALITY CONTROL/QUALITY ASSURANCE OPERATIONS- PLM

A program to routinely assess the quality of the results produced by the PLM laboratory must be developed and implemented. **Quality Control (QC)** is a system of activities whose purpose is to control the quality of the product or service so that it meets the need of the users. This also includes **Quality Assessment**, whose purpose is to provide assurance that the overall quality control is being done effectively. While the essential elements of a quality control system are described in detail elsewhere,[1,2,3,4,5,6] only several of the elements will be discussed here. **Quality Assurance (QA)** is comprised of Quality Control and Quality Assessment and is a system of activities designed to provide assurance that a product or service meets defined standards of quality.

The purpose of the Quality Assurance program is to minimize failures in the analysis of materials prior to submitting the results to the client. Failures in the analysis of asbestos materials include false positives, false negatives, and misidentification of asbestos types. False positives result from identification or quantitation errors. False negatives result from identification, detection, or quantitation errors.

For the stereomicroscopic and PLM techniques, the quality control procedures should characterize the accuracy and precision of both individual analysts and the techniques. Analysts should demonstrate their abilities on calibration materials, and also be checked routinely on the analysis of unknowns by comparison with results of a second analyst. The limitations of the stereomicroscopic and PLM techniques can be determined by using a second analytical technique, such as gravimetry, XRD, or AEM. For example, stereomicroscopic and PLM techniques can fail in the analysis of floor tiles because the asbestos fibers in the sample may be too small to be resolved by light microscopy. An XRD or AEM analysis is not subject to the same limitations, and may indicate the presence of asbestos in the sample.

The accuracy, precision, and detection limits of all analytical techniques described in this method are dependent on the type of sample (matrix components, texture, etc.), on the preparation of the sample (homogeneity, grain size, etc.), and the specifics of the method (number of point counts for PLM, mass of sample for gravimetry, counting time for XRD,

55

DX9575.0062

etc.). These should be kept in mind when designing quality control procedures and characterizing performance, and are variables that must be tracked in the quality assurance system.

## 3.1 General Considerations

### 3.1.1 Training

Of paramount importance in the successful use of this or any other analytical method is the well-trained analyst. It is highly recommended that the analyst have completed course work in optical mineralogy on the collegiate level. That is not to say that others cannot successfully use this method, but the classification error rate[7] may, in some cases, be directly attributable to level of training. In addition to completed course work in optical mineralogy, specialized course work in PLM and asbestos identification by PLM is desirable. Experience is as important as education. A good laboratory training program can be used in place of course work. Analysts that are in training and not yet fully qualified should have all analyses checked by a qualified analyst before results are released. A QC Plan for asbestos identification would be considered incomplete without a detailed description of the analyst training program, together with detailed records of training for each analyst.

### 3.1.2 Instrument Calibration and Maintenance

Microscope alignment checks (alignment of the polarizer at 90° with respect to the analyzer, and coincident with the cross-lines, proper orientation of the slow vibration direction of the Red I compensator plate, image of the field diaphragm focussed in the plane of the specimen, centering of the central dispersion staining stop, etc.) should be performed with sufficient frequency to ensure proper operations. Liquids used for refractive index determination and those optionally used for dispersion staining should have periodic refractive index checks using a refractometer or known refractive index solids. These calibrations must be documented.

Microscopes and ancillary equipment should be maintained daily. It is recommended that at least once per year each microscope be thoroughly cleaned and re-aligned by a professional microscope service technician. Adequate inventories of replaceable parts

56

DX9575.0063

(illumination lamps, etc.) should be established and maintained. All maintenance must be documented.

## 3.2  Quality Control of Asbestos Analysis

### 3.2.1  Qualitative Analysis

All analysts must be able to correctly identify the six regulated asbestos types (chrysotile, amosite, crocidolite, anthophyllite, actinolite, and tremolite) using combined stereomicroscopic and PLM techniques. Standards for the six asbestos types listed are available from NIST, and should be used to train analysts in the measurement of optical properties and identification of asbestos. These materials can also be used as identification standards for XRD and AEM.

Identification errors between asbestos types (e.g. reporting amosite when tremolite is present) implies that the analyst cannot properly determine optical properties and is relying on morphology as the identification criteria. This is not acceptable. Each analyst in the lab should prove his or her proficiency in identifying the asbestos types; this can be checked through use of calibration materials (NVLAP proficiency testing materials, materials characterized by an independent technique, and synthesized materials) and by comparing results with another analyst. The identification of all parameters (e.g. refractive indices, birefringence, sign of elongation, etc.) leading to the identification should fall within control limits determined by the laboratory. In addition, a subset of materials should be analyzed using another technique to confirm the analysis.

As discussed earlier, the qualitative analysis is dependent upon matrix and asbestos type and texture. Therefore, the quality assurance system should monitor for samples that are difficult to analyze and develop additional or special steps to ensure accurate characterization of these materials. When an analyst is found to be out of the control limits defined by the laboratory, he or she should undergo additional training and have confirmatory analyses performed on all samples until the problem has been corrected.

57

DX9575.0064

3.2.2 Quantitative Analysis

The determination of the amount of asbestos in a sample can be accomplished using the various techniques outlined in this method. The mandatory stereomicroscopic and PLM examinations provide concentrations in terms of volume, area, or weight, depending upon the calibration procedure. Gravimetric and quantitative XRD techniques result in concentrations in units of weight percent. Specific guidelines for determining accuracy and precision using these techniques are provided in the appropriate sections of this method. In general, however, the accuracy of any technique is determined through analysis of calibration materials which are characterized by multiple independent techniques in order to provide an unbiased value for the analyte (asbestos) in question. The precision of any technique is determined by multiple analyses of the sample. The analyst is the detector for stereomicroscopic and PLM techniques, as opposed to gravimetric and XRD techniques, and therefore must be calibrated as an integral part of the procedure.

As in the qualitative analysis, the laboratory should determine its accuracy and precision for quantitative asbestos analysis according to the type of material analyzed and the technique used for analysis. For example, the laboratory may determine that its analysts have a problem with calibrated area estimates of samples containing cellulose and chrysotile and therefore needs to make or find special calibration materials for this class of sample.

Calibration materials for quantitative analysis of asbestos are available through the Bulk Asbestos NVLAP as proficiency testing materials for those laboratories enrolled in NVLAP. In a report provided following a test round, the concentration of asbestos in each sample is given in weight percent with 95%/95% tolerance limits, along with a description of the major matrix components. Materials from other round robin and quality assurance programs for asbestos analysis may not have been analyzed by independent techniques; the concentrations may represent consensus PLM results that could be significantly biased. Therefore, values from these programs should not be used as calibration materials for quantitative analysis.

Calibration materials for quantitative analysis can also be synthesized by mixing asbestos and appropriate matrix materials, as described in Appendix C of this method. These

58

DX9575.0065

materials are usually simplifications of "real world" samples; therefore the accuracy and precision determined from analysis of these materials are probably ideal.

Limits on permissible analytical variability must be established by the laboratory prior to QC implementation. It is recommended that a laboratory initially be at 100% quality control (all samples reanalyzed.) The proportion of quality control samples can later be lowered gradually, as control indicates, to a minimum of 10%. Quantitative results for standards including the mean and error estimate (typically 95% confidence or tolerance intervals) should be recorded. Over time these data can be used to help determine control limits for quality control charts.

The establishment and use of control charts is extensively discussed elsewhere in the literature. [1,2,3,4,5]    Several cautions are in order:

- Control charts are based on the assumption that the data are distributed normally. Using rational subgrouping, the means of the subgroups are approximately normally distributed, irrespective of the distribution of the individual values in the subgroups. Control charts for asbestos analysis are probably going to be based on individual measurements, not rational subgroups. Check the data for normality before proceeding with the use of control charts. Ryan[8] suggests a minimum of 50 analyses before an attempt is made to establish control limits. However, for this analysis, consider setting "temporary" limits after accumulating 20-30 analyses of the sample.

- Include both prepared slides as well as bulk samples in your reference inventory.

- Make certain that sample quantities are sufficient to last, and that the act of sampling will not alter the composition of the reference sample.

Data on analytical variability can be obtained by having analysts repeat their analyses of samples and also by having different analysts analyze the same samples.

## 3.3 Interlaboratory Quality Control

The establishment and maintenance of an interlaboratory QC program is fundamental to continued assurance that the data produced within the laboratory are of consistent high quality. Intralaboratory programs may not be as sensitive to accuracy and precision error, especially if the control charts (see Section 3.2.2) for all analysts in the laboratory indicate small percent differences. A routine interlaboratory testing program will assist in the detection of internal bias and analyses may be performed more frequently than proficiency

59

DX9575.0066

testing. Arrangements should be made with at least two (preferably more) other laboratories that conduct asbestos identification by PLM. Samples (the number of which is left to the participating laboratories, but at least 4-10) representing the types of samples and matrices routinely submitted to the lab for analysis should be exchanged with sufficient frequency to determine intralaboratory bias. Both reference slides and bulk samples should be used. Results of the interlaboratory testing program should be evaluated by each of the participating laboratories and corrective actions, if needed, identified and implemented. Since quantitation problems are more pronounced at low concentrations ($\leq 5\%$), it would be prudent to include approximately 30-50% from this concentration range in the sample selection process.

## 3.4 Performance Audits

Performance audits are independent quantitative assessments of laboratory performance. These audits are similar to the interlaboratory QC programs established between several laboratories, but with a much larger cohort (the EPA Asbestos Bulk Sample Analysis Quality Assurance Program had as many as 1100 participating laboratories). Participation in this type of program permitted assessment of performance through the use of "consensus" test materials, and served to assist in assessing the bias relative to individual interlaboratory, as well as intralaboratory programs. Caution should be exercised in the use of "consensus" quantitation results, as they are likely to be significantly responsible for the propagation of high bias in visual estimates. The current NIST/NVLAP[9] for bulk asbestos laboratories (PLM) does not use concensus quantitation results. Results are reported in weight percent with a 95% tolerance interval. The American Industrial Hygiene Association (AIHA)[10] also conducts a proficiency testing program for bulk asbestos laboratories. Quantitation results for this program are derived from analyses by two reference laboratories and PLM, XRD and gravimetric analysis performed by Research Triangle Institute.

## 3.5 Systems Audits

Where performance audits are quantitative in nature, systems audits are qualitative. Systems audits are assessments of the laboratory quality system as specified in the Laboratory

60

Quality Assurance Manual. Such an audit might consist of an evaluation of some facet of the QA Manual, or the audit may be larger in scope. For example, the auditor might request specific laboratory data sheets which will be evaluated against written procedures for data recording in the laboratory. Or, the auditor might request air monitoring or contamination control data to review for frequency of sampling, analysis methodology, and/or corrective actions taken when problems were discovered. The audit report should reflect the nature of the audit as well as the audit results. Any recommendations for improvement should also be reflected in such a report.

## 3.6  References

1.  **Quality Assurance for Air Pollution Measurement Systems. Volume I, Principles.** EPA-600/9-76-005, March, 1976.

2.  Juran, J. and F. Gryna, **Quality Planning Analysis,** 2nd edition, McGraw-Hill, Inc., 1980.

3.  Taylor, J.R., **Quality Control Systems,** McGraw Hill, Inc., 1989.

4.  Ratliff, T.A., **The Laboratory Quality Assurance System,** Van Nostrand Reinhold, 1990.

5.  Taylor, J.K., **Quality Assurance of Chemical Measurements,** Lewis Publishers, 1987.

6.  Bulk Asbestos Handbook, National Institute of Standards and Technology, National Voluntary Laboratory Accreditation Program, NISTIR 88-3879, October 1988.

7.  Harvey, B.W., "Classification and Identification Error Tendencies in Bulk Insulation Proficiency Testing Materials," **American  Environmental Laboratory,** 2(2), 4/90, pp. 8-14.

8.  Ryan, T.P., **Statistical Techniques for Quality Improvement,** John Wiley & Sons, Inc., New York, 1989.

9.  National Institute of Standards & Technology (NIST) National Voluntary Laboratory Accreditation Program (NVLAP), Building 411, Room A124, Gaithersburg, MD 20899, telephone (301) 975-4016.

10. American Industrial Hygiene Association (AIHA), 2700 Prosperity Avenue, Suite 250, Fairfax, VA  22031, (703) 849-8888.

DX9575.0068

**APPENDIX A**

Glossary Of Terms

DX9575.0069

## APPENDIX A.  GLOSSARY OF TERMS

**Accuracy**  The degree of agreement of a measured value with the true or expected value.

**Anisotropic**  Refers to substances that have more than one refractive index  (e.g. are birefringent), such as nonisometric crystals, oriented polymers, or strained isotropic substances.

**Asbestiform (morphology)**  Said of a mineral that is like asbestos, i.e., crystallized with the habit of asbestos.  Some asbestiform minerals may lack the properties which make asbestos commercially valuable, such as long fiber length and high tensile strength. With the light microscope, the asbestiform habit is generally recognized by the following characteristics:

- Mean aspect ratios ranging from 20:1 to 100:1 or higher for fibers longer than $5\mu$m.  Aspect ratios should be determined for <u>fibers, not bundles</u>.

- Very thin fibrils, usually less than 0.5 micrometers in width, and

- Two or more of the following:

    Parallel fibers occurring in bundles,

    Fiber bundles displaying splayed ends,

    Matted masses of individual fibers, and/or

    Fibers showing curvature

These characteristics refer to the <u>population of fibers</u> as observed in a bulk sample. It is not unusual to observe occasional particles having aspect ratios of 10:1 or less, but it is unlikely that the asbestos component(s) would be dominated by particles (individual fibers) having aspect ratios of <20:1 for fibers longer than $5\mu$m.  If a sample contains a fibrous component of which most of the fibers have aspect ratios of <20:1 and that do not display the additional asbestiform characteristics, by definition the component should not be considered asbestos.

**Asbestos -** A commercial term applied to the asbestiform varieties of six different minerals. The asbestos types are chrysotile (asbestiform serpentine), amosite (asbestiform grunerite), crocidolite (asbestiform riebeckite), and asbestiform anthophyllite, asbestiform tremolite, and asbestiform actinolite.  The properties of asbestos that caused it to be widely used commercially are: 1) its ability to be separated into long, thin, flexible fibers; 2) high tensile strength; 3) low thermal and electrical conductivity; 4) high mechanical and chemical durability, and 5) high heat resistance.

A-1

DX9575.0070

**Becke Line** - A band of light seen at the periphery of a specimen when the refractive indices of the specimen and the mounting medium are different; it is used to determine refractive index.

**Bias** - A systematic error characterized by a consistent (non-random) measurement error.

**Binder** - With reference to a bulk sample, a component added for cohesiveness (e.g. plaster, cement, glue, etc.).

**Birefringence** - The numerical difference between the maximum and minimum refractive indices of an anisotropic substance. Birefringence may be estimated, using a Michel-Levy chart, from the interference colors observed under crossed polarizers. Interference colors are also dependent on the orientation and thickness of the grain, and therefore are used qualitatively to determine placement in one of the four categories listed below.

| Qualitative | Quantitative(N-n) |
|---|---|
| none | 0.00 or isotropic |
| low | $\leq 0.010$ |
| moderate | 0.011-0.050 |
| high | $> 0.050$ |

**Bulk Sample** - A sample of building material taken for identification and quantitation of asbestos. Bulk building materials may include a wide variety of friable and nonfriable materials.

**Bundle** - Asbestos structure consisting of several fibers having a common axis of elongation.

**Calibration Materials** - Materials, such as known weight % standards, that assist in the calibration of microscopists in terms of ability to quantitate the asbestos content of bulk materials.

**Color** - The color of a particle or fiber when observed in plane polarized light.

**Compensator** - A device with known, fixed or variable retardation and vibration direction used for determining the degree of retardation (hence the thickness or value of birefringence) in an anisotropic specimen. It is also used to determine the sign of elongation of elongated materials. The most common compensator is the first-order red plate (530-550nm retardation).

**Control Chart** - A graphical plot of test results with respect to time or sequence of measurement, together with limits within which they are expected to lie when the system is in a state of statistical control.

A-2

DX9575.0071

**Detection Limit**   The smallest concentration/amount of some component of interest that can be measured by a single measurement with a stated level of confidence.

**Dispersion Staining (focal masking)**   An optical means of imparting apparent or virtual color to transparent substances by the use of stops in the objective back focal plane; ir it is used to determine refractive indices.

**Error**   Difference between the true or expected value and the measured value of a quantity or parameter.

**Extinction**   The condition in which an anisotropic substance appears dark when observed between crossed polars.  This occurs when the vibration directions in the specimen are parallel to the vibration directions in the polarizer and analyzer.  Extinction may be complete or incomplete; common types include parallel, oblique, symmetrical and undulose.

**Extinction Angle**   For fibers, the angle between the extinction position and the position at which the fiber is parallel to the polarizer or analyzer privileged directions.

**Fiber**   With reference to asbestiform morphology, a structure consisting of one or more fibrils.

**Fibril**   The individual unit structure of fibers.

**Friable**   Refers to the cohesiveness of a bulk material, indicating that it may be crumbled or disaggregated by hand pressure.

**Gravimetry**   Any technique in which the concentration of a component is determined by weighing.  As used in this document, it refers to measurement of asbestos-containing residues after sample treatment by ashing, dissolution, etc.

**Homogeneous**   Uniform in composition and distribution of all components of a material, such that multiple subsamples taken for analysis will contain the same components in approximately the same relative concentrations.

**Heterogeneous**   Lacking uniformity in composition and/or distribution of material; components not uniform.  Does not satisfy the conditions stated for homogenous; e.g., layered or in clumps, very coarse grained, etc.

**Isotropic**   Refers to substances that have a single refractive index such as unstrained glass, un-oriented polymers and unstrained substances in the isometric crystal system.

A-3

**DX9575.0072**

**Lamda Zero ($\lambda_0$)**   The wavelength ($\lambda_0$) of the dispersion staining color shown by a specimen in a medium; both the specimen and medium have the same refractive index at that wavelength.

**Matrix**   Nonasbestos, nonbinder components of a bulk material.  Includes such components as cellulose, fiberglass, mineral wool, mica, etc.

**Michel-Levy Scale of Retardation colors**   A chart plotting the relationship between birefringence, retardation and thickness of anisotropic substances.  Any one of the three variables can be determined if the other two are known.

**Morphology**   The structure and shape of a particle.  Characterization may be descriptive (platy, rod-like, acicular, etc) or in terms of dimensions such as length and diameter (see asbestiform).

**Pleochroism**   The change in color or hue of colored anisotropic substance when rotated relative to the vibration direction of plane polarized light.

**Point Counting**   A technique used to determine the relative projected areas occupied by separate components in a microscope slide preparation of a sample.  For asbestos analysis, this technique is used to determine the relative concentrations of asbestos minerals to nonasbestos sample components.

**Polarization Colors**   Interference colors displayed by anisotropic substances between two polarizers.  Birefringence, thickness and orientation of the material affect the colors and their intensity.

**Precision**   The degree of mutual agreement characteristic of independent measurements as the result of repeated application of the process under specified conditions.  It is concerned with the variability of results.

**Reference Materials**   Bulk materials, both asbestos-containing and nonasbestos-containing, for which the components are well-documented as to identification and quantitation.

**Refractive Index (index of refraction)**    The ratio of the velocity of light in a vacuum relative to the velocity of light in a medium.  It is expressed as n and varies with wavelength and temperature.

**Sign of Elongation**   Referring to the location of the high and low refractive indices in an elongated anisotropic substance, a specimen is described as positive when the higher refractive index is lengthwise (length slow), and as negative when the lower refractive index is lengthwise (length fast).

A-4

DX9575.0073

**Standard Reference Material (SRM)**   A reference material certified and distributed by the National Institute of Standards and Technology.

**Visual Estimate**   An estimation of concentration of asbestos in a sample as compared to the other sample components.  This may be a volume estimate made during stereomicroscopic examination and/or a projected area estimation made during microscopic (PLM) examination.

A-5

DX9575.0074

**APPENDIX B**

Apparatus For Sample Preparation And Analysis

DX9575.0075

## B1.0 INTRODUCTION

The following lists the apparatus and materials required and suggested for the methods of sample preparation and analysis described in the test method.[1,2,3]

## B2.0 STEREOMICROSCOPIC EXAMINATION

The following are suggested for routine stereomicroscopic examination.

- HEPA-filtered hood or class 1 biohazard hood, negative pressure

- Microscope: binocular microscope, preferably stereoscopic, 5-60X magnification (approximate)

- Light source: incandescent or fluorescent

- Tweezers, dissecting needles, scalpels, probes, etc. (for sample manipulation)

- Glassine paper, glass plates, weigh boats, petri dishes, watchglasses, etc. (sample containers)

The following are suggested for sample preparation.

- Mortar and pestle, silica or porcelain-glazed

- Analytical balance (readability less than or equal to one milligram) (optional)

- Mill or blender (optional)

## B3.0 POLARIZED LIGHT MICROSCOPY

The laboratory should be equipped with a polarized light microscope (preferably capable of Köhler or Köhler-type illumination if possible) and accessories as described below.

- Ocular(s) binocular or monocular with cross hair reticle, or functional equivalent, and a magnification of at least 8X

- 10X, 20X, and 40X objectives, (or similar magnification)

B-1

DX9575.0076

- Light source (with optional blue "day-light" filter)

- 360-degree rotatable stage

- Substage condenser with iris diaphragm

- Polarizer and analyzer which can be placed at 90 degrees to one another, and can be calibrated relative to the cross-line reticle in the ocular.

- Accessory slot for wave plates and compensators (or demonstrated equivalent).

- Wave retardation plate (Red I compensator) with approximately 550 nanometer retardation, and with known slow and fast vibration directions.

- Dispersion staining objective or a demonstrated equivalent. (optional)

- Monochromatic filter ($n_D$), or functional equivalent. (optional)

In addition, the following equipment, materials and reagents are required or recommended.[1]

- NIST traceable standards for the major asbestos types (NIST SRM 1866 and 1867)

- Class I biohazard hood or better (see "Note", Section 2.2.5)

- Sampling utensils (razor knives, forceps, probe needles, etc.)

- Microscope slides and cover slips

- Mechanical Stage

- Point Counting Stage (optional)

- Refractive index liquids: 1.490-1.570, 1.590-1.720 in increments of less than or equal to 0.005; high dispersion, (HD) liquids are optional; however, if using dispersion staining, HD liquids are recommended.

- Mortar and pestle

- Distilled water

- HCl, ACS reagent grade concentrated

B-2

DX9575.0077

- Muffle furnace (optional)

- Mill or blender (optional)

- Beakers and assorted glassware (optional)

- Other reagents (tetrahydrofuran, amyl acetate, acetone, sodium hexametaphosphate, etc.) (optional)

## B4.0  GRAVIMETRY

The following equipment, materials, and reagents are suggested.

- Scalpels

- Crucibles, silica or porcelain-glazed, with lids

- Muffle furnace   temperature range at least to 500°C, temperature stable to $\pm$ 10°C, temperature at sample position calibrated to $\pm$ 10°C

- Filters, 0.4 $\mu$m pore size polycarbonate

- Petri dishes

- Glass filtration assembly, including vacuum flask, water aspirator, and/or air pump

- Analytical balance, readable to 0.001 gram

- Mortar and pestle, silica or porcelain-glazed

- Heat lamp or slide warmer

- Beakers and assorted glassware

- Centrifuge, bench-top

- Class I biohazard hood or better

- Bulb pipettes

- Distilled water

- HCl, reagent-grade concentrated

B-3

DX9575.0078

- Organic solvents (tetrahydrofuran, amyl acetate,etc)

- Ultrasonic bath

## B5.0  X-RAY DIFFRACTION

**Sample Preparation**

Sample preparation apparatus requirements will depend upon the sample type under consideration and the kind of XRD analysis to be performed.

- Mortar and pestle:  agate or porcelain

- Razor blades

- Sample mill:  SPEX, Inc., freezer mill or equivalent

- Bulk sample holders

- Silver membrane filters:  25-mm diameter, 0.45-$\mu$m pore size.  Selas Corp. of America, Flotronics Div., 1957 Pioneer Road, Huntington Valley, PA  19006

- Microscope slides

- Vacuum filtration apparatus:  Gelman No. 1107 or equivalent, the side-arm vacuum flask

- Microbalance

- Ultrasonic bath or probe:  Model W140, Ultrasonics, Inc., operated at a power density of approximately 0.1 W/mL, or equivalent

- Volumetric flasks:  1-L volume

- Assorted pipets

- Pipet bulb

- Nonserrated forceps

- Polyethylene wash bottle

- Pyrex beakers:  50-mL volume

B-4

DX9575.0079

- Desiccator

- Filter storage cassettes

- Magnetic stirring plate and bars

- Porcelain crucibles

- Muffle furnace or low temperature asher

- Class 1 biohazard hood or better

**Sample Analysis**

Sample analysis requirements include an x-ray diffraction unit, equipped with:

- Constant potential generator; voltage and mA stabilizers

- Automated diffractometer with step-scanning mode

- Copper target x-ray tube:  high intensity; fine focus, preferably

- X-ray pulse height selector

- X-ray detector (with high voltage power supply):  scintillation or proportional counter

- Focusing graphite crystal monochromator; or nickel filter (if copper source is used, and iron fluorescence is not a serious problem)

- Data output accessories:
  Strip chart recorder
  Decade scaler/timer
  Digital printer

     or

  PC, appropriate software and Laser Jet Printer

- Sample spinner (optional)

- Instrument calibration reference specimen:  $\alpha$-quartz reference crystal (Arkansas quartz standard, #180-147-00, Philips Electronics Instruments, Inc., 85 McKee Drive, Mahwah, NJ  07430) or equivalent.

B-5

DX9575.0080

**Reagents, etc.**

Reference Materials    The list of reference materials below is intended to serve as a guide. Every attempt should be made to acquire pure reference materials that are comparable to sample materials being analyzed.

- Chrysotile:  UICC Canadian, NIST SRM 1866 (UICC reference material available from:  UICC, MRC Pneumoconiosis Unit, Llandough Hospital, Penarth, Glamorgan, CF61XW, UK); (NIST Standard Reference Materials available from the National Institute of Standards and Technology, Office of Reference Standards, Gaithersburg, MD  20899)

- Crocidolite:  UICC, NIST SRM 1866.

- "Amosite":  UICC, NIST SRM 1866.

- Anthophyllite-Asbestos:  UICC, NIST SRM 1867

- Tremolite Asbestos:  Wards Natural Science Establishment, Rochester, NY; Cyprus Research Standard, Cyprus Research, 2435 Military Ave., Los Angeles, CA  900064 (washed with dilute HCl to remove small amount of calcite impurity); Indian tremolite, Rajasthan State, India; NIST SRM 1867.

- Actinolite Asbestos:  NIST SRM 1867

Adhesive    Tape, petroleum jelly, etc. (for attaching silver membrane filters to sample holders).

Surfactant    1 Percent aerosol OT aqueous solution or equivalent.

Isopropanol    ACS Reagent Grade.


## B6.0  ANALYTICAL ELECTRON MICROSCOPY

AEM equipment requirements will not be discussed in this document; it is suggested that equipment requirements stated in the AHERA regulations be followed.  Additional information may be found in the NVLAP Program Handbook for Airborne Asbestos Analysis.[3]

B-6

DX9575.0081

The following additional materials and equipment are suggested:

- Analytical balance, readable to 0.001 gram

- Ultrasonic bath

- Glass filtration assembly (25mm), including vacuum flask and water aspirator

- Mixed cellulose ester (MCE) filters (0.22$\mu$m pore size) or 0.2$\mu$m pore size polycarbonate filters

- MCE backing filters (5$\mu$m pore size)

- Silica mortar and pestle

- Beakers   glass and disposable

- Pipettes, disposable, 1,5, and 10 ml

## B7.0  REFERENCES

1. National Institute of Standards and Technology (NIST) National Voluntary Laboratory Accreditation Program (NVLAP) Bulk Asbestos Handbook, NISTIR 88-3879, 1988.

2. **Interim Method for the Determination of Asbestos in Bulk Insulation  Samples**, U.S. E.P.A. 600/M4-82-020, 1982.

3. National Institute of Standards and Technology (NIST) National Voluntary Laboratory Accreditation Program (NVLAP) Program Handbook for Airborne Asbestos Analysis, NISTIR 89-4137, 1989.

DX9575.0082

**APPENDIX C**

Preparation and Use of Bulk Asbestos
Calibration Standards

DX9575.0083

## C1.0  INTRODUCTION

Evaluation of the results from national proficiency testing programs for laboratories analyzing for asbestos in bulk materials indicates that laboratories have had, and continue to have, problems with quantitation of asbestos content, especially with samples having a low asbestos concentration.[1]  For such samples, the mean value of asbestos content reported by laboratories may be four to ten times the true weight percent value.  It is assumed that the majority of the laboratories quantify asbestos content by visual estimation, either stereomicroscopically or microscopically; therefore, the problem of quantitation must be attributed to lack of or inadequate calibration of microscopists.

As calibration standards for asbestos-containing bulk materials are not currently commercially available, laboratories should consider generating their own calibration materials.  This may be done rather easily and inexpensively.


## C2.0 MATERIALS AND APPARATUS

Relatively pure samples of asbestos minerals should be obtained.  Chrysotile, amosite and crocidolite (SRM 1866) and anthophyllite, tremolite and actinolite (SRM 1867) are available from NIST.  A variety of matrix materials are commercially available; included are calcium carbonate, perlite, vermiculite, mineral wool/fiberglass, and cellulose.  Equipment, and materials needed to prepare calibration bulk materials are listed below.

- Analytical balance, readable to 0.001 gram

- Blender/mixer; multi-speed, ~ one quart capacity

- Filtration assembly, including vacuum flask, water aspirator and/or air pump (optional)

- HEPA-filtered hood with negative pressure

- Filters, $0.4\mu$m pore size polycarbonate (optional)

- Beakers and assorted glassware, weigh boats, petri dishes, etc.

- Hot/warm plate

DX9575.0084

- Asbestos minerals

- Matrix materials

- Distilled water.

## C3.0 MATERIAL FORMULATION PROCEDURES

The formulation procedure involves first weighing appropriate quantities of asbestos and matrix material to give the desired asbestos weight percent. The following formula may be used to determine the weights of asbestos and matrix materials needed to give a desired weight percent asbestos.

$$\frac{WTa}{Wa} = \frac{WTm}{Wm}$$

Where:

$WTa$ = weight of asbestos in grams (to 0.001 gram)
$WTm$ = weight of matrix materials in grams (to 0.001 gram)
$Wa$ = weight percent asbestos
$Wm$ = weight percent matrix

Example: The desired total weight for the calibration sample is ~ 10 grams containing 5% asbestos by weight. If 0.532 grams of asbestos are first weighed out, what corresponding weight of matrix material is required?

$WTa$ = 0.532 grams
$Wa$ = 5%
$Wm$ = 95%

$$\frac{0.532}{5} = \frac{WTm}{95}$$

Then: $WTm$ = 10.108 grams

The matrix is then placed into the pitcher of a standard over-the-counter blender, the pitcher being previously filled to approximately one-fourth capacity (8-10 ounces) with distilled water. Blending is performed at the lowest speed setting for approximately ten seconds which serves to disaggregate the matrix material. The asbestos is then added, with additional blending of approximately 30 seconds, again at the lowest speed setting. Caution should be taken not to overblend the asbestos-matrix mixture. This could result in a significant reduction in the size of the asbestos fibers causing a problem with detection at normal magnification during stereomicroscopic and microscopic analyses. Ingredients of the

C-2

**DX9575.0085**

pitcher are then poured into a filtering apparatus, with thorough rinsing of the pitcher to ensure complete material removal. After filtering, the material is transferred to a foil dish which is placed on a hot plate. The material is covered and allowed to sit over low heat until drying is complete; intermittent stirring will speed the drying process. For fine-grained matrix materials such as gypsum, calcium carbonate, clays, etc., the sample is not filtered after the blending process. Instead, the ingredients in the pitcher are transferred into a series of shallow, glass (petri) dishes. The ingredients should be stirred well between each pouring to minimize the possible settling (and over-representation) of some components. The dishes are covered and placed on a hot plate until the contents are thoroughly dried. For small quantities of any matrix materials (15 grams or less), air-drying without prior filtering is generally very suitable for removing water from the prepared sample. For each material, the final step involves placing all formulated, dried subsamples into a plastic bag (or into one petri dish, for small quantities), where brief hand-mixing will provide additional blending and help to break up any clumps produced during drying. **All operations should be performed in a safety-hood with negative pressure.**

## C4.0  ANALYSIS OF MATERIALS

All formulations should be examined with the stereomicroscope to determine homogeneity. Gravimetric analysis (ashing and/or acid dissolution) should be performed on those materials containing organic and/or acid-soluble components. Matrix materials to which no asbestos has been added should be analyzed by gravimetric analysis to determine the amount of nonashable or insoluble materials that are present. Several subsamples of each material should be analyzed by the gravimetric technique to provide information concerning the uniformity of the prepared materials. Experience has shown that the previously described formulation procedure results in relatively homogeneous materials.[2]

## C4.1  Stereomicroscopic Analysis

Visual estimation of sample components using the stereomicroscope is in reality a comparison of the relative volumes of the components.[3] Therefore, differences in specific gravity between asbestos and matrix material must be considered and the relationship

C-3

DX9575.0086

between weight percent and volume percent must be determined.[4]  Materials such as expanded vermiculite, perlite, and cellulose have specific gravities significantly lower than asbestos minerals.  Table C1 lists the specific gravities for the three most commonly encountered asbestos varieties and several common matrix materials.

### TABLE C1.  SPECIFIC GRAVITIES OF ASBESTOS VARIETIES AND MATRIX MATERIALS

| Asbestos Type | Specific Gravity | Matrix Type | Specific Gravity |
|---|---|---|---|
| Chrysotile | 2.6 | Calcium Carbonate | 2.7 |
|  |  | Gypsum | 2.3 |
|  |  | Perlite | ~0.4 |
| Amosite | 3.2 | Vermiculite (expanded) | ~0.3 |
|  |  | Mineral Wool | ~2.5 |
|  |  | Fiberglass | ~2.5 |
| Crocidolite | 3.3 | Cellulose | ~0.9 |

The conversion of weight percent asbestos to equivalent volume percent asbestos is given by the following formula:

$$\frac{\dfrac{Wa}{Ga}}{\dfrac{Wa}{Ga} + \dfrac{Wm}{Gm}} \times 100 = Va$$

where:

| | | |
|---|---|---|
| Wa | = | weight percent asbestos |
| Ga | = | specific gravity of asbestos |
| Wm | = | weight percent matrix |
| Gm | = | specific gravity of matrix |
| Va | = | volume percent asbestos |

C-4

Example:     Chrysotile and perlite have been combined to form a 5% asbestos
calibration standard, by weight.  What is the equivalent volume
percent asbestos?

Wa  = 5%
Ga  = 2.6
Wm = 95%
Gm  = 0.4

$$Va = \frac{\frac{5}{2.6}}{\frac{5}{2.6} + \frac{95}{0.4}} \times 100 = 0.8\%$$

Conversely, to convert volume percent asbestos to equivalent weight percent, the
following formula may be used.

$$\frac{(Va)(Ga)}{(Va)(Ga) + (Vm)(Gm)} \times 100 = Wa$$

Vm = volume percent matrix

Example:     A calibration standard consisting of amosite and cellulose is
estimated to contain 2% asbestos, by volume.  What is the
equivalent weight percent asbestos?

Va  =  2%
Ga  =  3.2
Vm  =  98%
Gm  =  0.9

$$Wa = \frac{(2)(3.2)}{(2)(3.2) + (98)(0.9)} \times 100 = 6.77\%$$

Volume percentages should be calculated for all calibration materials prepared so that
visual estimates determined by examination with the stereomicroscope may be compared to
true volume concentrations.

Figure C1 illustrates the relationship between volume percent and weight percent of
chrysotile mixed with vermiculite and cellulose respectively.  It should be noted that when
asbestos in a low weight percentage is mixed with matrix materials having low specific
gravities (vermiculite, perlite), the resulting volume concentration of asbestos is very low
For example, a mixture containing three percent chrysotile by weight in a cellulose matrix
would result in a volume percent asbestos of approximately 1.1%; in a vermiculite matrix,
the resulting volume percent asbestos would be approximately 0.4%.  In the latter case
especially, an analyst might possibly fail to detect the asbestos or consider it to be present in
only trace amounts.

C-5

DX9575.0088



Figure C1.  Relationship between volume % and weight % of chrysotile mixed with
a) vermiculite and b) cellulose.

C-6

DX9575.0089

## C4.2  Microscopical Analysis (PLM)

The polarized light microscope may be used to quantify asbestos and other components of a sample.  Slide mounts are prepared from "pinch" samples of the calibration material and asbestos content is determined by visual area estimate and/or point counting.  Both of these quantitation techniques are in fact estimates or measurements of the relative projected areas of particles as viewed in two dimensions on a microscope slide.  For quantitation results to be meaningful, the following conditions should be met:

- The sample should be homogeneous for slide preparations, which are made from small pinches of the sample, to be representative of the total sample.

- Slide preparation should have an even distribution of particles and approach a one particle thickness (seldom achieved) to avoid particle overlap.

- All materials used should be identified and specific gravities determined in order to relate area percent to volume and/or weight percent.

- The size (thickness) relationship between matrix particles and asbestos fibers should be determined if the results based on projected area are to be related to volume and/or weight percent.

Particle characteristics can greatly affect the quantitation results obtained by visual area estimation or point counting.  Figure C2 illustrates three hypothetical particle shapes of identical length and width (as viewed from above).  Although the three-dimensional shape is different, the projected area is equal for all particles.  The table accompanying Figure C2 presents data for each particle in terms of thickness, volume and projected area.  It should be noted that although the projected areas may be equal, the volumes represented by the particles may vary by a factor of 20(0.8 vs 16 cubic units).  It is obvious that quantitation of a sample consisting of a mixture of particles with widely ranging particle thicknesses could result in different results.  For example, if a sample contained relatively thick bundles of asbestos and a fine-grained matrix such as clay or calcium carbonate, the true asbestos content (by volume) would likely be underestimated.  Conversely, if a sample contained thick "books" of mica and thin bundles of asbestos, the asbestos content (by volume) would likely be overestimated.

C-7

DX9575.0090



| Particle | Thickness | Volume | Projected Area |
|----------|-----------|--------|----------------|
| A | 0.1 units | 0.8 cubic units | 8 sq. units |
| B | 2 units | 12.6 cubic units | 8 sq. units |
| C | 2 units | 16 cubic units | 8 sq. units |

Note that although all particles have the same projected area,
particle C volume is 20x that of particle A.

Figure C2. Relationship of projected area to volume and thickness for three different particles
as viewed on a slide mount.

DX9575.0091

Table C2 illustrates several examples of expected results from area estimates or point counting of samples in which the asbestos fibers and matrix particles differ in thickness.

## TABLE C2.  RELATIONSHIP OF WEIGHT PERCENT, VOLUME PERCENT AND PARTICLE THICKNESS TO QUANTITATION RESULTS

| Composition of Sample In Wt. % | Theoretical Vol. % Asbestos | Thickness Factor* (Matrix/Asbestos) | Expected Area % |
|---|---|---|---|
| 1% Amosite 99% Calcium Carbonate | 0.9 | 0.5 | 0.4 |
| 1% Amosite 99% Calcium Carbonate | 0.9 | 1 | 0.9 |
| 1% Amosite 99% Calcium Carbonate | 0.9 | 2 | 1.8 |
| 1% Amosite 99% Vermiculite | 0.1 | 1 | 0.1 |
| 1% Amosite 99% Vermiculite | 0.1 | 10 | 1.0 |
| 1% Amosite 99% Vermiculite | 0.1 | 20 | 2.0 |
| 1% Amosite 99% Vermiculite | 0.1 | 30 | 2.9 |

\* Value represents the relationship between the mean thickness of the matrix particles compared to the mean thickness of the asbestos particles.

It should be noted that it is not uncommon for matrix particle thickness to differ greatly from asbestos fiber thickness, especially with matrix materials such as vermiculite and perlite; vermiculite and perlite particles may be 20 - 30 times as thick as the asbestos fibers.

The general size relationships between matrix particles and asbestos fibers may be determined by scanning slide mounts of a sample.  A micrometer ocular enables the microscopist to actually measure particle sizes.

C-9

DX9575.0092

If a thickness factor can be determined for a calibration sample of known volume proportions of asbestos and matrix materials, an expected equivalent projected area asbestos can be calculated using the following formula:

$$\frac{Va}{\frac{Vm}{T} + Va} \times 100 = Aa$$

where:

Va  =  true volume percent asbestos
Vm  =  true volume percent matrix
T   =  thickness factor (mean size matrix particle/mean size asbestos fiber)
Aa  =  expected projected area percent asbestos

Example:    A calibration standard of known weight percent asbestos is determined, by factoring in component specific gravities, to be 5.0% asbestos by volume. The matrix particles are estimated to be ten times thicker than the asbestos fibers. What would be the expected projected area percentage of asbestos?

Va  =  5%
Vm  =  95%     $Aa = \frac{5}{\frac{95}{10} + 5} \times 100 = 34.5\%$
T   =  10

Conversely, to convert projected area percent asbestos to equivalent volume percent, the following formula may be used:

$$\frac{Aa}{T(Am) + Aa} \times 100 = Va$$

Where:  Am = projected area matrix

Example:    A slide containing a subsample of an amosite/mineral wool calibration standard is determined by point counting to have a projected area asbestos of 18.6%. If the mineral wool fibers are estimated to be six times the asbestos fibers, in diameter, what is the equivalent volume percent asbestos?

C-10

DX9575.0093

Am = 81.4%
Aa = 18.6%       $Va = \dfrac{(18.6)}{6(81.4) + 18.6} \times 100 = 3.67\%$
T = 6

Based on specific gravity values listed in Table 1C and on the above volume asbestos determination, what is the equivalent weight percent asbestos in the sample?

Va = 3.67%
Ga = 3.2         $Wa = \dfrac{(3.67)(3.2)}{(3.67)(3.2) + (96.33)(2.5)} \times 100 = 4.7\%$
Vm = 96.33%
Gm = 2.5

## C5.0  USE OF CALIBRATION STANDARDS FOR QA/QC

Once the materials have been formulated and thoroughly characterized by all techniques to determine their suitability as calibration standards, a system for incorporating them into the QA/QC program should be established. Someone should be designated (QA officer, lab supervisor, etc.) to control the distribution of standards and to monitor the analysis results of the microscopists. Both precision and accuracy may be monitored with the use of suitable standard sets.

Records such as range charts, control charts, etc. may be maintained for volume (stereomicroscopic estimates), area (PLM) estimates and point counts. For point counts and area estimates, relatively permanent slides may be made using epoxy or Melt Mount *. Such slides may be very accurately quantified over time as to point count values, and due to their very long shelf life, may be used for QA/QC purposes almost indefinitely.

## C6.0  REFERENCES

1. "Analysis Summaries for Samples used in NIST Proficiency Testing", National Institute of Standards and Technology (NIST) National Voluntary Laboratory Accreditation Program (NVLAP) for Bulk Asbestos, January 1989 to present.

2. Harvey, B. W., R. L. Perkins, J. G. Nickerson, A. J. Newland and M. E. Beard, "Formulating Bulk Asbestos Standards", **Asbestos Issues**, April 1991.

3. Perkins, R. L. and M. E. Beard, "Estimating Asbestos Content of Bulk Materials", **National Asbestos Council Journal**, Vol. 9, No. 1, 1991, pp. 27-31.

4. **Asbestos Content in Bulk Insulation Samples:  Visual Estimates and Weight Composition**, U.S. Environmental Protection Agency 560/5-88-011, 1988.

DX9575.0094

**APPENDIX D**

Special-Case Building Materials

DX9575.0095

Asbestos laboratories are now called upon to analyze many types of bulk building materials that are very difficult to characterize by routine PLM analysis. These materials are dominantly nonfriable and can be grouped into the following categories:

- Cementitious Products (pipe, sheeting, etc.)

- Viscous Matrix Products (adhesives, cements, coatings, etc.)

- Vinyl Materials (vinyl floor tile, sheeting)

- Asphaltic Roofing Materials (shingles, roll roofing)

- Miscellaneous Products (paints, coatings, friction plates, gaskets, etc.)

Materials characterized by interfering binder/matrix, low asbestos content, and/or small fiber size may require that additional sample treatment(s) and analysis be performed beyond routine PLM analysis. The sample treatment(s) required is(are) determined by the dominant nonasbestos sample components (see Section 2.3, Gravimetry). Materials containing an appreciable amount of calcareous material may be treated by dissolution with hydrochloric acid. Samples containing organic binders such as vinyl, plasticizers, esters, asphalts, etc. can be treated with organic solvents or ashed in a muffle furnace (preferred method) or low temperature plasma asher to remove unwanted components. Materials containing cellulose, synthetic organic fibers, textiles, etc. may also be ashed in a muffle furnace or low temperature plasma asher.

The method chosen for analysis of a sample after treatment is dependent on asbestos concentration and/or fiber size. An examination of the sample residue by PLM may disclose asbestos if the fibers are large enough to be resolved by the microscope, but additional analytical methods are required if the sample appears negative. Analysis by XRD is not fiber-size dependent, but may be limited by low concentration of asbestos and the presence of interfering mineral phases. In addition, the XRD method does not differentiate between fibrous and nonfibrous varieties of a mineral. Analysis by AEM is capable of providing positive identification of asbestos type(s) and semi-quantitation of asbestos content.

D-1

DX9575.0096

The following flowchart illustrates a possible scheme for the analysis of special-case building materials.

NOTE: Preliminary studies indicate that the XRD method is capable of detecting serpentine (chrysotile) in floor tile samples without extensive sample preparation prior to XRD analysis. XRD analysis of small, intact sections of floor tile yielded diffraction patterns that confirmed the presence of serpentine, even at concentrations of ~ one percent by weight. TEM analysis of these same tiles confirmed the presence of chrysotile asbestos. With further investigation, this method may prove applicable to other types of nonfriable materials.

D-2

DX9575.0097

FLOWCHART FOR QUALITATIVE ANALYSIS OF SPECIAL CASE BUILDING
MATERIALS SUCH AS FLOOR TILES, ASPHALTIC MATERIALS, VISCOUS
MATRIX MATERIALS, ETC.*



*Although this flowchart is applicable to all bulk materials, it is primarily intended to be used
with known problem materials that are difficult to analyze by PLM due to low asbestos concentration,
and/or small fiber size, and/or interfering binder/matrix.  In addition to being qualitative, the
results may also be semi-quantitative.  It should not be assumed that all samples need to be
analyzed by AEM and XRD.  The flowchart simply illustrates options for methods of analysis.
Alternate methods such as SEM may be applicable to some bulk materials.

●US GOVERNMENT PRINTING OFFICE 1993 ·750 ·002/80237

D-3

DX9575.0098

Exhibit 64

# National Institute of Standards & Technology

# Certificate

## Standard Reference Material® 1866b

### Common Commercial Asbestos

This standard reference material (SRM) is comprised of three commercial-grade asbestos materials: chrysotile, asbestiform grunerite (amosite), and asbestiform riebeckite (crocidolite). These are the types of asbestos that were, or are, commonly used in commerce. These asbestos materials are typical of the asbestos found in bulk samples during routine asbestos inspections of building materials. The optical properties of these materials have been characterized so that this SRM may serve as a primary calibration standard in the identification of asbestos with polarized light microscopy (PLM) [1–3]. However, various conditions, such as geographic origin or acid/heat treatment of the asbestos, could cause the optical properties of the asbestos in bulk insulation samples to vary considerably from the materials comprising this SRM. A unit of SRM 1866b consists of a set of three bottles: one bottle containing chrysotile, one bottle containing asbestiform grunerite (amosite), and one bottle containing asbestiform riebeckite (crocidolite). Each bottle contains between 1 gram and 3 grams of material.

**Certified Properties and Uncertainties:** The certified properties for chrysotile and amosite in SRM 1866b are located in Tables 1 and 2, respectively. Refractive indices were measured in the range of visible wavelengths by using the double variation method [4] on individual fibers of chrysotile and amosite asbestos. Certified values of refractive index for each of 2 principal orientations, $\alpha'$ and $\gamma'$, are reported at 10 and 8 wavelengths in the visible spectral range for chrysotile and amosite, respectively. Expanded uncertainties were calculated as simultaneous tolerance interval values [5] designed to cover 95 % of the refractive index values measured at the nominal wavelengths at a 95 % confidence level [6] and corrected for bias from calibration measurements.

**Supplemental Information:** The refractive indices of crocidolite could not be certified due to the strong absorption characteristics of crocidolite in the range of visible wavelengths. Crocidolite can be positively identified by PLM using the supplemental information provided. Additional characteristic properties of chrysotile and amosite that are primarily qualitative in nature, but necessary for positive identification of these phases by PLM, are also given as supplemental values.

**Expiration of Certification:** The certification of this SRM is valid until **12 January 2015**, within the uncertainties specified, provided the SRM is handled and stored in accordance with the instructions given. However, the certification will be nullified if the SRM is damaged, contaminated, or otherwise modified.

**Maintenance of Certification:** NIST will monitor representative solutions from this SRM lot over the period of its certification. If substantive changes occur that affect the certification before the expiration of certification, NIST will notify the purchaser. Registration (see attached sheet) will facilitate notification.

Characterization of the Standard Reference Material was performed in the NIST Surface and Microanalysis Science Division by J.R. Verkouteren. Data used in the certification from the original issues of this standard were collected by J.M. Phelps, E.S. Windsor, D.M. Hues, and E.B. Steel.

Statistical analysis of the certification data was provided by S.D. Leigh of the NIST Statistical Engineering Division.

Richard R. Cavanagh, Chief
Surface and Microanalysis Science Division

Gaithersburg, MD 20899
Certificate Issue Date: 09 January 2007

Robert L. Watters, Jr., Chief
Measurement Services Division

The support aspects involved in the issuance of this SRM were coordinated through the NIST Measurement Services Division.

**Source and Packaging of Materials[1]:**  SRM 1866b is the second reissue of SRM 1866 prepared from the same lots of materials used to issue both SRM 1866 and SRM 1866a.  The original lots of material were purchased in the late 1980's by the Research Triangle Institute (RTI) from the Ontario Research Foundation, and were held in the asbestos repository at RTI under the direction of R.L. Perkins, and now B.W. Harvey.  The source locality of the chrysotile is an unspecified mine in Canada, and the source localities of amosite and crocidolite are unspecified mines in South Africa.  The materials were mixed by hand and sampled to produce the individual units available in this SRM under the direction of B.W. Harvey.

**Special Handling Requirements:**  Proper procedures for the safe handling of asbestos must be employed during preparation, analysis, and storage of this SRM.  Store this SRM in the original bottles, tightly closed, and within the range of normal room temperature and humidity.

## INSTRUCTIONS FOR USE

For typical use, remove a small amount of material from one of the bottles to place in a drop of immersion liquid of known refractive index on a glass slide, and cover with a glass cover slip.  Observe the optical properties with a polarized light microscope for comparison with those described in the Supplemental Information.  Measure the refractive indices according to procedures described in standard optical microscopy texts [7,8] or applicable methods [1−3] from a minimum of 10 fibers to determine the correspondence between measured values and reference values.  The measurement of at least 10 fibers is sufficient to account for the natural variability in the refractive index of individual fibers.

Refractive indices of chrysotile and asbestiform grunerite (amosite) are given in Tables 1 and 2 for the wavelengths listed.  The values in bold at 589.3 nm are used for standard measurements in white light with polarized light microscopy.  The values reported at other wavelengths may be useful for measurements performed with the method of dispersion staining (or focal screening) described in references 3 and 9.

Table 1.  Certified Values of Refractive Index for Chrysotile Asbestos in SRM 1866b

| Wavelength (nm) | $\alpha'$ Lower Limit[a] | $\alpha'$ Fitted Value | $\alpha'$ Upper Limit | $\gamma'$ Lower Limit | $\gamma'$ Fitted Value | $\gamma'$ Upper Limit |
|---|---|---|---|---|---|---|
| 460 | 1.554 | 1.558 | 1.563 | 1.563 | 1.568 | 1.572 |
| 480 | 1.552 | 1.557 | 1.561 | 1.561 | 1.565 | 1.569 |
| 500 | 1.551 | 1.555 | 1.559 | 1.559 | 1.563 | 1.567 |
| 520 | 1.549 | 1.553 | 1.557 | 1.557 | 1.561 | 1.565 |
| 540 | 1.548 | 1.552 | 1.556 | 1.556 | 1.560 | 1.564 |
| 560 | 1.547 | 1.551 | 1.555 | 1.554 | 1.558 | 1.562 |
| **589.3** | 1.545 | **1.549** | 1.553 | 1.552 | **1.556** | 1.560 |
| 600 | 1.545 | 1.549 | 1.553 | 1.551 | 1.556 | 1.560 |
| 620 | 1.544 | 1.548 | 1.552 | 1.550 | 1.554 | 1.559 |
| 640 | 1.543 | 1.547 | 1.551 | 1.549 | 1.553 | 1.558 |

[a]  The reported lower and upper limits are uncertainties that were computed as simultaneous tolerance interval values designed to cover 95 % of the refractive index values measured at the nominal wavelength at a 95 % confidence level [5].  The uncertainties reported do not take into account error in the measured wavelengths nor the internal correlation associated with the measurements on each individual fiber that is characteristic of these particular dispersion curves.  The uncertainties reflect the composite measurement variation introduced by the double variation method and by multiple analysts, fibers, and refractive index liquids.

---

[1]Certain commercial equipment, instrumentation, or materials are identified in this certificate to specify adequately the experimental procedure.  Such identification does not imply recommendation or endorsement by the NIST, nor does it imply that the materials or equipment identified are necessarily the best available for the purpose.

Table 2. Certified Values of Refractive Index for Grunerite (Amosite) in SRM 1866b[a]

| Wavelength (nm) | Lower limit[b] | α′ Fitted Value | Upper Limit | Lower Limit | γ′ Fitted Value | Upper Limit |
|---|---|---|---|---|---|---|
| 500 | 1.685 | 1.688 | 1.692 | 1.707 | 1.711 | 1.714 |
| 520 | 1.682 | 1.686 | 1.689 | 1.704 | 1.708 | 1.711 |
| 540 | 1.680 | 1.683 | 1.686 | 1.702 | 1.706 | 1.709 |
| 560 | 1.678 | 1.681 | 1.684 | 1.700 | 1.704 | 1.707 |
| **589.3** | 1.675 | **1.678** | 1.681 | 1.697 | **1.701** | 1.704 |
| 600 | 1.674 | 1.677 | 1.681 | 1.696 | 1.701 | 1.704 |
| 620 | 1.673 | 1.676 | 1.679 | 1.695 | 1.699 | 1.702 |
| 640 | 1.671 | 1.674 | 1.678 | 1.693 | 1.698 | 1.701 |

Individual asbestos fibrils from commercial asbestos cannot generally be resolved using polarized light microscopy because they are small compared to the wavelength of light in the visible region. For this reason, for samples of chrysotile, grunerite (amosite) and riebeckite (crocidolite) displaying primarily parallel extinction, the refractive indices are measured on fibers (comprised of many fibrils) and two values are reported, α′ and γ′. For the orientation of α′ and γ′ with respect to fiber morphology for the three asbestos types, please see Figures 1–3 in the "Supplemental Information" section.

[a] The major asbestiform mineral phase present, and the phase for which the refractive indices are listed, is grunerite (amosite). Another asbestiform phase with much lower refractive indices is present at concentrations ≤ 5 %. This accessory asbestiform phase has not been characterized for this SRM.

[b] The reported lower and upper limits are uncertainties that were computed as simultaneous tolerance interval values designed to cover 95 % of the refractive index values measured at the nominal wavelength at a 95 % confidence level. The grunerite (amosite) γ′ lower tolerance limits have been conservatively adjusted for special dispersive effects at the lower range of wavelengths. The uncertainties reported here do not take into account error in the measured wavelengths nor the internal correlation associated with the measurements on each fiber that is characteristic of these particular dispersion curves. The uncertainties reflect the composite measurement variation introduced by the double variation method and by multiple analysts, fibers, and refractive index liquids.

**SUPPLEMENTAL INFORMATION**



Figure 1.  Schematic Riebeckite (Crocidolite) Fiber



Figure 2.  Schematic Grunerite (Amosite) Fiber



Figure 3.  Schematic Chrysotile Fiber

### Riebeckite (Crocidolite)

| | |
|---|---|
| Refractive Indices: | between 1.684 and 1.696 for both $\alpha'$ and $\gamma'$, with $\gamma'$ slightly larger than $\alpha'$. |
| Texture: | asbestiform[a] |
| Color: | blue in hand specimen, $\alpha'$ dark blue, $\gamma'$ light blue |
| Birefringence: | low (anomalous red color) |
| Extinction: | mostly parallel[b] |
| Sign of Elongation: | negative |
| Concentration of Asbestos[c]: | > 90 % by weight or volume |
| Accessory Phases[c]: | possible magnetite and quartz |

### Grunerite (Amosite)

| | |
|---|---|
| Texture: | asbestiform[a] |
| Color: | grey-brown in hand specimen, $\alpha'$ colorless, $\gamma'$ colorless to very light brown |
| Birefringence: | medium ($n\gamma'$ - $n\alpha'$ = 0.023) |
| Extinction: | mostly parallel[b] |
| Sign of Elongation: | positive |
| Concentration of Asbestos[c]: | > 90 % by weight or volume |
| Accessory Phases[c]: | possible magnetite and quartz, second asbestiform phase with refractive indices significantly different from grunerite (amosite) may be present at very low concentration |

### Chrysotile

| | |
|---|---|
| Texture: | asbestiform[a] |
| Color: | grey-brown in hand specimen, $\alpha'$ colorless, $\gamma'$ colorless |
| Birefringence: | low ($n\gamma'$ - $n\alpha'$ = 0.007) |
| Extinction: | parallel or wavy |
| Sign of Elongation: | positive |
| Concentration of Asbestos[c]: | > 90 % by weight or volume |
| Accessory Phase[c]: | possible magnetite |

[a] Asbestiform: crystallizes with the habit of asbestos.  These commercial asbestos minerals possess properties such as long fiber length and high tensile strength.  Under the light microscope, these materials exhibit the asbestiform habit characterized by the following:

    1) mean aspect ratios ranging from 20:1 to 100:1 or higher for fibers longer than 5 µm
    2) very thin fibrils, usually less than 0.5 µm in width
    3) parallel fibers occurring in bundles
    4) fiber bundles displaying splayed ends
    5) fibers in the form of thin needles
    6) fibers showing curvature

[b] Thicker fibrils showing oblique extinction are rare, but do occur.

[c] Evaluated by means of PLM and X-ray diffraction

REFERENCES

[1]  *U.S. Environmental Protection Agency Interim Method for the Determination of Asbestos in Bulk Insulation Sample: Polarized Light Microscopy*; 40 CFR Pt. 763, Subpt. F, App. A. (1987).

[2]  Perkins, R.L.; Harvey, F.W.; *Method for the Determination of Asbestos in Bulk Building Materials*; U.S. Environmental Protection Agency EPA/600/R-93/116, Office of Research and Development, Washington, DC (1993).

[3]  McCrone, W. C.; *Asbestos Identification*; McCrone Research Institute, Chicago, IL (1987).

[4]  Verkouteren, J.R.; Steel, E.B.; Windsor, E.S.; Phelps, J.M.; *Accuracy of the Double Variation Technique of Refractive Index Measurement*; J. Res. Natl. Inst. Stand. Technol., Vol. 97, p. 693 (1992).

[5]  Miller, R.G.; *Simultaneous Statistical Inference*; pp. 123−125 (Sect. 4.2, eq. 30), McGraw-Hill: (1966).

[6]  ISO; *Guide to the Expression of Uncertainty in Measurement*; ISBN 92-67-10188-9, 1st ed., International Organization for Standardization: Geneva, Switzerland (1993); see also Taylor, B.N.; Kuyatt, C.E.; *Guidelines for Evaluating and Expressing the Uncertainty of NIST Measurement Results*; NIST Technical Note 1297, U.S. Government Printing Office: Washington, DC (1994); available at http://physics.nist.gov/Pubs/.

[7]  Bloss, F. D.; *An Introduction to the Methods of Optical Crystallography*; Holt, Rinehart and Winston, Inc.: New York (1961).

[8]  Kerr, P.F.; *Optical Mineralogy*; McGraw-Hill, Inc.: New York (1977).

[9]  Bloss, F.D.; *The Spindle Stage: Principles and Practice*; Cambridge University Press: Cambridge, NY (1981).

*Users of this SRM should ensure that the certificate in their possession is current. This can be accomplished by contacting the SRM Program at: Telephone (301) 975-6776, Fax (301) 926-4751, e-mail srminfo@nist.gov, or via the Internet at http://www.nist.gov/srm.*

Exhibit 65

Page 1

1          UNITED STATES DISTRICT COURT

2            DISTRICT OF NEW JERSEY

3

4              MDL NO. 16-2738(MAS)(RLS)

5

6    IN RE JOHNSON & JOHNSON TALCUM     )

7    POWDER PRODUCTS MARKETING,         ) DEPOSITION OF:

8    SALES PRACTICES, AND PRODUCTS      ) SHU-CHUN SU

9    LIABILITY LITIGATION,              )

10                                       )

11    _____   )

12

13

14

15

16

17

18           TRANSCRIPT of the stenographic notes of

19    the proceedings in the above-entitled matter, as

20    taken by and before SANDRA A. ROBERTSON, a Certified

21    Court Reporter and Notary Public of the State of New

22    Jersey, held at THE HELDRICH HOTEL 10 Livingston

23    Avenue, New Brunswick, New Jersey, on July 11, 2024,

24    commencing at 9:13 a.m.

Page 2

```
 1      A P P E A R A N C E S:
 2
 3      DEAN OMAR BRANHAM SHIRLEY, LLP
        BY:   BENJAMIN BRALY, ESQUIRE
 4      302 N. Market Street
        Suite 300
 5      Dallas, Texas 75202
        (214) 722-5990
 6      bbraly@dobslegal.com
        Attorneys for the Plaintiff Kayme Clark
 7
 8
        COHEN PLACITELLA ROTH, PC
 9      BY:   CHRISTOPHER M. PLACITELLA, ESQUIRE
        127 Maple Avenue
10      Red Bank, New Jersey 07701
        (888) 219-3599
11      cplacitella@cprlaw.com
        Attorneys for the Plaintiffs
12
13
        KING & SPALDING, LLP
14      BY:   KEVIN HYNES, ESQUIRE
              JOHN EWALD, ESQUIRE
15      1185 Avenue of the Americas
        34th Floor
16      New York, New York 10036
        (212) 556-2100
17      khynes@kslaw.com
        Attorneys for the Defendant Johnson & Johnson
18
19
        McCARTER & ENGLISH, LLP
20      BY:   JOHN C. GARDE, ESQUIRE
        Four Gateway Center
21      100 Mulberry Street
        Newark, New Jersey  07102-4056
22      (973) 622-4444
        jgarde@mccarter.com
23      Attorneys for the Defendant Johnson & Johnson
24
```

```
                                              Page  3
 1      R E M O T E
 2      A P P E A R A N C E S:
 3
 4      BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, PC
        BY:  P. LEIGH O'DELL, ESQUIRE
 5           MARGARET THOMPSON, ESQUIRE
        218 Commerce Street
 6      Montgomery, Alabama 36104
        (334) 269-2343
 7      leigh.odell@beasleyallen.com
        Co-lead Counsel for the Plaintiffs
 8
 9
        ASHCRAFT & GEREL
10      BY:  MICHELLE A. PARFITT, ESQUIRE
        8280 Willow Oaks Corporate Drive
11      Suite 600
        Fairfax, Virginia 22031
12      703) 931-5500
        mparfitt@ashcraft.com
13      Attorneys for the Plaintiffs
14
        REILLY MCDEVITT & HENRICH, PC
15      BY:  KEVIN KOTCH, ESQUIRE
        3 Executive Campus
16      Suite 310
        Cherry Hill, New Jersey 08002
17      (856) 317-7180
        kkotch@rmh-law.com
18      Attorneys for the Defendant Personal Care
        Products Council
19
20
21
22
23
24
```

Page 4

1                          INDEX

2

3      WITNESS:                                  PAGE:

4

5            SHU-CHUN SU, PhD

6            By MR. BRALY                          7

7

8                          *****

9                       EXHIBITS:

10

11    1  Clark Third Amended Notice of Deposition       23

12    2  PSC 2nd Amended Deposition Notice of           23

13       Shu-Chun Su

14    3  Report dated May 21, 2024                      23

15    4  Talc MisidentifiedAs Chrysotile, a Review of   24

16       MSS 71134 and 71376 Talc Analysis of Gold

17       Bond Medicated Powder dated January 30, 2022

18    5  2006 Accreditation Sheet Or Report For         26

19       Material Analytical Services

20    6  Series of Emails                               34

21    7  Pittsburgh Work Plan                           40

22    8  Two Emails                                     42

23    9  Summary of Invoices                            53

24

Page 5

1                        *****

2                    EXHIBITS:

3    10 Collection of Correspondence between Su and

4       Dr. Wylie                                    63

5    11 DRIMMC Asb RI Conversion Tables 34 pages

6       2022                                         67

7    12 Cargille Asb RI Conversion Tables 34 pages   67

8       2022

9    13 The Dispersion Staining Technique and Its    68

10      Application to Measure Refractive Indices of

11      Nonopaque Materials With Emphasis on

12      Asbestos Analysis

13   14 1993 EPA R-93 600 Test Method               70

14   15 Collection of Containers Sent to Su         72

15   16 Optical Mineralogy Six Pages               76

16   17 Optical Mineralogy 12 Pages                79

17   18 Sample CDCS 1.550 with SG-210 Alpha         94

18   19 Sample CDCS 1.550 with SG-210 Gamma         97

19   20 Micrometer 3183377 at Focus 1.550 Talc     103

20      Particle

21   21 Micrometer 318337 CSDS 1.550 Talc Particle 104

22      Gamma

23   22 3183377 With SG210 chrysotile in 1.560 Alpha  109

24   23 3183377 With SG210 Chrysotile in 1.560 Gamma  110

Page 6

* * * * *

EXHIBITS:

1

2

3    24 Particle 1 M2001 1.250 Gamma                    117

4    25 Particle 2 M2001 1.250 Gamma                    117

5    26 Particle 3 M2001 1.250 Gamma                    117

6    27 Particle 1 M2001 1.550 CSDS Alpha               120

7    28 Particle 3 M2001 1.550 CSDS Alpha               122

8    30 Image 1.55 Glass CSDS 1.550                     157

9    31 William Longo's Report dated October 9, 2023    171

10   32 Section 5 of Report dated October 9, 2023       171

11   33 PLM Analysis of Talc/Chrysotile Bundle          182

12      Intergrowths

13

14                        * * * * *

15

16

17

18

19

20

21

22

23

24

Page 7

1                    YING SHI, Mandarin Interpreter,

2          after having been duly sworn to interpret when

3                              requested.

4                         SHU-CHUN SU,

5          after having been duly sworn, testified in English

6                         as follows:

7                         EXAMINATION

8     BY MR. BRALY:

9          Q.    Good morning, Dr. Su.              09:13:43

10         A.    Good morning.                       09:13:44

11         Q.    It's nice to meet you.              09:13:45

12         A.    Nice to meet you too.  Last time we 09:13:48

13    chatted was last May.                          09:13:50

14         Q.    Right.  You know, I've had a chance 09:13:53

15    to read your publications to kind of study your 09:13:55

16    career a little bit, and I know that you've done a 09:13:59

17    lot for the microscopy community and for the science 09:14:04

18    community.  I appreciate your spending the time to 09:14:06

19    be here with us.                                09:14:09

20         A.    Thank you.                          09:14:11

21         Q.    Have you ever given a deposition   09:14:11

22    before?                                         09:14:13

23         A.    Never.                              09:14:13

24         Q.    I have a lot of ground to cover.   09:14:13

SHU-CHUN SU, PhD

Page 8

| | | | |
|---|---|---|---|
| 1 | This might take a while so feel free to ask for | | 09:14:18 |
| 2 | breaks. | | 09:14:21 |
| 3 | A.      Okay. | | 09:14:21 |
| 4 | Q.      Given that English is not your first | | 09:14:21 |
| 5 | language -- | | 09:14:26 |
| 6 | A.      No. | | 09:14:27 |
| 7 | Q.      -- if there is anything challenging | | 09:14:28 |
| 8 | about what I am asking, please don't hesitate to | | 09:14:30 |
| 9 | utilize the interpreter.  If you don't understand | | 09:14:33 |
| 10 | something, please ask me to -- | | 09:14:36 |
| 11 | A.      Thanks for understanding. | | 09:14:38 |
| 12 | Q.      I can ask terrible questions.  Mr. | | 09:14:39 |
| 13 | Hynes knows that. | | 09:14:42 |
| 14 | You -- how old are you today? | | 09:14:44 |
| 15 | A.      I'm -- I will be 84 the end of the | | 09:14:47 |
| 16 | year by November. | | 09:14:55 |
| 17 | Q.      You're joking? | | 09:14:56 |
| 18 | A.      I was born in 1940, November. | | 09:14:57 |
| 19 | Q.      Wow.  You look great. | | 09:15:00 |
| 20 | A.      Thank you.  Thank you. | | 09:15:03 |
| 21 | MR. PLACITELLA:  84 I ask what you're | | 09:15:07 |
| 22 | doing here. | | 09:15:09 |
| 23 | Q.      You what born in China, correct? | | 09:15:10 |
| 24 | A.      Yes. | | 09:15:12 |

SHU-CHUN SU, PhD

Page 9

| | | |
|---|---|---|
| 1 | Q. Where regionally in China? | 09:15:12 |
| 2 | A. In the southwest. | 09:15:15 |
| 3 | Q. Southwest? | 09:15:17 |
| 4 | A. Southwest. The area called Chonqing. | 09:15:18 |
| 5 | It's a Sichuan province, used to be but later that | 09:15:22 |
| 6 | city was I think changed into the direct city under | 09:15:26 |
| 7 | central government which elevate status to like a | 09:15:33 |
| 8 | province like a state. | 09:15:38 |
| 9 | Q. Okay. You went to college in China | 09:15:40 |
| 10 | originally, correct? | 09:15:46 |
| 11 | A. Yes. | 09:15:47 |
| 12 | Q. I saw a reference to postgraduate | 09:15:48 |
| 13 | work done at the University of Moscow. Is that | 09:15:54 |
| 14 | the -- | 09:15:58 |
| 15 | A. No, no. What I meant here, you see I | 09:15:58 |
| 16 | went to college in 1957, so at that time, China and | 09:16:03 |
| 17 | Russia still in honeymoon, but later they broke from | 09:16:11 |
| 18 | each other. So at that time, the Peking University | 09:16:15 |
| 19 | which attended was consider the premium university | 09:16:21 |
| 20 | in China. So the government says since the Moscow | 09:16:25 |
| 21 | University science program, they are six-year | 09:16:32 |
| 22 | instead of a four year, we should follow that. | 09:16:38 |
| 23 | Therefore, my undergrad program it take six years | 09:16:43 |
| 24 | although the degree is only a bachelor. | 09:16:47 |

SHU-CHUN SU, PhD

Page 10

| | | |
|---|---|---|
| 1 | Q.    I understand.  I was asking because | 09:16:50 |
| 2 | the University of Idaho is in Moscow, Idaho. | 09:16:54 |
| 3 | A.    That's right. | 09:17:00 |
| 4 | Q.    So I didn't know if you had ever | 09:17:03 |
| 5 | attended school at Moscow Idaho, which is -- | 09:17:05 |
| 6 | A.    I'm sorry.  I thought Moscow in | 09:17:09 |
| 7 | Russia. | 09:17:13 |
| 8 | Q.    Well, I was looking to clarify that. | 09:17:13 |
| 9 | A.    Okay. | 09:17:17 |
| 10 | Q.    I appreciate it.  All right.  When | 09:17:17 |
| 11 | did you -- when did you come to the United States | 09:17:33 |
| 12 | for the first time? | 09:17:36 |
| 13 | A.    1981. | 09:17:38 |
| 14 | Q.    1981? | 09:17:40 |
| 15 | A.    Summer. | 09:17:41 |
| 16 | Q.    This was after you earned your | 09:17:42 |
| 17 | master's in science in mineralogy at The Institute | 09:17:45 |
| 18 | of Geology Sand Geophysics at the Chinese Academy of | 09:17:49 |
| 19 | Sciences? | 09:17:53 |
| 20 | A.    Yes. | 09:17:53 |
| 21 | Q.    All right.  In 1981, did you -- is | 09:17:54 |
| 22 | that when you started working with Professor Donald | 09:18:00 |
| 23 | Bloss and Paul Ribbe? | 09:18:04 |
| 24 | A.    Yes. | 09:18:05 |

SHU-CHUN SU, PhD

Page 11

| | | |
|---|---|---|
| 1 | Q.    Okay.  That was at -- | 09:18:06 |
| 2 | A.    Actually 1981, because it was the | 09:18:07 |
| 3 | sabbatical year of Donald Bloss, so actually he got | 09:18:13 |
| 4 | the chair professor in University of New Mexico in | 09:18:19 |
| 5 | Albuquerque.  So I joined him directly first in | 09:18:24 |
| 6 | Albuquerque during his sabbatical.  Then the next | 09:18:30 |
| 7 | year we move back to Virginia Tech. | 09:18:35 |
| 8 | Q.    Okay.  You completed your PhD program | 09:18:38 |
| 9 | in geology and mineralogy in 1985? | 09:18:45 |
| 10 | A.    Actually, it was in '84.  However, I | 09:18:49 |
| 11 | attended the '85 graduation, the commencement, yeah. | 09:18:54 |
| 12 | Q.    You did your postdoctoral research... | 09:19:01 |
| 13 | A.    After my PhD. | 09:19:10 |
| 14 | Q.    I understand.  Okay.  Tell me about | 09:19:11 |
| 15 | the -- do you have a lab in Delaware?  Am I | 09:19:17 |
| 16 | understanding this correctly? | 09:19:21 |
| 17 | A.    Now? | 09:19:23 |
| 18 | Q.    Yes. | 09:19:23 |
| 19 | A.    I have simple equipment, polarized | 09:19:25 |
| 20 | light microscope at home.  Okay. | 09:19:30 |
| 21 | Q.    Okay. | 09:19:32 |
| 22 | A.    But it's not a lab.  You can look at | 09:19:33 |
| 23 | the same slides or things like that. | 09:19:38 |
| 24 | Q.    Is that in Newark, Delaware or in -- | 09:19:40 |

SHU-CHUN SU, PhD

Page 12

| | | |
|---|---|---|
| 1 | A.      Bear, Delaware. | 09:19:43 |
| 2 | (Reporter asks for clarification.) | 09:19:43 |
| 3 | THE WITNESS:  B-e-a-r, that's next to | 09:19:45 |
| 4 | Newark. | 09:19:49 |
| 5 | Q.      Okay.  I didn't know there was a | 09:19:49 |
| 6 | Newark, Delaware, so Bear is completely new to me. | 09:19:51 |
| 7 | A.      Yes. | 09:19:58 |
| 8 | Q.      Do you live in Delaware? | 09:19:59 |
| 9 | A.      Yes. | 09:20:00 |
| 10 | Q.      Okay.  This sounds like a trap | 09:20:01 |
| 11 | question or something.  It's not, I promise you.  I | 09:20:09 |
| 12 | am curious. | 09:20:12 |
| 13 | What is your immigration status? | 09:20:12 |
| 14 | A.      I'm an American citizen. | 09:20:14 |
| 15 | Q.      You are, okay.  When did you get | 09:20:16 |
| 16 | naturalized as an American citizen? | 09:20:19 |
| 17 | A.      I guess after work at Hercules.  I | 09:20:21 |
| 18 | start working for Hercules in 1987, but at that time | 09:20:24 |
| 19 | I was still -- I was at a green card.  However, my | 09:20:30 |
| 20 | job, I have to travel.  Hercules multination | 09:20:36 |
| 21 | company.  We have about six, 70 plus facilities in | 09:20:42 |
| 22 | Europe, so I had to travel to Europe.  The company | 09:20:49 |
| 23 | said we can do the visa for you.  However, it takes | 09:20:54 |
| 24 | time.  However, you already here for so many years, | 09:21:01 |

SHU-CHUN SU, PhD

Page 13

| | | |
|---|---|---|
| 1 | you're eligible to be naturalized. Then it makes | 09:21:07 |
| 2 | your travel to work easier. So then, I was | 09:21:13 |
| 3 | naturalized in 1995. In, let me see, eight years | 09:21:17 |
| 4 | after I work for Hercules. | 09:21:26 |
| 5 | Q. Do you -- you have a series of | 09:21:31 |
| 6 | publications going back. I think the earliest one | 09:21:51 |
| 7 | that I have is an article that you wrote or coauthor | 09:21:55 |
| 8 | on with Professor Bloss and Mickey Gunter from 1983 | 09:22:02 |
| 9 | called "Gladstone-Dale Constants; a New Approach." | 09:22:09 |
| 10 | A. Mm-hmm, yes. | 09:22:15 |
| 11 | Q. You're familiar with this article? | 09:22:16 |
| 12 | A. Yeah. | 09:22:17 |
| 13 | Q. I don't need to mark this article. | 09:22:18 |
| 14 | I'm just -- is this the first time that your name | 09:22:21 |
| 15 | appeared as an author in the peer-reviewed | 09:22:24 |
| 16 | literature? | 09:22:26 |
| 17 | A. I think earlier than that, because I | 09:22:27 |
| 18 | listed only articles related to the polarized light | 09:22:31 |
| 19 | microscopy optical property of minerals. However, | 09:22:40 |
| 20 | even when I was in China I published in | 09:22:45 |
| 21 | peer-reviewed articles. | 09:22:49 |
| 22 | Q. Let me come back to you. We need to | 09:22:50 |
| 23 | clarify something for her. | 09:22:52 |
| 24 | (Reporter asks for clarification.) | 09:22:52 |

SHU-CHUN SU, PhD

```
                                                      Page 14
1              THE WITNESS:  Light microscopy.     09:22:57
2         Q.      We did a search for articles that you  09:23:02
3    had authored.  I think was the earliest one that we  09:23:08
4    pulled up.                                     09:23:11
5              Did you publish articles in China    09:23:12
6    before coming to the United States?           09:23:15
7         A.      That's right.                     09:23:16
8         Q.      Had you published anything related to  09:23:17
9    polarized light microscopy in China before coming to  09:23:20
10   the United States?                            09:23:25
11        A.      Yes, I did.                       09:23:25
12        Q.      You did.  Before I ask you about   09:23:27
13   that, when did you meet Mickey Gunter?        09:23:33
14        A.      1981, when I arrived at Albuquerque.  09:23:37
15   Because he was in Albuquerque as well with Doug  09:23:42
16   Bloss.  That's the first time we met.         09:23:50
17        Q.      In Albuquerque that was part of the  09:23:52
18   graduate program?                             09:23:56
19        A.      Yes, my PhD program.             09:23:56
20        Q.      You and Mickey Gunter, I mean, to  09:24:00
21   this day you guys have a professional friendship.  09:24:07
22   You guys have been friends for a long time?   09:24:10
23        A.      Yeah.                             09:24:13
24        Q.      I have to ask you this:  Stories get  09:24:13
```

SHU-CHUN SU, PhD

Page 15

| | | |
|---|---|---|
| 1 | told and everything.  I have heard that when you | 09:24:20 |
| 2 | guys were in your graduate program that you lived in | 09:24:24 |
| 3 | the same building as each other. | 09:24:28 |
| 4 | A.        That is not true. | 09:24:30 |
| 5 | Q.        That is not true.  Okay. | 09:24:30 |
| 6 | A.        You see Mickey was married. | 09:24:32 |
| 7 | Q.        Yeah. | 09:24:34 |
| 8 | A.        So we lived in different apartment, | 09:24:35 |
| 9 | okay.  And after he come back from Albuquerque, and | 09:24:42 |
| 10 | she [sic] and his wife, they rent a home, but I only | 09:24:50 |
| 11 | rented apartment in apartment complex.  So then we | 09:24:56 |
| 12 | have never been roommate.  I noticed something like | 09:25:02 |
| 13 | Dr. Longo said we were roommate.  No.  We were | 09:25:06 |
| 14 | office mate.  That is inaccurate.  And also school | 09:25:10 |
| 15 | mate.  Okay. | 09:25:14 |
| 16 | Q.        Okay.  Well, we can correct that | 09:25:15 |
| 17 | rumor then. | 09:25:19 |
| 18 | A.        Yeah.  Thanks. | 09:25:21 |
| 19 | Q.        You guys did work together.  You guys | 09:25:22 |
| 20 | did your school work together.  You were friends. | 09:25:24 |
| 21 | A.        That's right. | 09:25:29 |
| 22 | Q.        And you're still friends? | 09:25:29 |
| 23 | A.        Right. | 09:25:32 |
| 24 | Q.        You are -- Dr. Longo has said this. | 09:25:34 |

SHU-CHUN SU, PhD

Page 16

| | | |
|---|---|---|
| 1 | You were there for his testimony -- quite | 09:25:43 |
| 2 | well-respected with the polarized light microscopy. | 09:25:48 |
| 3 | How did you get involved in that specific field? | 09:25:51 |
| 4 | What drew you to it? | 09:25:54 |
| 5 | A.      Polarized light microscopy? | 09:25:56 |
| 6 | Q.      Right. | 09:26:00 |
| 7 | A.      My first job in China after I | 09:26:01 |
| 8 | graduate from the college, I got a job in northwest | 09:26:03 |
| 9 | China, which is a geological survey of Gansu | 09:26:12 |
| 10 | Province.  So the structure in China geology is you | 09:26:16 |
| 11 | have a ministry of geology, then have geological | 09:26:20 |
| 12 | survey in every province.  Now, at that time I was | 09:26:24 |
| 13 | working at central lab of the geological survey of | 09:26:30 |
| 14 | Gansu Province.  The mission of that lab I was in a | 09:26:40 |
| 15 | group called rock and mineral identification.  China | 09:26:43 |
| 16 | at that time, they are still doing the grunt | 09:26:50 |
| 17 | geological work, which is the geological mapping. | 09:26:55 |
| 18 | The Gansu is a very large province. | 09:26:59 |
| 19 | The field geologists, when they do the mapping, they | 09:27:04 |
| 20 | collect samples on a grid, like every kilometer or | 09:27:09 |
| 21 | every 500 meters.  So they put a grid, they collect | 09:27:15 |
| 22 | samples, rocks, minerals.  So they sent us samples | 09:27:22 |
| 23 | to our lab for us to identify.  The polarized light | 09:27:27 |
| 24 | microscope is the instrument. | 09:27:34 |

SHU-CHUN SU, PhD

```
                                                    Page 17
 1                 So the rock, we ground the rock.      09:27:37

 2      There is a lot for to prepare the samples for us.  09:27:40

 3      You grind the rock, cut in small piece, grind that  09:27:45

 4      to 30 microns thick in uniform, and then cover with  09:27:49

 5      cover glass with glue.  Then you put this on the   09:27:55

 6      polarized light microscope.  Then you identify    09:27:59

 7      whether it's quartz, it's feldspar, it's muscovite.  09:28:05

 8      Anyway, those so-called rock-forming minerals.  Of  09:28:13

 9      course, the ultra basic rock is not uncommon now,   09:28:18

10      which contains serpentine and chrysotile --        09:28:21

11                 (Reporter asks for clarification.)      09:28:21

12                 THE WITNESS:  It's a mineral name,      09:28:35

13      chrysotile, c-h-r-y-s-o-t-y-l-e.                   09:28:35

14                 MR. HYNES:  I-l-e.                      09:28:42

15          A.     So, therefore, as I said, I start to    09:28:43

16      use the polarized light microscopy to identify     09:28:46

17      rock-forming minerals in 1964.  Actually, I've been  09:28:53

18      doing that in China for maybe more than ten years.  09:29:05

19      Yeah.                                              09:29:09

20          Q.     What we are going to be discussing      09:29:13

21      today has to do with a process referred to as      09:29:16

22      central stop dispersion staining, which am I correct  09:29:20

23      that this methodology is something that you        09:29:27

24      developed?                                         09:29:31
```

SHU-CHUN SU, PhD

Page 18

| | | |
|---|---|---|
| 1 | A. No. Central stop dispersion staining | 09:29:32 |
| 2 | was invented by Russia mineralogist in 1930s. It | 09:29:37 |
| 3 | was I think introduced to China probably 1950s. | 09:29:47 |
| 4 | Okay. And also to the United States I think Dr. | 09:29:54 |
| 5 | McCrone was the pioneer to introduce that method. | 09:29:59 |
| 6 | Q. We'll talk about it in more detail | 09:30:06 |
| 7 | later. | 09:30:09 |
| 8 | A. Okay. | 09:30:10 |
| 9 | Q. But the -- it's called central stop | 09:30:10 |
| 10 | because there is actually a block that blocks the | 09:30:13 |
| 11 | light that's in the central part of the aperture | 09:30:17 |
| 12 | that allows polarized light to travel around that | 09:30:22 |
| 13 | central block. | 09:30:24 |
| 14 | A. Actually, I actually brought today an | 09:30:25 |
| 15 | objective central stop, the McCrone. | 09:30:31 |
| 16 | Q. Great. | 09:30:34 |
| 17 | A. Yes. There's a small metal disc that | 09:30:36 |
| 18 | the diameter are usually 2 to 3 millimeter in size, | 09:30:44 |
| 19 | a circle metal disc at a back focal plane of the | 09:30:48 |
| 20 | objective. Yeah. That is called central stop. | 09:30:53 |
| 21 | Q. And the purpose of this is to prevent | 09:30:56 |
| 22 | light from passing directly through -- | 09:30:59 |
| 23 | A. To block the batching wavelengths. | 09:31:03 |
| 24 | Q. Okay. | 09:31:07 |

SHU-CHUN SU, PhD

```
                                                    Page 19

  1         A.       Between the liquid and the solid.    09:31:08

  2         Q.       Cool.  We'll get more technical about   09:31:13

  3    that later.                                        09:31:16

  4         A.       Okay.                                09:31:17

  5         Q.       There's been something that's been    09:31:18

  6    referred to as the "Su Method" of dispersion       09:31:35

  7    staining for the identification of chrysotile, maybe  09:31:41

  8    not for chrysotile but for asbestos in samples.     09:31:49

  9    What is your understanding of what the "Su Method"   09:31:54

 10    is and how does this distinguish from normal central  09:31:59

 11    stop dispersion staining process?                  09:32:05

 12                  MR. HYNES:  Form.                     09:32:11

 13                  You can answer.                       09:32:11

 14         A.       The Su Method, actually, that was     09:32:12

 15    named by a professor I think in Amherst University,   09:32:15

 16    a university in Massachusetts, Stoiber and Morse,    09:32:30

 17    Professor Morse.  Because he is a very famous, like,  09:32:32

 18    mineralogist.  When he wrote -- his textbook as been  09:32:38

 19    widely used in the geology department.  They called  09:32:46

 20    it Pumpkin Book because the book is pumpkin color    09:32:51

 21    Dr. Green is Green Book.  Professor...              09:33:01

 22         Q.       Morse?                                09:33:04

 23         A.       Morse book people call it Pumpkin     09:33:05

 24    Book.                                               09:33:08
```

SHU-CHUN SU, PhD

Page 20

| | | |
|---|---|---|
| 1 | Q.    So you have the Pumpkin Book and you | 09:33:09 |
| 2 | have the Green Book? | 09:33:11 |
| 3 | A.    That's right. | 09:33:11 |
| 4 | Q.    All right. | 09:33:11 |
| 5 | A.    After they come to the states to do | 09:33:13 |
| 6 | PhD with Doc Bloss, Professor... Pumpkin Book | 09:33:15 |
| 7 | author. | 09:33:30 |
| 8 | Q.    Morse? | 09:33:30 |
| 9 | A.    Morse, he was revising his book.  It | 09:33:32 |
| 10 | happened the publisher sent his book for me to | 09:33:39 |
| 11 | review.  Okay.  And when I was reviewing his book, I | 09:33:43 |
| 12 | found there's a part of his textbook, how do you | 09:33:53 |
| 13 | calculate the refract [ph] index from the dispersion | 09:34:00 |
| 14 | staining color.  It's very cumbersome.  It's a lot | 09:34:06 |
| 15 | mathematics.  Actually so I was actually friends | 09:34:11 |
| 16 | with Professor Morse, so we talk about.  I said this | 09:34:18 |
| 17 | shouldn't be that complicated.  Okay. | 09:34:26 |
| 18 | Professor Morse used a calculation | 09:34:32 |
| 19 | and Dr. McCrone used a graphic solution.  You plot | 09:34:37 |
| 20 | the dispersion curve of the liquid, and also you | 09:34:43 |
| 21 | plot its dispersion curve of whether it's chrysotile | 09:34:50 |
| 22 | or amosite, whatever.  You plot this curve.  You | 09:34:55 |
| 23 | find the intersection where it's so-called matching | 09:35:01 |
| 24 | wavelengths.  Then you graphically solve the refract | 09:35:04 |

SHU-CHUN SU, PhD

Page 21

```
 1        index for the 589 nanometer wavelengths because that   09:35:11
 2        is the standard wavelengths used to describe           09:35:17
 3        material refract index.                                09:35:23
 4                   MR. PLACITELLA:  Would it make sense         09:35:39
 5        for the two of you to switch?                          09:35:41
 6              A.     Actually, now, that's why I develop        09:35:53
 7        the so-called equation a simple equation to go from    09:36:00
 8        the dispersion coefficient of the liquid which is      09:36:07
 9        listed on the bottle of the liquid.                    09:36:14
10              Q.     Right.                                    09:36:17
11              A.     And also the dispersion of the            09:36:19
12        mineral you have those data in a textbook, in a        09:36:21
13        mineralogy book.  I used that to the parameter.  I     09:36:26
14        found an analytical relationship between them and      09:36:31
15        the wavelength.  So that would make the derivation     09:36:36
16        of refract index from the dispersion staining color    09:36:45
17        a lot easier --                                        09:36:50
18              Q.     And then -- I'm sorry.                     09:36:52
19              A.     Then Professor Morse, he revised that     09:36:54
20        chapter of his book and he used my material.  He is    09:37:00
21        the first man call it Su Method.  So Su Method is      09:37:08
22        not just for the asbestos identification; it is for    09:37:13
23        deriving the numerical value of refract index, from   09:37:18
24        the dispersion staining color.                         09:37:23
```

SHU-CHUN SU, PhD

Page 22

1      Q.      Okay.  And the steps involved in this    09:37:27

2      involve the interaction between wavelength and    09:37:31

3      refractive index values based on the temperature of    09:37:36

4      what's being sampled at that time?    09:37:40

5      A.      Yeah.  The temperature, actually the    09:37:42

6      reason the temperature is considered because the    09:37:45

7      liquid is sensitive -- its refract index is    09:37:50

8      sensitive to the temperature.  Therefore, the effect    09:38:05

9      is on the fourth decimal place, about usually around    09:38:11

10     .0005.  So each fluctuates of 2 centigrade degree    09:38:17

11     will change one unit in the third decimal place.    09:38:24

12     Then it matters.    09:38:29

13     Q.      Okay.  Okay.  We will have plenty of    09:38:31

14     time to talk about that more.    09:38:42

15     A.      Okay.    09:38:44

16     Q.      I want to I suppose go through some    09:38:44

17     of the legals, legal part of this.    09:38:48

18             You are here because of -- that    09:38:54

19     didn't work the way I wanted it to.  You're here    09:39:00

20     because of a lawsuit filed here in New Jersey called    09:39:11

21     Kayme Clark and also because of the ongoing    09:39:19

22     litigation in what's referred to as the    09:39:23

23     multidistrict litigation related to the ovarian    09:39:25

24     cancer cases.  Do you understand that?    09:39:31

SHU-CHUN SU, PhD

Page 23

1        A.      Yes.                                    09:39:33

2        Q.      Okay.   There are a couple of exhibits  09:39:34

3    that I'm going to start building out for this      09:39:37

4    deposition.  The first two exhibits; Exhibit 1, is  09:39:40

5    just the notice of deposition for the Kayme Clark   09:39:43

6    case.                                               09:39:49

7        (Exhibit 1 Clark Third Amended Notice of        09:39:51

8    Deposition marked for identification.)              09:39:53

9        Q.      Exhibit 2 is going to be the notice     09:39:53

10   of deposition for the MDL, both for today.  I don't 09:40:07

11   really have I don't think any questions about those 09:40:12

12   documents specifically.                             09:40:15

13       (Exhibit 2 PSC 2nd Amended Deposition Notice    09:40:15

14   of Shu-Chun Su marked for identification.)          09:40:21

15       Q.      Exhibit 3 is the report that you        09:40:21

16   issued dated May 21st of 2024.  I believe that's the 09:40:23

17   document that's directly in front of you.           09:40:28

18       A.      Yep.                                    09:40:30

19       Q.      Great.  I'm sure you have gathered we   09:40:30

20   will be talking about this document.                09:40:33

21       A.      Okay.                                   09:40:34

22       (Exhibit 3 Report dated May 21, 2024 marked     09:40:34

23   for identification.)                                09:40:38

24       Q.      Exhibit 4 is going to be a report       09:40:38

SHU-CHUN SU, PhD

Page 24

1    that you authored in 2022 titled "Talc Misidentified    09:40:40

2    As Chrysotile, a Review of MSS 71134 and 71376 Talc    09:40:47

3    Analysis of Gold Bond Medicated Powder dated    09:40:57

4    January 30, 2022."    09:41:03

5           (Exhibit 4 Talc Misidentified As Chrysotile,    09:40:46

6    a Review of MSS 71134 and 71376 Talc Analysis of    09:40:48

7    Gold Bond Medicated Powder dated January 30, 2022    09:40:58

8    marked for identification.)    09:41:05

9                You're familiar with this --    09:41:05

10        A.     Yes.    09:41:06

11        Q.     -- publication too?    09:41:07

12        A.     Yes.  It's not publication.  It's    09:41:08

13    just a review.    09:41:10

14        Q.     Thank you.  That's correct.  I did    09:41:11

15    misspeak on that.    09:41:16

16                That publication I believe was the    09:41:16

17    first time that you had signed your name to any    09:41:19

18    report involving a litigation-type matter; is that    09:41:24

19    right?    09:41:24

20        A.     I think so.  But at that time I    09:41:31

21    didn't even understand the nature of the report    09:41:32

22    before me.  It's just a report about analysis of the    09:41:46

23    asbestos.    09:41:52

24        Q.     Right.  Before this report,    09:41:53

SHU-CHUN SU, PhD

Page 25

| | | |
|---|---|---|
| 1 | Exhibit 4, which is from 2022, you did have prior | 09:42:01 |
| 2 | involvement with MAS and Dr. Longo's laboratory in | 09:42:10 |
| 3 | Georgia, right? | 09:42:14 |
| 4 | A.     Yes. | 09:42:15 |
| 5 | Q.     You served as an NVLAP or NVLAP | 09:42:15 |
| 6 | auditor, correct? | 09:42:26 |
| 7 | A.     Yes. | 09:42:27 |
| 8 | Q.     Did you know Dr. Longo personally | 09:42:28 |
| 9 | before this report? | 09:42:33 |
| 10 | A.     You see, I did the on-site assessment | 09:42:37 |
| 11 | of an MAS in 2015.  That's the first time I met Dr. | 09:42:42 |
| 12 | Longo.  Because after the assessment, I think we | 09:42:51 |
| 13 | talked briefly before I left.  That's only time we | 09:42:56 |
| 14 | talked before the -- before this, this review. | 09:43:04 |
| 15 | Q.     Before you saw him in the courthouse | 09:43:09 |
| 16 | in May? | 09:43:11 |
| 17 | A.     That's right. | 09:43:12 |
| 18 | Q.     Do you recall being at MAS before | 09:43:13 |
| 19 | 2015? | 09:43:23 |
| 20 | A.     The name? | 09:43:24 |
| 21 | Q.     The lab, MAS. | 09:43:25 |
| 22 | A.     Yeah, yeah, yeah. | 09:43:27 |
| 23 | Q.     You didn't meet Dr. Longo until 2015? | 09:43:28 |
| 24 | A.     That's right, until I visit the lab. | 09:43:32 |

SHU-CHUN SU, PhD

Page 26

| | | |
|---|---|---|
| 1 | But I heard about that lab, 'cause, as you know, the | 09:43:35 |
| 2 | NVLAP, I am one of the technical expert for NVLAP. | 09:43:40 |
| 3 | So we now probably pretty much the laboratory in the | 09:43:45 |
| 4 | United States, so MAS is one of them. | 09:43:49 |
| 5 | Q.    You may not -- you may just not | 09:43:55 |
| 6 | recall this.  We can mark this as Exhibit 5.  I am | 09:43:58 |
| 7 | going to do all my exhibits electronically.  We | 09:44:01 |
| 8 | don't need to sticker this.  I will provide the | 09:44:04 |
| 9 | documents electronically. | 09:44:08 |
| 10 | (Exhibit 5 2006 Accreditation Sheet Or | 09:44:10 |
| 11 | Report For Material Analytical Services marked for | 09:46:14 |
| 12 | identification.) | 09:44:49 |
| 13 | Q.    I just need to mark this.  I don't | 09:44:49 |
| 14 | have any detailed questions about this document | 09:45:10 |
| 15 | right now other than, were you aware or did you | 09:45:13 |
| 16 | just -- I mean, I know it's been a long time, but | 09:45:24 |
| 17 | did you just not recall being present at MAS as far | 09:45:27 |
| 18 | back as December of 2006? | 09:45:32 |
| 19 | A.    I forgot. | 09:45:35 |
| 20 | Q.    No problem.  I may ask you about that | 09:45:36 |
| 21 | later.  I may later. | 09:45:45 |
| 22 | MR. BRALY:  Exhibit 5 is a 2006 | 09:46:06 |
| 23 | accreditation sheet or report for material | 09:46:10 |
| 24 | analytical services.  That's what it is. | 09:46:16 |

SHU-CHUN SU, PhD

Page 27

```
 1              Q.     Dr. Su, just one additional question,    09:46:42

 2       if your name appears as the assessor's name at        09:46:45

 3       the -- in that document, does that mean that you      09:46:49

 4       personally did the assessment of the lab?             09:46:51

 5              A.     Yes, I did.                              09:46:54

 6              Q.     Okay.  You can set that aside.  We       09:46:55

 7       may come back to that.                                09:46:58

 8              A.     Okay.                                    09:47:00

 9              Q.     The report that is Exhibit 4, it says    09:47:01

10       at the very beginning of this -- you see it on the    09:47:12

11       screen here that Dr. Gunter had asked you to do --    09:47:15

12       conduct the analysis of the materials, correct?       09:47:21

13              A.     Mm-hmm, yes.                             09:47:24

14              Q.     Did Dr. Gunter, was he the first        09:47:27

15       person to bring to your attention that Dr. Longo was  09:47:30

16       using polarized light dispersion staining to          09:47:35

17       identify chrysotile and talc samples?                 09:47:40

18              A.     No.  Because at the lab when I do the    09:47:45

19       assessment, I will check the -- there are two         09:47:48

20       program, PLM and TM.  So the PLM is dispersion        09:47:53

21       staining.                                             09:48:00

22              Q.     Was Dr. Gunter -- did Dr. Gunter        09:48:01

23       bring to your attention that Dr. Longo was finding    09:48:06

24       chrysotile in cosmetic talc samples by PLM?           09:48:12
```

SHU-CHUN SU, PhD

Page 28

| | | |
|---|---|---|
| 1 | A.      That document says that, but at that | 09:48:21 |
| 2 | time I was not aware of the litigation, you see. | 09:48:26 |
| 3 | Q.      Right.  That's kind of what I was | 09:48:31 |
| 4 | getting at.  Dr. Gunter was the person who brought | 09:48:34 |
| 5 | this issue to your attention, right? | 09:48:37 |
| 6 | A.      Correct. | 09:48:40 |
| 7 | Q.      You and Dr. Gunter -- there was a | 09:48:40 |
| 8 | criticism about this report, Exhibit 4, that you may | 09:48:50 |
| 9 | not have written Exhibit 4, this report.  You're | 09:48:56 |
| 10 | familiar with that criticism, correct? | 09:49:01 |
| 11 | A.      Which criticism? | 09:49:03 |
| 12 | Q.      The criticism that you did not | 09:49:05 |
| 13 | actually write this report.  You're aware of that | 09:49:06 |
| 14 | criticism? | 09:49:10 |
| 15 | A.      Yes. | 09:49:10 |
| 16 | Q.      And you and Dr. Gunter got together | 09:49:11 |
| 17 | and shot a short video where you said that, no, I | 09:49:14 |
| 18 | did, in fact, this is my report? | 09:49:18 |
| 19 | A.      Yeah. | 09:49:20 |
| 20 | Q.      Did Dr. Gunter write this report and | 09:49:20 |
| 21 | then ask you to review it for whether or not it was | 09:49:27 |
| 22 | in conformance with your opinions? | 09:49:31 |
| 23 | A.      No, not at all.  Not at all. | 09:49:33 |
| 24 | Q.      This report from 2022 is your | 09:49:36 |

SHU-CHUN SU, PhD

Page 29

| | | | |
|---|---|---|---|
| 1 | authorship.  You typed this out? | | 09:49:40 |

1    authorship.  You typed this out?                    09:49:40

2         A.    Yeah.                                     09:49:43

3         Q.    Okay.                                     09:49:43

4         A.    Yes.                                      09:49:45

5         Q.    For Exhibit 3 -- in Exhibit 3 is your    09:49:46

6    report in this case.  It's the one that you have in  09:49:56

7    front of you.                                        09:49:58

8         A.    Mm-hmm.                                   09:50:00

9         Q.    There is a PowerPoint section.  It's     09:50:00

10   Appendix C.                                          09:50:03

11        A.    Yes.                                      09:50:05

12        Q.    Who created that PowerPoint?              09:50:06

13        A.    Myself entirely.                          09:50:08

14        Q.    Entirely?                                 09:50:10

15        A.    Yeah.                                     09:50:11

16        Q.    Okay.                                     09:50:11

17        A.    It takes lot of time and effort.         09:50:12

18        Q.    Oh, I know it does.  My dad is 83.        09:50:14

19   He can barely turn on a computer.  I'm impressed.    09:50:18

20             MR. PLACITELLA:  My dad is 98 and he       09:50:22

21   is very good in turning on a computer.               09:50:24

22             MR. BRALY:  You should take some tips      09:50:28

23   from him.                                            09:50:30

24   BY MR. BRALY:                                        09:50:32

SHU-CHUN SU, PhD

Page 30

1          Q.      Okay.  So the Exhibit C, the                09:50:33

2     PowerPoint that you developed that you put that         09:50:37

3     together yourself?                                      09:50:40

4          A.      Yes.                                        09:50:40

5          Q.      Okay.  Did Dr. Gunter have any input       09:50:43

6     or any involvement with the development of the          09:51:05

7     report that's in front of you now, which is             09:51:09

8     Exhibit 3?                                              09:51:12

9          A.      Not at all.  I did not talk with him       09:51:12

10    during this period.  I never told him, like, I'm        09:51:19

11    working on something.  Okay.                            09:51:26

12         Q.      When you say during this period, do        09:51:28

13    you mean during the period that you created the         09:51:30

14    Exhibit 3 PowerPoint?                                   09:51:34

15         A.      Yes.                                        09:51:35

16         Q.      Yes, okay.  When was the last time         09:51:36

17    that you talked with Dr. Gunter?                        09:51:39

18         A.      That should be maybe months or more        09:51:47

19    ago.  Yes, that would be the last time we talked.       09:51:55

20         Q.      Are you saying months ago?                 09:52:02

21         A.      Months or more ago.                        09:52:03

22         Q.      Months or more, okay.  You are             09:52:05

23    acquainted with Dr. Matt Sanchez and Dr. Bryan          09:52:08

24    Bandli?                                                 09:52:19

SHU-CHUN SU, PhD

Page 31

1          A.     Yes.                                    09:52:19

2          Q.     When did you first meet Dr. Sanchez     09:52:20

3     or Dr. Bandli?                                      09:52:24

4          A.     I believe it was in two thousand -- I   09:52:26

5     forget the year.  The first time we met, Sanchez, it  09:52:37

6     was last symposium of The Geological Society of      09:52:42

7     America annual meeting.  They have a special         09:52:50

8     symposium on Dr. Bloss, the contribution.  So I      09:53:00

9     remember of course Dr. Gunter was there and Matt     09:53:10

10    Sanchez was there.                                   09:53:18

11         Q.     Did Dr. Gunter introduce you to Matt     09:53:19

12    Sanchez?                                             09:53:23

13         A.     Yes.                                     09:53:23

14         Q.     Are you aware of the relationship        09:53:24

15    between Dr. Gunter and Matt Sanchez and Bryan        09:53:26

16    Bandli?                                              09:53:31

17         A.     That's right, I am fully aware.          09:53:35

18    Actually, I met Dr. Bryan in Chicago because McCrone 09:53:38

19    Research Institute host a course about spindle       09:53:47

20    stage.  So I was one of the instructors.  Dr. Gunter 09:54:03

21    also brought, brought Dr. Bryan.  I believe he was   09:54:08

22    doing his PhD with him at that period.  So he came   09:54:14

23    also to Chicago.  That's the first time I met Bryan. 09:54:19

24         Q.     And Dr. Bryan is Bryan Bandli?           09:54:24

SHU-CHUN SU, PhD

Page 32

```
 1          A.      Yeah.                                    09:54:29

 2          Q.      Perfect.  The Bloss symposium where      09:54:30

 3   Dr. Gunter introduced you to Matt Sanchez, when was     09:54:34

 4   that?                                                   09:54:37

 5          A.      2012 or -- I don't remember exact        09:54:42

 6   year.                                                   09:54:49

 7          Q.      When did you first come to know that     09:54:52

 8   Matt Sanchez serves as an expert witness for Johnson    09:54:56

 9   & Johnson in litigation-related matters?                09:55:03

10          A.      I think until this year I start get      09:55:07

11   involved.  I didn't know that before.                  09:55:14

12          Q.      Okay.  Did you know if Matt Sanchez      09:55:17

13   was involved with expert consulting or testifying       09:55:20

14   work for anybody before this year, 2024?               09:55:25

15          A.      I wasn't aware.                          09:55:29

16          Q.      When you met Bryan Bandli in Chicago,    09:55:32

17   did Dr. Gunter introduce you to him as well?           09:55:47

18          A.      Yes.                                     09:55:51

19          Q.      Okay.  When did that occur?  What        09:55:51

20   year?                                                   09:55:57

21          A.      Let me see my... I should be able to     09:55:58

22   find out from -- because I listed that on a training    09:56:02

23   course I conducted.  Let me see my... 1986 -- no.       09:56:10

24   That's Virginia Tech.  That is not Chicago.  Let me     09:56:29
```

SHU-CHUN SU, PhD

Page 33

1   see.                                                    09:56:34

2           Q.      Can I make a suggestion?  At page --    09:57:31

3   it's the 14th overall page but page two of your         09:57:36

4   references, there is an entry here -- if you look at    09:57:39

5   the screen -- for 2004 where it's Dr. Gunter, Bryan     09:57:43

6   Bandli, Dr. Bloss talking about how to build a          09:57:48

7   spindle stage.  This looks just inferentially kind      09:57:52

8   of like what you're talking about, sort of.             09:57:58

9           A.      This paper resulted from that McCrone   09:58:05

10  course.                                                 09:58:10

11          Q.      Perfect.  You first met Bryan Bandli    09:58:10

12  sometime --                                             09:58:14

13          A.      Before --                               09:58:15

14          Q.      -- before 2004?                         09:58:16

15          A.      Yeah.                                   09:58:20

16          Q.      Is that fair?                           09:58:21

17               MR. HYNES:  For clarification go to        09:58:22

18  page four, it's the second entry on page four.          09:58:23

19               THE WITNESS:  Yeah, that was the           09:58:34

20  short course.                                           09:58:36

21          Q.      Okay.  2003?                            09:58:37

22          A.      Yeah.                                   09:58:40

23          Q.      Okay.  Are you aware that Matt          09:58:41

24  Sanchez and Bryan Bandli had both been students of     09:58:46

SHU-CHUN SU, PhD

Page 34

| | | |
|---|---|---|
| 1 | Mickey Gunter? | 09:58:52 |
| 2 | A.    Yes. | 09:58:53 |
| 3 | Q.    Yes.  Had you maintained a working | 09:58:53 |
| 4 | relationship with either Matt Sanchez or Bryan | 09:59:00 |
| 5 | Bandli after meeting them, meaning did you | 09:59:05 |
| 6 | correspond with them or did you work collaboratively | 09:59:09 |
| 7 | on papers? | 09:59:13 |
| 8 | A.    No. | 09:59:14 |
| 9 | Q.    After -- so you provided to me, and | 09:59:14 |
| 10 | to Mr. Placitella, information including | 09:59:47 |
| 11 | correspondence between yourself and Matt Sanchez, | 09:59:53 |
| 12 | and between yourself and Ann Wylie? | 09:59:57 |
| 13 | A.    Yes. | 10:00:00 |
| 14 | Q.    Yes? | 10:00:02 |
| 15 | A.    What's on the screen right now is a | 10:00:03 |
| 16 | collection of seven pages.  I am going to go through | 10:00:05 |
| 17 | some of these.  They are in chronological order. | 10:00:08 |
| 18 | The first one is -- by the way, this | 10:00:11 |
| 19 | is Exhibit 6. | 10:00:14 |
| 20 | (Exhibit 6 Series of Emails marked for | 10:00:15 |
| 21 | identification.) | 10:00:16 |
| 22 | Q.    The first one is dated May 23, 2024, | 10:00:16 |
| 23 | at very early in the morning.  What were you doing | 10:00:22 |
| 24 | at 3:37 a.m.? | 10:00:24 |

SHU-CHUN SU, PhD

Page 35

| | | |
|---|---|---|
| 1 | A.    I woke up probably early. | 10:00:27 |
| 2 | MR. HYNES:  Clarifying I think | 10:00:31 |
| 3 | timestamp on these emails is Chinese -- | 10:00:34 |
| 4 | THE WITNESS:  I was in the States | 10:00:39 |
| 5 | last May.  No, no.  That's right.  The May 23rd, I | 10:00:40 |
| 6 | was in China. | 10:00:45 |
| 7 | Q.    Okay. | 10:00:47 |
| 8 | A.    Now I recall.  I came back on the | 10:00:48 |
| 9 | 27th. | 10:00:52 |
| 10 | MR. PLACITELLA:  You're not as crazy | 10:00:53 |
| 11 | as I am. | 10:00:55 |
| 12 | Q.    Regardless, the question that you | 10:00:57 |
| 13 | were asking Dr. Sanchez was whether or not he could | 10:01:02 |
| 14 | send a gram or less of the two Calidria chrysotiles | 10:01:06 |
| 15 | to me at your office in Bear, Delaware.  Do you see | 10:01:11 |
| 16 | that? | 10:01:16 |
| 17 | A.    Yes. | 10:01:16 |
| 18 | Q.    [Reading] It would be great if they | 10:01:16 |
| 19 | can be delivered no later than 5/27. | 10:01:20 |
| 20 | A.    That's the date I came back from | 10:01:23 |
| 21 | China. | 10:01:26 |
| 22 | Q.    All right.  And then you're aware | 10:01:27 |
| 23 | that Dr. Longo's first day of hearing in the Clark | 10:01:32 |
| 24 | case relative to his PLM procedure began on | 10:01:40 |

SHU-CHUN SU, PhD

Page 36

```
1    May 30th?                                          10:01:44

2            A.      Yes.                               10:01:47

3            Q.      You were present for that?         10:01:48

4            A.      Yes.                               10:01:49

5            Q.      Right.  So prior to the hearing on 10:01:49

6    May 30th, you had not conducted any analysis on   10:01:55

7    Calidria or samples identify as Calidria yourself, 10:02:00

8    correct?                                           10:02:05

9            A.      No.                                10:02:05

10           Q.      Do you know where Matt Sanchez     10:02:06

11   acquired this Calidria material that he had?       10:02:11

12           A.      I believe it was from Mickey Gunter, 10:02:17

13   Dr. Gunter.                                        10:02:22

14           Q.      Did you ever review Dr. Gunter's PLM 10:02:24

15   analysis of Calidria?                              10:02:28

16           A.      No.                                10:02:31

17           Q.      Are you aware that Dr. Gunter did an 10:02:33

18   analysis of Calidria?                              10:02:36

19           A.      Yeah, I'm aware, but I want -- I am 10:02:39

20   not interested in other people's analysis.  I want 10:02:42

21   to see myself.  Okay.                              10:02:45

22           Q.      Right.  Okay.  Are you aware that Dr. 10:02:48

23   Gunter testified that his analysis of Calidria     10:02:59

24   produced central stop dispersion staining colors   10:03:03
```

SHU-CHUN SU, PhD

Page 37

| | | |
|---|---|---|
| 1 | similar to Dr. Longo's analysis of Calidria? | 10:03:07 |
| 2 | MR. HYNES:  Objection.  Assumes | 10:03:12 |
| 3 | facts, misstates testimony. | 10:03:14 |
| 4 | A.    I wasn't aware of any testimony in | 10:03:14 |
| 5 | May. | 10:03:17 |
| 6 | Q.    The next message in Exhibit 6 is from | 10:03:23 |
| 7 | May 23rd -- I said these were chronological.  They | 10:03:28 |
| 8 | are -- is from May 23rd.  There is a response from | 10:03:31 |
| 9 | Matt Sanchez that is not included here.  It says, | 10:03:35 |
| 10 | quote, text hidden.  Do you see that? | 10:03:39 |
| 11 | A.    Okay. | 10:03:41 |
| 12 | Q.    Do you know what Dr. Sanchez wrote | 10:03:43 |
| 13 | back to you? | 10:03:46 |
| 14 | A.    Oh, yes.  He said I will, I will make | 10:03:47 |
| 15 | sure it arrived before May 27th.  So I said thank | 10:03:50 |
| 16 | you.  Okay. | 10:03:55 |
| 17 | Q.    Okay.  The next correspondence that | 10:03:56 |
| 18 | was produced to me is from June 11, 2024, at 10:51 | 10:04:01 |
| 19 | a.m. | 10:04:08 |
| 20 | A.    Mm-hmm. | 10:04:08 |
| 21 | Q.    This is from Dr. Sanchez to you | 10:04:09 |
| 22 | discussing a call that is happening that day. | 10:04:13 |
| 23 | A.    Yeah. | 10:04:17 |
| 24 | Q.    Okay.  And Bryan in this context is | 10:04:17 |

SHU-CHUN SU, PhD

Page 38

| | | |
|---|---|---|
| 1 | Bryan Bandli? | 10:04:21 |
| 2 | A.    Yes. | 10:04:22 |
| 3 | Q.    This occurred after Dr. Longo had | 10:04:26 |
| 4 | completed his testimony about his PLM analysis -- | 10:04:30 |
| 5 | A.    Yes. | 10:04:30 |
| 6 | Q.    -- in the court case with Judge | 10:04:35 |
| 7 | Viscomi? | 10:04:38 |
| 8 | MR. HYNES:  Wait for him to finish | 10:04:42 |
| 9 | the question.  Hang on.  Give him a second to make | 10:04:43 |
| 10 | sure the question is through and then respond.  Not | 10:04:46 |
| 11 | in the middle of the question.  It's okay. | 10:04:48 |
| 12 | THE WITNESS:  Okay. | 10:04:50 |
| 13 | MR. BRALY:  People can do this for | 10:04:51 |
| 14 | years and get that wrong.  It's -- this is | 10:04:52 |
| 15 | conversational, but it's not a conversation, if that | 10:04:56 |
| 16 | makes sense. | 10:05:00 |
| 17 | MR. HYNES:  She can't take down two | 10:05:01 |
| 18 | people speaking at once. | 10:05:03 |
| 19 | BY MR. BRALY: | 10:05:06 |
| 20 | Q.    The next correspondence that we have | 10:05:06 |
| 21 | from Exhibit 6 is the same date, couple minutes | 10:05:09 |
| 22 | later where you just respond and say yeah, 12 is | 10:05:12 |
| 23 | fine, right? | 10:05:16 |
| 24 | A.    Correct. | 10:05:17 |

SHU-CHUN SU, PhD

Page 39

1    Q.    Apparently at 12 you guys had a          10:05:19

2    meeting and then at 1:46 p.m. you said please see    10:05:23

3    the attachment.                                       10:05:30

4    A.    Yes.                                            10:05:30

5    Q.    What was attached is a file dated          10:05:30

6    June 7, 2024, called the Pittsburgh Work Plan.  Do   10:05:36

7    you see that?                                        10:05:40

8    A.    Yes.                                            10:05:40

9    Q.    Okay.  This is the next page.  It's        10:05:40

10   not something I need to ask you about.               10:05:49

11          Then the last email that I have is      10:05:53

12   from June 12, 12:47 p.m. that says [Reading] I have  10:05:56

13   the link now.  No resend is necessary.               10:06:01

14          Do you see that?                         10:06:05

15   A.    Yes.                                            10:06:05

16   Q.    Is that the last correspondence that      10:06:05

17   you had in writing with either Matt Sanchez or Bryan 10:06:08

18   Bandli?                                              10:06:12

19   A.    I believe so.                                  10:06:13

20   Q.    Okay.  The remainder of the              10:06:14

21   conversations or communications between you and Mr.  10:06:18

22   Sanchez and Mr. Bandli have been by phone or by      10:06:22

23   video, correct?                                      10:06:26

24   A.    You see, I went to RJ Lee in             10:06:28

SHU-CHUN SU, PhD

Page 40

1    Pittsburgh on the 14th of June, two days after this    10:06:34

2    meeting because we were discussing what I want to    10:06:40

3    do, what kind of sample I want analyzed.  So after    10:06:45

4    this written communication, I met him in Pittsburgh.    10:06:52

5    Okay.    10:07:00

6         Q.    My question was, all of the    10:07:01

7    conversations between you and Dr. Sanchez and Dr.    10:07:04

8    Bandli after June 12th have been either face-to-face    10:07:07

9    or by video conference or on the phone?    10:07:13

10         A.    Correct.    10:07:16

11         Q.    Did somebody tell you not to    10:07:17

12    communicate in writing with Dr. Sanchez?    10:07:19

13         A.    No, no.  Because we see each other,    10:07:22

14    there is no need to communicate in writing.  Okay.    10:07:26

15         Q.    Hold on a second.  I am going to have    10:07:54

16    to do just a little bit of mechanical tinkering with    10:07:57

17    this.    10:08:00

18              MR. HYNES:  Good time for a quick    10:08:00

19    break?    10:08:02

20              MR. BRALY:  Yeah, let me ask a    10:08:03

21    question and we can do that.  I agree with you.    10:08:04

22    It's a PowerPoint.  I just have to export it as a    10:08:08

23    pdf.  This will be Exhibit 7.    10:08:12

24         (Exhibit 7 Pittsburgh Work Plan marked for    10:08:27

SHU-CHUN SU, PhD

Page 41

| | | |
|---|---|---|
| 1 | identification.) | 10:08:27 |
| 2 | Q.    This is the supposed Pittsburgh Work | 10:08:27 |
| 3 | Plan that you had attached to that email to Dr. | 10:08:31 |
| 4 | Sanchez and Dr. Bandli, correct? | 10:08:35 |
| 5 | A.    Correct. | 10:08:37 |
| 6 | Q.    This work plan is a two-page document | 10:08:37 |
| 7 | that includes steps that you wanted to take -- what | 10:08:43 |
| 8 | does it include?  I shouldn't presume.  You tell me, | 10:08:49 |
| 9 | what were you doing here? | 10:08:53 |
| 10 | A.    Yes.  Because RJ Lee Group, they have | 10:08:56 |
| 11 | a Leica DM 2700 P polarized light microscope which | 10:09:12 |
| 12 | Dr. Longo has.  So what I plan to do is to use the | 10:09:22 |
| 13 | same microscope to analyze the samples in question | 10:09:29 |
| 14 | to verify my MDL report.  Okay.  Because when I | 10:09:39 |
| 15 | wrote MDL report was based on the data of MS report. | 10:09:45 |
| 16 | But I'm confident my analysis of this report is | 10:09:53 |
| 17 | correct.  However, since I have a chance to use the | 10:09:59 |
| 18 | same instrument, I want to produce my own work to | 10:10:05 |
| 19 | prove my opinion in my MDL report. | 10:10:13 |
| 20 | MR. BRALY:  Would you like to take a | 10:10:20 |
| 21 | break? | 10:10:21 |
| 22 | MR. HYNES:  Yeah.  Why don't we take | 10:10:21 |
| 23 | five minutes. | 10:10:23 |
| 24 | THE WITNESS:  Okay. | 10:10:24 |

SHU-CHUN SU, PhD

Page 42

| | | |
|---|---|---|
| 1 | (A break was taken.) | 10:28:01 |
| 2 | BY MR. BRALY: | 10:28:24 |
| 3 | Q.    Welcome back, Dr. Su. | 10:28:24 |
| 4 | A.    Thank you. | 10:28:27 |
| 5 | Q.    I've marked Exhibit 8.  Exhibit 8 is | 10:28:28 |
| 6 | two emails.  Show you the second one, the second | 10:28:32 |
| 7 | page. | 10:28:37 |
| 8 | (Exhibit 8 Two Emails marked for | 10:28:37 |
| 9 | identification.) | 10:28:38 |
| 10 | Q.    It should be on the monitor in front | 10:28:38 |
| 11 | of you.  The first one is dated March 5, 2024, from | 10:28:40 |
| 12 | an individual named Michael Douglas, whose signature | 10:28:45 |
| 13 | file indicates that he is an attorney at King & | 10:28:47 |
| 14 | Spalding.  Do you see that? | 10:28:53 |
| 15 | A.    Yes. | 10:28:53 |
| 16 | Q.    It is asking you if you are amenable | 10:28:53 |
| 17 | to retention in the Kayme and Dustin Clark case.  Do | 10:28:56 |
| 18 | you see that? | 10:29:00 |
| 19 | A.    Yes, I see. | 10:29:00 |
| 20 | Q.    The second email is also from Mr. | 10:29:01 |
| 21 | Douglas, same -- oh, it's to a distribution list | 10:29:03 |
| 22 | called J&J talc expert as well, asking if you're | 10:29:11 |
| 23 | amenable to retention in the ovarian MDL group. | 10:29:17 |
| 24 | This one is dated Friday, April 5, 2024.  Do you see | 10:29:23 |

SHU-CHUN SU, PhD

Page 43

```
 1    that?                                        10:29:27

 2         A.      I saw that.                      10:29:27

 3         Q.      Okay.  Do you have any return email  10:29:28

 4    from you back to Mr. Douglas accepting these offers?  10:29:31

 5         A.      I remember I replied by yes.      10:29:37

 6         Q.      Did you ever -- you are on a       10:29:43

 7    retention agreement that pays you $800 an hour,  10:29:53

 8    correct?                                       10:29:56

 9         A.      Correct.                          10:29:56

10         Q.      Before March 5th of 2024, which is  10:29:57

11    when this first document is dated, who initially  10:30:05

12    approached you on behalf of Johnson & Johnson asking  10:30:10

13    about your availability to be an expert witness for  10:30:15

14    them?                                          10:30:18

15         A.      Kevin, Mr. Kevin Hynes.           10:30:19

16         Q.      Mr. Hynes, the individual sitting  10:30:26

17    next to you now?                               10:30:28

18         A.      Yes.                              10:30:29

19         Q.      All right.  Do you recall when Mr.  10:30:30

20    Hynes first made contact with you?             10:30:32

21         A.      In March or February.  I don't     10:30:38

22    remember.                                      10:30:40

23         Q.      This year though?                 10:30:40

24         A.      This year.  Anyway, this year.     10:30:41
```

SHU-CHUN SU, PhD

Page 44

1      Q.      Had you ever spoken to Mr. Hynes      10:30:44

2      before March or February of this year?      10:30:47

3      A.      No.  We first met in Wilmington,      10:30:51

4      Delaware, Wilmington, Delaware.  We did not speak      10:31:02

5      before that.      10:31:07

6      Q.      Well, how did you come to meet?      10:31:09

7      A.      I think I was introduced by attorney      10:31:13

8      Kurt Grieves.      10:31:21

9      Q.      I am not sure.  Grieves?      10:31:23

10      A.      Grieves.      10:31:24

11      MR. HYNES:  Greve, G-r-e-v-e.      10:31:25

12      MR. BRALY:  Thank you.      10:31:28

13      BY MR. BRALY:      10:31:30

14      Q.      Is Attorney Greve, is he -- do you      10:31:30

15      know who he works for?      10:31:34

16      A.      I know.  American International --      10:31:35

17      AII.      10:31:41

18      Q.      Okay.  This may be -- this may be a      10:31:41

19      technical question so if you don't know the answer      10:31:49

20      to this, that's fine.      10:31:51

21      Do you know if he works for AII or if      10:31:53

22      he is a lawyer for AII?      10:31:56

23      A.      I believe he works.      10:31:59

24      Q.      Okay.  Have you ever met an      10:32:02

SHU-CHUN SU, PhD

Page 45

| 1 | individual named Robert Faxon? | 10:32:05 |
|---|---|---|
| 2 | A.    I don't remember.  I don't remember. | 10:32:10 |
| 3 | I am not very good in names. | 10:32:22 |
| 4 | Q.    He is a lawyer.  Heavy southern | 10:32:25 |
| 5 | drawl, accent, bald. | 10:32:32 |
| 6 | A.    Let me see. | 10:32:39 |
| 7 | Q.    It's all right if you don't remember. | 10:32:40 |
| 8 | A.    Yeah. | 10:32:42 |
| 9 | Q.    If you don't remember, that's fine. | 10:32:43 |
| 10 | A.    Okay. | 10:32:45 |
| 11 | Q.    Do you know Mr. Greve through your | 10:32:45 |
| 12 | prior work from that report that we looked at | 10:32:52 |
| 13 | previously -- | 10:32:55 |
| 14 | A.    For Golden Bond Baby Powder. | 10:32:56 |
| 15 | (Reporter asks for clarification.) | 10:32:56 |
| 16 | MR. BRALY:  It's Gold Bond, but he is | 10:33:05 |
| 17 | saying it "golden." | 10:33:08 |
| 18 | BY MR. BRALY: | 10:33:11 |
| 19 | Q.    Do you know how you met Mr. Greve the | 10:33:11 |
| 20 | first time, how you were introduced to him? | 10:33:14 |
| 21 | A.    That was after I wrote a review for | 10:33:17 |
| 22 | Dr. Gunter.  So and then I came to States in August | 10:33:23 |
| 23 | last year because my daughter -- with my daughter. | 10:33:33 |
| 24 | She lives in Washington, DC.  So at that junction, I | 10:33:40 |

SHU-CHUN SU, PhD

Page 46

| | | |
|---|---|---|
| 1 | think they -- Dr. Gunter knows I am coming to the | 10:33:45 |
| 2 | States.  Then I met with Mr. Greve. | 10:33:52 |
| 3 | Q.     Okay.  You know Dr. Gunter has served | 10:33:57 |
| 4 | as an expert witness for AII in asbestos-related | 10:34:00 |
| 5 | lawsuits.  You're aware of this, right? | 10:34:07 |
| 6 | A.     I only aware he working with Mr. | 10:34:10 |
| 7 | Greve.  At that time, I didn't even know AII name | 10:34:14 |
| 8 | so, okay. | 10:34:19 |
| 9 | Q.     All right.  So Dr. Gunter initially | 10:34:20 |
| 10 | asked you to write this report in January of 2022 | 10:34:46 |
| 11 | related to Gold Bond. | 10:34:50 |
| 12 | A.     You finished? | 10:34:56 |
| 13 | Q.     I was going to continue. | 10:34:57 |
| 14 | A.     Okay. | 10:34:58 |
| 15 | Q.     That's correct so far, right? | 10:34:59 |
| 16 | A.     Let me say this:  He, actually he did | 10:35:01 |
| 17 | not ask me to write anything.  He asked me to review | 10:35:05 |
| 18 | and I believe is such complicate matter, technical | 10:35:11 |
| 19 | matter I need to write down my opinion, but he did | 10:35:19 |
| 20 | not ask me to write any review paper. | 10:35:23 |
| 21 | Q.     Okay. | 10:35:28 |
| 22 | A.     Okay.  That I did. | 10:35:29 |
| 23 | Q.     That January 2022 paper is when you | 10:35:32 |
| 24 | first theorized that the lighting Dr. Longo utilized | 10:35:36 |

SHU-CHUN SU, PhD

Page 47

| | | |
|---|---|---|
| 1 | may be at its full intensity? | 10:35:42 |
| 2 | A.      Yeah, that was my opinion. | 10:35:45 |
| 3 | Q.      Right.  After that, you -- in August | 10:35:46 |
| 4 | of 2023, you and Dr. Gunter met again in Washington, | 10:35:54 |
| 5 | DC where you recorded the video, that very short | 10:36:00 |
| 6 | video where he confirmed that you had actually | 10:36:04 |
| 7 | written that report. | 10:36:07 |
| 8 | A.      Correct.  That's on the 28th of | 10:36:08 |
| 9 | August.  Okay. | 10:36:10 |
| 10 | Q.      That video was shot from multiple | 10:36:12 |
| 11 | different camera angles.  Do you know who paid to | 10:36:16 |
| 12 | set up the videographer crew? | 10:36:18 |
| 13 | A.      Nobody told me that.  That I did not | 10:36:22 |
| 14 | ask. | 10:36:26 |
| 15 | Q.      Up until August of 2023, had you been | 10:36:27 |
| 16 | paid any money by anybody for your work reviewing | 10:36:31 |
| 17 | Dr. Longo's PLM analysis? | 10:36:37 |
| 18 | A.      No. | 10:36:42 |
| 19 | Q.      After that, you were introduced to | 10:36:43 |
| 20 | Mr. Greve, who you believe to be employed with AII, | 10:36:47 |
| 21 | correct? | 10:36:52 |
| 22 | A.      That was later, but not at that time. | 10:36:53 |
| 23 | Okay. | 10:36:57 |
| 24 | Q.      Mr. Greve is the person who | 10:36:58 |

SHU-CHUN SU, PhD

Page 48

```
 1      introduced you to Mr. Hynes?                    10:37:02

 2            A.     Yes.                               10:37:04

 3            Q.     Had you had any contact with anybody  10:37:05

 4      representing Johnson & Johnson prior to meeting Mr.  10:37:09

 5      Hynes?                                          10:37:13

 6            A.     No.                                10:37:14

 7            Q.     Have you ever met Bruce Bishop?    10:37:15

 8            A.     I didn't know this name.  Yeah, I  10:37:19

 9      never met this name.                            10:37:22

10            Q.     Have you ever corresponded with Bruce  10:37:24

11      Bishop?                                         10:37:27

12            A.     No, never.                         10:37:28

13            Q.     Other than Mr. Douglas, who we see in  10:37:38

14      Exhibit 8, and Mr. Hynes, have you corresponded with  10:37:42

15      any other attorneys for Johnson & Johnson?      10:37:45

16                   MR. HYNES:  Clarifying, do you mean  10:37:50

17      corresponding in writing?                       10:37:52

18                   MR. BRALY:  I do.                  10:37:53

19            A.     Let me think.  I don't think so, but  10:37:55

20      I could hardly remember.                        10:38:10

21            Q.     Other than Mr. Hynes, have you had  10:38:12

22      meetings or conversations with any other attorneys  10:38:14

23      representing Johnson & Johnson going back to    10:38:19

24      February or March of 2024?                      10:38:23
```

SHU-CHUN SU, PhD

|   |   |   |
|---|---|---|
|   |   | Page 49 |

| 1 | A.       No. | 10:38:27 |

2        Q.       Have you ever spoken with Morty        10:38:34

3    Dubin?                                              10:38:37

4        A.       Yes, I did.                            10:38:38

5        Q.       Tell me when you met Mr. Dubin and     10:38:39

6    when you guys first met.                            10:38:43

7        A.       That was the, the May 29th or          10:38:49

8    May 30th, Dr. Longo's hearing.  At first I met Morty  10:38:57

9    Dubin that day.                                     10:39:07

10        Q.       Okay.  All right.  Have you discussed  10:39:09

11    your potential testimony in the MDL or in Ms.       10:39:16

12    Clark's case with anybody other than Mr. Hynes?     10:39:21

13        A.       No.                                    10:39:32

14        Q.       Have you consulted with Mickey Gunter  10:39:32

15    about the nature of litigation or the types of      10:39:36

16    questions you may receive?                          10:39:39

17        A.       No.                                    10:39:41

18        Q.       When you prepared for this             10:39:44

19    deposition, did you only meet with Mr. Hynes?       10:39:46

20        A.       Yes.                                   10:39:50

21        Q.       Did you review potential questions     10:39:55

22    that you might be asked?                            10:39:57

23                MR. HYNES:   I object on the grounds    10:39:58

24    of privilege to the extent that you're asking for   10:40:00

SHU-CHUN SU, PhD

Page 50

1    the content of communications with counsel during          10:40:03

2    the preparation for MDL and Clark cross-noticed             10:40:05

3    deposition.                                                 10:40:15

4               MR. BRALY:  What privilege are you               10:40:16

5    referring to?                                               10:40:17

6               MR. HYNES:  Work product privilege.             10:40:17

7               MR. BRALY:  That is not work product            10:40:19

8    privileges.                                                 10:40:21

9               MR. HYNES:  With respect to the                 10:40:22

10   content of communications in preparation for a             10:40:22

11   deposition session I believe it is.                        10:40:25

12              MR. BRALY:  So I don't agree with               10:40:39

13   you.  Yelling at you about it won't do anything.           10:40:41

14   I'm going to modify my question, but not because I         10:40:45

15   agree with you so we may come back to this at a            10:40:48

16   later time.                                                10:40:52

17              MR. HYNES:  Sure.  Go ahead.                    10:40:53

18   BY MR. BRALY:                                              10:40:56

19        Q.    Don't tell me what, but did you                 10:40:58

20   review potential questions that you may be asked at        10:41:00

21   this deposition?                                           10:41:04

22        A.    Review with whom?                               10:41:05

23        Q.    Mr. Hynes.                                      10:41:07

24        A.    We met yesterday just go over my MDL            10:41:10

SHU-CHUN SU, PhD

Page 51

| | | |
|---|---|---|
| 1 | report.  That's it. | 10:41:17 |
| 2 | Q.      No practice questions or anything | 10:41:19 |
| 3 | like that? | 10:41:21 |
| 4 | A.      No. | 10:41:22 |
| 5 | Q.      Okay.  Did you review any deposition | 10:41:23 |
| 6 | transcripts of examinations that I've conducted or | 10:41:26 |
| 7 | Mr. Placitella had conducted or anything of that | 10:41:31 |
| 8 | nature? | 10:41:37 |
| 9 | A.      I don't remember. | 10:41:37 |
| 10 | Q.      Okay.  Have you reviewed anybody | 10:41:38 |
| 11 | else's deposition or trial transcripts in | 10:41:41 |
| 12 | preparation for this case or either of these cases? | 10:41:44 |
| 13 | A.      Not for the preparation, but I did | 10:41:49 |
| 14 | see it, did read I think Dr. Longo's deposition | 10:41:57 |
| 15 | document, the transcript, before, but I don't think | 10:42:04 |
| 16 | it's related to my deposition. | 10:42:09 |
| 17 | Q.      In this retention -- excuse me.  In | 10:42:23 |
| 18 | this retention letter of March 5, 2024, you're | 10:42:29 |
| 19 | provided with an anticipated trial date for this | 10:42:33 |
| 20 | case of July 22, 2024.  Do you see that? | 10:42:36 |
| 21 | A.      Yes, I see that. | 10:42:40 |
| 22 | Q.      Now, that is not currently the trial | 10:42:41 |
| 23 | date for Ms. Clark's case, but in March that was | 10:42:44 |
| 24 | accurate. | 10:42:47 |

SHU-CHUN SU, PhD

Page 52

```
 1              Are you aware that you have not been    10:42:49
 2   designated as an expert witness in Ms. Clark's case?  10:42:51
 3       A.    No.                                    10:42:57
 4       Q.    Okay.  Your -- so it's -- your first   10:42:58
 5   contact with anybody representing Johnson & Johnson   10:43:11
 6   relative to asbestos litigation was in February or    10:43:15
 7   March of this year.                              10:43:19
 8       A.    Correct.                               10:43:21
 9       Q.    All right.  Do you know what Mr.        10:43:21
10   Hynes relationship with mister...                10:43:24
11              MR. HYNES:  Greve.                    10:43:31
12              MR. BRALY:  I will start the question  10:43:33
13   over again.                                      10:43:35
14       Q.    Do you know what Mr. Hynes's           10:43:35
15   relationship with Mr. Greve is going back prior to    10:43:37
16   you meeting Mr. Hynes?                           10:43:40
17       A.    They have to because Mr. Greve         10:43:43
18   introduce Mr. Hynes to me.  They must know each      10:43:49
19   other before that.                              10:43:53
20       Q.    I agree with that.                    10:43:54
21       A.    Okay.                                 10:43:56
22       Q.    What I am driving at is, do you have   10:43:56
23   any understanding about what -- how they knew each   10:43:58
24   other or under what circumstances?               10:44:01
```

SHU-CHUN SU, PhD

Page 53

| | | |
|---|---|---|
| 1 | A.      No, I don't. | 10:44:03 |
| 2 | Q.      Very well.  Since your retention in | 10:44:04 |
| 3 | March, you have been under an agreement where they | 10:44:11 |
| 4 | will pay you $800 an hour for your time, correct? | 10:44:17 |
| 5 | A.      Correct. | 10:44:21 |
| 6 | Q.      Did you consult with anybody in | 10:44:21 |
| 7 | coming up with that value for your time? | 10:44:24 |
| 8 | A.      I did. | 10:44:27 |
| 9 | Q.      Who? | 10:44:27 |
| 10 | A.      My daughter.  She's in finance. | 10:44:28 |
| 11 | Q.      Well, okay.  There were a series of | 10:44:35 |
| 12 | invoices provided, and instead of marking each of | 10:44:41 |
| 13 | them individually, we created a summary, which is | 10:44:45 |
| 14 | Exhibit 9. | 10:44:48 |
| 15 | (Exhibit 9 Summary of Invoices marked for | 10:44:49 |
| 16 | identification.) | 10:44:49 |
| 17 | Q.      There is actually a copy of it in | 10:44:49 |
| 18 | front of you. | 10:44:51 |
| 19 | A.      Yes. | 10:44:52 |
| 20 | Q.      Does the summary, does it appear | 10:44:53 |
| 21 | accurate? | 10:44:59 |
| 22 | MR. HYNES:  I will note that he | 10:45:00 |
| 23 | hasn't had a chance to go back through each invoice | 10:45:01 |
| 24 | and compare. | 10:45:03 |

SHU-CHUN SU, PhD

Page 54

| | | |
|---|---|---|
| 1 | But you can answer. | 10:45:05 |
| 2 | A.    It should be, because I recognize | 10:45:07 |
| 3 | that is the invoice I sent. | 10:45:10 |
| 4 | Q.    In total since March 6th of this | 10:45:14 |
| 5 | year, up to this date or the last invoice is | 10:45:27 |
| 6 | June 24th, you've billed 322.9 almost 323 total | 10:45:32 |
| 7 | hours? | 10:45:40 |
| 8 | A.    Yes, I did. | 10:45:40 |
| 9 | Q.    For these entries -- this entry of | 10:45:41 |
| 10 | May 30th of 2024, were you billing $800 an hour to | 10:45:49 |
| 11 | sit in the courtroom and watch Dr. Longo's | 10:45:58 |
| 12 | testimony? | 10:46:02 |
| 13 | A.    I believe I did. | 10:46:02 |
| 14 | Q.    Your report in this case was | 10:46:05 |
| 15 | completed or issued on May 21st.  Here.  It's | 10:46:11 |
| 16 | Exhibit 3.  It's dated May 21st.  Do you see that? | 10:46:19 |
| 17 | A.    Mm-hmm. | 10:46:24 |
| 18 | Q.    So leading up to May 21st, I can | 10:46:25 |
| 19 | understand the work that you were conducting to put | 10:46:37 |
| 20 | together your report.  What is taking up your time | 10:46:41 |
| 21 | since May 30th for these entries of 12 hours, 12 | 10:46:46 |
| 22 | hours, 12 hours?  What does that involve?  What have | 10:46:51 |
| 23 | you been doing? | 10:46:56 |
| 24 | A.    I believe I am still review the | 10:47:01 |

SHU-CHUN SU, PhD

Page 55

| | | |
|---|---|---|
| 1 | material at hands and also issues related to my MDL | 10:47:05 |
| 2 | report.  Okay. | 10:47:14 |
| 3 | Q.    Okay.  Your total billing since March | 10:47:16 |
| 4 | of this year through June 24th has been $258,240, | 10:47:20 |
| 5 | correct? | 10:47:26 |
| 6 | A.    Correct. | 10:47:26 |
| 7 | Q.    With the exception of March, every | 10:47:27 |
| 8 | single month you've billed in excess of $65,000? | 10:47:34 |
| 9 | A.    Correct. | 10:47:39 |
| 10 | Q.    All right.  Oh, Mr. Douglas, Michael | 10:47:40 |
| 11 | Douglas, this person to whom this -- from whom this | 10:48:01 |
| 12 | email is from, exhibit -- I'm sorry -- in Exhibit 8, | 10:48:06 |
| 13 | have you ever spoken with him? | 10:48:12 |
| 14 | A.    Yes, I did. | 10:48:16 |
| 15 | Q.    Okay.  About what? | 10:48:17 |
| 16 | A.    About -- I think the purchase of | 10:48:20 |
| 17 | polarized microscope, which is the seller is in | 10:48:28 |
| 18 | Connecticut, ask him to arrange transportation to | 10:48:32 |
| 19 | bring that microscope to New York City.  Okay. | 10:48:39 |
| 20 | Q.    Purchase the polarized light | 10:48:46 |
| 21 | microscope for what purpose?  Don't you already have | 10:48:49 |
| 22 | one of those? | 10:48:53 |
| 23 | A.    Well, the one I had was not very | 10:48:53 |
| 24 | good.  I purchased an Olympus BH-2, which used to be | 10:48:58 |

SHU-CHUN SU, PhD

Page 56

| | | |
|---|---|---|
| 1 | the working horse for the asbestos lab.  That's a | 10:49:04 |
| 2 | pretty decent microscope.  I want one so that it's | 10:49:07 |
| 3 | better if I want to exam some samples at home. | 10:49:14 |
| 4 | Okay. | 10:49:19 |
| 5 | Q.    Did King & Spalding purchase that? | 10:49:19 |
| 6 | A.    No.  I did. | 10:49:22 |
| 7 | Q.    You purchased it.  What did that | 10:49:23 |
| 8 | microscope cost? | 10:49:25 |
| 9 | A.    I remember it's 1500. | 10:49:26 |
| 10 | Q.    1500 or 15,000? | 10:49:30 |
| 11 | A.    No.  1500 and I have my credit card | 10:49:31 |
| 12 | charge. | 10:49:38 |
| 13 | Q.    Sure.  Did you participate with the | 10:49:39 |
| 14 | attorneys for Johnson & Johnson in preparing | 10:49:46 |
| 15 | questions to ask Bill Longo in his hearing? | 10:49:49 |
| 16 | A.    I don't think so because I came back | 10:49:57 |
| 17 | on the 27th from China.  The hearing is 29th and I | 10:50:01 |
| 18 | don't think so. | 10:50:11 |
| 19 | Q.    Did you participate with lawyers from | 10:50:11 |
| 20 | Johnson & Johnson in preparing questions for Paul | 10:50:14 |
| 21 | Hess's deposition taken yesterday? | 10:50:18 |
| 22 | A.    I think we talk about that but not | 10:50:29 |
| 23 | necessarily like say the question to be asked. | 10:50:32 |
| 24 | Okay.  But I did mention the problem in the MS | 10:50:39 |

SHU-CHUN SU, PhD

Page 57

| | | |
|---|---|---|
| 1 | report of the PLM analysis, the problem of the | 10:50:46 |
| 2 | analysis.  Now, if the analysis was done by Paul | 10:50:51 |
| 3 | Hess, then it must be the problem about his | 10:50:57 |
| 4 | analytical skill, things like that.  Yeah. | 10:51:03 |
| 5 | Q.     When you say problems, we are going | 10:51:09 |
| 6 | to talk about these eventually at some point we will | 10:51:11 |
| 7 | get to it.  But that would include problems with the | 10:51:15 |
| 8 | lighting, problems with the field of view? | 10:51:18 |
| 9 | A.     Mm-hmm. | 10:51:23 |
| 10 | Q.     I'm sorry.  You have to say yes or | 10:51:24 |
| 11 | no. | 10:51:26 |
| 12 | A.     Yes. | 10:51:27 |
| 13 | Q.     I'm sorry.  Problems with the size | 10:51:27 |
| 14 | distribution? | 10:51:31 |
| 15 | A.     Yes. | 10:51:33 |
| 16 | Q.     I think those are the big ones.  Am I | 10:51:34 |
| 17 | missing a big one? | 10:51:40 |
| 18 | A.     Or so the distorted dispersion | 10:51:42 |
| 19 | staining color. | 10:51:46 |
| 20 | Q.     The focus with the reflection effect? | 10:51:47 |
| 21 | A.     Yeah. | 10:51:51 |
| 22 | Q.     Right? | 10:51:52 |
| 23 | A.     Yeah. | 10:51:53 |
| 24 | Q.     Okay.  Did you evaluate Mr. Hess's | 10:51:53 |

SHU-CHUN SU, PhD

Page 58

| | | |
|---|---|---|
| 1 | responses to any of those criticisms in his | 10:52:00 |
| 2 | deposition yesterday? | 10:52:04 |
| 3 | A. No, but I was attending so I'm aware | 10:52:06 |
| 4 | of his answers, yeah. | 10:52:12 |
| 5 | Q. For example, when we get to talking | 10:52:14 |
| 6 | about the lighting associated with the analysis that | 10:52:16 |
| 7 | was performed, you're aware that these microscopes | 10:52:20 |
| 8 | have a lighting adjustment knob, correct? | 10:52:24 |
| 9 | A. Correct. | 10:52:28 |
| 10 | Q. And you're aware that lighting can be | 10:52:28 |
| 11 | digitally manipulated after the fact through digital | 10:52:32 |
| 12 | software, correct? | 10:52:37 |
| 13 | MR. HYNES: Vague, overbroad. | 10:52:43 |
| 14 | He can answer. | 10:52:46 |
| 15 | A. Are you talking about the micrograph | 10:52:48 |
| 16 | or the time the field of view when he is conducting | 10:52:52 |
| 17 | the analysis? | 10:52:59 |
| 18 | Q. Both very good questions. Before I | 10:52:59 |
| 19 | get into the details on this, I'm asking generally. | 10:53:02 |
| 20 | A. Okay. | 10:53:06 |
| 21 | Q. You're aware that images can be | 10:53:07 |
| 22 | artificially brightened or dimmed using software | 10:53:10 |
| 23 | like PowerPoint or Photoshop or things of that | 10:53:14 |
| 24 | nature? | 10:53:17 |

SHU-CHUN SU, PhD

Page 59

1            A.       Yes, of course.                    10:53:17

2            Q.       Of course.  Did you evaluate Mr.   10:53:19

3    Hess's responses in the deposition where he          10:53:23

4    testified under oath that the PLM when he conducted  10:53:27

5    the analysis was at its full brightness?            10:53:33

6            A.       Was what?                           10:53:36

7            Q.       Was at its full brightness.         10:53:38

8            A.       I was aware his testimony, but since 10:53:42

9    I used that microscope myself, so I believe what he  10:53:47

10   said was not true.                                   10:53:54

11           Q.       When is the first time you used,    10:53:56

12   quote, unquote, that microscope?                     10:54:00

13           A.       That was on the 15th of last month, 10:54:02

14   June 15th.                                           10:54:06

15           Q.       Okay.  So the first time you used the 10:54:07

16   what you believe to be the same microscope that Mr.  10:54:10

17   Hess used was after you had authored your report in  10:54:13

18   these cases?                                         10:54:16

19           A.       Correct.                            10:54:19

20           Q.       In fairness to you, this next       10:54:38

21   question has no natural place anywhere in my         10:54:40

22   outline, so this is an out-of-left-field question.   10:54:45

23   I need to prepare you for that.                      10:54:48

24               What is the tensile strength of          10:54:50

SHU-CHUN SU, PhD

Page 60

1    chrysotile?                                          10:54:54

2         A.    Could I look my report?                  10:54:56

3         Q.    Mm-hmm.                                   10:54:58

4         A.    The tensile strength of chrysotile       10:55:25

5    according to the literature is 1.1 to 4.4 gigabars. 10:55:29

6         Q.    What page are you looking at on          10:55:43

7    your --                                             10:55:45

8         A.    I am looking at page 40.                 10:55:46

9         Q.    40?  Is the page on the screen right     10:55:49

10   now the page that you're referencing?               10:56:19

11        A.    That is the talc.  The previous.         10:56:22

12        Q.    I'm sorry.                                10:56:25

13        A.    Yeah, yeah, I'm referring this page.     10:56:26

14        Q.    Okay.  I got you.  It's paginated 40     10:56:28

15   in Exhibit C.  It's page 60 in the pdf of Exhibit 3 10:56:32

16   just for the record.  Okay.                          10:56:38

17              Is there any way to measure the          10:56:42

18   tensile strength of chrysotile with a microscope?   10:56:45

19        A.    No.                                       10:56:50

20        Q.    Let me ask you now about your            10:57:03

21   interactions with Ann Wylie, all right?             10:57:18

22        A.    Yes.  Okay.                              10:57:22

23        Q.    I'm not going to ask you about that      10:57:24

24   right now.                                           10:57:27

SHU-CHUN SU, PhD

Page 61

| | | | |
|---|---|---|---|
| 1 | A. | Okay. | 10:57:28 |
| 2 | Q. | When did you first meet Dr. Wylie? | 10:57:30 |
| 3 | A. | On the I think 28th of May at the | 10:57:36 |

4    hearing in New Brunswick.                          10:57:45

5            Q.      Do you know of Dr. Wylie prior to    10:57:50

6    meeting her in person?                             10:57:54

7            A.      Yes.                                10:57:55

8            Q.      What did you know about Dr. Wylie    10:57:57

9    prior to meeting her?                              10:57:59

10           A.      First, I think she's a famous       10:58:01

11   professor at University of Maryland.  Also I had   10:58:07

12   another professor, Mr. Luke Chang.  Luke Chang was 10:58:13

13   Ann Wylie's college at the same geology department. 10:58:21

14   So I was friends with friends with Professor Luke  10:58:29

15   Chang.  And he talked about Ann Wylie, saying he is 10:58:34

16   working same field.  He is mineralogist, very      10:58:41

17   accomplished mineralogist.  Also when I was reading 10:58:46

18   literature, I think he publish a paper with Jennifer 10:58:51

19   Verkouteren NIST about amphibole so I was aware of  10:58:55

20   it, aware of her.                                  10:59:15

21           Q.      You had mentioned somebody who is   10:59:18

22   associated with NIST, which is NIST?               10:59:19

23           A.      Yeah.                              10:59:23

24           Q.      Who was that?                      10:59:23

SHU-CHUN SU, PhD

Page 62

| | | |
|---|---|---|
| 1 | A.    That's Jennifer Verkouteren.  She is | 10:59:24 |
| 2 | a researcher at NIST.  Also a mineralogist.  Okay. | 10:59:28 |
| 3 | Q.    Do you know anything about Ann | 10:59:34 |
| 4 | Wylie's affiliation with a trade organization known | 10:59:42 |
| 5 | as The National Stone and Sand Gravel Association? | 10:59:46 |
| 6 | A.    No, I don't. | 10:59:51 |
| 7 | Q.    Stone Sand and Gravel.  I'm sorry. | 10:59:52 |
| 8 | A.    No. | 10:59:56 |
| 9 | Q.    You don't know anything about her | 10:59:56 |
| 10 | association or affiliation with that group? | 10:59:58 |
| 11 | A.    No.  Okay. | 10:59:59 |
| 12 | Q.    Do you know anything about Ann | 11:00:01 |
| 13 | Wylie's affiliation with a talc mining concerning | 11:00:04 |
| 14 | referred to as Vanderbilt minerals? | 11:00:07 |
| 15 | A.    No. | 11:00:10 |
| 16 | Q.    Do you know anything at all about the | 11:00:10 |
| 17 | mineralogy of talc located in Upstate New York? | 11:00:12 |
| 18 | A.    No. | 11:00:17 |
| 19 | Q.    Do you know anything about Ann | 11:00:18 |
| 20 | Wylie's advocacy for reclassifying asbestos articles | 11:00:23 |
| 21 | as non-asbestiform or asbestiform? | 11:00:29 |
| 22 | MR. HYNES:  Objection to form. | 11:00:34 |
| 23 | Argumentative. | 11:00:36 |
| 24 | You can answer. | 11:00:36 |

SHU-CHUN SU, PhD

Page 63

| | | |
|---|---|---|
| 1 | A.    No, I don't. | 11:00:37 |
| 2 | Q.    Do you know anything about Ann | 11:00:38 |
| 3 | Wylie's testimony to Congress relative to the 1992 | 11:00:40 |
| 4 | OSHA regulations -- | 11:00:44 |
| 5 | A.    Not at all. | 11:00:46 |
| 6 | MR. HYNES:  Let him -- sorry.  Let | 11:00:48 |
| 7 | him finish the question. | 11:00:50 |
| 8 | THE WITNESS:  Okay. | 11:00:52 |
| 9 | (Exhibit 10 Collection of Correspondence | 11:00:52 |
| 10 | between Su and Dr. Wylie marked for identification.) | 11:01:05 |
| 11 | Q.    Exhibit 10 is an email -- it's two | 11:01:05 |
| 12 | pages.  It's two emails from you to Dr. Wylie. | 11:01:08 |
| 13 | A.    Correct. | 11:01:14 |
| 14 | Q.    The first one here was sent June 1st | 11:01:15 |
| 15 | of this year 2024.  And there is a series of seven | 11:01:17 |
| 16 | attachments. | 11:01:23 |
| 17 | A.    Mm-hmm.  Yes. | 11:01:25 |
| 18 | Q.    It says [Reading] It was a great | 11:01:26 |
| 19 | pleasure to meet you in person.  Here are the | 11:01:28 |
| 20 | matching wavelengths to refractive index or RI | 11:01:31 |
| 21 | conversion tables for Cargille and DRIMMC oils. | 11:01:35 |
| 22 | We will talk about those in a second. | 11:01:40 |
| 23 | Then you attach some of your recent papers, fair? | 11:01:43 |
| 24 | Yes? | 11:01:51 |

SHU-CHUN SU, PhD

Page 64

| | | |
|---|---|---|
| 1 | A.    Yes, yes. | 11:01:52 |
| 2 | Q.    You conclude here by saying [Reading] | 11:01:53 |
| 3 | I think the lawyers involved should benefit from a | 11:01:55 |
| 4 | one-day training session with the two of us to | 11:01:58 |
| 5 | ensure they understand the basic chrysotile and talc | 11:02:01 |
| 6 | analysis by polarized light microscopy needed in | 11:02:06 |
| 7 | litigation.  Thanks, Shu-Chun. | 11:02:11 |
| 8 | A.    Yes. | 11:02:15 |
| 9 | Q.    I am going to ask a very pointed | 11:02:16 |
| 10 | question that sounds insulting.  I mean it literally | 11:02:19 |
| 11 | but it sounds insulting.  I am telling you that up | 11:02:22 |
| 12 | front. | 11:02:25 |
| 13 | A.    Okay. | 11:02:25 |
| 14 | Q.    What do you know about litigation? | 11:02:25 |
| 15 | MR. HYNES:  Objection; vague. | 11:02:29 |
| 16 | Overbroad. | 11:02:31 |
| 17 | A.    I think the litigation is the dispute | 11:02:33 |
| 18 | whether there is asbestos mineral, like chrysotile, | 11:02:38 |
| 19 | in the baby powder product.  I believe that issue I | 11:02:43 |
| 20 | have been providing my consulting about.  That's my | 11:02:50 |
| 21 | understanding. | 11:02:58 |
| 22 | Q.    Do you know what experience Dr. Wylie | 11:02:58 |
| 23 | has relative to polarized light microscopy? | 11:03:02 |
| 24 | A.    I think I know she was teaching the | 11:03:07 |

SHU-CHUN SU, PhD

Page 65

| | | |
|---|---|---|
| 1 | course in University of Maryland. | 11:03:11 |
| 2 | Q.    Have you scheduled this one day | 11:03:16 |
| 3 | training or is this progressed in any way to where | 11:03:20 |
| 4 | you are preparing to conduct a training session for | 11:03:23 |
| 5 | attorneys to teach them information that you think | 11:03:28 |
| 6 | might be important to them? | 11:03:32 |
| 7 | A.    No, because Ann Wylie, she was not | 11:03:34 |
| 8 | responsive.  Okay. | 11:03:38 |
| 9 | Q.    Not responsive in what sense? | 11:03:42 |
| 10 | A.    To my suggestion in this email. | 11:03:44 |
| 11 | Q.    Do you mean she told you no or do you | 11:03:48 |
| 12 | mean that she just hasn't responded? | 11:03:50 |
| 13 | A.    She did not respond to that.  He | 11:03:54 |
| 14 | [sic] only replies thank you for my paper.  He [sic] | 11:03:57 |
| 15 | never mentioned whether she agree about this | 11:04:01 |
| 16 | training I mentioned. | 11:04:07 |
| 17 | Q.    Okay.  The response here -- this is | 11:04:08 |
| 18 | the second page -- says [Reading] Thank you, | 11:04:12 |
| 19 | Shu-Chun.  I appreciate these very much.  Best | 11:04:14 |
| 20 | regards, Ann. | 11:04:19 |
| 21 | A.    Mm-hmm. | 11:04:21 |
| 22 | Q.    You have to say "yes" or "no." | 11:04:22 |
| 23 | A.    Yes. | 11:04:24 |
| 24 | Q.    I hate it too. | 11:04:24 |

SHU-CHUN SU, PhD

                                                                    Page 66

1            A.      I'm sorry.  That's the first time I       11:04:26

2    do this deposition.                                       11:04:27

3            Q.      Of course.  It's awful.  I know what       11:04:28

4    you meant but.                                            11:04:32

5                    Have you had anymore communications       11:04:37

6    of any kind with Dr. Wylie, spoken or in writing?         11:04:39

7            A.      No.                                        11:04:44

8            Q.      All right.  So that was it.  After         11:04:50

9    her email on June 1st of this year, you have not          11:04:57

10   spoken with Dr. Wylie at all?                             11:05:00

11           A.      No, not at all.                            11:05:03

12           Q.      Do you know she gave a deposition in       11:05:08

13   this case, in Kayme Clark's case and in the MDL?          11:05:10

14   Are you aware of that?                                    11:05:15

15           A.      I am aware of that.                        11:05:16

16           Q.      Did you read it?                           11:05:17

17           A.      No.                                        11:05:18

18           Q.      You attached to this two documents,        11:05:26

19   which you provided to me.  I am going to have them        11:05:31

20   marked here.                                              11:05:33

21                   The first one is going to be              11:06:08

22   Exhibit 11.  This is a reference sheet.  It's 34          11:06:10

23   pages long.  But it's the selection of DRIMMC             11:06:16

24   immersion liquids for asbestos analysis.  That's the     11:06:21

SHU-CHUN SU, PhD

Page 67

1    Delaware Research Institute For Minerals.                    11:06:26

2            A.      Material.                                    11:06:30

3            Q.      Do you know what it stands for?              11:06:30

4            A.      I think it's Delaware Research               11:06:31

5    Institute of Material -- Mineral and Material               11:06:35

6    Characterization.  I find difficult to pronounce            11:06:46

7    that word after my stroke.                                  11:06:53

8            Q.      I'm sorry.  I wasn't trying to put           11:06:55

9    you on the spot.                                            11:06:56

10           A.      Okay.                                        11:06:58

11             (Exhibit 11 DRIMMC Asb RI Conversion Tables       11:06:19

12   34 pages 2022 marked for identification.)                   11:07:00

13           Q.      DRIMMC and Cargille are two of the          11:07:00

14   companies that manufacture what are referred to as          11:07:04

15   standards or standard oils used for the process of          11:07:07

16   polarized light microscopy, true?                           11:07:12

17           A.      Yes.                                         11:07:14

18           Q.      What I was going to ask about --            11:07:15

19   before I do that, Exhibit 12 is the same -- similar         11:07:19

20   document, but it's the Cargille liquids.                    11:07:24

21           A.      Yes.                                         11:07:28

22             (Exhibit 12 Cargille Asb RI Conversion           11:07:28

23   Tables 34 pages 2022 marked for identification.)            11:07:29

24           Q.      So for both Exhibits 11 and 12, the         11:07:29

SHU-CHUN SU, PhD

Page 68

| | | |
|---|---|---|
| 1 | liquids that are listed as appropriate for | 11:07:41 |
| 2 | evaluating chrysotile in the gamma direction include | 11:07:46 |
| 3 | refractive index oils of 1.550 and 1.560? | 11:07:52 |
| 4 | A.    Correct. | 11:08:00 |
| 5 | Q.    Correct.  I need to rename this real | 11:08:00 |
| 6 | quick. | 11:08:17 |
| 7 | (Exhibit 13 The Dispersion Staining | 11:08:22 |
| 8 | Technique and Its Application to Measure Refractive | 11:08:28 |
| 9 | Indices of Nonopaque Materials With Emphasis on | 11:08:33 |
| 10 | Asbestos Analysis marked for identification.) | 11:08:37 |
| 11 | Q.    Exhibit 13 is a 2022 peer-reviewed | 11:08:22 |
| 12 | paper that you authored called The Dispersion | 11:08:25 |
| 13 | Staining Technique and Its Application to Measure | 11:08:28 |
| 14 | Refractive Indices of Nonopaque Materials With | 11:08:31 |
| 15 | Emphasis on Asbestos Analysis, correct? | 11:08:35 |
| 16 | A.    Yes, that's my paper. | 11:08:38 |
| 17 | Q.    There is a quotation in this paper | 11:08:40 |
| 18 | that I know you're familiar with by this point. | 11:08:43 |
| 19 | A.    Yeah. | 11:08:46 |
| 20 | Q.    In the Section 3 that says "Select a | 11:08:47 |
| 21 | proper refractive index liquid to mount the | 11:08:51 |
| 22 | samples," there is a statement in here where you | 11:08:55 |
| 23 | state [Reading] The rule of thumb is to choose a | 11:08:58 |
| 24 | refractive index liquid as close as possible to the | 11:09:02 |

SHU-CHUN SU, PhD

Page 69

| | | |
|---|---|---|
| 1 | refractive indexes that will be measured.  For | 11:09:06 |
| 2 | example, there are chrysotile minerals whose | 11:09:11 |
| 3 | refractive indexes are significantly higher than | 11:09:14 |
| 4 | those of the standard chrysotile from the NIST, | 11:09:17 |
| 5 | N-I-S-T, SRM 1866 set.  In that case, 1.555 or 1.560 | 11:09:22 |
| 6 | instead of 1.550 refractive index liquids should be | 11:09:34 |
| 7 | used to determine gamma. | 11:09:41 |
| 8 | Do you see that? | 11:09:44 |
| 9 | A.      Correct. | 11:09:44 |
| 10 | Q.      A couple of questions related to | 11:09:44 |
| 11 | this: | 11:09:48 |
| 12 | Chrysotile is a family of minerals | 11:09:51 |
| 13 | depending on where it comes from may have a | 11:09:54 |
| 14 | different refractive index than chrysotile from | 11:09:58 |
| 15 | another place in the world, correct? | 11:10:01 |
| 16 | A.      Correct. | 11:10:03 |
| 17 | Q.      Chrysotile taken from Canada, for | 11:10:03 |
| 18 | example, may have a different refractive index than | 11:10:10 |
| 19 | chrysotile taken from somewhere else, correct? | 11:10:13 |
| 20 | A.      Correct. | 11:10:16 |
| 21 | Q.      Chrysotiles refractive indices are | 11:10:16 |
| 22 | expressed as a range because they're known in nature | 11:10:22 |
| 23 | to occur in a range, correct? | 11:10:24 |
| 24 | A.      Correct. | 11:10:27 |

SHU-CHUN SU, PhD

Page 70

```
 1          Q.      In your opinion, what is the range of   11:10:35
 2   refractive indexes for chrysotile in the gamma         11:10:40
 3   direction?                                             11:10:44
 4          A.      Then I would have to refer to the EPA   11:10:48
 5   documents 600 93 test method.  I believe it was        11:10:53
 6   Table 2.2, the listed the range of the 6 asbestos      11:11:07
 7   minerals refract index in that table.  Yes, this is    11:11:17
 8   the table.                                             11:11:25
 9          Q.      Yes.  So this is Exhibit 14.  This is   11:11:26
10   the 1992 [sic] EPA R-93 600 Test Method.               11:11:31
11          (Exhibit 14 1993 EPA R-93 600 Test Method       11:11:40
12   marked for identification.)                            11:11:41
13          Q.      In your opinion, the ranges for         11:11:41
14   chrysotile in gamma, which is the -- under the         11:11:45
15   refractive indices column.  It's the second Greek      11:11:51
16   letter.                                                11:11:56
17          A.      Yes.                                    11:11:56
18          Q.      Range from 1.517 all the way up to      11:11:57
19   1.567.                                                 11:12:03
20          A.      Yes.                                    11:12:07
21          Q.      Okay.  Is this your only reference      11:12:07
22   point?                                                 11:12:15
23          A.      Yes.                                    11:12:17
24          Q.      Okay.  Have you ever seen chrysotile    11:12:19
```

SHU-CHUN SU, PhD

Page 71

| | | |
|---|---|---|
| 1 | with a refractive index above 1.6 in gamma? | 11:12:23 |
| 2 | A.    Only the Calidria.  It's gamma is | 11:12:31 |
| 3 | 1.750 or 1.760 or 1.561.  That's my measurement. | 11:12:37 |
| 4 | Q.    That's your measurement? | 11:12:48 |
| 5 | A.    That's right.  Also the reference | 11:12:50 |
| 6 | value in the NVLAP proficient testing. | 11:12:53 |
| 7 | Q.    Yeah, you're testifying of Calidria | 11:12:59 |
| 8 | was conducted in June of this year, correct? | 11:13:05 |
| 9 | A.    Correct. | 11:13:08 |
| 10 | Q.    Is that the first time you've ever | 11:13:09 |
| 11 | analyzed a sample of what you believe to be | 11:13:11 |
| 12 | Calidria? | 11:13:13 |
| 13 | A.    Yes, that's the first time I | 11:13:15 |
| 14 | personally analyze it. | 11:13:18 |
| 15 | Q.    The origin of the Calidria that you | 11:13:20 |
| 16 | analyzed, it was provided to you by Matt Sanchez, | 11:13:24 |
| 17 | correct? | 11:13:29 |
| 18 | A.    Actually, it was Professor Gunter. | 11:13:31 |
| 19 | He sent his sample to Mr. Sanchez and Mr. Sanchez | 11:13:38 |
| 20 | brought that sample to Pittsburgh.  I said I want to | 11:13:45 |
| 21 | analyze them.  That's SB-210 grade. | 11:13:51 |
| 22 | Q.    That's SG? | 11:13:56 |
| 23 | A.    SG-210, yeah. | 11:13:58 |
| 24 | Q.    The samples that were sent to you -- | 11:14:01 |

SHU-CHUN SU, PhD

Page 72

| | | |
|---|---|---|
| 1 | this will be Exhibit 15.  This is a collection of 26 | 11:14:04 |
| 2 | photos. | 11:14:07 |
| 3 | (Exhibit 15 Collection of Containers Sent to | 11:14:08 |
| 4 | Su marked for identification.) | 11:14:08 |
| 5 | Q.    The samples that were sent to you -- | 11:14:08 |
| 6 | this is not the SG-210 -- but came to you in these | 11:14:12 |
| 7 | plastic containers of different colors, correct? | 11:14:16 |
| 8 | A.    Mm-hmm. | 11:14:20 |
| 9 | Q.    I'm sorry.  You have to go with "yes" | 11:14:21 |
| 10 | or "no." | 11:14:23 |
| 11 | A.    These are the sample I analyzed in | 11:14:24 |
| 12 | Pittsburgh. | 11:14:29 |
| 13 | Q.    These photographs were produced to us | 11:14:32 |
| 14 | in a folder that was labeled sent to Su, meaning | 11:14:36 |
| 15 | that these -- well, I'm inferring -- anybody can | 11:14:45 |
| 16 | title a folder anything they want.  Just from the | 11:14:49 |
| 17 | title of it, I presume these were sent to you. | 11:14:53 |
| 18 | A.    Correct. | 11:14:57 |
| 19 | Q.    Were they sent to you in these | 11:14:57 |
| 20 | containers? | 11:15:00 |
| 21 | A.    Yes.  I have it. | 11:15:01 |
| 22 | Q.    Great.  Were they sent to you already | 11:15:03 |
| 23 | mounted on slides? | 11:15:06 |
| 24 | A.    These are the slides I analyzed in | 11:15:08 |

SHU-CHUN SU, PhD

Page 73

1    Pittsburgh after the completion of the work.  I said    11:15:12

2    I want save those slides so please collect them,    11:15:19

3    pack them and send that to me.    11:15:27

4         Q.    I am glad that you saved them.  But    11:15:29

5    my question was a little bit different.    11:15:31

6              These arrived to you as prepared    11:15:34

7    slides, correct?    11:15:38

8         A.    Actually, we prepare -- I prepare    11:15:40

9    some of them in the lab before I analyze them.    11:15:44

10         Q.    So, for example, the photograph that    11:15:51

11    we are looking at right here, which is page six of    11:15:53

12    Exhibit 15, that's the photograph that we are    11:15:57

13    looking at.  It says SG-210, 1.550.    11:15:59

14         A.    Correct.    11:16:05

15         Q.    And this is how you received it,    11:16:05

16    correct?  It was in this container when you received    11:16:07

17    it?    11:16:10

18         A.    Yes.    11:16:11

19         Q.    The labeling indicates that this had    11:16:11

20    already been mounted in 1.550 oil, right?    11:16:14

21         A.    That was mounted on the day of my    11:16:20

22    analysis.    11:16:27

23         Q.    Who did that?    11:16:27

24         A.    I believe it's Monica at RJ Lee.    11:16:29

SHU-CHUN SU, PhD

Page 74

| | | |
|---|---|---|
| 1 | Q.      Is she a scientist or lab technician? | 11:16:38 |
| 2 | Who is she? | 11:16:40 |
| 3 | A.      She is an analyst, she is | 11:16:41 |
| 4 | accomplished analyst. | 11:16:43 |
| 5 | Q.      What is purported to be SG-210 here | 11:16:50 |
| 6 | is something that was provided to your understanding | 11:16:54 |
| 7 | from Mickey Gunter to Matt Sanchez to you? | 11:16:56 |
| 8 | A.      Correct.  Or so I heard Mickey | 11:17:02 |
| 9 | Gunter's SG-210 was provided by Dr. Longo. | 11:17:07 |
| 10 | Q.      Okay.  So it's your belief that the | 11:17:12 |
| 11 | SG-210 was the same SG-210 that Dr. Longo previously | 11:17:15 |
| 12 | provided to Mickey Gunter? | 11:17:20 |
| 13 | A.      Yes, that's my understanding. | 11:17:23 |
| 14 | Q.      And you have not looked at Mickey | 11:17:26 |
| 15 | Gunter's analysis of this same material? | 11:17:28 |
| 16 | A.      No. | 11:17:31 |
| 17 | Q.      Why not? | 11:17:31 |
| 18 | A.      You see, I don't think it's necessary | 11:17:33 |
| 19 | for me to look at that.  I want look that myself. | 11:17:36 |
| 20 | Q.      The refractive index of in Gamma, the | 11:17:50 |
| 21 | highest refractive index that you identified for | 11:17:55 |
| 22 | Calidria -- repeat it again if you can. | 11:17:59 |
| 23 | A.      Yeah, the highest refract index, the | 11:18:01 |
| 24 | gamma refract index of the chrysotile I measured. | 11:18:05 |

SHU-CHUN SU, PhD

Page 75

| | | |
|---|---|---|
| 1 | Q.    Numerically -- | 11:18:11 |
| 2 | A.    Numerically my results is 1.560 or | 11:18:13 |
| 3 | 1.561. | 11:18:22 |
| 4 | Q.    Is that something that you consider | 11:18:30 |
| 5 | to be at the higher range of what the refractive | 11:18:33 |
| 6 | index for chrysotile is in the gamma direction? | 11:18:37 |
| 7 | A.    Correct. | 11:18:41 |
| 8 | Q.    Do you have an opinion or have you | 11:19:00 |
| 9 | ever analyzed the refractive index of chrysotile | 11:19:02 |
| 10 | originating from Vermont? | 11:19:07 |
| 11 | A.    No. | 11:19:12 |
| 12 | Q.    Let me do a little cleaning up here. | 11:19:25 |
| 13 | All right.  I am going to go back to your Exhibit 3 | 11:19:31 |
| 14 | for a moment. | 11:19:35 |
| 15 | There is a list of references in | 11:19:38 |
| 16 | Exhibit 3.  At page -- it's paginated as page 3. | 11:19:41 |
| 17 | It's page 15 of the pdf.  There are two books | 11:19:52 |
| 18 | relevant to asbestos analysis listed here.  One of | 11:19:57 |
| 19 | them is 1989 book Introduction to Optical Mineralogy | 11:20:00 |
| 20 | by William Nesse or Nesse.  The other one is a book | 11:20:05 |
| 21 | 1986 called Optical Mineralogy, 2nd Edition by David | 11:20:09 |
| 22 | Shelley.  Do you see that? | 11:20:14 |
| 23 | A.    I saw that. | 11:20:15 |
| 24 | Q.    Your name is listed on both of these, | 11:20:16 |

SHU-CHUN SU, PhD

Page 76

| | | |
|---|---|---|
| 1 | but you were not a coauthor of either of these | 11:20:18 |
| 2 | books? | 11:20:21 |
| 3 | A.    I indicated that was my review.  The | 11:20:22 |
| 4 | publisher sent me two books for me to review. | 11:20:27 |
| 5 | Q.    Optical Mineralogy, 2nd Edition? | 11:20:32 |
| 6 | A.    Yes, yes. | 11:20:35 |
| 7 | Q.    This is my only copy.  I am going to | 11:20:36 |
| 8 | hand this to you. | 11:20:39 |
| 9 | A.    Okay. | 11:20:43 |
| 10 | MR. HYNES:  Are you marking chapters | 11:20:46 |
| 11 | or sections? | 11:20:49 |
| 12 | MR. BRALY:  I will put it up on the | 11:20:50 |
| 13 | screen of what I am actually marking. | 11:20:52 |
| 14 | Q.    I am marking six pages from this | 11:21:10 |
| 15 | book.  Optical Mineralogy by David Shelley as | 11:21:13 |
| 16 | Exhibit 16. | 11:21:16 |
| 17 | (Exhibit 16 Optical Mineralogy Six Pages | 11:21:17 |
| 18 | marked for identification.) | 11:21:17 |
| 19 | Q.    What I wanted to ask you about is | 11:21:17 |
| 20 | where that blue tab is on the right-hand side of the | 11:21:20 |
| 21 | physical book, do you want to turn to that? | 11:21:22 |
| 22 | A.    Yeah, I saw that. | 11:21:29 |
| 23 | Q.    There is a section called Mineral | 11:21:30 |
| 24 | Descriptions.  This is in Chapter 9. | 11:21:32 |

SHU-CHUN SU, PhD

                                                        Page 77

                                                        11:21:36
 1          A.     Yes.

 2          Q.     We get to a section here for          11:21:37

 3   olivines.  There is a chart at page 154 that lists  11:21:44

 4   forsterite, chrysotile and other minerals associated 11:21:53

 5   with olivines where the gamma direction, the        11:21:57

 6   refractive index for chrysotile is reflected as     11:22:02

 7   ranging between 1.69 and 1.70.  Do you see that?    11:22:06

 8          A.     You mean which paragraph?             11:22:21

 9          Q.     I am looking at the chart.  Figure    11:22:23

10   9.1.                                                11:22:27

11          A.     The chart, that is olivine, that is   11:22:28

12   not chrysotile.                                     11:22:31

13          Q.     The section below it says chrysotile. 11:22:32

14   Do you see that?                                    11:22:37

15          A.     Which section?                        11:22:38

16          Q.     Do you mind if I point it to you?     11:22:40

17          A.     Okay.                                 11:22:42

18          Q.     I will come to you.  I am trying to   11:22:43

19   figure out if I am looking at this correctly.  Part 11:22:47

20   of this is just educating me.  See it says          11:22:50

21   chrysotile right there.  Follow the line up for     11:22:53

22   gamma and it intersects at 1.69 and runs to 1.70.   11:22:55

23          A.     No, that is not the chrysotile        11:23:02

24   refract index.                                      11:23:05

SHU-CHUN SU, PhD

Page 78

```
1         Q.      Okay.  What is it?              11:23:07

2         A.      It is olivine.  Olivine number is  11:23:11

3    forsterite, the other end member is fayalite.  These  11:23:20

4    are the two end members in mineralogy, like a    11:23:24

5    mineral series.  Okay.  That all about olivine.   11:23:29

6    It's a mineral.                              11:23:40

7         Q.      Could I grab that back from you?  11:23:50

8         A.      Yeah.                          11:23:54

9         Q.      So it is your testimony then that the  11:24:07

10   chrysotile referenced here is not the same    11:24:09

11   chrysotile as what would be in a family like   11:24:12

12   serpentine; is that right?                   11:24:18

13        A.      Correct.                       11:24:19

14               MR. HYNES:  Objection.  Misstates   11:24:20

15   testimony.                                   11:24:22

16        Q.      So the objection kind of through me  11:24:23

17   off.  I want to make sure we are in agreement here.  11:24:27

18               What is -- when it's referencing   11:24:31

19   chrysotile, what is that a reference to in this  11:24:35

20   context?                                     11:24:40

21        A.      I don't know.  I don't know why he  11:24:41

22   put the chrysotile words in this graph.  I have no  11:24:44

23   idea.                                        11:24:52

24        Q.      Do you know what?  I do.  I am saying  11:24:55
```

SHU-CHUN SU, PhD

Page 79

| | | |
|---|---|---|
| 1 | it wrong.  I'm saying it wrong.  Okay.  I think I | 11:24:59 |
| 2 | can resolve this.  I'm just now realizing -- keep in | 11:25:07 |
| 3 | mind I got this book yesterday -- it doesn't say | 11:25:11 |
| 4 | chrysotile.  It says chrysolite. | 11:25:14 |
| 5 | A.    Okay.  It's not chrysotile. | 11:25:21 |
| 6 | Q.    That actually explains what I was | 11:25:25 |
| 7 | getting at then.  That helps me intensely.  That is | 11:25:27 |
| 8 | chrysolite. | 11:25:33 |
| 9 | This will be Exhibit 17.  This is the | 11:25:40 |
| 10 | same book, just some additional pages. | 11:26:23 |
| 11 | (Exhibit 17 Optical Mineralogy 12 Pages | 11:26:27 |
| 12 | marked for identification.) | 11:26:27 |
| 13 | Q.    We looked at that section.  I am | 11:26:27 |
| 14 | going to give you the book back.  There is another | 11:26:30 |
| 15 | section that begins at page 229.  Right here. | 11:26:32 |
| 16 | A.    Okay. | 11:26:41 |
| 17 | Q.    This book that you referenced states | 11:26:41 |
| 18 | that there are three varieties of serpentines, | 11:26:51 |
| 19 | chrysotile this time exactly spelled chrysotile -- | 11:26:54 |
| 20 | not chrysolite -- lizardite and antigorite? | 11:26:57 |
| 21 | A.    Correct. | 11:27:02 |
| 22 | Q.    We are talking about the things that | 11:27:03 |
| 23 | are generally referred to when we are talking about | 11:27:04 |
| 24 | asbestos at least for chrysotile. | 11:27:07 |

SHU-CHUN SU, PhD

Page 80

1        A.    Okay.                                    11:27:10

2        Q.    Right?                                   11:27:10

3        A.    Yes.                                     11:27:11

4        Q.    Yeah.  For the properties for the        11:27:11

5   optical properties, it says that in gamma that these   11:27:15

6   minerals can range from 1.545 all the way to 1.584.    11:27:20

7   Do you see that?                                   11:27:26

8        A.    Yes.  I saw that.                        11:27:26

9        Q.    And that the birefringences              11:27:28

10  associated with these falls between .004 to .017.      11:27:31

11  Do you see that?                                   11:27:38

12       A.    Correct.                                 11:27:38

13       Q.    And that there is an inverse             11:27:38

14  relationship between refractive index and          11:27:40

15  birefringence values?                              11:27:46

16       A.    Correct.                                 11:27:50

17       Q.    Okay.  You can hand that one back.       11:27:50

18            MR. BRALY:  Kevin, what's your            11:28:10

19  pleasure here as far as -- oh, don't want that.       11:28:11

20            MR. HYNES:  Do you want to go another     11:28:14

21  15, 20 and maybe break?                            11:28:16

22            MR. BRALY:  Sure.  Sounds good.  I        11:28:20

23  have an outline and I have already kind of screwed    11:28:46

24  it all up.  I am going to try to pick up where I am    11:28:48

SHU-CHUN SU, PhD

Page 81

| | | |
|---|---|---|
| 1 | and see if we can cover some more ground. | 11:28:53 |
| 2 | BY MR. BRALY: | 11:28:53 |
| 3 | Q.    In your report, in the report that's | 11:28:57 |
| 4 | in front of you, Exhibit 3, you don't comment on -- | 11:28:59 |
| 5 | or you don't critique the birefringence calculations | 11:29:05 |
| 6 | that Dr. Longo performed relative to the minerals | 11:29:10 |
| 7 | that he was examination, correct? | 11:29:14 |
| 8 | A.    Correct. | 11:29:16 |
| 9 | Q.    Why not? | 11:29:17 |
| 10 | A.    For me, birefringence is not an | 11:29:19 |
| 11 | issue.  Gamma is.  Once you get alpha and a gamma | 11:29:25 |
| 12 | correctly, you got birefringence.  So actually we | 11:29:30 |
| 13 | don't think birefringence is a specific property you | 11:29:36 |
| 14 | have to measure independently.  You measure the | 11:29:45 |
| 15 | gamma and the alpha that birefringence is | 11:29:49 |
| 16 | automatically.  Therefore, you don't have to | 11:29:54 |
| 17 | calculate that, because it was defined as the gamma | 11:29:59 |
| 18 | minus alpha. | 11:30:04 |
| 19 | Q.    Right, which is exactly how Dr. Longo | 11:30:05 |
| 20 | calculated birefringence, is by taking the gamma | 11:30:07 |
| 21 | value less the alpha value. | 11:30:11 |
| 22 | MR. HYNES:  Objection. | 11:30:14 |
| 23 | A.    Yes. | 11:30:15 |
| 24 | MR. HYNES:  Misstates Dr. Longo's | 11:30:16 |

SHU-CHUN SU, PhD

Page 82

```
1    methodology.                                     11:30:19

2              MR. BRALY:  Not really.               11:30:20

3    BY MR. BRALY:                                    11:30:20

4        Q.     You were present for Dr. Longo's     11:30:20

5    testimony as to how he calculated birefringence, 11:30:22

6    correct?                                         11:30:27

7        A.     Yes, I did.                           11:30:27

8        Q.     Did you agree with how he calculated 11:30:28

9    birefringence values?  Was it scientifically     11:30:30

10   accurate in your opinion?                        11:30:33

11             MR. HYNES:  Objection to form.         11:30:34

12   Vague.                                           11:30:36

13       A.     There are two aspects.  The formula   11:30:36

14   of birefringence, that's one issue, gamma minus  11:30:43

15   alpha.  Another issue is the gamma value, whether 11:30:49

16   the gamma value is chrysotile or talc.           11:30:56

17       Q.     Yeah.                                 11:31:03

18       A.     You see?                              11:31:05

19       Q.     Understood.  Let me be as fair to     11:31:06

20   this as I can be.  I understand that you do not   11:31:09

21   agree with Dr. Longo's values in the gamma direction 11:31:13

22   for what he is identifying as chrysotile.  I      11:31:18

23   understand that you don't agree with that.        11:31:22

24             Presuming the values are correct, did   11:31:24
```

SHU-CHUN SU, PhD

Page 83

| | | |
|---|---|---|
| 1 | he perform the calculation in a scientifically | 11:31:28 |
| 2 | reliable way for calculating birefringence? | 11:31:33 |
| 3 | MR. HYNES:  Same objection.  Vague, | 11:31:36 |
| 4 | overbroad. | 11:31:39 |
| 5 | A.    I don't think it's meaningless if you | 11:31:40 |
| 6 | don't have the correct gamma and alpha.  That's the | 11:31:42 |
| 7 | key.  Okay. | 11:31:47 |
| 8 | Q.    Okay.  Do you agree that subtracting | 11:31:49 |
| 9 | the maximum gamma less the maximum alpha and the | 11:31:53 |
| 10 | minimum gamma minus the minimum alpha will give you | 11:31:59 |
| 11 | a range of birefringence? | 11:32:02 |
| 12 | A.    I disagree. | 11:32:05 |
| 13 | Q.    You do.  Why? | 11:32:06 |
| 14 | A.    The concept maximum gamma, minimum | 11:32:08 |
| 15 | alpha is a confused concept.  You see, when we talk | 11:32:14 |
| 16 | of maximum and a minimum, it's not about single | 11:32:22 |
| 17 | particle.  It's about a group, like chrysotile.  You | 11:32:29 |
| 18 | have location for Vermont, from Canada, from | 11:32:34 |
| 19 | Arizona, from California.  Okay. | 11:32:41 |
| 20 | Then if we talk alpha.  Again, it's a | 11:32:44 |
| 21 | group of mineral, not individual.  For any | 11:32:50 |
| 22 | individual mineral chrysotile, you have only one | 11:32:55 |
| 23 | value of birefringence.  You have only one gamma and | 11:33:01 |
| 24 | one alpha.  Here is the problem, because I believe | 11:33:07 |

SHU-CHUN SU, PhD

Page 84

1      and also the data showed they misinterpreted the        11:33:15

2      dispersion staining color.  They think a mineral         11:33:20

3      particle display a range of dispersion staining          11:33:25

4      color for its parallel direction with the gamma or       11:33:31

5      so for its perpendicular direction which is alpha.       11:33:35

6      They interpret that as a range of recur [ph] index.      11:33:40

7      This is totally wrong.                                   11:33:46

8           Q.     I feel we are talking about two             11:33:49

9      different things.  One of them what I do understand      11:33:50

10     to be a criticism of yours about their findings,         11:33:54

11     multiple refractive indices within a singular            11:33:58

12     bundle, which is what I think you're talking about.      11:34:02

13          A.     Yes.                                         11:34:05

14          Q.     I am asking about something a little         11:34:05

15     bit more discreet.                                       11:34:08

16                 Back to Exhibit 14 this is the EPA           11:34:10

17     493 we see a range of birefringence reported as          11:34:13

18     between .004 to .017 for chrysotile.                     11:34:17

19          A.     Correct.                                     11:34:23

20          Q.     And that's the same range of                11:34:23

21     birefringence --                                         11:34:25

22          A.     In the book.                                 11:34:27

23          Q.     -- in the book, right?                       11:34:28

24          A.     Yes.                                         11:34:29

SHU-CHUN SU, PhD

Page 85

```
 1          Q.      Okay.  So it is fair to say that the    11:34:30

 2    birefringence values associated with chrysotile fall  11:34:34

 3    between .004 and .017?                                 11:34:40

 4          A.      Correct.                                 11:34:44

 5          Q.      All right.  And birefringence by the     11:34:45

 6    way is a unit list number.  It has -- it doesn't       11:34:47

 7    have units?                                            11:34:50

 8          A.      No.                                      11:34:51

 9          Q.      The birefringence associated with        11:34:55

10    talc is generally higher than this?                    11:34:58

11          A.      Much higher.                             11:35:00

12          Q.      Give me a range of the birefringence     11:35:02

13    you associate with talc.  It may be here actually.     11:35:06

14          A.      I think the best literature is Dr.       11:35:12

15    Gunter's on 2022 paper.  He was the first who          11:35:17

16    measured 20 talc from different localities where he    11:35:25

17    can collect the sample.  So he listed a range for      11:35:32

18    each talc, you have alpha, now you have a gamma.       11:35:38

19    But the average alpha I believe is around 1.50 --      11:35:43

20    1.540.  The average of gamma in his paper is 1.85,     11:35:53

21    if I remember correctly.  So the difference between    11:36:01

22    gamma and alpha on the average for talc is somewhere   11:36:07

23    under .045.  That we talk about that the range of      11:36:15

24    the birefringence about chrysotile an EPA method.      11:36:23
```

SHU-CHUN SU, PhD

Page 86

| | | |
|---|---|---|
| 1 | But for each individual samples, they have | 11:36:31 |
| 2 | individual value of the birefringence. | 11:36:36 |
| 3 | Q.    I understand what you're saying.  If | 11:36:40 |
| 4 | your evaluating a singular fiber of chrysotile and | 11:36:43 |
| 5 | you're calculating the refractive index for that | 11:36:47 |
| 6 | fiber, you can get a singular measurement for gamma | 11:36:50 |
| 7 | and alpha and calculate a singular birefringence | 11:36:53 |
| 8 | value? | 11:36:58 |
| 9 | A.    That's correct. | 11:36:59 |
| 10 | Q.    For something like what's present | 11:37:00 |
| 11 | here in Exhibit 14 -- again, this is page 26 of | 11:37:02 |
| 12 | Exhibit 14.  This is EPA R-93.  When you're dealing | 11:37:07 |
| 13 | with a range of multiple fibers or multiple | 11:37:14 |
| 14 | measurements, you can get a range of birefringences? | 11:37:19 |
| 15 | A.    Correct. | 11:37:24 |
| 16 | Q.    Mathematically, when you have ranges | 11:37:24 |
| 17 | like this, you would calculate the range of | 11:37:28 |
| 18 | birefringence in this case like what we see on the | 11:37:31 |
| 19 | page here, by taking the maximum high end and the | 11:37:36 |
| 20 | maximum -- high end of gamma, subtracted by the high | 11:37:40 |
| 21 | end of alpha, and the low end of gamma subtracted by | 11:37:44 |
| 22 | the low end of alpha as they did in this example? | 11:37:47 |
| 23 | A.    Yes. | 11:37:51 |
| 24 | Q.    Okay.  The range for birefringence -- | 11:37:52 |

SHU-CHUN SU, PhD

Page 87

| | | |
|---|---|---|
| 1 | by the way, you agree with that, right, when you're | 11:37:59 |
| 2 | dealing with ranges? | 11:38:03 |
| 3 | A.    Agree. | 11:38:04 |
| 4 | Q.    Yes.  Good.  When you're dealing with | 11:38:04 |
| 5 | birefringence for chrysotile, you will get numbers | 11:38:07 |
| 6 | that range from .004 up until around .017? | 11:38:10 |
| 7 | A.    Correct. | 11:38:17 |
| 8 | Q.    Understanding that any individual | 11:38:17 |
| 9 | fiber or bundle will have its own discrete | 11:38:20 |
| 10 | birefringence value? | 11:38:23 |
| 11 | A.    Between these two values. | 11:38:24 |
| 12 | Q.    Right.  I apologize.  I was probably | 11:38:26 |
| 13 | doing too many things at one time.  For talc, what | 11:38:30 |
| 14 | is the range of birefringence that you associated | 11:38:34 |
| 15 | with talc? | 11:38:37 |
| 16 | A.    I will referred to that table.  It's | 11:38:40 |
| 17 | somewhere I think between .04 to .05. | 11:38:45 |
| 18 | Q.    Okay.  So somewhere around four to | 11:38:51 |
| 19 | five times higher? | 11:38:54 |
| 20 | A.    Yeah, that's about 10 times higher | 11:38:55 |
| 21 | than the chrysotile. | 11:38:58 |
| 22 | Q.    I have a section that I want to cover | 11:39:26 |
| 23 | and I think it will be probably be time for lunch, | 11:39:29 |
| 24 | okay? | 11:39:32 |

SHU-CHUN SU, PhD

Page 88

```
1              A.      Yes.                                 11:39:32

2              Q.      Your opinion about Dr. Longo's       11:39:33

3     finding of chrysotile in Johnson & Johnson's talc is 11:39:41

4     that what he's reporting as chrysotile is not         11:39:45

5     chrysotile?                                           11:39:48

6              A.      No.                                  11:39:48

7              Q.      Okay.  I mean that is your opinion,  11:39:49

8     correct?                                              11:39:51

9              A.      That's right.                        11:39:52

10             Q.      Yes.  Okay.  Are you aware or have   11:39:52

11    you been told that Dr. Longo is not the only          11:39:58

12    scientist who has found chrysotile in Johnson &       11:40:02

13    Johnson's powder?                                     11:40:05

14             A.      I was aware I think there is a -- now 11:40:08

15    which agency is that?  EPA or --                      11:40:16

16             Q.      FDA.                                 11:40:20

17             A.      FDA.  Yeah.  I know it was sample    11:40:21

18    analyze by a lab in Maryland.  Okay.  I have been to  11:40:25

19    that lab.  I was aware they found asbestos in the     11:40:30

20    sample.                                               11:40:35

21             Q.      You're talking about the AMA?        11:40:36

22             A.      AMA.                                 11:40:38

23             Q.      Yeah.  Were you aware of this prior  11:40:39

24    to being retained by Johnson & Johnson as an expert?  11:40:43
```

SHU-CHUN SU, PhD

Page 89

| | | |
|---|---|---|
| 1 | A.      I never look into that before my | 11:40:49 |
| 2 | involvement, but after I was retained as an expert | 11:40:54 |
| 3 | witness, I was reading literature, then I came up to | 11:41:02 |
| 4 | that AMA.  It's appendix for the FDA kind of report, | 11:41:09 |
| 5 | yeah. | 11:41:17 |
| 6 | Q.      Is this literature that was provided | 11:41:20 |
| 7 | to you by Mr. Hynes? | 11:41:21 |
| 8 | A.      No.  That's -- I was -- I was | 11:41:23 |
| 9 | review -- looking the literature related to this | 11:41:29 |
| 10 | topic. | 11:41:32 |
| 11 | Q.      I could be wrong about this, but I | 11:41:34 |
| 12 | don't know if the AMA results were ever published in | 11:41:38 |
| 13 | the peer-reviewed literature.  It may have been -- | 11:41:42 |
| 14 | A.      It's on the internet. | 11:41:44 |
| 15 | Q.      So you were just doing basically a | 11:41:45 |
| 16 | Google search about -- | 11:41:47 |
| 17 | A.      That's right. | 11:41:49 |
| 18 | Q.      Got you.  You came across the AMA | 11:41:49 |
| 19 | findings from a couple years ago? | 11:41:52 |
| 20 | A.      No.  This year. | 11:41:56 |
| 21 | Q.      No, no, no.  Their findings were from | 11:41:58 |
| 22 | a couple years ago? | 11:42:01 |
| 23 | A.      Yes. | 11:42:02 |
| 24 | Q.      I'm sorry.  That was confusing. | 11:42:03 |

SHU-CHUN SU, PhD

```
                                                      Page 90
 1      That's something that you discovered after you      11:42:05

 2      became an expert -- or after you agreed to serve as  11:42:07

 3      an expert witness?                                   11:42:12

 4            A.      Correct.                               11:42:13

 5            Q.      That was part of your review that      11:42:13

 6      accounted for some of that billing that we looked at 11:42:15

 7      before?                                              11:42:17

 8            A.      Yes.                                   11:42:18

 9            Q.      Right.  Are you aware that McCrone,    11:42:18

10      as a hired lab for Johnson & Johnson, found         11:42:24

11      chrysotile in Johnson & Johnson's Baby Powder?      11:42:27

12            A.      That, I am not aware.                  11:42:32

13            Q.      Are you aware that the Colorado        11:42:34

14      School of Mines found chrysotile in Johnson &       11:42:37

15      Johnson's Baby Powder?                              11:42:41

16            A.      That literature I read.  I was aware.  11:42:41

17            Q.      Are you aware that NIOSH, the          11:42:46

18      National Institution of Occupational Safety and     11:42:49

19      Health, through a series of contractors found       11:42:52

20      chrysotile in Johnson & Johnson's Baby Powder?      11:42:55

21            A.      No, I don't.                           11:42:57

22            Q.      Are you aware that Art Langer found    11:42:58

23      chrysotile in Johnson & Johnson's Baby Powder?      11:43:00

24            A.      No.                                    11:43:03
```

SHU-CHUN SU, PhD

```
                                                    Page 91
 1            Q.      Are you aware that RJ Lee found      11:43:03

 2    chrysotile in Johnson & Johnson's Baby Powder?      11:43:06

 3            A.      No.                                  11:43:09

 4            Q.      You didn't know that?               11:43:09

 5            A.      No.                                  11:43:10

 6            Q.      They didn't tell you that?          11:43:10

 7            A.      No.                                  11:43:11

 8            Q.      Didn't bother to mention it to you  11:43:12

 9    while you're looking at all these things?          11:43:14

10            A.      I did come across.  I did Google    11:43:16

11    search.  I did not come up with any document saying 11:43:20

12    RJ Lee has found the, like you said, the asbestos in 11:43:25

13    baby powder.  No, I don't.                          11:43:31

14            Q.      You understand that Bryan Bandli and 11:43:33

15    Matt Sanchez, they work for RJ Lee?                 11:43:37

16            A.      I do.  They never told me.          11:43:40

17            Q.      Right.  Are you aware that Johnson & 11:43:42

18    Johnson's suppliers, including supplier generally   11:43:48

19    referred to as Imerys or Rio Tinto found chrysotile 11:43:52

20    in the supply for baby powder?                      11:43:56

21            A.      No, I am not aware.                 11:44:02

22                    MR. BRALY:  Kevin, this is a good a  11:44:23

23    time as any.                                        11:44:25

24                    MR. HYNES:  Should we break for lunch 11:44:26
```

SHU-CHUN SU, PhD

Page 92

1    here?                                                11:44:28

2                    MR. BRALY:  Yes.                      11:44:29

3                    (A luncheon recess was taken.)        12:25:18

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

SHU-CHUN SU, PhD

Page 93

| | | |
|---|---|---|
| 1 | AFTERNOON SESSION | 12:25:18 |
| 2 | | 12:28:11 |
| 3 | BY MR. BRALY: | 12:28:11 |
| 4 | Q.    Welcome back from lunch. | 12:28:18 |
| 5 | A.    Thanks. | 12:28:21 |
| 6 | Q.    I hope that was -- you had a nice | 12:28:21 |
| 7 | break.  And just keep in mind that you need to -- if | 12:28:23 |
| 8 | you want to take a break or something, just to | 12:28:28 |
| 9 | stretch -- | 12:28:32 |
| 10 | A.    I will let you know. | 12:28:32 |
| 11 | Q.    Please do. | 12:28:33 |
| 12 | A.    So far, I'm okay. | 12:28:34 |
| 13 | Q.    Great.  We had looked at what's -- | 12:28:36 |
| 14 | should be on your screen right here about samples, | 12:28:40 |
| 15 | 26 pages of samples that came from a folder that was | 12:28:45 |
| 16 | labeled "Sent to Su."  That includes all of these | 12:28:49 |
| 17 | similar-looking containers with different labels on | 12:28:54 |
| 18 | them.  For example, the second page of this says | 12:28:58 |
| 19 | .560 HD Valadez with and it gives a number M12001 | 12:29:02 |
| 20 | CTL? | 12:29:11 |
| 21 | Were all of these containers provided | 12:29:11 |
| 22 | to you by Matt Sanchez? | 12:29:15 |
| 23 | A.    Yes.  Again, these are the samples I | 12:29:18 |
| 24 | analyzed. | 12:29:25 |

SHU-CHUN SU, PhD

Page 94

| | | |
|---|---|---|
| 1 | Q.      Yes.  These are all part of the | 12:29:25 |
| 2 | samples that you analyzed in June with Matt Sanchez | 12:29:28 |
| 3 | and Bryan Bandli? | 12:29:31 |
| 4 | A.      Correct. | 12:29:32 |
| 5 | Q.      And then you've provided those | 12:29:33 |
| 6 | samples to us in the materials provided prior to | 12:29:37 |
| 7 | this deposition? | 12:29:41 |
| 8 | A.      Say again. | 12:29:43 |
| 9 | Q.      All of your images from the samples | 12:29:44 |
| 10 | were provided? | 12:29:49 |
| 11 | A.      Yes. | 12:29:49 |
| 12 | Q.      Yeah.  So I was going to ask you | 12:29:50 |
| 13 | about some of these.  Some of these samples involve | 12:29:53 |
| 14 | what is purported to be SG-210 mounted in 1.550 oil. | 12:29:57 |
| 15 | There is another one in 1.560. | 12:30:06 |
| 16 | A.      Correct. | 12:30:10 |
| 17 | Q.      So I have some of these images.  I | 12:30:10 |
| 18 | wanted to mark those images as exhibits as we go | 12:30:14 |
| 19 | forward here.  I am going to start with -- if I can | 12:30:18 |
| 20 | get this to work -- what is going to be Exhibit 18. | 12:30:20 |
| 21 | (Exhibit 18 Sample CDCS 1.550 with SG-210 | 12:30:24 |
| 22 | Alpha marked for identification.) | 12:30:37 |
| 23 | Q.      Exhibit 18 is a single photo that's | 12:30:25 |
| 24 | marked as a number followed by CDCS 1.550 with | 12:30:28 |

SHU-CHUN SU, PhD

Page 95

1    SG-210 alpha.                                          12:30:36

2              A.       Correct.                            12:30:39

3              Q.       So this is a photo of that SG-210 in  12:30:39

4    the alpha direction or the perpendicular direction    12:30:46

5    under polarized light, correct?                        12:30:50

6              A.       Correct.                            12:30:52

7              Q.       In 1.550 refractive index liquid?    12:30:53

8              A.       The number preceding that, 3183377,  12:30:58

9    indicates that is Valadez talc baby powder.  That      12:31:03

10   baby powder was spiked with SG-210 I look at that      12:31:10

11   sample.                                                12:31:16

12             Q.       Are you sure about that?            12:31:19

13             A.       Yes, I'm sure.                      12:31:20

14             Q.       Okay.  So this is not an analysis of  12:31:34

15   just straight unadulterated SG-210.  This is a         12:31:40

16   spiked sample of the Valadez baby powder?              12:31:45

17             A.       Correct.                            12:31:48

18             Q.       Okay.  This might be a dumb question,  12:31:49

19   but how do you know what we are looking at is the      12:31:56

20   SG-210?                                                12:31:58

21             A.       Because it was prepared with the    12:32:00

22   SG-210 first provided by Dr. Longo to Professor        12:32:04

23   Gunter, then from Gunter to Mr. Sanchez, then Mr.      12:32:11

24   Sanchez brought that sample.                           12:32:17

SHU-CHUN SU, PhD

Page 96

1      Q.      I guess what I am asking is, how do      12:32:20

2    you know that what you're looking at isn't asbestos   12:32:22

3    that was in the Johnson's Baby Powder absent the      12:32:26

4    spiking?                                              12:32:30

5      A.      Because the optical property              12:32:30

6    indicates the SG-210 shows a blue central stop        12:32:33

7    disbursing staining color along its gamma direction   12:32:44

8    but lighter than the blue in the gamma direction.     12:32:49

9      Q.      You said gamma twice.                     12:32:54

10      A.      No, alpha versus gamma.  Alpha is        12:32:57

11    slight lighter.  Gamma is deeper blue.                12:33:01

12      Q.      Isn't that also true for just            12:33:04

13    chrysotile?                                           12:33:06

14      A.      No.  The 1866, chrysotile, the           12:33:09

15    distinction between 1866 chrysotile versus the        12:33:20

16    Calidria SG-210 is the gamma direction.  I have the   12:33:27

17    micrograph showing that it's magenta in color.        12:33:33

18      Q.      I don't think 1866 has ever been         12:33:39

19    reported to be present in Johnson's Baby Powder.      12:33:43

20    1866 is a Canadian chrysolite.                        12:33:50

21      A.      No, but I said they are spiked           12:33:50

22    sample.  They purposely put the 1866 to spike the     12:33:53

23    Valadez baby powder.                                  12:34:00

24      Q.      I suppose my question remains, is,       12:34:05

SHU-CHUN SU, PhD

Page 97

| | | |
|---|---|---|
| 1 | how do you know that what you're looking at is one | 12:34:10 |
| 2 | of the spike fibers and not asbestos that was | 12:34:13 |
| 3 | present in the Valadez baby powder? | 12:34:15 |
| 4 | A. Because I examine the Valadez sample, | 12:34:19 |
| 5 | pure nonspiked. I did not find any chrysotile | 12:34:25 |
| 6 | structure. | 12:34:38 |
| 7 | Q. Do you -- so this image -- and this | 12:34:39 |
| 8 | is -- I will just do this: | 12:34:47 |
| 9 | Let me put up the next image here, | 12:34:50 |
| 10 | which is going to be Exhibit 19. | 12:34:53 |
| 11 | (Exhibit 19 Sample CDCS 1.550 with SG-210 | 12:34:57 |
| 12 | Gamma marked for identification.) | 12:34:58 |
| 13 | Q. This is the same sample in the gamma | 12:34:58 |
| 14 | direction, correct? | 12:35:01 |
| 15 | A. Yes. | 12:35:04 |
| 16 | Q. Okay. Again, in 1.550 refractive | 12:35:06 |
| 17 | index oil? | 12:35:10 |
| 18 | A. Yes. | 12:35:11 |
| 19 | Q. So when you're evaluating the color | 12:35:12 |
| 20 | of this sample, is it your opinion that this color | 12:35:19 |
| 21 | is uniform throughout this image? | 12:35:27 |
| 22 | A. Uniform for what? | 12:35:30 |
| 23 | Q. From the edge to the center. | 12:35:35 |
| 24 | A. No. | 12:35:37 |

SHU-CHUN SU, PhD

Page 98

| 1 | Q. Okay. When using color to identify a | 12:35:38 |
| 2 | central stop dispersion staining reference, where is | 12:35:44 |
| 3 | the appropriate location on a particle in the gamma | 12:35:54 |
| 4 | direction to identify the representative color? | 12:35:59 |
| 5 | A. I am glad you bring this up. That I | 12:36:03 |
| 6 | want to explain. A structure of a mineral like here | 12:36:06 |
| 7 | is a chrysotile. It's a fibrous, fiber bundle. | 12:36:16 |
| 8 | It's consistent with the fiber oils. | 12:36:25 |
| 9 | Now, the interface between those | 12:36:29 |
| 10 | fibers will affect the dispersion staining color. | 12:36:33 |
| 11 | Therefore, I think we need to differentiate between | 12:36:40 |
| 12 | the true central stop dispersion staining color | 12:36:47 |
| 13 | which is representative the true refract index of | 12:36:54 |
| 14 | the structure versus those central stop | 12:36:59 |
| 15 | dispersion -- what I call distorted color. Those | 12:37:05 |
| 16 | color is not indicative of the gamma value of the | 12:37:09 |
| 17 | fiber. What I am saying is, even it display a range | 12:37:15 |
| 18 | of color, different color doesn't mean it is a range | 12:37:26 |
| 19 | of refract index. Same is true for 1866 photograph. | 12:37:30 |
| 20 | They show a range of the dispersion staining color, | 12:37:38 |
| 21 | which was interpreted by Dr. Longo as the variation | 12:37:44 |
| 22 | of refract index of the 1866, which is incorrect, | 12:37:49 |
| 23 | because 1866 has a constant value of 1.556 for the | 12:37:56 |
| 24 | gamma direction. Those color which does not | 12:38:07 |

SHU-CHUN SU, PhD

Page 99

| | | |
|---|---|---|
| 1 | correspond to 1.556, they are distorted due to the | 12:38:14 |
| 2 | interface condition between fibers.  I have graphic | 12:38:21 |
| 3 | to explain the formation of the distorted color. | 12:38:29 |
| 4 | Q.    I believe it's one of your slides? | 12:38:37 |
| 5 | A.    Yeah. | 12:38:39 |
| 6 | Q.    I've seen it.  It's not what I am | 12:38:40 |
| 7 | asking you about here.  Let's look at Exhibit 19 | 12:38:43 |
| 8 | here.  I have tried to enlarge it a little bit. | 12:38:46 |
| 9 | The fiber, this item that you could | 12:38:52 |
| 10 | see in the horizontal direction here in the center | 12:38:56 |
| 11 | of this, if you look at it in the center, there is | 12:39:00 |
| 12 | some golden color, there is some reddish color.  On | 12:39:03 |
| 13 | the edges it's kind of purplish. | 12:39:06 |
| 14 | When you're -- when you're evaluating | 12:39:11 |
| 15 | what color corresponds to the chart, where do you | 12:39:16 |
| 16 | select the color?  On the edges?  On the center of | 12:39:23 |
| 17 | the structure?  What color do you use when there's | 12:39:26 |
| 18 | multiple colors in a sample like Exhibit 19? | 12:39:30 |
| 19 | A.    Yes.  Now, in order to determine | 12:39:35 |
| 20 | which color to be used to derive the refract index | 12:39:43 |
| 21 | of this fiber, first you will have to determine | 12:39:52 |
| 22 | which is the true, I call it true central stop | 12:39:57 |
| 23 | dispersion staining color.  The way to distinguish | 12:40:02 |
| 24 | them -- see, this is a McCrone dispersion staining | 12:40:07 |

SHU-CHUN SU, PhD

Page 100

```
 1    objective.  It has a three setting.  One is central    12:40:12

 2    stop.  One is annular stop.  Another is just --        12:40:18

 3    there is no stop.  So in this case when you are in      12:40:26

 4    doubt which color is the right one to use, you         12:40:33

 5    switch that to the no stop and you close the           12:40:39

 6    aperture diaphragm to examine the Becke line.          12:40:46

 7            Q.     I was going to talk about Becke lines    12:40:50

 8    later.  Becke line analysis is a different form of     12:40:54

 9    analysis than phase contrast microscopy, correct?     12:40:58

10                    MR. HYNES:  Objection to the form.     12:41:02

11            A.     Not phase contrast.  There are four     12:41:04

12    method measuring refract index in polarized light     12:41:08

13    microscope.  The traditional, the foremost one is     12:41:15

14    Becke line.  Later on, there is another method        12:41:21

15    called oblique elimination.  However, oblique         12:41:26

16    elimination method is only used for screening         12:41:33

17    purpose to see my liquid is too high or too low       12:41:38

18    until you got the liquid closer to the object, the    12:41:46

19    structure you are measuring.  Then you do the Becke   12:41:52

20    line.  Becke line is the most accurate method.        12:41:58

21                    Now, later for the asbestos industry,  12:42:03

22    since it's a commercial operation, it's not a         12:42:08

23    research, they can't afford to spend too much time    12:42:12

24    on a sample.  So Becke line -- because Becke line     12:42:19
```

SHU-CHUN SU, PhD

Page 101

1    you have to change the liquid.  You put a liquid.     12:42:23

2    You find it's higher than the structure.  Now you     12:42:28

3    prepare another sample, use a lower liquid until      12:42:34

4    they got the match.  So it's cumbersome.  It's        12:42:40

5    time-consuming.  It's not for the commercial          12:42:45

6    operation.                                            12:42:48

7              Then the third method is the               12:42:49

8    dispersion staining.                                  12:42:54

9         Q.     Did you perform a Becke line analysis     12:42:57

10   of this particle?                                     12:43:00

11        A.     I did.                                    12:43:02

12        Q.     Is that part of your Becke line           12:43:02

13   folder?                                               12:43:05

14        A.     Not -- which folder --                    12:43:06

15        Q.     I'm sorry.  I shouldn't have thrown       12:43:10

16   that at you.  Is that part of the materials that you  12:43:11

17   produced?                                             12:43:15

18        A.     Actually, I think in the folder of       12:43:15

19   the glass, I want use the glass, the Cargille glass   12:43:18

20   in 1.55 and 1.560.  That folder, I want use the       12:43:26

21   glass to show what it distorted central stop          12:43:35

22   dispersion staining color versus the Becke line.      12:43:40

23   And how do you use Becke line to --                   12:43:45

24        Q.     I see, I see that folder.  I can talk     12:43:50

SHU-CHUN SU, PhD

Page 102

| | | |
|---|---|---|
| 1 | to you about it later. | 12:43:55 |
| 2 | I am asking specifically with this | 12:43:56 |
| 3 | SG-210 fiber, did you specifically do a Becke line | 12:43:58 |
| 4 | analysis of this? | 12:44:02 |
| 5 | A.    Yes, I did. | 12:44:04 |
| 6 | Q.    Is that included in the photos that I | 12:44:05 |
| 7 | have?  I don't know that I have seen that. | 12:44:08 |
| 8 | A.    I did not take the picture, because | 12:44:10 |
| 9 | it just flip to switch, then you observe.  Which is | 12:44:13 |
| 10 | automatic kind of operation for me.  See, I keep | 12:44:27 |
| 11 | switching between the central stop and Becke line. | 12:44:31 |
| 12 | Q.    Okay.  So for this particular fiber, | 12:44:37 |
| 13 | which color is the color that is the right color in | 12:44:45 |
| 14 | comparison to the CDCS chart -- CSDS? | 12:44:49 |
| 15 | A.    That is the color corresponding to | 12:44:56 |
| 16 | the 1.560 refract index. | 12:45:01 |
| 17 | Q.    What color is that?  We have, we have | 12:45:06 |
| 18 | a golden, we have a reddish, we have purple, we have | 12:45:12 |
| 19 | a little bit of blue in there.  What color is the | 12:45:15 |
| 20 | color that you're then comparing to the CSDS chart? | 12:45:19 |
| 21 | A.    I believe reddish purple. | 12:45:25 |
| 22 | Q.    Okay.  So for this fiber that's | 12:45:29 |
| 23 | Exhibit 19, you're identifying that as corresponding | 12:45:33 |
| 24 | with reddish purple? | 12:45:38 |

SHU-CHUN SU, PhD

Page 103

```
 1            A.       Correct.                         12:45:39

 2            Q.       Okay.  There is no -- there is no 12:45:40

 3    scale bar for this photograph, correct?          12:45:59

 4            A.       In this image, it doesn't, but I took 12:46:03

 5    a series image with the scale bar.  There is one 12:46:09

 6    sample I prepare the sample on a micrometer.  So 12:46:14

 7    it's superimposed on the micrometer to show the  12:46:24

 8    scale of the particle size, which in the photo   12:46:30

 9    probably was named micrometer or something like  12:46:34

10    that.                                            12:46:38

11            Q.       So there is -- I am going to show an 12:46:47

12    image here and ask you if this is the image that 12:47:07

13    corresponds with that one.                       12:47:10

14            A.       Yes.  See the background, this is a 12:47:12

15    sample prepared on the surface of the micrometer. 12:47:16

16            Q.       What I am asking is, is the image we 12:47:22

17    are looking at -- I am mark this next one as      12:47:25

18    Exhibit 20.                                      12:47:27

19            (Exhibit 20 Micrometer 3183377 at Focus  12:47:27

20    1.550 Talc Particle marked for identification.)  12:47:28

21            Q.       Is this the same image as Exhibit 19? 12:47:28

22            A.       No.                              12:47:32

23            Q.       No?                              12:47:33

24            A.       But I am sure we will find an image 12:48:02
```

SHU-CHUN SU, PhD

```
                                                    Page 104

 1      of the micrometer image with the gamma value, gamma    12:48:05

 2      dispersion staining color in central stop dispersion   12:48:13

 3      mode.                                                   12:48:22

 4             Q.      Okay.  We will look at what we are       12:48:22

 5      going to mark as Exhibit 21.                            12:48:25

 6             A.      Yes.  This is the corresponding          12:48:28

 7      central stop dispersion staining image.                 12:48:31

 8             (Exhibit 21 Micrometer 318337 CSDS 1.550         12:49:07

 9      talc particle gamma marked for identification.)          12:49:14

10             Q.      Okay.  Let me do this:  Okay.  So        12:48:36

11      this image that we are looking at, which is             12:49:02

12      Exhibit 21, is entitled "Micrometer 318337 CSDS        12:49:05

13      1.550 talc particle gamma" and this image is what       12:49:13

14      you were saying is the same image as Exhibit 19?        12:49:20

15             A.      No.  This is -- wait a second.  You      12:49:24

16      mean this?  I think you show a Becke line image.        12:49:30

17      That is the same of this.  Not the one without          12:49:38

18      micrometer.  No.  This is not.                          12:49:43

19             Q.      Not this one?                            12:49:46

20             MR. HYNES:  Exhibit 20.                          12:49:47

21             MR. BRALY:  Exhibit 20 he already                12:49:51

22      told me wasn't.                                         12:49:52

23             A.      This is not.  Whenever there is no       12:49:53

24      micrometer in the file name, it is not a sample         12:49:59
```

SHU-CHUN SU, PhD

Page 105

1    prepared on the micrometer.                              12:50:04

2              MR. HYNES:  Show Exhibit 20.  21 and    12:50:10

3    20 I think relate to one another.                        12:50:13

4              MR. BRALY:  They both come from the      12:50:16

5    micrometer folder.                                       12:50:18

6    BY MR. BRALY:                                            12:50:19

7         Q.    This is Exhibit 20.  This is           12:50:19

8    Exhibit 21.  Did you superimpose a micrometer over  12:50:23

9    Dr. Longo's findings?                                    12:50:31

10        A.    No.  This sample I prepared by          12:50:33

11   sprinkle the baby powder on the micrometer slide    12:50:40

12   instead a regular blank slide because I want the    12:50:49

13   micrometer image showing same time in the field of  12:50:55

14   view.                                                    12:51:01

15        Q.    The particle that we are looking at     12:51:01

16   in Exhibit 21, right here, that's golden.  Looks    12:51:03

17   like there might be some greenish lineation and some  12:51:11

18   reddish on the outside, what is that?                    12:51:16

19        A.    These are the distorted dispersion      12:51:20

20   staining color of the talc elongated talc particle.  12:51:25

21        Q.    So that's talc?                         12:51:31

22        A.    This is talc.                           12:51:32

23        Q.    Okay.  And this is a sample that you    12:51:34

24   prepared?                                                12:51:38

SHU-CHUN SU, PhD

Page 106

1          A.      Correct.                              12:51:38

2          Q.      Okay.  Going back to what my question  12:51:39

3     had been, for Exhibit 19, you do not have a scale   12:51:43

4     bar for this photograph, correct?                  12:51:49

5          A.      Because I am taking the same          12:51:51

6     objective, does that scale bar applicable to this.  12:51:57

7     When I -- if I process image, I will type the nature  12:52:04

8     of the sample and also I will put the scale bar on   12:52:13

9     the image.  But this is the raw data.               12:52:17

10         Q.      Okay.                                  12:52:23

11         A.      It's not been prosed.  I did not have  12:52:23

12    time to put the scale bar on that image.            12:52:28

13         Q.      Okay.  So if we look at Exhibit 21,    12:52:33

14    the particle on Exhibit 20 -- first of all, the     12:52:37

15    field of view for Exhibit 19 and Exhibit 21 is the  12:52:41

16    same field of view, correct?                        12:52:44

17         A.      This are two different sample.         12:52:47

18         Q.      Not my question.  I understand they    12:52:50

19    are two different samples.                          12:52:52

20         A.      The same field of view, same          12:52:53

21    objective.                                          12:52:56

22         Q.      Okay.  So if we were to superimpose    12:52:56

23    the micrometer from Exhibit 21 on to Exhibit 19,    12:52:59

24    that would be a fair thing to do?                   12:53:06

SHU-CHUN SU, PhD

Page 107

```
 1          A.      Correct.                            12:53:09

 2          Q.      Exhibit 19 is an image of a         12:53:10

 3     chrysotile fiber, correct?                       12:53:14

 4          A.      Correct.                            12:53:16

 5          Q.      Exhibit 19, this one.  Okay?        12:53:17

 6     Exhibit 21 is an image of fibrous talc?          12:53:21

 7          A.      Correct.                            12:53:25

 8          Q.      How close in size are these two     12:53:26

 9     fibers?                                          12:53:34

10          A.      I think they are close.            12:53:36

11          Q.      They appear to be close, don't they?  12:53:38

12          A.      They are.                          12:53:40

13          Q.      One of your criticisms of Dr. Longo's  12:53:44

14     work that chrysotile fibers in fact don't occur at  12:53:47

15     the same size.                                   12:53:51

16          A.      No.  If you look the one, the 19 --  12:53:55

17     can you put 19?                                  12:53:59

18          Q.      Yes, sir.                          12:54:00

19          A.      You see, this structure is larger  12:54:04

20     than the talc particle.                          12:54:09

21          Q.      Sure.  They are not exact matches.  12:54:13

22     But they are close in size, are they not?        12:54:16

23          A.      You see, if you -- I think the best  12:54:19

24     example is the USP study.  They have two particle  12:54:25
```

SHU-CHUN SU, PhD

Page 108

1    distribution of the talc versus the chrysotile        12:54:33

2    spiked in the talc sample.  It's two population.       12:54:38

3    However, the peak of the talc, the particle size is    12:54:44

4    smaller than the chrysotile average size.  However,    12:54:53

5    the two curve is overlap, which means there are        12:55:00

6    chrysotile fiber similar or even smaller than this.    12:55:08

7    However, if you measure all the chrysotile in a        12:55:14

8    sample, you plot it, it's the particle size is         12:55:20

9    larger than the talc.                                  12:55:27

10              Also, I took some SEM image of the          12:55:31

11   spiked sample.  On the SEM, it's easier to find the    12:55:37

12   chrysotile compared on the optical microscope.         12:55:48

13        Q.    Is that the wet-sieved --                   12:55:55

14        A.    That label the wet sieve, about 400         12:56:04

15   mesh sieve, yeah.                                      12:56:08

16        Q.    Now, all of what we are talking             12:56:11

17   about, this work here with Exhibits 19, 20, and 21,    12:56:13

18   Exhibit 18 as well, as well as the files that you're   12:56:17

19   talking about with the wet-sieved chrysotile, all of   12:56:21

20   this was done the month after you issued your expert   12:56:25

21   report in the MDL case and the chemical arts case?     12:56:31

22        A.    Correct.  The MDL report was issued         12:56:41

23   on May the 21st.  The work I did is between 15th to    12:56:44

24   17th of June, the next month.                          12:56:53

SHU-CHUN SU, PhD

Page 109

| | | |
|---|---|---|
| 1 | Q. I want to continue kind of | 12:57:53 |
| 2 | identifying various things that you took pictures | 12:57:55 |
| 3 | of. | 12:57:58 |
| 4 | Exhibit 22 is an image what is | 12:57:58 |
| 5 | purported to be this SG-210 chrysotile in 1.560 | 12:58:03 |
| 6 | refractive index liquid, correct? | 12:58:09 |
| 7 | A. Correct. | 12:58:13 |
| 8 | (Exhibit 22 3183377 with SG210 chrysotile in | 12:58:13 |
| 9 | 1.560 alpha marked for identification.) | 12:58:14 |
| 10 | Q. Okay. And again it is your position | 12:58:14 |
| 11 | or your understanding that what you you've taken a | 12:58:21 |
| 12 | photo of is the Valadez talc sample spiked with | 12:58:25 |
| 13 | SG-210? | 12:58:29 |
| 14 | A. Correct. | 12:58:31 |
| 15 | Q. What percentage by weight, if you | 12:58:31 |
| 16 | know, SG-210 was spiked into the sample? | 12:58:35 |
| 17 | A. I believe it's 1 percent or | 12:58:39 |
| 18 | .1 percent, either it's 1 percent or .1 percent. | 12:58:43 |
| 19 | Q. There is a big difference between | 12:58:48 |
| 20 | those two. | 12:58:49 |
| 21 | A. That's right. | 12:58:50 |
| 22 | Q. You don't know? | 12:58:51 |
| 23 | A. I don't remember. I believe it's | 12:58:55 |
| 24 | 1 percent. | 12:58:59 |

SHU-CHUN SU, PhD

Page 110

| | | |
|---|---|---|
| 1 | (Exhibit 23 3183377 With SG210 Chrysotile in | 12:58:59 |
| 2 | 1.560 Gamma marked for identification.) | 12:59:01 |
| 3 | Q.      Exhibit 23 is that same sample but | 12:59:01 |
| 4 | this time 1.560 refractive index fluid, correct? | 12:59:09 |
| 5 | A.      Correct. | 12:59:15 |
| 6 | Q.      So here is where I am going to ask | 12:59:16 |
| 7 | questions about the PLM process that maybe I don't | 12:59:19 |
| 8 | understand fully.  Exhibit 19 is the SG-210 and | 12:59:22 |
| 9 | 1.550 RI fluid? | 12:59:36 |
| 10 | A.      Yes. | 12:59:39 |
| 11 | Q.      Exhibit 23 is -- | 12:59:40 |
| 12 | A.      560. | 12:59:42 |
| 13 | Q.      I hate to be parental about this, but | 12:59:50 |
| 14 | you have to let me finish the question. | 12:59:53 |
| 15 | A.      Sorry. | 12:59:55 |
| 16 | Q.      Exhibit 19 and Exhibit 23, they are | 13:00:00 |
| 17 | not the same fiber, right? | 13:00:04 |
| 18 | A.      No. | 13:00:07 |
| 19 | Q.      Right.  I thought so.  I just wanted | 13:00:08 |
| 20 | to make sure.  Okay. | 13:00:11 |
| 21 | Now, for Exhibit 23 and the 1.560, | 13:00:13 |
| 22 | again, it appears to be predominantly blue, but | 13:00:21 |
| 23 | there is little blue in the middle and then this | 13:00:26 |
| 24 | blade of yellowish on the outside and this little | 13:00:29 |

SHU-CHUN SU, PhD

Page 111

1    starburst pattern here on the central left side.          13:00:32

2    And then on the edges on the left side, we have a         13:00:37

3    line of red and then some lighter blue and some           13:00:40

4    darker blue even get a little bit of greenish up          13:00:43

5    here in the west, northwest of the structure.             13:00:48

6              What color do you identify this fiber           13:00:53

7    with for purposes of reference to the CSDS chart?         13:00:57

8         A.    Okay.  This photograph actually the           13:01:02

9    fiber is the horizontal section.  Okay.  They are         13:01:08

10   not continuous to this part.  This fiber I am             13:01:16

11   looking at, it's not as I said.  It is not                13:01:22

12   continuous to this end.                                   13:01:28

13        Q.    So because nobody is ever going to             13:01:31

14   know what you're pointing at on the written record,       13:01:33

15   you're saying the section to the right of the eye         13:01:39

16   starburst is the fiber you're evaluating?                 13:01:42

17        A.    That's correct.  And the color is             13:01:45

18   this deep blue I confirm that by Becke line.              13:01:49

19        Q.    That deep blue color on the southern           13:01:56

20   edge of the fiber is the color that you would             13:02:00

21   identify with that fiber?                                 13:02:02

22        A.    Correct.                                       13:02:04

23              MR. PLACITELLA:  Are you able to put           13:02:05

24   the cursor over that?                                     13:02:06

SHU-CHUN SU, PhD

Page 112

```
 1                    MR. BRALY:  It wouldn't show up on      13:02:09
 2      the record.                                           13:02:10
 3      BY MR. BRALY:                                         13:02:42
 4           Q.    So as you go from south to north in        13:02:44
 5      this middle, section, it goes from dark blue to       13:02:46
 6      light blue, to the top you get this greenish reddish  13:02:53
 7      menagerie?                                            13:02:57
 8           A.    Yes.                                       13:02:59
 9           Q.    Are you saying that you switched the       13:02:59
10      oculus to remove the central stop to evaluate the    13:03:04
11      Becke line?                                          13:03:08
12           A.    No.  The objective --                     13:03:09
13           Q.    The objective.  I'm sorry.                 13:03:09
14                 (Reporter asks for clarification.)        13:03:09
15                 THE WITNESS:  The dispersion              13:03:16
16      staining, dispersion staining objective.             13:03:18
17           Q.    And by doing that, you could evaluate      13:03:35
18      the Becke line?                                       13:03:39
19           A.    Correct.                                   13:03:42
20           Q.    And in evaluating the Becke line, am       13:03:42
21      I correct that you bring the image slightly out of    13:03:48
22      focus to evaluate the border between the fiber and    13:03:52
23      the fluid?                                            13:03:56
24           A.    No.  The Becke line you need to focus      13:03:57
```

SHU-CHUN SU, PhD

Page 113

| | | |
|---|---|---|
| 1 | on that.  You did not change the focus.  So when I | 13:04:00 |
| 2 | switch between the central stop dispersion staining | 13:04:05 |
| 3 | mode to the Becke line mode you don't change the | 13:04:11 |
| 4 | focus. | 13:04:18 |
| 5 | Q.     Isn't it a critique of using Becke | 13:04:19 |
| 6 | lines to evaluate refractive index that it is not as | 13:04:22 |
| 7 | suitable for smaller particles as it is for larger | 13:04:26 |
| 8 | particles? | 13:04:30 |
| 9 | A.     It depends.  When it's not suitable | 13:04:31 |
| 10 | is you cannot determine the movement of the Becke | 13:04:38 |
| 11 | line or to distinguish the Becke line -- see, the | 13:04:44 |
| 12 | Becke line, when the particle and the liquid, when | 13:04:54 |
| 13 | they are very close, then the Becke line dispersed. | 13:05:00 |
| 14 | So there is a Becke line inside the structure and | 13:05:07 |
| 15 | also there is a Becke line dispersed Becke line | 13:05:14 |
| 16 | outside the structure in the liquid.  That is how | 13:05:17 |
| 17 | you used to determine the match which Dr. Bloss book | 13:05:26 |
| 18 | has a famous chart, Becke line chart which people | 13:05:36 |
| 19 | used to determine a match or dis-match, mismatch. | 13:05:41 |
| 20 | Q.     Does this image capture the entire | 13:06:03 |
| 21 | field of view that was being observed through the | 13:06:06 |
| 22 | microscope? | 13:06:09 |
| 23 | A.     Correct.  Every image in our database | 13:06:09 |
| 24 | in the raw data we sent to you, they are the full | 13:06:15 |

SHU-CHUN SU, PhD

Page 114

1    image.  That's the only way to catch it.                13:06:19

2         Q.      You do understand that you can take a      13:06:24

3    digital image capture of what's being seen through a    13:06:27

4    microscope with less than the full field of view,       13:06:31

5    correct?  You understand that's a possibility?          13:06:36

6         A.      There might be possibility.  However,      13:06:42

7    the software come with this like a microscope.  I       13:06:46

8    forgot the name of the software name.  Star Wars        13:06:53

9    era.  Anyway, it come with the system, the monitor,     13:06:59

10   the software image software and the microscope.         13:07:02

11   There is one complete system.  So when you click the    13:07:08

12   capture image, it capture.                              13:07:14

13             I don't know if they have a function,         13:07:17

14   for example, the cropped image or not.  However,        13:07:23

15   when we do this analysis for each field of view we      13:07:29

16   examine, we just click the capture.  So it capture      13:07:36

17   the whole image on the screen.                          13:07:41

18        Q.      Okay.  So one of the criticisms that       13:07:43

19   you raised -- and we are going to look at it             13:07:49

20   later -- had to do with the size of the field of        13:07:51

21   view for some of Dr. Longo's work?                       13:07:53

22        A.      Yeah, correct.                             13:07:56

23        Q.      Point in fact is, you don't know if        13:07:57

24   that image was capturing the entire field of view or    13:08:00

SHU-CHUN SU, PhD

Page 115

1      if it was a cropped image from what was being          13:08:04

2      displayed on the monitor, correct?                     13:08:07

3              A.      I don't know.  However, in software     13:08:10

4      they used to capture the digital image, usually        13:08:17

5      there is no cropping.  There is no cropping.           13:08:26

6              Q.      I appreciate what you're saying --      13:08:34

7              A.      Another important -- let me finish.     13:08:36

8              Q.      Sure.                                   13:08:38

9              A.      Another important too is the particle   13:08:39

10     size in the image, which is provided another           13:08:43

11     criteria to say is this a full field of view image     13:08:50

12     or as a cropped image or part of the image.  Because   13:08:58

13     the particle size on the two images, they are not      13:09:05

14     the same.                                              13:09:11

15             Q.      So I appreciate what you're saying      13:09:13

16     about whatever default function for capturing images   13:09:19

17     are.  You actually are unaware if you're able to       13:09:24

18     crop an image in the software provided with these      13:09:29

19     microscopes or not as you sit here today, right?       13:09:32

20             A.      No, I don't.  I'm not.                  13:09:36

21             Q.      You took photos of ten different       13:10:02

22     particles in a folder with the same number, 3183377,   13:10:05

23     but this one was called with M12001.                   13:10:17

24             A.      Is that under screen?                   13:10:24

SHU-CHUN SU, PhD

Page 116

1          Q.      It's not.  I will drag it over.  It's      13:10:25

2     a folder.  These are the folders that you provided.    13:10:31

3          A.      Okay.                                       13:10:39

4          Q.      Okay?  It's a folder called 38 --          13:10:39

5     3183377 with M12001.1.550 and then another folder       13:10:51

6     1.560.                                                  13:11:00

7          A.      Yes.                                        13:11:03

8          Q.      In the 1.550 you have ten different        13:11:03

9     particles in alpha and in gamma?                        13:11:07

10         A.      Correct.                                    13:11:10

11         Q.      And the 1.560 folder you have five         13:11:10

12    different particles in alpha and in gamma?              13:11:14

13         A.      Correct.                                    13:11:21

14         Q.      What is the M12001?  What is that?         13:11:21

15         A.      It is the Coalinga chrysotile from         13:11:25

16    the RTI.  It's a California Calidria chrysotile.        13:11:33

17    M12001 indicate it is proficient testing code.  So     13:11:45

18    the M represent a PLM.  One indicate that the first    13:11:55

19    one in that year NVLAP issued two proficient testing   13:12:05

20    every year.  One is in the first half of the year.     13:12:14

21    Two being the second half of the year.  Then 2001,     13:12:20

22    which means that's the year of the test.  So M12001    13:12:26

23    meant it is the first proficient testing conducted     13:12:35

24    by NVLAP in the year 2001.  It is a first time or      13:12:42

SHU-CHUN SU, PhD

Page 117

| | | |
|---|---|---|
| 1 | the last time NVLAP use a Calidria chrysotile for | 13:12:51 |
| 2 | the test. | 13:12:59 |
| 3 | Q. So the folder with the M12001 is | 13:12:59 |
| 4 | another -- is it your testimony that that is another | 13:13:06 |
| 5 | batch of California chrysotile or Calidria? | 13:13:09 |
| 6 | A. Correct. | 13:13:14 |
| 7 | Q. Okay. And again, this was something | 13:13:20 |
| 8 | that you didn't analyze until after you had already | 13:13:31 |
| 9 | issued your expert report in this case? | 13:13:34 |
| 10 | A. Correct. | 13:13:37 |
| 11 | MR. BRALY: I am going to mark as | 13:13:53 |
| 12 | Exhibit 24, 25 and 26. 24 is going to be titled | 13:13:55 |
| 13 | Particle 1, M2000 -- M -- yeah, M2001, 1.250 gamma. | 13:14:00 |
| 14 | Exhibit 25 is going to be Particle 2. And | 13:14:19 |
| 15 | Exhibit 26 is going to be Particle 3. There are 10 | 13:14:20 |
| 16 | particles, but we are going to look at these as | 13:14:24 |
| 17 | representative. | 13:14:26 |
| 18 | (Exhibit 24 Particle 1 M2001 1.250 Gamma | 13:14:12 |
| 19 | marked for identification.) | 13:14:27 |
| 20 | (Exhibit 25 Particle 2 M2001 1.250 Gamma | 13:14:19 |
| 21 | marked for identification.) | 13:14:28 |
| 22 | (Exhibit 26 Particle 3 M2001 1.250 Gamma | 13:14:21 |
| 23 | marked for identification.) | 13:14:34 |
| 24 | Q. Sir, in Exhibit 24, what are you | 13:14:34 |

Page 118

```
 1      identifying here with that arrow?                13:14:48

 2            A.      Yeah.   This is the Coalinga        13:14:51

 3      chrysotile from California, Union Carbide's.      13:14:56

 4            Q.      Is this entire sample Calidria?     13:15:01

 5            A.      Yes.                                 13:15:10

 6            Q.      So there's no talc to your knowledge 13:15:12

 7      in this sample?                                   13:15:16

 8            A.      Now I remember.  This is the Coalinga 13:15:22

 9      chrysotile-spiked talc, Chinese talc.  It's not pure 13:15:29

10      Coalinga chrysotile.  It's a spiked sample.       13:15:39

11            Q.      I'm confused about this because you  13:15:58

12      have a whole other folder structure that you      13:16:01

13      produced called Chinese Talc Milled With 1866     13:16:04

14      Chrysotile and then you have another folder entirely 13:16:09

15      called Chinese Talc Milled with SG-210 Chrysotile. 13:16:12

16      That's not what this folder is.                   13:16:17

17            A.      But this folder is not SG-210.  It is 13:16:21

18      the RTI, the Coalinga chrysotile.  It's two Calidria 13:16:25

19      chrysotile.                                       13:16:34

20            Q.      Yes, but what I am saying the folders 13:16:35

21      that you gave me were not identified as this being a 13:16:37

22      spiked sample.                                    13:16:40

23            A.      That probably they did not indicate  13:16:42

24      in the file name.  However, that a two spiked      13:16:47
```

SHU-CHUN SU, PhD

Page 119

1    sample.                                              13:16:52

2              MR. HYNES:  I will note for the           13:16:52

3    record that the folder from which this originated is 13:16:54

4    3183377 with M12001 1.550.  I think Dr. Su's        13:16:56

5    testimony previously is that 3183377 is the         13:17:09

6    designation for that Valadez Chinese source.        13:17:27

7              THE WITNESS:  Yeah, that file name        13:17:31

8    reflect it is NVLAP chrysotile-spiked Valadez talc  13:17:33

9    powder.  Let me make it clear.                      13:17:47

10   BY MR. BRALY:                                        13:17:53

11        Q.    Until you told me that, how was I to     13:17:53

12   know that 3183377 was a reference to the Valadez    13:17:57

13   talc sample that had been spiked?                   13:18:03

14        A.    See, the number I believe -- you        13:18:07

15   should be able to find that in one of Dr. Longo's   13:18:12

16   report.  Yes, the numerical code.                   13:18:18

17        Q.    Okay.                                     13:18:24

18        A.    So when he sent that chrysotile,        13:18:25

19   Calidria chrysotile to Dr. Gunter, I believe it is  13:18:33

20   with that number.  That's why they continue -- yeah, 13:18:42

21   I saw something in a document they received a sample 13:18:47

22   with that number on.                                13:18:54

23        Q.    In what you produced to me I don't      13:18:55

24   know what 3183377 is.  There is no indication in    13:18:58

SHU-CHUN SU, PhD

Page 120

1    this file name in any sense of what this is.          13:19:03

2          A.     It is a Valadez sample.                  13:19:06

3          Q.     Okay.  Well, I know that now.  I          13:19:09

4    appreciate it.                                         13:19:10

5          A.     Okay.                                     13:19:13

6          Q.     What is Exhibit 24?  What are we          13:19:13

7    looking at here in the middle of the screen with       13:19:16

8    that arrow on it?                                      13:19:18

9          A.     That is a chrysotile, gamma              13:19:22

10   direction.                                             13:19:26

11         Q.     Is that a fiber?                          13:19:36

12         A.     It is rather dark.  It is the fiber.     13:19:46

13   I think there is a same picture of this fiber in the   13:19:53

14   alpha direction.  I believe the alpha direction        13:20:01

15   should be clearer.  If you find a particle 1 alpha,    13:20:04

16   can you show that image?                               13:20:13

17         Q.     I can.  I will need to mark it as a       13:20:15

18   new exhibit.  Give me a second.                        13:20:18

19         A.     For each particle, we took a gamma        13:20:20

20   and alpha.                                             13:20:24

21         Q.     So this will be Exhibit 27, which is      13:20:28

22   particle 1 in the alpha direction.                     13:20:31

23         (Exhibit 27 Particle 1 M2001 1.550 CSDS          13:20:34

24   Alpha marked for identification.)                      13:20:38

SHU-CHUN SU, PhD

```
                                                      Page 121

 1           A.      Yeah.  That's very clear.  Can you      13:20:38

 2    see the fiber?                                         13:20:41

 3           Q.      No.                                     13:20:42

 4           A.      Do you want me to find it out?          13:20:45

 5           Q.      Sure.                                   13:20:47

 6           A.      That I remember.  In the alpha          13:20:50

 7    direction, it's more clearer.  You see?  From here,    13:20:52

 8    up here.                                               13:21:00

 9           Q.      Okay.  It's like a blue streak that's   13:21:00

10    running just to the left of that bright light blue     13:21:05

11    blob?                                                  13:21:10

12           A.      Correct.                                13:21:11

13           Q.      All right.  So oriented in the gamma    13:21:12

14    direction in Exhibit 24, you realize that the arrow    13:21:33

15    isn't pointing to the -- what you had previously       13:21:36

16    been indicating?                                       13:21:40

17           A.      If you look very carefully, it's        13:21:42

18    pointed to the end of the fiber.                       13:21:46

19           Q.      Okay.                                   13:21:49

20           A.      Yeah.                                   13:21:50

21           Q.      What color are you associating with     13:21:51

22    that fiber for purposes of this CSDS chart?            13:21:54

23           A.      Magenta.                                13:22:02

24           Q.      That's Exhibit 24.  Okay.               13:22:09
```

SHU-CHUN SU, PhD

Page 122

| | | |
|---|---|---|
| 1 | Exhibit 25 is particle 2 still in | 13:22:33 |
| 2 | 1.550 refractive index oil? | 13:22:39 |
| 3 | A.    Correct. | 13:22:44 |
| 4 | Q.    From that same series of the 2001 | 13:22:44 |
| 5 | NVLAP Coalinga chrysotile? | 13:22:48 |
| 6 | A.    Correct. | 13:22:52 |
| 7 | Q.    What color are you identifying with | 13:22:52 |
| 8 | what you identified here? | 13:22:55 |
| 9 | A.    Red purple. | 13:22:57 |
| 10 | Q.    Red purple, okay.  Exhibit 26 is | 13:23:06 |
| 11 | particle 3 from that same grouping which is not on | 13:23:16 |
| 12 | your screen.  There it is.  Is the fiber that is | 13:23:20 |
| 13 | curved structure that kind of wraps around the | 13:23:34 |
| 14 | clamshell of the larger structure in the center of | 13:23:39 |
| 15 | that screen? | 13:23:42 |
| 16 | A.    It looks to.  However, can you show | 13:23:43 |
| 17 | the alpha image of the same particle.  Particle 3 | 13:23:47 |
| 18 | alpha. | 13:23:52 |
| 19 | Q.    Give me a second to rename it. | 13:23:54 |
| 20 | (Exhibit 28 Particle 3 M2001 1.550 CSDS | 13:24:08 |
| 21 | Alpha marked for identification.) | 13:24:08 |
| 22 | Q.    Exhibit 28 will be particle 3 alpha. | 13:24:09 |
| 23 | A.    That's right.  Usually the alpha | 13:24:15 |
| 24 | direction is the clearer.  You can see a fibrous | 13:24:18 |

SHU-CHUN SU, PhD

Page 123

| 1 | structure in the middle. | 13:24:25 |
| 2 | Q.    That's kind of -- for Exhibit 28 it | 13:24:27 |
| 3 | is running the left edge of that center mass | 13:24:32 |
| 4 | structure? | 13:24:35 |
| 5 | A.    Mm-hmm. | 13:24:36 |
| 6 | Q.    Is that right? | 13:24:36 |
| 7 | A.    Correct. | 13:24:37 |
| 8 | Q.    Okay.  Going back to Exhibit 26, is | 13:24:37 |
| 9 | it again are we talking about this line that runs in | 13:24:42 |
| 10 | the outside of this larger mass structure? | 13:24:49 |
| 11 | A.    Yeah, that's the same structure. | 13:24:51 |
| 12 | However, we are looking at the horizontal one. | 13:24:54 |
| 13 | Q.    Very true, yes. | 13:24:57 |
| 14 | A.    Horizontal part. | 13:24:59 |
| 15 | Q.    What color do you identify with this | 13:25:00 |
| 16 | structure for purposes of the CSDS chart? | 13:25:04 |
| 17 | A.    Red purple. | 13:25:08 |
| 18 | Q.    Red purple.  Let me kind of jump | 13:25:11 |
| 19 | around with you just a little bit and then we will | 13:26:06 |
| 20 | probably get to a point where we can take a break, | 13:26:09 |
| 21 | okay? | 13:26:11 |
| 22 | A.    Okay. | 13:26:11 |
| 23 | Q.    What type of illumination bulb were | 13:26:12 |
| 24 | you using when you took these images in June? | 13:26:23 |

SHU-CHUN SU, PhD

Page 124

1          A.      It is LED light source.                13:26:25

2          Q.      What color temperature was the white   13:26:30

3     light in that bulb?                                 13:26:33

4          A.      I did not measure that, but I switch    13:26:36

5     in the daylight filter, the building in the         13:26:39

6     microscope.  That daylight filter is specifically   13:26:46

7     designed for that light source to make it the       13:26:51

8     daylight color temperature.                         13:26:56

9          Q.      That's built in to the microscope you  13:26:58

10    were using?                                         13:27:00

11         A.      Yes.                                    13:27:02

12         Q.      Remind me.  What were as the           13:27:02

13    microscope you were using?                          13:27:04

14         A.      It's Leica DM2700 P, the model          13:27:06

15    number.                                             13:27:12

16         Q.      You said that's the same microscope    13:27:12

17    that Bill Longo's lab uses.                         13:27:15

18         A.      Correct.                                13:27:18

19         Q.      You have no concerns about using an    13:27:19

20    LED bulb even though you don't know the color       13:27:21

21    temperature of the light coming out of it?          13:27:25

22         A.      Because the daylight filter will        13:27:27

23    correct that.                                       13:27:31

24         Q.      Okay.  And that's a standard feature   13:27:32

SHU-CHUN SU, PhD

Page 125

1   on that microscope?                                  13:27:34

2         A.      That's right.  That is the            13:27:34

3   top-of-line microscope.                              13:27:37

4         Q.      Nice microscope.  You do recognize     13:27:38

5   that there are different color temperatures of white  13:27:43

6   light, correct?                                       13:27:46

7         A.      Oh, yes.  I do.                          13:27:46

8         Q.      You can have a higher color            13:27:49

9   temperature which is going to be hued a little bit    13:27:51

10  more yellowish; you can have a colder-color          13:27:55

11  temperature which is going to be more bluish,         13:27:59

12  correct?                                              13:28:02

13        A.      Correct.                                13:28:02

14        Q.      And it all falls in the range of       13:28:02

15  white light, correct?                                 13:28:06

16        A.      No.  The white light is daylight.      13:28:07

17        Q.      Forgive me for that.  Yes.             13:28:13

18  Incandescent bulbs, tungsten bulbs, LED illumination  13:28:19

19  sources, they can all have different temperature of   13:28:25

20  white, right?                                         13:28:26

21        A.      Different color temperature.           13:28:27

22        Q.      Microscopes have software and filters  13:28:31

23  built into them to correct for this, correct?        13:28:35

24        A.      As far as I know, Leica is the only    13:28:38

SHU-CHUN SU, PhD

Page 126

1    model I saw; for example, the Olympus BH-2 model,    13:28:43

2    which many asbestos lab used in the past.  Now,    13:28:53

3    later on, Olympus put out a more advanced model    13:28:59

4    which cost a lot more expensive than the BH-51, BH-4    13:29:04

5    series, BH-5 series, even have a BH-6 series.  Then    13:29:13

6    those Olympus are very well built.  It will have a    13:29:20

7    complete system, a custom design daylight filter    13:29:25

8    with the light source.  Same as the Leica.    13:29:34

9          Q.    If there is no daylight filter, say,    13:29:44

10    in an older Olympus microscope like you're talking    13:29:47

11    about, are there software adjustments to account for    13:29:51

12    white balancing images?    13:29:58

13          A.    Not I'm aware of, because BH-2    13:30:01

14    microscope does not come with a digital camera and    13:30:07

15    the image software.  But the Leica did -- does.    13:30:14

16          Q.    So I don't have instance recall of    13:30:19

17    every microscope that MAS has ever used.  Is the    13:30:24

18    Olympus BH-2 the one you were aware of them ever    13:30:28

19    using?    13:30:33

20          A.    I don't recall when I did the    13:30:34

21    on-site, but most likely in a year that was 2006    13:30:37

22    they are more likely to have the Olympus BH-2.  As I    13:30:45

23    said, Olympus BH-2 and the Nikon H4, these two    13:30:50

24    models are the working horse for asbestos lab.  They    13:31:01

SHU-CHUN SU, PhD

Page 127

1    are using either Olympus or Nikon.                13:31:05

2              A few lab use a very cheap              13:31:09

3    microscope, Meiji, M-e-i-j-i.  That is a model, but  13:31:15

4    that microscope really is too poor builded [sic].  13:31:23

5         Q.     Okay.  To answer my question, you    13:31:28

6    don't know if MAS ever used the Olympus BH-2, but  13:31:30

7    you think if they did it would have been back in  13:31:34

8    2006?                                             13:31:37

9         A.     Correct.                             13:31:39

10         Q.     Okay.  Since MAS began doing         13:31:39

11    polarized light microscopy with cosmetic talc, do  13:31:43

12    you know if they've used microscopes other than the  13:31:50

13    Leica?                                           13:31:52

14         A.     No, I don't.                         13:31:53

15         Q.     You don't know?                      13:31:55

16         A.     Okay.  But I know this Leica         13:31:56

17    microscope, I think they start using that two years  13:31:58

18    ago.  Because if you looked at report, prior to   13:32:05

19    that, the image looks so yellowish-brownish and the  13:32:11

20    color temperature is skewed to the warm, to the   13:32:18

21    yellow-red.  Now, suddenly the image become well  13:32:22

22    white balanced, then which means is the Leica     13:32:30

23    microscope.                                       13:32:37

24         Q.     Before we take our break, I want to   13:32:37

SHU-CHUN SU, PhD

Page 128

| | | |
|---|---|---|
| 1 | ask you a couple questions about that. | 13:32:39 |
| 2 | This process of central stop | 13:32:42 |
| 3 | dispersion staining is a process, right? | 13:32:49 |
| 4 | A.    It is a technique for measuring refer | 13:32:53 |
| 5 | refract index. | 13:32:58 |
| 6 | Q.    Right.  It's a method.  It's a way of | 13:33:00 |
| 7 | doing something? | 13:33:02 |
| 8 | A.    Correct. | 13:33:03 |
| 9 | Q.    The method can be followed up to a | 13:33:03 |
| 10 | point to where it becomes the discretion of an | 13:33:08 |
| 11 | analyst in either how the image is prepared or how | 13:33:13 |
| 12 | they're interpreting it, correct? | 13:33:18 |
| 13 | MR. HYNES:  Form, vague, overbroad. | 13:33:20 |
| 14 | You can answer. | 13:33:23 |
| 15 | A.    I will say the key factor using | 13:33:24 |
| 16 | correctly use the dispersion staining technique to | 13:33:34 |
| 17 | measure refract index starting with the calibration | 13:33:38 |
| 18 | of the dispersion staining color, which I discussed | 13:33:45 |
| 19 | in detail in a paper couple years ago.  I have the | 13:33:50 |
| 20 | whole step-wise procedure, like SOP, plus all the | 13:33:58 |
| 21 | tools which means all the conversion tables to use. | 13:34:04 |
| 22 | Q.    Correct.  So if you follow those | 13:34:10 |
| 23 | steps and you get to a point where you're dealing | 13:34:12 |
| 24 | with the discretion of the analyst, right, you will | 13:34:16 |

SHU-CHUN SU, PhD

Page 129

1     get to a point where the analyst has to make an        13:34:20

2     interpretation of what they are seeing, correct?       13:34:22

3                 MR. HYNES:   Overbroad.                    13:34:25

4          A.     Yes.                                       13:34:29

5          Q.     Just like you made an interpretation       13:34:29

6     of the exhibits that we just looked at about the       13:34:31

7     colors associated with them, correct?                  13:34:33

8          A.     Correct.                                   13:34:35

9          Q.     If you follow the steps up to the          13:34:37

10     point where you're making a subjective                13:34:40

11     interpretation of the colors that you're evaluating,  13:34:44

12     then it is reasonable that scientists may disagree    13:34:49

13     about the interpretation, correct?                    13:34:53

14                 MR. HYNES:   Incomplete hypothetical,     13:34:56

15     overbroad.                                            13:34:58

16          A.     No.                                       13:34:59

17          Q.     Reasonable scientists can't disagree      13:35:00

18     on those things?                                      13:35:03

19          A.     You have to check Becke line.  You        13:35:04

20     see, when you make that decision, you need to check   13:35:10

21     image with Becke line.  If you did that and your      13:35:17

22     system is well calibrated, then you will get the      13:35:23

23     correct results.  If you only look at the dispersion  13:35:29

24     staining image without checking with the Becke line,  13:35:37

SHU-CHUN SU, PhD

Page 130

1    you may not.                                          13:35:43

2          Q.      Okay.   In this grouping of -- in your  13:35:44

3    authorship, in your peer-reviewed publications, is   13:35:55

4    there a paper you can think of that you've authored   13:35:59

5    that outlines the requirement to confirm your CSDS    13:36:03

6    image against the Becke line to ensure that you're    13:36:13

7    not reading a reflection or some other distortion?    13:36:18

8          A.      Beside my paper?                        13:36:24

9          Q.      No.   I am asking which papers say      13:36:25

10   that.                                                 13:36:28

11         A.      My papers say that.                     13:36:29

12         Q.      You have a lot of papers.               13:36:30

13         A.      Yes.                                     13:36:32

14         Q.      I am wondering if you can be more       13:36:32

15   specific.                                             13:36:34

16         A.      I think my 2022, 2023 paper.   There    13:36:36

17   are two papers about it.                              13:36:43

18         Q.      So it is your opinion that if you       13:36:45

19   don't cross-reference your CSDS analysis with a       13:36:48

20   review of the Becke line, that you're not following   13:36:53

21   the procedure that's been referred to as the Su       13:36:57

22   Method?                                               13:37:08

23         A.      I think if you are trained              13:37:08

24   microscopist in polarized light microscopy and you   13:37:16

SHU-CHUN SU, PhD

Page 131

| | | |
|---|---|---|
| 1 | understand the principle behind refract index | 13:37:21 |
| 2 | determination using Becke line or the dispersion | 13:37:28 |
| 3 | staining, you should automatically know you need to | 13:37:33 |
| 4 | check with another method if you're in doubt.  It | 13:37:40 |
| 5 | should become automatically.  However, if an analyst | 13:37:51 |
| 6 | is not trained in this sense, he might not, that is | 13:37:58 |
| 7 | the purpose of my paper.  I thought you should. | 13:38:04 |
| 8 | However, if you don't, now here is my paper to help | 13:38:11 |
| 9 | you. | 13:38:17 |
| 10 | MR. BRALY:  Do you want to take a | 13:38:20 |
| 11 | break? | 13:38:21 |
| 12 | MR. HYNES:  Sure. | 13:38:22 |
| 13 | (A break was taken.) | 13:47:03 |
| 14 | BY MR. BRALY: | 13:49:29 |
| 15 | Q.     I wanted to start just by asking you | 13:49:29 |
| 16 | about something that I was asking you right before | 13:49:37 |
| 17 | lunch, and that had to do with findings by other | 13:49:40 |
| 18 | laboratories, finding chrysotile in Johnson & | 13:49:43 |
| 19 | Johnson's products.  I specifically wanted to ask | 13:49:47 |
| 20 | you about McCrone. | 13:49:50 |
| 21 | Do you believe that the analysts at | 13:49:54 |
| 22 | McCrone generally follow a sound methodology for | 13:49:59 |
| 23 | identifying asbestos in things like talc? | 13:50:02 |
| 24 | A.     I do. | 13:50:05 |

SHU-CHUN SU, PhD

                                                              Page 132

 1          Q.      To the extent that McCrone reported        13:50:09

 2   finding chrysotile in Johnson & Johnson's Baby           13:50:12

 3   Powder, by reputation alone, you would tend to          13:50:20

 4   believe that they were accurate?                        13:50:25

 5              MR. HYNES:  Overbroad.  Calls for             13:50:27

 6   speculation.                                            13:50:29

 7          A.      I'm not aware -- McCrone has passed       13:50:29

 8   away quite a number of years ago, so since then, I      13:50:34

 9   think I retired on 2006.  I have almost no              13:50:42

10   connection with McCrone.                                13:50:52

11              But before my retirement, I                  13:50:55

12   periodically go to Inter/Micro, the meeting in          13:51:02

13   Chicago.  But after I retired, I think I only go to     13:51:05

14   some Johnson & Johnson conference, GSA conference       13:51:09

15   and SDM conference.  I believe I stop going to          13:51:16

16   Chicago for the Inter/Micro, which is good meeting,     13:51:23

17   but I don't feel I have to go.                          13:51:27

18          Q.      I guess what I am asking is, if          13:51:31

19   McCrone in the 1970s was finding detectible levels      13:51:33

20   of chrysotile in Johnson's Baby Powder, you would       13:51:38

21   have no reason to dispute McCrone's findings without    13:51:42

22   actually analyzing what it is that they looked at?      13:51:46

23              MR. HYNES:  Same objections.                 13:51:49

24              Go ahead.                                    13:51:50

SHU-CHUN SU, PhD

Page 133

| 1 | A.    In my view, of course I can neither | 13:51:52 |
| 2 | confirm or deny their results.  However, as a matter | 13:51:58 |
| 3 | of importance, I will look the sample myself. | 13:52:06 |
| 4 | Q.    I want to go through some of your | 13:52:11 |
| 5 | report criticisms.  And I think I want to go to -- I | 13:52:32 |
| 6 | want to start with just this section.  What I'm | 13:52:41 |
| 7 | looking at here is page 24 of the pdf of Exhibit 3. | 13:52:45 |
| 8 | It's page four of your PowerPoint presentation. | 13:52:51 |
| 9 | A.    Okay. | 13:52:55 |
| 10 | Q.    I will wait for you. | 13:52:56 |
| 11 | A.    Yes. | 13:53:02 |
| 12 | Q.    The image on the left, you use the | 13:53:03 |
| 13 | term "suppressed."  And on the right you use the | 13:53:08 |
| 14 | term "unsuppressed."  Do you see that? | 13:53:12 |
| 15 | A.    Yes. | 13:53:14 |
| 16 | Q.    Let's go through the basics.  The | 13:53:15 |
| 17 | basics are, you were not present when this image was | 13:53:19 |
| 18 | captured on the microscope, correct? | 13:53:22 |
| 19 | A.    Correct. | 13:53:24 |
| 20 | Q.    The analyst who was there said that | 13:53:25 |
| 21 | the light intensity was all the way up, correct? | 13:53:29 |
| 22 | A.    Correct. | 13:53:31 |
| 23 | Q.    The image on the right was brightened | 13:53:32 |
| 24 | through software, correct? | 13:53:38 |

SHU-CHUN SU, PhD

Page 134

| | | | |
|---|---|---|---|
| 1 | A. | Photoshop. | 13:53:40 |

2      Q.      Through Photoshop, okay.  And it is a   13:53:40

3      presumption of yours that because it could be   13:53:45

4      brightened through software, that the original image   13:53:48

5      lacked the full illumination intensity, correct?   13:53:55

6          A.      That was my conclusion.   13:53:59

7          Q.      But whether or not, in fact, the   13:54:01

8      fully illumination intensity available for that   13:54:04

9      microscope was being utilized is something that you   13:54:08

10     don't know?   13:54:11

11         A.      No, I don't.  That's the reason I   13:54:11

12     went to RJ Lee in Pittsburgh.  I want to confirm my   13:54:15

13     opinion.  And the work I did confirm this   13:54:22

14     comparison.   13:54:29

15         Q.      And that's something you did after   13:54:30

16     you issued the report in the MDL --   13:54:32

17         A.      Exactly, I want confirm through my   13:54:35

18     work.   13:54:38

19         Q.      I have to finish the question,   13:54:39

20     because it's the way all this works.   13:54:42

21         A.      Sorry.   13:54:45

22         Q.      You confirmed that after you authored   13:54:45

23     this report, correct?   13:54:48

24         A.      Correct.   13:54:50

SHU-CHUN SU, PhD

Page 135

```
 1              Q.      By the way, the report that you      13:54:51

 2     issued in the MDL and the report you issued in Kayme  13:54:53

 3     Clark's case, right?  There is only one report from   13:54:59

 4     May of this year?                                     13:55:02

 5              A.      Yeah, that's only report I issued.    13:55:03

 6              Q.      Just making sure.  Wouldn't be the    13:55:06

 7     first time I got halfway through a deposition and     13:55:08

 8     realize I was talking about the wrong report.         13:55:10

 9                      There is another example of this.     13:55:13

10     This is the next page, page 25 of the pdf.  It's      13:55:19

11     paginated five of your PowerPoint.                    13:55:24

12              A.      Correct.                              13:55:28

13              Q.      This is a sample from what's referred 13:55:28

14     to as the Klayman sample, K-l-a-y-m-a-n?              13:55:30

15              A.      Yes.                                  13:55:35

16              Q.      Same questions, you have no idea      13:55:35

17     about whether or not the images on the left what's    13:55:38

18     labeled as suppressed were or were not at their full  13:55:43

19     intensity on the microscope when those images were    13:55:48

20     captured, correct?                                    13:55:51

21              A.      I think there's two issues in this    13:55:52

22     statement.  I don't need to know the setting,         13:55:56

23     intensity setting, but for experienced analyst        13:56:04

24     simply by looking at the image you would know         13:56:13
```

SHU-CHUN SU, PhD

Page 136

```
1    whether illumination is correct or not.  Which is to    13:56:18

2    say, when I look the original image in MAS report,       13:56:27

3    like the first time the Gold Bond report Mickey sent     13:56:37

4    to me in 2022 review, so my first reaction when I        13:56:45

5    saw the image, I said, something wrong, because, you     13:56:53

6    see, many particle in the background they did not        13:56:59

7    show up.                                                 13:57:04

8                   If you are in fully illumination, the     13:57:07

9    light intensity is proper.  I call it normal            13:57:11

10   illumination.  You should be able to see all the        13:57:17

11   particles, the majority of particles in the field of    13:57:23

12   view.                                                    13:57:27

13                   Now, when you see an image on the        13:57:29

14   left, you're immediate reaction is the intensity of     13:57:31

15   the light used, this in is insufficient or I call it    13:57:39

16   suppressed.                                              13:57:48

17        Q.      Presume with me for a moment that the       13:57:53

18   intensity was as high as that particular model          13:57:59

19   microscope would allow it to go, assume that for me     13:58:02

20   for just a moment, okay?                                 13:58:07

21        A.      (No verbal response.)                       13:58:08

22        Q.      If true, what else were they to do in      13:58:09

23   capturing this image?                                    13:58:13

24        A.      You see, this Leica microscope are          13:58:15
```

SHU-CHUN SU, PhD

Page 137

```
 1    like the Olympus BH-2.  Olympus BH-2 has a slider on    13:58:20
 2    the right side of the base of the microscope, as a      13:58:29
 3    minimum and as maximum.  Simply by pulling that, you    13:58:35
 4    know you are low intensity, high intensity or           13:58:41
 5    medium.                                                 13:58:48
 6              But the Leica microscope is not               13:58:48
 7    designed like this way.  It has a wheel, not a          13:58:52
 8    slider.  The wheel has no stop.  It turn 360            13:58:58
 9    degrees.  It did not have a mark on the side of         13:59:07
10    intensity dial.  So you simply by looking at the        13:59:12
11    wheel, you don't know which setting you are.            13:59:21
12              What I'm saying, you don't know which         13:59:26
13    intensity, whether it is a full or half or minimum,     13:59:29
14    you don't know.  The only way you know is looking at    13:59:35
15    the -- through the tube, observing the image.  In       13:59:40
16    the meantime, you use your left hand to turn the        13:59:50
17    wheel.  Now you know whenever you think the             13:59:52
18    illumination is proper, you're stopped.                 14:00:00
19              So if you look at my Pittsburgh               14:00:07
20    folder, I think the first one for the Valadez baby      14:00:10
21    powder samples I took three images.  One is             14:00:17
22    suppressed.  Another is I consider as normal            14:00:23
23    illumination.  And the third is I adjust that until     14:00:29
24    I cannot increase the intensity anymore.  So I          14:00:35
```

SHU-CHUN SU, PhD

Page 138

1    labeled that image as a maximum intensity.  So I       14:00:41

2    have three images; suppressed, normal, and maximum.    14:00:47

3                The way with that microscope you           14:00:54

4    cannot tell from the intensity adjustment, unlike      14:00:58

5    BH-2 which you can.  You can only determine whether     14:01:04

6    the intensity is proper or under or over by looking     14:01:09

7    at image.                                               14:01:17

8         Q.     So I don't think you actually             14:01:19

9    answered my question, but there is a lot of good        14:01:28

10   information here.                                       14:01:31

11        A.     Okay.                                      14:01:32

12        Q.     I want to start with the point you         14:01:32

13   brought up about the illumination folder in the         14:01:36

14   materials that you provided.  There are -- and I        14:01:40

15   haven't marked them.  I haven't asked you about         14:01:44

16   them, but I have them here, photos of suppressed         14:01:45

17   normal and max.  I have seen those.                     14:01:49

18               Are those photos that were                 14:01:53

19   manipulated digitally or are those images that you     14:01:55

20   took from the Leica microscope?                         14:01:58

21        A.     Direct image from the microscope.          14:02:01

22        Q.     Okay.  That's an example that you did      14:02:04

23   with the Leica microscope?                              14:02:06

24        A.     Yes.                                        14:02:07

SHU-CHUN SU, PhD

Page 139

```
 1            Q.      Okay.  And there is a video.  I        14:02:08

 2    presume the video is of you doing that.              14:02:11

 3            A.      Yes.                                   14:02:14

 4            Q.      That's something that you did with    14:02:14

 5    Bryan Bandli and Matt Sanchez after your report in   14:02:17

 6    this case?                                            14:02:20

 7            A.      Yeah, with Matt.  Bryan, he was in    14:02:21

 8    Europe.  He was attending IMARC meeting.  Okay.  But 14:02:24

 9    he is online on Zoom.                                 14:02:29

10            Q.      The IMARC meeting, that's in Lyon,    14:02:32

11    France?                                               14:02:37

12            A.      Correct.                               14:02:37

13            Q.      He got to go to France while you're   14:02:37

14    hanging out in Pittsburgh?                            14:02:40

15            A.      Yes.                                   14:02:43

16            Q.      My question to you was, you're aware  14:02:44

17    that the analyst who did this imaging, Paul Hess,     14:02:53

18    said that the intensity was all the way up, all       14:02:56

19    right?  I want you to presume that it was.  What      14:03:00

20    else would he to do?  You follow what I'm saying?     14:03:04

21            A.      Yeah.                                  14:03:08

22            Q.      You know, you keep saying that this   14:03:09

23    was suppressed, but having not been there or          14:03:11

24    experienced that, it strikes me as something that     14:03:17
```

SHU-CHUN SU, PhD

Page 140

```
 1      you simply don't know.                          14:03:21

 2                  MR. HYNES:  Object to form.          14:03:24

 3          A.      As matter of fact, you see, I would  14:03:25

 4      love to go to his lab, show him on the microscope, 14:03:28

 5      okay, what is the fully illumination, what is    14:03:34

 6      suppressed, what is the normal.  The only way to 14:03:40

 7      communicate with him is by using his microscope with 14:03:44

 8      a sample on the stage.  Because that is the best way 14:03:51

 9      to explain that.  If I could, I would love to go. 14:03:56

10      Actually, I wouldn't mind even give him some      14:04:02

11      training to do the work better.  Okay.           14:04:08

12          Q.      Maybe at a different time.  I think   14:04:11

13      that ship has sailed now.                        14:04:17

14                  I wanted to ask.  I am looking now at 14:04:29

15      page 32 of the pdf, which is page 12 of your     14:04:41

16      PowerPoint.                                      14:04:47

17          A.      Okay.                                14:04:48

18          Q.      This is where we are talking about   14:04:50

19      the concept of total reflection.                 14:04:51

20          A.      Yes.                                 14:04:55

21          Q.      Your testimony here is that analyzing 14:04:56

22      the edge of a particle for the color is not      14:05:05

23      appropriate unless you confirm it through the Becke 14:05:11

24      line?                                            14:05:16
```

SHU-CHUN SU, PhD

Page 141

1        A.      Correct.                            14:05:16

2        Q.      I just want to make sure.  The Becke  14:05:17

3    line adjustment is to deal with this concept of   14:05:21

4    total reflection; is that right?                14:05:26

5        A.      It's the best way to recognize the   14:05:30

6    total reflection caused distortion to the central  14:05:36

7    stop dispersion staining color.  Whether the color  14:05:43

8    has been distorted due to the edge or boundary   14:05:48

9    effect can be determined by Becke line.          14:05:55

10       Q.      I want to ask you some follow-up     14:06:00

11   questions on this:                               14:06:02

12               The edge or boundary effect, it can  14:06:03

13   be -- it's a real thing, right?  It's something that  14:06:10

14   happens without distortion, correct?             14:06:13

15               MR. HYNES:  Vague, overbroad.        14:06:17

16       Q.      Let me ask a different question.  I'm  14:06:20

17   sorry.  Forget I asked that one.                 14:06:22

18               When we looked at images that you    14:06:23

19   took just a moment ago, that series of images    14:06:25

20   between 18, Exhibit 18 and I think 24 and 25, there  14:06:28

21   were examples of fibers that had different colors  14:06:34

22   around the edges, correct.                       14:06:40

23       A.      Correct.                             14:06:42

24       Q.      Right.  So and you had confirmed by  14:06:43

SHU-CHUN SU, PhD

Page 142

| | | |
|---|---|---|
| 1 | looking without the central stop at the Becke line | 14:06:47 |
| 2 | to confirm that this was not a result of this total | 14:06:53 |
| 3 | reflection phenomenon, correct? | 14:06:56 |
| 4 | MR. HYNES:  Objection, misstates | 14:06:59 |
| 5 | testimony. | 14:07:01 |
| 6 | A.      Could you say again? | 14:07:01 |
| 7 | Q.      Yes, I can. | 14:07:02 |
| 8 | A.      Okay. | 14:07:03 |
| 9 | Q.      When you identified an edge color or | 14:07:03 |
| 10 | a boundary distinction color, you confirmed that it | 14:07:07 |
| 11 | was not distortion by confirming through the Becke | 14:07:13 |
| 12 | lines that this was not part of this total | 14:07:18 |
| 13 | reflection distortion, correct? | 14:07:21 |
| 14 | MR. HYNES:  Form. | 14:07:22 |
| 15 | A.      Correct. | 14:07:23 |
| 16 | Q.      So it is completely valid that you | 14:07:24 |
| 17 | might have a fiber that has different colors in the | 14:07:27 |
| 18 | middle versus the edge, because of a legitimate edge | 14:07:31 |
| 19 | effect, correct? | 14:07:36 |
| 20 | MR. HYNES:  Vague, overbroad. | 14:07:37 |
| 21 | A.      I don't know whether the word | 14:07:41 |
| 22 | "legitimate" is appropriate because, for example, in | 14:07:44 |
| 23 | my graph, I show you if the boundary or the | 14:07:52 |
| 24 | interface between the liquid and the fiber, if that | 14:07:59 |

SHU-CHUN SU, PhD

Page 143

1       angle exceed or equal the critical angle which the        14:08:08

2       starting angle occur the total reflection if it          14:08:19

3       happen that angle meet that criteria, I think            14:08:26

4       another slide I calculate, for example, 83,              14:08:31

5       86 degrees, something like that.  Once that angle        14:08:34

6       reach the critical angle, then this wavelength will      14:08:40

7       be totally reflected.  It's not going to enter the       14:08:48

8       objective.  Therefore, the corresponding central         14:08:51

9       stop dispersion staining color is distorted.             14:08:58

10              Q.      I think all I'm trying to figure out     14:09:04

11      is can you have an edge effect, a boundary effect        14:09:06

12      like what we see on page 32 of Exhibit 3, that is        14:09:11

13      the result of distortion and can you also have a         14:09:17

14      boundary edge effect that is not the result of          14:09:21

15      distortion?                                              14:09:25

16              A.      Any so-called boundary effect will       14:09:28

17      always cause a distortion if the angle equal or         14:09:39

18      exceed the critical angle --                            14:09:46

19              Q.      I'm sorry for interrupting you.  But     14:09:50

20      if it doesn't exceed that critical angle --             14:09:52

21              A.      It will not cause that.                 14:09:54

22              Q.      But you will still have -- can you       14:09:56

23      still have a boundary edge effect that is not the       14:09:58

24      product of distortion?                                  14:10:01

SHU-CHUN SU, PhD

Page 144

```
 1          A.      Then there is no effect.  You see, if   14:10:09

 2     it does not reach the critical angle, the          14:10:12

 3     corresponding central stop dispersion staining color  14:10:20

 4     will not be altered so there is no effect on the     14:10:26

 5     color.                                               14:10:31

 6          Q.      So I'm sorry.  I'm sorry if I'm the    14:10:32

 7     one who is being dumb here.                          14:10:37

 8                  MR. PLACITELLA:  Don't apologize.  It   14:10:47

 9     happens a lot.                                       14:10:49

10                  THE WITNESS:  I wish I can present      14:10:50

11     some graphics I create after this report --         14:10:52

12     BY MR. BRALY:                                        14:10:57

13          Q.      I'm sorry for interrupting.  Let me    14:10:57

14     go back to Exhibit 19.  This was one of the images   14:10:59

15     that you took, right?                                14:11:03

16          A.      Correct.                                14:11:05

17          Q.      And there are different colors in      14:11:06

18     this fiber?                                          14:11:08

19          A.      Correct.                                14:11:09

20          Q.      There is goldish in the middle.        14:11:10

21     There is purple on the edges.  You can have          14:11:12

22     different colors around the edge that is not the     14:11:15

23     result of some kind of improper distortion?         14:11:18

24          A.      Correct.                                14:11:22
```

SHU-CHUN SU, PhD

Page 145

1    Q.    Okay.  But you believe -- going back    14:11:23

2    to Exhibit 3, page 32 -- that this image in the top    14:11:33

3    left, it is your opinion that this is the result of    14:11:39

4    some kind of reflective distortion?    14:11:43

5    A.    Yes.    14:11:46

6    Q.    And to correct for this, Mr. Hess or    14:11:48

7    whoever the analyst is should remove the central    14:11:54

8    stop and check the Becke line?    14:11:58

9    A.    Correct.    14:11:59

10    Q.    And what color Becke line should they    14:12:00

11    see?    14:12:03

12    A.    The Becke line, when you examine the    14:12:05

13    Becke line, first you look at the relief of the    14:12:09

14    particle.  If the liquid refract index is very close    14:12:16

15    to the particle, the relief is very, very low or    14:12:23

16    unnoticeable.  However, if the liquid is    14:12:32

17    significantly higher or lower than the object, than    14:12:36

18    the structure, the relief will be very clear.    14:12:42

19    So if, for example, this fiber, which    14:12:46

20    I think may be Paul Hess did, if he examined the    14:12:54

21    same particle in Becke line mode by switching off    14:13:00

22    the central stop, he should be able to see the    14:13:08

23    relief of the edge is very obvious.  However, the    14:13:15

24    center, it's merged with the liquid.  There is no    14:13:23

SHU-CHUN SU, PhD

Page 146

```
 1    little or no relief.                            14:13:29

 2         Q.      When I've seen Becke line images, I    14:13:31

 3    have seen them as halos of reddish or greenish.  Do  14:13:34

 4    you know what I am talking about here?            14:13:40

 5         A.      I know.                             14:13:41

 6         Q.      I would hope so.  Because I don't and 14:13:42

 7    you're Dr. Su.                                   14:13:49

 8              Is there a color that is associated     14:13:51

 9    like a halo when you view this kind of thing in a  14:13:55

10    Becke line mode and, if so, what should it be?    14:13:58

11              MR. HYNES:  Vague.                     14:14:03

12         A.      I think the best way to answer this  14:14:06

13    is if I could present a color bar for Becke line,  14:14:10

14    which nobody did until a couple months ago at the  14:14:19

15    DRIMMC institute.  Dr. Bow Lee, he create the first 14:14:26

16    set of the Becke line color chart.  McCrone did the 14:14:34

17    essentially stop dispersion standing chart.  Eric  14:14:43

18    Chatfield did the ISO chart.  None of them created a 14:14:48

19    Becke line chart.                               14:14:55

20              The first one I believe was done       14:14:59

21    couple months ago by Dr. Bow Lee.  He asked me to  14:15:02

22    review that.  I think that's a great job.  Will help 14:15:08

23    people to use the Becke line.                    14:15:11

24         Q.      Sure.                               14:15:13
```

SHU-CHUN SU, PhD

Page 147

| | | |
|---|---|---|
| 1 | A.        You see, if you have that chart, you | 14:15:14 |
| 2 | look at the color in the liquid and you look at the | 14:15:16 |
| 3 | color in the particle, you go to that chart, then | 14:15:22 |
| 4 | you get the matching wavelengths, like the ISO or | 14:15:27 |
| 5 | McCrone chart for central stop dispersion staining | 14:15:31 |
| 6 | color. | 14:15:36 |
| 7 | Q.        So I think we are talking about two | 14:15:41 |
| 8 | different things here for a second.  When you're | 14:15:43 |
| 9 | talking about using Becke lines in something like | 14:15:46 |
| 10 | this, it is simply to observe the relief between the | 14:15:49 |
| 11 | edge and the underlying immersion oil; is that | 14:15:52 |
| 12 | right? | 14:15:52 |
| 13 | A.        Right. | 14:15:59 |
| 14 | Q.        You're saying there is a second layer | 14:15:59 |
| 15 | of analysis that is essentially brand-new and not | 14:16:01 |
| 16 | yet finalized to evaluate the halo color associated | 14:16:04 |
| 17 | with the Becke line; is that right? | 14:16:07 |
| 18 | MR. HYNES:  Objection to form. | 14:16:09 |
| 19 | A.        No.  Let me clarify.  What I said, | 14:16:10 |
| 20 | there are -- there is a method which is the laws | 14:16:16 |
| 21 | developed.  However, it is chart with X, Y, X's and | 14:16:23 |
| 22 | also the line says in this area the particle is | 14:16:29 |
| 23 | higher by .5, .03, something like that.  However, it | 14:16:34 |
| 24 | does not have color.  It only describe term, purple, | 14:16:44 |

SHU-CHUN SU, PhD

Page 148

1    purplish, yellowish, orange-ish, something like          14:16:51

2    that.  However, what Dr. Bow Lee did, he convert         14:16:55

3    that chart into the color bar.                           14:17:02

4           Q.    Like a visualization?                       14:17:05

5           A.    That's right.  Before Dr. Bow Lee,          14:17:06

6    you will have to use Dr. Bloss chart.  But it's not      14:17:10

7    the color chart what I am saying.                        14:17:14

8           Q.    It's a descriptive chart?                   14:17:17

9           A.    That's right.  Actually that chart,         14:17:19

10   every time when I got to a NVLAP lab to do the           14:17:33

11   online assessment, I always give that chart to them.     14:17:38

12   Okay.  And told them if you use Becke line to            14:17:45

13   determine the refract index, this the chart to use.      14:17:49

14          Q.    Next slide I want to talk to you            14:18:03

15   about is this -- your slide 13 of the PowerPoint.        14:18:05

16   It's page 33 of Exhibit 3.                               14:18:10

17                You had talked about this before.           14:18:13

18   Dr. Longo had taken a PLM image and reported a           14:18:16

19   variety of different retractive indices within a         14:18:21

20   particular bundle.  Your conclusion here is that         14:18:25

21   this is not possible.                                    14:18:29

22          A.    No.                                         14:18:31

23          Q.    My question is, why not?  If you have       14:18:32

24   a bundle of individual fibers, why would it not be       14:18:38

SHU-CHUN SU, PhD

Page 149

| | | |
|---|---|---|
| 1 | possible for different chrysotiles in that bundle to | 14:18:44 |
| 2 | have different refractive indexes? | 14:18:48 |
| 3 | A.      Let me explain.  I know the history | 14:18:51 |
| 4 | of this 1866 SRM developed by NIST.  If you look at | 14:18:55 |
| 5 | the certificate, there are two names there. | 14:19:03 |
| 6 | Jennifer Verkouteren, she is the supervisor of that | 14:19:08 |
| 7 | lab.  And a second name is John Phelps.  John Phelps | 14:19:15 |
| 8 | was the one who measured the refract index of this | 14:19:23 |
| 9 | 1866 chrysotile from Canada.  The first thing they | 14:19:31 |
| 10 | do in order to establish an SRM, which stands for | 14:19:39 |
| 11 | Standard Reference Material, which is job done by | 14:19:49 |
| 12 | NIST.  Their name is National Institute of Standards | 14:19:56 |
| 13 | and Technology.  They have issued various standard | 14:20:01 |
| 14 | reference material. | 14:20:07 |
| 15 | The chrysotile is one of the | 14:20:09 |
| 16 | asbestos.  They have two sets, asbestos standards. | 14:20:13 |
| 17 | 1866, which is common asbestos, including | 14:20:17 |
| 18 | chrysotile, amosite and crocidolite, plus | 14:20:25 |
| 19 | fiberglass. | 14:20:31 |
| 20 | The second set is uncommon asbestos, | 14:20:32 |
| 21 | which are the tremolite, actinolite, anthophyllite. | 14:20:38 |
| 22 | Now, when they are developing this standard | 14:20:46 |
| 23 | reference material, John Phelps have close contact | 14:20:52 |
| 24 | with me.  The reason is, they were using the most | 14:21:02 |

SHU-CHUN SU, PhD

Page 150

```
 1    accurate procedure to measure the refract index is    14:21:09

 2    called a spindle stage, which is developed by Dr.      14:21:14

 3    Bloss.  Doc Bloss have just a book called The          14:21:21

 4    Principle of Spindle Stage.                            14:21:26

 5            Q.      I think I have that book.              14:21:28

 6            A.      You have that?                         14:21:30

 7            Q.      I think I do.                          14:21:31

 8            A.      That's right.  That's the most neat    14:21:32

 9    technique to measure refract index in a sense, you     14:21:38

10    mount the target mineral onto a tip of glass fiber,    14:21:45

11    you use fingernail polish.  You glue the object        14:21:56

12    mineral onto that fiber.  Now you mount that onto a,   14:22:01

13    they call Goniometer, which is used in X-ray           14:22:08

14    detraction to sample mounting.  The reason is, that    14:22:18

15    device can rotate in XY access, which means you can    14:22:24

16    orient fiber to any direction you want, because when   14:22:33

17    you use the Becke line method, as I said in the        14:22:41

18    past, you have to change the oil.  Then it would be    14:22:46

19    hard to keep on the same particle.  You have to find   14:22:53

20    another particle to prepare in another oil to          14:23:00

21    measure that.  But a spindle stage eliminate that      14:23:03

22    need.  You look at a single fiber, the same sample.    14:23:08

23    You change the refract index of the oil by heating     14:23:15

24    or cooling that until you saw a match.                 14:23:19
```

SHU-CHUN SU, PhD

Page 151

1          Because, for example, the chrysotile          14:23:27

2     which had behaved like in the actual crystal so it     14:23:32

3     has two principal refract index, gamma and alpha.      14:23:37

4     All the rest, the other five, they are by actual.      14:23:45

5     There is three principal refract index.  Chrysotile    14:23:50

6     has only two.                                          14:23:55

7          However, you need to orient the                   14:23:57

8     direction, for example, gamma to be parallel to the    14:24:00

9     polarizer.  Then you're measuring the true gamma.      14:24:06

10    You have to orient the fiber perpendicular to the      14:24:11

11    polarized light -- polarizer to measure the alpha.     14:24:15

12    The spindle stage make this job easier.  However, it   14:24:22

13    is still very tedious, because in order to establish   14:24:30

14    this as standard reference material, you can only --   14:24:36

15    you do not only measure wine fiber to represent the    14:24:41

16    whole batch of the material.  You have to measure      14:24:45

17    many of them, make sure it is stable, refract index,   14:24:49

18    then it will be qualified to be an SRM.                14:24:57

19          So what John Phelps did when he was              14:25:02

20    at NIST, it's very tedious job, because actually he    14:25:06

21    went to Virginia Tech.  At that time I'm still         14:25:12

22    finishing my PhD to learn the spindle stage            14:25:17

23    technique.  And after he returned to the NIST, what    14:25:26

24    he did the measurement we were in close contact.       14:25:31

SHU-CHUN SU, PhD

Page 152

1    Whenever he run into any problem, he will call me.    14:25:38

2              Therefore, what I'm saying, this 1866    14:25:43

3    chrysotile has a constant, very stable refract    14:25:50

4    index.  Gamma is 1.56.  Gamma is 1.556.  Alpha is    14:25:58

5    1.549.  This has been confirmed by many measurements    14:26:07

6    of John Phelps.  So in this bundle it's all 1866.    14:26:13

7    It's not a bundle put together with Canadian    14:26:24

8    chrysotile of Vermont or Italy.  It is entirely from    14:26:32

9    Canada.  Therefore, this fiber has only one refract    14:26:42

10   index.  Otherwise, it would be not qualified to be a    14:26:51

11   standard reference material.    14:26:54

12              Q.    I understand the logic.    14:26:56

13              A.    Yeah.    14:26:58

14              Q.    Okay?    14:26:58

15              A.    The color, the reason it has a range    14:26:59

16   of color like this micrograph indicates is, they are    14:27:04

17   distorted dispersion staining color.    14:27:13

18              Q.    Okay.  As an analyst when you're    14:27:17

19   looking at something like this that looks like a    14:27:26

20   fire work --    14:27:29

21              A.    Yes.    14:27:31

22              Q.    -- how do you know which color to    14:27:32

23   sample to reference against the CSDS chart?    14:27:36

24              A.    Becke line.    14:27:41

SHU-CHUN SU, PhD

Page 153

1    Q.    How does the Becke line show you         14:27:46

2    that?  That's what I'm still -- this is where I    14:27:49

3    don't know because I'm not a microscopy.          14:27:52

4    A.    This image is the chrysotile 1866        14:27:56

5    chrysotile in 1.55 oil.  Now we are looking at    14:28:01

6    elongated direction, which is the gamma direction,  14:28:13

7    whose refract index is slowly above the 1.55 oil.   14:28:21

8    However if it's not at 25 degrees C, most likely    14:28:30

9    it's under that.  The oils refract index probably is  14:28:39

10    higher, slightly higher than 1.550.  Maybe is.551,   14:28:46

11    something like that.  Those correction has been     14:28:53

12    built in the conversion table I created.          14:28:58

13            Under the Becke line, it were in the    14:29:04

14    area of Dr. Bloss's chart in the area slightly above  14:29:09

15    a perfect match, which means the gamma directions   14:29:17

16    Becke line have a strong, slightly stronger orange,  14:29:26

17    red orange color than the light blue color in the   14:29:35

18    liquid.                                          14:29:40

19            You will find the Becke line image.    14:29:42

20    You look for that color pattern.  Then you know here  14:29:47

21    is the true imagine between the liquid and the    14:29:55

22    fiber.                                           14:30:02

23    Q.    So I'm going to do this:  You did       14:30:03

24    submit this week to me some photos of Becke line    14:30:09

SHU-CHUN SU, PhD

Page 154

| | | |
|---|---|---|
| 1 | imaging. | 14:30:14 |
| 2 | A.    Yeah.  The Cargille glass. | 14:30:15 |
| 3 | Q.    Yes.  You say glass -- | 14:30:21 |
| 4 | A.    Glass. | 14:30:22 |
| 5 | Q.    You're looking at glass? | 14:30:23 |
| 6 | A.    Yeah. | 14:30:24 |
| 7 | Q.    Okay.  So I marked one of these as | 14:30:26 |
| 8 | Exhibit 29. | 14:30:30 |
| 9 | Cargille is a company.  They supplied | 14:30:47 |
| 10 | standards that you can use? | 14:30:50 |
| 11 | A.    Yeah. | 14:30:53 |
| 12 | Q.    So that's clear on the record.  So | 14:30:53 |
| 13 | what this photo that you submitted to me is, is | 14:30:56 |
| 14 | glass in 1.550 refractive index oil under the -- | 14:31:02 |
| 15 | with the Becke line setting -- I keep calling it | 14:31:10 |
| 16 | oculus but it's not.  What's it called? | 14:31:15 |
| 17 | A.    The objective. | 14:31:20 |
| 18 | Q.    The objective, yeah.  So how does the | 14:31:21 |
| 19 | line, the line around the perimeter of this, one of | 14:31:30 |
| 20 | them is kind of brownish.  One of them is kind of | 14:31:37 |
| 21 | reddish brown.  The other one is kind of greenish. | 14:31:41 |
| 22 | Other one is kind of bluish.  How do these lines | 14:31:44 |
| 23 | tell you how close this object is to the surrounding | 14:31:48 |
| 24 | refractive index oil? | 14:31:52 |

SHU-CHUN SU, PhD

Page 155

1          A.      The Bloss chart, you use the Bloss        14:31:54

2    chart to determine --                                  14:31:59

3          Q.      Okay.                                     14:32:01

4          A.      -- whether it is a match, how close       14:32:03

5    the match or how far no match.                         14:32:05

6          Q.      All right.                                14:32:09

7          A.      If you refer to that chart, you will      14:32:10

8    immediately know the different, the Becke line.        14:32:15

9          Q.      Probably a Becke line, B-e-c-k-e?         14:32:24

10         A.      Yeah, B-e-c-k-e.                          14:32:29

11         Q.      So you would have to, what, take a --     14:32:48

12   the analyst would have to determine what color this    14:32:53

13   is and then match it to the descriptive color in the   14:32:57

14   Bloss chart?                                            14:33:02

15         A.      Correct.                                  14:33:02

16         Q.      To figure this out.  So there is a        14:33:03

17   subjectivity to the analyst saying that this is        14:33:05

18   brown versus dark reddish or orange-ish and then       14:33:10

19   comparing that to a descriptive phrase on the Bloss    14:33:17

20   chart?                                                 14:33:22

21              MR. HYNES:  Object to form.                  14:33:22

22         A.      No.  Let me explain.  Actually, the       14:33:23

23   analyst should look the area shows the closest         14:33:27

24   match, then were the directive, the true reflect       14:33:35

SHU-CHUN SU, PhD

Page 156

```
 1    index of the object.                            14:33:45

 2           Q.      When you say the closest match, in   14:33:46

 3    this particular image, there are two particles in   14:33:48

 4    this particular image.  And if we look at the      14:33:51

 5    particle on the right in the top left section of the 14:33:54

 6    particle on the right, it appears to be a blending  14:33:59

 7    match there between the oil and the particle.  Am I 14:34:04

 8    doing this right?                                  14:34:06

 9           A.      Yes.                                14:34:07

10           Q.      Okay.  So then, do you take the line 14:34:08

11    most closely associated with that matching; is that 14:34:11

12    right?                                             14:34:18

13           A.      Yes.                                14:34:18

14           Q.      You would use the color kind of     14:34:18

15    brownish here and then compare that to the Bloss   14:34:21

16    chart and it will give you a refractive index value? 14:34:24

17           A.      It will tell you how close the      14:34:28

18    particle to the oil.  The oil is like a measure.  It 14:34:33

19    has the known value of 1.55.  This glass from       14:34:39

20    Cargille, actually was Corning glass, they use that 14:34:46

21    as the standards.  This glass is M7 set because    14:34:52

22    Cargille has issue three sets of the glass.  This is 14:34:57

23    the M7 set from the lot B, which has a refract index 14:35:01

24    of 1.55077 at 589 nanometer wavelengths, which is  14:35:12
```

SHU-CHUN SU, PhD

Page 157

| | | |
|---|---|---|
| 1 | the standard wavelengths to describe the refract | 14:35:23 |
| 2 | index. | 14:35:27 |
| 3 | So this area, you just point out, you | 14:35:29 |
| 4 | see here the particle looks like it merged into. | 14:35:37 |
| 5 | You cannot see the relief. Then it indicates it's a | 14:35:45 |
| 6 | very, very close match between the glass and the | 14:35:52 |
| 7 | liquid. Therefore, you should use this area to | 14:35:59 |
| 8 | measure as in the value of the glass refract index. | 14:36:07 |
| 9 | Q. So when you figure that out, the area | 14:36:14 |
| 10 | that you should be using, is that when you're | 14:36:17 |
| 11 | supposed to switch back to the central stop and then | 14:36:21 |
| 12 | evaluate that same relative location? | 14:36:25 |
| 13 | A. Yes. You see, I have a corresponding | 14:36:27 |
| 14 | image of this two particle in central stop mode. | 14:36:31 |
| 15 | Can we switched to that micrograph? | 14:36:36 |
| 16 | Q. You do. Look at that. I will mark | 14:36:44 |
| 17 | that as Exhibit 30. | 14:36:52 |
| 18 | (Exhibit 30 Image 1.55 Glass CSDS 1.550 | 14:36:54 |
| 19 | marked for identification.) | 14:37:04 |
| 20 | Q. Again, for the right particle, the | 14:37:04 |
| 21 | two particles in the center of the screen, you're | 14:37:08 |
| 22 | saying that the correct place to evaluate the color | 14:37:11 |
| 23 | is in the top -- kind of the I call it the north, | 14:37:15 |
| 24 | northwest side of the right hand particle? | 14:37:19 |

SHU-CHUN SU, PhD

Page 158

| 1 | A.    Correct.  Which you have confirmed | 14:37:22 |
| 2 | with the Becke line image. | 14:37:25 |
| 3 | Q.    All right. | 14:37:27 |
| 4 | MR. HYNES:  I want to note for the | 14:37:29 |
| 5 | record if you could go back to Exhibit 30, please. | 14:37:30 |
| 6 | This looks a little bit different from the image | 14:37:33 |
| 7 | that was produced in advance of today's deposition. | 14:37:35 |
| 8 | May be the monitor.  I'm not certain, but it | 14:37:39 |
| 9 | looks -- | 14:37:43 |
| 10 | MR. BRALY:  Kevin -- | 14:37:44 |
| 11 | MR. HYNES:  I can look on your | 14:37:48 |
| 12 | screen.  I think it has to be the monitor. | 14:37:49 |
| 13 | MR. BRALY:  Okay. | 14:38:33 |
| 14 | BY MR. BRALY: | 14:38:34 |
| 15 | Q.    All right.  So you have to use Becke | 14:38:34 |
| 16 | lines on something like this? | 14:38:35 |
| 17 | A.    That's right. | 14:38:37 |
| 18 | Q.    All right.  Can I ask you about this | 14:38:38 |
| 19 | middle paragraph?  On the right-hand column.  The | 14:38:42 |
| 20 | last sentence that you provide here [Reading] If | 14:38:46 |
| 21 | such a theory is proved, it would shake the very | 14:38:50 |
| 22 | foundation of physics. | 14:38:53 |
| 23 | A.    Yes.  The reason I said that is, the | 14:38:56 |
| 24 | refract index is intrinsic physical property of | 14:39:04 |

SHU-CHUN SU, PhD

Page 159

| | | |
|---|---|---|
| 1 | material.  It was -- it is determined by the | 14:39:10 |
| 2 | elemental composition and the crystal structure.  So | 14:39:14 |
| 3 | within this fiber bundle in the micron scale neither | 14:39:20 |
| 4 | the elemental composition or the crystal structure | 14:39:28 |
| 5 | change.  Therefore, the resulting refract index | 14:39:33 |
| 6 | should not be changed, because it also verified by | 14:39:38 |
| 7 | NIST, by measuring a series chrysotile for their | 14:39:46 |
| 8 | standard reference material sample. | 14:39:55 |
| 9 |      Q.    I need to... | 14:39:59 |
| 10 |      MR. HYNES:  Do you want to take a | 14:40:22 |
| 11 | break? | 14:40:24 |
| 12 |      MR. BRALY:  Sure. | 14:40:24 |
| 13 |      (A break was taken.) | 14:47:31 |
| 14 | BY MR. BRALY: | 14:47:34 |
| 15 |      Q.    I understand what you're saying about | 14:47:43 |
| 16 | the variability what we were talking about the | 14:47:45 |
| 17 | variability of RIs within a bundle.  I'm curious if | 14:47:47 |
| 18 | you have ever -- you personally have ever tried to | 14:47:53 |
| 19 | distinguish refractive indices within a bundle if | 14:47:56 |
| 20 | you've ever tried to do that or if you are just -- | 14:48:01 |
| 21 | this is just something that you wouldn't do? | 14:48:04 |
| 22 |      A.    You have to, because every image, if | 14:48:08 |
| 23 | you look in the -- my Pittsburgh work, every | 14:48:14 |
| 24 | structure shows a range of dispersion staining | 14:48:20 |

SHU-CHUN SU, PhD

Page 160

1    color.  As I said, if I'm going to publish a paper        14:48:25

2    about distorted dispersion staining color, I would        14:48:31

3    say the distorted dispersion color is everywhere.         14:48:37

4    It shows in every structure I examined.                    14:48:42

5             So for every structure I examined, I             14:48:48

6    automatically switch between the central stop and         14:48:51

7    Becke line.  Occasionally I even use the annular          14:48:55

8    stop, because that is three setting of the McCrone        14:49:02

9    dispersion staining objective.  It make it very          14:49:06

10   convenient to switch between them without changing       14:49:12

11   the objective.  Okay.                                     14:49:15

12            Q.    So I want to ask you about this, this     14:49:23

13   section about misinterpreting your table.  Let me        14:49:30

14   get back on track.                                        14:49:54

15            You have a section of your report               14:49:56

16   that claims that Dr. Longo is misinterpreting your       14:49:58

17   table.  Part of this I think is part and parcel of       14:50:02

18   the decision Dr. Longo made to switch from using         14:50:07

19   1.550 --                                                  14:50:10

20            A.    To 560.                                    14:50:11

21            MR. HYNES:  Let him finish the                   14:50:14

22   question.                                                 14:50:16

23            Q.    And the justification that Dr. Longo      14:50:17

24   gave for switching from 1.550 to 1560 was that           14:50:19

SHU-CHUN SU, PhD

Page 161

| | | |
|---|---|---|
| 1 | statement I read earlier from your peer-reviewed | 14:50:26 |
| 2 | publication from 2020? | 14:50:28 |
| 3 | A.    '22. | 14:50:31 |
| 4 | Q.    Thank you.  I appreciate it.  That | 14:50:34 |
| 5 | statement once again was found in Exhibit 13 where | 14:50:55 |
| 6 | it says [Reading] There are chrysotile minerals | 14:50:59 |
| 7 | whose refractive indexes are significantly higher | 14:51:01 |
| 8 | than those of a standard chrysotile from the NIST | 14:51:05 |
| 9 | SRM 1866 set.  In that case, 1.555 or 1.560 instead | 14:51:08 |
| 10 | of 1.550 should be used to determine gamma. | 14:51:16 |
| 11 | Do you see that? | 14:51:20 |
| 12 | A.    Yes, I do.  That's my writing. | 14:51:21 |
| 13 | Q.    Right.  That's what you published? | 14:51:24 |
| 14 | A.    Mm-hmm. | 14:51:26 |
| 15 | Q.    Right.  So the relationship between | 14:51:27 |
| 16 | NIST SRM 1866 and 1.550 RI fluid is .006.  That's | 14:51:32 |
| 17 | the difference? | 14:51:44 |
| 18 | A.    That's right, 005 to 006. | 14:51:44 |
| 19 | Q.    Right.  1866 SRM in your -- what | 14:51:50 |
| 20 | you've offered here is that refractive index of NIST | 14:51:56 |
| 21 | 1866 is 1.556, right? | 14:52:00 |
| 22 | A.    Right. | 14:52:04 |
| 23 | Q.    Okay.  So what you're saying is that | 14:52:05 |
| 24 | there are chrysotiles that will have higher | 14:52:08 |

SHU-CHUN SU, PhD

Page 162

1    refractive indexes than that; is that right?    14:52:12

2         A.    Yes.    14:52:15

3         Q.    Okay.  And using that same gap of    14:52:15

4    .006, it seems like in this writing you're    14:52:27

5    anticipating the potential existence of chrysotile    14:52:30

6    with refractive index values as high as 1.566.    14:52:33

7         A.    No.  That is not true.  Let me give    14:52:43

8    you the background I put that in my paper.  That is    14:52:45

9    because M12001, in year 2001 NAVLAP the first time    14:52:53

10    use the Calidria chrysotile as a test sample.    14:53:04

11    Because it is about, as I said -- as you said, it's    14:53:11

12    about five unit in the third decimal place higher    14:53:15

13    than 1.866.  So I believe quite a few lab failed the    14:53:21

14    test because they have never seen chrysotile like in    14:53:32

15    that kind of range of refract index.    14:53:39

16         Q.    You're saying "that kind of range."    14:53:42

17    What you're indicating is that in 2001 Calidria was    14:53:44

18    being identified with an RI around 1.561?    14:53:50

19         A.    60.    14:53:54

20         Q.    60.  You said it was five units in    14:53:56

21    the third decimal place higher than --    14:54:02

22         A.    The 1866.    14:54:02

23         Q.    The 1866 is 1.56.    14:54:04

24         A.    As you said it's between my table    14:54:08

SHU-CHUN SU, PhD

Page 163

1    here is for alpha is 006 higher.  For gamma is 004.    14:54:11

2    Yeah.  That is the range.    14:54:21

3        Q.    That would be 1.560 for Calidria.    14:54:23

4    That was reflected in 2001?    14:54:27

5        A.    Correct.    14:54:31

6        Q.    21 years later, you published a paper    14:54:31

7    saying that you should use a higher RI oil for some    14:54:35

8    chrysotiles?    14:54:40

9        A.    Correct.  Or so in that paper I said    14:54:41

10    for routine sample for the commercial lab, it's    14:54:48

11    okay, just keep using 1.55.  However, when you are    14:54:53

12    treating the tested sample, because if you fail that    14:54:59

13    test twice in a row, your accreditation status were    14:55:04

14    being terminated.  Therefore, when I go to the    14:55:14

15    asbestos lab, I always tell them when you are doing    14:55:19

16    the test sample, you better be more careful and to    14:55:24

17    use a 1.56 if it's chrysotile.  Then your chance to    14:55:31

18    fail the test will be much less.    14:55:41

19        Q.    Have you ever measured the refractive    14:55:43

20    index of chrysotile found naturally in a cosmetic    14:55:47

21    talc product?    14:55:54

22        A.    No, because I never encounter that.    14:55:55

23        Q.    Other than Dr. Longo -- and I    14:56:01

24    understand what you're saying that it's not    14:56:03

SHU-CHUN SU, PhD

Page 164

| | | |
|---|---|---|
| 1 | chrysotile at all, but other than Dr. Longo, have | 14:56:05 |
| 2 | you ever reviewed anybody determining the refractive | 14:56:08 |
| 3 | index of chrysotile found naturally in a cosmetic | 14:56:13 |
| 4 | talc product? | 14:56:16 |
| 5 | A.    No, I never seen any literature or | 14:56:17 |
| 6 | report. | 14:56:20 |
| 7 | Q.    So I'm taking it that you're not the | 14:56:28 |
| 8 | expert who would dispute or establish that | 14:56:33 |
| 9 | chrysotile was or was not ever present in any | 14:56:35 |
| 10 | cosmetic talc products anywhere, right?  That's not | 14:56:39 |
| 11 | what you do? | 14:56:44 |
| 12 | A.    No. | 14:56:44 |
| 13 | Q.    Right.  But to the extent that | 14:56:45 |
| 14 | chrysotile has been identified in some cosmetic talc | 14:56:52 |
| 15 | products, you're unaware of what the refractive | 14:56:58 |
| 16 | index would be for something like that, an inclusion | 14:57:02 |
| 17 | like that? | 14:57:09 |
| 18 | MR. HYNES:  Form, vague, incomplete | 14:57:09 |
| 19 | hypothetical. | 14:57:11 |
| 20 | A.    Because I never seen the report or so | 14:57:14 |
| 21 | I never seen the data, if they find chrysotile in a | 14:57:17 |
| 22 | talc powder, what is the refract index they report? | 14:57:23 |
| 23 | I have no idea.  Okay. | 14:57:29 |
| 24 | Q.    Have you ever evaluated the | 14:57:34 |

SHU-CHUN SU, PhD

Page 165

1    refractive index of chrysotile from any deposit or    14:57:36

2    location from China?    14:57:43

3         A.     No.    14:57:44

4         Q.     You have evaluated chrysotile in    14:58:20

5    1.550 oil and 1.560 oil?    14:58:23

6         A.     Correct.    14:58:29

7         Q.     You did that as part of your    14:58:29

8    Pittsburgh project?    14:58:33

9         A.     Yes.    14:58:35

10        Q.     I understand you disagree with Dr.    14:58:36

11   Longo's interpretation maybe even the procedures    14:58:37

12   that he followed, but the decision to utilize a    14:58:40

13   different refractive index oil is not an error by    14:58:43

14   itself, is it?    14:58:47

15        A.     No.    14:58:49

16        Q.     Okay.  It's simply changes the    14:58:50

17   calibration of what you're looking at?    14:58:55

18        A.     It changed the color.    14:58:57

19        Q.     Right.  Then you would have to use a    14:58:59

20   different chart to reflect for that different color?    14:59:01

21        A.     Exactly.    14:59:03

22        Q.     All right.  I don't understand the    14:59:04

23   kindergarten slide.  I understand the words on it --    14:59:30

24   by the way, I'm looking at page 39 of Exhibit 3.    14:59:33

SHU-CHUN SU, PhD

Page 166

1    It's paginated as page 19 of the PowerPoint.                    14:59:37

2          A.      Should I explain?                                 14:59:42

3          Q.      I would love it if you would.                     14:59:43

4          A.      Okay.  The reason I used this                     14:59:45

5    knowledge is, if you go to previous slide, Dr. Longo            14:59:50

6    said gamma value which is the parallel direction,              14:59:56

7    the range of the gamma is 1.540 to 1.580 which never           15:00:03

8    say that.  The reason he interpret is because my               15:00:12

9    table is going from 300 to a nanometer matching                15:00:20

10   wavelength to 1,000 at the full range of the                   15:00:30

11   dispersion staining color.  Now, if you look at the            15:00:34

12   ISO chart, Dr. Eric put a dash line to say if it is            15:00:41

13   chrysotile, the gamma value is usually within this             15:00:52

14   narrow range.                                                  15:00:57

15         Q.      The ISO chart is the chart on the                15:00:58

16   right-hand side here, right?                                   15:01:00

17         A.      What I'm saying here, that range cite            15:01:02

18   by Dr. Longo, 1.50 [ph] to 1.580 is the range the             15:01:06

19   color bar which is much wider that the possible                15:01:17

20   range of chrysotile.  So you cannot interpret it,             15:01:22

21   the chrysotiles central stop dispersion staining              15:01:29

22   color could range from 300 to 1,000.  Only in that           15:01:35

23   case then his statement, his interpretation is                15:01:41

24   correct.                                                       15:01:48

SHU-CHUN SU, PhD

Page 167

1        However, when I put my table,            15:01:49

2    conversion table, I have to cover the all -- not    15:01:54

3    only the possibility should be much wider than that.  15:02:00

4    Slide in kindergarten if you measure the children's   15:02:06

5    height, you use a -- they call the stadiometer.  The  15:02:10

6    stadiometer must accommodate a much taller height,    15:02:18

7    which doesn't mean the children could be 6 feet tall  15:02:24

8    but the tool you use that would cover that beyond     15:02:28

9    that, as such.                                        15:02:36

10        The ISO table, ISO color chart and my        15:02:39

11    conversion table is cover all the matching          15:02:45

12    wavelengths, not necessarily the matching           15:02:49

13    wavelengths for the chrysotile, is only portion of  15:02:53

14    that.                                               15:02:58

15        Q.    So I am trying to figure out if we      15:03:01

16    are really arguing about something worth arguing    15:03:06

17    about here.  What Dr. Longo reported was comparison 15:03:09

18    of chrysotile, what he labeled this column as is the 15:03:14

19    refractive index range in parallel.  What you're    15:03:19

20    saying is that your range does include those values 15:03:26

21    even if overinclusive?                              15:03:30

22        MR. HYNES:  Misstates testimony.            15:03:33

23        A.    What I meant, my table, the lowest      15:03:34

24    refract index is 1.540.  The highest is 1.580.  It's 15:03:40

SHU-CHUN SU, PhD

Page 168

1    not -- I'm not saying, if you look my paper, never,    15:03:52

2    ever in my paper I said the chrysotile gamma is    15:03:58

3    within that -- is the highest is 1.58.  The lowest    15:04:03

4    1.54.  It's not.  The chrysotile is only a portion    15:04:10

5    of that range.    15:04:16

6        Q.    Here is my question.  I shouldn't    15:04:18

7    start it this way.  These are all my questions.    15:04:22

8    This is my next question.    15:04:24

9            MR. PLACITELLA:  Your killing me    15:04:28

10   here.    15:04:30

11           MR. BRALY:  Thank you, Chris.    15:04:30

12   BY MR. BRALY:    15:04:32

13       Q.    Earlier you told me that the highest    15:04:32

14   refractive index value that you had ever seen for    15:04:35

15   chrysotile was somewhere in the ballpark of 1.56 in    15:04:39

16   the low end 1.56?    15:04:43

17       A.    The highest I saw is 1.560 to 1.561.    15:04:49

18       Q.    Okay.  You did publish, I mean, this    15:04:55

19   as a range that included a value up to 1.58.  My    15:05:01

20   question is, why did you publish that instead of    15:05:08

21   something like 1.565 or something that would still    15:05:10

22   encompass the upper end of what you think is    15:05:14

23   possible?    15:05:17

24           MR. HYNES:  Asked and answered.    15:05:17

SHU-CHUN SU, PhD

Page 169

1      A.      That paper 2003, in American          15:05:20

2   Mineralogist is not a paper discuss the actual range   15:05:29

3   of the chrysotile refract index.  That table can be    15:05:36

4   used for measuring other type material.  You see?     15:05:41

5   It can be used not only for chrysotile, for asbestos   15:05:51

6   mineral.  It can be used, the material with similar    15:05:56

7   dispersion coefficient.  Therefore, that table has a   15:06:04

8   general purpose of use.  So it is not a paper saying   15:06:13

9   just for the asbestos analysis.  Okay.                 15:06:23

10      Q.      What Dr. Longo also records here is     15:06:37

11   that Walter McCrone published a range for chrysotile  15:06:44

12   in parallel or gamma of 1.570 to 1.548.  Have you     15:06:48

13   analyzed that underlying data and do you have any     15:06:56

14   particular criticisms of that entry?                  15:07:00

15      A.      No, because I know this is from a      15:07:03

16   paper of Doc McCrone.  He analyzed a series           15:07:07

17   chrysotile from different locations in the world.     15:07:16

18   One of the sample showed the gamma as 1.570.  He      15:07:25

19   reported that in his paper, but it's only at that     15:07:34

20   specific location.  It's not a general gamma value    15:07:42

21   for the rest of the chrysotile.                       15:07:47

22      Q.      What was the general location from      15:07:53

23   which that finding came?                              15:07:55

24      A.      You mean this high value?              15:07:59

SHU-CHUN SU, PhD

Page 170

| | | |
|---|---|---|
| 1 | Q.    Mm-hmm. | 15:08:01 |
| 2 | A.    I don't remember.  And he has a table | 15:08:03 |
| 3 | in that indicate which sample is from where.  Okay. | 15:08:04 |
| 4 | But I don't remember exact location of that sample. | 15:08:10 |
| 5 | You see, when NIST, they try to issue a standard | 15:08:23 |
| 6 | reference material in concert with the AHERA law, | 15:08:29 |
| 7 | that's the time they fail the needs, we need to | 15:08:39 |
| 8 | issue a standard reference material for asbestos. | 15:08:45 |
| 9 | They screen many chrysotile from different | 15:08:51 |
| 10 | locations.  Finally, they decide the Canadian | 15:08:59 |
| 11 | chrysotile is most representative.  That's why they | 15:09:04 |
| 12 | use that as an SRN. | 15:09:10 |
| 13 | Q.    One of the issues that Dr. Longo has | 15:09:42 |
| 14 | testified about and you've taken criticism with has | 15:09:48 |
| 15 | to do with the identification of Calidria at the | 15:09:51 |
| 16 | refractive index that he found versus what you found | 15:09:57 |
| 17 | in your Pittsburgh project last month. | 15:10:02 |
| 18 | A.    Correct. | 15:10:07 |
| 19 | Q.    Fair?  Okay.  And your -- the | 15:10:07 |
| 20 | position that you've taken here is that what he's | 15:10:15 |
| 21 | identifying as asbestos is talc; is that right? | 15:10:20 |
| 22 | A.    That is my opinion. | 15:10:25 |
| 23 | Q.    And that's here for every one of the | 15:10:28 |
| 24 | reports that you've looked at that is referenced in | 15:10:31 |

SHU-CHUN SU, PhD

Page 171

| | | |
|---|---|---|
| 1 | your report? | 15:10:34 |
| 2 | A.    Correct. | 15:10:35 |
| 3 | Q.    That every time he identifies | 15:10:36 |
| 4 | chrysotile that's what he is identifying is talc? | 15:10:38 |
| 5 | A.    Yeah, that is my conclusion. | 15:10:43 |
| 6 | Q.    So, I want to ask you about how you | 15:10:50 |
| 7 | deal with a particular aspect of this.  I am going | 15:10:54 |
| 8 | to mark as Exhibit 31, a report dated October 9, | 15:10:59 |
| 9 | 2023. | 15:11:04 |
| 10 | (Exhibit 31 William Longo's Report dated | 15:11:04 |
| 11 | October 9, 2023 marked for identification.) | 15:11:05 |
| 12 | Q.    This report is 196 pages long.  So | 15:11:05 |
| 13 | what I am doing, is this report in total will be | 15:11:08 |
| 14 | Exhibit 31, but the section I am going to ask you | 15:11:12 |
| 15 | about is Section 5 of that report.  That will be | 15:11:15 |
| 16 | Exhibit 32. | 15:11:18 |
| 17 | (Exhibit 32 Section 5 of Report dated | 15:11:19 |
| 18 | October 9, 2023 marked for identification.) | 15:11:23 |
| 19 | Q.    What Exhibit 32 is, is a mixture of | 15:11:23 |
| 20 | Calidria asbestos mounted in a sample of bentonite | 15:11:31 |
| 21 | clay, okay?  That is what Dr. Longo prepared. | 15:11:38 |
| 22 | So before I start asking about this, | 15:11:43 |
| 23 | I want to ask you a couple of questions.  Have you | 15:11:46 |
| 24 | ever known California chrysotile to include talc as | 15:11:49 |

SHU-CHUN SU, PhD

Page 172

1    a co-contaminant?                                      15:11:54

2           A.      Not I'm aware of, because I never        15:11:58

3    investigated that.  Okay.                               15:12:01

4           Q.      I asked Mickey Gunter the same           15:12:03

5    question about a year and a half ago.  He also said     15:12:07

6    no.  That's neither here nor there.                     15:12:09

7                   Are you aware of any co-contaminants     15:12:13

8    in California chrysotile deposits?                       15:12:19

9           A.      I don't read any literature about        15:12:24

10   that, so I don't remember what kind of contaminate      15:12:28

11   it has.  If it's in the literature, maybe I have not    15:12:39

12   read that literature.                                   15:12:44

13          Q.      The SG-210 that you evaluated with       15:12:48

14   Matt Sanchez and Bryan Bandli was included in a         15:12:52

15   mixture of talc powder, correct?                         15:12:58

16          A.      I think they are pure chrysotile.        15:13:02

17          Q.      Okay.  Did you also have a sample --     15:13:06

18   samples that were just straight chrysotile?  You may    15:13:10

19   have.  Did you?                                          15:13:15

20          A.      You mean Pittsburgh work?                15:13:24

21          Q.      Yeah.                                    15:13:29

22                  MR. HYNES:  Take a look at them          15:13:31

23   titled Micrometer with SG-210 1.550 and 1.560.         15:13:38

24                  MR. BRALY:  Yeah, I see it.  Okay.       15:13:46

SHU-CHUN SU, PhD

Page 173

1        Q.      I take it you have never reviewed        15:14:01

2    this report before.  This report.                   15:14:03

3        A.      Might have.  It looks to me the title    15:14:16

4    I seem to remember.  I look at that, but not         15:14:20

5    thoroughly.                                          15:14:28

6        Q.      Okay.  In the section that I'm           15:14:28

7    looking at here, which I think is section 5, yeah,   15:14:35

8    section 5, in a sample that has no talc in it but    15:14:42

9    does have Calidria --                                15:14:49

10        A.      Which sample this?                       15:14:54

11        Q.      This is the sample of Calidria          15:14:56

12    mounted in bentonite clay.                           15:15:00

13                MR. HYNES:  What is the M number?        15:15:03

14                MR. BRALY:  There isn't one.             15:15:04

15        A.      That is spiked.  The bentonite is        15:15:05

16    spiked with Calidria chrysotile.  Of course you want 15:15:09

17    to see that.                                         15:15:13

18        Q.      Right.  What I'm saying is that this     15:15:14

19    is, without a doubt, chrysotile?                     15:15:17

20                MR. HYNES:  Objection; assumes facts.    15:15:20

21        Q.      There is nothing else in there.          15:15:22

22        A.      If it's a spiked with chrysotile,        15:15:25

23    under the presence of chrysotile should be a fact    15:15:32

24    because the sample is like spiked or contaminated    15:15:38

SHU-CHUN SU, PhD

Page 174

1    with chrysotile.                                      15:15:42

2         Q.     Right.  So what we are looking at        15:15:44

3    here on page six of Exhibit 32, that's chrysotile?   15:15:47

4         A.     Yes.                                      15:15:55

5         Q.     Okay.  What color would you assign to    15:15:56

6    what's seen here on page six of Exhibit 32?          15:16:08

7         A.     Without looking at the Becke line, I     15:16:11

8    cannot simply look at a central stop dispersion      15:16:17

9    staining color image to make the determination.      15:16:25

10              MR. HYNES:  I will note that the          15:16:28

11   reproduction of this M71547-001CSM-002 chrysotile    15:16:29

12   looks like a faded-out copy version of an image      15:16:38

13   taken at Longo owes laboratory rather than digital   15:16:47

14   reproduction of same.                                15:16:51

15              MR. BRALY:  Thank you for your            15:16:56

16   opinion, Kevin.                                       15:16:58

17              THE WITNESS:  One thing I could tell      15:17:03

18   from that image --                                    15:17:05

19   BY MR. BRALY:                                         15:17:06

20        Q.     This one?                                 15:17:06

21        A.     The first one you show me, the           15:17:07

22   yellow.                                               15:17:10

23        Q.     Yeah.  This one?                          15:17:10

24        A.     Yes.  I'm very sure, you see the         15:17:14

SHU-CHUN SU, PhD

Page 175

| | | |
|---|---|---|
| 1 | refract index down here it says RI 1.567 to 1.570. | 15:17:20 |
| 2 | That number doesn't match the color at all. | 15:17:33 |
| 3 | Q.    How do you know that if you haven't | 15:17:37 |
| 4 | looked at the Becke line? | 15:17:39 |
| 5 | A.    No.  What I'm saying, the refract | 15:17:41 |
| 6 | index, he showed here, if you go back to my table -- | 15:17:43 |
| 7 | can you pull out my 1.550 table for chrysotile. | 15:17:52 |
| 8 | Q.    I can, but what I'm trying to get at | 15:17:57 |
| 9 | is, if you don't know what color you're comparing it | 15:18:00 |
| 10 | to, how do you know that? | 15:18:03 |
| 11 | A.    It doesn't match any color in this | 15:18:05 |
| 12 | image. | 15:18:08 |
| 13 | Q.    Okay. | 15:18:08 |
| 14 | A.    It doesn't match.  If you look at my | 15:18:09 |
| 15 | table. | 15:18:12 |
| 16 | Q.    All right.  This is page 10, this | 15:18:12 |
| 17 | is -- can you not get a sense of the Becke line with | 15:18:26 |
| 18 | the polarizer out by looking at the border between | 15:18:30 |
| 19 | the fluid and the edge of the particle? | 15:18:33 |
| 20 | A.    This structure is in the 45 degree. | 15:18:38 |
| 21 | It's neither parallel or perpendicular. | 15:18:44 |
| 22 | Q.    Right. | 15:18:52 |
| 23 | A.    Therefore, you cannot use this image. | 15:18:53 |
| 24 | Even use Becke line to determine if it's alpha or | 15:18:57 |

SHU-CHUN SU, PhD

Page 176

| | | |
|---|---|---|
| 1 | gamma. | 15:19:01 |
| 2 | Q.    In order to evaluate a Becke line, | 15:19:02 |
| 3 | does it have to be oriented in the parallel or | 15:19:06 |
| 4 | perpendicular direction? | 15:19:07 |
| 5 | A.    Depending if you are assessing the | 15:19:08 |
| 6 | gamma, it's parallel.  If you're assessing alpha, it | 15:19:12 |
| 7 | should be perpendicular. | 15:19:18 |
| 8 | Q.    Even though this is on a 45-degree | 15:19:19 |
| 9 | angle which is appropriate for a photo, you can tell | 15:19:24 |
| 10 | the orientation of what this is by the relationship | 15:19:29 |
| 11 | of the other particles around it, right? | 15:19:32 |
| 12 | A.    Mm-hmm. | 15:19:34 |
| 13 | Q.    That's correct, right?  You have to | 15:19:35 |
| 14 | say "yes."  You just have to articulate yes or no. | 15:19:38 |
| 15 | You're saying "mm-hmm." | 15:19:43 |
| 16 | A.    Your question again... | 15:19:45 |
| 17 | Q.    With a particle in the 45-degree | 15:19:47 |
| 18 | angle, you can determine the orientation of it by | 15:19:49 |
| 19 | the reference to other particles in the image, | 15:19:53 |
| 20 | correct? | 15:19:56 |
| 21 | A.    To determine what? | 15:19:57 |
| 22 | Q.    For example, if we go back to this in | 15:20:00 |
| 23 | parallel, we can identify the structures that are | 15:20:06 |
| 24 | surrounding that fiber and then look at it in the 45 | 15:20:10 |

SHU-CHUN SU, PhD

Page 177

1    and determine the orientation of it in parallel,        15:20:15

2    meaning the right edge, the area that's in the         15:20:22

3    northeast corner of this is the same as the east       15:20:28

4    side of the fiber in parallel?                          15:20:31

5            A.       No, because if you look, the          15:20:34

6    polarizer is east/west.                                 15:20:40

7            Q.       Right.                                 15:20:42

8            A.       Therefore, this section at a 45        15:20:43

9    degree, it is called gamma prime.  It's between        15:20:49

10   alpha and gamma.                                        15:20:53

11           Q.       I think you're misunderstanding what   15:20:54

12   I'm asking you, and I don't know how to make it        15:20:58

13   clear.                                                  15:20:59

14                    The tip of this in the northeastern    15:21:00

15   corner of what is page nine of Exhibit 32, the tip     15:21:04

16   on the northeastern side of that fiber is the same     15:21:11

17   location as the eastern tip of the fiber on page six   15:21:15

18   of the same exhibit?                                    15:21:20

19           A.       Yes.  They are the same fiber.         15:21:21

20           Q.       All right.  So if we go to, say, page  15:21:23

21   10 we are looking at that fiber, can we look at        15:21:27

22   where the border between the oil and the fiber are    15:21:33

23   blended together closest to determine the same Becke   15:21:36

24   line effect that you had discussed previously?         15:21:40

SHU-CHUN SU, PhD

Page 178

1     A.     Yes or no.  When I say "yes," if the     15:21:44

2     Becke line image is focused, then you examine, you     15:21:51

3     compare the dispersed Becke line color against Dr.     15:21:59

4     Bloss's chart, you will know this structure has a     15:22:08

5     higher refract index than the liquid.     15:22:18

6     Q.     This was another image.  This is     15:22:27

7     M71547-001CSM3.  Do you this?     15:22:31

8     A.     I saw that.     15:22:37

9     Q.     Again, this is the Calidria sample in     15:22:38

10    bentonite clay.  Do you have any reason to dispute     15:22:42

11    that the particles shown in this image is Calidria?     15:22:46

12    A.     It is Calidria, yes.     15:22:50

13    Q.     Okay.  The same question then for the     15:22:54

14    next photo, which is at page 18 of Exhibit 32, which     15:23:02

15    is M71547-001CSM-004.  Same question, given the     15:23:08

16    preparation of the sample, is the particle shown     15:23:16

17    here Calidria?     15:23:19

18         MR. HYNES:  Same objection.     15:23:21

19    A.     It is Calidria chrysotile and it's     15:23:28

20    refract index looks, if it in general look like if     15:23:36

21    you put a Calidria in 1.550, it should look similar     15:23:42

22    to that.     15:23:48

23    Q.     Page 23 of Exhibit 32 is image     15:23:49

24    M71547-001CSM-005.  Given the preparation of this     15:23:57

SHU-CHUN SU, PhD

Page 179

1    sample, this being Calidria with bentonite clay, is    15:24:04

2    there any doubt that the fiber in the middle of the    15:24:09

3    screen is Calidria?    15:24:13

4            MR. HYNES:  Assumes facts.  I will    15:24:15

5    have a recurring objection on this document.  Each    15:24:17

6    of the images shown have been these photographic --    15:24:19

7    or photocopied reproductions as opposed to digital    15:24:23

8    reproductions of these images, sort of washed out    15:24:26

9    and faded.    15:24:29

10            You can answer.    15:24:30

11            MR. BRALY:  That is a profound    15:24:34

12    speaking objection, but that's all right.    15:24:35

13    BY MR. BRALY:    15:24:38

14        Q.    Do you remember my question?    15:24:38

15        A.    Yes.    15:24:40

16        Q.    Okay.    15:24:44

17        A.    This is a chrysotile structure.    15:24:45

18        Q.    The next image is at page 28 of    15:24:55

19    Exhibit 32.  This is image identified as    15:24:59

20    M71547-001CSM006.  Given that this sample was a    15:25:05

21    mixture of Calidria and bentonite clay, do you have    15:25:12

22    any reason or do you believe that this image    15:25:17

23    indicated in the middle of this screen is Calidria?    15:25:21

24            MR. HYNES:  Again, same objections.    15:25:24

SHU-CHUN SU, PhD

Page 180

```
 1        A.      It is Calidria, which used to spike    15:25:27

 2    the bentonite.                                      15:25:33

 3        Q.      Yes.  This is page 33 of Exhibit 32.    15:25:34

 4    Identified as M71547-001CSM-007.  It's exactly the  15:25:45

 5    same question as I've been asking you.  Is this     15:25:52

 6    particle in the middle of this screen Calidria?     15:25:55

 7             MR. HYNES:  Same objections.               15:25:58

 8        A.      It is.                                  15:25:59

 9        Q.      Another section of questions I wanted   15:26:11

10    to cover with you before we finish for the day.  Do 15:26:14

11    you know what inner growth are?                     15:26:21

12        A.      Yes.                                    15:26:23

13        Q.      What are they?                          15:26:24

14        A.      Intergrowth is a structure with two     15:26:25

15    different type of related minerals.  There is       15:26:35

16    commonality between their composition and crystal   15:26:46

17    structure.  Okay.  So the intergrowth can only      15:26:54

18    happen between, like, an ISO morph series mineral    15:27:04

19    from one end member maybe to the middle or something 15:27:12

20    like that but not two different species.  What I     15:27:17

21    mean two different species I meant the composition   15:27:23

22    and the structure.  If they are drastically         15:27:28

23    different crystal structure, they will never        15:27:36

24    intergrowth together.                               15:27:41
```

SHU-CHUN SU, PhD

```
                                                        Page 181
 1          Q.      Thank you.  Are you aware of the      15:27:44

 2   existence of talc and anthophyllite inter-growing    15:27:48

 3   together?                                            15:27:57

 4          A.      The talc and anthophyllite, the       15:27:58

 5   composition is similar.  Both are magnesium silicate 15:28:05

 6   with hydroxyl molecule in the structure.  However,   15:28:14

 7   their crystallographic structure is quite different. 15:28:25

 8          Q.      Yes.  So first just for the sake of   15:28:27

 9   the court reporter, you said magnesium silicate with 15:28:31

10   hydroxyl group, right?                               15:28:33

11          A.      Yeah.                                  15:28:36

12          Q.      Okay.  Makes it clear as day, right?  15:28:36

13   But if you look at them under SAED, you will get     15:28:41

14   different crystal patterns for them?                 15:28:45

15          A.      Yeah, right.                           15:28:48

16          Q.      They also will have different         15:28:49

17   refractive indices, correct?                         15:28:51

18          A.      They are different.                    15:28:54

19          Q.      They are different?                    15:28:55

20          Q.      Have you reviewed Dr. Longo's         15:29:00

21   analysis of intergrown species?                      15:29:04

22          A.      Which one.                             15:29:08

23          Q.      I will show you.                       15:29:10

24          A.      The one I believe I read when the     15:29:12
```

SHU-CHUN SU, PhD

                                                              Page 182

1      report said one end is talc, one end is chrysotile.    15:29:18

2              Q.      That's what I want to ask you about.    15:29:22

3              A.      I said it is a misinterpretation of    15:29:24

4      the color.                                             15:29:28

5              Q.      All right.  Let me ask -- go ahead.    15:29:29

6      It sounds like you're prepared to answer questions     15:29:33

7      about it.  Go ahead.                                   15:29:37

8              A.      Because there is no clear boundary      15:29:37

9      interface between the so-called two structures.  The   15:29:48

10     only thing you can see from that image is the color    15:29:54

11     change, but not in between there is no interface.      15:30:00

12             Q.      Can we take a look at some of these?    15:30:09

13     This is -- I want you to explain this, okay?           15:30:12

14             A.      Okay.                                   15:30:15

15             Q.      This is Exhibit 33.                     15:30:16

16             A.      This is a report issued June 13th of    15:30:18

17     2022 entitled "PLM Analysis of Talc/Chrysotile         15:30:20

18     Bundle Intergrowths."                                  15:30:25

19             (Exhibit 33 PLM Analysis of Talc/Chrysotile    15:30:22

20     Bundle Intergrowths marked for identification.)        15:30:25

21             Q.      I am going to go straight to the        15:30:29

22     gamma, okay?                                           15:30:34

23                     What we see here in the first image,   15:30:36

24     which is at page seven of Exhibit 33 and it's image    15:30:39

SHU-CHUN SU, PhD

Page 183

1    M71171-001 ISO 004.  You see a fiber structure that        15:30:44

2    has two distinctly different levels of brightness          15:30:55

3    associated with each end of it.  What is this in            15:31:05

4    your opinion?                                               15:31:09

5          A.     It is distorted dispersion staining           15:31:10

6    color, not two type of mineral.                             15:31:14

7          Q.     Okay.                                          15:31:20

8          A.     Because if you look at the crystal            15:31:21

9    structure between talc and chrysotile, they are             15:31:26

10   quite different.  In that case, if this is an               15:31:31

11   intergrowth, they should have a very distinctive            15:31:40

12   boundary between the two species.  They can never           15:31:44

13   gradually transition between these two different            15:31:52

14   crystal structures.  So the difference show by this         15:31:57

15   particle is only the central stop dispersion                15:32:05

16   staining color which is no different from the other         15:32:11

17   image it shows edge, middle, a range of dispersion          15:32:16

18   staining color.  So this is not an intergrowth at           15:32:23

19   all.                                                        15:32:28

20         Q.     Let me scroll back here through some           15:32:28

21   of these earlier images of this same thing.  In             15:32:30

22   exhibit -- page four of this exhibit, which is              15:32:34

23   Exhibit 33, we are looking at the polarizer out             15:32:37

24   photo.  So it appears that there is a transition in         15:32:41

SHU-CHUN SU, PhD

Page 184

```
 1    this fiber in materiality.  I'm curious what you      15:32:50

 2    think this is.                                        15:32:55

 3         A.     I can't see any transition.  This         15:32:57

 4    is -- I think this structure is a single structure.   15:33:01

 5    It's not two structures with a boundary between        15:33:06

 6    them.                                                 15:33:11

 7         Q.     Because there is no boundary, you          15:33:11

 8    don't believe the talc and chrysotile can             15:33:13

 9    intergrowth?                                          15:33:15

10         A.     That's right, because their crystal       15:33:16

11    structure is so much different.  It cannot gradually  15:33:19

12    change from talc to chrysotile or from chrysotile to  15:33:25

13    talc.                                                 15:33:31

14         Q.     In the next photo which is page five.     15:33:32

15    This is the crossed polars photo.  What in your       15:33:36

16    opinion is accounting for the change in coloration    15:33:40

17    from one end to the other on this one?                15:33:43

18         A.     Thickness.                                15:33:46

19         Q.     Thickness.                                15:33:47

20         A.     You see, here is a crossed polarized      15:33:49

21    image.  Then the color is the interference color      15:33:55

22    which is determined by two factors.  One is the       15:34:07

23    difference between the gamma and the alpha or          15:34:12

24    between the largest versus the smallest refract       15:34:16
```

Page 185

```
 1    index.  The second factor is the thickness.  Okay.     15:34:22

 2            Q.      Okay.  Jumping ahead -- I'm sorry.       15:34:29

 3    For the next image here, which is page six of           15:34:33

 4    Exhibit 33, on the elongation slide, is thickness       15:34:38

 5    also the determinator for why the coloration is         15:34:45

 6    different along the length of this fiber?               15:34:49

 7            A.      Yes.                                     15:34:52

 8            Q.      All right.                               15:34:53

 9            A.      This is a cross polarized image          15:34:55

10    superimposed to buy a four-wave compensator, they       15:34:59

11    call it a four-wave plate, whatever you call, it is     15:35:06

12    an accessory in the polarized light microscope.         15:35:11

13            Q.      Complicated pieces of equipment.         15:35:19

14                    The next page is the page we looked     15:35:24

15    at previously.  Does thickness of this structure in     15:35:26

16    your opinion account for the different coloration       15:35:30

17    here?                                                   15:35:33

18            A.      No.                                      15:35:33

19            Q.      No.                                      15:35:34

20            A.      What account for the variation of       15:35:36

21    dispersion staining color here is the total            15:35:41

22    refraction caused by interface between liquid and       15:35:49

23    the particle and also between particle fiber and        15:35:55

24    fiber.                                                  15:36:02
```

SHU-CHUN SU, PhD

Page 186

1    Q.      So here is where I'm struggling.  The    15:36:02

2    prior three photos had the same representative    15:36:05

3    change in color in the prior three photos it was all    15:36:13

4    due to thickness.  But when we get to this one, a    15:36:20

5    similar change of the same particle is now due to    15:36:23

6    distortion.  Do you follow why that's confusing to    15:36:26

7    me?    15:36:30

8            MR. HYNES:  Objection to form.    15:36:31

9    A.      Yes.  The reason that image is    15:36:31

10    crossed polarized image, this is a plain polarized    15:36:36

11    image and the optical chrysography they are showing    15:36:44

12    a different aspect of the refract index    15:36:50

13    relationship.  Okay.    15:36:57

14    Q.      Same image in alpha on the next page,    15:36:59

15    which is page eight of Exhibit 33.  What accounts    15:37:03

16    for the difference in color here?    15:37:07

17    A.      Distorted dispersion staining color    15:37:09

18    due to the total refraction.    15:37:15

19    Q.      Don't you find it a little bit    15:37:19

20    coincidental that the distortion happens to coincide    15:37:21

21    with the same locations on that fiber that you    15:37:24

22    previously said were due to the thickness of it?    15:37:26

23            MR. HYNES:  Same objection.    15:37:29

24    A.      I don't see any problem with that.    15:37:31

SHU-CHUN SU, PhD

Page 187

```
 1          Q.      The next image in gamma is page 12 of   15:37:40

 2    this exhibit.  This is M71202-005CSM003.  What's      15:37:45

 3    identified as one end talc and the other end          15:37:55

 4    chrysotile I'm presuming you're saying could not be   15:37:59

 5    without a boundary.                                   15:38:03

 6          A.      That is my opinion.                     15:38:04

 7          Q.      All right.  What accounts for the       15:38:07

 8    differences on the left side of this fiber versus     15:38:12

 9    the differences on the right side of this fiber?      15:38:14

10          A.      Again, it's normal central stop         15:38:17

11    dispersion color or distorted central stop            15:38:24

12    dispersion staining color.                            15:38:30

13          Q.      Okay.  So if you took this same image   15:38:33

14    and did a Becke line analysis of it, you're thinking  15:38:36

15    you would get a singular refractive index for the     15:38:39

16    entire length of that fiber?                          15:38:42

17          A.      If you use Becke line to examine this   15:38:44

18    structure, you will find it's like the Cargille       15:38:52

19    glass.  You will find where it shows a match or       15:39:02

20    dis-match or there is no match at all.  Okay.         15:39:08

21                  MR. BRALY:  Kevin, I probably have a    15:39:19

22    couple hours left of this, not of this specifically,  15:39:20

23    but do you think we should probably just stop for     15:39:24

24    the day because he has to get out at 4?               15:39:27
```

SHU-CHUN SU, PhD

Page 188

1             MR. HYNES:  Sure.  Let's go off the        15:39:29

2     record.                                            15:39:30

3                    (Witness excused.)

4            (Deposition concluded at 3:39 p.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 189

1                         CERTIFICATE

2              I, Sandra Robertson, a Notary Public and

3       Certified Court Reporter of the State of New Jersey,

4       do hereby certify that prior to the commencement of

5       the examination, the witness was duly sworn by me

6       via Zoom.

7              I DO FURTHER CERTIFY that the foregoing is a

8       true and accurate transcript of the testimony as

9       taken stenographically by and before me via Zoom at

10      the time, place and on the date hereinbefore set

11      forth, to the best of my ability.

12             I DO FURTHER CERTIFY that I am neither a

13      relative nor employee nor attorney nor counsel of

14      any of the parties to this action, and that I am

15      neither a relative nor employee of such attorney or

16      counsel, and that I am not financially interested in

17      the action.

18

19

20                   _____

21           Notary Number:  2108796

             CCR License Number:  30XI00209500

22           License Expiration:  6/30/26

23

24

[& - 12]

| & | 1 |
|---|---|

**&**   1:6 2:13,17
2:19,23 3:4,9
3:14 32:9 42:13
43:12 48:4,15
48:23 52:5 56:5
56:14,20 88:3
88:12,24 90:10
90:11,14,20,23
91:2,17 131:18
132:2,14

**0**

**0005**   22:10
**002**   174:11
**004**   80:10 84:18
85:3 87:6 163:1
178:15 183:1
**005**   161:18
178:24
**006**   161:16,18
162:4 163:1
**007**   180:4
**017**   80:10 84:18
85:3 87:6
**03**   147:23
**04**   87:17
**045**   85:23
**05**   87:17
**07102-4056**
2:21
**07701**   2:10
**08002**   3:16

**1**   4:11 6:3,6
23:4,7 109:17
109:18,18,18
109:24 117:13
117:18 120:15
120:22,23
**1,000**   166:10,22
**1.1**   60:5
**1.250**   6:3,4,5
117:13,18,20
117:22
**1.50**   85:19
166:18
**1.517**   70:18
**1.54.**   168:4
**1.540**   166:7
**1.540.**   85:20
167:24
**1.545**   80:6
**1.548.**   169:12
**1.549.**   152:5
**1.55**   6:8 101:20
153:5,7 157:18
**1.55.**   156:19
163:11
**1.550**   5:17,18
5:19,21 6:6,7,8
68:3 69:6 73:20
94:14,21,24
95:7 97:11,16
103:20 104:8
104:13 110:9
116:8 120:23
122:2,20

154:14 157:18
160:19,24
161:10,16
165:5 172:23
175:7 178:21
**1.550.**   73:13
119:4
**1.55077**   156:24
**1.555**   69:5
161:9
**1.556**   98:23
99:1 161:21
**1.556.**   152:4
**1.55o.**   153:10
**1.56**   163:17
168:15,16
**1.56.**   152:4
162:23
**1.560**   5:23,24
68:3 69:5 75:2
102:16 109:5,9
110:2,4,21
116:11 161:9
163:3 165:5
168:17
**1.560.**   94:15
101:20 116:6
172:23
**1.561**   162:18
**1.561.**   71:3 75:3
168:17
**1.565**   168:21
**1.566.**   162:6
**1.567**   175:1
**1.567.**   70:19

**1.570**   169:12
**1.570.**   169:18
175:1
**1.58.**   168:3,19
**1.580**   166:7,18
**1.580.**   167:24
**1.584.**   80:6
**1.6**   71:1
**1.69**   77:7,22
**1.70.**   77:7,22
**1.750**   71:3
**1.760**   71:3
**1.85**   85:20
**1.866.**   162:13
**10**   1:22 5:3 63:9
63:11 87:20
117:15 175:16
177:21
**100**   2:21
**10036**   2:16
**103**   5:19
**104**   5:21
**109**   5:23
**10:51**   37:18
**11**   1:23 5:5
37:18 66:22
67:11,24
**110**   5:24
**117**   6:3,4,5
**1185**   2:15
**12**   5:7,16 38:22
39:1,12 54:21
54:21,22 67:19
67:22,24 79:11
140:15 187:1

**[120 - 21st]**                                                Page 2

**120**   6:6
**122**   6:7
**127**   2:9
**12:47**   39:12
**12th**   40:8
**13**   5:9 68:7,11
  148:15 161:5
**13th**   182:16
**14**   5:13 70:9,11
  84:16 86:11,12
**14th**   33:3 40:1
**15**   5:14 72:1,3
  73:12 75:17
  80:21
**15,000**   56:10
**1500**   56:9,10,11
**154**   77:3
**1560**   160:24
**157**   6:8
**15th**   59:13,14
  108:23
**16**   5:15 76:16
  76:17
**16-2738**   1:4
**17**   5:16 79:9,11
**171**   6:9,10
**17th**   108:24
**18**   5:17 94:20
  94:21,23
  108:18 141:20
  141:20 178:14
**182**   6:11
**1866**   69:5 96:14
  96:15,18,20,22
  98:19,22,23
  118:13 149:4,9

149:17 152:2,6
  153:4 161:9,16
  161:19,21
  162:22,23
**19**   5:18 97:10
  97:11 99:7,18
  102:23 103:21
  104:14 106:3
  106:15,23
  107:2,5,16,17
  108:17 110:8
  110:16 144:14
  166:1
**1930s**   18:2
**1940**   8:18
**1950s**   18:3
**1957**   9:16
**196**   171:12
**1964**   17:17
**1970s**   132:19
**1981**   10:13,14
  10:21 11:2
  14:14
**1983**   13:8
**1985**   11:9
**1986**   32:23
  75:21
**1987**   12:18
**1989**   75:19
**1992**   63:3 70:10
**1993**   5:13 70:11
**1995**   13:3
**1:46**   39:2
**1st**   63:14 66:9

**2**

**2**   4:12 6:4 18:18
  22:10 23:9,13
  55:24 117:14
  117:20 122:1
  126:1,13,18,22
  126:23 127:6
  137:1,1 138:5
**2.2**   70:6
**20**   5:19 80:21
  85:16 103:18
  103:19 104:20
  104:21 105:2,3
  105:7 106:14
  108:17
**2001**   116:21,24
  122:4 162:9,17
  163:4
**2003**   33:21
  169:1
**2004**   33:5,14
**2006**   4:18 26:10
  26:18,22
  126:21 127:8
  132:9
**2012**   32:5
**2015**   25:11,19
  25:23
**2020**   161:2
**2022**   4:17 5:6,8
  24:1,4,7 25:1
  28:24 46:10,23
  67:12,23 68:11
  85:15 130:16
  136:4 182:17

**2023**   6:9,10
  47:4,15 130:16
  171:9,11,18
**2024**   1:23 4:14
  23:16,22 32:14
  34:22 37:18
  39:6 42:11,24
  43:10 48:24
  51:18,20 54:10
  63:15
**21**   4:14 5:21
  23:22 104:5,8
  104:12 105:2,8
  105:16 106:13
  106:15,23
  107:6 108:17
  163:6
**210**   5:17,18
  71:21,23 72:6
  73:13 74:5,9,11
  74:11 94:14,21
  95:1,3,10,15,20
  95:22 96:6,16
  97:11 102:3
  109:5,13,16
  110:8 118:15
  118:17 172:13
  172:23
**2108796**   189:21
**212**   2:16
**214**   2:5
**218**   3:5
**219-3599**   2:10
**21st**   23:16
  54:15,16,18
  108:23

**[22 - 65,000]**                                                    Page 3

| | | | |
|---|---|---|---|
| **22**  5:23 51:20 109:4,8 161:3 | **29**  154:8 | 110:1 115:22 116:5 119:4,5 | **400**  108:14 |

**22**  5:23 51:20
109:4,8 161:3
**22031**  3:11
**229**  79:15
**23**  4:11,12,14
5:24 34:22
110:1,3,11,16
110:21 178:23
**23rd**  35:5 37:7
37:8
**24**  4:15 6:3
117:12,12,18
117:24 120:6
121:14,24
133:7 141:20
**24th**  54:6 55:4
**25**  6:4 117:12
117:14,20
122:1 135:10
141:20 153:8
**258,240**  55:4
**26**  4:18 6:5 72:1
86:11 93:15
117:12,15,22
122:10 123:8
**269-2343**  3:6
**27**  6:6 120:21
120:23
**2700**  41:11
**27th**  35:9 37:15
56:17
**28**  6:7 122:20
122:22 123:2
179:18
**28th**  47:8 61:3

**29**  154:8
**29th**  49:7 56:17
**2nd**  4:12 23:13
75:21 76:5

**3**

**3**  3:15 4:14 6:5
6:7 18:18 23:15
23:22 29:5,5
30:8,14 54:16
60:15 68:20
75:13,16,16
81:4 117:15,22
122:11,17,20
122:22 133:7
143:12 145:2
148:16 165:24
**30**  4:17 6:8 17:4
24:4,7 157:17
157:18 158:5
**300**  2:4 166:9
166:22
**302**  2:4
**30th**  36:1,6
49:8 54:10,21
**30xi00209500**
189:21
**31**  6:9 171:8,10
171:14
**310**  3:16
**317-7180**  3:17
**318337**  5:21
104:8,12
**3183377**  5:19
5:23,24 95:8
103:19 109:8

110:1 115:22
116:5 119:4,5
119:12,24
**32**  6:10 140:15
143:12 145:2
171:16,17,19
174:3,6 177:15
178:14,23
179:19 180:3
**322.9**  54:6
**323**  54:6
**33**  6:11 148:16
180:3 182:15
182:19,24
183:23 185:4
186:15
**334**  3:6
**34**  4:20 5:5,7
66:22 67:12,23
**34th**  2:15
**360**  137:8
**36104**  3:6
**38**  116:4
**39**  165:24
**3:37**  34:24
**3:39**  188:4

**4**

**4**  4:15 23:24
24:5 25:1 27:9
28:8,9 126:4
187:24
**4.4**  60:5
**40**  4:21 60:8,9
60:14

**400**  108:14
**42**  4:22
**45**  175:20 176:8
176:17,24
177:8
**493**  84:17

**5**

**5**  4:18 6:10 26:6
26:10,22 42:11
42:24 51:18
126:5 147:23
171:15,17
173:7,8
**5/27**  35:19
**500**  16:21
**51**  126:4
**53**  4:23
**556-2100**  2:16
**560**  93:19
110:12 160:20
**589**  21:1 156:24
**5th**  43:10

**6**

**6**  4:20 34:19,20
37:6 38:21 70:6
126:5 167:7
**6/30/26**  189:22
**60**  60:15 162:19
162:20
**600**  3:11 5:13
70:5,10,11
**622-4444**  2:22
**63**  5:4
**65,000**  55:8

**67** 5:6,7
**68** 5:9
**6th** 54:4

**7**

**7** 4:6,21 39:6
  40:23,24
**70** 5:13 12:21
**703** 3:12
**71134** 4:16 24:2
  24:6
**71376** 4:16 24:2
  24:6
**72** 5:14
**722-5990** 2:5
**75202** 2:5
**76** 5:15
**79** 5:16

**8**

**8** 4:22 42:5,5,8
  48:14 55:12
**800** 43:7 53:4
  54:10
**8280** 3:10
**83** 29:18 143:4
**84** 8:15,21
  11:10
**85** 11:11
**856** 3:17
**86** 143:5
**888** 2:10

**9**

**9** 4:23 6:9,10
  53:14,15 76:24
  171:8,11,18

**9.1.** 77:10
**9143** 189:20
**93** 5:13 70:5,10
  70:11 86:12
**931-5500** 3:12
**94** 5:17
**97** 5:18
**973** 2:22
**98** 29:20
**9:13** 1:24

**a**

**a.m.** 1:24 34:24
  37:19
**ability** 189:11
**able** 32:21
  111:23 115:17
  119:15 136:10
  145:22
**above** 1:19 71:1
  153:7,14
**absent** 96:3
**academy** 10:18
**accent** 45:5
**accepting** 43:4
**access** 150:15
**accessory**
  185:12
**accommodate**
  167:6
**accomplished**
  61:17 74:4
**account** 126:11
  185:16,20
**accounted** 90:6

**accounting**
  184:16
**accounts**
  186:15 187:7
**accreditation**
  4:18 26:10,23
  163:13
**accurate** 51:24
  53:21 82:10
  100:20 132:4
  150:1 189:8
**acquainted**
  30:23
**acquired** 36:11
**actinolite**
  149:21
**action** 189:14
  189:17
**actual** 151:2,4
  169:2
**actually** 11:2,3
  11:10 17:17
  18:10,14,14
  19:14 20:15,15
  21:6 22:5 28:13
  31:18 46:16
  47:6 53:17
  71:18 73:8
  76:13 79:6
  81:12 85:13
  101:18 111:8
  115:17 132:22
  138:8 140:10
  148:9 151:20
  155:22 156:20

**additional** 27:1
  79:10
**adjust** 137:23
**adjustment**
  58:8 138:4
  141:3
**adjustments**
  126:11
**advance** 158:7
**advanced** 126:3
**advocacy** 62:20
**affect** 98:10
**affiliation** 62:4
  62:10,13
**afford** 100:23
**afternoon** 93:1
**agency** 88:15
**ago** 30:19,20,21
  89:19,22
  127:18 128:19
  132:8 141:19
  146:14,21
  172:5
**agree** 40:21
  50:12,15 52:20
  65:15 82:8,21
  82:23 83:8 87:1
  87:3
**agreed** 90:2
**agreement** 43:7
  53:3 78:17
**ahead** 50:17
  132:24 182:5,7
  185:2
**ahera** 170:6

**aii** 44:17,21,22
46:4,7 47:20
**alabama** 3:6
**albuquerque**
11:5,6 14:14,15
14:17 15:9
**allen** 3:4
**allow** 136:19
**allows** 18:12
**alpha** 5:17,23
6:6,7 81:11,15
81:18,21 82:15
83:6,9,10,15,20
83:24 84:5
85:18,19,22
86:7,21,22
94:22 95:1,4
96:10,10 109:9
116:9,12
120:14,14,15
120:20,22,24
121:6 122:17
122:18,21,22
122:23 151:3
151:11 152:4
163:1 175:24
176:6 177:10
184:23 186:14
**altered** 144:4
**ama** 88:21,22
89:4,12,18
**amenable**
42:16,23
**amended** 4:11
4:12 23:7,13

**america** 31:7
**american** 12:14
12:16 44:16
169:1
**americas** 2:15
**amherst** 19:15
**amosite** 20:22
149:18
**amphibole**
61:19
**analysis** 4:16
5:12 6:11 24:3
24:6,22 27:12
36:6,15,18,20
36:23 37:1 38:4
41:16 47:17
57:1,2,2 58:6
58:17 59:5 64:6
66:24 68:10,15
73:22 74:15
75:18 95:14
100:8,9 101:9
102:4 114:15
130:19 147:15
169:9 181:21
182:17,19
187:14
**analyst** 74:3,4
128:11,24
129:1 131:5
133:20 135:23
139:17 145:7
152:18 155:12
155:17,23
**analysts** 131:21

**analytical** 4:19
21:14 26:11,24
57:4
**analyze** 41:13
71:14,21 73:9
88:18 117:8
**analyzed** 40:3
71:11,16 72:11
72:24 75:9
93:24 94:2
169:13,16
**analyzing**
132:22 140:21
**angle** 143:1,1,2
143:3,5,6,17,18
143:20 144:2
176:9,18
**angles** 47:11
**ann** 34:12
60:21 61:13,15
62:3,12,19 63:2
65:7,20
**annual** 31:7
**annular** 100:2
160:7
**answer** 19:13
44:19 54:1
58:14 62:24
127:5 128:14
146:12 179:10
182:6
**answered** 138:9
168:24
**answers** 58:4
**anthophyllite**
149:21 181:2,4

**anticipated**
51:19
**anticipating**
162:5
**antigorite**
79:20
**anybody** 32:14
47:16 48:3
49:12 51:10
52:5 53:6 72:15
164:2
**anymore** 66:5
137:24
**anyway** 17:8
43:24 114:9
**apartment** 15:8
15:11,11
**aperture** 18:11
100:6
**apologize** 87:12
144:8
**apparently**
39:1
**appear** 53:20
107:11
**appeared** 13:15
**appears** 27:2
110:22 156:6
183:24
**appendix** 29:10
89:4
**applicable**
106:6
**application**
5:10 68:8,13

[appreciate - avenue]                                    Page 6

**appreciate**  7:18
  10:10 65:19
  115:6,15 120:4
  161:4
**approach**  13:9
**approached**
  43:12
**appropriate**
  68:1 98:3
  140:23 142:22
  176:9
**april**  42:24
**area**  9:4 147:22
  153:14,14
  155:23 157:3,7
  157:9 177:2
**arguing**  167:16
  167:16
**argumentative**
  62:23
**arizona**  83:19
**arrange**  55:18
**arrived**  14:14
  37:15 73:6
**arrow**  118:1
  120:8 121:14
**art**  90:22
**article**  13:7,11
  13:13
**articles**  13:18
  13:21 14:2,5
  62:20
**articulate**
  176:14
**artificially**
  58:22

**arts**  108:21
**asb**  5:5,7 67:11
  67:22
**asbestiform**
  62:21,21
**asbestos**  5:12
  19:8 21:22
  24:23 46:4 52:6
  56:1 62:20
  64:18 66:24
  68:10,15 70:6
  75:18 79:24
  88:19 91:12
  96:2 97:2
  100:21 126:2
  126:24 131:23
  149:16,16,17
  149:20 163:15
  169:5,9 170:8
  170:21 171:20
**ashcraft**  3:9
**ashcraft.com**
  3:12
**aside**  27:6
**asked**  27:11
  46:10,17 49:22
  50:20 56:23
  138:15 141:17
  146:21 168:24
  172:4
**asking**  8:8 10:1
  35:13 42:16,22
  43:12 49:24
  58:19 84:14
  96:1 99:7 102:2
  103:16 130:9

  131:15,16
  132:18 171:22
  177:12 180:5
**asks**  12:2 13:24
  17:11 45:15
  112:14
**aspect**  171:7
  186:12
**aspects**  82:13
**assessing**  176:5
  176:6
**assessment**
  25:10,12 27:4
  27:19 148:11
**assessor's**  27:2
**assign**  174:5
**associate**  85:13
**associated**  58:6
  61:22 77:4
  80:10 85:2,9
  87:14 129:7
  146:8 147:16
  156:11 183:3
**associating**
  121:21
**association**
  62:5,10
**assume**  136:19
**assumes**  37:2
  173:20 179:4
**attach**  63:23
**attached**  39:5
  41:3 66:18
**attachment**
  39:3

**attachments**
  63:16
**attended**  9:19
  10:5 11:11
**attending**  58:3
  139:8
**attention**  27:15
  27:23 28:5
**attorney**  42:13
  44:7,14 189:13
  189:15
**attorneys**  2:6
  2:11,17,23 3:13
  3:18 48:15,22
  56:14 65:5
**auditor**  25:6
**august**  45:22
  47:3,9,15
**author**  13:15
  20:7
**authored**  14:3
  24:1 59:17
  68:12 130:4
  134:22
**authorship**
  29:1 130:3
**automatic**
  102:10
**automatically**
  81:16 131:3,5
  160:6
**availability**
  43:13
**available**  134:8
**avenue**  1:23 2:9
  2:15

[average - believe]                                                    Page 7

**average** 85:19
85:20,22 108:4
**aware** 26:15
28:2,13 31:14
31:17 32:15
33:23 35:22
36:17,19,22
37:4 46:5,6
52:1 58:3,7,10
58:21 59:8
61:19,20 66:14
66:15 88:10,14
88:19,23 90:9
90:12,13,16,17
90:22 91:1,17
91:21 126:13
126:18 132:7
139:16 172:2,7
181:1
**awful** 66:3

**b**

**b** 12:3 155:9,10
156:23
**baby** 45:14
64:19 90:11,15
90:20,23 91:2
91:13,20 95:9
95:10,16 96:3
96:19,23 97:3
105:11 132:2
132:20 137:20
**bachelor** 9:24
**back** 11:7 13:6
13:22 15:9
18:19 26:18

27:7 35:8,20
37:13 42:3 43:4
48:23 50:15
52:15 53:23
56:16 75:13
78:7 79:14
80:17 84:16
93:4 106:2
123:8 127:7
144:14 145:1
157:11 158:5
160:14 175:6
176:22 183:20
**background**
103:14 136:6
162:8
**balanced**
127:22
**balancing**
126:12
**bald** 45:5
**ballpark**
168:15
**bandli** 30:24
31:3,16,24
32:16 33:6,11
33:24 34:5 38:1
39:18,22 40:8
41:4 91:14 94:3
139:5 172:14
**bank** 2:10
**bar** 103:3,5
106:4,6,8,12
146:13 148:3
166:19

**barely** 29:19
**base** 137:2
**based** 22:3
41:15
**basic** 17:9 64:5
**basically** 89:15
**basics** 133:16
133:17
**batch** 117:5
151:16
**batching** 18:23
**bbraly** 2:6
**bear** 12:1,6
35:15
**beasley** 3:4
**beasleyallen....**
3:7
**becke** 100:6,7,8
100:14,19,20
100:24,24
101:9,12,22,23
102:3,11
104:16 111:18
112:11,18,20
112:24 113:3,5
113:10,11,12
113:13,14,15
113:15,18
129:19,21,24
130:6,20 131:2
140:23 141:2,9
142:1,11 145:8
145:10,12,13
145:21 146:2
146:10,13,16
146:19,23

147:9,17
148:12 150:17
152:24 153:1
153:13,16,19
153:24 154:15
155:8,9 158:2
158:15 160:7
174:7 175:4,17
175:24 176:2
177:23 178:2,3
187:14,17
**began** 35:24
127:10
**beginning**
27:10
**begins** 79:15
**behalf** 43:12
**behaved** 151:2
**belief** 74:10
**believe** 23:16
24:16 31:4,21
36:12 39:19
44:23 46:18
47:20 50:11
54:13,24 59:9
59:16 64:19
70:5 71:11
73:24 83:24
85:19 99:4
102:21 109:17
109:23 119:14
119:19 120:14
131:21 132:4
132:15 145:1
146:20 162:13
179:22 181:24

184:8

**benefit**  64:3

**benjamin**  2:3

**bentonite**
171:20 173:12
173:15 178:10
179:1,21 180:2

**best**  65:19
85:14 107:23
140:8 141:5
146:12 189:11

**better**  56:3
140:11 163:16

**beyond**  167:8

**bh**  55:24 126:1
126:4,4,5,5,13
126:18,22,23
127:6 137:1,1
138:5

**big**  57:16,17
109:19

**bill**  56:15
124:17

**billed**  54:6 55:8

**billing**  54:10
55:3 90:6

**birefringence**
80:15 81:5,10
81:12,13,15,20
82:5,9,14 83:2
83:11,23 84:17
84:21 85:2,5,9
85:12,24 86:2,7
86:18,24 87:5
87:10,14

**birefringences**
80:9 86:14

**bishop**  48:7,11

**bit**  7:16 40:16
73:5 84:15 99:8
102:19 111:4
123:19 125:9
158:6 186:19

**blade**  110:24

**blank**  105:12

**blended**  177:23

**blending**  156:6

**blob**  121:11

**block**  18:10,13
18:23

**blocks**  18:10

**bloss**  10:23
11:3 13:8 14:16
20:6 31:8 32:2
33:6 113:17
148:6 150:3,3
155:1,1,14,19
156:15

**bloss's**  153:14
178:4

**blue**  76:20 96:6
96:8,11 102:19
110:22,23
111:3,4,18,19
112:5,6 121:9
121:10 153:17

**bluish**  125:11
154:22

**bond**  4:17 24:3
24:7 45:14,16
46:11 136:3

**book**  19:20,20
19:21,23,24
20:1,2,6,9,10
20:11 21:13,20
75:19,20 76:15
76:21 79:3,10
79:14,17 84:22
84:23 113:17
150:3,5

**books**  75:17
76:2,4

**border**  112:22
175:18 177:22

**born**  8:18,23

**bother**  91:8

**bottle**  21:9

**boundary**
141:8,12
142:10,23
143:11,14,16
143:23 182:8
183:12 184:5,7
187:5

**bow**  146:15,21
148:2,5

**braly**  2:3 4:6
7:8 26:22 29:22
29:24 38:13,19
40:20 41:20
42:2 44:12,13
45:16,18 48:18
50:4,7,12,18
52:12 76:12
80:18,22 81:2
82:2,3 91:22
92:2 93:3

104:21 105:4,6
112:1,3 117:11
119:10 131:10
131:14 144:12
158:10,13,14
159:12,14
168:11,12
172:24 173:14
174:15,19
179:11,13
187:21

**brand**  147:15

**branham**  2:3

**break**  40:19
41:21 42:1
80:21 91:24
93:7,8 123:20
127:24 131:11
131:13 159:11
159:13

**breaks**  8:2

**briefly**  25:13

**bright**  121:10

**brightened**
58:22 133:23
134:4

**brightness**  59:5
59:7 183:2

**bring**  27:15,23
55:19 98:5
112:21

**broke**  9:17

**brought**  18:14
28:4 31:21,21
71:20 95:24
138:13

**[brown - caused]**                                                      Page 9

**brown**  154:21
  155:18
**brownish**
  127:19 154:20
  156:15
**bruce**  48:7,10
**brunswick**  1:23
  61:4
**bryan**  30:23
  31:15,18,21,23
  31:24,24 32:16
  33:5,11,24 34:4
  37:24 38:1
  39:17 91:14
  94:3 139:5,7
  172:14
**build**  33:6
**builded**  127:4
**building**  15:3
  23:3 124:5
**built**  124:9
  125:23 126:6
  153:12
**bulb**  123:23
  124:3,20
**bulbs**  125:18,18
**bundle**  6:11
  84:12 87:9 98:7
  148:20,24
  149:1 152:6,7
  159:3,17,19
  182:18,20
**buy**  185:10

**c**

**c**  2:1,20 3:2
  17:13 29:10
  30:1 60:15
  153:8 155:9,10
**calculate**  20:13
  81:17 86:7,17
  143:4
**calculated**
  81:20 82:5,8
**calculating**
  83:2 86:5
**calculation**
  20:18 83:1
**calculations**
  81:5
**calibrated**
  129:22
**calibration**
  128:17 165:17
**calidria**  35:14
  36:7,7,11,15,18
  36:23 37:1 71:2
  71:7,12,15
  74:22 96:16
  116:16 117:1,5
  118:4,18
  119:19 162:10
  162:17 163:3
  170:15 171:20
  173:9,11,16
  178:9,11,12,17
  178:19,21
  179:1,3,21,23
  180:1,6

**california**
  83:19 116:16
  117:5 118:3
  171:24 172:8
**call**  19:23 21:21
  37:22 98:15
  99:22 136:9,15
  150:13 152:1
  157:23 167:5
  185:11,11
**called**  9:4 13:9
  16:15 17:8 18:9
  18:20 19:19
  20:23 21:7
  22:20 39:6
  42:22 68:12
  75:21 76:23
  100:15 115:23
  116:4 118:13
  118:15 143:16
  150:2,3 154:16
  177:9 182:9
**calling**  154:15
**calls**  132:5
**camera**  47:11
  126:14
**campus**  3:15
**canada**  69:17
  83:18 149:9
  152:9
**canadian**  96:20
  152:7 170:10
**cancer**  22:24
**capture**  113:20
  114:3,12,12,16
  114:16 115:4

**captured**
  133:18 135:20
**capturing**
  114:24 115:16
  136:23
**carbide's**  118:3
**card**  12:19
  56:11
**care**  3:18
**career**  7:16
**careful**  163:16
**carefully**
  121:17
**cargille**  5:7
  63:21 67:13,20
  67:22 101:19
  154:2,9 156:20
  156:22 187:18
**case**  23:6 29:6
  35:24 38:6
  42:17 49:12
  51:12,20,23
  52:2 54:14
  66:13,13 69:5
  86:18 100:3
  108:21,21
  117:9 135:3
  139:6 161:9
  166:23 183:10
**cases**  22:24
  51:12 59:18
**catch**  114:1
**cause**  26:1
  143:17,21
**caused**  141:6
  185:22

**ccr** 189:21
**cdcs** 5:17,18
  94:21,24 97:11
  102:14
**center** 2:20
  97:23 99:10,11
  99:16 122:14
  123:3 145:24
  157:21
**centigrade**
  22:10
**central** 9:7
  16:13 17:22
  18:1,9,11,13,15
  18:20 19:10
  36:24 96:6 98:2
  98:12,14 99:22
  100:1 101:21
  102:11 104:2,7
  111:1 112:10
  113:2 128:2
  141:6 142:1
  143:8 144:3
  145:7,22 147:5
  157:11,14
  160:6 166:21
  174:8 183:15
  187:10,11
**certain** 158:8
**certificate**
  149:5 189:1
**certified** 1:20
  189:3
**certify** 189:4,7
  189:12

**chair** 11:4
**challenging** 8:7
**chance** 7:14
  41:17 53:23
  163:17
**chang** 61:12,12
  61:15
**change** 22:11
  101:1 113:1,3
  150:18,23
  159:5 182:11
  184:12,16
  186:3,5
**changed** 9:6
  159:6 165:18
**changes** 165:16
**changing**
  160:10
**chapter** 21:20
  76:24
**chapters** 76:10
**characterizati...**
  67:6
**charge** 56:12
**chart** 77:3,9,11
  99:15 102:14
  102:20 111:7
  113:18,18
  121:22 123:16
  146:16,17,18
  146:19 147:1,3
  147:5,21 148:3
  148:6,7,8,9,11
  148:13 152:23
  153:14 155:1,2
  155:7,14,20

  156:16 165:20
  166:12,15,15
  167:10 178:4
**chatfield**
  146:18
**chatted** 7:13
**cheap** 127:2
**check** 27:19
  129:19,20
  131:4 145:8
**checking**
  129:24
**chemical**
  108:21
**cherry** 3:16
**chicago** 31:18
  31:23 32:16,24
  132:13,16
**children** 167:7
**children's**
  167:4
**china** 8:23 9:1
  9:9,16,20 13:20
  14:5,9 16:7,9
  16:10,15 17:18
  18:3 35:6,21
  56:17 165:2
**chinese** 10:18
  35:3 118:9,13
  118:15 119:6
**chonqing** 9:4
**choose** 68:23
**chris** 168:11
**christopher** 2:9
**chronological**
  34:17 37:7

**chrysography**
  186:11
**chrysolite** 79:4
  79:8,20 96:20
**chrysotile** 4:15
  5:23,24 6:11
  17:10,13 19:7,8
  20:21 24:2,5
  27:17,24 60:1,4
  60:18 64:5,18
  68:2 69:2,4,12
  69:14,17,19
  70:2,14,24
  74:24 75:6,9
  77:4,6,12,13,21
  77:23 78:10,11
  78:19,22 79:4,5
  79:19,19,24
  82:16,22 83:17
  83:22 84:18
  85:2,24 86:4
  87:5,21 88:3,4
  88:5,12 90:11
  90:14,20,23
  91:2,19 96:13
  96:14,15 97:5
  98:7 107:3,14
  108:1,4,6,7,12
  108:19 109:5,8
  110:1 116:15
  116:16 117:1,5
  118:3,9,10,14
  118:15,18,19
  119:8,18,19
  120:9 122:5
  131:18 132:2

[chrysotile - coloration]                                          Page 11

| | | | |
|---|---|---|---|
| 132:20 149:9 | city 9:6,6 55:19 | 156:17 157:6 | 99:16,17,20,23 |
| 149:15,18 | claims 160:16 | closely 156:11 | 100:4 101:22 |
| 151:1,5 152:3,8 | clamshell | closer 100:18 | 102:13,13,13 |
| 153:4,5 159:7 | 122:14 | closest 155:23 | 102:15,17,19 |
| 161:6,8 162:5 | clarification | 156:2 177:23 | 102:20 104:2 |
| 162:10,14 | 12:2 13:24 | coalinga 116:15 | 105:20 111:6 |
| 163:17,20 | 17:11 33:17 | 118:2,8,10,18 | 111:17,19,20 |
| 164:1,3,9,14,21 | 45:15 112:14 | 122:5 | 121:21 122:7 |
| 165:1,4 166:13 | clarify 10:8 | coauthor 13:7 | 123:15 124:2,8 |
| 166:20 167:13 | 13:23 147:19 | 76:1 | 124:20 125:5,8 |
| 167:18 168:2,4 | clarifying 35:2 | code 116:17 | 125:10,21 |
| 168:15 169:3,5 | 48:16 | 119:16 | 127:20 128:18 |
| 169:11,17,21 | clark 2:6 4:11 | coefficient 21:8 | 140:22 141:7,7 |
| 170:9,11 171:4 | 22:21 23:5,7 | 169:7 | 142:9,10 143:9 |
| 171:24 172:8 | 35:23 42:17 | cohen 2:8 | 144:3,5 145:10 |
| 172:16,18 | 50:2 | coincide 186:20 | 146:8,13,16 |
| 173:16,19,22 | clark's 49:12 | coincidental | 147:2,3,6,16,24 |
| 173:23 174:1,3 | 51:23 52:2 | 186:20 | 148:3,7 152:15 |
| 174:11 175:7 | 66:13 135:3 | colder 125:10 | 152:16,17,22 |
| 178:19 179:17 | clay 171:21 | collaboratively | 153:17,17,20 |
| 182:1,17,19 | 173:12 178:10 | 34:6 | 155:12,13 |
| 183:9 184:8,12 | 179:1,21 | collect 16:20,21 | 156:14 157:22 |
| 184:12 187:4 | cleaning 75:12 | 73:2 85:17 | 160:1,2,3 |
| chrysotiles | clear 119:9 | collection 5:3 | 165:18,20 |
| 35:14 69:21 | 121:1 145:18 | 5:14 34:16 63:9 | 166:11,19,22 |
| 149:1 161:24 | 154:12 177:13 | 72:1,3 | 167:10 174:5,9 |
| 163:8 166:21 | 181:12 182:8 | college 9:9,16 | 175:2,9,11 |
| chun 1:8 4:5,13 | clearer 120:15 | 16:8 61:13 | 178:3 182:4,10 |
| 7:4 23:14 64:7 | 121:7 122:24 | color 19:20 | 183:6,16,18 |
| 65:19 | click 114:11,16 | 20:14 21:16,24 | 184:21,21 |
| circle 18:19 | close 68:24 | 57:19 84:2,4 | 185:21 186:3 |
| circumstances | 100:5 107:8,10 | 96:7,17 97:19 | 186:16,17 |
| 52:24 | 107:11,22 | 97:20 98:1,4,10 | 187:11,12 |
| cite 166:17 | 113:13 145:14 | 98:12,15,16,18 | colorado 90:13 |
| citizen 12:14,16 | 149:23 151:24 | 98:18,20,24 | coloration |
| | 154:23 155:4 | 99:3,12,12,15 | 184:16 185:5 |

185:16
**colors** 36:24
72:7 99:18
129:7,11
141:21 142:17
144:17,22
**column** 70:15
158:19 167:18
**come** 10:11
13:22 15:9 20:5
27:7 32:7 44:6
50:15 77:18
91:10,11 105:4
114:7,9 126:14
**comes** 69:13
**coming** 14:6,9
46:1 53:7
124:21
**commencem...**
11:11 189:4
**commencing**
1:24
**comment** 81:4
**commerce** 3:5
**commercial**
100:22 101:5
163:10
**common**
149:17
**commonality**
180:16
**communicate**
40:12,14 140:7
**communication**
40:4

**communicati...**
39:21 50:1,10
66:5
**community**
7:17,18
**companies**
67:14
**company** 12:21
12:22 154:9
**compare** 53:24
156:15 178:3
**compared**
108:12
**comparing**
102:20 155:19
175:9
**comparison**
102:14 134:14
167:17
**compensator**
185:10
**complete**
114:11 126:7
**completed** 11:8
38:4 54:15
**completely**
12:6 142:16
**completion**
73:1
**complex** 15:11
**complicate**
46:18
**complicated**
20:17 185:13
**composition**
159:2,4 180:16

180:21 181:5
**computer**
29:19,21
**concept** 83:14
83:15 140:19
141:3
**concerning**
62:13
**concerns**
124:19
**concert** 170:6
**conclude** 64:2
**concluded**
188:4
**conclusion**
134:6 148:20
171:5
**condition** 99:2
**conduct** 27:12
65:4
**conducted**
32:23 36:6 51:6
51:7 59:4 71:8
116:23
**conducting**
54:19 58:16
**conference**
40:9 132:14,14
132:15
**confident** 41:16
**confirm** 111:18
130:5 133:2
134:12,13,17
140:23 142:2
**confirmed** 47:6
134:22 141:24

142:10 152:5
158:1
**confirming**
142:11
**conformance**
28:22
**confused** 83:15
118:11
**confusing**
89:24 186:6
**congress** 63:3
**connecticut**
55:18
**connection**
132:10
**consider** 9:19
75:4 137:22
**considered**
22:6
**consistent** 98:8
**constant** 98:23
152:3
**constants** 13:9
**consult** 53:6
**consulted** 49:14
**consulting**
32:13 64:20
**consuming**
101:5
**contact** 43:20
48:3 52:5
149:23 151:24
**container** 73:16
**containers** 5:14
72:3,7,20 93:17
93:21

[contains - court]                                                           Page 13

| | | | |
|---|---|---|---|
| **contains** 17:10 | **convert** 148:2 | 107:4,7 108:22 | **correspond** |
| **contaminant** | **cool** 19:2 | 109:6,7,14 | 34:6 99:1 |
| 172:1 | **cooling** 150:24 | 110:4,5 111:17 | **corresponded** |
| **contaminants** | **copy** 53:17 76:7 | 111:22 112:19 | 48:10,14 |
| 172:7 | 174:12 | 112:21 113:23 | **correspondence** |
| **contaminate** | **corner** 177:3 | 114:5,22 115:2 | 5:3 34:11 37:17 |
| 172:10 | 177:15 | 116:10,13 | 38:20 39:16 |
| **contaminated** | **corning** 156:20 | 117:6,10 | 63:9 |
| 173:24 | **corporate** 3:10 | 121:12 122:3,6 | **corresponding** |
| **content** 50:1,10 | **correct** 8:23 | 123:7 124:18 | 48:17 102:15 |
| **context** 37:24 | 9:10 15:16 | 124:23 125:6 | 102:23 104:6 |
| 78:20 | 17:22 24:14 | 125:12,13,15 | 143:8 144:3 |
| **continue** 46:13 | 25:6 27:12 28:6 | 125:23,23 | 157:13 |
| 109:1 119:20 | 28:10 36:8 | 127:9 128:8,12 | **corresponds** |
| **continuous** | 38:24 39:23 | 128:22 129:2,7 | 99:15 103:13 |
| 111:10,12 | 40:10 41:4,5,17 | 129:8,13,23 | **cosmetic** 27:24 |
| **contractors** | 43:8,9 46:15 | 133:18,19,21 | 127:11 163:20 |
| 90:19 | 47:8,21 52:8 | 133:22,24 | 164:3,10,14 |
| **contrast** 100:9 | 53:4,5 55:5,6,9 | 134:5,23,24 | **cost** 56:8 126:4 |
| 100:11 | 58:8,9,12 59:19 | 135:12,20 | **council** 3:18 |
| **contribution** | 63:13 68:4,5,15 | 136:1 139:12 | **counsel** 3:7 |
| 31:8 | 69:9,15,16,19 | 141:1,14,22,23 | 50:1 189:13,16 |
| **convenient** | 69:20,23,24 | 142:3,13,15,19 | **couple** 23:2 |
| 160:10 | 71:8,9,17 72:7 | 144:16,19,24 | 38:21 69:10 |
| **conversation** | 72:18 73:7,14 | 145:6,9 155:15 | 89:19,22 128:1 |
| 38:15 | 73:16 74:8 75:7 | 157:22 158:1 | 128:19 146:14 |
| **conversational** | 78:13 79:21 | 163:5,9 165:6 | 146:21 171:23 |
| 38:15 | 80:12,16 81:7,8 | 166:24 170:18 | 187:22 |
| **conversations** | 82:6,24 83:6 | 171:2 172:15 | **course** 17:9 |
| 39:21 40:7 | 84:19 85:4 86:9 | 176:13,20 | 31:9,19 32:23 |
| 48:22 | 86:15 87:7 88:8 | 181:17 | 33:10,20 59:1,2 |
| **conversion** 5:5 | 90:4 94:4,16 | **correction** | 65:1 66:3 133:1 |
| 5:7 63:21 67:11 | 95:2,5,6,17 | 153:11 | 173:16 |
| 67:22 128:21 | 97:14 100:9 | **correctly** 11:16 | **court** 1:1,21 |
| 153:12 167:2 | 103:1,3 106:1,4 | 77:19 81:12 | 38:6 181:9 |
| 167:11 | 106:16 107:1,3 | 85:21 128:16 | 189:3 |

**courthouse** 25:15
**courtroom** 54:11
**cover** 7:24 17:4 17:5 81:1 87:22 167:2,8,11 180:10
**cplacitella** 2:11
**cprlaw.com** 2:11
**crazy** 35:10
**create** 144:11 146:15
**created** 29:12 30:13 53:13 146:18 153:12
**credit** 56:11
**crew** 47:12
**criteria** 115:11 143:3
**critical** 143:1,6 143:18,20 144:2
**criticism** 28:8 28:10,11,12,14 84:10 170:14
**criticisms** 58:1 107:13 114:18 133:5 169:14
**critique** 81:5 113:5
**crocidolite** 149:18
**crop** 115:18

**cropped** 114:14 115:1,12
**cropping** 115:5 115:5
**cross** 50:2 130:19 185:9
**crossed** 184:15 184:20 186:10
**crow** 3:4
**crystal** 151:2 159:2,4 180:16 180:23 181:14 183:8,14 184:10
**crystallograp...** 181:7
**csds** 5:21 6:6,7 6:8 102:14,20 104:8,12 111:7 120:23 121:22 122:20 123:16 130:5,19 152:23 157:18
**ctl** 93:20
**cumbersome** 20:14 101:4
**curious** 12:12 159:17 184:1
**currently** 51:22
**cursor** 111:24
**curve** 20:20,21 20:22 108:5
**curved** 122:13
**custom** 126:7
**cut** 17:3

## d

**dad** 29:18,20
**dale** 13:9
**dallas** 2:5
**dark** 112:5 120:12 155:18
**darker** 111:4
**dash** 166:12
**data** 21:12 41:15 84:1 106:9 113:24 164:21 169:13
**database** 113:23
**date** 35:20 38:21 51:19,23 54:5 189:10
**dated** 4:14,17 6:9,10 23:16,22 24:3,7 34:22 39:5 42:11,24 43:11 54:16 171:8,10,17
**daughter** 45:23 45:23 53:10
**david** 75:21 76:15
**day** 14:21 35:23 37:22 49:9 64:4 65:2 73:21 180:10 181:12 187:24
**daylight** 124:5 124:6,8,22 125:16 126:7,9

**days** 40:1
**dc** 45:24 47:5
**deal** 141:3 171:7
**dealing** 86:12 87:2,4 128:23
**dean** 2:3
**december** 26:18
**decent** 56:2
**decide** 170:10
**decimal** 22:9,11 162:12,21
**decision** 129:20 160:18 165:12
**deep** 111:18,19
**deeper** 96:11
**default** 115:16
**defendant** 2:17 2:23 3:18
**defined** 81:17
**degree** 9:24 22:10 175:20 176:8,17 177:9
**degrees** 137:9 143:5 153:8
**delaware** 11:15 11:24 12:1,6,8 35:15 44:4,4 67:1,4
**delivered** 35:19
**deny** 133:2
**department** 19:19 61:13
**depending** 69:13 176:5

**[depends - discussed]**                                      Page 15

| | | | |
|---|---|---|---|
| **depends**  113:9 | **determination** | 184:23 186:16 | **dimmed**  58:22 |
| **deposit**  165:1 | 131:2 174:9 | **differences** | **direct**  9:6 |
| **deposition**  1:7 | **determinator** | 187:8,9 | 138:21 |
| 4:11,12 7:21 | 185:5 | **different**  15:8 | **direction**  68:2 |
| 23:4,5,8,10,13 | **determine**  69:7 | 47:11 69:14,18 | 70:3 75:6 77:5 |
| 49:19 50:3,11 | 99:19,21 | 72:7 73:5 84:9 | 82:21 84:4,5 |
| 50:21 51:5,11 | 113:10,17,19 | 85:16 93:17 | 95:4,4 96:7,8 |
| 51:14,16 56:21 | 138:5 148:13 | 98:18 100:8 | 96:16 97:14 |
| 58:2 59:3 66:2 | 155:2,12 | 106:17,19 | 98:4,24 99:10 |
| 66:12 94:7 | 161:10 175:24 | 115:21 116:8 | 120:10,14,14 |
| 135:7 158:7 | 176:18,21 | 116:12 125:5 | 120:22 121:7 |
| 188:4 | 177:1,23 | 125:19,21 | 121:14 122:24 |
| **deposits**  172:8 | **determined** | 140:12 141:16 | 150:16 151:8 |
| **derivation** | 141:9 159:1 | 141:21 142:17 | 153:6,6 166:6 |
| 21:15 | 184:22 | 144:17,22 | 176:4 |
| **derive**  99:20 | **determining** | 147:8 148:19 | **directions** |
| **deriving**  21:23 | 164:2 | 149:1,2 155:8 | 153:15 |
| **describe**  21:2 | **detraction** | 158:6 165:13 | **directive** |
| 147:24 157:1 | 150:14 | 165:20,20 | 155:24 |
| **descriptions** | **develop**  21:6 | 169:17 170:9 | **directly**  11:5 |
| 76:24 | **developed** | 180:15,20,21 | 18:22 23:17 |
| **descriptive** | 17:24 30:2 | 180:23 181:7 | **dis**  113:19 |
| 148:8 155:13 | 147:21 149:4 | 181:14,16,18 | 187:20 |
| 155:19 | 150:2 | 181:19 183:2 | **disagree**  83:12 |
| **design**  126:7 | **developing** | 183:10,13,16 | 129:12,17 |
| **designated**  52:2 | 149:22 | 184:11 185:6 | 165:10 |
| **designation** | **development** | 185:16 186:12 | **disbursing**  96:7 |
| 119:6 | 30:6 | **differentiate** | **disc**  18:17,19 |
| **designed**  124:7 | **device**  150:15 | 98:11 | **discovered**  90:1 |
| 137:7 | **dial**  137:10 | **difficult**  67:6 | **discreet**  84:15 |
| **detail**  18:6 | **diameter**  18:18 | **digital**  58:11 | **discrete**  87:9 |
| 128:19 | **diaphragm** | 114:3 115:4 | **discretion** |
| **detailed**  26:14 | 100:6 | 126:14 174:13 | 128:10,24 |
| **details**  58:19 | **difference** | 179:7 | **discuss**  169:2 |
| **detectible** | 85:21 109:19 | **digitally**  58:11 | **discussed**  49:10 |
| 132:19 | 161:17 183:14 | 138:19 | 128:18 177:24 |

**discussing**
17:20 37:22
40:2
**dispersed**
113:13,15
178:3
**dispersion**  5:9
17:22 18:1 19:6
19:11 20:13,20
20:21 21:8,11
21:16,24 27:16
27:20 36:24
57:18 68:7,12
84:2,3 98:2,10
98:12,15,20
99:23,24 101:8
101:22 104:2,2
104:7 105:19
112:15,16
113:2 128:3,16
128:18 129:23
131:2 141:7
143:9 144:3
146:17 147:5
152:17 159:24
160:2,3,9
166:11,21
169:7 174:8
183:5,15,17
185:21 186:17
187:11,12
**display**  84:3
98:17
**displayed**  115:2
**dispute**  64:17
132:21 164:8

178:10
**distinction**
96:15 142:10
**distinctive**
183:11
**distinctly**  183:2
**distinguish**
19:10 99:23
113:11 159:19
**distorted**  57:18
98:15 99:1,3
101:21 105:19
141:8 143:9
152:17 160:2,3
183:5 186:17
187:11
**distortion**
130:7 141:6,14
142:11,13
143:13,15,17
143:24 144:23
145:4 186:6,20
**distribution**
42:21 57:14
108:1
**district**  1:1,2
**dm**  41:11
**dm2700**  124:14
**dobslegal.com**
2:6
**doc**  20:6 150:3
169:16
**document**
23:17,20 26:14
27:3 28:1 41:6
43:11 51:15

67:20 91:11
119:21 179:5
**documents**
23:12 26:9
66:18 70:5
**doing**  8:22
16:16 17:18
31:22 34:23
41:9 54:23
87:13 89:15
112:17 127:10
128:7 139:2
156:8 163:15
171:13
**donald**  10:22
11:3
**doubt**  100:4
131:4 173:19
179:2
**doug**  14:15
**douglas**  42:12
42:21 43:4
48:13 55:10,11
**dr**  5:4 7:9 15:13
15:24 18:4
19:21 20:19
25:2,8,11,23
27:1,11,14,15
27:22,22,23
28:4,7,16,20
30:5,17,23,23
31:2,3,8,9,11
31:15,18,20,21
31:24 32:3,17
33:5,6 35:13,23
36:13,14,17,22

37:1,12,21 38:3
40:7,7,12 41:3
41:4,12 42:3
45:22 46:1,3,9
46:24 47:4,17
49:8 51:14
54:11 61:2,5,8
63:10,12 64:22
66:6,10 74:9,11
81:6,19,24 82:4
82:21 85:14
88:2,11 95:22
98:21 105:9
107:13 113:17
114:21 119:4
119:15,19
146:7,15,21
148:2,5,6,18
150:2 153:14
160:16,18,23
163:23 164:1
165:10 166:5
166:12,18
167:17 169:10
170:13 171:21
178:3 181:20
**drag**  116:1
**drastically**
180:22
**drawl**  45:5
**drew**  16:4
**drimmc**  5:5
63:21 66:23
67:11,13
146:15

**[drive - evaluating]**                                                Page 17

**drive** 3:10
**driving** 52:22
**dubin** 49:3,5,9
**due** 99:1 141:8
  186:4,5,18,22
**duly** 7:2,5
  189:5
**dumb** 95:18
  144:7
**dustin** 42:17

**e**

**e** 2:1,1 3:1,1,2,2
  12:3 17:13,14
  44:11,11 127:3
  155:9,9,10,10
**earlier** 13:17
  161:1 168:13
  183:21
**earliest** 13:6
  14:3
**early** 34:23
  35:1
**earned** 10:16
**easier** 13:2
  21:17 108:11
  151:12
**east** 177:3,6
**eastern** 177:17
**edge** 97:23
  111:20 123:3
  140:22 141:8
  141:12 142:9
  142:18,18
  143:11,14,23
  144:22 145:23

147:11 175:19
177:2 183:17
**edges** 99:13,16
  111:2 141:22
  144:21
**edition** 75:21
  76:5
**educating**
  77:20
**effect** 22:8
  57:20 141:9,12
  142:19 143:11
  143:11,14,16
  143:23 144:1,4
  177:24
**effort** 29:17
**eight** 13:3
  186:15
**either** 34:4
  39:17 40:8
  51:12 76:1
  109:18 127:1
  128:11
**electronically**
  26:7,9
**elemental**
  159:2,4
**elevate** 9:7
**eligible** 13:1
**eliminate**
  150:21
**elimination**
  100:15,16
**elongated**
  105:20 153:6

**elongation**
  185:4
**else's** 51:11
**email** 39:11
  41:3 42:20 43:3
  55:12 63:11
  65:10 66:9
**emails** 4:20,22
  34:20 35:3 42:6
  42:8 63:12
**emphasis** 5:11
  68:9,15
**employed**
  47:20
**employee**
  189:13,15
**encompass**
  168:22
**encounter**
  163:22
**english** 2:19 7:5
  8:4
**enlarge** 99:8
**ensure** 64:5
  130:6
**enter** 143:7
**entire** 113:20
  114:24 118:4
  187:16
**entirely** 29:13
  29:14 118:14
  152:8
**entitled** 1:19
  104:12 182:17
**entries** 54:9,21

**entry** 33:4,18
  54:9 169:14
**epa** 5:13 70:4
  70:10,11 84:16
  85:24 86:12
  88:15
**equal** 143:1,17
**equation** 21:7,7
**equipment**
  11:19 185:13
**era** 114:9
**eric** 146:17
  166:12
**error** 165:13
**esquire** 2:3,9
  2:14,14,20 3:4
  3:5,10,15
**essentially**
  146:17 147:15
**establish**
  149:10 151:13
  164:8
**europe** 12:22
  12:22 139:8
**evaluate** 57:24
  59:2 112:10,17
  112:22 113:6
  147:16 157:12
  157:22 176:2
**evaluated**
  164:24 165:4
  172:13
**evaluating** 68:2
  86:4 97:19
  99:14 111:16
  112:20 129:11

**eventually** 57:6
**ewald** 2:14
**exact** 32:5
   107:21 170:4
**exactly** 79:19
   81:19 134:17
   165:21 180:4
**exam** 56:3
**examination**
   7:7 81:7 189:5
**examinations**
   51:6
**examine** 97:4
   100:6 114:16
   145:12 178:2
   187:17
**examined**
   145:20 160:4,5
**example** 58:5
   69:2,18 73:10
   86:22 93:18
   107:24 114:14
   126:1 135:9
   138:22 142:22
   143:4 145:19
   151:1,8 176:22
**examples**
   141:21
**exceed** 143:1,18
   143:20
**exception** 55:7
**excess** 55:8
**excuse** 51:17
**excused** 188:3
**executive** 3:15

**exhibit** 23:4,7,9
   23:13,15,22,24
   24:5 25:1 26:6
   26:10,22 27:9
   28:8,9 29:5,5
   30:1,8,14 34:19
   34:20 37:6
   38:21 40:23,24
   42:5,5,8 48:14
   53:14,15 54:16
   55:12,12 60:15
   60:15 63:9,11
   66:22 67:11,19
   67:22 68:7,11
   70:9,11 72:1,3
   73:12 75:13,16
   76:16,17 79:9
   79:11 81:4
   84:16 86:11,12
   94:20,21,23
   97:10,11 99:7
   99:18 102:23
   103:18,19,21
   104:5,8,12,14
   104:20,21
   105:2,7,8,16
   106:3,13,14,15
   106:15,23,23
   107:2,5,6
   108:18 109:4,8
   110:1,3,8,11,16
   110:16,21
   117:12,14,15
   117:18,20,22
   117:24 120:6
   120:18,21,23

121:14,24
122:1,10,20,22
123:2,8 133:7
141:20 143:12
144:14 145:2
148:16 154:8
157:17,18
158:5 161:5
165:24 171:8
171:10,14,16
171:17,19
174:3,6 177:15
177:18 178:14
178:23 179:19
180:3 182:15
182:19,24
183:22,22,23
185:4 186:15
187:2
**exhibits** 4:9 5:2
   6:2 23:2,4 26:7
   67:24 94:18
   108:17 129:6
**existence** 162:5
   181:2
**expensive** 126:4
**experience**
   64:22
**experienced**
   135:23 139:24
**expert** 26:2
   32:8,13 42:22
   43:13 46:4 52:2
   88:24 89:2 90:2
   90:3 108:20
   117:9 164:8

**expiration**
   189:22
**explain** 98:6
   99:3 140:9
   149:3 155:22
   166:2 182:13
**explains** 79:6
**export** 40:22
**expressed**
   69:22
**extent** 49:24
   132:1 164:13
**eye** 111:15

**f**

**face** 40:8,8
**facilities** 12:21
**fact** 28:18
   58:11 107:14
   114:23 134:7
   140:3 173:23
**factor** 128:15
   185:1
**factors** 184:22
**facts** 37:3
   173:20 179:4
**faded** 174:12
   179:9
**fail** 163:12,18
   170:7
**failed** 162:13
**fair** 33:16 63:23
   82:19 85:1
   106:24 170:19
**fairfax** 3:11

**[fairness - fluid]**                                                          Page 19

| | | | |
|---|---|---|---|
| **fairness** 59:20 | 142:24 144:18 | **files** 108:18 | **fire** 152:20 |
| **fall** 85:2 | 145:19 150:10 | **filter** 124:5,6 | **first** 8:4 10:12 |
| **falls** 80:10 | 150:12,16,22 | 124:22 126:7,9 | 11:5 13:14 |
| 125:14 | 151:10,15 | **filters** 125:22 | 14:16 16:7 |
| **familiar** 13:11 | 152:9 153:22 | **finalized** | 21:21 23:4 |
| 24:9 28:10 | 159:3 176:24 | 147:16 | 24:17 25:11 |
| 68:18 | 177:4,16,17,19 | **finally** 170:10 | 27:14 31:2,5,23 |
| **family** 69:12 | 177:21,22 | **finance** 53:10 | 32:7 33:11 |
| 78:11 | 179:2 183:1 | **financially** | 34:18,22 35:23 |
| **famous** 19:17 | 184:1 185:6,23 | 189:16 | 42:11 43:11,20 |
| 61:10 113:18 | 185:24 186:21 | **find** 20:23 | 44:3 45:20 |
| **far** 26:17 46:15 | 187:8,9,16 | 32:22 67:6 97:5 | 46:24 49:6,8 |
| 80:19 93:12 | **fiberglass** | 101:2 103:24 | 52:4 59:11,15 |
| 125:24 155:5 | 149:19 | 108:11 119:15 | 61:2,10 63:14 |
| **faxon** 45:1 | **fibers** 86:13 | 120:15 121:4 | 66:1,21 71:10 |
| **fayalite** 78:3 | 97:2 98:10 99:2 | 150:19 153:19 | 71:13 85:15 |
| **fda** 88:16,17 | 107:9,14 | 164:21 186:19 | 95:22 99:21 |
| 89:4 | 141:21 148:24 | 187:18,19 | 106:14 116:18 |
| **feature** 124:24 | **fibrous** 98:7 | **finding** 27:23 | 116:20,23,24 |
| **february** 43:21 | 107:6 122:24 | 88:3 131:18 | 135:7 136:3,4 |
| 44:2 48:24 52:6 | **field** 16:3,19 | 132:2,19 | 137:20 145:13 |
| **feel** 8:1 84:8 | 57:8 58:16 | 169:23 | 146:15,20 |
| 132:17 | 59:22 61:16 | **findings** 84:10 | 149:9 162:9 |
| **feet** 167:7 | 105:13 106:15 | 89:19,21 105:9 | 174:21 181:8 |
| **feldspar** 17:7 | 106:16,20 | 131:17 132:21 | 182:23 |
| **fiber** 86:4,6 | 113:21 114:4 | **fine** 38:23 | **five** 41:23 87:19 |
| 87:9 98:7,8,17 | 114:15,20,24 | 44:20 45:9 | 116:11 135:11 |
| 99:9,21 102:3 | 115:11 136:11 | **fingernail** | 151:4 162:12 |
| 102:12,22 | **figure** 77:9,19 | 150:11 | 162:20 184:14 |
| 107:3 108:6 | 143:10 155:16 | **finish** 38:8 63:7 | **flip** 102:9 |
| 110:17 111:6,9 | 157:9 167:15 | 110:14 115:7 | **floor** 2:15 |
| 111:10,16,20 | **file** 39:5 42:13 | 134:19 160:21 | **fluctuates** |
| 111:21 112:22 | 104:24 118:24 | 180:10 | 22:10 |
| 120:11,12,13 | 119:7 120:1 | **finished** 46:12 | **fluid** 110:4,9 |
| 121:2,18,22 | **filed** 22:20 | **finishing** | 112:23 161:16 |
| 122:12 142:17 | | 151:22 | 175:19 |

**focal** 18:19
**focus** 5:19
  57:20 103:19
  112:22,24
  113:1,4
**focused** 178:2
**folder** 72:14,16
  93:15 101:13
  101:14,18,20
  101:24 105:5
  115:22 116:2,4
  116:5,11 117:3
  118:12,14,16
  118:17 119:3
  137:20 138:13
**folders** 116:2
  118:20
**follow** 9:22
  77:21 128:22
  129:9 131:22
  139:20 141:10
  186:6
**followed** 94:24
  128:9 165:12
**following**
  130:20
**follows** 7:6
**foregoing** 189:7
**foremost**
  100:13
**forget** 31:5
  141:17
**forgive** 125:17
**forgot** 26:19
  114:8

**form** 19:12
  62:22 82:11
  100:8,10
  128:13 140:2
  142:14 147:18
  155:21 164:18
  186:8
**formation** 99:3
**forming** 17:8
  17:17
**formula** 82:13
**forsterite** 77:4
  78:3
**forth** 189:11
**forward** 94:19
**found** 20:12
  21:14 88:12,19
  90:10,14,19,22
  91:1,12,19
  161:5 163:20
  164:3 170:16
  170:16
**foundation**
  158:22
**four** 2:20 9:22
  33:18,18 87:18
  100:11 133:8
  183:22 185:10
  185:11
**fourth** 22:9
**france** 139:11
  139:13
**free** 8:1
**friday** 42:24
**friends** 14:22
  15:20,22 20:15

61:14,14
**friendship**
  14:21
**front** 23:17
  29:7 30:7 42:10
  53:18 64:12
  81:4
**full** 47:1 59:5,7
  113:24 114:4
  115:11 134:5
  135:18 137:13
  166:10
**fully** 31:17
  110:8 134:8
  136:8 140:5
**function** 114:13
  115:16
**further** 189:7
  189:12

**g**

**g** 44:11
**gamma** 5:18,22
  5:24 6:3,4,5
  68:2 69:7 70:2
  70:14 71:1,2
  74:20,24 75:6
  77:5,22 80:5
  81:11,11,15,17
  81:20 82:14,15
  82:16,21 83:6,9
  83:10,14,23
  84:4 85:18,20
  85:22 86:6,20
  86:21 96:7,8,9
  96:10,11,16

97:12,13 98:3
  98:16,24 104:1
  104:1,9,13
  110:2 116:9,12
  117:13,18,20
  117:22 120:9
  120:19 121:13
  151:3,8,9 152:4
  152:4 153:6,15
  161:10 163:1
  166:6,7,13
  168:2 169:12
  169:18,20
  176:1,6 177:9
  177:10 182:22
  184:23 187:1
**gansu** 16:9,14
  16:18
**gap** 162:3
**garde** 2:20
**gateway** 2:20
**gathered** 23:19
**general** 169:8
  169:20,22
  178:20
**generally** 58:19
  79:23 85:10
  91:18 131:22
**geological** 16:9
  16:11,13,17,17
  31:6
**geologists** 16:19
**geology** 10:18
  11:9 16:10,11
  19:19 61:13

**[geophysics - gunter]**

**geophysics**
10:18
**georgia** 25:3
**gerel** 3:9
**getting** 28:4
79:7
**gigabars** 60:5
**give** 38:9 79:14
83:10 85:12
120:18 122:19
140:10 148:11
156:16 162:7
**given** 7:21 8:4
178:15,24
179:20
**gives** 93:19
**glad** 73:4 98:5
**gladstone** 13:9
**glass** 6:8 17:5
101:19,19,19
101:21 150:10
154:2,3,4,5,14
156:19,20,21
156:22 157:6,8
157:18 187:19
**glue** 17:5
150:11
**go** 21:7 22:16
33:17 34:16
50:17,24 53:23
72:9 75:13
80:20 94:18
112:4 132:12
132:13,17,24
133:4,5,16
136:19 139:13

140:4,9 144:14
147:3 158:5
163:14 166:5
175:6 176:22
177:20 182:5,7
182:21 188:1
**goes** 112:5
**going** 13:6
17:20 23:3,9,24
26:7 34:16
40:15 46:13
48:23 50:14
52:15 57:5
60:23 64:9
66:19,21 67:18
75:13 76:7
79:14 80:24
94:12,19,20
97:10 100:7
103:11 104:5
106:2 110:6
111:13 114:19
117:11,12,14
117:15,16
123:8 125:9,11
132:15 143:7
145:1 153:23
160:1 166:9
171:7,14
182:21
**gold** 4:16 24:3,7
45:16 46:11
136:3
**golden** 45:14,17
99:12 102:18
105:16

**goldish** 144:20
**goniometer**
150:13
**good** 7:9,10
29:21 40:18
45:3 55:24
58:18 80:22
87:4 91:22
132:16 138:9
**google** 89:16
91:10
**government**
9:7,20
**grab** 78:7
**grade** 71:21
**gradually**
183:13 184:11
**graduate** 14:18
15:2 16:8
**graduation**
11:11
**gram** 35:14
**graph** 78:22
142:23
**graphic** 20:19
99:2
**graphically**
20:24
**graphics**
144:11
**gravel** 62:5,7
**great** 8:19
18:16 23:19
35:18 63:18
72:22 93:13
146:22

**greek** 70:15
**green** 12:19
19:21,21 20:2
**greenish**
105:17 111:4
112:6 146:3
154:21
**greve** 44:11,14
45:11,19 46:2,7
47:20,24 52:11
52:15,17
**grid** 16:20,21
**grieves** 44:8,9
44:10
**grind** 17:3,3
**ground** 7:24
17:1 81:1
**grounds** 49:23
**group** 16:15
41:10 42:23
62:10 83:17,21
181:10
**grouping**
122:11 130:2
**growing** 181:2
**growth** 180:11
**grunt** 16:16
**gsa** 132:14
**guess** 12:17
96:1 132:18
**gunter** 13:8
14:13,20 27:11
27:14,22,22
28:4,7,16,20
30:5,17 31:9,11
31:15,20 32:3

32:17 33:5 34:1
36:12,13,17,23
45:22 46:1,3,9
47:4 49:14
71:18 74:7,12
95:23,23
119:19 172:4
**gunter's** 36:14
74:9,15 85:15
**guys** 14:21,22
15:2,19,19 39:1
49:6

**h**

**h** 17:13
**h4** 126:23
**half** 116:20,21
137:13 172:5
**halfway** 135:7
**halo** 146:9
147:16
**halos** 146:3
**hand** 76:8,20
80:17 137:16
157:24 158:19
166:16
**hands** 55:1
**hang** 38:9
**hanging** 139:14
**happen** 143:3
180:18
**happened**
20:10
**happening**
37:22

**happens** 141:14
144:9 186:20
**hard** 150:19
**hate** 65:24
110:13
**hd** 93:19
**health** 90:19
**heard** 15:1 26:1
74:8
**hearing** 35:23
36:5 49:8 56:15
56:17 61:4
**heating** 150:23
**heavy** 45:4
**height** 167:5,6
**held** 1:22
**heldrich** 1:22
**help** 131:8
146:22
**helps** 79:7
**henrich** 3:14
**hercules** 12:17
12:18,20 13:4
**hereinbefore**
189:10
**hesitate** 8:8
**hess** 57:3 59:17
139:17 145:6
145:20
**hess's** 56:21
57:24 59:3
**hidden** 37:10
**high** 86:19,20
86:20 100:17
136:18 137:4
162:6 169:24

**higher** 69:3
75:5 85:10,11
87:19,20 101:2
125:8 145:17
147:23 153:10
153:10 161:7
161:24 162:12
162:21 163:1,7
178:5
**highest** 74:21
74:23 167:24
168:3,13,17
**hill** 3:16
**hired** 90:10
**history** 149:3
**hmm** 13:10
27:13 29:8
37:20 54:17
57:9 60:3 63:17
65:21 72:8
123:5 161:14
170:1 176:12
176:15
**hold** 40:15
**home** 11:20
15:10 56:3
**honeymoon**
9:17
**hope** 93:6 146:6
**horizontal**
99:10 111:9
123:12,14
**horse** 56:1
126:24
**host** 31:19

**hotel** 1:22
**hour** 43:7 53:4
54:10
**hours** 54:7,21
54:22,22
187:22
**hued** 125:9
**hydroxyl** 181:6
181:10
**hynes** 2:14 8:13
17:14 19:12
33:17 35:2 37:2
38:8,17 40:18
41:22 43:15,16
43:20 44:1,11
48:1,5,14,16,21
49:12,19,23
50:6,9,17,23
52:10,11,16,18
53:22 58:13
62:22 63:6
64:15 76:10
78:14 80:20
81:22,24 82:11
83:3 89:7 91:24
100:10 104:20
105:2 119:2
128:13 129:3
129:14 131:12
132:5,23 140:2
141:15 142:4
142:14,20
146:11 147:18
155:21 158:4
158:11 159:10
160:21 164:18

[hynes - incomplete]                                             Page 23

167:22 168:24
172:22 173:13
173:20 174:10
178:18 179:4
179:24 180:7
186:8,23 188:1
**hynes's** 52:14
**hypothetical**
129:14 164:19

**i**

**idaho** 10:2,2,5
**idea** 78:23
135:16 164:23
**identification**
16:15 19:7
21:22 23:8,14
23:23 24:8
26:12 34:21
41:1 42:9 53:16
63:10 67:12,23
68:10 70:12
72:4 76:18
79:12 94:22
97:12 103:20
104:9 109:9
110:2 117:19
117:21,23
120:24 122:21
157:19 170:15
171:11,18
182:20
**identified** 74:21
118:21 122:8
142:9 162:18
164:14 179:19

180:4 187:3
**identifies** 171:3
**identify** 16:23
17:6,16 27:17
36:7 98:1,4
111:6,21
123:15 176:23
**identifying**
82:22 102:23
109:2 118:1
122:7 131:23
170:21 171:4
**illumination**
123:23 125:18
134:5,8 136:1,8
136:10 137:18
137:23 138:13
140:5
**image** 6:8 97:7
97:9,21 103:4,5
103:12,12,16
103:21,24
104:1,7,11,13
104:14,16
105:13 106:7,9
106:12 107:2,6
108:10 109:4
112:21 113:20
113:23 114:1,3
114:10,12,14
114:17,24
115:1,4,10,11
115:12,12,18
120:16 122:17
126:15 127:19
127:21 128:11

129:21,24
130:6 133:12
133:17,23
134:4 135:24
136:2,5,13,23
137:15 138:1,7
138:21 145:2
148:18 153:4
153:19 156:3,4
157:14,18
158:2,6 159:22
174:9,12,18
175:12,23
176:19 178:2,6
178:11,23
179:18,19,22
182:10,23,24
183:17 184:21
185:3,9 186:9
186:10,11,14
187:1,13
**images** 58:21
94:9,17,18
115:13,16
123:24 126:12
135:17,19
137:21 138:2
138:19 141:18
141:19 144:14
146:2 179:6,8
183:21
**imagine** 153:21
**imaging** 139:17
154:1
**imarc** 139:8,10

**imerys** 91:19
**immediate**
136:14
**immediately**
155:8
**immersion**
66:24 147:11
**immigration**
12:13
**importance**
133:3
**important** 65:6
115:7,9
**impressed**
29:19
**improper**
144:23
**inaccurate**
15:14
**incandescent**
125:18
**include** 41:8
57:7 68:2
167:20 171:24
**included** 37:9
102:6 168:19
172:14
**includes** 41:7
93:16
**including** 34:10
91:18 149:17
**inclusion**
164:16
**incomplete**
129:14 164:18

**[incorrect - intersects]**                                                    Page 24

**incorrect**  98:22
**increase**  137:24
**independently**
  81:14
**index**  4:1 20:13
  21:1,3,16,23
  22:3,7 63:20
  68:3,21,24 69:6
  69:14,18 70:7
  71:1 74:20,21
  74:23,24 75:6,9
  77:6,24 80:14
  84:6 86:5 95:7
  97:17 98:13,19
  98:22 99:20
  100:12 102:16
  109:6 110:4
  113:6 122:2
  128:5,17 131:1
  145:14 148:13
  149:8 150:1,9
  150:23 151:3,5
  151:17 152:4
  152:10 153:7,9
  154:14,24
  156:1,16,23
  157:2,8 158:24
  159:5 161:20
  162:6,15
  163:20 164:3
  164:16,22
  165:1,13
  167:19,24
  168:14 169:3
  170:16 175:1,6
  178:5,20 185:1

  186:12 187:15
**indexes**  69:1,3
  70:2 149:2
  161:7 162:1
**indicate**  116:17
  116:18 118:23
  170:3
**indicated**  76:3
  179:23
**indicates**  42:13
  73:19 95:9 96:6
  152:16 157:5
**indicating**
  121:16 162:17
**indication**
  119:24
**indicative**
  98:16
**indices**  5:10
  68:9,14 69:21
  70:15 84:11
  148:19 159:19
  181:17
**individual**
  42:12 43:16
  45:1 83:21,22
  86:1,2 87:8
  148:24
**individually**
  53:13
**industry**
  100:21
**inferentially**
  33:7
**inferring**  72:15

**information**
  34:10 65:5
  138:10
**initially**  43:11
  46:9
**inner**  180:11
**input**  30:5
**inside**  113:14
**instance**  126:16
**institute**  10:17
  31:19 67:1,5
  146:15 149:12
**institution**
  90:18
**instructors**
  31:20
**instrument**
  16:24 41:18
**insufficient**
  136:15
**insulting**  64:10
  64:11
**intensely**  79:7
**intensity**  47:1
  133:21 134:5,8
  135:19,23
  136:9,14,18
  137:4,4,10,13
  137:24 138:1,4
  138:6 139:18
**inter**  132:12,16
  181:2
**interaction**
  22:2
**interactions**
  60:21

**interested**
  36:20 189:16
**interface**  98:9
  99:2 142:24
  182:9,11
  185:22
**interference**
  184:21
**intergrown**
  181:21
**intergrowth**
  180:14,17,24
  183:11,18
  184:9
**intergrowths**
  6:12 182:18,20
**international**
  44:16
**internet**  89:14
**interpret**  7:2
  84:6 166:8,20
**interpretation**
  129:2,5,11,13
  165:11 166:23
**interpreted**
  98:21
**interpreter**  7:1
  8:9
**interpreting**
  128:12
**interrupting**
  143:19 144:13
**intersection**
  20:23
**intersects**  77:22

**intrinsic** 158:24
**introduce** 18:5
  31:11 32:17
  52:18
**introduced**
  18:3 32:3 44:7
  45:20 47:19
  48:1
**introduction**
  75:19
**invented** 18:2
**inverse** 80:13
**investigated**
  172:3
**invoice** 53:23
  54:3,5
**invoices** 4:23
  53:12,15
**involve** 22:2
  54:22 94:13
**involved** 16:3
  22:1 32:11,13
  64:3
**involvement**
  25:2 30:6 89:2
**involving** 24:18
**is.551** 153:10
**ish** 148:1
  155:18
**iso** 146:18
  147:4 166:12
  166:15 167:10
  167:10 180:18
  183:1
**issue** 28:5 64:19
  81:11 82:14,15

156:22 170:5,8
**issued** 23:16
  54:15 108:20
  108:22 116:19
  117:9 134:16
  135:2,2,5
  149:13 182:16
**issues** 55:1
  135:21 170:13
**italy** 152:8
**item** 99:9

**j**

**j** 127:3
**j&j** 42:22
**january** 4:17
  24:4,7 46:10,23
**jennifer** 61:18
  62:1 149:6
**jersey** 1:2,22,23
  2:10,21 3:16
  22:20 189:3
**jgarde** 2:22
**job** 12:20 16:7
  16:8 146:22
  149:11 151:12
  151:20
**john** 2:14,20
  149:7,7,23
  151:19 152:6
**johnson** 1:6,6
  2:17,17,23,23
  32:8,9 43:12,12
  48:4,4,15,15,23
  48:23 52:5,5
  56:14,14,20,20

88:3,12,24,24
90:10,10,11,14
90:20,23 91:2
91:17 131:18
132:2,14,14
**johnson's** 88:3
  88:13 90:11,15
  90:20,23 91:2
  91:18 96:3,19
  131:19 132:2
  132:20
**joined** 11:5
**joking** 8:17
**judge** 38:6
**july** 1:23 51:20
**jump** 123:18
**jumping** 185:2
**junction** 45:24
**june** 37:18 39:6
  39:12 40:1,8
  54:6 55:4 59:14
  63:14 66:9 71:8
  94:2 108:24
  123:24 182:16
**justification**
  160:23

**k**

**k** 135:14 155:9
  155:10
**kayme** 2:6
  22:21 23:5
  42:17 66:13
  135:2
**keep** 79:2 93:7
  102:10 139:22

150:19 154:15
163:11
**kevin** 2:14 3:15
  43:15,15 80:18
  91:22 158:10
  174:16 187:21
**key** 83:7 128:15
**khynes** 2:17
**killing** 168:9
**kilometer**
  16:20
**kind** 7:15 28:3
  33:7 40:3 66:6
  78:16 80:23
  89:4 99:13
  102:10 109:1
  122:13 123:2
  123:18 144:23
  145:4 146:9
  154:20,20,21
  154:22 156:14
  157:23 162:15
  162:16 172:10
**kindergarten**
  165:23 167:4
**king** 2:13 42:13
  56:5
**kkotch** 3:17
**klayman**
  135:14
**knew** 52:23
**knob** 58:8
**know** 7:14,16
  10:4 12:5 25:8
  26:1,16 29:18
  32:7,11,12

36:10 37:12
44:15,16,19,21
45:11,19 46:3,7
47:11 48:8 52:9
52:14,18 61:5,8
62:3,9,12,16,19
63:2 64:14,22
64:24 66:3,12
67:3 68:18
78:21,21,24
88:17 89:12
91:4 93:10
95:19 96:2 97:1
102:7 109:16
109:22 111:14
114:13,23
115:3 119:12
119:24 120:3
124:20 125:24
127:6,12,15,16
131:3 134:10
135:22,24
137:4,11,12,14
137:14,17
139:22 140:1
142:21 146:4,5
149:3 152:22
153:3,20 155:8
169:15 175:3,9
175:10 177:12
178:4 180:11
**knowledge**
118:6 166:5
**known** 62:4
69:22 156:19
171:24

**knows** 8:13
46:1
**kotch** 3:15
**kslaw.com** 2:17
**kurt** 44:8

**l**

**l** 17:13,14
135:14
**lab** 11:15,22
16:13,14,23
25:21,24 26:1
27:4,18 56:1
73:9 74:1 88:18
88:19 90:10
124:17 126:2
126:24 127:2
140:4 148:10
149:7 162:13
163:10,15
**label** 108:14
**labeled** 72:14
93:16 135:18
138:1 167:18
**labeling** 73:19
**labels** 93:17
**laboratories**
131:18
**laboratory** 25:2
26:3 174:13
**lacked** 134:5
**langer** 90:22
**language** 8:5
**large** 16:18
**larger** 107:19
108:9 113:7

122:14 123:10
**largest** 184:24
**law** 170:6
**law.com** 3:17
**laws** 147:20
**lawsuit** 22:20
**lawsuits** 46:5
**lawyer** 44:22
45:4
**lawyers** 56:19
64:3
**layer** 147:14
**lead** 3:7
**leading** 54:18
**learn** 151:22
**led** 124:1,20
125:18
**lee** 39:24 41:10
73:24 91:1,12
91:15 134:12
146:15,21
148:2,5
**left** 25:13 59:22
111:1,2 121:10
123:3 133:12
135:17 136:14
137:16 145:3
156:5 187:8,22
**legal** 22:17
**legals** 22:17
**legitimate**
142:18,22
**leica** 41:11
124:14 125:24
126:8,15
127:13,16,22

136:24 137:6
138:20,23
**leigh** 3:4
**leigh.odell** 3:7
**length** 185:6
187:16
**letter** 51:18
70:16
**levels** 132:19
183:2
**liability** 1:9
**license** 189:21
189:22
**light** 11:20
13:18 14:1,9
16:2,5,23 17:6
17:16 18:11,12
18:22 27:16
41:11 55:20
64:6,23 67:16
95:5 100:12
112:6 121:10
124:1,3,7,21
125:6,15,16
126:8 127:11
130:24 133:21
136:9,15
151:11 153:17
185:12
**lighter** 96:8,11
111:3
**lighting** 46:24
57:8 58:6,8,10
**likely** 126:21,22
153:8

**[line - look]**                                                        Page 27

| | | | |
|---|---|---|---|
| **line** 77:21 100:6 | 147:9 154:22 | 84:14 99:8 | 166:5,18 |
| 100:8,14,20,20 | 158:16 | 102:19 110:23 | 167:17 169:10 |
| 100:24,24 | **link** 39:13 | 110:24 111:4 | 170:13 171:21 |
| 101:9,12,22,23 | **liquid** 19:1 | 123:19 125:9 | 174:13 |
| 102:3,11 | 20:20 21:8,9 | 146:1 158:6 | **longo's** 6:9 25:2 |
| 104:16 111:3 | 22:7 68:21,24 | 186:19 | 35:23 37:1 |
| 111:18 112:11 | 95:7 100:17,18 | **live** 12:8 | 47:17 49:8 |
| 112:18,20,24 | 101:1,1,3 109:6 | **lived** 15:2,8 | 51:14 54:11 |
| 113:3,11,11,12 | 113:12,16 | **lives** 45:24 | 81:24 82:4,21 |
| 113:13,14,15 | 142:14 145:14 | **livingston** 1:22 | 88:2 105:9 |
| 113:15,18 | 145:16,24 | **lizardite** 79:20 | 107:13 114:21 |
| 123:9 125:3 | 147:2 153:18 | **llp** 2:3,13,19 | 119:15 124:17 |
| 129:19,21,24 | 153:21 157:7 | **localities** 85:16 | 165:11 171:10 |
| 130:6,20 131:2 | 178:5 185:22 | **located** 62:17 | 181:20 |
| 140:24 141:3,9 | **liquids** 66:24 | **location** 83:18 | **look** 8:19 11:22 |
| 142:1 145:8,10 | 67:20 68:1 69:6 | 98:3 157:12 | 33:4 60:2 74:19 |
| 145:12,13,21 | **list** 42:21 75:15 | 165:2 169:20 | 74:19 89:1 |
| 146:2,10,13,16 | 85:6 | 169:22 170:4 | 95:10 99:7,11 |
| 146:19,23 | **listed** 13:18 | 177:17 | 104:4 106:13 |
| 147:17,22 | 21:9 32:22 68:1 | **locations** | 107:16 114:19 |
| 148:12 150:17 | 70:6 75:18,24 | 169:17 170:10 | 117:16 121:17 |
| 152:24 153:1 | 85:17 | 186:21 | 129:23 133:3 |
| 153:13,16,19 | **lists** 77:3 | **logic** 152:12 | 136:2 137:19 |
| 153:24 154:15 | **literally** 64:10 | **long** 14:22 | 145:13 147:2,2 |
| 154:19,19 | **literature** 13:16 | 26:16 66:23 | 149:4 150:22 |
| 155:8,9 156:10 | 60:5 61:18 | 171:12 | 153:20 155:23 |
| 158:2 160:7 | 85:14 89:3,6,9 | **longo** 15:13,24 | 156:4 157:16 |
| 166:12 174:7 | 89:13 90:16 | 25:8,12,23 | 158:11 159:23 |
| 175:4,17,24 | 164:5 172:9,11 | 27:15,23 38:3 | 166:11 168:1 |
| 176:2 177:24 | 172:12 | 41:12 46:24 | 172:22 173:4 |
| 178:2,3 187:14 | **litigation** 1:9 | 56:15 74:9,11 | 174:8 175:14 |
| 187:17 | 22:22,23 24:18 | 81:6,19 88:11 | 176:24 177:5 |
| **lineation** | 28:2 32:9 49:15 | 95:22 98:21 | 177:21 178:20 |
| 105:17 | 52:6 64:7,14,17 | 148:18 160:16 | 178:21 181:13 |
| **lines** 100:7 | **little** 7:16 40:16 | 160:18,23 | 182:12 183:8 |
| 113:6 142:12 | 73:5 75:12 | 163:23 164:1 | |

**looked** 45:12
74:14 79:13
90:6 93:13
127:18 129:6
132:22 141:18
170:24 175:4
185:14
**looking** 10:8
60:6,8 73:11,13
77:9,19 89:9
91:9 93:17
95:19 96:2 97:1
103:17 104:11
105:15 111:11
120:7 123:12
133:7 135:24
137:10,14
138:6 140:14
142:1 152:19
153:5 154:5
165:17,24
173:7 174:2,7
175:18 177:21
183:23
**looks** 33:7
105:16 122:16
127:19 152:19
157:4 158:6,9
173:3 174:12
178:20
**lot** 7:17,24 17:2
20:14 21:17
29:17 126:4
130:12 138:9
144:9 156:23

**love** 140:4,9
166:3
**low** 86:21,22
100:17 137:4
145:15 168:16
**lower** 101:3
145:17
**lowest** 167:23
168:3
**luke** 61:12,12
61:14
**lunch** 87:23
91:24 93:4
131:17
**luncheon** 92:3
**lyon** 139:10

**m**

**m** 2:9 3:1
116:18 117:13
127:3 135:14
173:13
**m12001** 93:19
115:23 116:14
116:17,22
117:3 119:4
162:9
**m12001.1.550**
116:5
**m2000** 117:13
**m2001** 6:3,4,5
6:6,7 117:13,18
117:20,22
120:23 122:20
**m7** 156:21,23

**m71171-001**
183:1
**m71202-005...**
187:2
**m71547-001...**
174:11 178:15
178:24 180:4
**m71547-001...**
179:20
**m71547-001...**
178:7
**made** 43:20
129:5 160:18
**magenta** 96:17
121:23
**magnesium**
181:5,9
**maintained**
34:3
**majority**
136:11
**make** 21:4,15
33:2 37:14 38:9
78:17 110:20
119:9 124:7
129:1,20 141:2
151:12,17
160:9 174:9
177:12
**makes** 13:1
38:16 181:12
**making** 129:10
135:6
**man** 21:21
**mandarin** 7:1

**manipulated**
58:11 138:19
**manufacture**
67:14
**maple** 2:9
**mapping** 16:17
16:19
**march** 42:11
43:10,21 44:2
48:24 51:18,23
52:7 53:3 54:4
55:3,7
**margaret** 3:5
**mark** 13:13
26:6,13 94:18
103:17 104:5
117:11 120:17
137:9 157:16
171:8
**marked** 23:8,14
23:22 24:8
26:11 34:20
40:24 42:5,8
53:15 63:10
66:20 67:12,23
68:10 70:12
72:4 76:18
79:12 94:22,24
97:12 103:20
104:9 109:9
110:2 117:19
117:21,23
120:24 122:21
138:15 154:7
157:19 171:11
171:18 182:20

**market** 2:4
**marketing** 1:7
**marking** 53:12
  76:10,13,14
**married** 15:6
**maryland**
  61:11 65:1
  88:18
**mas** 1:4 25:2,11
  25:18,21 26:4
  26:17 126:17
  127:6,10 136:2
**mass** 123:3,10
**massachusetts**
  19:16
**master's** 10:17
**match** 101:4
  113:17,19,19
  150:24 153:15
  155:4,5,5,13,24
  156:2,7 157:6
  175:2,11,14
  187:19,20,20
**matches** 107:21
**matching** 20:23
  63:20 147:4
  156:11 166:9
  167:11,12
**mate** 15:14,15
**material** 4:19
  21:3,20 26:11
  26:23 36:11
  55:1 67:2,5,5
  74:15 149:11
  149:14,23
  151:14,16

152:11 159:1,8
169:4,6 170:6,8
**materiality**
  184:1
**materials** 5:11
  27:12 68:9,14
  94:6 101:16
  138:14
**mathematically**
  86:16
**mathematics**
  20:15
**matt** 30:23 31:9
  31:11,15 32:3,8
  32:12 33:23
  34:4,11 36:10
  37:9 39:17
  71:16 74:7
  91:15 93:22
  94:2 139:5,7
  172:14
**matter** 1:19
  24:18 46:18,19
  133:2 140:3
**matters** 22:12
  32:9
**max** 138:17
**maximum** 83:9
  83:9,14,16
  86:19,20 137:3
  138:1,2
**mccarter** 2:19
**mccarter.com**
  2:22
**mccrone** 18:5
  18:15 20:19

31:18 33:9 90:9
99:24 131:20
131:22 132:1,7
132:10,19
146:16 147:5
160:8 169:11
169:16
**mccrone's**
  132:21
**mcdevitt** 3:14
**mdl** 1:4 23:10
  41:14,15,19
  42:23 49:11
  50:2,24 55:1
  66:13 108:21
  108:22 134:16
  135:2
**mean** 14:20
  26:16 27:3
  30:13 48:16
  64:10 65:11,12
  77:8 88:7 98:18
  104:16 167:7
  168:18 169:24
  172:20 180:21
**meaning** 34:5
  72:14 177:2
**meaningless**
  83:5
**means** 108:5
  116:22 127:22
  128:21 150:15
  153:15
**meant** 9:15
  66:4 116:23
  167:23 180:21

**measure** 5:10
  60:17 68:8,13
  81:14,14 108:7
  124:4 128:17
  150:1,9,21
  151:11,15,16
  156:18 157:8
  167:4
**measured** 69:1
  74:24 85:16
  149:8 163:19
**measurement**
  71:3,4 86:6
  151:24
**measurements**
  86:14 152:5
**measuring**
  100:12,19
  128:4 151:9
  159:7 169:4
**mechanical**
  40:16
**medicated** 4:17
  24:3,7
**medium** 137:5
**meet** 7:11,12
  14:13 25:23
  31:2 44:6 49:19
  61:2 63:19
  143:3
**meeting** 31:7
  34:5 39:2 40:2
  48:4 52:16 61:6
  61:9 132:12,16
  139:8,10

meetings 48:22
meiji 127:3
member 78:3
180:19
members 78:4
menagerie
112:7
mention 56:24
91:8
mentioned
61:21 65:15,16
merged 145:24
157:4
mesh 108:15
message 37:6
met 14:16
25:11 31:5,18
31:23 32:16
33:11 40:4 44:3
44:24 45:19
46:2 47:4 48:7
48:9 49:5,6,8
50:24
metal 18:17,19
meters 16:21
method 5:13
18:5 19:6,9,14
21:21,21 70:5
70:10,11 85:24
100:12,14,16
100:20 101:7
128:6,9 130:22
131:4 147:20
150:17
methodology
17:23 82:1

131:22
methvin 3:4
mexico 11:4
michael 42:12
55:10
michelle 3:10
mickey 13:8
14:13,20 15:6
34:1 36:12
49:14 74:7,8,12
74:14 136:3
172:4
micro 132:12
132:16
micrograph
58:15 96:17
152:16 157:15
micrometer
5:19,21 103:6,7
103:9,15,19
104:1,8,12,18
104:24 105:1,5
105:8,11,13
106:23 172:23
micron 159:3
microns 17:4
microscope
11:20 16:24
17:6 41:11,13
55:17,19,21
56:2,8 59:9,12
59:16 60:18
100:13 108:12
113:22 114:4,7
114:10 124:6,9
124:13,16

125:1,3,4
126:10,14,17
127:3,4,17,23
133:18 134:9
135:19 136:19
136:24 137:2,6
138:3,20,21,23
140:4,7 185:12
microscopes
58:7 115:19
125:22 127:12
microscopist
130:24
microscopy
7:17 13:19 14:1
14:9 16:2,5
17:16 64:6,23
67:16 100:9
127:11 130:24
153:3
middle 38:11
110:23 112:5
120:7 123:1
142:18 144:20
158:19 179:2
179:23 180:6
180:19 183:17
miles 3:4
milled 118:13
118:15
millimeter
18:18
mind 77:16
79:3 93:7
140:10

mineral 16:15
17:12 21:12
64:18 67:5
76:23 78:5,6
83:21,22 84:2
98:6 150:10,12
169:6 180:18
183:6
mineralogist
18:2 19:18
61:16,17 62:2
169:2
mineralogy
5:15,16 10:17
11:9 21:13
62:17 75:19,21
76:5,15,17 78:4
79:11
minerals 13:19
16:22 17:8,17
62:14 67:1 69:2
69:12 70:7 77:4
80:6 81:6 161:6
180:15
mines 90:14
minimum
83:10,10,14,16
137:3,13
mining 62:13
ministry 16:11
minus 81:18
82:14 83:10
minutes 38:21
41:23
misidentified
24:1,5

**[misidentifiedas - never]**                                              Page 31

**misidentifiedas**
  4:15
**misinterpreta...**
  182:3
**misinterpreted**
  84:1
**misinterpreting**
  160:13,16
**mismatch**
  113:19
**missing** 57:17
**mission** 16:14
**misspeak** 24:15
**misstates** 37:3
  78:14 81:24
  142:4 167:22
**mister** 52:10
**misunderstan...**
  177:11
**mixture** 171:19
  172:15 179:21
**mm** 13:10
  27:13 29:8
  37:20 54:17
  57:9 60:3 63:17
  65:21 72:8
  123:5 161:14
  170:1 176:12
  176:15
**mode** 104:3
  113:3,3 145:21
  146:10 157:14
**model** 124:14
  126:1,1,3 127:3
  136:18

**models** 126:24
**modify** 50:14
**molecule** 181:6
**moment** 75:14
  136:17,20
  141:19
**money** 47:16
**monica** 73:24
**monitor** 42:10
  114:9 115:2
  158:8,12
**montgomery**
  3:6
**month** 55:8
  59:13 108:20
  108:24 170:17
**months** 30:18
  30:20,21,22
  146:14,21
**morning** 7:9,10
  34:23
**morph** 180:18
**morse** 19:16,17
  19:22,23 20:8,9
  20:16,18 21:19
**morty** 49:2,8
**moscow** 9:13
  9:20 10:2,5,6
**mount** 68:21
  150:10,12
**mounted** 72:23
  73:20,21 94:14
  171:20 173:12
**mounting**
  150:14

**move** 11:7
**movement**
  113:10
**mparfitt** 3:12
**mss** 4:16 24:2,6
**mulberry** 2:21
**multidistrict**
  22:23
**multination**
  12:20
**multiple** 47:10
  84:11 86:13,13
  99:18
**muscovite** 17:7

**n**

**n** 2:1,4 3:2 69:5
  135:14
**name** 13:14
  17:12 24:17
  25:20 27:2,2
  46:7 48:8,9
  75:24 104:24
  114:8,8 118:24
  119:7 120:1
  149:7,12
**named** 19:15
  42:12 45:1
  103:9
**names** 45:3
  149:5
**nanometer**
  21:1 156:24
  166:9
**narrow** 166:14

**national** 62:5
  90:18 149:12
**natural** 59:21
**naturalized**
  12:16 13:1,3
**naturally**
  163:20 164:3
**nature** 24:21
  49:15 51:8
  58:24 69:22
  106:7
**navlap** 162:9
**neat** 150:8
**necessarily**
  56:23 167:12
**necessary**
  39:13 74:18
**need** 13:13,22
  26:8,13 39:10
  40:14 46:19
  59:23 68:5 93:7
  98:11 112:24
  120:17 129:20
  131:3 135:22
  150:22 151:7
  159:9 170:7
**needed** 64:6
**needs** 170:7
**neither** 133:1
  159:3 172:6
  175:21 189:12
  189:15
**nesse** 75:20,20
**never** 7:23
  15:12 30:10
  48:9,12 65:15

**[never - oils]**                                                    Page 32

89:1 91:16
162:14 163:22
164:5,20,21
166:7 168:1
172:2 173:1
180:23 183:12
**new** 1:2,21,23
1:23 2:10,16,16
2:21 3:16 11:4
12:6 13:9 22:20
55:19 61:4
62:17 120:18
147:15 189:3
**newark** 2:21
11:24 12:4,6
**nice** 7:11,12
93:6 125:4
**nikon** 126:23
127:1
**nine** 177:15
**niosh** 90:17
**nist** 61:19,22,22
62:2 69:4 149:4
149:12 151:20
151:23 159:7
161:8,16,20
170:5
**non** 62:21
**nonopaque**
5:11 68:9,14
**nonspiked** 97:5
**normal** 19:10
136:9 137:22
138:2,17 140:6
187:10

**north** 112:4
157:23
**northeast** 177:3
**northeastern**
177:14,16
**northwest** 16:8
111:5 157:24
**notary** 1:21
189:2,21
**note** 53:22
119:2 158:4
174:10
**notes** 1:18
**notice** 4:11,12
23:5,7,9,13
**noticed** 15:12
50:2
**november** 8:16
8:18
**number** 78:2
85:6 93:19
94:24 95:8
115:22 119:14
119:20,22
124:15 132:8
173:13 175:2
189:21,21
**numbers** 87:5
**numerical**
21:23 119:16
**numerically**
75:1,2
**nvlap** 25:5,5
26:2,2 71:6
116:19,24
117:1 119:8

122:5 148:10

**o**

**o** 3:1 17:13
**o'dell** 3:4
**oaks** 3:10
**oath** 59:4
**object** 49:23
100:18 140:2
145:17 150:11
154:23 155:21
156:1
**objection** 37:2
62:22 64:15
78:14,16 81:22
82:11 83:3
100:10 142:4
147:18 173:20
178:18 179:5
179:12 186:8
186:23
**objections**
132:23 179:24
180:7
**objective** 18:15
18:20 100:1
106:6,21
112:12,13,16
143:8 154:17
154:18 160:9
160:11
**oblique** 100:15
100:15
**observe** 102:9
147:10

**observed**
113:21
**observing**
137:15
**obvious** 145:23
**occasionally**
160:7
**occupational**
90:18
**occur** 32:19
69:23 107:14
143:2
**occurred** 38:3
**october** 6:9,10
171:8,11,18
**oculus** 112:10
154:16
**offered** 161:20
**offers** 43:4
**office** 15:14
35:15
**oh** 29:18 37:14
42:21 55:10
80:19 125:7
**oil** 73:20 94:14
97:17 122:2
147:11 150:18
150:20,23
153:5,7 154:14
154:24 156:7
156:18,18
163:7 165:5,5
165:13 177:22
**oils** 63:21 67:15
68:3 98:8 153:9

**okay** 8:3 9:9
10:9 11:1,8,14
11:20,21 12:5
12:10,15 15:5,9
15:15,16 18:4,8
18:24 19:4
20:11,17 22:1
22:13,13,15
23:2,21 27:6,8
29:3,16 30:1,5
30:11,16,22
32:12,19 33:21
33:23 35:7
36:21,22 37:11
37:16,17,24
38:11,12 39:9
39:20 40:5,14
41:14,24 43:3
44:18,24 45:10
46:3,8,14,21,22
47:9,23 49:10
51:5,10 52:4,21
53:11 55:2,3,15
55:19 56:4,24
57:24 58:20
59:15 60:14,16
60:22 61:1 62:2
62:11 63:8
64:13 65:8,17
67:10 70:21,24
74:10 76:9
77:17 78:1,5
79:1,5,16 80:1
80:17 83:7,8,19
85:1 86:24
87:18,24 88:7

88:10,18 93:12
95:14,18 97:16
98:1 102:12,22
103:2 104:4,10
104:10 105:23
106:2,10,13,22
107:5 109:10
110:20 111:8,9
114:18 116:3,4
117:7 119:17
120:3,5 121:9
121:19,24
122:10 123:8
123:21,22
124:24 127:5
127:10,16
130:2 133:9
134:2 136:20
138:11,22
139:1,8 140:5
140:11,17
142:8 145:1
148:12 152:14
152:18 154:7
155:3 156:10
158:13 160:11
161:23 162:3
163:11 164:23
165:16 166:4
168:18 169:9
170:3,19
171:21 172:3
172:17,24
173:6 174:5
175:13 178:13
179:16 180:17

181:12 182:13
182:14,22
183:7 185:1,2
186:13 187:13
187:20
**old** 8:14
**older** 126:10
**olivine** 77:11
78:2,2,5
**olivines** 77:3,5
**olympus** 55:24
126:1,3,6,10,18
126:22,23
127:1,6 137:1,1
**omar** 2:3
**once** 38:18
81:11 143:5
161:5
**ones** 57:16
**ongoing** 22:21
**online** 139:9
148:11
**operation**
100:22 101:6
102:10
**opinion** 41:19
46:19 47:2 70:1
70:13 75:8
82:10 88:2,7
97:20 130:18
134:13 145:3
170:22 174:16
183:4 184:16
185:16 187:6
**opinions** 28:22

**opposed** 179:7
**optical** 5:15,16
13:19 75:19,21
76:5,15,17
79:11 80:5 96:5
108:12 186:11
**orange** 148:1
153:16,17
155:18
**order** 34:17
99:19 149:10
151:13 176:2
**organization**
62:4
**orient** 150:16
151:7,10
**orientation**
176:10,18
177:1
**oriented** 121:13
176:3
**origin** 71:15
**original** 134:4
136:2
**originally** 9:10
**originated**
119:3
**originating**
75:10
**osha** 63:4
**outline** 59:22
80:23
**outlines** 130:5
**outside** 105:18
110:24 113:16
123:10

[ovarian - pdf]                                                             Page 34

**ovarian**  22:23
   42:23
**overall**  33:3
**overbroad**
   58:13 64:16
   83:4 128:13
   129:3,15 132:5
   141:15 142:20
**overinclusive**
   167:21
**overlap**  108:5
**owes**  174:13
**own**  41:18 87:9

**p**

**p**  2:1,1 3:2,2,4
   41:11 124:14
**p.m.**  39:2,12
   188:4
**pack**  73:3
**page**  4:3 33:2,3
   33:3,18,18 39:9
   41:6 42:7 60:6
   60:8,9,10,13,15
   65:18 73:11
   75:16,16,17
   77:3 79:15
   86:11,19 93:18
   133:7,8 135:10
   135:10 140:15
   140:15 143:12
   145:2 148:16
   165:24 166:1
   174:3,6 175:16
   177:15,17,20
   178:14,23

179:18 180:3
182:24 183:22
184:14 185:3
185:14,14
186:14,15
187:1
**pages**  5:5,7,15
   5:16 34:16
   63:12 66:23
   67:12,23 76:14
   76:17 79:10,11
   93:15 171:12
**paginated**
   60:14 75:16
   135:11 166:1
**paid**  47:11,16
**paper**  33:9
   46:20,23 61:18
   65:14 68:12,16
   68:17 85:15,20
   128:19 130:4,8
   130:16 131:7,8
   160:1 162:8
   163:6,9 168:1,2
   169:1,2,8,16,19
**papers**  34:7
   63:23 130:9,11
   130:12,17
**paragraph**  77:8
   158:19
**parallel**  84:4
   151:8 166:6
   167:19 169:12
   175:21 176:3,6
   176:23 177:1,4

**parameter**
   21:13
**parcel**  160:17
**parental**
   110:13
**parfitt**  3:10
**part**  14:17
   18:11 20:12
   22:17 77:19
   90:5 94:1
   101:12,16
   111:10 115:12
   123:14 142:12
   160:17,17
   165:7
**participate**
   56:13,19
**particle**  5:20,21
   6:3,4,5,6,7
   83:17 84:3 98:3
   101:10 103:8
   103:20 104:9
   104:13 105:15
   105:20 106:14
   107:20,24
   108:3,8 113:12
   115:9,13
   117:13,14,15
   117:18,20,22
   120:15,19,22
   120:23 122:1
   122:11,17,17
   122:20,22
   136:6 140:22
   145:14,15,21
   147:3,22

150:19,20
156:5,6,7,18
157:4,14,20,24
175:19 176:17
178:16 180:6
183:15 185:23
185:23 186:5
**particles**  113:7
   113:8 115:22
   116:9,12
   117:16 136:11
   136:11 156:3
   157:21 176:11
   176:19 178:11
**particular**
   102:12 136:18
   148:20 156:3,4
   169:14 171:7
**parties**  189:14
**passed**  132:7
**passing**  18:22
**past**  126:2
   150:18
**pattern**  111:1
   153:20
**patterns**  181:14
**paul**  10:23
   56:20 57:2
   139:17 145:20
**pay**  53:4
**pays**  43:7
**pc**  2:8 3:4,14
**pdf**  40:23 60:15
   75:17 133:7
   135:10 140:15

**[peak - polarized]** Page 35

**peak** 108:3
**peer** 13:15,21
    68:11 89:13
    130:3 161:1
**peking** 9:18
**people** 19:23
    38:13,18
    113:18 146:23
**people's** 36:20
**percent** 109:17
    109:18,18,18
    109:24
**percentage**
    109:15
**perfect** 32:2
    33:11 153:15
**perform** 83:1
    101:9
**performed** 58:7
    81:6
**perimeter**
    154:19
**period** 30:10,12
    30:13 31:22
**periodically**
    132:12
**perpendicular**
    84:5 95:4
    151:10 175:21
    176:4,7
**person** 27:15
    28:4 47:24
    55:11 61:6
    63:19
**personal** 3:18

**personally** 25:8
    27:4 71:14
    159:18
**ph** 20:13 84:6
    166:18
**phase** 100:9,11
**phd** 4:5 11:8,13
    14:19 20:6
    31:22 151:22
**phelps** 149:7,7
    149:23 151:19
    152:6
**phenomenon**
    142:3
**phone** 39:22
    40:9
**photo** 94:23
    95:3 103:8
    109:12 154:13
    176:9 178:14
    183:24 184:14
    184:15
**photocopied**
    179:7
**photograph**
    73:10,12 98:19
    103:3 106:4
    111:8
**photographic**
    179:6
**photographs**
    72:13
**photos** 72:2
    102:6 115:21
    138:16,18
    153:24 186:2,3

**photoshop**
    58:23 134:1,2
**phrase** 155:19
**physical** 76:21
    158:24
**physics** 158:22
**pick** 80:24
**picture** 102:8
    120:13
**pictures** 109:2
**piece** 17:3
**pieces** 185:13
**pioneer** 18:5
**pittsburgh** 4:21
    39:6 40:1,4,24
    41:2 71:20
    72:12 73:1
    134:12 137:19
    139:14 159:23
    165:8 170:17
    172:20
**place** 22:9,11
    59:21 69:15
    157:22 162:12
    162:21 189:10
**placitella** 2:8,9
    8:21 21:4 29:20
    34:10 35:10
    51:7 111:23
    144:8 168:9
**plain** 186:10
**plaintiff** 2:6
**plaintiffs** 2:11
    3:7,13
**plan** 4:21 39:6
    40:24 41:3,6,12

**plane** 18:19
**plastic** 72:7
**plate** 185:11
**please** 8:8,10
    39:2 73:2 93:11
    158:5
**pleasure** 63:19
    80:19
**plenty** 22:13
**plm** 6:11 27:20
    27:20,24 35:24
    36:14 38:4
    47:17 57:1 59:4
    110:7 116:18
    148:18 182:17
    182:19
**plot** 20:19,21
    20:22 108:8
**plus** 12:21
    128:20 149:18
**point** 57:6
    68:18 70:22
    77:16 114:23
    123:20 128:10
    128:23 129:1
    129:10 138:12
    157:3
**pointed** 64:9
    121:18
**pointing** 111:14
    121:15
**polarized** 11:19
    13:18 14:9 16:2
    16:5,23 17:6,16
    18:12 27:16
    41:11 55:17,20

**[polarized - product]**                                                    Page 36

64:6,23 67:16
95:5 100:12
127:11 130:24
151:11 184:20
185:9,12
186:10,10
**polarizer**  151:9
151:11 175:18
177:6 183:23
**polars**  184:15
**polish**  150:11
**poor**  127:4
**population**
108:2
**portion**  167:13
168:4
**portis**  3:4
**position**  109:10
170:20
**possibility**
114:5,6 167:3
**possible**  68:24
148:21 149:1
166:19 168:23
**postdoctoral**
11:12
**postgraduate**
9:12
**potential**  49:11
49:21 50:20
162:5
**powder**  1:7
4:17 24:3,7
45:14 64:19
88:13 90:11,15
90:20,23 91:2

91:13,20 95:9
95:10,16 96:3
96:19,23 97:3
105:11 119:9
132:3,20
137:21 164:22
172:15
**powerpoint**
29:9,12 30:2,14
40:22 58:23
133:8 135:11
140:16 148:15
166:1
**practice**  51:2
**practices**  1:8
**preceding**  95:8
**predominantly**
110:22
**premium**  9:19
**preparation**
50:2,10 51:12
51:13 178:16
178:24
**prepare**  17:2
59:23 73:8,8
101:3 103:6
150:20
**prepared**  49:18
73:6 95:21
103:15 105:1
105:10,24
128:11 171:21
182:6
**preparing**
56:14,20 65:4

**presence**
173:23
**present**  26:17
36:3 82:4 86:10
96:19 97:3
133:17 144:10
146:13 164:9
**presentation**
133:8
**presume**  41:8
72:17 136:17
139:2,19
**presuming**
82:24 187:4
**presumption**
134:3
**pretty**  26:3
56:2
**prevent**  18:21
**previous**  60:11
166:5
**previously**
45:13 74:11
119:5 121:15
177:24 185:15
186:22
**prime**  177:9
**principal**  151:3
151:5
**principle**  131:1
150:4
**prior**  25:1 36:5
45:12 48:4
52:15 61:5,9
88:23 94:6
127:18 186:2,3

189:4
**privilege**  49:24
50:4,6
**privileges**  50:8
**probably**  18:3
26:3 35:1 87:12
87:23 103:9
118:23 123:20
153:9 155:9
187:21,23
**problem**  26:20
56:24 57:1,3
83:24 152:1
186:24
**problems**  57:5
57:7,8,13
**procedure**
35:24 128:20
130:21 150:1
**procedures**
165:11
**proceedings**
1:19
**process**  17:21
19:11 67:15
106:7 110:7
128:2,3
**produce**  41:18
**produced**  36:24
37:18 72:13
101:17 118:13
119:23 158:7
**product**  50:6,7
64:19 143:24
163:21 164:4

[products - quite]                                                      Page 37

| | | | q |
|---|---|---|---|

**products** 1:7,8
3:18 131:19
164:10,15
**professional**
14:21
**professor** 10:22
11:4 13:8 19:15
19:17,21 20:6
20:16,18 21:19
61:11,12,14
71:18 95:22
**proficient** 71:6
116:17,19,23
**profound**
179:11
**program** 9:21
9:23 11:8 14:18
14:19 15:2
27:20
**progressed**
65:3
**project** 165:8
170:17
**promise** 12:11
**pronounce** 67:6
**proper** 68:21
136:9 137:18
138:6
**properties** 80:4
80:5
**property** 13:19
81:13 96:5
158:24
**prosed** 106:11
**prove** 41:19

**proved** 158:21
**provide** 26:8
158:20
**provided** 34:9
51:19 53:12
66:19 71:16
74:6,9,12 89:6
93:21 94:5,6,10
95:22 115:10
115:18 116:2
138:14
**providing**
64:20
**province** 9:5,8
16:10,12,14,18
**psc** 4:12 23:13
**public** 1:21
189:2
**publication**
24:11,12,16
161:2
**publications**
7:15 13:6 130:3
**publish** 14:5
61:18 160:1
168:18,20
**published**
13:20 14:8
89:12 161:13
163:6 169:11
**publisher** 20:10
76:4
**pull** 175:7
**pulled** 14:4
**pulling** 137:3

**pumpkin** 19:20
19:20,23 20:1,6
**purchase** 55:16
55:20 56:5
**purchased**
55:24 56:7
**pure** 97:5 118:9
172:16
**purple** 102:18
102:21,24
122:9,10
123:17,18
144:21 147:24
**purplish** 99:13
148:1
**purported** 74:5
94:14 109:5
**purpose** 18:21
55:21 100:17
131:7 169:8
**purposely**
96:22
**purposes** 111:7
121:22 123:16
**put** 16:21 17:5
30:2 54:19 67:8
76:12 78:22
96:22 97:9
101:1 106:8,12
107:17 111:23
126:3 152:7
162:8 166:12
167:1 178:21

**qualified**
151:18 152:10
**quartz** 17:7
**question** 12:11
27:1 35:12 38:9
38:10,11 40:6
40:21 41:13
44:19 50:14
52:12 56:23
59:21,22 63:7
64:10 73:5
95:18 96:24
106:2,18
110:14 127:5
134:19 138:9
139:16 141:16
148:23 160:22
168:6,8,20
172:5 176:16
178:13,15
179:14 180:5
**questions** 8:12
23:11 26:14
49:16,21 50:20
51:2 56:15,20
58:18 69:10
110:7 128:1
135:16 141:11
168:7 171:23
180:9 182:6
**quick** 40:18
68:6
**quite** 16:1
132:8 162:13

**[quite - refract]**                                                                 Page 38

181:7 183:10
**quotation**
68:17
**quote** 37:10
59:12

**r**

**r** 2:1 3:1,2 5:13
12:3 17:13
44:11 70:10,11
86:12
**raised** 114:19
**range** 69:22,23
70:1,6,18 75:5
80:6 83:11 84:3
84:6,17,20
85:12,17,23
86:13,14,17,24
87:6,14 98:17
98:18,20
125:14 152:15
159:24 162:15
162:16 163:2
166:7,10,14,17
166:18,20,22
167:19,20
168:5,19 169:2
169:11 183:17
**ranges** 70:13
86:16 87:2
**ranging** 77:7
**rather** 120:12
174:13
**raw** 106:9
113:24

**ray** 150:13
**reach** 143:6
144:2
**reaction** 136:4
136:14
**read** 7:15 51:14
66:16 90:16
161:1 172:9,12
181:24
**reading** 35:18
39:12 61:17
63:18 64:2
65:18 68:23
89:3 130:7
158:20 161:6
**real** 68:5
141:13
**realize** 121:14
135:8
**realizing** 79:2
**really** 23:11
82:2 127:4
167:16
**reason** 22:6
132:21 134:11
149:24 150:14
152:15 158:23
166:4,8 178:10
179:22 186:9
**reasonable**
129:12,17
**recall** 25:18
26:6,17 35:8
43:19 126:16
126:20

**receive** 49:16
**received** 73:15
73:16 119:21
**recent** 63:23
**recess** 92:3
**reclassifying**
62:20
**recognize** 54:2
125:4 141:5
**record** 60:16
111:14 112:2
119:3 154:12
158:5 188:2
**recorded** 47:5
**records** 169:10
**recur** 84:6
**recurring**
179:5
**red** 2:10 111:3
122:9,10
123:17,18
127:21 153:17
**reddish** 99:12
102:18,21,24
105:18 112:6
146:3 154:21
155:18
**refer** 70:4
128:4 155:7
**reference** 9:12
66:22 70:21
71:5 78:19 98:2
111:7 119:12
130:19 149:11
149:14,23
151:14 152:11

152:23 159:8
170:6,8 176:19
**referenced**
78:10 79:17
170:24
**references** 33:4
75:15
**referencing**
60:10 78:18
**referred** 17:21
19:6 22:22
62:14 67:14
79:23 87:16
91:19 130:21
135:13
**referring** 50:5
60:13
**reflect** 119:8
155:24 165:20
**reflected** 77:6
143:7 163:4
**reflection** 57:20
130:7 140:19
141:4,6 142:3
142:13 143:2
**reflective** 145:4
**refract** 20:13
20:24 21:3,16
21:23 22:7 70:7
74:23,24 77:24
98:13,19,22
99:20 100:12
102:16 128:5
128:17 131:1
145:14 148:13
149:8 150:1,9

150:23 151:3,5
151:17 152:3,9
153:7,9 156:23
157:1,8 158:24
159:5 162:15
164:22 167:24
169:3 175:1,5
178:5,20
184:24 186:12
**refraction**
185:22 186:18
**refractive**  5:10
22:3 63:20 68:3
68:8,14,21,24
69:1,3,6,14,18
69:21 70:2,15
71:1 74:20,21
75:5,9 77:6
80:14 84:11
86:5 95:7 97:16
109:6 110:4
113:6 122:2
149:2 154:14
154:24 156:16
159:19 161:7
161:20 162:1,6
163:19 164:2
164:15 165:1
165:13 167:19
168:14 170:16
181:17 187:15
**regardless**
35:12
**regards**  65:20
**regionally**  9:1

**regular**  105:12
**regulations**
63:4
**reilly**  3:14
**relate**  105:3
**related**  13:18
14:8 22:23 32:9
46:4,11 51:16
55:1 69:10 89:9
180:15
**relationship**
21:14 31:14
34:4 52:10,15
80:14 161:15
176:10 186:13
**relative**  35:24
52:6 63:3 64:23
81:6 157:12
189:13,15
**relevant**  75:18
**reliable**  83:2
**relief**  145:13,15
145:18,23
146:1 147:10
157:5
**remainder**
39:20
**remains**  96:24
**remember**  31:9
32:5 43:5,22
45:2,2,7,9
48:20 51:9 56:9
85:21 109:23
118:8 121:6
170:2,4 172:10
173:4 179:14

**remind**  124:12
**remove**  112:10
145:7
**rename**  68:5
122:19
**rent**  15:10
**rented**  15:11
**repeat**  74:22
**replied**  43:5
**replies**  65:14
**report**  4:14,18
6:9,10 23:15,22
23:24 24:18,21
24:22,24 25:9
26:11,23 27:9
28:8,9,13,18,20
28:24 29:6 30:7
41:14,15,15,16
41:19 45:12
46:10 47:7 51:1
54:14,20 55:2
57:1 59:17 60:2
81:3,3 89:4
108:21,22
117:9 119:16
127:18 133:5
134:16,23
135:1,2,3,5,8
136:2,3 139:5
144:11 160:15
164:6,20,22
171:1,8,10,12
171:13,15,17
173:2,2 182:1
182:16

**reported**  84:17
96:19 132:1
148:18 167:17
169:19
**reporter**  1:21
12:2 13:24
17:11 45:15
112:14 181:9
189:3
**reporting**  88:4
**reports**  170:24
**represent**
116:18 151:15
**representative**
98:4,13 117:17
170:11 186:2
**representing**
48:4,23 52:5
**reproduction**
174:11,14
**reproductions**
179:7,8
**reputation**
132:3
**requested**  7:3
**requirement**
130:5
**research**  11:12
31:19 67:1,4
100:23
**researcher**  62:2
**resend**  39:13
**resolve**  79:2
**respect**  50:9
**respected**  16:2

**respond** 38:10
38:22 65:13
**responded**
65:12
**response** 37:8
65:17 136:21
**responses** 58:1
59:3
**responsive** 65:8
65:9
**rest** 151:4
169:21
**result** 142:2
143:13,14
144:23 145:3
**resulted** 33:9
**resulting** 159:5
**results** 75:2
89:12 129:23
133:2
**retained** 88:24
89:2
**retention** 42:17
42:23 43:7
51:17,18 53:2
**retired** 132:9
132:13
**retirement**
132:11
**retractive**
148:19
**return** 43:3
**returned**
151:23
**review** 4:15
20:11 24:2,6,13

25:14 28:21
36:14 45:21
46:17,20 49:21
50:20,22 51:5
54:24 76:3,4
89:9 90:5
130:20 136:4
146:22
**reviewed** 13:15
13:21 51:10
68:11 89:13
130:3 161:1
164:2 173:1
181:20
**reviewing**
20:11 47:16
**revised** 21:19
**revising** 20:9
**ri** 5:5,7 63:20
67:11,22 110:9
161:16 162:18
163:7 175:1
**ribbe** 10:23
**right** 7:14 10:3
10:10,21 14:7
15:21,23 16:6
20:3,4 21:10
24:19,24 25:3
25:17,24 26:15
28:3,5 31:17
34:15 35:5,22
36:5,22 38:23
43:19 45:7 46:5
46:9,15 47:3
49:10 52:9
55:10 57:22

60:9,21,24 66:8
71:5 73:11,20
75:13 76:20
77:21 78:12
79:15 80:2
81:19 84:23
85:5 87:1,12
88:9 89:17 90:9
91:17 93:14
100:4 102:13
105:16 109:21
110:17,19
111:15 115:19
121:13 122:23
123:6 125:2,20
128:3,6,24
131:16 133:13
133:23 135:3
137:2 139:19
141:4,13,24
144:15 147:12
147:13,17
148:5,9 150:8
155:6 156:5,6,8
156:12 157:20
157:24 158:3
158:15,17,18
158:19 161:13
161:15,18,19
161:21,22
162:1 164:10
164:13 165:19
165:22 166:16
166:16 170:21
173:18 174:2
175:16,22

176:11,13
177:2,7,20
179:12 181:10
181:12,15
182:5 184:10
185:8 187:7,9
**rio** 91:19
**ris** 159:17
**rj** 39:24 41:10
73:24 91:1,12
91:15 134:12
**rls** 1:4
**rmh** 3:17
**robert** 45:1
**robertson** 1:20
189:2
**rock** 16:15 17:1
17:1,3,8,9,17
**rocks** 16:22
**roommate**
15:12,13
**rotate** 150:15
**roth** 2:8
**routine** 163:10
**row** 163:13
**rti** 116:16
118:18
**rule** 68:23
**rumor** 15:17
**run** 152:1
**running** 121:10
123:3
**runs** 77:22
123:9
**russia** 9:17 10:7
18:2

| s | | | |
|---|---|---|---|
| **s**  2:1 3:2 17:13 69:5 | 173:8,10,11,24 178:9,16 179:1 179:20 | 168:17 178:8 | **sciences**  10:19 |
| **sabbatical**  11:3 11:6 | **sampled**  22:4 | **saying**  30:20 45:17 61:15 | **scientifically** 82:9 83:1 |
| **saed**  181:13 | **samples**  16:20 16:22,22 17:2 | 64:2 78:24 79:1 86:3 91:11 | **scientist**  74:1 88:12 |
| **safety**  90:18 | 19:8 27:17,24 | 98:17 104:14 | **scientists** |
| **sailed**  140:13 | 36:7 41:13 56:3 | 111:15 112:9 | 129:12,17 |
| **sake**  181:8 | 68:22 71:24 | 115:6,15 | **screen**  27:11 |
| **sales**  1:8 | 72:5 86:1 93:14 | 118:20 137:12 | 33:5 34:15 60:9 |
| **sample**  5:17,18 | 93:15,23 94:2,6 | 139:20,22 | 76:13 93:14 |
| 40:3 71:11,19 | 94:9,13 106:19 | 147:14 148:7 | 114:17 115:24 |
| 71:20 72:11 | 137:21 172:18 | 152:2 155:17 | 120:7 122:12 |
| 85:17 88:17,20 | **sanchez**  30:23 | 157:22 159:15 | 122:15 157:21 |
| 94:21 95:11,16 | 31:2,5,10,12,15 | 161:23 162:16 | 158:12 170:9 |
| 95:24 96:22 | 32:3,8,12 33:24 | 163:7,24 | 179:3,23 180:6 |
| 97:4,11,13,20 | 34:4,11 35:13 | 166:17 167:20 | **screening** |
| 99:18 100:24 | 36:10 37:9,12 | 168:1 169:8 | 100:16 |
| 101:3 103:6,6 | 37:21 39:17,22 | 173:18 175:5 | **screwed**  80:23 |
| 103:15 104:24 | 40:7,12 41:4 | 176:15 187:4 | **scroll**  183:20 |
| 105:10,23 | 71:16,19,19 | **says**  9:20 27:9 | **sdm**  132:15 |
| 106:8,17 108:2 | 74:7 91:15 | 28:1 37:9 39:12 | **search**  14:2 |
| 108:8,11 | 93:22 94:2 | 63:18 65:18 | 89:16 91:11 |
| 109:12,16 | 95:23,24 139:5 | 68:20 73:13 | **second**  33:18 |
| 110:3 118:4,7 | 172:14 | 77:13,20 79:4 | 38:9 40:15 42:6 |
| 118:10,22 | **sand**  10:18 62:5 | 80:5 93:18 | 42:6,20 63:22 |
| 119:1,13,21 | 62:7 | 147:22 161:6 | 65:18 70:15 |
| 120:2 133:3 | **sandra**  1:20 | 175:1 | 93:18 104:15 |
| 135:13,14 | 189:2 | **sb**  71:21 | 116:21 120:18 |
| 140:8 150:14 | **save**  73:2 | **scale**  103:3,5,8 | 122:19 147:8 |
| 150:22 152:23 | **saved**  73:4 | 106:3,6,8,12 | 147:14 149:7 |
| 159:8 162:10 | **saw**  9:12 25:15 | 159:3 | 149:20 185:1 |
| 163:10,12,16 | 43:2 75:23 | **scheduled**  65:2 | **section**  6:10 |
| 169:18 170:3,4 | 76:22 80:8 | **school**  10:5 | 29:9 68:20 |
| 171:20 172:17 | 119:21 126:1 | 15:14,20 90:14 | 76:23 77:2,13 |
| | 136:5 150:24 | **science**  7:17 | 77:15 79:13,15 |
| | | 9:21 10:17 | 87:22 111:9,15 |

[section - shown]                                                      Page 42

| | | | |
|---|---|---|---|
| 112:5 133:6 | 161:11 169:4 | **series** 4:20 13:5 | 95:1,3,10,15,20 |
| 156:5 160:13 | 170:5 172:24 | 34:20 53:11 | 95:22 96:6,16 |
| 160:15 171:14 | 173:17 174:24 | 63:15 78:5 | 97:11 102:3 |
| 171:15,17 | 182:10,23 | 90:19 103:5 | 109:5,13,16 |
| 173:6,7,8 177:8 | 183:1 184:3,20 | 122:4 126:5,5,5 | 110:8 118:15 |
| 180:9 | 186:24 | 141:19 159:7 | 118:17 172:13 |
| **sections** 76:11 | **seeing** 129:2 | 169:16 180:18 | 172:23 |
| **see** 9:15 13:3 | **seem** 173:4 | **serpentine** | **sg210** 5:23,24 |
| 15:6 25:10 | **seems** 162:4 | 17:10 78:12 | 109:8 110:1 |
| 27:10 28:2 | **seen** 70:24 99:6 | **serpentines** | **shake** 158:21 |
| 32:21,23 33:1 | 102:7 114:3 | 79:18 | **sheet** 4:18 |
| 35:15 36:21 | 138:17 146:2,3 | **serve** 90:2 | 26:10,23 66:22 |
| 37:10 39:2,7,14 | 162:14 164:5 | **served** 25:5 | **shelley** 75:22 |
| 39:24 40:13 | 164:20,21 | 46:3 | 76:15 |
| 42:14,18,19,24 | 168:14 174:6 | **serves** 32:8 | **shi** 7:1 |
| 45:6 48:13 | **select** 68:20 | **services** 4:19 | **ship** 140:13 |
| 51:14,20,21 | 99:16 | 26:11,24 | **shirley** 2:3 |
| 54:16 69:8 | **selection** 66:23 | **session** 50:11 | **short** 28:17 |
| 74:18 75:22 | **seller** 55:17 | 64:4 65:4 93:1 | 33:20 47:5 |
| 77:7,14,20 80:7 | **sem** 108:10,11 | **set** 27:6 47:12 | **shot** 28:17 |
| 80:11 81:1 | **send** 35:14 73:3 | 69:5 146:16 | 47:10 |
| 82:18 83:15 | **sense** 21:4 | 149:20 156:21 | **show** 42:6 |
| 84:17 86:18 | 38:16 65:9 | 156:23 161:9 | 98:20 101:21 |
| 99:10,24 | 120:1 131:6 | 189:10 | 103:7,11 |
| 100:17 101:24 | 150:9 175:17 | **sets** 149:16 | 104:16 105:2 |
| 101:24 102:10 | **sensitive** 22:7,8 | 156:22 | 112:1 120:16 |
| 103:14 107:19 | **sent** 5:14 16:22 | **setting** 100:1 | 122:16 136:7 |
| 107:23 113:11 | 20:10 54:3 | 135:22,23 | 140:4 142:23 |
| 119:14 121:2,7 | 63:14 71:19,24 | 137:11 154:15 | 153:1 174:21 |
| 122:24 129:20 | 72:3,5,14,17,19 | 160:8 | 181:23 183:14 |
| 133:14 136:6 | 72:22 76:4 | **seven** 34:16 | **showed** 84:1 |
| 136:10,13,24 | 93:16 113:24 | 63:15 182:24 | 169:18 175:6 |
| 140:3 143:12 | 119:18 136:3 | **sg** 5:17,18 | **showing** 96:17 |
| 144:1 145:11 | **sentence** | 71:22,23 72:6 | 105:13 186:11 |
| 145:22 147:1 | 158:20 | 73:13 74:5,9,11 | **shown** 178:11 |
| 157:4,5,13 | | 74:11 94:14,21 | 178:16 179:6 |

**[shows - spiked]**                                                 Page 43

**shows** 96:6
  155:23 159:24
  160:4 183:17
  187:19
**shu** 1:8 4:5,13
  7:4 23:14 64:7
  65:19
**sic** 15:10 65:14
  65:14 70:10
  127:4
**sichuan** 9:5
**side** 76:20
  111:1,2 137:2,9
  157:24 166:16
  177:4,16 187:8
  187:9
**sieve** 108:14,15
**sieved** 108:13
  108:19
**signature** 42:12
  189:20
**signed** 24:17
**significantly**
  69:3 145:17
  161:7
**silicate** 181:5,9
**similar** 37:1
  67:19 93:17
  108:6 169:6
  178:21 181:5
  186:5
**simple** 11:19
  21:7
**simply** 135:24
  137:3,10 140:1
  147:10 165:16

174:8
**single** 55:8
  83:16 94:23
  150:22 184:4
**singular** 84:11
  86:4,6,7 187:15
**sir** 107:18
  117:24
**sit** 54:11 115:19
**site** 25:10
  126:21
**sitting** 43:16
**six** 5:15 9:21,23
  12:21 73:11
  76:14,17 174:3
  174:6 177:17
  185:3
**size** 18:18 57:13
  103:8 107:8,15
  107:22 108:3,4
  108:8 114:20
  115:10,13
**skewed** 127:20
**skill** 57:4
**slide** 105:11,12
  143:4 148:14
  148:15 165:23
  166:5 167:4
  185:4
**slider** 137:1,8
**slides** 11:23
  72:23,24 73:2,7
  99:4
**slight** 96:11
**slightly** 112:21
  153:10,14,16

**slowly** 153:7
**small** 17:3
  18:17
**smaller** 108:4,6
  113:7
**smallest** 184:24
**society** 31:6
**software** 58:12
  58:22 114:7,8
  114:10,10
  115:3,18
  125:22 126:11
  126:15 133:24
  134:4
**solid** 19:1
**solution** 20:19
**solve** 20:24
**somebody**
  40:11 61:21
**sop** 128:20
**sorry** 10:6
  21:18 55:12
  57:10,13 60:12
  62:7 63:6 66:1
  67:8 72:9 89:24
  101:15 110:15
  112:13 134:21
  141:17 143:19
  144:6,6,13
  185:2
**sort** 33:8 179:8
**sound** 131:22
**sounds** 12:10
  64:10,11 80:22
  182:6

**source** 119:6
  124:1,7 126:8
**sources** 125:19
**south** 112:4
**southern** 45:4
  111:19
**southwest** 9:2,3
  9:4
**spalding** 2:13
  42:14 56:5
**speak** 44:4
**speaking** 38:18
  179:12
**special** 31:7
**species** 180:20
  180:21 181:21
  183:12
**specific** 16:3
  81:13 130:15
  169:20
**specifically**
  23:12 102:2,3
  124:6 131:19
  187:22
**speculation**
  132:6
**spelled** 79:19
**spend** 100:23
**spending** 7:18
**spike** 96:22
  97:2 180:1
**spiked** 95:10,16
  96:21 108:2,11
  109:12,16
  118:9,10,22,24
  119:8,13

**[spiked - structure]**                                            Page 44

173:15,16,22
173:24
**spiking**  96:4
**spindle**  31:19
33:7 150:2,4,21
151:12,22
**spoken**  44:1
49:2 55:13 66:6
66:10
**spot**  67:9
**sprinkle**  105:11
**srm**  69:5 149:4
149:10 151:18
161:9,16,19
**srn**  170:12
**stable**  151:17
152:3
**stadiometer**
167:5,6
**stage**  31:20
33:7 140:8
150:2,4,21
151:12,22
**staining**  5:9
17:22 18:1 19:7
19:11 20:14
21:16,24 27:16
27:21 36:24
57:19 68:7,13
84:2,3 96:7
98:2,10,12,20
99:23,24 101:8
101:22 104:2,7
105:20 112:16
112:16 113:2
128:3,16,18

129:24 131:3
141:7 143:9
144:3 147:5
152:17 159:24
160:2,9 166:11
166:21 174:9
183:5,16,18
185:21 186:17
187:12
**standard**  21:2
67:15 69:4
124:24 149:11
149:13,22
151:14 152:11
157:1 159:8
161:8 170:5,8
**standards**
67:15 149:12
149:16 154:10
156:21
**standing**
146:17
**stands**  67:3
149:10
**star**  114:8
**starburst**  111:1
111:16
**start**  12:18
17:15 23:3
32:10 52:12
94:19 127:17
131:15 133:6
138:12 168:7
171:22
**started**  10:22

**starting**  128:17
143:2
**state**  1:21 9:8
68:23 189:3
**statement**
68:22 135:22
161:1,5 166:23
**states**  1:1 10:11
14:6,10 18:4
20:5 26:4 35:4
45:22 46:2
79:17
**status**  9:7 12:13
163:13
**stenographic**
1:18
**stenographic...**
189:9
**step**  128:20
**steps**  22:1 41:7
128:23 129:9
**sticker**  26:8
**stoiber**  19:16
**stone**  62:5,7
**stop**  17:22 18:1
18:9,15,20
19:11 36:24
96:6 98:2,12,14
99:22 100:2,2,3
100:5 101:21
102:11 104:2,7
112:10 113:2
128:2 132:15
137:8 141:7
142:1 143:9
144:3 145:8,22

146:17 147:5
157:11,14
160:6,8 166:21
174:8 183:15
187:10,11,23
**stopped**  137:18
**stories**  14:24
**straight**  95:15
172:18 182:21
**streak**  121:9
**street**  2:4,21
3:5
**strength**  59:24
60:4,18
**stretch**  93:9
**strikes**  139:24
**stroke**  67:7
**strong**  153:16
**stronger**
153:16
**structure**  16:10
97:6 98:6,14
99:17 100:19
101:2 107:19
111:5 113:14
113:16 118:12
122:13,14
123:1,4,10,11
123:16 145:18
159:2,4,24
160:4,5 175:20
178:4 179:17
180:14,17,22
180:23 181:6,7
183:1,9 184:4,4
184:11 185:15

[structure - talc]                                                          Page 45

187:18
**structures**
    176:23 182:9
    183:14 184:5
**struggling**
    186:1
**students**   33:24
**study**   7:15
    107:24
**su**   1:8 4:5,13
    5:3,14 7:4,9
    19:6,9,14 21:21
    21:21 23:14
    27:1 42:3 63:10
    72:4,14 93:16
    130:21 146:7
**su's**   119:4
**subjective**
    129:10
**subjectivity**
    155:17
**submit**   153:24
**submitted**
    154:13
**subtracted**
    86:20,21
**subtracting**
    83:8
**suddenly**
    127:21
**suggestion**   33:2
    65:10
**suitable**   113:7,9
**suite**   2:4 3:11
    3:16

**summary**   4:23
    53:13,15,20
**summer**   10:15
**superimpose**
    105:8 106:22
**superimposed**
    103:7 185:10
**supervisor**
    149:6
**supplied**   154:9
**supplier**   91:18
**suppliers**   91:18
**supply**   91:20
**suppose**   22:16
    96:24
**supposed**   41:2
    157:11
**suppressed**
    133:13 135:18
    136:16 137:22
    138:2,16
    139:23 140:6
**sure**   23:19
    37:15 38:10
    44:9 50:17
    56:13 78:17
    80:22 95:12,13
    103:24 107:21
    110:20 115:8
    121:5 131:12
    135:6 141:2
    146:24 151:17
    159:12 174:24
    188:1
**surface**   103:15

**surrounding**
    154:23 176:24
**survey**   16:9,12
    16:13
**switch**   21:5
    100:5 102:9
    113:2 124:4
    157:11 160:6
    160:10,18
**switched**   112:9
    157:15
**switching**
    102:11 145:21
    160:24
**sworn**   7:2,5
    189:5
**symposium**
    31:6,8 32:2
**system**   114:9
    114:11 126:7
    129:22

**t**

**t**   3:1 17:13 69:5
**tab**   76:20
**table**   70:6,7,8
    87:16 153:12
    160:13,17
    162:24 166:9
    167:1,2,10,11
    167:23 169:3,7
    170:2 175:6,7
    175:15
**tables**   5:5,7
    63:21 67:11,23
    128:21

**take**   8:1 9:23
    29:22 38:17
    41:7,20,22 93:8
    102:8 114:2
    123:20 127:24
    131:10 155:11
    156:10 159:10
    172:22 173:1
    182:12
**taken**   1:20 42:1
    56:21 69:17,19
    92:3 109:11
    131:13 148:18
    159:13 170:14
    170:20 174:13
    189:9
**takes**   12:23
    29:17
**talc**   4:15,16
    5:19,21 6:11
    24:1,2,5,6
    27:17,24 42:22
    60:11 62:13,17
    64:5 82:16
    85:10,13,16,18
    85:22 87:13,15
    88:3 95:9
    103:20 104:9
    104:13 105:20
    105:20,21,22
    107:6,20 108:1
    108:2,3,9
    109:12 118:6,9
    118:9,13,15
    119:8,13
    127:11 131:23

163:21 164:4
164:10,14,22
170:21 171:4
171:24 172:15
173:8 181:2,4
182:1,17,19
183:9 184:8,12
184:13 187:3
**talcum** 1:6
**talk** 18:6 20:16
22:14 30:9
56:22 57:6
63:22 83:15,20
85:23 100:7
101:24 148:14
**talked** 25:13,14
30:17,19 61:15
148:17
**talking** 23:20
33:6,8 58:5,15
79:22,23 84:8
84:12 88:21
108:16,19
123:9 126:10
135:8 140:18
146:4 147:7,9
159:16
**tall** 167:7
**taller** 167:6
**target** 150:10
**teach** 65:5
**teaching** 64:24
**tech** 11:7 32:24
151:21
**technical** 19:2
26:2 44:19

46:18
**technician** 74:1
**technique** 5:9
68:8,13 128:4
128:16 150:9
151:23
**technology**
149:13
**tedious** 151:13
151:20
**tell** 11:14 40:11
41:8 49:5 50:19
91:6 138:4
154:23 156:17
163:15 174:17
176:9
**telling** 64:11
**temperature**
22:3,5,6,8
124:2,8,21
125:9,11,19,21
127:20
**temperatures**
125:5
**ten** 17:18
115:21 116:8
**tend** 132:3
**tensile** 59:24
60:4,18
**term** 133:13,14
147:24
**terminated**
163:14
**terrible** 8:12
**test** 5:13 70:5
70:10,11

116:22 117:2
162:10,14
163:13,16,18
**tested** 163:12
**testified** 7:5
36:23 59:4
170:14
**testifying** 32:13
71:7
**testimony** 16:1
37:3,4 38:4
49:11 54:12
59:8 63:3 78:9
78:15 82:5
117:4 119:5
140:21 142:5
167:22 189:8
**testing** 71:6
116:17,19,23
**texas** 2:5
**text** 37:10
**textbook** 19:18
20:12 21:12
**thank** 7:20 8:20
8:20 24:14
37:15 42:4
44:12 65:14,18
161:4 168:11
174:15 181:1
**thanks** 8:11
15:18 64:7 93:5
**theorized** 46:24
**theory** 158:21
**thick** 17:4
**thickness**
184:18,19

185:1,4,15
186:4,22
**thing** 106:24
141:13 146:9
149:9 174:17
182:10 183:21
**things** 11:23
57:4 58:23
79:22 84:9
87:13 91:9
109:2 129:18
131:23 147:8
**think** 9:6 13:6
13:17 14:3 18:3
18:4 19:15
23:11 24:20
25:12 32:10
35:2 44:7 46:1
48:19,19 51:14
51:15 55:16
56:16,18,22
57:16 61:3,10
61:18 64:3,17
64:24 65:5 67:4
74:18 79:1
81:13 83:5 84:2
84:12 85:14
87:17,23 88:14
96:18 98:11
101:18 104:16
105:3 107:10
107:23 119:4
120:13 127:7
127:17 130:4
130:16,23
132:9,13 133:5

**[think - tungsten]**

| | | | |
|---|---|---|---|
| 135:21 137:17 | 28:2 29:17 | 30:3 54:20 | 140:11 |
| 137:20 138:8 | 30:16,19 31:5 | 152:7 177:23 | **transcript** 1:18 |
| 140:12 141:20 | 31:23 40:18 | 180:24 181:3 | 51:15 189:8 |
| 143:3,10 | 45:20 46:7 | **told** 15:1 30:10 | **transcripts** |
| 145:20 146:12 | 47:22 50:16 | 47:13 65:11 | 51:6,11 |
| 146:22 147:7 | 53:4,7 54:20 | 88:11 91:16 | **transition** |
| 150:5,7 158:12 | 58:16 59:11,15 | 104:22 119:11 | 183:13,24 |
| 160:17 168:22 | 66:1 71:10,13 | 148:12 168:13 | 184:3 |
| 172:16 173:7 | 79:19 87:13,23 | **took** 103:4 | **transportation** |
| 177:11 184:2,4 | 91:23 100:23 | 108:10 109:2 | 55:18 |
| 187:23 | 101:5 105:13 | 115:21 120:19 | **trap** 12:10 |
| **thinking** 187:14 | 106:12 110:4 | 123:24 137:21 | **travel** 12:20,22 |
| **third** 4:11 | 116:24 117:1 | 138:20 141:19 | 13:2 18:12 |
| 22:11 23:7 | 135:7 136:3 | 144:15 187:13 | **treating** 163:12 |
| 101:7 137:23 | 140:12 148:10 | **tool** 167:8 | **tremolite** |
| 162:12,21 | 151:21 162:9 | **tools** 128:21 | 149:21 |
| **thompson** 3:5 | 170:7 171:3 | **top** 112:6 125:3 | **trial** 51:11,19 |
| **thoroughly** | 189:10 | 145:2 156:5 | 51:22 |
| 173:5 | **times** 87:19,20 | 157:23 | **tried** 99:8 |
| **thought** 10:6 | **timestamp** 35:3 | **topic** 89:10 | 159:18,20 |
| 110:19 131:7 | **tinkering** 40:16 | **total** 54:4,6 | **true** 15:4,5 |
| **thousand** 31:4 | **tinto** 91:19 | 55:3 140:19 | 59:10 67:16 |
| **three** 79:18 | **tip** 150:10 | 141:4,6 142:2 | 96:12 98:12,13 |
| 100:1 137:21 | 177:14,15,17 | 142:12 143:2 | 98:19 99:22,22 |
| 138:2 151:5 | **tips** 29:22 | 171:13 185:21 | 123:13 136:22 |
| 156:22 160:8 | **title** 72:16,17 | 186:18 | 151:9 153:21 |
| 186:2,3 | 173:3 | **totally** 84:7 | 155:24 162:7 |
| **thrown** 101:15 | **titled** 24:1 | 143:7 | 189:8 |
| **thumb** 68:23 | 117:12 172:23 | **track** 160:14 | **try** 80:24 170:5 |
| **time** 7:12,18 | **tm** 27:20 | **trade** 62:4 | **trying** 67:8 |
| 9:16,18 10:12 | **today** 8:14 | **traditional** | 77:18 143:10 |
| 12:18,24 13:14 | 17:21 18:14 | 100:13 | 167:15 175:8 |
| 14:16,22 16:12 | 23:10 115:19 | **trained** 130:23 | **tube** 137:15 |
| 16:16 22:4,14 | **today's** 158:7 | 131:6 | **tungsten** |
| 24:17,20 25:11 | **together** 15:19 | **training** 32:22 | 125:18 |
| 25:13 26:16 | 15:20 28:16 | 64:4 65:3,4,16 | |

**[turn - utilize]**

Page 48

**turn**  29:19
  76:21 137:8,16
**turning**  29:21
**twice**  96:9
  163:13
**two**  4:22 21:5
  23:4 27:19 31:4
  33:3 35:1
  38:17 40:1 41:6
  42:6,8 63:11,12
  64:4 66:18
  67:13 75:17
  76:4 78:4 82:13
  84:8 87:11
  106:17,19
  107:8,24 108:2
  108:5 109:20
  115:13 116:19
  116:21 118:18
  118:24 126:23
  127:17 130:17
  135:21 147:7
  149:5,16 151:3
  151:6 156:3
  157:14,21
  180:14,20,21
  182:9 183:2,6
  183:12,13
  184:5,22
**type**  24:18
  106:7 123:23
  169:4 180:15
  183:6
**typed**  29:1
**types**  49:15

**u**

**ultra**  17:9
**unadulterated**
  95:15
**unaware**
  115:17 164:15
**uncommon**
  17:9 149:20
**under**  9:6 52:24
  53:3 59:4 70:14
  85:23 95:5
  115:24 138:6
  153:9,13
  154:14 173:23
  181:13
**undergrad**  9:23
**underlying**
  147:11 169:13
**understand**  8:9
  10:1 11:14
  22:24 24:21
  54:19 64:5
  82:20,23 84:9
  86:3 91:14
  106:18 110:8
  114:2,5 131:1
  152:12 159:15
  163:24 165:10
  165:22,23
**understanding**
  8:11 11:16 19:9
  52:23 64:21
  74:6,13 87:8
  109:11

**understood**
  82:19
**uniform**  17:4
  97:21,22
**union**  118:3
**unit**  22:11 85:6
  162:12
**united**  1:1
  10:11 14:6,10
  18:4 26:4
**units**  85:7
  162:20
**university**  9:13
  9:18,19,21 10:2
  11:4 19:15,16
  61:11 65:1
**unnoticeable**
  145:16
**unquote**  59:12
**unsuppressed**
  133:14
**upper**  168:22
**upstate**  62:17
**use**  17:16 41:12
  41:17 99:17
  100:4 101:3,19
  101:20,23
  117:1 127:2
  128:16,21
  133:12,13
  137:16 146:23
  148:6,12,13
  150:11,17
  154:10 155:1
  156:14,20
  157:7 158:15

  160:7 162:10
  163:7,17
  165:19 167:5,8
  169:8 170:12
  175:23,24
  187:17
**used**  9:5 19:19
  20:18,19 21:2
  21:13,20 55:24
  59:9,11,15,17
  67:15 69:7
  99:20 100:16
  113:17,19
  115:4 126:2,17
  127:6,12
  136:15 150:13
  161:10 166:4
  169:4,5,6 180:1
**uses**  124:17
**using**  27:16
  58:22 98:1
  113:5 123:24
  124:10,13,19
  126:19 127:1
  127:17 128:15
  131:2 140:7
  147:9 149:24
  157:10 160:18
  162:3 163:11
**usp**  107:24
**usually**  18:18
  22:9 115:4
  122:23 166:13
**utilize**  8:9
  165:12

**utilized** 46:24
134:9

**v**

**v** 44:11
**vague** 58:13
64:15 82:12
83:3 128:13
141:15 142:20
146:11 164:18
**valadez** 93:19
95:9,16 96:23
97:3,4 109:12
119:6,8,12
120:2 137:20
**valid** 142:16
**value** 21:23
53:7 71:6 81:21
81:21 82:15,16
83:23 86:2,8
87:10 98:16,23
104:1 156:16
156:19 157:8
166:6,13
168:14,19
169:20,24
**values** 22:3
80:15 82:9,21
82:24 85:2
87:11 162:6
167:20
**vanderbilt**
62:14
**variability**
159:16,17

**variation** 98:21
185:20
**varieties** 79:18
**variety** 148:19
**various** 109:2
149:13
**verbal** 136:21
**verified** 159:6
**verify** 41:14
**verkouteren**
61:19 62:1
149:6
**vermont** 75:10
83:18 152:8
**version** 174:12
**versus** 96:10,15
98:14 101:22
108:1 142:18
155:18 170:16
184:24 187:8
**video** 28:17
39:23 40:9 47:5
47:6,10 139:1,2
**videographer**
47:12
**view** 57:8 58:16
105:14 106:15
106:16,20
113:21 114:4
114:15,21,24
115:11 133:1
136:12 146:9
**virginia** 3:11
11:7 32:24
151:21

**visa** 12:23
**viscomi** 38:7
**visit** 25:24
**visualization**
148:4

**w**

**wait** 38:8
104:15 133:10
**walter** 169:11
**want** 22:16
36:19,20 40:2,3
41:18 56:2,3
71:20 72:16
73:2 74:19
76:21 78:17
80:19,20 87:22
93:8 98:6
101:19,20
105:12 109:1
121:4 127:24
131:10 133:4,5
133:6 134:12
134:17 138:12
139:19 141:2
141:10 148:14
150:16 158:4
159:10 160:12
171:6,23
173:16 182:2
182:13
**wanted** 22:19
41:7 76:19
94:18 110:19
131:15,19
140:14 180:9

**warm** 127:20
**wars** 114:8
**washed** 179:8
**washington**
45:24 47:4
**watch** 54:11
**wave** 185:10,11
**wavelength**
21:15 22:2
143:6 166:10
**wavelengths**
18:23 20:24
21:1,2 63:20
147:4 156:24
157:1 167:12
167:13
**way** 22:19
34:18 60:17
65:3 70:18 80:6
83:2 85:6 87:1
99:23 114:1
128:6 133:21
134:20 135:1
137:7,14 138:3
139:18 140:6,8
141:5 146:12
165:24 168:7
**week** 153:24
**weight** 109:15
**welcome** 42:3
93:4
**went** 9:9,16
39:24 134:12
151:21
**west** 111:5
177:6

**wet** 108:13,14
108:19
**wheel** 137:7,8
137:11,17
**white** 124:2
125:5,15,16,20
126:12 127:22
**widely** 19:19
**wider** 166:19
167:3
**wife** 15:10
**william** 6:9
75:20 171:10
**willow** 3:10
**wilmington**
44:3,4
**wine** 151:15
**wise** 128:20
**wish** 144:10
**witness** 4:3
12:3 14:1 17:12
32:8 33:19 35:4
38:12 41:24
43:13 46:4 52:2
63:8 89:3 90:3
112:15 119:7
144:10 174:17
188:3 189:5
**woke** 35:1
**wondering**
130:14
**word** 67:7
142:21
**words** 78:22
165:23

**work** 4:21 9:13
12:17 13:2,4
15:19,20 16:17
22:19 32:14
34:6 39:6 40:24
41:2,6,18 45:12
47:16 50:6,7
54:19 73:1
91:15 94:20
107:14 108:17
108:23 114:21
134:13,18
140:11 152:20
159:23 172:20
**working** 10:22
12:18 16:13
30:11 34:3 46:6
56:1 61:16
126:24
**works** 44:15,21
44:23 134:20
**world** 69:15
169:17
**worth** 167:16
**wow** 8:19
**wraps** 122:13
**write** 28:13,20
46:10,17,19,20
**writing** 39:17
40:12,14 48:17
66:6 161:12
162:4
**written** 28:9
40:4 47:7
111:14

**wrong** 38:14
79:1,1 84:7
89:11 135:8
136:5
**wrote** 13:7
19:18 37:12
41:15 45:21
**wylie** 5:4 34:12
60:21 61:2,5,8
61:15 63:10,12
64:22 65:7 66:6
66:10
**wylie's** 61:13
62:4,13,20 63:3

| x |
| --- |

**x** 147:21 150:13
**x's** 147:21
**xy** 150:15

| y |
| --- |

**y** 17:13,13
135:14 147:21
**yeah** 11:11
13:12 14:23
15:7,18 17:19
18:20 22:5
25:22,22,22
28:19 29:2,15
32:1 33:15,19
33:22 36:19
37:23 38:22
40:20 41:22
45:8 47:2 48:8
57:4,21,23 58:4
60:13,13 61:23
68:19 71:7,23

74:23 76:22
78:8 80:4 82:17
87:20 88:17,23
89:5 94:12 99:5
108:15 114:22
117:13 118:2
119:7,20 121:1
121:20 123:11
135:5 139:7,21
152:13 154:2,6
154:11,18
155:10 163:2
171:5 172:21
172:24 173:7
174:23 181:11
181:15
**year** 8:16 9:21
9:22 11:3,7
31:5 32:6,10,14
32:20 43:23,24
43:24 44:2
45:23 52:7 54:5
55:4 63:15 66:9
71:8 89:20
116:19,20,20
116:21,22,24
126:21 135:4
162:9 172:5
**years** 9:23
12:24 13:3
17:18 38:14
89:19,22
127:17 128:19
132:8 163:6
**yelling** 50:13

**[yellow - zoom]**                                                 Page 51

**yellow**  127:21
  174:22
**yellowish**
  110:24 125:10
  127:19 148:1
**yep**  23:18
**yesterday**
  50:24 56:21
  58:2 79:3
**ying**  7:1
**york**  2:16,16
  55:19 62:17

**z**

**zoom**  139:9
  189:6,9

Federal Rules of Civil Procedure

Rule 30


(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

Exhibit 66

COLORADO SCHOOL OF MINES RESEARCH INSTITUTE

## A Procedure to Examine Talc for the Presence of Chrysotile and Tremolite-Actinolite Fibers

Prepared for

Johnson & Johnson
501 George Street
New Brunswick, New Jersey

By

Colorado School of Mines Research Institute
Golden, Colorado

Project C10704                              December 27, 1973

APPROVED:

_Herman Ponder_
Herman Ponder
Director

_Jerry Krause_
Jerry Krause
Senior Scientist
Mining Division

_James M. Link_
James M. Link
Director
Mining Division

Protected Document--Subject to Protective Order

JNJ 000268037

Pltf_JNJ_000268037

COLORADO SCHOOL OF MINES RESEARCH INSTITUTE

## CONTENTS

|                                   | Page |
|-----------------------------------|------|
| Introduction                      | 1    |
| Objective                         | 2    |
| Summary and Conclusions           | 3    |
| Discussion                        | 4    |
|    Details of the Procedure | 4 |
|      Samples | 4 |
|      Separation Details | 4 |
|      Microscopy | 6 |
|      Tremolite-Actinolite | 7 |
|      Chrysotile | 8 |
|    X-Ray Diffraction | 8 |
| Appendix                          |      |

Protected Document--Subject to Protective Order

JNJ 000268038

Pltf_JNJ_00040002268038

COLORADO SCHOOL OF MINES RESEARCH INSTITUTE                    1

## INTRODUCTION

      The purpose of this document is to report the methods used at the Colorado School of Mines Research Institute for detection of chrysotile and/or tremolite-actinolite in samples predominantly composed of talc. The methods described herein have evolved over a period of time, with the aid of suggestions from many individuals, and are frequently subjected to review.

      As the impurity level becomes very low ($<<1\%$), it is necessary to examine increasingly larger amounts of sample in order to detect the impurity. As a result of the requirement to detect the proverbial "needle in a haystack," we have evolved a procedure which preconcentrates the impurities prior to examination. The net effect is that a large initial sample is fractioned in order to reject the majority from further examination.

Protected Document--Subject to Protective Order

JNJ 000268039

Pltf_JNJ_000268039

COLORADO SCHOOL OF MINES RESEARCH INSTITUTE                    2

## OBJECTIVE

The objective of this work was to develop a procedure to screen talc for the presence of chrysotile and tremolite-actinolite asbestos minerals. Based on past experience with detecting and identifying minerals when present at low levels, a concentration of the phases to be detected was considered essential to the success of any suggested procedure. Once concentrated the impurities could be detected by conventional methods of examination.

Protected Document--Subject to Protective Order

JNJ 000268040

Pltf_JNJ_000268040

COLORADO SCHOOL OF MINES RESEARCH INSTITUTE                3

## SUMMARY AND CONCLUSIONS

A procedure to detect the presence of chrysotile and/or tremolite-actinolite fibers in talc is presented.   The procedure involves two heavy liquid separations to concentrate any chrysotile and tremolite-actinolite which may be present.   The heavy liquid concentrates are examined by optical microscopy for the presence of optical size (greater than approximately 2 microns in length) fibers of chrysotile and/or tremolite-actinolite. The procedure is capable of detecting fibers present at a level of approximately 10 ppm or less.

Protected Document--Subject to Protective Order

JNJ 000268041

Pltf_JNJ_000268041

COLORADO SCHOOL OF MINES RESEARCH INSTITUTE                    4

## DISCUSSION

### DETAILS OF THE PROCEDURE

The optical and physical properties of talc, chrysotile, and tremolite-actinolite important to their separation, concentration, and identification are listed in the table on the following page.

The separation and concentration technique involves heavy liquid separations and is therefore dependent upon specific gravity differences. Identification of the phases thus separated and concentrated is based upon their optical and morphological properties. It is estimated that the following procedure will allow the detection of chrysotile and/or tremolite-actinolite when each is present at a level of approximately 10 ppm or less.

### Samples

This method may be applied to a variety of samples ranging from raw ore to final metallurgical concentrates. Raw ore samples should ideally be crushed and sized to -200+325 mesh to liberate talc and other minerals. Metallurgical process samples containing a large proportion of -325 mesh material can be handled in the same manner although the centrifuging and filtering times will be increased.

### Separation Details

Five-gram samples are added to each of two 125-ml separatory funnels which contain approximately 75 ml of heavy liquid (2.90 sp gr).[1]

---

(1) Centigrav; commercially available from American Mini-Chem Co., Corapolis, Penn., 15108.

Protected Document--Subject to Protective Order

JNJ 000268042

Protected Document--Subject to Protective Order

## Relevant Optical and Physical Properties
of Talc, Chrysotile, and Tremolite-Actinolite[1]

| | Optic Sign | Optic Orientation | Refractive Indices | | | Specific Gravity | Morphology |
|---|---|---|---|---|---|---|---|
| | | | $\alpha$ | $\beta$ | $\gamma$ | | |
| Talc | (-) | $Z \wedge a \cong 10°$ <br> $X \cong b$ | 1.539-1.550 | 1.589-1.594 | 1.589-1.600 | 2.59-2.83 | Plate <br> Fiber[2] |
| Chrysotile | (-) | $X = C$ | 1.532-1.549 | -- | 1.545-1.556 | ~2.55 | |
| Tremolite-Actinolite | (-) | $Z \wedge c = 10-21°$ | 1.599-1.688 | 1.612-1.697 | 1.622-1.705 | 3.02-3.44 | Fiber |

(1) Data from Deer, Howie, and Zussman, Rock Forming Minerals, vol. 2, 1962; vol. 3, 1963.
(2) Fiber -- any material having a form such that it has a minimum length to average maximum width of 3:1.

COLORADO SCHOOL OF MINES RESEARCH INSTITUTE

5

COLORADO SCHOOL OF MINES RESEARCH INSTITUTE                    6

Each sample is well dispersed by thorough shaking of the loaded stoppered funnels, and then centrifuged at 800 rpm for two intervals of 1/2 hr. The float material is agitated slightly between centrifuge intervals to aid in releasing high specific gravity particles which may be trapped in the tightly packed floating fraction. The heavy and light fractions are collected separately on $0.45\mu$ millipore filters, washed with ethanol or isopropyl alcohol, dried, and carefully weighed. The heavy fraction (sp gr >2.90) will be examined for tremolite-actinolite.

The light fraction (sp gr <2.90) collected above is reprocessed in an identical manner in a liquid of sp gr 2.65. The light fraction with sp gr <2.65 will be examined for chrysotile. The fraction with sp gr >2.65 and <2.90 is assumed to be predominantly talc and therefore is not subjected to further examination. This fraction could of course contain fragments of other minerals locked to the talc.

The 2.65 sp gr liquid is prepared by diluting Certigrav 2.90 sp gr liquid with n, n dimethylformamide having a specific gravity of 0.95. The heavy liquid can be recovered from the alcohol-n, n dimethylformamide washings by extraction with large volumes of water.

The fractions recovered from the heavy liquid separations generally amount to 20 mg or less.

## Microscopy

Optical examination of the heavy liquid separates for the presence of fibers is a sensitive examination method. Optical microscopy can detect fibers with a length greater than approximately $2\mu$, when present at a level

Protected Document--Subject to Protective Order

JNJ 000268044

Pltf_JNJ_000268044

of approximately 0.1% or greater.  If optical examination at magnifications up to approximately 625X does not reveal the presence of fibrous particles, the sample can be passed as being clean.  If fibrous material is detected optically, then specific identification of the fibers must be attempted.  Optical identification is difficult and subject to numerous errors, especially when working with small particles which are near the resolution limit of the microscope.  Electron microscopic examination employing selected area electron diffraction and/or x-ray emission spectrography may be required in order to specifically identify small fibrous particles.

The following optical identification schemes require a great deal of expertise, and are subject to errors introduced by small particle size, the presence of talc fibers, plates lying on edge thereby appearing to be fibers, overlap in optical properties, and variable reaction of chrysotile to the iodine stain.

### Tremolite-Actinolite

The heavy liquid separate having a sp gr >2.90 is mounted in immersion oil of refractive index 1.600 for transmitted light examination under a petrographic microscope.  All amphiboles have refractive indices appreciably greater than 1.600 and will be readily visible.  All observations are made at magnifications of 125X and 250X.  Single particles are occasionally examined at a magnification of 625X.  Tremolite-actinolite fibers are identified by having length to width ratios greater than or equal to 3:1; refractive indices greater than or equal to 1.600; and extinction angle varying between 10° and 21°.

**JNJ000268037**

## Metadata

| | | |
|---|---|---|
| **BegAttach** | JNJ 000268034 | ORIGINAL |
| **Confidentiality** | Y | ORIGINAL |
| **Custodian** | Legacy 1 | ORIGINAL |
| **DocumentType** | Physical | ORIGINAL |
| **EndAttach** | JNJ 000268045 | ORIGINAL |
| **PgCount** | 9 | ORIGINAL |
| **Text Path** | TEXT\0276\JNJ 000268037.txt | ORIGINAL |
| **Trial_Ex_Number** | Pltf_JNJ_00040942 | ORIGINAL |

Exhibit 67

```
                                                   Page 1

 1                    SUPERIOR COURT OF NEW JERSEY
                      LAW DIVISION - MIDDLESEX COUNTY
 2                    DOCKET NO. MID-L-003809-18AS

 3

 4
     KAYME A. CLARK and             )
 5   DUSTIN W. CLARK,               )    104 HEARING
                                    )
 6              Plaintiffs,         )    TRANSCRIPT OF
                                    )     PROCEEDINGS
 7         v.                       )
                                    )     (VOLUME I)
 8                                  )
     JOHNSON & JOHNSON, et al.,     )
 9   et al.,                        )
                                    )
10              Defendants.         )
     ------------------------------

11

12              Place: Middlesex County Courthouse
                       56 Paterson Street
13                     New Brunswick, New Jersey  08903

14
                Date:  May 29, 2024
15                     9:02 a.m.

16

17   B E F O R E:

18        HONORABLE ANA C. VISCOMI, J.S.C.

19

20

21              ANDREA F. NOCKS, CCR, CRR
                PRIORITY ONE
22              290 West Mount Pleasant Avenue
                Livingston, New Jersey  07039
23              (718) 983-1234
                E-mail:  p1steno@veritext.com

24

25
```

Page 2

```
 1    A P P E A R A N C E S:
 2    DEAN OMAR BRANHAM SHIRLEY LLP
      BY:  BENJAMIN BRALY, ESQ.
 3    302 North Market Street
      Suite 300
 4    Dallas, Texas 75202
      Attorneys for Plaintiffs
 5

 6

 7

 8    KING & SPALDING
      BY:  MORTON D. DUBIN II, ESQ.
 9         KEVIN HYNES, ESQ.
      1185 Avenue of the Americas
10    34th Floor
      New York, New York  10036
11    -AND-
      McCARTER & ENGLISH
12    BY:  JOHN C. GARDE, ESQ.
      Four Gateway Center
13    100 Mulberry Street
      Newark, New Jersey  07102
14    Attorneys for Defendant,
      Johnson & Johnson
15

16
      ALSO PRESENT:  DERELL WILSON, ESQ.
17                   EARLY, LUCARELLI,
                     SWEENEY & MEISENKOTHEN
18

19

20

21

22

23

24

25
```

```
                                                      Page 3

1                              INDEX

2

3    WITNESS                       DIRECT    CROSS

4

5    WILLIAM EDWARD LONGO

6

7    EXAMINATION BY:

8         MR. DUBIN                    9

9         MR. BRALY                             174

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 4

1                    E X H I B I T S

2      NUMBER          DESCRIPTION            ID

3      D-1   Chart summarizing PLM results   28

4      D-2   ISO standards                   45

5      D-3   USP document                    57

6      D-4   9/16/2020 Chrysotile slide

7            images                          59

8      D-5   Determination of Refractive

9            Indices of Asbestos Minerals

10           By Dispersion Staining:

11           How and Why, Dr. Su            65

12     D-6   Excerpt from product

13           number M70484                   69

14     D-7   Dr. Sanchez' lab slide          72

15     D-8   Valadez analysis

16           MAS project M71614              80

17     D-9   Dr. Su's Affidavit              82

18     D-10  Dr. Longo's Declaration         90

19     D-11  Rapidly and Accurately

20           Determining Refractive Indices

21           Of Asbestos Fibers by Using

22           Dispersion Staining Method,

23           Dr. Su                         148

24     D-12  EPA R-93 test method           152

25     D-13  MAS report                     161

Page 5

```
 1                  E X H I B I T S

 2    NUMBER        DESCRIPTION              ID

 3    (P-1 - P-6 not marked)

 4    P-7   Dr. Longo's Prudencio

 5          Declaration                    238

 6    (P-8 not marked)

 7    P-9   Hope Klayman sample

 8          March 11, 2022                 219

 9    P-10  Supplemental expert report     206

10    P-11  Talc powder analysis of

11          J&J Baby Powder                225

12    (P-12 - P-15 not marked)

13    P-16  PLM Analysis                   233

14    P-17  1993 EPA R-93                  241

15    P-18  1973 Colorado School of

16          Mines document                 184

17    (P-19 - P-21 not marked)

18    P-22  2003 Dr. Su chart              202

19    P-23  2022 Dr. Su paper              204

20    (P-24 - P-27 not marked)

21    P-28  Birefringence calculation of

22          SG-210 Calidria                247

23    P-29  1974 McCrone publication       200

24

25
```

Page 6

1              THE COURT:  Good morning, everyone.
2     My name is Judge Ana Viscomi.  We are here on
3     Wednesday, May 29, 2024 in the matter of Kayme,
4     K-a-y-m-e, Clark and Dustin Clark versus Johnson &
5     Johnson, et al., Docket Number 3809-18, to commence
6     the 104 hearings in this matter.
7                   Before we do, may I have appearances,
8     please, on behalf of the plaintiffs.
9                   MR. BRALY:  Benjamin Braly here for
10    the Clark family.
11             THE COURT:  Thank you.
12                  On behalf of the defendants.
13                  MR. GARDE:  Good morning, Your Honor.
14    If Your Honor please, John Garde of McCarter &
15    English on behalf of the Johnson & Johnson entities.
16    With me are Morton Dubin and Kevin Hynes from King &
17    Spalding.
18             THE COURT:  Thank you.
19                  So, as I -- you may be seated -- as I
20    indicated, we are here to begin the 104 hearings in
21    this matter.  The first 104 hearing that's scheduled
22    today is of Dr. William Longo.
23                  Now, ordinarily in 104 hearings, it
24    is ordinarily the party's witness, that party would
25    go first in direct, and then that's followed by

Page 7

1    cross.  Somehow or other, we changed that for this

2    hearing, so I just wanted to put that on the record.

3              Is there anything else that needs to

4    be placed on the record at this time before we call

5    Dr. Longo?

6              MR. BRALY:  Not for plaintiffs.

7              MR. GARDE:  Not for the defense.

8              THE COURT:  Thank you.

9              And do counsel wish to make a brief

10   statement regarding the issues that are of concern

11   in this case?

12             MR. GARDE:  Mr. Dubin.

13             MR. DUBIN:  Yes, Your Honor.  So,

14   there are two separate motions that were filed with

15   respect to Dr. Longo.  One is entitled Johnson &

16   Johnson's, defendants' memorandum of law in support

17   of their motion in limine to exclude Dr. William

18   Longo's chrysotile testing for a Rule 104 hearing,

19   and so that revolves around whether the

20   identification chrysotile in the product is accurate

21   and I think that's where we're going to be beginning

22   and spending most of our time during this 104

23   hearing.

24             The second motion is Johnson &

25   Johnson, defendants' memorandum -- well, motion in

1    limine to exclude Dr. Longo's amphibole findings,

2    exposure opinions and tissue findings and request

3    for a Rule 104 hearing.  So, that motion embodies

4    three different issues:  the identification of

5    amphibole asbestos, the exposure opinions; in other

6    words, dose levels, and tissue findings specific to

7    the case, and so that will be addressed later and

8    probably more briefly than the chrysotile motion

9    with which we will be starting.

10                    THE COURT:  Okay.  Thank you.

11                    Do you wish to respond, Mr. Braly?

12                    MR. BRALY:  I would.  I think by the

13   time the hearing is over, it's going to be fairly

14   clear that Dr. Longo follows regularly a sound

15   methodology in reaching the opinions that he

16   reached, and most of the complaints raised by

17   Johnson & Johnson, if not all of them, go to the

18   weight of the evidence that he's offering and not

19   the admissibility of it.  They have experts who

20   disagree with them, which I think is common for

21   these types of cases, but the methodology that he is

22   following to reach the opinions that he is reaching

23   is well established and understood and his

24   experience, training and education more than

25   accounts for his ability to provide the opinions

Page 9

1    that he does.

2                    THE COURT:  Thank you.

3                    So, Dr. Longo, if you'll join us in

4    the witness box and watch for any wiring on the

5    ground, please, on your way up here.

6                    THE WITNESS:  Yes, Your Honor.

7                    COURT OFFICER:  State your full name

8    and spell your last.

9                    THE WITNESS:  William Edward Longo,

10   L-o-n-g-o, sworn.

11                   THE WITNESS:  I'm already breaking

12   stuff.

13                   THE COURT:  I think it was already

14   there.

15                   MR. DUBIN:  Let me know when you're

16   ready.

17                   THE WITNESS:  Okay.

18    DIRECT EXAMINATION BY MR. DUBIN:

19        Q.    Hi, Dr. Longo.  Good morning.  How

20   are you?

21        A.    I'm doing fine, Mr. Dubin.  How are

22   you doing this fine day?

23        Q.    Good, good.  Always fun to be in

24   court with you.

25                   So, I'm going to start out by talking

Page 10

1    about chrysotile.  As I said, I think it's going to

2    take us a good bit of time because we're going to

3    have to both sort of go through and explain the

4    process that we're all talking about, how the

5    methods work, and then talk about your application

6    and whether you followed those methods.

7                    But, I thought it would be helpful to

8    have a little roadmap and I recognize you're not

9    going to agree with this first slide.  Just about

10   what I'm intending to show today ultimately when we

11   get through what we have to travel through.  And so,

12   I'm going to do a couple things.  I'm going to be

13   showing some slides during the course of this and at

14   the end I'm going to mark a full copy of those

15   slides.  Some slides I'm going to be introducing as

16   exhibits because they have images in the backup and

17   I want to make sure the images are on the record.

18   So, I'm just letting you know how I'm going to

19   proceed from an evidentiary standpoint.

20                   But let's call up slide 1 and start

21   our disagreements.  Okay?  Oh, there it is.

22                   Can you see that?

23       A.       I can see it pretty well.

24                   MR. DUBIN:  Your Honor, can you see

25   the slide?

Page 11

1              THE COURT:  Yes.  Thank you.

2              MR. DUBIN:  Okay, great.

3    BY MR. DUBIN:

4         Q.     So, here's what we're going to talk

5    about:  It's obviously our position that what you're

6    calling chrysotile in these products is not

7    chrysotile, that it is, as I have stated here, fake

8    chrysotile that you are finding through a method

9    called PLM, which is a microscope and PLM dispersion

10   staining.

11             The first one of these that I wrote

12   down there, we're going to talk about this a lot, is

13   that Dr. Longo always said TEM was the best method

14   to identify chrysotile in talc if it's there but

15   never uses it for Johnson & Johnson chrysotile

16   analysis and that's true, right?

17        A.     Up until today that's true.

18        Q.     Up until today.  Okay.

19             And so when we talk about these --

20   we're going to talk a lot about these two different

21   types of microscopes, TEM and PLM, how the analysis

22   is done, and how PLM introduces an element of

23   subjectivity that can be manipulated.

24             But first this number 2, if you use

25   TEM to look at a particle, let's say a particle that

Page 12

1   you want to know is it talc, is it chrysotile, TEM

2   would provide you detailed chemistry and crystal

3   structure to confirm what mineral you're actually

4   looking at.  That's also true, right?

5           A.      That is a true statement.

6           Q.      Okay.  The next one, we'll be going

7   through this a lot, that the type of PLM analysis

8   that you're doing, which is called PLM dispersion

9   staining analysis, that process of identifying a

10  mineral starts with the analyst picking the right

11  color.  In other words, they're observing a particle

12  under the microscope, they see a color and then they

13  have to pick the correct wavelength of light that

14  matches that color.  That is also true, that is a

15  part of the PLM methodology right?

16          A.      Yes, sir.  Mr. Dubin, so far you're

17  batting a hundred.

18          Q.      Thank you.  I think we're now going

19  to get into the areas of disagreements, right?

20                  One of the things that I'm going to

21  try to demonstrate today is that what we're

22  referring to as your fake chrysotile, that the

23  analysis under PLM is based on MAS picking the wrong

24  colors for the analysis to make it seem like the

25  talc is chrysotile, and you disagree with that; fair

Page 13

1    to say?

2          A.        You're right on that.  I strongly

3    disagree with that.

4          Q.        And the other thing that eventually,

5    after we explain all the background that I'm going

6    to discuss with you, is the idea that MAS also used

7    a biased birefringence calculation method, and we'll

8    talk about what that means, but presumably you

9    disagree with that as well, right?

10          A.        That's another statement that is not

11    true.

12          Q.        And I'm absolutely sure that you're

13    going to disagree with me, and we'll see how the

14    evidence rolls, that what you're calling chrysotile

15    in these products is not chrysotile and we're going

16    to be discussing why we're asserting that over the

17    course of the day.  Okay?

18          A.        Well, to me it's not okay that you're

19    not calling it chrysotile.

20          Q.        Okay.  I get that.  And we'll get

21    there.

22                    All right.  So normally if this was

23    in a trial setting I probably would be spending a

24    lot of time on your background and the money you

25    made and all of that kind of stuff, and I am going

Page 14

1   to discuss your qualifications specifically as to

2   PLM when we start to get to discussing the methods.

3   But I'm not going to spend as much time as I

4   normally would on money and things like that.

5              But fair to say that over the years,

6   your lab, MAS, has billed plaintiffs' lawyers over

7   30 million dollars for the work that it's done for

8   them, right?

9        A.    Yes, over the 35 years, that would be

10  correct.

11       Q.    Okay.  And let's just wait until

12  people are settled.  Sorry about that.

13             And we're going to start talking a

14  little bit about a timeline of what methods you've

15  used to look at talc and what you've said is in talc

16  over time.  And so we have sort of one of the most

17  important benchmarks in that timeline when we look

18  at, you were hired, you started looking at Johnson &

19  Johnson talc for asbestos in about 2016, right?

20       A.    I think we received the first samples

21  in June or July 2016.

22       Q.    Okay.  And you were hired at that

23  time by three plaintiff law firms, the Kazan firm,

24  the Lanier firm and the Simon Greenstone firm,

25  right?

Page 15

1          A.       That is correct.

2          Q.       And your company, MAS, had already

3    had a long working relationship with those

4    plaintiffs' firms, right?

5          A.       That is correct.

6          Q.       They had paid you a lot of money in

7    the past before coming to you to analyze Johnson &

8    Johnson talc for asbestos, right?

9          A.       Well, that's really not fair when you

10   say "a lot of money."  The laboratory costs a lot of

11   money to run.  So yes, we have billed what would be

12   appropriate to help the lab run.

13         Q.       I mean, you know me, I've got a

14   million transcripts back here.  You have agreed,

15   when somebody asked you if these law firms were

16   looking for someone that they had paid a lot of

17   money to in the past, you said if that was the

18   criteria, let's hire an expert where we paid a lot

19   of money to in the past, I guess, that would be

20   true, right?  So they had paid you a lot of money in

21   the past?

22         A.       Sometimes I'm sarcastic too many

23   times on the record.

24         Q.       Okay.

25         A.       I doubt that was the reason

Page 16

1    seriously.

2            Q.      Well, it's of no moment 'cause we're

3    going to focus on science today, so I'm just going

4    to let it slide.

5            A.      Great.

6            Q.      So, let's then, I want to talk about

7    the work you've done at different time periods and

8    we can start by bringing up slide 2.

9            A.      That wasn't me.

10           Q.      So, I've tried to break this up and

11   we're going to talk about it in various time

12   periods.  The first time period we're going to talk

13   about is your results from 2017 to 2019.  And the

14   reason why 2019 is the stopping point of that, so we

15   understand, is that in 2019 the FDA reported finding

16   chrysotile in one bottle of Johnson & Johnson and

17   then after that you started issuing reports claiming

18   to find chrysotile in Johnson & Johnson by PLM,

19   okay, right?

20           A.      Not really okay because that had

21   nothing to do with it.  We were already -- what had

22   to do with it is because we got documents from

23   Johnson & Johnson that they had developed a test to

24   do heavy liquid density separation for chrysotile.

25           Q.      I'm asking --

Page 17

1          A.      Excuse me.  Finding it in the regular

2    way, what I call the dilution method, had nothing to

3    do with what we did.

4          Q.      Okay.  We'll break this down then to

5    make sure that we don't agree.  So we'll look at it

6    on a timeline and we'll see which parts of that you

7    actually disagree with.

8                  Before we do that, let's call up

9    slide 3.  And just to make clear, what we're going

10   to be talking this morning, and probably most of the

11   day, there are two general families in which

12   asbestos can fall, the serpentine family and the

13   amphibole family, correct?

14         A.      I agree with you.

15         Q.      And there's one member of the

16   serpentine family, that's chrysotile, we're going to

17   be talking about that with respect to this motion.

18   Okay?

19         A.      Yes.

20         Q.      All right.  And also if we could call

21   up slide 4, I alluded to this already.  There are

22   different types of microscopes that you can use for

23   your analysis and two of them we're going to be

24   talking about and you're familiar with both of these

25   are TEM, transmission electron microscopy, and PLM,

Page 18

1    polarized light microscopy, right?

2         A.    Yes.

3         Q.    Okay.  And each of these microscopes

4    have different methodologies that you would use if

5    you were trying to identify whether something is

6    really chrysotile, correct?

7         A.    That is correct.

8         Q.    And historically you have really

9    considered yourself a TEM analyst, right?

10        A.    Yes.  I've done more TEM than

11   anything.

12        Q.    We'll talk a little bit about that

13   when we get to your PLM qualifications.

14              Let's go back to slide 1, and I just

15   want to put a little meat on the bones of the first

16   point and I know you said you agree with that in

17   general but I want to make sure that we have in the

18   record the details of it, and so let's go to slide

19   5.

20              Okay.  So I want to walk through and

21   make sure that these are correct.

22              So, as I said, you were hired

23   sometime in 2016 to look at Johnson & Johnson,

24   right?

25        A.    Yes, sir.

Page 19

1          Q.      Okay.  And for a period of years, at

2     least between approximately 2017 and 2019, you were

3     not reporting finding any chrysotile in any

4     Johnson & Johnson products, correct?

5          A.      That is correct.  We weren't doing

6     any sample preparation that would allow us to find

7     chrysotile in Johnson & Johnson.  It was all

8     amphiboles.

9          Q.      Right.  And so that we all understand

10    what that means, at that time you were using a

11    sample preparation method referred to as heavy

12    density liquid separation or a number of different

13    ways you can refer to it.  And because you were

14    using that type of sample preparation at that time,

15    it would largely exclude chrysotile from your

16    analysis, right?

17         A.      Correct.

18         Q.      Okay.  And when you did that work,

19    after you had, to your satisfaction, pulled off

20    heavy density liquid separation for amphiboles, you

21    took that sample prep and you looked at it under

22    transmission electron microscopy to see what

23    minerals you could find, right?

24         A.      Correct.

25         Q.      And you gave some testimony over time

Page 20

1    about TEM versus PLM, you did that before you ever

2    started using PLM to identify chrysotile in

3    Johnson & Johnson, right?

4            A.       It's a little misleading.  If I can

5    explain.  Yes.  PLM back in those days was just

6    designed and protocols out there were just designed

7    to find asbestos-added product, not trace amount of

8    products.  But when I did the Johnson & Johnson MDL

9    project and decided to compare PLM, TEM, with and

10   without heavy liquid density, it found that PLM was

11   not worthless, as long as you did it appropriately

12   for trace amounts of asbestos in cosmetic talcs.  So

13   that's where it all changed --

14           Q.       Okay.

15           A.       -- with the MDL samples.

16           Q.       Well, let's first just focus in this

17   period in the green back there what you said.  One

18   of the things you said is that -- first of all, as

19   we pointed out, when you -- in that green period,

20   after you perfected your heavy density separation,

21   at least you were performing it satisfactorily in

22   your lab, you chose to use TEM, right?

23           A.       Right.  But not for the reasons

24   you're saying.

25           Q.       Um-hum.  Okay.  But one of the things

Page 21

1    that you said is that the reason why you chose TEM

2    and not PLM is because TEM was the better analytical

3    method, right?

4         A.    That's correct.  But that all changed

5    with the MDL samplings that came out in 2019, so

6    yes.  Scientists do change their minds over time.

7         Q.    Fair enough.  I'm just asking about

8    what you were saying back then.  And you said that

9    you chose TEM because it was the better analytical

10   method, correct?

11        A.    That's correct.

12        Q.    Okay.  In fact, you've gone so far as

13   to say back in that time that TEM really is the only

14   method that you can use to determine whether

15   asbestos is really in cosmetic talc?

16        A.    I recall saying something like that.

17        Q.    You said that, in fact, that it would

18   be okay to you to only use TEM analysis but it would

19   not be okay for you to only use PLM analysis because

20   of its problems.  Is that correct?

21        A.    Oh, I may have said that but, of

22   course, that's been a while back and scientists do

23   learn new things.  Sometimes people don't think so

24   but we actually do.

25        Q.    Okay.  And when you got -- you were

Page 22

1    actually also asked specifically back in that time

2    about using PLM, which is your current methodology

3    for identifying chrysotile in talc, correct?

4            A.      Correct.

5            Q.      And one of the things that you

6    admitted is at least as of about 2019, it was your

7    opinion that PLM, the method we're going to be

8    talking about, was worthless to find chrysotile in

9    talc?

10           A.      Yes, I think I did say that.

11   Fortunately, it turned out I was wrong.

12           Q.      And one of the other things is that

13   you said that chrysotile -- that TEM back in this

14   green period, that chrysotile would be the -- I'm

15   sorry -- TEM would be the best method to identify

16   chrysotile in talc if it's there, right?

17           A.      I probably said that sometime around

18   there.

19           Q.      And one of the reasons that you were

20   saying that is because these two methodologies, TEM

21   and PLM, they have different abilities to resolve

22   small fibers of asbestos, right?

23           A.      Well, it's more than that, but -- I'd

24   be happy to explain but, yes, that's one of the

25   reasons.

Page 23

1      Q.    One of the reasons.  In other words,

2  it was your opinion at that time, back in this green

3  box period, that by choosing to use PLM, as opposed

4  to TEM, you were risking missing chrysotile even if

5  it was there, right?

6      A.    Well, it turns out a lot of people

7  were missing the chrysotile in cosmetic talc and a

8  number of people found it in cosmetic talc.  So,

9  without understanding what you're looking for,

10 because most people are -- associate with

11 asbestos-added products, but we now know that even

12 with amphiboles, TEM will see one side's population,

13 PLM sees another side's population, you have to use

14 both.

15     Q.    We'll talk about your current

16 opinions in a moment.

17     A.    Oh, sorry.

18     Q.    I'm still back in that time period.

19 And one of the things that you had said at that time

20 period was that you wouldn't want to be using just

21 PLM to look for chrysotile because single chrysotile

22 fibers or small bundles might be invisible to PLM,

23 right?

24     A.    You know, I don't really recall that

25 but I assume you have -- so I won't waste the

Page 24

1    court's time.

2         Q.      Okay.  But that is one of the

3    potential issues with just using PLM, right?

4         A.      Yes and no.

5         Q.      Okay.  Well, what we know is then

6    some time in late 2019 the FDA reported finding

7    trace chrysotile in one bottle of Johnson & Johnson,

8    right?

9         A.      Correct.

10         Q.      And after that time -- so we

11    understand that, we can -- let's just put up slide

12    7.

13              So, the FDA in one of these bottles

14    found .00002 percent or 0.00001, you know, percent

15    chrysotile in one bottle, right?

16         A.      Correct.

17         Q.      And that analysis was done using TEM,

18    correct?

19         A.      TEM with the dilution method, which

20    came out to be a detection limit on chrysotile

21    fibers of approximately five million.

22         Q.      All right.  Well, let's go back to

23    slide 5 for a second.  But no question, the

24    instrument that the FDA was using in that analysis

25    was TEM when it said it found chrysotile, right?

Page 25

1           A.      Well, that was AMA and, of course,
2    they were also doing PLM.
3           Q.      Right.  But PLM was negative?
4           A.      Correct.
5           Q.      Okay.  And so that lab, which was
6    doing PLM to look for all types of asbestos, didn't
7    find it, correct?
8           A.      By PLM, that is correct.
9           Q.      And so, you have had, in this period
10   for several years that you've been testifying, that
11   TEM is the best method to look for chrysotile but
12   you do not try to replicate the FDA's findings by
13   TEM looking at Johnson & Johnson, correct?
14          A.      Well, absolutely not.  They use a
15   method that had such important detection limit.  And
16   yes, if you have concentrations of asbestos in the
17   millions, you can find it by the non-dilution
18   method.  I would never use that method.
19          Q.      Okay.  Well, what I'm saying is
20   you're a TEM specialist, you've testified that TEM
21   is the best method to look for chrysotile in talc,
22   and yet, following up on the FDA findings, you do
23   not try using TEM, according to you, even once to
24   see if it worked to detect chrysotile in Johnson &
25   Johnson.  Is that correct?

Page 26

1          A.      That's correct, but no reasonable

2     scientist would try to replicate that when they know

3     those kind of detection limits.  You know that

4     bottle that had all that chrysotile in it, I think

5     it added up to like 35 or 40 million chrysotile

6     structures, you don't see those concentrations too

7     long.

8          Q.      So, first of all, one of the things

9     about TEM is that it has the ability to find much,

10    much smaller percentages of asbestos if it's there

11    than PLM, right?

12         A.      Not for the cosmetic talcs.  We've

13    gotten the PLM detection limit down to four zeros

14    and a one and because of the size that we're seeing.

15    Now, we're just running through the new validation

16    with that, but we have been for the last few weeks

17    using TEM on cosmetic talcs and we're finding

18    chrysotile.  Now, we haven't done Johnson & Johnson,

19    so I carefully worded that slide, but we are now

20    finding it and it's working.

21         Q.      Okay.  Well, I'm looking forward to

22    having a supplemental deposition of you, Dr. Longo.

23         A.      That's fine.

24         Q.      And, again, so you haven't found

25    chrysotile in Johnson & Johnson by TEM, so here we

Page 27

1    are.  You have not done that for Johnson & Johnson

2    today, right?

3         A.      Not yet.

4         Q.      Okay.  Well, we'll see.

5              So anyway but your -- so as I

6    understand it, you're saying to this group that

7    people in cosmetic talc land, if they were just

8    using PLM, they were using the most sensitive

9    analysis even if they weren't using TEM?

10        A.      No.  That's not what I'm saying.  Out

11   in cosmetic talc land, they needed to be using the

12   Colorado School of Mines heavy liquid density

13   separation and they also needed to also need to look

14   at something reasonable like the SG-210 Union

15   Carbide chrysotile that has the same characteristics

16   in what we're finding in there.  So out in cosmetic

17   talc land, there's another scientist, Mark Bailey,

18   who's also using the CSM, TEM, and that's why we --

19   the first samples we analyzed were his samples, they

20   were Avon samples and I think the mine was Vermont,

21   and he found chrysotile in the three samples, as

22   well as anthophyllite, and then we analyzed those

23   three samples to verify the TEM method now that we

24   have it.

25        Q.      Look, you're going on about things

Page 28

1    that you've never spoken about in a deposition.  I'm

2    happy to address them with you, but we're talking

3    about J&J, so let's both stay focused.

4                    And it's still true today that even

5    though you testified multiple times that TEM would

6    be the best way to look for chrysotile, as we sit

7    here today, so that's -- you've been analyzing talc

8    since 2017 and we're now in 2023, throughout that

9    entire period of time you have not tried once to

10   verify whether there is chrysotile in Johnson &

11   Johnson by TEM, right?

12        A.      Yes and no.  There's a good reason

13   why we haven't but, yes, you're correct, but, no,

14   it's not just that we wanted to ignore it.  We want

15   to make sure the CSM method was optimized so that we

16   could, one, do another validation on it, and, two,

17   know what our detection limits were.

18        Q.      Okay.  We'll be talking about that

19   CSM method in a minute, but I just want to finish

20   filling out our chart here, and so I'm going to mark

21   as the first exhibit CX00024.  I thought this would

22   just be handy because -- thank you.

23                    THE COURT:  What is the marking on

24   this one, D-1?

25                    MR. DUBIN:  It will be D-1.  We'll

Page 29

1    call that up.  I'll give you my copy.  We don't

2    really need to go through this in depth but...

3     BY MR. DUBIN:

4         Q.    So, we talked about the fact that the

5    FDA findings were in one bottle, but using your PLM

6    method, the one that you're identifying chrysotile

7    by, this is a chart that was, I think, put together

8    by the DOBS firm summarizing some of your PLM

9    results.

10               But using this technique that we're

11   going to talk about, your mineral identification in,

12   you essentially find chrysotile asbestos in every

13   product that you examined, right?

14        A.    That's almost true.  We have a

15   negative here and there, so I would say maybe 5

16   percent are negative.

17        Q.    Five percent are negative?

18        A.    Somewhere around there.

19        Q.    'Cause we'll be going into that at

20   some point if it's really 5 percent.  But in this

21   chart that was prepared for your results in the

22   Plant case by DOBS it's a hundred percent right?

23        A.    Yes.

24        Q.    Okay.  And so we can go back to that

25   slide 5.

Page 30

1          In fact, based on your current

2    testing, you've also offered the opinion basically

3    that any bottle of talc that was sold in North

4    America that used a mine source that is relevant to

5    US sold talc will have asbestos in it, any bottle,

6    right?

7          A.     If you can -- yes, yes, sir.  If you

8    can get the detection limit, every mine in North

9    America had asbestos in it.

10         Q.     And so, in other words, in a case

11   let's say somebody went in and bought only three

12   bottles from a particular retailer, you would come

13   in and say, well, every one of those bottles if it's

14   a US sourced talc that it likely has asbestos in it

15   based on the way you are currently doing your

16   analysis, right?

17         A.     Well, no, not just based on the way

18   that I'm currently doing my analysis.  Based on the

19   way all the previous work has been done, mainly by

20   J&J, based on other scientists who are finding it.

21   So it's not anything to do with the analysis.  We're

22   just using standard methodology, just made it more

23   sensitive.

24         Q.     And so we're going to go next to

25   slide 8, because I'm going to start talking about

Page 31

1    that period of time now in the red box but before I

2    do that, I want to back up a little bit and talk

3    about historical testing bring your lab of cosmetic

4    talc.

5                    And were this a regular proceeding,

6    we'd be going through this in more depth but perhaps

7    we can do this in a little bit of a summary fashion.

8         A.        You're going to make it less painful

9    for me.  I appreciate that.

10        Q.        A little bit.

11                    So, when you were hired and started

12   to appear in cases involving J&J, one of the obvious

13   questions that was asked of you many times was,

14   well, have you ever looked at cosmetic talc before

15   you were hired in cases against Johnson & Johnson so

16   that people could compare what you concluded now

17   versus back then, and you were asked that kind of

18   question a number of times, right?

19        A.        That is correct.

20        Q.        And so, 10 times, probably 10 times

21   under oath after being hired in cases against

22   Johnson & Johnson, you swore that MAS had not tested

23   cosmetic talc before the time when it started

24   working in the Johnson & Johnson cases, right?

25        A.        That is correct.

Page 32

1          Q.      And then we started to identify or

2    find old transcripts that reflected you talking

3    about MAS having tested cosmetic talc in the past,

4    right?

5          A.      Yes, sir.

6          Q.      Okay.  Some things that you had said,

7    that you looked for asbestos in baby powder, you've

8    looked, you have not found it; that asbestos in

9    cosmetic talc was an urban legend; that unless talc

10   came from New York, Upstate New York, it was clean,

11   and the like.  There were a number of transcripts we

12   don't have to go through them all, but they're

13   reflected on this slide, right?

14         A.      Correct.  You only missed one, if you

15   want to go through them all.

16         Q.      Not doing it today.

17                 But suffice it to say, so my question

18   to you is:  Back in that -- one of the things that

19   you have said is that, well, during that time, you

20   weren't using the heavy density liquid separation

21   technique for amphibole and that may be why you had

22   missed some amphibole, right?

23         A.      Yes, I probably said that.

24         Q.      Well, during that time period would

25   you have been using TEM to look for both chrysotile

Page 33

1    and amphibole?

2            A.       I wasn't involved in the analysis but

3    what I can see is they used both TEM to find out

4    whatever asbestos was there.

5            Q.       Okay.  And did they use PLM?

6            A.       Yes.

7            Q.       Okay.  So, to the extent that you

8    were looking at these cosmetic talcs back in that

9    time period by PLM, MAS was not reporting to have

10   found asbestos, right?

11           A.       Well, if you move that chart just to

12   2013, we did find asbestos.  We found tremolite, 10

13   million in one and five million in another Cashmere

14   Bouquet samples that, again, I didn't know about.

15   So, not only was I hiding the negatives, I guess, I

16   was hiding the positives, too.

17           Q.       Let me make sure because we can argue

18   about that all day long.  Let me focus the question

19   to make it a little cleaner.

20                    During that time period in the blue

21   range here, to the extent MAS was using PLM, which

22   is the type of microscope we're going to be talking

23   about today, and looking at cosmetic talc under a

24   microscope, it was not claiming to see chrysotile,

25   correct?

Page 34

 1          A.      For the three reports that we have,

 2    that's correct.

 3          Q.      Okay.  And so I want to talk about

 4    this idea of concentration for a second because

 5    you've raised that a number of times in terms of

 6    sample prep.

 7                  And as we said, one of the

 8    explanations for your saying that you didn't see

 9    amphibole by TEM back in that day was that you

10    weren't using concentration, right?

11          A.      We didn't have -- that's right, we

12    didn't have the detection limit, except for those

13    two which had so much tremolite in them that you

14    wouldn't need the concentration method.

15          Q.      So, slide 9, I want to talk a little

16    bit about the concentration method as it relates to

17    chrysotile.  Okay?

18          A.      Yes, sir.

19          Q.      And so, it's a different

20    concentration technique than you -- in some respects

21    than you use for amphibole, right?

22          A.      Not really different.  It's the same

23    methodology that's been used for hundreds of years.

24          Q.      Okay.

25          A.      It just changes like what you do with

Page 35

1    heavy liquid density is you change the density of

2    the liquid you're using to correspond to what you

3    needed to either make the asbestos float or sink.

4         Q.    Well, one of the things that we know

5    because if you were to say, and I think you've

6    implied this a few times, well, in the past I wasn't

7    finding chrysotile by PLM because I wasn't using a

8    concentration method, one of the things that we know

9    is that you currently claim to be able to find

10   chrysotile in these products both with and without

11   concentration, right?

12        A.    Yes, sir.  But to be fair it was only

13   after we got the Union Carbide, what I call

14   standards, so that the individuals knew what they

15   were looking for because they're so small, so, there

16   was a learning curve here.  We're scientists.  We

17   try to come up with better ways to analyze things.

18        Q.    And so you're mixing topics because

19   you're now talking about whether -- what types of

20   chrysotile you should be comparing to.  I'm focusing

21   on the concentration method.  Okay?  Okay?  Can we

22   talk about that?

23        A.    I apologize.  I thought I was

24   answering your question on why our analysts were now

25   finding it with and without concentration method.

Page 36

1    Q.    Okay.

2    A.    Maybe I misunderstood what you were

3  asking.

4    Q.    I just want to know what the variable

5  is that changed, okay, that changed so that now

6  you're identifying it.  So, I'm exploring whether or

7  not that is the use of concentration.  So, that's

8  what we're going to talk about now and, trust me,

9  we'll be talking about Calidria.  Okay?

10    A.    The variable that changed is that we

11  got our hands on the Calidria SG-210.  That helped

12  the analyst understand what they were looking for

13  since the SG-210 has all the same characteristics of

14  what we're finding in the chrysotile.  That's what

15  changed.

16    Q.    Okay.  Trust me, we're going to talk

17  about that.

18          When was the first time your lab ever

19  examined Calidria chrysotile?

20    A.    The first time?

21    Q.    Yep.

22    A.    I think the first time is when we

23  looked at some Visbestos some years ago under court

24  order, and this was like in 2015 or '14, and we did

25  PLM analysis there.  And if you go to your Exhibit

Page 37

1    25, you can see the PLM analysis and the size

2    ranges, the length and the width, back in 2017 or

3    '15, are identical to what we're seeing with the

4    SG-210 today and it's identical to what the size of

5    the chrysotile is that we're seeing in cosmetic

6    talc.

7           Q.      And, again, we're going to talk about

8    that and I want to focus on concentration right now.

9                   And so, even, for example, in 2021

10   you were already using a heavy density liquid

11   separation method for chrysotile, right?

12          A.      Yes, sir.

13          Q.      And you were asked and you agreed

14   that the use of that concentration method really

15   wasn't improving your ability to detect chrysotile

16   under PLM in comparison to just doing it the

17   standard way, right?

18          A.      That's what we found then, yes.

19          Q.      And if we look at charts of your

20   results, for example, I think this is slide 10, this

21   is just an example of some of your results, we'll

22   see that both with and without concentration you're

23   routinely reporting chrysotile in the samples for

24   Johnson & Johnson, right?

25          A.      Correct.

Page 38

1          Q.        And when we talk about concentration,

2      if we go back to slide 5 for a second, concentration

3      is a sample method, it's not a microscope, right;

4      sample preparation method, apologies?

5          A.        Yes.  It's a sample preparation

6      method for either TEM, PLM, SEM, whatever you'd like

7      to use.

8          Q.        Right.  So, you can take the results

9      of what you get from the concentration and you can

10     use it with a variety of different microscopes,

11     right?

12         A.        Correct.

13         Q.        And so, the concentration method,

14     when you developed the concentration method for

15     amphiboles or when you had it adequately tested in

16     your lab, you chose to take what you got from that

17     concentration sample prep and look at it with TEM,

18     right?

19         A.        And PLM, both.

20         Q.        Eventually PLM, first TEM, right?

21         A.        First TEM, then PLM for the MDL

22     samples also.  We were comparing.

23         Q.        But when you got your chrysotile

24     concentration method worked out in this red period,

25     you did not take that and look at it under TEM for

Page 39

1    Johnson & Johnson, right?

2         A.      Again, I apologize.  It's a little

3    misleading.  You've got it going all the way to

4    2023.  We have just come up, working in concert with

5    another laboratory, with the heavy liquid density,

6    the amount of spin time, what we've been waiting

7    for, to do this.

8              Secondly, there is no requirement

9    anywhere that once it's positive by PLM, that you

10   have to do TEM to verify it.  Not EPA, not OSHA, not

11   NIOSH, nobody, and even FDA has come out and said if

12   it's positive by PLM, you can stop.

13        Q.      Okay.  We're going to talk about all

14   that but I asked you a fairly simple question,

15   right?

16              When you -- before when you were

17   looking for amphiboles, you took the concentration

18   and then you looked it under TEM for Johnson &

19   Johnson, you took the concentration, you only looked

20   at it by PLM, right to today?

21        A.      It's misleading how you're saying

22   that.

23              MR. DUBIN:  I'm sorry, Your Honor.

24   Can I please have the witness directed to answer my

25   question.

Page 40

```
 1              THE COURT:  If the witness is saying
 2   that it's misleading --
 3              MR. DUBIN:  Okay.  Go ahead.
 4              THE COURT:  -- then I'm going to let
 5   him explain.
 6    BY MR. DUBIN:
 7         Q.    You can explain how it's misleading.
 8         A.    Well, you have to understand --
 9              THE COURT:  I'm sorry.
10              MR. DUBIN:  I apologize.
11         A.    -- what was in the literature, say,
12   Blount, amphiboles; what was, you know, New York,
13   heavy liquid density, amphiboles.  It was all worked
14   out.
15              When we hit the chrysotile, looked at
16   the chrysotile, the overwhelming feeling was can't
17   do it.  Even in the ISO 22262-1, it said it's
18   theoretically possible but not practical.  So, there
19   was a lot of research work that had to be done and
20   we wouldn't even have tried if we didn't come across
21   Johnson & Johnson's heavy liquid density from the
22   Colorado School of Mines.  That took a lot of
23   tweaking, so to speak.  So, the amphiboles was
24   there.  You had the Blount method already published,
25   et cetera, so it's either use, you know, 2.81 that
```

Page 41

1    Blount says, or the 2.65 that the ISO 22262-2 said,

2    one.  With chrysotile there was no such protocol,

3    except for Colorado School of Mines couple-page

4    protocol.

5            Q.      Okay.  Very simple question:  When

6    you had PLM, you got the concentration you looked

7    under TEM -- sorry.

8                    When you were looking for amphiboles

9    you had concentration, you looked at it under TEM.

10   When you're switching to chrysotile, now you are

11   taking the concentration and only looking at it

12   under PLM for J&J, is that true or false?  I mean --

13           A.      It's both yes and no.

14           Q.      So, you do look -- so, you do, did

15   use TEM for Johnson & Johnson?

16           A.      No.  I think I already stated that we

17   have not done Johnson & Johnson.  What we have done

18   so far is Avon products.  And one of them happened

19   to be sourced from Vermont.

20           Q.      And so let's then talk a little bit

21   about the impact of the choice to use PLM verse TEM.

22   Okay?  And I want to talk a little bit about those

23   different methods.  So, if we can go to slide 11.

24                   So talk a little bit about mineral

25   identification.  We're going to get into PLM a lot,

Page 42

1    but let's first do TEM because it's fairly quick.

2              So if we then go to slide 12, these

3    are -- the things below are not chrysotile, they're

4    amphibole.  But within of the things that TEM can do

5    is if you find a particle and you want to know is it

6    talc, is it chrysotile, it can provide you detailed

7    information on chemistry and on crystal structure to

8    identify the proper mineral, correct?

9         A.        Correct.

10        Q.        Okay.  In fact, you have said if you

11   use a TEM, if you choose to use a TEM, it is fairly

12   simple to tell whether or not you are, in fact,

13   looking at chrysotile as opposed to talc, right?

14        A.        Correct.

15        Q.        Okay.  And now let's talk about PLM

16   and the additional dimension that adds and how it

17   can then be manipulated as we'll eventually say by

18   an analyst.

19              Before I get there, though, I want to

20   just talk a little bit about your PLM

21   qualifications.  Okay?  And so, slide 13.

22              Fair to say that as of 2019, which is

23   right before you started to issue reports claiming

24   to find chrysotile in Johnson & Johnson, you said

25   that you personally do not do PLM analysis?

Page 43

1          A.      That's correct.

2          Q.      And, in fact, you said that as of

3    2019 you had never analyzed a sample of talc for the

4    presence of asbestos from start to finish using PLM,

5    correct?

6          A.      Correct.

7          Q.      And at least as of 2023, when we last

8    asked you, you said you had never taken any classes

9    in the type of PLM analysis we're going to be

10   talking about which is referred to as PLM dispersion

11   staining, not a single class, right?

12         A.      No, sir.

13         Q.      So, it's correct you didn't take a

14   class, right?

15         A.      Never taken a class in PLM analysis

16   to understand how to identify asbestos in

17   asbestos-added products.

18         Q.      You are a self-taught PLM

19   analysis -- analyst, right?

20         A.      Yes, sir.  I don't want to sound, you

21   know, braggadocios, but I have a Ph.D. in material

22   science and engineering where you know everything

23   about every type of microscope, et cetera, and

24   typically Ph.D. levels don't take basic PLM classes.

25   I know the science really well on PLM.  I could

Page 44

1   analyze those samples but it would take me all day

2   so I don't do it.

3          Q.    Okay.  We'll talk more about that a

4   little bit later but...

5                And if we look at the reports in

6   which MAS has claimed to find chrysotile in

7   Johnson & Johnson, you can see the names of the

8   people who actually did the analysis, right?

9          A.    Correct.

10         Q.    And you are never listed as the

11  analyst?

12         A.    Well, the only people that is listed

13  as the analyst is the person that goes from start to

14  finish.  When I sit down or there's a structure that

15  there's some debate on it and I sit down and look at

16  it and go through it, I don't put my name down for

17  one structure.  That's not fair.

18         Q.    Okay.  But, again, the analyst would

19  typically be somebody like a Paul Hess, right?

20         A.    Correct.

21         Q.    Okay.  But you, I think you just said

22  you feel comfortable answering questions today about

23  PLM dispersion analysis and how it's done at MAS,

24  right?

25         A.    Yes, sir.

Page 45

1          Q.     Great.

2                 So, let's just start talking about

3     the differences.  We've already said it's a fairly

4     simple matter to identify chrysotile with TEM.  I

5     want to talk a little bit about how to identify

6     minerals using PLM dispersion staining.  First,

7     we're just going to walk through a bit of the

8     process before eventually we're going to start

9     looking at your images in light of what we have

10    discussed.  Okay?

11                And so, if we just remind ourselves

12    first, slide 1 'cause we're going to be talking

13    about one of these topics and I think you agreed

14    with it.  3, PLM analysis starts with the analyst

15    picking the right color and I think you agreed with

16    that, right?

17         A.     I agree.

18         Q.     So, I want to start to explain how

19    this works, anybody who's sort of following along

20    from the gallery don't worry, we're going to be

21    going back in each concept multiple times.  All

22    right.  And we can start out a little bit looking at

23    slide 15 as an example.  And I think we were going

24    to introduce as, I guess it's Defense 2, just a copy

25    of the ISO standards that will be D-2, from which

Page 46

1   some of this will be drawn.  Thank you.

2                    MR. DUBIN:  Would Your Honor -- do

3   you want a copy?

4                    THE COURT:  No, I don't need one, but

5   thank you.

6                    MR. DUBIN:  No problem.

7                    THE COURT:  Is D-2 a combination of

8   standards or one standard?

9                    MR. DUBIN:  It should be one

10  standard, Your Honor.

11   BY MR. DUBIN:

12       Q.    So, we're going to be talking a good

13  bit about what colors you should see under a

14  microscope for chrysotile, what colors you're

15  calling things.  I don't want to get there yet.  I

16  just want to talk about the process.  Okay?

17                    And so, what we're looking at here is

18  an image in parallel, and we'll talk about why

19  that's significant, of ISO reference chrysotile in

20  1.550 oil, right?

21       A.    The 1866b NIST standard from Black

22  Lake, Canada, Johns-Manville's source, yes.

23       Q.    And so, again, just to talk about the

24  process, and we'll talk more about this later, when

25  you do this type of analysis, you have to select a

Page 47

```
 1    refractive index oil, right?
 2         A.      Yes.
 3         Q.      And the colors of particles can be
 4    slightly different depending on which refractive
 5    index oil you use, right?
 6         A.      That is correct.
 7         Q.      So, we're going to be talking a lot
 8    about two different periods of your work but right
 9    now the refractive index oil that we're going to be
10    focusing on is 1.550 and that's the oil that's used
11    for this reference image, right?
12         A.      Yes.
13         Q.      Okay.  And so, if we look at the
14    steps that happen, let's assume I'm an analyst and
15    I'm looking down the microscope and I see this
16    structure, let me first ask you:  What would you
17    say, and we'll explain what this means, what the
18    refractive index of this particle is based on
19    looking at it?
20         A.      I would say the majority of what
21    we're looking at is in the 1.556 1.557 range and
22    people always call it magenta.
23         Q.      Okay.
24         A.      For a big bundle of chrysotile like
25    this, that's not surprising.
```

Page 48

1          Q.        Okay.  But if we go to the next

2     step, just so you understand the process, slide

3     17 -- sorry, actually, it's slide 16 first.

4                    So what the analyst will do is they

5     will observe the particle under the microscope in

6     the refractive index oil and they will determine

7     what color they say they are seeing, right?

8          A.        Correct.

9          Q.        And then the next step on a very

10    basic level, if we go to slide 17, is that that

11    particular color will be associated with a

12    wavelength of light, right?

13         A.        Yes.

14         Q.        And so, here if we take that sort of

15    magenta-y color, that would be approximately 540

16    nanometers if you're converting it into a wavelength

17    of light, right?

18         A.        Yeah, 540, 530, right around there.

19         Q.        Okay.  And we can show which it is

20    but the next thing you do, the next step, if we go

21    to slide 18, is that you take that wavelength of

22    light and considering what oil you're using and

23    temperature and things like that, you can then

24    convert it into what's known as a refractive index

25    number or RI number, right?

Page 49

1          A.      Yes.

2          Q.      Okay.  And we're going to be working

3    with those numbers a good bit today.  And there is

4    an image here of an individual, Dr. Su, and there

5    are tables and methods that are used to perform this

6    type of analysis that were developed by him, right?

7          A.      This analysis?

8          Q.      Yes, this kind of PLM dispersion

9    staining analysis.

10         A.      No.  I would give the credit to

11   Dr. Walter McCrone back in the early '70s.

12         Q.      You use the Su tables as part of your

13   analysis?

14         A.      Yes.  He gives them out when he

15   audits your lab.  So, we have them there.  The

16   analyst, especially Mr. Hess who's been doing this

17   for, I don't know, 40 years, but we always use them

18   because it's handy.

19         Q.      Do you recognize Dr. Su in this

20   courtroom?

21         A.      I'm trying to remember the last time

22   he came and audited our laboratory.

23         Q.      I mean right there.

24         A.      Right where?

25         Q.      Right there.  Can you please stand

Page 50

1    up, Dr. Su?

2           A.      Oh, well, there he is.  Hey, Dr. Su.

3           Q.      Do you recognize Dr. Wylie?

4           A.      Dr. Wylie, of course, well, I wasn't

5    looking very hard.  Let me see.

6                   Anybody else I need?

7           Q.      Me.

8           A.      I know you.

9           Q.      And so we're going to talk a lot

10   about these numbers and we're going to talk about

11   Dr. Su's method and your reliance on it but there's

12   another part of this that I want to explain and when

13   you call something chrysotile, you focus very

14   heavily on what is known as birefringence right?

15          A.      Correct.

16          Q.      And so we're going to have some

17   witnesses talk about later how birefringence is or

18   isn't a part of this analysis but for purposes of

19   today, we're going to assume it is and I'm going to

20   focus on your opinions about birefringence.

21                  And so, birefringence is, to

22   introduce the concept, and as I said, trust me I'm

23   going to do my best to do this multiple times in a

24   simple way, if we go to slide 20, there's a basic

25   formula for birefringence which is that you take the

Page 51

1    refractive index in parallel, and I'll discuss this

2    in a second, you subtract the refractive index in

3    perpendicular and that leads to the birefringence

4    value right?

5           A.      Correct.

6           Q.      And the reason why we have -- we've

7    talked about -- what we were just doing a second ago

8    is, and I guess we might as well go back to that

9    slide 18, so we're referring to these RI values,

10   those are like the values that we see here, like

11   1.556, right?

12          A.      Correct.

13          Q.      And the reason why we have two

14   different RI values in this equation and if we can

15   go back to slide 20, is because when you're looking

16   at something that is in the shape of a fiber or is

17   elongated, you measure that refractive index in two

18   different orientations, parallel and perpendicular,

19   and then that gives you the data that goes into this

20   formula, correct?

21          A.      Correct.

22          Q.      Okay.  And so, one of the things that

23   has been, and, again, you made specific colors on

24   here but I just want everybody to understand what

25   your opinion is so we can talk about it, if we go to

Page 52

1  slide 21, one of the bases of your, primary basis of

2  your opinions is that the particles that you are

3  finding and calling chrysotile are chrysotile

4  because they have what is known as a low

5  birefringence value, right?

6          A.      Correct.

7          Q.      And that is as opposed to -- now,

8  talc we're going to talk about what color talc can

9  be but sometimes talc can appear in an elongated or

10 fibrous form also, just like other fibers, right?

11         A.      That, and also if you get talc plates

12 on edge, it'll give you the same type of

13 birefringence.

14         Q.      Right.

15         A.      If it's elongated or, you know,

16 metamorphic off the chrysotile or amphiboles, one of

17 those.

18         Q.      But let's, you know, again -- so, for

19 example, if we look at the chrysotile reference, the

20 reason why I have magenta and this darker blue here

21 is that the chrysotile reference sample and we'll

22 see the perpendicular in a moment in ISO, it's sort

23 of magenta in parallel and then a dark blue in

24 perpendicular, right?

25         A.      That's what it shows.

Page 53

```
 1          Q.      Okay.  Whereas talc, typically -- so
 2     let's back up a second and understand this.  So,
 3     talc typically is in a plate form, right, almost
 4     like, I guess a dinner plate, right, but floppier?
 5          A.      I guess.  No, it's platy and you can
 6     get plates stacks up, so if it gets on its side,
 7     like in PLM, then you will get --
 8          Q.      Blues?
 9          A.      You will get a biaxial-type
10     dispersion.  If it's just flat, no, because you've
11     got the B direction.
12          Q.      Let's assume it's flat, we've got the
13     flat plate perfectly oriented flat?
14          A.      Okay, all right, we're flat.  We're
15     all stacked up.
16          Q.      Flat.  You're looking at it just like
17     that, the typical color is going to be yellow of a
18     talc plate, right?
19          A.      Yellow, goldish color.
20          Q.      We'll talk about the goldish color.
21     But some shade, at least you can agree, of yellow,
22     right?
23          A.      Gold -- yellow gold I would call it.
24          Q.      Okay.  And then if you have a fiber,
25     let's assume it's a real talc fiber, then when
```

Page 54

1    you're putting it in perpendicular, you can start to

2    also see blues, right?

3          A.      Correct.

4          Q.      But typically brighter blues than you

5    would see from a chrysotile in perpendicular, right?

6          A.      Brighter blues, brighter yellow

7    golds.

8          Q.      And so we'll talk about what we mean

9    by low birefringence, but essentially you're looking

10   at the distance between the color in parallel and

11   the color in perpendicular on a color bar, right?

12         A.      Yes.  You're basically looking at the

13   difference that's correlated by the refractive

14   indices.

15         Q.      So, the closer the colors are

16   together, the lower the birefringence; the farther

17   the colors are apart, the higher the birefringence?

18         A.      Correct.

19         Q.      And we can just see what I mean by

20   that, let's use an example just to also look at

21   reference chrysotile in perpendicular, call up slide

22   22.

23              So this is ISO reference chrysotile

24   in a perpendicular orientation and that's the color

25   that is observed in that -- for that particle,

Page 55

1    right?

2           A.      Correct.

3           Q.      And when I mean closer together and

4    farther apart, you see how the magenta color on that

5    color bar and the dark blue color on that color bar

6    are closer together than the brighter yellow on the

7    color bar and the brighter blue on the color bar,

8    right?

9           A.      Correct.

10          Q.      And that's why we say that chrysotile

11   has a lower birefringence, right?

12          A.      That is correct.

13          Q.      Okay.  Great.

14                  And now I want to start talking about

15   assessment of colors in your laboratory and I'm

16   going to start out -- and, again, you agree that we

17   just talked about this birefringence calculation but

18   the birefringence calculation itself, the accuracy

19   of it, all starts with whether you're picking the

20   right color to begin with, right?

21          A.      Correct.

22          Q.      Okay.  Great.

23                  So, now we're going to break down the

24   work that you've done into two general time periods.

25   The first time period that I'm going to be talking

Page 56

1  about is predominantly when you were using a

2  microscope with a Tungsten lightbulb.  Okay?  So,

3  let's go to that Longo slide 23.

4              So, we're going to explain this in

5  quite some detail but the reason that I have a

6  lightbulb on here is that for the initial several

7  years of claiming to -- actually, how long was it?

8  Well, for the initial period we're going to talk

9  about, when you were analyzing Johnson & Johnson

10 product for talc using a method based on color, your

11 microscopes had Tungsten lightbulbs in them, right?

12     A.     Correct.  Incandescent lights, like

13 most all these Olympus were.

14     Q.     And those Tungsten lightbulbs were

15 shining what you said is a golden yellow orangish

16 light on to the particles that were being observed

17 for their color, right?

18     A.     Correct.

19     Q.     So, for an analysis based on

20 assessment of color, you were using microscopes with

21 colored lighting, correct?

22     A.     It had a yellowish to it, yes, but

23 you can compensate for it.  It didn't cause any

24 analytical problem.

25     Q.     We'll see.

Page 57

1          And so, I want to look at -- again, I
2    think what you said is that talc plates in 1.550
3    should generally be yellow, right?
4          A.    Yellowish gold, more gold than
5    yellow.
6          Q.    Okay.  We can look at just an example
7    of that, it'll be D-3, I guess.  Let's mark the USP
8    or this slide with the backup from it, however.
9          A.    Mr. Dubin, I think that's an LED
10   bulb.
11         Q.    Right, that's not yours, that's
12   your -- no, that's an LED -- that's a --
13         A.    Is it?
14         Q.    -- Tungsten.  It has those wide
15   things.  I did my best.  I almost brought a lamp
16   but, anyway, we'll mark this as D-3.
17               Do I owe anybody else a copy?
18               So, I just want to look as an example
19   of some -- a talc image that is taken in the same
20   oil from the USP or United States Pharmacopeia
21   document to see what talc should generally look like
22   and we can call up slide 25.
23               And so, here we see another reference
24   image of talc.  There's also -- there's a chrysotile
25   fiber that they've spiked into the end of the talc.

Page 58

1    So, first, just let's focus on the talc.

2                    So, when we're talking about talc and

3    talc plates, we're talking about these more rounded

4    or sometimes squared off objects, right, because

5    that's the typical appearance of talc, correct?

6           A.      Correct.

7           Q.      And so we're focusing on the yellow

8    stuff, right?

9           A.      Yellow gold.  I say that's more gold

10   than yellow.

11          Q.      Okay.  And then even though this is,

12   it looks like it's parallel, this is actually a

13   picture of chrysotile in perpendicular orientation

14   so we see that classic dark blue, right?

15          A.      Are we looking at the same thing?

16          Q.      I think so.  That's parallel.

17          A.      That's parallel.

18          Q.      Okay.  That's parallel.  The other

19   one was perpendicular, so they clipped a different

20   image.  Thanks.

21          A.      All right.  Minus one on your quiz.

22          Q.      I know, you got me.

23                  So anyway, we're going to focus on

24   parallel for a little bit, about what -- let's look

25   again -- before we get there, I want to remind

Page 59

1    everybody if we go back to slide 15.

2              So, this is the chrysotile reference

3    image in parallel, right?

4         A.    Yes, sir.

5         Q.    Okay.  Now, I want to take -- start

6    taking a look at some of your images and let's -- we

7    can mark as an exhibit with the backup -- what

8    number?  So, this will be D-4.

9              So what I've tried to do is at least

10   the first time I'm using each image, I've tried to

11   copy the relevant page for you so you can look at

12   the image as it existed in your reports that goes

13   with the slide.

14             THE COURT:  Before you move on, could

15   we identify these exhibits as we go along on the

16   record?

17             D-3, for example, is that part of the

18   USP?

19             MR. DUBIN:  It is.  Sorry, yes, that

20   was part of the USP.

21             THE COURT:  And what's D-4?

22             MR. DUBIN:  D-4 is coming from his

23   report.  It's going to be an image of the alleged

24   chrysotile from an analysis report dated 9/16/2020.

25             MR. BRALY:  Mr. Dubin --

```
                                              Page 60

 1              (Mr. Braly and Mr. Dubin speaking to

 2      each other.)

 3       BY MR. DUBIN:

 4         Q.      Just so we know, because I think

 5      plaintiffs' counsel said he wants to use the M

 6      numbers, let's say M71109, M71111.  And so the image

 7      that we're going to be discussing first is, I think

 8      from page 296 of that report.  Okay?

 9              So, again, just to make sure that

10      we're on the same page, chrysotile parallel

11      according to the reference image, I want to look at

12      the first image of what you are calling chrysotile

13      in Johnson & Johnson.

14              And so if we can then call that up,

15      that will be slide 26.

16              Okay.  So, this is an example of what

17      you were calling chrysotile in a Johnson & Johnson

18      product, correct?

19         A.      Yes, sir, that's correct.

20         Q.      Okay.  And we can see that this

21      particle is not magenta in parallel; it's yellow,

22      right?

23         A.      Yellow gold.

24         Q.      Okay.  And in fact, I think you said

25      that during, at least during this time period,
```

Page 61

1    before you switched microscopes, and we'll get to

2    that, that the particles that you were identifying

3    as chrysotile in Johnson & Johnson's products were

4    typically in parallel yellow, you said maybe

5    sometimes a bit of red, and we'll talk about that

6    red color at some point.

7            A.      Yellow gold.

8            Q.      Yellow gold.

9            A.      What's on the image itself versus

10   what's on -- what's on the Elmo, it's different.

11   But most of them were in, you know, 1.565 to 1.70

12   range.

13                  MR. BRALY:  I have kind of an

14   objection.  This says Chinese talc (inaudible) you

15   keep saying Johnson & Johnson product --

16                  THE COURT:  I'm sorry.  You're going

17   to have to speak louder.

18                  Are you objecting?  Are you objecting

19   to this exhibit?

20                  MR. BRALY:  Yes.

21                  THE COURT:  Why?

22                  MR. BRALY:  Not to the entire

23   exhibit, just the characterization of it.  This is

24   Chinese talc, it's 11 samples.

25                  MR. DUBIN:  Right, Johnson & Johnson.

Page 62

1                    MR. BRALY:  Right, okay.

2                    MR. DUBIN:  So, I don't understand.

3                    MR. BRALY:  Fine.  Go ahead.

4                    MR. DUBIN:  Okay.  Thank you.

5                    THE COURT:  You were objecting to how

6     it was characterized, correct?

7                    MR. BRALY:  That's right.

8                    THE COURT:  Okay.

9                    MR. DUBIN:  Okay.

10     BY MR. DUBIN:

11          Q.     They're Johnson & Johnson bottles

12     that were sourced in from Chinese talc, correct?

13          A.     These were splits of Chinese talc out

14     of the mine, if I remember correctly.

15          Q.     So, it's Guangxi, China talc, right?

16          A.     Yeah, that whole area.  One of the

17     four mines.

18          Q.     I see.

19                 All right.  So, any way, this is

20     typical of your images of Johnson & Johnson of

21     alleged chrysotile asbestos, they'll be yellow in

22     parallel, right?

23          A.     Well, no, it's not typical of this

24     image 'cause it's not even close to -- the color is

25     not even close to, you know, what we got.  But

Page 63

1    yeah, you can -- what we see here is a little bit

2    more darker, I would call it a darker yellow,

3    that's -- that lighting on that almost gets that up

4    to what talc is.

5            Q.       Okay.  Well, one of the things that

6    we can -- we know is that talc in parallel typically

7    is going to be about the same color as a talc plate,

8    right, both yellow?

9            A.       No, I guess you have to wait till

10   redirect.  You'll see that it's not.

11           Q.       Well, one of the things we see on

12   this image, you see a number of rounded structures,

13   too, right?  You can see them all over the field of

14   view?

15           A.       Yes, sir.  Well, they're kind of

16   round.

17           Q.       And those are talc plates?

18           A.       I agree.

19           Q.       And there's no question that talc can

20   appear, as I said, yellow in parallel orientation,

21   correct?

22           A.       At some shade, yes.

23           Q.       And you were talking about, and you

24   did it again a moment ago, talking about how this is

25   darker gold than -- that's how you were

Page 64

1    characterizing the yellow, right?

2        A.    Yeah, you've got the yellow, the

3    darker yellow, goldish yellow.

4        Q.    But --

5        A.    A lot of people call yellow gold.

6        Q.    But to be fair, this image that

7    you're calling yellow gold was taken using a

8    microscope that had a yellow gold orange light

9    shining on the particle, right?

10       A.    Yes, it had an incandescent lightbulb

11   do that.

12       Q.    And so, again, one of the things

13   that -- if the colors are off because of this light,

14   that light is shining on every particle here, right?

15       A.    Yeah, I don't agree with the "if"

16   but, yes, all those particles are being illuminated

17   by the light source from the microscope.

18       Q.    And this idea that you have to be

19   careful when characterizing different shades of

20   yellow as part of a PLM analysis, that's something

21   that Dr. Su has written about, right?

22       A.    I believe so.

23       Q.    Okay.  And you're familiar with him

24   and you agree he's an authority in terms of mineral

25   identification through staining techniques, correct?

Page 65

1          A.      I used to.

2          Q.      Okay.  Used to.  Okay.  Well, that'll

3    be interesting.

4                  And let me see, you have agreed that

5    he's a well-respected expert on PLM methods and

6    analysis, right?

7          A.      I totally agree with that.

8          Q.      And you still agree with that then?

9          A.      On regular asbestos-added products.

10   I think the finding of the small chrysotile in these

11   cosmetic talcs is a little bit different for him.

12         Q.      You would expect every lab in the

13   country to have Dr. Su's tables for PLM, right?

14         A.      Yes, if he -- if he evaluated from

15   the NVLAP, dropped them off, so he got to every lab.

16         Q.      You include Dr. Su's tables as part

17   of your reports in this case, right?

18         A.      Yes, sir, I do.

19         Q.      So, I want to look at something that

20   one of his publications says about relying on shades

21   of yellow, trying to characterize it as dark yellow,

22   light yellow and the like.  So, we'll make that D-5.

23                 And so, I guess if we can just go to

24   the front page of it.

25                 All right.  So, we're just going to

Page 66

1    have to look at the hard copy.  Do you have a hard

2    copy?

3           A.      I don't have a hard copy, I don't

4    think.

5                   THE COURT:  I'll give the witness

6    mine.

7                   THE WITNESS:  All right.  Thank you.

8     BY MR. DUBIN:

9           Q.      Okay.  So, one of the things that he

10   wrote at page 12 of this document, just so we know

11   what we're talking about, this is Determination of

12   Refractive Indices of Asbestos Minerals by

13   Dispersion Staining:  How and Why, by Dr. Su from

14   2020, and you're familiar with this, right?

15          A.      Yes, sir, I believe so.

16          Q.      And one of the things that he says in

17   here is that experience tells us that yellow is the

18   hardest CSDS color to be quantified and should be

19   avoided at all cost?

20          A.      I'm sorry.  Where are you reading

21   that?  What section?

22          Q.      That's page 12.

23          A.      That's why I'm not finding it on page

24   2.

25          Q.      Okay.  The same yellow CSDS color

Page 67

1    could be called golden yellow, yellow, light yellow,

2    pale yellow, et cetera, by different analysts in the

3    meantime is more susceptible to color temperature of

4    light source and the type of daylight filter used

5    than other CSDS colors, right?

6         A.    That's what it states.

7         Q.    So, in this method he's saying that

8    making the kind of distinction saying, oh, well, I

9    think this is more like chrysotile because it's

10   golden yellow verse bright yellow is to be avoided

11   at all cost because of some issues with potentially

12   getting the shade correct, right?

13        A.    No, none of that is in this.  In

14   fact, you're reading out of a section that says

15   choose the right oil and avoid the 1.605 mistake

16   when differentiating refractive indices of

17   tremolite, actinolite and anthophyllite.

18        Q.    But the impact of a color temperature

19   of light is not specific to any particular mineral?

20        A.    Our laboratory doesn't have any issue

21   with that.  So, that's what it says here is for

22   amphiboles, not chrysotile.

23        Q.    Okay.  Well, we know that color

24   temperature of light, that's influenced by using

25   something like a Tungsten lightbulb, right?

Page 68

1          A.      Yes, sir, it could.  Unless you're a

2    good enough analyst to overcome that by looking at

3    standards, et cetera.

4          Q.      Well, I want to look and compare

5    'cause we've already looked at USP and I want to

6    look at -- so, that's true, right?  Even if you use

7    a Tungsten microscope, you can take steps to try to

8    make sure that your image is appropriately

9    illuminated and white balanced, right?

10          A.      Correct.

11          Q.      And MAS knows how to do that, right?

12          A.      Correct.

13          Q.      We'll get to that.

14          A.      The Olympus, you had to white balance

15    them yourself.  The new ones, it's pretty much run

16    by the computer system but you can tell when it's

17    white balance.

18          Q.      We'll look at that 'cause we can talk

19    about white balancing, the concept.  Basically what

20    that means is, if we call up slide 27, white

21    balancing what that means is, for example, let's

22    assume on the left, I see a blue owl and I want to

23    know is this some new species of owl that happens to

24    be blue.  One of the things I can say is I look in

25    the background and I see a tree that should be green

Page 69

1    and it's blueish, too, right, and that's a clue that

2    my image is off, correct?

3         A.      Or your eyes.

4         Q.      Or my eyes.

5         A.      Yes.

6         Q.      But it's clear my image is off.  And

7    that's why one of the things I've asked you about

8    over time is what does the talc in your images look

9    like?  The talc in that scenario is the green leaves

10   in the back and whether the talc is the correct

11   color.  Okay?  And I'm going to talk to you a little

12   bit about that.  Okay?

13              So, for example, if we call

14   up -- let's make this the next exhibit, CX 00006,

15   it's an image we're going to look at a few times.

16   (Handing.)

17        A.      Thank you.

18        Q.      And so, what I've marked is an

19   excerpt from product number M70484, Linda Zimmerman

20   analysis of Johnson & Johnson from February 24th,

21   2020.  I want to call that image up.

22              So, let's look at slide 32.  These

23   are from pages 3 and 4.

24              And so, here we have an image of one

25   of your first attempts to claim there was chrysotile

Page 70

1    in Johnson & Johnson.  And so that we're clear what

2    you're calling chrysotile here is that particle in

3    the middle with the bar under it, right?

4            A.      Correct.

5            Q.      And these rounded structures around

6    it that are the exact same color, those are talc

7    plates, right?

8            A.      Correct.

9            Q.      Okay.  And so, for example, if talc

10   is generally brighter than that, right, in other

11   words talc in general, just a talc plate is

12   generally brighter, that's a clue for us that the

13   colors are off on the image, right?

14           A.      Well, that image is not what we have

15   here but you're saying this is brighter or --

16           Q.      I'm just saying that, so, you're

17   characterizing your particles as dark orange or what

18   are you characterizing that color of that particle

19   you're claiming is chrysotile?

20           A.      Well, I wouldn't look at that.  I

21   would say that is a yellow with some gold and then

22   some of the talc plates, some of the edges, the

23   edges of the plates are disperse -- are causing a

24   dispersion at a higher, a more brighter yellow.  So,

25   I don't see anything wrong with that.

Page 71

1          Q.      I just want to compare it to some

2     other images that we've seen also from Vermont talc.

3     This is Vermont talc.  We'll look at another image

4     of Vermont talc from a different lab.

5          A.      You're only leaving half the story

6     out.  You don't have --

7          Q.      Well --

8          A.      Excuse me.  You don't have a

9     perpendicular in here, which if you were to look

10    slightly down to the left, down from the particle to

11    the left, you see a fibrous material that's got blue

12    to it.  So, if you show the perpendicular, most

13    everything you see in there will stay the same

14    color.  And then, of course, the chrysotile portion

15    will be the blue.

16         Q.      We're going to -- I'm sorry, we're

17    going to look at perpendicular also but you're

18    saying that that parallel is going to change blue?

19         A.      What's going to change -- when it

20    goes to perpendicular, it's going to change color.

21         Q.      Well, so does talc, right, talc also

22    changes blue in perpendicular?

23         A.      Not talc plates, fibrous talc does.

24         Q.      Okay.

25         A.      Or the edges of talc plates where

Page 72

1    you've got them stacked up or you're getting some

2    dispersion there, multiple layers, that gives you

3    more of a fibrous talc color.

4          Q.    But you're calling this chrysotile

5    fiber, right?

6          A.    A bundle.  You don't see fibers.

7          Q.    So, if it's talc, it would also be in

8    a fibrous shape, right?

9          A.    If it is talc, then you look at the

10   birefringence and the birefringence for this is not

11   going to be even close to talc.

12         Q.    Let's not get ahead of ourselves.

13   First let's look at another image from a different

14   lab, from Dr. Sanchez' lab, and I'll mark this next

15   as DX-2111 -- I'm sorry, I'm sorry, D-7.  Ignore the

16   other number.

17               THE COURT:  We'll take a break after

18   this.

19               THE WITNESS:  Thank you, Your Honor.

20   I was just going to ask.

21    BY MR. DUBIN:

22         Q.    Trust me, we're going to get to all

23   the stuff.  We're just doing it piece by piece

24   first.

25               So, this slide is going to be from

Page 73

1    page 12 of the document.  If we could call up slide

2    33.

3                    So do you recognize this as an image

4    of Vermont talc, Johnson & Johnson Vermont talc,

5    taken by Dr. Sanchez' lab?

6            A.      No.

7            Q.      Okay.

8            A.      I don't recall seeing it but is

9    this -- okay.  It's in 1.552 oil, not 1.550.

10           Q.      You can look at page 12.

11           A.      Page 12.

12           Q.      You see that the image is a lot

13   brighter first, right?

14           A.      A lot brighter?

15           Q.      The illumination, the ability to see

16   the particles.

17           A.      Than this other one?

18           Q.      Between yours and his and maybe it's

19   helpful to just put them up at the same time, slide

20   34.

21           A.      If you're suggesting we don't have

22   the brightness all the way up, you are just dead

23   wrong.  I know that's part of what you all think but

24   that's just not true.

25           Q.      We're going to get to that.  Why

Page 74

1    don't you tell me are you swearing under oath that

2    your imaging, when you do it, the illumination is a

3    hundred percent?

4         A.    No, it's a hundred percent for some

5    folks.  Some folks might turn it back to 97, 95

6    because it's too bright.  But to say that we don't

7    put enough -- that we're not imaging it correctly is

8    just dead wrong.

9         Q.    We haven't even gotten to

10   illumination yet.  We're going to do that, trust me.

11        A.    I'm sorry.  I thought you were

12   getting to it because --

13        Q.    I am.  But do you see just visually

14   that one image is much brighter and you can see more

15   of the particles in the background than the other?

16        A.    You know why that is?

17        Q.    Why?  Go ahead.

18        A.    Because we're looking at those big

19   particles.  So, you have the big particles at this

20   plain.  You want to be up here.  If you were to move

21   it down to get all the other ones, they would be

22   brighter but you have taken them out of focal range.

23        Q.    Well, another thing we see is that we

24   don't see the kind of golden yellow color that we

25   see in your images that were taken with the Tungsten

Page 75

1    lightbulb, right?

2          A.      You can't really say that unless it's

3    different here because we were using 1.550

4    refractive indices and this says 1.552, temperature

5    corrected oil.

6          Q.      We'll talk about what effect that

7    should have and whether that is an excuse when we

8    get to changing oils.  But do you at least agree

9    with me that the one that does not have the Tungsten

10   lightbulb shining on it is giving you different

11   colors?

12         A.      If that is an LED, then I would

13   expect that.  But you're also going to get a

14   different color, even though you're going to get the

15   same refractive indices, when you change the

16   refractive indices oil, I understand.

17         Q.      Right, but we'll talk about this, but

18   when you change the refractive index oil, you should

19   be pushing the color, for example, the color of the

20   parallel towards blue and towards magenta, right?

21   When you raise the refractive index oil?

22         A.      No, mostly blue.

23         Q.      Okay.  And --

24         A.      Blue in parallel direction.  If it's

25   at a certain range on the refractive indices.

Page 76

1        Q.      Changing the refractive index oil is

2   not going to make a yellow brighter, right?

3        A.      No.  Changing the -- it depends on

4   which way you're going.

5        Q.      Right.  If you're raising your

6   refractive index oil and this one is higher than

7   his, changing it to raise the refractive index oil

8   is not going to make a yellow particle brighter

9   yellow, right?

10        A.      I agree.

11        Q.      Right?  It's going to push it towards

12   the magenta or blue range, correct?

13        A.      Yes.

14        Q.      And so, if I maybe indulge one more

15   slide just because it's related to that point or if

16   not, I can break and bring it back.

17                THE COURT:  We're going to break.

18                MR. DUBIN:  Okay.  Thank you, Your

19   Honor.

20                THE COURT:  15-minute break everyone.

21   We'll be back at 10 of.  Thank you.  We're off the

22   record.

23                (Recess:  10:34 a.m. to 10:58 p.m.,

24   Eastern Standard Time.)

25                (DERELL WILSON, ESQ.,

Page 77

1    EARLY, LUCARELLI, SWEENEY & MEISENKOTHEN APPEARING.)

2                    THE COURT:  Mr. Dubin, thank you for

3     your patience.

4                    MR. DUBIN:  No problem.

5                    I just want to back up and show a few

6    of the slides I've already shown.  We're going to

7    discuss a lot more why this is important but I just

8    want to go back over two of them quickly.

9     BY MR. DUBIN:

10          Q.     If we go to slide 20 and I'm just

11   going to have to trust things are up there.  If we

12   go to slide 20, you'll see there's a basic

13   birefringence formula that you use, which is

14   parallel RI, perpendicular RI equals birefringence,

15   right?

16          A.     Yes, sir.  If there is a range on one

17   of the bundles, we would use that.

18          Q.     And just if we look at slide, I think

19   it was 18, we walked through this, that the analyst

20   sees a color, is supposed to pick the correct color

21   on the color chart, that results in a wavelength of

22   light and that results in a refractive index, right?

23          A.     Yes.

24          Q.     So, fundamentally, what I am talking

25   about, for example, is when we're talking about

Page 78

1    yellows, for example there's a different refractive

2    index associated with a golden or orangey yellow

3    than there would be with a bright yellow, right?

4         A.      Yes.

5         Q.      And similarly, when we talk about

6    blues, there's a different refractive index

7    associated with brighter blue as opposed to darker

8    blue, right?

9         A.      That is correct.

10        Q.      So, when, for example, we're talking

11   about how golden or yellow your images are in

12   parallel, that will determine which wavelength of

13   light you're picking and, therefore, which

14   refractive index number goes into your birefringence

15   calculation, right?

16        A.      Correct.

17        Q.      Okay.  So, with that in mind let me

18   go back and we'll do some examples later about why

19   it matters but I just want to return, I think it was

20   probably slide 34 last.

21             And so, what we were looking at here

22   is just an image of talc taken in Dr. Sanchez's lab

23   versus an image of Vermont talc taken in your lab

24   using PLM, right?

25        A.      Yes, sir.  The one on the right

Page 79

```
 1   that's correct.
 2         Q.       And I was remarking on the
 3   difference --
 4         A.       Wait a minute.  The stuff on the
 5   right, report on Chinese.
 6         Q.       I'm sorry.
 7         A.       Not Vermont.
 8         Q.       I'm sorry, there was an earlier
 9   comparison.  I can't tell what's up there.  There
10   are two different comparison slides, 32 is the one
11   comparing it to Zimmerman.  Is that what you're
12   looking at now?
13         A.       That's what I'm looking at now.
14         Q.       I have just another example that I
15   put up there.  But so what I was remarking on is the
16   difference in the kind of colors of yellow that
17   you're seeing and also the illumination of the
18   image, and that's what we were discussing when we
19   left, last left off, right?
20         A.       Yes.
21         Q.       Okay.  And so, next, instead of
22   comparing the image that you're working off of with
23   these golden, golden yellows and those are the
24   images being taken with a Tungsten lightbulb shining
25   on the particles, right?
```

Page 80

1          A.       Right.  And just to be clear, it's a

2     white light that has a little bit of yellow shade to

3     it.  It's not a yellow lightbulb.

4          Q.       You described it as casting a yellow

5     golden orangish hue, right?

6          A.       Correct.  But I want to make it

7     clear, it is not a yellow goldish orangish hue

8     lightbulb.  It's a white lightbulb that has that

9     frequency -- I mean wavelength.

10          Q.       One of the things we're going to be

11     talking about later, but I just want to show a quick

12     image of it now, is at some point you change your

13     microscope, you change your light source, and you

14     change your refractive index oil, right?

15          A.       Not all at the same time.

16          Q.       Not all at the same time.  But by the

17     time we get to Valadez, which we're going to be

18     talking about, those have changed, right?

19          A.       Correct.

20          Q.       So, I just want to compare quickly to

21     an image of Valadez that we're going to be talking

22     about later.  So, I'll mark as the next exhibit D-8

23     from MAS project M71614.  We're going to refer to as

24     the Valadez analysis.  And I just want to look at a

25     picture once we've taken the Tungsten lightbulb out

Page 81

1    of the equation in your lab.  Okay?

2                    So the image from the Valadez or post

3    Valadez is going to be from page 3 of the major

4    report.  So, let's call that up as slide 35.

5                    And so, one of the things we can see

6    here is so the image on the right, you have no

7    longer using a Tungsten lightbulb, right?

8            A.      Correct.

9            Q.      And we can see, so, for example, in

10   the middle and we'll talk about that particle,

11   that's what you're calling chrysotile in the

12   Johnson & Johnson, right?

13           A.      Correct.

14           Q.      But we can see that when we've

15   removed the Tungsten lightbulb from the equation,

16   the colors, yellow colors are much brighter for the

17   talc, right?

18           A.      That would have an effect but we're

19   also using 1.560, which it takes -- brings the

20   wavelength out of the yellow gold range.

21           Q.      Well, we'll talk about that because

22   actually, as we just mentioned, we were talking

23   about this a second ago, we'll go through why,

24   changing the refractive index oil by raising it

25   should actually make the particles less bright

Page 82

1   yellow, not more bright yellow, right?

2          A.      Going to 1.560 will make it less

3   yellow.

4          Q.      Okay.  So, when you say, oh, it's not

5   just the absence of the Tungsten light, it's the oil

6   here that's changed, the oil should be having the

7   opposite effect.  It should be making yellows move

8   towards the orange or magenta, right?

9          A.      No.

10         Q.      We'll do that in a second because

11  we're not done yet with the work before you change

12  the bulb.

13              So, the next thing I want to talk

14  about about your older images is some criticism that

15  was made of your work by Dr. Su about the

16  illumination of your images and the impact that that

17  has on the colors that the analyst is reporting, and

18  that go into your ultimate calculation.

19              And so, I'm going to mark next as D-9

20  an affidavit that you've seen from Dr. Su about your

21  work.  This is something we can call up.

22              (Handing.)

23         A.      Thank you.

24              MR. BRALY:  Mr. Dubin.

25              MR. DUBIN:  Sorry, forgot.

Page 83

```
 1   BY MR. DUBIN:
 2        Q.      And so, if we can call that up,
 3   please.
 4                So, and if we can go to the next
 5   page.
 6                So Dr. Su, that's the same Dr. Su
 7   who's in court today, back in 2022 wrote this review
 8   of your analysis, this is of Gold Bond medicated
 9   powder, and it's entitled Talc Misidentified as
10   Chrysotile, correct?
11        A.      That is correct.
12        Q.      And somebody gave this to you around
13   the time, back in 2022, correct?
14        A.      Yeah, I think Dr. Gunter produced it
15   in one of his reports and it made the rounds after
16   that happened.
17        Q.      And one of the things you first tried
18   to do in response was to claim that Dr. Su didn't
19   really write the report, correct?
20        A.      I didn't think he did.
21        Q.      You --
22        A.      I was obviously wrong.
23        Q.      You went so far as to accuse a
24   defense expert, Dr. Mickey Gunter, of writing the
25   report instead of Dr. Su, right?
```

Page 84

1          A.      I didn't -- I said I thought he

2    might.  I didn't have any -- as I said, I didn't

3    have any evidence that he did.

4          Q.      And you said while you have respect

5    for Dr. Su, without him testifying under oath to

6    explain his opinions, you didn't know what to make

7    of them, right?

8          A.      That is correct.

9          Q.      And when you said that, you knew he

10   didn't live in the United States, right?

11         A.      Of course.

12         Q.      Okay.  And at some point Dr. Su did

13   actually come to the United States to visit his

14   daughter, and while he was here he signed the report

15   and made a little video to show you to prove that he

16   did, in fact, write it, correct?

17         A.      Him and Mickey Gunter.  I think we've

18   all seen it.

19         Q.      And I think at this point you've

20   agreed you have to basis to dispute that Dr. Su, who

21   is right here any way, did write this report,

22   correct?

23         A.      I was wrong.

24         Q.      Okay.  And one of the things that you

25   said was that if you ever saw Dr. Su at a

Page 85

1    conference, you would try to go and talk to him

2    about it and understand the basis for what he had

3    said, right?

4          A.     That's correct.

5          Q.     And you were both recently at the

6    ASTM Beard Conference in Philadelphia, right?

7                 MR. BRALY:  Your Honor, at this point

8    we're straying well outside of just methodology.

9    This is actually a separate issue that I didn't

10   think we were going to get into today that we should

11   probably talk about at sidebar, if we can.

12                THE COURT:  All right.  Sidebar.

13                MR. DUBIN:  I'm not going to ask the

14   final question, if that's what you're asking.

15                MR. BRALY:  All right.  If we don't

16   need to talk about it, we don't need to talk about

17   it.

18                MR. DUBIN:  I don't think so based

19   on --

20                THE COURT:  You're all speaking a

21   different language.  It's totally unclear to me.  I

22   don't how relevant it is to this 104 hearing, but

23   let's bring it back to the 104 and maybe at some

24   point in time I'll understand what we're doing.

25    BY MR. DUBIN:

Page 86

1          Q.       Well, you and Dr. Su were at a

2    conference and you didn't go and talk to him, right?

3          A.       I never saw Dr. Su.  I never knew he

4    was there.  So, yeah, if I saw Dr. Su, I would have

5    asked him about it.

6          Q.       And one of the things that you have

7    criticized in Dr. Su's report is the idea that he

8    manipulated your images or Photoshopped your images

9    is one of the things you've said, right?

10         A.       Yes, sir.

11         Q.       And so, I want to look at those

12   images and what he did and what his point was and

13   then we'll talk about how it applies to your work.

14   But first I just want to understand on a very basic

15   level how illumination can impact color which then

16   goes into your analysis by which you call the stuff

17   you're finding chrysotile.

18              And so, let's just start first with

19   slide 37 and I made these.  I can't see how they

20   look.  So, I just took, I went and found some

21   flowers on Amazon, if anybody likes them, you

22   can -- I think it's 14.99 for Forget-Me-Nots, and

23   blew up a little bit of the image of some of the

24   flowers that are on the Amazon site.

25              And then if we go to slide 38, I just

Page 87

1    turned down the brightness a little bit on this and

2    what we can see is that by reducing brightness on an

3    image like this, you can start to turn lighter blues

4    into darker blues and those would have, those two

5    colors would have different refractive indices,

6    right?

7         A.    Yes.

8         Q.    And you can also start yellows as it

9    gets darker turning into or even if they were bright

10   yellow, you can start seeing them turn into darker

11   orange, right, for example the center of the flower

12   on the bottom, right?

13        A.    That's correct.

14        Q.    And so, if we look at what Dr. Su was

15   saying about your imaging and its effect on color

16   and the effect on the analysis, we can go to page 6

17   or page 7 unless I have slides.  Is that visible to

18   everyone?

19             So one of the things that Dr. Su was

20   pointing out is that in his view, you did not have

21   appropriate or normal illumination of your images,

22   right?

23        A.    Well, that's -- you're right that's

24   what he stated.  He's wrong.  I don't understand how

25   he can make that decision in China when we're over

Page 88

1    in the United States never looking at the operative

2    microscope.  So, I just totally disagree what was

3    going on here.

4            Q.      Okay.  So, the failing is that he

5    doesn't have an opportunity to observe it through

6    your microscope in your view, right?

7            A.      We have never done anything but have

8    it on full brightness.

9            Q.      One of the things he did is he raised

10   the illumination and the image and now, for example,

11   and, again, these are the Gold Bond, we'll look at

12   some J&J, but now, the yellows are brighter in

13   parallel, right, and that's a typical color for talc

14   in parallel, that brighter yellow, right?

15           A.      I would agree.

16           Q.      Okay.  And the other thing that he

17   talks about on the next page, page 7, is that just

18   by raising the illumination to what he thought was

19   an appropriate level, the dark blue particle that

20   you're reporting on became a light blue particle in

21   the illuminated image, correct?

22           A.      That is correct.

23           Q.      Okay.

24           A.      You can do all kinds of stuff with

25   Photoshop.

Page 89

1          Q.      Well, again, so you're not saying

2    that anything has been changed except for brightness

3    level here, right?

4          A.      That's a lot.  You're taking evidence

5    and you're molding it into what you want to see.

6          Q.      Well, what he's pointing out is that

7    in his view, this is what in normal illumination,

8    what you should be seeing under the PLM, the

9    brighter images, right?

10         A.      Well, you keep saying "right."

11   That's his opinion but you can't -- at least I

12   always thought you can't take evidence and change it

13   and say, gee, this is what it would have looked like

14   if they did this with absolutely no evidence

15   whatsoever that that's true.

16         Q.      We're going to do the same thing with

17   some other images in a second, but before we get

18   there, let's show some evidence that it is true.

19               Okay.  So, as we pointed out, you

20   started looking at Johnson & Johnson for chrysotile

21   in about, what, 2019 or late 2019 or early 2020?

22         A.      Sometime in 2020.

23         Q.      And your first report was the

24   Zimmerman report, which we've already marked and

25   looked at, right?

Page 90

1          A.      I guess so.

2          Q.      And so, we've seen that image before

3     already.  I wonder if we can call it -- it's CX-006.

4                  So we were talking about this and I

5     asked you about the illumination on this image and

6     the dark golden colors on this image, right?  You

7     recall that?

8          A.      Yes.

9          Q.      And I said there are ways that you

10    can use this type of microscope but white balance or

11    purple illuminate your image to get what should be

12    an appropriate PLM image for dispersion staining,

13    and there are ways you can do that, right?

14         A.      The illumination is controlled by

15    just a small little wheel.  These PLM analysts would

16    not want to cut all that down because it would make

17    it harder to see all the structures.

18         Q.      So --

19         A.      What you ought to show here is the

20    talc under the same conditions as this, that's

21    completely different.

22         Q.      Okay.  So, let's do that.

23                 So now I'm handing up -- we'll mark

24    this as D-10 -- a declaration that you had in an

25    image that was taken in your lab at around the same

Page 91

1    time of the image we just saw, the Zimmerman image,

2    that wasn't when you were looking for chrysotile in

3    Johnson & Johnson.  That's D-10.

4                   All right.  And so, what we

5    understand -- so we understand what we're about to

6    be looking at, this is an analysis that was done in

7    early 2020 around the same time as the Zimmerman

8    analysis out of your lab looking at a product with

9    RTV talc in it, right, assessing what asbestos is

10   there, right?

11        A.      That's the famous apron.  Okay.

12        Q.      That's correct, right?

13        A.      Yes.

14        Q.      Okay.  And you were using the same

15   type of analysis at least in what we're going to be

16   showing here, the PLM dispersion staining analysis,

17   to look at whether there's chrysotile there, right,

18   1.550 oil?

19        A.      No.  We were just after to show there

20   was fibrous talc.  It had nothing to do with

21   chrysotile.

22        Q.      You're doing --

23        A.      Excuse me.  This was all for fibrous

24   talc.

25        Q.      Okay.

Page 92

1        A.      There's never been -- I've never seen

2    any data that suggests it's in there but we haven't

3    looked at it using the new methods.

4        Q.      Well, you're doing the same analysis.

5    You're looking at the talc with dispersion staining

6    analysis in 1.550 refractive index oil, the same way

7    you were doing that for the Johnson & Johnson talc

8    samples, right?

9        A.      That is -- excuse me -- that is

10   correct.

11       Q.      So now I just want to look -- we can

12   put the image up verse the Zimmerman image, that

13   will be slide 39.

14              So, on the left, this is an analysis

15   of RTV and on the right this is an analysis where

16   you're claiming to find chrysotile in Johnson &

17   Johnson, right?

18       A.      That is correct.

19       Q.      And so, as we pointed out before, one

20   of the things that Dr. Su criticized was the

21   brightness of your illumination and the color of

22   your talc, right?

23       A.      No, he was criticizing not the color,

24   just that it was not -- in his mind we hadn't turned

25   up the illumination.

Page 93

1         Q.      And we can see that the

2   illumination, when you weren't trying to claim there

3   was talc in -- I'm sorry, chrysotile in Johnson &

4   Johnson, the illumination of the Vanderbilt image is

5   significantly higher than the image that you present

6   when claiming there's chrysotile in Johnson &

7   Johnson, right?

8         A.      I'm sorry, could you repeat that.

9         Q.      Sure.

10              The image, when you were just looking

11  at RTV, is significantly brighter than the image of

12  when you were trying to claim there is chrysotile in

13  Johnson & Johnson, correct?

14        A.      You're looking at a whole different

15  population of the types of talcs and stuff.  No, I'm

16  sorry, it's -- you're cherry-picking all these

17  things on different types of samples.  We do not

18  reduce the brightness.

19        Q.      So then why is one image so much

20  brighter than the other even though we can see if we

21  look at the analysis dates, they're done very close

22  in time together by the exact same analyst?

23        A.      Different mine, different properties.

24        Q.      Well, so, you're now telling me that

25  the different mine, if I put talc from one mine

Page 94

1    under a microscope, I put talc from another mine

2    under the microscope, that is going to turn the

3    illumination up on one of the mine sources.  Is that

4    what your testimony is under oath?

5                    MR. BRALY:  Your Honor, I do

6    appreciate that 104 hearings lack standards of

7    evidence but this is argumentative at this point.  I

8    appreciate if we can make an objection as to

9    argumentative.

10                   THE COURT:  I'm going to overrule

11   that objection.  It is a fair question.

12                   You can answer that, please,

13   Dr. Longo.

14        A.      One is an industrial talc source.

15   All the rest are the cosmetic talc sources.  You've

16   got size, you've got other materials in there.

17   That's the only -- that would be the explanation on

18   this -- wait a minute.

19                   When was this done?  1/9/2020.  And

20   the Zimmerman was in February of 2020.  I don't

21   believe we had the new scopes yet.

22        Q.      Right, same scope --

23        A.      No.  It's not the same scope.  This

24   one over here I believe is the new, would be the new

25   one that's much later on in the year.  I'll have to

Page 95

1    research that.

2            Q.      Okay.  We can see that in the

3    analysis dates on them how close they are.  The

4    analysis dates were even closer than the report

5    dates.

6            A.      We'll have to take a look at that

7    because we have a different one, so, a different

8    mine.

9            Q.      Okay.

10           A.      I'm still disagreeing with you on

11   this.

12           Q.      Right.  And you've taken the position

13   essentially that Dr. Su, when he has raised the

14   illumination on your images, is engaging in what you

15   call, make believe, right?

16           A.      That's his opinion.  He believes it,

17   but he's wrong.

18           Q.      And the one way we could certainly

19   know that is by looking down the scope, at your

20   microscope, right?

21           A.      To know that we have it on high

22   brightness?

23           Q.      We could know whether you have

24   appropriate illumination by looking down your

25   microscope and seeing it?

Page 96

1          A.      No, I mean, I'm not going to have you

2      come in our lab and do that.

3               What we'll be able to see it is when

4      we have to chance to show not these cherry-picked

5      ones but when we are comparing the SG-210, when we

6      show a chrysotile, half chrysotile, half talc

7      structure with the same kind of conditions and

8      they're completely different.

9          Q.      Right.  All right.  And I just want

10     to make sure that we understand ourselves here

11     because you're aware Dr. Su has a master's degree in

12     mineralogy; did you know that?

13         A.      He's very highly qualified.

14         Q.      He studied under Dr. Bloss, who's a

15     leading figure in PLM analysis, right?

16         A.      I don't know that for a fact.

17         Q.      Did you know he did two years of post

18     doctoral research on PLM analysis?

19         A.      Yes.

20         Q.      Did you know he's performed over a

21     thousand on-site evaluations of TEM -- for TEM and

22     PLM accreditation?

23         A.      Yes, sir.  I think the last time he

24     was at our lab was 2015, according to Dr. Su.

25         Q.      He has more than two dozen

Page 97

1    publications on asbestos analysis, many of which

2    focus on PLM, right?

3             A.      That's correct.

4             Q.      And you've never taken a single PLM

5    class?

6             A.      I haven't.

7             Q.      And you think that -- you think

8    you're more qualified to comment on what appropriate

9    illumination is in a PLM microscope than he is?

10            A.      I am more qualified to talk about

11   what our microscopes do, what our analysts do,

12   versus somebody that's 3,000 miles away giving an

13   opinion.

14            Q.      He's not 3,000 miles away right now,

15   right?

16            A.      Well, I guess he is closer now to the

17   microscope.  So, does that make a difference, even

18   though he's not seeing anything?  It's not the kind

19   of data that I would ever present.

20            Q.      So, you and I both agree then that it

21   would be better for him to actually be able to look

22   through the microscope?

23                    MR. BRALY:  Your Honor, there --

24            A.      No, it's not.

25                    MR. BRALY:  There is a fundamental --

Page 98

1  there is a separate motion that he is trying to

2  develop evidence for in this hearing, which is

3  inappropriate for what this is supposed to be.

4            We're no longer talking about

5  methodology.  All we're talking about are cross

6  points and differences of opinions.

7            So, I object to this line of

8  questioning and would like to return to a discussion

9  about methodology.

10           MR. DUBIN:  Your Honor, that's fine.

11  I won't argue, Your Honor.  Whatever you say.

12           THE COURT:  I'm going to sustain that

13  objection.

14  BY MR. DUBIN:

15       Q.    Okay.  So, let's then -- I just want

16  to talk about the lighting again, because the

17  illuminated images that Dr. Su had worked for

18  Johnson & Johnson, I'm going to talk about lighting

19  both in the pre Valadez images and the post Valadez

20  images.

21            Let me return -- so we understand

22  again why this is important and we'll keep wrapping

23  it up multiple times.  We'll go back to, was it

24  slide 21, the birefringence slide?

25            So, I think we've already mentioned

Page 99

1    that the classic colors in parallel and

2    perpendicular for talc are yellow in parallel and

3    blue in perpendicular, right?

4         A.    That is for the 1866b standard,

5    you're correct.

6         Q.    Okay.

7         A.    In 1.550.

8         Q.    I was talking about the talc, not the

9    chrysotile yet.

10        A.    Oh.  In 1.550.  You will have that in

11   1.560, not quite as bright but you get that.

12        Q.    And so, we made some slides of

13   images, and we'll attach all these as copies later,

14   but just to see what would happen if we raise the

15   brightness on some of your images, and we'll talk

16   about that later, but if we could go to, for

17   example, slide 41.  We'll just do a series of them.

18             So, for example, on the left we have

19   your image, right, and you see a dark blue particle

20   and that would result in a specific refractive index

21   based on the analyst calling it a dark blue

22   particle, right?

23        A.    Correct.

24        Q.    But if we illuminate the image a

25   little bit more, we see a bright blue particle which

Page 100

1    is the classic color of talc in perpendicular,

2    correct?

3            A.      It would be close but is this

4    computer-generated?  I mean, how are you guys doing

5    this?

6            Q.      I'll tell you how we did.  We're

7    going to show how we did it with a later witness,

8    but we just took the image, put it into PowerPoint,

9    and it raised the illumination, period, no change in

10   color, just raised the illumination.

11           A.      So it is Photoshopped.

12           Q.      Correct.  That's what I'm pointing

13   out to you, is you raise the illumination changing

14   it into the regular talc color.

15                   And so if we do another example, for

16   example, 42, we have sort of an image on the left of

17   a darker blue particle and then when you raise the

18   illumination, you start to get the brighter yellows

19   and the brighter blues that are typical of elongated

20   talc, right?

21           A.      No.  That one's not bright enough for

22   it to be talc.  You needed to turn that up some

23   more.

24           Q.      Well, I mean, the color, the one that

25   you're saying is chrysotile is the one with the

Page 101

1    arrow, so that's a blue, so that's a brighter blue,

2    right?

3           A.     I can see the lightbulb over it but

4    that blue is not enough intensity that I would have

5    called that, I don't think, talc.  You just need to

6    raise it up more, raise the voltage up more.

7           Q.     We'll talk about later how all of

8    that impacts your birefringence calculation that

9    you're relying on, the color of it claimed to be

10   being observed, verse what color we believe was

11   actually there.

12                But before we do that, and we get

13   into more about the calculation, I want to move to

14   your Valadez work because I think it'll help us

15   understand what we've been seeing here.

16                So, let's go back first to slide 35.

17   And so now we have images, these are both from your

18   laboratory, right?

19          A.     Yes.

20          Q.     And they're both of alleged

21   chrysotile in Johnson & Johnson talc or talc source,

22   right?

23          A.     Yes, these are chrysotile bundles.

24          Q.     Okay.  And we can see that when you

25   change again on the right, now you've got an LED

Page 102

1   light and you've got a new oil and a new microscope,

2   right?

3           A.      Correct.

4           Q.      And all of the very deep gold from

5   your old images is -- it's mostly gone, you now see

6   some more yellows, and these lighter blues, when you

7   change the microscope and light, right?

8           A.      You change the microscope, you change

9   the oil, so, you're going to get that blue effect

10  there and you have LED lights.

11          Q.      And to make sure we understand a

12  little bit about what the switch the oil does and,

13  again, you raised the oil so it went from 1.550 up

14  to 1.560, right?

15          A.      Yes.

16          Q.      And so, we'll just call up a slide

17  just to help us understand what that should do,

18  because -- let's just call up 31, just as an

19  example.

20                  So this is one of your older images,

21  right?

22          A.      Yes.

23          Q.      And for this particle we're going to

24  talk more about what this does.

25                  But you'll see, you write there

Page 103

1    RI1556 to 1569, right?

2          A.       Correct.

3          Q.       And that's a piece of data that you

4    get after you observe the color, change it, to

5    figure out where it is on a color bar, and then

6    transfer that into a refractive index, right?

7          A.       Correct.

8          Q.       And so, we'll talk more about this

9    later, but the way -- there are two different ways

10   you deal with birefringence when you have a range,

11   one of them is just taking the average, right?

12         A.       Yes.

13         Q.       And so if we took the average here,

14   you were treating this particle for purposes of your

15   analysis as if it has a refractive index of about

16   1.562 or 1.563 or this kind of red to magenta color,

17   right?  That's what your input is?

18         A.       Red to magenta color?  What are you

19   talking about?

20         Q.       1.562, what would you call that?

21   What color would you call that?

22         A.       1.562?

23         Q.       Yeah.

24         A.       Getting in the oranges.  You've got

25   1.569, 1.556.  Did you average it?  Is that 1.562?

Page 104

1          Q.      It's 1.562.5, so it's either 1.562 or

2     3.

3          A.      If you average it, that's what you

4     get.  500, that's close to that, but you have to

5     take in account that, you know, it's two levels.

6     That's why when we did this one, we broke it out,

7     I'm imagining.

8          Q.      But the input for your calculation,

9     when we're trying to figure out, okay, what's the

10    birefringence value, is Dr. Longo going to say this

11    is chrysotile, the input from that is approximately

12    1.562 if we back it out of your analysis, right?

13         A.      Well, you know, slow down.  We have

14    to look at the perpendicular to see what the alphas

15    were, so that we would take the high parallel,

16    subtract out the high alpha, the low, and that will

17    give the range and then average that.

18         Q.      Right.

19                 The input for the parallel is based

20    on calling this particle that color that's blacked

21    in, right?

22         A.      It's -- you've got the brighter side,

23    the 1.569 as you go round it, and then you have the

24    lower side where you are getting more of the goldish

25    red.  So, at 1.69, you know, we're up in the 440

Page 105

1  range.  So that's how we've done these in the past.

2         Q.      Your reported refractive index is the

3  number that goes into the birefringence calculation,

4  right?

5         A.      Yes.  You would take the 1.569

6  subtract out the high gamma and the 1.556 and

7  subtract out the high gamma -- excuse me -- the low

8  gamma.

9         Q.      Okay.  So that's what you're saying

10 you're doing now, you're --

11        A.      We've always --

12        Q.      We'll get to that.

13        A.      We've done that for a while.

14        Q.      We'll get to that in a little bit,

15 but all I want to point out is what it means to

16 change oil before we get to what you're calling your

17 particles, and that's where we're going to get you

18 calling yellow particles purple.  But let's just

19 focus right now on the effect of the oil.

20               If I change the oil -- and you did

21 this in response to a criticism that Dr. Su made in

22 his affidavit, right?

23        A.      Well, a couple people.  Dr. Jim Weber

24 said we ought to use 1.560.  I think Sanchez said

25 the same thing.  I think Segrave said the same

Page 106

1    thing.  And Dr. Su said use 1.560 in his 2022 paper

2    if you're in the ranges, that 1.560, and he said if

3    you're doing it for legal work, it's more precise.

4    So that's why between him and Jim -- and Dr. Weber,

5    that's why we changed.

6            Q.        And so we understand, so, let's say

7    we have a particular and it's in 1.550 oil and it's

8    showing as, let's say, one of these dark golden

9    yellows, which is a lot of what you are

10   characterizing the particles as before, right, so

11   we'll start there.  Okay?

12           Changing the oil to raise it should

13   push the particle color to the right, so, in other

14   words, it should push orange towards the magenta

15   towards the blue, right?

16           A.        I agree.

17           Q.        Okay.

18           A.        I thought that's what I said earlier.

19           Q.        But you should not, if you

20   change -- if you raise the oil and your color calls

21   were correct before, you shouldn't be moving in the

22   opposite direction; you should not be having a

23   particle that was orange before, you raise the oil

24   and now it moves to the left; it doesn't get

25   brighter yellow, right?

Page 107

1          A.      Using 1.560 doesn't go to the left;

2     it goes to the right.

3          Q.      Right; it goes to the right.

4          A.      Yeah.

5          Q.      But then if we look again at your

6     images, slide 35, after you change your oil, all of

7     these things that were golden, you know, the talc

8     that was golden before or orange before, it doesn't

9     move to the right, it gets brighter, the exact

10    opposite of what you would expect if your particles

11    were really golden or orange to begin with?

12         A.      Doesn't get brighter.  Are we looking

13    at the same thing?

14         Q.      The yellows, you don't think those

15    are a brighter scale on the color bar of those

16    yellows than the orange that we're looking at on the

17    left?

18         A.      On the pre Valadez is on the left

19    and that's bright, you got goldens, you got

20    yellows.  And then on the post we have, you know, a

21    lower -- it's not -- it's not shifting -- it's not

22    shifting to the left.

23         Q.      Let's go back to the slide we just

24    looked at before, the last one.

25                 We just talked about this.  So, if

Page 108

1    you have something that's gold orange here -- orange
2    here, the color when you change the refractive index
3    oil should move to the right, it should not go back
4    to the left where you have brighter yellows, right?
5          A.    It's not going back to the left and
6    you have to understand, you've got a chart here
7    that's for 1.550.  You have to use a different chart
8    for the 1.560, right?
9          Q.    No, that doesn't matter for the color
10   bar itself, it doesn't matter which way the colors
11   move on the spectrum of light.
12         A.    No, I agree with that, but to
13   get -- it's not brighter.
14         Q.    Okay.  So --
15         A.    You're saying the stuff on the right
16   is brighter than stuff on the left?
17         Q.    If we go to 35 again.  So, you don't
18   think that the yellows that we are seeing on the
19   right are further to the left on the color spectrum
20   than the orangish colors that we're seeing in the
21   left image; you're denying that?
22         A.    I'm not denying it.  It's just not
23   right.
24         Q.    Okay.  Let's also now talk about,
25   we're going walk through there are four particles in

Page 109

1    Valadez that you called chrysotile and we'll walk

2    through quickly each of them and talk about what

3    color you called it for purposes of your analysis

4    and how that impacted whether you're claiming it's

5    chrysotile.

6             So as we pointed out before, just to

7    make sure we're backing up enough each time, slide

8    16, the process starts with the analyst picking the

9    correct color, right?

10        A.    Right.

11        Q.    Okay.  And this particle, that's the

12   ISO reference and it is considered to be, if you

13   back out the calculation, a magenta, right?

14        A.    Right.

15        Q.    Now I want to start looking at what

16   you did when you were picking colors to call things

17   chrysotile.  And so, slide 35.

18        A.    That's the same slide.

19        Q.    Well, then it's got to be slide 45.

20        A.    Okay.

21        Q.    Double-sided printed it so --

22        A.    That's the same slide.

23        Q.    This is going to be the first image

24   that we're going to talk about of your alleged

25   chrysotile in the Valadez report.

Page 110

 1              And, again, so, the key thing is what

 2     does the analyst actually see here as opposed to

 3     what does he report the color is.  Okay?

 4              And so if we just go to the plain

 5     image, I guess let's make it an exhibit next.  It's

 6     already an exhibit.

 7              Let's just go to the plain image

 8     first, and it's PDF 3, it's something that's already

 9     in evidence, which is the 2023/02/28 Valadez report.

10     What D number?

11              MR. HYNES:  Eight.

12              MR. DUBIN:  D-8, okay.

13      BY MR. DUBIN:

14          Q.     Let's put just the image itself up

15     first.  Is there a way we can Zoom on that a little

16     bit to make it easier to see?

17              Okay.  And so, when I first asked you

18     about this without using a color bar or without

19     doing anything else, you told me that you were

20     observing in this particle a brownish gold, correct?

21          A.     Correct.

22          Q.     Okay.  But then you give some data

23     here -- if we can scroll back up, we can see RIs.

24     You give some data at the bottom and there's an RI

25     number.  You see it?  You see RI 1564, right?

Page 111

1          A.       Correct.

2          Q.       And what you're able to do when you

3     give us that piece of data is we can do an analysis

4     in reverse to figure out what color your analyst was

5     calling the particle.  And so I just want to make

6     sure we understand how that works in reverse.  So

7     let's start with slide 46.  Actually, we can

8     probably go to 47.

9                   Okay.  And so, for example, if you

10    just give the RI which was 1564, we can consult

11    the Su tables for the appropriate oil, and if we go

12    to 4 -- I can't see -- if we go to 48, we've done

13    this before, we can see that the color you're

14    calling this is equivalent to the wavelength of

15    light of 560, and if we go to slide 50, we can see

16    that that color, the color that you are calling this

17    particle for purposes of your analysis calling it

18    chrysotile is this deeper purple, right?

19         A.       It shows it on there but it's a

20    blend.  So that's where that should be -- should be

21    in my opinion.  There really is no purples I'm aware

22    of.  But that's where it falls.  And I stick with

23    it.

24         Q.       And you stick with it because you've

25    already admitted that if we go to, for example,

Page 112

1    slide 51 you have admitted that for purposes of your

2    analysis calling this chrysotile, you have treated

3    this particle in your analysis as if it is the

4    circle color here, 1.564, right?

5            A.      Yes.

6            Q.      Okay.  And I think we already -- you

7    already agreed with me about what color reference

8    chrysotile is on the wavelength, right, and that's a

9    color corresponding to magenta, correct?

10           A.      I haven't agreed with you --

11           Q.      Do you agree --

12           A.      -- other than it's an 1866b standard.

13   You don't get magenta when you look at other -- what

14   people say are chrysotile, such as the SG-210 or the

15   RG144 at the smaller sizes, but for asbestos-added

16   products I totally agree.

17           Q.      I'm just asking what color it is.

18   Let's do it more slowly then.  Let's go back to

19   slide 15.

20                   And ISO gives refractive index values

21   for these reference samples, right?

22           A.      That's correct.

23           Q.      And do you recall what the reference

24   number is in parallel?

25           A.      I do not.

Page 113

1          Q.      I mean, we can just -- we've already
2    marked ISO but do you recall it as 1.556.
3    Otherwise, we can look back at ISO.
4          A.      Okay.
5          Q.      What?
6          A.      I said okay.
7          Q.      So, this is slide 19, we'll just call
8    it up.  It's already in.  So they're reference
9    values.  So, ISO tells you what color it thinks that
10   is, right?
11         A.      Yes, for the 1866b.
12         Q.      And so, it gives you this number
13   1.556, right, correct?
14         A.      Correct.
15         Q.      And if we look back at Longo slide
16   15, you can see that 1.556 corresponds to this
17   magenta, right?
18         A.      Yes, sort of magenta, I agree.
19         Q.      And so, just comparing the two
20   colors that you're calling this -- we can go to
21   slide 54 -- you are claiming that this particle that
22   you found in Johnson & Johnson that's on the left is
23   more purple than standard reference chrysotile,
24   right?
25         A.      No, it's not more purple.  It's just

Page 114

1    a blend of those colors.  And you have to be looking

2    under the microscope also to dial it in, but it's

3    not magenta and has no relationship to these 1866bs.

4         Q.      And, remember when we were talking

5    before that one of the reasons why chrysotile has a

6    low birefringence value, for example, is that purple

7    is not that far from blue on the color chart, right;

8    that's why chrysotile has a low birefringence,

9    right?

10        A.      It has a low birefringence because

11   that's the way the crystal is designed.

12        Q.      But if I'm looking at a yellow

13   particle and I treat it as a purple particle, then

14   I'm creating low birefringence?

15        A.      No, we're not creating anything.

16        Q.      Well, there's no dispute, though, for

17   example, if we look at slide 55, that when you do

18   this calculation, when you eventually do the

19   birefringence calculation that you rely on, the

20   input in one of the two numbers that you're using

21   for that calculation for this particle will be based

22   on the refractive index that's associated with that

23   dark purple, right?

24        A.      That brownish color, yes.

25        Q.      Okay.  And so whatever result you get

Page 115

1    in your birefringence calculation, it's going to be

2    based on calling that particle purple?

3         A.    We're not calling it purple.  It's

4    got a tint to it and you have to -- you have to know

5    that the way these colors work on these crystals,

6    you don't get exactly what those charts ever show.

7    It's a blend, so I stick with it.

8         Q.    And so, let's do some of the other

9    particles.  We can just do it more quickly.  We can

10   go to Longo slide 56.

11             This is your second particle or CSM

12   002 and, again, before I showed it to you on a color

13   bar, you told me that it looked brownish gold,

14   right?

15        A.    Now that I'm looking close, I see

16   some purple on the outer edge.

17        Q.    But you also agree that the color

18   that you're treating this for, so your refractive

19   index you're giving us is 1.565 and if we back that

20   out, the color that your analyst is calling this is

21   somewhere between that 1.564 purple and the 1.566

22   magenta, right?

23        A.    No, you have to -- it's hard to see

24   it here, especially, you know, when you're

25   reproducing it.  But if you go to the outer edge

Page 116

1    that we looked at, that has the purplish color in

2    it.

3            Q.      Okay.  And the next particle was 003.

4    And if we look at that on a color chart, that's

5    slide 57, so this is something you're calling

6    chrysotile in your Valadez report, right?

7            A.      Correct.

8            Q.      And you're treating this in your

9    analysis as if it is the circled color, 1.568, which

10   is magenta, right?

11           A.      If you look around the outer edge,

12   that fibers there, that's what is being seen.

13           Q.      Okay.  But functionally you're

14   basically saying that all of these particles in

15   parallel match standard reference chrysotile?

16           A.      No, I'm not saying that at all.

17           Q.      You are treating them as the same

18   color or more purple?

19           A.      We're treating them that what it

20   shows.  Where if you're just taking the outer edge

21   or the one where it's being, you know, refracted

22   through the outer edge, then -- we started doing

23   this after Dr. Bo Li was in our lab doing our last

24   NVLAP and we were showing him this materials to look

25   at and he said we should use the very, very last,

Page 117

1    you know, the very edge, fiber bundle, fibers on

2    edge.  But I'm not sitting at the microscope and

3    this has been copied a few times, so it's kind of

4    hard to debate you on it.

5           Q.      Okay.  So, slide 58, just so we can

6    get the last particle, this is another particle that

7    you're saying has a refractive index range of 1.565

8    to 1.568, so the circled range, again, treating this

9    particle for your analysis as if it's magenta,

10   right?

11          A.      I wouldn't call it quite magenta, I'd

12   call it more purple.

13          Q.      And, I know one of the things that

14   you've -- and you've mentioned it here, if we go

15   back to slide 51 for a second, one of the things

16   that you said and you tried to say is, well, sure,

17   looks yellow, but I see some coloration around the

18   edge and you said that again today, right?

19          A.      Yes, sir.

20          Q.      But, even if we look at just this one

21   image and we can look at a lot more if we need to,

22   there are things around this that are definitely

23   talc plates, right?  You're not claiming that's all

24   chrysotile, these rounded structures, right?

25          A.      No, of course not.

Page 118

1          Q.      And so, we see the same kind of red

2     edge effect because of your imaging on the talc

3     plates also, right?

4          A.      We have to get it in the same

5     orientation but some do, some don't.

6          Q.      And I asked you about that initially

7     before you started relying on the edge effects to

8     call fibers chrysotile, I asked you about these edge

9     effects and you told me that when you see them on

10    particles, you don't know whether they were just an

11    artifact or not, correct?

12         A.      When was that?

13         Q.      That was in your Eagles deposition.

14         A.      Then that must be correct.

15         Q.      Okay.  And I asked you whether these

16    red edges were an artifact and you said maybe, and

17    you would have to check if your focus was off,

18    right?

19         A.      Yes.

20         Q.      And so if we go back to 51, for

21    example, I've already got it up, if you're claiming

22    to see some sort of edge effect here that you're

23    basing your purple color on but it's an artifact,

24    then your entire analysis is wrong?

25         A.      No, this analysis is not wrong.  This

Page 119

1    is chrysotile and I would need to be looking at the

2    microscope here.  I stand by this.  It's not wrong.

3    And we'll get to that more tomorrow, I guess.

4          Q.      Well, slide 55, as you pointed out,

5    that if this edge effect that you're basing calling

6    this color, this purple, if that's just an artifact

7    of the image and not what you need to be focusing on

8    for dispersion staining, then when you do this

9    calculation, you're putting the wrong number in

10   there, it should be the number corresponding to the

11   yellow?

12         A.      That is not yellow and, you know, if

13   it's this, if it's that.  You know, chrysotile, the

14   birefringence can get as high as 0.017.  So, it is

15   not wrong.

16         Q.      Okay.  So, I'm going to move now to

17   talking about illumination in your Valadez work.

18               MR. DUBIN:  Your Honor, I don't know

19   if you prefer me to stop now and pick up after lunch

20   or go on for a little bit, I'm happy either way.

21               THE COURT:  Do you have any

22   preference, Dr. Longo?

23               THE WITNESS:  Probably might be a

24   good time to break for lunch.

25               THE COURT:  All right.

Page 120

1              THE WITNESS:  Thank you.

2              THE COURT:  Let's meet everyone back

3    here no later than five of one.  We're off the

4    record.

5              (Luncheon recess:  11:54 a.m. to

6    12:58 p.m., Eastern Standard Time.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 121

1              A F T E R N O O N   S E S S I O N

2              THE COURT:  We're back on the record.

3    BY MR. DUBIN:

4        Q.      So, just to back up two slides in

5    order to make sure we're staying in flow and

6    understand where we are, if we could back up to

7    slide 51, please.

8              So, we were talking about the

9    characterization of the colors, which is the first

10   step in the analysis that drives the RI values,

11   everything that's going to go into the calculation.

12   And we were talking about whether this particle that

13   we're seeing here on screen is or is not truly

14   purple, okay, and that's one of the things we were

15   just talking about a moment ago.

16              And then if we see again slide 55, we

17   know and we're going to talk a little bit about the

18   birefringence formula and how you reached the

19   conclusion that things are chrysotile, but, for

20   example, this first input in the birefringence

21   formula, if you say that this particle is purple,

22   then the value for purple goes into that first step,

23   right?

24       A.      Well, I'm not calling it purple.  I'm

25   just calling it the color that we find in that

Page 122

1   range.

2          Q.      Well, you're calling it RI 1564 which

3   corresponds to the color purple, right?

4          A.      You have taken these charts that

5   they're literally going to be this type of shades

6   when you have different colors in there.  This just

7   comes from experience.  I know what you're getting

8   at, but I have a disagreement with it.

9          Q.      If we have to go back, you testified,

10  and you agree that you're treating this particle as

11  purple for your analysis, when I went through this

12  with you with the color bar, and we can go back and

13  do that again, but we know, it's a simple thing to

14  get, 1564 in this oil in your temperature in your

15  lab, that corresponds to purple.  Are you disputing

16  that?

17         A.      I'm saying that in my opinion, you

18  will get these kind of colors from that area in

19  range, from just the different mineral makeups, et

20  cetera.  So, I stick with it.  I know --

21         Q.      You stick -- I'm sorry.  I apologize.

22         A.      -- It's 1.564 and 1.560.

23         Q.      And typically on the other side

24  of the birefringence calculation for the

25  parallel -- for the perpendicular, I apologize,

Page 123

1    you're typically calling particles in this analysis,

2    you're typically calling them dark blue in

3    perpendicular, right?

4         A.      Somewhere in the dark blue, I guess

5    medium blue, some light blue.

6         Q.      And for example, this calculation

7    would be different if, in fact, what we're looking

8    at should be yellow and something that's, in fact, a

9    brighter blue, then the whole calculation is

10   different, right?

11        A.      If it's different refractive indices,

12   yes, it's going to have different birefringence.

13        Q.      Right.  Because if we go to Longo

14   slide 21, just to again to explain this again one

15   more time to make sure we're all clear, so when we

16   start talking about what your opinion is about why

17   you're looking at chrysotile, not talc, it's going

18   to come down a lot to this birefringence calculation

19   and your opinion that the particles that you're

20   seeing have a low birefringence, in other words, the

21   comparison of the parallel and perpendicular like

22   chrysotile, and they do not have a higher

23   birefringence, in other words, the yellows and blues

24   that you expect from talc, right, when we get to the

25   birefringence calculation, that's part of your

Page 124

1   opinion?

2          A.      Well, you get yellows and blues

3   especially in 1.550 for chrysotile but it's not the

4   intensity.  The whole thing of birefringence is

5   think of it as you're putting shades on a light, and

6   as you push the shutter closer and closer, you're

7   eliminating more and more light to come out.

8                  So in chrysotile, you have

9   about -- you know, I'm just taking -- this much,

10  where in talc you would have this much.  So, yeah,

11  you'll get a muted yellow for chrysotile and, say,

12  you know, the 1.568, 569 range but when you compare

13  it to talc in the same conditions, you'll see it's

14  much brighter.

15         Q.      And so, again, let's assume, and for

16  a moment I won't say you, but let's say

17  hypothetically, hypothetically I'm an expert and I

18  want to turn talc into chrysotile for purposes of my

19  analysis in a lawsuit.  Okay?  Hypothetically.

20         A.      So, hypothetically you want to commit

21  fraud?

22         Q.      Correct.

23                 And so, the easiest way to do it

24  would be to look at the yellow in parallel, and

25  instead of putting yellow there, I would put magenta

Page 125

1    because that would then lower my birefringence on

2    that side, right?  That would be -- I could do that.

3    And then on the other side, instead of putting light

4    blue, I could put a darker blue and that would

5    collapse the colors together so that now the

6    refractive indices that I'm reporting are no longer

7    typical of talc, they're typical of chrysotile,

8    right?

9          A.    I don't know.  You have to see how

10   good at fraud you are.

11               THE COURT:  I don't appreciate any of

12   this banter that's going on.

13               THE WITNESS:  I'm sorry, Your Honor.

14               THE COURT:  We have a serious issue,

15   both of you, before the court.  So can we get to it.

16               MR. DUBIN:  Sure, Your Honor.

17    BY MR. DUBIN:

18          Q.    And again, so I want also again -- so

19   when I was making that, the reason I am making that

20   point is, again, we looked at slide 51 and, again,

21   everyone will take a look at it and that particle on

22   that side instead of treating it as yellow, you're

23   treating it as magenta or purple actually, right?

24          A.    That's not yellow.

25          Q.    It's not yellow.  Okay.

1           And then we talked a little bit about

2    the effect of illumination on color, so I want to

3    also look at that in the context of the Valadez

4    images, just to see what we can see if we illuminate

5    some of these images a little bit more.  And so,

6    let's go to slide 62.

7           So that's the images as presented.

8    You can see again, what I would say is yellow on the

9    left and blue on the right and that's the classic

10   colors in general of talc, elongated talc.  You're

11   saying it's purple and blue but if it's yellow and

12   blue, that's the classic colors for talc, right?

13        A.     Yellow and blue are classic colors

14   but it's the shade of yellow and the intensity.

15        Q.     Great.

16        A.     Not just that blue.

17        Q.     And so, for example, if we go to

18   slide 65 and we raise the illumination on this image

19   a little bit, now we have bright yellow compared to

20   bright blue, the classic appearance of elongated

21   talc in a PLM analysis, right?

22        A.     No.  It has to be more intense than

23   that.  You're going to need to add some more light.

24        Q.     Let's just do it for a couple more

25   particles.  For example, slide 66, and that's your

Page 127

1    second particle in your analysis.  Now let's put

2    some light on that in 67, and with a little more

3    illumination we have a bright yellow and a bright

4    blue, the classic colors for what you would expect

5    in a talc particle in a PLM dispersion analysis,

6    correct?

7         A.      That's getting pretty close to what

8    talc is.  I'd have to do the calculation on it, but,

9    you know, this is not its natural color.

10        Q.      Just so we do one more, 68, that's

11   your image.

12               69, that is with additional

13   illumination and we see the classic colors of talc

14   in PLM dispersion analysis, yellow in parallel, blue

15   in perpendicular, correct?

16        A.      No, I would say that is not intense

17   enough in order to get you to talc.

18        Q.      Okay.  Well, let's then go to the

19   next step in your analysis and what you do, and I'll

20   just go back to, first we're going to talk about

21   birefringence calculation.

22        A.      Sure.

23        Q.      So, slide 70, because that's central

24   to how you look at it.

25               If we go to slide 01, now I'm going

Page 128

1    to be talking about this last point here, number 5,

2    this, what I have written as biased birefringence

3    calculation method.  Okay?

4              And so, I want to talk a little bit

5    about how that calculation is done in general and

6    then how you do it under circumstances where you

7    claim to see more than one color on the particle.

8    Okay?

9         A.    Sure.

10        Q.    All right.  And so, we can go to

11   slide 20.  We've talked about this before.  This is

12   the basic formula for birefringence, so, the value,

13   the RI value based on the color observed in parallel

14   minus the RI value that you have reported in

15   perpendicular equals your birefringence value,

16   right?

17        A.    That is correct.  Right.

18        Q.    And as I said already, if we go to

19   slide 51 again, if you don't report a range, if you

20   don't report a range, then this RI value, RI 1564

21   that's printed here, that is what would go into the

22   calculation of birefringence, correct?

23        A.    Correct.

24        Q.    And so, if that color is wrong, if

25   that's not purple, then the calculation is wrong in

Page 129

1    the same way if I did a calculation nine minus four

2    and the real number should be 15 minus four, it's

3    going to give you a different value, right?

4            A.        That is correct.  You can't, you

5    know -- in this case we don't agree on what we're

6    seeing there, then yes.  If you want to add more to

7    it, you can change it.

8            Q.        What we see here, and again just to

9    make sure we understand ourselves here, that

10   color -- you're not claiming all these other

11   particles up here on the upper right, for example,

12   these rounded particles, that those are chrysotile,

13   right?

14           A.        No, they're not.  They're talc plates

15   that you can see some of the plates are radiating.

16   So, you know, in certain directions you can get

17   blue.  But no, I'm not saying that's all chrysotile.

18           Q.        Right.  And they're basically the

19   exact same color of what you're calling chrysotile

20   in parallel, right?

21           A.        No, it's different.

22           Q.        So, you're looking at this, you're

23   looking at the same picture I am and you're telling

24   me that that image of what you're calling chrysotile

25   is completely different than all the talc that's up

Page 130

1    on the upper right side -- left side, sorry?

2          A.      If you look on the upper right side,

3    you see a talc plate that has birefringence

4    running in the 1.583 to 1.58 and you see how bright

5    that is and it's in a parallel direction and it has

6    no -- nothing compared to what we're looking at

7    here.

8          Q.      What about all these talc plates on

9    the upper left?

10         A.      Well, those talc plates, again,

11   have a higher on the stack plates, and you're

12   not -- you've got some of these that are almost in

13   the parallel direction -- perpendicular, so every

14   one of those has that.  And that bright yellow one

15   there demonstrates that it is talc in and some of

16   the plates are adjusted so it's -- you don't see

17   that on what we're calling chrysotile.

18         Q.      The thing is for talc, the color,

19   unless it's on edge or something like that, the

20   color in parallel should be the same color as talc

21   plates, right?  It's the same refractive index in

22   general, right?

23         A.      No.  I'm not explaining myself well.

24               Talc plates on edge will give you the

25   exact edge, where now going in, it will give you

Page 131

1   exactly what you see for a talc fiber.  And that one

2   on the right, if you go the third one down in the

3   parallel direction, that's talc.

4          Q.       Again, all I'm saying to you, so

5   these -- chrysotile -- I'm sorry, talc plates are

6   not purple in 1.560 oil, right, or 1.550 oil?

7          A.       I didn't say it was.

8          Q.       But the particle that's got the bars

9   on it, you're calling that purple, right, but it

10  can't -- it's the same color as the talc around it

11  but that talc can't be purple as a matter of basic

12  physics.  Isn't that true?

13         A.       What is true is you get these

14  wavelengths in the colors but you will get some that

15  blend and this is where -- for this particular one,

16  this is where we see as compared to everything else.

17                  I'm sorry, but I'm sticking with

18  what -- that this is chrysotile and it's not

19  anything like the other little particles around

20  there that have talc plate edges that are causing

21  refraction.

22         Q.       And you're saying it's chrysotile

23  because it has a low birefringence and that's

24  because if we look at this color bar, see how far

25  over to the right 1.564 is, and it's right next to

Page 132

1    the blues, right, and so as you pointed out before,

2    it's the distance.  So, if you're calling the

3    perpendicular blue and you're calling this parallel,

4    it's going to be very close together, that's a low

5    birefringence, right, correct?

6            A.      It is a low birefringence, as it

7    should be.

8            Q.      But if I treat this particle as

9    yellow and not purple, then I have created more

10   distance from the blues and my birefringence value

11   is higher, right?

12           A.      No, you're not right.  If you want to

13   treat it like yellow, then treat it -- it doesn't

14   show anything like the yellow talc plates that we

15   have on edge here in the right-hand corner.  That's

16   talc and that would be in the 1.583 range or so,

17   that 420.

18           Q.      I'm just asking you to agree with a

19   simple proposition:  Let's assume my perpendicular

20   is blue, okay, and let's tag it, it doesn't matter,

21   where we can see 1.562, okay, blue, if I have in

22   parallel, and I'm saying I have purple in parallel,

23   there's not much distance there, that's a low

24   birefringence, right, correct?

25           A.      It's a low birefringence because of

Page 133

1    the intermixing here.  Let's just take a look at the

2    1.561 810.

3                So, you have what talc looks like and

4    then we're arguing over where that should be.  That

5    doesn't look yellow to me.  It looks more like a

6    golden, dark goldish brown with some purple in it.

7         Q.     So, anyway, but, for example, if one

8    of these illuminate slides -- just bring up 69

9    again.  If I put that on the color chart, right, so

10   perpendicular blue it's going to be -- brighter blue

11   it's over here, brighter yellow it's over here, that

12   has a very different birefringence value than if I'm

13   comparing purple to dark blue, right, correct?

14        A.     Correct, yeah, if you -- if you put

15   artificial lighting into it, you're going to change

16   the birefringence.  I have no doubt about that.

17        Q.     Okay.  And if you call it the color

18   that it's not truly there, you also change the

19   birefringence, correct?

20        A.     I can't tell you about it if you call

21   it something that's not there.  We've analyzed that

22   correctly.

23        Q.     Again, the topic of this section is

24   your birefringence calculation, so I want to talk

25   about another thing that you do to make

Page 134

1   birefringence smaller, in other words, more like

2   chrysotile.

3           And so, let's look at slide 71.  This

4   is an example, just for illustration purposes, of a

5   particle that you have reported a range and we're

6   now back in the old Tungsten light ones, that you've

7   reported seeing a range of colors here, right,

8   everywhere from 1.562 to 1.569, according to the

9   little green numbers there, right?

10          A.      Correct.

11          Q.      And so, what I want to explore is in

12  these kind of circumstances how you calculate

13  birefringence because the ultimate calculation is

14  going to require one number in each box.  Okay?

15          And what you have said that you do,

16  you said you do it -- you do it multiple different

17  ways, right, over time?

18          A.      No.  I mean, when we have a range, we

19  take the highest gamma and subtract out the highest

20  alpha, and then we take the lowest gamma, which is

21  the next one, and subtract out the lowest alpha.

22  That's the way we do it and that's the way other

23  Government agencies do it.

24          Q.      We'll look at that in a second.

25          So, high alpha minus -- I'm sorry,

Page 135

1    high -- right?

2         A.        High gamma.

3         Q.        -- high gamma minus high alpha equals

4    birefringence in the way you do it, right?

5         A.        Not the way I do it.  It's not my

6    method.  The way the Environmental Protection Agency

7    does it.  The way that Deer, Howie and Zussman, the

8    mineralogical book, does it.  It's the way that FDA

9    proposed to do it when they had that method out and

10   back in the '70s to determine the birefringence.

11   Whenever you have a range, we're doing it the way

12   others do it.

13        Q.        We're going to look at that.  I just

14   want to make sure because mathematically this will

15   probably be the same thing, at least if you're

16   dealing with a single particle.  But originally what

17   you had said is that you were using averages, right;

18   in other words, if you had a range from 1.568 up to

19   1.562, you were using averages, you were averaging

20   the two numbers to what you put in, right, and that

21   is how you've explained your methodology at times,

22   right?

23        A.        Yes.  If you average them, you'll get

24   the exact same number as if you take the highest

25   alpha and the highest gamma and so on.

Page 136

1          Q.       Right.  And other times you've said
2     that instead of averaging based on specific
3     particle, you will group a set of particles together
4     that you view as representative and then come up
5     with some average based on that, right?
6          A.       I don't know if you explained it
7     properly.
8          Q.       Okay.
9          A.       We take representative particles and
10    we get the refractive indices for all of them and
11    this is all in the same sample.  Then we do
12    birefringence for each individual one and then
13    average them up and just say here's the average
14    overall.
15         Q.       And you didn't have any specific
16    protocol about how to select the particles that were
17    going to go into that average, right?
18         A.       The protocol is, is that you look for
19    ones that are common throughout the sample.  I think
20    we've talked about this before.
21         Q.       Yeah, and I asked you, I asked you at
22    1., again the averaging method is the same result as
23    high verse high, right?
24         A.       Yes.
25         Q.       And I asked you, and you admitted

Page 137

1   that you didn't know anywhere any published

2   technique in the scientific literature that said to

3   use averages for birefringence calculation like this

4   and you admitted you didn't know anything in the

5   scientific literature that said to use averages,

6   right?

7        A.    Right, but you realize, though, it

8   doesn't change anything about the birefringence even

9   if you do the range.  So, I just did it to make it

10  easier.

11       Q.    But I'm just telling you, we'll talk

12  about what impact it can have on birefringence, but

13  you didn't know anywhere in the published scientific

14  literature that did the analysis the way that you

15  were using averages; that's what you admitted to me

16  in the Prudencio case, right?

17       A.    That's not fair.  We're

18  using -- we're using an averaging that didn't change

19  anything on how the Environmental Protection Agency

20  does the birefringence on their -- on their chart,

21  on 2.2, how any -- biaxial mineral in Deer, Howie &

22  Zussman, when they give all the different ranges of

23  refractive indices and birefringence, if you do it

24  like I just said, take the high and high and low and

25  low, you get exactly what they publish.

Page 138

1          Q.      We're going to talk about the methods
2    in one second.  I just want to make sure that we're
3    clear here, and so maybe we could pull up slide 72.
4                  I asked you, you don't know of
5    anywhere of a technique that -- use of averages
6    instead of high-low, you don't know of anywhere
7    where that technique that you're using has been
8    published or put into a scientific method, right,
9    and you said, I'm not aware of any, no.
10                 That was your testimony under oath,
11   correct?
12         A.      Using averages instead of high-low.
13   We don't use a high-low.
14         Q.      I know you don't.  We're going to
15   talk about that.
16         A.      That was part of your question.
17         Q.      Right, but --
18         A.      There is no publication out there
19   that shows you how to do a high-low, and shows you
20   the calculation, zero.
21         Q.      I asked you the question whether you
22   knew of anyplace where it said that you could use
23   averages instead of high-low, and I'll show you why
24   I asked you about high-low in a second, and you
25   didn't know of any place that had been put in a

Page 139

1    scientific method to use the averages, right?

2         A.     That's not what that's saying.

3    There's no method out there because it's completely

4    utterly wrong.  You're not going to have a

5    scientific method out there that has you doing

6    something that's no basis anywhere.

7         Q.     Okay.

8         A.     That wasn't a half a question there.

9         Q.     Let's look at the methods then and

10   compare it to your calculation.  And so we can do

11   this, maybe it would be a little easier to put it on

12   a slide, slide 73.

13              So you said, I'm going to use this

14   example because it's a little easier to compare with

15   others, you said the averages -- "and I think

16   mathematically that's true using averages of two

17   ranges will be the same results as using the high

18   gamma minus the high perpendicular in the range,"

19   right?  So, this accurately reflects what you do,

20   right?

21        A.     Yes, sir.

22        Q.     And so, what we're going to discuss

23   next is how it should be calculated under the

24   methods, and so that's slide 74, and I understand

25   you're going to disagree with me but then we're

Page 140

1    going to show it in the methods.

2              So you understand that we believe,

3    our experts believe and we'll show why, that the

4    proper way to calculate birefringence is not by

5    taking the high on the parallel and the high on the

6    perpendicular, but rather to do it from the high

7    gamma and then the low alpha, the low one, the one

8    on the other side of where you're picking, right,

9    and that's criticism that has been made of your

10   work, right, that this should be the way

11   birefringence is calculated, and you think that's

12   wrong?

13        A.    I understand that the experts you

14   hired have decided this and it is wrong.

15        Q.    Well, I want to look now at the

16   methods and see what they say.  So, one method that

17   you purport to use in your analysis is ISO.  In

18   other words, if we see in your reports there's going

19   to be a lot of ISO method PLM, right?

20        A.    Correct.

21        Q.    So, I want to look at what the ISO

22   says about how to calculate birefringence values.

23              So, let's just call it back up.  I

24   think I've already marked this.  It's Exhibit 2.

25   And we can going to page 13 of it.  We're going to

Page 141

1    have to go back and forth between this and the

2    slide.

3                    Okay.  So, it has a definition,

4    it should be under gamma, okay, and so it

5    defines the gamma refractive index, and if we know

6    that -- that's going to be the first number in the

7    equation, it's going to be what's in parallel,

8    right, gamma?

9            A.      Correct.

10           Q.      Okay.  And that is defined as the

11   highest refractive index exhibited by a fiber,

12   right?

13           A.      Correct.

14           Q.      And so, when we want to say highest,

15   I want to make sure we understand what that term

16   means.  And so as an example, before we come back to

17   this, let's look at slide 71, which we looked at

18   before.  The highest refractive index, you see how

19   the numbers go up from 1.39 to 1.50, and then they

20   start going up as we go towards the yellow, 1.578 to

21   1,580, you see it goes up, higher numbers, right?

22           A.      As expected.

23           Q.      As expected, of course.

24                    So when we're talking about the

25   highest color observed in parallel in gamma, that is

Page 142

1    the furthest to the left, right, 'cause the numbers

2    go up?

3         A.      True.

4         Q.      Sure, correct.

5              And then if we talk about the other

6    side of the equation, ISO also defines what that is,

7    the alpha refractive index, so if we can go back to

8    the document, D-2, page 9, and that is defined not

9    as the highest refractive index but now the lowest

10   refractive index exhibited by a fiber, right?

11        A.      Yes, sir.  If you put those two

12   together, the gamma's always going to be the

13   highest.

14        Q.      Correct.

15        A.      The alpha is always going to be the

16   lowest.  It doesn't say anything in that definition

17   that if you have a range, you pick the highest in

18   gamma.  If you have a range of alpha, you pick the

19   lowest.  Nowhere is that ever printed and the actual

20   methodology itself in ISO has nothing to do with

21   subtracting out anything.  You use the Michel-Levy

22   charts.

23        Q.      And so, again, there are ways to

24   calculate birefringence in a particle without using

25   refractive indices; is that right?

Page 143

1          A.      Well, you're using the first order,

2     second order light and you go to the Michel-Levy

3     charts it will tell you where you are on they're

4     based on the density -- excuse me, not the

5     density -- but the height of the bundle, 'cause on

6     the X axis it has a zero to 100 microns there, and

7     that width of that bundle can change where your

8     birefringence is.

9          Q.      Anyway, since that's a

10    different -- we're just going to focus on what we're

11    doing here but it's defined as the lowest refractive

12    index exhibited by a fiber, correct?

13         A.      Yes, alpha is the lowest if you have

14    biaxial.

15             But here's my point:  If this was

16    really what you say, in order to go in and do a

17    mathematical equation and take the lowest and the

18    highest, why doesn't the method show you anywhere

19    how to do that.  It doesn't make sense for a method

20    because methods are like a recipe, and they just go

21    into using first order, second order Michel-Levy

22    charts that has nothing to do with this.  This is

23    just a definition.

24         Q.      Let's look at what the lowest

25    refractive index exhibited by a fiber would be, so,

Page 144

1    let's look at Longo slide 22, this is now

2    perpendicular.

3              And so, if I'm seeing a range,

4    let's assume, theoretically, I've got a particle

5    that has a range of refractive indices in parallel

6    from one -- that's not what this black bar is

7    intending to represent but I'm just doing it as an

8    example -- 1.553 all the way to 1.547, the lowest

9    refractive index that is exhibited by that particle

10   would be the 1.547, in other words the furthest to

11   the right, it's the lowest number refractive index,

12   correct?

13        A.      If your hypothetical is correct, that

14   would be correct.  It is the lowest one in your box.

15        Q.      And then if we go back to the method,

16   and that is D-2, I guess, it has another definition

17   and it defines birefringence as the quantitative

18   expression of the maximum difference in refractive

19   index due to double refraction, right?

20        A.      That's what it states.  You read it

21   correctly.

22        Q.      And looking at the same example we

23   just were, slide 22, it's only going to parallel

24   this but if I have a range, let's assume I have a

25   range in blue and I also have a range in yellow, the

Page 145

1   maximum difference between the refractive indices

2   of the particle is going to be the one all the

3   way -- the one farthest to the left against the one

4   farthest to the right, the highest against the

5   lowest, right?

6          A.     No.  You're completely wrong on this.

7   And the reason is, all protocols, methodologies have

8   a step by step by step by step.  If that's what that

9   truly meant, then they should have a range there and

10  show you that calculation.  They don't.  Alls they

11  have is the Michel-Levy charts that has nothing to

12  do with this.  And yes, the gamma is the highest

13  refractive indices.  The alpha is the lowest.  It

14  has nothing to do with the ranges.

15         Q.     So, you're reading the word "maximum"

16  out, right, because what it's advising you to do is

17  to use averages on both of these, that's the way

18  you're supposed to do it, 'cause then you would have

19  a single number on one side, a single number on the

20  other side, and there would be no maximum or minimum

21  difference, it would just be one difference, you

22  wouldn't be having a range.  So, how does the word

23  "maximum" play into your understanding?

24         A.     Because there is a maximum no matter

25  what, because you have to go to the Michel-Levy

Page 146

1    charts.  And if you're taking, quote, the highest or

2    the lowest, if you take the highest and you subtract

3    the lowest out and you take chrysotile standards and

4    do that calculation, it doesn't make it chrysotile

5    anymore.  I'm not talking about talc.  And there's

6    nothing in the method that says to do that.  You

7    can't just have a definition and then go in the

8    method where it's completely different for the

9    birefringence.  And the birefringence in the ISO,

10   alls you're supposed to do is say low, medium and

11   high.  You don't give it a number.

12        Q.    But the calculation is what leads you

13   to say whether it's low, medium or high?

14        A.    That's when you do the PA method,

15   yes.  But they will call it low -- you look at a

16   lot of them.  They'll call it low, medium or

17   high with no calculation, just looking at the

18   Michel-Levy charts and if it's a first order,

19   second order -- first order or second order from

20   the cross polars, that's where you get it.

21        Q.    Let's look at some other methods.

22   Let's just start building a slide here.

23              THE COURT:  Before you go on.

24              MR. DUBIN:  Of course.

25              THE COURT:  What are the Michel-Levy

Page 147

1   charts and what is the significance of them?

2                    THE WITNESS:  The Michel-Levy charts

3   is an individual, I think he was from France, who

4   came in and said first order light, under cross

5   polars, meaning you have a polar here and polar

6   here, and you usually get dark blues and blacks, et

7   cetera.  You look at what they call that first

8   order.  Then you go on his chart, first order, et

9   cetera, take the -- take the width of the bundle and

10  then go across and it gives you your birefringence.

11  So, it's a way -- it's a different way to determine

12  birefringence and it's the way I would say 90

13  percent of the -- 95 percent of the polarized light

14  microscopy labs do it.

15                    THE COURT:  Thank you.

16                    THE WITNESS:  They will say low

17  birefringence, we talk medium or high.  Here it's

18  calculated.

19                    MR. DUBIN:  And so, Your Honor, I'm

20  focusing with this witness on the way he's

21  calculating it.  We are going to discuss what his

22  method is, but it's not really for this witness

23  because that's not how he's doing it.

24                    THE COURT:  I understand that, but

25  we're using terms that --

Page 148

1                    MR. DUBIN:  So, I -- I apologize - --

2                    THE COURT:  -- need to be defined for

3     the record.

4                    MR. DUBIN:  I understand.  I just

5     wanted to make sure that you understood that we are

6     going to explain that in more depth at some future

7     time.  I apologize.

8                    THE COURT:  I need to understand it

9     for this witness.

10                    MR. DUBIN:  I apologize.

11     BY MR. DUBIN:

12          Q.     All right.  So, anyway, again, you

13     seem to be disputing this but let's put up Longo

14     slide 76.  I'm going to start building this because

15     this is our position about what ISO does verse you

16     and I want to now move to another method and so I

17     want to talk about Dr. Su's method that I believe

18     has also been marked.  Are we able to pull that up?

19                    This will be the next exhibit, D-11.

20     (Handing.)

21          A.     Thank you.

22          Q.     And so, we can call that up.  Can't

23     call it up, okay.  So --

24                    THE COURT:  Indicate what this is for

25     the record.

1              MR. DUBIN:  This is an article of

2    Dr. Su's, Rapidly and Accurately Determining

3    Refractive Indices of Asbestos Fibers by Using

4    Dispersion Staining Method.  Okay?  And we're going

5    to talk about the section at page 3.

6     BY MR. DUBIN:

7         Q.     So, this says, when you are looking

8    at the colors, a range of color is usually

9    displayed, make sure that the DS color that gives

10   the highest RI's are observed, i.e., the DS color

11   corresponding to the shortest wavelength; for

12   example, if the DS color ranges from purple to red

13   purple, choose red purple, right?

14              You see that?

15        A.     Where are you reading?

16        Q.     In section 7.

17        A.     Section 7.  Where is section 7?  Page

18   3?

19        Q.     Page 3.

20        A.     Section 7.

21              THE COURT:  I think it's on page --

22        A.     Section 7 on page 5.

23        Q.     Sorry, page 3 of the document, page 5

24   of the PDF.

25        A.     Okay.

Page 150

1         Q.      It has both of them, so, I was
2     starting with the bottom -- the parallel.  And so,
3     let me make sure we're looking at an image so we can
4     understand this.  Let's bring up Longo slide 22.
5             So it's saying here that if you -- if
6     you see multiple colors, for example, if the color
7     ranges from purple to red purple, right, so, in
8     other words, purple is further that way to red
9     purple, you're going to -- it says choose the red
10    purple, right?
11        A.      Where does it say that?
12        Q.      In number 7.
13        A.      Oh, okay, number 7 is on page 5.
14        Q.      You'll see number 4 it also says if
15    you get a range from blue to light blue, choose
16    light blue, right?
17        A.      That's what it states.
18        Q.      So, in other words, where you're
19    having a range or you're taking the colors at the
20    ends of the range, not an average to compare under
21    this method, right?
22        A.      That's what it states.
23        Q.      Okay.  And so, again, we can now look
24    at slide 77 and you mentioned EPA regulations, EPA
25    R-93, right, there's a Federal regulation about how

Page 151

1   to do PLM analysis in that context, correct?

2           A.      No.  What I was pointing to is the

3   chart on 2.2 where they go into a range of gamma, a

4   range of -- of alpha and they have four chrysotile

5   structures, and if you take the high gamma and

6   subtract out the high alpha -- they also have a

7   range of what chrysotile is for birefringence, 0.004

8   to 0.017.  So, if you use what you're calling the

9   Longo birefringence method, all the calculations on

10  those four chrysotile structures will be in what EPA

11  is saying the range of chrysotile is for

12  birefringence.

13          If you use the highest and the

14  lowest, I think the highest was 0.6, and the overall

15  average was 0.04, which has no basis at all for

16  chrysotile.  If you go to Deer, Howie and Zussman

17  and do the exact same thing for every biaxial

18  mineral that's in there, everything from tremolite,

19  anthophyllite, vermiculite, and use what you're

20  calling the Longo's birefringence, it all works out

21  to the range of birefringence they state.  If you

22  want to do an average like, I mean, Dr. Su is doing,

23  you'll get the same thing.

24          Q.      Well, the method itself has a

25  definition of birefringence, right, EPA R-93?

Page 152

1          A.       No.  I don't think they have it in

2     there.  I don't think they do.  You wouldn't have

3     asked me that if you didn't already know.

4          Q.       Probably not.

5          A.       Some day I'll get that straight.

6          Q.       (Handing.)

7          A.       Thank you.

8                   MR. BRALY:  What number is this?

9                   MR. DUBIN:  It's Exhibit 12 and that

10    will be the EPA R-93 test method.

11     BY MR. DUBIN:

12         Q.       So, for example, so, slide, 78, and

13    let me tell you where that slide is from so you can

14    look yourself.

15         A.       Thank you.

16         Q.       It's at page, PDF page 71 of 98.

17         A.       71 to 90?

18         Q.       98, sorry, I'm sorry, it's page 71 of

19    98.

20         A.       Oh.  I was going to say that's a long

21    birefringence definition.

22         Q.       Serious detail.

23                  And so, they define birefringence

24    value as the numerical difference between the

25    maximum and minimum refractive indices of an

Page 153

1    anisotropic substance.  So, again, maximum, minimum

2    because we're dealing with a chart, so, it would be

3    the furthest one on the left and the furthest one on

4    the right is the way you would get a maximum

5    difference, correct?

6              A.      It doesn't work that way when you are

7    doing these calculations.  Here they say use the

8    Michel-Levy chart.  If you want an example, we can

9    do the calculations on the EPA or any biaxial

10   crystal in Deer, Howie and Zussman, which I

11   understand is the mineralogical book.

12             Q.      I'd like you to explain it to me

13   again, so, if we go to slide 79, is if you have two

14   options, right, you could compare the highest number

15   on one side, which is going this way and the highest

16   number on that side, or you can compare the highest

17   number on this side to the lowest number on the

18   other side.  Which of those is going to present the

19   maximum difference?

20             A.      Well, obviously the ISO, taking the

21   highest and the lowest, will give you the maximum

22   difference, but it's giving you a wrong answer.

23   Getting the maximum difference in something that is

24   a wrong answer and gives you a birefringence that

25   has nothing to do with the mineral you're looking at

Page 154

1   is not right.

2          Q.      I just want to just do some math to

3   make sure we're clear.  Again, if we go to slide 21.

4   And, of course, all of these calculations, in

5   addition to the method depends on getting the color

6   right first.  But to make sure we understand, your

7   opinion is that chrysotile will have a lower, in

8   other words, closer together, birefringence than

9   talc, right?

10         A.      It's almost five fold times lower.

11         Q.      So, I want to use an example just so

12  we all understand how using the maximum and minimum

13  is going to change your result versus using high and

14  high, or average, so we can look at slide 80.

15              So, I put together some heights here

16  spaced out.  We can view one as the parallel range,

17  which would be the left, and one of the -- the

18  perpendicular range on the right, parallel range on

19  the left.  And so, if we were going to do this and

20  we go to slide 81, compare the tallest person to the

21  shortest person in these ranges, the maximum

22  difference between the heights of any of these two

23  individuals, any of the two individuals in these

24  groups would be the difference between the 80-inch

25  tall and the -- inches -- and the 60-inch tall, that

Page 155

1    produces a 20-inch difference, right?

2         A.    If you want to measure people like

3    that, that's what you would get.

4         Q.    But if I take, let's say I take the

5    highest of the highest, which is what you say you

6    do, which is slide 82, now I'm comparing an 80-inch

7    tall person to a 68-inch tall person, I've reduced

8    the difference to 12 inches, right?

9         A.    Yes.

10        Q.    And similarly, when you've said you

11   would do averages sometimes, and that would be slide

12   83, if I take the averages in the range, I'm going

13   to get the same thing as high and high or 12-inch

14   difference, right?

15        A.    If you do that with people, that's

16   right.

17        Q.    And so, if, in fact, the way to do

18   birefringence is represented by slide 81, by doing

19   it in a different way, by doing averages or high to

20   high, you will naturally lower the birefringence of

21   the particle and make it more like the birefringence

22   that you say is typical of chrysotile, right?

23        A.    No.  We're doing it the right way.

24   What you're not thinking about -- think about if you

25   have a range of fibrous talc where you've got this

Page 156

1   low and this high and you do that, now it's not

2   fibrous talc anymore, if you didn't have anything

3   below 0.045, it's not talc.  I'm sorry, it's wrong.

4   It's not the way, it's not -- yeah, it's a way to

5   make it not chrysotile but it's absolutely wrong to

6   do the birefringence that way, that you're going to

7   take the lowest and the highest.

8        Q.     Okay.  I want to move on to the next

9   major topic, chrysotile, and I think it's probably

10  the last major topic on that issue and that is slide

11  84, Calidria asbestos.

12             And so, if we can return for a

13  second, I think it was slide 5, one of the things I

14  asked you about when we started out was the idea

15  that, okay, what kind of work were you doing back in

16  this green period and why were you not claiming at

17  the time to find chrysotile in Johnson & Johnson,

18  and I think what you told me was the variable was

19  that your understanding or your lab's understanding

20  of Calidria asbestos, right?

21       A.     Is that a question?

22       Q.     That's what we went over earlier.

23  I'm just trying to summarize --

24       A.     Yeah, we went over Union Carbide's

25  Calidria 2010 and the RG-144, which had very similar

Page 157

1    properties to what we were finding in cosmetic talc.

2    That was down the road here a little piece.

3         Q.    So, when would these analysis when

4    you were giving the testimony back in the day, you

5    know, about there not being asbestos in talc, when

6    was that testing that led to that testimony done?

7         A.    You mean back in 2000?

8         Q.    No.  I mean before 2016, back in the

9    day when you had been -- you originally said you

10   hadn't tested but you had tested in the past and you

11   had gotten negatives.  When would that testing have

12   been done?

13        A.    Well, the best we know is 2013, 2009

14   and -- well, we're not sure about the third one

15   because that was the Richard Hatfield one.

16        Q.    Okay.  And so, I think one of the

17   things you said is at some point your lab got to do

18   some -- look at some Calidria and remind us when

19   that was?

20        A.    2015 or 2016 or so, 2014.

21        Q.    So, my understanding is you're saying

22   that the first time your lab got an opportunity to

23   look at this Calidria stuff was after you had

24   already tested whatever products you tested that you

25   said you didn't find asbestos in, right?

Page 158

1          A.      No.  I guess I'd go all the way back

2     to 2004 when we received five pounds of -- of

3     Vanderbilt's Nytal and we did testing on that but

4     that was a whole different size range.  Nytal 1 or

5     Nytal A, you had lots of bundles and stuff in there

6     that were a hundred microns, 50 microns.  That's the

7     first time we started testing it.

8                And then we tested Visbestos with the

9     attorneys there and I think that was 2014, 2015.

10         Q.      We'll look at the dates in a second.

11               Did MAS participate in the NVLAP

12    proficiency exam that involved testing laboratory's

13    ability to identify the mineral Calidria?

14         A.      We looked high and low to see if we

15    could find that.  We could not find that analysis.

16         Q.      You can't find the analysis.  Do you

17    know whether you participated?

18         A.      I don't know.  That's too long ago.

19         Q.      Because that was in 2001, right?

20         A.      Yes.

21         Q.      Is that correct?

22         A.      I think that's correct.  Where 35

23    percent of the labs failed, something like that.

24         Q.      So, I want to make sure we understand

25    when we use the term Calidria that we know what

Page 159

1    we're all talking about.  So, slide 85.

2              So, Calidria is, actually, just -- is

3    a brand name for a particular type of chrysotile

4    asbestos, right?

5         A.    Correct.  It's like amosite.  Amosite

6    is not a mineral.  It's the asbestos mines of South

7    Africa.  So, it's just a tradename.

8         Q.    The name comes from California and

9    the New Idria serpentine deposit, right?

10        A.    That's right, good for you.

11        Q.    Been there, so...

12              And the chrysotile from that area is

13   typically considered to be a unique chrysotile

14   formation that occurs there and perhaps one mine in

15   Yugoslavia, right?

16        A.    Correct.

17        Q.    In fact, you said you've never seen,

18   I think -- the chrysotile from there is completely

19   different from chrysotile that you find in Canada,

20   Vermont, Arizona, places like that; it's a different

21   sort of morphology is what you said, right?

22        A.    If you put Calidria in like a Ziploc

23   bag, it looks like flour.  If you take chrysotile

24   from Canada or 30 other places, it's almost like

25   cotton candy.

Page 160

1          Q.       As I understand it, your theory is

2    that because laboratories out there don't understand

3    what Calidria looks like, that's why they're

4    supposedly missing chrysotile in all of these talc

5    products, right?

6          A.       That's what I think.  There's got to

7    be a reason that other people aren't finding it

8    except with TEM are the ones I know about.

9          Q.       And so, your theory is that this

10   unique form of chrysotile that's found in this one

11   location in California is the type of chrysotile or

12   the appearance of chrysotile that is found in talc

13   from Vermont, from Italy, from Montana, from every

14   other mine, talc mine in the United States, that

15   somehow this unique type of chrysotile structure

16   that has only been found in this one mine in

17   California has somehow jumped into talc from every

18   area in the United States and from Italy, right?

19         A.       Now you're being silly.  I'm sorry.

20               No.  It's not jumped in there.  And

21   also, these materials have been milled.  You can go

22   to the RG -- the SG-210 chrysotile without us doing

23   anything has an average length of 10 microns, the

24   RG-144 without us doing anything has any average

25   length of about 80 microns.  So, this not formed

Page 161

1    that size.  This is after it's been milled you get

2    to that size, at least -- and why is that size in

3    the chrysotile?  Well, some may think that the

4    milling won't do that --

5         Q.    Okay.

6         A.         -- for chrysotile 'cause, you know,

7    it has such high tensile strength, but we're not

8    talking about your average ball mill.  These are big

9    monster machines that have a lot of force.  I don't

10   have another explanation why they look so similar.

11        Q.    Well, let's first just talk

12   about whether it does look similar, whether we

13   assume -- let's talk about what Calidria should

14   actually look like and whether it looks like what

15   you're claiming to find in Johnson & Johnson talcum

16   powder products.  Okay?

17             And so, we're going to start out with

18   that by talking about an analysis that your lab did

19   of Calidria asbestos in a product called Visbestos,

20   which was essentially bagged of asbestos to be used

21   in the drilling mud industry, and it was Calidria,

22   right?

23        A.    Correct.

24             MR. DUBIN:  And so, let's mark that

25   next, Exhibit 13.

Page 162

1    BY MR. DUBIN:

2         Q.      All right.  So, this is 13, and it's

3    a report from MAS signed by you about Asbestos and

4    Super Visbestos Testing and you can see it refers to

5    these as Calidria samples, right, on the front page?

6         A.      Yes.

7         Q.      Now, there aren't PLM images in here

8    but the report contained data about what the

9    refractive indices were that your laboratory was

10   reporting for Calidria using PLM analysis, the type

11   that we've been talking about, right?

12        A.      Correct.

13        Q.      And so, we can see, if we go to page

14   6, for example, as an example, you'll see that you

15   get -- there's a refractive index number on page 6

16   giving -- so, the range that you're reporting in

17   parallel verse perpendicular, you've got 1.560 and

18   1.553, right?

19        A.      That's right.

20        Q.      Okay.  And so -- and if we go to page

21   7, there's another one of those.  Your lab is

22   reporting refractive index for this Calidria, 1.560

23   to 1.553, right?

24        A.      That's right.  That's what we

25   reported.

Page 163

1          Q.     So, I want to talk about what colors

2     that would mean your analysts are saying you were

3     seeing looking at Calidria in 1.550 oil.

4                And so, first, I want to remind us

5     about what you are calling this Calidria type

6     chrysotile in Johnson & Johnson, and so let's call

7     back up slide 26.

8                So, you claim that this particle that

9     we're seeing here that you've identified in

10    Johnson & Johnson, you claim that that is chrysotile

11    similar to Calidria asbestos, right?

12         A.     Yes, sir.

13         Q.     So now let's look at the refractive

14    indices that you reported back before you were doing

15    this analysis claiming to find chrysotile for

16    Calidria and see what colors your analyst was saying

17    they were observing.  Slide 86.

18                So, in parallel, which we just looked

19    at the picture of alleged chrysotile in Johnson &

20    Johnson in parallel, your analyst was reporting that

21    when they looked at Calidria, it was magenta in

22    color, correct; that's what they were reporting the

23    refractive indices --

24         A.     1.561 -- it's close to it, yes.

25         Q.     And so, if we go back to the last

Page 164

1    slide for one second, are you calling that magenta?

2         A.      No, it's -- I can't read the ranges.

3    I still can't.

4         Q.      Well, I'm just saying looking at it,

5    are you telling me with your eyes that's magenta?

6         A.      No.  But it will have -- and you're

7    looking at one big bulk analysis versus, I don't

8    know, hundreds where Visbestos, I mean, the

9    standard, we get them everywhere from about 1.560

10   up to about 1.570.  That's our ranges that we see

11   with Calidria, as well as the others.  You're not

12   going to get the exact same refractive indices each

13   and every time.  There's a range there that we see

14   each and every time.  Sometimes you might have a

15   1.571, and sometimes you might have a 1.588 --

16   excuse me -- 558.

17        Q.      But basically what you're reporting

18   here, if we go back to slide 15, what you're

19   recording Calidria should look like in parallel,

20   that is very similar to what ISO is saying any type

21   of chrysotile should look like?

22        A.      ISO never says that.

23        Q.      It gives a refractive index value for

24   this particle in parallel, right?

25        A.      1.560 Calidria does not look like

Page 165

1   that.

2           Q.      Okay.  What color is -- are they --

3           A.      It is more of a purplish pink at

4   that -- it's not like that.  That's pretty low on

5   the spectrum.

6           Q.      Let's go back to slide 18 because it

7   has it.  We went through it.  That's 1.556.  So,

8   let's show what that looks like on the color bar.

9                   So, in other words, the ISO reference

10  gives you a refractive index and it gives you 1.556

11  in the reference number corresponding to this

12  magenta color, right?  That's what ISO says this

13  particle, this reference particle is, right?

14          A.      What we have is 1.560, which would be

15  not 540 but it would be about 5 -- about 510.

16          Q.      If you go back to slide 86, your

17  parallel is right around that classic chrysotile,

18  that's parallel to parallel, it's in this area?

19          A.      Well, what you were showing was down.

20  I'm saying it's about 505 for the 1.561.

21          Q.      We can agree that neither the ISO

22  reference difference for chrysotile nor the values

23  you reported for Calidria here in parallel are

24  yellow, right?

25          A.      No, but you'll see some tomorrow.

Page 166

1          Q.      Okay.  Well, let's look at the other

2     side of the equation.  And so, you gave some

3     numbers, for example, slide, I think it's 87, and

4     so, you're reporting that in perpendicular, the

5     Calidria would be a dark blue, fairly close to its

6     parallel, classic low birefringence, chrysotile,

7     right?

8          A.      Yes, sir.  But interesting enough in

9     the perpendicular, I would say 50 percent of what we

10    see is in the range what one would say was for

11    chrysotile.

12         Q.      And so, I want to talk about, because

13    a lot of the images that we've been comparing, for

14    example, the Valadez images about is it purple, is

15    it yellow, those were in a different oil, 1.560, and

16    so, I want to look at that.

17                 And so, to remind ourselves what

18    you're calling chrysotile in Johnson & Johnson, in

19    1.560 oil, we can go back to slide 90, and so that's

20    an example of what you are saying in 1.560 oil is

21    chrysotile, according to you, chrysotile in

22    Johnson & Johnson and it is Calidria-type chrysotile

23    in Johnson & Johnson; that's what you are asserting,

24    correct?

25         A.      No, not quite.  It's a little -- kind

Page 167

1    of close but not quite.

2         Q.    Okay.  What's the "not quite"?

3         A.    What I'm asserting is that many of

4    the structures that we see, not only in Johnson &

5    Johnson, because everybody uses the same mines but

6    all of them have more of the type and look we see

7    and also the ranges we see with the -- the SG-210

8    range from about 1.60 up to 1.71, with an average of

9    1.56 -- excuse me, 1.565.  That's the average that

10   we find for the Calidria.  That's the average we're

11   finding for what's in Johnson & Johnson, as well as

12   the other mines.

13        Q.    Okay.  And so, I want to look at some

14   examples of Calidria in 1.560 oil to compare.  So,

15   first, I just want to look at an image from

16   Dr. Sanchez' lab that we'll be looking at later in

17   these proceedings, because, as you said, when you

18   raise the refractive index oil like you did, that

19   means that things that may have been sort of

20   (inaudible) or even, particularly blue, are going to

21   move further in parallel towards the right, right?

22        A.    Correct.

23        Q.    And so, if we look at slide 91, we

24   have an image here of what Calidria is in 1.560 oil

25   and I want to start by talking to you about some of

Page 168

1    these brighter spots, right, the stuff that doesn't

2    look as purple and blue.  And I think what you've

3    agreed is that even if we're just looking at

4    Calidria, there are also sometimes other minerals

5    that can be contained in Calidria as well, right?

6         A.    According to Dr. Gunter, there's like

7    one or two.  So, it's not that many.

8         Q.    Okay.  Well, for example, brucite,

9    right?

10        A.    Brucite's one of them.

11        Q.    And you're familiar with an article

12   entitled Chemical and Physical Characteristics of

13   Amosite, Chrysotile, Crocidolite, and Non-Fibrous

14   Tremolite for Oral Ingestion Studies by the National

15   Institutes of Environmental Health Sciences?  Are

16   you familiar with that, you've cited it before?

17        A.    I have not cited it before.

18        Q.    Are you familiar --

19        A.    I'm not familiar with it.

20        Q.    Okay.  So, were you aware that

21   Dr. Wylie did a characterization of Calidria for the

22   Federal Government as part of some studies that were

23   being undertaken?

24        A.    No.

25        Q.    But anyway, I think what you've

Page 169

1    agreed is at least it's important to make sure that

2    when you're looking at a Calidria sample and you're

3    trying to match something up with the talc, that

4    you're looking at the actual Calidria; we can agree

5    that it's important that you're looking at the

6    Calidria, right?

7            A.    Well, not the Calidria that looks

8    like that.  That's just like a mass.  That's not

9    something that we typically look at.  And I don't

10   know what Calidria this is since there was a number

11   of different menu items for Calidria, so, we don't

12   see that.

13           Q.    You don't see this kind of blues and

14   purples in at a time background, this massive blue

15   and purple; you don't see that, right?

16           A.    If you're between 1.560 and 1.562,

17   you will get blue.  But we don't see this, I don't

18   know what to call it, a big mat, of very small

19   structures and particles, no, that's not what we see

20   when we look at the SG-210 by PLM.

21           Q.    Is that because your images are under

22   illuminated?

23           A.    No.

24           Q.    Okay.

25           A.    No, it's not.

Page 170

1          Q.      We'll look at that in a second.

2                  So I want to first just look at an

3    example of one of the things that you're calling

4    Calidria in Calidria, okay, and just try to just

5    eyeball it, so let's go to Longo slide 92.

6                  And so, here is a particle you can

7    see of what you are using as a reference for

8    Calidria, right, and so, this is now a picture no

9    longer in Johnson & Johnson but within a sample of

10   Calidria asbestos.

11                 Do you see that?

12         A.      Yes.

13         Q.      Okay.  And you're focusing on this

14   particle right here, correct?

15         A.      That is correct.

16         Q.      Okay.  And so, I want to compare the

17   images for a second, slide 93.  So, we have an image

18   from your lab, an image from Dr. Sanchez' lab,

19   right?

20         A.      If you say so, yes.  It says

21   Dr. Sanchez on it.

22         Q.      And you said that you don't see stuff

23   like Dr. Sanchez's in your images, right, the big

24   mass of purples and blues, right?

25         A.      That's correct.

Page 171

1        Q.       Okay.  And so I want to try to turn

2    the illumination up a little bit on your image and

3    see what happens when we turn the lights on.  So,

4    let's go to slide 94.

5               So, now we can actually see all the

6    stuff that's the Calidria in the background that we

7    could not in the image that you included in your

8    report, right?

9        A.       Yes.  Well, sort of, but certainly it

10    doesn't look like what Dr. Sanchez had.

11        Q.       Okay.  Let's just focus, let's just

12    assume that you didn't just pick some impurity in

13    Calidria to look at instead of the mass of the

14    chrysotile that we see in the background, let's

15    focus even just in on that particle and let's look

16    at slide 95.

17               So, this is the particle that you

18    selected out of the Calidria reference on the left

19    and this is what you're calling chrysotile,

20    Calidria-type chrysotile in Johnson & Johnson on the

21    right, you are asserting that those are the same

22    mineral, right?

23        A.       I have never ever said that.  What I

24    said is it has the same characteristics.  You're

25    going to have the small size and you're going to

Page 172

1  have the ranges that we're seeing from 1.560 up to

2  about 1.570.  I've never said it's identical to it.

3          Q.      Well, you're saying they're both

4  chrysotile, right?

5          A.      Well, of course.

6          Q.      And you're saying that the reason why

7  you're able to identify this as chrysotile on the

8  right is because it looks like Calidria, right?

9          A.      It has -- we have Calidria that has

10  the same look as that.  It's always going to be a

11  range of refractive indices.  This is not like

12  chrysotile added products where you're going to have

13  those giant bundles and you can say, oh, here's the

14  color, here's the range.  This has the same size.

15  It has the same range.  I think that was 1.560 and I

16  forget what the other one was.  So, I never said it

17  was identical.

18          Q.      Well --

19          A.      You can get chrysotile from Canada

20  that's the 1866, and you'll have different

21  refractive indices but it will be in the range that

22  they like.

23          Q.      Let's turn the lights on a little bit

24  on this image, too, because this went back to

25  original illumination, slide 96, and we can see

Page 173

1    these are not -- the whole point of PLM dispersion

2    analysis, when you're looking at a mineral, is to

3    see what color it is and what mineral that matches,

4    right?  And these are different colors, right,

5    they're different colors?

6          A.      You're not going to get the exact

7    same colors.  It's a whole -- we'll show you

8    tomorrow.  There's a whole range of colors for the

9    Calidria.  There's a whole range of colors for

10   what's found in Johnson & Johnson and those colors

11   range usually -- I think the lowest we've seen in

12   gamma is 1.559 or 1.558, and the highest we've seen

13   is 1.570 or 1.571.  The average is 1.565 for the

14   Calidria, and for what we see in the different

15   talcum powder mines including Johnson & Johnson's.

16         Q.      And these bright yellows or brighter

17   yellows that you're seeing in the talc over here on

18   the right, you're not -- you're not seeing -- these

19   are not the same refractive indices, right.  These

20   are not the same refractive indices?

21         A.      Well, it's not the same type of

22   sample.  The Calidria is like out of the jar,

23   doesn't have talc in it, wasn't formed with talc.

24   Chrysotile being formed with talc is going to have

25   some of the talc characteristics.

Page 174

1           Q.      Okay.  Thank you.  At this point I'll

2    pass on the chrysotile issue.  I think we're going

3    to do that before we proceed to other issues.

4                     THE COURT:  Why don't we take the

5    break now then.  So, see everyone --

6                     THE WITNESS:  Thank you, Your Honor.

7                     THE COURT:  You're welcome.  Please

8    don't hesitate to speak up if you need an earlier

9    break.

10                     See everyone back at 2:30.  We're off

11    the record.

12                     (Recess:  2:15 p.m. to 2:32 p.m.,

13    Eastern Standard Time.)

14                     THE COURT:  Mr. Braly, whenever

15    you're ready.

16                     MR. BRALY:  Thank you, Your Honor

17    CROSS-EXAMINATION BY MR. BRALY:

18           Q.      Well, good afternoon.

19           A.      Good afternoon.

20           Q.      I want to talk to you about your

21    methodology that you use to analyze chrysotile in

22    talcum products including Johnson's talcum powder.

23    Okay?

24           A.      Sure.

25           Q.      One of the first things I want to

Page 175

1    talk to you about has to do with something that came

2    up in the questioning but it had to do with

3    polarized light microscopy and transmission electron

4    microscopy being two different types of ways of

5    looking at microscopic things; fair?

6            A.      That's fair.

7            Q.      Are there relevant strengths and

8    weaknesses of these processes?

9            A.      They both have strengths and

10   weaknesses.

11           Q.      Is it a well understood and

12   standardized methodology to identify asbestos,

13   including specifically chrysotile in talc, through

14   polarized light microscopy?

15           A.      Yes.

16           Q.      I am going to attach your resume at

17   some point to this record, so I'm not going to go

18   through this a lot.  But as far as testing products

19   that contain asbestos, is it something that you've

20   done for the last 40 years?

21           A.      It is.

22           Q.      Okay.  The testing that you performed

23   on talc products, is that a more recent thing than

24   your testing that you've done on traditional

25   products intentionally, including asbestos?

Page 176

1          A.       Well, not for the industrial talcs

2    like Vanderbilt.  We've done a lot of testing on

3    those but that one -- that's really not an issue

4    because even by polarized light microscopy, you can

5    find two to three percent primarily anthophyllite,

6    and tremolite, and something along the lines of

7    about 30 million tremolite anthophyllite bundles per

8    gram of this talc.  So, that's really what I was

9    working on for a lot of years, is that part of it.

10               The cosmetic talcs was in a whole

11   different group.  You have to understand that MAS at

12   one point had laboratories in Atlanta, laboratories

13   in Raleigh, North Carolina, a laboratory in Phoenix,

14   and a laboratory in San Jose.  So, those mainly did

15   all semiconductor work than did the other.  So, we

16   had almost 100 employees, a lot of Ph.D.s with

17   social issues, it was very interesting some of the

18   Ph.D.s.

19               So, I was not involved in everything.

20   No was no way I could look at all the reports, et

21   cetera.  I was only involved with stuff that I was

22   doing, and cosmetic talc wasn't one of them where I

23   was involved in the analysis.

24        Q.       One of the things that was pointed

25   out had to do with a timeline of testing relative to

Page 177

1   cosmetic talc.

2              Do you recall that, the timeline with

3   the years?

4        A.    Yes.

5        Q.    Is there a reason why your testing of

6   talc ramped up or became, why it became more active

7   during the litigation once documents became produced

8   to the litigants?

9        A.    Because the documents themselves

10  basically -- well, they do, if you go through them,

11  all those documents, there's nothing that I've been

12  finding in these cosmetic talcs that hasn't already

13  been found by other scientists and other consultants

14  for Johnson & Johnson.

15       Q.    That's something that we'll look at,

16  at the end.  But has chrysotile been found in

17  Johnson & Johnson's products absent -- separate and

18  apart from your findings?

19       A.    Yes.

20       Q.    The methodology that you use to

21  analyze by polarized light microscopy talcs in the

22  presence of asbestos, is this a well founded and

23  well understood methodology?

24       A.    Yes, everything that we do follows

25  the ISO or the EPA protocol for analyzing something

Page 178

1    with polarized light microscopy.

2                   And when we say "polarized light," we

3    mean, for example, that white light up there with

4    the little yellow in it, those lights, you can call

5    them wavelengths, you can call them vibrations, that

6    light is going everywhere in this room, you know,

7    every angle, everything.

8                   When you polarize the light, you want

9    to take all that light and you want to put it in one

10   area where only the things go -- only the light rays

11   going in one direction.  So, I'm sure everybody here

12   at some point has had polarized sunglasses, that has

13   literally a filter in the glass that only let's

14   light coming straight in.  Anything that's at an

15   angle is not making it, and they always use that

16   commercial where they're looking at a pond or

17   something and you put the polarized light on, now

18   you can see the fish in it because you're taking

19   that light scatter out of it.

20                   So, for a polarized light microscope

21   we have two polarizers.  They call it the polarizer

22   and the analyzer.  One below the stage, one above

23   the stage, and we put those in various positions

24   during the entire analysis.  Sometimes we're only

25   putting one in, and if we're going to do cross

Page 179

1    polars, we put two in.

2         Q.      Okay.

3         A.      So now we've got light going this

4    way, you know.  So, that's the whole thing with

5    polarized light.

6         Q.      We going to get to discuss it in a

7    little more detail in a second.  But safe to say the

8    methodology that you follow to reach the point where

9    you make your opinions is a standardized

10   methodology, correct?

11        A.      Correct.  It's -- the preparation of

12   the polarized light sample hasn't changed in eons.

13   You know, the refractive indices fluids, some people

14   call them oils but they're really fluids, they're

15   organic molecule, and that hasn't changed for years.

16   What has changed is the sophistication of the

17   equipment where you can get better resolution,

18   better things here and there, but we're not doing

19   anything that hasn't been done years and years and

20   years for analyzing.

21              You know, our laboratory has analyzed

22   well over, I believe now, 400,000 asbestos samples

23   using polarized light microscopy.  Our analyst,

24   especially Paul Hess, he's been working for us for

25   over 30 years.  He was actually trained by Walter

Page 180

1    McCrone.  So, we have very good analysts and very

2    good scientists.

3                    Now, what's different is when we're

4    finding a difference in the refractive indices

5    that's not normally seen for chrysotile in Canada.

6            Q.      Right.

7            A.      But that's not any of the

8    methodology.  That's -- that's the crystalline

9    structure.

10           Q.      Right.  We're going to get to that

11   and the significance of that.

12                   But, in short, the methodology that

13   you perform to analyze talc by PLM, polarized light

14   microscopy, involves two parts.  One part is the

15   concentration part and the other part is the actual

16   microscopy part; fair?

17           A.      That's fair.

18           Q.      The concentration part wasn't really

19   a part of this, but I just want to mention it so we

20   have it out there, the concentration part is the

21   part of separating out debris or things that would

22   obscure your field of view from the material that

23   you want to examine; fair?

24           A.      Correct.  You want to get rid of as

25   much of the talc plates as you can because the talc

Page 181

1    plates, there's 95, 97 percent.  There may be a

2    million talc plates for every hundred or so

3    amphiboles.  So, you have two choices.  You can

4    concentrate it where you remove most of the talc,

5    try to remove as much as you can, or you have to

6    dilute the sample so that the talc plates don't

7    stack up in the TEM sample and you can't see through

8    it.  It was sort of like, you know, a transmission

9    electron microscopy uses electrons.  It comes down

10   this big column, you've got an electromagnetic lens

11   that squeezes the electrons down into almost a

12   point.  It goes through the sample, which is carbon

13   film that's 100 nanometers thick which would be

14   about seven or eight atoms thick, so fragile.

15               And if you've got fibers there, if

16   it's not too think, it will go through the fibers

17   and that's where you get your contrast difference.

18   If you got all these talc plates, you can't see

19   anything.  So, you want to get rid of those.  You

20   either dilute it, I call it the dilution method but

21   you got to dilute it like crazy where our

22   concentration method for TEM or PLM is thousands of

23   times more sensitive than if you're using the

24   dilution method.

25          Q.     The concentration method specific for

Page 182

1  analyzing cosmetic talc for the presence of

2  chrysotile, did this originate from a document that

3  was found in Johnson & Johnson's files?

4          A.      Yes.

5          Q.      We're going to look at that in a

6  moment, but the foundational methodology for

7  concentrating, then analyzing by PLM, polarized

8  light, for the presence of asbestos in talc,

9  originates from a 1973 Colorado School of Mines memo

10  to Johnson & Johnson, correct?

11          A.      Yeah.  It wasn't a memo.

12          Q.      Yeah.

13          A.      It was the finalized methodology of,

14  they called the double density separation, where

15  they would take the pellet or the amphiboles and we

16  called them the light fraction that's at the top.

17  And the director of the Colorado School of Mines

18  signed it and it was all really fancy.  So, they had

19  a method for both, both chrysotile, and amphibole

20  asbestos.

21          Q.      The methodology associated with

22  evaluating by polarized light microscopy for the

23  presence of asbestos in talc is a standard

24  methodology that was actually marked as an exhibit

25  earlier.

Page 183

1            It's ISO 22262-1, correct?

2        A.      Correct.

3        Q.      And is this the methodology that you

4    utilize in evaluating the presence of asbestos in

5    talc?

6        A.      Well, we used all the behind the

7    scenes type things.  You know, what we don't use is

8    their birefringence method, which is looking at the

9    Michel-Levy charts.

10       Q.      Right.

11       A.      We do it the way that you subtract it

12   out 'cause it's more precise other than stating low,

13   medium and high.

14       Q.      All right.

15       A.       'Cause medium can be this long from

16   start to finish, and low can be this long, so you

17   want to know where it sits, it's low or if it's a

18   high-low type.

19       Q.      So, I'm going to ask you about

20   birefringence in just a moment, but just so we're

21   clear about this, birefringence is a -- is a value

22   that assists you as the analyst to differentiate

23   what is asbestos and what is talc; fair?

24       A.      Fair, what is chrysotile and what is

25   talc.  That's the two.

Page 184

1          Q.       Thank you.

2                   This is Exhibit 18, this is the 1973

3      procedure, the Colorado School of Mines document

4      that you talked about?

5          A.       Yes, sir, because until this document

6      came along, there was the overwhelming feeling that

7      you could not use heavy liquid density separation to

8      get chrysotile out of cosmetic talc, because the

9      density of talc and the density of chrysotile is so

10     close.  Chrysotile can be anywhere from 2.55 grams

11     per centimeter cubed, where talc may be 2.60 or

12     2.66, so that you've got a very fine line of getting

13     one out versus the other.  And to make it even

14     harder, the surface charge between chrysotile and

15     talc are different, so it sticks to talc, too.  And

16     when you're pulling those big plates down and you've

17     got chrysotile in there, it would be like being in

18     this room and all of a sudden these, these are

19     coming down because it's, you know, they're heavier

20     and they're going to go to the bottom.  Well, if

21     you're standing under it, it's going to take you

22     with it.  If the chrysotile in there is standing

23     under -- is under, mixed in there, those talc plates

24     will pull the chrysotile down.  So, it took a lot of

25     work to work around all that.

Page 185

1          Q.      One of the initial series of

2    questions you received here was about how you had

3    done concentration looking for the presence of

4    amphibole asbestos in talc up until 2019.  Was it in

5    2019 that you became familiar or aware of this 1973

6    test method?

7          A.      It's either 2019 or -- I think it was

8    2019 we ran across it.  Well, I get so many

9    documents --

10         Q.      Of course.

11         A.      -- from all this.  When I went

12   through it, I saw what it meant.

13         Q.      Right.

14                 And what it means is that as far back

15   as 1973, there's been a methodology known to

16   Johnson & Johnson whereby talc could be separated

17   from any chrysotile inclusions and analogs, correct?

18         A.      As well as amphibole asbestos, in

19   this case, tremolite, anthophyllite.  So, the

20   question you have to ask yourself, if there's no

21   asbestos in these mines, why spend a year funding a

22   really good talc -- I mean, really good mineral

23   research center to make a method to find something

24   that doesn't exist?

25         Q.      These are just the standards, ISO I

Page 186

1   think they actually are included, but your

2   methodology --

3           A.      It's not my methodology.

4           Q.      I'm sorry.  The methodology for

5   analyzing for the presence of chrysotile in cosmetic

6   talcum powder, does it include following ISO 22262

7   with the heavy liquid separation followed by PLM

8   analysis?

9           A.      Correct.

10          Q.      Does it include a recognition of a

11  document that we're about to look at from McCrone

12  1974 stating that the color or wavelength of

13  chrysotile will vary by region?

14          A.      Yes, I've seen that.

15          Q.      Does it include using a standard for

16  asbestos to compare what you're seeing under PLM?

17          A.      In this case, the same thing we did,

18  Calidria, chrysotile standard.  Now, these were

19  not -- somebody will ask you, is this an official

20  Government standard?

21          Q.      It's not.

22          A.      No.  No.  In a research lab or any

23  laboratory, standards are typically made in the lab,

24  organic chemistry, whatever.  And you can't buy them

25  off the shelf.  I mean, to buy a standard for

Page 187

1   chrysotile, you can only buy chrysotile, tremolite,

2   anthophyllite, grunerite, also known as amosite, et

3   cetera and that was from NIST and they don't even

4   sell it anymore.  And that's it.  Those are the

5   standards you can buy.  If you get a standard

6   saying, like, I've got a really different kind of

7   chrysotile here, maybe I'll buy Union Carbide's

8   SG-210, forget it.  We just happen to have it from a

9   previous case.

10          Q.      Is the methodology that you're

11  employing also involve calculating what's referred

12  to as birefringence in accordance with published

13  protocol?

14          A.      Yes.

15          Q.      The methodology associated with PLM

16  ISO 22262 involves analyzing the color, the

17  refractive index, the birefringence and the

18  morphology of a particle to determine what it is

19  that you have; true?

20          A.      True.

21          Q.      Can you tell us a little bit, just

22  about how color and refractive indices are related

23  and how they're analyzed?

24          A.      Well, refractive indices is always a

25  1 point something, and the definition of it is

Page 188

1    literally the speed of light going through a vacuum

2    as compared to the speed of light going through a

3    glass of water.  Because you have water in there, it

4    slows that light down.

5                    Ah, the good old pencil.  This is one

6    I like to use because the light going through the

7    water is being slowed down, so you're getting

8    refractions at a different angle.  That's why that

9    pencil looks like it's been broke and on the top.

10   So, that's because the -- the refractive indices or

11   the speed of light from the top, you're going to go

12   through the glass that's going to slow it down a

13   little and the bottom with the water always changes

14   what you're looking at.

15                   So, this, this water has a different

16   refractive indice than air.  If it was -- if you

17   filled this thing all the way up to the top and had

18   that pencil in there you wouldn't see any bend in it

19   because now the pencil is in the entire area where

20   the refractive indice is going to be the same,

21   whatever it is in water.

22        Q.        Okay.

23        A.        So it's a very complicated subject.

24   I told people in the past, including Mr. Dubin, that

25   TEM was a lot easier in concept than it is talking

Page 189

1    about light going through crystals and changing

2    their angles when it comes out of the crystal.

3              Now, in order to change its angle

4    when it comes out of the crystal it has to be known

5    as biaxial crystal.  So, chrysotile, talc, all

6    these, that's why you get a parallel, a parallel

7    refractive indice because that is one angle coming

8    out of the crystal, and then perpendicular is the

9    other angle coming out.

10             So when you turn it on the stage from

11   parallel to perpendicular, it's two completely

12   different rays and that's why you get the color

13   change.

14             Now, you get one that's not biaxial,

15   you can swing it around the stage and the color

16   never changes because it doesn't have two refractive

17   indices.  It's got to have two, and there's no

18   birefringence when it doesn't do anything.

19        Q.     Okay.  Different particles or

20   different crystals will have different refractive

21   indices?

22        A.     Yes.  It's a very easy method and a

23   lot has been done over the years since it's

24   developed, you know, in the '70s, to be able to

25   identify minerals, not just asbestos but any kind of

Page 190

1    mineral that's not opaque.

2         Q.      Fibrous talc will have different

3    refractive indices, correct?

4         A.      It will.  They're much further apart.

5    So, people have asked me what's birefringence.  It's

6    typically something where you're going to get a very

7    similar color that you're going to see sometimes in

8    one mineral versus another.  But in order to have

9    birefringence, you've got to have two rays coming

10   out.

11              So, you know, these lights up here,

12   we'll kind of pretend that's -- and you can see the

13   kind of color it is.  If you had much higher power

14   lights and you had a dimmer, you take the dimmer and

15   you move it down low, you're going to have one

16   intensity coming out of those lights.  Then if I

17   raise that dimmer, I'm going to have a second

18   intensity coming out of those lights, but it's going

19   to be more intense and that's what you measure on

20   the birefringence.

21              If you don't have a biaxial crystal

22   where you are getting two angles being refracted out

23   of the crystal, you'll never have any birefringence.

24        Q.      Okay.

25        A.      Nothing to compare it to.

Page 191

1          Q.      This concept of evaluating color and

2     refractive indices, are these related in how they're

3     evaluated?  Basically when you look at a particle

4     under a polarized light microscope, does the color

5     indicate attributes that relate to its refractive

6     indices?

7          A.      It does.  You'll have a certain range

8     that is expected and then you'll have certain ranges

9     that were not expected.

10         Q.      Right.

11         A.      And then you have to look at it over

12    and over again.  So, you're getting the wavelength.

13    Wavelengths are measured in nanometers, I believe,

14    and it's a wave, just one wave.  And these waves are

15    smaller or longer.  And the colors will depend on

16    that.  So, it's -- then you look, and then you can

17    go to a chart and look it up and also base it on

18    your experience because you notice those charts,

19    they kind of not blend very well.  If you look at an

20    electronic one, you get a blending in there because

21    it's not always just what you see, well, this is

22    where purple is.  It's got to be purple.

23         Q.      Right.

24         A.      It's not.  You can have a mixture in

25    there that could gives you something a little

Page 192

1   different.  And that really comes with experience in

2   doing this type of work.

3       Q.      My wife took that picture.  I just

4   liked it.  As far as refraction, I thought that's

5   kind of -- not important.

6       A.      Ah, there you go.

7       Q.      You mentioned polarized light

8   earlier.  Is this just kind of an example of the

9   polarized light or polarized light microscopy?

10      A.      Yeah, you're not getting all the

11  scatter off the water like this and now you're just

12  seeing the ones that are coming straight at you

13  literally, and it filters out the rest of the stuff

14  and that's what made it famous.

15      Q.      So, when you talk about directions of

16  light, like parallel and perpendicular, like you did

17  with Mr. Dubin, are we talking about taking a

18  sample, and this is just for demonstrative purposes

19  here, but taking a sample and shooting a beam of

20  light through it in a particular direction and then

21  rotating that same sample?

22      A.      Right, this is all in one direction

23  and when you rotate it, you are changing the angles

24  of that light coming in.  It's like you're looking

25  at it in a different angle.  Rainbows, you see a

Page 193

1    rainbow out there, you might see a blue and a green,

2    maybe a yellow, but somebody 30 miles away looking

3    at it at a different angle will probably maybe see

4    just only red and a little yellow.  And that's from

5    the microscopic water droplets in there causing a

6    different reaction.  So, it's always -- it's about

7    the angles and since this is a biaxial, when we turn

8    it perpendicular, you're getting this change in the

9    chrysotile.

10              This is the 1866 standard.

11        Q.    Yes.

12        A.    And we're using 1.40.  So, we're

13   using a lower refractive indice -- excuse me, a

14   lower oil, and what we have is, as I said earlier,

15   it shifts it to the left as you go lower in the RI

16   fluid 'cause normally you're not going to have a

17   bundle this size, which was 434 microns, be yellow.

18        Q.    Sure.  And I really just wanted to

19   use it to kind of illustrate the point but this

20   fluid that you're talking about, whenever you

21   analyze anything in polarized light, you have to

22   have a fluid to slow the speed of light going

23   through the sample?

24        A.    Correct.

25        Q.    Okay.  So --

Page 194

1          A.      And you need a fluid that is in the

2     range of what you're looking for.

3          Q.      Right.

4          A.      'Cause if it's not, you'll never get

5     the right -- the right type of refraction.

6          Q.      So, parallel is called gamma

7     sometimes, and perpendicular is called alpha?

8          A.      Alpha gamma.

9          Q.      Right.

10         A.      Scientists love it.

11         Q.      So, when you were talking about

12    subtracting this value from that value and there was

13    the gamma and alpha, really what we're talking about

14    is what is measured when analyzed perpendicularly to

15    the fiber and then when it's been rotated -- I'm

16    sorry -- analyzed parallel and then when it's been

17    rotated.

18         A.      Parallel is always gamma.  It's

19    always of the highest refractive indice as compared

20    to the gamma or the perpendicular.

21         Q.      So, just again, so we're not -- we're

22    clear here, you can actually find landmarks in the

23    sample and see that the sample is the same sample,

24    it's just been rotated 90 degrees?

25         A.      Correct.

Page 195

1          Q.      Right?

2                  That's essentially the same thing?

3          A.      Yes.

4          Q.      Right.

5          A.      It's the -- you can see the -- some

6   of the smaller pieces in there.  This is not in

7   talc.  This is just the 1866b standard where we

8   are looking at different refractive indice

9   oils -- excuse me, fluids, just to see how it

10  affected it and we did the same thing with talc.

11         Q.      I don't want in any way for

12  this -- this is not one of your samples of talc or

13  anything like this, just for illustration purposes.

14                 This is a sample of the NIST 1886

15  chrysotile in perpendicular.  Can you tell us about

16  the significance of the different colors and the

17  different refractive indexes that are indicated

18  here?

19         A.      Well, this came up when it was

20  suggested that it had to be always magenta, you

21  know, the 1. -- you know, the 1.558 or

22  approximately, but if you look at these bundles

23  closely, you can see other colors in the chrysotile.

24  So, what I did -- what we did is we just went down

25  and said, okay, right here it's 1.538.  Right here

Page 196

1    it's 1.552, which is what it should be probably.

2    Over here it's 1.540.  So, you're not getting this

3    uniform -- uniform refractive indices and you can

4    see where it's cranked, so you are getting where the

5    bundle has been bent, and you're getting some of

6    the -- the magenta 'cause you're starting to get

7    close to your parallel.

8         Q.       Is this similar or is this how you

9    analyze those particles in the lab?

10        A.       Yes.  This is on the monitor, where

11   we'll have a lookup chart and the lookup chart is

12   not really a lookup chart.  It's -- our last auditor

13   for the NVLAP, National Voluntary Laboratory -- you

14   know, Dr. Bo Li, came in, and the National Voluntary

15   Laboratory Accreditation Program is designed for

16   labs that use school samples, both bulk, PCM, TEM,

17   and we haven't done any school samples in five,

18   seven years.

19              So, this -- this inspector

20   came -- you know, he came there and he said, you

21   know, "You're wasting your money," you know, 'cause

22   we never had anything to show him from the time we

23   used to do school samples except for stuff that was

24   -- had been looked at over and over again.  He also

25   had this program, which is like a spreadsheet.  So,

Page 197

1   you could put in the refractive indice fluid you

2   were using, you could put in the wavelength, and you

3   could put in chrysotile, and it would give you the

4   refractive indices.  We beta tested it.  He gave us

5   that program.

6          Q.     Is your analysis of chrysotile in

7   talcum powder based on you simply picking the wrong

8   color?

9          A.     No.  Not at all.  I mean, we know the

10  colors are -- has a -- now that has a higher

11  refractive indice in gamma but a lot of times in the

12  alpha or perpendicular, we're getting ones that are

13  pretty close to being in the range.  It's the gamma

14  that is -- the refractive indices are higher.

15         Q.     Before I go on we talked about ISO

16  but is using polarized light microscopy to detect

17  the presence of asbestos in material, is this a well

18  understood and well accepted methodology?

19         A.     For bulk analysis, it was one of the

20  first analysis out there for determining asbestos in

21  construction products.  So, it's been around.  I

22  think we've got our first -- our certificate from

23  the national voluntary laboratory accreditation

24  program back in, I think maybe late 1990s or early

25  2000s and it is what's done in labs.

Page 198

1              If you're doing polarized light

2    microscopy and you find asbestos in there, there is

3    absolutely no rule or anything that says you have to

4    go now and verify this by transmission electron

5    microscopy.  Those 4,000 samples -- 400,000 bulk

6    samples we've done, maybe a few hundred made it into

7    TEM, like floor tiles, or something along that

8    nature.  It has never ever -- once it's positive by

9    PLM, you're done.

10         Q.     And you're done because you have a

11   confirmed presence of asbestos in the sample?

12         A.     Correct.

13         Q.     TEM is not a necessary step

14   confirming something that you've already found to be

15   present?

16         A.     It's not required.  I mean, EPA

17   doesn't require it.  International Standards

18   Organization doesn't require it.  National

19   Institutes of Occupational Health doesn't require

20   it.  And the new -- the White Paper Working Group,

21   the working group said you don't -- it's not

22   required.  If it's positive by PLM, you're done.

23         Q.     You were asked questions

24   about -- first of all, let's back up here a second.

25              What we're looking at is a sample in

Page 199

1    that orientation that was referred to as parallel or

2    gamma, right?

3            A.      Correct.

4            Q.      And what we're looking at is referred

5    to as a NIST 1886 (sic) chrysotile standard, right?

6            A.      Correct.

7            Q.      What is that?

8            A.      That's a standard that the National

9    Institutes of Standards and Technology, it's really

10   1866 B, and it is chrysotile from the, like Black

11   Lake area up in Canada, essentially where

12   Johns-Manville mined most of their chrysotile.  So,

13   this is a very large bundle, and you can see it

14   takes up the whole, from one end to the other here.

15   And it's the same thing we looked at before, and you

16   can see where the little creek is that now it's

17   closer to being perpendicular than parallel, so you

18   are starting to get the blue in there.

19           Q.      So, when you were asked these

20   questions about color charts and wavelengths, were

21   they based on this NIST 1866 standard?

22           A.      The 1866 standard is something that

23   we have used many times but what we used it for

24   initially is to help train new PLM analysts because

25   for asbestos-added products, it's all pretty close.

Page 200

1          Q.      Is it a good standard for detecting

2     asbestos in talc?

3          A.      No.

4          Q.      Why?

5          A.      Because, one, it's just the size of

6     this.  If you go down and see some little yellow or

7     red things, that's the size we're dealing with.

8     This is huge.  So, you can't.  And it has a certain

9     set of refractive indices that are lower than what

10    we're seeing in both the -- in the cosmetic talcum

11    powders -- I mean, actually, it's higher -- and in

12    what we're seeing for the Union Carbide, what I call

13    standard now.

14         Q.      Okay.  Is it understood in the

15    published literature that different sources of

16    chrysotile do, in fact, have different refractive

17    indices?

18         A.      Yes.

19         Q.      This will be Exhibit 29.

20                 Do you know of this publication by

21    Walter McCrone?

22                 Let's take a moment here and stop.

23    Who is Walter McCrone?

24         A.      Dr. Walter McCrone probably -- if I

25    say there were two PLM analysts that did the most

Page 201

1    research, it would be Dr. Su back there on PLM, as

2    well as Walter McCrone.  You know, Walter McCrone

3    was the guy who they let go analyze the Shroud of

4    Turin.  He came in and said it was false, fake.  I

5    don't think that went well to the people that hired

6    him.

7                  So, here's one where he talks

8    about -- now, the thing is that these are mine

9    samples meaning these were not out of a container,

10   they have not been milled, et cetera, but you do get

11   a range starting from Quebec to Ontario, and if we

12   get down here, where is it, California, Coalinga.

13   We get a 5.90 and a 6.3.  If we go up to California

14   Pacific Asbestos Corp. right above it, you get a

15   5.9 -- I mean a 4.80 and 4.80 is getting into

16   yellow -- I mean, 480, excuse me.

17         Q.      Thank you.

18         A.      Not 4.80.

19         Q.      Is this an indication that

20   chrysotile, depending on where it comes from,

21   will have different wavelengths from other

22   mineral -- mineralogically identical chrysotile?

23                  Wait a second, that's a terrible

24   question.  Let me just pull that one back.

25         A.      Okay.  I was going to fix it for you.

Page 202

1      Q.      Thank you, but I screwed that one up.

2              Is this chart a reflection that as

3    far back as 50 years ago it was recognized that

4    chemically identical chrysotile will have different

5    refractive indices depending on where they come

6    from?

7      A.      It does.  Some will say, you know, if

8    you have some iron in the chrysotile, which you see,

9    it can change it, or there's other kinds of minerals

10   in the crystalline structure.

11             Ours got changed -- what we were

12   finding, you know, I think the lowest one here is

13   five -- is 480 for the gamma and I think that what

14   we were seeing a lot of times was in the 420, 430

15   nanometers.

16     Q.      There is a -- there is support in the

17   literature published by Walter McCrone that there's

18   a variation in wavelengths associated with different

19   types of chrysotile?

20     A.      From different mines.  And this is

21   before they had been milled, so this is like right

22   out of the ground.

23     Q.      Um-hum.

24             Dr. Su, it is actually defense

25   Exhibit 11, our Exhibit 22, published in 2003 with

Page 203

1   this chart.  Does this chart also reflect that there

2   are different wavelengths for chrysotile?

3       A.      Yes.  These would be the ranges

4   from top to bottom, the very highest to very

5   smallest.  You have seen in -- where is it?  This is

6   gamma -- you have seen for alpha some down in the,

7   at least in the EPA, I think we got one as low as

8   1.538 or so when we looked at that chart.  But what

9   we were finding is it was in kind of a small area,

10  such as, you know, from 440 down to about 500.  So,

11  it was a space up at the top there.  1.560 is, I

12  would say, you know, primarily the lowest we would

13  see, and 1.570 or 71 would be the highest.

14      Q.      Regardless of the range, there is a

15  range in the literature published by respected

16  scientists that chrysotile will have different

17  wavelengths or different refractive indices

18  depending on from where they come from?

19      A.      Right.  The chart we just saw had 480

20  and a little bit lower and that has a range of 1.563

21  at 21 degrees Centigrade and 1.561 has been said

22  that's impossible for it to be chrysotile.  Well,

23  Walter McCrone found that a 1.521 degrees, I think

24  we had a 480 wavelength and that corresponds at 21

25  degrees Centigrade, 1.563, and that's out of the

Page 204

1    range for gamma according to ISO, according to that

2    chart for determining if it's chrysotile.  And this

3    is -- these are refractive indices or wavelengths

4    that Walter McCrone has published.

5         Q.        Exhibit 23 is another paper from

6    Dr. Su.  This is one of the ones from 2022.  The

7    quote here is that, for example, there are

8    chrysotile minerals whose refractive indices are

9    significantly higher than those of the standard

10   chrysotile from the NIST SRM 1866 set.

11              I'm going to stop there for a second.

12   The NIST 1866 set, that's this guy, right?

13        A.        Correct.

14        Q.        So, Dr. McCrone -- I'm sorry, Dr. Su

15   is writing that there are chrysotiles whose

16   refractive indices are what he characterized as

17   significantly higher than the standard chrysotile?

18        A.        That's what it states here.

19        Q.        Is that what you have come to find

20   with the chrysotile that you found in cosmetic talcs

21   including Johnson & Johnson?

22        A.        Yes.  Typically the gamma is in the

23   1.558 or 1.556 range for gamma.  We're seeing in

24   some rare occasions 1.559, but it's mostly in that

25   lower range.  What we're seeing is 1.560 up to

Page 205

1   1.570.  So, it's -- it's essentially -- well, I

2   don't know the percentage higher, but it's the next

3   row.

4        Q.      But -- I'm sorry.  Are you good?

5        A.      Yes.

6        Q.      Okay.  But Dr. Su says and the next

7   sentence is, "In that case 1.555 or 1.560 instead of

8   1.550 refractive index liquid should be used to

9   determine the gamma."

10              Do you see that?

11       A.      I did.  When I read this, that's when

12  we changed.

13       Q.      Okay.  This paper was published in

14  2022?

15       A.      Mid quarter.  One of the reasons we

16  changed was this, and then we had a couple

17  scientists said that we needed to use 1.560 in order

18  to verify that it's chrysotile.

19       Q.      Okay.  So, would you -- I mean, would

20  you view this as modifying -- modifying how the

21  methodology is implemented to account for different

22  suggestions that have come to you through published

23  literature or suggestions from others?

24       A.      Well, the basic methodology doesn't

25  change.

Page 206

1          Q.      That's exactly right and that's what

2     I was --

3          A.      How use the microscope, how you

4     determine the refractive indices, how you turn what

5     they call the elongation, the morphology of it.  The

6     only thing changing here is the suggestion they use

7     another type of RI oil, and it makes sense 'cause if

8     you're seeing things in the 1.560 up to about 1.570,

9     you get more precise analysis with the 1.560 and,

10    you know, and I'll probably change one more time to

11    get 1.565, which will be right in the center of all

12    this.  But, Dr. Su hasn't put a table together

13    1.565, so maybe he will or I'll have to do it.

14         Q.      You have published a paper that will

15    be Exhibit 10, but, looking at the refractive

16    indices of chrysotile structures associated with

17    Union Carbide's SG-210 Calidria asbestos, correct?

18         A.      Correct.

19         Q.      I want to be clear about this,

20    Calidria, and this was covered a little bit, is just

21    a tradename?

22         A.      Yeah, it's chrysotile and it's a

23    product of Union Carbide, so they had various

24    grades.  I think the SG-210 was the smallest size

25    grade, and in order to get to SG-210, of course,

Page 207

1    they had to do some milling of some sort to get it

2    to that smaller size.  Then they have other, other

3    sizes that are fairly large.

4          Q.     SG-210 chrysotile is just generally

5    thought of as being a, quote/unquote, "short fiber

6    chrysotile"?

7          A.     It depends on how you define "short."

8          Q.     Of course.

9          A.     If we compare the SG-210 which we'll

10   see the data here, the average length was 10

11   micrometers.  The RG-144 the average length was

12   about 70 or 80 micrometers, and, you know, we've

13   seen others that are even higher than that.

14         Q.     Let's be clear about this, you are

15   not suggesting that Calidria, California chrysotile

16   asbestos ended up in Johnson & Johnson's products?

17         A.     No, not at all.

18         Q.     Okay.

19         A.     It's, you know, what is the -- you've

20   got to start looking at what is happening here that

21   takes SG-210, chrysotile, put it into where you have

22   similar characteristics what we're finding in the

23   chrysotile that comes from cosmetic talcs, that have

24   been already milled in like minus 200, it's got to

25   be the size for it to do that.

Page 208

1          Q.      So, I want to look at some pictures
2     that are specific to Calidria, okay, but as we go
3     through them, I want to real clear for this first
4     set of pictures that what we're looking at is
5     asbestos.
6          A.      It is chrysotile, it's the SG-210,
7     the first set of pictures we have.
8          Q.      Is part of your analytical
9     methodology here comparing what you eventually find
10    in cosmetic talc powders to a standard, a
11    standardized known this is asbestos and this is what
12    it looks like?
13         A.      Correct, we -- like we took RG-144
14    and it has both large and small in it, and we took
15    it and we spiked talc samples, starting at I think
16    like .1, .001, all the way down, where we got to the
17    point like .00001, and how many Calidria structures
18    were in there.  Well, one.
19              So for us to be able to say at these
20    low concentrations we know that if it has -- if we
21    see a certain amount, we know it's 0.001.  We're not
22    doing a volume estimate.  That would be impossible
23    with these sorts of things.  We're validating it.
24    And now we're doing it again, the whole row with
25    1.560, and using it -- so this is RG-144 by itself.

Page 209

1          Q.      Right.

2                  So, what are we seeing here?

3          A.      Well, you're seeing refractive

4    indices in 1.550.  And we have one, two, three, four

5    structures here.  This is the RG-144, so it's

6    longer.  You've got the 80 micron long ones, the 54

7    microns, and we got sort of a reddish, you know, a

8    reddish color on these that are ranging from 1.554

9    to 1.562 and that's two different colors.  Then we

10   come over here to this other one, that one is 1.564

11   to 1.574, so much higher.  And then we have one down

12   here is 22 microns.  Again, this is the RG-144 and

13   it is much bigger --

14         Q.      Right.

15         A.      -- than the SG-210.

16         Q.      What is this, the next slide?  This

17   will be part of Exhibit 10, part of that same

18   report.

19         A.      This is SG-210 Calidria and it's in a

20   0.5 percent talc sample.  And we have a refractive

21   indice there of 1.571.

22         Q.      Okay.  Is what is shown here in this

23   colored sample, is that asbestos?

24         A.      That's asbestos we're looking at.

25         Q.      Is there any doubt about that?

Page 210

1          A.        There's no doubt about that.

2          Q.        When we look at something that's in

3    this purple background, is this often referred to as

4    a -- what is this image referred to?

5          A.        It's known as elongation.  So, in

6    that 45-degree angle there, you should have mostly

7    blues.  This -- this is kind of a thick structure

8    here so it's -- it's giving us other colors.

9          Q.        Does the elongation allow you to

10   determine the rough morphology of the structure that

11   you're looking at?

12         A.        Not too much.  We'd like to go to the

13   next one.

14         Q.        I don't have the next one.

15         A.        Oh.  If you can, you have to look at

16   the ends.  This one looks like it is a little bit

17   flexible but on cross polars and no polars, you can

18   see the fibrous structures better.

19         Q.        Okay.  But regardless, the point of

20   this image is PLM does give the analyst an

21   opportunity to evaluate the morphology of what

22   they're looking at as well?

23         A.        Oh, sure.  You're dealing with things

24   very well so you're not going to see your usual

25   splayed ends.  But if you've got a steady hand,

Page 211

1    which I don't, you can slightly roll the cover slip

2    and cause it to spread out.

3         Q.    Okay.  This is another example of the

4    SG-210 that you looked at.

5         A.    Yeah, here we have it in 1.560 and we

6    have 1.570, which is going to get us down in the

7    1.4 -- excuse me, 1.5 -- never mind.  Like the 460

8    or the 440 wavelengths.  Then you get the yellow.

9         Q.    Okay.  This color, and this is an

10   example of asbestos that you found under the

11   polarized light microscope, correct?

12        A.    Correct.

13        Q.    What about this sample here?

14        A.    Same thing.  This is a smaller one.

15   It had a range of 1.564 to 1.570.

16        Q.    This sample was mounted in what's

17   referred to as bentonite clay.  Why was that?

18        A.    Is this the one?

19        Q.    Yeah.

20        A.    Well, we wanted to put -- bentonite

21   clay does not have talc in it.  It's not formed that

22   way and bentonite clay is pretty pure.  You may have

23   some odd things in it.  So, we wanted to put the

24   SG-210 in the bentonite clay matrix and then analyze

25   it.  Nobody could say, oh, you are misidentifying

Page 212

1   fibrous talc because we're in bentonite clay.

2          Q.      One of the things that's often said

3   about what you're finding here is that it is just

4   fibrous talc; you're aware of that, correct?

5          A.      I say?

6          Q.      You're aware that other people say

7   this, Johnson & Johnson and their advocates have

8   said that what you're finding isn't asbestos but

9   rather fibrous talc; you're aware of that, right?

10         A.      Every trial I'm in.

11         Q.      Sure.

12                 Is talc an accessory mineral to

13  Calidria asbestos?

14         A.      No.  There's -- we've never seen any

15  talc in there and Mickey Gunter actually testified

16  that there was only a few things in there, and he

17  said talc was not one of them.

18         Q.      This, the samples that were taken

19  mounted in bentonite clay, I shouldn't say singular

20  sample, there were several samples that were

21  analyzed, that medium did not have any talc in it,

22  correct?

23         A.      Not bentonite clay, no, it's a

24  completely different formation I've been told by the

25  geologist.

Page 213

1          Q.      Is there any question in your mind

2    that what's represented her in the polarized light

3    is asbestos?

4          A.      It's asbestos.  It's in, you know,

5    1.550.  We're seeing, quote, the yellow, and that

6    was a yellow gold and that is not chrysotile, and

7    here I don't think anybody could argue that, quote,

8    we don't have the -- we don't have the -- we don't

9    have the intensity of the light all turned on.  I

10   mean, it's all white because it's reacting with the

11   light we have there.

12         Q.      I'm sure you can modify the color in

13   any kind of software but that's for a different

14   time.

15              You just said that is not chrysotile.

16   I --

17         A.      I said that?

18         Q.      You did say that.

19         A.      I screwed up.  That's not talc.  That

20   is chrysotile.  We put chrysotile in there into

21   something that didn't have chrysotile or talc in it.

22         Q.      These transcripts live forever, as

23   you're aware.

24         A.      As I know.

25         Q.      This is another image from the same

Page 214

1    bentonite clay sample.  Again, what are we looking

2    at?

3            A.      We're looking at the same thing we

4    saw before.  We're looking at -- we're looking at

5    Union Carbide's chrysotile SG-210, their size, and

6    this one's bigger and you can see the yellowish

7    gold.  You can see the lines down it.  And same

8    thing, we're seeing the same thing.

9            Q.      Is it methodologically proper to

10   compare what you find in an unknown sample with a

11   know sample of something that you previously

12   analyzed?

13           A.      Yes, if it's matching up to what

14   you're previously analyzing, where you have the

15   Union Carbide chrysotile shows you both size, and in

16   the ranges of refractive indices that we're seeing

17   with this other sample.  Not that it's identical,

18   you're never going to have identical from one to the

19   other to the other.  It just doesn't happen.  You're

20   always going to have a PLM analyst who's going to

21   say, well, "I believe that's 1.564," you'll have

22   another one go, "I believe that's 1.566," and I go,

23   "All right.  Put on boxing gloves."

24           Q.      This is just another image from the

25   same set.  This is essentially the same thing that

Page 215

1   we've previously seen.

2           A.      Again, this is in 1.550, we're in

3   bentonite clay, and there is no talc in here.  And

4   if you look at the one on the right, those

5   refractive indices are not even close to what you

6   would need to make the talc.  I mean, the one on the

7   left.  The one on the right is what's interesting.

8   When you start increasing the magnification by using

9   a copier, you're rearranging the spots on there,

10  meaning the color spots and making them go out.

11  Nothing's been done to this other than to increase

12  the size and you can see it distorts it and it gives

13  you a little bit higher refractive indice when you

14  start moving the pixels around on these digital

15  photos.

16          Q.      You mentioned Mickey Gunter a couple

17  of times.  Mickey Gunter testifies for defendants in

18  these cases, including for R.T. Vanderbilt and some

19  others.

20          A.      Yes, he does.  Dr. Gunter does

21  testify on behalf of defendants in this litigation.

22          Q.      Including Clubman Talc, which is a

23  cosmetic talc brand?

24          A.      Correct.

25          Q.      Did Mickey Gunter look at the same

Page 216

1  Calidria samples that you were looking at and

2  confirm what you found is accurate with what he

3  found?

4        A.      Yes.  We were ordered to send the

5  RG-144 and the SG-210 to Dr. Gunter so he could

6  analyze it.  And here's his sworn testimony stating

7  that the CDSD (sic) means the central stop

8  dispersion staining.  Central stop is a little

9  device right in the microscope where light coming

10  straight up is blocked, centrally stopping it, and

11  because the angles are going around it, and you want

12  to keep that light out.  So, whenever you see CSDS,

13  it's just central stop dispersion staining and he

14  found what we found.

15        Q.      Specifically, that chrysotile --

16        A.      They range from blueish to golden

17  yellow.

18        Q.      The refractive indices for chrysotile

19  can and do occur higher than the NIST 1886 standard

20  that is used in the -- I'm just going to say in the

21  tables?

22        A.      Yes.  You don't see golden yellow in

23  the NIST standard.  You see the magenta, and, again,

24  we're talking about the big bundles.  So, it's not

25  the same.

Page 217

1           THE COURT:  To be clear, this is

2    limited to Calidria asbestos?

3           THE WITNESS:  Yes.

4           THE COURT:  Okay.  Just want that

5    clear on the record.

6     BY MR. BRALY:

7           Q.    Calidria asbestos is just chrysotile,

8    it's just a brand name for chrysotile?

9           A.    Yes.  It's got to have something to

10   distinguish it from other people's chrysotile.

11          Q.    Right.  It's not a scientific term.

12   It's a marketing term?

13          A.    No.  Start with C, California, what

14   that area is called there, and I used to know it

15   pretty well, but...

16          Q.    New Idria?

17          A.    Thank you.

18          Q.    So, it's just a portmanteau of

19   California and New Idria?

20          A.    Correct.

21          Q.    It's a marketing word?

22          A.    That's it.

23          Q.    Right.  But what we're looking at is

24   chrysotile?

25          A.    This is all chrysotile coming out of

Page 218

1    that Coalinga mine, not anything else.

2          Q.    Have you analyzed how that standard

3    of chrysotile compares to what you found in Johnson

4    & Johnson's Baby Powder?

5          A.    Yes.

6          Q.    I have -- let me stop here for a

7    second.

8                You have analyzed many, many

9    Johnson's products by polarized light and by TEM,

10   correct?

11         A.    Correct.

12         Q.    So many so, that if we were to go

13   through every single example of every single one, we

14   would be here for quite a while; fair?

15         A.    I think we're up to 177 individual

16   samples of Johnson & Johnson's Baby Powder, along

17   with Shower to Shower.

18         Q.    You have also analyzed other

19   cosmetics manufactured by other companies?

20         A.    That is correct.

21         Q.    By PLM, correct?

22         A.    Correct.

23         Q.    I just want to look at some of the

24   examples of what you found in Johnson's Baby Powder.

25                You looked at the sample from the

Page 219

1    Valadez case with Mr. Dubin for a while.  I'm going

2    to show you some other photos from the Valadez thing

3    that you weren't shown and I'm going to show you

4    some of the other samples that you also weren't

5    shown.  Okay?

6         A.    Okay.

7         Q.    The first one, this is from the Hope

8    Klayman sample, this is from March 11, 2022, this is

9    for identification, project number M71262.  And this

10   will be Exhibit Number 9.

11              As it relates to color and wavelength

12   that you're seeing here, is this similar to what you

13   found with the California chrysotile?

14        A.    Yes.  In this case it's on the little

15   bit lower end 'cause we don't have quite the yellow

16   in it.  But it's 1.561 to 1.565.  This is where most

17   everything fell in.  The California Coalinga or

18   Calidria, as well as what we see and then you'll get

19   1.565 up to maybe 1.570.  It's fairly standard

20   reproducible for the same type of refractive

21   indices.

22        Q.    And then the large, kind of

23   boulder-ish platelike objects, down in the lower

24   right, do you see those?

25        A.    I do.

Page 220

1          Q.      Those are talc, correct?

2          A.      Correct.

3          Q.      And the birefringence calculations

4    will help you determine that, correct?

5          A.      Well, these are platy talc.

6          Q.      Right.  I'm sorry.  You're right.

7          A.      And you have some white areas on

8    them.  That's where you're past, you're getting back

9    to white light.  So, the highest that your

10   wavelength would supposedly go with color is about

11   400, and then you're into white light.

12         Q.      What I was trying to get at, I

13   suppose, is the birefringence calculation in

14   combination with the color and refractive indices

15   helps you confirm methodologically what you're

16   looking at is asbestos?

17         A.      Correct.  In order for that to be

18   talc right there, you would have increase the

19   intensity about tenfold.

20         Q.      We'll look at some examples of it.

21         A.      Okay.

22         Q.      You also look at the morphology and

23   while this is the elongation photo and not the cross

24   polars, did you evaluate the morphology of the

25   particles that you were looking at?

Page 221

1          A.       This is where we have some of the

2     errors in the calibration.  That should be 2.5, 400X

3     I think it is, 'cause this fiber is not 20 microns

4     long.  It's shorter than that, but that's all right.

5     It doesn't change anything.

6          Q.       Are you saying the measurement bar is

7     off?

8          A.       Yes.

9          Q.       Okay.  But you did evaluate the

10    morphology of the particle?

11         A.       Yeah, we looked -- you know, this,

12    again, is elongation and we like to see that the

13    ends that you have some fibrils sticking out.  So,

14    we look at that.  And also in cross polars it shows

15    pretty well and no polars.  So, you are basically

16    looking at an image with no color to it.

17         Q.       We'll be sure to change that for the

18    next presentation.

19         A.       That's all right.

20         Q.       And then you also calculated the

21    birefringence of the sample, correct?

22         A.       Correct.

23         Q.       The birefringence came back at a

24    value of .009 which is -- I mean, it's a unitless

25    number, right?

Page 222

1          A.      Correct, it is unitless.  That would
2    be on the very tip of small low.
3          Q.      Right.
4          A.      And then we have 0.014, which is
5    higher, but that is still in the low end of the
6    medium and you can find references to actually
7    higher than that in the EPA R-93 PLM method on
8    figure 2.2 on page 19.
9          Q.      So, the birefringence calculation,
10   which we're going to go through later but it
11   establishes what we're looking at is not talc but
12   asbestos?
13         A.      It's chrysotile.
14         Q.      Yes.
15               This is another sample from the same
16   report, the Hope Klayman sample, this is just a
17   different photo of the same thing -- I'm sorry, this
18   is another found -- what am I trying to say?
19         A.      Chrysotile bundle.
20         Q.      Yes, thank you.  But it's from the
21   same report?
22         A.      Yeah.  It's a different -- you know,
23   a different sample from the same sample.
24         Q.      Right.
25         A.      Meaning it's still sample one and

Page 223

1    this would be the fourth one we found.

2           Q.     And, again, the same color, the same

3    refractive indices, or not same but the same range

4    as compared to the California chrysotile sample?

5           A.     Yeah, here we have 1.566 to 1.569.

6    So, we're on the other end of what we see.

7           Q.     It has a morphology that is

8    consistent with chrysotile?

9           A.     So we have a little thicker area here

10   on the very end.  Sometimes that can be talc.

11          Q.     Okay.  But we have the birefringence

12   calculation which eliminates that possibility,

13   correct?

14          A.     Well, it doesn't eliminate the

15   possibility that we have what's known as, you know,

16   the -- a inner -- inner --

17          Q.     Intergrowth?

18          A.     Intergrowth.  Thank you.

19          Q.     Yeah.

20          A.     Where you have over the metamorphic

21   process that chrysotile will slowly metamorph into

22   fibrous talc, and this one has it on the very tip,

23   that you have this high yellow and makes me think

24   that quite possibly, and then we have this bright

25   blue on the blue -- on the dark blue background in

Page 224

1    just that one area and then the same area here where

2    we have this real bright yellow and then a not so

3    intense yellow for the rest of it.

4            Q.      Okay.

5            A.      So, looking at this, I would say

6    there's a 95 percent chance that's an intergrowth

7    with both talc and chrysotile and you notice that

8    it's only on one area of it.  We have other examples

9    that show when you have a half and half, half

10   chrysotile, half fibrous talc and what the

11   difference is in the birefringence.

12           Q.      Geologically it is possible for

13   asbestos and talc to grow together, correct?

14           A.      Well, it's not growing together.

15   They call it a metamorphic process in which over

16   many, many years, and there's a paper out by -- he

17   published it in Science, Veble (phonetic), in which

18   he did high resolution TEM where he cross-sectioned

19   it and he can show the chrysotile scrolls and then

20   it goes into talc, and sepiolite and something else

21   it was pretty good work.

22           Q.      Can you tell from this analysis, what

23   we're looking at here is predominantly chrysotile

24   with something likely talc on the very end of it?

25           A.      That's my opinion about this.

Page 225

1      Q.      Right.

2              It's interesting because one of the

3      criticisms that we heard is that your lightbulb or

4      the light that you were looking at or the light that

5      you were using to analyze the stuff could not

6      differentiate between talc and chrysotile.  Is that

7      true?

8      A.      Oh, that we didn't have enough high

9      intensity?

10     Q.      Right.

11     A.      Well, this is under the same

12     intensity.  We don't have a light source that you

13     can just put it right on the tip of the chrysotile

14     bundle and turn it to that.  That's under the same

15     conditions, the same background, same everything and

16     you can see how much more intense that is on the

17     end, and that's where the talc is.

18     Q.      Okay.  Again, this is from report

19     M71643, dated October 19, 2023.  This is an analysis

20     of a 2004 purchased bottle of baby powder, and this

21     will be Exhibit 11.

22              In 2004, do you understand that

23     Johnson & Johnson's Baby Powder was utilizing talc

24     source from China?

25     A.      2004?

Page 226

1          Q.     Yes.

2          A.     Yes.

3          Q.     Okay.  Tell us about this image with

4    respect to the color and refractive indices and what

5    you found in comparison to the asbestos standard

6    that we looked at before?

7          A.     Well, we get a refractive indice of

8    1.566 and this is in 1.560, and we have sort of a

9    dull yellow and a little gold.  So, 1.566 is a good

10   match for that.

11         Q.     Morphology consistent with asbestos

12   chrysotile?

13         A.     Yeah, at the very end you can see

14   some fibrils, and I keep saying cross polars and no

15   polars, but, again, you're dealing with -- here's

16   one that has the right 2.5, so the other one would

17   have been 25.  That's a 25-micron bar and so that

18   makes that chrysotile bundle maybe three or four

19   microns long.

20         Q.     This is from that same report,

21   16 -- 71643.  This is just another example of the

22   same thing.

23         A.     Yeah, you have some talc plates

24   sticking to it.  But the same thing.

25         Q.     Right.

Page 227

1          A.          1.566 to 1.569 and you can see that

2     it's thick in these areas.  That's why you get some

3     that's different colors there, because of how thick

4     that particular bundle was, and you can see at the

5     end of the bundle that we have some individual

6     fibrils that are kind of sticking out there.

7          Q.          Okay.  Birefringence calculation for

8     the four samples that were taken out of this report,

9     .005, .009, all the way down, are those consistent

10    with asbestos, with chrysotile?

11         A.          It's in the range, again, that the

12    EPA put out, which is .004 to 0.017.  So, you're in

13    the low range.  These are all in the low range as

14    compared to the one high range of 0.017 -- excuse

15    me -- in the one medium range but on the low side.

16         Q.          If this were talc, would you get

17    birefringence calculations as well?

18         A.          Well, it wouldn't be these

19    calculations.

20         Q.          Right.

21         A.          Because I think the lowest we've ever

22    seen in talc for a birefringence was 0.045.  So,

23    you're essentially five times higher here but

24    usually they end up in the 0.050 to 0.055 and

25    occasionally 0.060.

Page 228

1          Q.      Okay.  So, many, many, many times

2     higher than the birefringence values for chrysotile?

3          A.      Correct.

4          Q.      This is the Jeanine Henderson bottle.

5     This is report M71730 taken November 28 of last

6     year, 2023.  Again, are we finding a similarity

7     between the referenced asbestos and what is found in

8     the baby powder?

9          A.      Yes.  In here we have 1.566.  I think

10    it has little pieces of talc still on it, when

11    sometimes these come apart from the plates, so --

12         Q.      In fact, we see that here?

13         A.      Yeah, you have fibrils on the bottom,

14    but it has a thick area up at the top of this.

15         Q.      This was the same report, different

16    image or different particle.

17         A.      Yes.

18         Q.      And what is that kind of discrepancy

19    that we're seeing there on the left?

20         A.      I believe that's where you have

21    intergrowth of talc.  Sometimes we can map it out

22    and show it, sometimes we can't.

23         Q.      So, the methodology that you're using

24    can distinguish between what is asbestos or

25    chrysotile and what is talc?

Page 229

1          A.      Correct.  What we're looking at here

2     in 1.567 is that non-bright area.  And you can see

3     that it's a little thicker and sometimes you'll have

4     things that look like this.

5          Q.      Okay.  And, again, did you follow the

6     process or the methodology of calculating

7     birefringence to confirm that what you were looking

8     at was chrysotile asbestos?

9          A.      Yes.

10         Q.      This is the Valadez report that is in

11    the defense -- well, let me take that back.

12              This is part of what was not included

13    in what the defense offered as an exhibit.  This

14    image comes from the Valadez report --

15              MR. DUBIN:  I'm going to object.

16    That's not accurate.  We did discuss this.

17              THE COURT:  It is already part --

18              MR. DUBIN:  Yeah, we did discuss it.

19              THE COURT:  I think it's a different

20    image within that report.

21              MR. BRALY:  It's a different image.

22    This is what you gave me.

23              MR. DUBIN:  I don't know what you're

24    referring to.

25              MR. BRALY:  This is the Valadez.

Page 230

 1                    MR. DUBIN:  This was in our slides.

 2     Valadez will always be brighter.  That can't be

 3     Valadez.

 4                    MR. BRALY:  You're right.  I was

 5     holding up Zimmerman.

 6                    THE COURT:  Just rephrase if you're

 7     going to use that one.  It really doesn't make a

 8     difference.

 9                    MR. BRALY:  Yeah.

10      BY MR. BRALY:

11          Q.      Regardless, how does this compare to

12     what you had found with the asbestos staining?

13          A.      It's right in the range.  Again, this

14     is a 1.568 versus a high 1.57 or 1.71.  I would say

15     95 percent of what we see is between 1.560 and

16     1.569.

17          Q.      Okay.  Again, we can go through the

18     rest of this but you followed the same methodology

19     for all of these, right?

20          A.      I did.

21          Q.      What I want to make clear about this

22     is when you take a sample of Johnson's Baby Powder

23     or any other cosmetics product to analyze by PLM, do

24     you follow the methodology that's been routinely

25     accepted by scientists and has actually standards

Page 231

1    associated with it?

2         A.    Yes.  We're doing the same thing,

3    that same method over and over.  We're in the debate

4    or argument or, you know, you may disagree on the

5    refractive indices or where those refractive

6    indices -- do they belong to chrysotile or not.  And

7    our opinion is that this chrysotile that we're

8    seeing in the cosmetic talc, it does, because that's

9    what we're seeing and we get the same thing with

10   the -- with the, you know, the R -- the 210, same

11   thing, same kind of ranges.  You can't show one

12   and go, well, this one's a 1.563 and over here we

13   have one that's 1.567 and they're different.  How

14   can they be different?  They're not different.

15   They're in this range.  And you're always going to

16   have -- the analyst is going to give you what he

17   thinks that range is.  But it's always in that range

18   that we're seeing.

19        Q.    Is the methodology, the process of

20   doing testing by this method reproducible?

21        A.    Yes.

22        Q.    Have you reproduced it many times?

23        A.    We have.

24        Q.    Before we go on to the section about

25   chrysotile in talc and intergrowths, because I've

Page 232

1  got some more images that I want to show you related

2  to that, you were talking about the white color

3  being -- for the Tungsten bulb being yellowish or

4  something like that.

5          A.      It's no different than that.

6          Q.      Right.

7          A.      It's incandescent.  That has that in

8  there.

9          Q.      Are there different shades of white?

10         A.      You ever go to Home Depot and look at

11  the light section, there's about 50 of them in

12  there?  Yes.

13         Q.      You were asked about white balancing.

14  Does your PLM analyst in the process of analyzing by

15  PLM do what's called a white balance?

16         A.      It's done all the time and you're

17  also lining up the beam in the mornings, so that

18  it's coming all the way through and you're adjusting

19  your objective -- you know, you're adjusting the

20  diaphragms to get that light in so it is just over

21  where you call -- what we have is the central stop.

22  This is really like a aperture.  And you want the

23  light not to go over that -- I mean, go into that.

24  So, you do take care of that microscope, get the

25  best out of it.

Page 233

1          Q.      What I want to ask you about

2    is -- this is going to be Exhibit 16.  This is

3    photographs that you've reported on showing

4    intergrowth, showing asbestos and talc occurring

5    together, correct?

6          A.      Correct.

7          Q.      And you did this, or this analysis

8    was done under exactly the same conditions at the

9    same time, right?

10          A.      Correct.  There's nothing different

11    here.  So, you've got starting on one end because

12    it's white, that makes it -- that's why we have a

13    greater than sign, 1.585 because that pushes it

14    outside the range that this refractive indice fluid

15    can detect.  It's not can't detect but you need to

16    change the -- if you want to know exactly what that

17    is on the left side, that pure white, you can change

18    the refractive indice fluid to be more in line with

19    that.

20                  And then as you get closer to the

21    other end, that's where the chrysotile is.  And, you

22    know, you have to pick a spot like 1.558 all the way

23    to 1.565 at the very end.  So, you've got

24    intergrowth with talc in the chrysotile or the

25    chrysotile in the talc, however you want to say it.

Page 234

1    There's no way that I know of doing that where we're

2    only increasing -- increasing the brightness on one

3    side.

4        Q.      Visually, even when we ignore

5    birefringence calculations, visually, are you able

6    to differentiate between what is talc and what is

7    chrysotile?

8        A.      You can tell right away by looking at

9    this, in my opinion, where the talc starts and then

10   it sort of mixes with the chrysotile as it goes

11   down.

12       Q.      This is another example.  I have it

13   zoomed in here.  This is just a different example of

14   the same phenomenon.  Is this something that you've

15   observed again and again?

16       A.      Starting all the way to 2022, we must

17   have 50 of these, both with this microscope, as well

18   as the old microscope that has the Tungsten bulb in

19   it where everything is so bright, quote/unquote, and

20   then you can pick out where that talc is because

21   that's really bright.

22       Q.      This is just an example of the

23   elongation for that sample.

24       A.      Yeah, you can see the intergrowth

25   here where it is.  The blue area, that's where the

Page 235

1    chrysotile is.  So, you've got it running down kind

2    of the sides and then at the end.  That is -- here's

3    another one where it's just the opposite.  We have

4    increasing talc content and then chrysotile and you

5    can see how bright white that very end is.  That's

6    because it's in a refractive indice fluid that's not

7    quite -- can do the, that can change the lighting on

8    it.

9            Q.      This one is in that different

10   orientation; everything we've been looking at so far

11   has been in that parallel or gamma orientation, this

12   one is in the perpendicular or alpha orientation,

13   but do you see the same phenomenon here?

14           A.      Well, the refractive indice here for

15   that little area on the chrysotile bundle is 1.538.

16   And if you go back to the other one, I think it was

17   greater than -- one more --

18           Q.      I think that's it.

19           A.      Greater than 1.585, I believe, or

20   1.59.  There we go.

21                   No, well, this is the perpendicular.

22   It doesn't matter.

23           Q.      Right.  The point here is just even

24   without doing the birefringence calculation, the

25   methodology allows you to distinguish talc in

Page 236

1   chrysotile?

2          A.       Right.  You can see on the

3   chrysotile, almost just a large fiber, at the very

4   end on the upper right-hand side you can see some of

5   the fibrils of the chrysotile bundle.  And then as

6   it makes its way down, you're seeing the

7   interference it's causing with the talc section that

8   mixed with the chrysotile.

9          Q.       Just more examples of the same kind

10  of phenomenon?

11         A.       Yes.  Here at the top we have half of

12  it, more than half of it is talc with a refractive

13  indice greater than 1.585.  And then we have the

14  chrysotile end, which is 1.564.  So, it's a little

15  bit more than half and half.

16              And the perpendicular, you got around

17  1.552 -- well, the perpendicular for this we would

18  need it so I can get the exact number.  So, here

19  it's greater than 1.590, meaning you're out of the

20  range of what the refractive indice fluid can do to

21  give you colors.

22         Q.       Which is why it shows it white?

23         A.       Yes.

24         Q.       You were shown this image from the

25  Zimmerman report.

Page 237

1          A.      Yes.

2          Q.      Do you recall that?

3                  That morphologically, I mean, it does

4    look different, appears differently than some of the

5    images that we saw from others; fair?

6          A.      That's fair.  But you'll get ones

7    that look just like it.

8          Q.      Right.

9          A.      There's a range of what you'll see in

10   structures.  It's not all the same.

11         Q.      You were not shown the perpendicular

12   orientation of that same structure, at least not by

13   Mr. Dubin, correct?

14         A.      Correct.

15         Q.      Or this one, which was also the

16   Zimmerman report, that it was not part of the

17   defense exhibit.

18         A.      Here you have talc on the ends of

19   these two structures, and then you have chrysotile

20   on the other side.  So, this is -- this is what you

21   will see when you have talc on the structure.  Now,

22   this -- the intensity of the light is no different

23   than some of the others, but what's different here

24   is we have the white light coming up from where the

25   talc section is and that's not due to increasing,

Page 238

1    quote, "the intensity," unquote.  If you increase

2    the intensity of this, that white area would be

3    blinding compared to everything else.

4          Q.      You have faced criticism that the

5    chrysotile is really just talc for a long time,

6    correct?

7          A.      Oh, three years.

8          Q.      At least.

9          A.      At least three years.

10         Q.      Exhibit 7 is a declaration that you

11   offered in the Prudencio case where you state that

12   the difference between the refractive indices of

13   chrysotile and fibrous talc is so different that any

14   first-year PLM analyst could easily be able to

15   distinguish between the two elements.

16              Do you still agree with that?

17         A.      I still agree with it.

18         Q.      It is done by determining the

19   birefringence in chrysotile and fibrous talc, which

20   is the key optical property to differentiate the two

21   methods.

22              Do you still agree with that?

23         A.      It is.  The birefringence between the

24   two, one has a fivefold increase in the

25   birefringence level than chrysotile.  The fibrous

Page 239

1    talc is very high, chrysotile is very low.

2              THE COURT:  Just to be clear, because

3    we're talking about methods, that last sentence go

4    back, yeah, it says, "which is the key optical

5    property to differentiate the two mineral, not the

6    two methods."

7              MR. BRALY:  Thank you.

8              THE COURT:  I don't want someone to

9    be confused about a method some day that might

10   review this.

11             MR. BRALY:  Thank you, Your Honor.

12             THE COURT:  You're welcome.

13             MR. BRALY:  I know that you wanted to

14   stop at 4:15.  Maybe I'm rushing just a little bit.

15             THE COURT:  Got it.  I mean, we're

16   coming back tomorrow, so wherever you want to end it

17   today.

18             MR. BRALY:  I think I can close but

19   we'll see.  I'm bad about estimating time.

20     BY MR. BRALY:

21        Q.    You further in your declaration break

22   down ranges of low, medium and high for different

23   values of birefringence?

24        A.    Correct.

25        Q.    And that's taken from Walter

Page 240

1    McCrone's book, correct?

2         A.      It's in the PLM course where it gives

3    you the actual numeric breakdown of what's low.

4         Q.      Okay.

5         A.      And what is moderate and then what is

6    high.

7         Q.      We looked at this a little bit, but

8    the average birefringences for what you found in the

9    various samples, just what we looked at, would all

10   fall into the low range; true?

11        A.      That's true.

12        Q.      Some of these, for example, I don't

13   even know if you can see it, but if you look at like

14   M71614 in the lower left-hand corner --

15        A.      Yes, sir.

16        Q.      -- you were asked questions about

17   whether or not you take the highest gamma minus the

18   highest alpha or whether you need to take the

19   highest gamma minus the lowest alpha.

20               Do you remember all of that?

21        A.      Yes.

22        Q.      Some of those are just single

23   measurements, correct?

24        A.      Correct.  Some of them there is no

25   range, and if there is no range, you just use what

Page 241

1    you have.  But then if you average it versus using

2    the range, you get the exact same thing.  So, how's

3    that different if you're just -- if you don't have a

4    range, you just use it as it is.  If you have a

5    range, you can average it and when you check it with

6    the range, you're still going to get the same

7    amount.  As long as you go high to high and not high

8    to low.

9           Q.      So, this table, this chart, was in

10   defense Exhibit 12, it's our Exhibit 17, it's EPA

11   R-93 document, and this is what you were talking

12   about.  It states the birefringence for chrysotile

13   will fall in a range of between 0.004 and 0.017,

14   correct?

15          A.      Correct.

16          Q.      There was a lot of discussion about

17   calculating this range by taking the highest gamma

18   value and subtracting the lowest alpha value.

19                  Do you remember that?

20          A.      I have remembered it for years.

21   Well, not years.

22          Q.      The suggestion was made that what

23   you're doing is artificially lowering the

24   birefringence value of what it is you're finding;

25   true?

Page 242

1          A.      That's been the criticism that I've

2    done it on purpose to make the birefringence lower

3    so I can then justify it being chrysotile.

4          Q.      The contrary position would also be

5    true as well, though, that if that is not a proper

6    method, then the advocates pushing for this position

7    are artificially raising the birefringence value of

8    what you're calculating; true?

9          A.      True, and don't forget, you'll have

10   ranges with talc.

11         Q.      Right.

12         A.      If you use that method, you're

13   pushing the talc down and the chrysotile up.  So,

14   let's just do an example here.  The very first one,

15   first row is, you have your lowest gamma -- excuse

16   me, your lowest --

17         Q.      Alpha?

18         A.      -- alpha is 1.493.

19         Q.      Right.

20         A.      Your highest gamma is 1.557.

21         Q.      Right.

22         A.      So we take the highest gamma,

23   subtract out the lowest and we get a birefringence

24   of 0.064, which puts you up in the talc.

25         Q.      Right.

Page 243

1          A.     Now, these are chrysotile standards.

2    These are in the environmental EPA book and are

3    referenced.

4               Now, what has been called my way is

5    taking the highest alpha, 1.546 -- that's the

6    highest gamma.  Sorry.  1.557 minus the 1.546.

7          Q.     Right.

8          A.     .546.  0.011, that's in the range

9    where they say birefringence is.  If we do it the

10   other way, we had a 0.06.  That's not even close to

11   anything chrysotile.

12         Q.     Are you familiar with chrysotile

13   asbestos ever being reported anywhere as having a

14   birefringence value of 0.064?

15         A.     No.  That's not the only high one in

16   there.

17         Q.     No, it's not.  In fact, if we go

18   through just some of the other -- some of the other

19   examples, if you take the second line, and you took

20   the highest gamma, 1.558, and subtracted by the

21   lowest alpha, 1.532, you would end up with a value

22   of 0.024.

23         A.     I think that's 1.556.  Did you say

24   eight?

25         Q.     I'm looking at the second line.

Page 244

1          A.      Okay.  1.556 subtracting 1.532.

2          Q.      Old eyes.

3          A.      Minus 1.532.

4          Q.      0.022?

5          A.      0.024.  That, again, is not -- that

6     is out of the range, though, usually, say, for

7     chrysotile.

8          Q.      Right.  So, can you draw the

9     conclusion methodologically that the EPA R-93 is not

10    using that method because the values they're

11    reporting associated with the birefringence, if

12    calculated the way Mr. Dubin suggested, would not

13    end up with values inside the range that they've

14    reported?

15         A.      Correct.  If I now do that second,

16    line how our lab does it, even because other people

17    do it this way, we had a birefringence of 0.007.

18         Q.      Which is in the range?

19         A.      Which is in the range.  Doing the

20    other method put it up four times out of the range.

21    Is that right?  Almost 28 -- pretty close.  And this

22    is not the only place you can find this.

23         Q.      Right.

24         A.      In mineralogy books you see it.

25    There's a document put out by the FDA, when they had

Page 245

1    their method that they put out in the -- that showed

2    it was going to be done, this method, chrysotile to

3    talc, and same thing, they had chrysotile standards

4    that if you did the method as suggested by

5    Mr. Dubin, it was crazy.

6            Q.      It's not -- it doesn't make any

7    sense --

8            A.      No.

9            Q.      -- when you compare it to known

10   birefringence values for chrysotile?

11           A.      Does not.

12           Q.      Methodologically, is your

13   calculation procedure for birefringence accepted and

14   published -- I mean, published like in this EPA R-93

15   document?

16           A.      It's accepted.

17           Q.      Right.

18           A.      It's the only way, when you have

19   ranges, that you'll actually get the right number.

20   Unless you have it so close that it doesn't make

21   that much difference.

22           Q.      Right.

23           A.      But, you're staring at it right here.

24   That goes back to the point that the birefringence

25   definition that is in the ISO is just a definition.

Page 246

1    It's not -- there's nothing in there in the actual

2    protocol, and you have to have that in there if you

3    want somebody to do it.  You can't just say this,

4    and not give them any examples or anything.

5         Q.      When you say it's a definition, what

6    you're saying is they don't pride a framework for

7    actually calculating birefringence?

8         A.      No.  A protocol, you're supposed to

9    be able to do -- you know, you're supposed to be

10   able to follow it.  It's, you know -- I'll use an

11   example.  They say that it's -- in order for it to

12   be asbestiform and asbestos, the structures have to

13   have high tensile strength.  That's one of the

14   criteria.  Well, it's absolutely impossible to

15   measure the tensile strength on a transmission

16   electron microscope.  It's absolutely impossible to

17   measure the tensile strength in a polarized light

18   microscopy.  And as it turns out, tremolite

19   anthophyllite have low tensile strength.

20              It says that you should have a -- you

21   have a population to see if it's asbestos or not.

22   "Population" is not defined, not two, not five, not

23   six, whatever somebody feels like.  It's not in the

24   method.  If it's just not in the method, it's not

25   something you're supposed to do.

Page 247

1          Q.      So, let's move on just a little bit.

2                  THE COURT:  Was the second part of

3     that question answered or did I miss it?  Was it

4     accepted, and I think you asked whether it was

5     published --

6                  MR. BRALY:  Oh, I said published

7     in --

8                  THE COURT:  -- in EPA R-93.

9          A.      Yeah, EPA, yes.

10         Q.      This lends support to what you're

11    saying, is what I was getting at?

12         A.      Yes.

13         Q.      Are the findings of J&J consistent

14    with the birefringence calculations that you

15    performed on the California chrysotile and, again,

16    this is from Exhibit 28; this is the birefringence

17    calculation of the SG-210 Calidria?

18         A.      Yeah, and everything you see there

19    that has a B on it, it was done in bentonite clay.

20         Q.      Okay.  Are the findings of J&J, of

21    the chrysotile found in J&J by PLM using the ISO

22    22262 methodology, are they consistent with the

23    Calidria?

24         A.      They are.  If you look at -- if you

25    look at the two rows, the higher, the higher

Page 248

1    refractive indices on the right side and the lower

2    refractive indices on the left side and if you go

3    through there, you'll see the majority of what we

4    have is we have an average of 1.565 to 1.569 for the

5    CSM ones, and pretty close to 1.562 to 1.570.

6    That's where everything lands.  This is the

7    bentonite.  So it doesn't have talc.  It doesn't

8    have all this other stuff in it.  You could have

9    brucite, but brucite is probably the easiest mineral

10   to identify and not get confused with it 'cause they

11   do elongation.  So, if you are looking at your

12   microscope like this, you have it tilted 45 degrees,

13   it's blue, it's got blue on it.  If you do that with

14   brucite, it is yellow.  And you turn the brucite the

15   other way, it's blue.  So, brucite has never been an

16   issue for any analyst that does this kind of work.

17                   THE COURT:  We're going to wrap it up

18   here today.

19                   MR. BRALY:  Yeah, I could get done in

20   15 minutes but --

21                   THE COURT:  No.

22                   MR. BRALY:  Okay.

23                   THE COURT:  Wrap that up tomorrow

24   morning.

25                   MR. BRALY:  Very good.

Page 249

```
 1                    THE COURT:  All right.  It's just
 2   going to take time for everyone to leave.
 3                    MR. BRALY:  Very good.
 4                    THE COURT:  So, could I just see
 5   counsel real quickly?
 6                    Thank you, Dr. Longo.
 7                    THE WITNESS:  Thank you, Your Honor.
 8                    THE COURT:  See you tomorrow.
 9                    THE WITNESS:  Am I excused?
10                    THE COURT:  For today.
11                    THE WITNESS:  Yes, I'm not going
12   anywhere.
13                    THE COURT:  Off the record.
14                    (Proceedings adjourn:  4:15 p.m.,
15   Eastern Standard Time.)
16
17
18
19
20
21
22
23
24
25
```

Page 250

1                     CERTIFICATE OF OFFICER

2

3           I CERTIFY that the foregoing is a true

4    and accurate transcript of the testimony and

5    proceedings as reported stenographically by me at

6    the time, place and on the date as hereinbefore set

7    forth.

8           I DO FURTHER CERTIFY that I am neither

9    a relative nor employee nor attorney or counsel of

10   any of the parties to this action, and that I am

11   neither a relative nor employee of such attorney or

12   counsel, and that I am not financially interested in

13   the action.

14                  *Andrea Nocks CCR CRR*

15        ---------------------------------

16        ANDREA NOCKS, CCR, CRR

          Certificate No. X100157300

17        Certificate No. XR00011300

18

19

20

21

22

23

24

25

[& - 1.560]                                                                    Page 1

| & | | | |
|---|---|---|---|
| **&**  1:8 2:8,11,14 | 225:23 | **004**  227:12 | 92:6 102:13 |
| 2:17 6:4,14,15 | **0** | **005**  227:9 | 106:7 124:3 |
| 6:16 7:15,24 | | **006**  90:3 | 131:6 163:3 |
| 8:17 11:15 | **0.00001**  24:14 | **009**  221:24 | 205:8 215:2 |
| 14:18 15:7 | **0.001.**  208:21 | 227:9 | **1.550.**  73:9 |
| 16:16,18,23 | **0.004**  151:7 | **01**  127:25 | 99:7,10 108:7 |
| 18:23 19:4,7 | 241:13 | **07039**  1:22 | 209:4 213:5 |
| 20:3,8 24:7 | **0.007.**  244:17 | **07102**  2:13 | **1.552**  73:9 75:4 |
| 25:13,24 26:18 | **0.011**  243:8 | **08903**  1:13 | 196:1 236:17 |
| 26:25 27:1 | **0.014**  222:4 | **1** | **1.553**  144:8 |
| 28:10 31:15,22 | **0.017**  227:14 | | 162:18,23 |
| 31:24 37:24 | 241:13 | **1**  4:3 5:3 10:20 | **1.554**  209:8 |
| 39:1,18 40:21 | **0.017.**  119:14 | 18:14 28:24,25 | **1.555**  205:7 |
| 41:15,17 42:24 | 151:8 227:12 | 45:12 136:22 | **1.556**  47:21 |
| 44:7 56:9 | **0.022**  244:4 | 158:4 187:25 | 51:11 105:6 |
| 60:13,17 61:3 | **0.024.**  243:22 | 195:21 208:16 | 113:13,16 |
| 61:15,25 62:11 | 244:5 | **1,580**  141:21 | 165:10 204:23 |
| 62:20 69:20 | **0.04**  151:15 | **1.39**  141:19 | 244:1 |
| 70:1 73:4 77:1 | **0.045**  156:3 | **1.4**  211:7 | **1.556.**  103:25 |
| 81:12 89:20 | **0.045.**  227:22 | **1.40.**  193:12 | 113:2 165:7 |
| 91:3 92:7,16 | **0.050**  227:24 | **1.493.**  242:18 | 243:23 |
| 93:3,6,13 | **0.055**  227:24 | **1.5**  211:7 | **1.557**  47:21 |
| 98:18 101:21 | **0.06.**  243:10 | **1.50**  141:19 | 243:6 |
| 113:22 137:21 | **0.060.**  227:25 | **1.521**  203:23 | **1.557.**  242:20 |
| 156:17 161:15 | **0.064**  242:24 | **1.532**  243:21 | **1.558**  173:12 |
| 163:6,10,19 | 243:14 | **1.532.**  244:1,3 | 195:21 204:23 |
| 166:18,22,23 | **0.5**  209:20 | **1.538**  203:8 | 233:22 243:20 |
| 167:4,11 170:9 | **0.6**  151:14 | **1.538.**  195:25 | **1.559**  173:12 |
| 171:20 173:10 | **00001**  208:17 | 235:15 | 204:24 |
| 173:15 177:14 | **00002**  24:14 | **1.540.**  196:2 | **1.56**  167:9 |
| 177:17 182:3 | **00006**  69:14 | **1.546**  243:5 | **1.560**  81:19 |
| 182:10 185:16 | **001**  208:16 | **1.546.**  243:6 | 82:2 99:11 |
| 204:21 207:16 | **002**  115:12 | **1.547**  144:8,10 | 102:14 106:1,2 |
| 212:7 218:4,16 | **003**  116:3 | **1.550**  46:20 | 107:1 108:8 |
| | **003809-18as** | 47:10 57:2 | 131:6 162:17 |
| | 1:2 | 75:3 91:18 | |

**[1.560 - 174]**                                                    Page 2

162:22 164:9
164:25 165:14
166:15,19,20
167:14,24
169:16 172:1
172:15 203:11
204:25 205:7
205:17 206:8,9
208:25 211:5
226:8 230:15
**1.560.**   105:24
122:22
**1.561**   133:2
163:24 203:21
219:16
**1.561.**   165:20
**1.562**   103:16,20
103:22,25
104:1,12
132:21 134:8
135:19 169:16
209:9 248:5
**1.562.5**   104:1
**1.563**   103:16
203:20,25
231:12
**1.564**   112:4
115:21 122:22
131:25 209:10
211:15 214:21
**1.564.**   236:14
**1.565**   61:11
115:19 117:7
173:13 206:11
206:13 219:19

233:23 248:4
**1.565.**   167:9
219:16
**1.566**   115:21
214:22 223:5
226:8,9 227:1
**1.566.**   228:9
**1.567**   229:2
231:13
**1.568**   116:9
117:8 124:12
135:18 230:14
**1.569**   103:25
104:23 105:5
134:8 227:1
248:4
**1.569.**   223:5
230:16
**1.57**   230:14
**1.570**   173:13
203:13 206:8
211:6
**1.570.**   164:10
172:2 205:1
211:15 219:19
248:5
**1.571**   164:15
**1.571.**   173:13
209:21
**1.574**   209:11
**1.578**   141:20
**1.58**   130:4
**1.583**   130:4
132:16

**1.585**   233:13
235:19
**1.585.**   236:13
**1.588**   164:15
**1.59.**   235:20
**1.590**   236:19
**1.60**   167:8
**1.605**   67:15
**1.69**   104:25
**1.70**   61:11
**1.71**   167:8
**1.71.**   230:14
**1/9/2020**   94:19
**10**   4:18 5:9
31:20,20 33:12
37:20 76:21
90:24 91:3
160:23 206:15
207:10 209:17
**100**   2:13 143:6
176:16 181:13
**10036**   2:10
**104**   1:5 6:6,20
6:21,23 7:18
7:22 8:3 85:22
85:23 94:6
**10613**   250:14
**10:34**   76:23
**10:58**   76:23
**11**   4:19 5:8,10
41:23 61:24
148:19 202:25
219:8 225:21
**1185**   2:9

**11:54**   120:5
**12**   4:24 5:12
42:2 66:10,22
73:1,10,11
152:9 155:8,13
241:10
**12:58**   120:6
**13**   4:25 42:21
140:25 161:25
162:2
**14**   36:24
**14.99**   86:22
**144**   156:25
160:24 207:11
208:13,25
209:5,12 216:5
**148**   4:23
**15**   5:12 37:3
45:23 59:1
76:20 112:19
113:16 129:2
164:18 248:20
**152**   4:24
**1564**   110:25
111:10 122:2
122:14 128:20
**1569**   103:1
**16**   5:13 48:3
109:8 226:21
233:2
**161**   4:25
**17**   5:14 48:3,10
241:10
**174**   3:9

**[177 - 2:32]**                                                                    Page 3

**177**  218:15
**18**  5:15 48:21
  51:9 77:19
  165:6 184:2
**184**  5:16
**1866**  172:20
  193:10 199:10
  199:21,22
  204:10,12
**1866b**  46:21
  99:4 112:12
  113:11 195:7
**1866bs**  114:3
**1886**  195:14
  199:5 216:19
**19**  5:17 113:7
  222:8 225:19
**1973**  5:15
  182:9 184:2
  185:5,15
**1974**  5:23
  186:12
**1990s**  197:24
**1993**  5:14

**2**

**2**  4:4 11:24
  16:8 45:24,25
  46:7 66:24
  140:24 142:8
  144:16
**2.2**  137:21
  151:3 222:8
**2.5**  221:2
  226:16

**2.55**  184:10
**2.60**  184:11
**2.65**  41:1
**2.66**  184:12
**2.81**  40:25
**20**  50:24 51:15
  77:10,12
  128:11 155:1
  221:3
**200**  5:23
  207:24
**2000**  157:7
**2000s**  197:25
**2001**  158:19
**2003**  5:18
  202:25
**2004**  158:2
  225:20,22,25
**2009**  157:13
**2010**  156:25
**2013**  33:12
  157:13
**2014**  157:20
  158:9
**2015**  36:24
  96:24 157:20
  158:9
**2016**  14:19,21
  18:23 157:8,20
**2017**  16:13
  19:2 28:8 37:2
**2019**  16:13,14
  16:15 19:2
  21:5 22:6 24:6
  42:22 43:3

89:21,21 185:4
  185:5,7,8
**202**  5:18
**2020**  66:14
  69:21 89:21,22
  91:7 94:20
**2021**  37:9
**2022**  5:8,19
  83:7,13 106:1
  204:6 205:14
  219:8 234:16
**2023**  28:8 39:4
  43:7 225:19
  228:6
**2023/02/28**
  110:9
**2024**  1:14 6:3
**204**  5:19
**206**  5:9
**21**  5:17 52:1
  98:24 123:14
  154:3 203:21
  203:24
**210**  5:22 27:14
  36:11,13 37:4
  96:5 112:14
  160:22 167:7
  169:20 187:8
  206:17,24,25
  207:4,9,21
  208:6 209:15
  209:19 211:4
  211:24 214:5
  216:5 231:10
  247:17

**2111**  72:15
**219**  5:8
**22**  5:18 54:22
  144:1,23 150:4
  202:25 209:12
**22262**  186:6
  187:16 247:22
**22262-1**  40:17
  183:1
**22262-2**  41:1
**225**  5:11
**23**  5:19 56:3
  204:5
**233**  5:13
**238**  5:5
**24**  5:20
**241**  5:14
**247**  5:22
**24th**  69:20
**25**  37:1 57:22
  226:17,17
**26**  60:15 163:7
**27**  5:20 68:20
**28**  4:3 5:21
  228:5 244:21
  247:16
**29**  1:14 5:23
  6:3 200:19
**290**  1:22
**296**  60:8
**2:15**  174:12
**2:30**  174:10
**2:32**  174:12

[3 - 79]

| 3 | | | |
|---|---|---|---|
| **3** 4:5 17:9 45:14 57:7,16 59:17 69:23 81:3 104:2 110:8 149:5,18 149:19,23 | **40** 26:5 49:17 175:20 | **5.90** 201:13 | **62** 126:6 |
| **3,000** 97:12,14 | **400** 220:11 | **50** 111:15 158:6 166:9 202:3 232:11 234:17 | **65** 4:11 126:18 |
| **30** 14:7 159:24 176:7 179:25 193:2 | **400,000** 179:22 198:5 | | **66** 126:25 |
| **300** 2:3 | **400x** 221:2 | **500** 104:4 203:10 | **67** 127:2 |
| **302** 2:3 | **41** 99:17 | **505** 165:20 | **68** 127:10 155:7 |
| **31** 102:18 | **42** 100:16 | **51** 112:1 117:15 118:20 121:7 125:20 128:19 | **69** 4:13 127:12 133:8 |
| **32** 69:22 79:10 | **420** 132:17 202:14 | | 7 |
| **33** 73:2 | **430** 202:14 | **510** 165:15 | |
| **34** 73:20 78:20 | **434** 193:17 | **530** 48:18 | **7** 4:14 5:4 24:12 72:15 87:17 88:17 149:16,17,17 149:20,22 150:12,13 162:21 238:10 |
| **34th** 2:10 | **440** 104:25 203:10 211:8 | **54** 113:21 209:6 | |
| **35** 14:9 26:5 81:4 101:16 107:6 108:17 109:17 158:22 | **45** 4:4 109:19 210:6 248:12 | **540** 48:15,18 165:15 | **70** 127:23 207:12 |
| **37** 86:19 | **46** 111:7 | **546** 243:8 | **70s** 49:11 135:10 189:24 |
| **38** 86:25 | **460** 211:7 | **55** 114:17 119:4 121:16 | **71** 134:3 141:17 152:16 152:17,18 203:13 |
| **3809-18** 6:5 | **47** 111:8 | **558** 164:16 | |
| **39** 92:13 | **48** 111:12 | **56** 1:12 115:10 | **71643** 226:21 |
| 4 | **480** 201:16 202:13 203:19 203:24 | **560** 111:15 | **718** 1:23 |
| | **4:15** 239:14 249:14 | **569** 124:12 | **72** 4:14 138:3 |
| **4** 4:6 17:21 59:8,21,22 69:23 111:12 150:14 | 5 | **57** 4:5 116:5 | **73** 139:12 |
| | **5** 4:8 18:19 24:23 29:15,20 29:25 38:2 65:22 128:1 149:22,23 150:13 156:13 165:15 | **58** 117:5 | **74** 139:24 |
| **4,000** 198:5 | | **59** 4:7 | **75202** 2:4 |
| **4.80** 201:15,15 | | 6 | **76** 148:14 |
| **4.80.** 201:18 | | **6** 4:12 5:3 87:16 162:14 162:15 | **77** 150:24 |
| | **5.9** 201:15 | **6.3.** 201:13 | **78** 152:12 |
| | | **60** 154:25 | **79** 153:13 |

[8 - advocates]                                                          Page 5

| 8 | | | |
|---|---|---|---|
| **8**  4:15 5:6 | **94**  171:4 | **accessory** | 194:22 200:11 |
| 30:25 80:22 | **95**  74:5 147:13 | 212:12 | 202:24 212:15 |
| 110:12 | 171:16 181:1 | **accordance** | 222:6 230:25 |
| **80**  4:16 154:14 | 224:6 230:15 | 187:12 | 245:19 246:7 |
| 154:24 155:6 | **96**  172:25 | **account**  104:5 | **add**  126:23 |
| 160:25 207:12 | **97**  74:5 181:1 | 205:21 | 129:6 |
| 209:6 | **98**  152:16,18,19 | **accounts**  8:25 | **added**  20:7 |
| **81**  154:20 | **983-1234**  1:23 | **accreditation** | 23:11 26:5 |
| 155:18 | **9:02**  1:15 | 96:22 196:15 | 43:17 65:9 |
| **810**  133:2 | | 197:23 | 112:15 172:12 |
| **82**  4:17 155:6 | **a** | **accuracy**  55:18 | 199:25 |
| **83**  155:12 | | **accurate**  7:20 | **addition**  154:5 |
| **84**  156:11 | **a.m.**  1:15 76:23 | 216:2 229:16 | **additional** |
| **85**  159:1 | 120:5 | 250:4 | 42:16 127:12 |
| **86**  163:17 | **abilities**  22:21 | **accurately**  4:19 | **address**  28:2 |
| 165:16 | **ability**  8:25 | 139:19 149:2 | **addressed**  8:7 |
| **87**  166:3 | 26:9 37:15 | **accuse**  83:23 | **adds**  42:16 |
| **9** | 73:15 158:13 | **actinolite**  67:17 | **adequately** |
| | **able**  35:9 96:3 | **action**  250:10 | 38:15 |
| **9**  3:8 4:17 5:7 | 97:21 111:2 | 250:13 | **adjourn**  249:14 |
| 34:15 82:19 | 148:18 172:7 | **active**  177:6 | **adjusted** |
| 142:8 219:10 | 189:24 208:19 | **actual**  142:19 | 130:16 |
| **9/16/2020**  4:6 | 234:5 238:14 | 169:4 180:15 | **adjusting** |
| 59:24 | 246:9,10 | 240:3 246:1 | 232:18,19 |
| **90**  4:18 147:12 | **above**  178:22 | **actually**  12:3 | **admissibility** |
| 152:17 166:19 | 201:14 | 17:7 21:24 | 8:19 |
| 194:24 | **absence**  82:5 | 22:1 44:8 48:3 | **admitted**  22:6 |
| **91**  167:23 | **absent**  177:17 | 56:7 58:12 | 111:25 112:1 |
| **92**  170:5 | **absolutely** | 81:22,25 84:13 | 136:25 137:4 |
| **93**  4:24 5:14 | 13:12 25:14 | 85:9 97:21 | 137:15 |
| 150:25 151:25 | 89:14 156:5 | 101:11 110:2 | **advising** |
| 152:10 170:17 | 198:3 246:14 | 111:7 125:23 | 145:16 |
| 222:7 241:11 | 246:16 | 159:2 161:14 | **advocates** |
| 244:9 245:14 | **accepted** | 171:5 179:25 | 212:7 242:6 |
| 247:8 | 197:18 230:25 | 182:24 186:1 | |
| | 245:13,16 | | |
| | 247:4 | | |

[affected - analyst]                                           Page 6

**affected**  195:10
**affidavit**  4:17
  82:20 105:22
**africa**  159:7
**afternoon**
  174:18,19
**agencies**
  134:23
**agency**  135:6
  137:19
**ago**  36:23 51:7
  63:24 81:23
  121:15 158:18
  202:3
**agree**  10:9 17:5
  17:14 18:16
  45:17 53:21
  55:16 63:18
  64:15,24 65:7
  65:8 75:8
  76:10 88:15
  97:20 106:16
  108:12 112:11
  112:16 113:18
  115:17 122:10
  129:5 132:18
  165:21 169:4
  238:16,17,22
**agreed**  15:14
  37:13 45:13,15
  65:4 84:20
  112:7,10 168:3
  169:1
**ah**  188:5 192:6

**ahead**  40:3
  62:3 72:12
  74:17
**air**  188:16
**al**  1:8,9 6:5
**alleged**  59:23
  62:21 101:20
  109:24 163:19
**allow**  19:6
  210:9
**allows**  235:25
**alls**  145:10
  146:10
**alluded**  17:21
**alpha**  104:16
  134:20,21,25
  135:3,25 140:7
  142:7,15,18
  143:13 145:13
  151:4,6 194:7
  194:8,13
  197:12 203:6
  235:12 240:18
  240:19 241:18
  242:17,18
  243:5,21
**alphas**  104:14
**ama**  25:1
**amazon**  86:21
  86:24
**america**  30:4,9
**americas**  2:9
**amosite**  159:5,5
  168:13 187:2

**amount**  20:7
  39:6 208:21
  241:7
**amounts**  20:12
**amphibole**  8:1
  8:5 17:13
  32:21,22 33:1
  34:9,21 42:4
  182:19 185:4
  185:18
**amphiboles**
  19:8,20 23:12
  38:15 39:17
  40:12,13,23
  41:8 52:16
  67:22 181:3
  182:15
**ana**  1:18 6:2
**analogs**  185:17
**analysis**  4:15
  5:10,13 11:16
  11:21 12:7,9
  12:23,24 17:23
  19:16 21:18,19
  24:17,24 27:9
  30:16,18,21
  33:2 36:25
  37:1 42:25
  43:9,15,19
  44:8,23 45:14
  46:25 49:6,7,9
  49:13 50:18
  56:19 59:24
  64:20 65:6
  69:20 80:24

83:8 86:16
  87:16 91:6,8
  91:15,16 92:4
  92:6,14,15
  93:21 95:3,4
  96:15,18 97:1
  103:15 104:12
  109:3 111:3,17
  112:2,3 116:9
  117:9 118:24
  118:25 121:10
  122:11 123:1
  124:19 126:21
  127:1,5,14,19
  137:14 140:17
  151:1 157:3
  158:15,16
  161:18 162:10
  163:15 164:7
  173:2 176:23
  178:24 186:8
  197:6,19,20
  206:9 224:22
  225:19 233:7
**analyst**  12:10
  18:9 36:12
  42:18 43:19
  44:11,13,18
  45:14 47:14
  48:4 49:16
  68:2 77:19
  82:17 93:22
  99:21 109:8
  110:2 111:4
  115:20 163:16

163:20 179:23
183:22 210:20
214:20 231:16
232:14 238:14
248:16
**analysts** 35:24
67:2 90:15
97:11 163:2
180:1 199:24
200:25
**analytical** 21:2
21:9 56:24
208:8
**analyze** 15:7
35:17 44:1
174:21 177:21
180:13 193:21
196:9 201:3
211:24 216:6
225:5 230:23
**analyzed** 27:19
27:22 43:3
133:21 179:21
187:23 194:14
194:16 212:21
214:12 218:2,8
218:18
**analyzer**
178:22
**analyzing** 28:7
56:9 177:25
179:20 182:1,7
186:5 187:16
214:14 232:14

**andrea** 1:21
250:16
**angle** 178:7,15
188:8 189:3,7
189:9 192:25
193:3 210:6
**angles** 189:2
190:22 192:23
193:7 216:11
**anisotropic**
153:1
**answer** 39:24
94:12 153:22
153:24
**answered**
247:3
**answering**
35:24 44:22
**anthophyllite**
27:22 67:17
151:19 176:5,7
185:19 187:2
246:19
**anybody** 45:19
50:6 57:17
86:21 213:7
**anymore** 146:5
156:2 187:4
**anyplace**
138:22
**anyway** 27:5
57:16 58:23
133:7 143:9
148:12 168:25

**apart** 54:17
55:4 177:18
190:4 228:11
**aperture**
232:22
**apologies** 38:4
**apologize** 35:23
39:2 40:10
122:21,25
148:1,7,10
**appear** 31:12
52:9 63:20
**appearance**
58:5 126:20
160:12
**appearances**
6:7
**appearing** 77:1
**appears** 237:4
**application**
10:5
**applies** 86:13
**appreciate** 31:9
94:6,8 125:11
**appropriate**
15:12 87:21
88:19 90:12
95:24 97:8
111:11
**appropriately**
20:11 68:8
**approximately**
19:2 24:21
48:15 104:11
195:22

**apron** 91:11
**area** 62:16
122:18 159:12
160:18 165:18
178:10 188:19
199:11 203:9
217:14 223:9
224:1,1,8
228:14 229:2
234:25 235:15
238:2
**areas** 12:19
220:7 227:2
**argue** 33:17
98:11 213:7
**arguing** 133:4
**argument**
231:4
**argumentative**
94:7,9
**arizona** 159:20
**arrow** 101:1
**article** 149:1
168:11
**artifact** 118:11
118:16,23
119:6
**artificial**
133:15
**artificially**
241:23 242:7
**asbestiform**
246:12
**asbestos** 4:9,21
8:5 14:19 15:8

17:12 20:7,12
21:15 22:22
23:11 25:6,16
26:10 29:12
30:5,9,14 32:7
32:8 33:4,10
33:12 35:3
43:4,16,17
62:21 65:9
66:12 91:9
97:1 112:15
149:3 156:11
156:20 157:5
157:25 159:4,6
161:19,20
162:3 163:11
170:10 175:12
175:19,25
177:22 179:22
182:8,20,23
183:4,23 185:4
185:18,21
186:16 189:25
197:17,20
198:2,11
199:25 200:2
201:14 206:17
207:16 208:5
208:11 209:23
209:24 211:10
212:8,13 213:3
213:4 217:2,7
220:16 222:12
224:13 226:5
226:11 227:10

228:7,24 229:8
230:12 233:4
243:13 246:12
246:21
**asked**  15:15
22:1 31:13,17
37:13 39:14
43:8 69:7 86:5
90:5 110:17
118:6,8,15
136:21,21,25
138:4,21,24
152:3 156:14
190:5 198:23
199:19 232:13
240:16 247:4
**asking**  16:25
21:7 36:3
85:14 112:17
132:18
**asserting**  13:16
166:23 167:3
171:21
**assessing**  91:9
**assessment**
55:15 56:20
**assists**  183:22
**associate**  23:10
**associated**
48:11 78:2,7
114:22 182:21
187:15 202:18
206:16 231:1
244:11

**assume**  23:25
47:14 50:19
53:12,25 68:22
124:15 132:19
144:4,24
161:13 171:12
**astm**  85:6
**atlanta**  176:12
**atoms**  181:14
**attach**  99:13
175:16
**attempts**  69:25
**attorney**  250:9
250:11
**attorneys**  2:4
2:14 158:9
**attributes**
191:5
**audited**  49:22
**auditor**  196:12
**audits**  49:15
**authority**  64:24
**avenue**  1:22 2:9
**average**  103:11
103:13,25
104:3,17
135:23 136:5
136:13,13,17
150:20 151:15
151:22 154:14
160:23,24
161:8 167:8,9
167:10 173:13
207:10,11
240:8 241:1,5

248:4
**averages**
135:17,19
137:3,5,15
138:5,12,23
139:1,15,16
145:17 155:11
155:12,19
**averaging**
135:19 136:2
136:22 137:18
**avoid**  67:15
**avoided**  66:19
67:10
**avon**  27:20
41:18
**aware**  96:11
111:21 138:9
168:20 185:5
212:4,6,9
213:23
**axis**  143:6

**b**

**b**  1:17 4:1 5:1
53:11 199:10
247:19
**baby**  5:11 32:7
218:4,16,24
225:20,23
228:8 230:22
**back**  15:14
18:14 20:5,17
21:8,13,22
22:1,13 23:2
23:18 24:22

29:24 31:2,17
32:18 33:8
34:9 37:2 38:2
45:21 49:11
51:8,15 53:2
59:1 69:10
74:5 76:16,21
77:5,8 78:18
83:7,13 85:23
98:23 101:16
104:12 107:23
108:3,5 109:13
110:23 112:18
113:3,15
115:19 117:15
118:20 120:2
121:2,4,6
122:9,12
127:20 134:6
135:10 140:23
141:1,16 142:7
144:15 156:15
157:4,7,8
158:1 163:7,14
163:25 164:18
165:6,16
166:19 172:24
174:10 185:14
197:24 198:24
201:1,24 202:3
220:8 221:23
229:11 235:16
239:4,16
245:24

**background**
  13:5,24 68:25
  74:15 169:14
  171:6,14 210:3
  223:25 225:15
**backing** 109:7
**backup** 10:16
  57:8 59:7
**bad** 239:19
**bag** 159:23
**bagged** 161:20
**bailey** 27:17
**balance** 68:14
  68:17 90:10
  232:15
**balanced** 68:9
**balancing**
  68:19,21
  232:13
**ball** 161:8
**banter** 125:12
**bar** 54:11 55:5
  55:5,7,7 70:3
  103:5 107:15
  108:10 110:18
  115:13 122:12
  131:24 144:6
  165:8 221:6
  226:17
**bars** 131:8
**base** 191:17
**based** 12:23
  30:1,15,17,18
  30:20 47:18
  56:10,19 85:18

99:21 104:19
114:21 115:2
128:13 136:2,5
143:4 197:7
199:21
**bases** 52:1
**basic** 43:24
  48:10 50:24
  77:12 86:14
  128:12 131:11
205:24
**basically** 30:2
  54:12 68:19
  116:14 129:18
  164:17 177:10
  191:3 221:15
**basing** 118:23
  119:5
**basis** 52:1
  84:20 85:2
  139:6 151:15
**batting** 12:17
**beam** 192:19
  232:17
**beard** 85:6
**beginning** 7:21
**behalf** 6:8,12
  6:15 215:21
**believe** 64:22
  66:15 94:21,24
  95:15 101:10
  140:2,3 148:17
  179:22 191:13
  214:21,22
  228:20 235:19

**believes** 95:16
**belong** 231:6
**benchmarks**
  14:17
**bend** 188:18
**benjamin** 2:2
  6:9
**bent** 196:5
**bentonite**
  211:17,20,22
  211:24 212:1
  212:19,23
  214:1 215:3
  247:19 248:7
**best** 11:13
  22:15 25:11,21
  28:6 50:23
  57:15 157:13
  232:25
**beta** 197:4
**better** 21:2,9
  35:17 97:21
  179:17,18
  210:18
**biased** 13:7
  128:2
**biaxial** 53:9
  137:21 143:14
  151:17 153:9
  189:5,14
  190:21 193:7
**big** 47:24 74:18
  74:19 161:8
  164:7 169:18
  170:23 181:10

184:16 216:24
**bigger**  209:13
214:6
**billed**  14:6
15:11
**birefringence**
5:21 13:7
50:14,17,20,21
50:25 51:3
52:5,13 54:9
54:16,17 55:11
55:17,18 72:10
72:10 77:13,14
78:14 98:24
101:8 103:10
104:10 105:3
114:6,8,10,14
114:19 115:1
119:14 121:18
121:20 122:24
123:12,18,20
123:23,25
124:4 125:1
127:21 128:2
128:12,15,22
130:3 131:23
132:5,6,10,24
132:25 133:12
133:16,19,24
134:1,13 135:4
135:10 136:12
137:3,8,12,20
137:23 140:4
140:11,22
142:24 143:8

144:17 146:9,9
147:10,12,17
151:7,9,12,20
151:21,25
152:21,23
153:24 154:8
155:18,20,21
156:6 166:6
183:8,20,21
187:12,17
189:18 190:5,9
190:20,23
220:3,13
221:21,23
222:9 223:11
224:11 227:7
227:17,22
228:2 229:7
234:5 235:24
238:19,23,25
239:23 241:12
241:24 242:2,7
242:23 243:9
243:14 244:11
244:17 245:10
245:13,24
246:7 247:14
247:16
**birefringences**
240:8
**bit**  10:2 14:14
18:12 31:2,7
31:10 34:16
41:20,22,24
42:20 44:4

45:5,7,22
46:13 49:3
58:24 61:5
63:1 65:11
69:12 80:2
86:23 87:1
99:25 102:12
105:14 110:16
119:20 121:17
126:1,5,19
128:4 171:2
172:23 187:21
203:20 206:20
210:16 215:13
219:15 236:15
239:14 240:7
247:1
**black**  46:21
144:6 199:10
**blacked**  104:20
**blacks**  147:6
**blend**  111:20
114:1 115:7
131:15 191:19
**blending**
191:20
**blew**  86:23
**blinding**  238:3
**blocked**  216:10
**bloss**  96:14
**blount**  40:12
40:24 41:1
**blue**  33:20
52:20,23 55:5
55:7 58:14

68:22,24 71:11
71:15,18,22
75:20,22,24
76:12 78:7,8
88:19,20 99:3
99:19,21,25
100:17 101:1,1
101:4 102:9
106:15 114:7
123:2,4,5,9
125:4,4 126:9
126:11,12,13
126:16,20
127:4,14
129:17 132:3
132:20,21
133:10,10,13
144:25 150:15
150:15,16
166:5 167:20
168:2 169:14
169:17 193:1
199:18 223:25
223:25,25
234:25 248:13
248:13,15
**blueish**  69:1
216:16
**blues**  53:8 54:2
54:4,6 78:6
87:3,4 100:19
102:6 123:23
124:2 132:1,10
147:6 169:13
170:24 210:7

**bo** 116:23
196:14
**bond** 83:8
88:11
**bones** 18:15
**book** 135:8
153:11 240:1
243:2
**books** 244:24
**bottle** 16:16
24:7,15 26:4
29:5 30:3,5
225:20 228:4
**bottles** 24:13
30:12,13 62:11
**bottom** 87:12
110:24 150:2
184:20 188:13
203:4 228:13
**bought** 30:11
**boulder** 219:23
**bouquet** 33:14
**box** 9:4 23:3
31:1 134:14
144:14
**boxing** 214:23
**braggadocios**
43:21
**braly** 2:2 3:9
6:9,9 7:6 8:11
8:12 59:25
60:1 61:13,20
61:22 62:1,3,7
82:24 85:7,15
94:5 97:23,25

152:8 174:14
174:16,17
217:6 229:21
229:25 230:4,9
230:10 239:7
239:11,13,18
239:20 247:6
248:19,22,25
249:3
**brand** 159:3
215:23 217:8
**branham** 2:2
**break** 16:10
17:4 55:23
72:17 76:16,17
76:20 119:24
174:5,9 239:21
**breakdown**
240:3
**breaking** 9:11
**brief** 7:9
**briefly** 8:8
**bright** 67:10
74:6 78:3
81:25 82:1
87:9 99:11,25
100:21 107:19
126:19,20
127:3,3 130:4
130:14 173:16
223:24 224:2
229:2 234:19
234:21 235:5
**brighter** 54:4,6
54:6 55:6,7

70:10,12,15,24
73:13,14 74:14
74:22 76:2,8
78:7 81:16
88:12,14 89:9
93:11,20
100:18,19
101:1 104:22
106:25 107:9
107:12,15
108:4,13,16
123:9 124:14
133:10,11
168:1 173:16
230:2
**brightness**
73:22 87:1,2
88:8 89:2
92:21 93:18
95:22 99:15
234:2
**bring** 31:3
76:16 85:23
133:8 150:4
**bringing** 16:8
**brings** 81:19
**broke** 104:6
188:9
**brought** 57:15
**brown** 133:6
**brownish**
110:20 114:24
115:13
**brucite** 168:8
248:9,9,14,14

248:15
**brucite's**
168:10
**brunswick** 1:13
**building**
146:22 148:14
**bulb** 57:10
82:12 232:3
234:18
**bulk** 164:7
196:16 197:19
198:5
**bundle** 47:24
72:6 117:1
143:5,7 147:9
193:17 196:5
199:13 222:19
225:14 226:18
227:4,5 235:15
236:5
**bundles** 23:22
77:17 101:23
158:5 172:13
176:7 195:22
216:24
**buy** 186:24,25
187:1,5,7

**c**

**c** 1:18 2:1,12
217:13
**calculate**
134:12 140:4
140:22 142:24
**calculated**
139:23 140:11

[calculated - case]                                                    Page 12

| | | | |
|---|---|---|---|
| 147:18 221:20 | **calidria** 5:22 | **call** 7:4 10:20 | 81:11 99:21 |
| 244:12 | 36:9,11,19 | 17:2,8,20 29:1 | 104:20 105:16 |
| **calculating** | 156:11,20,25 | 35:13 47:22 | 105:18 111:5 |
| 147:21 187:11 | 157:18,23 | 50:13 53:23 | 111:14,16,17 |
| 229:6 241:17 | 158:13,25 | 54:21 57:22 | 112:2 113:20 |
| 242:8 246:7 | 159:2,22 160:3 | 60:14 63:2 | 115:2,3,20 |
| **calculation** | 161:13,19,21 | 64:5 68:20 | 116:5 119:5 |
| 5:21 13:7 | 162:5,10,22 | 69:13,21 73:1 | 121:24,25 |
| 55:17,18 78:15 | 163:3,5,11,16 | 81:4 82:21 | 122:2 123:1,2 |
| 82:18 101:8,13 | 163:21 164:11 | 83:2 86:16 | 129:19,24 |
| 104:8 105:3 | 164:19,25 | 90:3 95:15 | 130:17 131:9 |
| 109:13 114:18 | 165:23 166:5 | 102:16,18 | 132:2,3 151:8 |
| 114:19,21 | 166:22 167:10 | 103:20,21 | 151:20 163:5 |
| 115:1 119:9 | 167:14,24 | 109:16 113:7 | 164:1 166:18 |
| 121:11 122:24 | 168:4,5,21 | 117:11,12 | 170:3 171:19 |
| 123:6,9,18,25 | 169:2,4,6,7,10 | 118:8 133:17 | **calls** 106:20 |
| 127:8,21 128:3 | 169:11 170:4,4 | 133:20 140:23 | **canada** 46:22 |
| 128:5,22,25 | 170:8,10 171:6 | 146:15,16 | 159:19,24 |
| 129:1 133:24 | 171:13,18,20 | 147:7 148:22 | 172:19 180:5 |
| 134:13 137:3 | 172:8,9 173:9 | 148:23 163:6 | 199:11 |
| 138:20 139:10 | 173:14,22 | 169:18 178:4,5 | **candy** 159:25 |
| 145:10 146:4 | 186:18 206:17 | 178:21 179:14 | **carbide** 27:15 |
| 146:12,17 | 206:20 207:15 | 181:20 200:12 | 35:13 200:12 |
| 220:13 222:9 | 208:2,17 | 206:5 224:15 | 206:23 214:15 |
| 223:12 227:7 | 209:19 212:13 | 232:21 | **carbide's** |
| 235:24 245:13 | 216:1 217:2,7 | **called** 11:9 12:8 | 156:24 187:7 |
| 247:17 | 219:18 247:17 | 67:1 101:5 | 206:17 214:5 |
| **calculations** | 247:23 | 109:1,3 161:19 | **carbon** 181:12 |
| 151:9 153:7,9 | **california** | 182:14,16 | **care** 232:24 |
| 154:4 220:3 | 159:8 160:11 | 194:6,7 217:14 | **careful** 64:19 |
| 227:17,19 | 160:17 201:12 | 232:15 243:4 | **carefully** 26:19 |
| 234:5 247:14 | 201:13 207:15 | **calling** 11:6 | **carolina** 176:13 |
| **calibration** | 217:13,19 | 13:14,19 46:15 | **case** 7:11 8:7 |
| 221:2 | 219:13,17 | 52:3 60:12,17 | 29:22 30:10 |
| | 223:4 247:15 | 64:7 70:2 72:4 | 65:17 129:5 |

[case - choices]

137:16 185:19
186:17 187:9
205:7 219:1,14
238:11
**cases**  8:21
31:12,15,21,24
215:18
**cashmere**  33:13
**casting**  80:4
**cause**  16:2
29:19 45:12
56:23 62:24
68:5,18 142:1
143:5 145:18
161:6 183:12
183:15 193:16
194:4 196:6,21
206:7 211:2
219:15 221:3
248:10
**causing**  70:23
131:20 193:5
236:7
**ccr**  1:21 250:16
**cdsd**  216:7
**center**  2:12
87:11 185:23
206:11
**centigrade**
203:21,25
**centimeter**
184:11
**central**  127:23
216:7,8,13
232:21

**centrally**
216:10
**certain**  75:25
129:16 191:7,8
200:8 208:21
**certainly**  95:18
171:9
**certificate**
197:22 250:1
250:16,17
**certify**  250:3,8
**cetera**  40:25
43:23 67:2
68:3 122:20
147:7,9 176:21
187:3 201:10
**chance**  96:4
224:6
**change**  21:6
35:1 71:18,19
71:20 75:15,18
80:12,13,14
82:11 89:12
100:9 101:25
102:7,8,8
103:4 105:16
105:20 106:20
107:6 108:2
129:7 133:15
133:18 137:8
137:18 143:7
154:13 189:3
189:13 193:8
202:9 205:25
206:10 221:5

221:17 233:16
233:17 235:7
**changed**  7:1
20:13 21:4
36:5,5,10,15
80:18 82:6
89:2 106:5
179:12,15,16
202:11 205:12
205:16
**changes**  34:25
71:22 188:13
189:16
**changing**  75:8
76:1,3,7 81:24
100:13 106:12
189:1 192:23
206:6
**characteristics**
27:15 36:13
168:12 171:24
173:25 207:22
**characterizati...**
61:23 121:9
168:21
**characterize**
65:21
**characterized**
62:6 204:16
**characterizing**
64:1,19 70:17
70:18 106:10
**charge**  184:14
**chart**  4:3 5:18
28:20 29:7,21

33:11 77:21
108:6,7 114:7
116:4 133:9
137:20 147:8
151:3 153:2,8
191:17 196:11
196:11,12
202:2 203:1,1
203:8,19 204:2
241:9
**charts**  37:19
115:6 122:4
142:22 143:3
143:22 145:11
146:1,18 147:1
147:2 183:9
191:18 199:20
**check**  118:17
241:5
**chemical**
168:12
**chemically**
202:4
**chemistry**  12:2
42:7 186:24
**cherry**  93:16
96:4
**china**  62:15
87:25 225:24
**chinese**  61:14
61:24 62:12,13
79:5
**choice**  41:21
**choices**  181:3

[choose - claim]                                                    Page 14

| | | | |
|---|---|---|---|
| **choose** 42:11 | 60:10,12,17 | 161:3,6 163:6 | 216:18 217:7,8 |
| 67:15 149:13 | 61:3 62:21 | 163:10,15,19 | 217:10,24,25 |
| 150:9,15 | 65:10 67:9,22 | 164:21 165:17 | 218:3 219:13 |
| **choosing** 23:3 | 69:25 70:2,19 | 165:22 166:6 | 222:13,19 |
| **chose** 20:22 | 71:14 72:4 | 166:11,18,21 | 223:4,8,21 |
| 21:1,9 38:16 | 81:11 83:10 | 166:21,22 | 224:7,10,19,23 |
| **chrysotile** 4:6 | 86:17 89:20 | 168:13 171:14 | 225:6,13 |
| 7:18,20 8:8 | 91:2,17,21 | 171:19,20 | 226:12,18 |
| 10:1 11:6,7,8 | 92:16 93:3,6 | 172:4,7,12,19 | 227:10 228:2 |
| 11:14,15 12:1 | 93:12 96:6,6 | 173:24 174:2 | 228:25 229:8 |
| 12:22,25 13:14 | 99:9 100:25 | 174:21 175:13 | 231:6,7,25 |
| 13:15,19 16:16 | 101:21,23 | 177:16 180:5 | 233:21,24,25 |
| 16:18,24 17:16 | 104:11 109:1,5 | 182:2,19 | 234:7,10 235:1 |
| 18:6 19:3,7,15 | 109:17,25 | 183:24 184:8,9 | 235:4,15 236:1 |
| 20:2 22:3,8,13 | 111:18 112:2,8 | 184:10,14,17 | 236:3,5,8,14 |
| 22:14,16 23:4 | 112:14 113:23 | 184:22,24 | 237:19 238:5 |
| 23:7,21,21 | 114:5,8 116:6 | 185:17 186:5 | 238:13,19,25 |
| 24:7,15,20,25 | 116:15 117:24 | 186:13,18 | 239:1 241:12 |
| 25:11,21,24 | 118:8 119:1,13 | 187:1,1,7 | 242:3,13 243:1 |
| 26:4,5,18,25 | 121:19 123:17 | 189:5 193:9 | 243:11,12 |
| 27:15,21 28:6 | 123:22 124:3,8 | 195:15,23 | 244:7 245:2,3 |
| 28:10 29:6,12 | 124:11,18 | 197:3,6 199:5 | 245:10 247:15 |
| 32:25 33:24 | 125:7 129:12 | 199:10,12 | 247:21 |
| 34:17 35:7,10 | 129:17,19,24 | 200:16 201:20 | **chrysotiles** |
| 35:20 36:14,19 | 130:17 131:5 | 201:22 202:4,8 | 204:15 |
| 37:5,11,15,23 | 131:18,22 | 202:19 203:2 | **circle** 112:4 |
| 38:23 40:15,16 | 134:2 146:3,4 | 203:16,22 | **circled** 116:9 |
| 41:2,10 42:3,6 | 151:4,7,10,11 | 204:2,8,10,17 | 117:8 |
| 42:13,24 44:6 | 151:16 154:7 | 204:20 205:18 | **circumstances** |
| 45:4 46:14,19 | 155:22 156:5,9 | 206:16,22 | 128:6 134:12 |
| 47:24 50:13 | 156:17 159:3 | 207:4,6,15,21 | **cited** 168:16,17 |
| 52:3,3,16,19,21 | 159:12,13,18 | 207:23 208:6 | **claim** 35:9 |
| 54:5,21,23 | 159:19,23 | 213:6,15,20,20 | 69:25 83:18 |
| 55:10 57:24 | 160:4,10,11,12 | 213:21 214:5 | 93:2,12 128:7 |
| 58:13 59:2,24 | 160:15,22 | 214:15 216:15 | 163:8,10 |

**claimed** 44:6
101:9
**claiming** 16:17
33:24 42:23
56:7 70:19
92:16 93:6
109:4 113:21
117:23 118:21
129:10 156:16
161:15 163:15
**clark** 1:4,5 6:4
6:4,10
**class** 43:11,14
43:15 97:5
**classes** 43:8,24
**classic** 58:14
99:1 100:1
126:9,12,13,20
127:4,13
165:17 166:6
**clay** 211:17,21
211:22,24
212:1,19,23
214:1 215:3
247:19
**clean** 32:10
**cleaner** 33:19
**clear** 8:14 17:9
69:6 70:1 80:1
80:7 123:15
138:3 154:3
183:21 194:22
206:19 207:14
208:3 217:1,5
230:21 239:2

**clipped** 58:19
**close** 62:24,25
72:11 93:21
95:3 100:3
104:4 115:15
127:7 132:4
163:24 166:5
167:1 184:10
196:7 197:13
199:25 215:5
239:18 243:10
244:21 245:20
248:5
**closely** 195:23
**closer** 54:15
55:3,6 95:4
97:16 124:6,6
154:8 199:17
233:20
**clubman**
215:22
**clue** 69:1 70:12
**coalinga**
201:12 218:1
219:17
**collapse** 125:5
**color** 12:11,12
12:14 45:15
48:7,11,15
52:8 53:17,19
53:20 54:10,11
54:11,24 55:4
55:5,5,5,7,7,20
56:10,17,20
61:6 62:24

63:7 66:18,25
67:3,18,23
69:11 70:6,18
71:14,20 72:3
74:24 75:14,19
75:19 77:20,20
77:21 86:15
87:15 88:13
92:21,23 100:1
100:10,14,24
101:9,10 103:4
103:5,16,18,21
104:20 106:13
106:20 107:15
108:2,9,19
109:3,9 110:3
110:18 111:4
111:13,16,16
112:4,7,9,17
113:9 114:7,24
115:12,17,20
116:1,4,9,18
118:23 119:6
121:25 122:3
122:12 126:2
127:9 128:7,13
128:24 129:10
129:19 130:18
130:20,20
131:10,24
133:9,17
141:25 149:8,9
149:10,12
150:6 154:5
163:22 165:2,8

165:12 172:14
173:3 186:12
187:16,22
189:12,15
190:7,13 191:1
191:4 197:8
199:20 209:8
211:9 213:12
215:10 219:11
220:10,14
221:16 223:2
226:4 232:2
**colorado** 5:15
27:12 40:22
41:3 182:9,17
184:3
**coloration**
117:17
**colored** 56:21
209:23
**colors** 12:24
46:13,14 47:3
51:23 54:15,17
55:15 64:13
67:5 70:13
75:11 79:16
81:16,16 82:17
87:5 90:6 99:1
108:10,20
109:16 113:20
114:1 115:5
121:9 122:6,18
125:5 126:10
126:12,13
127:4,13

[colors - consistent]                                                Page 16

131:14 134:7
149:8 150:6,19
163:1,16 173:4
173:5,7,8,9,10
191:15 195:16
195:23 197:10
209:9 210:8
227:3 236:21
**column**  181:10
**combination**
46:7 220:14
**come**  30:12
35:17 39:4,11
40:20 84:13
96:2 123:18
124:7 136:4
141:16 202:5
203:18 204:19
205:22 209:10
228:11
**comes**  122:7
159:8 181:9
189:2,4 192:1
201:20 207:23
229:14
**comfortable**
44:22
**coming**  15:7
59:22 178:14
184:19 189:7,9
190:9,16,18
192:12,24
216:9 217:25
232:18 237:24
239:16

**commence**  6:5
**comment**  97:8
**commercial**
178:16
**commit**  124:20
**common**  8:20
136:19
**companies**
218:19
**company**  15:2
**compare**  20:9
31:16 68:4
71:1 80:20
124:12 139:10
139:14 150:20
153:14,16
154:20 167:14
170:16 186:16
190:25 207:9
214:10 230:11
245:9
**compared**
126:19 130:6
131:16 188:2
194:19 223:4
227:14 238:3
**compares**
218:3
**comparing**
35:20 38:22
79:11,22 96:5
113:19 133:13
155:6 166:13
208:9

**comparison**
37:16 79:9,10
123:21 226:5
**compensate**
56:23
**complaints**
8:16
**completely**
90:21 96:8
129:25 139:3
145:6 146:8
159:18 189:11
212:24
**complicated**
188:23
**computer**
68:16 100:4
**concentrate**
181:4
**concentrating**
182:7
**concentration**
34:4,10,14,16
34:20 35:8,11
35:21,25 36:7
37:8,14,22
38:1,2,9,13,14
38:17,24 39:17
39:19 41:6,9
41:11 180:15
180:18,20
181:22,25
185:3
**concentrations**
25:16 26:6

208:20
**concept**  45:21
50:22 68:19
188:25 191:1
**concern**  7:10
**concert**  39:4
**concluded**
31:16
**conclusion**
121:19 244:9
**conditions**
90:20 96:7
124:13 225:15
233:8
**conference**
85:1,6 86:2
**confirm**  12:3
216:2 220:15
229:7
**confirmed**
198:11
**confirming**
198:14
**confused**  239:9
248:10
**considered**
18:9 109:12
159:13
**considering**
48:22
**consistent**
223:8 226:11
227:9 247:13
247:22

**construction** 21:10,11,20
197:21
**consult** 111:10
**consultants**
177:13
**contain** 175:19
**contained**
162:8 168:5
**container**
201:9
**content** 235:4
**context** 126:3
151:1
**contrary** 242:4
**contrast** 181:17
**controlled**
90:14
**convert** 48:24
**converting**
48:16
**copied** 117:3
**copier** 215:9
**copies** 99:13
**copy** 10:14
29:1 45:24
46:3 57:17
59:11 66:1,2,3
**corner** 132:15
240:14
**corp** 201:14
**correct** 12:13
14:10 15:1,5
17:13 18:6,7
18:21 19:4,5
19:17,24 21:4

22:3,4 24:9,16
24:18 25:4,7,8
25:13,25 26:1
28:13 31:19,25
32:14 33:25
34:2 37:25
38:12 42:8,9
42:14 43:1,5,6
43:13 44:9,20
47:6 48:8
50:15 51:5,12
51:20,21 52:6
54:3,18 55:2,9
55:12,21 56:12
56:18,21 58:5
58:6 60:18,19
62:6,12 63:21
64:25 67:12
68:10,12 69:2
69:10 70:4,8
76:12 77:20
78:9,16 79:1
80:6,19 81:8
81:13 83:10,11
83:13,19 84:8
84:16,22 85:4
87:13 88:21,22
91:12 92:10,18
93:13 97:3
99:5,23 100:2
100:12 102:3
103:2,7 106:21
109:9 110:20
110:21 111:1

112:9,22
113:13,14
116:7 118:11
118:14 124:22
127:6,15
128:17,22,23
129:4 132:5,24
133:13,14,19
134:10 138:11
140:20 141:9
141:13 142:4
142:14 143:12
144:12,13,14
151:1 153:5
158:21,22
159:5,16
161:23 162:12
163:22 166:24
167:22 170:14
170:15,25
179:10,11
180:24 182:10
183:1,2 185:17
186:9 190:3
193:24 194:25
198:12 199:3,6
204:13 206:17
206:18 208:13
211:11,12
212:4,22
215:24 217:20
218:10,11,20
218:21,22
220:1,2,4,17
221:21,22

222:1 223:13
224:13 228:3
229:1 233:5,6
233:10 237:13
237:14 238:6
239:24 240:1
240:23,24
241:14,15
244:15
**corrected** 75:5
**correctly** 62:14
74:7 133:22
144:21
**correlated**
54:13
**correspond**
35:2
**corresponding**
112:9 119:10
149:11 165:11
**corresponds**
113:16 122:3
122:15 203:24
**cosmetic** 20:12
21:15 23:7,8
26:12,17 27:7
27:11,16 31:3
31:14,23 32:3
32:9 33:8,23
37:5 65:11
94:15 157:1
176:10,22
177:1,12 182:1
184:8 186:5
200:10 204:20

207:23 208:10
215:23 231:8
**cosmetics**
218:19 230:23
**cost** 66:19
67:11
**costs** 15:10
**cotton** 159:25
**counsel** 7:9
60:5 249:5
250:9,12
**country** 65:13
**county** 1:1,12
**couple** 10:12
41:3 105:23
126:24 205:16
215:16
**course** 10:13
13:17 21:22
25:1 50:4
71:14 84:11
117:25 141:23
146:24 154:4
172:5 185:10
206:25 207:8
240:2
**court** 1:1 6:1
6:11,18 7:8
8:10 9:2,7,13
9:24 11:1
28:23 36:23
40:1,4,9 46:4,7
59:14,21 61:16
61:21 62:5,8
66:5 72:17

76:17,20 77:2
83:7 85:12,20
94:10 98:12
119:21,25
120:2 121:2
125:11,14,15
146:23,25
147:15,24
148:2,8,24
149:21 174:4,7
174:14 217:1,4
229:17,19
230:6 239:2,8
239:12,15
247:2,8 248:17
248:21,23
249:1,4,8,10,13
**court's** 24:1
**courthouse**
1:12
**courtroom**
49:20
**cover** 211:1
**covered** 206:20
**cranked** 196:4
**crazy** 181:21
245:5
**created** 132:9
**creating** 114:14
114:15
**credit** 49:10
**creek** 199:16
**criteria** 15:18
246:14

**criticism** 82:14
105:21 140:9
238:4 242:1
**criticisms**
225:3
**criticized** 86:7
92:20
**criticizing**
92:23
**crocidolite**
168:13
**cross** 3:3 7:1
98:5 146:20
147:4 174:17
178:25 210:17
220:23 221:14
224:18 226:14
**crr** 1:21 250:16
**crystal** 12:2
42:7 114:11
153:10 189:2,4
189:5,8 190:21
190:23
**crystalline**
180:8 202:10
**crystals** 115:5
189:1,20
**csds** 66:18,25
67:5 216:12
**csm** 27:18
28:15,19
115:11 248:5
**cubed** 184:11
**current** 22:2
23:15 30:1

**currently** 30:15
30:18 35:9
**curve** 35:16
**cut** 90:16
**cx** 69:14 90:3
**cx00024** 28:21

**d**

**d** 2:8 4:3,4,5,6
4:8,12,14,15,17
4:18,19,24,25
28:24,25 45:25
46:7 57:7,16
59:8,17,21,22
65:22 72:15
80:22 82:19
90:24 91:3
110:10,12
142:8 144:16
148:19
**dallas** 2:4
**dark** 52:23
55:5 58:14
65:21 70:17
88:19 90:6
99:19,21 106:8
114:23 123:2,4
133:6,13 147:6
166:5 223:25
**darker** 52:20
63:2,2,25 64:3
78:7 87:4,9,10
100:17 125:4
**data** 51:19 92:2
97:19 103:3
110:22,24

111:3 162:8
207:10
**date** 1:14 250:6
**dated** 59:24
225:19
**dates** 93:21
95:3,4,5
158:10
**daughter** 84:14
**day** 9:22 13:17
17:11 33:18
34:9 44:1
152:5 157:4,9
239:9
**daylight** 67:4
**days** 20:5
**dead** 73:22
74:8
**deal** 103:10
**dealing** 135:16
153:2 200:7
210:23 226:15
**dean** 2:2
**debate** 44:15
117:4 231:3
**debris** 180:21
**decided** 20:9
140:14
**decision** 87:25
**declaration**
4:18 5:5 90:24
238:10 239:21
**deep** 102:4
**deeper** 111:18

**deer** 135:7
137:21 151:16
153:10
**defendant** 2:14
**defendants**
1:10 6:12 7:16
7:25 215:17,21
**defense** 7:7
45:24 83:24
202:24 229:11
229:13 237:17
241:10
**define** 152:23
207:7
**defined** 141:10
142:8 143:11
148:2 246:22
**defines** 141:5
142:6 144:17
**definitely**
117:22
**definition**
141:3 142:16
143:23 144:16
146:7 151:25
152:21 187:25
245:25,25
246:5
**degree** 96:11
210:6
**degrees** 194:24
203:21,23,25
248:12
**demonstrate**
12:21

**demonstrates**
130:15
**demonstrative**
192:18
**density** 16:24
19:12,20 20:10
20:20 27:12
32:20 35:1,1
37:10 39:5
40:13,21 143:4
143:5 182:14
184:7,9,9
**denying** 108:21
108:22
**depend** 191:15
**depending** 47:4
201:20 202:5
203:18
**depends** 76:3
154:5 207:7
**deposit** 159:9
**deposition**
26:22 28:1
118:13
**depot** 232:10
**depth** 29:2 31:6
148:6
**derell** 2:16
76:25
**described** 80:4
**description** 4:2
5:2
**designed** 20:6,6
114:11 196:15

**detail** 56:5
152:22 179:7
**detailed** 12:2
42:6
**details** 18:18
**detect** 25:24
37:15 197:16
233:15,15
**detecting** 200:1
**detection** 24:20
25:15 26:3,13
28:17 30:8
34:12
**determination**
4:8 66:11
**determine**
21:14 48:6
78:12 135:10
147:11 187:18
205:9 206:4
210:10 220:4
**determining**
4:20 149:2
197:20 204:2
238:18
**develop** 98:2
**developed**
16:23 38:14
49:6 189:24
**device** 216:9
**dial** 114:2
**diaphragms**
232:20
**difference**
54:13 79:3,16

[difference - distinguish]                                           Page 20

97:17 144:18
145:1,21,21
152:24 153:5
153:19,22,23
154:22,24
155:1,8,14
165:22 180:4
181:17 224:11
230:8 238:12
245:21
**differences**
45:3 98:6
**different** 8:4
11:20 16:7
17:22 18:4
19:12 22:21
34:19,22 38:10
41:23 47:4,8
51:14,18 58:19
61:10 64:19
65:11 67:2
71:4 72:13
75:3,10,14
78:1,6 79:10
85:21 87:5
90:21 93:14,17
93:23,23,25
95:7,7 96:8
103:9 108:7
122:6,19 123:7
123:10,11,12
129:3,21,25
133:12 134:16
137:22 143:10
146:8 147:11

155:19 158:4
159:19,20
166:15 169:11
172:20 173:4,5
173:14 175:4
176:11 180:3
184:15 187:6
188:8,15
189:12,19,20
189:20 190:2
192:1,25 193:3
193:6 195:8,16
195:17 200:15
200:16 201:21
202:4,18,20
203:2,16,17
205:21 209:9
212:24 213:13
222:17,22,23
227:3 228:15
228:16 229:19
229:21 231:13
231:14,14
232:5,9 233:10
234:13 235:9
237:4,22,23
238:13 239:22
241:3
**differentiate**
183:22 225:6
234:6 238:20
239:5
**differentiating**
67:16

**differently**
237:4
**digital** 215:14
**dilute** 181:6,20
181:21
**dilution** 17:2
24:19 25:17
181:20,24
**dimension**
42:16
**dimmer** 190:14
190:14,17
**dinner** 53:4
**direct** 3:3 6:25
9:18
**directed** 39:24
**direction** 53:11
75:24 106:22
130:5,13 131:3
178:11 192:20
192:22
**directions**
129:16 192:15
**director** 182:17
**disagree** 8:20
12:25 13:3,9
13:13 17:7
88:2 139:25
231:4
**disagreeing**
95:10
**disagreement**
122:8
**disagreements**
10:21 12:19

**discrepancy**
228:18
**discuss** 13:6
14:1 51:1 77:7
139:22 147:21
179:6 229:16
229:18
**discussed** 45:10
**discussing**
13:16 14:2
60:7 79:18
**discussion** 98:8
241:16
**disperse** 70:23
**dispersion** 4:10
4:22 11:9 12:8
43:10 44:23
45:6 49:8
53:10 66:13
70:24 72:2
90:12 91:16
92:5 119:8
127:5,14 149:4
173:1 216:8,13
**displayed**
149:9
**dispute** 84:20
114:16
**disputing**
122:15 148:13
**distance** 54:10
132:2,10,23
**distinction** 67:8
**distinguish**
217:10 228:24

[distinguish - easily]                                                    Page 21

235:25 238:15
**distorts** 215:12
**division** 1:1
**dobs** 29:8,22
**docket** 1:2 6:5
**doctoral** 96:18
**document** 4:5
  5:16 57:21
  66:10 73:1
  142:8 149:23
  182:2 184:3,5
  186:11 241:11
  244:25 245:15
**documents**
  16:22 177:7,9
  177:11 185:9
**doing** 9:21,22
  12:8 19:5 25:2
  25:6 30:15,18
  32:16 37:16
  49:16 51:7
  72:23 85:24
  91:22 92:4,7
  100:4 105:10
  106:3 110:19
  116:22,23
  135:11 139:5
  143:11 144:7
  147:23 151:22
  153:7 155:18
  155:19,23
  156:15 160:22
  160:24 163:14
  176:22 179:18
  192:2 198:1

208:22,24
231:2,20 234:1
235:24 241:23
244:19
**dollars** 14:7
**dose** 8:6
**double** 109:21
  144:19 182:14
**doubt** 15:25
  133:16 209:25
  210:1
**dozen** 96:25
**dr** 4:11,14,17
  4:18,23 5:4,18
  5:19 6:22 7:5
  7:15,17 8:1,14
  9:3,19 11:13
  26:22 49:4,11
  49:19 50:1,2,3
  50:4,11 64:21
  65:13,16 66:13
  72:14 73:5
  78:22 82:15,20
  83:6,6,14,18,24
  83:25 84:5,12
  84:20,25 86:1
  86:3,4,7 87:14
  87:19 92:20
  94:13 95:13
  96:11,14,24
  98:17 104:10
  105:21,23
  106:1,4 116:23
  119:22 148:17
  149:2 151:22

167:16 168:6
168:21 170:18
170:21,23
171:10 196:14
200:24 201:1
202:24 204:6
204:14,14
205:6 206:12
215:20 216:5
249:6
**draw** 244:8
**drawn** 46:1
**drilling** 161:21
**drives** 121:10
**droplets** 193:5
**dropped** 65:15
**ds** 149:9,10,12
**dubin** 2:8 3:8
  6:16 7:12,13
  9:15,18,21
  10:24 11:2,3
  12:16 28:25
  29:3 39:23
  40:3,6,10 46:2
  46:6,9,11 57:9
  59:19,22,25
  60:1,3 61:25
  62:2,4,9,10
  66:8 72:21
  76:18 77:2,4,9
  82:24,25 83:1
  85:13,18,25
  98:10,14
  110:12,13
  119:18 121:3

125:16,17
146:24 147:19
148:1,4,10,11
149:1,6 152:9
152:11 161:24
162:1 188:24
192:17 219:1
229:15,18,23
230:1 237:13
244:12 245:5
**due** 144:19
  237:25
**dull** 226:9
**dustin** 1:5 6:4
**dx** 72:15

  **e**

**e** 1:17,17,23 2:1
  2:1 4:1 5:1 6:4
  121:1,1
**eagles** 118:13
**earlier** 79:8
  106:18 156:22
  174:8 182:25
  192:8 193:14
**early** 2:17
  49:11 77:1
  89:21 91:7
  197:24
**easier** 110:16
  137:10 139:11
  139:14 188:25
**easiest** 124:23
  248:9
**easily** 238:14

**eastern** 76:24
120:6 174:13
249:15
**easy** 189:22
**edge** 52:12
115:16,25
116:11,20,22
117:1,2,18
118:2,7,8,22
119:5 130:19
130:24,25
132:15
**edges** 70:22,23
71:25 118:16
131:20
**education** 8:24
**edward** 3:5 9:9
**effect** 75:6
81:18 82:7
87:15,16 102:9
105:19 118:2
118:22 119:5
126:2
**effects** 118:7,9
**eight** 110:11
181:14 243:24
**either** 35:3 38:6
40:25 104:1
119:20 181:20
185:7
**electromagne...**
181:10
**electron** 17:25
19:22 175:3
181:9 198:4

246:16
**electronic**
191:20
**electrons** 181:9
181:11
**element** 11:22
**elements**
238:15
**eliminate**
223:14
**eliminates**
223:12
**eliminating**
124:7
**elmo** 61:10
**elongated**
51:17 52:9,15
100:19 126:10
126:20
**elongation**
206:5 210:5,9
220:23 221:12
234:23 248:11
**embodies** 8:3
**employee** 250:9
250:11
**employees**
176:16
**employing**
187:11
**ended** 207:16
**ends** 150:20
210:16,25
221:13 237:18

**engaging** 95:14
**engineering**
43:22
**english** 2:11
6:15
**entire** 28:9
61:22 118:24
178:24 188:19
**entities** 6:15
**entitled** 7:15
83:9 168:12
**environmental**
135:6 137:19
168:15 243:2
**eons** 179:12
**epa** 4:24 5:14
39:10 150:24
150:24 151:10
151:25 152:10
153:9 177:25
198:16 203:7
222:7 227:12
241:10 243:2
244:9 245:14
247:8,9
**equals** 77:14
128:15 135:3
**equation** 51:14
81:1,15 141:7
142:6 143:17
166:2
**equipment**
179:17
**equivalent**
111:14

**errors** 221:2
**especially**
49:16 115:24
124:3 179:24
**esq** 2:2,8,9,12
2:16 76:25
**essentially**
29:12 54:9
95:13 161:20
195:2 199:11
205:1 214:25
227:23
**established**
8:23
**establishes**
222:11
**estimate**
208:22
**estimating**
239:19
**et** 1:8,9 6:5
40:25 43:23
67:2 68:3
122:19 147:6,8
176:20 187:2
201:10
**evaluate**
210:21 220:24
221:9
**evaluated**
65:14 191:3
**evaluating**
182:22 183:4
191:1

**evaluations**
  96:21
**eventually**   13:4
  38:20 42:17
  45:8 114:18
  208:9
**everybody**
  51:24 59:1
  167:5 178:11
**evidence**   8:18
  13:14 84:3
  89:4,12,14,18
  94:7 98:2
  110:9
**evidentiary**
  10:19
**exact**   70:6
  93:22 107:9
  129:19 130:25
  135:24 151:17
  164:12 173:6
  236:18 241:2
**exactly**   115:6
  131:1 137:25
  206:1 233:8,16
**exam**   158:12
**examination**
  3:7 9:18
  174:17
**examine**
  180:23
**examined**
  29:13 36:19
**example**   37:9
  37:20,21 45:23

52:19 54:20
57:6,18 59:17
60:16 68:21
69:13 70:9
75:19 77:25
78:1,10 79:14
81:9 87:11
88:10 99:17,18
100:15,16
102:19 111:9
111:25 114:6
114:17 118:21
121:20 123:6
126:17,25
129:11 133:7
134:4 139:14
141:16 144:8
144:22 149:12
150:6 152:12
153:8 154:11
162:14,14
166:3,14,20
168:8 170:3
178:3 192:8
204:7 211:3,10
218:13 226:21
234:12,13,22
240:12 242:14
246:11
**examples**   78:18
167:14 218:24
220:20 224:8
236:9 243:19
246:4

**except**   34:12
  41:3 89:2
  160:8 196:23
**excerpt**   4:12
  69:19
**exclude**   7:17
  8:1 19:15
**excuse**   17:1
  71:8 75:7
  91:23 92:9
  105:7 143:4
  164:16 167:9
  193:13 195:9
  201:16 211:7
  227:14 242:15
**excused**   249:9
**exhibit**   28:21
  36:25 59:7
  61:19,23 69:14
  80:22 110:5,6
  140:24 148:19
  152:9 161:25
  182:24 184:2
  200:19 202:25
  202:25 204:5
  206:15 209:17
  219:10 225:21
  229:13 233:2
  237:17 238:10
  241:10,10
  247:16
**exhibited**
  141:11 142:10
  143:12,25
  144:9

**exhibits**   10:16
  59:15
**exist**   185:24
**existed**   59:12
**expect**   65:12
  75:13 107:10
  123:24 127:4
**expected**
  141:22,23
  191:8,9
**experience**   8:24
  66:17 122:7
  191:18 192:1
**expert**   5:9
  15:18 65:5
  83:24 124:17
**experts**   8:19
  140:3,13
**explain**   10:3
  13:5 20:5
  22:24 40:5,7
  45:18 47:17
  50:12 56:4
  84:6 123:14
  148:6 153:12
**explained**
  135:21 136:6
**explaining**
  130:23
**explanation**
  94:17 161:10
**explanations**
  34:8
**explore**   134:11

**[exploring - find]**                                                      Page 24

exploring 36:6
exposure 8:2,5
expression
 144:18
extent 33:7,21
eyeball 170:5
eyes 69:3,4
 164:5 244:2

**f**

f 1:17,21 121:1
faced 238:4
fact 21:12,17
 29:4 30:1
 42:10,12 43:2
 60:24 67:14
 84:16 96:16
 123:7,8 155:17
 159:17 200:16
 228:12 243:17
failed 158:23
failing 88:4
fair 12:25 14:5
 15:9 21:7
 35:12 42:22
 44:17 64:6
 94:11 137:17
 175:5,6 180:16
 180:17,23
 183:23,24
 218:14 237:5,6
fairly 8:13
 39:14 42:1,11
 45:3 166:5
 207:3 219:19

fake 11:7 12:22
 201:4
fall 17:12
 240:10 241:13
falls 111:22
false 41:12
 201:4
familiar 17:24
 64:23 66:14
 168:11,16,18
 168:19 185:5
 243:12
families 17:11
family 6:10
 17:12,13,16
famous 91:11
 192:14
fancy 182:18
far 12:16 21:12
 41:18 83:23
 114:7 131:24
 175:18 185:14
 192:4 202:3
 235:10
farther 54:16
 55:4
farthest 145:3
 145:4
fashion 31:7
fda 16:15 24:6
 24:13,24 25:22
 29:5 39:11
 135:8 244:25
fda's 25:12

february 69:20
 94:20
federal 150:25
 168:22
feel 44:22
feeling 40:16
 184:6
feels 246:23
fell 219:17
fiber 51:16
 53:24,25 57:25
 72:5 117:1
 131:1 141:11
 142:10 143:12
 143:25 194:15
 207:5 221:3
 236:3
fibers 4:21
 22:22 23:22
 24:21 52:10
 72:6 116:12
 117:1 118:8
 149:3 181:15
 181:16
fibrils 221:13
 226:14 227:6
 228:13 236:5
fibrous 52:10
 71:11,23 72:3
 72:8 91:20,23
 155:25 156:2
 168:13 190:2
 210:18 212:1,4
 212:9 223:22
 224:10 238:13

238:19,25
field 63:13
 180:22
figure 96:15
 103:5 104:9
 111:4 222:8
filed 7:14
files 182:3
filled 188:17
filling 28:20
film 181:13
filter 67:4
 178:13
filters 192:13
final 85:14
finalized
 182:13
financially
 250:12
find 16:18 19:6
 19:23 20:7
 22:8 25:7,17
 26:9 29:12
 32:2 33:3,12
 35:9 42:5,24
 44:6 92:16
 121:25 156:17
 157:25 158:15
 158:15,16
 159:19 161:15
 163:15 167:10
 176:5 185:23
 194:22 198:2
 204:19 208:9
 214:10 222:6

[find - found]                                                                Page 25

244:22
**finding**  11:8
  16:15 17:1
  19:3 24:6
  26:17,20 27:16
  30:20 35:7,25
  36:14 52:3
  65:10 66:23
  86:17 157:1
  160:7 167:11
  177:12 180:4
  202:12 203:9
  207:22 212:3,8
  228:6 241:24
**findings**  8:1,2,6
  25:12,22 29:5
  177:18 247:13
  247:20
**fine**  9:21,22
  26:23 62:3
  98:10 184:12
**finish**  28:19
  43:4 44:14
  183:16
**firm**  14:23,24
  14:24 29:8
**firms**  14:23
  15:4,15
**first**  6:21,25
  10:9 11:11,24
  14:20 16:12
  18:15 20:16,18
  26:8 27:19
  28:21 36:18,20
  36:22 38:20,21

42:1 45:6,12
47:16 48:3
55:25 58:1
59:10 60:7,12
69:25 72:13,24
73:13 83:17
86:14,18 89:23
101:16 109:23
110:8,15,17
121:9,20,22
127:20 141:6
143:1,21
146:18,19
147:4,7,8
154:6 157:22
158:7 161:11
163:4 167:15
170:2 174:25
197:20,22
198:24 208:3,7
219:7 238:14
242:14,15
**fish**  178:18
**five**  24:21
  29:17 33:13
  120:3 154:10
  158:2 196:17
  202:13 227:23
  246:22
**fivefold**  238:24
**fix**  201:25
**flat**  53:10,12,13
  53:13,14,16
**flexible**  210:17

**float**  35:3
**floor**  2:10
  198:7
**floppier**  53:4
**flour**  159:23
**flow**  121:5
**flower**  87:11
**flowers**  86:21
  86:24
**fluid**  193:16,20
  193:22 194:1
  197:1 233:14
  233:18 235:6
  236:20
**fluids**  179:13
  179:14 195:9
**focal**  74:22
**focus**  16:3
  20:16 33:18
  37:8 50:13,20
  58:1,23 97:2
  105:19 118:17
  143:10 171:11
  171:15
**focused**  28:3
**focusing**  35:20
  47:10 58:7
  119:7 147:20
  170:13
**fold**  154:10
**folks**  74:5,5
**follow**  179:8
  229:5 230:24
  246:10

**followed**  6:25
  10:6 186:7
  230:18
**following**  8:22
  25:22 45:19
  186:6
**follows**  8:14
  177:24
**force**  161:9
**foregoing**
  250:3
**forever**  213:22
**forget**  86:22
  172:16 187:8
  242:9
**forgot**  82:25
**form**  52:10
  53:3 160:10
**formation**
  159:14 212:24
**formed**  160:25
  173:23,24
  211:21
**formula**  50:25
  51:20 77:13
  121:18,21
  128:12
**forth**  141:1
  250:7
**fortunately**
  22:11
**forward**  26:21
**found**  20:10
  23:8 24:14,25
  26:24 27:21

32:8 33:10,12
37:18 86:20
113:22 160:10
160:12,16
173:10 177:13
177:16 182:3
198:14 203:23
204:20 211:10
216:2,3,14,14
218:3,24
219:13 222:18
223:1 226:5
228:7 230:12
240:8 247:21
**foundational**
182:6
**founded** 177:22
**four** 2:12 26:13
62:17 108:25
129:1,2 151:4
151:10 209:4
226:18 227:8
244:20
**fourth** 223:1
**fraction** 182:16
**fragile** 181:14
**framework**
246:6
**france** 147:3
**fraud** 124:21
125:10
**frequency** 80:9
**front** 65:24
162:5

**full** 9:7 10:14
88:8
**fun** 9:23
**functionally**
116:13
**fundamental**
97:25
**fundamentally**
77:24
**funding** 185:21
**further** 108:19
150:8 167:21
190:4 239:21
250:8
**furthest** 142:1
144:10 153:3,3
**future** 148:6

**g**

**g** 9:10
**gallery** 45:20
**gamma** 105:6,7
105:8 134:19
134:20 135:2,3
135:25 139:18
140:7 141:4,5
141:8,25
142:18 145:12
151:3,5 173:12
194:6,8,13,18
194:20 197:11
197:13 199:2
202:13 203:6
204:1,22,23
205:9 235:11
240:17,19

241:17 242:15
242:20,22
243:6,20
**gamma's**
142:12
**garde** 2:12 6:13
6:14 7:7,12
**gateway** 2:12
**gee** 89:13
**general** 17:11
18:17 55:24
70:11 126:10
128:5 130:22
**generally** 57:3
57:21 70:10,12
207:4
**generated**
100:4
**geologically**
224:12
**geologist**
212:25
**getting** 67:12
72:1 74:12
103:24 104:24
122:7 127:7
153:23 154:5
184:12 188:7
190:22 191:12
192:10 193:8
196:2,4,5
197:12 201:15
220:8 247:11
**giant** 172:13

**give** 29:1 49:10
52:12 66:5
104:17 110:22
110:24 111:3
111:10 129:3
130:24,25
137:22 146:11
153:21 197:3
210:20 231:16
236:21 246:4
**gives** 49:14
51:19 72:2
112:20 113:12
147:10 149:9
153:24 164:23
165:10,10
191:25 215:12
240:2
**giving** 75:10
97:12 115:19
153:22 157:4
162:16 210:8
**glass** 178:13
188:3,12
**gloves** 214:23
**go** 6:25 8:17
10:3 18:14,18
24:22 29:2,24
30:24 32:12,15
36:25 38:2
40:3 41:23
42:2 44:16
48:1,10,20
50:24 51:8,15
51:25 56:3

| | | | |
|---|---|---|---|
| 59:1,15 62:3 | 175:17 177:10 | 29:11,19 30:24 | 123:17 125:12 |
| 65:23 74:17 | 178:10 181:16 | 30:25 31:6,8 | 126:23 127:20 |
| 77:8,10,12 | 184:20 188:11 | 33:22 36:8,16 | 127:25 129:3 |
| 78:18 81:23 | 191:17 192:6 | 37:7 39:3,13 | 130:25 132:4 |
| 82:18 83:4 | 193:15 197:15 | 40:4 41:25 | 133:10,15 |
| 85:1 86:2,25 | 198:4 200:6 | 43:9 45:7,8,12 | 134:14 135:13 |
| 87:16 98:23 | 201:3,13 208:2 | 45:20,21,23 | 136:17 138:1 |
| 99:16 101:16 | 210:12 214:22 | 46:12 47:7,9 | 138:14 139:4 |
| 104:23 107:1 | 214:22 215:10 | 49:2 50:9,10 | 139:13,22,25 |
| 107:23 108:3 | 218:12 220:10 | 50:16,19,19,23 | 140:1,18,25,25 |
| 108:17 110:4,7 | 222:10 230:17 | 52:8 53:17 | 141:6,7,20 |
| 111:8,11,12,15 | 231:12,24 | 55:16,23,25 | 142:12,15 |
| 111:25 112:18 | 232:10,23,23 | 56:4,8 58:23 | 143:10 144:23 |
| 113:20 115:10 | 235:16,20 | 59:23 60:7 | 145:2 147:21 |
| 115:25 117:14 | 239:3 241:7 | 61:16 63:7 | 148:6,14 149:4 |
| 118:20 119:20 | 243:17 248:2 | 65:25 69:11,15 | 150:9 152:20 |
| 121:11 122:9 | **goes** 44:13 | 71:16,17,18,19 | 153:15,18 |
| 122:12 123:13 | 51:19 59:12 | 71:20 72:11,20 | 154:13,19 |
| 126:6,17 | 71:20 78:14 | 72:22,25 73:25 | 155:12 156:6 |
| 127:18,20,25 | 86:16 105:3 | 74:10 75:13,14 | 161:17 164:12 |
| 128:10,18,21 | 107:2,3 121:22 | 76:2,4,8,11,17 | 167:20 171:25 |
| 131:2 136:17 | 141:21 181:12 | 77:6,11 80:10 | 171:25 172:10 |
| 141:1,19,20 | 224:20 234:10 | 80:17,21,23 | 172:12 173:6 |
| 142:2,7 143:2 | 245:24 | 81:3 82:2,19 | 173:24 174:2 |
| 143:16,20 | **going** 7:21 8:13 | 85:10,13 88:3 | 175:16,17 |
| 144:15 145:25 | 9:25 10:1,2,9 | 89:16 91:15 | 178:6,11,25 |
| 146:7,23 147:8 | 10:12,12,14,15 | 94:2,10 96:1 | 179:3,6 180:10 |
| 147:10 151:3 | 10:18 11:4,12 | 98:12,18 100:7 | 182:5 183:19 |
| 151:16 153:13 | 11:20 12:6,18 | 102:9,23 | 184:20,21 |
| 154:3,20 158:1 | 12:20 13:5,13 | 104:10 105:17 | 188:1,2,6,11,12 |
| 160:21 162:13 | 13:15,25 14:3 | 108:5,25 | 188:20 189:1 |
| 162:20 163:25 | 14:13 16:3,3 | 109:23,24 | 190:6,7,15,17 |
| 164:18 165:6 | 16:11,12 17:9 | 115:1 119:16 | 190:18 193:16 |
| 165:16 166:19 | 17:16,23 22:7 | 121:11,17 | 193:22 201:25 |
| 170:5 171:4 | 27:25 28:20 | 122:5 123:12 | 204:11 210:24 |

**[going - heavier]**                                                    Page 28

211:6 214:18
214:20,20
216:11,20
219:1,3 222:10
229:15 230:7
231:15,16
233:2 241:6
245:2 248:17
249:2,11
**gold**  53:23,23
57:4,4 58:9,9
60:23 61:7,8
63:25 64:5,7,8
70:21 81:20
83:8 88:11
102:4 108:1
110:20 115:13
213:6 214:7
226:9
**golden**  56:15
67:1,10 74:24
78:2,11 79:23
79:23 80:5
90:6 106:8
107:7,8,11
133:6 216:16
216:22
**goldens**  107:19
**goldish**  53:19
53:20 64:3
80:7 104:24
133:6
**golds**  54:7
**good**  6:1,13
9:19,23,23

10:2 28:12
46:12 49:3
68:2 119:24
125:10 159:10
174:18,19
180:1,2 185:22
185:22 188:5
200:1 205:4
224:21 226:9
248:25 249:3
**gotten**  26:13
74:9 157:11
**government**
134:23 168:22
186:20
**grade**  206:25
**grades**  206:24
**gram**  176:8
**grams**  184:10
**great**  11:2 16:5
45:1 55:13,22
126:15
**greater**  233:13
235:17,19
236:13,19
**green**  20:17,19
22:14 23:2
68:25 69:9
134:9 156:16
193:1
**greenstone**
14:24
**ground**  9:5
202:22

**group**  27:6
136:3 176:11
198:20,21
**groups**  154:24
**grow**  224:13
**growing**  224:14
**grunerite**  187:2
**guangxi**  62:15
**guess**  15:19
33:15 45:24
51:8 53:4,5
57:7 63:9
65:23 90:1
97:16 110:5
119:3 123:4
144:16 158:1
**gunter**  83:14
83:24 84:17
168:6 212:15
215:16,17,20
215:25 216:5
**guy**  201:3
204:12
**guys**  100:4

**h**

**h**  4:1 5:1
**half**  71:5 96:6,6
139:8 224:9,9
224:9,10
236:11,12,15
236:15
**hand**  132:15
210:25 236:4
240:14

**handing**  69:16
82:22 90:23
148:20 152:6
**hands**  36:11
**handy**  28:22
49:18
**happen**  47:14
99:14 187:8
214:19
**happened**
41:18 83:16
**happening**
207:20
**happens**  68:23
171:3
**happy**  22:24
28:2 119:20
**hard**  50:5 66:1
66:1,3 115:23
117:4
**harder**  90:17
184:14
**hardest**  66:18
**hatfield**  157:15
**health**  168:15
198:19
**heard**  225:3
**hearing**  1:5
6:21 7:2,18,23
8:3,13 85:22
98:2
**hearings**  6:6,20
6:23 94:6
**heavier**  184:19

[heavily - identification]                                                    Page 29

**heavily** 50:14
**heavy** 16:24
  19:11,20 20:10
  20:20 27:12
  32:20 35:1
  37:10 39:5
  40:13,21 184:7
  186:7
**height** 143:5
**heights** 154:15
  154:22
**help** 15:12
  101:14 102:17
  199:24 220:4
**helped** 36:11
**helpful** 10:7
  73:19
**helps** 220:15
**henderson**
  228:4
**hereinbefore**
  250:6
**hesitate** 174:8
**hess** 44:19
  49:16 179:24
**hey** 50:2
**hi** 9:19
**hiding** 33:15,16
**high** 95:21
  104:15,16
  105:6,7 119:14
  134:25 135:1,2
  135:3,3 136:23
  136:23 137:24
  137:24 138:6

138:12,13,19
138:23,24
139:17,18
140:5,5,6
146:11,13,17
147:17 151:5,6
154:13,14
155:13,13,19
155:20 156:1
158:14 161:7
183:13,18
223:23 224:18
225:8 227:14
230:14 239:1
239:22 240:6
241:7,7,7
243:15 246:13
**higher** 54:17
  70:24 76:6
  93:5 123:22
  130:11 132:11
  141:21 190:13
  197:10,14
  200:11 204:9
  204:17 205:2
  207:13 209:11
  215:13 216:19
  222:5,7 227:23
  228:2 247:25
  247:25
**highest** 134:19
  134:19 135:24
  135:25 141:11
  141:14,18,25
  142:9,13,17

143:18 145:4
145:12 146:1,2
149:10 151:13
151:14 153:14
153:15,16,21
155:5,5 156:7
173:12 194:19
203:4,13 220:9
240:17,18,19
241:17 242:20
242:22 243:5,6
243:20
**highly** 96:13
**hire** 15:18
**hired** 14:18,22
  18:22 31:11,15
  31:21 140:14
  201:5
**historical** 31:3
**historically**
  18:8
**hit** 40:15
**holding** 230:5
**home** 232:10
**honor** 6:13,14
  7:13 9:6 10:24
  39:23 46:2,10
  72:19 76:19
  85:7 94:5
  97:23 98:10,11
  119:18 125:13
  125:16 147:19
  174:6,16
  239:11 249:7

**honorable** 1:18
**hope** 5:7 219:7
  222:16
**how's** 241:2
**howie** 135:7
  137:21 151:16
  153:10
**hue** 80:5,7
**huge** 200:8
**hum** 20:25
  202:23
**hundred** 12:17
  29:22 74:3,4
  158:6 181:2
  198:6
**hundreds**
  34:23 164:8
**hynes** 2:9 6:16
  110:11
**hypothetical**
  144:13
**hypothetically**
  124:17,17,19
  124:20

**i**

**i.e.** 149:10
**idea** 13:6 34:4
  64:18 86:7
  156:14
**identical** 37:3,4
  172:2,17
  201:22 202:4
  214:17,18
**identification**
  7:20 8:4 29:11

41:25 64:25
219:9
**identified**
163:9
**identify** 11:14
18:5 20:2
22:15 32:1
42:8 43:16
45:4,5 59:15
158:13 172:7
175:12 189:25
248:10
**identifying**
12:9 22:3 29:6
36:6 61:2
**idria** 159:9
217:16,19
**ignore** 28:14
72:15 234:4
**ii** 2:8
**illuminate**
90:11 99:24
126:4 133:8
**illuminated**
64:16 68:9
88:21 98:17
169:22
**illumination**
73:15 74:2,10
79:17 82:16
86:15 87:21
88:10,18 89:7
90:5,14 92:21
92:25 93:2,4
94:3 95:14,24

97:9 100:9,10
100:13,18
119:17 126:2
126:18 127:3
127:13 171:2
172:25
**illustrate**
193:19
**illustration**
134:4 195:13
**image** 46:18
47:11 49:4
57:19,24 58:20
59:3,10,12,23
60:6,11,12
61:9 62:24
63:12 64:6
68:8 69:2,6,15
69:21,24 70:13
70:14 71:3
72:13 73:3,12
74:14 78:22,23
79:18,22 80:12
80:21 81:2,6
86:23 87:3
88:10,21 90:2
90:5,6,11,12,25
91:1,1 92:12
92:12 93:4,5
93:10,11,19
99:19,24 100:8
100:16 108:21
109:23 110:5,7
110:14 117:21
119:7 126:18

127:11 129:24
150:3 167:15
167:24 170:17
170:18 171:2,7
172:24 210:4
210:20 213:25
214:24 221:16
226:3 228:16
229:14,20,21
236:24
**images** 4:7
10:16,17 45:9
59:6 62:20
69:8 71:2
74:25 78:11
79:24 82:14,16
86:8,8,12
87:21 89:9,17
95:14 98:17,19
98:20 99:13,15
101:17 102:5
102:20 107:6
126:4,5,7
162:7 166:13
166:14 169:21
170:17,23
232:1 237:5
**imaging** 74:2,7
87:15 118:2
**imagining**
104:7
**impact** 41:21
67:18 82:16
86:15 137:12

**impacted** 109:4
**impacts** 101:8
**implemented**
205:21
**implied** 35:6
**important**
14:17 25:15
77:7 98:22
169:1,5 192:5
**impossible**
203:22 208:22
246:14,16
**improving**
37:15
**impurity**
171:12
**inappropriate**
98:3
**inaudible** 61:14
167:20
**incandescent**
56:12 64:10
232:7
**inch** 154:24,25
155:1,6,7,13
**inches** 154:25
155:8
**include** 65:16
186:6,10,15
**included** 171:7
186:1 229:12
**including**
173:15 174:22
175:13,25
188:24 204:21

215:18,22
**inclusions**
  185:17
**increase**  215:11
  220:18 238:1
  238:24
**increasing**
  215:8 234:2,2
  235:4 237:25
**index**  3:1 47:1
  47:5,9,18 48:6
  48:24 51:1,2
  51:17 75:18,21
  76:1,6,7 77:22
  78:2,6,14
  80:14 81:24
  92:6 99:20
  103:6,15 105:2
  108:2 112:20
  114:22 115:19
  117:7 130:21
  141:5,11,18
  142:7,9,10
  143:12,25
  144:9,11,19
  162:15,22
  164:23 165:10
  167:18 187:17
  205:8
**indexes**  195:17
**indicate**  148:24
  191:5
**indicated**  6:20
  195:17

**indication**
  201:19
**indice**  188:16
  188:20 189:7
  193:13 194:19
  195:8 197:1,11
  209:21 215:13
  226:7 233:14
  233:18 235:6
  235:14 236:13
  236:20
**indices**  4:9,20
  54:14 66:12
  67:16 75:4,15
  75:16,25 87:5
  123:11 125:6
  136:10 137:23
  142:25 144:5
  145:1,13 149:3
  152:25 162:9
  163:14,23
  164:12 172:11
  172:21 173:19
  173:20 179:13
  180:4 187:22
  187:24 188:10
  189:17,21
  190:3 191:2,6
  196:3 197:4,14
  200:9,17 202:5
  203:17 204:3,8
  204:16 206:4
  206:16 209:4
  214:16 215:5
  216:18 219:21

220:14 223:3
  226:4 231:5,6
  238:12 248:1,2
**individual**  49:4
  136:12 147:3
  218:15 227:5
**individuals**
  35:14 154:23
  154:23
**indulge**  76:14
**industrial**
  94:14 176:1
**industry**
  161:21
**influenced**
  67:24
**information**
  42:7
**ingestion**
  168:14
**initial**  56:6,8
  185:1
**initially**  118:6
  199:24
**inner**  223:16,16
**input**  103:17
  104:8,11,19
  114:20 121:20
**inside**  244:13
**inspector**
  196:19
**institutes**
  168:15 198:19
  199:9

**instrument**
  24:24
**intending**
  10:10 144:7
**intense**  126:22
  127:16 190:19
  224:3 225:16
**intensity**  101:4
  124:4 126:14
  190:16,18
  213:9 220:19
  225:9,12
  237:22 238:1,2
**intentionally**
  175:25
**interested**
  250:12
**interesting**
  65:3 166:8
  176:17 215:7
  225:2
**interference**
  236:7
**intergrowth**
  223:17,18
  224:6 228:21
  233:4,24
  234:24
**intergrowths**
  231:25
**intermixing**
  133:1
**international**
  198:17

[introduce - kind]                                                Page 32

**introduce**
45:24 50:22
**introduces**
11:22
**introducing**
10:15
**invisible** 23:22
**involve** 187:11
**involved** 33:2
158:12 176:19
176:21,23
**involves** 180:14
187:16
**involving** 31:12
**iron** 202:8
**ish** 219:23
**iso** 4:4 40:17
41:1 45:25
46:19 52:22
54:23 109:12
112:20 113:2,3
113:9 140:17
140:19,21
142:6,20 146:9
148:15 153:20
164:20,22
165:9,12,21
177:25 183:1
185:25 186:6
187:16 197:15
204:1 245:25
247:21
**issue** 42:23
67:20 85:9
125:14 156:10

174:2 176:3
248:16
**issues** 7:10 8:4
24:3 67:11
174:3 176:17
**issuing** 16:17
**it'll** 52:12 57:7
101:14
**italy** 160:13,18
**items** 169:11

### j

**j&j** 5:11 28:3
30:20 31:12
41:12 88:12
247:13,20,21
**j.s.c.** 1:18
**jar** 173:22
**jeanine** 228:4
**jersey** 1:1,13
1:22 2:13
**jim** 105:23
106:4
**john** 2:12 6:14
**johns** 46:22
199:12
**johnson** 1:8,8
2:14,14 6:4,5
6:15,15 7:15
7:24,25 8:17
8:17 11:15,15
14:18,19 15:7
15:8 16:16,16
16:18,18,23,23
18:23,23 19:4
19:4,7,7 20:3,3

20:8,8 24:7,7
25:13,13,24,25
26:18,18,25,25
27:1,1 28:10
28:11 31:15,15
31:22,22,24,24
37:24,24 39:1
39:1,18,19
40:21 41:15,15
41:17,17 42:24
42:24 44:7,7
56:9,9 60:13
60:13,17,17
61:3,15,15,25
61:25 62:11,11
62:20,20 69:20
69:20 70:1,1
73:4,4 81:12
81:12 89:20,20
91:3,3 92:7,7
92:16,17 93:3
93:4,6,7,13,13
98:18,18
101:21,21
113:22,22
156:17,17
161:15,15
163:6,6,10,10
163:19,20
166:18,18,22
166:22,23,23
167:4,5,11,11
170:9,9 171:20
171:20 173:10
173:10,15

177:14,14,17
182:3,10,10
185:16,16
204:21,21
207:16 212:7,7
218:3,16
225:23
**johnson's** 7:16
40:21 61:3
173:15 174:22
177:17 182:3
207:16 218:4,9
218:16,24
225:23 230:22
**join** 9:3
**jose** 176:14
**judge** 6:2
**july** 14:21
**jumped** 160:17
160:20
**june** 14:21
**justify** 242:3

### k

**k** 6:4
**kayme** 1:4 6:3
**kazan** 14:23
**keep** 61:15
89:10 98:22
216:12 226:14
**kevin** 2:9 6:16
**key** 110:1
238:20 239:4
**kind** 13:25 26:3
31:17 49:8
61:13 63:15

[kind - late]                                                                                    Page 33

67:8 74:24
79:16 96:7
97:18 103:16
117:3 118:1
122:18 134:12
156:15 166:25
169:13 187:6
189:25 190:12
190:13 191:19
192:5,8 193:19
203:9 210:7
213:13 219:22
227:6 228:18
231:11 235:1
236:9 248:16
**kinds** 88:24
202:9
**king** 2:8 6:16
**klayman** 5:7
219:8 222:16
**knew** 35:14
84:9 86:3
138:22
**know** 9:15
10:18 12:1
15:13 18:16
23:11,24 24:5
24:14 26:2,3
28:17 33:14
35:4,8 36:4
40:12,25 42:5
43:21,22,25
49:17 50:8
52:15,18 58:22
60:4 61:11

62:25 63:6
66:10 67:23
68:23 73:23
74:16 84:6
95:19,21,23
96:12,16,17,20
104:5,13,25
107:7,20 115:4
115:24 116:21
117:1,13
118:10 119:12
119:13,18
121:17 122:7
122:13,20
124:9,12 125:9
127:9 129:5,16
136:6 137:1,4
137:13 138:4,6
138:14,25
141:5 152:3
157:5,13
158:17,18,25
160:8 161:6
164:8 169:10
169:18 178:6
179:4,13,21
181:8 183:7,17
184:19 189:24
190:11 195:21
195:21 196:14
196:20,21,21
197:9 200:20
201:2 202:7,12
203:10,12
205:2 206:10

207:12,19
208:20,21
209:7 213:4,24
214:11 217:14
221:11 222:22
223:15 229:23
231:4,10
232:19 233:16
233:22 234:1
239:13 240:13
246:9,10
**known** 48:24
50:14 52:4
185:15 187:2
189:4 208:11
210:5 223:15
245:9
**knows** 68:11

**l**

**l** 1:2 9:10
**lab** 4:14 14:6
15:12 20:22
25:5 31:3
36:18 38:16
49:15 65:12,15
71:4 72:14,14
73:5 78:22,23
81:1 90:25
91:8 96:2,24
116:23 122:15
157:17,22
161:18 162:21
167:16 170:18
170:18 186:22
186:23 196:9

244:16
**lab's** 156:19
**laboratories**
160:2 176:12
176:12
**laboratory**
15:10 39:5
49:22 55:15
67:20 101:18
162:9 176:13
176:14 179:21
186:23 196:13
196:15 197:23
**laboratory's**
158:12
**labs** 147:14
158:23 196:16
197:25
**lack** 94:6
**lake** 46:22
199:11
**lamp** 57:15
**land** 27:7,11,17
**landmarks**
194:22
**lands** 248:6
**language** 85:21
**lanier** 14:24
**large** 199:13
207:3 208:14
219:22 236:3
**largely** 19:15
**late** 24:6 89:21
197:24

**law** 1:1 7:16
  14:23 15:15
**lawsuit** 124:19
**lawyers** 14:6
**layers** 72:2
**leading** 96:15
**leads** 51:3
  146:12
**learn** 21:23
**learning** 35:16
**leave** 249:2
**leaves** 69:9
**leaving** 71:5
**led** 57:9,12
  75:12 101:25
  102:10 157:6
**left** 68:22 71:10
  71:11 79:19,19
  92:14 99:18
  100:16 106:24
  107:1,17,18,22
  108:4,5,16,19
  108:21 113:22
  126:9 130:1,9
  142:1 145:3
  153:3 154:17
  154:19 171:18
  193:15 215:7
  228:19 233:17
  240:14 248:2
**legal** 106:3
**legend** 32:9
**lends** 247:10
**length** 37:2
  160:23,25

  207:10,11
**lens** 181:10
**letting** 10:18
**level** 48:10
  86:15 88:19
  89:3 238:25
**levels** 8:6 43:24
  104:5
**levy** 142:21
  143:2,21
  145:11,25
  146:18,25
  147:2 153:8
  183:9
**li** 116:23
  196:14
**light** 12:13 18:1
  45:9 48:12,17
  48:22 56:16
  64:8,13,14,17
  65:22 67:1,4
  67:19,24 77:22
  78:13 80:2,13
  82:5 88:20
  102:1,7 108:11
  111:15 123:5
  124:5,7 125:3
  126:23 127:2
  134:6 143:2
  147:4,13
  150:15,16
  175:3,14 176:4
  177:21 178:1,2
  178:3,6,8,9,10
  178:14,17,19

  178:20 179:3,5
  179:12,23
  180:13 182:8
  182:16,22
  188:1,2,4,6,11
  189:1 191:4
  192:7,9,9,16,20
  192:24 193:21
  193:22 197:16
  198:1 211:11
  213:2,9,11
  216:9,12 218:9
  220:9,11 225:4
  225:4,12
  232:11,20,23
  237:22,24
  246:17
**lightbulb** 56:2
  56:6 64:10
  67:25 75:1,10
  79:24 80:3,8,8
  80:25 81:7,15
  101:3 225:3
**lightbulbs**
  56:11,14
**lighter** 87:3
  102:6
**lighting** 56:21
  63:3 98:16,18
  133:15 235:7
**lights** 56:12
  102:10 171:3
  172:23 178:4
  190:11,14,16
  190:18

**liked** 192:4
**likely** 30:14
  224:24
**likes** 86:21
**limine** 7:17 8:1
**limit** 24:20
  25:15 26:13
  30:8 34:12
**limited** 217:2
**limits** 26:3
  28:17
**linda** 69:19
**line** 98:7
  184:12 233:18
  243:19,25
  244:16
**lines** 176:6
  214:7
**lining** 232:17
**liquid** 16:24
  19:12,20 20:10
  27:12 32:20
  35:1,2 37:10
  39:5 40:13,21
  184:7 186:7
  205:8
**listed** 44:10,12
**literally** 122:5
  178:13 188:1
  192:13
**literature**
  40:11 137:2,5
  137:14 200:15
  202:17 203:15
  205:23

**litigants** 177:8
**litigation** 177:7
  215:21
**little** 10:8 14:14
  18:12,15 20:4
  31:2,7,10
  33:19 34:15
  39:2 41:20,22
  41:24 42:20
  44:4 45:5,22
  58:24 63:1
  65:11 69:11
  80:2 84:15
  86:23 87:1
  90:15 99:25
  102:12 105:14
  110:15 119:20
  121:17 126:1,5
  126:19 127:2
  128:4 131:19
  134:9 139:11
  139:14 157:2
  166:25 171:2
  172:23 178:4
  179:7 187:21
  188:13 191:25
  193:4 199:16
  200:6 203:20
  206:20 210:16
  215:13 216:8
  219:14 223:9
  226:9 228:10
  229:3 235:15
  236:14 239:14
  240:7 247:1

**live** 84:10
  213:22
**livingston** 1:22
**llp** 2:2
**location** 160:11
**long** 15:3 20:11
  26:7 33:18
  56:7 152:20
  158:18 183:15
  183:16 209:6
  221:4 226:19
  238:5 241:7
**longer** 81:7
  98:4 125:6
  170:9 191:15
  209:6
**longo** 3:5 6:22
  7:5,15 8:14 9:3
  9:9,19 11:13
  26:22 56:3
  94:13 104:10
  113:15 115:10
  119:22 123:13
  144:1 148:13
  150:4 151:9
  170:5 249:6
**longo's** 4:18
  5:4 7:18 8:1
  151:20
**look** 11:25
  14:15,17 17:5
  18:23 23:21
  25:6,11,21
  27:13,25 28:6
  32:25 37:19

38:17,25 41:14
44:5,15 47:13
52:19 54:20
57:1,6,18,21
58:24 59:6,11
60:11 65:19
66:1 68:4,6,18
68:24 69:8,15
69:22 70:20
71:3,9,17 72:9
72:13 73:10
77:18 80:24
86:11,20 87:14
88:11 91:17
92:11 93:21
95:6 97:21
104:14 107:5
112:13 113:3
113:15 114:17
116:4,11,24
117:20,21
124:24 125:21
126:3 127:24
130:2 131:24
133:1,5 134:3
134:24 135:13
136:18 139:9
140:15,21
141:17 143:24
144:1 146:15
146:21 147:7
150:23 152:14
154:14 157:18
157:23 158:10
161:10,12,14

163:13 164:19
164:21,25
166:1,16 167:6
167:13,15,23
168:2 169:9,20
170:1,2 171:10
171:13,15
172:10 176:20
177:15 182:5
186:11 191:3
191:11,16,17
191:19 195:22
208:1 210:2,15
215:4,25
218:23 220:20
220:22 221:14
229:4 232:10
237:4,7 240:13
247:24,25
**looked** 19:21
  31:14 32:7,8
  36:23 39:18,19
  40:15 41:6,9
  68:5 89:13,25
  92:3 107:24
  115:13 116:1
  125:20 141:17
  158:14 163:18
  163:21 196:24
  199:15 203:8
  211:4 218:25
  221:11 226:6
  240:7,9
**looking** 12:4
  14:18 15:16

**[looking - made]**                                                    Page 36

23:9 25:13
26:21 33:8,23
35:15 36:12
39:17 41:8,11
42:13 45:9,22
46:17 47:15,19
47:21 50:5
51:15 53:16
54:9,12 58:15
68:2 74:18
78:21 79:12,13
88:1 89:20
91:2,6,8 92:5
93:10,14 95:19
95:24 107:12
107:16 109:15
114:1,12
115:15 119:1
123:7,17
129:22,23
130:6 144:22
146:17 149:7
150:3 153:25
163:3 164:4,7
167:16 168:3
169:2,4,5
173:2 175:5
178:16 183:8
185:3 188:14
192:24 193:2
194:2 195:8
198:25 199:4
206:15 207:20
208:4 209:24
210:11,22

214:1,3,4,4
216:1 217:23
220:16,25
221:16 222:11
224:5,23 225:4
229:1,7 234:8
235:10 243:25
248:11
**looks** 58:12
117:17 133:3,5
159:23 160:3
161:14 165:8
169:7 172:8
188:9 208:12
210:16
**lookup** 196:11
196:11,12
**lot** 11:12,20
12:7 13:24
15:6,10,10,16
15:18,20 23:6
40:19,22 41:25
47:7 50:9 64:5
73:12,14 77:7
89:4 106:9
117:21 123:18
140:19 146:16
161:9 166:13
175:18 176:2,9
176:16 184:24
188:25 189:23
197:11 202:14
241:16
**lots** 158:5

**louder** 61:17
**love** 194:10
**low** 52:4 54:9
104:16 105:7
114:6,8,10,14
123:20 131:23
132:4,6,23,25
137:24,25
138:6,12,13,19
138:23,24
140:7,7 146:10
146:13,15,16
147:16 156:1
158:14 165:4
166:6 183:12
183:16,17,18
190:15 203:7
208:20 222:2,5
227:13,13,15
239:1,22 240:3
240:10 241:8
246:19
**lower** 54:16
55:11 104:24
107:21 125:1
154:7,10
155:20 193:13
193:14,15
200:9 203:20
204:25 219:15
219:23 240:14
242:2 248:1
**lowering**
241:23

**lowest** 134:20
134:21 142:9
142:16,19
143:11,13,17
143:24 144:8
144:11,14
145:5,13 146:2
146:3 151:14
153:17,21
156:7 173:11
202:12 203:12
227:21 240:19
241:18 242:15
242:16,23
243:21
**lucarelli** 2:17
77:1
**lunch** 119:19
119:24
**luncheon** 120:5

| m |
|---|

**m** 6:4 60:5
**m70484** 4:13
69:19
**m71109** 60:6
**m71111** 60:6
**m71262** 219:9
**m71614** 4:16
80:23 240:14
**m71643** 225:19
**m71730** 228:5
**machines** 161:9
**made** 13:25
30:22 51:23
82:15 83:15

84:15 86:19
99:12 105:21
140:9 186:23
192:14 198:6
241:22
**magenta**  47:22
48:15 52:20,23
55:4 60:21
75:20 76:12
82:8 103:16,18
106:14 109:13
112:9,13
113:17,18
114:3 115:22
116:10 117:9
117:11 124:25
125:23 163:21
164:1,5 165:12
195:20 196:6
216:23
**magnification**
215:8
**mail**  1:23
**major**  81:3
156:9,10
**majority**  47:20
248:3
**make**  7:9 10:17
12:24 17:5,9
18:17,21 28:15
31:8 33:17,19
35:3 60:9
65:22 68:8
69:14 76:2,8
80:6 81:25

82:2 84:6
87:25 90:16
94:8 95:15
96:10 97:17
102:11 109:7
110:5,16 111:5
121:5 123:15
129:9 133:25
135:14 137:9
138:2 141:15
143:19 146:4
148:5 149:9
150:3 154:3,6
155:21 156:5
158:24 169:1
179:9 184:13
185:23 215:6
230:7,21 242:2
245:6,20
**makes**  206:7
223:23 226:18
233:12 236:6
**makeups**
122:19
**making**  67:8
82:7 125:19,19
178:15 215:10
**manipulated**
11:23 42:17
86:8
**manufactured**
218:19
**manville**
199:12

**manville's**
46:22
**map**  228:21
**march**  5:8
219:8
**mark**  10:14
27:17 28:20
57:7,16 59:7
72:14 80:22
82:19 90:23
161:24
**marked**  5:3,6
5:12,17,20
69:18 89:24
113:2 140:24
148:18 182:24
**market**  2:3
**marketing**
217:12,21
**marking**  28:23
**mas**  4:16,25
12:23 13:6
14:6 15:2
31:22 32:3
33:9,21 44:6
44:23 68:11
80:23 158:11
162:3 176:11
**mass**  169:8
170:24 171:13
**massive**  169:14
**master's**  96:11
**mat**  169:18
**match**  116:15
169:3 226:10

**matches**  12:14
173:3
**matching**
214:13
**material**  43:21
71:11 180:22
197:17
**materials**  94:16
116:24 160:21
**math**  154:2
**mathematical**
143:17
**mathematically**
135:14 139:16
**matrix**  211:24
**matter**  6:3,6,21
45:4 108:9,10
131:11 132:20
145:24 235:22
**matters**  78:19
**maximum**
144:18 145:1
145:15,20,23
145:24 152:25
153:1,4,19,21
153:23 154:12
154:21
**mccarter**  2:11
6:14
**mccrone**  5:23
49:11 180:1
186:11 200:21
200:23,24
201:2,2 202:17
203:23 204:4

204:14
**mccrone's**
240:1
**mdl**  20:8,15
21:5 38:21
**mean**  15:13
41:12 49:23
54:8,19 55:3
80:9 96:1
100:4,24 113:1
134:18 151:22
157:7,8 163:2
164:8 178:3
185:22 186:25
197:9 198:16
200:11 201:15
201:16 205:19
213:10 215:6
221:24 232:23
237:3 239:15
245:14
**meaning**  147:5
201:9 215:10
222:25 236:19
**means**  13:8
19:10 47:17
68:20,21
105:15 141:16
167:19 185:14
216:7
**meant**  145:9
185:12
**measure**  51:17
155:2 190:19
246:15,17

**measured**
191:13 194:14
**measurement**
221:6
**measurements**
240:23
**meat**  18:15
**medicated**  83:8
**medium**  123:5
146:10,13,16
147:17 183:13
183:15 212:21
222:6 227:15
239:22
**meet**  120:2
**meisenkothen**
2:17 77:1
**member**  17:15
**memo**  182:9,11
**memorandum**
7:16,25
**mention**  180:19
**mentioned**
81:22 98:25
117:14 150:24
192:7 215:16
**menu**  169:11
**metamorph**
223:21
**metamorphic**
52:16 223:20
224:15
**method**  4:22,24
11:8,13 13:7
17:2 19:11

21:3,10,14
22:7,15 24:19
25:11,15,18,18
25:21 27:23
28:15,19 29:6
34:14,16 35:8
35:21,25 37:11
37:14 38:3,4,6
38:13,14,24
40:24 50:11
56:10 67:7
128:3 135:6,9
136:22 138:8
139:1,3,5
140:16,19
143:18,19
144:15 146:6,8
146:14 147:22
148:16,17
149:4 150:21
151:9,24
152:10 154:5
181:20,22,24
181:25 182:19
183:8 185:6,23
189:22 222:7
231:3,20 239:9
242:6,12
244:10,20
245:1,2,4
246:24,24
**methodologi...**
214:9 220:15
244:9 245:12

**methodologies**
18:4 22:20
145:7
**methodology**
8:15,21 12:15
22:2 30:22
34:23 85:8
98:5,9 135:21
142:20 174:21
175:12 177:20
177:23 179:8
179:10 180:8
180:12 182:6
182:13,21,24
183:3 185:15
186:2,3,4
187:10,15
197:18 205:21
205:24 208:9
228:23 229:6
230:18,24
231:19 235:25
247:22
**methods**  10:5,6
14:2,14 41:23
49:5 65:5 92:3
138:1 139:9,24
140:1,16
143:20 146:21
238:21 239:3,6
**michel**  142:21
143:2,21
145:11,25
146:18,25
147:2 153:8

183:9

**mickey** 83:24
84:17 212:15
215:16,17,25

**micrometers**
207:11,12

**micron** 209:6
226:17

**microns** 143:6
158:6,6 160:23
160:25 193:17
209:7,12 221:3
226:19

**microscope**
11:9 12:12
33:22,24 38:3
43:23 46:14
47:15 48:5
56:2 64:8,17
68:7 80:13
88:2,6 90:10
94:1,2 95:20
95:25 97:9,17
97:22 102:1,7
102:8 114:2
117:2 119:2
178:20 191:4
206:3 211:11
216:9 232:24
234:17,18
246:16 248:12

**microscopes**
11:21 17:22
18:3 38:10
56:11,20 61:1

97:11

**microscopic**
175:5 193:5

**microscopy**
17:25 18:1
19:22 147:14
175:3,4,14
176:4 177:21
178:1 179:23
180:14,16
181:9 182:22
192:9 197:16
198:2,5 246:18

**mid** 1:2 205:15

**middle** 70:3
81:10

**middlesex** 1:1
1:12

**miles** 97:12,14
193:2

**mill** 161:8

**milled** 160:21
161:1 201:10
202:21 207:24

**milling** 161:4
207:1

**million** 14:7
15:14 24:21
26:5 33:13,13
176:7 181:2

**millions** 25:17

**mind** 78:17
92:24 211:7
213:1

**minds** 21:6

**mine** 27:20
30:4,8 62:14
66:6 93:23,25
93:25 94:1,3
95:8 159:14
160:14,14,16
201:8 218:1

**mined** 199:12

**mineral** 12:3
12:10 29:11
41:24 42:8
64:24 67:19
122:19 137:21
151:18 153:25
158:13 159:6
171:22 173:2,3
185:22 190:1,8
201:22 212:12
239:5 248:9

**mineralogical**
135:8 153:11

**mineralogica...**
201:22

**mineralogy**
96:12 244:24

**minerals** 4:9
19:23 45:6
66:12 168:4
189:25 202:9
204:8

**mines** 5:16
27:12 40:22
41:3 62:17
159:6 167:5,12

173:15 182:9
182:17 184:3
185:21 202:20

**minimum**
145:20 152:25
153:1 154:12

**minus** 58:21
128:14 129:1,2
134:25 135:3
139:18 207:24
240:17,19
243:6 244:3

**minute** 28:19
76:20 79:4
94:18

**minutes** 248:20

**misidentified**
83:9

**misidentifying**
211:25

**misleading**
20:4 39:3,21
40:2,7

**missed** 32:14
32:22

**missing** 23:4,7
160:4

**mistake** 67:15

**misunderstood**
36:2

**mixed** 184:23
236:8

**mixes** 234:10

**mixing** 35:18

[mixture - normally]                                                        Page 40

mixture   191:24
moderate   240:5
modify   213:12
modifying
  205:20,20
molding   89:5
molecule
  179:15
moment   16:2
  23:16 52:22
  63:24 121:15
  124:16 182:6
  183:20 200:22
money   13:24
  14:4 15:6,10
  15:11,17,19,20
  196:21
monitor   196:10
monster   161:9
montana
  160:13
morning   6:1,13
  9:19 17:10
  248:24
mornings
  232:17
morphologic...
  237:3
morphology
  159:21 187:18
  206:5 210:10
  210:21 220:22
  220:24 221:10
  223:7 226:11

morton   2:8
  6:16
motion   7:17,24
  7:25 8:3,8
  17:17 98:1
motions   7:14
mount   1:22
mounted
  211:16 212:19
move   33:11
  59:14 74:20
  82:7 101:13
  107:9 108:3,11
  119:16 148:16
  156:8 167:21
  190:15 247:1
moves   106:24
moving   106:21
  215:14
mud   161:21
mulberry   2:13
multiple   28:5
  45:21 50:23
  72:2 98:23
  134:16 150:6
muted   124:11

**n**

n   2:1 9:10
  121:1,1,1
name   6:2 9:7
  44:16 159:3,8
  217:8
names   44:7
nanometers
  48:16 181:13

191:13 202:15
national   168:14
  196:13,14
  197:23 198:18
  199:8
natural   127:9
naturally
  155:20
nature   198:8
necessary
  198:13
need   27:13 29:2
  34:14 46:4
  50:6 85:16,16
  101:5 117:21
  119:1,7 126:23
  148:2,8 174:8
  194:1 215:6
  233:15 236:18
  240:18
needed   27:11
  27:13 35:3
  100:22 205:17
needs   7:3
negative   25:3
  29:15,16,17
negatives   33:15
  157:11
neither   165:21
  250:8,11
never   11:15
  25:18 28:1
  43:3,8,15
  44:10 86:3,3
  88:1,7 92:1,1

97:4 159:17
  164:22 171:23
  172:2,16
  189:16 190:23
  194:4 196:22
  198:8 211:7
  212:14 214:18
  248:15
new   1:1,13,13
  1:22 2:10,10
  2:13 21:23
  26:15 32:10,10
  40:12 68:15,23
  92:3 94:21,24
  94:24 102:1,1
  159:9 198:20
  199:24 217:16
  217:19
newark   2:13
nine   129:1
niosh   39:11
nist   46:21
  187:3 195:14
  199:5,21
  204:10,12
  216:19,23
nocks   1:21
  250:16
non   25:17
  168:13 229:2
normal   87:21
  89:7
normally   13:22
  14:4 180:5
  193:16

**north** 2:3 30:3 30:8 176:13
**nothing's** 215:11
**notice** 191:18 224:7
**nots** 86:22
**november** 228:5
**number** 4:2,13 5:2 6:5 11:24 19:12 23:8 31:18 32:11 34:5 48:25,25 59:8 63:12 69:19 72:16 78:14 105:3 110:10,25 112:24 113:12 119:9,10 128:1 129:2 134:14 135:24 141:6 144:11 145:19 145:19 146:11 150:12,13,14 152:8 153:14 153:16,17,17 162:15 165:11 169:10 219:9 219:10 221:25 236:18 245:19
**numbers** 49:3 50:10 60:6 114:20 134:9 135:20 141:19

141:21 142:1 166:3
**numeric** 240:3
**numerical** 152:24
**nvlap** 65:15 116:24 158:11 196:13
**nytal** 158:3,4,5

**o**

**o** 1:17 9:10,10 121:1,1,1
**oath** 31:21 74:1 84:5 94:4 138:10
**object** 98:7 229:15
**objecting** 61:18 61:18 62:5
**objection** 61:14 94:8,11 98:13
**objective** 232:19
**objects** 58:4 219:23
**obscure** 180:22
**observe** 48:5 88:5 103:4
**observed** 54:25 56:16 101:10 128:13 141:25 149:10 234:15
**observing** 12:11 110:20 163:17

**obvious** 31:12
**obviously** 11:5 83:22 153:20
**occasionally** 227:25
**occasions** 204:24
**occupational** 198:19
**occur** 216:19
**occurring** 233:4
**occurs** 159:14
**october** 225:19
**odd** 211:23
**offered** 30:2 229:13 238:11
**offering** 8:18
**officer** 9:7 250:1
**official** 186:19
**oh** 10:21 21:21 23:17 50:2 67:8 82:4 99:10 150:13 152:20 172:13 210:15,23 211:25 225:8 238:7 247:6
**oil** 46:20 47:1,5 47:9,10 48:6 48:22 57:20 67:15 73:9 75:5,16,18,21 76:1,6,7 80:14

81:24 82:5,6 91:18 92:6 102:1,9,12,13 105:16,19,20 106:7,12,20,23 107:6 108:3 111:11 122:14 131:6,6 163:3 166:15,19,20 167:14,18,24 193:14 206:7
**oils** 75:8 179:14 195:9
**okay** 8:10 9:17 10:21 11:2,18 12:6 13:17,18 13:20 14:11,22 15:24 16:19,20 17:4,18 18:3 18:20 19:1,18 20:14,25 21:12 21:18,19,25 24:2,5 25:5,19 26:21 27:4 28:18 29:24 32:6 33:5,7 34:3,17,24 35:21,21 36:1 36:5,9,16 39:13 40:3 41:5,22 42:10 42:15,21 44:3 44:18,21 45:10 46:16 47:13,23 48:1,19 49:2

| | | | |
|---|---|---|---|
| 51:22 53:1,14 | 149:4,25 | **omar** 2:2 | 78:7 110:2 |
| 53:24 55:13,22 | 150:13,23 | **once** 25:23 28:9 | **opposite** 82:7 |
| 56:2 57:6 | 156:8,15 | 39:9 80:25 | 106:22 107:10 |
| 58:11,18 59:5 | 157:16 161:5 | 177:7 198:8 | 235:3 |
| 60:8,16,20,24 | 161:16 162:20 | **one's** 100:21 | **optical** 238:20 |
| 62:1,4,8,9 63:5 | 165:2 166:1 | 214:6 231:12 | 239:4 |
| 64:23 65:2,2 | 167:2,13 168:8 | **ones** 68:15 | **optimized** |
| 66:9,25 67:23 | 168:20 169:24 | 74:21 96:5 | 28:15 |
| 69:11,12 70:9 | 170:4,13,16 | 134:6 136:19 | **options** 153:14 |
| 71:24 73:7,9 | 171:1,11 174:1 | 160:8 192:12 | **oral** 168:14 |
| 75:23 76:18 | 174:23 175:22 | 197:12 204:6 | **orange** 64:8 |
| 78:17 79:21 | 179:2 188:22 | 209:6 237:6 | 70:17 82:8 |
| 81:1 82:4 | 189:19 190:24 | 248:5 | 87:11 106:14 |
| 84:12,24 88:4 | 193:25 195:25 | **ontario** 201:11 | 106:23 107:8 |
| 88:16,23 89:19 | 200:14 201:25 | **opaque** 190:1 | 107:11,16 |
| 90:22 91:11,14 | 205:6,13,19 | **operative** 88:1 | 108:1,1 |
| 91:25 95:2,9 | 207:18 208:2 | **opinion** 22:7 | **oranges** 103:24 |
| 98:15 99:6 | 209:22 210:19 | 23:2 30:2 | **orangey** 78:2 |
| 101:24 104:9 | 211:3,9 217:4 | 51:25 89:11 | **orangish** 56:15 |
| 105:9 106:11 | 219:5,6 220:21 | 95:16 97:13 | 80:5,7 108:20 |
| 106:17 108:14 | 221:9 223:11 | 111:21 122:17 | **order** 36:24 |
| 108:24 109:11 | 224:4 225:18 | 123:16,19 | 121:5 127:17 |
| 109:20 110:3 | 226:3 227:7 | 124:1 154:7 | 143:1,2,16,21 |
| 110:12,17,22 | 228:1 229:5 | 224:25 231:7 | 143:21 146:18 |
| 111:9 112:6 | 230:17 240:4 | 234:9 | 146:19,19,19 |
| 113:4,6 114:25 | 244:1 247:20 | **opinions** 8:2,5 | 147:4,8,8 |
| 116:3,13 117:5 | 248:22 | 8:15,22,25 | 189:3 190:8 |
| 118:15 119:16 | **old** 32:2 102:5 | 23:16 50:20 | 205:17 206:25 |
| 121:14 124:19 | 134:6 188:5 | 52:2 84:6 98:6 | 220:17 246:11 |
| 125:25 127:18 | 234:18 244:2 | 179:9 | **ordered** 216:4 |
| 128:3,8 132:20 | **older** 82:14 | **opportunity** | **ordinarily** 6:23 |
| 132:21 133:17 | 102:20 | 88:5 157:22 | 6:24 |
| 134:14 136:8 | **olympus** 56:13 | 210:21 | **organic** 179:15 |
| 139:7 141:3,4 | 68:14 | **opposed** 23:3 | 186:24 |
| 141:10 148:23 | | 42:13 52:7 | |

**organization**
198:18
**orientation**
54:24 58:13
63:20 118:5
199:1 235:10
235:11,12
237:12
**orientations**
51:18
**oriented** 53:13
**original** 172:25
**originally**
135:16 157:9
**originate** 182:2
**originates**
182:9
**osha** 39:10
**ought** 90:19
105:24
**outer** 115:16,25
116:11,20,22
**outside** 85:8
233:14
**overall** 136:14
151:14
**overcome** 68:2
**overrule** 94:10
**overwhelming**
40:16 184:6
**owe** 57:17
**owl** 68:22,23

**p**

**p** 2:1,1 5:3,3,4
5:6,7,9,10,12
5:12,13,14,15
5:17,17,18,19
5:20,20,21,23
**p.m.** 76:23
120:6 174:12
174:12 249:14
**p1steno** 1:23
**pa** 146:14
**pacific** 201:14
**page** 41:3
59:11 60:8,10
65:24 66:10,22
66:23 73:1,10
73:11 81:3
83:5 87:16,17
88:17,17
140:25 142:8
149:5,17,19,21
149:22,23,23
150:13 152:16
152:16,18
162:5,13,15,20
222:8
**pages** 69:23
**paid** 15:6,16,18
15:20
**painful** 31:8
**pale** 67:2
**paper** 5:19
106:1 198:20
204:5 205:13
206:14 224:16

**parallel** 46:18
51:1,18 52:23
54:10 58:12,16
58:17,18,24
59:3 60:10,21
61:4 62:22
63:6,20 71:18
75:20,24 77:14
78:12 88:13,14
99:1,2 104:15
104:19 112:24
116:15 122:25
123:21 124:24
127:14 128:13
129:20 130:5
130:13,20
131:3 132:3,22
132:22 140:5
141:7,25 144:5
144:23 150:2
154:16,18
162:17 163:18
163:20 164:19
164:24 165:17
165:18,18,23
166:6 167:21
189:6,6,11
192:16 194:6
194:16,18
196:7 199:1,17
235:11
**part** 12:15
49:12 50:12,18
59:17,20 64:20
65:16 73:23

123:25 138:16
168:22 176:9
180:14,15,15
180:16,18,19
180:20,21
208:8 209:17
209:17 229:12
229:17 237:16
247:2
**participate**
158:11
**participated**
158:17
**particle** 11:25
11:25 12:11
42:5 47:18
48:5 54:25
60:21 64:9,14
70:2,18 71:10
76:8 81:10
88:19,20 99:19
99:22,25
100:17 102:23
103:14 104:20
106:13,23
109:11 110:20
111:5,17 112:3
113:21 114:13
114:13,21
115:2,11 116:3
117:6,6,9
121:12,21
122:10 125:21
127:1,5 128:7
131:8 132:8

[particle - phonetic]                                                    Page 44

134:5 135:16
136:3 142:24
144:4,9 145:2
155:21 163:8
164:24 165:13
165:13 170:6
170:14 171:15
171:17 187:18
191:3 221:10
228:16
**particles** 47:3
52:2 56:16
61:2 64:16
70:17 73:16
74:15,19,19
79:25 81:25
105:17,18
106:10 107:10
108:25 115:9
116:14 118:10
123:1,19
126:25 129:11
129:12 131:19
136:3,9,16
169:19 189:19
196:9 220:25
**particular**
30:12 48:11
67:19 106:7
131:15 159:3
192:20 227:4
**particularly**
167:20
**parties** 250:10

**parts** 17:6
180:14
**party** 6:24
**party's** 6:24
**pass** 174:2
**past** 15:7,17,19
15:21 32:3
35:6 105:1
157:10 188:24
220:8
**paterson** 1:12
**patience** 77:3
**paul** 44:19
179:24
**pcm** 196:16
**pdf** 110:8
149:24 152:16
**pellet** 182:15
**pencil** 188:5,9
188:18,19
**people** 14:12
21:23 23:6,8
23:10 27:7
31:16 44:8,12
47:22 64:5
105:23 112:14
155:2,15 160:7
179:13 188:24
190:5 201:5
212:6 244:16
**people's** 217:10
**percent** 24:14
24:14 29:16,17
29:20,22 74:3
74:4 147:13,13

158:23 166:9
176:5 181:1
209:20 224:6
230:15
**percentage**
205:2
**percentages**
26:10
**perfected** 20:20
**perfectly** 53:13
**perform** 49:5
180:13
**performed**
96:20 175:22
247:15
**performing**
20:21
**period** 16:12
19:1 20:17,19
22:14 23:3,18
23:20 25:9
28:9 31:1
32:24 33:9,20
38:24 55:25
56:8 60:25
100:9 156:16
**periods** 16:7,12
47:8 55:24
**perpendicular**
51:3,18 52:22
52:24 54:1,5
54:11,21,24
58:13,19 71:9
71:12,17,20,22
77:14 99:2,3

100:1 104:14
122:25 123:3
123:21 127:15
128:15 130:13
132:3,19
133:10 139:18
140:6 144:2
154:18 162:17
166:4,9 189:8
189:11 192:16
193:8 194:7,20
195:15 197:12
199:17 235:12
235:21 236:16
236:17 237:11
**perpendicula...**
194:14
**person** 44:13
154:20,21
155:7,7
**personally**
42:25
**ph.d.** 43:21,24
**ph.d.s** 176:16
**ph.d.s.** 176:18
**pharmacopeia**
57:20
**phenomenon**
234:14 235:13
236:10
**philadelphia**
85:6
**phoenix** 176:13
**phonetic**
224:17

[photo - pointing]                                                      Page 45

**photo** 220:23
  222:17
**photographs**
  233:3
**photos** 215:15
  219:2
**photoshop**
  88:25
**photoshopped**
  86:8 100:11
**physical** 168:12
**physics** 131:12
**pick** 12:13
  77:20 119:19
  142:17,18
  171:12 233:22
  234:20
**picked** 96:4
**picking** 12:10
  12:23 45:15
  55:19 78:13
  93:16 109:8,16
  140:8 197:7
**picture** 58:13
  80:25 129:23
  163:19 170:8
  192:3
**pictures** 208:1
  208:4,7
**piece** 72:23,23
  103:3 111:3
  157:2
**pieces** 195:6
  228:10

**pink** 165:3
**pixels** 215:14
**place** 1:12
  138:25 244:22
  250:6
**placed** 7:4
**places** 159:20
  159:24
**plain** 74:20
  110:4,7
**plaintiff** 14:23
**plaintiffs** 1:6
  2:4 6:8 7:6
  14:6 15:4 60:5
**plant** 29:22
**plate** 53:3,4,13
  53:18 63:7
  70:11 130:3
  131:20
**platelike**
  219:23
**plates** 52:11
  53:6 57:2 58:3
  63:17 70:7,22
  70:23 71:23,25
  117:23 118:3
  129:14,15
  130:8,10,11,16
  130:21,24
  131:5 132:14
  180:25 181:1,2
  181:6,18
  184:16,23
  226:23 228:11

**platy** 53:5
  220:5
**play** 145:23
**pleasant** 1:22
**please** 6:8,14
  9:5 39:24
  49:25 83:3
  94:12 121:7
  174:7
**plm** 4:3 5:13
  11:9,9,21,22
  12:7,8,15,23
  14:2 16:18
  17:25 18:13
  20:1,2,5,9,10
  21:2,19 22:2,7
  22:21 23:3,13
  23:21,22 24:3
  25:2,3,6,8
  26:11,13 27:8
  29:5,8 33:5,9
  33:21 35:7
  36:25 37:1,16
  38:6,19,20,21
  39:9,12,20
  41:6,12,21,25
  42:15,20,25
  43:4,9,10,15,18
  43:24,25 44:23
  45:6,14 49:8
  53:7 64:20
  65:5,13 78:24
  89:8 90:12,15
  91:16 96:15,18
  96:22 97:2,4,9

  126:21 127:5
  127:14 140:19
  151:1 162:7,10
  169:20 173:1
  180:13 181:22
  182:7 186:7,16
  187:15 198:9
  198:22 199:24
  200:25 201:1
  210:20 214:20
  218:21 222:7
  230:23 232:14
  232:15 238:14
  240:2 247:21
**point** 16:14
  18:16 29:20
  61:6 76:15
  80:12 84:12,19
  85:7,24 86:12
  94:7 105:15
  125:20 128:1
  143:15 157:17
  173:1 174:1
  175:17 176:12
  178:12 179:8
  181:12 187:25
  193:19 208:17
  210:19 235:23
  245:24
**pointed** 20:19
  89:19 92:19
  109:6 119:4
  132:1 176:24
**pointing** 87:20
  89:6 100:12

151:2
**points** 98:6
**polar** 147:5,5
**polarize** 178:8
**polarized** 18:1
147:13 175:3
175:14 176:4
177:21 178:1,2
178:12,17,20
179:5,12,23
180:13 182:7
182:22 191:4
192:7,9,9
193:21 197:16
198:1 211:11
213:2 218:9
246:17
**polarizer**
178:21
**polarizers**
178:21
**polars** 146:20
147:5 179:1
210:17,17
220:24 221:14
221:15 226:14
226:15
**pond** 178:16
**population**
23:12,13 93:15
246:21,22
**portion** 71:14
**portmanteau**
217:18

**position** 11:5
95:12 148:15
242:4,6
**positions**
178:23
**positive** 39:9
39:12 198:8,22
**positives** 33:16
**possibility**
223:12,15
**possible** 40:18
224:12
**possibly** 223:24
**post** 81:2 96:17
98:19 107:20
**potential** 24:3
**potentially**
67:11
**pounds** 158:2
**powder** 5:10,11
32:7 83:9
161:16 173:15
174:22 186:6
197:7 218:4,16
218:24 225:20
225:23 228:8
230:22
**powders**
200:11 208:10
**power** 190:13
**powerpoint**
100:8
**practical** 40:18
**pre** 98:19
107:18

**precise** 106:3
183:12 206:9
**predominantly**
56:1 224:23
**prefer** 119:19
**preference**
119:22
**prep** 19:21 34:6
38:17
**preparation**
19:6,11,14
38:4,5 179:11
**prepared** 29:21
**presence** 43:4
177:22 182:1,8
182:23 183:4
185:3 186:5
197:17 198:11
**present** 2:16
93:5 97:19
153:18 198:15
**presentation**
221:18
**presented**
126:7
**presumably**
13:8
**pretend** 190:12
**pretty** 10:23
68:15 127:7
165:4 197:13
199:25 211:22
217:15 221:15
224:21 244:21
248:5

**previous** 30:19
187:9
**previously**
214:11,14
215:1
**pride** 246:6
**primarily**
176:5 203:12
**primary** 52:1
**printed** 109:21
128:21 142:19
**priority** 1:21
**probably** 8:8
13:23 17:10
22:17 31:20
32:23 78:20
85:11 111:8
119:23 135:15
152:4 156:9
193:3 196:1
200:24 206:10
248:9
**problem** 46:6
56:24 77:4
**problems** 21:20
**procedure**
184:3 245:13
**proceed** 10:19
174:3
**proceeding**
31:5
**proceedings**
1:6 167:17
249:14 250:5

| | | | |
|---|---|---|---|
| **process** 10:4 | **project** 4:16 | 138:8 187:12 | 191:22 210:3 |
| 12:9 45:8 | 20:9 80:23 | 200:15 202:17 | **purples** 111:21 |
| 46:16,24 48:2 | 219:9 | 202:25 203:15 | 169:14 170:24 |
| 109:8 223:21 | **proper** 42:8 | 204:4 205:13 | **purplish** 116:1 |
| 224:15 229:6 | 140:4 214:9 | 205:22 206:14 | 165:3 |
| 231:19 232:14 | 242:5 | 224:17 245:14 | **purport** 140:17 |
| **processes** 175:8 | **properly** 136:7 | 245:14 247:5,6 | **purpose** 242:2 |
| **produced** | **properties** | **pull** 138:3 | **purposes** 50:18 |
| 83:14 177:7 | 93:23 157:1 | 148:18 184:24 | 103:14 109:3 |
| **produces** 155:1 | **property** | 201:24 | 111:17 112:1 |
| **product** 4:12 | 238:20 239:5 | **pulled** 19:19 | 124:18 134:4 |
| 7:20 20:7 | **proposed** 135:9 | **pulling** 184:16 | 192:18 195:13 |
| 29:13 56:10 | **proposition** | **purchased** | **push** 76:11 |
| 60:18 61:15 | 132:19 | 225:20 | 106:13,14 |
| 69:19 91:8 | **protection** | **pure** 211:22 | 124:6 |
| 161:19 206:23 | 135:6 137:19 | 233:17 | **pushes** 233:13 |
| 230:23 | **protocol** 41:2,4 | **purple** 90:11 | **pushing** 75:19 |
| **products** 11:6 | 136:16,18 | 105:18 111:18 | 242:6,13 |
| 13:15 19:4 | 177:25 187:13 | 113:23,25 | **put** 7:2 18:15 |
| 20:8 23:11 | 246:2,8 | 114:6,13,23 | 24:11 29:7 |
| 35:10 41:18 | **protocols** 20:6 | 115:2,3,16,21 | 44:16 73:19 |
| 43:17 61:3 | 145:7 | 116:18 117:12 | 74:7 79:15 |
| 65:9 112:16 | **prove** 84:15 | 118:23 119:6 | 92:12 93:25 |
| 157:24 160:5 | **provide** 8:25 | 121:14,21,22 | 94:1 100:8 |
| 161:16 172:12 | 12:2 42:6 | 121:24 122:3 | 110:14 124:25 |
| 174:22 175:18 | **prudencio** 5:4 | 122:11,15 | 125:4 127:1 |
| 175:23,25 | 137:16 238:11 | 125:23 126:11 | 133:9,14 |
| 177:17 197:21 | **publication** | 128:25 131:6,9 | 135:20 138:8 |
| 199:25 207:16 | 5:23 138:18 | 131:11 132:9 | 138:25 139:11 |
| 218:9 | 200:20 | 132:22 133:6 | 142:11 148:13 |
| **proficiency** | **publications** | 133:13 149:12 | 154:15 159:22 |
| 158:12 | 65:20 97:1 | 149:13,13 | 178:9,17,23 |
| **program** | **publish** 137:25 | 150:7,7,8,9,10 | 179:1 197:1,2 |
| 196:15,25 | **published** | 166:14 168:2 | 197:3 206:12 |
| 197:5,24 | 40:24 137:1,13 | 169:15 191:22 | 207:21 211:20 |

[put - rather]                                                                                        Page 48

211:23 213:20
214:23 225:13
227:12 244:20
244:25 245:1
**puts** 242:24
**putting** 54:1
119:9 124:5,25
125:3 178:25

**q**

**qualifications**
14:1 18:13
42:21
**qualified** 96:13
97:8,10
**quantified**
66:18
**quantitative**
144:17
**quarter** 205:15
**quebec** 201:11
**question** 24:23
31:18 32:17
33:18 35:24
39:14,25 41:5
63:19 85:14
94:11 138:16
138:21 139:8
156:21 185:20
201:24 213:1
247:3
**questioning**
98:8 175:2
**questions** 31:13
44:22 185:2
198:23 199:20

240:16
**quick** 42:1
80:11
**quickly** 77:8
80:20 109:2
115:9 249:5
**quite** 56:5
99:11 117:11
166:25 167:1,2
218:14 219:15
223:24 235:7
**quiz** 58:21
**quote** 146:1
204:7 207:5
213:5,7 234:19
238:1

**r**

**r** 1:17 2:1 4:24
5:14 121:1
150:25 151:25
152:10 222:7
231:10 241:11
244:9 245:14
247:8
**r.t.** 215:18
**radiating**
129:15
**rainbow** 193:1
**rainbows**
192:25
**raise** 75:21
76:7 99:14
100:13,17
101:6,6 106:12
106:20,23

126:18 167:18
190:17
**raised** 8:16
34:5 88:9
95:13 100:9,10
102:13
**raising** 76:5
81:24 88:18
242:7
**raleigh** 176:13
**ramped** 177:6
**ran** 185:8
**range** 33:21
47:21 61:12
74:22 75:25
76:12 77:16
81:20 103:10
104:17 105:1
117:7,8 122:1
122:19 124:12
128:19,20
132:16 134:5,7
134:18 135:11
135:18 137:9
139:18 142:17
142:18 144:3,5
144:24,25,25
145:9,22 149:8
150:15,19,20
151:3,4,7,11,21
154:16,18,18
155:12,25
158:4 162:16
164:13 166:10
167:8 172:11

172:14,15,21
173:8,9,11
191:7 194:2
197:13 201:11
203:14,15,20
204:1,23,25
211:15 216:16
223:3 227:11
227:13,13,14
227:15 230:13
231:15,17,17
233:14 236:20
237:9 240:10
240:25,25
241:2,4,5,6,13
241:17 243:8
244:6,13,18,19
244:20
**ranges** 37:2
106:2 137:22
139:17 145:14
149:12 150:7
154:21 164:2
164:10 167:7
172:1 191:8
203:3 214:16
231:11 239:22
242:10 245:19
**ranging** 209:8
**rapidly** 4:19
149:2
**rare** 204:24
**rather** 140:6
212:9

**rays** 178:10 189:12 190:9
**reach** 8:22 179:8
**reached** 8:16 121:18
**reaching** 8:15 8:22
**reacting** 213:10
**reaction** 193:6
**read** 144:20 164:2 205:11
**reading** 66:20 67:14 145:15 149:15
**ready** 9:16 174:15
**real** 53:25 129:2 208:3 224:2 249:5
**realize** 137:7
**really** 15:9 16:20 18:6,8 21:13,15 23:24 29:2,20 34:22 37:14 43:25 75:2 83:19 107:11 111:21 143:16 147:22 176:3,8 179:14 180:18 182:18 185:22,22 187:6 192:1 193:18 194:13 196:12 199:9

230:7 232:22 234:21 238:5
**rearranging** 215:9
**reason** 15:25 16:14 21:1 28:12 51:6,13 52:20 56:5 125:19 145:7 160:7 172:6 177:5
**reasonable** 26:1 27:14
**reasons** 20:23 22:19,25 23:1 114:5 205:15
**recall** 21:16 23:24 73:8 90:7 112:23 113:2 177:2 237:2
**received** 14:20 158:2 185:2
**recent** 175:23
**recently** 85:5
**recess** 76:23 120:5 174:12
**recipe** 143:20
**recognition** 186:10
**recognize** 10:8 49:19 50:3 73:3
**recognized** 202:3

**record** 7:2,4 10:17 15:23 18:18 59:16 76:22 120:4 121:2 148:3,25 174:11 175:17 217:5 249:13
**recording** 164:19
**red** 31:1 38:24 61:5,6 103:16 103:18 104:25 118:1,16 149:12,13 150:7,8,9 193:4 200:7
**reddish** 209:7,8
**redirect** 63:10
**reduce** 93:18
**reduced** 155:7
**reducing** 87:2
**refer** 19:13 80:23
**reference** 46:19 47:11 52:19,21 54:21,23 57:23 59:2 60:11 109:12 112:7 112:21,23 113:8,23 116:15 165:9 165:11,13,22 170:7 171:18
**referenced** 228:7 243:3

**references** 222:6
**referred** 19:11 43:10 187:11 199:1,4 210:3 210:4 211:17
**referring** 12:22 51:9 229:24
**refers** 162:4
**reflect** 203:1
**reflected** 32:2 32:13
**reflection** 202:2
**reflects** 139:19
**refracted** 116:21 190:22
**refraction** 131:21 144:19 192:4 194:5
**refractions** 188:8
**refractive** 4:8 4:20 47:1,4,9 47:18 48:6,24 51:1,2,17 54:13 66:12 67:16 75:4,15 75:16,18,21,25 76:1,6,7 77:22 78:1,6,14 80:14 81:24 87:5 92:6 99:20 103:6,15 105:2 108:2

[refractive - required]                                                    Page 50

112:20 114:22
115:18 117:7
123:11 125:6
130:21 136:10
137:23 141:5
141:11,18
142:7,9,10,25
143:11,25
144:5,9,11,18
145:1,13 149:3
152:25 162:9
162:15,22
163:13,23
164:12,23
165:10 167:18
172:11,21
173:19,20
179:13 180:4
187:17,22,24
188:10,16,20
189:7,16,20
190:3 191:2,5
193:13 194:19
195:8,17 196:3
197:1,4,11,14
200:9,16 202:5
203:17 204:3,8
204:16 205:8
206:4,15 209:3
209:20 214:16
215:5,13
216:18 219:20
220:14 223:3
226:4,7 231:5
231:5 233:14

233:18 235:6
235:14 236:12
236:20 238:12
248:1,2
**regarding**  7:10
**regardless**
203:14 210:19
230:11
**region**  186:13
**regular**  17:1
31:5 65:9
100:14
**regularly**  8:14
**regulation**
150:25
**regulations**
150:24
**relate**  191:5
**related**  76:15
187:22 191:2
232:1
**relates**  34:16
219:11
**relationship**
15:3 114:3
**relative**  176:25
250:9,11
**relevant**  30:4
59:11 85:22
175:7
**reliance**  50:11
**rely**  114:19
**relying**  65:20
101:9 118:7

**remarking**  79:2
79:15
**remember**
49:21 62:14
114:4 240:20
241:19
**remembered**
241:20
**remind**  45:11
58:25 157:18
163:4 166:17
**remove**  181:4,5
**removed**  81:15
**repeat**  93:8
**rephrase**  230:6
**replicate**  25:12
26:2
**report**  4:25 5:9
59:23,24 60:8
79:5 81:4
83:19,25 84:14
84:21 86:7
89:23,24 95:4
109:25 110:3,9
116:6 128:19
128:20 162:3,8
171:8 209:18
222:16,21
225:18 226:20
227:8 228:5,15
229:10,14,20
236:25 237:16
**reported**  16:15
24:6 105:2
128:14 134:5,7

162:25 163:14
165:23 233:3
243:13 244:14
250:5
**reporting**  19:3
33:9 37:23
82:17 88:20
125:6 162:10
162:16,22
163:20,22
164:17 166:4
244:11
**reports**  16:17
34:1 42:23
44:5 59:12
65:17 83:15
140:18 176:20
**represent**
144:7
**representative**
136:4,9
**represented**
155:18 213:2
**reproduced**
231:22
**reproducible**
219:20 231:20
**reproducing**
115:25
**request**  8:2
**require**  134:14
198:17,18,19
**required**
198:16,22

| | | | |
|---|---|---|---|
| **requirement** | **review**  83:7 | 29:13,22 30:6 | 75:20 76:2,5,9 |
| 39:8 | 239:10 | 30:16 31:18,24 | 76:11 77:15,22 |
| **research**  40:19 | **revolves**  7:19 | 32:4,13,22 | 78:3,8,15,24,25 |
| 95:1 96:18 | **rg**  156:25 | 33:10 34:10,11 | 79:5,19,25 |
| 185:23 186:22 | 160:22,24 | 34:21 35:11 | 80:1,5,14,18 |
| 201:1 | 207:11 208:13 | 37:8,11,17,24 | 81:6,7,12,17 |
| **resolution** | 208:25 209:5 | 38:3,8,11,18,20 | 82:1,8 83:25 |
| 179:17 224:18 | 209:12 216:5 | 39:1,15,20 | 84:7,10,21 |
| **resolve**  22:21 | **rg144**  112:15 | 42:13,23 43:11 | 85:3,6,12,15 |
| **respect**  7:15 | **ri**  48:25 51:9,14 | 43:14,19 44:8 | 86:2,9 87:6,11 |
| 17:17 84:4 | 77:14,14 | 44:19,24 45:15 | 87:12,22,23 |
| 226:4 | 110:24,25 | 45:16,22 46:20 | 88:6,13,14 |
| **respected**  65:5 | 111:10 121:10 | 47:1,5,8,11 | 89:3,9,10,25 |
| 203:15 | 122:2 128:13 | 48:7,12,17,18 | 90:6,13 91:4,9 |
| **respects**  34:20 | 128:14,20,20 | 48:25 49:6,23 | 91:10,12,17 |
| **respond**  8:11 | 193:15 206:7 | 49:24,25 50:14 | 92:8,15,17,22 |
| **response**  83:18 | **ri's**  149:10 | 51:4,11 52:5 | 93:7 94:22 |
| 105:21 | **ri1556**  103:1 | 52:10,14,24 | 95:12,15,20 |
| **rest**  94:15 | **richard**  157:15 | 53:3,4,14,18,22 | 96:9,9,15 97:2 |
| 192:13 224:3 | **rid**  180:24 | 54:2,5,11 55:1 | 97:14,15 99:3 |
| 230:18 | 181:19 | 55:8,11,20,20 | 99:19,22 |
| **result**  99:20 | **right**  11:16 | 56:11,17 57:3 | 100:20 101:2 |
| 114:25 136:22 | 12:4,10,15,19 | 57:11 58:4,8 | 101:18,22,25 |
| 154:13 | 13:2,9,22 14:8 | 58:14,21 59:3 | 102:2,7,14,21 |
| **results**  4:3 | 14:19,25 15:4 | 60:22 61:25 | 103:1,6,11,17 |
| 16:13 29:9,21 | 15:8,20 16:19 | 62:1,7,15,19,22 | 104:12,18,21 |
| 37:20,21 38:8 | 17:20 18:1,9 | 63:8,13 64:1,9 | 105:4,19,22 |
| 77:21,22 | 18:24 19:9,16 | 64:14,21 65:6 | 106:10,13,15 |
| 139:17 | 19:23 20:3,22 | 65:13,17,25 | 106:25 107:2,3 |
| **resume**  175:16 | 20:23 21:3 | 66:7,14 67:5 | 107:3,9 108:3 |
| **retailer**  30:12 | 22:16,22 23:5 | 67:12,15,25 | 108:4,8,15,19 |
| **return**  78:19 | 23:23 24:3,8 | 68:6,9,11 69:1 | 108:23 109:9 |
| 98:8,21 156:12 | 24:15,22,25 | 70:3,7,10,13 | 109:10,13,14 |
| **reverse**  111:4,6 | 25:3 26:11 | 71:21 72:5,8 | 110:25 111:18 |
| | 27:2 28:11 | 73:13 75:1,17 | 112:4,8,21 |

**[right - sample]**

Page 52

113:10,13,17
113:24 114:7,9
114:23 115:14
115:22 116:6
116:10 117:10
117:18,23,24
118:3,18
119:25 121:23
122:3 123:3,10
123:13,24
125:2,8,23
126:9,12,21
128:10,16,17
129:3,11,13,18
129:20 130:1,2
130:21,22
131:2,6,9,25,25
132:1,5,11,12
132:15,24
133:9,13 134:7
134:9,17 135:1
135:4,17,20,22
136:1,5,17,23
137:6,7,16
138:8,17 139:1
139:19,20
140:8,10,19
141:8,12,21
142:1,10,25
144:11,19
145:4,5,16
148:12 149:13
150:7,10,16,21
150:25 151:25
153:4,14 154:1

154:6,9,18
155:1,8,14,16
155:22,23
156:20 157:25
158:19 159:4,9
159:10,15,21
160:5,18
161:22 162:2,5
162:11,18,19
162:23,24
163:11 164:24
165:12,13,17
165:24 166:7
167:21,21
168:1,5,9
169:6,15 170:8
170:14,19,23
170:24 171:8
171:21,22
172:4,8,8
173:4,4,18,19
180:6,10
183:10,14
185:13 191:10
191:23 192:22
194:3,5,5,9
195:1,4,25,25
199:2,5 201:14
202:21 203:19
204:12 206:1
206:11 209:1
209:14 212:9
214:23 215:4,7
216:9 217:11
217:23 219:24

220:6,6,18
221:4,19,25
222:3,24 225:1
225:10,13
226:16,25
227:20 230:4
230:13,19
232:6 233:9
234:8 235:23
236:2,4 237:8
242:11,19,21
242:25 243:7
244:8,21,23
245:17,19,22
245:23 248:1
249:1

**ris** 110:23
**risking** 23:4
**road** 157:2
**roadmap** 10:8
**roll** 211:1
**rolls** 13:14
**room** 178:6
184:18
**rotate** 192:23
**rotated** 194:15
194:17,24
**rotating** 192:21
**rough** 210:10
**round** 63:16
104:23
**rounded** 58:3
63:12 70:5
117:24 129:12

**rounds** 83:15
**routinely** 37:23
230:24
**row** 205:3
208:24 242:15
**rows** 247:25
**rtv** 91:9 92:15
93:11
**rule** 7:18 8:3
198:3
**run** 15:11,12
68:15
**running** 26:15
130:4 235:1
**rushing** 239:14

**s**

**s** 2:1 4:1 5:1
121:1,1,1
**safe** 179:7
**sample** 5:7 19:6
19:11,14,21
34:6 38:3,4,5
38:17 43:3
52:21 136:11
136:19 169:2
170:9 173:22
179:12 181:6,7
181:12 192:18
192:19,21
193:23 194:23
194:23,23
195:14 198:11
198:25 209:20
209:23 211:13
211:16 212:20

214:1,10,11,17
218:25 219:8
221:21 222:15
222:16,23,23
222:25 223:4
230:22 234:23
**samples** 14:20
20:15 27:19,19
27:20,21,23
33:14 37:23
38:22 44:1
61:24 92:8
93:17 112:21
162:5 179:22
195:12 196:16
196:17,23
198:5,6 201:9
208:15 212:18
212:20 216:1
218:16 219:4
227:8 240:9
**samplings** 21:5
**san** 176:14
**sanchez** 4:14
72:14 73:5
105:24 167:16
170:18,21
171:10
**sanchez's** 78:22
170:23
**sarcastic** 15:22
**satisfaction**
19:19
**satisfactorily**
20:21

**saw** 84:25 86:3
86:4 91:1
185:12 203:19
214:4 237:5
**saying** 20:24
21:8,16 22:20
25:19 27:6,10
34:8 39:21
40:1 61:15
67:7,8 70:15
70:16 71:18
87:15 89:1,10
100:25 105:9
108:15 116:14
116:16 117:7
122:17 126:11
129:17 131:4
131:22 132:22
139:2 150:5
151:11 157:21
163:2,16 164:4
164:20 165:20
166:20 172:3,6
187:6 221:6
226:14 246:6
247:11
**says** 41:1 61:14
65:20 66:16
67:14,21 75:4
140:22 146:6
149:7 150:9,14
164:22 165:12
170:20 198:3
205:6 239:4
246:20

**scale** 107:15
**scatter** 178:19
192:11
**scenario** 69:9
**scenes** 183:7
**scheduled** 6:21
**school** 5:15
27:12 40:22
41:3 182:9,17
184:3 196:16
196:17,23
**science** 16:3
43:22,25
224:17
**sciences** 168:15
**scientific** 137:2
137:5,13 138:8
139:1,5 217:11
**scientist** 26:2
27:17
**scientists** 21:6
21:22 30:20
35:16 177:13
180:2 194:10
203:16 205:17
230:25
**scope** 94:22,23
95:19
**scopes** 94:21
**screen** 121:13
**screwed** 202:1
213:19
**scroll** 110:23
**scrolls** 224:19

**seated** 6:19
**second** 7:24
24:23 34:4
38:2 51:2,7
53:2 81:23
82:10 89:17
115:11 117:15
127:1 134:24
138:2,24 143:2
143:21 146:19
146:19 156:13
158:10 164:1
170:1,17 179:7
190:17 198:24
201:23 204:11
218:7 243:19
243:25 244:15
247:2
**secondly** 39:8
**section** 66:21
67:14 133:23
149:5,16,17,17
149:20,22
231:24 232:11
236:7 237:25
**sectioned**
224:18
**see** 10:22,23,24
12:12 13:13
17:6 19:22
23:12 25:24
26:6 27:4 33:3
33:24 34:8
37:1,22 44:7
46:13 47:15

| | | | |
|---|---|---|---|
| 50:5 51:10 | 150:6,14 | 239:19 240:13 | **sees** 23:13 |
| 52:22 54:2,5 | 158:14 162:4 | 244:24 246:21 | 77:20 |
| 54:19 55:4 | 162:13,14 | 247:18 248:3 | **segrave** 105:25 |
| 56:25 57:21,23 | 163:16 164:10 | 249:4,8 | **select** 46:25 |
| 58:14 60:20 | 164:13 165:25 | **seeing** 26:14 | 136:16 |
| 62:18 63:1,10 | 166:10 167:4,6 | 37:3,5 48:7 | **selected** 171:18 |
| 63:11,12,13 | 167:7 169:12 | 73:8 79:17 | **self** 43:18 |
| 65:4 68:22,25 | 169:13,15,17 | 87:10 89:8 | **sell** 187:4 |
| 70:25 71:11,13 | 169:19 170:7 | 95:25 97:18 | **sem** 38:6 |
| 72:6 73:12,15 | 170:11,22 | 101:15 108:18 | **semiconductor** |
| 74:13,14,23,24 | 171:3,5,14 | 108:20 121:13 | 176:15 |
| 74:25 77:12 | 172:25 173:3 | 123:20 129:6 | **send** 216:4 |
| 81:5,9,14 | 173:14 174:5 | 134:7 144:3 | **sense** 143:19 |
| 86:19 87:2 | 174:10 178:18 | 163:3,9 172:1 | 206:7 245:7 |
| 89:5 90:17 | 181:7,18 | 173:17,18 | **sensitive** 27:8 |
| 93:1,20 95:2 | 188:18 190:7 | 186:16 192:12 | 30:23 181:23 |
| 96:3 99:14,19 | 190:12 191:21 | 200:10,12 | **sentence** 205:7 |
| 99:25 101:3,24 | 192:25 193:1,3 | 202:14 204:23 | 239:3 |
| 102:5,25 | 194:23 195:5,9 | 204:25 206:8 | **separate** 7:14 |
| 104:14 110:2 | 195:23 196:4 | 209:2,3 213:5 | 85:9 98:1 |
| 110:16,23,25 | 199:13,16 | 214:8,16 | 177:17 |
| 110:25 111:12 | 200:6 202:8 | 219:12 228:19 | **separated** |
| 111:13,15 | 203:13 205:10 | 231:8,9,18 | 185:16 |
| 113:16 115:15 | 207:10 208:21 | 236:6 | **separating** |
| 115:23 117:17 | 210:18,24 | **seem** 12:24 | 180:21 |
| 118:1,9,22 | 214:6,7 215:12 | 148:13 | **separation** |
| 121:16 124:13 | 216:12,22,23 | **seen** 71:2 82:20 | 16:24 19:12,20 |
| 125:9 126:4,4 | 219:18,24 | 84:18 90:2 | 20:20 27:13 |
| 126:8 127:13 | 221:12 223:6 | 92:1 116:12 | 32:20 37:11 |
| 128:7 129:8,15 | 225:16 226:13 | 159:17 173:11 | 182:14 184:7 |
| 130:3,4,16 | 227:1,4 228:12 | 173:12 180:5 | 186:7 |
| 131:1,16,24 | 229:2 230:15 | 186:14 203:5,6 | **sepiolite** 224:20 |
| 132:21 140:16 | 234:24 235:5 | 207:13 212:14 | **series** 99:17 |
| 140:18 141:18 | 235:13 236:2,4 | 215:1 227:22 | 185:1 |
| 141:21 149:14 | 237:9,21 | | |

**serious** 125:14
152:22
**seriously** 16:1
**serpentine**
17:12,16 159:9
**set** 136:3 200:9
204:10,12
208:4,7 214:25
250:6
**setting** 13:23
**settled** 14:12
**seven** 181:14
196:18
**several** 25:10
56:6 212:20
**sg** 5:22 27:14
36:11,13 37:4
96:5 112:14
160:22 167:7
169:20 187:8
206:17,24,25
207:4,9,21
208:6 209:15
209:19 211:4
211:24 214:5
216:5 247:17
**shade** 53:21
63:22 67:12
80:2 126:14
**shades** 64:19
65:20 122:5
124:5 232:9
**shape** 51:16
72:8

**shelf** 186:25
**shifting** 107:21
107:22
**shifts** 193:15
**shining** 56:15
64:9,14 75:10
79:24
**shirley** 2:2
**shooting**
192:19
**short** 180:12
207:5,7
**shorter** 221:4
**shortest** 149:11
154:21
**show** 10:10
48:19 71:12
77:5 80:11
84:15 89:18
90:19 91:19
96:4,6 100:7
115:6 132:14
138:23 140:1,3
143:18 145:10
165:8 173:7
196:22 219:2,3
224:9,19
228:22 231:11
232:1
**showed** 115:12
245:1
**shower** 218:17
218:17
**showing** 10:13
91:16 106:8

116:24 165:19
233:3,4
**shown** 77:6
209:22 219:3,5
236:24 237:11
**shows** 52:25
111:19 116:20
138:19,19
214:15 221:14
236:22
**shroud** 201:3
**shutter** 124:6
**sic** 199:5 216:7
**side** 53:6
104:22,24
122:23 125:2,3
125:22 130:1,1
130:2 140:8
142:6 145:19
145:20 153:15
153:16,17,18
166:2 227:15
233:17 234:3
236:4 237:20
248:1,2
**side's** 23:12,13
**sidebar** 85:11
85:12
**sided** 109:21
**sides** 235:2
**sign** 233:13
**signature**
250:14
**signed** 84:14
162:3 182:18

**significance**
147:1 180:11
195:16
**significant**
46:19
**significantly**
93:5,11 204:9
204:17
**silly** 160:19
**similar** 156:25
161:10,12
163:11 164:20
190:7 196:8
207:22 219:12
**similarity**
228:6
**similarly** 78:5
155:10
**simon** 14:24
**simple** 39:14
41:5 42:12
45:4 50:24
122:13 132:19
**simply** 197:7
**single** 23:21
43:11 97:4
135:16 145:19
145:19 218:13
218:13 240:22
**singular** 212:19
**sink** 35:3
**sir** 12:16 18:25
30:7 32:5
34:18 35:12
37:12 43:12,20

44:25 59:4
60:19 63:15
65:18 66:15
68:1 77:16
78:25 86:10
96:23 117:19
139:21 142:11
163:12 166:8
184:5 240:15
**sit**  28:6 44:14
44:15
**site**  86:24 96:21
**sits**  183:17
**sitting**  117:2
**six**  246:23
**size**  26:14 37:1
37:4 94:16
158:4 161:1,2
161:2 171:25
172:14 193:17
200:5,7 206:24
207:2,25 214:5
214:15 215:12
**sizes**  112:15
207:3
**slide**  4:6,14
10:9,20,25
16:4,8 17:9,21
18:14,18 24:11
24:23 26:19
29:25 30:25
32:13 34:15
37:20 38:2
41:23 42:2,21
45:12,23 48:2

48:3,10,21
50:24 51:9,15
52:1 54:21
56:3 57:8,22
59:1,13 60:15
68:20 69:22
72:25 73:1,19
76:15 77:10,12
77:18 78:20
81:4 86:19,25
92:13 98:24,24
99:17 101:16
102:16 107:6
107:23 109:7
109:17,18,19
109:22 111:7
111:15 112:1
112:19 113:7
113:15,21
114:17 115:10
116:5 117:5,15
119:4 121:7,16
123:14 125:20
126:6,18,25
127:23,25
128:11,19
134:3 138:3
139:12,12,24
141:2,17 144:1
144:23 146:22
148:14 150:4
150:24 152:12
152:13 153:13
154:3,14,20
155:6,11,18

156:10,13
159:1 163:7,17
164:1,18 165:6
165:16 166:3
166:19 167:23
170:5,17 171:4
171:16 172:25
209:16
**slides**  10:13,15
10:15 77:6
79:10 87:17
99:12 121:4
133:8 230:1
**slightly**  47:4
71:10 211:1
**slip**  211:1
**slow**  104:13
188:12 193:22
**slowed**  188:7
**slowly**  112:18
223:21
**slows**  188:4
**small**  22:22
23:22 35:15
65:10 90:15
169:18 171:25
203:9 208:14
222:2
**smaller**  26:10
112:15 134:1
191:15 195:6
207:2 211:14
**smallest**  203:5
206:24

**social**  176:17
**software**
213:13
**sold**  30:3,5
**somebody**
15:15 30:11
44:19 83:12
97:12 186:19
193:2 246:3,23
**sophistication**
179:16
**sorry**  14:12
22:15 23:17
39:23 40:9
41:7 48:3
59:19 61:16
66:20 71:16
72:15,15 74:11
79:6,8 82:25
93:3,8,16
122:21 125:13
130:1 131:5,17
134:25 149:23
152:18,18
156:3 160:19
186:4 194:16
204:14 205:4
220:6 222:17
243:6
**sort**  10:3 14:16
45:19 48:14
52:22 100:16
113:18 118:22
159:21 167:19
171:9 181:8

**[sort - state]**                                                                Page 57

207:1 209:7
226:8 234:10
**sorts** 208:23
**sound** 8:14
43:20
**source** 30:4
46:22 64:17
67:4 80:13
94:14 101:21
225:12,24
**sourced** 30:14
41:19 62:12
**sources** 94:3,15
200:15
**south** 159:6
**space** 203:11
**spaced** 154:16
**spalding** 2:8
6:17
**speak** 40:23
61:17 174:8
**speaking** 60:1
85:20
**specialist** 25:20
**species** 68:23
**specific** 8:6
51:23 67:19
99:20 136:2,15
181:25 208:2
**specifically**
14:1 22:1
175:13 216:15
**spectrum**
108:11,19
165:5

**speed** 188:1,2
188:11 193:22
**spell** 9:8
**spend** 14:3
185:21
**spending** 7:22
13:23
**spiked** 57:25
208:15
**spin** 39:6
**splayed** 210:25
**splits** 62:13
**spoken** 28:1
**spot** 233:22
**spots** 168:1
215:9,10
**spread** 211:2
**spreadsheet**
196:25
**squared** 58:4
**squeezes**
181:11
**srm** 204:10
**stack** 130:11
181:7
**stacked** 53:15
72:1
**stacks** 53:6
**stage** 178:22,23
189:10,15
**staining** 4:10
4:22 11:10
12:9 43:11
45:6 49:9
64:25 66:13

90:12 91:16
92:5 119:8
149:4 216:8,13
230:12
**stand** 49:25
119:2
**standard** 30:22
37:17 46:8,10
46:21 76:24
99:4 112:12
113:23 116:15
120:6 164:9
174:13 182:23
186:15,18,20
186:25 187:5
193:10 195:7
199:5,8,21,22
200:1,13 204:9
204:17 208:10
216:19,23
218:2 219:19
226:5 249:15
**standardized**
175:12 179:9
208:11
**standards** 4:4
35:14 45:25
46:8 68:3 94:6
146:3 185:25
186:23 187:5
198:17 199:9
230:25 243:1
245:3
**standing**
184:21,22

**standpoint**
10:19
**staring** 245:23
**start** 9:25
10:20 14:2,13
16:8 30:25
43:4 44:13
45:2,8,18,22
54:1 55:14,16
59:5 86:18
87:3,8,10
100:18 106:11
109:15 111:7
123:16 141:20
146:22 148:14
161:17 167:25
183:16 207:20
215:8,14
217:13
**started** 14:18
16:17 20:2
31:11,23 32:1
42:23 89:20
116:22 118:7
156:14 158:7
**starting** 8:9
150:2 196:6
199:18 201:11
208:15 233:11
234:16
**starts** 12:10
45:14 55:19
109:8 234:9
**state** 9:7
151:21 238:11

[stated - suppose]                                                    Page 58

| | | | |
|---|---|---|---|
| **stated**  11:7 | **stopping**  16:14 | 79:4 86:16 | 146:2 151:6 |
| 41:16 87:24 | 216:10 | 88:24 93:15 | 183:11 242:23 |
| **statement**  7:10 | **story**  71:5 | 108:15,16 | **subtracted** |
| 12:5 13:10 | **straight**  152:5 | 157:23 158:5 | 243:20 |
| **states**  57:20 | 178:14 192:12 | 168:1 170:22 | **subtracting** |
| 67:6 84:10,13 | 216:10 | 171:6 176:21 | 142:21 194:12 |
| 88:1 144:20 | **straying**  85:8 | 192:13 196:23 | 241:18 244:1 |
| 150:17,22 | **street**  1:12 2:3 | 225:5 248:8 | **sudden**  184:18 |
| 160:14,18 | 2:13 | **su**  4:11,23 5:18 | **suffice**  32:17 |
| 204:18 241:12 | **strength**  161:7 | 5:19 49:4,12 | **suggested** |
| **stating**  183:12 | 246:13,15,17 | 49:19 50:1,2 | 195:20 244:12 |
| 186:12 216:6 | 246:19 | 64:21 66:13 | 245:4 |
| **stay**  28:3 71:13 | **strengths**  175:7 | 82:15,20 83:6 | **suggesting** |
| **staying**  121:5 | 175:9 | 83:6,18,25 | 73:21 207:15 |
| **steady**  210:25 | **strongly**  13:2 | 84:5,12,20,25 | **suggestion** |
| **stenographic...** | **structure**  12:3 | 86:1,3,4 87:14 | 206:6 241:22 |
| 250:5 | 42:7 44:14,17 | 87:19 92:20 | **suggestions** |
| **step**  48:2,9,20 | 47:16 96:7 | 95:13 96:11,24 | 205:22,23 |
| 121:10,22 | 160:15 180:9 | 98:17 105:21 | **suggests**  92:2 |
| 127:19 145:8,8 | 202:10 210:7 | 106:1 111:11 | **suite**  2:3 |
| 145:8,8 198:13 | 210:10 237:12 | 151:22 201:1 | **summarize** |
| **steps**  47:14 | 237:21 | 202:24 204:6 | 156:23 |
| 68:7 | **structures**  26:6 | 204:14 205:6 | **summarizing** |
| **stick**  111:22,24 | 63:12 70:5 | 206:12 | 4:3 29:8 |
| 115:7 122:20 | 90:17 117:24 | **su's**  4:17 50:11 | **summary**  31:7 |
| 122:21 | 151:5,10 167:4 | 65:13,16 86:7 | **sunglasses** |
| **sticking**  131:17 | 169:19 206:16 | 148:17 149:2 | 178:12 |
| 221:13 226:24 | 208:17 209:5 | **subject**  188:23 | **super**  162:4 |
| 227:6 | 210:18 237:10 | **subjectivity** | **superior**  1:1 |
| **sticks**  184:15 | 237:19 246:12 | 11:23 | **supplemental** |
| **stop**  39:12 | **studied**  96:14 | **substance** | 5:9 26:22 |
| 119:19 200:22 | **studies**  168:14 | 153:1 | **support**  7:16 |
| 204:11 216:7,8 | 168:22 | **subtract**  51:2 | 202:16 247:10 |
| 216:13 218:6 | **stuff**  9:12 13:25 | 104:16 105:6,7 | **suppose**  220:13 |
| 232:21 239:14 | 58:8 72:23 | 134:19,21 | |

[supposed - talc]                                                    Page 59

**supposed**   77:20
   98:3 145:18
   146:10 246:8,9
   246:25
**supposedly**
   160:4 220:10
**sure**   10:17
   13:12 17:5
   18:17,21 28:15
   33:17 60:9
   68:8 93:9
   96:10 102:11
   109:7 111:6
   117:16 121:5
   123:15 125:16
   127:22 128:9
   129:9 135:14
   138:2 141:15
   142:4 148:5
   149:9 150:3
   154:3,6 157:14
   158:24 169:1
   174:24 178:11
   193:18 210:23
   212:11 213:12
   221:17
**surface**   184:14
**surprising**
   47:25
**susceptible**
   67:3
**sustain**   98:12
**swearing**   74:1
**sweeney**   2:17
   77:1

**swing**   189:15
**switch**   102:12
**switched**   61:1
**switching**
   41:10
**swore**   31:22
**sworn**   9:10
   216:6
**system**   68:16

**t**

**t**   4:1 5:1 121:1
**table**   206:12
   241:9
**tables**   49:5,12
   65:13,16
   111:11 216:21
**tag**   132:20
**take**   10:2 38:8
   38:16,25 43:13
   43:24 44:1
   48:14,21 50:25
   59:5 68:7
   72:17 89:12
   95:6 104:5,15
   105:5 125:21
   133:1 134:19
   134:20 135:24
   136:9 137:24
   143:17 146:2,3
   147:9,9 151:5
   155:4,4,12
   156:7 159:23
   174:4 178:9
   182:15 184:21
   190:14 200:22

   229:11 230:22
   232:24 240:17
   240:18 242:22
   243:19 249:2
**taken**   43:8,15
   57:19 64:7
   73:5 74:22,25
   78:22,23 79:24
   80:25 90:25
   95:12 97:4
   122:4 212:18
   227:8 228:5
   239:25
**takes**   81:19
   199:14 207:21
**talc**   5:10 11:14
   12:1,25 14:15
   14:15,19 15:8
   21:15 22:3,9
   22:16 23:7,8
   25:21 27:7,11
   27:17 28:7
   30:3,5,14 31:4
   31:14,23 32:3
   32:9,9 33:23
   37:6 42:6,13
   43:3 52:8,8,9
   52:11 53:1,3
   53:18,25 56:10
   57:2,19,21,24
   57:25 58:1,2,3
   58:5 61:14,24
   62:12,13,15
   63:4,6,7,17,19
   69:8,9,10 70:6

   70:9,11,11,22
   71:2,3,4,21,21
   71:23,23,25
   72:3,7,9,11
   73:4,4 78:22
   78:23 81:17
   83:9 88:13
   90:20 91:9,20
   91:24 92:5,7
   92:22 93:3,25
   94:1,14,15
   96:6 99:2,8
   100:1,14,20,22
   101:5,21,21
   107:7 117:23
   118:2 123:17
   123:24 124:10
   124:13,18
   125:7 126:10
   126:10,12,21
   127:5,8,13,17
   129:14,25
   130:3,8,10,15
   130:18,20,24
   131:1,3,5,10,11
   131:20 132:14
   132:16 133:3
   146:5 154:9
   155:25 156:2,3
   157:1,5 160:4
   160:12,14,17
   169:3 173:17
   173:23,23,24
   173:25 175:13
   175:23 176:8

| | | | |
|---|---|---|---|
| 176:22 177:1,6 | 245:3 248:7 | 109:2,24 | 159:1 161:8,18 |
| 180:13,25,25 | **talcs** 20:12 | 121:17 127:20 | 162:11 167:25 |
| 181:2,4,6,18 | 26:12,17 33:8 | 128:4 133:24 | 188:25 192:17 |
| 182:1,8,23 | 65:11 93:15 | 137:11 138:1 | 193:20 194:11 |
| 183:5,23,25 | 176:1,10 | 138:15 142:5 | 194:13 216:24 |
| 184:8,9,11,15 | 177:12,21 | 147:17 148:17 | 232:2 239:3 |
| 184:15,23 | 204:20 207:23 | 149:5 161:11 | 241:11 |
| 185:4,16,22 | **talcum** 161:15 | 161:13 163:1 | **talks** 88:17 |
| 189:5 190:2 | 173:15 174:22 | 166:12 174:20 | 201:7 |
| 195:7,10,12 | 174:22 186:6 | 175:1 192:15 | **tall** 154:25,25 |
| 200:2 208:10 | 197:7 200:10 | **talked** 29:4 | 155:7,7 |
| 208:15 209:20 | **talk** 10:5 11:4 | 51:7 55:17 | **tallest** 154:20 |
| 211:21 212:1,4 | 11:12,19,20 | 107:25 126:1 | **taught** 43:18 |
| 212:9,12,15,17 | 13:8 16:6,11 | 128:11 136:20 | **technique** |
| 212:21 213:19 | 16:12 18:12 | 184:4 197:15 | 29:10 32:21 |
| 213:21 215:3,6 | 23:15 29:11 | **talking** 9:25 | 34:20 137:2 |
| 215:22,23 | 31:2 34:3,15 | 10:4 14:13 | 138:5,7 |
| 220:1,5,18 | 35:22 36:8,16 | 17:10,17,24 | **techniques** |
| 222:11 223:10 | 37:7 38:1 | 22:8 28:2,18 | 64:25 |
| 223:22 224:7 | 39:13 41:20,22 | 30:25 32:2 | **technology** |
| 224:10,13,20 | 41:24 42:15,20 | 33:22 35:19 | 199:9 |
| 224:24 225:6 | 44:3 45:5 | 36:9 43:10 | **tell** 42:12 68:16 |
| 225:17,23 | 46:16,18,23,24 | 45:2,12 46:12 | 74:1 79:9 |
| 226:23 227:16 | 50:9,10,17 | 47:7 55:14,25 | 100:6 133:20 |
| 227:22 228:10 | 51:25 52:8 | 58:2,3 63:23 | 143:3 152:13 |
| 228:21,25 | 53:20 54:8 | 63:24 66:11 | 187:21 195:15 |
| 231:8,25 233:4 | 56:8 61:5 | 77:24,25 78:10 | 224:22 226:3 |
| 233:24,25 | 68:18 69:11 | 80:11,18,21 | 234:8 |
| 234:6,9,20 | 75:6,17 78:5 | 81:22 90:4 | **telling** 93:24 |
| 235:4,25 236:7 | 81:10,21 82:13 | 98:4,5 99:8 | 129:23 137:11 |
| 236:12 237:18 | 85:1,11,16,16 | 103:19 114:4 | 164:5 |
| 237:21,25 | 86:2,13 97:10 | 119:17 121:8 | **tells** 66:17 |
| 238:5,13,19 | 98:16,18 99:15 | 121:12,15 | 113:9 |
| 239:1 242:10 | 101:7 102:24 | 123:16 128:1 | **tem** 11:13,21 |
| 242:13,24 | 103:8 108:24 | 141:24 146:5 | 11:25 12:1 |

**[tem - think]**                                                                    Page 61

17:25 18:9,10
20:1,9,22 21:1
21:2,9,13,18
22:13,15,20
23:4,12 24:17
24:19,25 25:11
25:13,20,20,23
26:9,17,25
27:9,18,23
28:5,11 32:25
33:3 34:9 38:6
38:17,20,21,25
39:10,18 41:7
41:9,15,21
42:1,4,11,11
45:4 96:21,21
160:8 181:7,22
188:25 196:16
198:7,13 218:9
224:18
**temperature**
48:23 67:3,18
67:24 75:4
122:14
**tenfold** 220:19
**tensile** 161:7
246:13,15,17
246:19
**term** 141:15
158:25 217:11
217:12
**terms** 34:5
64:24 147:25
**terrible** 201:23

**test** 4:24 16:23
152:10 185:6
**tested** 31:22
32:3 38:15
157:10,10,24
157:24 158:8
197:4
**testified** 25:20
28:5 122:9
212:15
**testifies** 215:17
**testify** 215:21
**testifying** 25:10
84:5
**testimony**
19:25 94:4
138:10 157:4,6
216:6 250:4
**testing** 7:18
30:2 31:3
157:6,11 158:3
158:7,12 162:4
175:18,22,24
176:2,25 177:5
231:20
**texas** 2:4
**thank** 6:11,18
7:8 8:10 9:2
11:1 12:18
28:22 46:1,5
62:4 66:7
69:17 72:19
76:18,21 77:2
82:23 120:1
147:15 148:21

152:7,15 174:1
174:6,16 184:1
201:17 202:1
217:17 222:20
223:18 239:7
239:11 249:6,7
**thanks** 58:20
**theoretically**
40:18 144:4
**theory** 160:1,9
**thick** 181:13,14
210:7 227:2,3
228:14
**thicker** 223:9
229:3
**thing** 13:4
48:20 58:15
74:23 82:13
88:16 89:16
105:25 106:1
107:13 110:1
122:13 124:4
130:18 133:25
135:15 151:17
151:23 155:13
175:23 179:4
186:17 188:17
195:2,10
199:15 201:8
206:6 211:14
214:3,8,8,25
219:2 222:17
226:22,24
231:2,9,11
241:2 245:3

**things** 10:12
12:20 14:4
20:18,25 21:23
22:5,12 23:19
26:8 27:25
32:6,18 35:4,8
35:17 42:3,4
46:15 48:23
51:22 57:15
63:5,11 64:12
66:9,16 68:24
69:7 77:11
80:10 81:5
83:17 84:24
86:6,9 87:19
88:9 92:20
93:17 107:7
109:16 117:13
117:15,22
121:14,19
156:13 157:17
167:19 170:3
174:25 175:5
176:24 178:10
179:18 180:21
183:7 200:7
206:8 208:23
210:23 211:23
212:2,16 229:4
**think** 7:21 8:12
8:20 9:13 10:1
12:18 14:20
21:23 22:10
26:4 27:20
29:7 35:5

**[think - tomorrow]**

| | | | |
|---|---|---|---|
| 36:22 37:20 | 223:23 227:21 | 23:19 24:1,6 | 197:11 199:23 |
| 41:16 44:21 | 228:9 229:19 | 24:10 28:9 | 202:14 215:17 |
| 45:13,15,23 | 235:16,18 | 31:1,23 32:19 | 227:23 228:1 |
| 57:2,9 58:16 | 239:18 243:23 | 32:24 33:9,20 | 231:22 244:20 |
| 60:4,7,24 | 247:4 | 36:18,20,22 | **tint**  115:4 |
| 65:10 66:4 | **thinking** | 39:6 49:21 | **tip**  222:2 |
| 67:9 73:23 | 155:24 | 55:24,25 59:10 | 223:22 225:13 |
| 77:18 78:19 | **thinks**  113:9 | 60:25 69:8 | **tissue**  8:2,6 |
| 83:14,20 84:17 | 231:17 | 73:19 76:24 | **today**  6:22 |
| 84:19 85:10,18 | **third**  131:2 | 80:15,16,17 | 10:10 11:17,18 |
| 86:22 96:23 | 157:14 | 83:13 85:24 | 12:21 16:3 |
| 97:7,7 98:25 | **thought**  10:7 | 91:1,7 93:22 | 27:2 28:4,7 |
| 101:5,14 | 28:21 35:23 | 96:23 109:7 | 32:16 33:23 |
| 105:24,25 | 74:11 84:1 | 119:24 120:6 | 37:4 39:20 |
| 107:14 108:18 | 88:18 89:12 | 123:15 134:17 | 44:22 49:3 |
| 112:6 124:5 | 106:18 192:4 | 148:7 156:17 | 50:19 83:7 |
| 136:19 139:15 | 207:5 | 157:22 158:7 | 85:10 117:18 |
| 140:11,24 | **thousand**  96:21 | 164:13,14 | 239:17 248:18 |
| 147:3 149:21 | **thousands** | 169:14 174:13 | 249:10 |
| 151:14 152:1,2 | 181:22 | 196:22 206:10 | **together**  29:7 |
| 155:24 156:9 | **three**  8:4 14:23 | 213:14 232:16 | 54:16 55:3,6 |
| 156:13,18 | 27:21,23 30:11 | 233:9 238:5 | 93:22 125:5 |
| 157:16 158:9 | 34:1 176:5 | 239:19 249:2 | 132:4 136:3 |
| 158:22 159:18 | 209:4 226:18 | 249:15 250:6 | 142:12 154:8 |
| 160:6 161:3 | 238:7,9 | **timeline**  14:14 | 154:15 206:12 |
| 166:3 168:2,25 | **tiles**  198:7 | 14:17 17:6 | 224:13,14 |
| 172:15 173:11 | **till**  63:9 | 176:25 177:2 | 233:5 |
| 174:2 181:16 | **tilted**  248:12 | **times**  15:23 | **told**  110:19 |
| 185:7 186:1 | **time**  7:4,22 | 28:5 31:13,18 | 115:13 118:9 |
| 197:22,24 | 8:13 10:2 | 31:20,20 34:5 | 156:18 188:24 |
| 201:5 202:12 | 13:24 14:3,16 | 35:6 45:21 | 212:24 |
| 202:13 203:7 | 14:23 16:7,11 | 50:23 69:15 | **tomorrow** |
| 203:23 206:24 | 16:12 19:10,14 | 98:23 117:3 | 119:3 165:25 |
| 208:15 213:7 | 19:25 21:6,13 | 135:21 136:1 | 173:8 239:16 |
| 218:15 221:3 | 22:1 23:2,18 | 154:10 181:23 | 248:23 249:8 |

**[took - type]**

**took**  19:21
39:17,19 40:22
86:20 100:8
103:13 184:24
192:3 208:13
208:14 243:19
**top**  182:16
188:9,11,17
203:4,11
228:14 236:11
**topic**  133:23
156:9,10
**topics**  35:18
45:13
**totally**  65:7
85:21 88:2
112:16
**towards**  75:20
75:20 76:11
82:8 106:14,15
141:20 167:21
**trace**  20:7,12
24:7
**tradename**
159:7 206:21
**traditional**
175:24
**train**  199:24
**trained**  179:25
**training**  8:24
**transcript**  1:6
250:4
**transcripts**
15:14 32:2,11
213:22

**transfer**  103:6
**transmission**
17:25 19:22
175:3 181:8
198:4 246:15
**travel**  10:11
**treat**  114:13
132:8,13,13
**treated**  112:2
**treating**  103:14
115:18 116:8
116:17,19
117:8 122:10
125:22,23
**tree**  68:25
**tremolite**  33:12
34:13 67:17
151:18 168:14
176:6,7 185:19
187:1 246:18
**trial**  13:23
212:10
**tried**  16:10
28:9 40:20
59:9,10 83:17
117:16
**true**  11:16,17
12:4,5,14
13:11 15:20
28:4 29:14
41:12 68:6
73:24 89:15,18
131:12,13
139:16 142:3
187:19,20

225:7 240:10
240:11 241:25
242:5,8,9
250:3
**truly**  121:13
133:18 145:9
**trust**  36:8,16
50:22 72:22
74:10 77:11
**try**  12:21 25:12
25:23 26:2
35:17 68:7
85:1 170:4
171:1 181:5
**trying**  18:5
49:21 65:21
93:2,12 98:1
104:9 156:23
169:3 220:12
222:18
**tungsten**  56:2
56:11,14 57:14
67:25 68:7
74:25 75:9
79:24 80:25
81:7,15 82:5
134:6 232:3
234:18
**turin**  201:4
**turn**  74:5 87:3
87:10 94:2
100:22 124:18
171:1,3 172:23
189:10 193:7
206:4 225:14

248:14
**turned**  22:11
87:1 92:24
213:9
**turning**  87:9
**turns**  23:6
246:18
**tweaking**  40:23
**two**  7:14 11:20
17:11,23 22:20
28:16 34:13
47:8 51:13,17
55:24 77:8
79:10 87:4
96:17,25 103:9
104:5 113:19
114:20 121:4
135:20 139:16
142:11 153:13
154:22,23
168:7 175:4
176:5 178:21
179:1 180:14
181:3 183:25
189:11,16,17
190:9,22
200:25 209:4,9
237:19 238:15
238:20,24
239:5,6 246:22
247:25
**type**  12:7 19:14
33:22 43:9,23
46:25 49:6
52:12 53:9

67:4 90:10
91:15 122:5
159:3 160:11
160:15 162:10
163:5 164:20
166:22 167:6
171:20 173:21
183:7,18 192:2
194:5 206:7
219:20
**types**   8:21
11:21 17:22
25:6 35:19
93:15,17 175:4
202:19
**typical**   53:17
58:5 62:20,23
88:13 100:19
125:7,7 155:22
**typically**   43:24
44:19 53:1,3
54:4 61:4 63:6
122:23 123:1,2
159:13 169:9
186:23 190:6
204:22

**u**

**ultimate**   82:18
134:13
**ultimately**
10:10
**um**   20:25
202:23
**unclear**   85:21

**under**   12:12,23
19:21 31:21
33:23 36:23
37:16 38:25
39:18 41:7,9
41:12 46:13
48:5 70:3 74:1
84:5 89:8
90:20 94:1,2,4
96:14 114:2
128:6 138:10
139:23 141:4
147:4 150:20
169:21 184:21
184:23,23
186:16 191:4
211:10 225:11
225:14 233:8
**understand**
16:15 19:9
24:11 27:6
36:12 40:8
43:16 48:2
51:24 53:2
62:2 75:16
85:2,24 86:14
87:24 91:5,5
96:10 98:21
101:15 102:11
102:17 106:6
108:6 111:6
121:6 129:9
139:24 140:2
140:13 141:15
147:24 148:4,8

150:4 153:11
154:6,12
158:24 160:1,2
176:11 225:22
**understanding**
23:9 145:23
156:19,19
157:21
**understood**
8:23 148:5
175:11 177:23
197:18 200:14
**undertaken**
168:23
**uniform**   196:3
196:3
**union**   27:14
35:13 156:24
187:7 200:12
206:17,23
214:5,15
**unique**   159:13
160:10,15
**united**   57:20
84:10,13 88:1
160:14,18
**unitless**   221:24
222:1
**unknown**
214:10
**unquote**   207:5
234:19 238:1
**upper**   129:11
130:1,2,9
236:4

**upstate**   32:10
**urban**   32:9
**use**   11:24 17:22
18:4 20:22
21:14,18,19
23:3,13 25:14
25:18 33:5
34:21 36:7
37:14 38:7,10
40:25 41:15,21
42:11,11 47:5
49:12,17 54:20
60:5 68:6
77:13,17 90:10
105:24 106:1
108:7 116:25
137:3,5 138:5
138:13,22
139:1,13
140:17 142:21
145:17 151:8
151:13,19
153:7 154:11
158:25 174:21
177:20 178:15
183:7 184:7
188:6 193:19
196:16 205:17
206:3,6 230:7
240:25 241:4
242:12 246:10
**used**   13:6 14:15
30:4 33:3
34:23 47:10
49:5 65:1,2

**[used - visit]** Page 65

67:4 161:20
183:6 196:23
199:23,23
205:8 216:20
217:14
**uses** 11:15
167:5 181:9
**using** 4:21
19:10,14 20:2
22:2 23:20
24:3,17,24
25:23 26:17
27:8,8,9,11,18
29:5,10 30:22
32:20,25 33:21
34:10 35:2,7
37:10 43:4
45:6 48:22
56:1,10,20
59:10 64:7
67:24 75:3
78:24 81:7,19
91:14 92:3
107:1 110:18
114:20 135:17
135:19 137:15
137:18,18
138:7,12
139:16,17
142:24 143:1
143:21 147:25
149:3 154:12
154:13 162:10
170:7 179:23
181:23 186:15

193:12,13
197:2,16
208:25 215:8
225:5 228:23
241:1 244:10
247:21
**usp** 4:5 57:7,20
59:18,20 68:5
**usual** 210:24
**usually** 147:6
149:8 173:11
227:24 244:6
**utilize** 183:4
**utilizing** 225:23
**utterly** 139:4

**v**

**v** 1:7
**vacuum** 188:1
**valadez** 4:15
80:17,21,24
81:2,3 98:19
98:19 101:14
107:18 109:1
109:25 110:9
116:6 119:17
126:3 166:14
219:1,2 229:10
229:14,25
230:2,3
**validating**
208:23
**validation**
26:15 28:16
**value** 51:4 52:5
104:10 114:6

121:22 128:12
128:13,14,15
128:20 129:3
132:10 133:12
152:24 164:23
183:21 194:12
194:12 221:24
241:18,18,24
242:7 243:14
243:21
**values** 51:9,10
51:14 112:20
113:9 121:10
140:22 165:22
228:2 239:23
244:10,13
245:10
**vanderbilt** 93:4
176:2 215:18
**vanderbilt's**
158:3
**variable** 36:4
36:10 156:18
**variation**
202:18
**variety** 38:10
**various** 16:11
178:23 206:23
240:9
**vary** 186:13
**veble** 224:17
**verify** 27:23
28:10 39:10
198:4 205:18

**veritext.com**
1:23
**vermiculite**
151:19
**vermont** 27:20
41:19 71:2,3,4
73:4,4 78:23
79:7 159:20
160:13
**verse** 41:21
67:10 92:12
101:10 136:23
148:15 162:17
**versus** 6:4 20:1
31:17 61:9
78:23 97:12
154:13 164:7
184:13 190:8
230:14 241:1
**vibrations**
178:5
**video** 84:15
**view** 63:14
87:20 88:6
89:7 136:4
154:16 180:22
205:20
**visbestos** 36:23
158:8 161:19
162:4 164:8
**viscomi** 1:18
6:2
**visible** 87:17
**visit** 84:13

[visually - we've]                                                    Page 66

| | | | |
|---|---|---|---|
| **visually** 74:13 | 57:1,18 58:25 | 230:21 232:1 | 39:3 50:24 |
| 234:4,5 | 59:5 60:11 | 232:22 233:1 | 62:19 73:22 |
| **voltage** 101:6 | 65:19 68:4,5 | 233:16,25 | 76:4 84:21 |
| **volume** 1:7 | 68:22 69:21 | 239:8,16 246:3 | 92:6 95:18 |
| 208:22 | 71:1 74:20 | **wanted** 7:2 | 103:9 108:10 |
| **voluntary** | 77:5,8 78:19 | 28:14 148:5 | 110:15 114:11 |
| 196:13,14 | 80:6,11,20,24 | 193:18 211:20 | 115:5 119:20 |
| 197:23 | 82:13 86:11,14 | 211:23 239:13 | 124:23 129:1 |
| | 89:5 90:16 | **wants** 60:5 | 134:22,22 |
| **w** | 92:11 96:9 | **waste** 23:25 | 135:4,5,6,7,8 |
| | 98:15 101:13 | **wasting** 196:21 | 135:11 137:14 |
| **w** 1:5 | 105:15 109:15 | **watch** 9:4 | 140:4,10 144:8 |
| **wait** 14:11 63:9 | 111:5 124:18 | **water** 188:3,3,7 | 145:3,17 |
| 79:4 94:18 | 124:20 125:18 | 188:13,15,21 | 147:11,11,12 |
| 201:23 | 126:2 128:4 | 192:11 193:5 | 147:20 150:8 |
| **waiting** 39:6 | 129:6 132:12 | **wave** 191:14,14 | 153:4,6,15 |
| **walk** 18:20 | 133:24 134:11 | **wavelength** | 155:17,19,23 |
| 45:7 108:25 | 135:14 138:2 | 12:13 48:12,16 | 156:4,4,6 |
| 109:1 | 140:15,21 | 48:21 77:21 | 158:1 176:20 |
| **walked** 77:19 | 141:14,15 | 78:12 80:9 | 179:4 183:11 |
| **walter** 49:11 | 148:16,17 | 81:20 111:14 | 188:17 195:11 |
| 179:25 200:21 | 151:22 153:8 | 112:8 149:11 | 208:16 211:22 |
| 200:23,24 | 154:2,11 155:2 | 186:12 191:12 | 227:9 232:18 |
| 201:2,2 202:17 | 156:8 158:24 | 197:2 203:24 | 233:22 234:1 |
| 203:23 204:4 | 163:1,4 166:12 | 219:11 220:10 | 234:16 236:6 |
| 239:25 | 166:16 167:13 | **wavelengths** | 243:4,10 |
| **want** 10:17 | 167:15,25 | 131:14 178:5 | 244:12,17 |
| 12:1 16:6 | 170:2,16 171:1 | 191:13 199:20 | 245:18 248:15 |
| 18:15,17,20 | 174:20,25 | 201:21 202:18 | **ways** 19:13 |
| 23:20 28:14,19 | 178:8,9 180:19 | 203:2,17 204:3 | 35:17 90:9,13 |
| 31:2 32:15 | 180:23,24 | 211:8 | 103:9 134:17 |
| 34:3,15 36:4 | 181:19 183:17 | **waves** 191:14 | 142:23 175:4 |
| 37:8 41:22 | 195:11 206:19 | **way** 9:5 17:2 | **we've** 26:12 |
| 42:5,19 43:20 | 208:1,3 216:11 | 28:6 30:15,17 | 39:6 45:3 51:6 |
| 45:5,18 46:3 | 217:4 218:23 | 30:19 37:17 | 53:12 68:5 |
| 46:15,16 50:12 | | | |
| 51:24 55:14 | | | |

71:2 80:25
81:14 84:17
89:24 90:2
98:25 101:15
105:1,11,13
111:12 113:1
128:11 133:21
136:20 162:11
166:13 173:11
173:12 176:2
179:3 197:22
198:6 207:12
212:14 215:1
227:21 235:10
**weaknesses**
175:8,10
**weber** 105:23
106:4
**wednesday** 6:3
**weeks** 26:16
**weight** 8:18
**welcome** 174:7
239:12
**went** 30:11
83:23 86:20
102:13 122:11
156:22,24
165:7 172:24
185:11 195:24
201:5
**west** 1:22
**whatsoever**
89:15
**wheel** 90:15

**white** 68:9,14
68:17,19,20
80:2,8 90:10
178:3 198:20
213:10 220:7,9
220:11 232:2,9
232:13,15
233:12,17
235:5 236:22
237:24 238:2
**wide** 57:14
**width** 37:2
143:7 147:9
**wife** 192:3
**william** 3:5
6:22 7:17 9:9
**wilson** 2:16
76:25
**wiring** 9:4
**wish** 7:9 8:11
**witness** 3:3
6:24 9:4,6,9,11
9:17 39:24
40:1 66:5,7
72:19 100:7
119:23 120:1
125:13 147:2
147:16,20,22
148:9 174:6
217:3 249:7,9
249:11
**witnesses** 50:17
**wonder** 90:3
**word** 145:15,22
217:21

**worded** 26:19
**words** 8:6
12:11 23:1
30:10 70:11
106:14 123:20
123:23 134:1
135:18 140:18
144:10 150:8
150:18 154:8
165:9
**work** 10:5 14:7
16:7 19:18
30:19 40:19
47:8 55:24
82:11,15,21
86:13 101:14
106:3 115:5
119:17 140:10
153:6 156:15
176:15 184:25
184:25 192:2
224:21 248:16
**worked** 25:24
38:24 40:13
98:17
**working** 15:3
26:20 31:24
39:4 49:2
79:22 176:9
179:24 198:20
198:21
**works** 45:19
111:6 151:20
**worry** 45:20

**worthless**
20:11 22:8
**wrap** 248:17,23
**wrapping**
98:22
**write** 83:19
84:16,21
102:25
**writing** 83:24
204:15
**written** 64:21
128:2
**wrong** 12:23
22:11 70:25
73:23 74:8
83:22 84:23
87:24 95:17
118:24,25
119:2,9,15
128:24,25
139:4 140:12
140:14 145:6
153:22,24
156:3,5 197:7
**wrote** 11:11
66:10 83:7
**wylie** 50:3,4
168:21

**x**

**x** 4:1 5:1 143:6
**x100157300**
250:16
**xr00011300**
250:17

**y**

**y** 6:4 48:15
**yeah** 48:18
62:16 63:1
64:2,15 83:14
86:4 103:23
107:4 124:10
133:14 136:21
156:4,24
182:11,12
192:10 206:22
211:5,19
221:11 222:22
223:5,19
226:13,23
228:13 229:18
230:9 234:24
239:4 247:9,18
248:19
**year** 94:25
185:21 228:6
238:14
**years** 14:5,9
19:1 25:10
34:23 36:23
49:17 56:7
96:17 175:20
176:9 177:3
179:15,19,19
179:20,25
189:23 196:18
202:3 224:16
238:7,9 241:20
241:21

**yellow** 53:17,19
53:21,23 54:6
55:6 56:15
57:3,5 58:7,9
58:10 60:21,23
61:4,7,8 62:21
63:2,8,20 64:1
64:2,3,3,5,7,8
64:20 65:21,21
65:22 66:17,25
67:1,1,1,2,10
67:10 70:21,24
74:24 76:2,8,9
78:2,3,11
79:16 80:2,3,4
80:7 81:16,20
82:1,1,3 87:10
88:14 99:2
105:18 106:25
114:12 117:17
119:11,12
123:8 124:11
124:24,25
125:22,24,25
126:8,11,13,14
126:19 127:3
127:14 130:14
132:9,13,14
133:5,11
141:20 144:25
165:24 166:15
178:4 193:2,4
193:17 200:6
201:16 211:8
213:5,6 216:17

216:22 219:15
223:23 224:2,3
226:9 248:14
**yellowish** 56:22
57:4 214:6
232:3
**yellows** 78:1
79:23 82:7
87:8 88:12
100:18 102:6
106:9 107:14
107:16,20
108:4,18
123:23 124:2
173:16,17
**yep** 36:21
**york** 2:10,10
32:10,10 40:12
**yugoslavia**
159:15

**z**

**zero** 138:20
143:6
**zeros** 26:13
**zimmerman**
69:19 79:11
89:24 91:1,7
92:12 94:20
230:5 236:25
237:16
**ziploc** 159:22
**zoom** 110:15
**zoomed** 234:13
**zussman** 135:7
137:22 151:16

New Jersey Rules Governing Civil Practice

Part IV, Rule 4:14

Depositions Upon Oral Examination


4:14-5. Submission to Witness; Changes; Signing

If the officer at the taking of the deposition is a
certified shorthand reporter, the witness shall not
sign the deposition. If the officer is not a
certified shorthand reporter, then unless reading
and signing of the deposition are waived by
stipulation of the parties, the officer shall
request the deponent to appear at a stated time for
the purpose of reading and signing it. At that time
or at such later time as the officer and witness
agree upon, the deposition shall be submitted to
the witness for examination and shall be read to or
by the witness, and any changes in form or
substance which the witness desires to make shall
be entered upon the deposition by the officer with
a statement of the reasons given by the witness for
making them. The deposition shall then be signed by
the witness. If the witness fails to appear at the
time stated or if the deposition is not signed by
the witness, the officer shall sign it and state on
the record the fact of the witness' failure or

refusal to sign, together with the reason, if any, given therefor; and the deposition may then be used as fully as though signed, unless on a motion to suppress under R. 4:16-4(d) the court holds that the reasons given for the refusal to sign require rejection of the deposition in whole or in part.

DISCLAIMER: THE FOREGOING CIVIL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE STATE RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

Exhibit 68

Page 255

1              SUPREME COURT OF THE STATE OF NEW YORK
                      COUNTY OF MONROE
2                   INDEX NO. E2020003840

3

4    JESSE WOODS AND SARAH WOODS,

5                   Plaintiffs,

     vs.

6

     KOLMAR LABORATORIES, INC., et al.,

7

                    Defendants.

8    _____/

9

10

        REMOTE VIDEOTAPED DEPOSITION OF MICKEY E. GUNTER, PhD

11

                    Volume 2, Pages 255 - 369

12

                    Tuesday, September 6, 2022

13                  9:08 a.m. - 12:01 p.m. PT

14

15

16

17

18

19

20      REPORTED BY: Beverly Bourlier James, RPR, CRR, FPR

21

22

23

24

25    Job Number: 5416340

Page 256

```
 1  APPEARANCES:
 2
 3        LEAH C. KAGAN, ESQUIRE
          lkagan@sgptrial.com
          Simon Greenstone Panatier PC
 4        1201 Elm Street, Suite 3400
          Dallas, Texas 75270
 5        -and-
 6        SHAINA WEISSMAN, ESQUIRE
          sweissman@sgptrial.com
          Simon Greenstone Panatier, PC
 7        420 Lexington Avenue, Suite 2848
          New York, New York 10170
 8        -and-
          JOHN P. COMERFORD, ESQUIRE
 9        jpc@lipsitzponterio.com
          Lipsitz Ponterio & Comerford LLC
10        424 Main Street
          Buffalo, New York 14202
11        on behalf of the Plaintiffs
12        JAMES T. WILLIAMS, ESQUIRE
          james.williams@millermartin.com
13        Miller & Martin PLLC
          Volunteer Building, Suite 1200
14        832 Georgia Avenue
          Chattanooga, Tennessee 37402
15        -and-
          SUSAN E. VAN GELDER, ESQUIRE
16        svangelder@goldbertsegalla.com
          Goldberg Segalla LLP
17        665 Main Street
          Buffalo, New York 14203
18        on behalf of Chartem Inc.
19        MIKE KILGARRIFF, ESQUIRE
          mike.kilgarriff@kirkland.com
20        Kirkland & Ellis LLP
          1301 Pennsylvania Avenue NW
21        Washington, DC 20004
          on behalf of Defendants Barretts
22        Minerals Inc. and Specialty Minerals
          Inc.
23
          ALSO PRESENT:
24
          Ken Williamson, videographer
25
```

Page 257

```
 1         E X A M I N A T I O N
 2                              Page
 3  CONTINUING EXAMINATION........................ 260
    BY MS. KAGAN
 4
 5         E X H I B I T S
 6  Exhibit 9............ notice of the ............ 262
                     continuation of
 7                   deposition
    Exhibit 10............ 8/2/22 letter.............. 263
 8  Composite Exhibit 11.. WSU_GOLD_BOND............. 268
    Exhibit 12............ 4/26/22 email............. 301
 9  Composite Exhibit 13.. updated invoices.......... 303
    Exhibit 14............ August 2022 invoice (not . 303
10                   attached)
    Exhibit 15............ 9/3/22 supplemental ...... 303
11                   report
    Exhibit 16............ Longo Section 6........... 333
12  Exhibit 17............ Longo Section 5........... 350
    Composite Exhibit 18.. image folders.............. 358
13
```

Page 258

1    IT IS HEREBY STIPULATED AND AGREED by and
2  between the attorneys for the respective parties
3  hereto that filing, sealing and certification of the
4  within Examination Before Trial be waived; that all
5  objections, except as to form, are reserved to the
6  time of trial.
7    IT IS FURTHER STIPULATED AND AGREED that
8  the transcript may be signed before any Notary Public
9  with the same force and effect as if signed before a
10  Clerk or Judge of the Court.
11    IT IS FURTHER STIPULATED AND AGREED that
12  the within examination may be utilized for all
13  purposes as provided by the CPLR.
14    IT IS FURTHER STIPULATED AND AGREED that
15  all rights provided to all parties by the CPLR shall
16  not be deemed waived and the appropriate sections of
17  the CPLR shall be controlling with respect thereto.
18    IT IS FURTHER STIPULATED AND AGREED by and
19  between the attorneys for the respective parties
20  hereto that a copy of this Examination shall be
21  furnished, without charge, to the attorney
22  representing the witness testifying herein.

Page 259

1    THE VIDEOGRAPHER:  We are on the record.
2  The time is 9:08 a.m. Pacific Time on September 9,
3  2022.  Please note that this deposition is being
4  conducted virtually.  Quality of the reporting
5  depends on quality of camera and internet
6  connection of participants.  What is seen and
7  heard from the witness is what will be recorded.
8  Audio and video recording will continue to take
9  place unless all parties agree to go off the
10  record.
11    This is media unit 1 of the video-recorded
12  deposition of Mickey Gunter, PhD in the matter of
13  Jesse Woods and Sara Woods, Plaintiffs versus
14  Kolmar Laboratories, Inc. et al., Defendants.
15  Case is filed in the Supreme Court in the State of
16  New York, County of Monroe, index number
17  E2020003840.
18    My name is Ken Williamson for Priority
19  One, a Veritext company; I'm the videographer.
20  Our court reporter is Beverly James, also with
21  Priority One.  I am not authorized to administer
22  an oath, I'm not related to any party in this
23  action nor am I financially interested in the
24  outcome.
25    Counsel's appearances will be on the

2 (Pages 256 - 259)

Page 260

1    stenographic record.  And at this time, our court
2    reporter will swear in our witness and then we may
3    proceed.
4    THEREUPON:
5             MICKEY E. GUNTER, PhD
6    called as a witness on behalf of the Plaintiffs
7    herein, duly sworn and responding "so help me, yes,"
8    was examined and testified as follows:
9             CONTINUING EXAMINATION
10   BY MS. KAGAN:
11   Q.    Good morning, Dr. Gunter.  Can you hear me
12   okay?
13   A.    Yes, I can.
14   Q.    Okay.  I am heartbroken that we are not
15   able to be together in person and I know that you've
16   had a personal thing and I also had a personal thing,
17   so I hope your personal thing is okay; my personal
18   thing seems to be okay, too.
19   A.    I should have said this before.  We're at
20   a fairly high fire risk right now, I live in the
21   mountains.  So if I get up and leave real quick, it
22   will be because the forest fire up at our house.  So
23   just so you know.
24   Q.    Great, great.  So I had a giant monsoon
25   hurricane at my house the other day.  You're in the

Page 261

1    middle of a fire.  This is totally normal.
2    Excellent.
3    A.    We're not in the middle, but it can happen
4    real quick, so --
5    Q.    Got it.
6    A.    Just so you know.
7    Q.    Okay.  Well, thank you.
8             MR. WILLIAMS:  I'm sorry to interrupt.  I
9    wanted to say one thing before we get going.
10            To the extent I make an objection or Mike
11   makes, can we make an agreement that an objection
12   by one Defendant is an objection for all
13   Defendants so we're not continually having
14   multiple people talk?
15            MS. KAGAN:  That's fine.
16            MR. WILLIAMS:  Okay.  Thank you.
17   BY MS. KAGAN:
18   Q.    Now, because we are on a Zoom platform and
19   you and I tend to get very conversational with each
20   other, we have to be extra mindful to take a beat and
21   wait so that one of us can finish speaking before the
22   other begins.  Otherwise, it will be very challenging
23   for Beverly, our court reporter, to take down what we
24   say.  Agreed?
25   A.    Yes, ma'am.

Page 262

1    Q.    Okay.  If you don't understand something,
2    please just ask.
3             With that, I would like to show you what I
4    will mark as Exhibit 9.
5             (Exhibit 9, notice of the continuation of
6    deposition, was marked for Identification.)
7    BY MS. KAGAN:
8    Q.    This is the notice of the continuation of
9    your deposition in the Woods matter.
10            Have you seen this document?
11   A.    I have not.
12   Q.    Okay.  It's dated August 31st, and along
13   with the notice, there's an annex of documents that
14   were requested.  The majority of them are ones that
15   were requested from your first deposition, and you
16   and I didn't really go through those in detail, those
17   requests.
18            Number 96, the last request, is an
19   itemized list of everything that I actually requested
20   during our deposition session last time.  I also had
21   put it into a letter.
22            Have you seen that letter where I
23   requested the specific things that I had verbally
24   requested during our first session?
25   A.    I believe I did.  I saw a list of things

Page 263

1    and then I produced all of them to my -- there were
2    some of these that we discussed maybe not producing
3    because I wasn't going to rely on them, but I saw
4    something and I produced a lot of things.
5    Q.    Okay.  Okay.  Well, let's take a look at
6    the letter, then, since you said that you've seen
7    that and you haven't seen this.
8             We'll mark that letter as Exhibit 10.
9             (Exhibit 10, 8/2/22 letter, was marked for
10   Identification.)
11   BY MS. KAGAN:
12   Q.    Let's see, okay.  Can you see that letter
13   from August 2, 2022?
14   A.    Yes.
15   Q.    Okay.  We will mark this as Exhibit 10 and
16   it's to James Williams at Miller Martin and it is
17   from me with a CC to Mike Kilgarriff.
18            Have you seen this letter?
19   A.    Yes.
20   Q.    Okay.  So if we can go through this quickly
21   because I did receive a lot of materials, but I don't
22   believe I received everything that I have requested.
23   So I want to make sure we're on the same page.
24            I received retention letters.
25            I received your invoicing from Hauser.

3 (Pages 260 - 263)

Page 264

1    I received some updated invoicing.
2    For the Calidria analysis, the requests
3  were for photographs that Dr. Sanchez sent you, the
4  chains of custody and associated documentation for
5  that sample, and then that sample itself.
6    I obviously did not receive or we did not
7  receive the sample itself and I did receive some
8  images of something that appears from Dr. Sanchez,
9  but I'm not sure exactly what it is. We can go
10  through it in detail.
11    But can you tell me what you produced with
12  respect to this category?
13    A.    The photographs, the chain of custody.
14  There was discussion about the sample, and because I
15  wasn't relying on it, you had said, according to
16  James, that I didn't have to produce it.
17    Q.    Okay. And so just so the record is clear,
18  you are not relying in any way on the sample of
19  Calidria that was produced to you by Dr. Sanchez?
20    A.    Correct.
21    Q.    Okay. Let's move on to brucite. I asked
22  for a sample, the sample of brucite that you have
23  from the Carey-Canada chrysotile deposit and any
24  images and analytical data that you have with respect
25  to that brucite sample.

Page 265

1    I did not receive either of those things.
2  Can you tell me why?
3    A.    Same discussion with James, that if I
4  wasn't relying on it I didn't need to produce it. So
5  I'm not relying on, so I didn't produce it.
6    Q.    Do you have any opinions at all with
7  respect to brucite being an interference for the
8  identification of chrysotile by PLM?
9    A.    As specific --
10    MR. WILLIAMS: Object to the form.
11    Go ahead, Dr. Gunter, I'm sorry. We're
12  going to have really pause for objections.
13    So objection, overbroad.
14    THE WITNESS: You can tell I'm waiting.
15    MR. WILLIAMS: Go ahead.
16    THE WITNESS: Not as it would be in this
17  case. I wouldn't say it's interference. At least
18  at this point from what I see and what I
19  understand, I'd say it's not interference in this
20  matter.
21  BY MS. KAGAN:
22    Q.    What do you mean that "it's not an
23  interference in this matter"?
24    A.    Well, when you say chrysotile in general,
25  I mean, there could be some brucite could interfere

Page 266

1  with an identification of chrysotile in some samples,
2  but as far as this sample and my knowledge of these,
3  the answer is I would not be assuming it did.
4    Q.    Is it your opinion -- do you have any
5  opinion with respect to whether or not brucite can be
6  an interference in the Yellowstone Montana talc
7  samples that you produced in this case?
8    MR. WILLIAMS: Object to the form.
9    THE WITNESS: I do not have an opinion.
10  BY MS. KAGAN:
11    Q.    Do you have an opinion as to whether
12  brucite can be an interference with respect to the
13  Montana talc samples from -- from Beaverhead that you
14  produced in this case?
15    MR. WILLIAMS: Same objection.
16    THE WITNESS: I didn't produce any --
17  BY MS. KAGAN:
18    Q.    I'm sorry, not Beaverhead. I'm sorry, not
19  Beaverhead, I meant Treasure.
20    MR. WILLIAMS: Same objection.
21    THE WITNESS: I do not have an opinion.
22  BY MS. KAGAN:
23    Q.    Okay. Do you have an opinion as to whether
24  or not brucite can be an interference to identifying
25  chrysotile by PLM in the 1745 Montana samples that

Page 267

1  were produced as AII retains?
2    MR. WILLIAMS: Object to the form.
3    THE WITNESS: At this moment, I do not
4    have an opinion.
5  BY MS. KAGAN:
6    Q.    So, when you say at this moment, is that
7  something that you're going to continue to look into
8  with respect to your opinions in the Woods case?
9    A.    No.
10    Q.    Okay. So am I correct, then, that you will
11  not be discussing brucite with respect to your
12  opinions in the Woods case?
13    A.    Not unless I was presented with an
14  identification of something that looked like brucite,
15  but that has not become an issue at this point. So
16  unless something new --
17    Q.    Okay.
18    A.    Sorry.
19    So, unless something new appears, I don't
20  at this point have an opinion on that.
21    Q.    Okay. I appreciate that.
22    So I received, for the next section, which
23  is the Washington State University work on Gold Bond.
24  My requests were for their report, on any of their
25  data, any of their separate billings, any

Page 268

1  documentation you received and then any
2  correspondence, and I received four PDFs. Let's see
3  if this will open this way.
4      I received four PDFs. One of them is
5  called WSU_XRF_LOD_PerformX September 14th, 2021.
6      Do you want me to show you that or do you
7  remember what that is?
8      A.  I mean, I sent you the folder that had
9  everything in it, so I would need to see all those to
10 make sure the file names are right, but, I mean,
11 whatever you want to do; I sent everything I had.
12     Q.  Okay. Let's -- I'll stop sharing that and
13 then let's take a look at -- let's see if this will
14 open for me.
15     Let's mark as collective Exhibit 11 the
16 materials that were produced to me in a folder called
17 WSU_GOLD_BOND, and we can call it that exhibit.
18     (Composite Exhibit 11, WSU_GOLD_BOND, was
19 marked for Identification.)
20 BY MS. KAGAN:
21     Q.  So here the first PDF is Seven Duplicate
22 ICP and this appears to be email correspondence
23 between you and Washington State University. Is that
24 right?
25     A.  Yes.

Page 269

1      Q.  Okay. This next one is called Seven
2  Duplicates and appears to be additional email
3  correspondence between you and Washington University.
4  Is that right?
5      A.  Yes.
6      Q.  Then the next document is labeled
7  4383948-GUN2388 and it is an invoice from Washington
8  State University GeoAnalytical Lab to you, right?
9      A.  Yes.
10     Q.  Is this the only invoice that you received
11 from them?
12     A.  For this work, yes.
13     Q.  Thank you for the clarification.
14     So for any of the work with respect to the
15 Woods case, is this the only invoice you received
16 from Washington State University?
17     A.  Yes.
18     Q.  And did you forward this invoice on for
19 payment to Chattem?
20     A.  No.
21     Q.  Did you pay this yourself?
22     A.  Yes.
23     Q.  Did you bill Chattem this amount in your
24 invoice to them?
25     A.  Yes.

Page 270

1      Q.  Okay. The last PDF that I received is this
2  document. That's the one that I said was labeled
3  WSU_XRF_LOD_PerformX with a September 14, 2021 date.
4      Can you let me know what this is?
5      A.  I would say it's exactly what it says. It
6  is -- it's -- the LOD stands for limit of detection.
7  It's the limit of detection for the different
8  elements and oxides to analyze.
9      Q.  Okay. And then I was provided with two
10 Excel spreadsheets. Do you recall what the two Excel
11 spreadsheets are?
12     A.  Yes.
13     Q.  Or do you -- okay. Can you tell me what
14 they are?
15     A.  One of them is the analytical work done by
16 XRF, what we typically call major and trace elements.
17     The other is the work done by ICP in lower
18 concentrations of, again, trace elements.
19     Q.  Okay. Other than the PDFs that we just
20 went through and the two Excel spreadsheets, did you
21 have any other documentation from Washington State
22 University related to the Woods case?
23     A.  I don't believe I did.
24     Q.  Okay. The next item, and let's see if --
25 I'll go back to sharing my screen.

Page 271

1      Okay. The next item on Exhibit 10 is
2  Montana talc sample that Dr. Gunter has collected and
3  analyzed from Southwest Montana mines.
4      So the only samples that were -- or the
5  samples that were not provided from the index that
6  you had provided of those Montana samples, and to be
7  clear, they are not all the Montana talc samples that
8  you've ever collected, these were the ones that
9  specifically collected and analyzed with Buzon, is
10 that right?
11     A.  They were some analytical data that
12 appeared in some of the publications, but those are
13 the ones that have all been analyzed, yes.
14     Q.  Okay. And then within those, there were
15 samples from Beaver Creek -- or Beaverhead, excuse
16 me, and from -- I just lost my train of thought, I'm
17 sorry -- Beaverhead and Willow Creek. Gosh, I'm so
18 sorry. And then as well as Treasure and Regal and
19 Yellowstone, right?
20     A.  Correct.
21     Q.  The samples from Beaverhead and Willow
22 Creek were not produced to me, right?
23     A.  Correct. Again, James said that there was
24 negotiation between the two of you and that you
25 settled on just producing the ones that I did.

Page 272

1    Q.   So what James said to me was that Chattem
2  is refusing to produce those samples because Willow
3  Creek and Beaverhead were not used in the Gold Bond
4  formulation.
5        Was that a determination that you made or
6  was that a determination that Chattem made?
7    A.   I don't know who made it; I did not.
8    Q.   Okay.  Now, I know you have testified
9  repeatedly, and if you want me to pull some former
10  testimony for you, I can, but I know you've testified
11  repeatedly that the geologic formations of those
12  Southwest Montana mines are similar, that they formed
13  in a similar manner.  And, so, what you would see in
14  Beaverhead, for example, would be representative or
15  what you would expect to also see in Yellowstone, for
16  example.  Is that fair?
17        MR. WILLIAMS:  Object to the form.
18        THE WITNESS:  Yes.
19  BY MS. KAGAN:
20    Q.   So is there anything about the Beaverhead
21  samples that you've analyzed that are -- that would
22  not be reflective of the Yellowstone deposit?
23        MR. WILLIAMS:  Object to the form.
24        THE WITNESS:  Not that I can think of
25  specifically, maybe -- or generally; maybe

Page 273

1  specifically there's a difference.
2  BY MS. KAGAN:
3    Q.   Can you think of a difference specifically?
4    A.   No, I said not that I can think of.
5    Q.   And the same question for Willow Creek.
6    A.   No difference that I can think of.
7        MS. KAGAN:  Okay.  So I'm going to again
8    call for the production of the Beaverhead and the
9    Willow Creek samples.
10        MR. WILLIAMS:  Okay.  We still object just
11    because they were not the source mines for the
12    Gold Bond product, but we can --
13  BY MS. KAGAN:
14    Q.   Dr. Gunter -- Dr. Gunter, do you intend to
15  offer an opinion in the Woods case based on your
16  experience and review of the Montana talcs from
17  Willow Creek?
18    A.   I don't think so, no.
19    Q.   Does your work on Willow Creek and Buzon's
20  publications on Willow Creek form any basis at all
21  regarding your opinions on the talcs of Southwest
22  Montana?
23    A.   It reinforces what everyone else has done.
24  I most certainly don't need to rely on them.
25    Q.   "It reinforces what everyone else has

Page 274

1  done."  What do you mean by that?
2    A.   No one has found chrysotile in these
3  deposits and it's pretty clear from the literature
4  there's no chrysotile in these deposits.
5    Q.   And the same question for Beaverhead.  Is
6  it your opinion that Beaverhead, the data on
7  Beaverhead published by Buzon from the work on those
8  samples is representative that there is no chrysotile
9  in that deposit?
10        MR. WILLIAMS:  Object to the form.
11        THE WITNESS:  That the data that we have
12    for Beaverhead, we don't -- we didn't have as many
13    samples, but, again, I have no intention of
14    relying on those, the Beaverhead or the Willow
15    Creek.
16  BY MS. KAGAN:
17    Q.   And, so, if somebody confronts you with a
18  question about your opinion on the geologic formation
19  of the Southwest Montana mines, you are going to
20  offer no opinion at all whatsoever that in any way is
21  based on the publications that your grad student --
22  on the samples you and your grad student collected
23  together from Willow Creek and Beaverhead?
24        MR. WILLIAMS:  Object to the form of the
25    question.

Page 275

1        THE WITNESS:  I think because I'm
2    considered, you know, an expert witness for the
3    Defense in this case, I'm better off to point to
4    all the publications from the other people, which
5    is basically USGS, work by Van Gosen, the work
6    from McCrone analyzing all these samples.  I'm
7    better off to point to all of those things for
8    those people were not expert witnesses involved in
9    the case and they found no chrysotile in these
10    deposits.
11  BY MS. KAGAN:
12    Q.   I'm going to read you from page 3 of your
13  report in this section Montana Talc Deposits and
14  Mines.
15        "There have been many mines in this area,
16  and while some are no longer in operation, e.g. the
17  Beaverhead, three others are still in operation:
18  Yellowstone, the Treasure at the Regal.  I have
19  visited all of these mines.  More recently, Buzon and
20  Gunter 2017, likewise, found no asbestos in any of
21  these deposits."
22        So are you now no longer relying on the
23  Beaverhead and Willow Creek data that you reference
24  on page 3 and 4 of your report in this case?
25        MR. WILLIAMS:  Object to the form and the

6 (Pages 272 - 275)

Page 276

1  mischaracterization of his report.
2      THE WITNESS:  That's not a question of me
3  relying on those data as much as relying on what
4  every other person who's ever analyzed these
5  deposits has found, no chrysotile, no asbestos.
6  We could not have any of my work in any of this
7  and still be at the same place where there's no
8  asbestos in these deposits.
9  BY MS. KAGAN:
10     Q.    And so we're going to delete your work here
11 from this sentence, so we're going to delete your
12 visiting Beaverhead and we're going to delete your
13 publication from 2017 from your report in this case,
14 right?
15     MR. WILLIAMS:  Object to the form.
16     THE WITNESS:  We're not deleting those.
17     MS. KAGAN:  Okay.  Okay.  So then I'm
18 going to call for the production of those
19 Beaverhead and Willow Creek samples and I'm happy
20 to take it up with the Judge.
21 BY MS. KAGAN:
22     Q.    Okay.  Next we have the RJ Lee Group work
23 on Gold Bond, and this is, again, we're back to
24 Exhibit 10.
25     It looks like I received seven folders

Page 277

1  that contain TEM data for the original seven Gold
2  Bond containers that were sent to the RJ Lee Group
3  and then a folder that contained emails and
4  correspondence.
5      Is there anything else other than the
6  emails and correspondence you've produced and then
7  the TEM backup data for those seven samples?
8      A.    I sent you everything I had and everything
9  that was requested.
10     Q.    Was there anything that you had that you
11 were told by Chattem's lawyers were agreed to that
12 you didn't need to produce?
13     A.    No.
14     Q.    Okay.  Do you know why Brian Bandli was
15 disclosed as an expert in this case but Chattem is
16 offering you to testify about his results?
17     A.    No.
18     Q.    Next is the category about Dr. Su and I
19 requested all the correspondence between you and
20 Dr. Su related to Gold Bond, all correspondence
21 between you and Chattem regarding Dr. Su, and all
22 correspondence between you and Dr. Su regarding zone
23 axis indexing.
24     I received two folders, one was a folder
25 with the correspondence for the zone axis indexing

Page 278

1  that dated back to 2016, and then the other folder --
2  and let me pull that one up; it's a little more
3  detailed.
4      It's called email and there are five
5  folders in it and it's to Shu-Chun, Shu-Chun/Longo
6  from Shu-Chun and then attachments to Shu-Chun and
7  attachments from Shu-Chun.
8      What I didn't see was the request for the
9  correspondence between you and Chattem regarding
10 Dr. Su.  What happened to that correspondence?
11     A.    I don't recall there being any.  There
12 might have been, but I don't recall there being any.
13     Q.    Okay.  Did you actually look for
14 correspondence between you and anyone from Chattem
15 regarding Dr. Su?
16     A.    I did not.  I just don't recall there
17 being any.
18     MS. KAGAN:  Okay.  So I'm going to call
19 for the production again of all correspondence
20 between you and Chattem regarding Dr. Su, if you
21 could at least search for that to determine
22 whether or not anything exists.
23 BY MS. KAGAN:
24     Q.    The correspondence for the zone axis
25 indexing was all from 2016, at least what I saw in my

Page 279

1  quick review.
2      Do you have any other correspondence with
3  Dr. Su with regard to the zone axis indexing?
4      A.    Again, going back almost a decade with
5  some of that, I -- everything was there that I --
6  everything I found, I sent.
7      Q.    Okay.  Okay.  Then our last section with
8  respect to your figures from the original report.
9  What I did not see was figure 47.
10     A.    I'm sorry, I know I'm not supposed to do
11 this, but I'm going to interrupt you here.  I wish I
12 had this piece of paper in front of me because some
13 of your figure numbers did not really match some of
14 the figures of what you wanted.
15     But what I did provide was answers to all
16 your questions dealing with such things as scale, the
17 key; I provided everything here.  But, again, I don't
18 have that piece of paper in front of me because there
19 was some confusion on your figure numbers not
20 matching the figures.
21     Q.    So I'm going to -- I'll make that easier.
22 I can share that with you.  Let me just make sure
23 just my internal figure is right.
24     Okay, great.  Let me share it with myself
25 and then I can share it with you.  Let me share your

7 (Pages 276 - 279)

Page 280

1  figures.
2      Okay. So what I have up on the screen are
3  your figures from your initial report in the case,
4  and let's jump to figure 47. Let's see if I can
5  rotate this. Here we go.
6      Okay. Here is figure 47. My request was
7  for all the backup data for the photograph identified
8  in figure 47 and, specifically, the measurements that
9  would allow for the determination of the length and
10 width of the particle identified because there are no
11 measurements on this figure. And when I asked you
12 the first one in the deposition, you said you did not
13 know but you could provide that data.
14     Do you have --
15     A.  I did. Yeah, I did. It's in what I
16 provided.
17     Q.  Okay. There is nothing that is called
18 figure 47; the folder for figure 46 and 48 is empty.
19     A.  Look at the -- sorry. Look at the one
20 figure, the one that was empty had a file name on it.
21 The file name was the information you wanted.
22     Q.  So that figure 46 and figure 48,
23 700 microns. What about figure 47?
24     A.  The same. It looks like maybe I got
25 confused on the figure numbers. It's 700 microns is

Page 281

1  your answer to the field of view.
2      Q.  Because figure 46 is this (indicating)?
3      A.  Yes.
4      Q.  Right.
5      A.  So 700 microns horizontal.
6      Q.  And what did you do to determine that?
7      A.  I don't remember. Go back and look at
8  some of the other photographs. I don't know, just
9  don't remember.
10     Q.  Okay. What other photographs did you look
11 at?
12     A.  Some of the same ones taken with the
13 dispersion staining lens, which is what that's taken
14 with, and they were all 700 microns.
15     Q.  So I'm confused. You get this request from
16 me asking you what the dimensional criteria of this
17 particle is, length and width. What did you do to go
18 back and figure that out for the particle identified
19 in figure 47?
20     A.  You asked me for information how you would
21 do it and I went back and looked at -- I think it's
22 some other figures in here. I did this a month ago
23 or two months ago, I forget what I did, but it's in
24 some of the information that was provided to you,
25 that 700 microns. I don't recall right now how I did

Page 282

1  it, but I sat down at my computer and I did it. And
2  I think it's on --
3      Q.  Okay.
4      A.  It's in some of the other information I
5  provided.
6      Q.  I didn't see anything in the information
7  that you provided that showed me, and what my
8  specific request was, measurements that would allow
9  determination of the length and width of the particle
10 and all the backup data for that photograph.
11     So do you have any data for this
12 photograph?
13     A.  I said it's at 700 microns, the field of
14 view.
15     Q.  I understand that's what you're saying. My
16 question is where is the backup data for that; do you
17 have any data that actually shows that this is 700?
18     A.  These are taken with a dispersion staining
19 lens, so all the dispersion staining lens photographs
20 are 700 microns.
21     Q.  Is the particle completely captured in this
22 photograph or is it larger than the photograph that
23 we have here?
24     A.  It's larger.
25     Q.  And, so, the photograph is showing at

Page 283

1  700 microns?
2      A.  Yes.
3      Q.  So the particle is actually larger than
4  700 microns in length?
5      A.  Yes.
6      Q.  What is -- do you know what the length of
7  this particle is?
8      A.  No.
9      Q.  What about the width?
10     A.  Do the math, just measure it.
11     Q.  I asked you to measure it.
12     A.  No, you asked --
13     Q.  Measure it --
14     A.  No, you asked me for information that
15 would allow you to determine; you did not ask me to
16 measure it.
17     Q.  I asked you for all the data, including any
18 measurements, that would allow the determination of
19 the length and the width of the particle.
20     What is the width of this particle?
21     MR. WILLIAMS:  Object to the form.
22     THE WITNESS:  This is a scale question.
23 If it's 700 microns across the field of view, then
24 you could use that as a scale like a scale on a
25 map to measure the width. You can't measure the

Page 284

1    length because the particle extends outside of the
2    photograph.
3    BY MS. KAGAN:
4        Q.    Do you know what the width of this particle
5    is?
6        A.    I can measure it.
7        Q.    Okay.  Can you tell me sitting here today
8    what the width of this particle in your figure 47 is?
9        A.    I can measure it.  It's a scale question.
10       Q.    I didn't ask you if you can measure it, I
11   asked you if you knew sitting here today what the
12   width of this particle is.
13       A.    You didn't ask me --
14           MR. WILLIAMS:  Objection, asked and
15   answered.
16           THE WITNESS:  You didn't ask me for the
17   width.  You asked me to provide information so a
18   person could determine the width and I can
19   determine the width if I got a ruler out and maybe
20   measured this.
21   BY MS. KAGAN:
22       Q.    Okay.  I'm going to read my request to you
23   one more time and then maybe I'm going to have you
24   get a ruler out because I didn't think this would be
25   so hard.

Page 285

1           But the request was for all backup data
2    for the photograph identified in figure 47, including
3    any measurements that would allow determination of
4    the length and width of the particle.
5           Sitting here today, are you able tell me
6    what the width of that particle is?
7        A.    Not without measuring it.
8        Q.    Are you able to measure it sitting here
9    today?
10       A.    I don't have a micrometer or a ruler right
11   here in front of me.  If I wasn't at home, I would
12   have.
13       Q.    The next request is for figure 48 that we
14   have on the screen.  What is the length of the
15   particle in figure 48?
16       A.    Can't tell because it goes outside the
17   field of view.
18       Q.    It's greater than 700 microns in length?
19       A.    In this one, you couldn't tell that
20   because the vertical distance would be less than
21   700 microns, but seeing it's the same from the
22   previous one, you know, it's greater than
23   700 microns.
24       Q.    Is it the same particle as figure 47?
25       A.    Yes.

Page 286

1        Q.    And so we know it's greater than
2    700 microns?
3        A.    In length.
4        Q.    In length.
5           And you would need a ruler to determine
6    the width?
7        A.    A micrometer works better, yes.
8        Q.    And you provided no backup data for the
9    measurement of what's depicted in figure 48, right?
10       A.    No.  You asked what -- I mean, all the
11   photographs taken with the dispersion staining lens
12   have a field of view of about 700 microns.
13       Q.    Okay.  You have no backup data other than
14   the field of view is about 700 microns and that the
15   particle exceeds the field of view, right?
16       A.    Correct.
17       Q.    What about figure 49?
18       A.    Same answers, field of view 700 microns.
19       Q.    So the particle that's in the circle, is
20   that greater than 700 microns?
21       A.    There are a whole bunch of particles in
22   the ellipse.
23       Q.    Right.  Do you know how long any of them
24   were?
25       A.    It's hard to tell because a lot of them

Page 287

1    have peaks in them.
2        Q.    Do you have any measurements of the length
3    of any of the particles inside the ellipses on figure
4    49?
5        A.    No, I don't.
6        Q.    This is figure 50.  What is the length of
7    the particle in figure 50?
8        A.    I don't know, but I provided you some
9    information.  There was a -- I provided a Word file
10   that had some of these data in it.
11       Q.    I don't have a Word file with this data.  I
12   have -- I have those same figures with the labels
13   700 microns FOV which we established is field of
14   view.  And so our field of view is 700 microns, but
15   no data was provided to me on the specific length or
16   width of the particle in figure 50.
17           Do you know what the length of this
18   particle is?
19       A.    I'm going to -- there was a -- you did not
20   receive a Word file with some of this information in
21   it?
22       Q.    I did not.
23       A.    I produced one.
24           MR. WILLIAMS:  We've produced what was
25   produced by Dr. Gunter in that regard.

9 (Pages 284 - 287)

Page 288

BY MS. KAGAN:

1    Q.   Let's see if I can -- I'm going to stop
2    sharing this.  Let's see if I can share my actual
3    file.
4        Here it is.  Okay.  Can you see that
5    folder says Woods materials; do you see that,
6    Dr. Gunter?
7    A.   Yes.
8    Q.   Okay.  I have a folder called Calidria
9    analysis.  That is the Dr. Sanchez Calidria.
10    I have emails, the Dr. Su emails.  Do you
11   see that?
12   A.   Yes.
13   Q.   I have figure 58 details; we are still on
14   figure 50 here.
15       For figures 46, 48, we have a folder
16   called 700 micron field of view.  That folder is
17   empty.
18   A.   Yeah, because the answer is in the -- it's
19   700 microns field of view.
20   Q.   So then for the folder 49, 50, it's scale
21   info but the images don't have the scale info, they
22   just tell me -- they are JPGs that tell me the field
23   of view is 700.  There's no Word document here.
24   A.   So no -- stop.

Page 289

1        So if the field of view for the limits is
2    1.54 is 700 microns, then when it's enlarged you can
3    then determine the size of the particle.  As I
4    recall, you asked -- didn't ask for the sizes, you
5    asked for ways to be able to determine them.
6        So, again, I did this a couple -- a long
7    time ago, so I forgot exactly what was provided here,
8    but that's how you can figure out the width of the
9    particle, is for those figures.
10   Q.   In the first deposition, I asked you
11   specifically what the length add the width of the
12   particles were, you said you didn't know, but you had
13   that data and, so, I asked for that data.  And now
14   you're telling me that, by telling me that the field
15   of view is 700, that somehow that should be able to
16   tell me what the length and width of a particle is?
17       MR. WILLIAMS:  Object to the form.
18   BY MS. KAGAN:
19   Q.   Even though the particle is not contained
20   within the entire field of view?
21   A.   Different image.  These are different
22   images.
23   Q.   Okay.  So let me stop sharing this and
24   let's pull that image up.
25       Okay.  Here we go.  This is the one that

Page 290

1    you have labeled as a 700-micron field of view.  What
2    is the length of that particle?
3    A.   I don't know, but if you know it's
4    700 microns across, you can make that measurement and
5    use a scale, make the other measurement for the
6    calculation.
7    Q.   Do you have any data that actually shows
8    the measurements of these particles?
9    A.   Right there.  I mean, you can -- it's like
10   scale on a map.  I mean, there's a scale 700 microns
11   across the field of view, take that measurement and
12   then scale it and make the measurement.
13       I didn't -- you said you wanted
14   information to be able to do it.  You didn't say you
15   wanted it.  If you would have said you wanted the
16   size of the particle, I would have provided it and
17   saved us all this.
18   Q.   I asked you what the sizes of the particles
19   were at the deposition and you told me you didn't
20   know but you could get me the information.  I don't
21   know why we're being cute here.
22       Did you actually measure this particle
23   length and width?
24       MR. WILLIAMS:  Let me interpose an
25   objection, Ms. Kagan.

Page 291

1        I'm reading the request.  It says backup
2    data for the photographs identified, and you've
3    got 47 through 50, and it says including any
4    measurements that would allow determination of the
5    length and width of the particle.
6        Dr. Gunter has stated over and over that
7    he has provided information that would allow for
8    the scale --
9        MS. KAGAN:  Please stop yelling.  If you
10   yell at me again, I'll get Judge Gall on the
11   phone.  I'm so exhausted of you and the constant
12   nonsense.  Please just stop yelling.
13   BY MS. KAGAN:
14   Q.   Dr. Gunter, when I deposed you for volume
15   1, I specifically asked you if you need me to pull up
16   the transcript and read it to you, I will, but I
17   asked what you the length of this particle was.  You
18   said you didn't know but that you had that data.
19   And, so, I made a broader request than the one I
20   specifically requested at the deposition.
21       But now I'm going to ask a different
22   question because I understand I'm being lawyered by
23   an expert and yelled at by the expert's lawyer.
24       Can you tell me sitting here today what
25   the length of this particle is that we are looking at

10 (Pages 288 - 291)

Page 292

1  on the screen right now?
2      A.   I don't want to be cute, okay.  I can't do
3  that without making measurements and what was in the
4  specific request, as James said, was to provide the
5  information for it.
6          If I would have known, we would have ended
7  up -- again, this is a trivial thing -- I most
8  certainly would have made those measurements and
9  provided them to you.  I can do that if you would
10  like and then we can move on, but I can't do it right
11  now.
12      Q.   I appreciate that, Dr. Gunter.  Thank you
13  for understanding and knowing exactly what I was
14  asking and being kind as opposed to -- I'm not sure
15  what we just did there for the last what feels like
16  10 minutes.
17          And, so, just to be clear for the record,
18  what I would genuinely appreciate, as was my original
19  request, was for figures 47, 48, 49 and 50, if you
20  could please provide me with the length and width of
21  the particles identified in those figures.
22      A.   I will.
23      Q.   Thank you.
24      A.   Welcome.
25      Q.   You know, you're much nicer in person.

Page 293

1      A.   It's something lost over the internet.  I
2  would say you are, too, but I can't say that.
3      Q.   Fair.  Fair.
4          Okay.  Let me pull that page back up.
5          Okay.  The next question is for
6  magnification information for figures 47 through 50
7  indicating how much the images were enlarged.  I
8  don't see any of that information in any of the
9  materials that were provided to me.
10          Do you know, do you have that information?
11      A.   It's provided to you, you just don't see
12  it.  Sorry.  It was -- the photo was enlarged and
13  cropped.
14      Q.   Okay.
15      A.   So you could -- so there was no real
16  magnification, it's just an enlargement of cropping
17  of the photograph.
18          So, to get it -- to answer that, to save
19  us another, you know, moment or whatever, I can
20  measure the width of the particles.  Because what I
21  did was take the photograph and then enlarged the
22  photograph.  So that's what was provided, the
23  pre-enlarged and the post-enlarged.
24      Q.   When you enlarged the photograph, do you
25  mean like you were in your like Adobe Photoshop and

Page 294

1  you just clicked plus, plus, plus until it got bigger
2  and bigger on the screen?
3      A.   I'm sorry, that's not the right way to
4  think about it.  The right way to think about it is I
5  just cropped the photograph, so I cropped out the
6  particle itself.  So I guess --
7      Q.   Okay.
8      A.   -- it would have been enlarged, then
9  cropped.
10      Q.   But you don't know by how much it was
11  enlarged?
12      A.   Plus plus plus.  Not really.  Again, you
13  can see -- because what you're getting at here, you
14  want to know how big that particle was, right?
15      Q.   Yes.  Right, right.
16      A.   I can tell you how big the particle was
17  and we can save all this.
18      Q.   Okay.  The next request was for the
19  publication/published data Dr. Gunter has indicated
20  he relies but has to find in order to support his
21  assertion that RI would go down as you heat the
22  liquid.
23          There is a folder called high temperature
24  dn/dT information and there is a paper by Block and a
25  paper by Waxler.

Page 295

1          Are those papers responsive to that
2  request?
3      A.   No, those are the ones -- they would be --
4  but I guess I kind of misread that.  I thought what
5  you were asking was the -- no, I think I provided
6  something more complicated than I needed to for that.
7  Sorry.
8          What I thought you were asking is that the
9  rate of the change, the dn/dT of the solid versus for
10  the solid versus the liquid at different
11  temperatures.  So I guess what I provided was that
12  and not -- and I said this before so let's go try to
13  stay nice here.  This is common knowledge in any
14  mineralogy textbook and I guess I didn't provide
15  that, but it's in every optical mineralogy textbook.
16      Q.   Okay.
17      A.   I can do that if I need to, along with the
18  measurement of the sizes of the particles.
19      Q.   Okay.  So I'm going to again ask
20  specifically for any publication or published data
21  that supports your assertion that the refractive
22  indices would go down as you heat the liquid.  Okay?
23      A.   Okay.  I provided something much more
24  complicated than that, so no problem.
25      Q.   Thank you.

11 (Pages 292 - 295)

Page 296

1    The next request was for the temperature
2  that you heated the particle depicted in figure 59.
3  I didn't see that.
4    A.   Should have been there.
5    Q.   Let me share that again.  Let's go back,
6  you can -- okay.  I don't see anything on figure 59
7  in any of this.
8    A.   Look at figure 58; maybe I got confused.
9    Q.   Can you see the opened PDF or do I have to
10  share it differently?
11    A.   You have to share it.
12    Q.   Okay.  Let me stop that and then let me
13  share that.
14    Okay.  So this is figure 58 details.  Did
15  you -- is that what you provided as opposed to figure
16  59?
17    A.   I guess I got confused.  This is the
18  information you wanted because what this shows, this
19  shows the -- this is the information that you wanted
20  a while ago, that the 10X lens has a 700-micron field
21  of view.  The 10X lens is a dispersion staining lens.
22  The 20X lens is 350.
23    You wanted to know the dn/dT of the liquid
24  so that -- that right there, the dn/dT of the liquid,
25  that's my assertion mathematically, and as you heat

Page 297

1  it, the refractive index goes down.  I can provide
2  something out of the negative sign there if you want.
3    Then it shows the temperature that
4  40 degrees would be 1.588 and the 120 degrees would
5  be 1.555.
6    Q.   Okay.  So my question was specifically the
7  temperature that you heated the particle that was
8  depicted in 59.  It looks like your description here
9  on what you labeled as 58 is actually 59.
10    Can you tell me what temperature you
11  heated that particle to?
12    A.   Well, in one case, it was 40 degrees; in
13  another case, it was 120 degrees.
14    Q.   Okay.  And why did you heat it to
15  40 degrees?
16    A.   That would be an approximate refractive
17  index match -- well, I heated at that temperature to
18  show what I wanted it to show, and without seeing it,
19  I forget what that was.
20    I was showing how the optical properties
21  wouldn't look different in different refractive index
22  liquids and I don't off the top of my head recall
23  this photograph, this figure.
24    Q.   Okay.  Let me share that figure for you.
25    A.   And, again, I'm sorry I got confused on

Page 298

1  numbers; I thought you did but I guess it was me.
2    Q.   I'm pretty good at double-checking my work,
3  although I did make a typo.
4    So figure -- here's figure 49.  You said
5  you heated it to 40 degrees Celsius.  Why?
6    MR. WILLIAMS:  This is 59.
7  BY MS. KAGAN:
8    I'm sorry, that's what I meant, 59.  We are
9  talking about 59.
10    A.   He couldn't help himself there; I was not
11  going to correct you because I made a mistake, too.
12    That's an approximate match for the
13  refractive index of this particle along the parallel
14  direction.
15    Q.   Okay.  And then why did you heat it to
16  120 degrees Celsius?
17    A.   That's an approximate match for the
18  perpendicular direction or at least as hot as I could
19  go on the heating stage.
20    Q.   Do you know what Dr. Longo heated the
21  particles he found in Gold Bond number 3?
22    A.   He didn't heat them anything, he had them
23  at room temperature of 21 degrees.
24    Q.   Okay.  And the purpose you said of
25  increasing the heat was because it would decrease the

Page 299

1  refractive indices, is that correct?
2    A.   Of the liquid, yes.
3    Q.   Okay.  And then the last request for figure
4  59, let me pull up figure 59; I shouldn't have closed
5  it.  Let me share screen.
6    Okay.  Figure 59 at O, the last request
7  was the dn/dT liquid value to determine what you
8  heated the 1.555 particle to and it was O through X.
9    A.   I'll fix your question there a little bit.
10  You wanted to know the dn/dT of the liquid, so the
11  dn/dT of the liquid was on that Word file and --
12    Q.   Oh, okay.
13    A.   So it was heated to the temperature that
14  produced 1.55, whatever that temperature was; I think
15  it was 120.
16    Q.   Okay.  Hold on, let me go back to sharing
17  that document.
18    So here you have it in 1.595 liquid and
19  then you have the dn/dT number.  My request was for
20  in 1.555 liquid.  Why are we not on the same page?
21    A.   We are on the same page.  The liquid
22  has -- the liquid in question is 1.595.  It has a
23  dn/dT of minus all those numbers.  What that means is
24  for every one degree you change the temperature, you
25  change the refractive index of the liquid.  So what

12 (Pages 296 - 299)

Page 300

1  I'm doing is taking the 1.595 liquid, heating it to
2  120 degrees and that decreases refractive index to
3  1.555.
4        I won't be cheesy here, but if you
5  remember your calculus class, I'll let that go,
6  dn/dT, what that means is the difference in
7  refractive index for difference in temperature. So
8  these refractive index liquids are calibrated at
9  25 degrees centigrade, so 1.595 is that value at
10  25 degrees centigrade. As you heat the liquid, it
11  decreases. As you cool it, it increases. So what I
12  did was to heat the liquid to 120 degrees which then
13  changed its value to 1.555.
14        MS. KAGAN: Okay. So that covers all of
15  my specific requests from volume 1.
16        MR. WILLIAMS: Dr. Gunter, are you doing
17  okay, do you need a break?
18        THE WITNESS: No.
19        MR. WILLIAMS: You're good? Okay.
20        THE WITNESS: Did I look like I was taking
21  a nap or something?
22        MS. KAGAN: It is actually a lot harder to
23  do this online, let me tell you, than it is in
24  person moving through the documents.
25        So the next exhibit I'll mark as

Page 301

1  Exhibit 11 and this is --
2        THE WITNESS: It would be a good time for
3  a short break, like 5 minutes?
4        MS. KAGAN: Absolutely.
5        THE VIDEOGRAPHER: Okay. The time is
6  10:09 a.m. We are off the record.
7        (Brief recess was taken.)
8        THE VIDEOGRAPHER: We are on the record.
9  The time is 10:14 a.m. Please continue.
10  BY MS. KAGAN:
11        Q.    Okay. We are back from a short break,
12  Dr. Gunter. I'm going to show you what I've marked
13  as Exhibit 12.
14        (Exhibit 12, 4/26/22 email, was marked for
15  Identification.)
16  BY MS. KAGAN:
17        Q.    Do you see this email?
18        A.    Yes.
19        Q.    It is dated April 26, 2022 and it's from
20  Mike Kilgarriff from Barretts Minerals and Specialty
21  Minerals to you, right?
22        A.    Yes.
23        Q.    And it has Leah Gerbitz and James Williams
24  from Chattem CC'd on it, right?
25        A.    Yes.

Page 302

1        Q.    This is the retention request from
2  Mr. Kilgarriff and he tells you that he represents
3  Barretts and Specialty and he says, "My client is
4  interested in co-retaining you in the Woods case. Do
5  you have a rate sheet and template retention
6  agreement you can send me? Happy to find a time to
7  chat at your convenience."
8        Did I read that correctly?
9        A.    Yes.
10        Q.    And, so, this April 26, 2022 email was
11  Barretts' and Specialty's request in the Woods case
12  to retain you, right?
13        A.    Yes.
14        Q.    Do you know that Barretts and Specialty
15  represented to the Court that they had retained you
16  before March 29, 2022?
17        A.    You said that in the last deposition, but
18  that was first time I heard it.
19        Q.    Right. This was the first attempt at
20  retention, right, April 26, 2022 for Woods?
21        A.    This was from them to me, yes.
22        Q.    Okay. For housekeeping matters, I'm going
23  to mark as Exhibit 13 your updated invoices
24  collectively. This is for May, June and July of
25  2022.

Page 303

1        (Composite Exhibit 13, updated invoices,
2  was marked for Identification.)
3  BY MS. KAGAN:
4        Q.    Would all of the billing for the Woods
5  matter be reflected on the May, June and July 2022
6  invoices since our last deposition where I believe
7  our last invoice was April?
8        A.    Since then, there has been an August
9  invoice.
10        Q.    Okay.
11        MS. KAGAN: I'm going to call for the
12  production of the August invoice.
13        And we can attach as Exhibit 14 the
14  August 2022 invoice just so we have a complete
15  record.
16        (Exhibit 14, August 2022 invoice, was
17  marked for Identification.)
18        MS. KAGAN: Okay. I'm going to attach as
19  Exhibit 15 your chrysotile supplemental, the PDF
20  reads Gunter Woods Chrysotile Supplement. And
21  let's see if I can share my screen here.
22        (Exhibit 15, 9/3/22 supplemental report,
23  was marked for Identification.)
24  BY MS. KAGAN:
25        Q.    Okay. This is your September 3, 2022

13 (Pages 300 - 303)

Page 304

1  supplemental report in the Woods matter, Optical
2  Properties of Calidria 210 and 144 Chrysotile as
3  Compared to Gold Bond Elongate Talc, right?
4      A.   Correct.
5      Q.   Do you have any other additional reports
6  that reflect your opinions with respect to the Woods
7  case?
8      A.   I do not.  The first one and this one.
9      Q.   Other than the first one and this one, do
10  you have any other reports that reflect your opinions
11  in the Woods case?
12     A.   No, ma'am.
13     Q.   Other than the -- other than the initial
14  seven Gold Bond containers, have you looked at or
15  analyzed any of the aliquots of the remaining Gold
16  Bond containers?  There are 21, I believe, to date.
17     A.   This came up at the last deposition.  I
18  believe there were three more sent to me that I did
19  powder X-ray diffraction on, never looked at them
20  optically, never did -- never really did any work on
21  them.  They are not in any reports.
22     Q.   Okay.  Do you intend to offer any opinions
23  or rely on any information with respect to those
24  three additional containers?
25     A.   No, ma'am.

Page 305

1      Q.   Okay.  So there were also -- and I'm just
2  confirming, I know you had already said this in the
3  first volume, but we've had a little time passed.
4  There were also a large volume of Gold Bond retains
5  that were produced by Chattem to MAS with aliquots
6  made for Chattem or splits made for Chattem.
7           Have you analyzed any of those retains?
8      A.   No, ma'am.
9      Q.   Have you seen MAS's work on any of those
10  retains?
11     A.   Yes.
12          Sorry, I had to think.
13     Q.   And any -- do you have any written
14  materials that reflect your opinion with respect to
15  the particles that were identified in those retains?
16     A.   From MAS, no.
17     Q.   Do you intend to offer any opinions in the
18  Woods case about the particles identified
19  specifically in the retains by MAS?
20     A.   I provided no information on them, nothing
21  at this point unless something else comes up, no.
22     Q.   Okay.  And then were you provided at any
23  point with MAS's reports on their analysis of the six
24  Montana Microtalc 1745 aliquots?
25     A.   Yes.

Page 306

1      Q.   And I know you were provided MVA's, you
2  were provided that by, I believe, actually AII in the
3  Bell case.  I'm asking about MAS, Dr. Longo.
4           Were you provided Dr. Longo's report on
5  six of those Microtalc samples?
6      A.   Yes.
7      Q.   Do you have a report or any documentation
8  written with respect to your opinion about the
9  particles identified by MAS in the six 1745 Microtalc
10  samples?
11     A.   No.
12     Q.   Do you intend to offer an opinion in the
13  Woods case with respect to MAS's work on the six 1745
14  Microtalc sample?
15          MR. WILLIAMS:  I'll object to the form
16  just to the point that the methodology and the
17  results of Longo's test versus -- he has rendered
18  opinions about the methodology and in general
19  which applies across all reports, so I do want to
20  object to the form of the question.
21          THE WITNESS:  Not specifically, but if
22  something came up again in the trial maybe, I
23  don't know, if I was asked.
24  BY MS. KAGAN:
25     Q.   Sitting here today, have you offered any

Page 307

1  opinions with respect to any of the individual
2  particles identified in those six Microtalc 1745
3  samples?
4      A.   They are not in the reports, no.
5      Q.   Have you seen Dr. Longo's results for the
6  Montana talc samples that you provided in this case?
7      A.   There was a -- I guess the answer is yes
8  and maybe.  I've seen some.
9      Q.   Okay.
10     A.   Really wasn't a lot, it was just a couple
11  of photographs is all I've seen, a couple of SEM
12  photographs.
13     Q.   You were provided with a couple of SEM
14  photographs?
15     A.   Well, that was in the rather large amount
16  of information that was provided for his deposition;
17  it was in one of the exhibits, I think it was
18  Exhibit 7.  There were two photographs, two SEM
19  photographs of my material, and then also SEM
20  photograph of quarterly samples from Barretts, as I
21  recall.
22     Q.   Okay.  Do you have any opinions about those
23  materials?
24     A.   Not at this point.  I mean, if more
25  information were to come, more analytical data, more

14 (Pages 304 - 307)

Page 308

1  time for me to think, I might, but not at this point.
2      Q.    What type of additional analytical data
3  would you be looking for?
4      A.    To do the PLM analysis, TEM analysis,
5  other than just two SEM photographs.
6      Q.    Okay. And I want to clarify. Were you
7  provided -- I know that you didn't analyze the actual
8  samples, but were you provided with the MAS report
9  for the additional Gold Bond containers aside from
10  those original seven?
11      A.    Probably. There has been so much, I've
12  been provided so many things, it's difficult to keep
13  track of all of them.
14      Q.    And then, again, based on your prior
15  answer, I take it that you aren't offering an opinion
16  with respect to the specific particles that Dr. Longo
17  identified in the report that addressed the
18  containers other than the original seven containers?
19      MR. WILLIAMS:  Object to the form.
20      Go ahead.
21      THE WITNESS:  What I'd be providing is the
22      same thing in my reports.  So what's in my reports
23      is sort of the body of knowledge and information I
24      would rely on.
25

Page 309

1  BY MS. KAGAN:
2      Q.    Okay, got it. I appreciate that.
3      Let's look at page 2 of your report which
4  is Exhibit 15. And you note in this first full
5  paragraph, halfway through, that "Caldria chrysotile
6  can have slightly higher refractive indices than the
7  more common chrysotile and thus, produces CSDS
8  colors that range from bluish to golden yellow in a
9  1.550 liquid."
10      Did I read that correctly?
11      A.    Yes.
12      Q.    And is that an opinion that you came to
13  based on the analytical work you did on the Calidria
14  RG144 and SG210 samples that Dr. Longo sent?
15      A.    Yes.
16      Q.    Okay. Then a bit further down in the
17  paragraph, you state that "The first step herein is
18  for determination of the optical properties of the
19  Calidria samples by the double variation method,
20  Bloss 2022, Dyar and Gunter 2022."
21      Can you please walk me through what you
22  mean by the double variation method?
23      A.    Yes.
24      The refractive indices are determined in
25  several ways. One is called the immersion method and

Page 310

1  the immersion method is when you place a mineral in a
2  refractive index of known -- I'm sorry, in a liquid
3  of -- try this again -- in a liquid of known
4  refractive index. The goal is to match the
5  refractive index of the liquid to that of a solid
6  which you can then determine the refractive index of
7  the solid.
8      The double variation method changes --
9  varies is the word, varies two things. It varies the
10  temperature of the liquid and the wavelength of
11  polychromatic -- sorry, having trouble here today --
12  the wavelength of monochromatic light the mineral is
13  illuminated with.
14      So your goal is to find refractive index
15  of the mineral at 589 nanometers; that's the
16  standard. So what you do is by varying the
17  temperature of the liquid, varies refractive index,
18  then you obtain matches at different wavelengths and
19  then you can actually determine refractive index with
20  mineral over a wide range of wavelengths and that, in
21  turn, helps you describe the optical properties of
22  the mineral.
23      The double variation method is what's used
24  to characterize refractive index of minerals by
25  research mineralogists and developed in the '40s,

Page 311

1  '50s. It's well documented, it's what all of us use
2  for precise measurement. It's what's used in -- to
3  characterize new minerals. It's the gold standard,
4  if you will, for determining the refractive index of
5  the minerals, highest precision, highest accuracy.
6      Q.    Are you able to do that double variation
7  method or apply that double variation method to a
8  photograph or do you need to actually be looking at
9  the material under the scope?
10      A.    You -- it would be strange. You could do
11  it photographically, but very difficult. I provided
12  an image of what it looks like as an example in this
13  report. It's also in our textbook, also my
14  president's address to Mineralogical Society of
15  America.
16      The particle disappears. So you don't do
17  it photographically, we do it looking at a
18  microscope. I mean, all of your optical measurements
19  are made looking down a microscope. You might be
20  able to show photographs of them which can sometimes
21  be very difficult to do.
22      Q.    Now, you stated the end of that paragraph
23  "It is the most precise method for the optical
24  determination of minerals."
25      Can you provide me -- the benefits of a

15 (Pages 308 - 311)

Page 312

1  speaker system that goes into everyone's office.
2  Apologies, let me try again.
3       You state "It is the most precise method
4  for the optical determination of minerals."  Aside
5  from one of your own publications, can you cite a
6  publication for me that states that the double
7  variation method is the most precise for the optical
8  determination of minerals?
9       A.  Maybe.  A lot of times the obvious isn't
10  stated in publications.  For instance, chrysotile
11  used the double variation method so people are using
12  this to determine refractive index for their samples.
13       I could probably find such statements
14  saying that, but, again, the obvious things aren't
15  cited in books; we just all know --
16       Q.  Okay, fair.
17       A.  We all know this is the way you do it
18  correctly, the ones of us who do it professionally.
19       Q.  Okay.  So, again, my question is can you
20  cite for me a reference or a publication that is not
21  your own that states that the double variation method
22  is the most precise method for the optical
23  determination of minerals?
24       MR. WILLIAMS:  Objection, asked and
25  answered.

Page 313

1       THE WITNESS:  I can try to find one.
2       MS. KAGAN:  Okay.  Thank you, I appreciate
3  that.
4       So I'll call for the production of a
5  publication that is not authored by Dr. Gunter
6  that states that the double variation method is
7  the most precise method for the optical
8  determination of minerals.
9       THE WITNESS:  Are you going to make a list
10  of these like last time?
11  BY MS. KAGAN:
12       Q.  I will, yes.
13       A.  I'll read it more carefully this time.
14       Q.  If you have any questions, you can email
15  me.  You don't have to guess and you don't have to
16  play cute with words; you don't have to lawyer me,
17  Dr. Gunter.
18       So in the -- in your conclusion, the
19  second to last sentence reads "Illustrations in this
20  report also show that Calidria chrysotile can produce
21  a range of CSDS colors from bluish to golden yellow
22  in 1.550 liquid; however, these do not match the pale
23  yellow CSDS colors Longo shows purporting to be
24  chrysotile."
25       Did I read that correctly?

Page 314

1       A.  Yes.
2       Q.  Did you do any birefringence determinations
3  on the Calidria samples that Dr. Longo sent you?
4       A.  Yes.
5       Q.  Can you point me in that direction?
6       A.  I'll make figure 7.  That is probably
7  wrong.  It's in one of the figures.
8       Q.  Okay, let's see.  Figure 7 is similar to
9  figure 3 except at a higher magnification.
10       A.  Bad guess.
11       Just go to the figures.
12       Q.  Okay.  Tell me when to stop scrolling.
13       A.  Keep going.
14       Stop.  Go back.
15       Figure 11, there.
16       Q.  Okay.  And what did you do to calculate
17  these RI values?
18       A.  The double variation method.
19       Q.  I'm sorry, the double variation method?
20       A.  Yes.
21       Q.  In what publication other than your own
22  publication does it show an analyst or a dummy like
23  me how to calculate birefringence using the double
24  variation method?
25       A.  Well, you wouldn't calculate birefringence

Page 315

1  using double variation method.  You'd calculate
2  birefringence from the data obtained by it, the two
3  refractive index values, just subtracting it from the
4  other, so --
5       Q.  So the index values -- so you obtained the
6  index values using the double variation method and
7  then you calculated the birefringence using the index
8  values you obtained through the double variation
9  method?
10       A.  Yes.
11       Q.  Okay.  And then you compared that data here
12  we're looking at on the left for the Calidria 210
13  with the data that you obtained for the Gold Bond
14  number 3 sample.  Is that fair?
15       A.  Yes.
16       Q.  Okay.  Did you do this exercise with every
17  particle that was identified by Dr. Longo in those
18  original seven Gold Bond containers?
19       A.  You can see that I look kind of
20  dumbfounded.  These are data that I measured.  This
21  is me putting particles in the microscope and making
22  measurements.
23       Q.  I'm sorry, okay.  I understand.  That was
24  my confusion and my extra dummy moment.
25       So your Gold Bond number 3, those are your

Page 316

1  measurements of a particle that you identified in the
2  Gold Bond number 3?
3      A.    And in the Calidria 210, yes.
4      Q.    Okay. So thank you. I understand now.
5          So you've identified a talc particle in
6  Gold Bond number 3 and then you compared its RI
7  values to those in the Calidria 210 that -- the
8  chrysotile in the Calidria 210 that you identified,
9  right?
10     A.    At this point, I'm not comparing anything
11 here; these are just data. So I'm measuring 10
12 particles, the refractive index, parallel,
13 perpendicular, and then calculating birefringence.
14         So these are 10 particles from Gold Bond,
15 10 particles from 210. Those are the refractive
16 index --
17     Q.    Okay.
18     A.    -- and birefringence.
19     Q.    Did you make any effort to compare the --
20 well, first, did you make any effort to or is it
21 possible to calculate the refractive indices on the
22 particle that Dr. Longo identified in the Gold Bond?
23     A.    It's very difficult for reasons explained
24 a little bit toward the end of this. There are many
25 assumptions made in converting a dispersion of color

Page 317

1  from single stop dispersion staining into refractive
2  index, which is what he does. He's observing a color
3  and then using Shu-Chun's, Dr. Su's tables,
4  converting that to refractive index values.
5          So there are a lot of assumptions made in
6  doing that. What I did here is the actual
7  measurements.
8          So I guess the answer to your question is
9  no. Sorry.
10     Q.    Are you able to -- without looking at the
11 particle in the scope, are you able to measure the
12 refractive indices of a particle identified by
13 Dr. Longo in Gold Bond?
14     A.    Given photographs, I mean, if you -- I
15 mean, if you go to -- if you don't mind, go back up
16 two figures to figure -- stop there.
17         If someone provides me with this
18 photograph, I would look at it and go, well, the
19 refractive index of that particle is 1.564 because it
20 disappears in 589 nanometers, invisible in the other
21 two. So, depending on the type of photographic, if
22 you will, evidence someone might have, you could
23 determine refractive index.
24     Q.    Have you made any effort to determine
25 yourself the refractive indexes or indices, excuse

Page 318

1  me, of any of the particles that Dr. Longo identified
2  in the Gold Bond containers?
3      A.    The ones with the central stop dispersion
4  staining colors, the yellows are very hard to
5  interpret what that -- the matching wavelength would
6  be. The same with the blues. So it's very difficult
7  to sort of quantify what these values would be.
8      Q.    So the answer is no?
9      A.    Not to directly compare them, to determine
10 them but to compare them. You can compare them, but
11 to actually determine it's very difficult to do that.
12 So, again, I guess the answer is no.
13     Q.    Okay. Can you tell me about Becke lines?
14 I'm going to give you a background for my very broad
15 question.
16         I have read many, many, many Dr. Gunter
17 depositions and I have been hard pressed to find one
18 where Dr. Gunter gives us the Becke lines 101. And,
19 so, can you -- can you give dummy me the explanation
20 of what Becke lines are?
21         (Reporter clarification.)
22 BY MS. KAGAN:
23     Q.    So what Becke lines are and how they are
24 used in PLM analysis to aid the analyst in
25 identification of the mineral.

Page 319

1      A.    I think I'd make you pay for the course.
2          We -- I mentioned the word immersion
3  method before. The immersion method is one of the
4  ways to determine the refractive indices in minerals
5  by immersing the solid in a liquid, then when the
6  liquid and the solid match, basically the particle
7  disappears.
8          So your first round with the Becke line
9  thing is a term called relief. So when particles are
10 very hard to see in that medium, then we say they
11 have low relief. If they are easy to see, they have
12 high relief.
13         One of the analogies that, you know, I
14 would give in geology, and it's not geology 100, this
15 is your -- at least you're up the ways here in your
16 classes, is that if a particle has the same
17 refractive index, a particle has the same refractive
18 index in air the particle becomes invisible.
19         So the goal in matching refractive index
20 of a mineral to the liquid is make the particle
21 disappear. The particle cannot completely disappear
22 because the dispersion of the liquid and the
23 dispersion of the solid are different. In general,
24 the dispersion of the liquid is greater than the
25 dispersion of the solid.

17 (Pages 316 - 319)

Page 320

1     The dispersion in this case relates to the
2  fact the refractive index of the material changes the
3  function of wavelength, basically decreasing it.  So
4  the longer the wavelength, the longer the refractive
5  index of the particle.
6     So the way that Becke lines work is if
7  refractive index of the liquid and the particle do
8  not match in the visible, then when you lower the
9  microscope stage, the Becke line of the light color
10  Becke line goes into the material of higher
11  refractive indention.
12     You're not wearing glasses, but let's say
13  if you wore glasses that had a convex lens and a
14  convex chunk of glass, imagine a convex chunk of
15  glass, that convex chunk of glass focuses the light
16  like this (indicating).  So when you lower the
17  microscope stage, the bright line goes in.
18     Conversely, if the refractive index of the
19  grain's less than -- try that again.  Imagine a
20  concave lens, a concave lens and the light goes out.
21  So you put solids in liquid, lower the microscope
22  stage, the direction and the movement of the Becke
23  lines tells you whether the liquid is greater or less
24  than the solid.
25     How much more do you want?  Keep going?

Page 321

1  Q.  (Indicating).
2  A.  Now, when these things match in the
3  visible, then you see colored Becke lines and you see
4  colored Becke lines because a portion of the visible
5  spectrum goes into the grain and a portion of the
6  visible spectrum goes into the liquid.  And they
7  match at 589 nanometers, the colors you see are sort
8  of a bluish color and I call it Virginia Tech orange;
9  I went to Virginia Tech.
10     So the colors of the Becke lines will
11  change as a function of the match between the solid
12  and liquid, and the goal is to get them to match at
13  589 nanometers.  So, when they match at 589, you see
14  that color.
15     So, basically, it's a similar -- sort of
16  works in a similar phenomenon, a much more
17  interesting level or less knowledgeable, sorry, I
18  tried to be cute.
19     In central stop dispersion staining, you
20  produce colors also and it's a similar phenomenon,
21  but they need to match in the visible to produce
22  colors that are really easy to interpret.
23     Is that enough?
24  Q.  Yes, but very helpful.
25     The movement of lowering the microscope to

Page 322

1  see where the line goes, is that something that you
2  can do on an image or do you need to be looking at
3  the particle through the scope?
4  A.  Particle through the scope.
5  Q.  On any of Dr. Longo's images of particles
6  from the Gold Bond containers, were you able to do a
7  Becke line analysis?
8  A.  You can sort of -- you can see them, you
9  can see the contrast of relief in some of them in
10  that most recent report I produced, and you can also
11  see -- you can see colored Becke lines in the
12  chrysotile because some of the images are slightly
13  out of focus.
14     So in the report that I produced you see
15  colored Becke lines with the chrysotile and
16  45 degrees of extinction in the 1.55 liquid.  You see
17  a yellowish, a light yellowish and bluish showing,
18  that tells you the liquid is a little bit less than
19  the grain itself.
20     So, again, to answer your question, in
21  some of them you can see it and in others you can't.
22  Q.  How are you able to see the Becke line in
23  an image without moving the scope, without lowering
24  the scope?
25  A.  If you look in what I just said, you can

Page 323

1  see them for some of his images and some of my images
2  as well.  I intentionally show in focus and slightly
3  lowered, and if you provided these images for all
4  these particles, it would be a lot.  It would make
5  his data much more clear to interpret.
6     Keep going.
7     Keep going.
8     Here, stop.  Sorry, I know it always runs
9  a bit -- go back.
10     Keep going.
11     Okay.  Stop there, 16 is good.
12     You can look in the center.  The center
13  particle is slightly out of focus and you can see a
14  yellowish and blue.  Same with the particle on the
15  right.  Now you have to look close, but you see the
16  yellow and the blue?  Those are colored Becke lines.
17  That indicates the refractive index of the liquid's
18  similar to the grain but the grain's a little bit
19  higher.
20  Q.  So if I'm understanding what you're saying,
21  we're looking at a -- in the one, this is a
22  photograph from Dr. Longo where he is saying that
23  this is chrysotile with a polarizer out and you're
24  saying that the blue line that kind of traces the
25  outside of the particle is the Becke line?

18 (Pages 320 - 323)

Page 324

1    A.    You got it.
2    Q.    And then there was a yellow line. Can you
3    tell me what the yellow line is?
4    A.    That's the Becke line that's going with
5    the grain because the -- what happens the material,
6    the Becke line goes into the grain that has -- I'm
7    sorry.
8          The Becke line goes into the material that
9    has the higher refractive index. So because the
10   grain has a higher refractive index in the yellow
11   portion of the spectrum, the Becke lines go to it,
12   and in the blue-red portion of the spectrum, the
13   liquid has a higher refractive index.
14         So a portion -- you're splitting visible
15   spectrum. Visible spectrum goes from 407 nanometers,
16   you're splitting that spectrum, part of it's going in
17   the grain, part of it's going in the liquid.
18   Q.    I perhaps am a giant dummy and just not
19   understanding how you were able to determine that the
20   blue outline was a Becke line from looking at this
21   photo.
22   A.    Well, probably because I've been doing it
23   for 40 years, 50 years, teaching it all the time,
24   making videos of it, showing it in textbooks. What
25   can I say, I just -- this is the basis for optical

Page 325

1    mineralogy. When you take an optical mineralogy
2    course, this is one of the first things shown is the
3    Becke lines.
4    Q.    And, again, this isn't a particle that you
5    yourself looked at under the scope, right?
6    A.    No, but I have similar photographs up in
7    one of the earlier figures.
8    Q.    Okay. And what is the significance of the
9    blue Becke line in this photo?
10   A.    It's the blue and the yellow. They are
11   showing you the grain and the liquid, the refractive
12   indices matching the visible, and at the same time,
13   the grain is slightly greater than the liquid at
14   589 nanometers.
15   Q.    Do you know whether or not Dr. Longo did
16   anything to this particle under the scope in order to
17   capture this image for the purpose of observing the
18   Becke line?
19   A.    No, but you can see it.
20   Q.    Okay. Is there any literature that you can
21   point me to, any publication that talks about the
22   ability to observe Becke lines in still images?
23   A.    Every optical mineralogy book ever
24   published. Yes.
25   Q.    Okay. Can you give me a name of one that

Page 326

1    specifically discusses how you can determine Becke
2    lines on a still image?
3    A.    That's how -- yes. Bloss, B-L-O-S-S.
4    Pick a year, 1961, 2020; there are several.
5    Q.    Bloss 1961, Bloss 2020?
6    A.    Yeah. Let's just do Bloss -- there may
7    not be photographs in there.
8          Any optical mineralogy book. This is the
9    basis of optical mineralogy, so every book shows it.
10   Q.    I'm going to need a citation to a book,
11   because I can pick up a book but I don't know if
12   that's the book you were thinking of.
13   A.    Any optical mineralogy book.
14   Q.    I'm not the expert.
15   A.    I am. Any optical mineralogy book would
16   show it. I'll send you -- I'll send you a reference.
17   Q.    Okay. And I'm going to call for the --
18   A.    If you go to figure 2, that's -- on the
19   far right-hand side is the back of a textbook and
20   that shows Becke lines, the vertical -- those
21   vertical images showing Becke lines matching the
22   different wavelengths. That's the --
23   Q.    My question --
24   A.    That's the back --
25   Q.    My question is a little bit -- sorry. My

Page 327

1    question was a little bit different.
2          My question was do you have a reference
3    that would support your proposition that you can
4    determine Becke lines just from an image of a
5    particle?
6    A.    There it is. That's the back of a
7    textbook. There they are.
8    Q.    Do you know --
9    A.    Those are Becke lines.
10   Q.    I understand those are Becke lines. Do you
11   know -- well, so these photographs are courtesy of
12   you to whoever -- it looks like MSA at 100 and Why
13   Optical Mineralogy Still Matters, or is this the back
14   cover of Bloss 2020?
15   A.    Bloss was my PhD advisor, probably the
16   most well-known optical mineralogist, was, part of
17   last century. Published a series of books. The
18   first one was published in 1961. This is just a
19   revised version of that book.
20   Q.    Okay. What did you do under the scope to
21   this particle to capture these images of the Becke
22   lines?
23   A.    I won't be cute and say I took a
24   photograph, but what I did was not -- trying to act
25   like a person again.

19 (Pages 324 - 327)

Page 328

1    There's a single crystal, it's immersed in
2 a liquid and the -- I've lowered the microscope state
3 slightly to show the Becke line. And what I've also
4 done is to change the temperature of the liquid which
5 then, in turn, changes what the Becke lines look
6 like.
7    Q.    So if you don't have that type of
8 information about a particle, if you are just looking
9 at an image of a particle, a still image, for
10 example, Dr. Longo's particle, how do you know that
11 what you're looking at is a Becke line?
12    A.    You can tell by the colors.
13    Q.    Is there -- again, so now I'm asking is
14 there a reference that you can point me to that talks
15 about being able to tell that something is a Becke
16 line just from an image without having information
17 about what was done to that particle to create those
18 colors?
19    A.    Well, you would need to know the
20 refractive index -- well, no, you don't even need to
21 know the refractive index of the liquid, you can just
22 look at the Becke line.
23    Yeah, any textbook. I can find one. Just
24 put that in your request, please, and I'll send you
25 an image from the textbook.

Page 329

1    Q.    Okay. And it's not just the image, I need
2 the words that explain how looking at a still image
3 you can determine that there are Becke lines present.
4    A.    Okay. It's the basis of optical
5 mineralogy, basically. So it's there.
6    Q.    Okay.
7    MS. KAGAN: I'm going to call for the
8    production of a reference material other than your
9    own, Dr. Gunter, that explains how you would
10    identify or can identify Becke lines from a still
11    image.
12 BY MS. KAGAN:
13    Q.    I'm just taking a look at something I might
14 skip.
15    Are you familiar with a publication by
16 John Gustav Delly from --
17    A.    John Delly, yeah, probably. His name is
18 Delly, just to save you there.
19    Q.    Sorry, thank you. Delly, John Gustav Delly
20 from January '08 entitled Selective Topics from
21 Essentials of Polarized Light Microscopy that was
22 published in the College of Microscopy.
23    A.    I've probably seen it.
24    Q.    Is Delly a reliable source for the
25 essentials of polarized light microscopy?

Page 330

1    A.    I would say John is focused -- not
2 focused, quite intent, focused on more light
3 microscopy in general; John is not a mineralogist.
4    Q.    Okay. So my question was is John Gustav
5 Delly a reliable source to look to for the essentials
6 of polarized light microscopy?
7    MR. WILLIAMS: Object to the form.
8    THE WITNESS: Certain aspects.
9    Mineralogically, I've seen some mistakes in his
10    publications, but most certainly as a microscopist
11    he's very, very good. The content based on
12    optical mineralogy, the mineralogy part may not be
13    correct in places.
14 BY MS. KAGAN:
15    Q.    Have you -- have you let him know that you
16 think that he's incorrect in certain aspects?
17    A.    I -- no. Maybe. I don't remember. We've
18 talked about -- it's been a long time since we
19 talked with him, but to correct every mineralogy
20 mistake made would about 20 or 30 of my lifetimes.
21    Q.    And would he be a reliable source for
22 understanding like dispersion staining?
23    A.    Application of it, maybe less so, but most
24 certainly the theory behind it, yes.
25    Q.    What about refractive indexes?

Page 331

1    A.    Again, application in mineralogy maybe not
2 as much as. Explaining the way it works, probably.
3 There might be some mistakes. I would have to see
4 it.
5    Q.    And what about --
6    A.    I would have to specifically see what
7 you're talking about. Most of the optical things
8 would be correct, but, again, people make mistakes,
9 so I'd have to -- you'd specifically show me what
10 you're referring to to see if it's correct or not.
11    Q.    Sure. And what about birefringence
12 generally?
13    A.    It could be -- a lot of people are
14 confused by birefringence and retardation. He might
15 have done that, I don't know.
16    Q.    Okay. Alan Segrave sent me that reference,
17 so I figure I'd ask you about it.
18    So when we spoke last, volume 1, you told
19 me that you yourself had not seen talc and chrysotile
20 intergrowth. Is that still the case?
21    MR. WILLIAMS: Object to the form.
22    THE WITNESS: No. I've seen it, I think
23    we were discussing the scale, most certainly at a
24    nanoscale atomic resolution I've seen those
25    before.

20 (Pages 328 - 331)

Page 332

1   BY MS. KAGAN:
2       Q.   Do you have any opinions with respect to
3   the particles that Dr. Longo identified as talc and
4   chrysotile intergrowth?
5       A.   Yes.
6       Q.   Can you tell me what those are?
7       A.   They're not.  They are not.  It's simple.
8       Q.   And why is that?
9       A.   He's misinterpreting the optical
10  properties.
11      Q.   And when you say "he's misinterpreting the
12  optical properties," are you speaking to your opinion
13  that he is miscalculating the refractive indices?
14      A.   No.  If you -- he's looking at minerals in
15  the immersion method.  The immersion method can be
16  Becke lines, dispersion staining, whatever.  And what
17  you would see if you had -- normally you can tell if
18  particles were intergrown optically is if they have
19  different refractive indices.  So you would need to
20  see a difference in the refractive index to know that
21  they were intergrown.
22          And the particles he showed that I saw did
23  not exhibit differences in the refractive index.  So
24  you really couldn't tell if they were intergrown or
25  not because you'd be relying on the difference in the

Page 333

1   optical properties which did not occur.
2       Q.   Sorry, I'm looking for something specific
3   to show you.
4       A.   You can describe it, I probably already
5   seen it.
6       Q.   It's an image, so it would be better to
7   actually show you.
8       A.   I bet I've seen it.
9       Q.   I'm sure you have, that's why I want to ask
10  you.  If you hadn't seen it, it wouldn't be as
11  helpful.
12          Okay.  There we go.
13          I'm going to share my screen.  We will
14  mark this as Exhibit 16.
15          (Exhibit 16, Longo Section 6, was marked
16  for Identification.)
17  BY MS. KAGAN:
18      Q.   It's section 6 of Dr. Longo's production
19  from the other day, but these are images -- these are
20  not new images, so I imagine they were in the
21  materials that you received before.  But what I'd
22  like to do is rotate that.
23          Okay.  Have you seen this image before,
24  Dr. Gunter?
25      A.   Seen many, many images.  I might have.  It

Page 334

1   looks kind of familiar.
2       Q.   Okay.  So one of the things you just told
3   me was that there needed to be a different refractive
4   index in the particle in order for it to be an
5   intergrowth between talc and chrysotile.  And here
6   Dr. Longo records that this particle has, on the left
7   side of it, a refractive index of greater than 1.585
8   and you can see that really bright, almost white
9   color, and then moving towards the left side of the
10  particle where he identifies it as chrysotile with
11  the refractive index of 1.564.
12          Do you see that?
13      A.   That's what he says.
14      Q.   Is this, in your opinion, not a particle
15  that shows talc and chrysotile intergrown?
16      A.   It's not.  I mean, it's a misint -- first
17  of all, the photograph is, I think, very overexposed
18  on the left-hand side of that particle.  What is
19  better is to look at it in plane polarized light than
20  in dispersion staining.
21      Q.   Here's that same particle in elongation
22  where you can see on the left side that really
23  bright, almost white portion that is labeled as talc
24  moving towards the right where you get into the
25  deeper blue that's labeled as chrysotile.

Page 335

1           Do you see that?
2       A.   Yes.  I still -- I think it's just
3   overexposed and we need the plane polarized light
4   photograph.
5       Q.   Your opinion is that somehow Dr. Longo
6   overexposed only the left side of this one particle
7   in all of these images?
8           MR. WILLIAMS:  Object to the form.
9           THE WITNESS:  That -- it's difficult to
10          interpret from this image.  Be better to see it in
11          the microscope directly, plus if we see the plane
12          polarized lighting, that's what we're -- keep
13          going.
14  BY MS. KAGAN:
15      Q.   Here's the cross polars.
16          Here is the polarizer out.
17      A.   The particle has the same relief on the
18  whole section of it.  I don't see a difference in the
19  contrast or the length of that particle.  It has the
20  same --
21      Q.   You don't see it --
22      A.   Not a bit.  It looks the same to me along
23  the whole length of the particle.
24      Q.   And your explanation for why in elongation
25  the left side is almost bright white, bright yellow

21 (Pages 332 - 335)

Page 336

1  at that tip, going to blue and darker blue to the
2  right, that that's just Dr. Longo overexposed only
3  the left side of this particular particle?
4      A.   That part looks overexposed to me.  The
5  more --
6      Q.   How do you --
7      A.   I don't know.  I mean, stop.
8          To me, the most -- you asked for my
9  opinion.  The most telling is the one in plane
10 polarized light.  That's the most telling image.  If
11 these were all in the microscope without having to go
12 through a photographic process, it would be easier to
13 interpret this, but the left side just looks
14 overexposed to me.
15     Q.   How do you overexpose only a portion of a
16 particle in a photograph and nothing else is
17 overexposed in the image?
18     A.   I don't know.
19     Q.   How do you do that?
20     A.   You're asking for my opinion, I'm telling
21 you my opinion.
22         Of all these images, the one to look is
23 the one in the plane polarized light.  That's the
24 most telling image.
25     Q.   I understand that's your opinion, but you

Page 337

1  also told me it looks like that it looks like the
2  elongation image is just overexposed on that left
3  side.
4          So my question is how do you do that; how
5  would Dr. Longo have overexposed only the left
6  portion of this particle to generate this image?
7      A.   I don't know.
8      Q.   Okay.  What about here, the same particle
9  in perpendicular where the bottom portion that's talc
10 is quite bright, and then as you move up to
11 chrysotile, it gets quite dark?
12     A.   Well --
13     Q.   How did that happen?
14     A.   Looks like a bit of scattering of light
15 maybe in the lower part.  Tough to say.
16         I think it's difficult to interpret these.
17 That's what I said.  It's difficult to interpret
18 them.  Much better off with a microscope.
19         It's also very difficult to photograph
20 this stuff.  It is hard to photograph.
21     Q.   Sure.
22         What about this one?  This is the -- this
23 is the parallel dispersion staining.  Again, left
24 side bright, bright, white almost, and then the right
25 side gets into a darker golden color.  How did that

Page 338

1  happen?
2      A.   I don't know.  It's difficult to
3  interpret.  I certainly would not interpret that as
4  intergrown particles based on these.
5      Q.   Okay.
6      A.   I don't think the photographs are fine
7  enough quality to make an interpretation.  Plus the
8  one in plane polarized light it sure looks like it's
9  the same refractive index the whole way.  I don't see
10 a difference.
11     Q.   Okay.
12     A.   And it looks like the talc -- never mind.
13     Q.   Okay.  What about this particle where
14 you've got the brighter pit where it's increasing
15 talc content and then the more golden color on the
16 left side?
17     A.   You can misinterpret -- if you look around
18 the slide, you see a lot of particles that are very
19 white and you see other particles that are yellow.
20 Again, it gets hard to photograph this.  I would need
21 to see this image in the microscope myself instead of
22 a photograph of it.
23     Q.   Okay.  What about this in the perpendicular
24 where the top tip is bright bright, almost white, and
25 the rest of the particle is that deep blue that's

Page 339

1  labeled chrysotile with different refractive indices
2  given for the chrysotile versus the talc content?
3      A.   Well, the white part, if it was talc, it
4  would be blue, not white.  But, again, I think the
5  exposures are hard to interpret on these photographs.
6      Q.   What about in elongation?  Same particle.
7      A.   Photographs just aren't that good.  What
8  this one almost looks like -- and, again, it looks
9  like the retardation is greater where it's white and
10 sort of slightly overexposed and that would maybe
11 be a -- I think the retardation part is thicker right
12 here producing that, but, again, I think the exposure
13 is causing it to be white.  You don't see that --
14         (Overtalking.)
15     Q.   Again --
16     A.   Sorry.
17     Q.   How would Dr. Longo have overexposed just
18 this sort of portion on the right side in the middle
19 of this particle?
20     A.   Again, these things are hard to
21 photograph.  This photograph's been reproduced and I
22 think that's just greater retardation.
23         I can't interpret it one way or the other.
24 I mean, it most certainly -- it just looks
25 overexposed.  I think the reason --

22 (Pages 336 - 339)

Page 340

1    Q.    How do you do that, how do you overexpose a
2    portion of the particle and not the other portion of
3    the particle?
4    A.    The particle is -- if you look in the --
5    this particle has different -- it appears to, and,
6    again, the photograph is not that good, these are
7    hard to photograph.  The portion on the right appears
8    to have higher retardation, it's thicker, and that
9    would cause to appear sort of brighter but the colors
10   are sort of lost in this.  I would think that may be
11   a yellowish color in there, but it's kind of hard to
12   tell.  It's hard to interpret those.  And, again --
13          (Overtalking.)
14   Q.    What about there with the --
15   A.    All the same, the particle looks the same
16   the whole way and looks like all the other particles
17   there as far as the relief goes.
18   Q.    It doesn't look more yellow to you on the
19   right side, it looks the same all the way through?
20   A.    Yeah.  This is in plane polarized light.
21   It looks the same the whole way.  There's some
22   scattering in the middle, looks like, little white
23   specks.
24   Q.    What about this one where we have bright
25   yellow, almost white, on the left side labeled as

Page 341

1    talc with a parallel refractive index of greater than
2    1.585 moving to the right and getting the more golden
3    into chrysotile with a refractive index range of
4    1.558 to 1.565; is that not an intergrowth in your
5    opinion?
6    A.    No.  Again, I think these are very hard to
7    interpret because of the quality of the photographs.
8    And you can look at all of them, if you look at the
9    one in -- if that was really talc where it's white,
10   it should be darker blue, it should be a bluish
11   color.
12          But, again, I -- the dispersion staining
13   will produce some of these scattering effects; it's
14   hard to interpret.
15   Q.    Okay.  So is it your testimony that it's
16   overexposed or is it your testimony that the
17   dispersion staining produced a scattering effect?
18   A.    It's tough to say.  It's tough to say in
19   these images what's produced in these things.
20   Q.    Okay.  What about this one here,
21   elongation?
22   A.    You almost see it here.  You almost see a
23   yellowish color there.  I think these particles have
24   a higher -- this particle has a higher retardation on
25   the left end.

Page 342

1    Q.    And what does that signify to you?
2    A.    It's thicker.
3    Q.    And so because it's thicker, it would give
4    off a bright white yellowish color on the thicker
5    part while the rest of the particle would give off a
6    blue?
7    A.    Look at the one in cross polarized light.
8    Sorry to be -- no, the other way.
9          Yeah, that one -- this almost shows it,
10   but, again, these are all -- and he's not
11   overexposing it, as I said too many times, these are
12   hard to photograph.  You've got a black background
13   trying to photograph, you know, a bright particle.
14          This one almost shows it where the
15   thickness is greater at the left and the retardation
16   of the particles decreasing as you go to the right
17   and that decreasing retardation would be a function
18   of the particle being thicker on the left.
19   Q.    How much of a thickness difference would
20   result in this dramatic change in coloration if this
21   is a talc particle as opposed to talc and chrysotile?
22   A.    Not very much because it's going from
23   first order gray to first order yellow.  Again, I
24   don't know, there's math, you can do the math and
25   what is the equation, but the retardation colors will

Page 343

1    show you; it's not much.
2    Q.    Based on this image, it's your opinion that
3    the talc labeled portion of this particle is thicker
4    and, therefore, giving off the bright white color and
5    the portion on the left is thinner and then,
6    therefore, giving off the blue color?
7    A.    Well, let's -- let's kind of start again.
8          A person can never publish this image in a
9    journal article and make any claim of anything.  It's
10   not of high enough quality to publish, period, to
11   start with.  I shouldn't say period, comma.
12          So this is not a publishable image because
13   you really can't interpret much from it.  Trying to
14   interpret what I can see, this looks like this was a
15   talc particle and it's thicker at the left and
16   thinner at the right and it's going from first order
17   gray retardation to maybe first order yellow as a
18   function of the thickness difference.
19          But, again, this is an image no one can
20   ever publish in an article because this is of too low
21   a quality photograph.
22   Q.    And why -- because it's too low to
23   photograph, why have you determined that it must be
24   talc as opposed to chrysotile or an intergrowth?
25   A.    I didn't say that.  What I keep saying is

23 (Pages 340 - 343)

Page 344

1  my interpretation of this photograph. It's an
2  interpretation, I think it's that's kind of hard to
3  interpret. If you go to the plane polarized light
4  one, it looks to have the same refractive index along
5  the whole direction.
6      Q.    It's your testimony that this looks like it
7  has the same refractive index along the entire
8  particle?
9      A.    Looks to, but, again, none of these
10  photographs could be ever be published because
11  they're not of high enough quality, so no one can
12  ever make a solid interpretation of any of these
13  things.
14      Q.    But Dr. Longo gave you the refractive
15  indices for the talc portion and the chrysotile
16  portion in parallel and in perpendicular, so you
17  don't really need to guess what they are, right?
18      A.    But those are -- that's -- that's his
19  interpretation.
20      Q.    Okay.
21      A.    I mean, that's not -- he's not -- that's
22  his interpretation of them.
23          This one is even -- now this one is easy.
24      Q.    Okay. Tell me why this one is easy.
25      A.    I'm sorry, I don't understand -- how to

Page 345

1  move the mouse. Go to the next image.
2      Q.    Okay. Just for the record, the this one is
3  easy is M71222-005ISO-002 and we're going to -- and
4  that was under --
5      A.    Sorry.
6          (Overtalking.)
7      Q.    Under elongation and we're moving to the
8  next image, which is the same particle but with the
9  polarizer out.
10      A.    Sorry. I meant go the other way. Sorry.
11      Q.    Okay. We're going to go the other way to
12  the perpendicular dispersion --
13      A.    Oh, no. He doesn't have one in cross
14  polarized light for this one.
15      Q.    He has parallel, he has perpendicular, he
16  has elongation and then he has polarizer out.
17      A.    So he never provides one in cross
18  polarized light.
19      Q.    Oh, here it is. I'm sorry, there it is.
20      A.    So this is now overexposed and it's
21  overexposed because it's hard to photograph this.
22  This particle has a different thickness, it's thicker
23  toward the middle and it's exhibiting what looks like
24  maybe a first order red retardation on the lower
25  left.

Page 346

1          And if you go back now to the one that had
2  a red background. I'm sorry.
3      Q.    I don't think I have one that one.
4      A.    That one. That one.
5      Q.    So now I would call this magenta, not red.
6      A.    Well, it's the first order of interference
7  plate in service, so there you go.
8          What you see in this one, you see where
9  it's blue, that's where the particle was first order
10  gray and it's at 550 nanometers of retardation added
11  to it, magenta by the way you want to call it, that
12  makes it blue.
13          The other part where it's yellow and red,
14  you have first order red that's now been added to
15  second order red. So this particle exhibits a higher
16  retardation on the left-hand side because it's
17  thicker.
18          And you can do the calculations. You can
19  calculate the thickness of the particle, retardation,
20  birefringence. You calculate the birefringence of
21  this particle based on knowing its width and -- well,
22  you can calculate -- you can take his values and
23  calculate and see his values wouldn't match the
24  values exhibited by the retardation if the particle
25  were chrysotile.

Page 347

1      Q.    Why would his values not match the -- go
2  ahead.
3      A.    This particle would have to be
4  significantly thicker than is wide to produce that
5  level of retardation. I know these -- you keep
6  asking me -- well, you've asked me if there's other
7  information that I rely on that's not in my reports.
8  In some of the latter reports I've actually
9  calculated the thickness of these particles based
10  upon his values and the particles would have to be
11  incredibly thick. That's not -- I'm not relying on
12  that here, but I would say my interpretation of this
13  particle is it's just thicker where it has the higher
14  retardation. Then if you now go --
15      Q.    Why --
16      A.    Sorry.
17      Q.    Why are you not relying on your
18  calculations of the thickness of some of these
19  particles in this case?
20      A.    Because it's not produced in my reports
21  and we're just sticking with the Woods report. And
22  if we take and go to the one in plane polarized
23  light, this particle looks the same length of the
24  particle. The difference is the particle is thicker
25  in the lower left-hand side and gets thinner toward

24 (Pages 344 - 347)

Page 348

1  the right, but the optical properties look the same.
2       If it were, indeed, chrysotile, you would
3  see the yellow and blue things that you've now
4  learned about Becke lines. You'd see the Becke lines
5  in the chrysotile side and you don't. It has the
6  same relief of the particle.
7       Q.   Wouldn't you have to rotate the particle or
8  rotate the scope to be able to generate those Becke
9  lines; do you see them in every single image of
10  chrysotile?
11      A.   We saw them earlier in my Woods report and
12  they were 45 degrees off extension. You could see --
13      Q.   Correct. What I'm saying is if you didn't
14  rotate the scope down, would you expect to see the
15  Becke lines in every image?
16      A.   I think you meant to say lower the scope
17  and not rotate.
18      Q.   Correct, you're right. I went like this
19  (indicating), my hands went down. I rotated it down,
20  I lowered it.
21      A.   Well, you can see Becke lines in another
22  particle on the upper left-hand side, you can see the
23  Becke line going in.
24      Q.   Where, which particle?
25      A.   The one in the upper left-hand side. You

Page 349

1  have to move the mouse. I can move my mouse but it
2  won't help you much.
3       That one.
4       So the stage is slightly lower here and
5  you see that light-colored Becke line going to that
6  talc, I mean, that talc plate.
7       Q.   Where is the light-colored Becke line, is
8  it this right here (indicating)?
9       A.   Yeah, yes.
10      Q.   And so it's your opinion that this is a
11  light-colored Becke line that would indicate this is
12  talc?
13      A.   It looks -- again, it's hard to interpret
14  off these still photographs in many of these things.
15  I mean, in some cases you can and other cases you
16  really can't. But in this -- the key here, I think,
17  is that the particle purported intergrowth is all --
18  has the same relief and you don't see any colored
19  Becke lines associated with chrysotile as we did in
20  the ones in my Woods report from Calidria.
21      Q.   Okay. But for the record, I just want to
22  make sure. We were looking at M71222-005ISO-002, the
23  polarizer out. Otherwise we're never going to know
24  what we were looking at.
25      Okay. Let's -- I think there was one more

Page 350

1  I had for you.
2       A.   And maybe after the next one a break or --
3       Q.   Yes, yes. Then we'll move on to something
4  else. Let's see.
5       Let's take a look at this. Okay. We're
6  going to mark this as Exhibit 17.
7       (Exhibit 17, Longo Section 5, was marked
8  for Identification.)
9  BY MS. KAGAN:
10      Q.   This is section 5 of Dr. Longo's recent
11  production. Have you seen this, Dr. Gunter?
12      A.   I don't recall.
13      Q.   Okay. So the first particle that we're
14  looking at in section 5 is labeled M70092-001ISO-003
15  and this is described as an intergrowth of chrysotile
16  talc and brucite with different refractive indices
17  given for the talc, the brucite and the chrysotile in
18  parallel dispersion.
19      Do you see that?
20      A.   Yes.
21      Q.   Do you -- in your opinion, does this
22  represent the intergrowth of chrysotile, talc and
23  brucite?
24      A.   That's an awful lot of interpretation. I
25  have really -- I need to see some more images, but I

Page 351

1  think that's an awful lot of interpretation there.
2       Q.   Okay. Let's go to the next image. This
3  would be the same particle but in perpendicular
4  dispersion with refractive indices given for the
5  brucite portion, the chrysotile portion and the
6  fibrous talc portion.
7       A.   That's an awful lot of interpretation. I
8  don't know what to say.
9       Q.   Okay. Let's move on to the same particle
10  in elongation.
11      A.   I'd have to look at -- these others look
12  like a separate particle under it. It looks very
13  weird. Looks like -- I'd have to look at this
14  particle a little bit and think about it.
15      Q.   Okay. Well, we can flag this one and come
16  back to it after the break if you want to look at it
17  again.
18      A.   I don't really want to look at it again,
19  but, I mean, again, the part in the middle where it's
20  yellow, it's thicker there.
21      Q.   Okay. And what indication do you have to
22  believe that the part that's yellow is thicker than
23  the rest of the particle?
24      A.   Go to the one -- sorry, go to the one with
25  cross polarized light; it just increases retardation.

25 (Pages 348 - 351)

Page 352

1     Maybe there's not one.
2     Q.    Here you go.
3     A.    That's not cross polarized light. Yeah.
4     Q.    It says cross polars.
5     A.    Yeah, it was delayed on the screen.
6           Yeah, it's a higher retardation, particle
7  is thicker where it says fibrous talc. First order
8  gray to first order yellow retardation. The
9  particle's just thicker there.
10    Q.    Based on this image, you determined that
11 the particle is thicker where it's labeled fibrous
12 talc?
13    A.    It has a higher retardation and that would
14 be the logical thing is that it's thicker. The
15 particle is lighter there -- sorry, probably thicker
16 there.
17        (Overtalking.)
18    A.    I'm sorry.
19    Q.    So if this particle is not an intergrowth
20 of chrysotile, brucite and fibrous talc, what is it?
21    A.    The brucite part is confusing me, how
22 you arrive at that. Forget that for a second.
23        What it looks like is a piece of talc,
24 elongate piece of talc, just thicker in the middle.
25    Q.    How do you account for the different

Page 353

1  refractive indices for -- let's go back to the
2  parallel dispersion -- for the different refractive
3  indices for the brucite portion versus the talc
4  verses the chrysotile portion.
5     A.    Okay. Those are values that someone put
6  there. How they arrive at those values for
7  chrysotile is you're having to interpret that color,
8  whatever color you want it to be, 400 nanometers,
9  450 nanometers, you have to interpret a wavelength of
10 match. Once you've interpreted that wavelength of
11 match, you're using Shu-Chun's data to arrive at a
12 refractive index value of 1.564.
13        So you've assumed all the assumptions
14 Shu-Chun made in his calculations, you're following
15 those. You're assuming that his dispersion values
16 were right, et cetera, for chrysotile, which I
17 question.
18        How you arrive at a value for talc is
19 beyond me because unless he has the dispersion data
20 for talc, how does he go from a color to a value? I
21 don't know how you would do that. Because you need
22 Shu-Chun to look up tables for that which would need
23 to be based on dispersion data in talc.
24        Brucite seems --
25        (Overtalking.)

Page 354

1     A.    I don't know how you convert a color for
2  refractive index value unless you know the dispersion
3  date for brucite. So I don't know how you're
4  arriving --
5     Q.    So --
6     A.    Sorry.
7     Q.    I know, I apologize.
8           So I want -- so you're assuming that these
9  dispersion data is coming exclusively from Dr. Su.
10        Are you familiar with dispersion data
11 that's been published for talc aside from Dr. Su that
12 Dr. Longo has referenced in these materials?
13    A.    The only correct data published for talc
14 is mine. The data from McCrone is incorrect.
15    Q.    What about the data from Deer, Howie and
16 Zussman?
17    A.    These no dispersion data in that.
18    Q.    Okay. Okay.
19    A.    You don't get NF minus NT values in that.
20    Q.    Okay.
21    A.    For brucite.
22    Q.    I mean for talc, not for brucite.
23    A.    I know, but those values, they are not
24 there unless I missed them. If you'd be -- I don't
25 think they're there and --

Page 355

1     Q.    Okay.
2     A.    I said that at the beginning. Regardless,
3  you're making a lot of interpretation to go from a
4  refractive index value -- or color to refractive
5  index value.
6           MS. KAGAN: Okay. Okay. Why don't we
7  take a short break and I think we are in the home
8  stretch.
9           THE VIDEOGRAPHER: The time is 11:37 a.m.
10 We are off the record.
11        (Brief recess was taken.)
12        THE VIDEOGRAPHER: We are on the record.
13 The time is 11:42 a.m. Please continue.
14 BY MS. KAGAN:
15    Q.    So we are back on the record. And when we
16 spoke the first time, we talked a little bit about
17 EDS and the ability to get the chemical composition
18 of a mineral or particle using EDS.
19        Do you remember that sort of generally or
20 general basic conversation on that?
21    A.    Yes, ma'am.
22    Q.    Okay. I want to show you some EDS images
23 and let me know if you're able to identify for me
24 what they are.
25        Can you tell me what that particle is?

26 (Pages 352 - 355)

Page 356

1    A.    The caveat to start with, that could be a
2    piece glass of that composition. Compositional data
3    can be consistent with a certain mineral but you
4    don't know what it might be. So just compositional
5    data alone don't tell you what it is.
6        So, that said, that compositional data,
7    this is something that contains magnesium and silica
8    and oxygen. I mean, without seeing -- I mean, a
9    section of our book goes through this; it's going to
10   be hard to do.
11       That's consistent -- although that's very,
12   very poor data, that's consistent with serpentine
13   group mineral.
14   Q.    Okay. Let's try another.
15       What about this one?
16   A.    Harder to say. Again, magnesium, silicon,
17   could be a piece of glass. If it's not a piece of
18   glass, it could be any magnesium silicate mineral,
19   that could be a serpentine group mineral, could be
20   talc, could be anthophyllite, depending upon the
21   detectors used, I mean, based on the mineral and
22   silicate ratio. Hard to say.
23   Q.    You're saying that this EDS image can be
24   consistent with a serpentine or talc?
25   A.    Well, again, it depends upon the detectors

Page 357

1    used and several other things in the ratio of the
2    magnesium and silicon peak. So, without seeing what
3    talc would look like, a serpentine group mineral and
4    anthophyllite, it could be hard to say, but it is a
5    magnesium silicate mineral or, again, it could be a
6    piece of glass with that composition.
7    Q.    Okay. Let's try another one. Maybe this
8    is a better image.
9        All right. What about this one?
10   A.    Well, other than the fact it could be a
11   piece of glass, I'll stop after this one with the
12   glass, because compositional data alone doesn't tell
13   you anything without other information letting you
14   know that it might be a mineral.
15       If we assume it's a mineral, maybe it
16   looks like itabirite (phonetic) or sodium potassium
17   amphibole, almost looks like something from Libby,
18   one of the Libby ore, winchite, richterite.
19   Q.    Okay. What about that one?
20   A.    That would be talc, anthophyllite or
21   another magnesium sulfate mineral. Tough to say.
22       Poor data at best. Very low counts at
23   best.
24       (Reporter clarification.)
25   MS. KAGAN: He said it was poor data, very

Page 358

1    low count.
2        THE WITNESS: Very low counts,
3    C-O-U-N-T-S.
4    BY MS. KAGAN:
5    Q.    Dr. Gunter, what would generate low counts
6    like this?
7    A.    Sorry, not counting long enough.
8        I mean, when you collect EDS data, you --
9    you have electron beam shining on a sample and then
10   you count, you count the photons that come off, and
11   depending how long you count, you get better data.
12       So this has a very low count rate because
13   if you look at -- like they are individual counts,
14   like the thing just beyond 4, that peak is one count,
15   I think. So --
16   Q.    Okay.
17   A.    -- you want to count longer.
18   Q.    Got it.
19       And for identification, because this will
20   make zero sense on the record, the first set was from
21   we will call it folder 1, the second set was from
22   folder 2, and we just looked at was from folder 3.
23       I'll attach all of these collectively,
24   they will be Exhibit 18.
25       (Exhibit 18, image folders, was marked for

Page 359

1    Identification.)
2        So now on to folder 4 --
3    MR. WILLIAMS: I'm sorry to interrupt.
4    What folders are you referring to?
5    MS. KAGAN: My own internal folders that
6    I've labeled as the key to these images. They are
7    going to be collectively -- each image is a folder
8    number. They will be attached as Exhibit 18.
9    MR. WILLIAMS: That's fine. I just didn't
10   know if you are referring to your folders and it
11   appears you are, so that's fine.
12   BY MS. KAGAN:
13   Q.    Okay. This is folder 4, the first image.
14   What is this? Other than glass, because I know it
15   could be glass.
16   A.    This is one of the particles from the
17   Montana talc, that EDS specter.
18   Q.    Okay.
19   A.    It was consistent with the serpentine
20   group mineral.
21   Q.    Okay. And let's look at -- this is still
22   folder 4. What are we looking at here?
23   A.    It looks consistent with the serpentine
24   group mineral.
25   Q.    Okay. All right. Let's move on to folder

27 (Pages 356 - 359)

Page 360

1    5. What are we looking at here?
2        A.    Again, looks consistent with serpentine
3    group mineral.
4        Q.    Okay. Folder 6, the first image, what are
5    we looking at here?
6        A.    Probably the same other than glass.
7            Sorry, I said I wouldn't say that again.
8        Q.    I promise none of them are glass, I can
9    promise you that. They are all minerals of some
10   sort.
11       A.    You don't know that. That's okay.
12           This one is harder because talc and
13   anthophyllite could be the one, could even be
14   enstatite. It's hard to tell.
15           (Reporter clarification.)
16           THE WITNESS: Enstatite.
17           Good luck spelling that.
18           Enstatite hypersthene.
19   BY MS. KAGAN:
20       Q.    Okay. The next image in folder 6, this one
21   is not amazing quality but it's not my fault, I
22   didn't do it.
23           What's this?
24       A.    Tough to say again. Magnesium silicate,
25   talc, anthophyllite, maybe enstatite.

Page 361

1        Q.    Okay.
2        A.    Could even be sepiolite, but I don't --
3    I'm not sure.
4        Q.    Okay. Same folder, last image in this
5    folder. What are we looking at here?
6        A.    Aluminum -- well, aluminum silicate,
7    people don't call it that.
8            Maybe -- maybe albite.
9        Q.    I'm sorry, what was it?
10       A.    Albite. You can guess what color that is.
11           Or maybe -- again, we're maybes here. Or
12   maybe -- maybe kaolinite. Probably not. I don't
13   think there's enough aluminum.
14       Q.    Okay.
15       A.    Tough to say.
16       Q.    Okay. Last folder is folder 7. What are
17   we looking at?
18       A.    Looks consistent with the serpentine group
19   mineral.
20       Q.    Okay. So we will collectively, I think I
21   marked all of those collectively as Exhibit 18,
22   folders 1 through 7.
23           Okay. That was fun.
24       A.    That was more fun, yes.
25       Q.    I am in the home stretch here.

Page 362

1            I'm going to show you this image and then
2    if you can let me know what it is.
3        A.    Picasso.
4        Q.    Right? Pretty cool, very lovely, right?
5    Very artistic.
6        A.    What it appears to be is a photograph of
7    anisotropic materials exhibiting different
8    retardation values with a first order waveplate
9    inserted in cross polarized light.
10       Q.    Are you able to give me any information
11   about what these particular minerals may be that are
12   depicted in this image based on the colors alone?
13       A.    Oh, no, no. Many minerals would exhibit
14   those same colors.
15       Q.    What if I told you that they were in a
16   1.550 refractive index liquid?
17       A.    And what if I told you that was useless
18   information in cross polarized light? Sorry.
19       Q.    Okay. I'm just -- I'm giving you more
20   information than you had before, but if it's not
21   helpful, then that is all we can do.
22       A.    In cross polarizing, plane polarized
23   light, the refractive index, the liquid is not
24   helpful at all, often not helpful at all.
25       Q.    Okay. Let's see if I can do another one.

Page 363

1    Let's see if I can actually do it this way. Okay.
2            Okay. How about that, how about now?
3        A.    No. I mean, these are all in cross
4    polarized light. I think the lower left one may be
5    dispersion staining. Hard to tell.
6        Q.    Dispersion staining lower left.
7        A.    Maybe. Maybe the upper left. I'm not
8    sure.
9        Q.    Given the blue in the perpendicular and the
10   magenta in the parallel, are you able to provide any
11   information or any -- are you able to make any type
12   of identification about the particles that are in
13   this series of images?
14           MR. WILLIAMS: Object to the form.
15           THE WITNESS: In a 155 liquid?
16   BY MS. KAGAN:
17       Q.    Correct.
18       A.    It would be a material that has that polar
19   refractive index. Could be quartz. Could be
20   elongate particles of quartz. You really don't know.
21   Could be felspars. All you know is there
22   are a lot of minerals that have that refractive index
23   that could be elongate.
24       Q.    Could it be talc?
25       A.    Refractive indices seem off. Talc is low

28 (Pages 360 - 363)

Page 364

1 refractive index run around 135, high may be as high
2 as 1.59.
3    Q.   Could it be chrysotile?
4    A.   Morphology doesn't look quite right, but,
5 again, remember Chapter 19 of our book was on mineral
6 identification, comes a long way in.  And always
7 identifying a mineral, it just may take a lot of
8 effort.  With these images, this may not be the best
9 way sometimes.
10    Q.   Are you able to definitively rule out
11 chrysotile or are you saying the morphology just
12 doesn't appear consistent with chrysotile?
13    A.   Again, it's hard to say.
14    Q.   Can it be any amphibole?
15    A.   Its refractive index seems -- I'm going to
16 say seems in consistent levels without really making
17 definitive statements with this limited information,
18 refractive indices seem too low -- I'm sorry,
19 refractive index of amphibole would be higher.
20    Q.   Okay.  I think those are all the questions
21 that I have.  I know we have a little bit of a to-do
22 list and I don't think -- I shouldn't have any
23 follow-up questions, assuming I get the items on my
24 to-do list unless the items on my to-do list -- your
25 to-do list get very strange results, but I imagine

Page 365

1 they won't, right?  We're on the same page, I think.
2         And then we should be finished at least
3 for the Woods case as the universe exists today.
4    A.   I'll smile when you say you're really
5 done, sounds like.
6    Q.   Well, I think I'm finished for the universe
7 as it exists today.
8         I was real efficient here, less than that
9 hour for sure, before lunchtime.
10       MR. WILLIAMS:  No questions for Chattem.
11       MR. KILGARRIFF:  None for Barretts,
12 either.
13       MS. KAGAN:  Well, then, I think we can go
14 off the record.  I'll send you another letter with
15 a little chart for the outstanding materials.
16       MR. WILLIAMS:  You'll sent that to me,
17 right, not Dr. Gunter, that's what you mean,
18 right?
19       MS. KAGAN:  I mean, I feel it's -- I'll
20 send it to you.
21       THE REPORTER:  Can we go off the record?
22       MS. KAGAN:  Yes.
23       THE VIDEOGRAPHER:  This will conclude
24 today's testimony.  The time is 12:01 p.m.  We're
25 off the record.

Page 366

1       (The deposition was concluded at
2 approximately 12:01 p.m.)

Page 367

1       I have read the foregoing transcript of my
2 testimony and find it to be true and accurate to the
3 best of my knowledge and belief.
4
5    _____
        MICKEY E. GUNTER, PhD
6
7
   Sworn to and Subscribed before me this_____day of
8
   _____, 20_____
9
10
   _____
11    Notary Public

29 (Pages 364 - 367)

Priority-One Court Reporting Services Inc. – A Veritext Company
718-983-1234

Page 368

CERTIFICATE OF OATH

I, the undersigned authority, certify that
MICKEY E. GUNTER, PhD gave remote testimony on
September 6, 2022 and was sworn under penalties of
perjury.

WITNESS my hand and official seal this 19th
day of September, 2022.

_____

BEVERLY BOURLIER JAMES
My Commission #GG355486
Expires September 9, 2023

---

Page 370

ERRATA SHEET
Priority-One Court Reporting/Veritext
718-983-1234
ASSIGNMENT NO. P1-5416340
CASE NAME: Woods, Jesse & Sarah v. Asbestos/Chattem
DATE OF DEPOSITION: 9/6/2022
WITNESS' NAME: Mickey Gunter PhD  Vol 2

PAGE/LINE(S)/    CHANGE    REASON

Mickey Gunter PhD  Vol 2
(Notary not required in California)
SUBSCRIBED AND SWORN TO
BEFORE ME THIS_____DAY
OF_____, 2022.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES_____

---

Page 369

REPORTER'S CERTIFICATE

I, BEVERLY BOURLIER JAMES, Registered
Professional Reporter, certify that I was authorized
to and did stenographically report the foregoing
remote deposition of MICKEY E. GUNTER, PhD; and that
a review of the transcript WAS requested; and that
the transcript is a true and complete record of my
stenographic notes.
I further certify that I am not a relative,
employee, attorney, or counsel of any of the parties,
nor am I a relative or employee of any of the
parties' attorney or counsel connected with the
action, nor am I financially interested in the
action.
Dated this 19th day of September, 2022.

_____

BEVERLY BOURLIER JAMES
Registered Professional Reporter
Certified Realtime Reporter
Florida Professional Reporter
Georgia Certified Reporter

---

30 (Pages 368 - 370)

Priority-One Court Reporting Services Inc. – A Veritext Company
718-983-1234

| & | | | |
|---|---|---|---|
| **&**   256:9,13,20 370:3 | **101**   318:18 | 307:2 | **25**   300:9,10 |
| | **10170**   256:7 | **18**   257:12 358:24 358:25 359:8 361:21 | **255**   255:11 |
| **0** | **10:09**   301:6 | | **26**   301:19 302:10 302:20 |
| **002**   345:3 349:22 | **10:14**   301:9 | **19**   364:5 | **260**   257:3 |
| **003**   350:14 | **10x**   296:20,21 | **1961**   326:4,5 327:18 | **262**   257:6 |
| **08**   329:20 | **11**   257:8 268:15 268:18 301:1 314:15 | **19th**   368:9 369:17 | **263**   257:7 |
| **1** | **11:37**   355:9 | | **268**   257:8 |
| **1**   259:11 291:15 300:15 331:18 358:21 361:22 | **11:42**   355:13 | **2** | **2848**   256:7 |
| **1.54**   289:2 | **12**   257:8 301:13 301:14 | **2**   255:11 263:13 309:3 326:18 358:22 370:4,20 | **29**   302:16 |
| **1.55**   299:14 322:16 | **120**   297:4,13 298:16 299:15 300:2,12 | **20**   330:20 367:8 | **3** |
| **1.550**   309:9 313:22 362:16 | **1200**   256:13 | **20004**   256:21 | **3**   275:12,24 298:21 303:25 314:9 315:14,25 316:2,6 358:22 |
| **1.555**   299:8,20 | **1201**   256:4 | **2016**   278:1,25 | **30**   330:20 |
| **1.555.**   297:5 300:3,13 | **12:01**   255:13 365:24 366:2 | **2017**   275:20 276:13 | **301**   257:8 |
| **1.558**   341:4 | **13**   257:9 302:23 303:1 | **2020**   326:4,5 327:14 | **303**   257:9,9,10 |
| **1.564**   317:19 | **1301**   256:20 | **2021**   268:5 270:3 | **31st**   262:12 |
| **1.564.**   334:11 353:12 | **135**   364:1 | **2022**   255:12 257:9 259:3 263:13 301:19 302:10,16,20,25 303:5,14,16,25 309:20,20 368:6 368:10 369:17 370:22 | **333**   257:11 |
| **1.565**   341:4 | **14**   257:9 270:3 303:13,16 | | **3400**   256:4 |
| **1.585**   334:7 341:2 | **14202**   256:10 | | **350**   257:12 296:22 |
| **1.588**   297:4 | **14203**   256:17 | | **358**   257:12 |
| **1.59.**   364:2 | **144**   304:2 | | **369**   255:11 |
| **1.595**   299:18 300:1,9 | **14th**   268:5 | **2023**   368:15 | **37402**   256:14 |
| **1.595.**   299:22 | **15**   257:10 303:19 303:22 309:4 | **20x**   296:22 | **4** |
| **10**   257:7 263:8,9 263:15 271:1 276:24 292:16 316:11,14,15 | **155**   363:15 | **21**   298:23 304:16 | **4**   275:24 358:14 359:2,13,22 |
| | **16**   257:11 323:11 333:14,15 | **210**   304:2 315:12 316:3,7,8,15 | **4/26/22**   257:8 301:14 |
| | **17**   257:12 350:6 350:7 | **2435**   368:12 369:19 | **40**   297:4,12,15 298:5 324:23 |
| **100**   319:14 327:12 | **1745**   266:25 305:24 306:9,13 | | **400**   353:8 |
| | | | **407**   324:15 |
| | | | **40s**   310:25 |

[420 - analytical]                                                    Page 2

**420**  256:7
**424**  256:10
**4383948**  269:7
**45**  322:16 348:12
**450**  353:9
**46**  280:18,22
  281:2 288:16
**47**  279:9 280:4,6
  280:8,18,23
  281:19 284:8
  285:2,24 291:3
  292:19 293:6
**48**  280:18,22
  285:13,15 286:9
  288:16 292:19
**49**  286:17 287:4
  288:21 292:19
  298:4

**5**

**5**  257:12 301:3
  350:7,10,14
  360:1
**50**  287:6,7,16
  288:15,21 291:3
  292:19 293:6
  324:23
**50s**  311:1
**5416340**  255:25
**550**  346:10
**58**  288:14 296:8
  296:14 297:9
**589**  310:15
  317:20 321:7,13
  321:13 325:14
**59**  296:2,6,16
  297:8,9 298:6,8
  298:9 299:4,4,6

**6**

**6**  255:12 257:11
  333:15,18 360:4
  360:20 368:6
**665**  256:17

**7**

**7**  307:18 314:6,8
  361:16,22
**700**  280:23,25
  281:5,14,25
  282:13,17,20
  283:1,4,23
  285:18,21,23
  286:2,12,14,18
  286:20 287:13
  287:14 288:17
  288:20,24 289:2
  289:15 290:1,4
  290:10 296:20
**718-983-1234**
  370:2
**75270**  256:4

**8**

**8/2/22**  257:7
  263:9
**832**  256:14

**9**

**9**  257:6 259:2
  262:4,5 368:15
**9/3/22**  257:10
  303:22
**9/6/2022**  370:3
**96**  262:18
**9:08**  255:13
  259:2

**a**

**a.m.**  255:13
  259:2 301:6,9
  355:9,13
**ability**  325:22
  355:17
**able**  260:15
  285:5,8 289:5,15
  290:14 311:6,20
  317:10,11 322:6
  322:22 324:19
  328:15 348:8
  355:23 362:10
  363:10,11
  364:10
**absolutely**  301:4
**account**  352:25
**accuracy**  311:5
**accurate**  367:2
**act**  327:24
**action**  259:23
  369:15,16
**actual**  288:3
  308:7 317:6
**add**  289:11
**added**  346:10,14
**additional**  269:2
  304:5,24 308:2,9
**address**  311:14
**addressed**
  308:17
**administer**
  259:21
**adobe**  293:25
**advisor**  327:15
**ago**  281:22,23
  289:7 296:20

**agree**  259:9
**agreed**  258:1,7
  258:11,14,18
  261:24 277:11
**agreement**
  261:11 302:6
**ahead**  265:11,15
  308:20 347:2
**aid**  318:24
**aii**  267:1 306:2
**air**  319:18
**al**  255:6 259:14
**alan**  331:16
**albite**  361:8,10
**aliquots**  304:15
  305:5,24
**allow**  280:9
  282:8 283:15,18
  285:3 291:4,7
**aluminum**  361:6
  361:6,13
**amazing**  360:21
**america**  311:15
**amount**  269:23
  307:15
**amphibole**
  357:17 364:14
  364:19
**analogies**  319:13
**analysis**  264:2
  288:10 305:23
  308:4,4 318:24
  322:7
**analyst**  314:22
  318:24
**analytical**
  264:24 270:15
  271:11 307:25

308:2 309:13
**analyze** 270:8
308:7
**analyzed** 271:3,9
271:13 272:21
276:4 304:15
305:7
**analyzing** 275:6
**anisotropic**
362:7
**annex** 262:13
**answer** 266:3
281:1 288:19
293:18 307:7
308:15 317:8
318:8,12 322:20
**answered**
284:15 312:25
**answers** 279:15
286:18
**anthophyllite**
356:20 357:4,20
360:13,25
**apologies** 312:2
**apologize** 354:7
**appear** 340:9
364:12
**appearances**
256:1 259:25
**appeared** 271:12
**appears** 264:8
267:19 268:22
269:2 340:5,7
359:11 362:6
**application**
330:23 331:1
**applies** 306:19

**apply** 311:7
**appreciate**
267:21 292:12
292:18 309:2
313:2
**appropriate**
258:16
**approximate**
297:16 298:12
298:17
**approximately**
366:2
**april** 301:19
302:10,20 303:7
**area** 275:15
**arrive** 352:22
353:6,11,18
**arriving** 354:4
**article** 343:9,20
**artistic** 362:5
**asbestos** 275:20
276:5,8 370:3
**aside** 308:9
312:4 354:11
**asked** 264:21
280:11 281:20
283:11,12,14,17
284:11,14,17
286:10 289:4,5
289:10,13
290:18 291:15
291:17 306:23
312:24 336:8
347:6
**asking** 281:16
292:14 295:5,8
306:3 328:13
336:20 347:6

**aspects** 330:8,16
**assertion** 294:21
295:21 296:25
**assignment**
370:2
**associated** 264:4
349:19
**assume** 357:15
**assumed** 353:13
**assuming** 266:3
353:15 354:8
364:23
**assumptions**
316:25 317:5
353:13
**atomic** 331:24
**attach** 303:13,18
358:23
**attached** 257:10
359:8
**attachments**
278:6,7
**attempt** 302:19
**attorney** 258:21
369:12,14
**attorneys** 258:2
258:19
**audio** 259:8
**august** 257:9
262:12 263:13
303:8,12,14,16
**authored** 313:5
**authority** 368:4
**authorized**
259:21 369:5
**avenue** 256:7,14
256:20

**awful** 350:24
351:1,7
**axis** 277:23,25
278:24 279:3

**b**

**b** 257:5 326:3
**back** 270:25
276:23 278:1
279:4 281:7,18
281:21 293:4
296:5 299:16
301:11 314:14
317:15 323:9
326:19,24 327:6
327:13 346:1
351:16 353:1
355:15
**background**
318:14 342:12
346:2
**backup** 277:7
280:7 282:10,16
285:1 286:8,13
291:1
**bad** 314:10
**bandli** 277:14
**barretts** 256:21
301:20 302:3,11
302:14 307:20
365:11
**based** 273:15
274:21 308:14
309:13 330:11
338:4 343:2
346:21 347:9
352:10 353:23
356:21 362:12

**basic** 355:20
**basically** 275:5
  319:6 320:3
  321:15 329:5
**basis** 273:20
  324:25 326:9
  329:4
**beam** 358:9
**beat** 261:20
**beaver** 271:15
**beaverhead**
  266:13,18,19
  271:15,17,21
  272:3,14,20
  273:8 274:5,6,7
  274:12,14,23
  275:17,23
  276:12,19
**becke** 318:13,18
  318:20,23 319:8
  320:6,9,10,22
  321:3,4,10 322:7
  322:11,15,22
  323:16,25 324:4
  324:6,8,11,20
  325:3,9,18,22
  326:1,20,21
  327:4,9,10,21
  328:3,5,11,15,22
  329:3,10 332:16
  348:4,4,8,15,21
  348:23 349:5,7
  349:11,19
**beginning** 355:2
**begins** 261:22
**behalf** 256:11,18
  256:21 260:6

**belief** 367:3
**believe** 262:25
  263:22 270:23
  303:6 304:16,18
  306:2 351:22
**bell** 306:3
**benefits** 311:25
**best** 357:22,23
  364:8 367:3
**bet** 333:8
**better** 275:3,7
  286:7 333:6
  334:19 335:10
  337:18 357:8
  358:11
**beverly** 255:20
  259:20 261:23
  368:14 369:4,20
**beyond** 353:19
  358:14
**big** 294:14,16
**bigger** 294:1,2
**bill** 269:23
**billing** 303:4
**billings** 267:25
**birefringence**
  314:2,23,25
  315:2,7 316:13
  316:18 331:11
  331:14 346:20
  346:20
**bit** 299:9 309:16
  316:24 322:18
  323:9,18 326:25
  327:1 335:22
  337:14 351:14
  355:16 364:21

**black** 342:12
**block** 294:24
**bloss** 309:20
  326:3,5,5,6
  327:14,15
**blue** 323:14,16
  323:24 324:12
  324:20 325:9,10
  334:25 336:1,1
  338:25 339:4
  341:10 342:6
  343:6 346:9,12
  348:3 363:9
**blues** 318:6
**bluish** 309:8
  313:21 321:8
  322:17 341:10
**body** 308:23
**bond** 257:8
  267:23 268:17
  268:18 272:3
  273:12 276:23
  277:2,20 298:21
  304:3,14,16
  305:4 308:9
  315:13,18,25
  316:2,6,14,22
  317:13 318:2
  322:6
**book** 325:23
  326:8,9,10,11,12
  326:13,15
  327:19 356:9
  364:5
**books** 312:15
  327:17
**bottom** 337:9

**bourlier** 255:20
  368:14 369:4,20
**break** 300:17
  301:3,11 350:2
  351:16 355:7
**brian** 277:14
**brief** 301:7
  355:11
**bright** 320:17
  334:8,23 335:25
  335:25 337:10
  337:24,24
  338:24,24
  340:24 342:4,13
  343:4
**brighter** 338:14
  340:9
**broad** 318:14
**broader** 291:19
**brucite** 264:21
  264:22,25 265:7
  265:25 266:5,12
  266:24 267:11
  267:14 350:16
  350:17,23 351:5
  352:20,21 353:3
  353:24 354:3,21
  354:22
**buffalo** 256:10
  256:17
**building** 256:13
**bunch** 286:21
**buzon** 271:9
  274:7 275:19
**buzon's** 273:19

[c - claim]                                                                    Page 5

| c | | | |
|---|---|---|---|
| **c**  256:2 358:3 | **camera**  259:5 | **certainly**  273:24 | **chattem's** |
| **calculate**  314:16 | **canada**  264:23 | 292:8 330:10,24 | 277:11 |
| 314:23,25 315:1 | **capture**  325:17 | 331:23 338:3 | **checking**  298:2 |
| 316:21 346:19 | 327:21 | 339:24 | **cheesy**  300:4 |
| 346:20,22,23 | **captured**  282:21 | **certificate**  368:1 | **chemical**  355:17 |
| **calculated**  315:7 | **carefully**  313:13 | 369:1 | **chrysotile** |
| 347:9 | **carey**  264:23 | **certification** | 264:23 265:8,24 |
| **calculating** | **case**  259:15 | 258:3 | 266:1,25 274:2,4 |
| 316:13 | 265:17 266:7,14 | **certified**  369:21 | 274:8 275:9 |
| **calculation** | 267:8,12 269:15 | 369:22 | 276:5 303:19,20 |
| 290:6 | 270:22 273:15 | **certify**  368:4 | 304:2 309:5,7 |
| **calculations** | 275:3,9,24 | 369:5,11 | 312:10 313:20 |
| 346:18 347:18 | 276:13 277:15 | **cetera**  353:16 | 313:24 316:8 |
| 353:14 | 280:3 297:12,13 | **chain**  264:13 | 322:12,15 |
| **calculus**  300:5 | 302:4,11 304:7 | **chains**  264:4 | 323:23 331:19 |
| **calibrated**  300:8 | 304:11 305:18 | **challenging** | 332:4 334:5,10 |
| **calidria**  264:2,19 | 306:3,13 307:6 | 261:22 | 334:15,25 |
| 288:9,10 304:2 | 320:1 331:20 | **change**  295:9 | 337:11 339:1,2 |
| 309:5,13,19 | 347:19 365:3 | 299:24,25 | 341:3 342:21 |
| 313:20 314:3 | 370:3 | 321:11 328:4 | 343:24 344:15 |
| 315:12 316:3,7,8 | **cases**  349:15,15 | 342:20 370:5 | 346:25 348:2,5 |
| 349:20 | **category**  264:12 | **changed**  300:13 | 348:10 349:19 |
| **california** | 277:18 | **changes**  310:8 | 350:15,17,22 |
| 370:21 | **cause**  340:9 | 320:2 328:5 | 351:5 352:20 |
| **call**  268:17 | **causing**  339:13 | **chapter**  364:5 | 353:4,7,16 364:3 |
| 270:16 273:8 | **caveat**  356:1 | **characterize** | 364:11,12 |
| 276:18 278:18 | **cc**  263:17 | 310:24 311:3 | **chun**  278:5,5,6,6 |
| 303:11 313:4 | **cc'd**  301:24 | **charge**  258:21 | 278:7 353:14,22 |
| 321:8 326:17 | **celsius**  298:5,16 | **chart**  365:15 | **chun's**  317:3 |
| 329:7 346:5,11 | **center**  323:12,12 | **chat**  302:7 | 353:11 |
| 358:21 361:7 | **centigrade**  300:9 | **chattanooga** | **chunk**  320:14,14 |
| **called**  260:6 | 300:10 | 256:14 | 320:15 |
| 268:5,16 269:1 | **central**  318:3 | **chattem**  256:18 | **circle**  286:19 |
| 278:4 280:17 | 321:19 | 269:19,23 272:1 | **citation**  326:10 |
| 288:9,17 294:23 | **century**  327:17 | 272:6 277:15,21 | **cite**  312:5,20 |
| 309:25 319:9 | **certain**  330:8,16 | 278:9,14,20 | **cited**  312:15 |
| | 356:3 | 301:24 305:5,6,6 | **claim**  343:9 |
| | | 365:10 370:3 | |

[clarification - copy]                                                    Page 6

clarification
    269:13 318:21
    357:24 360:15
clarify 308:6
class 300:5
classes 319:16
clear 264:17
    271:7 274:3
    292:17 323:5
clerk 258:10
clicked 294:1
client 302:3
close 323:15
closed 299:4
collect 358:8
collected 271:2,8
    271:9 274:22
collective 268:15
collectively
    302:24 358:23
    359:7 361:20,21
college 329:22
color 316:25
    317:2 320:9
    321:8,14 334:9
    337:25 338:15
    340:11 341:11
    341:23 342:4
    343:4,6 353:7,8
    353:20 354:1
    355:4 361:10
coloration
    342:20
colored 321:3,4
    322:11,15
    323:16 349:5,7
    349:11,18

colors 309:8
    313:21,23 318:4
    321:7,10,20,22
    328:12,18 340:9
    342:25 362:12
    362:14
come 307:25
    351:15 358:10
comerford 256:8
    256:9
comes 305:21
    364:6
coming 354:9
comma 343:11
commission
    368:14 370:25
common 295:13
    309:7
company 259:19
compare 316:19
    318:9,10,10
compared 304:3
    315:11 316:6
comparing
    316:10
complete 303:14
    369:9
completely
    282:21 319:21
complicated
    295:6,24
composite 257:8
    257:9,12 268:18
    303:1
composition
    355:17 356:2
    357:6

compositional
    356:2,4,6 357:12
computer 282:1
concave 320:20
    320:20
concentrations
    270:18
conclude 365:23
concluded 366:1
conclusion
    313:18
conducted 259:4
confirming
    305:2
confronts 274:17
confused 280:25
    281:15 296:8,17
    297:25 331:14
confusing
    352:21
confusion
    279:19 315:24
connected
    369:14
connection
    259:6
considered
    275:2
consistent 356:3
    356:11,12,24
    359:19,23 360:2
    361:18 364:12
    364:16
constant 291:11
contain 277:1
contained 277:3
    289:19

containers 277:2
    304:14,16,24
    308:9,18,18
    315:18 318:2
    322:6
contains 356:7
content 330:11
    338:15 339:2
continually
    261:13
continuation
    257:6 262:5,8
continue 259:8
    267:7 301:9
    355:13
continuing 257:3
    260:9
contrast 322:9
    335:19
controlling
    258:17
convenience
    302:7
conversation
    355:20
conversational
    261:19
conversely
    320:18
convert 354:1
converting
    316:25 317:4
convex 320:13
    320:14,14,15
cool 300:11
    362:4
copy 258:20

correct 264:20
267:10 271:20
271:23 286:16
298:11 299:1
304:4 330:13,19
331:8,10 348:13
348:18 354:13
363:17
correctly 302:8
309:10 312:18
313:25
correspondence
268:2,22 269:3
277:4,6,19,20,22
277:25 278:9,10
278:14,19,24
279:2
counsel 369:12
369:14
counsel's 259:25
count 358:1,10
358:10,11,12,14
358:17
counting 358:7
counts 357:22
358:2,5,13
county 255:1
259:16
couple 289:6
307:10,11,13
course 319:1
325:2
court 255:1
258:10 259:15
259:20 260:1
261:23 302:15
370:1

courtesy 327:11
cover 327:14
covers 300:14
cplr 258:13,15
258:17
create 328:17
creek 271:15,17
271:22 272:3
273:5,9,17,19,20
274:15,23
275:23 276:19
criteria 281:16
cropped 293:13
294:5,5,9
cropping 293:16
cross 335:15
342:7 345:13,17
351:25 352:3,4
362:9,18,22
363:3
crr 255:20
crystal 328:1
csds 309:7
313:21,23
custody 264:4,13
cute 290:21
292:2 313:16
321:18 327:23

**d**

dallas 256:4
dark 337:11
darker 336:1
337:25 341:10
data 264:24
267:25 271:11
274:6,11 275:23
276:3 277:1,7

280:7,13 282:10
282:11,16,17
283:17 285:1
286:8,13 287:10
287:11,15
289:13,13 290:7
291:2,18 294:19
295:20 307:25
308:2 315:2,11
315:13,20
316:11 323:5
353:11,19,23
354:9,10,13,14
354:15,17 356:2
356:5,6,12
357:12,22,25
358:8,11
date 270:3
304:16 354:3
370:3
dated 262:12
278:1 301:19
369:17
day 260:25
333:19 367:7
368:10 369:17
370:22
dc 256:21
dealing 279:16
decade 279:4
decrease 298:25
decreases 300:2
300:11
decreasing 320:3
342:16,17
deemed 258:16
deep 338:25

deeper 334:25
deer 354:15
defendant
261:12
defendants
255:7 256:21
259:14 261:13
defense 275:3
definitive 364:17
definitively
364:10
degree 299:24
degrees 297:4,4
297:12,13,15
298:5,16,23
300:2,9,10,12
322:16 348:12
delayed 352:5
delete 276:10,11
276:12
deleting 276:16
delly 329:16,17
329:18,19,19,24
330:5
depending
317:21 356:20
358:11
depends 259:5
356:25
depicted 286:9
296:2 297:8
362:12
deposed 291:14
deposit 264:23
272:22 274:9
deposition
255:10 257:7
259:3,12 262:6,9

[deposition - dr]                                                                Page 8

262:15,20
280:12 289:10
290:19 291:20
302:17 303:6
304:17 307:16
366:1 369:7
370:3
**depositions**
318:17
**deposits** 274:3,4
275:10,13,21
276:5,8
**describe** 310:21
333:4
**described**
350:15
**description**
297:8
**detail** 262:16
264:10
**detailed** 278:3
**details** 288:14
296:14
**detection** 270:6
270:7
**detectors** 356:21
356:25
**determination**
272:5,6 280:9
282:9 283:18
285:3 291:4
309:18 311:24
312:4,8,23 313:8
**determinations**
314:2
**determine**
278:21 281:6
283:15 284:18

284:19 286:5
289:3,5 299:7
310:6,19 312:12
317:23,24 318:9
318:11 319:4
324:19 326:1
327:4 329:3
**determined**
309:24 343:23
352:10
**determining**
311:4
**developed**
310:25
**difference** 273:1
273:3,6 300:6,7
332:20,25
335:18 338:10
342:19 343:18
347:24
**differences**
332:23
**different** 270:7
289:21,21
291:21 295:10
297:21,21
310:18 319:23
326:22 327:1
332:19 334:3
339:1 340:5
345:22 350:16
352:25 353:2
362:7
**differently**
296:10
**difficult** 308:12
311:11,21
316:23 318:6,11

335:9 337:16,17
337:19 338:2
**diffraction**
304:19
**dimensional**
281:16
**direction** 298:14
298:18 314:5
320:22 344:5
**directly** 318:9
335:11
**disappear**
319:21,21
**disappears**
311:16 317:20
319:7
**disclosed** 277:15
**discussed** 263:2
**discusses** 326:1
**discussing**
267:11 331:23
**discussion**
264:14 265:3
**dispersion**
281:13 282:18
282:19 286:11
296:21 316:25
317:1 318:3
319:22,23,24,25
320:1 321:19
330:22 332:16
334:20 337:23
341:12,17
345:12 350:18
351:4 353:2,15
353:19,23 354:2
354:9,10,17
363:5,6

**distance** 285:20
**dn** 294:24 295:9
296:23,24 299:7
299:10,11,19,23
300:6
**document**
262:10 269:6
270:2 288:24
299:17
**documentation**
264:4 268:1
270:21 306:7
**documented**
311:1
**documents**
262:13 300:24
**doing** 300:1,16
317:6 324:22
**double** 298:2
309:19,22 310:8
310:23 311:6,7
312:6,11,21
313:6 314:18,19
314:23 315:1,6,8
**dr** 260:11 264:3
264:8,19 265:11
271:2 273:14,14
277:18,20,21,22
278:10,15,20
279:3 287:25
288:7,10,11
291:6,14 292:12
294:19 298:20
300:16 301:12
306:3,4 307:5
308:16 309:14
313:5,17 314:3
315:17 316:22

[dr - expert]

Page 9

317:3,13 318:1
318:16,18 322:5
323:22 325:15
328:10 329:9
332:3 333:18,24
334:6 335:5
336:2 337:5
339:17 344:14
350:10,11 354:9
354:11,12 358:5
365:17
**dramatic** 342:20
**dt** 294:24 295:9
296:23,24 299:7
299:10,11,19,23
300:6
**duly** 260:7
**dumbfounded**
315:20
**dummy** 314:22
315:24 318:19
324:18
**duplicate** 268:21
**duplicates** 269:2
**dyar** 309:20

**e**

**e** 255:10 256:15
257:1,5 260:5
367:5 368:5
369:7
**e.g.** 275:16
**e2020003840**
255:2 259:17
**earlier** 325:7
348:11
**easier** 279:21
336:12

**easy** 319:11
321:22 344:23
344:24 345:3
**eds** 355:17,18,22
356:23 358:8
359:17
**effect** 258:9
341:17
**effects** 341:13
**efficient** 365:8
**effort** 316:19,20
317:24 364:8
**either** 265:1
365:12
**electron** 358:9
**elements** 270:8
270:16,18
**ellipse** 286:22
**ellipses** 287:3
**ellis** 256:20
**elm** 256:4
**elongate** 304:3
352:24 363:20
363:21,23
**elongation**
334:21 335:24
337:2 339:6
341:21 345:7,16
351:10
**email** 257:8
268:22 269:2
278:4 301:14,17
302:10 313:14
**emails** 277:3,6
288:11,11
**employee** 369:12
369:13

**empty** 280:18,20
288:18
**ended** 292:6
**enlarged** 289:2
293:7,12,21,23
293:23,24 294:8
294:11
**enlargement**
293:16
**enstatite** 360:14
360:16,18,25
**entire** 289:20
344:7
**entitled** 329:20
**equation** 342:25
**errata** 370:1
**esquire** 256:2,5
256:8,12,15,19
**essentials** 329:21
329:25 330:5
**established**
287:13
**et** 255:6 259:14
353:16
**everyone's** 312:1
**evidence** 317:22
**exactly** 264:9
270:5 289:7
292:13
**examination**
257:3 258:4,12
258:20 260:9
**examined** 260:8
**example** 272:14
272:16 311:12
328:10
**exceeds** 286:15

**excel** 270:10,10
270:20
**excellent** 261:2
**exclusively**
354:9
**excuse** 271:15
317:25
**exercise** 315:16
**exhausted**
291:11
**exhibit** 257:6,7,8
257:8,9,9,10,11
257:12,12 262:4
262:5 263:8,9,15
268:15,17,18
271:1 276:24
300:25 301:1,13
301:14 302:23
303:1,13,16,19
303:22 307:18
309:4 332:23
333:14,15 350:6
350:7 358:24,25
359:8 361:21
362:13
**exhibited** 346:24
**exhibiting**
345:23 362:7
**exhibits** 307:17
346:15
**exists** 278:22
365:3,7
**expect** 272:15
348:14
**experience**
273:16
**expert** 275:2,8
277:15 291:23

[expert - formations]                                                                Page 10

326:14
expert's 291:23
expires 368:15
 370:25
explain 329:2
explained
 316:23
explaining 331:2
explains 329:9
explanation
 318:19 335:24
exposure 339:12
exposures 339:5
extends 284:1
extension 348:12
extent 261:10
extinction
 322:16
extra 261:20
 315:24

**f**

fact 320:2
 357:10
fair 272:16
 293:3,3 312:16
 315:14
fairly 260:20
familiar 329:15
 334:1 354:10
far 266:2 326:19
 340:17
fault 360:21
feel 365:19
feels 292:15
felspars 363:21
fibrous 351:6
 352:7,11,20

field 281:1
 282:13 283:23
 285:17 286:12
 286:14,15,18
 287:13,14
 288:17,20,23
 289:1,14,20
 290:1,11 296:20
figure 279:9,13
 279:19,23 280:4
 280:6,8,11,18,18
 280:20,22,22,23
 280:25 281:2,18
 281:19 284:8
 285:2,13,15,24
 286:9,17 287:3,6
 287:7,16 288:14
 288:15 289:8
 296:2,6,8,14,15
 297:23,24 298:4
 298:4 299:3,4,6
 314:6,8,9,15
 317:16 326:18
 331:17
figures 279:8,14
 279:20 280:1,3
 281:22 287:12
 288:16 289:9
 292:19,21 293:6
 314:7,11 317:16
 325:7
file 268:10
 280:20,21 287:9
 287:11,20 288:4
 299:11
filed 259:15
filing 258:3

financially
 259:23 369:15
find 294:20
 302:6 310:14
 312:13 313:1
 318:17 328:23
 367:2
fine 261:15
 338:6 359:9,11
finish 261:21
finished 365:2,6
fire 260:20,22
 261:1
first 262:15,24
 268:21 280:12
 289:10 302:18
 302:19 304:8,9
 305:3 309:4,17
 316:20 319:8
 325:2 327:18
 334:16 342:23
 342:23 343:16
 343:17 345:24
 346:6,9,14
 350:13 352:7,8
 355:16 358:20
 359:13 360:4
 362:8
five 278:4
fix 299:9
flag 351:15
florida 369:21
focus 322:13
 323:2,13
focused 330:1,2
 330:2
focuses 320:15

folder 268:8,16
 277:3,24 278:1
 280:18 288:6,9
 288:16,17,21
 294:23 358:21
 358:22,22 359:2
 359:7,13,22,25
 360:4,20 361:4,5
 361:16,16
folders 257:12
 276:25 277:24
 278:5 358:25
 359:4,5,10
 361:22
follow 364:23
following 353:14
follows 260:8
force 258:9
foregoing 367:1
 369:6
forest 260:22
forget 281:23
 297:19 352:22
forgot 289:7
form 258:5
 265:10 266:8
 267:2 272:17,23
 273:20 274:10
 274:24 275:25
 276:15 283:21
 289:17 306:15
 306:20 308:19
 330:7 331:21
 335:8 363:14
formation
 274:18
formations
 272:11

**formed** 272:12
**former** 272:9
**formulation**
272:4
**forward** 269:18
**found** 274:2
275:9,20 276:5
279:6 298:21
**four** 268:2,4
**fov** 287:13
**fpr** 255:20
**front** 279:12,18
285:11
**full** 309:4
**fun** 361:23,24
**function** 320:3
321:11 342:17
343:18
**furnished**
258:21
**further** 258:7,11
258:14,18
309:16 369:11

**g**

**gall** 291:10
**gelder** 256:15
**general** 265:24
306:18 319:23
330:3 355:20
**generally** 272:25
331:12 355:19
**generate** 337:6
348:8 358:5
**genuinely**
292:18
**geoanalytical**
269:8

**geologic** 272:11
274:18
**geology** 319:14
319:14
**georgia** 256:14
369:22
**gerbitz** 301:23
**getting** 294:13
341:2
**gg355486** 368:14
**giant** 260:24
324:18
**give** 318:14,19
319:14 325:25
342:3,5 362:10
**given** 317:14
339:2 350:17
351:4 363:9
**gives** 318:18
**giving** 343:4,6
362:19
**glass** 320:14,15
320:15 356:2,17
356:18 357:6,11
357:12 359:14
359:15 360:6,8
**glasses** 320:12
320:13
**go** 259:9 262:16
263:20 264:9
265:11,15
270:25 280:5
281:7,17 289:25
294:21 295:12
295:22 296:5
298:19 299:16
300:5 308:20
314:11,14

317:15,15,18
323:9 324:11
326:18 333:12
336:11 342:16
344:3 345:1,10
345:11 346:1,7
347:1,14,22
351:2,24,24
352:2 353:1,20
355:3 365:13,21
**goal** 310:4,14
319:19 321:12
**goes** 285:16
297:1 312:1
320:10,17,20
321:5,6 322:1
324:6,8,15
340:17 356:9
**going** 261:9
263:3 265:12
267:7 273:7
274:19 275:12
276:10,11,12,18
278:18 279:4,11
279:21 284:22
284:23 287:19
288:2 291:21
295:19 298:11
301:12 302:22
303:11,18 313:9
314:13 318:14
320:25 323:6,7
323:10 324:4,16
324:17 326:10
326:17 329:7
333:13 335:13
336:1 342:22
343:16 345:3,11

348:23 349:5,23
350:6 356:9
359:7 362:1
364:15
**gold** 257:8
267:23 268:17
268:18 272:3
273:12 276:23
277:1,20 298:21
304:3,14,15
305:4 308:9
311:3 315:13,18
315:25 316:2,6
316:14,22
317:13 318:2
322:6
**goldberg** 256:16
**goldbertsegall...**
256:16
**golden** 309:8
313:21 337:25
338:15 341:2
**good** 260:11
298:2 300:19
301:2 323:11
330:11 339:7
340:6 360:17
**gosen** 275:5
**gosh** 271:17
**grad** 274:21,22
**grain** 321:5
322:19 323:18
324:5,6,10,17
325:11,13
**grain's** 320:19
323:18
**gray** 342:23
343:17 346:10

[gray - illuminated]                                                    Page 12

352:8
**great**  260:24,24
  279:24
**greater**  285:18
  285:22 286:1,20
  319:24 320:23
  325:13 334:7
  339:9,22 341:1
  342:15
**greenstone**
  256:3,6
**group**  276:22
  277:2 356:13,19
  357:3 359:20,24
  360:3 361:18
**guess**  294:6
  295:4,11,14
  296:17 298:1
  307:7 313:15
  314:10 317:8
  318:12 344:17
  361:10
**gun2388**  269:7
**gunter**  255:10
  259:12 260:5,11
  265:11 271:2
  273:14,14
  275:20 287:25
  288:7 291:6,14
  292:12 294:19
  300:16 301:12
  303:20 309:20
  313:5,17 318:16
  318:18 329:9
  333:24 350:11
  358:5 365:17
  367:5 368:5
  369:7 370:4,20

**gustav**  329:16,19
  330:4

**h**

**h**  257:5
**halfway**  309:5
**hand**  326:19
  334:18 346:16
  347:25 348:22
  348:25 368:9
**hands**  348:19
**happen**  261:3
  337:13 338:1
**happened**
  278:10
**happens**  324:5
**happy**  276:19
  302:6
**hard**  284:25
  286:25 318:4,17
  319:10 337:20
  338:20 339:5,20
  340:7,11,12
  341:6,14 342:12
  344:2 345:21
  349:13 356:10
  356:22 357:4
  360:14 363:5
  364:13
**harder**  300:22
  356:16 360:12
**hauser**  263:25
**head**  297:22
**hear**  260:11
**heard**  259:7
  302:18
**heartbroken**
  260:14

**heat**  294:21
  295:22 296:25
  297:14 298:15
  298:22,25
  300:10,12
**heated**  296:2
  297:7,11,17
  298:5,20 299:8
  299:13
**heating**  298:19
  300:1
**help**  260:7
  298:10 349:2
**helpful**  321:24
  333:11 362:21
  362:24,24
**helps**  310:21
**hereto**  258:3,20
**high**  260:20
  294:23 319:12
  343:10 344:11
  364:1,1
**higher**  309:6
  314:9 320:10
  323:19 324:9,10
  324:13 340:8
  341:24,24
  346:15 347:13
  352:6,13 364:19
**highest**  311:5,5
**hold**  299:16
**home**  285:11
  355:7 361:25
**hope**  260:17
**horizontal**  281:5
**hot**  298:18
**hour**  365:9

**house**  260:22,25
**housekeeping**
  302:22
**howie**  354:15
**hurricane**
  260:25
**hypersthene**
  360:18

**i**

**icp**  268:22
  270:17
**identification**
  262:6 263:10
  265:8 266:1
  267:14 268:19
  301:15 303:2,17
  303:23 318:25
  333:16 350:8
  358:19 359:1
  363:12 364:6
**identified**  280:7
  280:10 281:18
  285:2 291:2
  292:21 305:15
  305:18 306:9
  307:2 308:17
  315:17 316:1,5,8
  316:22 317:12
  318:1 332:3
**identifies**  334:10
**identify**  329:10
  329:10 355:23
**identifying**
  266:24 364:7
**illuminated**
  310:13

**illustrations**
313:19
**image** 257:12
289:21,24
311:12 322:2,23
325:17 326:2
327:4 328:9,9,16
328:25 329:1,2
329:11 333:6,23
335:10 336:10
336:17,24 337:2
337:6 338:21
343:2,8,12,19
345:1,8 348:9,15
351:2 352:10
356:23 357:8
358:25 359:7,13
360:4,20 361:4
362:1,12
**images** 264:8,24
288:22 289:22
293:7 322:5,12
323:1,1,3 325:22
326:21 327:21
333:19,20,25
335:7 336:22
341:19 350:25
355:22 359:6
363:13 364:8
**imagine** 320:14
320:19 333:20
364:25
**immersed** 328:1
**immersing** 319:5
**immersion**
309:25 310:1
319:2,3 332:15
332:15

**including** 283:17
285:2 291:3
**incorrect** 330:16
354:14
**increases** 300:11
351:25
**increasing**
298:25 338:14
**incredibly**
347:11
**indention** 320:11
**index** 255:2
259:16 271:5
297:1,17,21
298:13 299:25
300:2,7,8 310:2
310:4,5,6,14,17
310:19,24 311:4
312:12 315:3,5,6
315:7 316:12,16
317:2,4,19,23
319:17,18,19
320:2,5,7,18
323:17 324:9,10
324:13 328:20
328:21 332:20
332:23 334:4,7
334:11 338:9
341:1,3 344:4,7
353:12 354:2
355:4,5 362:16
362:23 363:19
363:22 364:1,15
364:19
**indexes** 317:25
330:25
**indexing** 277:23
277:25 278:25

279:3
**indicate** 349:11
**indicated** 294:19
**indicates** 323:17
**indicating** 281:2
293:7 320:16
321:1 348:19
349:8
**indication**
351:21
**indices** 295:22
299:1 309:6,24
316:21 317:12
317:25 319:4
325:12 332:13
332:19 339:1
344:15 350:16
351:4 353:1,3
363:25 364:18
**individual** 307:1
358:13
**info** 288:22,22
**information**
280:21 281:20
281:24 282:4,6
283:14 284:17
287:9,20 290:14
290:20 291:7
292:5 293:6,8,10
294:24 296:18
296:19 304:23
305:20 307:16
307:25 308:23
328:8,16 347:7
357:13 362:10
362:18,20
363:11 364:17

**initial** 280:3
304:13
**inserted** 362:9
**inside** 287:3
**instance** 312:10
**intend** 273:14
304:22 305:17
306:12
**intent** 330:2
**intention** 274:13
**intentionally**
323:2
**interested**
259:23 302:4
369:15
**interesting**
321:17
**interfere** 265:25
**interference**
265:7,17,19,23
266:6,12,24
346:6
**intergrown**
332:18,21,24
334:15 338:4
**intergrowth**
331:20 332:4
334:5 341:4
343:24 349:17
350:15,22
352:19
**internal** 279:23
359:5
**internet** 259:5
293:1
**interpose** 290:24
**interpret** 318:5
321:22 323:5

335:10 336:13
337:16,17 338:3
338:3 339:5,23
340:12 341:7,14
343:13,14 344:3
349:13 353:7,9
**interpretation**
338:7 344:1,2,12
344:19,22
347:12 350:24
351:1,7 355:3
**interpreted**
353:10
**interrupt** 261:8
279:11 359:3
**invisible** 317:20
319:18
**invoice** 257:9
269:7,10,15,18
269:24 303:7,9
303:12,14,16
**invoices** 257:9
302:23 303:1,6
**invoicing** 263:25
264:1
**involved** 275:8
**issue** 267:15
**itabirite** 357:16
**item** 270:24
271:1
**itemized** 262:19
**items** 364:23,24

**j**

**james** 255:20
256:12 259:20
263:16 264:16
265:3 271:23

272:1 292:4
301:23 368:14
369:4,20
**james.williams**
256:12
**january** 329:20
**jesse** 255:4
259:13 370:3
**job** 255:25
**john** 256:8
329:16,17,19
330:1,3,4
**journal** 343:9
**jpc** 256:9
**jpgs** 288:23
**judge** 258:10
276:20 291:10
**july** 302:24
303:5
**jump** 280:4
**june** 302:24
303:5

**k**

**kagan** 256:2
257:3 260:10
261:15,17 262:7
263:11 265:21
266:10,17,22
267:5 268:20
272:19 273:2,7
273:13 274:16
275:11 276:9,17
276:21 278:18
278:23 284:3,21
288:1 289:18
290:25 291:9,13
298:7 300:14,22

301:4,10,16
303:3,11,18,24
306:24 309:1
313:2,11 318:22
329:7,12 330:14
332:1 333:17
335:14 350:9
355:6,14 357:25
358:4 359:5,12
360:19 363:16
365:13,19,22
**kaolinite** 361:12
**keep** 308:12
314:13 320:25
323:6,7,10
335:12 343:25
347:5
**ken** 256:24
259:18
**key** 279:17
349:16 359:6
**kilgarriff** 256:19
263:17 301:20
302:2 365:11
**kind** 292:14
295:4 315:19
323:24 334:1
340:11 343:7
344:2
**kirkland** 256:20
**kirkland.com**
256:19
**knew** 284:11
**know** 260:15,23
261:6 270:4
272:7,8,10 275:2
277:14 279:10
280:13 281:8

283:6 284:4
285:22 286:1,23
287:8,17 289:12
290:3,3,20,21
291:18 292:25
293:10,19
294:10,14
296:23 298:20
299:10 302:14
305:2 306:1,23
308:7 312:15,17
319:13 323:8
325:15 326:11
327:8,11 328:10
328:19,21
330:15 331:15
332:20 336:7,18
337:7 338:2
342:13,24 347:5
349:23 351:8
353:21 354:1,2,3
354:7,23 355:23
356:4 357:14
359:10,14
360:11 362:2
363:20,21
364:21
**knowing** 292:13
346:21
**knowledge** 266:2
295:13 308:23
367:3
**knowledgeable**
321:17
**known** 292:6
310:2,3 327:16
**kolmar** 255:6
259:14

| l | | | |
|---|---|---|---|
| **l** 326:3 | 283:4,6,19 284:1 | 362:23 363:4 | 310:10,17 |
| **lab** 269:8 | 285:4,14,18 | **lighter** 352:15 | 313:22 319:5,6 |
| **labeled** 269:6 | 286:3,4 287:2,6 | **lighting** 335:12 | 319:20,22,24 |
| 270:2 290:1 | 287:15,17 | **likewise** 275:20 | 320:7,21,23 |
| 297:9 334:23,25 | 289:11,16 290:2 | **limit** 270:6,7 | 321:6,12 322:16 |
| 339:1 340:25 | 290:23 291:5,17 | **limited** 364:17 | 322:18 324:13 |
| 343:3 350:14 | 291:25 292:20 | **limits** 289:1 | 324:17 325:11 |
| 352:11 359:6 | 335:19,23 | **line** 319:8 320:9 | 325:13 328:2,4 |
| **labels** 287:12 | 347:23 | 320:10,17 322:1 | 328:21 362:16 |
| **laboratories** | **lens** 281:13 | 322:7,22 323:24 | 362:23 363:15 |
| 255:6 259:14 | 282:19,19 | 323:25 324:2,3,4 | **liquid's** 323:17 |
| **large** 305:4 | 286:11 296:20 | 324:6,8,20 325:9 | **liquids** 297:22 |
| 307:15 | 296:21,21,22 | 325:18 328:3,11 | 300:8 |
| **larger** 282:22,24 | 320:13,20,20 | 328:16,22 | **list** 262:19,25 |
| 283:3 | **letter** 257:7 | 348:23 349:5,7 | 313:9 364:22,24 |
| **lawyer** 291:23 | 262:21,22 263:6 | 349:11 370:5 | 364:24,25 |
| 313:16 | 263:8,9,12,18 | **lines** 318:13,18 | **literature** 274:3 |
| **lawyered** 291:22 | 365:14 | 318:20,23 320:6 | 325:20 |
| **lawyers** 277:11 | **letters** 263:24 | 320:23 321:3,4 | **little** 278:2 299:9 |
| **leah** 256:2 | **letting** 357:13 | 321:10 322:11 | 305:3 316:24 |
| 301:23 | **level** 321:17 | 322:15 323:16 | 322:18 323:18 |
| **learned** 348:4 | 347:5 | 324:11 325:3,22 | 326:25 327:1 |
| **leave** 260:21 | **levels** 364:16 | 326:2,20,21 | 340:22 351:14 |
| **lee** 276:22 277:2 | **lexington** 256:7 | 327:4,9,10,22 | 355:16 364:21 |
| **left** 315:12 334:6 | **libby** 357:17,18 | 328:5 329:3,10 | 365:15 |
| 334:9,18,22 | **lifetimes** 330:20 | 332:16 348:4,4,9 | **live** 260:20 |
| 335:6,25 336:3 | **light** 310:12 | 348:15,21 | **lkagan** 256:3 |
| 336:13 337:2,5 | 320:9,15,20 | 349:19 | **llc** 256:9 |
| 337:23 338:16 | 322:17 329:21 | **lipsitz** 256:9 | **llp** 256:16,20 |
| 340:25 341:25 | 329:25 330:2,6 | **lipsitzponterio...** | **lod** 268:5 270:3 |
| 342:15,18 343:5 | 334:19 335:3 | 256:9 | 270:6 |
| 343:15 345:25 | 336:10,23 | **liquid** 294:22 | **logical** 352:14 |
| 346:16 347:25 | 337:14 338:8 | 295:10,22 | **long** 286:23 |
| 348:22,25 363:4 | 340:20 342:7 | 296:23,24 299:2 | 289:6 330:18 |
| 363:6,7 | 344:3 345:14,18 | 299:7,10,11,18 | 358:7,11 364:6 |
| **length** 280:9 | 347:23 349:5,7 | 299:20,21,22,25 | **longer** 275:16,22 |
| 281:17 282:9 | 349:11 351:25 | 300:1,10,12 | 320:4,4 358:17 |
| | 352:3 362:9,18 | 309:9 310:2,3,5 | |

[longo - material]                                                        Page 16

**longo** 257:11,12
  278:5 298:20
  306:3 308:16
  309:14 313:23
  314:3 315:17
  316:22 317:13
  318:1 323:22
  325:15 332:3
  333:15 334:6
  335:5 336:2
  337:5 339:17
  344:14 350:7
  354:12
**longo's** 306:4,17
  307:5 322:5
  328:10 333:18
  350:10
**look** 263:5 267:7
  268:13 278:13
  280:19,19 281:7
  281:10 296:8
  297:21 300:20
  309:3 315:19
  317:18 322:25
  323:12,15 328:5
  328:22 329:13
  330:5 334:19
  336:22 338:17
  340:4,18 341:8,8
  342:7 348:1
  350:5 351:11,11
  351:13,16,18
  353:22 357:3
  358:13 359:21
  364:4
**looked** 267:14
  281:21 304:14
  304:19 325:5

358:22
**looking** 291:25
  308:3 311:8,17
  311:19 315:12
  317:10 322:2
  323:21 324:20
  328:8,11 329:2
  332:14 333:2
  349:22,24
  350:14 359:22
  360:1,5 361:5,17
**looks** 276:25
  280:24 297:8
  311:12 327:12
  334:1 335:22
  336:4,13 337:1,1
  337:14 338:8,12
  339:8,8,24
  340:15,16,19,21
  340:22 343:14
  344:4,6,9 345:23
  347:23 349:13
  351:12,13
  352:23 357:16
  357:17 359:23
  360:2 361:18
**lost** 271:16 293:1
  340:10
**lot** 263:4,21
  286:25 300:22
  307:10 312:9
  317:5 323:4
  331:13 338:18
  350:24 351:1,7
  355:3 363:22
  364:7
**lovely** 362:4

**low** 319:11
  343:20,22
  357:22 358:1,2,5
  358:12 363:25
  364:18
**lower** 270:17
  320:8,16,21
  337:15 345:24
  347:25 348:16
  349:4 363:4,6
**lowered** 323:3
  328:2 348:20
**lowering** 321:25
  322:23
**luck** 360:17
**lunchtime** 365:9

**m**

**m** 257:1
**m70092-001iso**
  350:14
**m71222-005iso**
  345:3 349:22
**ma'am** 261:25
  304:12,25 305:8
  355:21
**magenta** 346:5
  346:11 363:10
**magnesium**
  356:7,16,18
  357:2,5,21
  360:24
**magnification**
  293:6,16 314:9
**main** 256:10,17
**major** 270:16
**majority** 262:14

**making** 292:3
  315:21 324:24
  355:3 364:16
**manner** 272:13
**map** 283:25
  290:10
**march** 302:16
**mark** 262:4
  263:8,15 268:15
  300:25 302:23
  333:14 350:6
**marked** 262:6
  263:9 268:19
  301:12,14 303:2
  303:17,23
  333:15 350:7
  358:25 361:21
**martin** 256:13
  263:16
**mas** 305:5,16,19
  306:3,9 308:8
**mas's** 305:9,23
  306:13
**match** 279:13
  297:17 298:12
  298:17 310:4
  313:22 319:6
  320:8 321:2,7,11
  321:12,13,21
  346:23 347:1
  353:10,11
**matches** 310:18
**matching** 279:20
  318:5 319:19
  325:12 326:21
**material** 307:19
  311:9 320:2,10
  324:5,8 329:8

363:18
**materials** 263:21
  268:16 288:6
  293:9 305:14
  307:23 333:21
  354:12 362:7
  365:15
**math** 283:10
  342:24,24
**mathematically**
  296:25
**matter** 259:12
  262:9 265:20,23
  303:5 304:1
**matters** 302:22
  327:13
**maybes** 361:11
**mccrone** 275:6
  354:14
**mean** 265:22,25
  268:8,10 274:1
  286:10 290:9,10
  293:25 307:24
  309:22 311:18
  317:14,15
  334:16 336:7
  339:24 344:21
  349:6,15 351:19
  354:22 356:8,8
  356:21 358:8
  363:3 365:17,19
**means** 299:23
  300:6
**meant** 266:19
  298:8 345:10
  348:16
**measure** 283:10
  283:11,13,16,25

283:25 284:6,9
  284:10 285:8
  290:22 293:20
  317:11
**measured**
  284:20 315:20
**measurement**
  286:9 290:4,5,11
  290:12 295:18
  311:2
**measurements**
  280:8,11 282:8
  283:18 285:3
  287:2 290:8
  291:4 292:3,8
  311:18 315:22
  316:1 317:7
**measuring** 285:7
  316:11
**media** 259:11
**medium** 319:10
**mentioned** 319:2
**method** 309:19
  309:22,25 310:1
  310:8,23 311:7,7
  311:23 312:3,7
  312:11,21,22
  313:6,7 314:18
  314:19,24 315:1
  315:6,9 319:3,3
  332:15,15
**methodology**
  306:16,18
**mickey** 255:10
  259:12 260:5
  367:5 368:5
  369:7 370:4,20

**micrometer**
  285:10 286:7
**micron** 288:17
  290:1 296:20
**microns** 280:23
  280:25 281:5,14
  281:25 282:13
  282:20 283:1,4
  283:23 285:18
  285:21,23 286:2
  286:12,14,18,20
  287:13,14
  288:20 289:2
  290:4,10
**microscope**
  311:18,19
  315:21 320:9,17
  320:21 321:25
  328:2 335:11
  336:11 337:18
  338:21
**microscopist**
  330:10
**microscopy**
  329:21,22,25
  330:3,6
**microtalc** 305:24
  306:5,9,14 307:2
**middle** 261:1,3
  339:18 340:22
  345:23 351:19
  352:24
**mike** 256:19
  261:10 263:17
  301:20
**mike.kilgarriff**
  256:19

**miller** 256:13
  263:16
**millermartin.c...**
  256:12
**mind** 317:15
  338:12
**mindful** 261:20
**mine** 354:14
**mineral** 310:1
  310:12,15,20,22
  318:25 319:20
  355:18 356:3,13
  356:18,19,21
  357:3,5,14,15,21
  359:20,24 360:3
  361:19 364:5,7
**mineralogical**
  311:14
**mineralogically**
  330:9
**mineralogist**
  327:16 330:3
**mineralogists**
  310:25
**mineralogy**
  295:14,15 325:1
  325:1,23 326:8,9
  326:13,15
  327:13 329:5
  330:12,12,19
  331:1
**minerals** 256:22
  256:22 301:20
  301:21 310:24
  311:3,5,24 312:4
  312:8,23 313:8
  319:4 332:14
  360:9 362:11,13

[minerals - observing]                                                    Page 18

363:22
**mines** 271:3
  272:12 273:11
  274:19 275:14
  275:15,19
**minus** 299:23
  354:19
**minutes** 292:16
  301:3
**miscalculating**
  332:13
**mischaracteriz...**
  276:1
**misint** 334:16
**misinterpret**
  338:17
**misinterpreting**
  332:9,11
**misread** 295:4
**missed** 354:24
**mistake** 298:11
  330:20
**mistakes** 330:9
  331:3,8
**moment** 267:3,6
  293:19 315:24
**monochromatic**
  310:12
**monroe** 255:1
  259:16
**monsoon** 260:24
**montana** 266:6
  266:13,25 271:2
  271:3,6,7 272:12
  273:16,22
  274:19 275:13
  305:24 307:6
  359:17

**month** 281:22
**months** 281:23
**morning** 260:11
**morphology**
  364:4,11
**mountains**
  260:21
**mouse** 345:1
  349:1,1
**move** 264:21
  292:10 337:10
  345:1 349:1,1
  350:3 351:9
  359:25
**movement**
  320:22 321:25
**moving** 300:24
  322:23 334:9,24
  341:2 345:7
**msa** 327:12
**multiple** 261:14
**mva's** 306:1

**n**

**n** 257:1,1 358:3
**name** 259:18
  280:20,21
  325:25 329:17
  370:3,4
**names** 268:10
**nanometers**
  310:15 317:20
  321:7,13 324:15
  325:14 346:10
  353:8,9
**nanoscale**
  331:24

**nap** 300:21
**need** 265:4 268:9
  273:24 277:12
  286:5 291:15
  295:17 300:17
  311:8 321:21
  322:2 326:10
  328:19,20 329:1
  332:19 335:3
  338:20 344:17
  350:25 353:21
  353:22
**needed** 295:6
  334:3
**negative** 297:2
**negotiation**
  271:24
**never** 304:19,20
  304:20 338:12
  343:8 345:17
  349:23
**new** 255:1 256:7
  256:7,10,17
  259:16 267:16
  267:19 311:3
  333:20
**nf** 354:19
**nice** 295:13
**nicer** 292:25
**nonsense** 291:12
**normal** 261:1
**normally** 332:17
**notary** 258:8
  367:11 370:21
  370:24
**note** 259:3 309:4
**notes** 369:10

**notice** 257:6
  262:5,8,13
**nt** 354:19
**number** 255:25
  259:16 262:18
  298:21 299:19
  315:14,25 316:2
  316:6 359:8
**numbers** 279:13
  279:19 280:25
  298:1 299:23
**nw** 256:20

**o**

**o** 257:1 299:6,8
  326:3 358:3
**oath** 259:22
  368:1
**object** 265:10
  266:8 267:2
  272:17,23
  273:10 274:10
  274:24 275:25
  276:15 283:21
  289:17 306:15
  306:20 308:19
  330:7 331:21
  335:8 363:14
**objection** 261:10
  261:11,12
  265:13 266:15
  266:20 284:14
  290:25 312:24
**objections** 258:5
  265:12
**observe** 325:22
**observing** 317:2
  325:17

**obtain** 310:18
**obtained** 315:2,5
  315:8,13
**obvious** 312:9,14
**obviously** 264:6
**occur** 333:1
**offer** 273:15
  274:20 304:22
  305:17 306:12
**offered** 306:25
**offering** 277:16
  308:15
**office** 312:1
**official** 368:9
**oh** 299:12
  345:13,19
  362:13
**okay** 260:12,14
  260:17,18 261:7
  261:16 262:1,12
  263:5,5,12,15,20
  264:17,21
  266:23 267:10
  267:17,21
  268:12 269:1
  270:1,9,13,19,24
  271:1,14 272:8
  273:7,10 276:17
  276:17,22
  277:14 278:13
  278:18 279:7,7
  279:24 280:2,6
  280:17 281:10
  282:3 284:7,22
  286:13 288:5,9
  289:23,25 292:2
  293:4,5,14 294:7
  294:18 295:16

295:19,22,23
296:6,12,14
297:6,14,24
298:15,24 299:3
299:6,12,16
300:14,17,19
301:5,11 302:22
303:10,18,25
304:22 305:1,22
307:9,22 308:6
309:2,16 312:16
312:19 313:2
314:8,12,16
315:11,16,23
316:4,17 318:13
323:11 325:8,20
325:25 326:17
327:20 329:1,4,6
330:4 331:16
333:12,23 334:2
337:8 338:5,11
338:13,23
341:15,20
344:20,24 345:2
345:11 349:21
349:25 350:5,13
351:2,9,15,21
353:5 354:18,18
354:20 355:1,6,6
355:22 356:14
357:7,19 358:16
359:13,18,21,25
360:4,11,20
361:1,4,14,16,20
361:23 362:19
362:25 363:1,2
364:20

**once** 353:10
**ones** 262:14
  271:8,13,25
  281:12 295:3
  312:18 318:3
  349:20
**online** 300:23
**open** 268:3,14
**opened** 296:9
**operation**
  275:16,17
**opinion** 266:4,5
  266:9,11,21,23
  267:4,20 273:15
  274:6,18,20
  305:14 306:8,12
  308:15 309:12
  332:12 334:14
  335:5 336:9,20
  336:21,25 341:5
  343:2 349:10
  350:21
**opinions** 265:6
  267:8,12 273:21
  304:6,10,22
  305:17 306:18
  307:1,22 332:2
**opposed** 292:14
  296:15 342:21
  343:24
**optical** 295:15
  297:20 304:1
  309:18 310:21
  311:18,23 312:4
  312:7,22 313:7
  324:25 325:1,21
  326:8,9,13,15
  327:13,16 329:4

330:12 331:7
332:9,12 333:1
348:1
**optically** 304:20
  332:18
**orange** 321:8
**order** 294:20
  325:16 334:4
  342:23,23
  343:16,17
  345:24 346:6,9
  346:14,15 352:7
  352:8 362:8
**ore** 357:18
**original** 277:1
  279:8 292:18
  308:10,18
  315:18
**outcome** 259:24
**outline** 324:20
**outside** 284:1
  285:16 323:25
**outstanding**
  365:15
**overbroad**
  265:13
**overexpose**
  336:15 340:1
**overexposed**
  334:17 335:3,6
  336:2,4,14,17
  337:2,5 339:10
  339:17,25
  341:16 345:20
  345:21
**overexposing**
  342:11

**overtalking**
339:14 340:13
345:6 352:17
353:25
**oxides** 270:8
**oxygen** 356:8

**p**

**p** 256:8
**p.m.** 255:13
365:24 366:2
**p1-5416340**
370:2
**pacific** 259:2
**page** 257:2
263:23 275:12
275:24 293:4
299:20,21 309:3
365:1 370:5
**pages** 255:11
**pale** 313:22
**panatier** 256:3,6
**paper** 279:12,18
294:24,25
**papers** 295:1
**paragraph** 309:5
309:17 311:22
**parallel** 298:13
316:12 337:23
341:1 344:16
345:15 350:18
353:2 363:10
**part** 324:16,17
327:16 330:12
336:4 337:15
339:3,11 342:5
346:13 351:19
351:22 352:21

**participants**
259:6
**particle** 280:10
281:17,18 282:9
282:21 283:3,7
283:19,20 284:1
284:4,8,12 285:4
285:6,15,24
286:15,19 287:7
287:16,18 289:3
289:9,16,19
290:2,16,22
291:5,17,25
294:6,14,16
296:2 297:7,11
298:13 299:8
311:16 315:17
316:1,5,22
317:11,12,19
319:6,16,17,18
319:20,21 320:5
320:7 322:3,4
323:13,14,25
325:4,16 327:5
327:21 328:8,9
328:10,17 334:4
334:6,10,14,18
334:21 335:6,17
335:19,23 336:3
336:16 337:6,8
338:13,25 339:6
339:19 340:2,3,4
340:5,15 341:24
342:5,13,18,21
343:3,15 344:8
345:8,22 346:9
346:15,19,21,24
347:3,13,23,24

347:24 348:6,7
348:22,24
349:17 350:13
351:3,9,12,14,23
352:6,11,15,19
355:18,25
**particle's** 352:9
**particles** 286:21
287:3 289:12
290:8,18 292:21
293:20 295:18
298:21 305:15
305:18 306:9
307:2 308:16
315:21 316:12
316:14,15 318:1
319:9 322:5
323:4 332:3,18
332:22 338:4,18
338:19 340:16
341:23 342:16
347:9,10,19
359:16 363:12
363:20
**particular** 336:3
362:11
**parties** 258:2,15
258:19 259:9
369:12,14
**party** 259:22
**passed** 305:3
**pause** 265:12
**pay** 269:21
319:1
**payment** 269:19
**pc** 256:3,6
**pdf** 268:21 270:1
296:9 303:19

**pdfs** 268:2,4
270:19
**peak** 357:2
358:14
**peaks** 287:1
**penalties** 368:6
**pennsylvania**
256:20
**people** 261:14
275:4,8 312:11
331:8,13 361:7
**performx** 268:5
270:3
**period** 343:10,11
**perjury** 368:7
**perpendicular**
298:18 316:13
337:9 338:23
344:16 345:12
345:15 351:3
363:9
**person** 260:15
276:4 284:18
292:25 300:24
327:25 343:8
**personal** 260:16
260:16,17,17
**phd** 255:10
259:12 260:5
327:15 367:5
368:5 369:7
370:4,20
**phenomenon**
321:16,20
**phone** 291:11
**phonetic** 357:16
**photo** 293:12
324:21 325:9

**photograph**
280:7 282:10,12
282:22,22,25
284:2 285:2
293:17,21,22,24
294:5 297:23
307:20 311:8
317:18 323:22
327:24 334:17
335:4 336:16
337:19,20
338:20,22
339:21 340:6,7
342:12,13
343:21,23 344:1
345:21 362:6
**photograph's**
339:21
**photographic**
317:21 336:12
**photographica...**
311:11,17
**photographs**
264:3,13 281:8
281:10 282:19
286:11 291:2
307:11,12,14,18
307:19 308:5
311:20 317:14
325:6 326:7
327:11 338:6
339:5,7 341:7
344:10 349:14
**photons** 358:10
**photoshop**
293:25
**picasso** 362:3

**pick** 326:4,11
**piece** 279:12,18
352:23,24 356:2
356:17,17 357:6
357:11
**pit** 338:14
**place** 259:9
276:7 310:1
**places** 330:13
**plaintiffs** 255:5
256:11 259:13
260:6
**plane** 334:19
335:3,11 336:9
336:23 338:8
340:20 344:3
347:22 362:22
**plate** 346:7
349:6
**platform** 261:18
**play** 313:16
**please** 259:3
262:2 291:9,12
292:20 301:9
309:21 328:24
355:13
**pllc** 256:13
**plm** 265:8
266:25 308:4
318:24
**plus** 294:1,1,1,12
294:12,12
335:11 338:7
**point** 265:18
267:15,20 275:3
275:7 305:21,23
306:16 307:24
308:1 314:5

316:10 325:21
328:14
**polar** 363:18
**polarized** 329:21
329:25 330:6
334:19 335:3,12
336:10,23 338:8
340:20 342:7
344:3 345:14,18
347:22 351:25
352:3 362:9,18
362:22 363:4
**polarizer** 323:23
335:16 345:9,16
349:23
**polarizing**
362:22
**polars** 335:15
352:4
**polychromatic**
310:11
**ponterio** 256:9
**poor** 356:12
357:22,25
**portion** 321:4,5
324:11,12,14
334:23 336:15
337:6,9 339:18
340:2,2,7 343:3
343:5 344:15,16
351:5,5,6 353:3
353:4
**possible** 316:21
**post** 293:23
**potassium**
357:16
**powder** 304:19

**pre** 293:23
**precise** 311:2,23
312:3,7,22 313:7
**precision** 311:5
**present** 256:23
329:3
**presented**
267:13
**president's**
311:14
**pressed** 318:17
**pretty** 274:3
298:2 362:4
**previous** 285:22
**prior** 308:14
**priority** 259:18
259:21 370:1
**probably** 308:11
312:13 314:6
324:22 327:15
329:17,23 331:2
333:4 352:15
360:6 361:12
**problem** 295:24
**proceed** 260:3
**process** 336:12
**produce** 264:16
265:4,5 266:16
272:2 277:12
313:20 321:20
321:21 341:13
347:4
**produced** 263:1
263:4 264:11,19
266:7,14 267:1
268:16 271:22
277:6 287:23,24
287:25 299:14

305:5 322:10,14
341:17,19
347:20
**produces** 309:7
**producing** 263:2
271:25 339:12
**product** 273:12
**production**
273:8 276:18
278:19 303:12
313:4 329:8
333:18 350:11
**professional**
369:5,20,21
**professionally**
312:18
**promise** 360:8,9
**properties**
297:20 304:2
309:18 310:21
332:10,12 333:1
348:1
**proposition**
327:3
**provide** 279:15
280:13 284:17
292:4,20 295:14
297:1 311:25
363:10
**provided** 258:13
258:15 270:9
271:5,6 279:17
280:16 281:24
282:5,7 286:8
287:8,9,15 289:7
290:16 291:7
292:9 293:9,11
293:22 295:5,11

295:23 296:15
305:20,22 306:1
306:2,4 307:6,13
307:16 308:7,8
308:12 311:11
323:3
**provides** 317:17
345:17
**providing**
308:21
**pt** 255:13
**public** 258:8
367:11 370:24
**publication**
276:13 294:19
295:20 312:6,20
313:5 314:21,22
325:21 329:15
**publications**
271:12 273:20
274:21 275:4
312:5,10 330:10
**publish** 343:8,10
343:20
**publishable**
343:12
**published** 274:7
294:19 295:20
325:24 327:17
327:18 329:22
344:10 354:11
354:13
**pull** 272:9 278:2
289:24 291:15
293:4 299:4
**purported**
349:17

**purporting**
313:23
**purpose** 298:24
325:17
**purposes** 258:13
**put** 262:21
320:21 328:24
353:5
**putting** 315:21

**q**

**quality** 259:4,5
338:7 341:7
343:10,21
344:11 360:21
**quantify** 318:7
**quarterly** 307:20
**quartz** 363:19
363:20
**question** 273:5
274:5,18,25
276:2 282:16
283:22 284:9
291:22 293:5
297:6 299:9,22
306:20 312:19
317:8 318:15
322:20 326:23
326:25 327:1,2
330:4 337:4
353:17
**questions** 279:16
313:14 364:20
364:23 365:10
**quick** 260:21
261:4 279:1
**quickly** 263:20

**quite** 330:2
337:10,11 364:4

**r**

**range** 309:8
310:20 313:21
341:3
**rate** 295:9 302:5
358:12
**ratio** 356:22
357:1
**ray** 304:19
**read** 275:12
284:22 291:16
302:8 309:10
313:13,25
318:16 367:1
**reading** 291:1
**reads** 303:20
313:19
**real** 260:21
261:4 293:15
365:8
**really** 262:16
265:12 279:13
294:12 304:20
307:10 321:22
332:24 334:8,22
341:9 343:13
344:17 349:16
350:25 351:18
363:20 364:16
365:4
**realtime** 369:21
**reason** 339:25
370:5
**reasons** 316:23

**recall** 270:10
278:11,12,16
281:25 289:4
297:22 307:21
350:12
**receive** 263:21
264:6,7,7 265:1
287:20
**received** 263:22
263:24,25 264:1
267:22 268:1,2,4
269:10,15 270:1
276:25 277:24
333:21
**recess** 301:7
355:11
**record** 259:1,10
260:1 264:17
292:17 301:6,8
303:15 345:2
349:21 355:10
355:12,15
358:20 365:14
365:21,25 369:9
**recorded** 259:7
259:11
**recording** 259:8
**records** 334:6
**red** 324:12
345:24 346:2,5
346:13,14,15
**reference** 275:23
312:20 326:16
327:2 328:14
329:8 331:16
**referenced**
354:12

**referring** 331:10
359:4,10
**reflect** 304:6,10
305:14
**reflected** 303:5
**reflective** 272:22
**refractive**
295:21 297:1,16
297:21 298:13
299:1,25 300:2,7
300:8 309:6,24
310:2,4,5,6,14
310:17,19,24
311:4 312:12
315:3 316:12,15
316:21 317:1,4
317:12,19,23,25
319:4,17,17,19
320:2,4,7,11,18
323:17 324:9,10
324:13 325:11
328:20,21
330:25 332:13
332:19,20,23
334:3,7,11 338:9
339:1 341:1,3
344:4,7,14
350:16 351:4
353:1,2,12 354:2
355:4,4 362:16
362:23 363:19
363:22,25 364:1
364:15,18,19
**refusing** 272:2
**regal** 271:18
275:18
**regard** 279:3
287:25

**regarding**
273:21 277:21
277:22 278:9,15
278:20
**regardless** 355:2
**registered** 369:4
369:20
**reinforces**
273:23,25
**related** 259:22
270:22 277:20
**relates** 320:1
**relative** 369:11
369:13
**reliable** 329:24
330:5,21
**relief** 319:9,11
319:12 322:9
335:17 340:17
348:6 349:18
**relies** 294:20
**rely** 263:3
273:24 304:23
308:24 347:7
**relying** 264:15
264:18 265:4,5
274:14 275:22
276:3,3 332:25
347:11,17
**remaining**
304:15
**remember** 268:7
281:7,9 300:5
330:17 355:19
364:5
**remote** 255:10
368:5 369:7

**rendered** 306:17
**repeatedly** 272:9
272:11
**report** 257:11
267:24 275:13
275:24 276:1,13
279:8 280:3
303:22 304:1
306:4,7 308:8,17
309:3 311:13
313:20 322:10
322:14 347:21
348:11 349:20
369:6
**reported** 255:20
**reporter** 259:20
260:2 261:23
318:21 357:24
360:15 365:21
369:5,20,21,21
369:22
**reporter's** 369:1
**reporting** 259:4
370:1
**reports** 304:5,10
304:21 305:23
306:19 307:4
308:22,22 347:7
347:8,20
**represent** 350:22
**representative**
272:14 274:8
**represented**
302:15
**representing**
258:22
**represents** 302:2

**[reproduced - scattering]** Page 24

**reproduced**
339:21
**request** 262:18
278:8 280:6
281:15 282:8
284:22 285:1,13
291:1,19 292:4
292:19 294:18
295:2 296:1
299:3,6,19 302:1
302:11 328:24
**requested**
262:14,15,19,23
262:24 263:22
277:9,19 291:20
369:8
**requests** 262:17
264:2 267:24
300:15
**required** 370:21
**research** 310:25
**reserved** 258:5
**resolution**
331:24
**respect** 258:17
264:12,24 265:7
266:5,12 267:8
267:11 269:14
279:8 304:6,23
305:14 306:8,13
307:1 308:16
332:2
**respective** 258:2
258:19
**responding**
260:7
**responsive** 295:1

**rest** 338:25
342:5 351:23
**result** 342:20
**results** 277:16
306:17 307:5
364:25
**retain** 302:12
**retained** 302:15
**retaining** 302:4
**retains** 267:1
305:4,7,10,15,19
**retardation**
331:14 339:9,11
339:22 340:8
341:24 342:15
342:17,25
343:17 345:24
346:10,16,19,24
347:5,14 351:25
352:6,8,13 362:8
**retention** 263:24
302:1,5,20
**review** 273:16
279:1 369:8
**revised** 327:19
**rg144** 309:14
**ri** 294:21 314:17
316:6
**richterite** 357:18
**right** 260:20
268:10,24 269:4
269:8 271:10,19
271:22 276:14
279:23 281:4,25
285:10 286:9,15
286:23 290:9
292:1,10 294:3,4
294:14,15,15

296:24 301:21
301:24 302:12
302:19,20 304:3
316:9 323:15
325:5 326:19
334:24 336:2
337:24 339:11
339:18 340:7,19
341:2 342:16
343:16 344:17
348:1,18 349:8
353:16 357:9
359:25 362:4,4
364:4 365:1,17
365:18
**rights** 258:15
**risk** 260:20
**rj** 276:22 277:2
**room** 298:23
**rotate** 280:5
333:22 348:7,8
348:14,17
**rotated** 348:19
**round** 319:8
**rpr** 255:20
**rule** 364:10
**ruler** 284:19,24
285:10 286:5
**run** 364:1
**runs** 323:8

**s**

**s** 257:5 326:3,3
358:3 370:5
**sample** 264:5,5,7
264:14,18,22,22
264:25 266:2
271:2 306:14

315:14 358:9
**samples** 266:1,7
266:13,25 271:4
271:5,6,7,15,21
272:2,21 273:9
274:8,13,22
275:6 276:19
277:7 306:5,10
307:3,6,20 308:8
309:14,19
312:12 314:3
**sanchez** 264:3,8
264:19 288:10
**sara** 259:13
**sarah** 255:4
370:3
**sat** 282:1
**save** 293:18
294:17 329:18
**saved** 290:17
**saw** 262:25
263:3 278:25
332:22 348:11
**saying** 282:15
312:14 323:20
323:22,24
343:25 348:13
356:23 364:11
**says** 270:5 288:6
291:1,3 302:3
334:13 352:4,7
**scale** 279:16
283:22,24,24
284:9 288:21,22
290:5,10,10,12
291:8 331:23
**scattering**
337:14 340:22

[scattering - side]

341:13,17
scope  311:9
   317:11 322:3,4
   322:23,24 325:5
   325:16 327:20
   348:8,14,16
screen  270:25
   280:2 285:14
   292:1 294:2
   299:5 303:21
   333:13 352:5
scrolling  314:12
seal  368:9
sealing  258:3
search  278:21
second  313:19
   346:15 352:22
   358:21
section  257:11
   257:12 267:22
   275:13 279:7
   333:15,18
   335:18 350:7,10
   350:14 356:9
sections  258:16
see  263:12,12
   265:18 268:2,9
   268:13 270:24
   272:13,15 278:8
   279:9 280:4
   282:6 288:2,3,5
   288:6,12 293:8
   293:11 294:13
   296:3,6,9 301:17
   303:21 314:8
   315:19 319:10
   319:11 321:3,3,7
   321:13 322:1,8,9

322:11,11,14,16
322:21,22 323:1
323:13,15
325:19 331:3,6
331:10 332:17
332:20 334:8,12
334:22 335:1,10
335:11,18,21
338:9,18,19,21
339:13 341:22
341:22 343:14
346:8,8,23 348:3
348:4,9,12,14,21
348:22 349:5,18
350:4,19,25
362:25 363:1
seeing  285:21
   297:18 356:8
   357:2
seen  259:6
   262:10,22 263:6
   263:7,18 305:9
   307:5,8,11
   329:23 330:9
   331:19,22,24
   333:5,8,10,23,25
   350:11
segalla  256:16
segrave  331:16
selective  329:20
sem  307:11,13
   307:18,19 308:5
send  302:6
   326:16,16
   328:24 365:14
   365:20
sense  358:20

sent  264:3 268:8
   268:11 277:2,8
   279:6 304:18
   309:14 314:3
   331:16 365:16
sentence  276:11
   313:19
separate  267:25
   351:12
sepiolite  361:2
september
   255:12 259:2
   268:5 270:3
   303:25 368:6,10
   368:15 369:17
series  327:17
   363:13
serpentine
   356:12,19,24
   357:3 359:19,23
   360:2 361:18
service  346:7
session  262:20
   262:24
set  358:20,21
settled  271:25
seven  268:21
   269:1 276:25
   277:1,7 304:14
   308:10,18
   315:18
sg210  309:14
sgptrial.com
   256:3,6
shaina  256:5
share  279:22,24
   279:25,25 288:3
   296:5,10,11,13

297:24 299:5
   303:21 333:13
sharing  268:12
   270:25 288:3
   289:23 299:16
sheet  302:5
   370:1
shining  358:9
short  301:3,11
   355:7
show  262:3
   268:6 297:18,18
   301:12 311:20
   313:20 314:22
   323:2 326:16
   328:3 331:9
   333:3,7 343:1
   355:22 362:1
showed  282:7
   332:22
showing  282:25
   297:20 322:17
   324:24 325:11
   326:21
shown  325:2
shows  282:17
   290:7 296:18,19
   297:3 313:23
   326:9,20 334:15
   342:9,14
shu  278:5,5,6,6,7
   317:3 353:11,14
   353:22
side  326:19
   334:7,9,18,22
   335:6,25 336:3
   336:13 337:3,24
   337:25 338:16

339:18 340:19
340:25 346:16
347:25 348:5,22
348:25
**sign** 297:2
**signature** 368:12
369:19
**signed** 258:8,9
**significance**
325:8
**significantly**
347:4
**signify** 342:1
**silica** 356:7
**silicate** 356:18
356:22 357:5
360:24 361:6
**silicon** 356:16
357:2
**similar** 272:12
272:13 314:8
321:15,16,20
323:18 325:6
**simon** 256:3,6
**simple** 332:7
**single** 317:1
328:1 348:9
**sitting** 284:7,11
285:5,8 291:24
306:25
**six** 305:23 306:5
306:9,13 307:2
**size** 289:3
290:16
**sizes** 289:4
290:18 295:18
**skip** 329:14

**slide** 338:18
**slightly** 309:6
322:12 323:2,13
325:13 328:3
339:10 349:4
**smile** 365:4
**society** 311:14
**sodium** 357:16
**solid** 295:9,10
310:5,7 319:5,6
319:23,25
320:24 321:11
344:12
**solids** 320:21
**somebody**
274:17
**sorry** 261:8
265:11 266:18
266:18 267:18
271:17,18
279:10 280:19
293:12 294:3
295:7 297:25
298:8 305:12
310:2,11 314:19
315:23 317:9
321:17 323:8
324:7 326:25
329:19 333:2
339:16 342:8
344:25 345:5,10
345:10,19 346:2
347:16 351:24
352:15,18 354:6
358:7 359:3
360:7 361:9
362:18 364:18

**sort** 308:23
318:7 321:7,15
322:8 339:10,18
340:9,10 355:19
360:10
**sounds** 365:5
**source** 273:11
329:24 330:5,21
**southwest** 271:3
272:12 273:21
274:19
**speaker** 312:1
**speaking** 261:21
332:12
**specialty** 256:22
301:20 302:3,14
**specialty's**
302:11
**specific** 262:23
265:9 282:8
287:15 292:4
300:15 308:16
333:2
**specifically**
271:9 272:25
273:1,3 280:8
289:11 291:15
291:20 295:20
297:6 305:19
306:21 326:1
331:6,9
**specks** 340:23
**specter** 359:17
**spectrum** 321:5
321:6 324:11,12
324:15,15,16
**spelling** 360:17

**splits** 305:6
**splitting** 324:14
324:16
**spoke** 331:18
355:16
**spreadsheets**
270:10,11,20
**stage** 298:19
320:9,17,22
349:4
**staining** 281:13
282:18,19
286:11 296:21
317:1 318:4
321:19 330:22
332:16 334:20
337:23 341:12
341:17 363:5,6
**standard** 310:16
311:3
**stands** 270:6
**start** 343:7,11
356:1
**state** 255:1
259:15 267:23
268:23 269:8,16
270:21 309:17
312:3 328:2
**stated** 291:6
311:22 312:10
**statements**
312:13 364:17
**states** 312:6,21
313:6
**stay** 295:13
**stenographic**
260:1 369:10

**stenographically** 369:6
**step** 309:17
**sticking** 347:21
**stipulated** 258:1 258:7,11,14,18
**stop** 268:12 288:2,25 289:23 291:9,12 296:12 314:12,14 317:1 317:16 318:3 321:19 323:8,11 336:7 357:11
**strange** 311:10 364:25
**street** 256:4,10 256:17
**stretch** 355:8 361:25
**student** 274:21 274:22
**stuff** 337:20
**su** 277:18,20,21 277:22 278:10 278:15,20 279:3 288:11 354:9,11
**su's** 317:3
**subscribed** 367:7 370:21
**subtracting** 315:3
**suite** 256:4,7,13
**sulfate** 357:21
**supplement** 303:20
**supplemental** 257:10 303:19 303:22 304:1

**support** 294:20 327:3
**supports** 295:21
**supposed** 279:10
**supreme** 255:1 259:15
**sure** 263:23 264:9 268:10 279:22 292:14 331:11 333:9 337:21 338:8 349:22 361:3 363:8 365:9
**susan** 256:15
**svangelder** 256:16
**swear** 260:2
**sweissman** 256:6
**sworn** 260:7 367:7 368:6 370:21
**system** 312:1

**t**

**t** 256:12 257:1,5 358:3
**tables** 317:3 353:22
**take** 259:8 261:20,23 263:5 268:13 276:20 290:11 293:21 308:15 325:1 346:22 347:22 350:5 355:7 364:7
**taken** 281:12,13 282:18 286:11

301:7 355:11
**talc** 266:6,13 271:2,7 275:13 304:3 307:6 316:5 331:19 332:3 334:5,15 334:23 337:9 338:12,15 339:2 339:3 341:1,9 342:21,21 343:3 343:15,24 344:15 349:6,6 349:12 350:16 350:17,22 351:6 352:7,12,20,23 352:24 353:3,18 353:20,23 354:11,13,22 356:20,24 357:3 357:20 359:17 360:12,25 363:24,25
**talcs** 273:16,21
**talk** 261:14
**talked** 330:18,19 355:16
**talking** 298:9 331:7
**talks** 325:21 328:14
**teaching** 324:23
**tech** 321:8,9
**tell** 264:11 265:2 265:14 270:13 284:7 285:5,16 285:19 286:25 288:23,23 289:16 291:24

294:16 297:10 300:23 314:12 318:13 324:3 328:12,15 332:6 332:17,24 340:12 344:24 355:25 356:5 357:12 360:14 363:5
**telling** 289:14,14 336:9,10,20,24
**tells** 302:2 320:23 322:18
**tem** 277:1,7 308:4
**temperature** 294:23 296:1 297:3,7,10,17 298:23 299:13 299:14,24 300:7 310:10,17 328:4
**temperatures** 295:11
**template** 302:5
**tend** 261:19
**tennessee** 256:14
**term** 319:9
**test** 306:17
**testified** 260:8 272:8,10
**testify** 277:16
**testifying** 258:22
**testimony** 272:10 341:15 341:16 344:6 365:24 367:2 368:5

**texas**  256:4
**textbook**  295:14
  295:15 311:13
  326:19 327:7
  328:23,25
**textbooks**
  324:24
**thank**  261:7,16
  269:13 292:12
  292:23 295:25
  313:2 316:4
  329:19
**theory**  330:24
**thereto**  258:17
**thick**  347:11
**thicker**  339:11
  340:8 342:2,3,4
  342:18 343:3,15
  345:22 346:17
  347:4,13,24
  351:20,22 352:7
  352:9,11,14,15
  352:24
**thickness**  342:15
  342:19 343:18
  345:22 346:19
  347:9,18
**thing**  260:16,16
  260:17,18 261:9
  292:7 308:22
  319:9 352:14
  358:14
**things**  262:23,25
  263:4 265:1
  275:7 279:16
  308:12 310:9
  312:14 321:2
  325:2 331:7

334:2 339:20
341:19 344:13
348:3 349:14
357:1
**think**  272:24
  273:3,4,6,18
  275:1 281:21
  282:2 284:24
  294:4,4 295:5
  299:14 305:12
  307:17 308:1
  319:1 330:16
  331:22 334:17
  335:2 337:16
  338:6 339:4,11
  339:12,22,25
  340:10 341:6,23
  344:2 346:3
  348:16 349:16
  349:25 351:1,14
  354:25 355:7
  358:15 361:13
  361:20 363:4
  364:20,22 365:1
  365:6,13
**thinking**  326:12
**thinner**  343:5,16
  347:25
**thought**  271:16
  295:4,8 298:1
**three**  275:17
  304:18,24
**time**  258:6 259:2
  259:2 260:1
  262:20 284:23
  289:7 301:2,5,9
  302:6,18 305:3
  308:1 313:10,13

324:23 325:12
330:18 355:9,13
355:16 365:24
**times**  312:9
  342:11
**tip**  336:1 338:24
**today**  284:7,11
  285:5,9 291:24
  306:25 310:11
  365:3,7
**today's**  365:24
**told**  277:11
  290:19 331:18
  334:2 337:1
  362:15,17
**top**  297:22
  338:24
**topics**  329:20
**totally**  261:1
**tough**  337:15
  341:18,18
  357:21 360:24
  361:15
**trace**  270:16,18
**traces**  323:24
**track**  308:13
**train**  271:16
**transcript**  258:8
  291:16 367:1
  369:8,9
**treasure**  266:19
  271:18 275:18
**trial**  258:4,6
  306:22
**tried**  321:18
**trivial**  292:7
**trouble**  310:11

**true**  367:2 369:9
**try**  295:12 310:3
  312:2 313:1
  320:19 356:14
  357:7
**trying**  327:24
  342:13 343:13
**tuesday**  255:12
**turn**  310:21
  328:5
**two**  270:9,10,20
  271:24 277:24
  281:23 307:18
  307:18 308:5
  310:9 315:2
  317:16,21
**type**  308:2
  317:21 328:7
  363:11
**typically**  270:16
**typo**  298:3

| u |
| --- |

**u**  358:3
**undersigned**
  368:4
**understand**
  262:1 265:19
  282:15 291:22
  315:23 316:4
  327:10 336:25
  344:25
**understanding**
  292:13 323:20
  324:19 330:22
**unit**  259:11
**universe**  365:3,6

**university**
267:23 268:23
269:3,8,16
270:22
**updated** 257:9
264:1 302:23
303:1
**upper** 348:22,25
363:7
**use** 283:24 290:5
311:1
**useless** 362:17
**usgs** 275:5
**utilized** 258:12

## v

**v** 370:3
**value** 299:7
300:9,13 353:12
353:18,20 354:2
355:4,5
**values** 314:17
315:3,5,6,8
316:7 317:4
318:7 346:22,23
346:24 347:1,10
353:5,6,15
354:19,23 362:8
**van** 256:15
275:5
**variation** 309:19
309:22 310:8,23
311:6,7 312:7,11
312:21 313:6
314:18,19,24
315:1,6,8
**varies** 310:9,9,9
310:17

**varying** 310:16
**verbally** 262:23
**veritext** 259:19
370:1
**verses** 353:4
**version** 327:19
**versus** 259:13
295:9,10 306:17
339:2 353:3,4
**vertical** 285:20
326:20,21
**video** 259:8,11
**videographer**
256:24 259:1,19
301:5,8 355:9,12
365:23
**videos** 324:24
**videotaped**
255:10
**view** 281:1
282:14 283:23
285:17 286:12
286:14,15,18
287:14,14
288:17,20,24
289:1,15,20
290:1,11 296:21
**virginia** 321:8,9
**virtually** 259:4
**visible** 320:8
321:3,4,6,21
324:14,15
325:12
**visited** 275:19
**visiting** 276:12
**vol** 370:4,20
**volume** 255:11
291:14 300:15

305:3,4 331:18
**volunteer** 256:13
**vs** 255:5

## w

**wait** 261:21
**waiting** 265:14
**waived** 258:4,16
**walk** 309:21
**want** 263:23
268:6,11 272:9
292:2 294:14
297:2 306:19
308:6 320:25
333:9 346:11
349:21 351:16
351:18 353:8
354:8 355:22
358:17
**wanted** 261:9
279:14 280:21
290:13,15,15
296:18,19,23
297:18 299:10
**washington**
256:21 267:23
268:23 269:3,7
269:16 270:21
**wavelength**
310:10,12 318:5
320:3,4 353:9,10
**wavelengths**
310:18,20
326:22
**waveplate** 362:8
**waxler** 294:25
**way** 264:18
268:3 274:20

294:3,4 312:17
320:6 331:2
338:9 339:23
340:16,19,21
342:8 345:10,11
346:11 363:1
364:6,9
**ways** 289:5
309:25 319:4,15
**we've** 287:24
305:3 330:17
**wearing** 320:12
**weird** 351:13
**weissman** 256:5
**welcome** 292:24
**went** 270:20
281:21 321:9
348:18,19
**whatsoever**
274:20
**white** 334:8,23
335:25 337:24
338:19,24 339:3
339:4,9,13
340:22,25 341:9
342:4 343:4
**wide** 310:20
347:4
**width** 280:10
281:17 282:9
283:9,19,20,25
284:4,8,12,17,18
284:19 285:4,6
286:6 287:16
289:8,11,16
290:23 291:5
292:20 293:20
346:21

[williams - zussman]                                                    Page 30

| williams 256:12 | 358:2 360:16 | x | | z |
| 261:8,16 263:16 | 363:15 368:9 | | | |
| 265:10,15 266:8 | 370:4 | **x** 257:1,5 299:8 | | **zero** 358:20 |
| 266:15,20 267:2 | **witnesses** 275:8 | 304:19 | | **zone** 277:22,25 |
| 272:17,23 | **woods** 255:4,4 | **xrf** 268:5 270:3 | | 278:24 279:3 |
| 273:10 274:10 | 259:13,13 262:9 | 270:16 | | **zoom** 261:18 |
| 274:24 275:25 | 267:8,12 269:15 | | | **zussman** 354:16 |
| 276:15 283:21 | 270:22 273:15 | **y** | | |
| 284:14 287:24 | 288:6 302:4,11 | | | |
| 289:17 290:24 | 302:20 303:4,20 | **yeah** 280:15 | | |
| 298:6 300:16,19 | 304:1,6,11 | 288:19 326:6 | | |
| 301:23 306:15 | 305:18 306:13 | 328:23 329:17 | | |
| 308:19 312:24 | 347:21 348:11 | 340:20 342:9 | | |
| 330:7 331:21 | 349:20 365:3 | 349:9 352:3,5,6 | | |
| 335:8 359:3,9 | 370:3 | **year** 326:4 | | |
| 363:14 365:10 | **word** 287:9,11 | **years** 324:23,23 | | |
| 365:16 | 287:20 288:24 | **yell** 291:10 | | |
| **williamson** | 299:11 310:9 | **yelled** 291:23 | | |
| 256:24 259:18 | 319:2 | **yelling** 291:9,12 | | |
| **willow** 271:17 | **words** 313:16 | **yellow** 309:8 | | |
| 271:21 272:2 | 329:2 | 313:21,23 | | |
| 273:5,9,17,19,20 | **wore** 320:13 | 323:16 324:2,3 | | |
| 274:14,23 | **work** 267:23 | 324:10 325:10 | | |
| 275:23 276:19 | 269:12,14 | 335:25 338:19 | | |
| **winchite** 357:18 | 270:15,17 | 340:18,25 | | |
| **wish** 279:11 | 273:19 274:7 | 342:23 343:17 | | |
| **witness** 258:22 | 275:5,5 276:6,10 | 346:13 348:3 | | |
| 259:7 260:2,6 | 276:22 298:2 | 351:20,22 352:8 | | |
| 265:14,16 266:9 | 304:20 305:9 | **yellowish** 322:17 | | |
| 266:16,21 267:3 | 306:13 309:13 | 322:17 323:14 | | |
| 272:18,24 | 320:6 | 340:11 341:23 | | |
| 274:11 275:1,2 | **works** 286:7 | 342:4 | | |
| 276:2,16 283:22 | 321:16 331:2 | **yellows** 318:4 | | |
| 284:16 300:18 | **written** 305:13 | **yellowstone** | | |
| 300:20 301:2 | 306:8 | 266:6 271:19 | | |
| 306:21 308:21 | **wrong** 314:7 | 272:15,22 | | |
| 313:1,9 330:8 | **wsu** 257:8 268:5 | 275:18 | | |
| 331:22 335:9 | 268:17,18 270:3 | **york** 255:1 256:7 | | |
| | | 256:7,10,17 | | |
| | | 259:16 | | |

New York Code

Civil Practice Law and Rules

Article 31 Disclosure, Section 3116


(a) Signing. The deposition shall be submitted to
the witness for examination and shall be read to or
by him or her, and any changes in form or substance
which the witness desires to make shall be entered
at the end of the deposition with a statement of
the reasons given by the witness for making them.
The deposition shall then be signed by the witness
before any officer authorized to administer an
oath. If the witness fails to sign and return the
deposition within sixty days, it may be used as
fully as though signed. No changes to the
transcript may be made by the witness more than
sixty days after submission to the witness for
examination.



DISCLAIMER: THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019. PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

Exhibit 69

Page 1

1                  UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF NEW JERSEY

3

_____

4

5                    MDL No. 16-2738(FLW)(LHG)

6    IN RE:  JOHNSON & JOHNSON

     TALCUM POWDER PRODUCTS

7    MARKETING, SALES PRACTICES,

     AND PRODUCTS LIABILITY LITIGATION

8

_____

9

10

11

12

13

14                  The remote video deposition of WILLIAM LONGO,

15                  Ph.D., taken via Zoom videoconference on

16                  May 2, 2024, commencing at approximately

17                  11:20 a.m., before Lois Anne Robinson,

18                  Certified Realtime Reporter.

19

20

21

22

23

24

Page 2

```
 1                   A P P E A R A N C E S
 2      COUNSEL FOR PLAINTIFFS:
 3               BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
                 218 Commerce Street
 4               Montgomery, Alabama  36103
                 BY:  Leigh O'Dell, Esquire
 5                    Leigh.odell@beasleyallen.com
                      Leanna Pittard, Esquire
 6                    Leanna.pittard@beasleyallen.com
 7               ASHCRAFT & GEREL
                 1825 K Street NW, Suite 700
 8               Washington, DC  20006
                 BY:  Michelle A. Parfitt, Esquire
 9                    Mparfitt@ashcraftlaw.com
10               COHEN, PLACITLA & ROTH
                 127 Maple Avenue
11               Red Bank, New Jersey  07701
                 BY:  Christopher Placitella, Esquire
12                    Cplacitella@cprlaw.com
                      Drew Renzi, Esquire
13                    Drenzi@cprlaw.com
14               REILLY, McDEVITT & HENRICH, P.C.
                 3 Executive Campus, Suite 310
15               Cherry Hill, New Jersey  08002
                 BY:  Stephanie DiVita, Esq.
16                    Sdivita@rmh-law.com
17      FOR THE DEFENDANT:
18               KING & SPALDING
                 1185 Avenue of the Americas
19               34th Floor
                 New York, New York  10036
20               BY:  John Ewald, Esquire
                      Jewald@kslaw.com
21                    Jake Keester, Esquire
                      Jkeester@kslaw.com
22
        VIDEOGRAPHER:  Maria Lima
23
                 Lois Anne Robinson, RPR, RDR, CRR
24               Court Reporter
```

Page 3

1                           I N D E X

2    EXAMINATION                                   PAGE

3    By Mr. Ewald                                    6

4

5                       * * * * * *

6    EXHIBITS                                       PAGE

7    Exhibit 1                                       17

8       Lizardite Standard

9    Exhibit 2                                       17

10      Antigorite Standard

11   Exhibit 3                                       31

12      Shu-Chun Su - "The Dispersion Staining Technique and Its

13      Application to Measuring Refractive Indices of Non-Opaque

14      Materials, with Emphasis on Asbestos Analysis"

15   Exhibit 4                                       31

16      Shu-Chun Su - "Rapidly and Accurately Determining Refractive

17      Indices of Asbestos Fibers by Using Dispersion Staining

18      Method"

19   Exhibit 5                                       42

20      Notice of Deposition

21   Exhibit 6                                       43

22      PSC Objections to Updated Notice of Deposition

23   Exhibit 7                                       56

24      Curriculum vitae

Page 4

1                    I N D E X - (continued)

2    Exhibit 8                                      57

3      Reliance list

4    Exhibit 9                                      57

5      Fourth Supplemental MDL expert report - 4/29/24

6    Exhibit 10                                     58

7      Supplemental expert report - 5/2/24

8    Exhibit 11                                     58

9      MDL second supplemental expert report - 2/1/19

10   Exhibit 12                                    145

11     2/4/20 - Longo - "The Heavy Liquid Separation Method for the

12     Analysis of Cosmetic Talc to Detect Amphibole and Chrysotile

13     Asbestos"

14

15

16

17

18

19

20

21

22

23

24

```
                                            Page 5

 1   VIDEOGRAPHER:

 2              We are now on the record.

 3              My name is Maria Lima.  I'm a

 4   videographer for Golkow.

 5              Today's date is May 2nd, 2024, and the

 6   time is 11:20 a.m.  This remote video deposition

 7   is being held in the matter of Talcum Powder

 8   Litigation.

 9              The deponent is William E. Longo, Ph.D.

10              All parties to this deposition are

11   appearing remotely and have agreed to the witness

12   being sworn in remotely.  Due to the nature of

13   remote reporting, please pause briefly before

14   speaking to ensure all parties are heard

15   completely.

16              Counsel's appearances will be noted on

17   the stenographic record.

18              The court reporter will now swear in

19   the witness.

20

21              WILLIAM LONGO, Ph.D.,

22        the witness, after having first been

23   duly sworn to tell the truth, the whole truth,

24   and nothing but the truth, was examined and
```

```
                                              Page 6
 1   testified as follows:
 2                       EXAMINATION
 3   BY MR. EWALD:
 4   Q         Good morning, Dr. Longo.
 5   A         Good morning.
 6   Q         It's been a while.
 7   A         It has been a while.
 8   Q         Okay.  So let's get some of the
 9   logistics out of the way first.
10             Well, first question is where are you
11   today?
12   A         I am in -- I'm at the -- I'm at
13   Materials Analytical Services, LLC, and I'm
14   sitting in the second -- the small conference
15   room.
16   Q         And is there anyone in the room with
17   you?
18   A         Yes.
19   Q         Who?
20   A         Leigh O'Dell.
21   Q         Anybody else?
22   A         No.
23   Q         What --
24             At least on the screen I see a number
```

Page 7

1   of different stacks of paper.  Can you generally
2   describe for me what you have in front of you so
3   I know what you have?
4   A          Well, I have the supplement expert
5   report, MDL Johnson's Baby Powder, et cetera,
6   et cetera, May 2nd, 2024, which just, on page --
7   page -- on page 5, an overview, this supplement
8   report was done to correct typographical errors
9   involving the container calculations.  And then I
10  point out where those corrections were made and
11  what was made.  They're very minor, but there
12  were some typos there on the number of
13  containers.  And that's the only thing I changed.
14  Q          Okay.
15  MS. O'DELL:
16             And, John, I will put that in the chat
17  so you'll have it.
18  MR. EWALD:
19             Yeah.  That'll be -- I was worried I
20  was missing it.  So, yes, that would be great to
21  put it in the chat.  Thank you.
22  A          I also have a report, PLM analysis,
23  chrysotile RIs and structure size for MAS's
24  RG-144 and SG-210 chrysotile standard in the

Page 8

1    analysis of fibrous -- fibrous talc and other

2    information, William E. Longo, Ph.D., CEO, MAS,

3    LLC, September 2nd, 2022.

4              I'm fairly certain that this has

5    been -- this has been provided in the past.  And

6    what we have here is, on table 2, is the RG-144

7    Calidria spiked Johnson baby powder -- Johnson

8    talcum powder samples where we did PLM analysis

9    on the RG-144 spiked starting at table 2,

10   .1 percent all the way down to .0001 percent.

11   There's a typo there.

12   Q         Sorry.  So the record's clear, what's

13   the typo?

14   A         CSM, we also did a standard spike from

15   .1 percent to .0001 percent, which that should be

16   for the ISO.  So this was our standardization on

17   the number of structures of the Calidria going

18   all the way down, and then we have some other

19   information there that we've also provided.

20             I have --

21   Q         Sorry, Doctor.  Before we leave that

22   one, I just want to make sure I understand the

23   typo that you referred to on table 2, page 4, of

24   this report.  There's an extra zero on M65947?

Page 9

```
 1    A          It should be 0.001 percent, like the
 2    exact same number down there for the CSM.
 3    Q          Okay.
 4    A          That's one too many zeros there.
 5    Q          Right.
 6    A          And it's interesting.  I always find
 7    that in the deposition when I'm explaining what
 8    we have.
 9               This was a -- we sent these in.  I was
10    just able to locate them, the request in the --
11    it's the photographs for the lizard- --
12    lizardite, which -- in 1.550, and the antigorite
13    in 1.550 showing the difference that you get for
14    chrysotile for that.  That's a response to the...
15               I also, starting over here, I have
16    volume 69, second quarter, 2022, the published --
17    the published paper for Dr. Shu-Chun Su in the
18    journal called The Microscope, volume 69,
19    hyphen -- I mean 69-2, pages 51 through 69, 2022,
20    entitled "The Dispersion Staining Technique and
21    Its Application to Measuring Refractive Indices
22    of Non-opaque Materials, with Emphasis --
23    Emphasis on Asbestos Analysis."
24               And he gave a -- he had some
```

Page 10

1    corrections in -- I think the following -- I

2    think the third quarter on the -- on the one

3    zero -- on the chrysotile.  Yeah.  Table 5,

4    conversion for chrysotile and Cargille, 1.550

5    corrected.

6              Okay.  I have a document, big document

7    here, and this was stuff that was asked for in

8    the -- it's called a supplement expert report,

9    Comparison of RIs in chrysotile structure size,

10   Union Carbide SG-210 chrysotile products from the

11   Coalinga mine in California, Montana talc source

12   for both Gold Bond and Clubman body powder,

13   fibrous talc and reduced size NIST 1866b

14   chrysotile standard, October 9th, 2023.

15             Moving right along --

16             Oh, I also have Dr. Su's handout that

17   he would -- when he inspected laboratories for

18   NVLAP, he would hand out a document called

19   "Rapidly and Accurately Determining Refractive

20   Indices of Asbestos Fibers by Using Dispersion

21   Staining Method."  And this one is a revision of

22   2010-07-11.

23             I also brought along the ISO 22262-1,

24   Method Bulk -- Bulk -- you know, Bulk Material,

Page 11

1  Part 1.

2            Somewhere in here I have the EPA R-93.

3  Here it is.  I brought that along in case we need

4  it for any reason.

5            I have a giant notebook that -- and

6  that's my reliance materials as a first section.

7  Then we have my testimony list.

8            You have this, I think; right?

9  Q         Well, we'll get to it.  I'm not sure I

10  have your most up-to-date stuff.  But, yes, we

11  have a version.

12  A         I have the fourth supplement report of

13  William Longo, April 29th, 2024.  And this one

14  was where -- yeah.  I had to make a few

15  corrections, I think, in that.

16            My CV.

17            Analysis of Tamara Newsome's Johnson's

18  Baby Powder container, 11-17-23.  So that's the

19  report.

20            The third supplement MDL report,

21  11-17-23.

22            Analysis of J&J's historical Imerys

23  railroad -- railroad samples that are in the

24  original February 1st, 2019, document.

Page 12

1          Asbestos -- next section is Asbestos in

2    talc fiber exposure tables, 1960 to 2000, Johnson

3    Baby Powder and Shower to Shower.

4          Then I have supplement expert report,

5    comparison of RIs in chrysotile -- chrysotile

6    structure size.  Well, that's -- that's the

7    report part of that notebook.

8          The Valadez 228 analysis, that one

9    sample.  I'll call it an off-the-shelf sample

10   that Joe Satterley sent me.

11          The report for Daniel Doyle, which,

12   again, was a analysis that was sent to me, I

13   believe, by Simon Greenstone.  These were samples

14   that were analyzed for Chinese that were not in

15   the original MDL report.

16          What's next?

17          Analysis of Carolyn Weirick, 1.5-ounce

18   container.  That came from Simon Greenstone.

19          Then I have analysis of

20   Johnson & Johnson talc products for amphibole

21   analysis, expert report.  Oh, this is an oldie,

22   July 2018.  I'm seeing who this came from.  Oh,

23   Simon -- that's another Simon Greenstone.

24          The --

```
                                            Page 13

 1    Q         Sorry.  2018 was a Simon Greenstone?

 2    A         Yes.

 3    Q         Okay.  But it's amphibole?

 4    A         I didn't look at the results.

 5    Q         All right.

 6    A         Let me get past the chain of custody.

 7    It was only for amphiboles.

 8    Q         Okay.  And, just for the record, can

 9    you give your internal control number, whatever

10    you call it, for that one?

11    A         Oh.  Our MAS lab tracking number?

12    Q         Precisely.

13    A         It's M68483.

14    Q         Thanks.

15    A         Then we have the Marie Cully supplement

16    report, M71046.  And this was done on May 14th,

17    2020, revision 1.

18              I'll get the results and see what we

19    did.  Oh.  This went back -- this was -- went

20    back and did for -- for chrysotile.

21              Then we have Supplement Analysis Report

22    M- -- where is it?  M71095.  This is Janet

23    Tutley's JB container split, September 23rd,

24    2022, revision 2.  And this was for chrysotile.
```

Page 14

1   Where did we find it here?  Analysis of talc

2   fibers as well.

3              Then we have Chinese talc analysis

4   report, revision 9-16-2022.  Oh.  These are --

5   looks like it's M71109 to M71111.  I believe

6   these are the -- the Chinese retains that we

7   received from --

8              Who sent those to us?  It might have

9   been either Seagrave or Sanchez, RJ Lee.

10             Then we have a supplement report 1, MAS

11  project M71166, off-the-shelf 2020 Johnson Baby

12  Powder talcum powder analysis.  And these are the

13  ones that I purchased when they -- when the

14  product was still on the market.  And they

15  came --

16             Well, you can look at it.  But I gave

17  you, you know, the M number.

18             Then we have the Shawn Johnson

19  Johnson Baby Powder analysis.  That was the 10

20  containers that were purchased by Shawn Johnson's

21  mother and sent directly to us.

22             Then we have two Johnson Baby Powder

23  and one Gold Bond off-the-shelf containers from

24  Lucky's.  And those would have came from Joe

Page 15

1    Satterley, case of McLean, and it's M number

2    M71216.

3              The next one is Johnson Baby Powder

4    analysis, compiled notebook, 2-9-2021, MAS

5    project M71241.  And these were all 2018

6    containers.  And that means -- I think these were

7    ones that I purchased.  Yeah.  These -- these --

8    these were purchased by me off -- off the

9    Internet from Ralph's, which is out in

10   California, I assume.

11             I also have in here the June 6th, 2019,

12   rebuttal expert report for the Prop 65.  I don't

13   recall saying I was relying on this, but I guess

14   if you want to ask questions, that's fine.

15             Also, I have supplement report, two

16   off-the-shelf 2020 Johnson Baby Powder -- well,

17   Johnson Baby Powder analysis, MAS projects M71166

18   and M71180.  These were containers purchased by

19   me from CVS in Suwanee, Georgia, and from

20   Walgreens from Johns Creek.  And then I got a

21   sample in -- a full container from Target in Blue

22   Springs, Missouri.

23             The last one would be Linda Zimmerman,

24   supplemental analysis report, MAS project M70484.

```
                                            Page 16

 1             And that's what's in that book.

 2             Now, I just want to put this on the

 3   record.  It is my understanding that Judge

 4   Wolfson excluded our PLM opinions about amphibole

 5   asbestos during the Daubert hearing.  While I

 6   disagree that this -- this should have happened,

 7   you know, what I would say about the PLM analysis

 8   is that that hearing was four years ago, and

 9   we've certainly advanced the science, advancement

10   in science on the PLM.  I think some of the

11   issues she had I believe we've cured, you know,

12   but I'm always hesitant to violate -- violate

13   a -- a -- a -- a federal judge's order.  So, you

14   know, I just have to go from there.

15   Q        Okay.  Thank you for that.  And --

16             All right.  So first question after all

17   of that is the lizardite and antigorite

18   standards, you kind of trailed off, at least from

19   what I heard.  Was that in response to recent

20   questions from my partner, Kevin Hynes?

21   A        Well, I told Kevin Hynes I had them.

22   So, interesting enough, the -- the request for

23   them showed up in the deposition notice for here,

24   so I provided them.
```

Page 17

1    Q          All right.

2    A          That was a long answer to your question

3    that should have been yes.

4    Q          All right.  And, so, you said you had

5    them.  How long has --

6              Well, let's first mark -- we'll go

7    ahead and mark as Exhibit 1 the --

8              It's labeled the lizardite standard,

9    and Exhibit 2 will be the antigorite standard.

10             (DEPOSITION EXHIBITS 1 AND 2

11             WERE MARKED FOR IDENTIFICATION.)

12   MR. EWALD:

13   Q          Doctor, the -- first, let's take

14   lizardite, Exhibit 1.  How long has MAS --

15             Let me rephrase that.

16             When was the lizardite standard created

17   by MAS?

18   A          Well, it wasn't so much created.  We

19   had lizardite and antigorite, as well as some

20   others, for a long time.  In fact, we never

21   really ran into the issue.  But soon as we

22   started identifying -- when we started

23   identifying chrysotile, these, of course, are two

24   polymorphs of chrysotile, and -- in the cosmetic

Page 18

1    talc.  I wanted to make sure that we weren't

2    misidentifying antigorite and/or lizardite and

3    see what the PLM ranges were for our standards we

4    had in-house.  Because these standards have been

5    around for some time.  We never really had to do

6    anything with them.  But it was mostly for the

7    TEM folks to take a look at, if we needed to.

8              Now, when we did this would have been

9    back in 2020 or 2021.

10   Q        And when you say --

11             Hold on.  This is always interesting

12   when you try to put something on screen.  Let's

13   see how this goes.

14             Do you see the lizardite standard on

15   your screen, Doctor?

16   A        I do.

17   Q        All right.  When you say you did this

18   in 2021, are you testifying that the document

19   that was marked as Exhibit 1 was created in 2020,

20   2021 time frame?

21   A        Yes.  Somewhere where we started

22   finding the -- the size of the -- size of the

23   chrysotile structures, I wanted to make sure we

24   weren't misidentifying the polymorphs.  It's

Page 19

1  either 2020 or 2021.  And it was clearly that it

2  was different, so -- and because nobody

3  suggested, none of the defense experts suggested

4  that we were misidentifying either antigorite

5  or -- or lizardite, all -- all the -- all the

6  opinions that we were misidentifying fibrous talc

7  as chrysotile.

8           So we spent all our research time

9  looking at fibrous talc, looking at how the

10  birefringence is so different from chrysotile, we

11  just sort of stuck these away.

12           Now, if the defense experts' opinions

13  are now changing, that they want to abandon the

14  chrysotile, their opinions after two-and-a-half

15  years of saying we're misidentifying fibrous talc

16  for chrysotile, and now they're saying, well,

17  it's antigorite or lizardite, you know, that'll

18  be up to them to explain why they're changing

19  their minds.

20           So we just -- I just put them away and

21  kind of forgot about them.  It wasn't until your

22  colleague asked about them and I go, "oh, yeah,

23  we've got those."  But we've never really had to

24  do anything with them, because it was all about

Page 20

1   fibrous talc misidentification.

2   Q        To be so clear, because I wasn't sure

3   from your answer, what we've marked as Exhibit 1

4   that is -- hold on -- 5 images labeled "lizardite

5   standard," that was -- those images were created,

6   photographed in 2020, 2021 time frame?

7   A        Yes, sir.

8   Q        Okay.

9   A        In 1.550.  And these would have been

10  with the old microscopes.

11  Q        And the -- you said you had the

12  lizardite, antigorite standards around for a

13  while.  What is the -- what is the source of the

14  lizardite, antigorite standards?

15  A        You know, it's been so long, I would

16  have to look it up and see if we actually -- what

17  the source was.  I mean, I literally haven't

18  looked at these in two, three years.

19          If you'll notice, you know, a lot of

20  our reports, besides identifying chrysotile by

21  PLM, is also showing what the birefringence and

22  the difference in the fibrous talc.  But we just

23  don't really run across these materials.

24          Number 1, antigorite, in the

Page 21

1    Environmental Protection Agency book that has

2    been read back to me many times, in the section

3    called "Asbestiform, Nonasbestiform," in the

4    AHERA, and it says antigorite is the

5    nonasbestiform.

6                Well, we all know it can be fibrous

7    from time to time, but we haven't seen this in

8    the PLM analysis.  So that's the reason it's

9    really never come to light, meaning it wasn't

10   really important, because this is not what we had

11   been accused of misidentifying.

12   Q       Well, in your --

13               Well, first of all, the -- in the slide

14   at the bottom, it says "antigorite" and, in

15   parentheses, "Ontario."  Is it your understanding

16   that the standard for antigorite that MAS used

17   originated from Ontario?

18   A       Yes.  And that would --

19               Well, so this -- I'm sure, you know,

20   the Ontario chrysotile up there is all

21   serpentine, originated from serpentine, and this

22   would be a serpentine.  So that's my

23   understanding.  It came from Ontario -- from the

24   Ontario mines up there.

Page 22

```
 1   Q          And, so, we were looking at page 1 of
 2   Exhibit 1 for lizardite.  At the top we have RA
 3   values of 1.567 to 1.585.  That's what's written;
 4   correct?
 5   A          Correct.
 6   Q          And is that your understanding of the
 7   range of RI values for antigorite -- for
 8   lizardite when looking at it in parallel
 9   position?
10   A          It's in that range of them.  And, you
11   know, here we have the 1.67.  You've got more of
12   the orangish-red.  That's --
13              And then on the upper side here, we've
14   got these whites in here.  So that gives you the
15   1.585.  If you were to average that, that's going
16   to be 6, 7, 10 -- yeah.  That's gonna be in the
17   high 1.5 --
18              Well, instead of me just guessing, it's
19   probably going to give you an average refractive
20   indices --
21              1.567, 5 -- is 12 -- 7, 1.527 versus
22   1.585.  I mean 80.  So you're gonna be in the
23   1.5 -- let's see -- 9, 3, 8, 4, 7, 5, 6, 6.
24   1.8576.  So that's outside the range we've ever
```

Page 23

1    seen for chrysotile.

2              But, more importantly, if you go to the

3    perpendicular, no matter if you're -- you know,

4    you're always getting the blues, and we're not

5    here.  We've got 1.563 to 1.582 -- 1.563, 82 --

6              Two and 3, that's 5...and 1.645.

7              No.  It's got to be harder than that.

8    Oh.  1.615.

9              Let me just do the math on the

10   calculator before I screw up.

11   Q          Feel free.

12   A          I didn't bring it.

13              Anyway, you're not getting any of the

14   what I would call the blues that you typically

15   see in 1.550, so you have -- you have -- your

16   refractive indices are way too high for it to

17   be --

18              You're getting close now to what you

19   might see for talc.  63 to 82, you know, you

20   take -- you take the 1.585, it doesn't -- it

21   doesn't work.  I mean, those colors, it doesn't

22   work.  You know, I haven't done the math on it,

23   but the refractive indices are way too high to be

24   chrysotile.  Way too high.

Page 24

```
 1   Q          It's your testimony that when you
 2   were -- when MAS was analyzing talc samples by
 3   PLM for the presence of chrysotile, that you
 4   referred to these lizardite and antigorite
 5   samples?
 6   A          Yes.  We took a look at this and go,
 7   well, we're not seeing anything close to that.
 8   Now, you may get --
 9              Because you've got, basically, very
10   close refractive indices on both the
11   perpendicular and parallel, but you've got the
12   wrong wavelengths.  I mean, if you were to go
13   into the chart that likes to be shoved in my face
14   all the time for the ISO chart, when it says
15   1.550 for chrysotile and take a look at the
16   central stop data, and the -- you're gonna be --
17   you're gonna be outside of the range.
18   Q          Okay.  And --
19   A          For the 1.56, you know, it's -- you're
20   not getting the same dispersion colors.
21              Now, we can argue over the gold and
22   yellow, et cetera, but you're not gonna find any
23   Calidria that looks like that.  And, again, this
24   was just put away because it was never suggested
```

Page 25

1   that MAS was misidentifying antigorite or

2   lizardite as chrysotile.  It was all fibrous

3   talc.  Fibrous talc.  Or for the -- for the

4   experts who say there is no fibrous talc, it was

5   all talc plates on edge.

6   Q        In any of your reports or analysis of

7   talc by PLM for chrysotile, did you reference

8   that you ruled out antigorite and lizardite as a

9   possibility?

10  A        No.  Because right off the bat we were

11  being accused of misidentifying it fibrous talc.

12  That's in -- just about in every report.  Because

13  this is why they say --

14          And then I was rebutting it as why

15  they're wrong.

16          Nobody has ever said that we're

17  misidentifying chrysotile for lizardite and

18  antigorite.  And here is an interesting one,

19  because this lizardite actually has a few pieces

20  of --

21          Since it's a polymorph, you can get

22  either or, or you can get a little bit of both.

23  We show -- can show the little pieces on here

24  where we have reddish-magenta to blue, which

Page 26

1    pretty much would put it into the -- as

2    chrysotile.  But the majority of it is not, you

3    know, because the majority of the rest of this is

4    the lizardite.

5    Q         So this is, looking now at Exhibit 2,

6    you're describing slide 1, and the -- it's -- the

7    title of the slide is "antigorite standard."

8    Correct?

9    A         Antigorite?  I thought this was the

10   lizardite one?

11   Q         You see at the top "antigorite

12   standard"?  I'm not -- I'm just looking at what

13   you are telling me, Doctor.

14   MS. O'DELL:

15             You moved from Exhibit 1 to Exhibit 2.

16   MR. EWALD:

17             I did, yes.  And I identified this as

18   Exhibit 2.

19   MS. O'DELL:

20             Okay.  I just wanted to make sure we

21   were on the same --

22   MR. EWALD:

23             Yeah.

24   A         If you go down to the bottom --

```
                                          Page 27

 1              If you scroll up just a tad --

 2              There you go.  Bundle of lizardite.

 3   MR. EWALD:

 4   Q         Okay.  So --

 5              And the record will reflect, one way or

 6   another, I got these about, you know, a couple

 7   minutes before the deposition, so I'm seeing this

 8   for the first time.  But, Doctor, all of these in

 9   this -- we marked as Exhibit 2 that's labeled

10   "antigorite standard," these are all, in fact,

11   lizardite?

12   A         Yeah.  It's --

13              You know, if you look at our PLM

14   analysis, we give you, you know, dispersion

15   staining, both, you know, perpendicular and

16   parallel.  Then we do cross-polars.  Excuse me.

17   Then we do elongation, then cross-polars and then

18   no pol- -- then no polars.  That's pretty

19   standard of what we do for anything we're doing

20   with PLM.

21   Q         Right.  But what we're looking at here,

22   the images, even though the title says

23   "antigorite standard," what we're looking at are

24   images of lizardite.  Fair?
```

Page 28

```
 1   A          It's lizardite.  If you look at --
 2   MS. O'DELL:
 3              If I could --
 4   THE WITNESS:
 5              I'm sorry.
 6   MS. O'DELL:
 7              I think this confusion, the files
 8   were -- were -- the names were transposed.  So
 9   the file that says lizardite -- and Dr. Longo can
10   confirm this -- actually has antigorite, and the
11   file named antigorite actually has lizardite.  So
12   just so --
13   THE WITNESS:
14              We have the appropriate name on the
15   photographs.
16   MS. O'DELL:
17              Yes.  The appropriate name's on the
18   photograph.
19   THE WITNESS:
20              My assistant, when I said please scan
21   these, got a little confused.
22   MS. O'DELL:
23              Yeah.  So we correct that --
24   MR. EWALD:
```

Page 29

1            That's fine.  I'm just trying to make

2    sure the record's clear.  I appreciate that.

3    So -- all right.

4    MS. O'DELL:

5            So, John, do you mind, for clarity,

6    (garbled Zoom) lizardite in Exhibit 2 is

7    antigorite, is what I heard earlier, and so the

8    record will reflect that the appropriate images

9    will go to that exhibit number.  Sorry for the

10   confusion.

11   MR. EWALD:

12           That's okay.  You did break up a little

13   bit there, but I think what you're saying is

14   however they're labeled or not, Exhibit 1 is, in

15   fact, antigorite standard, and Exhibit 2 is, in

16   fact, lizardite standard.  Correct?

17   MS. O'DELL:

18           Either way.  Just so it's clear.  I

19   mean, you named the first one Exhibit 1 was

20   lizardite, and Exhibit 2 was antigorite.  We just

21   need clarity that those are actually what's

22   being, you know (garbled Zoom) --

23   MR. EWALD:

24           I know.  And so what I'm saying is --

Page 30

```
 1   it is confusing.  But for Exhibit 1, I marked
 2   what was labeled lizardite standard but we've now
 3   determined is, in fact, antigorite standard.
 4   And, so, Exhibit 1 will be the antigorite
 5   standard, and Exhibit 2 will be the lizardite
 6   standard.  Okay?
 7   MS. O'DELL:
 8           That's great.
 9   MR. EWALD:
10           Great.
11   Q       All right, Doctor.  The two Su articles
12   that you mentioned that you had in front of you,
13   are those articles that you previously referred
14   to in litigation?
15   A       Yes.  One -- one is -- one is an
16   actually peer-reviewed publication, and that's
17   the 2022 one from -- in Microscope.  And then the
18   other one is a handout he would typically give
19   out to labs that -- that just goes back to -- all
20   the way to, you know, 19- -- 1918?  Not 1918.
21   1980s or so or '90s.  And it is just a handout.
22   Essentially, some of the same information he has
23   in his publication, same charts, same look-up
24   tables, et cetera.
```

Page 31

```
 1              So, yes.  So these are what I've been
 2   relying on a while about Dr. Su.
 3   Q         Okay.  And, so, we'll mark as Exhibit 3
 4   the Su 2022 Microscope "Dispersion Staining
 5   Technique and Its Application to Measuring
 6   Refractive Indices of Non-Opaque Materials, With
 7   Emphasis on Asbestos Analysis."
 8              (DEPOSITION EXHIBIT NUMBER 3
 9              WAS MARKED FOR IDENTIFICATION.)
10   MR. EWALD:
11   Q         Doctor, is the highlighting that we see
12   on the version that I received yours?
13   A         It is.
14   Q         And, then, on Exhibit -- we'll mark
15   Exhibit 4 the -- also by Dr. Su, the "Rapidly and
16   Accurately Determining Refractive Indices of
17   Asbestos Fibers By Using Dispersion Staining
18   Method."
19              (DEPOSITION EXHIBIT NUMBER 4
20              WAS MARKED FOR IDENTIFICATION.)
21   MR. EWALD:
22   Q         Doctor, on this one, is this a copy
23   that you had received at MAS?
24   A         Well, I think I went and looked -- and
```

Page 32

1    looked them up.  But, yeah, we -- we've had a

2    number of these, but I didn't know if I had

3    the -- this was like almost -- yeah, the 2010

4    one.  But they're all basically the same.  So I

5    just put this one in as an example if we have to

6    discuss the -- what I would call is -- is

7    determining asbestos refractive indices by

8    dispersion staining, stages 4A and 4B, and

9    compare those to the tables that we produced --

10   not produced but he had a, you know, QR code on

11   his paper where you could download all the -- the

12   determining asbestos refractive indices for

13   dispersion staining either in Cargille E or

14   another type.  And if you compare those two

15   charts or those two look-up tables, they are

16   literally identical.

17   Q         And, so, then, in your -- I guess the

18   question is:  In your view, what does what we

19   marked as Exhibit 4 add to the opinions you're

20   offering with respect to PLM and chrysotile?

21   A         Well, first off, if we go to the -- if

22   we go --

23             Is Exhibit 4 the actual peer-reviewed

24   paper?

```
                                              Page 33

 1   Q            Exhibit 4 is the rapid paper.  Exhibit

 2   3 is the --

 3   A            Okay.  Exhibit 3, we have been --

 4                To verify that our refractive indices

 5   for the chrysotile was in the range, what was

 6   found for chrysotile, and not just have everybody

 7   working off the 1866b National Institutes of

 8   Standard Technology standard for chrysotile that

 9   came from Black Lake area up in Canada --

10                And it was always pointed to that one

11   of the reasons we were misidentifying chrysotile

12   is that we didn't have -- we weren't getting the

13   same refractive indices that are for the NIST

14   1866b standard.  And, so, when we start looking

15   at Dr. Su's Rapidly and Accurately Determining

16   Refractive Indices of Asbestos Fibers from --

17   actually gave out, we could see that the ranges

18   that we're finding were actually in his -- in his

19   charts.

20                But then it was stated that we were

21   misusing his -- that wasn't what it's for.  So

22   now he publishes a paper, and on page 51 he says,

23   that highlighting there, "this paper presents a

24   practical procedure for the measurement.  To
```

Page 34

1   facilitate the analysis, two comprehensive suites

2   of precalculated look-up tables for the

3   conversion of the observed matching wavelength to

4   RI were constructed for the two major types of RI

5   liquids:  Cargille" -- which we use, and then the

6   DRIMMC.

7           Well, it doesn't say anything in there

8   that these tables are only for cal- -- for

9   mathematical calculations or anything.  And the

10  Exhibit 3 versus the Exhibit 4, they're

11  identical.

12          Also, I think very important --

13          Let's see where that is.  And,

14  hopefully, I can find it.  Oh, here we go.

15          On page 56 of the document, "select a

16  proper RI liquid to mount the sample."  People

17  have been asked repeatedly why did I change from

18  1.550 to 1.560?  Well, if you read what he says

19  here for my highlight, he says "for high-accuracy

20  measurements such as a regulatory, legal, and

21  forensic analysis, et cetera, the rule of thumb

22  is to choose RI liquids as close as possible to

23  the refractive indices that will be measured.

24  For example" --

Page 35

1          Now, I think this is the most important
2    statement in here.
3          -- "there are chrysotile minerals who
4    [sic] RIs are significantly higher than those of
5    the standard chrysotile from the NIST SR [sic]
6    1866 set."
7          And if you go down further, "in that
8    case, 1.55 -- 1.555 or 1.560, instead of the
9    1.550, RI liquid should be used to determine a
10   gamma."
11         Right here, one of the premier experts,
12   in his published peer-reviewed paper, is stating
13   that there will be higher -- significantly higher
14   refractive indices than found for the standard
15   chrysotile NIST.
16         In my opinion, this statement from a
17   peer-reviewed publication validates everything
18   I've been saying for the last two-and-a-half
19   years.
20         And because our average range of
21   refractive indices, RIs, are from about
22   approximately 1.560 to 1.569, sometimes 1.70, if
23   you average all our RIs out, we have a refractive
24   indice [sic] of 1.560.

Page 36

1          Now, he also produces a table of 1.565.
2     Oh, he doesn't have -- he has a 1.56, you know,
3     RI liquid.  So we went to 1.560 based on this
4     statement right here from Dr. Su.  That's the
5     main reason I rely on this, because here we
6     have -- we have a very -- you know, what has been
7     stated as a very knowledgeable scientist talked
8     about the higher refractive indices that we have
9     been seeing in gamma for the chrysotile finding
10    in the cosmetic talcs, as well as the chrysotile
11    Union Carbide product, SG-210.  They're almost in
12    identical range.  That's -- this is what I
13    primarily rely on for this particular
14    peer-reviewed publication.
15    Q         The -- you just gave a range of what
16    refractive indices MAS -- the finding in its PLM
17    analysis of chrysotile J&J products in the gamma
18    position as 1.56 to 1.569?  Is that what you
19    stated?
20    A         That's the typical range.  Yes.  One
21    time -- sometimes you'll see a 1.570 or 1.571.
22    Sometimes we'll see a 1.5- -- 1.559, 1.558.  But
23    typically where we end up is that 1.560 up to
24    1.569.  And that's why we chose the 1.560.

Page 37

1             It also was suggested -- well, it was
2    also stated by Mickey Gunther that we needed to
3    use a higher refractive indice [sic] fluid to
4    validate that we're finding chrysotile, as well
5    as Adam Seagrave.  And can't remember if Sanchez
6    said it or not, Dr. Sanchez.
7             So to me, this validates what we were
8    doing, a published paper stating that we had the
9    appropriate -- that the higher refractive
10   indices --
11            And, more importantly, it says here
12   "for higher-accuracy measurements."  So now in
13   the 1.560, we're seeing more of the 1- -- of in
14   the low range of the chrysotile for the
15   birefringence, which it's supposed to be.  So
16   it's more accurate using this.
17            So we're probably gonna try 1.565 at
18   some point, but we have to generate a table for
19   it.  So I don't know when we'll do that.
20   Q       When you say "generate a table," how
21   would you go about generating a table for 1.565?
22   A       Same way Dr. Su did.  Just calculate
23   it.  You take --
24   Q       How do you calculate it?

Page 38

```
 1   A          So you have 1.60 and you have a 1.550.
 2   I think we have a 1.55 in here somewhere.  But
 3   you can just cal- -- you can just calculate it.
 4   Alls you have to do is put all the parameters in,
 5   you know, wavelength in.  There's a simple
 6   formula for it.
 7            Now, you're gonna ask what that formula
 8   is.  I'm gonna look it up so I don't make a
 9   mistake.
10   Q          Okay.  So, sitting here today, you
11   don't know what the formula is to create the
12   table for 1.565; correct?
13   A          Well, I don't know it verbatim, and --
14   I can give you certain parts of it, you know.
15   You've got -- you've got to -- obviously, you've
16   got to have the wavelengths.  You're gonna have
17   to have --
18            What is the other two variables?  I
19   can't think.  I'll know it pretty well when I put
20   a 1.565 table together, because that's probably
21   the better refractive fluid since the average of
22   what we're seeing is 1.565.
23   Q          And I take it MAS would have to create
24   a table for 1.565 because you're not aware of
```

Page 39

```
 1   anywhere in the published literature that such a

 2   table exists?

 3   A          Well, I was just gonna go with, you

 4   know, what Dr. Su did, just do the calculations.

 5   Q          But my question is --

 6   A          I'm --

 7   Q          Sorry.  Go ahead.

 8   A          I have not seen a table for 1.565.

 9   Q          And we're looking at the part that you

10   highlighted here.  It's on page 56, as you

11   mentioned, of what we marked as Exhibit 3.  The

12   remains that you said you get the most often for

13   the RI in the gamma direction is 1.560 to 5 --

14   1.569, and everything from 1.561 to 1.569 is

15   above 1.560; correct?

16   A          Yes.

17              And, as I was saying, the average is

18   1. -- the average comes out, typically --

19              I think I went through, you know, what

20   we saw for the SG-210, the average data we saw

21   for Gold Bond, and what we saw for the -- well,

22   Montana talc, primarily.

23   Q          All right.  The -- I just want to be --

24   before we leave what we marked as Exhibit 4, you
```

Page 40

1   mentioned that this Exhibit 4 has the same tables

2   that come up on the QR code; correct?

3   A       Correct.

4   Q       Is there anything else with respect to

5   this article -- I'm sorry.

6           Well, withdrawn.

7           Is there anything else with respect to

8   what we marked as Exhibit 4 that you're relying

9   on for your opinions with respect to PLM

10  chrysotile analysis?

11  A       Oh.  57.

12  Q       And now we're back to Exhibit 3; right?

13  The 2022 article?

14  A       Yes.

15  Q       Okay.

16  A       Constantly I have been shown one of

17  Dr. Su's handouts where he said stay away from

18  yellow.  Don't do yellow.  Stay away from yellow.

19  Bad, yellow.

20          And here we have, on page 57, for an

21  experienced analyst, one can assign the color to

22  be 4.60 [sic] nanometer if closer to golden

23  yellow or 480 nm meters if closer to orange.  And

24  that's something I've been arguing about that.

Page 41

```
 1   An experienced analyst can do this; that yellows
 2   are not bad.
 3           And, again, that goes -- that is
 4   different than what he says in his handouts.  So
 5   it's a little confusing.
 6           But I'm assuming that a peer-reviewed
 7   publication is more authoritative than a handout
 8   that -- given to PLM labs.
 9           Let me see if there's anything else in
10   here that I find interesting.  I think those were
11   the main points.
12   Q        If we go to page 64 of Exhibit 3,
13   there's a table 6, and talks about selection of
14   DRIMMC immersion liquids for asbestos analysis.
15   You have some highlighting there, and you have
16   something that's circled with what appears to be
17   1.545.  What are you indicating there?
18   MS. O'DELL:
19           Page 54, John?  Is that right?
20   MR. EWALD:
21           Exhibit 3.
22   MS. O'DELL:
23           63.
24   MR. EWALD:
```

Page 42

1          Page 64.  It's Exhibit 3.

2    A          My copy doesn't have that, but I sent

3    that electronically.  I'm not sure why I put that

4    1.545 on there.  I'm looking at his charts and

5    1.550.

6    MR. EWALD:

7    Q          Okay.  And, so, when on this chart

8    you've highlighted, under the high accuracy

9    required, regulatory, litigation, forensic,

10   et cetera, for chrysotile in the gamma direction,

11   it lists 1.550, 1.560; correct?

12   A          For routine samples.  Then we have

13   1.550, 1.560, and then it has a little asterisk.

14   And if you go down to the bottom, "there are

15   chrysotile minerals whose refractive indices are

16   higher than those of the NIST SRM 1866

17   chrysotile."  So I don't see anything

18   inconsistent there.

19   Q          All right.  Let's mark as Exhibit 5 the

20   updated Notice of Oral and Videotaped Deposition

21   of William Longo, Ph.D., Duces Tecum, Notice to

22   Preserve and Notice of Inspection.  That will be

23   Exhibit 5.

24          (DEPOSITION EXHIBIT NUMBER 5

Page 43

1            WAS MARKED FOR IDENTIFICATION.)

2    MR. EWALD:

3    Q            And then I'll mark as Exhibit 6 the

4    Plaintiffs' Steering Committee's Responses and

5    Objections to the Updated Notice of Oral and

6    Videotaped Deposition of William Longo, Ph.D.

7    Duces Tecum, Notice to Preserve and Notice of

8    Inspection.

9                (DEPOSITION EXHIBIT NUMBER 6

10            WAS MARKED FOR IDENTIFICATION.)

11    MR. EWALD:

12    Q            Let me go ahead and share my screen.

13    And, Doctor, what I put up here is the Exhibit 6,

14    plaintiff's responses to the updated notice.  Did

15    you have an opportunity to review the updated

16    notice of oral and videotaped deposition of

17    yourself, notice to preserve and notice of

18    inspection?

19    A            Yes.

20    Q            When did you review it?

21    A            Yesterday.

22    Q            And --

23    MS. O'DELL:

24                Just for the record, as you know, there

Page 44

1    was -- there was an initial notice sent.  There

2    was some confusion on whether there was actually

3    a second notice.  So it's the same one yesterday.

4    So --

5    MR. EWALD:

6    Q          Okay.  And, Doctor, if we go to the

7    responses, you see, for example, on number 20, so

8    we're at page 11, all materials related to your

9    or your laboratory's testing of Johnson's Baby

10   Powder or Shower to Shower, including but not

11   limited to, and then it has a number of different

12   specific subparts, the response states, after

13   some objections, "without waiving said

14   objections, any materials in response to this

15   request have already been produced during the

16   talcum powder litigation and, therefore, are

17   already in the possession of defendants.

18   Otherwise, Dr. Longo is not aware of any

19   responsive documents."

20          Did I read those sentences correctly?

21   A          You did.

22   Q          And, so, where the responses and

23   objections state "otherwise, Dr. Longo is not

24   aware of any responsive documents other than what

Page 45

```
 1   has already been produced in the talcum powder
 2   litigation," is that something that you agree
 3   with?
 4   MS. O'DELL:
 5            Just let me interject, just a brief
 6   objection.  Number 1, I would add to this that
 7   we've provided a Dropbox with a number of
 8   materials in it, all of the materials that were
 9   listed on Dr. Longo's materials considered list,
10   and we continue to add to that.
11            So subject to that objection, with what
12   the objection is, you're welcome to ask Dr. Longo
13   specific questions.  But the objections are the
14   lawyer's objections, not Dr. Longo's objections.
15   And, so --
16   MR. EWALD:
17            Right.  And I appreciate that.  But I'm
18   not talking about objections.  I'm talking about
19   the statement in the document that Dr. Longo is
20   not aware of any responsive documents other than
21   what has been produced in talcum powder
22   litigation.
23   Q        And so my question to you, Dr. Longo,
24   is whether that is a true statement.
```

Page 46

1   A           That is a true statement.

2   Q           Okay.

3   A           Now, we have a chart of all our J&J

4   testing that has been provided to defendants.  If

5   I were to stack up the notebooks that -- you

6   know, just -- just taking a look at the -- all

7   the historic -- the J&J historical samples, where

8   we have 19- -- you know, 1960, 1970, 1980, 1990,

9   2000s up to 2002 or 2003, and, before that, it

10  was maybe 50-some samples from eBay, et cetera.

11  And then after, you know, Johnson & Johnson, the

12  only additional samples we did -- because, you

13  know, Johnson & Johnson was in bankrupt [sic] for

14  two years -- was the -- you know, the Alphadet --

15  MS. O'DELL:

16          Valadez?

17  A           -- Valadez -- excuse me -- was a

18  sample, and a couple more for the -- for the MDL,

19  for some of the containers for the -- you know,

20  for this project.  There's nothing else.  We

21  provided all the -- you know, all the selected

22  area electron diffraction patterns, all the ADXA.

23  There's nothing else.

24  MR. EWALD:

Page 47

1    Q          All right.  Looking at request 31 in

2    what we marked as Exhibit 6, it asks for all

3    standard operating procedures (SOPs) maintained

4    by your laboratory for testing bulk materials for

5    asbestos by PLM, TEM, and SEM.

6              And, Doctor, my question to you is:

7    Does MAS maintain any standard operating

8    procedures for the testing of talc samples by PLM

9    for the presence of chrysotile?

10   A          No.  We haven't finished the standard

11   operating procedures because we keep doing

12   research and changing slight -- slight

13   conditions, so -- until we finally have.

14             But what I may -- but what we do

15   provide, in every analysis we do have chrysotile

16   has materials and methods section that anybody

17   can follow, and it doesn't really have --

18             If we had written SOPs for every time

19   we made a change, it wouldn't really change

20   any -- it -- you know, it really wouldn't give

21   any additional information.  That's why I think

22   we're one of the few laboratories, when they do

23   an analysis, they actually put in every step they

24   do.  And for any changes, then we, you know, show

Page 48

1    it right there.

2            So we consider SOPs confidential and

3    company records.  We don't turn over SOPs, and

4    not too many experts do.

5    Q          Sorry, Doctor.  I didn't follow -- I

6    got the last part.  But the part before that, you

7    mentioned you're one of the few labs, something

8    about turnover?  I wasn't sure what you were

9    talking about.  Sorry.

10   A          I think we're one of the few labs that

11   put a very extensive materials and methods

12   section in just to go through each step of what

13   we do.  And using those materials/methods

14   section, anybody could duplicate the analysis.

15   Q          And when you say materials and methods

16   section, you're referring to the materials and

17   methods section in your expert report; right?

18   MS. O'DELL:

19            Reports.

20   A          In every report we have.  From

21   receiving the sample to weighing it out, to --

22   you know, through the -- out of the -- you know,

23   through the muffle furnace to get rid of the

24   organics, to weighing it, then going and doing

Page 49

1    the heavy liquid spin time on the centrifuge, the

2    name -- name and -- on what products we're using

3    so they can buy the same products, the same

4    centrifuge, if they'd like, et cetera, et cetera.

5              So it's not inhibiting, in my opinion,

6    any other experts from trying to do this work.

7    And it must -- it must be okay, because

8    Alan Seagrave has duplicated this method for

9    using right out -- protocols right out of our

10   paper, right out of our reports.

11             Now, he didn't find chrysotile, and --

12   but he never complained that there wasn't enough

13   information for him to do this work, and that's

14   a -- you know, that's a defense expert that

15   actually did the CSM method.

16   Q         And I apologize.  I'm not familiar with

17   that.  How -- how recently was that?

18   A         I have a report of his floating around,

19   a couple of them.  I don't know if I can put my

20   hands on them or not.  But if my client asks me,

21   I will certainly look for it.

22   Q         And in looking at those reports where

23   he didn't find chrysotile, what is your response

24   to his conclusions?

Page 50

1    A        My response is, one, he didn't have the

2    right optical microscope.  Two, he didn't bother

3    running any standards to show him what this

4    material looks like and how small it is, the

5    chrysotile.  I think that is cata- -- that you

6    have to -- you have to look at something that is

7    similar to what you're trying to find because

8    it's so different than your usual asbestos-added

9    products, chrysotile products.

10   Q        And am I correct that your hypothesis

11   on why it's smaller is because of the milling?

12   MS. O'DELL:

13            Object to the form.

14   A        That may be it.  Certainly the Calidria

15   SG-210 has to be from milling.  But that

16   certainly could be it.

17   MR. EWALD:

18   Q        Well, are you also offering the

19   possibility --

20            Withdrawn.

21            Do you also hold up in the possibility

22   that the types of chrys- -- that the chrysotile

23   you are identifying in cosmetic talc is the

24   result of specific geographic -- geologic process

Page 51

1    in those areas?

2    A          That's out of my area.  But if you look

3    at things like, for example --

4               You know, I'll just give an example of

5    this.  If you look at the Vermont mines, the

6    Vermont mines --

7               And that's probably what we'll do next

8    at some point is go through the Vermont mines,

9    because, you know, that's where the genesis of

10   all this started about analyzing chrysotile.

11   There had to be a pretty good reason that

12   Johnson & Johnson hired a well-known, prestigious

13   university or institute, the Colorado School of

14   Mines Institute, to spend a whole year developing

15   the method on and using Vermont talc to

16   determine -- they called it the double density

17   method.

18               Now, they -- once they -- once they had

19   the full method, it was signed off by the

20   director of the Colorado School of Mines, it was

21   signed off by their chief scientist, they had in

22   there a statement that I have made many times,

23   which is finding asbestos in talc samples is like

24   looking for needles in a haystack.  And,

Page 52

1    therefore, you want to use a double -- you want

2    to use a method to concentrate the needles to

3    make them visible so you can find it.

4              Also, we, of course, have the document

5    showing that, one -- I think it was from the

6    Argonaut mine, where Johnson & Johnson was trying

7    to develop a flotation or surfactant used in

8    their -- in their -- in their beneficiation

9    process where they float it up so that they could

10   remove chrysotile.  And they did -- they actually

11   ran standards of it where they would put some

12   chrysotile in, have a standard, et cetera.

13             And I think it was the Hammondsville

14   mine where they actually were developing -- they

15   said they were developing a -- a -- almost like

16   put it on sup- -- you know, I'll use a Trump

17   statement, you know -- warp speed to develop a

18   beneficiation method to remove the tremolite.

19             Now, if there was no asbestos tremolite

20   in any of these mines in Vermont, why is

21   Johnson & Johnson spending so much money to

22   figure out how to get rid of it?

23             But geologic- -- the geological

24   development of asbestos in -- in these mines is

Page 53

```
 1   not my area.  My area is -- I don't really listen
 2   to that, because I'd rather just do the testing.
 3   And certainly when you've got a lot of
 4   documentation that says it's -- they're trying to
 5   get rid of the -- the disagreeable minerals or
 6   something like that.
 7            You know, it's 12:30.  I think we've
 8   been going for like an hour and 15 --
 9   MS. O'DELL:
10            Ten minutes?
11   THE WITNESS:
12            Yeah.  And I don't know.  You guys are
13   all East Coast time; right?
14   MR. EWALD:
15   Q        I am.
16   A        You know, at some point, not this
17   point, but, you know, I want to take 20 minutes
18   or 30 minutes for lunch or something.
19   Q        I'm happy to take a break.  I'm happy
20   to take as long -- whenever you want to take
21   lunch.  It's up to everybody else, including the
22   court reporter.
23   A        I don't want to dictate when we're
24   gonna take lunch.  I usually like to get the
```

Page 54

1    feedback from the court reporter.  That's the

2    most important person.

3    MS. O'DELL:

4              So let's go off the record.

5    THE WITNESS:

6              Okay.

7    VIDEOGRAPHER:

8              Going off record.  The time is 12:31.

9                   (OFF THE RECORD.)

10   VIDEOGRAPHER:

11             Back on record.  The time is 12:41 p.m.

12   MR. EWALD:

13   Q        Hey, Dr. Longo, have you issued any

14   invoices for your MDL work --

15             Yeah.  I'll start there.

16             Have you issued any invoices to

17   plaintiffs for your MDL work?

18   A         I know I issued a retainer, and I think

19   there were some others.  And been some refunds,

20   sort of.

21   Q        All right.  I'll have some more

22   questions about that.

23   MR. EWALD:

24             But first, I could have missed it,

Page 55

1    Michelle.  Have those been produced?  Leigh.

2    Sorry.  Not Michelle.

3    MS. O'DELL:

4              I'm always happy to be mistaken for

5    Michelle.  That's a compliment.

6              Yes, there were invoices produced in

7    the Dropbox.

8    MR. EWALD:

9    Q        Well, then, we will get back to that

10   one.

11             On the CV, let me show you, Doctor,

12   what -- the last version I have.  And again,

13   maybe I missed something that was uploaded.  Is

14   there a way for me to determine whether this is

15   your current CV?

16   A        You know, I have not updated it in a

17   while, so 03- -- 03-12-2020 is the -- the latest.

18   Q        Okay.

19   A        Has been the updated CV since almost

20   about -- going on over four years.  I'd better

21   write something to put in it.

22   Q        All right.  So we'll mark as Exhibit 7

23   CV with the date, as Dr. Longo indicated, at the

24   bottom, updated March 12th, 2020.

```
 1              (DEPOSITION EXHIBIT NUMBER 7

 2              WAS MARKED FOR IDENTIFICATION.)

 3    MR. EWALD:

 4    Q        Dr. Longo, do you have any papers, any

 5    papers in process related to talc?

 6    A        I've not had any publications -- any

 7    papers either accepted or rejected by any

 8    journals.

 9    Q        Okay.  Are you currently working on any

10    papers related to talc?

11    A        And I apologize.  I don't talk about

12    that.  I went through the experience once of --

13              I'm not accusing you guys.  I'm just

14    extra cautious now.

15              A law firm hired some experts that knew

16    the editor to try to --

17              Because the paper got accepted, but it

18    had not been published yet.

19              -- to reject the paper.  Fortunately,

20    the editor didn't do that.  So now I just --

21              You obviously have a right to know if

22    I've had one accepted or rejected, and that

23    hasn't happened, anything to do with talc.

24    Q        All right.  The -- let me mark as
```

Page 57

1    Exhibit 8 what I have.  It's a Johnson & Johnson

2    reliance and review documents, Appendix A.

3                (DEPOSITION EXHIBIT NUMBER 8

4                WAS MARKED FOR IDENTIFICATION.)

5    MR. EWALD:

6    Q          And what I show on that one is a date

7    at the bottom of April 23rd, 2021.  Is that the

8    current one?

9    A          It is.

10   Q          All right.  Then let's mark as exhibit

11   for --

12               Well, let me ask you, Doctor, I --

13               Hold one second.  I'm downloading

14   something that was put into the chat by Leigh.

15               All right.  Let's mark as Exhibit 9 the

16   forth supplemental MDL report by MAS dated April

17   29th, 2024.

18               (DEPOSITION EXHIBIT NUMBER 9

19               WAS MARKED FOR IDENTIFICATION.)

20   MR. EWALD:

21   Q          And, then, Exhibit 10 will be the

22   supplement expert report that we received today

23   dated May 2nd, 2024, MDL Johnson's Baby Powder

24   Application Exposure Container Calculations for

Page 58

1    Six Ovarian Cancer Victim Bellwether Cases.

2             (DEPOSITION EXHIBIT NUMBER 10

3             WAS MARKED FOR IDENTIFICATION.)

4    MR. EWALD:

5    Q        Now, Doctor, I'm gonna spend some time

6    talking about what we marked as Exhibit 9, your

7    report, supplemental MDL report.  So can you get

8    that in front of you, please?

9    A        Is that this --

10            Yes.  I have it in front of me.

11   Q        Great.

12            And I'm also gonna just mark for

13   reference the MAS second supplemental report that

14   is dated February 1st, 2019.

15            (DEPOSITION EXHIBIT NUMBER 11

16            WAS MARKED FOR IDENTIFICATION.)

17   MR. EWALD:

18   Q        And, Doctor, you made reference at the

19   beginning of the deposition about Judge Wolfson's

20   order.  Are you intending to rely on the PLM

21   analyses that are contained in your February 1st,

22   2019, report?

23   A        I would guess that's up to the current

24   judge to decide, because, as I understand it,

Page 59

1    that there's new science on that.  And that was

2    all about the amphiboles.  And, you know, we -- I

3    think that pushed the science along on the

4    chrysotile.  So I think there's additional

5    science on this type of work.  And that's about

6    all I can say about that.

7    Q        And -- and I'm not asking you,

8    obviously, to take the lawyer, you know,

9    perspective or determining what the judge will

10   do, but do you -- is it your opinion that the

11   work you've done with PLM and chrysotile impacts

12   the reliability of the PLM amphibole testing

13   contained in your February 1st, 2019, report?

14   A        I don't think it impacts it at all.

15   No.  I've got, you know, Dr. Sanchez, who's a

16   critic of the chrysotile, testified, I think,

17   in -- I forget which court it was -- that he was

18   in agreement with the PLM analysis of the

19   amphiboles in the MDL samples.

20           So it's -- you know, it's an

21   interesting dilemma when a standardized technique

22   where there was really no criticism from any --

23   any experts about the PLM analysis for

24   amphiboles, that's fairly -- you know, that was

Page 60

1    straightforward.

2              And we were using a heavy liquid

3    density separation that was published for

4    specifically amphiboles in cosmetic talc.  That

5    was published by Dr. Alice Blount in 1991.

6              Also, the New York -- the State of New

7    York Environmental Laboratory, ELAP, proficiency

8    testing program, has a PLM method using heavy

9    liquid density separation for finding tremolite,

10   and -- and it's PLM.  And those folks, they have

11   to put standards together and be inspected,

12   et cetera.

13             So the PLM method for amphiboles was

14   really something that was never at issue.  It was

15   the TEM -- you know, it was -- really, for the --

16   for the hearing, it was all about asbestiform and

17   the TEM analysis.  We really didn't get a chance

18   to talk much on redirect about the PLM analysis.

19   So -- so it's been published.  It was all Blount.

20             And, you know, the only difference

21   between what our lab found and what Lee Poye's

22   lab found, you know, to me, that's just -- to me,

23   that's -- that's not a big deal.  Certainly not

24   rely on the -- on the non- -- the non-heavy

Page 61

1    liquid density separation or et cetera.  But to

2    me, it was -- it was not really a controversial

3    thing.  It was kind of surprising.  So, you know,

4    that's about all I can say about it.

5            But, you know, clearly, she -- you

6    know, she struck it, Dr. Wolfson.

7    MS. O'DELL:

8            Judge.  Judge Wolfson.

9    THE WITNESS:

10            What did I say?

11    MS. O'DELL:

12            Doctor.

13    THE WITNESS:

14            Jesus.

15    MS. O'DELL:

16            Judge.

17    THE WITNESS:

18            All right.  I've got to quit for today.

19            Just kidding.

20    MR. EWALD:

21    Q        When you say that the PLM without heavy

22    liquid separation --

23            Let me withdraw the question.

24            You've indicated, I believe, that the

Page 62

1   differences between the results between your lab

2   on the PLM without Blount separation and

3   Mr. Poye's lab at the time, J3, was not a big

4   deal.  What do you mean by that?

5   MS. O'DELL:

6               Object to the form.

7   A           Well, we -- we -- we had, you know,

8   increased the resolution of our -- our Olympus

9   microscope where we fitted it with a -- an

10  infinity objective lens and then put it all on a

11  high-resolution monitor with a high-resolution

12  camera and spent a lot more time analyzing

13  samples than you normally do.

14              You know, and then I had a -- I had a

15  discussion with Lee about it, what he did versus

16  us, and then his next deposition he said he

17  didn't recall that.

18              But then he said, oh, well, it must

19  have been when he called me, how I was so excited

20  about objective lens, new objective lens.  I

21  mean, that's not really what the conversation was

22  about.

23              But it's not unusual for our laboratory

24  to find trace amounts in samples by PLM less than

Page 63

1   .1 percent, because we were routinely doing that

2   and developed a method to make it a little more

3   sensitive back in the day when we were involved

4   in property damage cases that were W. R. Grace's

5   vermiculite.

6          So you have -- you have a method that

7   is an official State of New York ELAP method

8   that's published.  You have a method in a

9   peer-reviewed paper by Dr. Alice Blount using --

10  determining amphibole asbestos, tremolite, using

11  PLM and heavy liquid density separation, as well

12  as the ELAP program for New York.  It's unclear

13  how it's not verified or unscientific.  To me,

14  anyway.

15  Q       The reference to your lab work with

16  vermiculite prior to working in talc litigation,

17  explain to me how that impacts your PLM work in

18  analyzing talc for the presence of asbestos?

19  A       Because some of the vermiculite got

20  into the asbestos-added product, such as

21  W.R. Grace fiber, being MONOKOTE 3, or

22  U.S. Gypsum's Firecode V, type D, which both

23  contain Libby, Montana, vermiculite.  And at that

24  point, we used to have an XRD system, and we

Page 64

1    analyzed something like three- or four hundred

2    vermiculite samples.  And three- or four hundred

3    vermiculite samples were positive for tremolite.

4             And from there we went to PLM -- and we

5    knew it was there -- to look at its fibrous

6    content.  So we had dedicated -- you know, we

7    have PLM analysts that were shown that it is

8    there, and they could find it at .1 percent or

9    .01 percent.  So it's just something we routinely

10   did in the property damage litigation.

11            Now, we -- we moved that XRD up to our

12   Raleigh lab after that, and then when we sold the

13   Raleigh lab, it went with it.  But it was such

14   that we did not need to use heavy liquid density

15   separation to find it by PLM because it was about

16   a .1 or .01 percent.  Probably higher, but that's

17   what we would usually find.

18   Q        And what time frame are we talking

19   about when you're doing that analysis or MAS is

20   doing that analysis?

21   MS. O'DELL:

22            Would you mind repeating that, John?

23   You didn't come through clearly.

24   MR. EWALD:

Page 65

1              Sure.

2    Q          What period of time was MAS doing the

3    vermiculite analysis that you were just referring

4    to, Doctor?

5    A          Approximately 1991 to about 1995 or so.

6    Q          And is -- is it your position, Doctor,

7    that that PLM work with vermiculite made it more

8    likely that your PLM analysis -- analyst would

9    detect asbestos at trace levels in cosmetic talc

10   samples?

11   MS. O'DELL:

12              Object to the form.

13   A          No.  I mean, you -- you would have to

14   have -- you would have to have -- you would --

15              Strike all that.

16              In my opinion, you have to have some

17   kind of standard to show you what it's looking

18   like so that you can understand that you're

19   dealing with things that are 10 microns in

20   length.

21              I think the average size we got with

22   SG-210 --

23              Now, I'm looking at the supplement

24   expert report, October 9, 2023, where we went

Page 66

1    through this exercise.

2              Where is it?  I know it's in here.

3    Chrysotile intergrowth standard.  Bundle size,

4    section 6.  Here it is.

5              The Calidria have the average length of

6    8 microns and an average width of 1 micron.

7              And if you go over here to Gold Bond,

8    the average length of the chrysotile in the Gold

9    Bond, which is Montana talc, was 9 microns, and

10   the average width is 1.4 microns.

11   MS. O'DELL:

12             Dr. Longo, would you identify what

13   pages you read from, for the record?

14   A         So I'm reading from pages -- page 4,

15   .1 percent SG-210 spiked bentonite clay.

16             And then I'm reading from page 5, which

17   was analysis of Gold Bond, and it was eight

18   samples.

19             So, in my opinion, in order for you to

20   know what to look for, you have to see something

21   that's representative, that you know it's there.

22   So you -- you take a chrysotile product that is

23   in the similar size range, and you start looking

24   at that first, just without anything so you can

Page 67

1  get used to what the refractive indices are, as

2  well as its size.

3  MR. EWALD:

4  Q        So is it your testimony, Doctor, that

5  before 2020, your PLM analyst had never come

6  across Calidria?

7  A        I'm sorry.  I didn't catch the

8  question.

9  Q        Is it your testimony, Doctor, that

10  before 2020, your PLM analyst had never analyzed

11  Calidria?

12  A        No.  We've analyzed Calidria in the

13  past, because we've worked on that.  But it was

14  usually all RG-144, which we had five pounds of,

15  and we did, you know, air samples.

16            Now, if you go and look at what the

17  average size is for RG-144, you get very small

18  stuff, but you also get very large stuff.

19            And I was just looking around for --

20            Anyway, I'll find it.

21  Q        Okay.

22  A        We had done -- we had done just typical

23  work of looking at what the average -- what the

24  average size was for RG-144 for the bundles

Page 68

1   because there was somewhat of a dispute that the

2   structures in the Calidria RG-144 was gonna be

3   less than -- the overall average would be less

4   than 5 microns.  And that turned out to be not

5   true.

6              But we also did an average, and I think

7   the average was around 70 to 80.  But we had very

8   small stuff, too.  So we were unable to work with

9   that.

10             But the SG-210 chrysotile really was a

11  much better fit for what we were finding in the

12  PLM.

13  Q         And that analysis, we are talking about

14  the SG-210 as being a better fit, that was in

15  September of 2022?

16  A         Yes.  That's the one.

17  Q         Why did you spike Calidria .1 percent

18  in bentonite and not talc?

19  A         Because I wanted it to be pure

20  chrysotile.  I didn't want anything interfering

21  with it, such as, oh, you're -- that's probably

22  talc that you're looking at.  And bentonite clay

23  doesn't have any talc in it.  And, according to

24  Mickey Gunther, Calidria doesn't have any talc in

Page 69

1    it.

2              So I wanted it to be something that,

3    yes, this is definitely chrysotile, and it's a

4    1.550, and this is -- and we're getting the same

5    refractive indices in 1.550 that we were seeing

6    for the chrysotile in the cosmetic talc.

7              So it was eliminating all the potential

8    confounding materials that could have been in

9    there, like, oh, you're just looking at another

10   talc fiber, as I say.

11   Q        As a new spike .01 percent of Calidria

12   in bentonite?

13   A        I believe so.

14   MS. O'DELL:

15             Do you need to get that report?

16   THE WITNESS:

17             I've got it right here.

18   MS. O'DELL:

19             Okay.  Good.

20   A        Yeah.  On page 4, table 1, we have

21   samples CSM .1 percent B, and B stands for

22   bentonite clay.

23   MR. EWALD:

24   Q        Let's make sure that you're now

Page 70

1   referring to your October 9th, 2023, report.  Is

2   that right?

3   A          Yes.

4   Q          All right.

5   A          I think I have the same data in the --

6   in the other one, too.

7   Q          And which page are you on, sir?

8   A          I'm on page 4.

9   Q          All right.  On table 1, I see on page 4

10  is .1 SG-210 spiked bentonite; right?

11  A          Correct.

12  Q          And, then, my question -- I'm sorry if

13  I'm misunderstanding -- did you spike .01 percent

14  or lower of Calidria in talc?

15  A          Well, we have an analysis where we

16  spiked what we talked about, where --

17              Let's see.  I've already lost that

18  document.

19              -- where I said, oh, that's -- that is

20  an error, the 2022 one.

21  Q          Okay.  And in looking at it, Doctor,

22  I -- I mistakenly asked that last question.  So

23  I'm not trying to cut you off on whatever you

24  want to tell me, but it wasn't my intent to ask.

Page 71

1   So --

2   A          Okay.

3   Q          We can -- we can get back to 2022.  We

4   probably will.

5              But my question I intended to ask was

6   whether you had -- if MAS has spiked bentonite

7   with levels of Calidria below .1 percent.

8   A          No.  I don't believe so.  I think that

9   was the only one we put together.

10  Q          And why not?

11  A          I want to say "what for?"  We have

12  spiked talc with lower levels, and we also

13  have -- you know, just generated a new set of

14  Calidria SG-210 in talc going all the way down to

15  .000 -- maybe four zeros and a one that we'll be

16  working on to have a new standard for the -- for

17  that.  But there's really no reason to.  I just

18  was looking for something where you would easily

19  find the chrysotile, .1 percent, and you're in a

20  matrix that does not have any confounding

21  minerals in it, such as chrysotile, from the

22  standard or -- and/or talc plates and/or --

23              This was to look at and go this will be

24  a clear indication that this --

Page 72

1            Because chrysotile is only -- the only

2    thing in there at 1.550 are we gonna see the same

3    types of refractive indices we've been seeing in

4    the cosmetic talcs.

5    Q         Fair to say, Doctor, that the

6    percentage chrysotile by weight that you are

7    finding with your PLM chrysotile method is levels

8    of order of magnitude lower than .1 percent?

9    A         It is.  But I guess I'm not explaining

10   myself very well.

11   Q         Okay.

12   A         It was not a study of how low or what

13   is our best detection limit for chrysotile in

14   cosmetic talc.  This was all about the what are

15   the refractive indices for a chrysotile product

16   that would be in there without any fibrous talc,

17   without any platy talc, without any chrysotile

18   coming from the talc itself, and see how that

19   compares to what we're seeing in the cosmetic

20   talc.  That was what this study is.

21            What you're asking about is what we're

22   in the process of doing now, where we have all

23   the way down to -- I think it is three zeros and

24   a one and maybe even further than that where we

Page 73

1    have the standard made up, and we will be

2    analyzing those a little bit more robust than

3    last time -- some pictures of it, et cetera -- so

4    that we know what our detection limit is on the

5    PLM, the standard.

6    Q        And that standard -- sorry -- that

7    you're referring to that's in the process, that

8    is a talc -- is it a J&J talc sample?

9    A        Number 13.

10   Q        Okay.  And you're talking about spiking

11   that J&J talc sample with .0001 percent of

12   SG-210?

13   A        Correct.  All the way down to 0.0001.

14   And we have done the same thing with TEM, but

15   we've already got that data with the SG-210 to

16   see what our bottom line detection limit is.

17   Q        When you say the same thing with TEM,

18   you're referring to the amphibole heavy liquid

19   separation method?

20   A        Well, no.  This -- the chrysotile

21   method.  But we're not -- I'm not satisfied that

22   we have the most optimum method.  So we're gonna

23   have to redo it when we finally develop the most

24   optimum method for extracting out the chrysotile

Page 74

```
 1   out of the cosmetic -- out of the talc plates and
 2   fibrous talc.  Getting close.
 3   Q          I'm sorry, Doctor.  I'm confused.
 4   The --
 5              You said earlier, you were talking
 6   about you have done the level of detection
 7   analysis for TEM.  Did I hear that correctly?
 8   A          Using -- using SG-210.
 9   Q          And did that involve heavy liquid
10   separation?
11   A          It did.  But we're -- but we're -- have
12   a standard.  We're using Calidria at concen- --
13   at known concentrations so that we can have an
14   idea of what our percentage of recovery is.  And
15   I'm not sure we have the exact right recipe for
16   the most -- the most efficient way to extract the
17   chrysotile out of the talc.
18   Q          Is --
19              What you're talking about is something
20   that's a work in progress that has not been
21   published; right?
22   MS. O'DELL:
23              I'm sorry, John.  You didn't come
24   through clear.  What did you say?
```

Page 75

1    MR. EWALD:

2    Q        Am I correct that what you are talking

3    about, Dr. Longo, has not been disclosed in

4    litigation yet; right?

5    A        That's correct.

6    Q        And is there any difference in your

7    mind on how the heavy liquid density separation

8    effectiveness would work in PLM as opposed to

9    TEM?

10   A        Well, TEM, you're gonna be able to see

11   single fibers.  PLM, you cannot.  So you're

12   looking at two different populations of asbestos

13   structures.  The only thing PLM can see is

14   bundles, and the bundles have to be about

15   anywhere from four-tenths to at least up to one

16   or two microns wide.  Half a micron wide is

17   probably the smallest you can see.  If you're

18   dealing with chrysotile, especially Calidria, the

19   average size of those are about .02 to .03.  So

20   you -- you've got two different populations.

21          It's -- it has been -- it has been

22   known in the field -- in the scientific field

23   that your PLM results are never consistent with

24   your TEM results, because you're looking at --

Page 76

1          If you think about it, especially for

2     amphiboles, you have something that is 200

3     microns long, you can easily see that in PLM, but

4     that's gonna look like a log under TEM.  It

5     would -- it would transverse the entire grid.

6          There's all -- been all kinds of

7     theories about why it is different, that it's too

8     big, you know, falls off, et cetera.  So it's not

9     unusual to get different results.

10    Q          I understand, Doctor.  And I understand

11    the -- once it gets under the microscope, the

12    differences of what can be resolved.

13          My question is you're talking about the

14    recovery efficiency of the heavy liquid method.

15    Is that something that would differ when you also

16    put it under a microscope that is PLM or TEM?

17    A          Well, it would affect both.  Because

18    you want the most sensitive method you can have

19    on the detection limits.  You know, it's not

20    gonna affect that you're not gonna see anything,

21    I don't think.  I mean, we just don't know yet.

22    But I would like to start with going, okay, this

23    is the most efficient method to extract out the

24    chrysotile.

Page 77

1    Q          Is it your testimony that, sitting here

2    today, MAS is not using the most efficient method

3    to extract the chrysotile?

4    MS. O'DELL:

5              Objection.  Objection to form.

6    A          MAS doesn't know that.  We're using a

7    pretty efficient system right now that I think

8    we're getting -- you know, we're about there.

9    You know, I've always thought we were using the

10   most efficient system.  But I want the -- I want

11   to know for a fact.  And then, you know, we go on

12   to, you know, the TEM, too.

13   MR. EWALD:

14   Q          And what is your current under- -- what

15   is your understanding of MAS's current efficiency

16   method for extracting chrysotile from talc?

17   A          I can't -- I'm not gonna -- I can't

18   really say what our efficiency is, is it 90

19   percent, is it 80 percent.  We still have a

20   little bit more work to do on it.

21   Q          Okay.  So, as you sit here today, you

22   can't testify as to what the average efficiency

23   of MAS's chrysotile extraction method is?

24   MS. O'DELL:

Page 78

1                 Object to the form.  Asked and

2      answered.

3      A           Again, it could be as high as 80 to 90

4      percent right now.  They would have to be -- go

5      back over the data again.

6      Q           What's the lower range?

7      A           Oh, the lower range goes way back when

8      when we were using, like, 2.72.  And that was

9      when we were trying to figure out why it was

10     showing up in the pellet.  I mean, we were still

11     seeing it.  It's not -- it's not that we're not

12     identifying it in PLM.  We were finding it and

13     verifying it and had the right refractive

14     indices, et cetera, et cetera.  You just want to

15     have the most efficient method if you're going to

16     be quantifying it to some degree.  And you also

17     want, in TEM, you want to be able to say we have

18     the method that gives us the highest sensitivity.

19     But it wasn't going to affect our ability to

20     identify it by PLM.

21     Q           That was a little unclear, Doctor.  And

22     I apologize.  I'm sure it's my fault.  Are --

23     have you started -- has MAS started analyzing

24     cosmetic talc for the presence of chrysotile

Page 79

1    using TEM?

2    A          We have not started analyzing any

3    cosmetic talc Johnson Baby Powder samples using

4    TEM.

5    Q          Is MAS analyzing any cosmetic talc

6    samples by TEM for the presence of chrysotile?

7    A          I'm not saying we have, and I'm not

8    saying we haven't.  But that work right now is

9    confidential.

10   Q          All right.  So, Doctor, we have the

11   test results that are reported in your February

12   1st, 2019, report that addressed the amphibole

13   analysis and the PLM --

14              Well, withdrawn.

15              We have the results, test results, of

16   MAS's analysis through PLM and TEM of J&J samples

17   for the presence of amphiboles in the February

18   1st, 2019, report; right?

19   A          Correct.

20   Q          All right.  So I want to leave that

21   aside for the moment.  And when we're looking at

22   Exhibit 9, the fourth supplemental report, there

23   is a set of tables at the end of the report that

24   list a number of samples.  I'm sorry.  List a

Page 80

1    number of test results.  Correct?

2    A          Correct.

3    Q          And, specifically, we have 43 analysis

4    results by MAS for talc containers; correct?

5    MS. O'DELL:

6               Would you mind repeating that, please,

7    John?

8    MR. EWALD:

9               Sure.

10   Q          If I'm looking at what was marked as

11   Exhibit 9 --

12              Maybe an easier way to do it is this.

13   I'm looking at what was marked as Exhibit 9.  If

14   I go to the last two pages, Doctor, I see eleven

15   test results for analysis of Chinese retains;

16   right?

17   A          Correct.

18   Q          And then, preceding that, there's a

19   list of 43 analysis results of J&J talc products.

20   Correct?

21   A          Correct.  All sourced from Chinese --

22   China, starting off with the 2004 --

23              I think the highest ones we have in

24   here is 2019 and 2018, which, of course, the 2018

Page 81

1    ones finding chrysotile --

2            I think they were 2018.

3            -- would be consistent with the FDA's

4    analysis of off-the-shelf Johnson Baby Powder

5    from Guangxi that AMA found.  Out of the bottle,

6    there was three splits, and two of them were

7    positive for chrysotile.

8            So they weren't using heavy liquid

9    density separation, but they certainly were

10   verifying that there is chrysotile in Guangxi,

11   Guangxi mine.  That's not the Guangxi mine.

12   That's -- that is the province.  There are about

13   four mines there that have been used over time.

14   Q        All right, Doctor.  I just want to make

15   sure the record's clear.  This list also

16   contains, on the previous page, three Vermont

17   samples; correct?

18   A        Oh, yeah.  I forgot about that.  I

19   missed it when I was going through.  Yeah, three

20   Vermont samples that we found chrysotile, I

21   think.  Oh, there they are.  Samples 1, 2, 3, the

22   Weirick, Zimmerman, and Colley.

23   Q        All right.  And, so, that actually,

24   when you add up the chrysotile -- I'm sorry --

Page 82

1  the China with the Vermont bottles listed here in

2  your report, you get 46 bottles that have been

3  analyzed that are included in this report;

4  correct?

5  A          Correct.

6  Q          And combining the test results that are

7  included within your February 1st, 2019, report

8  and what we just looked at in your fourth

9  supplemental MDL report, are those the MAS

10 testing that you are going to be relying on for

11 your opinions in the MDL cases?

12 A          Well, I would be relying on them

13 showing the advancement in science on PLM

14 analysis that was not there four years ago.

15           For the amphibole analysis, we have

16 very -- yeah.  We -- most all those PLM samples

17 have TEM samples along with it that show that

18 it's positive.

19           And, plus, we, of course -- you know,

20 if you're looking at Daubert, I guess, for the

21 amphibole asbestos, it's been published in the

22 peer-reviewed literature by a scientist that was

23 consulting for Johnson & Johnson who published a

24 paper showing that there was asbestos, amphibole

Page 83

1    asbestos, and talked about heavy liquid density

2    separation and so many top plates, et cetera,

3    et cetera, plus that.

4              And, again, the CSM method, not a Longo

5    method -- this is the Colorado School of Mines

6    method, and they showed positive results.  But

7    the analysis is a lot the same, because they're

8    basing their chrysotile identification on the

9    refractive indices of the product.  They're doing

10   PLM on it and they're doing -- they're developing

11   refractive indices for the analysis.

12             So, no.  Has it been published in the

13   peer-reviewed literature?  In my opinion, it

14   probably would have if it wasn't deep-sixed, in

15   my opinion, by Johnson & Johnson.

16   Q         Do you have any basis --

17             Well, are you willing to testify, to a

18   reasonable degree of scientific certainty, that

19   the Colorado School of Mines' PLM chrysotile

20   heavy density liquid separation analysis was not

21   published because of actions taken by

22   Johnson & Johnson?

23   A         You know, you have a good point.  I

24   don't know if Johnson & Johnson would have

Page 84

1    published it.  But, in my opinion --

2            And it's -- I mean, it's not -- it's

3    almost facts instead of opinion.  You know, the

4    documents that were released by Johnson & Johnson

5    I believe proves definitely that this was a

6    method that they did not want to have out there,

7    going all the way from --

8            Is this where I have it?  No.  It's the

9    other one.

10           Excuse me for fumbling around here.

11   Q       That's okay.

12   A       So if you go to the April 29th

13   report --

14           And where are we here on this?  I

15   thought I had it in here.

16           Oh, here we go.

17           If you go to the discussion/conclusion

18   section on page 3 of the April 29th, 2024,

19   report, it goes into development of this -- of

20   this procedure starting on page 3, you know,

21   Colorado School of Mines with HLS sample

22   preparation.

23           And, then, as we move along on what

24   they did, on December 27th, 1973 --

```
                                           Page 85

 1              Okay.  I'm gonna read here this.

 2   "Colorado School of Mines prepared the following

 3   report for Johnson & Johnson.  A procedure to

 4   examine talc for the presence of chrysotile,

 5   tremolite-actinolite fibers for project C10704,"

 6   and then it goes on to say "this CSM report

 7   provides the methodology using double-density

 8   heavy liquid separation for chrysotile and

 9   amphibole asbestos.  It reports detection limit

10   of 10 ppm" -- and they've got it at .0001

11   percent -- "and verification of asbestos type

12   after separation."

13              And, as I talked about earlier, if you

14   go to page 6, they used -- they use a sentence

15   here that I've used in court and before.  "The

16   impurity level becomes very low, a double less

17   than 1 percent.  It is necessary to examine

18   amounts of sample -- examine amounts of sample in

19   order to detect the impurity.  As a result, the

20   requirement to detect the proverbial needle in

21   the haystack, we have involved a procedure which

22   preconcentrates the impurities prior to

23   examination.  The net effect is that a large

24   initial sample is fractionated in order to reject
```

Page 86

1   the majority of further examination."

2           Now, if we go down, here's Johns

3   Manville asking this about it.  "Another

4   indication of how confident the CSM was in their

5   double density separation method is that they

6   informed Johns Manville they thought this heavy

7   liquid separation method they developed was good

8   enough to be considered for a patent."

9           And I won't go through all of this.

10  But here's why I think, in my opinion, that they

11  pretty much shelved this method.  And this comes

12  from a...

13          Okay.  If we go to the next page, I

14  mean, here is we have "Johns Manville is

15  interested in this material."

16          If you go down under October 29th,

17  1973, letter, "specifically, we are interested in

18  your advanced technology used to separate felted

19  masses of asbestos by heavy liquid separation

20  proprietary [sic] to stain -- before staining

21  chrysotile by iodine as worked out by Morton

22  Baker of Johns Manville."  He goes on.  He says

23  "I understand your position completely on

24  specific techniques being worked for other

Page 87

1    companies which are proprietary and, as you

2    indicated, will probably be patented."

3             So it must have been a pretty good

4    sample if they're thinking about patenting it.

5             Now, we go to page 7 and we look at --

6    and I go in and say why I think it was never used

7    is that Dr. Nashed of J&J received this report on

8    May 23rd, 1973, in which it states "the

9    limitation of method is that it may be too

10   sensitive."

11            Then we have a February 18th, 1975,

12   memo to Dr. Rolle where he states "I have also

13   enclosed our test method for the proposed X-ray

14   technique which was drawn out by Boots L-e-d

15   [sic] in conjunction with Dr. Pooley."

16            The Yardley method is essentially

17   another heavy liquid density separation method.

18   In here he states "we deliberately have not

19   included a concentration method, as we felt it

20   would not be in the worldwide company interest to

21   do this."

22   Q        All right, Doctor.  So you said a lot

23   of stuff there, but you mentioned at the

24   beginning of that discussion that you'd used in

Page 88

1  court that needle-in-the-haystack reference

2  before; right?

3  A          Well, yes.  I used it as an example

4  to -- to -- to help the jury understand what

5  heavy liquid density separation is.

6  Q          Right.  And, for example, you used

7  that --

8          Sorry.

9  A          When I couldn't --

10  Q          And, for example, you used that in the

11  England trial with Mark Lanier; correct?

12  A          Yes, sir.  And this was before I saw

13  these documents.

14  Q          So when you were using the

15  needle-in-a-haystack example, your testimony is

16  you had never seen the Colorado School of Mines

17  document with it referring to needle in the

18  haystack?

19  A          No.  If I had -- if I had seen this

20  back in the Ingram, things would be different.  I

21  would have started right off on trying to go

22  after the chrysotile.

23  Q          So did you come up with needle in a

24  haystack or did Mr. Lanier come up with needle in

Page 89

1    a haystack?

2    MS. O'DELL:

3              Object to the form.

4    A         No.  I was looking -- I think it was

5    me.  I was looking for a way to easily explain to

6    a jury what heavy liquid density separation is.

7              Now, you have hay, which would have a

8    density much lower than needles or steel.  Those

9    float.  The needles go to the bottom.  And you

10   can just -- you know, if you hold up your water

11   bottle and you go, now, if my needles are down

12   here and I can just top this off, I can open

13   this, out they come, while all the hay stays up

14   here.

15   MR. EWALD:

16   Q         So --

17   A         If he came up with it, I told him.

18   Q         Okay.

19   A         I'm just kidding.

20   Q         So we're coming up pretty close to an

21   hour, but I do want to finish some quick hits.

22   A         You've probably got some questions

23   about this.

24   Q         So before that last discussion, you

Page 90

1    mentioned J&J consulting -- consultant publishing

2    peer-reviewed literature, something about the

3    concentration method.  What are you referring to?

4    A         Well, I -- I withdraw the "published."

5    What I'll not withdraw is they had a perfectly

6    good method -- I mean, they had positive

7    results -- that after 1974 was never mentioned

8    again.  In the mid-'70s, they're hiring experts

9    like, you know, McCrone and others, to start

10   looking for asbestos.  They never told them about

11   this heavy liquid density method that the

12   Colorado School of Mines developed, and they

13   never put it in their own protocol for J&J for

14   their TEM method, 70042 or 70024, one of those

15   numbers.  You know, it was all your regular

16   dilution method, which gives you horrible

17   detection limits.

18            You know, the heavy liquid density

19   allowed us to get detection limits of anywhere

20   from, you know, 8- or 9,000 to 10,000, where all

21   the TEM methods out there have detection limits,

22   depending on how many grid openings they look at,

23   anywhere from 5 to 6 million up to 15 million

24   fiber bundles per gram to find one.

                                            Page 91

1            When FDA was struggling with their --

2     they want to develop a heavy liquid density

3     separation and sending out notices and -- and,

4     you know, and all the documents I got about FDA

5     trying to do this in '74, '75 -- sorry -- '71,

6     '72, they didn't have any luck.  They weren't

7     technically good enough to make their own heavy

8     liquid density, and they're putting it out there

9     for people to see.  Johnson & Johnson's looking

10    at it and not saying a word.

11            Johnson & Johnson didn't -- did not

12    instruct the RJ Lee lab to use heavy liquid

13    density separation in their analysis to show

14    that, if there's amphibole asbestos in there or

15    not.  You know, there's one reference to using

16    Blount's method for TEM, not for J&J, for some

17    other product.  So RJ Lee certainly knew about

18    it.

19            So that's why I say they did not

20    provide that to any consultants.  And, to me, it

21    feels like they were keeping this a secret

22    because it was too sensitive, like they state in

23    their memo.

24    Q        You also mentioned that there have been

Page 92

1    an advancement of science with respect to PLM

2    analysis over the last four years.  What

3    advancements are you referring to over the last

4    four years that weren't there when Judge Wolfson

5    issued her opinion?

6    A          One, the big advancement is finding

7    chrysotile.  It's using better, little optical --

8    PLM optical microscopes, a better resolution.  In

9    fact, we haven't incorporated it yet, but Leica

10   came out, first over, a central-stop dispersion

11   objective lens, which is normally 10X is now

12   400X.  But I'm in the process of validating it.

13   We -- we have -- we didn't have, you know --

14            Judge Wolfson, we weren't doing

15   chrysotile at all.  We were able to find

16   references of the standard PLM methods that have

17   come out that I wasn't aware of the ELAP, New

18   York, you know, environmental laboratory for

19   sufficiency testing for doing heavy liquid

20   density separation for amphiboles where they

21   called the heavy liquid anything higher than 2.76

22   or 2.7.

23            We had much -- you know, we had much

24   better equipment, and really, the -- the PLM

Page 93

1    analysis that we were using, the protocols have

2    been around for years and years and years.

3    It's -- it shouldn't be a method that is

4    disputed.

5              Now, there is -- you know, people are

6    looking at that, so -- and, you know, to be fair,

7    Judge -- Judge Wolfson, we didn't really have a

8    chance to address much of anything in the hearing

9    for redirect.  It was cut off.  I think if we had

10   a chance to have 20, 30 minutes on redirect in

11   that hearing, we could have answered some of

12   those questions.

13   Q        All right.  We've been going about

14   another hour.

15   A        Yeah.  If we could take, like, a

16   20-minute, 30-minute lunch.

17   Q        Okay.  Let's go off the record first.

18   VIDEOGRAPHER:

19             Okay.  Off record.  The time is

20   1:39 p.m.

21                 (OFF THE RECORD.)

22   VIDEOGRAPHER:

23             Back on record.  The time is 2:19 p.m.

24   MR. EWALD:

Page 94

1   Q          Okay, Doctor.  Back from lunch, and I

2   wanted to follow up on one of the things that I

3   asked before the break.  And we talked about the

4   reports -- I'm sorry -- the analysis of bottles

5   that are identified in your fourth supplemental

6   MDL report.  And am I correct that there have

7   been additional MAS PLM chrysotile tests of J&J

8   talc products after the reports listed in

9   Exhibit 9?

10  A          Other than what we have here, I'm not

11  aware of any.

12  Q          Well, for example, the Henderson or

13  Kirch?

14  MS. O'DELL:

15             I don't know what you're referring to.

16  MR. EWALD:

17  Q          Do either of those names ring a bell,

18  Doctor, Henderson --

19  A          No.  Because I don't remember issuing

20  any more reports.  Now, I -- I don't recall

21  issuing any more.  But if -- if one --

22  Q          And maybe it's something we can, you

23  know, take a look at on tomorrow.  But the --

24  A          Yeah, if you have them and have an M

Page 95

1    number, I'll -- I'll check.

2    Q          Okay.  So, for the record, there's one

3    that appears to have been issued shortly after

4    the Newsome --

5              Newsome analysis, I believe is the last

6    one, by M number, on your chart, and I have a

7    Janine Henderson that was MAS project number

8    M71730.

9    MS. O'DELL:

10             Would you mind giving us that number

11   again, please?

12   A          I've got it.  M71730.

13   MR. EWALD:

14   Q          It was issued on, according to the

15   front page of the report, 11-28-2023.

16             And then I believe the only other one

17   that I'm aware of but I didn't see was one that

18   was issued in February of this year in the Kirch

19   case, Michelle Kirch, which is M number M714 --

20   oh, sorry.  M71740.

21   A          Well, you've got the M numbers,

22   et cetera.  I certainly wouldn't disagree with

23   that.  I just had no recollection that we had

24   more work.  But I will dig those up.  Because we

Page 96

1    haven't -- we haven't updated the chart in a

2    while.

3    Q        Okay.

4    A        Which needs to be -- it needs to be

5    done.

6    Q        From a procedure perspective, how the

7    CSM procedure that MAS is doing is conducted, has

8    it changed, to your knowledge, since the Newsome

9    report, which is the last one in the end of 2023?

10    A        No.  We have the density of 2.65.  We

11    have the -- the refractive indice [sic] fluid is

12    1.560, and the amphibole PLM analysis is still

13    the same, you know, from the ISO 22262-2 method

14    where we're using 2.85 for the TEM.

15            And for the New York ELAP method, it

16    states that it has to be greater than 2.75 or

17    2.76, and we're using 2.78.  And that hasn't

18    changed for a while.

19    Q        Your --

20            Do you remember being deposed in the

21    second-day session in the Clark, New Jersey, case

22    by my colleague, Kevin Hynes, last month?

23    A        I remember that.

24    Q        Has there been any developments in

Page 97

1    MAS's PLM chrysotile method since the beginning

2    of last month, April of 2024?

3    A        No.  We're still doing the same thing

4    for PLM.

5    Q        Okay.

6    A        That doesn't mean, you know, in a week

7    or two, you know, we'd make another modification.

8    Q        Right.  And I guess it's a -- more a

9    legal question than a question for you on where

10   the disclosure times end on the MDL.  So I don't

11   need to get into that.

12            What I want to talk about is, for lack

13   of better phrase, the origin story of MAS and the

14   PLM chrysotile work.  So walk me through when MAS

15   first started working on trying to come up with

16   the PLM chrysotile method.

17   A        It initially started February 4th,

18   about two -- about four or five weeks before

19   February 4th, 2020, where, when we first -- must

20   have been around that time I came across the

21   Colorado School of Mines.  Because we initially

22   started using what they said they did, is use

23   iodine, which will bind to chrysotile and not to

24   talc.

Page 98

1           Now, you know, maybe it wasn't really

2   clear it would bind to the polymorphs or not.

3   Then they would use that and take their samples

4   and then go look at PLM.

5           So we started doing that, and it worked

6   great with the NIST 1866b standard.  I mean, it

7   would turn a brownish-blue, and you could pick it

8   right out of the black.

9           What we didn't count on initially is

10  the size of the structures.  The -- the size of

11  the chrysotile being found in the talc was too

12  small to absorb any of this iodine at enough that

13  you could actually see it.

14          So there was a misconception initially

15  that we were using the iodine to identify

16  chrysotile.  That was not really -- that was

17  never the reason.

18          Colorado School of Mines says this was

19  an easy way to see what you were looking for than

20  to grab and take it and go get PLM and verify

21  it's chrysotile.

22          So we had to stop that, and we had used

23  the -- we had used it on some standards, the

24  1866b standards, and I believe that the FDA

Page 99

1   showed some of that, as well as talking about

2   the -- the heavy liquid density for amphiboles,

3   both PLM and -- and TEM, and also showed FDA the

4   protocol that Colorado School of Mines had.  I

5   think it was in there, you know, '73, and how

6   they developed it.  And then it went from there.

7          We tried to use the NIST standard to --

8   to verify the percentages, and -- and we had too

9   high percentages, and that's when we went to the

10  Calidria, somewhere in that time frame.

11         In the -- in the chrysotile from Union

12  Carbide, the RG -- the SG-210 and the RG --

13         I'm just having a -- RG-44, was it?

14  Something like that.  It's in the report.

15         -- and saw that it had a bunch of small

16  ones, and we saw that it was giving, and so our

17  PLM analyst at the time, Paul Hess, started

18  figuring out very quickly on what to look for.

19         And that's when we also started doing

20  the standards, and I wanted to make sure we

21  weren't misidentifying fibrous talc or talc

22  plates on edge.

23         And we went through a series where once

24  Paul Hess and another analyst here got to the

Page 100

1    point where they could find it without heavy

2    liquid density separation --

3                And it was very puzzling because the

4    CSM method was showing lower results half the

5    time than the ISO method without any heavy liquid

6    density separation.  But most of the time, it

7    showed a higher percentage of smaller -- smaller

8    structures.

9                Say you would have a concentration of,

10   you know, .001 or .005 for the ISO method without

11   heavy liquid density separation, and then the CSM

12   method, which is supposed to be more sensitive,

13   you know, you might have a .003, lower amount,

14   but you had more structures, more small

15   structures.

16               It was kind of baffling for a little

17   while, until we looked -- went and looked in the

18   pellet.  And there was more in the pellet than

19   there was in the light fraction, which made no

20   sense.

21               Came up with various theories on why,

22   but, at the end of the day, it just was about how

23   long you spin it.  That's why I saw the time jump

24   up to 72 hours.

Page 101

1          I think we -- you know, and we want to

2    back off that.  And that's giving us, I think,

3    the most efficient --

4          And, finally, I did a very simple

5    experiment.  Just put the Calidria or the

6    chrysotile SG-210 in the heavy liquid density

7    material by itself, no talc, no anything, spun it

8    for 72 hours, and every bit of it was up in the

9    top.

10          Now, the talc issue causes the material

11   to separate it out.  So you think about you're in

12   a tube -- or say you're in a tunnel.  You've got

13   to go straight up.  But there's these big ceiling

14   tiles all on top of you.  And the ceiling tiles,

15   because of the gravity, is beating full down.  So

16   you've got to fight your way through it.  And

17   that's what was happening.

18          Also, the surface charge of chrysotile

19   is positive, and the surface charge of talc is

20   negative.  They're sticking to each other.  So we

21   started looking at maybe a way to change the

22   surface charge.  And we went -- we've gone to

23   organic heavy density liquid separation, but

24   that's -- that material, methylene iodine, it

Page 102

1    is -- it's fairly dangerous.

2              So we're using a water-soluble one, and

3    we're -- we're working on that to look at the

4    centrifuge time.

5              So it's just -- it was not as

6    straightforward as the Colorado School of Mines

7    laid out.  They didn't put any of this in it.

8    They didn't look at this.

9              And you can look at their

10   concentrations, that they had 0.00001 to 7

11   percent.  That's a lot higher -- that's a lot

12   worse detection limit than what we're seeing.  So

13   I think they were losing material in their

14   analysis.  But they did do really good work.

15             You know, from there, we -- so we go,

16   okay.  We -- we did the 7.2, which didn't make

17   any sense, but that was giving us the highest

18   return.  We now got the 2.65, and we may lower it

19   from there.

20   Q         Okay.  Thank you.

21             Circling back to the beginning of the

22   story, so you say February 4th, 2020, is the day

23   that you and others give the presentation to the

24   Interagency Working Group; right?

Page 103

```
 1   A          Correct.  You know, you could either --
 2   it wasn't that you were invited to do it.  You
 3   know, if you wanted to give a presentation, you
 4   just had to put an abstract in, all your -- you
 5   know, all your things and what you were gonna
 6   talk about, and they could either say yea or nay.
 7              And, so, that's -- that's what I did.
 8   I talked about that the amphibole was pretty
 9   clean, that we weren't having really any issues
10   with that.  You know, and -- and that had some
11   effect on it, because the -- the -- the
12   Interagency Working Group wanted their
13   recommendations as to look at research to look at
14   the heavy liquid density separation for
15   amphiboles only.
16              Because at the time that we gave the
17   talk and also in December 10th of 20- -- of 2019
18   at FDA, you know, I told them that chrysotile was
19   not feasible at the moment, or at this time.  So
20   their recommendation to FDA was to use the heavy
21   liquid density separation for amphibole asbestos
22   for their -- for their work, their working group.
23   But the --
24   Q          Didn't you tell the Interagency Working
```

Page 104

1    Group --

2    MS. O'DELL:

3              Excuse me.  He was not finished with

4    his answer.

5              So if you could --

6    MR. EWALD:

7    Q         Oh.  Go ahead.

8    A         So the chairman of the committee that

9    invited me to come talk sent FDA a letter saying

10   that they would not support the methodology

11   for -- for regulating cosmetic talc unless they

12   used the heavy liquid density separation that I

13   proposed at the FDA meeting.

14   Q         I'm sorry.  The -- I got lost there.

15   You're talking about what you proposed after --

16   at the February 4th, 2020, meeting?

17   A         No.  What I -- what I got asked, which

18   was the most sensitive method to use at the -- at

19   the testimony in front of Congress.  And they

20   wrote a letter to FDA, said that they needed to

21   incorporate this in anything they did or they

22   wouldn't support it.

23   Q         And "they" being the committee or -- or

24   some subset of the committee?

Page 105

1    A         Well, it had the chairman's name on it,

2    so I'm assuming it was the subcommittee.

3    Q         But with respect to a February 4th,

4    2020, meeting, you talked about amphibole, but

5    you recall telling the audience on February 4th,

6    2020, that MAS had cracked the code on PLM heavy

7    liquid separation; right?

8    A         We didn't crack it, but I don't think

9    we got all the codes.

10   Q         But that's -- that's not what you told

11   the Interagency Working Group on February 4th,

12   2020; right?  You said you cracked the code.

13   A         I did say that.  But I did show what

14   data we had so far, and that it not really was

15   ready for prime time.

16             Because you have to understand, when

17   you say crack the code, the prevailing thought in

18   the -- was that you could never do heavy liquid

19   density separation to separate chrysotile out of

20   talc.  It was in -- the closest they came to

21   anybody saying that was in the ISO 22262-2,

22   chapter -- I mean section 16, like, second page,

23   and that was, you know, Dr. Eric Chatfield put

24   that method together, where he stated it's

Page 106

1   theoretically possible to separate chrysotile out

2   from talc, but it's not practical.

3            And, so, my opinion about that

4   statement is he's absolutely right.  It's past

5   the theoretical portion, because it can be done,

6   but it's not very practical.  It's a lot of work

7   involved.  And he did a lot of work to get it to

8   this point.

9            And, you know, to me, this would have

10  been a -- a -- a Ph.D. project at a research lab,

11  at a university somewhere.  You know, Colorado

12  School of Mines, they probably had graduates

13  working on this and they came up with the method

14  in 1973.

15           But we're not a research lab.  I mean,

16  we don't get funding from grants and et cetera to

17  work on stuff like this, so we've got to do it on

18  our own time when we're not doing other work.  So

19  it takes awhile.

20  Q        We'll get back to the February 4th,

21  2020.  But when you talk about not funding for

22  PLM chrysotile work, are you testifying that you

23  did not receive any funding from plaintiff

24  lawyers in creating the PLM chrysotile method

Page 107

1   that MAS uses?

2   MS. O'DELL:

3           Object to the form.

4   A       Hold on for a second.

5   MS. O'DELL:

6           Let's go off the record for a moment,

7   please.

8                   (OFF THE RECORD.)

9   VIDEOGRAPHER:

10          Back on record.  Time is 2:42.

11  MR. EWALD:

12  Q       Doctor, I'll just repeat the question

13  or approximate it.

14          How much funding has MAS received from

15  plaintiffs' lawyers in relation to development of

16  the PLM chrysotile method that MAS uses?

17  A       I mean, we just charge for the

18  analysis.

19          Now, what we did -- like NavStar's

20  having funding -- is --

21          You know, you haven't got to this yet.

22          -- is raise our retainer rates so that

23  we can have some excess funds to help pay for

24  equipment, et cetera, and time being spent on

Page 108

1    this stuff.

2    Q        Right.  And, so, am I right that's

3    50,000 -- five zero thousand?

4    A        For a single case.

5    Q        Okay.

6    A        But not 50,000 for all six bellwether

7    cases.  I think they're -- because they're all

8    together at the same time.  So you've got -- Rico

9    and et cetera, I think it was around 150 or 175

10   or something for all six cases.

11   Q        All right.  So you were talking about

12   the initial work being done on the PLM chrysotile

13   method about four weeks before February 4 of

14   2020, so we're talking some point in December

15   2019?  Is that right?

16   A        Sometime before that.  And not to

17   the -- not to the level that --

18            Because I was asked about chrysotile, I

19   think, in the -- in the 2019 hearing in front of

20   Congress, and I think I said it wasn't -- hasn't

21   been done yet.

22   Q        Right.

23            But around December of 2019, MAS starts

24   working on, in earnest, a PLM chrysotile method.

Page 109

1    Fair?

2    A         Well, it's hard to say earnest.  It's

3    like we're doing other stuff.  So maybe an hour

4    here, an hour there, you know, let's analyze it

5    doing this, let's try this, let's go to a

6    different, you know, heavy liquid density

7    separation and count it, and on and on.  I mean,

8    it wasn't a -- it wasn't like when I was in

9    graduate school getting my Ph.D.  You know, you

10   got there in the morning and you worked all day

11   on this stuff.

12   Q         Okay.  You start -- MAS starts on

13   working on PLM chrysotile method around December

14   2019.  Fair?

15   A         Somewhere around there, plus or minus a

16   month or two -- no.  Plus or minus a month or

17   weeks.  But --

18             Because I know what information I gave

19   out at the -- in front of the FDA, and it

20   certainly wasn't developed.  But we were finding.

21   Q         But -- so where did the idea come from?

22   A         To -- which -- which idea is that?

23   Q         Where did the idea come from for using

24   PLM to analyze chrysotile in talc?

Page 110

1   A          Because Colorado School of Mines was

2   using PLM to find the chrysotile in the talc.

3   The Johns Manville research center was doing

4   primarily PLM to find asbestos in various types

5   of samples.  They analyzed -- and they were using

6   the proposed FDA method -- I think it was '75,

7   '76 -- that was based solely on refractive

8   indices, basically what we're doing now.

9           But that method took an awful long time

10  to do, because the results were in numbers of

11  fibers in bundles per milligram, not percentages.

12  And they analyzed thirteen samples from one of

13  the manufacturers, but I think they were all from

14  Montana, and they said out of the thirteen, ten

15  were positive, and they were finding significant

16  amounts, and the other two or three they said

17  could possibly, you know, be contaminated.

18          But everybody who did this method was

19  complaining on how long it took.  And, so, FDA,

20  everybody, I think, ganged up on FDA, and FDA

21  didn't go forward --

22          I mean, they published the method in --

23  published it, and people were trying it, but they

24  said it took too long.  It was too tedious.  And

1    they're right.  This is a tedious method to find

2    chrysotile.  So they had a range of IRs it had to

3    be for chrysotile and then a range of IRs that it

4    had to be for amphiboles.

5    Q        All right.  So --

6    A        There's others who did that, too.  I'm

7    trying to think who else.

8            So the PLM came from Colorado School of

9    Mines using PLM and finding chrysotile in three

10   out of four samples.

11   Q        Okay.  Colorado School of Mines also

12   used during that time XRD in connection with

13   analyzing talc for the presence of chrysotile in

14   its heavy liquid separation method; right?

15   A        Yeah, you can use XRD.  I -- I still to

16   this day hold that it's a worthless method,

17   because if it's positive, you've got to do PLM

18   anyway, or TEM.  And, also, the problem with it

19   is --

20           At least if you're using the J4 method,

21   you know, there's a -- to me, there's now an

22   issue, very significant issue with that.  I think

23   I have it in the report.  But I don't have --

24           You know, if you get XRD and it's

Page 112

1    positive, you have to do another analysis.  So --

2    and XRD has such a poor detection limit.  Would

3    be too many -- too many false positives.

4            Oh, you had mentioned earlier that what

5    is the consequences of having a 50 percent

6    efficiency versus an 80 to 90 percent efficiency

7    of getting the concentration.  Well, the

8    consequences are that 50 percent will have a

9    poorer analytical sensitivity or detection limit

10   than the 80 to 90 percent.

11           So the consequences are potential false

12   negatives, because you haven't harvested all the

13   chrysotile in there that you can, and the -- and

14   the less chrysotile you have in there that's

15   sitting in other parts of the sample, you reduce

16   your ability to have a really solid detection

17   limit.

18   Q       So why -- why, in or around December

19   2019, when MAS started looking at a heavy liquid

20   separation method for chrysotile, did you not try

21   TEM?

22   A       Well, let me think back five years.

23   Because of the size that we're dealing with --

24   and I think I've stated this a number of times --

Page 113

1   one, there is absolutely no regulation anywhere,

2   not by the EPA, not by the International

3   Standards Organization, not by OSHA, not -- not

4   by NIST, not by NIOSH, that if you have a

5   positive chrysotile, PLM, you're not required to

6   go out and get a second opinion on that.

7           And, as I've said many times, I thought

8   it would be better that before we did this heavy

9   liquid density separation and TEM, that we knew

10  exactly what our recovery rate was and how well

11  it was working.

12          With the Blount method on PLM, it was

13  pretty much all laid out.  We just used that for

14  TEM.  We knew what the detection -- you know,

15  that -- what we were dealing with there, and we

16  started right off the bat with TEM and finding,

17  you know, anywhere from 65, 75, 80 percent

18  positives.  So that wasn't a hard jump.  The

19  chrysotile --

20          And, you know, we had protocols.

21  International Standards Organization had a

22  protocol for that published -- and that one --

23          The ISO protocol said you can use PLM

24  SEM or TEM or XRD.  Do whatever you want, but use

Page 114

1    the heavy liquid density for the separation.

2            But you're looking at, you know,

3    well-respected individuals and scientists, and

4    they're saying things like, "oh, well, that's not

5    very practical."  So we stayed away from it.

6    Because you've got such a close difference

7    between what the density of talc is versus the

8    density of chrysotile.

9            So I wanted to make sure that we're

10   getting the highest probability, and if I had the

11   best detection limit and I can't find it by PLM

12   or TE- -- if I can't find it by TEM, then, okay,

13   something's going on.

14   Q        But why wouldn't you start, as you did

15   with the amphiboles, with TEM with heavy liquid,

16   which has a greater sensitivity than PLM?

17   A        For TEM on chrysotile?

18   Q        Yes.

19   A        Well, if you think about the issues we

20   had on solving technical issues as we go along,

21   we would have been sitting there with -- with --

22           Like, the first time we ran -- the

23   first time we ran the standards with TEM to see

24   what our detection limit was, our detection limit

Page 115

1  was like .1.  We knew that's not what was in

2  there.  It's -- we -- we had to solve a lot of

3  issues along the way.

4            I mean, you know, this was really a

5  classic example of the advancement of science.

6  The theory there is you can do it.  Practically,

7  you have to work on it.

8  Q         But when you were presumably deciding

9  between whether or not --

10           Well, let me just ask.  Who decided to

11 use PLM to try to find chrysotile in talc at MAS?

12 A         That was me.

13 Q         Okay.

14 A         And you have to think about what you're

15 doing.  Using a PLM method in sample prep versus

16 a TEM sample prep is -- is worlds of differences.

17 On one hand you've got a -- you know, that was

18 when we were using those old PLM scopes.  You

19 have a two-thousand-dollar microscope, and you

20 can -- the sample preparation is about the same

21 for the two for spinning them down and moving

22 them out, but you can get it into the PLM and do

23 a fair number of samples and take a look and see

24 how it's going, where TEM, you've got to go

Page 116

1    through all those steps.  We have to take the --

2    you know, the hundreds and hundreds of thousand

3    dollar instrument and then go, and it just didn't

4    make any sense to me as a scientist until we're

5    ready to say, okay, this is the best prep ever.

6    If we don't see it with this, we're never gonna

7    see it.

8            But in the --

9    Q       But that's not --

10           Go ahead.

11   A       But if you have poor prep and you're

12   doing it over and over and you don't find it,

13   well, what was the detection limit?  What's this?

14   And we knew that it was -- that going along doing

15   the PLM would be the fastest -- the fastest way

16   to verify that it is in there.

17   Q       Well, that was the --

18           When you started for the first time

19   with experimenting on analyzing talc for the

20   presence of amphiboles using heavy liquid

21   separation, you chose TEM; right?

22   A       Chose that right off the bat, because

23   that made the most sense.

24   Q       And, then, when you had the same choice

Page 117

1   as it came to chrysotile, you chose PLM, not TEM;

2   right?

3   A          Well, we're talking four years between

4   the time we started with PLM -- with TEM.  And,

5   in fact, I had testified at one time that I

6   didn't think PLM was gonna work.  But as we went

7   along, started looking at what we needed to do to

8   make that work versus just your regular everyday

9   asbestos-added products for amphiboles, then it

10  changed my mind.

11             You know, once you see additional

12  evidence that this is a good method, as long as

13  you're going to spend the time and use heavy

14  liquid density, just like Alice Blount

15  published --

16             But, to me, the TEM for amphibole was

17  gonna be a lot more sensitive than just PLM

18  method.

19             Now, this might be reversed for

20  chrysotile.  I don't know yet.  But I have to get

21  the most efficient harvest of chrysotile out of

22  the cosmetic talc so I know that, if I can find

23  it or not find it, it's not missing something,

24  that I don't have a good prep, because

Page 118

1    preparation is everything for a TEM analysis.

2    Q        Well, if you are correct, the

3    finding --

4             Withdrawn.

5             If MAS is correctly finding chrysotile

6    in Johnson & Johnson talc using PLM, then you

7    should be able to identify that on TEM if you

8    look long enough.  Correct?

9    A        If -- if you look long enough,

10   et cetera.  That -- it doesn't work.  You need,

11   you know, you need to have the methodology down.

12   And, again, once you say it's there by PLM,

13   you're not required to do anything else.  We are

14   gonna do something else so I can publish it.

15   Q        Why do you feel like --

16            Well, what else are you going to do?

17   A        Well, we'll get to where --

18            If I'm gonna publish this, I want to

19   publish and say this is the best, most efficient

20   method we found, and these are the reasons why.

21   Q        And what do you have to do before you

22   get to that point in time?

23   A        Well, I've got to finish up these --

24   I've got to finish up using the 1.560.  You know,

Page 119

1  there's eight -- seven or eight samples there.

2  Each of those are gonna take hours so that I have

3  validated the concentrations by PLM.  Then we

4  have to go back and redo the TEMs because we're

5  using 1.560.  And we may adjust the heavy liquid

6  density a little bit more, and that's it.  But

7  that's -- you're talking months of work.

8  Q       Have --

9          Am I correct that you have not analyzed

10 any of the MDL samples by PLM for the presence of

11 chrysotile?

12 A       That's correct.  We have not.

13 Q       Why not?

14 A       Number one, we weren't asked to do it.

15         Number 2, we analyzed -- we have

16 analyzed some -- you know, we have analyzed a

17 number of samples from Vermont.  We've analyzed a

18 lot of samples from Italian, but not just -- not

19 just Johnson Baby Powder samples.

20         So we never -- we never did it because

21 we were doing it on a bunch of other things.

22 And, you know, quite frankly, J&J was in

23 bankruptcy, so we focused in on other

24 manufacturers that were using, you know, using

Page 120

1    Italian and using Montana, using et cetera.  I

2    didn't think I was ever gonna see you guys again.

3    Q        So is it your contention that you

4    haven't tested an MDL bottle because there was a

5    period of time that J&J was in bankruptcy?

6    MS. O'DELL:

7             Object to the form.  Misstates his

8    testimony.

9    A        No.  I didn't test any of it because

10   the time it really -- we started, you know,

11   really solving issues, you guys went bankrupt.

12   So I focused on others so that we could take a

13   look at Italian, we could take a look at Brazil,

14   we could take a look at Guangxi, the four or five

15   mines there.  And as we got going along, you

16   know, we got better and better at seeing these

17   very small structures.

18            Now, the next step is to get it to that

19   one -- to get it to the level I'm satisfied with

20   so that, you know, we can do TEM and finally put

21   an end to the -- to, oh, you're misidentifying

22   it.  You're misidentifying it.

23   MR. EWALD:

24   Q        Isn't there another way that you can

                                        Page 121

1    put an end to that?

2    A          Is there another way what?

3    Q          To put an end to that.

4    MS. O'DELL:

5               Object to the form.  Vague.

6    A          I mean, it should put an end to it --

7    it should put an end to it.  I mean, the talk --

8    the suggestion that we are misidentifying fibrous

9    talc are absolutely wrong.  The birefringence is

10   so easy in a clear way to distinguish between

11   these two biaxial minerals.  I don't understand

12   how they can keep saying this.  It doesn't make

13   any sense to me.

14   MR. EWALD:

15   Q          Has any -- are you aware of any

16   scientist outside of MAS that has analyzed a

17   bottle or sample from a bottle of talc by PLM and

18   reported chrysotile?

19   A          Um, I don't know.  I mean, I don't know

20   what different scientists are out there.  I don't

21   know what's been done as consulting experts.

22               What I do know is not one scientist out

23   there has provided any authoritative information

24   about polarized light microscopy that shows that

Page 122

1  we are misidentifying fibrous talc for

2  chrysotile.  It makes absolutely no sense.

3  Either they don't understand birefringence or

4  they don't understand the PLM process or they

5  don't understand how birefringence is measured,

6  and they probably don't understand about the

7  Michelle Levy charts where you do a -- you

8  compare your lowest -- your lowest refractive

9  indice [sic] to your highest refractive indice

10 [sic] and then you look at the -- the width of

11 the structure, PLM, and the width will cause a

12 difference in your birefringence.  And a

13 difference in birefringence can only happen if

14 the width is causing a difference in the

15 refractive indices.

16 Q        Dr. Longo, are you aware of anyone in

17 the world that has reviewed your images and data

18 from MAS identifying chrysotile by using PLM and

19 publicly agree with it?

20 MS. O'DELL:

21           Objection to the form.

22 A        Yes and no.  Yes, they have agreed,

23 but, no, they're not willing to go publicly with

24 it.  So...

Page 123

 1  MR. EWALD:

 2  Q          Okay.  Who agrees?

 3  A          I'm not saying.  I -- I gave them my

 4  word that I would not use their name.

 5  Q          Okay.  So we have one individual who

 6  you say agrees with you but isn't willing to

 7  actually publicly agree with you.  Fair?

 8  MS. O'DELL:

 9             Object to the form.

10  A          It's fair that they -- they don't want

11  to be involved in the litigation.  But I don't

12  think that has anything to do with anything.

13  MR. EWALD:

14  Q          Well, you just said -- you've just been

15  criticizing the people that have commented on

16  your work as basically how can they be so

17  incompetent.  I want to know if there's anyone

18  that you can identify by name outside of MAS that

19  says yes, Dr. Longo is right in identifying

20  chrysotile through PLM.  Anybody?

21  MS. O'DELL:

22             Object to the form.

23  A          You know how -- yeah.  It's kind of

24  interesting you say that.  It's like there's

Page 124

1   thousands of experts that are all involved in

2   this.  There's like, what, six?  Five?

3            And I'm not saying they're incompetent.

4   I just don't understand how they can miss the

5   birefringence on chryso- -- on talc versus the

6   chrysotile.  You're talking about five orders of

7   magnitude difference.  Yeah, you'll get a yellow

8   gold, but it's bright versus a more muted yellow

9   gold.  And you look at your data, and nobody's

10  been able to explain where I have intergrowths

11  with both talc and chrysotile in both parallel

12  and perpendicular direction.  And when you look

13  at them, it's very obviously there's something

14  different there.

15  MR. EWALD:

16  Q        Well, you talked about in this

17  litigation.  But would you agree with me that

18  submitting your methods, the scrutiny of the

19  larger scientific community is a component of

20  good science?

21  MS. O'DELL:

22           Object to the form.

23  A        No, I won't agree with you.  I would

24  agree --

Page 125

1            I mean, I think, as a good scientist,
2      you want to get the best product forward.  And
3      I've told you that for a commercial lab, it is
4      incredibly difficult to spend the time that we
5      need to finish up all this.  Because you guys,
6      it's like you think, okay, well, we should have
7      it right away.  So, you know, I can't help you
8      there.
9            This is an advancement in science.  The
10     fundamentals of why, nobody has pulled anything
11     out to say, "oh, it's different."  You know, they
12     go, "oh, well, he's misidentified cellulose
13     fibers."
14            No.  If you look at the refractive
15     indices for cellulose, a ribbony cellulose, no
16     competent PLM analyst would have a problem with
17     that.
18            The difference between fibrous talc or
19     platy talc on edge and chrysotile is the
20     birefringence is incredibly significant.  I just
21     don't understand how that -- you know, the
22     mistake.  I'm not saying they're incompetent.
23     I'm just saying it doesn't make any sense to me.
24     MR. EWALD:

Page 126

1    Q         So you are -- or MAS is currently

2    finding chrysotile in nearly a hundred percent of

3    the talc containers that it looks at using the

4    PLM chrysotile method; right?

5    MS. O'DELL:

6              Object to the form.

7    A         It has.  And your point as well?

8    MR. EWALD:

9    Q         I'm getting there.  I'm putting it all

10   in one question.

11             So the -- that's -- if indeed there is

12   asbestos in nearly every talc container that's on

13   the market, that is something that presents a

14   public health issue; correct?

15   A         Presents what?

16   Q         A public health issue.  Correct?

17   MS. O'DELL:

18             Object to the form.

19   A         I would agree.

20   MR. EWALD:

21   Q         And when you told the FDA and the

22   Interagency Working Group on February 4th, 2020,

23   that you cracked the code and could analyze

24   PLM -- you could analyze chrysotile using PLM

Page 127

1   heavy liquid separation, has anybody from any of

2   the Interagency Working Group contacted you for

3   more information?

4   A          Nobody has contacted me.  I think the

5   public health issue has dwindled from this.  I

6   don't think it's -- at least to me --

7          You know, I understand that Johnson &

8   Johnson is now taking the talcum powder off the

9   international world.  You know, first it was,

10  what, in 2022, North America?  So I think this

11  has -- this work on this has helped motivate --

12          It's just my opinion, and probably, you

13  know, whatever y'all think.

14          -- motivated to get these products off

15  the market.

16          Again, I would like to be at a

17  university so I could get this out sooner, but I

18  know this is gonna be heavily scrutinized.  I've

19  seen what's happened in the past.  You know, you

20  get something out there, and there's a lot of

21  pushback.  So I prefer to get it all where we can

22  show every aspect of this, show how -- what we're

23  seeing and why.  And I think it will be a good

24  paper.

Page 128

1    Q         Are you suggesting that the FDA and the

2    broader Interagency Working Group has not

3    contacted you because some talc has gone off the

4    market?  Is that what you're suggesting?

5    A         No.

6    MS. O'DELL:

7              Object to the form.

8    A         No.  I'm not saying that.  I don't

9    think they've contacted anybody.  They're working

10   among themselves.  So, you know, have they

11   contacted Matt Sanchez?  Have they contacted Alan

12   Seagrave?  The only person they contact is AMA,

13   who won the contracts.

14   MR. EWALD:

15   Q         Well, have you told AMA, "hey, guys,

16   you're using the wrong PLM method because what

17   I'm doing right now, I'm finding it a hundred

18   percent of the time and you haven't found it

19   once?"  Right?

20   MS. O'DELL:

21             Object to the form.

22   A         I haven't found it a hundred percent of

23   the time, and I don't know why that's so obvious

24   to have a problem with people.  And I'm gonna

Page 129

1    call AMA?  They know my testimony.  They know

2    what I do.  I'm gonna call Sanchez?  I'm gonna

3    call Alan Seagrave?

4    MR. EWALD:

5    Q        There are professional organizations as

6    well.  People get together and talk about these

7    issues; correct?

8    A        You know, it's sort of like, gee, you

9    haven't told anybody, and why not, and why don't

10   you go out there and start banging the drum?  And

11   I prefer to have the science to the point where

12   I'm doing -- it has the best sensitivity and we

13   can show it.

14            Cos- -- you know, cosmetic talc's not

15   sold anymore in this country, that I can tell,

16   unless you -- unless you go to eBay or --

17            But you walk in a store, you can't find

18   it anymore, which is a good thing.  Because

19   you're right.  I'm thinking that, you know, when

20   you're using these products as a body powder and

21   you're putting it on infants and children, it's

22   not a good thing.

23   MS. O'DELL:

24            Hey, John, we've been going about an

Page 130

1   hour.  Why don't we take a short, short break,

2   about five minutes?

3   MR. EWALD:

4           Sure.  Let's do it.

5   VIDEOGRAPHER:

6           Off record.  The time is 3:12.

7                (OFF THE RECORD.)

8   VIDEOGRAPHER:

9           Back on record.  Time is 3:24.

10  MR. EWALD:

11  Q       Okay.  Doctor, right before we got back

12  on the record, you indicated that you did

13  identify the two tests that I had mentioned by

14  MAS's M number.  Can you briefly just say on the

15  record which two tests those are?

16  A       I'm sorry?

17  Q       I wanted you to say on the record the

18  two M numbers that you identified off the record.

19  A       MAS project M71740, the Kirch Johnson

20  Baby Powder container and report issued on

21  2-15-2024, and then we have M71730, the Jeanie

22  Henderson container and report issued in November

23  28 in 2023.

24  Q       And if we combine those two analyses

Page 131

1   with the analyses contained in your fourth

2   supplemental report, April 29th, 2024, that

3   together represents the entirety of the MAS PLM

4   chrysotile analyses that have been produced as it

5   relates to J&J talc?

6   A          As far as I know, yes.

7   Q          Okay.  It's not a trick question.  It's

8   the same thing I have.

9   A          No, there's no others.  One will show

10  up, and then people aren't too kind.

11  Q          Well, let's circle back.  When we were

12  talking about the early days of MAS's work on PLM

13  and chrysotile circa roughly December 2020, who,

14  if anyone, was funding that initial work?

15  MS. O'DELL:

16             Object to the form.

17             John, I think you misstated the year.

18  You said 2020.

19  MR. EWALD:

20             I think I did, too.  Let's try again.

21  Thank you.

22  Q          In -- in or around December of 2019,

23  when MAS was beginning its PLM chrysotile

24  methodology work, who, if anyone, was funding

Page 132

1   that work?

2   A          I don't recall any -- we actually had

3   anybody funding that work.  And, you know, use --

4              And I was thinking about what we just

5   talked about.  The use of heavy liquid density

6   separation for minerals is something that is so

7   well established in the scientific community.

8   It's nothing -- there's nothing unique, there's

9   nothing --

10             There's hundreds and hundreds of papers

11  out there published about using heavy density

12  liquid to use [sic] minerals.  In this particular

13  case, we're just using -- we're going after a

14  different mineral that people haven't gone after

15  in the past, that I can tell, for -- for

16  chrysotile using a -- not a novel analytical

17  method.  PLM is not novel.  It's, you know, it's

18  been around from the late '60s, early '70s.  The

19  use of -- it's just another analytical technique

20  for separating out a sample.  It's just taking us

21  longer because we're not a research lab.

22             But, you know, you can go on TV and

23  watch heavy liquid density separation on the

24  shows where they're panning for gold.  That's

```
                                          Page 133
 1   heavy liquid density separation.
 2   Q          Okay.  So if that's the case, Doctor,
 3   then why did you spend a decent amount of your
 4   report and the deposition time earlier today
 5   saying how J&J hid from the world this heavy
 6   liquid separation method for chrysotile that
 7   never would have been -- seen the light of day if
 8   not for litigation if it's -- everyone knows
 9   about it and it's so well established?
10   MS. O'DELL:
11               Object to the form.
12   A          Well, if you have a method and you
13   start analyzing it and you're getting a number of
14   positive samples for asbestos that you did during
15   the earl- -- during the development of this
16   method, it wasn't me who said this but it was a
17   J&J person that said that this concentration
18   method is not in the best interest of our
19   worldwide talc market.  You're gonna start
20   putting out there that there's asbestos in your
21   product?  That's what I think.
22   MR. EWALD:
23   Q          Well, I'm sorry, Doctor.  You didn't
24   answer my question, which is:  If, as according
```

Page 134

1   to you, it's so well established in the

2   scientific community, there are hundreds of

3   papers over decades that heavy liquid separation

4   is something that works, how could J&J have

5   engaged in this great coverup, as you posited,

6   preventing the scientific world from using heavy

7   liquid separation for chrysotile?

8   MS. O'DELL:

9              Object to the form.

10  A          I don't think it was well known out

11  there that there was asbestos in cosmetic talc.

12  It certainly was not something I thought of early

13  on when I've been shown those transcripts from 10

14  to 20 years ago.

15             I can't answer why from J&J.  Alls I

16  can answer is if you look at the Blount paper

17  where she goes into different references for what

18  she's using, especially when she starts talking

19  about separating out the pellet --

20             And that's where we got the idea of

21  using liquid nitrogen, because she had references

22  in there for using liquid nitrogen to do this.

23             When you're doing your flotation, when

24  J&J and all the talc manufacturers out there do

Page 135

1    the beneficiation with flotation, they're using a

2    surfactant to help drive the talc particles to

3    the surface to be harvested.  So they're --

4    they're changing the surface tension there, and

5    they're concentrating it, trying to get rid of

6    the fines.  That's why J&J was experimenting with

7    different surfactants, thinking they could

8    eliminate both chrysotile and/or tremolite out of

9    their product from the -- from the Vermont mines.

10            Now, you know, they didn't go tell the

11   world about it.  It didn't work for both Argonaut

12   and Hammondsville.

13            So I just took a well-established

14   method and tried it because I saw that J&J had

15   done it and had found -- had positive samples for

16   chrysotile.  That's the only reason I got started

17   in it.

18   Q        So you didn't -- you didn't decide to

19   use Colorado School of Mines' method because you

20   thought it was a good method?

21   MS. O'DELL:

22            I'm sorry.  Would you repeat that?  I

23   couldn't hear the last part.

24   MR. EWALD:

Page 136

1              Yeah.

2    Q         You didn't decide to use the Colorado

3    School of Mines' method because it's a good

4    method?  It was only because J&J had used it in

5    documents that you saw?

6    MS. O'DELL:

7              Object to the form.

8    A         I used it because they showed it was

9    possible to separate out chrysotile from talc.

10   And they also, of course, showed that you can

11   separate out amphiboles from talc by using heavy

12   liquid density separation.  And, also, the same

13   time we saw the -- when Windsor Mineral did their

14   own heavy liquid density research by Reynolds,

15   that they found asbestos using heavy liquid

16   density.  They used standards.  So it looked to

17   me like it was a fairly well-developed

18   methodology --

19   Q         You say fairly --

20             Sorry.  Go ahead.

21   A         -- for amphiboles.  You know, Eric

22   Chat- -- Dr. Chatfield had been using it for

23   years on vermiculite.  Then he put together, you

24   know, the 22262-1 and -- well, 2, where then he

Page 137

1    says "here's how you do it, and you can use it

2    for all these different things, including

3    cosmetic talc, and once you do it, you can

4    analyze it by PLM or SEM or TEM or XRD, any one

5    of them."

6            Nowhere in there does it say you have

7    to do it for all of them, you know, you have to

8    go -- if you're gonna do it for PLM, you've got

9    to do it for TEM or you've got to do it for XRD.

10   He said here's the methods, the analytical

11   methods.

12   Q        All right.  Required or not, if you are

13   not able to identify a single person by name in

14   the deposition that will publicly agree with you

15   in your findings of chrysotile by PLM, isn't it

16   good scientific practice to then say "I'm going

17   to confirm this by TEM," for example?

18   MS. O'DELL:

19           Object to the form.

20   A        I've already given you my -- my reasons

21   for that.  We have not tried it yet for Johnson's

22   Baby Powder by TEM.

23   MR. EWALD:

24   Q        What about another lab?  Why not send

                                              Page 138

 1   your samples to another lab to try to confirm it,

 2   whether it's TEM or PLM chrysotile?

 3   A          I'm not sending it to -- you know, I'm

 4   not going to be sending -- I'm not gonna send it

 5   to another lab yet.  I'm gonna -- until, you

 6   know, it's time to write your papers, the paper.

 7   Q          Okay.  And why is that?

 8   A          Why?  Because that's what I feel would

 9   be the best method in order to get it published,

10   and given the protocol for PLM.  I'm sure we will

11   have TEM done by then.  I want to put both

12   together in one paper, TEM and PLM.

13   Q          If it's, as you say -- if, as you

14   say --

15              Sorry.  Withdrawn.

16              If, as you said, after coming back from

17   a break with counsel, right off the bat, that

18   what you were doing was not novel or analytical,

19   why is it so difficult for you to publish those

20   results if they are so well established?

21   MS. O'DELL:

22              Object to the form.

23   A          The use of heavy liquid density

24   separation is really well established to separate

```
                                              Page 139
 1    out minerals, to separate out all kinds of stuff,

 2    anything that has two densities.  I mean --

 3              Hand me that.

 4              Here's something I used to take in to

 5    junior high school to teach science classes for

 6    an hour, and when they were doing densities, I

 7    would take this in and say "I'm gonna show you

 8    what heavy liquid density separation is.  Let's

 9    say that blue particles are the asbestos and the

10    white particles are -- are the talc.  Oh.  One

11    floats and one goes down to the bottom."

12              I mean, they sell this at a hobby

13    store.  It is so well accepted about this kind of

14    stuff.  So --

15              But we're trying to separate that is a

16    little bit more difficult, two minerals that are

17    very close in density, very close in --

18              And we're talking about a -- a -- a --

19    you know, a trace amount.  That's the only

20    difference here.  But the actual science behind

21    what we do is not novel at all.  It's just

22    another sample preparation method in the lab.

23    MR. EWALD:

24    Q        Well, you were talking about, earlier
```

Page 140

1    in the deposition, that the Blount amphibole

2    density separation method has been published;

3    right?

4    A          It has.

5    Q          And that an amphibole separation method

6    has -- described in ISO 22262-2; correct?

7    A          Correct.

8    Q          And there is at least a mention of

9    amphibole separation methods and the need for

10   interlaboratory work on those in the FDA

11   interagency White Paper; correct?

12   A          I'm sorry.  What was that last one?

13   Q          The FDA interagency White Paper at the

14   end of December '22, they do talk about amphibole

15   density separation methods and the need for

16   interlaboratory testing of those; right?

17   A          Yeah.  They're proposing that if they

18   go through with the heavy liquid density

19   separation for amphiboles, which will be good.

20   Q          Right.

21   A          A lot of people are doing PLM analysis

22   on these cosmetic talcs, in my opinion, that

23   don't have a clue what the detection limits are

24   by PLM.

Page 141

1   Q        Yeah.

2   A             That'd be the weight percent by TEM

3   that, in my opinion, where you have to do a

4   calculation on a made-up fiber size, that they

5   have a detection limit of 10 to the minus 7,

6   finding one structure, even though to find one

7   structure, one fiber, you know, you have a

8   detection limit of anywhere from 5 to 15 million.

9             So I was hoping, you know, that when --

10  the Interagency Working Group can fix some of

11  these issues.  That's why they're not

12  recommending, by TEM, weight percents.

13  They're -- they're -- they're more

14  recommending -- that's the FDA -- that they go

15  with fibers and bundles per gram.  It provides

16  more information on the actual concentration of

17  any asbestos, in my opinion.

18  Q        So even --

19             Apologies for the computer issue.

20             So even after telling the FDA in

21  February 4th, 2020, that you had cracked the code

22  on separation of chrysotile heavy liquid

23  separation, that is not even mentioned in the FDA

24  White Paper or any of the appendices; correct?

Page 142

 1    MS. O'DELL:

 2              Object to the form.

 3    A         No.  It's just amphiboles.

 4    MR. EWALD:

 5    Q         And I believe you testified earlier

 6    today that your impression was that the

 7    Interagency Working Group understood that your

 8    PLM chrysotile method was not ready for prime

 9    time?  Was that your testimony?

10    MS. O'DELL:

11              Object to the form.

12    A         I don't think I said that.  But I

13    didn't really show any data, I think, for any

14    chrysotile being found in any.  I just said this

15    is the basic procedure.

16              On the other hand, I had the data for

17    the amphiboles that presented, so I guess that's

18    why they only stuck with amphiboles.  I mean,

19    I -- I don't have an inside knowledge of what FDA

20    decides or not decides, or the Interagency

21    Working Group.

22    MR. EWALD:

23    Q         Yeah.  You say you -- you would be

24    speculating if you were to be talking about why

Page 143

1    the FDA/Interagency Working Group decided not to

2    even mention your PLM chrysotile heavy liquid

3    separation method had supposedly cracked the

4    code; right?

5    MS. O'DELL:

6              Object to the form.

7    A         I just don't know what FDA would be

8    thinking.  I don't know how much, based on my

9    testimony in front of Congress where I was asked

10   about chrysotile and said that's not possible

11   yet, it's not possible, we don't have a method

12   for that yet.  So -- so I don't know what FDA's

13   position was on that.

14   Q         Did you ever follow up with the

15   Interagency Working Group to say that you were

16   wrong in saying that you cracked the code?

17   MS. O'DELL:

18             Object to the form.

19   A         Did I ever follow up with them?  No.

20   MR. EWALD:

21   Q         Do you believe that you were wrong or

22   maybe overstated things a bit when you told them

23   in February 4 of 2020 that you had cracked the

24   code?

Page 144

1    MS. O'DELL:

2            Object to the form.

3    A        I wasn't wrong at all.  I was

4    absolutely right.  Now, we had to get it worked

5    out, but I used a noncontroversial, very

6    well-established method, but it just had to be

7    tweaked here.  It's not the method's fault.

8    It's -- it was a little bit more difficult than I

9    thought.

10            But as I sit here now, I am -- I was

11   right.  I was right, what I stated to that --

12   that group at the time.

13   MR. EWALD:

14   Q        We'll go ahead and mark --

15   THE COURT REPORTER:

16            It's 12, John.

17   MR. EWALD:

18            Okay.  Thank you.  I just got there.

19   12.

20   Q        -- Exhibit 12 the slides that

21   accompanied Dr. Longo's February 4th, 2020,

22   presentation to the Interagency Working Group.

23            Doctor, does this look familiar?

24   A        It does.

Page 145

1              (DEPOSITION EXHIBIT NUMBER 12

2              WAS MARKED FOR IDENTIFICATION.)

3    MR. EWALD:

4    Q         Okay.  And the title on the first page

5    is "The Heavy Liquid Separation Method for the

6    Analysis of Cosmetic Talc to Detect Amphibole and

7    Chrysotile Asbestos."  Right?

8    A         You read that correctly.

9    Q         Great.

10             Talking about sensitivity --

11   MS. O'DELL:

12             Do you need to see it, Dr. Longo, or

13   are you good with it just on the screen?

14   THE WITNESS:

15             I'm good with it on the screen.

16   MR. EWALD:

17   Q         Talks about how to increase TEM

18   sensitivity.  Then you also have this brief early

19   history of HLS method for talc developed for J&J,

20   and you then say "the MAS LLC HLS analysis for

21   amphibole asbestos by PLM," and you lay out the

22   procedure that you had at the time.  Correct?

23   A         Correct.

24   Q         Okay.  And the next slide, you talk

Page 146

1   about the MAS LLC HLS analysis for amphibole

2   asbestos by TEM, and you lay out your procedure

3   for that.  Correct?

4   A        Correct.

5   Q        Okay.  And then we have MAS LLC HLS

6   analysis for chrysotile asbestos by PLM, and you

7   lay out the procedure that MAS was using for this

8   at the time.  Correct?

9   A        Correct.

10  Q        What aspect --

11           Well, I'll just go line by line.

12           Stain 200 milligrams of cosmetic talc

13  with betadine, 2 percent iodine solution, filter

14  stain talc material and wash in alcohol/Di-water.

15           Do you still use that as part of MAS's

16  HLS analysis for chrysotile asbestos by PLM?

17  A        No.  As I discussed earlier in this

18  deposition, that the iodine worked really well

19  for the 1866b NIST chrysotile standards because

20  of the very large bundles that were in there.

21  Q        Okay.

22  A        But when we got to looking for it for

23  the size of the bundles of chrysotile that was in

24  the cosmetic talc, the 2 percent iodine solution

Page 147

1   did not absorb enough to it so it gave it any

2   ability to see it.  So it just didn't work.  And

3   I won't mention that -- other scientists who came

4   to the same conclusion.

5              And we were using betadine, but the

6   method called for pure iodine.  The problem with

7   pure iodine, one, in order to get it, you have to

8   fill out a lot of paperwork for the DEA because

9   it's a precursor in meth productions.

10             And, two, once you made up the

11  solution, it only had about a two- -- a three- or

12  four-day shelf life.  And we weren't working on

13  it all day long.  And, again, we never used the

14  iodine for identification.  It was just supposed

15  to help, and it didn't work.  So we dropped that

16  pretty quick after this.

17  Q         And the 2.72g/cc HLS, is that the same

18  that you use today for the heavy liquid?

19  A         Today -- I'll just give you an update

20  on the very last one we did for Johnson &

21  Johnson.  And this one --

22             And this was the Kirch on 2-15-2024.

23  We used 2 .65.

24  Q         Okay.  And do you recall in the 1974

Page 148

1    Colorado School of Mines, did they use 2.72?

2    A        No.  They never used 2.72.

3    Q        Okay.

4    A        They said less than 2.65.

5    Q        Okay.

6    A        But our initial trying everything, that

7    was being -- that gave the most.  And it was

8    said -- you know, we had -- we had some technical

9    difficulties trying to repeat their stuff.

10           But, no, they didn't use 2.72

11   initially.  Well, it's not what they put in their

12   final protocol.

13   Q        Centrifuge at 500 rpm for 5 minutes,

14   then 1800 rpm for 5 minutes, is that still MAS

15   LLC HLS analysis for chrysotile asbestos by PLM?

16   A        For this sample, we did it for 72 hours

17   at 21 degrees Celsius without breaking.

18   Q        And at the time Colorado School of

19   Mines was doing analysis in 1974, did they use

20   the same centrifuge time?

21   A        I'm not sure they published in there

22   what centrifuge time they were using.

23           This particular centrifuge time was

24   used by Reynolds in the -- the Windsor project,

Page 149

1    where they hired him to look for amphiboles in

2    their product -- I mean in the -- in the -- in

3    their Vermont talc.  And he found actinolite, and

4    he says he believes the other was anthophyllite.

5    He ran standards, and he showed that it was in

6    there.  So I borrowed their centrifuge time.

7    Q          Okay.  The part about fine tweezer,

8    remove stained chrysotile bundles from filter and

9    place on glass slide, MAS doesn't do that

10   anymore -- right? -- because they don't stain the

11   particles.  Right?

12   A          That went pretty quickly.  That

13   didn't -- that didn't last long.

14   Q          Okay.  And when you say "have validated

15   detection limit of approximately 0.0001 percent

16   by weight fibers per gram of talc," you're

17   talking about, quote, validation procedures that

18   were done internally by MAS; right?

19   A          Correct.

20   Q          Okay.  And yet we've gone through the

21   various discrepancies, some of the discrepancies

22   between the MAS method and the Colorado School of

23   Mines method, but you, earlier today and in the

24   past have called this, what you were doing, just

Page 150

1   the Colorado School of Mines method; right?

2   A          I'm doing what?

3   Q          All you're doing is not your method.

4   It's the Colorado School of Mines method.  That's

5   what you say; right?

6   MS. O'DELL:

7               Object to the form.

8   A          I think it is Colorado School of Mines'

9   method.  They're the ones who said it could be

10  done.  I'm just tweaking it.  It's not -- it's

11  never gonna be the Longo method.

12  MR. EWALD:

13  Q          Okay.  What part -- what specific part

14  of the Colorado School of Mines method for

15  analyzing chrysotile with PLM still remains in

16  your analysis today?

17  A          That we're actually using heavy liquid

18  density separation, a well-established

19  methodology, to -- to concentrate the chrysotile,

20  just like they did, and show that it can be done.

21  We'll probably end up with a -- a heavy liquid

22  density that's less than 2.65.  I believe that's

23  where we'll end up.  So we'll be using exactly

24  what they said.  And we're doing it by PLM, just

Page 151

1    like they did.

2    Q          All right.  So when we were talking,

3    again, in the early stages of MAS's analysis of

4    chrysotile by PLM, you were talking about the use

5    of the NIST 1866b, and that worked great.  And I

6    just didn't follow what you were meaning by that.

7    A          I'm sorry.  I'm not understanding the

8    question.  Could you repeat it?

9    Q          Yeah.  I didn't understand the answer.

10   I'm not saying it's your fault.  I just didn't

11   understand, so I'm trying to wrap my head about

12   that.

13          We were talking about the early stages

14   of analyzing talc for the presence of chrysotile

15   using PLM, and you talked about the experience

16   early on with the NIST 1866b standard.  And what

17   I heard some version of -- I'm not saying it was

18   your exact testimony but just trying to ring a

19   bell here -- that it worked great and there was a

20   lot of brownish-blue, but that there -- that was

21   a problem.  And I wasn't sure what you were

22   conveying.

23   A          For the iodine?

24   Q          For the iodine, yes.

Page 152

1    A          Because what we were finding in the

2    talc, as it turns out, was maybe a thousandths of

3    the size of the type of bundles you see in the

4    1866b.  So it would not absorb enough of the

5    pigment, I guess, for lack of a better word, that

6    you could pick it out in the sample and then take

7    tweezers and take that pinch and put it over in

8    the -- on the slide so you could find it easier.

9    It didn't work.

10   Q          In that time period, we'll say early --

11   late 19- -- late 2019, early 2020, was Paul Hess

12   comparing what he was seeing in the talc to the

13   NIST 1866b standard?

14   A          He initially was using the 1866b

15   standard at percentages.  And when I finally

16   caught up with him that he was doing that, I

17   stopped him and said that's -- we have to go

18   back; these are not at the concentrations because

19   you're using too big of a standard.  That's when

20   the RG-144 came in, where we could then calibrate

21   the analyst to look better for what the

22   percentages were.

23   Q          And I'm sure this is my problem, but

24   I'm trying to follow you.  So the -- the

Page 153

1    percentages, when you're saying the percentage of
2    what you're seeing that didn't match the NIST
3    1866b, are you talking about the size of the
4    particle?
5    A          The size of the bundles.  Yeah.  There
6    was -- there was no .1 to 1 percent or 2 percent
7    in there.  That's -- that was impossible.  When I
8    saw -- finally saw that data, it was like this is
9    wrong.  You can't have this much in there.  This
10   is at trace levels.  This is not even close to
11   what Colorado School of Mines is finding.
12              And, then, I didn't do a deep dive.  I
13   just looked at it and said, "Why are you doing
14   this?"
15              "Well, that's the concentrations.
16   That's what it looks like."
17              No, it doesn't.  That's when we started
18   really focusing on the -- the -- the Union
19   Carbide chrysotile, especially when we started
20   seeing that it was giving us very similar
21   refractive indices and very similar sizes in
22   1.550.
23              And then when we found our RG -- our
24   SG-210, that was a much better use as a standard

Page 154

1    than the RG-144 because it was showing the

2    exact -- same ranges of refractive indices, same

3    ranges of length, same ranges of width.  So we

4    have -- we had -- we had -- we had it down to the

5    point where it was pretty straightforward.

6    Q          So before, though, you started using

7    SG-210, was Paul Hess identifying particles as

8    chrysotile because they matched what he was

9    seeing with NIST 1866b?

10   MS. O'DELL:

11              Object to the form.

12   A          No.  1866b has a -- has a different

13   refractive indice [sic] than 1.550 for those big

14   bundles.  I mean, you know, the gamma is in the

15   1.550 range to 1.5 -- 1. -- 1.559.  I think the

16   highest I've seen is 1.560, the magenta.  You've

17   all heard that a few times.  It's got to be

18   magenta.

19              But if you look at the bundles of

20   chrysotile that they show in the standards, like

21   the ISO method, the size of those bundles are an

22   entire field of view, maybe four or five hundred

23   microns in length, and their thickness is maybe

24   50 to 100 hundred microns thick.  And you get the

Page 155

1   magenta when you do that, but you also get areas

2   that have the yellowish gold, single little

3   fibrils.  But if you look at the size difference

4   between the two, what we're looking at is about a

5   thousand --

6           You know, and I'm just pulling this out

7   of the air.

8           -- hundreds to maybe a thousandths

9   times smaller than what we're dealing with.

10          Now, I know there's a suggestion that

11  the size of -- the thickness of the bundle makes

12  absolutely no difference, but that doesn't square

13  with the Michelle Levy charts where you determine

14  the birefringence in it on the -- on the, you

15  know, the parallel axis, y axis, as from zero to

16  a hundred micrometers in -- in length.

17          And where you pick off that size, if

18  you go to 10 micrometers off your colors and you

19  say, okay, well, that's --

20          And they tell you to use the -- the

21  width as the diameter.  And you'll have different

22  refractive indices if you've got a 10-micron or a

23  1-micron width versus one that has 50 to 100

24  microns width.  Once it gets to a certain level,

Page 156

1    certain size, it's all the same.  So they only go

2    up to a hundred micrometers.

3              So what's the primary difference that

4    we have between what we're seeing in the 1866b

5    standard is how big the structure is.

6    Q         So if Paul Hess was not using the 1866b

7    NIST standard to identify what he was seeing in

8    late 2019, 2020 as chrysotile, you had not begun

9    to look, compare yet to SG-210, how was Mr. Hess

10   positively identifying chrysotile during that

11   early period?

12   MS. O'DELL:

13              Object to the form.

14   A         Mr. Hess was only using the 1866b as

15   this is how much space it takes up to do the --

16   the visual estimate for the amount of percent.

17   He was already finding the very small structures.

18   And that's when I stopped him and said you can't

19   use that as your visual estimate, because that

20   has completely different -- not completely

21   different, but the refractive indices on the

22   gamma side are lower, and other min- -- you know,

23   chrysotile minerals we're seeing has a higher

24   gamma, as pointed out by Dr. Su.

Page 157

1    Q        How was --

2             Withdrawn.

3             What, if anything, was Dr. -- I'm

4    sorry -- Mr. Hess relying on to confirm that what

5    he was looking at in identifying as chrysotile

6    had a correct gamma refractive index?

7    MS. O'DELL:

8             Object to the form.

9    A        What was he using?

10   MR. EWALD:

11   Q        Yeah.

12   A        He was using his experience and

13   knowledge of what the refractive indices, and it

14   didn't match anything else, especially the

15   birefringence.  I mean, he's been doing PLM

16   for -- since -- 30, 40 years.  And -- and he

17   was -- and he's right.  I mean, I was agreeing

18   with him.  I made sure that before we -- I put

19   this out there, that we were finding this, that

20   we were following -- and it couldn't be anything

21   else.

22   Q        So it's your --

23   A        But I have to say, I mean, we're

24   talking five years ago.  I don't remember the

Page 158

1    whole sequence of events, you know.  It's like --

2    it's been a lot of work on it over the years.

3    But to go from, well, this happened, this

4    happened, this happened, this happened, this

5    happened, you know, the best way to look at this

6    is we go back to when we started -- you know, we

7    started analyzing it and putting into the

8    notebooks, and you can see there what has changed

9    over time.

10   Q         Well, if I look at the PLM worksheet

11   for one of the early analyses, is it going to

12   tell me what Mr. Hess used as the basis to

13   determine that the gamma refractive index

14   corresponded with chrysotile?

15   MS. O'DELL:

16             Object to the form.

17   A         No, it's not gonna tell you that.  Any

18   questions like that, I can tell you.

19             You know, we used -- we looked at

20   Dr. Su's table for the 1.550, the table 4A and

21   4B, and we were in the, you know, the 430 to 450

22   range.  And there was nothing else it could be

23   except chrysotile.  It wasn't fibrous talc.  It

24   wasn't antigorite.  It was not lizardite, not

Page 159

1    sepiolite.  It was the only thing it could be.

2              And he's a geologist, so, to him, that

3    makes sense that you would have that.

4              And, then, of course, we started

5    looking at --

6              Where is that one, the 2022 one?

7    MS. O'DELL:

8              It's right here.

9    MR. EWALD:

10   Q        Sorry, Doctor.  What are you looking

11   at?

12   A        I'm looking at the 2022 one.  Those

13   analyses for table 2 were done very early on.

14   That's how he knew.  And this was chrysotile.

15   This was all done before we ever put the first --

16   on what it should be.  And there's no dispute

17   that RG-144 is chrysotile.

18   Q        I thought you just told me that in the

19   early days of late 2019, early 2020, when

20   Mr. Hess was analyzing some of the talc samples

21   by PLM for the presence of chrysotile, that you

22   guys hadn't even thought about comparing what

23   he'd seen to SG-210 or RG-144.

24   MS. O'DELL:

Page 160

```
 1              Object to the form.
 2    A         I didn't testify at all about
 3    chrysotile until we had the RG-144 from these
 4    standards.  We knew exactly what we were looking
 5    for.  And we knew that this is what the
 6    chrysotile was gonna look like, because it was
 7    matching what we were seeing in the samples.
 8    MR. EWALD:
 9    Q         How --
10              You just told me a couple of questions
11    ago that you came up to Mr. Hess after he gave
12    you the initial results and you were saying, no,
13    no, you shouldn't be using the NIST standard,
14    1866b.  You should be using this Calidria one.
15    Right?
16    MS. O'DELL:
17              Object to the form.
18    A         Well, we're talking about two different
19    things.
20    MR. EWALD:
21    Q         Okay.
22    A         I think now I'm more headed to how did
23    you -- how did you verify that it was chrysotile?
24    Verified it was chrysotile because it was in the
```

Page 161

1    ranges that are in the charts.

2              And, also, if you look at -- if you

3    look at Walter McCrone's -- I think it's 1974, he

4    goes through the wavelengths of all the different

5    chrysotile mines around the world.  I think he

6    has 32, 33 of them.  There's differences between

7    those.  And the ones that are the most different

8    is from the Coalinga mine, and even ones that are

9    even more different -- and I used to have some

10   around here, but I don't anymore -- is from the

11   Johnson mine in Vermont.

12             The standard he -- we made up, he was

13   using that for the percentage of chrysotile in

14   the sample, not identifying the chrysotile using

15   the NIST 1860 -- NIST standard.  You can't use

16   that to identify what we have here.  It has -- he

17   doesn't have the right -- unless you do one thing

18   to it.  Grind it up in liquid nitrogen and get

19   the same size as the size we're seeing, and you

20   will get very similar refractive indices.

21   Q       So that goes back to what we talked

22   about earlier -- right? -- the -- your theory

23   that grinding up in the milling process the talc

24   and, presumably, as you are contending,

Page 162

1    chrysotile, changes the refractive indices.

2    Fair?

3    MS. O'DELL:

4              Object to the form.

5    A          I'm not sure what you said.  What we

6    took was is the 1866b standard and purchased a

7    liquid nitrogen stainless steel state-of-the-art

8    mill.  You have to keep it frozen in liquid

9    nitrogen because it has too much flexibility,

10   unlike tremolite and anthophyllite.  So you have

11   to keep it, make it brittle, which the liquid

12   nitrogen does.

13             And, then, once I got it down to a size

14   I thought was appropriate, I ran it through a

15   sieve and took the minus 200 in the sieve and

16   then had them analyze it, and the refractive

17   indices are just about -- you know, they're

18   different.  They're not -- they're not your

19   usual, you know, magenta.  You know, we've got

20   some sizes that we get very similar stuff that

21   we'd seen before.  A lot of it was around the

22   1.562.

23   MR. EWALD:

24   Q          Apart from your liquid nitrogen

Page 163

1    experiment, do you have any support for the

2    proposition that grinding chrysotile changes its

3    refractive index?

4    MS. O'DELL:

5              Object to the form.

6    A         Getting it down to a size that is way

7    different than what's in there, it does change

8    the refractive index, because it changes the

9    birefringence, because we have a chart that shows

10   that.  And you can't change the birefringence

11   unless you're changing the refractive indices.

12   MR. EWALD:

13   Q         So when you talked about grinding it to

14   a size smaller than what we see --

15             I just wasn't sure what you were

16   referring to.  What size are you grinding it to?

17   A         A minus 200 sieve size, cosmetic talc

18   size.

19   Q         And I don't think you answered my

20   question as to, leaving aside the liquid nitrogen

21   experiment that you just discussed, do you have

22   any support for the proposition that milling and

23   grinding a chrysotile particle will change its

24   refractive index?

Page 164

1    MS. O'DELL:

2              Object to the form.

3    A         If you go to our supplement expert

4    report, October 9th, 2023, and you go to section

5    7 --

6    MR. EWALD:

7    Q         I'm sorry, Doctor.  What are you

8    looking at?

9    A         Supplement expert report, October 19th,

10   2023, comparison by our chrysotile structure

11   size, Union Carbide's SG-210 product with

12   Coalinga mine, California, Montana, blah, blah,

13   blah, and reduced-size NIST 1866b chrysotile

14   standard, which is the very last section.  And

15   I'm gonna tell you what page it's on.

16             Here we go.  Got to get down to it,

17   1.550.

18             You want to go to page --

19             Let me get to the post 1.550.

20             Okay.  You go to page 175.  Best

21   example is on page 195, because this was our

22   first attempt at this, where our perpendicular --

23   excuse me -- parallel is 1.563, and there's no

24   magenta, the pinkish-purple -- pinkish-red, and

Page 165

1   we have a lot of 1.563s in the SG-210 as well

2   as -- as well as in the products themselves.

3                Now, the parallel -- excuse me.  The

4   perpendicular were never really that far out of

5   line.  That doesn't change that much.

6   Q        Do you have a working theory on why the

7   milling and grinding of chrysotile will alter the

8   gamma refractive index but not the alpha?

9   A        I don't have a working theory on it,

10  but it is consistent with what Dr. Su said in his

11  paper, that he said you will have significantly

12  higher gammas than the 1866b.  He didn't say

13  anything at all about having significantly higher

14  perpendiculars.  I just don't -- you know, that

15  seems to be not affected by the -- by the

16  diameter of the bundle.

17  Q        Has anyone other than Paul Hess

18  conducted PLM chrysotile analysis on J&J talc --

19  MS. O'DELL:

20               Object to the form.

21  MR. EWALD:

22  Q        -- for MAS?

23  A        We have.  We have three -- we had three

24  people that was doing that at the time, but

Page 166

1    mostly just the QC end of it.  That would be

2    Chris DuBour.  And that was about it.

3    Q          Okay.  So what I heard from you is that

4    Chris DuBour and one other person helped on the

5    QC, but that Paul Hess was the analyst making the

6    decisions?

7    MS. O'DELL:

8                Object to the form.

9    A          He was -- if you look on the reports,

10   his name's the only name on there.

11   MR. EWALD:

12   Q          Right.  So you would agree with me that

13   Chris DuBour and the unnamed third person --

14   A          I think Chris DuBour, he may have a

15   project somewhere that's got his name on it.  I

16   just -- you know, I'd have to go look.

17   Q          Okay.  I've heard some differing things

18   about Mr. Hess's current status at MAS.  What is

19   his current employment status?

20   A          He's now working part-time again for us

21   instead of just a consultant.

22   Q          When did he go back to working

23   part-time?

24   A          I don't remember the exact time.  But

Page 167

1   he's --

2   Q          Was it last year?

3   A          Huh?

4   Q          Was it last year or this year?

5   A          I think it was this year.

6   Q          What period of time was he working as a

7   consultant?

8   A          I don't recall.

9   Q          Do you currently intend to analyze any

10  additional samples of J&J talc by PLM for the

11  presence of chrysotile?

12  MS. O'DELL:

13             Object to the form.

14  A          I mean, it's hard for me to say I'm not

15  going to analyze anything more.  We're always

16  doing research.  If we do any more, I'll

17  certainly let my client know so they can let you

18  know.

19  MR. EWALD:

20  Q          Understood.

21             And if -- if MAS, whether it's with J&J

22  or another cosmetic talc manufacturer, if MAS is

23  going to do any PLM analyses for the presence of

24  chrysotile, is -- who is qualified to do that at

Page 168

1    MAS at this point in time?

2    A        Me, Paul Hess, and we have some

3    trainees coming along.

4    Q        Why?  There are trainees coming along?

5    They're not ready at this point in time?

6    A        Well, they have to get really where I'm

7    comfortable that what they're doing is correct.

8    We invest a lot of time in training them.

9    Q        And you're not, at this point,

10   comfortable that they know how to do the right

11   thing?

12   MS. O'DELL:

13             Object to the form.

14   A        They're early in their training

15   program.  It's not comfortable or uncomfortable.

16   You know, if I had a Ferrari and I wanted them to

17   race a track, no.  Would I put them in it now?

18   No.  But I don't have a Ferrari.  I'm not even

19   sure why I used that analogy.

20   MS. O'DELL:

21             Me either.

22   A        Must be getting tired.  What time is

23   it?  4:19.

24   MS. O'DELL:

Page 169

```
 1              4:20.
 2   A          Cut off at 5:00.
 3   MR. EWALD:
 4   Q          Okay.  I --
 5              Well, I think --
 6              I'm just cognizant of others and the
 7   court reporter.  I can't remember when we went
 8   back on the record.  We've been going for more
 9   than an hour.  Do you want to take a quick break
10   before and then finish up at 5, or do you want to
11   plow through?  I'm happy to do either.
12   A          Let's stop now?  I'm not sure what you
13   said.
14   MS. O'DELL:
15              You want a 5-minute break and then
16   finish at 5:00, or --
17   MR. EWALD:
18              Yeah.  I'm happy to push through.  I
19   think we've been going for over an hour.  I just
20   want to make sure that anybody else doesn't want
21   to take, like, a quick two-, three-minute break.
22   That's all I'm saying.
23   A          Yeah.  That's a good idea.
24   VIDEOGRAPHER:
```

Page 170

1           Off record.  The time is 4:20.

2                   (OFF THE RECORD.)

3     VIDEOGRAPHER:

4           Back on record.  Time is 4:27.

5     MR. EWALD:

6     Q          Doctor, I saw in a recent deposition of

7     yours that you were discussing results of testing

8     by Mark Bailey involving TEM and CSM method.  Do

9     you know what I'm talking about?

10    A          I do.

11    Q          So tell me what you know about that

12    testing by Mark Bailey.

13    A          Alls he's doing is TEM, and he's doing

14    CSM on every sample for both amphiboles and

15    chrysotile.  And the data I heard about, that

16    he's -- he's finding about 75 percent positive

17    for chrysotile using CSM.

18    Q          Where did you hear about it?

19    A          From him.

20    Q          Okay.

21    A          Satterley and them.  It's not J&J.  And

22    I will not name who it is.  But I think he's

23    taking our work and --

24                   Well, not sure.  So --

Page 171

1    Q          You at least --

2    A          He's not focused on PLM.  He's focused

3    on TEM.

4    Q          Can you confirm that, based on what you

5    just said, that whatever testing he's done of

6    samples are not J&J samples?

7    A          I've not heard he's done J&J samples.

8    Q          Have you seen any images or data from

9    his testing of the -- using TEM and CSM method?

10   A          I was shown it, but I was not given the

11   data.

12   Q          Are you planning to rely on those

13   findings to support the conclusions that you are

14   offering in this MDL?

15   A          Well, I would caution you, don't say

16   that nobody else in the world is doing -- finding

17   chrysotile in cosmetic talc samples using a CSM

18   method.

19   Q          I didn't say that, did I?  I haven't

20   said that.

21   A          You used to say that.

22   Q          I don't know if I did.

23              Okay.  Is -- I guess you have an

24   understanding as to whether or not these test

Page 172

1    results have been made public?

2    A          I think they have been made public in

3    non-J&J cosmetic talc project -- I mean

4    litigation.

5    Q          Okay.

6    A          So -- but I thought you guys all talk

7    to each other.

8    Q          I know.  Like I said, I've gotten out

9    of the game; right?  So I guess no one told me.

10           So I want to talk a little bit about

11   lab accreditations.  And am I correct that MAS at

12   current is not accredited by NVLAP?

13   A          We dropped out of the NVLAP program,

14   and we went in -- we joined the A2LA program that

15   is -- follows ISO methods for accreditation

16   because we have so many that we do through A2LA

17   that's not provided by others.  And I know people

18   have a problem with this, but we were recommended

19   by our last auditor that we drop the program

20   because we were wasting our money.

21           Now, we still do the same PLM PAT

22   rounds.  We also do TEM PAT rounds as --

23           But A2LA -- excuse me -- NVLAP, when

24   the auditor comes in, they're only interested in

Page 173

1   looking at reports that have to do with schools,

2   PLM samples of schools, air sample analysis of

3   schools.  And our 1990 ad didn't work very well

4   because we don't get any more samples from

5   schools, or attorneys, from that.

6          So he said that we were wasting our

7   money and we ought to do this.  So we dropped it.

8   But we're still doing the exact same thing we

9   were doing before on the PAT rounds.

10  Q       What I saw on your website is as it

11  relates to asbestos in cosmetic talc products by

12  TEM certified for ISO 22262-1 and 22262-2.  Is

13  that correct?

14  A       That is correct.  We have that

15  certification from A2LA or ISO.  And we get

16  audited every year.  As far as I know, we're the

17  only laboratory in the country that actually has

18  been certified to analyze, by both PLM and TEM,

19  for amphibole asbestos in talc.

20  Q       All right.  And you are not certified

21  by A2LA or ISO for analyzing talc products for

22  the presence of chrysotile; correct?

23  A       We have not applied for that yet.

24  Q       Do you have plans to apply for it?

Page 174

1    A        Well, of course, some day.

2    Q        When you talked about being --

3             Well, let me first ask.  For --

4             And I'm understanding for NVLAP.  But

5    for A2LA, what goes into the initial

6    certification process that we see here, for

7    example, the two ISO 22262 methods?

8    A        Those are confidential business

9    records, so we won't discuss that.

10   Q        Okay.  Let's be clear on what, if

11   anything, you're willing to discuss.

12            Are you testifying that you are not

13   going to tell me what steps MAS had to take to

14   satisfy A2LA that they should be certified under

15   the different methods?

16   MS. O'DELL:

17            Object to the form.

18   A        No, I'm not gonna discuss it.  I mean,

19   we have quite a few A2LA certifications.  So

20   that's not really offered by other people, such

21   as, you know --

22            And as soon as I start talking about

23   what we supply to them, you'll start putting it

24   in your subpoenas.

Page 175

1    MR. EWALD:

2    Q        Well --

3    A        It's business records, and it's

4    confidential, you know.  It's same thing about

5    SOPs.  They see an SO- --

6             We may -- you know, hypothetically,

7    they'll be looking at an SOP.  Then they come in

8    and audit and they look and see what we're doing

9    and they look at analysis.  They do what NVLAP

10   do.

11   Q        And the PAT --

12            Sorry.  Go ahead.

13   MS. O'DELL:

14            Sorry.  I don't think he's finished.

15   A        Yeah.  Except here, they're not just

16   interested in schools.  They're interested in

17   what -- what we're actually accredited for, so --

18            And it's really -- it's really good

19   because not every analysis that you do, there is

20   a standard accreditation for it.

21   Q        I'm sorry.  I didn't follow that last

22   point.  You're saying that it's --

23   A        Well, for example, we do a lot of -- we

24   do a lot of chamber work where we're measuring

Page 176

1   outgassing of volatile organic compounds, VOCs.

2   There's three or four labs that do it in the

3   country.  There's only one of us that are

4   certified to do it.  Because we put up standards,

5   put it into the chambers to mimic what comes out

6   of things like rugs and, you know, tables that

7   have, you know, a surface on it that is emitting

8   VOCs or car parts, that nice new car smell that

9   we all love.  You know, that's volatile organic

10  compounds.

11          So we would introduce that into the

12  chambers, measure them to show that, you know, we

13  can replicate it.

14          There is no -- you know, you can't go

15  to AIJ for that.  You can't go to any -- any --

16  any type of group that says, okay, here's for VOC

17  testing.  This is what you have to do.

18          So we come up with the protocol in what

19  we're doing and then prove that we can replicate

20  that work, and then they give you the

21  certification, and they come in once a year and

22  look over everything.

23  Q       Are you willing to testify about what

24  goes into the yearly audit of -- by A2LA?

Page 177

```
 1    A          They have checked your analysis.  They
 2    check controls, et cetera, et cetera.  They want
 3    to look at the equipment.  They want to look at
 4    the analysis.  They want to look at reports.
 5    Q          So when they -- somebody comes from --
 6               Was it one person that comes from A2LA
 7    or more than one person?
 8    A          Just one.
 9    Q          And what sort of training does the
10    person from A2LA have, to your understanding?
11    A          Oh, they've either been doing this for
12    a while or, you know, it's --
13               They typically don't give their résumés
14    out; just give their titles and what they've
15    been, you know, kind of doing.  I've never run
16    across one that didn't know what they were doing.
17    Q          So this A2LA representative shows up.
18    Say that they check your analyses.  What does
19    that mean, "check your analyses"?
20    A          They want to see that you're doing what
21    you said you were gonna be doing.
22    Q          And how do they do that?
23    A          Well, they look at the analysis.  They
24    look at your SOPs.  They look at the equipment.
```

Page 178

1    They look at reports that you've generated where

2    you've either not found something or found

3    something.  They want to look at the process

4    blanks that we say that we do on every batch of

5    TEM samples.  They want to see, you know, how

6    we're determining and not contaminating samples.

7    You know, every quarter we do air samples in all

8    the areas where we handle asbestos; whether it's

9    working properly, whether they have the

10   appropriate airflow into them.  You know, it's

11   just whatever --

12              It's really not a set schedule of what

13   they're looking at.  Do we calibrate the

14   balances?  Did we do this?  Did we do that?

15   Fortunately, I don't have to deal with them too

16   much.

17   Q         So you said they look at reports.  That

18   includes litigation reports?

19   A         Excuse me?

20   Q         So they look at reports.  Does that

21   include litigation reports?

22   A         Um, well, we show them the analysis of

23   a litigation report, not the -- they don't read

24   the reports.  I would never do that.  But we've

Page 179

```
 1   got to show them examples of the analysis we're

 2   doing.

 3            But most everything else is not -- you

 4   know, everything else besides what we're doing

 5   for the Blount -- the Blount and the TEM, it's

 6   nonlitigation that we have these other

 7   certifications for.

 8   Q        Have you or anyone at MAS, to your

 9   knowledge, asked A2LA about what it would take to

10   get certified for the PLM chrysotile method?

11   A        No.  Not that I'm aware.

12   Q        In --

13            Since MAS has obtained these A2LA

14   talc-related certifications, you have testified

15   on direct at various trials highlighting the

16   accreditations; correct?

17   A        Absolutely.  We're proud of it.  And I

18   think we're the only ones in the country still

19   that has that certification on both plaintiff's

20   and defense side.

21   Q        But yet you are preventing me and my

22   client from finding out anything that went into

23   obtaining those certifications.

24   MS. O'DELL:
```

Page 180

1           Object to the form.

2    A       I'm preventing you or your client to

3    get double the confidential business records that

4    people would love to have because it would save

5    them a lot of time and effort to get these

6    certifications.

7           You know, it's the same thing with

8    NVLAP.  I wouldn't give those up either until you

9    guys did a -- J&J did a FOIA on it.  And I wasn't

10   going to provide any information about our audit

11   with FDA.  So, you know, I look at that as all

12   confidential business records.

13   MR. EWALD:

14   Q       From --

15          For all of the -- for all of the PLM

16   chrysotile tests that are included in the fourth

17   supplemental MDL report dated April 29th, 2024,

18   how much money has MAS been paid by plaintiffs'

19   lawyers?

20   A       From when to when?

21   Q       For all of the testing of the M- --

22          Withdrawn.

23          From when to when is all of the tests

24   included in the fourth supplemental MDL report

Page 181

1    dated April 29th, 2024, that are the PLM

2    chrysotile tests?

3    A          I would consider that confidential.

4    Q          On what basis?

5    A          The basis is is that our -- we look at

6    it as confidential unless we can come to an

7    agreement, like the last time, that these

8    invoices were produced from both sides, you know,

9    your experts, our experts, and we can redact what

10   we did.

11              And I recall that the amount MAS

12   invoices for -- I think this is 2016, 2017, 2018

13   or so -- it's like 2.9 million, and RJ Lee was

14   like 5-point-something million, 5.6 million.

15              But, you know, I thought that was

16   pretty fair, that, okay, get the experts in.  We

17   have to produce, you know, who we'd done the work

18   for, and we were able to redact.  So this was,

19   you know, quid pro quo.  It seems like only --

20              So I always consider that confidential.

21   Q          Unless there's a quid pro quo.

22   A          No.  I still think it ought to be

23   confidential.  But certainly, you know, when the

24   judges get together and they come up with

Page 182

1   something that they deem is fair for both sides.

2   Q        So it's, in your nonlegal opinion, it

3   should be confidential about the amount of money

4   you have been paid by plaintiffs' lawyers to

5   conduct the studies that you are relying on in

6   your fourth supplemental MDL report for your

7   expert opinions in this case?

8   MS. O'DELL:

9            Object to the form.

10  A        I'm not an attorney.

11  MS. O'DELL:

12           Yeah.  Please don't give a legal

13  opinion.

14  MR. EWALD:

15  Q        I was very clear.  I asked not from a

16  legal perspective.

17  MS. O'DELL:

18           Well --

19  MR. EWALD:

20           Hold on.  Hold on.  You're the one --

21           Leigh, hold on.  Hold on.

22  MS. O'DELL:

23           I'm not --

24  MR. EWALD:

```
                                      Page 183

 1              There's not a question pending.

 2    Leigh -- Leigh --

 3    MS. O'DELL:

 4              You do not have a question pending.

 5    I'm objecting and saying he's provided that

 6    there's been information provided about what he's

 7    paid -- been paid in relation to his MDL work.  I

 8    just want to make that clear.  And we provided

 9    those invoices, and he testified to it earlier.

10              So to the degree you're asking

11    something else, you need to make it clear.  And I

12    just want to make sure the record is -- is clear

13    as well that we've provided what we feel is

14    appropriate under the MDL order.

15    MR. EWALD:

16              And I'm happy -- I don't always ask the

17    best questions, but I feel like my question was

18    pretty clear, which is how much money has Dr. --

19              Sorry.  Withdrawn.

20              How much money has AMA --

21              See, now you've got me all flustered,

22    Leigh.

23              How much money has MAS been paid by

24    plaintiffs' lawyers for the PLM chrysotile
```

Page 184

1    studies that are contained in Dr. Longo's fourth

2    supplemental MDL report dated April 29th, 2024,

3    and specifically outlined on tables 1, 2, 3, 4,

4    5, 6, and 7 at the back of the report?

5    MS. O'DELL:

6             Same objection.

7    MR. EWALD:

8    Q       But you understand what I'm asking for?

9    A        I understand.  And I would just be

10   speculating.  I have no idea on what the amounts

11   would be for all -- for the different plaintiffs

12   that we've done work for.  I'm just -- you know,

13   on the chrysotile.

14   Q       Okay.  I'm about to start something

15   new.  We can stop ten minutes early if you want.

16   MS. O'DELL:

17            Okay.  Let's do it.  Let's, you know,

18   let's go off the record and stop for the day, and

19   then we'll pick it up.

20   VIDEOGRAPHER:

21            Okay.  Should we go off record?

22   MR. EWALD:

23            Yes.

24   MS. O'DELL:

Page 185

1           Thank you, John.

2    VIDEOGRAPHER:

3           Going off record.  Time is 4:48.

4         (Deposition adjourned at 4:48 p.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 186

1                   C E R T I F I C A T E

2

3          I do hereby certify that the above and

4    foregoing transcript of proceedings in the matter

5    aforementioned was taken down by me in machine

6    shorthand, and the questions and answers thereto

7    were reduced to writing under my personal

8    supervision, and that the foregoing represents a

9    true and correct transcript of the proceedings

10   given by said witness upon said hearing.

11          I further certify that I am neither of

12   counsel nor of kin to the parties to the action,

13   nor am I in anywise interested in the result of

14   said cause.

15

16

17

18          /s:// Lois Anne Robinson

            LOIS ANNE ROBINSON, RPR, RMR

19          REGISTERED DIPLOMATE REPORTER

            CERTIFIED REALTIME REPORTER

20

21

22

23

24

[& - 15]                                                           Page 1

## &

**&**   1:6 2:3,7,10
2:14,18 12:20
46:11,13 51:12
52:6,21 57:1
82:23 83:15,22
83:24 84:4 85:3
91:9,11 118:6
127:7 147:20

## 0

**0.00001**   102:10
**0.0001**   149:15
**0.0001.**   73:13
**0.001**   9:1
**000**   71:15
**0001**   8:10,15
73:11 85:10
**001**   100:10
**003**   100:13
**005**   100:10
**01**   64:9,16
69:11 70:13
**02**   75:19
**03**   55:17 75:19
**03-12-2020**
55:17
**07701**   2:11
**08002**   2:15

## 1

**1**   3:7 8:10,15
11:1 13:17
14:10 17:7,10
17:14 18:19
20:3,24 22:1,2

26:6,15 29:14
29:19 30:1,4
37:13 39:18
45:6 63:1 64:8
64:16 66:6,15
68:17 69:20,21
70:9,10 71:7,19
72:8 81:21
85:17 115:1
153:6,6 154:15
155:23 184:3
**1.4**   66:10
**1.5**   12:17 22:17
22:23 36:22
154:15
**1.527**   22:21
**1.545**   42:4
**1.545.**   41:17
**1.55**   35:8 38:2
**1.550**   9:12,13
10:4 23:15
24:15 34:18
35:9 42:11,13
69:4,5 72:2
154:13,15
158:20
**1.550.**   20:9 38:1
42:5 153:22
164:17,19
**1.555**   35:8
**1.558.**   36:22
**1.559**   36:22
**1.559.**   154:15
**1.56**   24:19 36:2
36:18

**1.560**   34:18
35:8,22 36:3,23
37:13 39:13,15
42:11,13 96:12
154:16
**1.560.**   35:24
36:24 118:24
119:5
**1.561**   39:14
**1.562.**   162:22
**1.563**   23:5,5
164:23
**1.563s**   165:1
**1.565**   37:17,21
38:12,20,24
**1.565.**   36:1
38:22 39:8
**1.567**   22:3,21
**1.569**   35:22
36:18 39:14,14
**1.569.**   36:24
**1.570**   36:21
**1.571.**   36:21
**1.582**   23:5
**1.585**   23:20
**1.585.**   22:3,15
22:22
**1.60**   38:1
**1.615.**   23:8
**1.645.**   23:6
**1.67.**   22:11
**1.70**   35:22
**1.8576.**   22:24
**10**   4:6 14:19
22:16 57:21
58:2 65:19

85:10 134:13
141:5 155:18
155:22
**10,000**   90:20
**100**   154:24
155:23
**10036**   2:19
**10th**   103:17
**10x**   92:11
**11**   4:8 44:8
58:15
**11-17-23**   11:18
11:21
**11-28-2023**
95:15
**1185**   2:18
**11:20**   1:17 5:6
**12**   4:10 22:21
144:16,19,20
145:1
**127**   2:10
**12:30**   53:7
**12:31**   54:8
**12:41**   54:11
**12th**   55:24
**13**   73:9
**144**   7:24 8:6,9
67:14,17,24
68:2 152:20
154:1 159:17
159:23 160:3
**145**   4:10
**14th**   13:16
**15**   53:8 90:23
141:8

**[150 - 210]**

**150**   108:9
**16**   105:22
**16-2738**   1:5
**17**   3:7,9
**175**   108:9
  164:20
**1800**   148:14
**1825**   2:7
**1860**   161:15
**1866**   35:6 42:16
**1866b**   10:13
  33:7,14 98:6,24
  146:19 151:5
  151:16 152:4
  152:13,14
  153:3 154:9,12
  156:4,6,14
  160:14 162:6
  164:13 165:12
**18th**   87:11
**19**   30:20 46:8
  152:11
**1918**   30:20,20
**195**   164:21
**1960**   12:2 46:8
**1970**   46:8
**1973**   84:24
  86:17 87:8
  106:14
**1974**   90:7
  147:24 148:19
  161:3
**1975**   87:11
**1980**   46:8
**1980s**   30:21

**1990**   46:8 173:3
**1991**   60:5 65:5
**1995**   65:5
**19th**   164:9
**1:39**   93:20
**1st**   11:24 58:14
  58:21 59:13
  79:12,18 82:7

**2**

**2**   1:16 3:9 8:6,9
  8:23 13:24 17:9
  17:10 26:5,15
  26:18 27:9 29:6
  29:15,20 30:5
  81:21 119:15
  136:24 146:13
  146:24 147:23
  153:6 159:13
  184:3
**2-15-2024**
  130:21 147:22
**2-9-2021**   15:4
**2.65**   102:18
**2.65.**   96:10
  148:4 150:22
**2.7.**   92:22
**2.72**   148:1,10
**2.72.**   78:8 148:2
**2.72g**   147:17
**2.75**   96:16
**2.76**   92:21
  96:17
**2.78.**   96:17
**2.85**   96:14

**2.9**   181:13
**2/1/19**   4:9
**2/4/20**   4:11
**20**   44:7 53:17
  93:10,16
  103:17 134:14
**200**   76:2 146:12
  162:15 163:17
**2000**   12:2
**20006**   2:8
**2000s**   46:9
**2002**   46:9
**2003**   46:9
**2004**   80:22
**2010**   32:3
**2010-07-11**
  10:22
**2016**   181:12
**2017**   181:12
**2018**   12:22 13:1
  15:5 80:24,24
  81:2 181:12
**2019**   11:24
  15:11 58:14,22
  59:13 79:12,18
  80:24 82:7
  103:17 108:15
  108:19,23
  109:14 112:19
  131:22 152:11
  156:8 159:19
**2020**   13:17
  14:11 15:16
  18:9,19 19:1
  20:6 55:24 67:5
  67:10 97:19

**102:22 104:16
  105:4,6,12
  106:21 108:14
  126:22 131:13
  131:18 141:21
  143:23 144:21
  152:11 156:8
  159:19
**2021**   18:9,18,20
  19:1 20:6 57:7
**2022**   8:3 9:16
  9:19 13:24
  30:17 31:4
  40:13 68:15
  70:20 71:3
  127:10 159:6
  159:12
**2023**   10:14
  65:24 70:1 96:9
  130:23 164:4
  164:10
**2024**   1:16 5:5
  7:6 11:13 57:17
  57:23 84:18
  97:2 131:2
  180:17 181:1
  184:2
**2067**   186:17
**21**   148:17
**210**   7:24 10:10
  36:11 39:20
  50:15 65:22
  66:15 68:10,14
  70:10 71:14
  73:12,15 74:8
  99:12 101:6

[210 - 76]

153:24 154:7
156:9 159:23
164:11 165:1
**218**   2:3
**22**   140:14
**22262**   174:7
**22262-1**   10:23
136:24 173:12
**22262-2**   96:13
105:21 140:6
173:12
**228**   12:8
**23rd**   13:23 57:7
87:8
**27th**   84:24
**28**   130:23
**29th**   11:13
57:17 84:12,18
86:16 131:2
180:17 181:1
184:2
**2:19**   93:23
**2:42**   107:10
**2nd**   5:5 7:6 8:3
57:23

**3**
**3**   2:14 3:11
22:23 23:6 31:3
31:8 33:2,3
34:10 39:11
40:12 41:12,21
42:1 63:21
81:21 84:18,20
184:3

**30**   53:18 93:10
93:16 157:16
**31**   3:11,15 47:1
**310**   2:14
**32**   161:6
**33**   161:6
**34th**   2:19
**36103**   2:4
**3:12**   130:6
**3:24**   130:9

**4**
**4**   3:15 8:23
22:23 31:15,19
32:19,23 33:1
34:10 39:24
40:1,8 66:14
69:20 70:8,9
108:13 143:23
184:3
**4.60**   40:22
**4/29/24**   4:5
**40**   157:16
**400x**   92:12
**42**   3:19
**43**   3:21 80:3,19
**430**   158:21
**44**   99:13
**450**   158:21
**46**   82:2
**480**   40:23
**4:19**   168:23
**4:20**   169:1
170:1
**4:27**   170:4

**4:48**   185:3,4
**4a**   32:8 158:20
**4b**   32:8 158:21
**4th**   97:17,19
102:22 104:16
105:3,5,11
106:20 126:22
141:21 144:21

**5**
**5**   3:19 7:7 10:3
20:4 22:21,23
23:6 39:13
42:19,23,24
66:16 68:4
90:23 141:8
148:13,14
169:10,15
181:14 184:4
**5.6**   181:14
**5/2/24**   4:7
**50**   46:10 112:5
112:8 154:24
155:23
**50,000**   108:3,6
**500**   148:13
**51**   9:19 33:22
**54**   41:19
**56**   3:23 34:15
39:10
**57**   4:2,4 40:11
40:20
**58**   4:6,8
**5:00**   169:2,16

**6**
**6**   3:3,21 22:16
22:23,23 41:13
43:3,9,13 47:2
66:4 85:14
90:23 184:4
**60s**   132:18
**63**   23:19 41:23
**64**   41:12 42:1
**65**   15:12 113:17
147:23
**69**   9:16,18,19
**69-2**   9:19
**6th**   15:11

**7**
**7**   3:23 22:16,21
22:23 55:22
56:1 87:5
102:10 141:5
164:5 184:4
**7.2**   102:16
**70**   68:7
**700**   2:7
**70024**   90:14
**70042**   90:14
**70s**   90:8 132:18
**71**   91:5
**72**   91:6 100:24
101:8 148:16
**73**   99:5
**74**   91:5
**75**   91:5 110:6
113:17 170:16
**76**   110:7

**8**

**8**   4:2 22:23 57:1
57:3 66:6 90:20
**80**   22:22 68:7
77:19 78:3
112:6,10
113:17
**82**   23:5,19

**9**

**9**   4:4 22:23
57:15,18 58:6
65:24 66:9
79:22 80:11,13
94:9
**9,000**   90:20
**9-16-2022**   14:4
**90**   77:18 78:3
112:6,10
**90s**   30:21
**93**   11:2
**9th**   10:14 70:1
164:4

**a**

**a.m.**   1:17 5:6
**a2la**   172:14,16
172:23 173:15
173:21 174:5
174:14,19
176:24 177:6
177:10,17
179:9,13
**abandon**   19:13
**ability**   78:19
112:16 147:2

**able**   9:10 75:10
78:17 92:15
118:7 124:10
137:13 181:18
**above**   39:15
186:3
**absolutely**
106:4 113:1
121:9 122:2
144:4 155:12
179:17
**absorb**   98:12
147:1 152:4
**abstract**   103:4
**accepted**   56:7
56:17,22
139:13
**accompanied**
144:21
**accreditation**
172:15 175:20
**accreditations**
172:11 179:16
**accredited**
172:12 175:17
**accuracy**   34:19
37:12 42:8
**accurate**   37:16
**accurately**   3:16
10:19 31:16
33:15
**accused**   21:11
25:11
**accusing**   56:13
**actinolite**   85:5
149:3

**action**   186:12
**actions**   83:21
**actual**   32:23
139:20 141:16
**actually**   20:16
25:19 28:10,11
29:21 30:16
33:17,18 44:2
47:23 49:15
52:10,14 81:23
98:13 123:7
132:2 150:17
173:17 175:17
**ad**   173:3
**adam**   37:5
**add**   32:19 45:6
45:10 81:24
**added**   50:8
63:20 117:9
**additional**
46:12 47:21
59:4 94:7
117:11 167:10
**address**   93:8
**addressed**
79:12
**adjourned**
185:4
**adjust**   119:5
**advanced**   16:9
86:18
**advancement**
16:9 82:13 92:1
92:6 115:5
125:9

**advancements**
92:3
**adxa**   46:22
**affect**   76:17,20
78:19
**affected**   165:15
**aforementioned**
186:5
**agency**   21:1
**ago**   16:8 82:14
134:14 157:24
160:11
**agree**   45:2
122:19 123:7
124:17,23,24
126:19 137:14
166:12
**agreed**   5:11
122:22
**agreeing**
157:17
**agreement**
59:18 181:7
**agrees**   123:2,6
**ahead**   17:7 39:7
43:12 104:7
116:10 136:20
144:14 175:12
**ahera**   21:4
**aij**   176:15
**air**   67:15 155:7
173:2 178:7
**airflow**   178:10
**alabama**   2:4
**alan**   49:8
128:11 129:3

**alcohol** 146:14
**alice** 60:5 63:9
  117:14
**allen** 2:3
**allowed** 90:19
**alls** 38:4 134:15
  170:13
**alpha** 165:8
**alphadet** 46:14
**alter** 165:7
**ama** 81:5
  128:12,15
  129:1 183:20
**america** 127:10
**americas** 2:18
**amount** 100:13
  133:3 139:19
  156:16 181:11
  182:3
**amounts** 62:24
  85:18,18
  110:16 184:10
**amphibole** 4:12
  12:20 13:3 16:4
  59:12 63:10
  73:18 79:12
  82:15,21,24
  85:9 91:14
  96:12 103:8,21
  105:4 117:16
  140:1,5,9,14
  145:6,21 146:1
  173:19
**amphiboles**
  13:7 59:2,19,24
  60:4,13 76:2

79:17 92:20
99:2 103:15
111:4 114:15
116:20 117:9
136:11,21
140:19 142:3
142:17,18
149:1 170:14
**analogy** 168:19
**analyses** 58:21
130:24 131:1,4
158:11 159:13
167:23 177:18
177:19
**analysis** 3:14
4:12 7:22 8:1,8
9:23 11:17,22
12:8,12,17,19
12:21 13:21
14:1,3,12,19
15:4,17,24 16:7
21:8 25:6 27:14
31:7 34:1,21
36:17 40:10
41:14 47:15,23
48:14 59:18,23
60:17,18 64:19
64:20 65:3,8
66:17 68:13
70:15 74:7
79:13,16 80:3
80:15,19 81:4
82:14,15 83:7
83:11,20 91:13
92:2 93:1 94:4
95:5 96:12

102:14 107:18
112:1 118:1
140:21 145:6
145:20 146:1,6
146:16 148:15
148:19 150:16
151:3 165:18
173:2 175:9,19
177:1,4,23
178:22 179:1
**analyst** 40:21
41:1 65:8 67:5
67:10 99:17,24
125:16 152:21
166:5
**analysts** 64:7
**analytical** 6:13
112:9 132:16
132:19 137:10
138:18
**analyze** 109:4
109:24 126:23
126:24 137:4
162:16 167:9
167:15 173:18
**analyzed** 12:14
64:1 67:10,12
82:3 110:5,12
119:9,15,16,16
119:17 121:16
**analyzing** 24:2
51:10 62:12
63:18 73:2
78:23 79:2,5
111:13 116:19
133:13 150:15

151:14 158:7
159:20 173:21
**anne** 1:17 2:23
186:18,18
**answer** 17:2
20:3 104:4
133:24 134:15
134:16 151:9
**answered** 78:2
93:11 163:19
**answers** 186:6
**anthophyllite**
149:4 162:10
**antigorite** 3:10
9:12 16:17 17:9
17:19 18:2 19:4
19:17 20:12,14
20:24 21:4,14
21:16 22:7 24:4
25:1,8,18 26:7
26:9,11 27:10
27:23 28:10,11
29:7,15,20 30:3
30:4 158:24
**anybody** 6:21
47:16 48:14
105:21 123:20
127:1 128:9
129:9 132:3
169:20
**anymore**
129:15,18
149:10 161:10
**anyway** 23:13
63:14 67:20
111:18

**[anywise - back]** Page 6

| | | | |
|---|---|---|---|
| **anywise** 186:13 | **area** 33:9 46:22 | **ashcraft** 2:7 | **avenue** 2:10,18 |
| **apart** 162:24 | 51:2 53:1,1 | **ashcraftlaw.c...** | **average** 22:15 |
| **apologies** | **areas** 51:1 | 2:9 | 22:19 35:20,23 |
| 141:19 | 155:1 178:8 | **aside** 79:21 | 38:21 39:17,18 |
| **apologize** 49:16 | **argonaut** 52:6 | 163:20 | 39:20 65:21 |
| 56:11 78:22 | 135:11 | **asked** 10:7 | 66:5,6,8,10 |
| **appearances** | **argue** 24:21 | 19:22 34:17 | 67:17,23,24 |
| 5:16 | **arguing** 40:24 | 70:22 78:1 94:3 | 68:3,6,7 75:19 |
| **appearing** 5:11 | **art** 162:7 | 104:17 108:18 | 77:22 |
| **appears** 41:16 | **article** 40:5,13 | 119:14 143:9 | **aware** 38:24 |
| 95:3 | **articles** 30:11 | 179:9 182:15 | 44:18,24 45:20 |
| **appendices** | 30:13 | **asking** 59:7 | 92:17 94:11 |
| 141:24 | **asbestiform** | 72:21 86:3 | 95:17 121:15 |
| **appendix** 57:2 | 21:3 60:16 | 183:10 184:8 | 122:16 179:11 |
| **application** | **asbestos** 3:14 | **asks** 47:2 49:20 | **awful** 110:9 |
| 3:13 9:21 31:5 | 3:17 4:13 9:23 | **aspect** 127:22 | **awhile** 106:19 |
| 57:24 | 10:20 12:1,1 | 146:10 | **axis** 155:15,15 |
| **applied** 173:23 | 16:5 31:7,17 | **assign** 40:21 | **b** |
| **apply** 173:24 | 32:7,12 33:16 | **assistant** 28:20 | |
| **appreciate** 29:2 | 41:14 47:5 50:8 | **assume** 15:10 | **b** 69:21,21 |
| 45:17 | 51:23 52:19,24 | **assuming** 41:6 | **baby** 7:5 8:7 |
| **appropriate** | 63:10,18,20 | 105:2 | 11:18 12:3 |
| 28:14,17 29:8 | 65:9 75:12 | **asterisk** 42:13 | 14:11,19,22 |
| 37:9 162:14 | 82:21,24 83:1 | **attempt** 164:22 | 15:3,16,17 44:9 |
| 178:10 183:14 | 85:9,11 86:19 | **attorney** | 57:23 79:3 81:4 |
| **approximate** | 90:10 91:14 | 182:10 | 119:19 130:20 |
| 107:13 | 103:21 110:4 | **attorneys** 173:5 | 137:22 |
| **approximately** | 117:9 126:12 | **audience** 105:5 | **back** 13:19,20 |
| 1:16 35:22 65:5 | 133:14,20 | **audit** 175:8 | 18:9 21:2 30:19 |
| 149:15 | 134:11 136:15 | 176:24 180:10 | 40:12 54:11 |
| **april** 11:13 57:7 | 139:9 141:17 | **audited** 173:16 | 55:9 63:3 71:3 |
| 57:16 84:12,18 | 145:7,21 146:2 | **auditor** 172:19 | 78:5,7 88:20 |
| 97:2 131:2 | 146:6,16 | 172:24 | 93:23 94:1 |
| 180:17 181:1 | 148:15 173:11 | **authoritative** | 101:2 102:21 |
| 184:2 | 173:19 178:8 | 41:7 121:23 | 106:20 107:10 |
| | | | 112:22 119:4 |

**[back - brought]**

130:9,11
131:11 138:16
152:18 158:6
161:21 166:22
169:8 170:4
184:4
**bad** 40:19 41:2
**baffling** 100:16
**bailey** 170:8,12
**baker** 86:22
**balances**
178:14
**banging** 129:10
**bank** 2:11
**bankrupt** 46:13
120:11
**bankruptcy**
119:23 120:5
**based** 36:3
110:7 143:8
171:4
**basic** 142:15
**basically** 24:9
32:4 110:8
123:16
**basing** 83:8
**basis** 83:16
158:12 181:4,5
**bat** 25:10
113:16 116:22
138:17
**batch** 178:4
**beasley** 2:3
**beasleyallen....**
2:5,6

**beating** 101:15
**beginning**
58:19 87:24
97:1 102:21
131:23
**begun** 156:8
**believe** 12:13
14:5 16:11
61:24 69:13
71:8 84:5 95:5
95:16 98:24
142:5 143:21
150:22
**believes** 149:4
**bell** 94:17
151:19
**bellwether** 58:1
108:6
**beneficiation**
52:8,18 135:1
**bentonite** 66:15
68:18,22 69:12
69:22 70:10
71:6
**best** 72:13
114:11 116:5
118:19 125:2
129:12 133:18
138:9 158:5
164:20 183:17
**betadine**
146:13 147:5
**better** 38:21
55:20 68:11,14
92:7,8,24 97:13
113:8 120:16

120:16 152:5
152:21 153:24
**biaxial** 121:11
**big** 10:6 60:23
62:3 76:8 92:6
101:13 152:19
154:13 156:5
**bind** 97:23 98:2
**birefringence**
19:10 20:21
37:15 121:9
122:3,5,12,13
124:5 125:20
155:14 157:15
163:9,10
**bit** 25:22 29:13
73:2 77:20
101:8 119:6
139:16 143:22
144:8 172:10
**black** 33:9 98:8
**blah** 164:12,12
164:13
**blanks** 178:4
**blount** 60:5,19
62:2 63:9
113:12 117:14
134:16 140:1
179:5,5
**blount's** 91:16
**blue** 15:21
25:24 98:7
139:9 151:20
**blues** 23:4,14
**body** 10:12
129:20

**bond** 10:12
14:23 39:21
66:7,9,17
**book** 16:1 21:1
**boots** 87:14
**borrowed**
149:6
**bother** 50:2
**bottle** 81:5
89:11 120:4
121:17,17
**bottles** 82:1,2
94:4
**bottom** 21:14
26:24 42:14
55:24 57:7
73:16 89:9
139:11
**brazil** 120:13
**break** 29:12
53:19 94:3
130:1 138:17
169:9,15,21
**breaking**
148:17
**brief** 45:5
145:18
**briefly** 5:13
130:14
**bright** 124:8
**bring** 23:12
**brittle** 162:11
**broader** 128:2
**brought** 10:23
11:3

[brownish - change]                                                    Page 8

**brownish**  98:7
  151:20
**bulk**  10:24,24
  10:24 47:4
**bunch**  99:15
  119:21
**bundle**  27:2
  66:3 155:11
  165:16
**bundles**  67:24
  75:14,14 90:24
  110:11 141:15
  146:20,23
  149:8 152:3
  153:5 154:14
  154:19,21
**business**  174:8
  175:3 180:3,12
**buy**  49:3

**c**

**c**  2:1 186:1,1
**c10704**  85:5
**cal**  34:8 38:3
**calculate**  37:22
  37:24 38:3
**calculation**
  141:4
**calculations**  7:9
  34:9 39:4 57:24
**calculator**
  23:10
**calibrate**
  152:20 178:13
**calidria**  8:7,17
  24:23 50:14

66:5 67:6,11,12
68:2,17,24
69:11 70:14
71:7,14 74:12
75:18 99:10
101:5 160:14
**california**
  10:11 15:10
  164:12
**call**  12:9 13:10
  23:14 32:6
  129:1,2,3
**called**  9:18 10:8
  10:18 21:3
  51:16 62:19
  92:21 147:6
  149:24
**camera**  62:12
**campus**  2:14
**canada**  33:9
**cancer**  58:1
**car**  176:8,8
**carbide**  10:10
  36:11 99:12
  153:19
**carbide's**
  164:11
**cargille**  10:4
  32:13 34:5
**carolyn**  12:17
**case**  11:3 15:1
  35:8 95:19
  96:21 108:4
  132:13 133:2
  182:7

**cases**  58:1 63:4
  82:11 108:7,10
**cata**  50:5
**catch**  67:7
**caught**  152:16
**cause**  122:11
  186:14
**causes**  101:10
**causing**  122:14
**caution**  171:15
**cautious**  56:14
**cc**  147:17
**ceiling**  101:13
  101:14
**cellulose**
  125:12,15,15
**celsius**  148:17
**center**  110:3
**central**  24:16
  92:10
**centrifuge**  49:1
  49:4 102:4
  148:13,20,22
  148:23 149:6
**ceo**  8:2
**certain**  8:4
  38:14 155:24
  156:1
**certainly**  16:9
  49:21 50:14,16
  53:3 60:23 81:9
  91:17 95:22
  109:20 134:12
  167:17 181:23
**certainty**  83:18

**certification**
  173:15 174:6
  176:21 179:19
**certifications**
  174:19 179:7
  179:14,23
  180:6
**certified**  1:18
  173:12,18,20
  174:14 176:4
  179:10 186:19
**certify**  186:3,11
**cetera**  7:5,6
  24:22 30:24
  34:21 42:10
  46:10 49:4,4
  52:12 60:12
  61:1 73:3 76:8
  78:14,14 83:2,3
  95:22 106:16
  107:24 108:9
  118:10 120:1
  177:2,2
**chain**  13:6
**chairman**
  104:8
**chairman's**
  105:1
**chamber**
  175:24
**chambers**
  176:5,12
**chance**  60:17
  93:8,10
**change**  34:17
  47:19,19

101:21 163:7
163:10,23
165:5
**changed** 7:13
96:8,18 117:10
158:8
**changes** 47:24
162:1 163:2,8
**changing** 19:13
19:18 47:12
135:4 163:11
**chapter** 105:22
**charge** 101:18
101:19,22
107:17
**chart** 24:13,14
42:7 46:3 95:6
96:1 163:9
**charts** 30:23
32:15 33:19
42:4 122:7
155:13 161:1
**chat** 7:16,21
57:14 136:22
**chatfield**
105:23 136:22
**check** 95:1
177:2,18,19
**checked** 177:1
**cherry** 2:15
**chief** 51:21
**children** 129:21
**china** 80:22
82:1
**chinese** 12:14
14:3,6 80:15,21

**choice** 116:24
**choose** 34:22
**chose** 36:24
116:21,22
117:1
**chris** 166:2,4
166:13,14
**christopher**
2:11
**chrys** 50:22
**chryso** 124:5
**chrysotile** 4:12
7:23,24 9:14
10:3,4,9,10,14
12:5,5 13:20,24
17:23,24 18:23
19:7,10,14,16
20:20 21:20
23:1,24 24:3,15
25:2,7,17 26:2
32:20 33:5,6,8
33:11 35:3,5,15
36:9,10,17 37:4
37:14 40:10
42:10,15,17
47:9,15 49:11
49:23 50:5,9,22
51:10 52:10,12
59:4,11,16 66:3
66:8,22 68:10
68:20 69:3,6
71:19,21 72:1,6
72:7,13,15,17
73:20,24 74:17
75:18 76:24
77:3,16,23

78:24 79:6 81:1
81:7,10,20,24
83:8,19 85:4,8
86:21 88:22
92:7,15 94:7
97:1,14,16,23
98:11,16,21
99:11 101:6,18
103:18 105:19
106:1,22,24
107:16 108:12
108:18,24
109:13,24
110:2 111:2,3,9
111:13 112:13
112:14,20
113:5,19 114:8
114:17 115:11
117:1,20,21
118:5 119:11
121:18 122:2
122:18 123:20
124:6,11
125:19 126:2,4
126:24 131:4
131:13,23
132:16 133:6
134:7 135:8,16
136:9 137:15
138:2 141:22
142:8,14 143:2
143:10 145:7
146:6,16,19,23
148:15 149:8
150:15,19
151:4,14

153:19 154:8
154:20 156:8
156:10,23
157:5 158:14
158:23 159:14
159:17,21
160:3,6,23,24
161:5,13,14
162:1 163:2,23
164:10,13
165:7,18
167:11,24
170:15,17
171:17 173:22
179:10 180:16
181:2 183:24
184:13
**chun** 3:12,16
9:17
**circa** 131:13
**circle** 131:11
**circled** 41:16
**circling** 102:21
**clarity** 29:5,21
**clark** 96:21
**classes** 139:5
**classic** 115:5
**clay** 66:15
68:22 69:22
**clean** 103:9
**clear** 8:12 20:2
29:2,18 71:24
74:24 81:15
98:2 121:10
174:10 182:15
183:8,11,12,18

**clearly** 19:1
61:5 64:23
**client** 49:20
167:17 179:22
180:2
**close** 23:18 24:7
24:10 34:22
74:2 89:20
114:6 139:17
139:17 153:10
**closer** 40:22,23
**closest** 105:20
**clubman** 10:12
**clue** 140:23
**coalinga** 10:11
161:8 164:12
**coast** 53:13
**code** 32:10 40:2
105:6,12,17
126:23 141:21
143:4,16,24
**codes** 105:9
**cognizant**
169:6
**cohen** 2:10
**colleague** 19:22
96:22
**colley** 81:22
**color** 40:21
**colorado** 51:13
51:20 83:5,19
84:21 85:2
88:16 90:12
97:21 98:18
99:4 102:6
106:11 110:1

111:8,11
135:19 136:2
148:1,18
149:22 150:1,4
150:8,14
153:11
**colors** 23:21
24:20 155:18
**combine**
130:24
**combining** 82:6
**come** 21:9 40:2
64:23 67:5
74:23 88:23,24
89:13 92:17
97:15 104:9
109:21,23
175:7 176:18
176:21 181:6
181:24
**comes** 39:18
86:11 172:24
176:5 177:5,6
**comfortable**
168:7,10,15
**coming** 72:18
89:20 138:16
168:3,4
**commencing**
1:16
**commented**
123:15
**commerce** 2:3
**commercial**
125:3

**committee**
104:8,23,24
**committee's**
43:4
**community**
124:19 132:7
134:2
**companies** 87:1
**company** 48:3
87:20
**compare** 32:9
32:14 122:8
156:9
**compares**
72:19
**comparing**
152:12 159:22
**comparison**
10:9 12:5
164:10
**competent**
125:16
**compiled** 15:4
**complained**
49:12
**complaining**
110:19
**completely**
5:15 86:23
156:20,20
**compliment**
55:5
**component**
124:19
**compounds**
176:1,10

**comprehensive**
34:1
**computer**
141:19
**concen** 74:12
**concentrate**
52:2 150:19
**concentrating**
135:5
**concentration**
87:19 90:3
100:9 112:7
133:17 141:16
**concentrations**
74:13 102:10
119:3 152:18
153:15
**conclusion**
84:17 147:4
**conclusions**
49:24 171:13
**conditions**
47:13
**conduct** 182:5
**conducted** 96:7
165:18
**conference**
6:14
**confident** 86:4
**confidential**
48:2 79:9 174:8
175:4 180:3,12
181:3,6,20,23
182:3
**confirm** 28:10
137:17 138:1

157:4 171:4
**confounding**
69:8 71:20
**confused** 28:21
74:3
**confusing** 30:1
41:5
**confusion** 28:7
29:10 44:2
**congress**
104:19 108:20
143:9
**conjunction**
87:15
**connection**
111:12
**consequences**
112:5,8,11
**consider** 48:2
181:3,20
**considered**
45:9 86:8
**consistent**
75:23 81:3
165:10
**constantly**
40:16
**constructed**
34:4
**consultant** 90:1
166:21 167:7
**consultants**
91:20
**consulting**
82:23 90:1
121:21

**contact** 128:12
**contacted**
127:2,4 128:3,9
128:11,11
**contain** 63:23
**contained**
58:21 59:13
131:1 184:1
**container** 7:9
11:18 12:18
13:23 15:21
57:24 126:12
130:20,22
**containers** 7:13
14:20,23 15:6
15:18 46:19
80:4 126:3
**contains** 81:16
**contaminated**
110:17
**contaminating**
178:6
**contending**
161:24
**content** 64:6
**contention**
120:3
**continue** 45:10
**continued** 4:1
**contracts**
128:13
**control** 13:9
**controls** 177:2
**controversial**
61:2

**conversation**
62:21
**conversion**
10:4 34:3
**conveying**
151:22
**copy** 31:22 42:2
**correct** 7:8
22:4,5 26:8
28:23 29:16
38:12 39:15
40:2,3 42:11
50:10 70:11
73:13 75:2,5
79:19 80:1,2,4
80:17,20,21
81:17 82:4,5
88:11 94:6
103:1 118:2,8
119:9,12
126:14,16
129:7 140:6,7
140:11 141:24
145:22,23
146:3,4,8,9
149:19 157:6
168:7 172:11
173:13,14,22
179:16 186:9
**corrected** 10:5
**corrections**
7:10 10:1 11:15
**correctly** 44:20
74:7 118:5
145:8

**corresponded**
158:14
**cos** 129:14
**cosmetic** 4:12
17:24 36:10
50:23 60:4 65:9
69:6 72:4,14,19
74:1 78:24 79:3
79:5 104:11
117:22 129:14
134:11 137:3
140:22 145:6
146:12,24
163:17 167:22
171:17 172:3
173:11
**counsel** 2:2
138:17 186:12
**counsel's** 5:16
**count** 98:9
109:7
**country** 129:15
173:17 176:3
179:18
**couple** 27:6
46:18 49:19
160:10
**course** 17:23
52:4 80:24
82:19 136:10
159:4 174:1
**court** 1:1 2:24
5:18 53:22 54:1
59:17 85:15
88:1 144:15
169:7

**coverup** 134:5
**cplacitella** 2:12
**cprlaw.com**
 2:12,13
**crack** 105:8,17
**cracked** 105:6
 105:12 126:23
 141:21 143:3
 143:16,23
**create** 38:11,23
**created** 17:16
 17:18 18:19
 20:5
**creating** 106:24
**creek** 15:20
**critic** 59:16
**criticism** 59:22
**criticizing**
 123:15
**cross** 27:16,17
**crow** 2:3
**crr** 2:23
**csm** 8:14 9:2
 49:15 69:21
 83:4 85:6 86:4
 96:7 100:4,11
 170:8,14,17
 171:9,17
**cully** 13:15
**cured** 16:11
**current** 55:15
 57:8 58:23
 77:14,15
 166:18,19
 172:12

**currently** 56:9
 126:1 167:9
**curriculum**
 3:24
**custody** 13:6
**cut** 70:23 93:9
 169:2
**cv** 11:16 55:11
 55:15,19,23
**cvs** 15:19

**d**

**d** 3:1 4:1 63:22
 87:14
**damage** 63:4
 64:10
**dangerous**
 102:1
**daniel** 12:11
**data** 24:16
 39:20 70:5
 73:15 78:5
 105:14 122:17
 124:9 142:13
 142:16 153:8
 170:15 171:8
 171:11
**date** 5:5 11:10
 55:23 57:6
**dated** 57:16,23
 58:14 180:17
 181:1 184:2
**daubert** 16:5
 82:20
**day** 63:3 96:21
 100:22 102:22

109:10 111:16
 133:7 147:12
 147:13 174:1
 184:18
**days** 131:12
 159:19
**dc** 2:8
**dea** 147:8
**deal** 60:23 62:4
 178:15
**dealing** 65:19
 75:18 112:23
 113:15 155:9
**decades** 134:3
**december**
 84:24 103:17
 108:14,23
 109:13 112:18
 131:13,22
 140:14
**decent** 133:3
**decide** 58:24
 135:18 136:2
**decided** 115:10
 143:1
**decides** 142:20
 142:20
**deciding** 115:8
**decisions** 166:6
**dedicated** 64:6
**deem** 182:1
**deep** 83:14
 153:12
**defendant** 2:17
**defendants**
 44:17 46:4

**defense** 19:3,12
 49:14 179:20
**definitely** 69:3
 84:5
**degree** 78:16
 83:18 183:10
**degrees** 148:17
**deliberately**
 87:18
**densities** 139:2
 139:6
**density** 51:16
 60:3,9 61:1
 63:11 64:14
 75:7 81:9 83:1
 83:20 85:7 86:5
 87:17 88:5 89:6
 89:8 90:11,18
 91:2,8,13 92:20
 96:10 99:2
 100:2,6,11
 101:6,23
 103:14,21
 104:12 105:19
 109:6 113:9
 114:1,7,8
 117:14 119:6
 132:5,11,23
 133:1 136:12
 136:14,16
 138:23 139:8
 139:17 140:2
 140:15,18
 150:18,22
**depending**
 90:22

**[deponent - doctor]**                                                    Page 13

**deponent**  5:9
**deposed**  96:20
**deposition**  1:14
   3:20,22 5:6,10
   9:7 16:23 17:10
   27:7 31:8,19
   42:20,24 43:6,9
   43:16 56:1 57:3
   57:18 58:2,15
   58:19 62:16
   133:4 137:14
   140:1 145:1
   146:18 170:6
   185:4
**describe**  7:2
**described**  140:6
**describing**  26:6
**detect**  4:12 65:9
   85:19,20 145:6
**detection**  72:13
   73:4,16 74:6
   76:19 85:9
   90:17,19,21
   102:12 112:2,9
   112:16 113:14
   114:11,24,24
   116:13 140:23
   141:5,8 149:15
**determine**  35:9
   51:16 55:14
   155:13 158:13
**determined**
   30:3
**determining**
   3:16 10:19
   31:16 32:7,12

33:15 59:9
63:10 178:6
**develop**  52:7,17
   73:23 91:2
**developed**  63:2
   86:7 90:12 99:6
   109:20 136:17
   145:19
**developing**
   51:14 52:14,15
   83:10
**development**
   52:24 84:19
   107:15 133:15
**developments**
   96:24
**di**  146:14
**diameter**
   155:21 165:16
**dictate**  53:23
**differ**  76:15
**difference**  9:13
   20:22 60:20
   75:6 114:6
   122:12,13,14
   124:7 125:18
   139:20 155:3
   155:12 156:3
**differences**
   62:1 76:12
   115:16 161:6
**different**  7:1
   19:2,10 41:4
   44:11 50:8
   75:12,20 76:7,9
   88:20 109:6

121:20 124:14
125:11 132:14
134:17 135:7
137:2 154:12
155:21 156:20
156:21 160:18
161:4,7,9
162:18 163:7
174:15 184:11
**differing**
   166:17
**difficult**  125:4
   138:19 139:16
   144:8
**difficulties**
   148:9
**diffraction**
   46:22
**dig**  95:24
**dilemma**  59:21
**dilution**  90:16
**diplomate**
   186:19
**direct**  179:15
**direction**  39:13
   42:10 124:12
**directly**  14:21
**director**  51:20
**disagree**  16:6
   95:22
**disagreeable**
   53:5
**disclosed**  75:3
**disclosure**
   97:10

**discrepancies**
   149:21,21
**discuss**  32:6
   174:9,11,18
**discussed**
   146:17 163:21
**discussing**
   170:7
**discussion**
   62:15 84:17
   87:24 89:24
**dispersion**  3:12
   3:17 9:20 10:20
   24:20 27:14
   31:4,17 32:8,13
   92:10
**dispute**  68:1
   159:16
**disputed**  93:4
**distinguish**
   121:10
**district**  1:1,2
**dive**  153:12
**divita**  2:15
**doctor**  8:21
   17:13 18:15
   26:13 27:8
   30:11 31:11,22
   43:13 44:6 47:6
   48:5 55:11
   57:12 58:5,18
   61:12 65:4,6
   67:4,9 70:21
   72:5 74:3 76:10
   78:21 79:10
   80:14 81:14

**[doctor - either]**                                                    Page 14

87:22 94:1,18
107:12 130:11
133:2,23
144:23 159:10
164:7 170:6
**document**  10:6
10:6,18 11:24
18:18 34:15
45:19 52:4
70:18 88:17
**documentation**
53:4
**documents**
44:19,24 45:20
57:2 84:4 88:13
91:4 136:5
**doing**  27:19
37:8 47:11
48:24 63:1
64:19,20 65:2
72:22 83:9,10
92:14,19 96:7
97:3 98:5 99:19
106:18 109:3,5
110:3,8 115:15
116:12,14
119:21 128:17
129:12 134:23
138:18 139:6
140:21 148:19
149:24 150:2,3
150:24 152:16
153:13 157:15
165:24 167:16
168:7 170:13
170:13 171:16

173:8,9 175:8
176:19 177:11
177:15,16,20
177:21 179:2,4
**dollar**  115:19
116:3
**double**  51:16
52:1 85:7,16
86:5 180:3
**download**
32:11
**downloading**
57:13
**doyle**  12:11
**dr**  6:4 9:17
10:16 28:9 31:2
31:15 33:15
36:4 37:6,22
39:4 40:17
44:18,23 45:9
45:12,14,19,23
54:13 55:23
56:4 59:15 60:5
61:6 63:9 66:12
75:3 87:7,12,15
105:23 122:16
123:19 136:22
144:21 145:12
156:24 157:3
158:20 165:10
183:18 184:1
**drawn**  87:14
**drenzi**  2:13
**drew**  2:12
**drimmc**  34:6
41:14

**drive**  135:2
**drop**  172:19
**dropbox**  45:7
55:7
**dropped**  147:15
172:13 173:7
**drum**  129:10
**dubour**  166:2,4
166:13,14
**duces**  42:21
43:7
**due**  5:12
**duly**  5:23
**duplicate**  48:14
**duplicated**  49:8
**dwindled**  127:5

**e**

**e**  2:1,1 3:1 4:1
5:9 8:2 32:13
87:14 186:1,1
**earl**  133:15
**earlier**  29:7
74:5 85:13
112:4 133:4
139:24 142:5
146:17 149:23
161:22 183:9
**early**  131:12
132:18 134:12
145:18 151:3
151:13,16
152:10,11
156:11 158:11
159:13,19,19
168:14 184:15

**earnest**  108:24
109:2
**easier**  80:12
152:8
**easily**  71:18
76:3 89:5
**east**  53:13
**easy**  98:19
121:10
**ebay**  46:10
129:16
**edge**  25:5 99:22
125:19
**editor**  56:16,20
**effect**  85:23
103:11
**effectiveness**
75:8
**efficiency**
76:14 77:15,18
77:22 112:6,6
**efficient**  74:16
76:23 77:2,7,10
78:15 101:3
117:21 118:19
**effort**  180:5
**eight**  66:17
119:1,1
**either**  14:9 19:1
19:4 25:22
29:18 32:13
56:7 94:17
103:1,6 122:3
168:21 169:11
177:11 178:2
180:8

elap 60:7 63:7
63:12 92:17
96:15
electron 46:22
electronically
42:3
eleven 80:14
eliminate 135:8
eliminating
69:7
elongation
27:17
emitting 176:7
emphasis 3:14
9:22,23 31:7
employment
166:19
enclosed 87:13
engaged 134:5
england 88:11
ensure 5:14
entire 76:5
154:22
entirety 131:3
entitled 9:20
environmental
21:1 60:7 92:18
epa 11:2 113:2
equipment
92:24 107:24
177:3,24
eric 105:23
136:21
error 70:20
errors 7:8

especially
75:18 76:1
134:18 153:19
157:14
esq 2:15
esquire 2:4,5,8
2:11,12,20,21
essentially
30:22 87:16
established
132:7 133:9
134:1 135:13
138:20,24
144:6 150:18
estimate 156:16
156:19
et 7:5,6 24:22
30:24 34:21
42:10 46:10
49:4,4 52:12
60:12 61:1 73:3
76:8 78:14,14
83:2,3 95:22
106:16 107:24
108:9 118:10
120:1 177:2,2
events 158:1
everybody 33:6
53:21 110:18
110:20
everyday 117:8
evidence
117:12
ewald 2:20 3:3
6:3 7:18 17:12
26:16,22 27:3

28:24 29:11,23
30:9 31:10,21
41:20,24 42:6
43:2,11 44:5
45:16 46:24
50:17 53:14
54:12,23 55:8
56:3 57:5,20
58:4,17 61:20
64:24 67:3
69:23 75:1
77:13 80:8
89:15 93:24
94:16 95:13
104:6 107:11
120:23 121:14
123:1,13
124:15 125:24
126:8,20
128:14 129:4
130:3,10
131:19 133:22
135:24 137:23
139:23 142:4
142:22 143:20
144:13,17
145:3,16
150:12 157:10
159:9 160:8,20
162:23 163:12
164:6 165:21
166:11 167:19
169:3,17 170:5
175:1 180:13
182:14,19,24
183:15 184:7

184:22
exact 9:2 74:15
151:18 154:2
166:24 173:8
exactly 113:10
150:23 160:4
examination
3:2 6:2 85:23
86:1
examine 85:4
85:17,18
examined 5:24
example 32:5
34:24 44:7 51:3
51:4 88:3,6,10
88:15 94:12
115:5 137:17
164:21 174:7
175:23
examples 179:1
except 158:23
175:15
excess 107:23
excited 62:19
excluded 16:4
excuse 27:16
46:17 84:10
104:3 164:23
165:3 172:23
178:19
executive 2:14
exercise 66:1
exhibit 3:7,9,11
3:15,19,21,23
4:2,4,6,8,10
17:7,9,14 18:19

[exhibit - figure]                                                    Page 16

20:3 22:2 26:5
26:15,15,18
27:9 29:6,9,14
29:15,19,20
30:1,4,5 31:3,8
31:14,15,19
32:19,23 33:1,1
33:3 34:10,10
39:11,24 40:1,8
40:12 41:12,21
42:1,19,23,24
43:3,9,13 47:2
55:22 56:1 57:1
57:3,10,15,18
57:21 58:2,6,15
79:22 80:11,13
94:9 144:20
145:1
**exhibits** 3:6
17:10
**exists** 39:2
**experience**
56:12 151:15
157:12
**experienced**
40:21 41:1
**experiment**
101:5 163:1,21
**experimenting**
116:19 135:6
**expert** 4:5,7,9
7:4 10:8 12:4
12:21 15:12
48:17 49:14
57:22 65:24
164:3,9 182:7

**experts** 19:3,12
25:4 35:11 48:4
49:6 56:15
59:23 90:8
121:21 124:1
181:9,9,16
**explain** 19:18
63:17 89:5
124:10
**explaining** 9:7
72:9
**exposure** 12:2
57:24
**extensive** 48:11
**extra** 8:24
56:14
**extract** 74:16
76:23 77:3
**extracting**
73:24 77:16
**extraction**
77:23

**f**

**f** 186:1
**face** 24:13
**facilitate** 34:1
**fact** 17:20
27:10 29:15,16
30:3 77:11 92:9
117:5
**facts** 84:3
**fair** 27:24 72:5
93:6 109:1,14
115:23 123:7
123:10 162:2

181:16 182:1
**fairly** 8:4 59:24
102:1 136:17
136:19
**falls** 76:8
**false** 112:3,11
**familiar** 49:16
144:23
**far** 105:14
131:6 165:4
173:16
**fastest** 116:15
116:15
**fault** 78:22
144:7 151:10
**fda** 91:1,4
98:24 99:3
103:18,20
104:9,13,20
109:19 110:6
110:19,20,20
126:21 128:1
140:10,13
141:14,20,23
142:19 143:1,7
180:11
**fda's** 81:3
143:12
**feasible** 103:19
**february** 11:24
58:14,21 59:13
79:11,17 82:7
87:11 95:18
97:17,19
102:22 104:16
105:3,5,11

106:20 108:13
126:22 141:21
143:23 144:21
**federal** 16:13
**feedback** 54:1
**feel** 23:11
118:15 138:8
183:13,17
**feels** 91:21
**felt** 87:19
**felted** 86:18
**ferrari** 168:16
168:18
**fiber** 12:2 63:21
69:10 90:24
141:4,7
**fibers** 3:17
10:20 14:2
31:17 33:16
75:11 85:5
110:11 125:13
141:15 149:16
**fibrils** 155:3
**fibrous** 8:1,1
10:13 19:6,9,15
20:1,22 21:6
25:2,3,4,11
64:5 72:16 74:2
99:21 121:8
122:1 125:18
158:23
**field** 75:22,22
154:22
**fight** 101:16
**figure** 52:22
78:9

**[figuring - four]**                                                                 Page 17

**figuring**  99:18
**file**  28:9,11
**files**  28:7
**fill**  147:8
**filter**  146:13
149:8
**final**  148:12
**finally**  47:13
73:23 101:4
120:20 152:15
153:8
**find**  9:6 14:1
24:22 34:14
41:10 49:11,23
50:7 52:3 62:24
64:8,15,17
67:20 71:19
90:24 92:15
100:1 110:2,4
111:1 114:11
114:12 115:11
116:12 117:22
117:23 129:17
141:6 152:8
**finding**  18:22
33:18 36:9,16
37:4 51:23 60:9
68:11 72:7
78:12 81:1 92:6
109:20 110:15
111:9 113:16
118:3,5 126:2
128:17 141:6
152:1 153:11
156:17 157:19
170:16 171:16

179:22
**findings**  137:15
171:13
**fine**  15:14 29:1
149:7
**fines**  135:6
**finish**  89:21
118:23,24
125:5 169:10
169:16
**finished**  47:10
104:3 175:14
**firecode**  63:22
**firm**  56:15
**first**  5:22 6:9,10
11:6 16:16 17:6
17:13 21:13
27:8 29:19
32:21 54:24
66:24 92:10
93:17 97:15,19
114:22,23
116:18 127:9
145:4 159:15
164:22 174:3
**fit**  68:11,14
**fitted**  62:9
**five**  67:14 97:18
108:3 112:22
120:14 124:2,6
130:2 154:22
157:24
**fix**  141:10
**flexibility**  162:9
**float**  52:9 89:9

**floating**  49:18
**floats**  139:11
**floor**  2:19
**flotation**  52:7
134:23 135:1
**fluid**  37:3 38:21
96:11
**flustered**
183:21
**flw**  1:5
**focused**  119:23
120:12 171:2,2
**focusing**  153:18
**foia**  180:9
**folks**  18:7 60:10
**follow**  47:17
48:5 94:2
143:14,19
151:6 152:24
175:21
**following**  10:1
85:2 157:20
**follows**  6:1
172:15
**foregoing**  186:4
186:8
**forensic**  34:21
42:9
**forget**  59:17
**forgot**  19:21
81:18
**form**  50:13
62:6 65:12 77:5
78:1 89:3 107:3
120:7 121:5
122:21 123:9

123:22 124:22
126:6,18 128:7
128:21 131:16
133:11 134:9
136:7 137:19
138:22 142:2
142:11 143:6
143:18 144:2
150:7 154:11
156:13 157:8
158:16 160:1
160:17 162:4
163:5 164:2
165:20 166:8
167:13 168:13
174:17 180:1
182:9
**formula**  38:6,7
38:11
**forth**  57:16
**fortunately**
56:19 178:15
**forward**  110:21
125:2
**found**  33:6
35:14 60:21,22
81:5,20 98:11
118:20 128:18
128:22 135:15
136:15 142:14
149:3 153:23
178:2,2
**four**  16:8 55:20
64:1,2 71:15
75:15 81:13
82:14 92:2,4

[four - going]                                                          Page 18

| | | | |
|---|---|---|---|
| 97:18 108:13 | 186:11 | 126:9 133:13 | 93:17 98:4,20 |
| 111:10 117:3 | **g** | 163:6 168:22 | 101:13 102:15 |
| 120:14 147:12 | game 172:9 | giant 11:5 | 104:7 107:6 |
| 154:22 176:2 | gamma 35:10 | give 13:9 22:19 | 109:5 110:21 |
| fourth 4:5 | 36:9,17 39:13 | 27:14 30:18 | 113:6 114:20 |
| 11:12 79:22 | 42:10 154:14 | 38:14 47:20 | 115:24 116:3 |
| 82:8 94:5 131:1 | 156:22,24 | 51:4 102:23 | 116:10 119:4 |
| 180:16,24 | 157:6 158:13 | 103:3 147:19 | 122:23 125:12 |
| 182:6 184:1 | 165:8 | 176:20 177:13 | 129:10,16 |
| fraction 100:19 | gammas 165:12 | 177:14 180:8 | 132:22 135:10 |
| fractionated | ganged 110:20 | 182:12 | 136:20 137:8 |
| 85:24 | garbled 29:6,22 | given 41:8 | 140:18 141:14 |
| frame 18:20 | gee 129:8 | 137:20 138:10 | 144:14 146:11 |
| 20:6 64:18 | generally 7:1 | 171:10 186:10 | 152:17 155:18 |
| 99:10 | generate 37:18 | gives 22:14 | 156:1 158:3,6 |
| frankly 119:22 | 37:20 | 78:18 90:16 | 164:3,4,16,18 |
| free 23:11 | generated | giving 95:10 | 164:20 166:16 |
| front 7:2 30:12 | 71:13 178:1 | 99:16 101:2 | 166:22 175:12 |
| 58:8,10 95:15 | generating | 102:17 153:20 | 176:14,15 |
| 104:19 108:19 | 37:21 | glass 149:9 | 184:18,21 |
| 109:19 143:9 | genesis 51:9 | go 16:14 17:6 | goes 18:13 |
| frozen 162:8 | geographic | 19:22 23:2 24:6 | 30:19 41:3 78:7 |
| full 15:21 51:19 | 50:24 | 24:12 26:24 | 84:19 85:6 |
| 101:15 | geologic 50:24 | 27:2 29:9 32:21 | 86:22 134:17 |
| fumbling 84:10 | 52:23 | 32:22 34:14 | 139:11 161:4 |
| fundamentals | geological | 35:7 37:21 39:3 | 161:21 174:5 |
| 125:10 | 52:23 | 39:7 41:12 | 176:24 |
| funding 106:16 | geologist 159:2 | 42:14 43:12 | going 8:17 |
| 106:21,23 | georgia 15:19 | 44:6 48:12 51:8 | 22:15,19 48:24 |
| 107:14,20 | gerel 2:7 | 54:4 66:7 67:16 | 53:8 54:8 55:20 |
| 131:14,24 | getting 23:4,13 | 71:23 77:11 | 71:14 76:22 |
| 132:3 | 23:18 24:20 | 78:4 80:14 | 78:15,19 81:19 |
| funds 107:23 | 33:12 69:4 74:2 | 84:12,16,17 | 82:10 84:7 |
| furnace 48:23 | 77:8 109:9 | 85:14 86:2,9,13 | 93:13 114:13 |
| further 35:7 | 112:7 114:10 | 86:16 87:5,6 | 115:24 116:14 |
| 72:24 86:1 | | 88:21 89:9,11 | 117:13 118:16 |

[going - heard]

120:15 129:24
132:13 137:16
138:4 158:11
167:15,23
169:8,19
174:13 180:10
185:3
**gold** 10:12
14:23 24:21
39:21 66:7,8,17
124:8,9 132:24
155:2
**golden** 40:22
**golkow** 5:4
**gonna** 22:16,22
24:16,17,22
37:17 38:7,8,16
39:3 53:24 58:5
58:12 68:2 72:2
73:22 75:10
76:4,20,20
77:17 85:1
103:5 116:6
117:6,17
118:14,18
119:2 120:2
127:18 128:24
129:2,2 133:19
137:8 138:4,5
139:7 150:11
158:17 160:6
164:15 174:18
177:21
**good** 6:4,5
51:11 69:19
83:23 86:7 87:3

90:6 91:7
102:14 117:12
117:24 124:20
125:1 127:23
129:18,22
135:20 136:3
137:16 140:19
145:13,15
169:23 175:18
**gotten** 172:8
**grab** 98:20
**grace** 63:21
**grace's** 63:4
**graduate** 109:9
**graduates**
106:12
**gram** 90:24
141:15 149:16
**grants** 106:16
**gravity** 101:15
**great** 7:20 30:8
30:10 58:11
98:6 134:5
145:9 151:5,19
**greater** 96:16
114:16
**greenstone**
12:13,18,23
13:1
**grid** 76:5 90:22
**grind** 161:18
**grinding**
161:23 163:2
163:13,16,23
165:7

**group** 102:24
103:12,22
104:1 105:11
126:22 127:2
128:2 141:10
142:7,21 143:1
143:15 144:12
144:22 176:16
**guangxi** 81:5
81:10,11,11
120:14
**guess** 15:13
32:17 58:23
72:9 82:20 97:8
142:17 152:5
171:23 172:9
**guessing** 22:18
**gunther** 37:2
68:24
**guys** 53:12
56:13 120:2,11
125:5 128:15
159:22 172:6
180:9
**gypsum's** 63:22

**h**

**half** 19:14
35:18 75:16
100:4
**hammondsville**
52:13 135:12
**hand** 10:18
115:17 139:3
142:16

**handle** 178:8
**handout** 10:16
30:18,21 41:7
**handouts** 40:17
41:4
**hands** 49:20
**happen** 122:13
**happened** 16:6
56:23 127:19
158:3,4,4,4,5
**happening**
101:17
**happy** 53:19,19
55:4 169:11,18
183:16
**hard** 109:2
113:18 167:14
**harder** 23:7
**harvest** 117:21
**harvested**
112:12 135:3
**hay** 89:7,13
**haystack** 51:24
85:21 88:1,15
88:18,24 89:1
**head** 151:11
**headed** 160:22
**health** 126:14
126:16 127:5
**hear** 74:7
135:23 170:18
**heard** 5:14
16:19 29:7
151:17 154:17
166:3,17
170:15 171:7

**hearing** 16:5,8
60:16 93:8,11
108:19 186:10
**heavily** 127:18
**heavy** 4:11 49:1
60:2,8,24 61:21
63:11 64:14
73:18 74:9 75:7
76:14 81:8 83:1
83:20 85:8 86:6
86:19 87:17
88:5 89:6 90:11
90:18 91:2,7,12
92:19,21 99:2
100:1,5,11
101:6,23
103:14,20
104:12 105:6
105:18 109:6
111:14 112:19
113:8 114:1,15
116:20 117:13
119:5 127:1
132:5,11,23
133:1,5 134:3,6
136:11,14,15
138:23 139:8
140:18 141:22
143:2 145:5
147:18 150:17
150:21
**held** 5:7
**help** 88:4
107:23 125:7
135:2 147:15

**helped** 127:11
166:4
**henderson**
94:12,18 95:7
130:22
**henrich** 2:14
**hesitant** 16:12
**hess** 99:17,24
152:11 154:7
156:6,9,14
157:4 158:12
159:20 160:11
165:17 166:5
168:2
**hess's** 166:18
**hey** 54:13
128:15 129:24
**hid** 133:5
**high** 22:17
23:16,23,24
34:19 42:8
62:11,11 78:3
99:9 139:5
**higher** 35:4,13
35:13 36:8 37:3
37:9,12 42:16
64:16 92:21
100:7 102:11
156:23 165:12
165:13
**highest** 78:18
80:23 102:17
114:10 122:9
154:16
**highlight** 34:19

**highlighted**
39:10 42:8
**highlighting**
31:11 33:23
41:15 179:15
**hill** 2:15
**hired** 51:12
56:15 149:1
**hiring** 90:8
**historic** 46:7
**historical** 11:22
46:7
**history** 145:19
**hits** 89:21
**hls** 84:21
145:19,20
146:1,5,16
147:17 148:15
**hobby** 139:12
**hold** 18:11 20:4
50:21 57:13
89:10 107:4
111:16 182:20
182:20,21,21
**hopefully** 34:14
**hoping** 141:9
**horrible** 90:16
**hour** 53:8 89:21
93:14 109:3,4
130:1 139:6
169:9,19
**hours** 100:24
101:8 119:2
148:16
**house** 18:4

**huh** 167:3
**hundred** 64:1,2
126:2 128:17
128:22 154:22
154:24 155:16
156:2
**hundreds** 116:2
116:2 132:10
132:10 134:2
155:8
**hynes** 16:20,21
96:22
**hyphen** 9:19
**hypothesis**
50:10
**hypothetically**
175:6

## i

**idea** 74:14
109:21,22,23
134:20 169:23
184:10
**identical** 32:16
34:11 36:12
**identification**
17:11 31:9,20
43:1,10 56:2
57:4,19 58:3,16
83:8 145:2
147:14
**identified** 26:17
94:5 130:18
**identify** 66:12
78:20 98:15
118:7 123:18

**[identify - interlaboratory]**                                                    Page 21

130:13 137:13
156:7 161:16
**identifying**
17:22,23 20:20
50:23 78:12
122:18 123:19
154:7 156:10
157:5 161:14
**images** 20:4,5
27:22,24 29:8
122:17 171:8
**imerys** 11:22
**immersion**
41:14
**impacts** 59:11
59:14 63:17
**important**
21:10 34:12
35:1 54:2
**importantly**
23:2 37:11
**impossible**
153:7
**impression**
142:6
**impurities**
85:22
**impurity** 85:16
85:19
**include** 178:21
**included** 82:3,7
87:19 180:16
180:24
**includes** 178:18
**including** 44:10
53:21 137:2

**incompetent**
123:17 124:3
125:22
**inconsistent**
42:18
**incorporate**
104:21
**incorporated**
92:9
**increase** 145:17
**increased** 62:8
**incredibly**
125:4,20
**index** 157:6
158:13 163:3,8
163:24 165:8
**indicated** 55:23
61:24 87:2
130:12
**indicating**
41:17
**indication**
71:24 86:4
**indice** 35:24
37:3 96:11
122:9,9 154:13
**indices** 3:13,17
9:21 10:20
22:20 23:16,23
24:10 31:6,16
32:7,12 33:4,13
33:16 34:23
35:14,21 36:8
36:16 37:10
42:15 67:1 69:5
72:3,15 78:14

83:9,11 110:8
122:15 125:15
153:21 154:2
155:22 156:21
157:13 161:20
162:1,17
163:11
**individual**
123:5
**individuals**
114:3
**infants** 129:21
**infinity** 62:10
**information**
8:2,19 30:22
47:21 49:13
109:18 121:23
127:3 141:16
180:10 183:6
**informed** 86:6
**ingram** 88:20
**inhibiting** 49:5
**initial** 44:1
85:24 108:12
131:14 148:6
160:12 174:5
**initially** 97:17
97:21 98:9,14
148:11 152:14
**inside** 142:19
**inspected** 10:17
60:11
**inspection**
42:22 43:8,18
**institute** 51:13
51:14

**institutes** 33:7
**instruct** 91:12
**instrument**
116:3
**intend** 167:9
**intended** 71:5
**intending** 58:20
**intent** 70:24
**interagency**
102:24 103:12
103:24 105:11
126:22 127:2
128:2 140:11
140:13 141:10
142:7,20 143:1
143:15 144:22
**interest** 87:20
133:18
**interested**
86:15,17
172:24 175:16
175:16 186:13
**interesting** 9:6
16:22 18:11
25:18 41:10
59:21 123:24
**interfering**
68:20
**intergrowth**
66:3
**intergrowths**
124:10
**interject** 45:5
**interlaboratory**
140:10,16

**internal** 13:9
**internally**
    149:18
**international**
    113:2,21 127:9
**internet** 15:9
**introduce**
    176:11
**invest** 168:8
**invited** 103:2
    104:9
**invoices** 54:14
    54:16 55:6
    181:8,12 183:9
**involve** 74:9
**involved** 63:3
    85:21 106:7
    123:11 124:1
**involving** 7:9
    170:8
**iodine** 86:21
    97:23 98:12,15
    101:24 146:13
    146:18,24
    147:6,7,14
    151:23,24
**irs** 111:2,3
**iso** 8:16 10:23
    24:14 96:13
    100:5,10
    105:21 113:23
    140:6 154:21
    172:15 173:12
    173:15,21
    174:7

**issue** 17:21
    60:14 101:10
    111:22,22
    126:14,16
    127:5 141:19
**issued** 54:13,16
    54:18 92:5 95:3
    95:14,18
    130:20,22
**issues** 16:11
    103:9 114:19
    114:20 115:3
    120:11 129:7
    141:11
**issuing** 94:19
    94:21
**italian** 119:18
    120:1,13

**j**

**j&j** 36:17 46:3
    46:7 73:8,11
    79:16 80:19
    87:7 90:1,13
    91:16 94:7
    119:22 120:5
    131:5 133:5,17
    134:4,15,24
    135:6,14 136:4
    145:19 165:18
    167:10,21
    170:21 171:6,7
    172:3 180:9
**j&j's** 11:22
**j3** 62:3

**j4** 111:20
**jake** 2:21
**janet** 13:22
**janine** 95:7
**jb** 13:23
**jeanie** 130:21
**jersey** 1:2 2:11
    2:15 96:21
**jesus** 61:14
**jewald** 2:20
**jkeester** 2:21
**joe** 12:10 14:24
**john** 2:20 7:16
    29:5 41:19
    64:22 74:23
    80:7 129:24
    131:17 144:16
    185:1
**johns** 15:20
    86:2,6,14,22
    110:3
**johnson** 1:6,6
    8:7,7 12:2,20
    12:20 14:11,18
    14:19,22 15:3
    15:16,17 46:11
    46:11,13,13
    51:12,12 52:6,6
    52:21,21 57:1,1
    79:3 81:4 82:23
    82:23 83:15,15
    83:22,22,24,24
    84:4,4 85:3,3
    91:9,11,11
    118:6,6 119:19
    127:7,8 130:19

    147:20,21
    161:11
**johnson's** 7:5
    11:17 14:20
    44:9 57:23 91:9
    137:21
**joined** 172:14
**journal** 9:18
**journals** 56:8
**judge** 16:3
    58:19,24 59:9
    61:8,8,16 92:4
    92:14 93:7,7
**judge's** 16:13
**judges** 181:24
**july** 12:22
**jump** 100:23
    113:18
**june** 15:11
**junior** 139:5
**jury** 88:4 89:6

**k**

**k** 2:7
**keep** 47:11
    121:12 162:8
    162:11
**keeping** 91:21
**keester** 2:21
**kevin** 16:20,21
    96:22
**kidding** 61:19
    89:19
**kin** 186:12
**kind** 16:18
    19:21 61:3

**[kind - late]**                                                                 Page 23

65:17 100:16
123:23 131:10
139:13 177:15
**kinds**  76:6
139:1
**king**  2:18
**kirch**  94:13
95:18,19
130:19 147:22
**knew**  56:15
64:5 91:17
113:9,14 115:1
116:14 159:14
160:4,5
**know**  7:3 10:24
14:17 16:7,11
16:14 19:17
20:15,19 21:6
21:19 22:11
23:3,19,22
24:19 26:3 27:6
27:13,14,15
29:22,24 30:20
32:2,10 36:2,6
37:19 38:5,11
38:13,14,19
39:4,19 43:24
46:6,8,11,13,14
46:19,21 47:20
47:24 48:22,22
49:14,19 51:4,9
52:16,17 53:7
53:12,16,17
54:18 55:16
56:21 59:2,8,15
59:20,24 60:15

60:20,22 61:3,5
61:6 62:7,14
64:6 66:2,20,21
67:15 71:13
73:4 76:8,19,21
77:6,8,9,11,11
77:12 82:19
83:23,24 84:3
84:20 89:10
90:9,15,18,20
91:4,15 92:13
92:18,23 93:5,6
94:15,23 96:13
97:6,7 98:1
99:5 100:10,13
101:1 102:15
103:1,3,5,10,18
105:23 106:9
106:11 107:21
109:4,6,9,18
110:17 111:21
111:24 113:14
113:17,20
114:2 115:4,17
116:2 117:11
117:20,22
118:11,24
119:16,22,24
120:10,16,20
121:19,19,21
121:22 123:17
123:23 125:7
125:11,21
127:7,9,13,18
127:19 128:10
128:23 129:1,1

129:8,14,19
131:6 132:3,17
132:22 135:10
136:21,24
137:7 138:3,6
139:19 141:7,9
143:7,8,12
148:8 154:14
155:6,10,15
156:22 158:1,5
158:6,19,21
162:17,19,19
165:14 166:16
167:17,18
168:10,16
170:9,11
171:22 172:8
172:17 173:16
174:21 175:4,6
176:6,7,9,12,14
177:12,15,16
178:5,7,10
179:4 180:7,11
181:8,15,17,19
181:23 184:12
184:17
**knowledge**  96:8
142:19 157:13
179:9
**knowledgeable**
36:7
**known**  51:12
74:13 75:22
134:10
**knows**  133:8

**kslaw.com**  2:20
2:21

**l**

**l**  87:14
**lab**  13:11 60:21
60:22 62:1,3
63:15 64:12,13
91:12 106:10
106:15 125:3
132:21 137:24
138:1,5 139:22
172:11
**labeled**  17:8
20:4 27:9 29:14
30:2
**laboratories**
10:17 47:22
**laboratory**  47:4
60:7 62:23
92:18 173:17
**laboratory's**
44:9
**labs**  30:19 41:8
48:7,10 176:2
**lack**  97:12
152:5
**laid**  102:7
113:13
**lake**  33:9
**lanier**  88:11,24
**large**  67:18
85:23 146:20
**larger**  124:19
**late**  132:18
152:11,11

156:8 159:19
**latest** 55:17
**law** 56:15
**law.com** 2:16
**lawyer** 59:8
**lawyer's** 45:14
**lawyers** 106:24
107:15 180:19
182:4 183:24
**lay** 145:21
146:2,7
**leanna** 2:5
**leanna.pittard**
2:6
**leave** 8:21
39:24 79:20
**leaving** 163:20
**lee** 14:9 60:21
62:15 91:12,17
181:13
**legal** 34:20 97:9
182:12,16
**leica** 92:9
**leigh** 2:4 6:20
55:1 57:14
182:21 183:2,2
183:22
**leigh.odell** 2:5
**length** 65:20
66:5,8 154:3,23
155:16
**lens** 62:10,20
62:20 92:11
**letter** 86:17
104:9,20

**level** 74:6 85:16
108:17 120:19
155:24
**levels** 65:9 71:7
71:12 72:7
153:10
**levy** 122:7
155:13
**lhg** 1:5
**liability** 1:7
**libby** 63:23
**life** 147:12
**light** 21:9
100:19 121:24
133:7
**likely** 65:8
**likes** 24:13
**lima** 2:22 5:3
**limit** 72:13 73:4
73:16 85:9
102:12 112:2,9
112:17 114:11
114:24,24
116:13 141:5,8
149:15
**limitation** 87:9
**limited** 44:11
**limits** 76:19
90:17,19,21
140:23
**linda** 15:23
**line** 73:16
146:11,11
165:5
**liquid** 4:11
34:16 35:9 36:3

49:1 60:2,9
61:1,22 63:11
64:14 73:18
74:9 75:7 76:14
81:8 83:1,20
85:8 86:7,19
87:17 88:5 89:6
90:11,18 91:2,8
91:12 92:19,21
99:2 100:2,5,11
101:6,23
103:14,21
104:12 105:7
105:18 109:6
111:14 112:19
113:9 114:1,15
116:20 117:14
119:5 127:1
132:5,12,23
133:1,6 134:3,7
134:21,22
136:12,14,15
138:23 139:8
140:18 141:22
143:2 145:5
147:18 150:17
150:21 161:18
162:7,8,11,24
163:20
**liquids** 34:5,22
41:14
**list** 4:3 11:7
45:9 79:24,24
80:19 81:15
**listed** 45:9 82:1
94:8

**listen** 53:1
**lists** 42:11
**literally** 20:17
32:16
**literature** 39:1
82:22 83:13
90:2
**litigation** 1:7
5:8 30:14 42:9
44:16 45:2,22
63:16 64:10
75:4 123:11
124:17 133:8
172:4 178:18
178:21,23
**little** 25:22,23
28:21 29:12
41:5 42:13 63:2
73:2 77:20
78:21 92:7
100:16 119:6
139:16 144:8
155:2 172:10
**lizard** 9:11
**lizardite** 3:8
9:12 16:17 17:8
17:14,16,19
18:2,14 19:5,17
20:4,12,14 22:2
22:8 24:4 25:2
25:8,17,19 26:4
26:10 27:2,11
27:24 28:1,9,11
29:6,16,20 30:2
30:5 158:24

**[llc - made]** Page 25

**llc** 6:13 8:3
145:20 146:1,5
148:15
**locate** 9:10
**log** 76:4
**logistics** 6:9
**lois** 1:17 2:23
186:18,18
**long** 17:2,5,14
17:20 20:15
53:20 76:3
100:23 110:9
110:19,24
117:12 118:8,9
147:13 149:13
**longer** 132:21
**longo** 1:14 4:11
5:9,21 6:4 8:2
11:13 28:9
42:21 43:6
44:18,23 45:12
45:19,23 54:13
55:23 56:4
66:12 75:3 83:4
122:16 123:19
145:12 150:11
**longo's** 45:9,14
144:21 184:1
**look** 13:4 14:16
18:7 20:16 24:6
24:15 27:13
28:1 30:23
32:15 34:2 38:8
46:6 49:21 50:6
51:2,5 64:5
66:20 67:16

71:23 76:4 87:5
90:22 94:23
98:4 99:18
102:3,8,9
103:13,13
115:23 118:8,9
120:13,13,14
122:10 124:9
124:12 125:14
134:16 144:23
149:1 152:21
154:19 155:3
156:9 158:5,10
160:6 161:2,3
166:9,16 175:8
175:9 176:22
177:3,3,4,23,24
177:24 178:1,3
178:17,20
180:11 181:5
**looked** 20:18
31:24 32:1 82:8
100:17,17
136:16 153:13
158:19
**looking** 19:9,9
22:1,8 26:5,12
27:21,23 33:14
39:9 42:4 47:1
49:22 51:24
65:17,23 66:23
67:19,23 68:22
69:9 70:21
71:18 75:12,24
79:21 80:10,13
82:20 89:4,5

90:10 91:9 93:6
98:19 101:21
112:19 114:2
117:7 146:22
155:4 157:5
159:5,10,12
160:4 164:8
173:1 175:7
178:13
**looks** 14:5
24:23 50:4
126:3 153:16
**losing** 102:13
**lost** 70:17
104:14
**lot** 20:19 53:3
62:12 83:7
87:22 102:11
102:11 106:6,7
115:2 117:17
119:18 127:20
140:21 147:8
151:20 158:2
162:21 165:1
168:8 175:23
175:24 180:5
**love** 176:9
180:4
**low** 37:14 72:12
85:16
**lower** 70:14
71:12 72:8 78:6
78:7 89:8 100:4
100:13 102:18
156:22

**lowest** 122:8,8
**luck** 91:6
**lucky's** 14:24
**lunch** 53:18,21
53:24 93:16
94:1

## m

**m** 13:22 14:17
15:1 94:24 95:6
95:19,21
130:14,18
180:21
**m65947** 8:24
**m68483** 13:13
**m70484** 15:24
**m71046** 13:16
**m71095** 13:22
**m71109** 14:5
**m71111** 14:5
**m71166** 14:11
15:17
**m71180** 15:18
**m71216** 15:2
**m71241** 15:5
**m714** 95:19
**m71730** 95:8,12
130:21
**m71740** 95:20
130:19
**machine** 186:5
**made** 7:10,11
47:19 51:22
58:18 65:7 73:1
100:19 116:23
141:4 147:10

157:18 161:12
172:1,2
**magenta** 25:24
154:16,18
155:1 162:19
164:24
**magnitude** 72:8
124:7
**main** 36:5
41:11
**maintain** 47:7
**maintained**
47:3
**major** 34:4
**majority** 26:2,3
86:1
**make** 8:22
11:14 18:1,23
26:20 29:1 38:8
52:3 63:2 69:24
81:14 91:7 97:7
99:20 102:16
114:9 116:4
117:8 121:12
125:23 162:11
169:20 183:8
183:11,12
**makes** 122:2
155:11 159:3
**making** 166:5
**manufacturer**
167:22
**manufacturers**
110:13 119:24
134:24

**manville** 86:3,6
86:14,22 110:3
**maple** 2:10
**march** 55:24
**maria** 2:22 5:3
**marie** 13:15
**mark** 17:6,7
31:3,14 42:19
43:3 55:22
56:24 57:10,15
58:12 88:11
144:14 170:8
170:12
**marked** 17:11
18:19 20:3 27:9
30:1 31:9,20
32:19 39:11,24
40:8 43:1,10
47:2 56:2 57:4
57:19 58:3,6,16
80:10,13 145:2
**market** 14:14
126:13 127:15
128:4 133:19
**marketing** 1:7
**mas** 8:2 13:11
14:10 15:4,17
15:24 17:14,17
21:16 24:2 25:1
31:23 36:16
38:23 47:7
57:16 58:13
64:19 65:2 71:6
77:2,6 78:23
79:5 80:4 82:9
94:7 95:7 96:7

97:13,14 105:6
107:1,14,16
108:23 109:12
112:19 115:11
118:5 121:16
122:18 123:18
126:1 130:19
131:3,23
145:20 146:1,5
146:7 148:14
149:9,18,22
165:22 166:18
167:21,22
168:1 172:11
174:13 179:8
179:13 180:18
181:11 183:23
**mas's** 7:23
77:15,23 79:16
97:1 130:14
131:12 146:15
151:3
**masses** 86:19
**match** 153:2
157:14
**matched** 154:8
**matching** 34:3
160:7
**material** 10:24
50:4 86:15
101:7,10,24
102:13 146:14
**materials** 3:14
6:13 9:22 11:6
20:23 31:6 44:8
44:14 45:8,8,9

47:4,16 48:11
48:13,15,16
69:8
**math** 23:9,22
**mathematical**
34:9
**matrix** 71:20
**matt** 128:11
**matter** 5:7 23:3
186:4
**mccrone** 90:9
**mccrone's**
161:3
**mcdevitt** 2:14
**mclean** 15:1
**mdl** 1:5 4:5,9
7:5 11:20 12:15
46:18 54:14,17
57:16,23 58:7
59:19 82:9,11
94:6 97:10
119:10 120:4
171:14 180:17
180:24 182:6
183:7,14 184:2
**mean** 9:19
20:17 22:22
23:21 24:12
29:19 62:4,21
65:13 76:21
78:10 84:2
86:14 90:6 97:6
98:6 105:22
106:15 107:17
109:7 110:22
115:4 121:6,7

121:19 125:1
139:2,12
142:18 149:2
154:14 157:15
157:17,23
167:14 172:3
174:18 177:19
**meaning** 21:9
151:6
**means** 15:6
**measure**
176:12
**measured**
34:23 122:5
**measurement**
33:24
**measurements**
34:20 37:12
**measuring** 3:13
9:21 31:5
175:24
**meeting** 104:13
104:16 105:4
**memo** 87:12
91:23
**mention** 140:8
143:2 147:3
**mentioned**
30:12 39:11
40:1 48:7 87:23
90:1,7 91:24
112:4 130:13
141:23
**meters** 40:23
**meth** 147:9

**method** 3:18
4:11 10:21,24
31:18 49:8,15
51:15,17,19
52:2,18 60:8,13
63:2,6,7,8 72:7
73:19,21,22,24
76:14,18,23
77:2,16,23
78:15,18 83:4,5
83:6 84:6 86:5
86:7,11 87:9,13
87:16,17,19
90:3,6,11,14,16
91:16 93:3
96:13,15 97:1
97:16 100:4,5
100:10,12
104:18 105:24
106:13,24
107:16 108:13
108:24 109:13
110:6,9,18,22
111:1,14,16,20
112:20 113:12
115:15 117:12
117:18 118:20
126:4 128:16
132:17 133:6
133:12,16,18
135:14,19,20
136:3,4 138:9
139:22 140:2,5
142:8 143:3,11
144:6 145:5,19
147:6 149:22

149:23 150:1,3
150:4,9,11,14
154:21 170:8
171:9,18
179:10
**method's** 144:7
**methodology**
85:7 104:10
118:11 131:24
136:18 150:19
**methods** 47:16
48:11,13,15,17
90:21 92:16
124:18 137:10
137:11 140:9
140:15 172:15
174:7,15
**methvin** 2:3
**methylene**
101:24
**michelle** 2:8
55:1,2,5 95:19
122:7 155:13
**mickey** 37:2
68:24
**micrometers**
155:16,18
156:2
**micron** 66:6
75:16 155:22
155:23
**microns** 65:19
66:6,9,10 68:4
75:16 76:3
154:23,24
155:24

**microscope**
9:18 30:17 31:4
50:2 62:9 76:11
76:16 115:19
**microscopes**
20:10 92:8
**microscopy**
121:24
**mid** 90:8
**miles** 2:3
**mill** 162:8
**milligram**
110:11
**milligrams**
146:12
**milling** 50:11
50:15 161:23
163:22 165:7
**million** 90:23
90:23 141:8
181:13,14,14
**mimic** 176:5
**min** 156:22
**mind** 29:5
64:22 75:7 80:6
95:10 117:10
**minds** 19:19
**mine** 10:11
52:6,14 81:11
81:11 161:8,11
164:12
**mineral** 132:14
136:13
**minerals** 35:3
42:15 53:5
71:21 121:11

132:6,12 139:1
139:16 156:23
**mines** 21:24
51:5,6,8,14,20
52:20,24 81:13
83:5,19 84:21
85:2 88:16
90:12 97:21
98:18 99:4
102:6 106:12
110:1 111:9,11
120:15 135:9
135:19 136:3
148:1,19
149:23 150:1,4
150:8,14
153:11 161:5
**minor** 7:11
**minus** 109:15
109:16 141:5
162:15 163:17
**minute** 93:16
93:16 169:15
169:21
**minutes** 27:7
53:10,17,18
93:10 130:2
148:13,14
184:15
**misconception**
98:14
**misidentificat...**
20:1
**misidentified**
125:12

**misidentifying**
18:2,24 19:4,6
19:15 21:11
25:1,11,17
33:11 99:21
120:21,22
121:8 122:1
**missed** 54:24
55:13 81:19
**missing** 7:20
117:23
**missouri** 15:22
**misstated**
131:17
**misstates** 120:7
**mistake** 38:9
125:22
**mistaken** 55:4
**mistakenly**
70:22
**misunderstan...**
70:13
**misusing** 33:21
**modification**
97:7
**moment** 79:21
103:19 107:6
**money** 52:21
172:20 173:7
180:18 182:3
183:18,20,23
**monitor** 62:11
**monokote**
63:21
**montana** 10:11
39:22 63:23

66:9 110:14
120:1 164:12
**montgomery**
2:4
**month** 96:22
97:2 109:16,16
**months** 119:7
**morning** 6:4,5
109:10
**morton** 86:21
**mother** 14:21
**motivate**
127:11
**motivated**
127:14
**mount** 34:16
**move** 84:23
**moved** 26:15
64:11
**moving** 10:15
115:21
**mparfitt** 2:9
**muffle** 48:23
**muted** 124:8

**n**

**n** 2:1 3:1 4:1
**name** 5:3 28:14
49:2,2 105:1
123:4,18
137:13 166:10
166:15 170:22
**name's** 28:17
166:10
**named** 28:11
29:19

**names** 28:8
94:17
**nanometer**
40:22
**nashed** 87:7
**national** 33:7
**nature** 5:12
**navstar's**
107:19
**nay** 103:6
**nearly** 126:2,12
**necessary**
85:17
**need** 11:3 29:21
64:14 69:15
97:11 118:10
118:11 125:5
140:9,15
145:12 183:11
**needed** 18:7
37:2 104:20
117:7
**needle** 85:20
88:1,15,17,23
88:24
**needles** 51:24
52:2 89:8,9,11
**needs** 96:4,4
**negative** 101:20
**negatives**
112:12
**neither** 186:11
**net** 85:23
**never** 17:20
18:5 19:23 21:9
24:24 49:12

60:14 67:5,10
75:23 87:6
88:16 90:7,10
90:13 98:17
105:18 116:6
119:20,20
133:7 147:13
148:2 150:11
165:4 177:15
178:24
**new** 1:2 2:11,15
2:19,19 59:1
60:6,6 62:20
63:7,12 69:11
71:13,16 92:17
96:15,21 176:8
184:15
**newsome** 95:4
95:5 96:8
**newsome's**
11:17
**nice** 176:8
**niosh** 113:4
**nist** 10:13 33:13
35:5,15 42:16
98:6 99:7 113:4
146:19 151:5
151:16 152:13
153:2 154:9
156:7 160:13
161:15,15
164:13
**nitrogen**
134:21,22
161:18 162:7,9
162:12,24

163:20
**nm** 40:23
**nobody's** 124:9
**non** 3:13 9:22
31:6 60:24,24
172:3
**nonasbestiform**
21:3,5
**noncontrover...**
144:5
**nonlegal** 182:2
**nonlitigation**
179:6
**normally** 62:13
92:11
**north** 127:10
**notebook** 11:5
12:7 15:4
**notebooks** 46:5
158:8
**noted** 5:16
**notice** 3:20,22
16:23 20:19
42:20,21,22
43:5,7,7,14,16
43:17,17 44:1,3
**notices** 91:3
**novel** 132:16,17
138:18 139:21
**november**
130:22
**number** 6:24
7:12 8:17 9:2
13:9,11 14:17
15:1 20:24 29:9
31:8,19 32:2

42:24 43:9 44:7
44:11 45:6,7
56:1 57:3,18
58:2,15 73:9
79:24 80:1 95:1
95:6,7,10,19
112:24 115:23
119:14,15,17
130:14 133:13
145:1
**numbers** 90:15
95:21 110:10
130:18
**nvlap** 10:18
172:12,13,23
174:4 175:9
180:8
**nw** 2:7

**o**

**o'dell** 2:4 6:20
7:15 26:14,19
28:2,6,16,22
29:4,17 30:7
41:18,22 43:23
45:4 46:15
48:18 50:12
53:9 54:3 55:3
61:7,11,15 62:5
64:21 65:11
66:11 69:14,18
74:22 77:4,24
80:5 89:2 94:14
95:9 104:2
107:2,5 120:6
121:4 122:20

123:8,21
124:21 126:5
126:17 128:6
128:20 129:23
131:15 133:10
134:8 135:21
136:6 137:18
138:21 142:1
142:10 143:5
143:17 144:1
145:11 150:6
154:10 156:12
157:7 158:15
159:7,24
160:16 162:3
163:4 164:1
165:19 166:7
167:12 168:12
168:20,24
169:14 174:16
175:13 179:24
182:8,11,17,22
183:3 184:5,16
184:24
**object** 50:13
62:6 65:12 78:1
89:3 107:3
120:7 121:5
123:9,22
124:22 126:6
126:18 128:7
128:21 131:16
133:11 134:9
136:7 137:19
138:22 142:2
142:11 143:6

143:18 144:2
150:7 154:11
156:13 157:8
158:16 160:1
160:17 162:4
163:5 164:2
165:20 166:8
167:13 168:13
174:17 180:1
182:9
**objecting** 183:5
**objection** 45:6
45:11,12 77:5,5
122:21 184:6
**objections** 3:22
43:5 44:13,14
44:23 45:13,14
45:14,18
**objective** 62:10
62:20,20 92:11
**observed** 34:3
**obtained**
179:13
**obtaining**
179:23
**obvious** 128:23
**obviously** 38:15
56:21 59:8
124:13
**october** 10:14
65:24 70:1
86:16 164:4,9
**offered** 174:20
**offering** 32:20
50:18 171:14

**official** 63:7
**oh** 10:16 12:21
12:22 13:11,19
14:4 19:22 23:8
34:14 36:2
40:11 62:18
68:21 69:9
70:19 78:7
81:18,21 84:16
95:20 104:7
112:4 114:4
120:21 125:11
125:12 139:10
177:11
**okay** 6:8 7:14
9:3 10:6 13:3,8
16:15 20:8
24:18 26:20
27:4 29:12 30:6
31:3 33:3 38:10
40:15 42:7 44:6
46:2 49:7 54:6
55:18 56:9
67:21 69:19
70:21 71:2
72:11 73:10
76:22 77:21
84:11 85:1
86:13 89:18
93:17,19 94:1
95:2 96:3 97:5
102:16,20
108:5 109:12
111:11 114:12
115:13 116:5
123:2,5 125:6

130:11 131:7
133:2 138:7
144:18 145:4
145:24 146:5
146:21 147:24
148:3,5 149:7
149:14,20
150:13 155:19
160:21 164:20
166:3,17 169:4
170:20 171:23
172:5 174:10
176:16 181:16
184:14,17,21
**old** 20:10
115:18
**oldie** 12:21
**olympus** 62:8
**once** 51:18,18
56:12 76:11
99:23 117:11
118:12 128:19
137:3 147:10
155:24 162:13
176:21
**ones** 14:13 15:7
80:23 81:1
99:16 150:9
161:7,8 179:18
**ontario** 21:15
21:17,20,23,24
**opaque** 3:13
9:22 31:6
**open** 89:12
**openings** 90:22

**operating** 47:3
47:7,11
**opinion** 35:16
49:5 59:10
65:16 66:19
83:13,15 84:1,3
86:10 92:5
106:3 113:6
127:12 140:22
141:3,17 182:2
182:13
**opinions** 16:4
19:6,12,14
32:19 40:9
82:11 182:7
**opportunity**
43:15
**opposed** 75:8
**optical** 50:2
92:7,8
**optimum** 73:22
73:24
**oral** 42:20 43:5
43:16
**orange** 40:23
**orangish** 22:12
**order** 16:13
58:20 66:19
72:8 85:19,24
138:9 147:7
183:14
**orders** 124:6
**organic** 101:23
176:1,9
**organics** 48:24

**organization**
113:3,21
**organizations**
129:5
**origin**  97:13
**original**  11:24
12:15
**originated**
21:17,21
**osha**  113:3
**ought**  173:7
181:22
**ounce**  12:17
**outgassing**
176:1
**outlined**  184:3
**outside**  22:24
24:17 121:16
123:18
**ovarian**  58:1
**overall**  68:3
**overstated**
143:22
**overview**  7:7
**own**  90:13 91:7
106:18 136:14

**p**

**p**  2:1,1
**p.c.**  2:3,14
**p.m.**  54:11
93:20,23 185:4
**page**  3:2,6 7:6,7
7:7 8:23 22:1
33:22 34:15
39:10 40:20

41:12,19 42:1
44:8 66:14,16
69:20 70:7,8,9
81:16 84:18,20
85:14 86:13
87:5 95:15
105:22 145:4
164:15,18,20
164:21
**pages**  9:19
66:13,14 80:14
**paid**  180:18
182:4 183:7,7
183:23
**panning**  132:24
**paper**  7:1 9:17
32:11,24 33:1
33:22,23 35:12
37:8 49:10
56:17,19 63:9
82:24 127:24
134:16 138:6
138:12 140:11
140:13 141:24
165:11
**papers**  56:4,5,7
56:10 132:10
134:3 138:6
**paperwork**
147:8
**parallel**  22:8
24:11 27:16
124:11 155:15
164:23 165:3
**parameters**
38:4

**parentheses**
21:15
**parfitt**  2:8
**part**  11:1 12:7
39:9 48:6,6
135:23 146:15
149:7 150:13
150:13 166:20
166:23
**particle**  153:4
163:23
**particles**  135:2
139:9,10
149:11 154:7
**particular**
36:13 132:12
148:23
**parties**  5:10,14
186:12
**partner**  16:20
**parts**  38:14
112:15 176:8
**past**  8:5 13:6
67:13 106:4
127:19 132:15
149:24
**pat**  172:21,22
173:9 175:11
**patent**  86:8
**patented**  87:2
**patenting**  87:4
**patterns**  46:22
**paul**  99:17,24
152:11 154:7
156:6 165:17
166:5 168:2

**pause**  5:13
**pay**  107:23
**peer**  30:16
32:23 35:12,17
36:14 41:6 63:9
82:22 83:13
90:2
**pellet**  78:10
100:18,18
134:19
**pending**  183:1
183:4
**people**  34:16
91:9 93:5
110:23 123:15
128:24 129:6
131:10 132:14
140:21 165:24
172:17 174:20
180:4
**percent**  8:10,10
8:15,15 9:1
63:1 64:8,9,16
66:15 68:17
69:11,21 70:13
71:7,19 72:8
73:11 77:19,19
78:4 85:11,17
102:11 112:5,6
112:8,10
113:17 126:2
128:18,22
141:2 146:13
146:24 149:15
153:6,6 156:16
170:16

**[percentage - pointed]**

**percentage**
72:6 74:14
100:7 153:1
161:13
**percentages**
99:8,9 110:11
152:15,22
153:1
**percents**
141:12
**perfectly** 90:5
**period** 65:2
120:5 152:10
156:11 167:6
**perpendicular**
23:3 24:11
27:15 124:12
164:22 165:4
**perpendiculars**
165:14
**person** 54:2
128:12 133:17
137:13 166:4
166:13 177:6,7
177:10
**personal** 186:7
**perspective**
59:9 96:6
182:16
**ph.d.** 1:15 5:9
5:21 8:2 42:21
43:6 106:10
109:9
**photograph**
28:18

**photographed**
20:6
**photographs**
9:11 28:15
**phrase** 97:13
**pick** 98:7 152:6
155:17 184:19
**pictures** 73:3
**pieces** 25:19,23
**pigment** 152:5
**pinch** 152:7
**pinkish** 164:24
164:24
**pittard** 2:5
**place** 149:9
**placitella** 2:11
**placitla** 2:10
**plaintiff** 106:23
**plaintiff's**
43:14 179:19
**plaintiffs** 2:2
43:4 54:17
107:15 180:18
182:4 183:24
184:11
**planning**
171:12
**plans** 173:24
**plates** 25:5
71:22 74:1 83:2
99:22
**platy** 72:17
125:19
**please** 5:13
28:20 58:8 80:6
95:11 107:7

182:12
**plm** 7:22 8:8
16:4,7,10 18:3
20:21 21:8 24:3
25:7 27:13,20
32:20 36:16
40:9 41:8 47:5
47:8 58:20
59:11,12,18,23
60:8,10,13,18
61:21 62:2,24
63:11,17 64:4,7
64:15 65:7,8
67:5,10 68:12
72:7 73:5 75:8
75:11,13,23
76:3,16 78:12
78:20 79:13,16
82:13,16 83:10
83:19 92:1,8,16
92:24 94:7
96:12 97:1,4,14
97:16 98:4,20
99:3,17 105:6
106:22,24
107:16 108:12
108:24 109:13
109:24 110:2,4
111:8,9,17
113:5,12,23
114:11,16
115:11,15,18
115:22 116:15
117:1,4,6,17
118:6,12 119:3
119:10 121:17

122:4,11,18
123:20 125:16
126:4,24,24
128:16 131:3
131:12,23
132:17 137:4,8
137:15 138:2
138:10,12
140:21,24
142:8 143:2
145:21 146:6
146:16 148:15
150:15,24
151:4,15
157:15 158:10
159:21 165:18
167:10,23
171:2 172:21
173:2,18
179:10 180:15
181:1 183:24
**plow** 169:11
**plus** 82:19 83:3
109:15,16
**point** 7:10
37:18 51:8
53:16,17 63:24
83:23 100:1
106:8 108:14
118:22 126:7
129:11 154:5
168:1,5,9
175:22 181:14
**pointed** 33:10
156:24

points 41:11
pol 27:18
polarized 121:24
polars 27:16,17 27:18
polymorph 25:21
polymorphs 17:24 18:24 98:2
pooley 87:15
poor 112:2 116:11
poorer 112:9
populations 75:12,20
portion 106:5
portis 2:3
posited 134:5
position 22:9 36:18 65:6 86:23 143:13
positive 64:3 81:7 82:18 83:6 90:6 101:19 110:15 111:17 112:1 113:5 133:14 135:15 170:16
positively 156:10
positives 112:3 113:18
possession 44:17

possibility 25:9 50:19,21
possible 34:22 106:1 136:9 143:10,11
possibly 110:17
post 164:19
potential 69:7 112:11
pounds 67:14
powder 1:6 5:7 7:5 8:7,8 10:12 11:18 12:3 14:12,12,19,22 15:3,16,17 44:10,16 45:1 45:21 57:23 79:3 81:4 119:19 127:8 129:20 130:20 137:22
poye's 60:21 62:3
ppm 85:10
practical 33:24 106:2,6 114:5
practically 115:6
practice 137:16
practices 1:7
precalculated 34:2
preceding 80:18
precisely 13:12

preconcentrates 85:22
precursor 147:9
prefer 127:21 129:11
premier 35:11
prep 115:15,16 116:5,11 117:24
preparation 84:22 115:20 118:1 139:22
prepared 85:2
presence 24:3 47:9 63:18 78:24 79:6,17 85:4 111:13 116:20 119:10 151:14 159:21 167:11,23 173:22
presentation 102:23 103:3 144:22
presented 142:17
presents 33:23 126:13,15
preserve 42:22 43:7,17
prestigious 51:12
presumably 115:8 161:24

pretty 26:1 27:18 38:19 51:11 77:7 86:11 87:3 89:20 103:8 113:13 147:16 149:12 154:5 181:16 183:18
prevailing 105:17
preventing 134:6 179:21 180:2
previous 81:16
previously 30:13
primarily 36:13 39:22 110:4
primary 156:3
prime 105:15 142:8
prior 63:16 85:22
pro 181:19,21
probability 114:10
probably 22:19 37:17 38:20 51:7 64:16 68:21 71:4 75:17 83:14 87:2 89:22 106:12 122:6 127:12 150:21

**problem**
111:18 125:16
128:24 147:6
151:21 152:23
172:18
**procedure**
33:24 84:20
85:3,21 96:6,7
142:15 145:22
146:2,7
**procedures**
47:3,8,11
149:17
**proceedings**
186:4,9
**process** 50:24
52:9 56:5 72:22
73:7 92:12
122:4 161:23
174:6 178:3
**produce** 181:17
**produced** 32:9
32:10 44:15
45:1,21 55:1,6
131:4 181:8
**produces** 36:1
**product** 14:14
36:11 63:20
66:22 72:15
83:9 91:17
125:2 133:21
135:9 149:2
164:11
**productions**
147:9

**products** 1:6,7
10:10 12:20
36:17 49:2,3
50:9,9 80:19
94:8 117:9
127:14 129:20
165:2 173:11
173:21
**professional**
129:5
**proficiency**
60:7
**program** 60:8
63:12 168:15
172:13,14,19
**progress** 74:20
**project** 14:11
15:5,24 46:20
85:5 95:7
106:10 130:19
148:24 166:15
172:3
**projects** 15:17
**prop** 15:12
**proper** 34:16
**properly** 178:9
**property** 63:4
64:10
**proposed** 87:13
104:13,15
110:6
**proposing**
140:17
**proposition**
163:2,22

**proprietary**
86:20 87:1
**protection** 21:1
**protocol** 90:13
99:4 113:22,23
138:10 148:12
176:18
**protocols** 49:9
93:1 113:20
**proud** 179:17
**prove** 176:19
**proverbial**
85:20
**proves** 84:5
**provide** 47:15
91:20 180:10
**provided** 8:5,19
16:24 45:7 46:4
46:21 121:23
172:17 183:5,6
183:8,13
**provides** 85:7
141:15
**province** 81:12
**psc** 3:22
**public** 126:14
126:16 127:5
172:1,2
**publication**
30:16,23 35:17
36:14 41:7
**publications**
56:6
**publicly** 122:19
122:23 123:7
137:14

**publish** 118:14
118:18,19
138:19
**published** 9:16
9:17 35:12 37:8
39:1 56:18 60:3
60:5,19 63:8
74:21 82:21,23
83:12,21 84:1
90:4 110:22,23
113:22 117:15
132:11 138:9
140:2 148:21
**publishes** 33:22
**publishing** 90:1
**pulled** 125:10
**pulling** 155:6
**purchased**
14:13,20 15:7,8
15:18 162:6
**pure** 68:19
147:6,7
**purple** 164:24
**push** 169:18
**pushback**
127:21
**pushed** 59:3
**put** 7:16,21
16:2 18:12
19:20 24:24
26:1 32:5 38:4
38:19 42:3
43:13 47:23
48:11 49:19
52:11,16 55:21
57:14 60:11

**[put - recollection]**                                                        Page 35

62:10 71:9
76:16 90:13
101:5 102:7
103:4 105:23
120:20 121:1,3
121:6,7 136:23
138:11 148:11
152:7 157:18
159:15 168:17
176:4,5
**putting** 91:8
126:9 129:21
133:20 158:7
174:23
**puzzling** 100:3

**q**

**qc** 166:1,5
**qr** 32:10 40:2
**qualified**
167:24
**quantifying**
78:16
**quarter** 9:16
10:2 178:7
**question** 6:10
16:16 17:2
32:18 39:5
45:23 47:6
61:23 67:8
70:12,22 71:5
76:13 97:9,9
107:12 126:10
131:7 133:24
151:8 163:20
183:1,4,17

**questions** 15:14
16:20 45:13
54:22 89:22
93:12 158:18
160:10 183:17
186:6
**quick** 89:21
147:16 169:9
169:21
**quickly** 99:18
149:12
**quid** 181:19,21
**quit** 61:18
**quite** 119:22
174:19
**quo** 181:19,21
**quote** 149:17

**r**

**r** 2:1 11:2 63:4
186:1
**ra** 22:2
**race** 168:17
**railroad** 11:23
11:23
**raise** 107:22
**raleigh** 64:12
64:13
**ralph's** 15:9
**ran** 17:21 52:11
114:22,23
149:5 162:14
**range** 22:7,10
22:24 24:17
33:5 35:20
36:12,15,20

37:14 66:23
78:6,7 111:2,3
154:15 158:22
**ranges** 18:3
33:17 154:2,3,3
161:1
**rapid** 33:1
**rapidly** 3:16
10:19 31:15
33:15
**rate** 113:10
**rates** 107:22
**rather** 53:2
**ray** 87:13
**rdr** 2:23
**read** 21:2 34:18
44:20 66:13
85:1 145:8
178:23
**reading** 66:14
66:16
**ready** 105:15
116:5 142:8
168:5
**really** 17:21
18:5 19:23
20:23 21:9,10
47:17,19,20
53:1 59:22
60:14,15,17
61:2 62:21
68:10 71:17
77:18 92:24
93:7 98:1,16
102:14 103:9
105:14 112:16

115:4 120:10
120:11 138:24
142:13 146:18
153:18 165:4
168:6 174:20
175:18,18
178:12
**realtime** 1:18
186:19
**reason** 11:4
21:8 36:5 51:11
71:17 98:17
135:16
**reasonable**
83:18
**reasons** 33:11
118:20 137:20
**rebuttal** 15:12
**rebutting** 25:14
**recall** 15:13
62:17 94:20
105:5 132:2
147:24 167:8
181:11
**receive** 106:23
**received** 14:7
31:12,23 57:22
87:7 107:14
**receiving** 48:21
**recent** 16:19
170:6
**recently** 49:17
**recipe** 74:15
**recollection**
95:23

**[recommendation - report]**                                          Page 36

recommendat...
    103:20
recommendat...
    103:13
recommended
    172:18
recommending
    141:12,14
record   5:2,17
    13:8 16:3 27:5
    29:8 43:24 54:4
    54:8,9,11 66:13
    93:17,19,21,23
    95:2 107:6,8,10
    130:6,7,9,12,15
    130:17,18
    169:8 170:1,2,4
    183:12 184:18
    184:21 185:3
record's   8:12
    29:2 81:15
records   48:3
    174:9 175:3
    180:3,12
recovery   74:14
    76:14 113:10
red   2:11 22:12
    164:24
redact   181:9,18
reddish   25:24
redirect   60:18
    93:9,10
redo   73:23
    119:4
reduce   112:15

reduced   10:13
    164:13 186:7
reference   25:7
    58:13,18 63:15
    88:1 91:15
references
    92:16 134:17
    134:21
referred   8:23
    24:4 30:13
referring   48:16
    65:3 70:1 73:7
    73:18 88:17
    90:3 92:3 94:15
    163:16
reflect   27:5
    29:8
refractive   3:13
    3:16 9:21 10:19
    22:19 23:16,23
    24:10 31:6,16
    32:7,12 33:4,13
    33:16 34:23
    35:14,21,23
    36:8,16 37:3,9
    38:21 42:15
    67:1 69:5 72:3
    72:15 78:13
    83:9,11 96:11
    110:7 122:8,9
    122:15 125:14
    153:21 154:2
    154:13 155:22
    156:21 157:6
    157:13 158:13
    161:20 162:1

162:16 163:3,8
    163:11,24
    165:8
refunds   54:19
registered
    186:19
regular   90:15
    117:8
regulating
    104:11
regulation
    113:1
regulatory
    34:20 42:9
reilly   2:14
reject   56:19
    85:24
rejected   56:7
    56:22
related   44:8
    56:5,10 179:14
relates   131:5
    173:11
relation   107:15
    183:7
released   84:4
reliability
    59:12
reliance   4:3
    11:6 57:2
rely   36:5,13
    58:20 60:24
    171:12
relying   15:13
    31:2 40:8 82:10
    82:12 157:4

182:5
remains   39:12
    150:15
remember   37:5
    94:19 96:20,23
    157:24 166:24
    169:7
remote   1:14 5:6
    5:13
remotely   5:11
    5:12
remove   52:10
    52:18 149:8
renzi   2:12
repeat   107:12
    135:22 148:9
    151:8
repeatedly
    34:17
repeating   64:22
    80:6
rephrase   17:15
replicate
    176:13,19
report   4:5,7,9
    7:5,8,22 8:24
    10:8 11:12,19
    11:20 12:4,7,11
    12:15,21 13:16
    13:21 14:4,10
    15:12,15,24
    25:12 48:17,20
    49:18 57:16,22
    58:7,7,13,22
    59:13 65:24
    69:15 70:1

**[report - right]**                                                        Page 37

79:12,18,22,23
82:2,3,7,9
84:13,19 85:3,6
87:7 94:6 95:15
96:9 99:14
111:23 130:20
130:22 131:2
133:4 164:4,9
178:23 180:17
180:24 182:6
184:2,4
**reported**   79:11
121:18
**reporter**   1:18
2:24 5:18 53:22
54:1 144:15
169:7 186:19
186:19
**reporting**   5:13
**reports**   20:20
25:6 48:19
49:10,22 85:9
94:4,8,20 166:9
173:1 177:4
178:1,17,18,20
178:21,24
**representative**
66:21 177:17
**represents**
131:3 186:8
**request**   9:10
16:22 44:15
47:1
**required**   42:9
113:5 118:13
137:12

**requirement**
85:20
**research**   19:8
47:12 103:13
106:10,15
110:3 132:21
136:14 167:16
**resolution**   62:8
62:11,11 92:8
**resolved**   76:12
**respect**   32:20
40:4,7,9 92:1
105:3
**respected**   114:3
**response**   9:14
16:19 44:12,14
49:23 50:1
**responses**   43:4
43:14 44:7,22
**responsive**
44:19,24 45:20
**rest**   26:3
**result**   50:24
85:19 186:13
**results**   13:4,18
62:1 75:23,24
76:9 79:11,15
79:15 80:1,4,15
80:19 82:6 83:6
90:7 100:4
110:10 138:20
160:12 170:7
172:1
**retainer**   54:18
107:22

**retains**   14:6
80:15
**return**   102:18
**reversed**
117:19
**review**   43:15
43:20 57:2
**reviewed**   30:16
32:23 35:12,17
36:14 41:6 63:9
82:22 83:13
90:2 122:17
**revision**   10:21
13:17,24 14:4
**reynolds**
136:14 148:24
**rg**   7:24 8:6,9
67:14,17,24
68:2 99:12,12
99:13 152:20
153:23 154:1
159:17,23
160:3
**ri**   22:7 34:4,4
34:16,22 35:9
36:3 39:13
**ribbony**   125:15
**rico**   108:8
**rid**   48:23 52:22
53:5 135:5
**right**   9:5 10:15
11:8 13:5 16:16
17:1,4 18:17
25:10 27:21
29:3 30:11
35:11 36:4

39:23 40:12
41:19 42:19
45:17 47:1 48:1
48:17 49:9,9,10
50:2 53:13
54:21 55:22
56:21,24 57:10
57:15 61:18
69:17 70:2,4,9
70:10 74:15,21
75:4 77:7 78:4
78:13 79:8,10
79:18,20 80:16
81:14,23 87:22
88:2,6,21 93:13
97:8 98:8
102:24 105:7
105:12 106:4
108:2,2,11,15
108:22 111:1,5
111:14 113:16
116:21,22
117:2 123:19
125:7 126:4
128:17,19
129:19 130:11
137:12 138:17
140:3,16,20
143:4 144:4,11
144:11 145:7
149:10,11,18
150:1,5 151:2
157:17 159:8
160:15 161:17
161:22 166:12
168:10 172:9

[right - screen]                                            Page 38

173:20
**ring** 94:17
   151:18
**ris** 7:23 10:9
   12:5 35:4,21,23
**rj** 14:9 91:12,17
   181:13
**rmh** 2:16
**rmr** 186:18
**robinson** 1:17
   2:23 186:18,18
**robust** 73:2
**rolle** 87:12
**room** 6:15,16
**roth** 2:10
**roughly** 131:13
**rounds** 172:22
   172:22 173:9
**routine** 42:12
**routinely** 63:1
   64:9
**rpm** 148:13,14
**rpr** 2:23 186:18
**rugs** 176:6
**rule** 34:21
**ruled** 25:8
**run** 20:23
   177:15
**running** 50:3
**résumés** 177:13

**s**

**s** 2:1 186:18
**sales** 1:7
**sample** 12:9,9
   15:21 34:16

46:18 48:21
73:8,11 84:21
85:18,18,24
87:4 112:15
115:15,16,20
121:17 132:20
139:22 148:16
152:6 161:14
170:14 173:2
**samples** 8:8
11:23 12:13
24:2,5 42:12
46:7,10,12 47:8
51:23 59:19
62:13,24 64:2,3
65:10 66:18
67:15 69:21
79:3,6,16,24
81:17,20,21
82:16,17 98:3
110:5,12
111:10 115:23
119:1,10,17,18
119:19 133:14
135:15 138:1
159:20 160:7
167:10 171:6,6
171:7,17 173:2
173:4 178:5,6,7
**sanchez** 14:9
37:5,6 59:15
128:11 129:2
**satisfied** 73:21
120:19
**satisfy** 174:14

**satterley** 12:10
15:1 170:21
**save** 180:4
**saw** 39:20,20
39:21 88:12
99:15,16
100:23 135:14
136:5,13 153:8
153:8 170:6
173:10
**saying** 15:13
19:15,16 29:13
29:24 35:18
39:17 79:7,8
91:10 104:9
105:21 114:4
121:12 123:3
124:3 125:22
125:23 128:8
133:5 143:16
151:10,17
153:1 160:12
169:22 175:22
183:5
**says** 21:4,14
24:14 27:22
28:9 33:22
34:18,19 37:11
41:4 53:4 86:22
98:18 123:19
137:1 149:4
176:16
**scan** 28:20
**schedule**
178:12

**school** 51:13,20
83:5,19 84:21
85:2 88:16
90:12 97:21
98:18 99:4
102:6 106:12
109:9 110:1
111:8,11
135:19 136:3
139:5 148:1,18
149:22 150:1,4
150:8,14
153:11
**schools** 173:1,2
173:3,5 175:16
**science** 16:9,10
59:1,3,5 82:13
92:1 115:5
124:20 125:9
129:11 139:5
139:20
**scientific** 75:22
83:18 124:19
132:7 134:2,6
137:16
**scientist** 36:7
51:21 82:22
116:4 121:16
121:22 125:1
**scientists** 114:3
121:20 147:3
**scopes** 115:18
**screen** 6:24
18:12,15 43:12
145:13,15

[screw - shelf]                                                                          Page 39

**screw**  23:10
**scroll**  27:1
**scrutinized**
    127:18
**scrutiny**  124:18
**sdivita**  2:16
**seagrave**  14:9
    37:5 49:8
    128:12 129:3
**second**  4:9 6:14
    9:16 44:3 57:13
    58:13 96:21
    105:22 107:4
    113:6
**secret**  91:21
**section**  11:6
    12:1 21:2 47:16
    48:12,14,16,17
    66:4 84:18
    105:22 164:4
    164:14
**see**  6:24 13:18
    18:3,13,14
    20:16 22:23
    23:15,19 26:11
    31:11 33:17
    34:13 36:21,22
    41:9 42:17 44:7
    66:20 70:9,17
    72:2,18 73:16
    75:10,13,17
    76:3,20 80:14
    91:9 95:17
    98:13,19
    114:23 115:23
    116:6,7 117:11

120:2 145:12
147:2 152:3
158:8 163:14
174:6 175:5,8
177:20 178:5
183:21
**seeing**  12:22
    24:7 27:7 36:9
    37:13 38:22
    69:5 72:3,19
    78:11 102:12
    120:16 127:23
    152:12 153:2
    153:20 154:9
    156:4,7,23
    160:7 161:19
**seems**  165:15
    181:19
**seen**  21:7 23:1
    39:8 88:16,19
    127:19 133:7
    154:16 159:23
    162:21 171:8
**select**  34:15
**selected**  46:21
**selection**  41:13
**sell**  139:12
**sem**  47:5
    113:24 137:4
**send**  137:24
    138:4
**sending**  91:3
    138:3,4
**sense**  100:20
    102:17 116:4
    116:23 121:13

122:2 125:23
159:3
**sensitive**  63:3
    76:18 87:10
    91:22 100:12
    104:18 117:17
**sensitivity**
    78:18 112:9
    114:16 129:12
    145:10,18
**sent**  9:9 12:10
    12:12 14:8,21
    42:2 44:1 104:9
**sentence**  85:14
**sentences**  44:20
**separate**  86:18
    101:11 105:19
    106:1 136:9,11
    138:24 139:1
    139:15
**separating**
    132:20 134:19
**separation**  4:11
    60:3,9 61:1,22
    62:2 63:11
    64:15 73:19
    74:10 75:7 81:9
    83:2,20 85:8,12
    86:5,7,19 87:17
    88:5 89:6 91:3
    91:13 92:20
    100:2,6,11
    101:23 103:14
    103:21 104:12
    105:7,19 109:7
    111:14 112:20

113:9 114:1
116:21 127:1
132:6,23 133:1
133:6 134:3,7
136:12 138:24
139:8 140:2,5,9
140:15,19
141:22,23
143:3 145:5
150:18
**sepiolite**  159:1
**september**  8:3
    13:23 68:15
**sequence**  158:1
**series**  99:23
**serpentine**
    21:21,21,22
**services**  6:13
**session**  96:21
**set**  35:6 71:13
    79:23 178:12
**seven**  119:1
**sg**  7:24 10:10
    36:11 39:20
    50:15 65:22
    66:15 68:10,14
    70:10 71:14
    73:12,15 74:8
    99:12 101:6
    153:24 154:7
    156:9 159:23
    164:11 165:1
**share**  43:12
**shawn**  14:18,20
**shelf**  12:9 14:11
    14:23 15:16

**[shelf - sorry]**                                                    Page 40

| | | | |
|---|---|---|---|
| 81:4 147:12 | **sic** 35:4,5,24 | **sitting** 6:14 | **smallest** 75:17 |
| **shelved** 86:11 | 37:3 40:22 | 38:10 77:1 | **smell** 176:8 |
| **short** 130:1,1 | 46:13 86:20 | 112:15 114:21 | **sold** 64:12 |
| **shorthand** | 87:15 96:11 | **six** 58:1 108:6 | 129:15 |
| 186:6 | 122:9,10 | 108:10 124:2 | **solely** 110:7 |
| **shortly** 95:3 | 132:12 154:13 | **sixed** 83:14 | **solid** 112:16 |
| **shoved** 24:13 | **side** 22:13 | **size** 7:23 10:9 | **soluble** 102:2 |
| **show** 25:23,23 | 156:22 179:20 | 10:13 12:6 | **solution** 146:13 |
| 47:24 50:3 | **sides** 181:8 | 18:22,22 65:21 | 146:24 147:11 |
| 55:11 57:6 | 182:1 | 66:3,23 67:2,17 | **solve** 115:2 |
| 65:17 82:17 | **sieve** 162:15,15 | 67:24 75:19 | **solving** 114:20 |
| 91:13 105:13 | 163:17 | 98:10,10 | 120:11 |
| 127:22,22 | **signature** | 112:23 141:4 | **somebody** |
| 129:13 131:9 | 186:17 | 146:23 152:3 | 177:5 |
| 139:7 142:13 | **signed** 51:19,21 | 153:3,5 154:21 | **something's** |
| 150:20 154:20 | **significant** | 155:3,11,17 | 114:13 |
| 176:12 178:22 | 110:15 111:22 | 156:1 161:19 | **somewhat** 68:1 |
| 179:1 | 125:20 | 161:19 162:13 | **soon** 17:21 |
| **showed** 16:23 | **significantly** | 163:6,14,16,17 | 174:22 |
| 83:6 99:1,3 | 35:4,13 165:11 | 163:18 164:11 | **sooner** 127:17 |
| 100:7 136:8,10 | 165:13 | 164:13 | **sop** 175:7 |
| 149:5 | **similar** 50:7 | **sizes** 153:21 | **sops** 47:3,18 |
| **shower** 12:3,3 | 66:23 153:20 | 162:20 | 48:2,3 175:5 |
| 44:10,10 | 153:21 161:20 | **slide** 21:13 26:6 | 177:24 |
| **showing** 9:13 | 162:20 | 26:7 145:24 | **sorry** 8:12,21 |
| 20:21 52:5 | **simon** 12:13,18 | 149:9 152:8 | 13:1 28:5 29:9 |
| 78:10 82:13,24 | 12:23,23 13:1 | **slides** 144:20 | 39:7 40:5 48:5 |
| 100:4 154:1 | **simple** 38:5 | **slight** 47:12,12 | 48:9 55:2 67:7 |
| **shown** 40:16 | 101:4 | **small** 6:14 50:4 | 70:12 73:6 74:3 |
| 64:7 134:13 | **single** 75:11 | 67:17 68:8 | 74:23 79:24 |
| 171:10 | 108:4 137:13 | 98:12 99:15 | 81:24 88:8 91:5 |
| **shows** 121:24 | 155:2 | 100:14 120:17 | 94:4 95:20 |
| 132:24 163:9 | **sir** 20:7 70:7 | 156:17 | 104:14 130:16 |
| 177:17 | 88:12 | **smaller** 50:11 | 133:23 135:22 |
| **shu** 3:12,16 | **sit** 77:21 144:10 | 100:7,7 155:9 | 136:20 138:15 |
| 9:17 | | 163:14 | 140:12 151:7 |

**[sorry - stenographic]**                                    Page 41

157:4 159:10
164:7 175:12
175:14,21
183:19
**sort**  19:11
54:20 129:8
177:9
**source**  10:11
20:13,17
**sourced**  80:21
**space**  156:15
**spalding**  2:18
**speaking**  5:14
**specific**  44:12
45:13 50:24
86:24 150:13
**specifically**
60:4 80:3 86:17
184:3
**speculating**
142:24 184:10
**speed**  52:17
**spend**  51:14
58:5 117:13
125:4 133:3
**spending**  52:21
**spent**  19:8
62:12 107:24
**spike**  8:14
68:17 69:11
70:13
**spiked**  8:7,9
66:15 70:10,16
71:6,12
**spiking**  73:10

**spin**  49:1
100:23
**spinning**
115:21
**split**  13:23
**splits**  81:6
**springs**  15:22
**spun**  101:7
**square**  155:12
**sr**  35:5
**srm**  42:16
**stack**  46:5
**stacks**  7:1
**stages**  32:8
151:3,13
**stain**  86:20
146:12,14
149:10
**stained**  149:8
**staining**  3:12
3:17 9:20 10:21
27:15 31:4,17
32:8,13 86:20
**stainless**  162:7
**standard**  3:8,10
7:24 8:14 10:14
17:8,9,16 18:14
20:5 21:16 26:7
26:12 27:10,19
27:23 29:15,16
30:2,3,5,6 33:8
33:8,14 35:5,14
47:3,7,10 52:12
65:17 66:3
71:16,22 73:1,5
73:6 74:12

92:16 98:6 99:7
151:16 152:13
152:15,19
153:24 156:5,7
160:13 161:12
161:15 162:6
164:14 175:20
**standardization**
8:16
**standardized**
59:21
**standards**
16:18 18:3,4
20:12,14 50:3
52:11 60:11
98:23,24 99:20
113:3,21
114:23 136:16
146:19 149:5
154:20 160:4
176:4
**stands**  69:21
**start**  33:14
54:15 66:23
76:22 90:9
109:12 114:14
129:10 133:13
133:19 174:22
174:23 184:14
**started**  17:22
17:22 18:21
51:10 78:23,23
79:2 88:21
97:15,17,22
98:5 99:17,19
101:21 112:19

113:16 116:18
117:4,7 120:10
135:16 153:17
153:19 154:6
158:6,7 159:4
**starting**  8:9
9:15 80:22
84:20
**starts**  108:23
109:12 134:18
**state**  44:23 60:6
63:7 91:22
162:7
**stated**  33:20
36:7,19 37:2
105:24 112:24
144:11
**statement**  35:2
35:16 36:4
45:19,24 46:1
51:22 52:17
106:4
**states**  1:1 44:12
87:8,12,18
96:16
**stating**  35:12
37:8
**status**  166:18
166:19
**stay**  40:17,18
**stayed**  114:5
**stays**  89:13
**steel**  89:8 162:7
**steering**  43:4
**stenographic**
5:17

step  47:23
    48:12 120:18
stephanie  2:15
steps  116:1
    174:13
sticking  101:20
stop  24:16
    92:10 98:22
    169:12 184:15
    184:18
stopped  152:17
    156:18
store  129:17
    139:13
story  97:13
    102:22
straight  101:13
straightforward
    60:1 102:6
    154:5
street  2:3,7
strike  65:15
struck  61:6
structure  7:23
    10:9 12:6
    122:11 141:6,7
    156:5 164:10
structures  8:17
    18:23 68:2
    75:13 98:10
    100:8,14,15
    120:17 156:17
struggling  91:1
stuck  19:11
    142:18

studies  182:5
    184:1
study  72:12,20
stuff  10:7 11:10
    67:18,18 68:8
    87:23 106:17
    108:1 109:3,11
    139:1,14 148:9
    162:20
su  3:12,16 9:17
    30:11 31:2,4,15
    36:4 37:22 39:4
    156:24 165:10
su's  10:16
    33:15 40:17
    158:20
subcommittee
    105:2
subject  45:11
submitting
    124:18
subparts  44:12
subpoenas
    174:24
subset  104:24
sufficiency
    92:19
suggested  19:3
    19:3 24:24 37:1
suggesting
    128:1,4
suggestion
    121:8 155:10
suite  2:7,14
suites  34:1

sup  52:16
supervision
    186:8
supplement  7:4
    7:7 10:8 11:12
    11:20 12:4
    13:15,21 14:10
    15:15 57:22
    65:23 164:3,9
supplemental
    4:5,7,9 15:24
    57:16 58:7,13
    79:22 82:9 94:5
    131:2 180:17
    180:24 182:6
    184:2
supply  174:23
support  104:10
    104:22 163:1
    163:22 171:13
supposed  37:15
    100:12 147:14
supposedly
    143:3
sure  8:22 11:9
    18:1,23 20:2
    21:19 26:20
    29:2 42:3 48:8
    65:1 69:24
    74:15 78:22
    80:9 81:15
    99:20 114:9
    130:4 138:10
    148:21 151:21
    152:23 157:18
    162:5 163:15

168:19 169:12
169:20 170:24
183:12
surface  101:18
101:19,22
135:3,4 176:7
surfactant  52:7
135:2
surfactants
135:7
surprising  61:3
suwanee  15:19
swear  5:18
sworn  5:12,23
system  63:24
    77:7,10

**t**

t  186:1,1
table  8:6,9,23
    10:3 36:1 37:18
    37:20,21 38:12
    38:20,24 39:2,8
    41:13 69:20
    70:9 158:20,20
    159:13
tables  12:2
    30:24 32:9,15
    34:2,8 40:1
    79:23 176:6
    184:3
tad  27:1
take  17:13 18:7
    23:20,20 24:15
    37:23 38:23
    53:17,19,20,20

**[take - tem]**

Page 43

| | | | |
|---|---|---|---|
| 53:24 59:8 | 101:7,10,19 | 145:24 172:6 | 87:14 132:19 |
| 66:22 93:15 | 104:11 105:20 | 172:10 | **techniques** |
| 94:23 98:3,20 | 106:2 109:24 | **talked** 36:7 | 86:24 |
| 115:23 116:1 | 110:2 111:13 | 70:16 83:1 | **technology** |
| 119:2 120:12 | 114:7 115:11 | 85:13 94:3 | 33:8 86:18 |
| 120:13,14 | 116:19 117:22 | 103:8 105:4 | **tecum** 42:21 |
| 130:1 139:4,7 | 118:6 121:9,17 | 124:16 132:5 | 43:7 |
| 152:6,7 169:9 | 122:1 124:5,11 | 151:15 161:21 | **tedious** 110:24 |
| 169:21 174:13 | 125:18,19 | 163:13 174:2 | 111:1 |
| 179:9 | 126:3,12 128:3 | **talking** 45:18 | **tell** 5:23 70:24 |
| **taken** 1:15 | 131:5 133:19 | 45:18 48:9 58:6 | 103:24 129:15 |
| 83:21 186:5 | 134:11,24 | 64:18 68:13 | 132:15 135:10 |
| **takes** 106:19 | 135:2 136:9,11 | 73:10 74:5,19 | 155:20 158:12 |
| 156:15 | 137:3 139:10 | 75:2 76:13 99:1 | 158:17,18 |
| **talc** 4:12 8:1 | 145:6,19 | 104:15 108:11 | 164:15 170:11 |
| 10:11,13 12:2 | 146:12,14,24 | 108:14 117:3 | 174:13 |
| 12:20 14:1,3 | 149:3,16 | 119:7 124:6 | **telling** 26:13 |
| 18:1 19:6,9,15 | 151:14 152:2 | 131:12 134:18 | 105:5 141:20 |
| 20:1,22 23:19 | 152:12 158:23 | 139:18,24 | **tem** 18:7 47:5 |
| 24:2 25:3,3,4,5 | 159:20 161:23 | 142:24 145:10 | 60:15,17 73:14 |
| 25:7,11 39:22 | 163:17 165:18 | 149:17 151:2,4 | 73:17 74:7 75:9 |
| 47:8 50:23 | 167:10,22 | 151:13 153:3 | 75:10,24 76:4 |
| 51:15,23 56:5 | 171:17 172:3 | 157:24 160:18 | 76:16 77:12 |
| 56:10,23 60:4 | 173:11,19,21 | 170:9 174:22 | 78:17 79:1,4,6 |
| 63:16,18 65:9 | 179:14 | **talks** 41:13 | 79:16 82:17 |
| 66:9 68:18,22 | **talc's** 129:14 | 145:17 | 90:14,21 91:16 |
| 68:23,24 69:6 | **talcs** 36:10 72:4 | **tamara** 11:17 | 96:14 99:3 |
| 69:10 70:14 | 140:22 | **target** 15:21 | 111:18 112:21 |
| 71:12,14,22 | **talcum** 1:6 5:7 | **te** 114:12 | 113:9,14,16,24 |
| 72:14,16,17,18 | 8:8 14:12 44:16 | **teach** 139:5 | 114:12,15,17 |
| 72:20 73:8,8,11 | 45:1,21 127:8 | **technical** | 114:23 115:16 |
| 74:1,2,17 77:16 | **talk** 56:11 | 114:20 148:8 | 115:24 116:21 |
| 78:24 79:3,5 | 60:18 97:12 | **technically** | 117:1,4,16 |
| 80:4,19 85:4 | 103:6,17 104:9 | 91:7 | 118:1,7 120:20 |
| 94:8 97:24 | 106:21 121:7 | **technique** 3:12 | 137:4,9,17,22 |
| 98:11 99:21,21 | 129:6 140:14 | 9:20 31:5 59:21 | 138:2,11,12 |

**[tem - time]**

Page 44

141:2,12
145:17 146:2
170:8,13 171:3
171:9 172:22
173:12,18
178:5 179:5
**tems** 119:4
**ten** 53:10
110:14 184:15
**tension** 135:4
**tenths** 75:15
**test** 79:11,15
80:1,15 82:6
87:13 120:9
171:24
**tested** 120:4
**testified** 6:1
59:16 117:5
142:5 179:14
183:9
**testify** 77:22
83:17 160:2
176:23
**testifying** 18:18
106:22 174:12
**testimony** 11:7
24:1 67:4,9
77:1 88:15
104:19 120:8
129:1 142:9
143:9 151:18
**testing** 44:9
46:4 47:4,8
53:2 59:12 60:8
82:10 92:19
140:16 170:7

170:12 171:5,9
176:17 180:21
**tests** 94:7
130:13,15
180:16,23
181:2
**thank** 7:21
16:15 102:20
131:21 144:18
185:1
**thanks** 13:14
**that'd** 141:2
**theoretical**
106:5
**theoretically**
106:1
**theories** 76:7
100:21
**theory** 115:6
161:22 165:6,9
**thereto** 186:6
**thick** 154:24
**thickness**
154:23 155:11
**thing** 7:13 61:3
72:2 73:14,17
75:13 97:3
129:18,22
131:8 159:1
161:17 168:11
173:8 175:4
180:7
**things** 51:3
65:19 88:20
94:2 103:5
114:4 119:21

137:2 143:22
160:19 166:17
176:6
**think** 10:1,2
11:8,15 15:6
16:10 28:7
29:13 31:24
34:12 35:1 38:2
38:19 39:19
41:10 47:21
48:10 50:5 52:5
52:13 53:7
54:18 59:3,4,14
59:16 65:21
68:6 70:5 71:8
72:23 76:1,21
77:7 80:23 81:2
81:21 86:10
87:6 89:4 93:9
99:5 101:1,2,11
102:13 105:8
108:7,9,19,20
110:6,13,20
111:7,22
112:22,24
114:19 115:14
117:6 120:2
123:12 125:1,6
127:4,6,10,13
127:23 128:9
131:17,20
133:21 134:10
142:12,13
150:8 154:15
160:22 161:3,5
163:19 166:14

167:5 169:5,19
170:22 172:2
175:14 179:18
181:12,22
**thinking** 87:4
129:19 132:4
135:7 143:8
**third** 10:2
11:20 166:13
**thirteen** 110:12
110:14
**thought** 26:9
77:9 84:15 86:6
105:17 113:7
134:12 135:20
144:9 159:18
159:22 162:14
172:6 181:15
**thousand** 108:3
115:19 116:2
155:5
**thousands**
124:1
**thousandths**
152:2 155:8
**three** 20:18
64:1,2 72:23
81:6,16,19
110:16 111:9
147:11 165:23
165:23 169:21
176:2
**thumb** 34:21
**tiles** 101:14,14
**time** 5:6 17:20
18:5,20 19:8

**[time - two]**                                                     Page 45

| | | | |
|---|---|---|---|
| 20:6 21:7,7 | 154:17 155:9 | 153:10 | 88:21 91:5 |
| 24:14 27:8 | **tired** 168:22 | **track** 168:17 | 97:15 110:23 |
| 36:21 47:18 | **title** 26:7 27:22 | **tracking** 13:11 | 111:7 135:5 |
| 49:1 53:13 54:8 | 145:4 | **trailed** 16:18 | 139:15 148:6,9 |
| 54:11 58:5 62:3 | **titles** 177:14 | **trainees** 168:3 | 151:11,18 |
| 62:12 64:18 | **today** 6:11 | 168:4 | 152:24 |
| 65:2 73:3 81:13 | 38:10 57:22 | **training** 168:8 | **tube** 101:12 |
| 93:19,23 97:20 | 61:18 77:2,21 | 168:14 177:9 | **tunnel** 101:12 |
| 99:10,17 100:5 | 133:4 142:6 | **transcript** | **turn** 48:3 98:7 |
| 100:6,23 102:4 | 147:18,19 | 186:4,9 | **turned** 68:4 |
| 103:16,19 | 149:23 150:16 | **transcripts** | **turnover** 48:8 |
| 105:15 106:18 | **today's** 5:5 | 134:13 | **turns** 152:2 |
| 107:10,24 | **together** 38:20 | **transposed** | **tutley's** 13:23 |
| 108:8 110:9 | 60:11 71:9 | 28:8 | **tv** 132:22 |
| 111:12 114:22 | 105:24 108:8 | **transverse** 76:5 | **tweaked** 144:7 |
| 114:23 116:18 | 129:6 131:3 | **tremolite** 52:18 | **tweaking** |
| 117:4,5,13 | 136:23 138:12 | 52:19 60:9 | 150:10 |
| 118:22 120:5 | 181:24 | 63:10 64:3 85:5 | **tweezer** 149:7 |
| 120:10 125:4 | **told** 16:21 | 135:8 162:10 | **tweezers** 152:7 |
| 128:18,23 | 89:17 90:10 | **trial** 88:11 | **two** 14:22 15:15 |
| 130:6,9 133:4 | 103:18 105:10 | **trials** 179:15 | 17:23 19:14 |
| 136:13 138:6 | 125:3 126:21 | **trick** 131:7 | 20:18 23:6 |
| 142:9 144:12 | 128:15 129:9 | **tried** 99:7 | 30:11 32:14,15 |
| 145:22 146:8 | 143:22 159:18 | 135:14 137:21 | 34:1,4 35:18 |
| 148:18,20,22 | 160:10 172:9 | **true** 45:24 46:1 | 38:18 46:14 |
| 148:23 149:6 | **tomorrow** | 68:5 186:9 | 50:2 75:12,16 |
| 152:10 158:9 | 94:23 | **trump** 52:16 | 75:20 80:14 |
| 165:24 166:20 | **took** 24:6 110:9 | **truth** 5:23,23 | 81:6 97:7,18 |
| 166:23,24 | 110:19,24 | 5:24 | 109:16 110:16 |
| 167:6 168:1,5,8 | 135:13 162:6 | **try** 18:12 37:17 | 115:19,21 |
| 168:22 170:1,4 | 162:15 | 56:16 109:5 | 121:11 130:13 |
| 180:5 181:7 | **top** 22:2 26:11 | 112:20 115:11 | 130:15,18,24 |
| 185:3 | 83:2 89:12 | 131:20 138:1 | 139:2,16 |
| **times** 21:2 | 101:9,14 | **trying** 29:1 | 147:10,11 |
| 51:22 97:10 | **trace** 62:24 | 49:6 50:7 52:6 | 155:4 160:18 |
| 112:24 113:7 | 65:9 139:19 | 53:4 70:23 78:9 | 169:21 174:7 |

| | | | |
|---|---|---|---|
| **type** 32:14 59:5 | 127:7 151:9,11 | 113:24 115:11 | 98:15 102:2 |
| 63:22 85:11 | 184:8,9 | 117:13 123:4 | 109:23 110:2,5 |
| 152:3 176:16 | **understanding** | 132:3,5,12,19 | 111:9,20 |
| **types** 34:4 | 16:3 21:15,23 | 135:19 136:2 | 115:15,18 |
| 50:22 72:3 | 22:6 77:15 | 137:1 138:23 | 116:20 118:6 |
| 110:4 | 151:7 171:24 | 146:15 147:18 | 118:24 119:5 |
| **typical** 36:20 | 174:4 177:10 | 148:1,10,19 | 119:24,24 |
| 67:22 | **understood** | 151:4 153:24 | 120:1,1 122:18 |
| **typically** 23:14 | 142:7 167:20 | 155:20 156:19 | 126:3,24 |
| 30:18 36:23 | **union** 10:10 | 161:15 | 128:16 129:20 |
| 39:18 177:13 | 36:11 99:11 | **used** 21:16 35:9 | 132:11,13,16 |
| **typo** 8:11,13,23 | 153:18 164:11 | 52:7 63:24 67:1 | 134:6,18,21,22 |
| **typographical** | **unique** 132:8 | 81:13 85:14,15 | 135:1 136:11 |
| 7:8 | **united** 1:1 | 86:18 87:6,24 | 136:15,22 |
| **typos** 7:12 | **university** | 88:3,6,10 98:22 | 146:7 147:5 |
| | 51:13 106:11 | 98:23 104:12 | 148:22 150:17 |
| **u** | 127:17 | 111:12 113:13 | 150:23 151:15 |
| **u.s.** 63:22 | **unnamed** | 136:4,8,16 | 152:14,19 |
| **um** 121:19 | 166:13 | 139:4 144:5 | 154:6 156:6,14 |
| 178:22 | **unscientific** | 147:13,23 | 157:9,12 |
| **unable** 68:8 | 63:13 | 148:2,24 | 160:13,14 |
| **unclear** 63:12 | **unusual** 62:23 | 158:12,19 | 161:13,14 |
| 78:21 | 76:9 | 161:9 168:19 | 170:17 171:9 |
| **uncomfortable** | **update** 147:19 | 171:21 | 171:17 |
| 168:15 | **updated** 3:22 | **uses** 107:1,16 | **usual** 50:8 |
| **under** 42:8 76:4 | 42:20 43:5,14 | **using** 3:17 | 162:19 |
| 76:11,16 77:14 | 43:15 55:16,19 | 10:20 31:17 | **usually** 53:24 |
| 86:16 174:14 | 55:24 96:1 | 37:16 48:13 | 64:17 67:14 |
| 183:14 186:7 | **uploaded** 55:13 | 49:2,9 51:15 | **v** |
| **understand** | **upper** 22:13 | 60:2,8 63:9,10 | **v** 63:22 |
| 8:22 58:24 | **use** 34:5 37:3 | 74:8,8,12 77:2 | **vague** 121:5 |
| 65:18 76:10,10 | 52:1,2,16 64:14 | 77:6,9 78:8 | **valadez** 12:8 |
| 86:23 88:4 | 85:14 91:12 | 79:1,3 81:8 | 46:16,17 |
| 105:16 121:11 | 97:22 98:3 99:7 | 85:7 88:14 | **validate** 37:4 |
| 122:3,4,5,6 | 103:20 104:18 | 91:15 92:7 93:1 | |
| 124:4 125:21 | 111:15 113:23 | 96:14,17 97:22 | |

[validated - weeks]                                                    Page 47

**validated** 119:3
  149:14
**validates** 35:17
  37:7
**validating**
  92:12
**validation**
  149:17
**values** 22:3,7
**variables** 38:18
**various** 100:21
  110:4 149:21
  179:15
**verbatim** 38:13
**verification**
  85:11
**verified** 63:13
  160:24
**verify** 33:4
  98:20 99:8
  116:16 160:23
**verifying** 78:13
  81:10
**vermiculite**
  63:5,16,19,23
  64:2,3 65:3,7
  136:23
**vermont** 51:5,6
  51:8,15 52:20
  81:16,20 82:1
  119:17 135:9
  149:3 161:11
**version** 11:11
  31:12 55:12
  151:17

**versus** 22:21
  34:10 62:15
  112:6 114:7
  115:15 117:8
  124:5,8 155:23
**victim** 58:1
**video** 1:14 5:6
**videoconfere...**
  1:15
**videographer**
  2:22 5:1,4 54:7
  54:10 93:18,22
  107:9 130:5,8
  169:24 170:3
  184:20 185:2
**videotaped**
  42:20 43:6,16
**view** 32:18
  154:22
**violate** 16:12,12
**visible** 52:3
**visual** 156:16
  156:19
**vitae** 3:24
**voc** 176:16
**vocs** 176:1,8
**volatile** 176:1,9
**volume** 9:16,18

**w**

**w** 63:4
**w.r.** 63:21
**waiving** 44:13
**walgreens**
  15:20

**walk** 97:14
  129:17
**walter** 161:3
**want** 8:22
  15:14 16:2
  19:13 39:23
  52:1,1 53:17,20
  53:23 68:20
  70:24 71:11
  76:18 77:10,10
  78:14,17,17
  79:20 81:14
  84:6 89:21 91:2
  97:12 101:1
  113:24 118:18
  123:10,17
  125:2 138:11
  164:18 169:9
  169:10,15,20
  169:20 172:10
  177:2,3,4,20
  178:3,5 183:8
  183:12 184:15
**wanted** 18:1,23
  26:20 68:19
  69:2 94:2 99:20
  103:3,12 114:9
  130:17 168:16
**warp** 52:17
**wash** 146:14
**washington** 2:8
**wasting** 172:20
  173:6
**watch** 132:23
**water** 89:10
  102:2 146:14

**wavelength**
  34:3 38:5
**wavelengths**
  24:12 38:16
  161:4
**way** 6:9 8:10,18
  23:16,23,24
  27:5 29:18
  30:20 37:22
  55:14 71:14
  72:23 73:13
  74:16 78:7
  80:12 84:7 89:5
  98:19 101:16
  101:21 115:3
  116:15 120:24
  121:2,10 158:5
  163:6
**we've** 8:19 16:9
  16:11 19:23,23
  20:3 22:13,24
  23:5 30:2 32:1
  45:7 53:7 67:12
  67:13 72:3
  73:15 93:13
  101:22 106:17
  119:17 129:24
  149:20 162:19
  169:8,19
  178:24 183:13
  184:12
**website** 173:10
**week** 97:6
**weeks** 97:18
  108:13 109:17

[weighing - yeah]                                                              Page 48

**weighing**  48:21
  48:24
**weight**  72:6
  141:2,12
  149:16
**weirick**  12:17
  81:22
**welcome**  45:12
**went**  13:19,19
  31:24 36:3
  39:19 56:12
  64:4,13 65:24
  99:6,9,23
  100:17 101:22
  117:6 120:11
  149:12 169:7
  172:14 179:22
**white**  139:10
  140:11,13
  141:24
**whites**  22:14
**wide**  75:16,16
**width**  66:6,10
  122:10,11,14
  154:3 155:21
  155:23,24
**william**  1:14
  5:9,21 8:2
  11:13 42:21
  43:6
**willing**  83:17
  122:23 123:6
  174:11 176:23
**windsor**  136:13
  148:24

**withdraw**
  61:23 90:4,5
**withdrawn**
  40:6 50:20
  79:14 118:4
  138:15 157:2
  180:22 183:19
**witness**  5:11,19
  5:22 28:4,13,19
  53:11 54:5 61:9
  61:13,17 69:16
  145:14 186:10
**wolfson**  16:4
  61:6,8 92:4,14
  93:7
**wolfson's**  58:19
**won**  128:13
**word**  91:10
  123:4 152:5
**work**  23:21,22
  49:6,13 54:14
  54:17 59:5,11
  63:15,17 65:7
  67:23 68:8
  74:20 75:8
  77:20 79:8
  95:24 97:14
  102:14 103:22
  106:6,7,17,18
  106:22 108:12
  115:7 117:6,8
  118:10 119:7
  123:16 127:11
  131:12,14,24
  132:1,3 135:11
  140:10 147:2

  147:15 152:9
  158:2 170:23
  173:3 175:24
  176:20 181:17
  183:7 184:12
**worked**  67:13
  86:21,24 98:5
  109:10 144:4
  146:18 151:5
  151:19
**working**  33:7
  56:9 63:16
  71:16 97:15
  102:3,24
  103:12,22,24
  105:11 106:13
  108:24 109:13
  113:11 126:22
  127:2 128:2,9
  141:10 142:7
  142:21 143:1
  143:15 144:22
  147:12 165:6,9
  166:20,22
  167:6 178:9
**works**  134:4
**worksheet**
  158:10
**world**  122:17
  127:9 133:5
  134:6 135:11
  161:5 171:16
**worlds**  115:16
**worldwide**
  87:20 133:19

**worried**  7:19
**worse**  102:12
**worthless**
  111:16
**wrap**  151:11
**write**  55:21
  138:6
**writing**  186:7
**written**  22:3
  47:18
**wrong**  24:12
  25:15 121:9
  128:16 143:16
  143:21 144:3
  153:9
**wrote**  104:20

---
                    **x**
---

**x**  3:1 4:1 87:13
**xrd**  63:24 64:11
  111:12,15,24
  112:2 113:24
  137:4,9

---
                    **y**
---

**y**  155:15
**y'all**  127:13
**yardley**  87:16
**yea**  103:6
**yeah**  7:19 10:3
  11:14 15:7
  19:22 22:16
  26:23 27:12
  28:23 32:1,3
  53:12 54:15
  69:20 81:18,19
  82:16 93:15

94:24 111:15
123:23 124:7
136:1 140:17
141:1 142:23
151:9 153:5
157:11 169:18
169:23 175:15
182:12
**year**   51:14
95:18 131:17
167:2,4,4,5
173:16 176:21
**yearly**   176:24
**years**   16:8
19:15 20:18
35:19 46:14
55:20 82:14
92:2,4 93:2,2,2
112:22 117:3
134:14 136:23
157:16,24
158:2
**yellow**   24:22
40:18,18,18,19
40:23 124:7,8
**yellowish**   155:2
**yellows**   41:1
**yesterday**
43:21 44:3
**york**   2:19,19
60:6,7 63:7,12
92:18 96:15

**z**

**zero**   8:24 10:3
108:3 155:15

**zeros**   9:4 71:15
72:23
**zimmerman**
15:23 81:22
**zoom**   1:15 29:6
29:22

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

Exhibit 70

Standard Operating Procedure
for
Polarized Light Microscopy
PLM

Number of Pages:        7
Date Issued:            6/88
Revised:
Prepared By: _W. H. Powers, Sr._

W.H. Powers, Sr.

Approved By: _George R. Dunmyre_

Laboratory Director



DEPOSITION
EXHIBIT
Lee 26
3-21-90

Section No. SOP-11
Revision No. 1
Date 11/15/88
Page 1 of 7

# STANDARD OPERATING PROCEDURE FOR
# POLARIZED LIGHT MICROSCOPY

**Definition:** Polarized Light Microscopy is a method for the identification and quantitation of the asbestos minerals in building materials and rock specimens.

## Introduction

This method for the identification and quantitation of the asbestos minerals in building materials and rock specimens incorporates the guidelines set forth in the "Interim Method for the Determination of Asbestos in Bulk Insulation Samples" and the basic principles of optical mineralogy used for routine petrographic analysis of minerals.

## I.  Analysis by Polarized Light Microscopy

### A.  Apparatus

- Apparatus for gross examination
    - Microscope: binocular, 10x-45x
    - Light Source: incandescent or fluorescent
    - Hand Tools: forceps, dissecting needles, probes, scalpel
    - Dish: clean glass plate

- Apparatus for sample preparation
    - Fume Hood with Filtered Ventilation System
    - Microscope Slides
    - Cover Slips
    - Disposable Gloves
    - Hand Tools
    - Mortar and Pestle
    - Hot Plate

- Apparatus for identification and quantitation
    - Polarized Light Microscope

*Confidential - For Use Within RJ Lee Group Only*

Specification No. 01
Revision No. 1
Date 11/1/88
Page 2 of 7

- polarizer

- analyzer

- port for wave retardation plate

- 360° graduated rotating stage

- substage condenser

- lamp

- lamp iris

Objective Lenses

- 4x

- 10 x

- 20 x

- 40 x

- Ocular Lenses

- greater than or equal to 10x

Eyepiece reticle

cross hairs

- Compensator Plates

- 1.0 Lambda Red Gypsum

- 0.25 Lambda Mica Plate


**B.  Reagents**

- Reagents for sample preparation
  - distilled water
- Reagents for identification and quantitation
  - refractive index liquids: 1.490-1.570 and 1.590-1.720 in 0.004 step increments
  - refractive index liquids for dispersion staining: high dispersion series: 1.550, 1.605, 1.680
  - UICC asbestos reference sample
  - tremolite asbestos reference sample
  - actinolite asbestos reference sample


**II.   Analysis Procedures**

*Confidential - For Use Within RJ Lee Group Only*

## A. Sampling

The collection of material that is to be analyzed for asbestos content is beyond the scope of this method. The analyst must assume that the sample is a homogeneous representation of the total material in question. The analyst must also assume that the samples was taken according to the prescribed guidelines for sample collection.[1]

## B. Gross Examination

Prior to the preparation of the slide, the sample should be closely reviewed. All components of the sample should be examined. A stereobinocular microscope is used to aid in the examination process. Layers or other portions of differing composition should be examined individually. Samples which are moist must be dried prior to analysis. Wet fibers will stick together in clumps and can prevent oil from penetrating fibers and give fewer fibers when reading.

## III. Sample Preparation

Sample preparation should be carried out within general guidelines with the understanding the each analyst will develop habits which are suited to him/her. The general guidelines should ensure that the individual habits promote good workmanship, not detract from the work quality. Any sample preparation style should conform to the following basic rules:

1. All samples shall be opened within the confines of a fume hood with a filtered ventilation system <u>exclusively</u>.

2. All spills shall be cleaned immediately and the work area cleaned periodically throughout the day, regardless of the absence of visible debris.

3. The slides, coverslip, and refractive index liquids shall not be placed in the strong flow area of the hood and shall be covered as best as can be expected while working.

---

[1]  *Asbestos-Containing Materials in School Buildings: A Guidance Document* EPA OTS #C00090, Part 1, 1979.
*Asbestos-Containing Materials in School Buildings: Guidance for Asbestos Analytical Programs*, EPA #560/3-80-017A, December 1980.
*Simplified Sampling Scheme for Friable Surfacing Materials*, EPA #560/5-85-030a
*Asbestos Containing Material in Schools: Final Rule and Notice*, 40 CFR; Part 763, 41826.

*Confidential - For Use Within RJ Lee Group Only*

Section No. SOP-11
Revision No. 1
Date 11/15/01
Page 4 of 7

4. All water or other solutions used for cleaning and analysis should be covered and clearly labeled.

5. A sealable bag should be used for all trash generated during preparation and should be considered as highly contaminated with hazardous waste upon disposal.

6. All tools should be kept exceptionally clean and free from debris. Tools should be wiped thoroughly between sample preparations. Be aware of cellulose contamination in the samples due to the constant cleaning of the tools especially when using the mortar and pestle.

7. The refractive index liquids are toxic and should be used with extreme care and caution. Any spills should be cleaned thoroughly and immediately. Skin contamination from the liquids should be cleansed thoroughly and completely. Do not contaminate the laboratory equipment with soiled hands such as the telephone, doorknobs, microscopes, etc. All tools should be free of index liquid contamination. Disposable gloves should be available to the analyst. All caps shall be kept tight after each use to avoid contamination of the liquid. This can result in a change in the refraction index of the oil. Keep the index liquid dispenser clean and free of residue. The work area should not reek from the odor of index liquids. If charcoal filters are necessary in the hood ventilation system to eliminate the strong odor of the liquids, then the area is not as clean as it should be.

8. Do NOT touch the samples with hands—use the tools.

With the above guidelines firmly applied, a basic outline for sample preparation would be as follows:

A.    After a thorough gross examination of the material (see Section II,B) select a homogeneous and representative tweezer-full amount of sample and place a few drops of the desired index liquid on the labelled slide.

B.    Cut or mash the sample, blending the material evenly throughout the liquid. The sample material should be distributed so that the liquid is not clouded. Light should be capable of passing through all sections of the liquid clearly and evenly.

*Confidential - For Use Within RJ Lee Group Only*

Revision No. 1
Date 11/15/88
Page 5 of 7

C.   Place a coverslip over the sample.  Remove the air pockets with pressure applied lightly to the coverslip.  The index liquid and the sample should be evenly distributed to the edges of the coverslip.  The eraser end of a pencil is good for this.

The analysis of the sample is based on the material which is prepared on that slide. The material on the slide is a representation of the larger quantity of material which was submitted for analysis.  The relationship between the prepared slide and the submitted sample is a knowledge which should be kept clearly in the mind of the microscopist during the analysis.  Each microscopist should prepare the slides which he/she intends to analyze.  The number of samples prepared should not exceed the number which can be clearly recalled.  Label the slide with the sample number and index.

There are some sample types which demand special attention as to sample preparation.  In the case of soil or rock samples, special consideration should be made.  The material found in the earth is not homogeneously distributed.  Extra care should be taken in selecting a representative combination of all the material present:

1.   A small portion of material should be taken from the various size ranges present, e.g., silt, clay, sand, pebbles, stones, etc.
2.   The soil samples should always be dried even when moisture is not visible.
3.   The material selected from Step 1 above should be ground with a mortar and pestle until thoroughly mixed.
4.   The slide should be prepared as specified previously in this section.

In the case of sludge samples, distinguishing separate materials is usually difficult. The preparation should go along as follows:

1.   Core into the center of the container of sludge.  Extract a core representing the layers from top to bottom of the sludge.
2.   Dry the core completely.
3.   Mix the core material thoroughly using the mortar and pestle.  Be aware of fragments of broken glass and other man-made material.  Also be aware that sludge samples often are from sites being tested for any possible hazardous

*Confidential - For Use Within RJ Lee Group Only*

Revision No. 1
Date: 11/15/88
Page 6 of 7

wastes.  The sludge may be highly contaminated with a toxic substance, or it may be devoid of all hazardous materials.

4.  Prepare the slide as specified previously in this section.

## IV.   Fiber Identification

Fiber identification will be performed utilizing all of the available optical properties. As described in the "Interim Method for the Determination of Asbestos in Bulk Insulation Samples", all materials identified as one of the six asbestos minerals will exhibit, as a minimum, the appropriate measurements of the following properties:

1.   morphology;

2.   color and pleochroism;

3.   refractive index parallel and perpendicular to elongation;

4.   birefringence;

5.   extinction characteristics;

6.   sign of elongation.

See Appendix I, "Explanation of Common Diagnostic Tests and Related Principles Regarding Polarized Light Microscopy Analysis of Asbestos Minerals".  Also see Appendix II, "Characteristic Optical Properties of the Six Asbestos Minerals".

Only persons who have taken a college course in optical mineralogy or the short courses in microscopy as related to asbestos shall be considered qualified for training in asbestos microscopy by the guidelines of this method.

In order to document the positive identification of asbestos in a sample, the microsopist notes on the data sheet the following optical properties: morphology, color and pleochroism, index of refraction parallel to and perpendicular to elongation, birefringence, extinction characteristics and the sign of elongation, and any other distinguishing characteristics observed.

*Confidential - For Use Within RJ Lee Group Only*

Section No. SOP-11
Revision No. 1
Date: 11/15/88
Page 7 of 7

## V.   Quantitation of Sample Content

Published in the Code of Federal Regulations, 40CFR Part 763, is the "Interim Method for the Determination of Asbestos in Bulk Insulation Samples" found in Appendix A to subpart F of the rule. The specified rule states that asbestos quantitation is performed by a point-counting procedure or an equivalent estimation method.

It is the decision of RJ Lee Group, Inc. to utilize an estimation method equivalent to the point counting method in that the area percent asbestos will be reported.

The procedure by which the area percent asbestos is determined is by a visual estimate. The microscope provides a two-dimensional view of the sample, therefore the estimated percent represents an area percentage. The immersion method of sample preparation allows for empty space between particles. The open spaces in the field of view are calculated into the visual estimation. Practice and experience develops the skills required to determine a realistic visual estimation of the area percent value for all components of the sample.

The area percent value is an estimated value, not an exact percentage. All results will be listed in a range between the lowest and the highest possible values present as judged by the analyst. The upper detection limit for the asbestos content is 90% to 100%. The lower detection limit for the asbestos content is "less than 1%, none detected".

All analysts will be trained to recognize and identify the common building materials in addition to the six asbestos minerals. In the reporting of data, the common building materials will be quantitated as members in one of two categories—"Non-Asbestos Fibers", and "Non-Fibrous Material". The non-asbestos fibers will be further classified as one of the following five types: cellulose, mineral wool, fibrous glass, synthetic fibers, and other fibers. The non-fibrous material will be quantified as a single category and not as individual minerals. If specific minerals are recognized they should be noted in the comment column under the non-fibrous material but not quantified.

Confidential - For Use Within RJ Lee Group Only

Appendix
Revision No. 1
Date 11/15/88
Page A.1

# APPENDIX I

## Explanation of Common Diagnostic Tests and Related Principles Regarding Polarized Light Microscopy Analysis for Asbestos Minerals

The following is an excerpt from Elements of Mineralogy by Barry and Mason:

"Determinative mineralogy can be defined as the science (and art) of identifying a mineral from its physical and chemical properties. The recognition of an unknown mineral may be instantaneous or may require careful and time consuming tests depending upon the identity of the mineral, the quality of the specimen, and the knowledge, experience, and skill of the observer. Many schemes of mineral identification have been devised, but it should be emphasized that any scheme is valuable only if it is applied with experience and common sense. Logical schemes of mineral identification are useful guides but experience and intelligence will often suggest a short cut to the procedure. Even if a rapid examination does not serve to identify the specimen, it should limit the possibilities to comparatively few minerals, and the next step is to select the suitable diagnostic test..."

In accordance with section 2.7.2.3., Fiber Identification, from the "Interim method for the Determination of Asbestos Minerals in Bulk Insulation Samples" (40 CFR, Part 763), the positive identification of asbestos requires the determination of the following optical properties:

    (1)     Morphology;

    (2)     Color and Pleochrism;

    (3)     Refractive Indices Parallel and Perpendicular to Elongation

    (4)     Birefringence;

    (5)     Extinction Characteristics;

    (6)     Sign of Elongation.

The following text is an introduction to the optical properties listed above. The purpose of Appendix I is to familiarize the reader with the optical properties which are most significant to the identification of the asbestos minerals. The material in Appendix I is an overview of

Appendix
Revision No. 1
Date 11/15/88
Page A2

six of the fourteen possible optical properties of minerals and is not meant to be a substitution for formal training in the principles of optical mineralogy.

## CRYSTAL MORPHOLOGY

The morphology of crystals is the study of the structure and form of the crystal. There are thousands of crystals each identified by distinct morphological characteristics. The basic property characteristic of all crystals is symmetry and the characteristic feature of symmetry is repetition. A crystal may show repetition with respect to a point, in which case it has a center of symmetry; with respect to a plane—it has a plane of symmetry. Every crystal is characterized by a specific combination of symmetry elements or by the complete absence of symmetry.

Based on studies of the external form of crystals and the angular relationships between crystal faces, mathematical reasoning has been used to establish thirty-two different classes of crystals. Each crystal class is characterized by a specific combination of symmetry elements. The thirty-two classes of crystals have been further grouped into six crystal systems:

       (1)   Triclinic Crystal System
       (2)   Monoclinic Crystal System
       (3)   Orthorhombic Crystal System
       (4)   Hexagonal Crystal System
       (5)   Tetragonal Crystal System
       (6)   Cubic Crystal System

For a complete understanding of crystal morphology, formal instruction in Crystallography and Mineralogy is strongly recommended.

## CRYSTAL FORM

The shape that the crystal characteristically grows and develops into is known as the "form" of the crystal. In the case of the asbestos minerals the distinctive form the crystals take on is termed "fibrous". The definition of asbestos is based on the ability of a mineral to be fibrous. It is the fibrous form of the asbestos mineral which sets it apart from other

minerals.  There are differences in form between the six asbestos minerals which in most cases sets each apart from one another.

Form in plain polarized light is not visible in a refractive index liquid which matches the index of refraction of the mineral in question.  Under the same conditions while using cross polars, the form mineral is often obscured and distorted especially when the interference colors of the mineral are low.  Form is best observed in a refractive index liquid that does not match that of the mineral.

## COLOR AND PLEOCHROISM

Color, when present is a distinctive feature.[1]  Deeply colored minerals are most likely colored in thin sections.  However, pale tints and color patterns are often significant.

Isotropic minerals yield no color change as the mineral is rotated.  Anisotropic minerals exhibit a change in colors to varying degrees as the stage is rotated.  The change produced is known as pleochroism.  Natural mineral color in thin sections is observed with the polarizer alone.

Hexagonal or tetragonal colored minerals are dichroic, i.e., the pleochroic coloring of minerals in these two crystal systems as exhibited with the polarizer is twofold.  In pleochroic uniaxial minerals, light vibrating parallel to the optic axis is one color whereas light at right angles is another.

Orthorhombic, monoclinic, and triclinic minerals, when colored in thin section, exhibit three different colors and are trichroic.

## REFRACTIVE INDEX

*Reflection and Refraction Briefly Defined:*

A ray of light passing through a transparent substance will be broken into two separate rays upon contact.  The portion of light which is reflected back

[1]   Kerr, Paul F., Optical Mineralogy, fourth edition, McGraw Hill, New York, 1977.

into the air is called the reflected ray. The portion of light which enters the
substance is called the refracted ray. The original ray of light, prior to
contact with the substance, is known as the incident ray. The refracted ray
is bent from the path of the incident ray.

The relationship between the incident and refracted rays is the ratio of the sine of the angle
of incidence to the sine of the angle of refraction and is a constant (Snell's Law). The
constant is known as the index of refraction. The index of refraction can also be stated as
the ratio of the velocity of light in air to the velocity of light in a solid.



I  = angle of incidence
RL = angle of reflection
RF = angle of refraction

### Refractive Indices

Every transparent substance has an index of refraction or a range of indices which can be
used to identify the material. In terms of minerals, the crystalline structure is closely related
to the optical properties. Amorphous and isometric minerals pass light equally in all
directions therefor having one index of refraction. The other crystal systems are more
complex and the refracted ray is split into two rays which are at right angles to one another
(generally) and are moving at different velocities. Due to the difference in velocities, there
will be two different indices of refraction.

"Optical properties, and especially the refractive indices are among the most
valuable determinative properties for mineral identification. From refractive

indices and other optical properties an unknown mineral generally can be easily identified by referring to tables of the properties."[2]

## *Measuring Refractive Indices*

The measurement of the refractive indices of a material is made by immersing the substance in question into a liquid of known refractive index. Using a polarizing microscope with a parallel light source, a comparison can be made between the refractive index of the solid and the liquid. In the case that the index of refraction is the same for the two materials, the light will pass equally through both as if they were one equal mass. The solid will not be visible in the liquid in plain polarized light when the index of refraction of both are equal. When the indices are not equal, the solid is visible in the liquid. The greater the difference between the indices, the stronger the solid will stand out from the liquid. The degree of contrast between the refractive index liquid and the solid is know as the relief.

## *The Becke Line Test*

The Becke Line Test is used to determine whether the refractive index of the oil is higher or lower than that of the mineral. With experience, the amount the refractive indices of the mineral are higher or lower than the liquid can be closely estimated.

There is a fine line of light which surrounds each particle submerged in the refractive index liquid. The line of light is most easily visible with the substage diaphragm partly closed and under a moderate to high magnification. The migration of the Becke line as the objective is slowly raised will indicate the material with the higher index of refraction. That is to say, the Becke line will migrate towards the higher refractive index. The amount of migration and the intensity of the Becke line indicates the degree of difference between the refractive indices of the solid and the liquid. A pale Becke line with weakly defined edges which moves only slightly when the objective is raised indicates that the refractive indices of the two materials are close. A Becke line which is bright and well-defined and migrates long distances while retaining clarity indicates that the indices of the materials are different by a large margin.

---

2. Barry and Mason, *Elements of Mineralogy,* second edition, W. H. Freeman and Company, San Francisco, 1968.

Appendix
Revision No. 1
Date 11/15/88
Page A6

# BIREFRINGENCE

The velocity of light passing through an amphorous material or a material with an isometric crystal structure will be the same in all directions. Such substances are termed "optically isotropic" and do not display the property of birefringence.

All other substance in which the velocity of light differs with the direction in which it is passing through the material are termed "optically anisotropic". A ray of light will be split into two rays moving at different rates of speed and at right angles (generally) to one another when passed through an anisotropic substance. Due to the difference in velocity, the two directions will exhibit different indices of refraction. The difference in these refractive indices is the birefringence.

# EXTINCTION

An anisotropic material which becomes darkened during rotation under crossed polars is exhibiting the property of extinction. The vibration directions of the two rays are parallel to the vibration directions of the optical components of the microscope when the particle becomes dark under crossed polars. An accessory plate is used to determine the fast and slow ray. Turn the sample from the point of extinction to the point of the maximum interference colors and insert to accessory plate. If the order of color increases, the parallel ray is the slow vibrating direction of the mineral, while decrease would represent the fast ray. Note that the slow ray direction on the accessory plate is fixed.

The term addition refers to the alignment of the slow ray of the plate and the slow ray of the mineral producing higher color. The term subtraction refers to the alignment of the slow ray of the plate and the fast ray of the mineral producing a decrease in the order of color. Note that the index of refraction of the slow ray is always higher than the index of refraction of the fast ray.

*Types of Extinction*

(1)  *Parallel Extinction*

Parallel extinction occurs when the mineral becomes darkened parallel to the directions of the optical components of the microscope. The components, the

Case 3:16-md-02738-MAS-RLS   Document 33132-8   Filed 08/23/24   Page 1002 of 1158
PageID: 252137

Appendix
Revision No. 1
Date: 11/15/88
Page A7

analyzer and the polarizer are aligned in a north-south and east-west directions. Note that the crosshairs are also oriented parallel to the optical instruments.

(2)   *Inclined or Oblique Extinction*
When the mineral becomes darkened—extinct— at an angle which is inclined or oblique to the optical components of the microscope, the mineral is said to exhibit inclined or oblique extinction. In such a case it is desirable to determine the angle of extinction. The extinction angle is usually measured from the orientation of the slow ray. The stage is rotated to extinction from a position parallel to the vibration plane of the polars. The value is calculated by degrees read from the graduated stage of the microscope. A series of readings should be taken on several crystals to obtain an average value. The values of the extinction for minerals can be obtained from an optical mineralogy text.

(3)   *Symmetrical Extinction*
Many crystals exhibit cleavage or rhombic cross sections giving a striated or banded appearance to the specimen. During symmetrical extinction, every other "bend" in the crystal becomes extinct simultaneously. During continuous rotation of the stage these bends pass out of extinction as their counter parts enter extinctions.

## ELONGATION

A beam of light passed through an isotropic material will be split into two rays of light. When the anisotropic material is an elongated form, as are the asbestos minerals, then the speeds of the two rays of light relative to each other and the direction each ray is passing through the elongated crystal can be determined. These properties are summarized as being a positive or a negative sign of elongation. In the case of positive elongation, the slow ray is vibrating parallel to the length of the crystal. In the case of negative elongation, the fast ray is vibrating parallel to the length of the crystal. The terms length-slow and length-fast are commonly used.

To determine the sign of elongation, an accessory plate is used while viewing the crystals under crossed polars. The length-slow, or positively elongated fibers will be blue when

Appendix
Revision No. 1
Date 11/15/68
Page A8

oriented on a diagonal from the 2 o'clock position to the 3 o'clock position.  The length-fast, or negatively elongated fibers, will be yellow in a 2 o'clock to 3 o'clock position.

# APPENDIX II

## CHARACTERISTIC OPTICAL PROPERTIES OF THE SIX ASBESTOS MINERALS

### CHRYSOTILE

*Refractive Indices:*   $N_\alpha$  =  1.550 to 1.564

$N_\beta$  =  1.562 to 1.573

$N_\gamma$  =  1.562 to 1.573

The refractive index liquid of 1.55 is commonly used to determine the presence of chrysotile when in question. Under plain light, in 1.55, chrysotile will be faintly outlined if visible at all. Under polarized light, in 1.55, chrysotile will appear in light grays increasing in intensity with increasing thickness. Under the central stop dispersion staining objective, chrysotile will show magenta when the fiber is parallel to the east-west direction, and blue when the fiber is perpendicular to the east-west direction. The color dispersion method of analysis must be applied to the sample only when using the refractive index liquid which matches the index of refraction of chrysotile which is 1.55.

*Morphology and Form*

The crystals of chrysotile are in the monoclinic crystal system and are colorless to shades of light brown under plain light. There are several variations from the general description of the form which chrysotile fibers may take on in a sample and only experience can provide a complete knowledge of all the possibilities. Generally speaking, chrysotile fibers can be compared to strands of fine textured hair. Bundles of long thin fibers can bend at angles greater than 90 degrees without breaking. Long thin fibers of chrysotile are usually not brittle whether the material has been processed or is directly from a serpentine rock. Shorter fibers can be moderately brittle and are generally thicker than strands of hair. There is an uncommon variety of chrysotile which has the form of thick straight sticks. The bundles of short fibers of chrysotile derived directly from a serpentine rock can be considerably different in appearance than short fibers which have been refined during processing.

The ends of the fibers are distinctive and can be used as an aid in the identification of chrysotile. Fiber ends in bundles separate into individual strands. Split ends are also common within the individual fibers most often occurring at the fiber end and along the bundles' edges. Fibers are often obscured by other material in the sample, leaving only the fiber ends exposed. Recognizing the fiber ends of chrysotile is important. Once fiber ends have been located, in-depth investigation of the sample will be easier.

Broken pieces of the fibers are distinctive and can be highly significant in detecting chrysotile in samples containing low percentages of the mineral. The appearance of the broken pieces can be compared to the appearance of broken twigs. A main section is often present with sprigs of other fibers individually protruding from the main section. Pieces of chrysotile which are small enough to resemble twigs should not be used solely to reach a final positive identification of asbestos in any sample. However, if "chrysotile twigs" are present in a sample then the larger pieces which are suitable for confirming the presence of chrysotile most often can be located. A second, third and even fourth preparation of the sample should be examined if only small pieces of the fiber are detected and positive identification of asbestos is in question. In the case that a positive identification cannot be

made, the sample must be reported as having no asbestos detected. Be aware that there are several asbestos-containing products which commonly have very small pieces of chrysotile present in small amounts whether as individual fibers or as bundles or both. Also be aware that although many types of samples require crushing prior to slide preparation, intense crushing of the sample can result in a reduction of the fiber size.

A compound microscope provides a two dimensional view of a three dimensional material. Material prepared by the immersion technique can be rolled while under the cover slip by tapping lightly on the surface of the cover slip. Chrysotile fibers are considered to be tubular although this feature is difficult to observe. Try comparing fibers known to be chrysotile with known amosite fibers to become familiar with the difference between "tubular" and "flat" fibers. Amosite fibers are considered to be flat. An attempt can be made to roll the chrysotile fibers if the fibers are small and short, but not in thick bundles.

*Other Properties:*

| | |
|---|---|
| Crystal System: | Monoclinic |
| Color and Pleochroism: | colorless, increasing to brown with increasing thickness; non-pleochroic |
| Birefringence: | Moderate, $N_\sigma - N_\alpha = 0.001$ to 0.014 the maximum interference color is bright yellow of the first order |
| Extinction: | Parallel |
| Orientation: | length - slow |
| Optic Sign: | (+) 2V = 0° to 50° |
| Chemistry: | $H_4Mg_8Si_2O_9$ |

# GRUNERITE   (AMOSITE)

| *Refractive Indices:* | $N_\alpha$ | = | 1.657 to 1.663 |
|---|---|---|---|
| | $N_\beta$ | = | 1.684 to 1.697 |
| | $N_\sigma$ | = | 1.699 to 1.717 |

The refractive index liquid 1.68 is commonly used to define amosite. Amosite is the name given to the asbestos form of grunerite, amosite is not recognized as a mineral separate from grunerite. Grunerite is the name used for minerals from the cummingtonite-grunerite series in which the iron greatly predominates over the magnesium. Under plain light, in 1.68, amosite is faintly visible at best and is usually not visible at all. Under polarized light, in 1.68, amosite ranges from a bright, light blue to strong whites and yellows— increasing in color and intensity with increasing thickness. Under the central stop-color dispersion staining objective, amosite fibers will show golden yellow parallel to the east-west direction and blue perpendicular to the east-west direction. The color dispersion staining method of analysis must be applied to the sample only when using the refractive index liquid which matches the refractive index of amosite, which is 1.68.

*Morphology and Form*

The crystals of amosite are in the monoclinic crystal system and are usually colorless in plain light. Amosite is characteristically described as resembling needle-shaped fibers which are considered to be flat. Although the analogy is accurate for short and thick pieces of amosite, the overall form is highly variable. The great variance on fiber form is due mainly to the broad range of textures and fiber lengths which are possible. Long, fine-

*Confidential - For Use Within RJ Lee Group Only*

Case 3:16-md-02738-MAS-RLS    Document 33132-8    Filed 08/23/24    Page 1006 of 1158
PageID: 252141

Appendix II
Revision No. 1
Date 11/15/93
Page A-II-3

textured fibers of amosite resemble fine-textured hair. Such fibers however are moderately brittle and often bend in wide arches but snap prior to a 90 degree bend. The range of possible variations of the fibers generally occurs within the extremes described above. There is an altered type of amosite found in the insulation on extremely high temperature units. Long term exposure to high temperatures alters the amosite in the insulation to a pink-red color in plain light. The amosite fibers tend to become more brittle after exposure to high temperatures, therefore heated amosite fibers tend to be short and occur in thin bundles.

Amosite can be slightly pleochroic showing colors ranging from blue/green to yellow/green. Optical mineralogy texts do not list amosite as being pleochroic. Amosite fibers are not readily frayed and split. Fiber bundles tend to separate into smaller groups of fibers. As the fiber bundles become disseminated, the individual fibers generally tend to lie across one another with no particular orientation to each other.

Under crossed polars amosite is readily recognizable when using the refractive index liquid 1.68. Small, thin fragments of the mineral are common in some building products and should be searched for carefully during the analysis. Using 1.68 and polarized light at a low magnification while rotating the stage slightly for each field of view is an effective way to detect small amounts of amosite.

*Other Properties:*

| | |
|---|---|
| Crystal System: | Monoclinic |
| Color and Pleochroism: | usually colorless, yell/green to blue/green increasing with increasing thickness; colored varieties are pleochroic |
| Birefringence: | strong, $N_\sigma - N_\alpha = 0.0420$ to $0.0544$; the interference colors show low first order colors |
| Extinction: | parallel |
| Orientation: | length-slow |
| Optic Sign: | (-); $2V = 79°$ to $86°$; the interference figure is biaxial |
| Chemistry | $Fe_7(OH)_2(Si_4O_{11})_2$ |

## RIEBECKITE    (CROCIDOLITE)

*Refractive Indices:*   $N_\alpha$ = 1.693

$N_\beta$ = 1.695

$N_\sigma$ = 1.697

The refractive index liquid 1.68 is commonly used to define crocidolite. Crocidolite is the name given to the asbestos form of riebekite. Riebeckite is the name used for minerals of the glaucophane-riebeckite series in which ferrous and ferric iron predominate over magnesium and aluminum. Under plain light, in 1.68, crocidolite is always a blue color and usually a dark blue. Under crossed polars, in 1.68, crocidolite shows shades of blue ranging from pale to dark colors increasing in intensity with increasing thickness. Under the central stop-color dispersion staining objective riebeckite will show gold-yellow colors when the fiber is parallel to the east-west direction and gold perpendicular to the east-west direction. The color dispersion method of analysis must be applied to crocidolite only when using the refractive index liquid 1.68.

*Confidential - For Use Within RJ Lee Group Only*

Appendix II
Revision No. 1
Date: 11/15/88
Page AII-5

*Other Properties:*

| | |
|---|---|
| Crystal System: | Orthorhombic |
| Color and Pleochroism | faint yellow/orange or colorless |
| | colored sections may be pleochroic |
| Birefringence | $N_\sigma - N_\alpha = 0.016$ to $0.025$ |
| Extinction | Parallel |
| Orientation | length-slow |
| Optic Sign | (+); $2V = 70°$ to $90°$; biaxial |
| Chemistry | $(Mg,Fe)_7(OH)_2(Si_8O_{11})_2$ |

## TREMOLITE - ACTINOLITE

| *Refractive Indices:* | $N_\alpha$ | = | 1.600 to 1.628 |
|---|---|---|---|
| | $N_\beta$ | = | 1.613 to 1.644 |
| | $N_\sigma$ | = | 1.625 to 1.655 |

The accepted refractive index to use when analyzing for tremolite or actinolite is 1.605. The refractive indices increase with increasing iron content; actinolite is comprised of iron-bearing members. Under plain light the fibers appear outlined and hollow in the center. Under polarized light the fibers show colors ranging from white to off-white to yellow. Tremolite fibers, under the color dispersion staining objective in 1.605 show pale yellow when parallel to the east-west direction, and yellow when perpendicular to the east-west direction. Actinolite fibers, under the color dispersion staining objective in 1.605, show yellow when parallel to the east-west direction, and magenta when perpendicular to the east-west direction.

*Morphology and Form*

The division between tremolite and actinolite is defined by the chemical composition based on the amounts of magnesium and iron. Tremolite is at the magnesian end of the series and is white in the hand sample, and manganiferous varieties are pink or pale violet. Actinolite is higher in iron content than in magnesium and is green in the hand sample. Tremolite and actinolite are in the monoclinic crystal system. The minerals are colorless to pale green in plain light and the colored varieties are faintly pleochroic.

Tremolite and actinolite fibers are generally flat in appearance and are blade-like to rectangular in shape. The blades are often pointed at both ends. Bundles generally have fibers attached at one point and fanned from this point.

*Other Properties*

| | |
|---|---|
| Crystal System: | Monoclinic |
| Color and Pleochroism | colorless shades of pale green; |
| | colored varieties are slightly pleochroic |
| Birefringence: | moderate to strong, $N_\sigma - N_\alpha = 0.022$ to $0.027$; |
| | interference colors range up to low or middle second |
| | order |

*Confidential - For Use Within RJ Lee Group Only*

Appendix II
Revision No. 1
Date 11/15/93
Page AII-6

| | |
|---|---|
| Extinction: | Oblique, the maximum angle varies from 10° to 20°; a few longitudinal sections have parallel to near parallel extinction |
| Orientation | length-slow |
| Optic Sign: | (-); 2V=79° to 85°; interference figure is biaxial |
| Chemistry: | $Ca_2(Mg,Fe)_3 (OH)_2 (Si_4O_{11})_2$ |

*Confidential - For Use Within RJ Lee Group Only*

Exhibit 71

Page 1

1          UNITED STATES DISTRICT COURT

2             DISTRICT OF NEW JERSEY

3

4    ---------------------------

5    IN RE:  JOHNSON & JOHNSON     MDL NO.:

6    TALCUM POWDER PRODUCTS        16-2738 (MAS)(RLS)

7    MARKETING, SALES PRACTICES,

8    AND PRODUCTS LIABILITY

9    LITIGATION

10   ---------------------------

11

12              EXPERT DEPOSITION OF

13               ANN G. WYLIE, PHD

14

15

16            Monday, June 24, 2024

17            8:58 a.m. Eastern Time

18

19

20

21

22

23   Reported by:  Denise Dobner Vickery, CRR, RMR

24   JOB NO.: 6754009

Page 2

1

2

3

4

5

6

7

8                         Monday, June 24, 2024

9                         8:58 a.m. Eastern Time

10

11          Expert Deposition of ANN G. WYLIE,

12    PHD, held at the offices of:

13

14                 SKADDEN ARPS SLATE MEAGHER & FLOM LLP

15                 The Washington Building

16                 1440 New York Avenue NW

17                 Washington, DC 20005

18

19

20          Pursuant to notice, before Denise

21    Dobner Vickery, Certified Realtime Reporter,

22    Registered Merit Reporter, and Notary Public in

23    and for the District of Columbia.

24

Page 3

1    APPEARANCES:

2

3    For MDL PLAINTIFFS (Via Zoom):

4            COHEN PLACITELLA & ROTH

5            BY:  CHRISTOPHER M. PLACITELLA, ESQ.

6            BY:  ERIC S. PASTERNACK, ESQ.

7            BY:  DREW M. RENZI, ESQ.

8            127 Maple Avenue

9            Red Bank, NJ 07701

10            732.747.9003

11            cplacitella@cprlaw.com

12            epasternack@cprlaw.com

13            wukzmin@cprlaw.com

14

15

16    For MDL Plaintiffs:

17            ASHCRAFT & GEREL LLP

18            BY:  MICHELLE A. PARFITT, ESQ.

19            1825 K Street NW, Suite 700

20            Washington, DC 20006

21            202.759.7648

22            mparfitt@ashcraftlaw.com

23

24

```
                                                       Page 4

 1     APPEARANCES:

 2

 3     For MDL PLAINTIFFS (Via Zoom):

 4             BEASLEY ALLEN

 5             BY:  LEIGH O'DELL, ESQ.

 6             218 Commerce Street

 7             Montgomery, AL 36103-4160

 8             308.874.3186

 9             leigh.odell@beasleyallen.com

10

11

12     For DEFENDANTS JOHNSON & JOHNSON AND JOHNSON &

13     JOHNSON CONSUMER INC.:

14             KING & SPALDING LLP

15             BY:  KEVIN HYNES, ESQ.

16             1185 Avenue of the Americas

17             New York, NY 10036

18             212.790.5349

19             khynes@kslaw.com

20

21

22

23

24
```

Page 5

1    APPEARANCES:

2

3    For PERSONAL CARE PRODUCTS COUNCIL (PCPC)

4    (Via Zoom):

5              REILLY MCDEVITT & HENRICH PC

6              BY:   KEVIN KOTCH, ESQ.

7              3 Executive Campus, Suite 310

8              Cherry Hill, NJ 08002

9              856.317.7180

10             kkotch@rmh-law.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 6

1                        INDEX

2    EXAMINATION OF ANN G. WYLIE, PHD              PAGE

3    BY MR. PLACITELLA                               7

4

5

6                   DEPOSITION EXHIBITS

7    NUMBER       DESCRIPTION                     PAGE

8    EXHIBIT 1    Small Binder with tabs:          113

9                 Wylie February 25, 2019 Report;

10                Wylie April 9, 2024 Report;

11                Wylie May 3, 2024 Report.

12                Front Pocket is Corrected

13                Figure 21 Associated with

14                Tabs 2 and 3

15

16        (Exhibit 1 attached to transcript.)

17

18                   REFERENCED EXHIBITS

19   NUMBER                                       PAGE

20   EXHIBIT 6.2 May 30, 2024 Expert Report of      24

21                Ann G. Wylie

22

23

24

```
                                                   Page 7

  1                P R O C E E D I N G S

  2                        - - -

  3                ANN G. WYLIE, PHD

  4    called for examination, and, after having been

  5    duly sworn, was examined and testified as

  6    follows:

  7                        - - -

  8                    EXAMINATION

  9                        - - -

 10   BY MR. PLACITELLA:

 11         Q.      Good morning, Dr. Wylie.  How are

 12   you today?

 13         A.      Fine.  Thank you.

 14         Q.      We're here today for purposes of

 15   taking your deposition.  This is the second

 16   deposition that was taken of you in these MDL

 17   proceedings.

 18                Did you have the opportunity to

 19   review your prior transcript before coming here

 20   today?

 21         A.      Several weeks ago I looked at it.

 22         Q.      Okay.  And did you have any changes

 23   or concerns about what was in your prior

 24   transcript?
```

Page 8

1          A.       No.

2          Q.       Okay.  Can you tell us what

3     materials you specifically reviewed in preparation

4     for today's deposition.

5          A.       Are you asking me about what I

6     reviewed from my report or --

7          Q.       No.

8          A.       -- what I reviewed for being here

9     today?

10          Q.       For the deposition today.

11          A.       Oh.  I just looked over my reports.

12          Q.       So you looked at nothing else?

13          A.       No, not specifically for -- no.

14          Q.       Okay.  And who did you meet with in

15     preparation for today's deposition?

16          A.       Kevin Hynes.

17          Q.       Anyone else?

18          A.       No.

19          Q.       Did you speak with anyone else in

20     preparation for this deposition?

21          A.       Yes.  Let's see.  What was the name?

22     What's the name?  These names have gone out of my

23     head.  The other lawyer that was here on Zoom when

24     we were here the other day for deposition.

Page 9

1              I can't remember.

2       Q.      You don't remember who that was,

3    whether it was --

4       A.      I'll think of it in just a minute.

5    He has twin sons.

6       Q.      Let me see if I can change the form.

7       A.      (Laugh).  What's his name?

8                    MS. PARFITT:  That should be

9          identifiable.

10                   MR. HYNES:  Do you want me to

11         just remind you of the name?

12                   THE WITNESS:   That would be

13         helpful.

14                   MR. HYNES:  John Ewald.

15                   THE WITNESS:  Yes, John Ewald.

16         Sorry.  His name just went out of my

17         head.

18   BY MR. PLACITELLA:

19      Q.      Okay.  Well, we won't tell John you

20   can't remember.

21      A.      Please don't.  (Laugh).

22      Q.      How much time do you think you spent

23   preparing for today's deposition?

24      A.      Subsequent to writing the report?

```
                                              Page 10

 1   Subsequent?

 2          Q.       Yes.  Yes, ma'am.

 3          A.       Two or three, four hours.

 4          Q.       And how long did you take to prepare

 5   your report?

 6          A.       I don't remember exactly.  I

 7   provided invoices that give the number of hours.

 8          Q.       Okay.  Since the last deposition

 9   that you gave, have you ever tested any Johnson &

10   Johnson product to determine whether it contains

11   asbestos?

12          A.       No.

13          Q.       Have you ever tested any Johnson &

14   Johnson product to determine whether it contains

15   asbestos?

16          A.       I've looked at a couple of samples

17   on my -- for myself, not for anyone.

18          Q.       And when you say you looked at a

19   couple of samples, when did you do that?

20          A.       Well, let's see.  I did -- I did one

21   before the last deposition, I think, and I did one

22   between then and now.  I used a sample that I

23   purchased at the grocery store for -- as

24   background material for the study I was doing for
```

```
                                          Page 11
 1   ASTM and, of course, I looked at the material for

 2   that purpose.

 3        Q.      And when did you purchase that

 4   sample at the grocery store?

 5        A.      It was right after Johnson & Johnson

 6   announced they were no longer going to be selling

 7   it in the United States.

 8        Q.      Okay.  So after they said they

 9   weren't going to sell it, you were still able to

10   buy it on the shelf --

11        A.      The next day.

12        Q.      -- at the grocery store?

13        A.      Yes, the next day.

14        Q.      And did you ever provide the results

15   of your analysis to Johnson & Johnson or its

16   attorneys?

17        A.      No.

18        Q.      Why not?

19        A.      It's not part of what I was doing

20   with them -- for them.

21        Q.      Have you ever asked them to test any

22   of the samples at issue in this case?

23        A.      No.

24        Q.      Why not?
```

Page 12

1          A.        It's not what I'm here to do.

2          Q.        When you tested the Johnson &

3    Johnson -- do you have the results of your testing

4    for the -- of the Johnson & Johnson product?

5          A.        No.

6          Q.        Did you record the result?

7          A.        No.

8          Q.        What testing methods did you use

9    when you were looking at the Johnson & Johnson

10   product?

11         A.        Polarized light microscopy.

12         Q.        And when specifically was that test

13   done?

14         A.        One of them I looked at in around

15   2018.  That was a sample that I -- that I had

16   given to the University of Maryland that came out

17   of my personal collection.

18                   And the other one would have been,

19   you know, sometime -- I'm not all that good on

20   dates.  I'm sorry.  I would say 20 -- 2000,

21   2001 -- 21.  2020, 2021, something like that.  I

22   don't really remember exactly.

23         Q.        And did you create any record in

24   terms of photomicrographs or anything of those

Page 13

1    tests?

2        A.      There's a photomicrograph that I

3    took of the -- in 2018 of a tremolite fragment

4    that's in the talk that I gave to the FDA at

5    JIFSAN, and you have those pictures.

6        Q.      Did you ever use PLM -- well, when

7    you did your own test of a Johnson & Johnson, was

8    it baby powder?

9        A.      Yes.

10       Q.      When you tested the Johnson &

11   Johnson baby powder, did you look to determine

12   whether or not it contained chrysotile asbestos?

13       A.      When I was going to use it as a

14   background material to spike that I was doing for

15   some ASTM testing of material, I did look at the

16   material to see if I could find serpentine in it

17   of any type.

18               I didn't do an extensive study, but

19   I did look at it, yes.

20       Q.      When you said you didn't do an

21   extensive study, but you did look at it, what do

22   you mean by that?

23       A.      Well, I mean, I wasn't -- my purpose

24   in it was just to determine if I could see

Page 14

1    anything in there and I made several mounts, but I

2    didn't, you know, I didn't find anything.

3        Q.      Did you follow all the methodologies

4    and standards that are set forth in your report at

5    issue in this case when you looked at the Johnson

6    & Johnson for serpentine using PLM?

7        A.      Yes.  There wasn't anything to look

8    at.  So I would have had I found any serpentine.

9    I would have definitely used all of the methods,

10   yes.  I would have attempted to apply them all.

11   You can't always do that.

12       Q.      Okay.  Did you ever try to use TEM

13   in looking at the Johnson & Johnson samples?

14       A.      No.

15       Q.      Why not?

16       A.      I wasn't engaged to do TEM analyses.

17       Q.      Isn't it your opinion in this

18   report, however, that TEM should be done in

19   addition to PLM if you're looking for chrysotile

20   asbestos in Johnson's Baby Powder?

21       A.      Yes.

22       Q.      But you didn't do that yourself when

23   you were doing your own testing?

24       A.      I wasn't really testing it.  I just

Page 15

1   looked to see if I could find serpentine and I

2   didn't by PLM.

3          Q.       Right.

4                   But under your own standards in your

5   report, in order to have a definitive conclusion,

6   you would have had to use TEM, correct?

7          A.       I was not -- my -- my goal here was

8   simply to make sure that I didn't see a lot of

9   serpentine in there.  It would be an interference

10  that -- and I didn't.  I was not analyzing this

11  for anyone.  I was looking at it for myself.

12         Q.       So do you use a different scientific

13  method when doing testing for yourself versus

14  being paid by someone?

15                  MR. HYNES:  Objection to form.

16         Argumentative.

17                  THE WITNESS:  No, but I didn't

18         use TEM and I wouldn't.

19  BY MR. PLACITELLA:

20         Q.       But you did put in a report for two

21  different courts that the standard methodology you

22  would use is to any time you use PLM also use TEM,

23  correct?

24         A.       Any time I -- only -- only if I am

Page 16

1    trying to authenticate the presence of chrysotile.

2    If I want to confirm it, I would certainly use

3    TEM.  If I have a whole amount of chrysotile under

4    the microscope, I don't need the TEM to go and

5    confirm that if I have nothing but chrysotile

6    under the microscope.  So it's not always the

7    case.

8              But if you're trying to find a small

9    amount of chrysotile at very, very low levels, the

10   TEM would be a reliable way to do that, especially

11   when the optical properties are inconsistent with

12   chrysotile.

13        Q.      So when you yourself purchased

14   Johnson's Baby Powder and did your own analysis,

15   you did not use TEM, correct?

16        A.      No, I didn't.

17        Q.      Okay.  Did you consult anyone else

18   in preparation for the report at issue today?

19        A.      No.

20        Q.      Did anyone supply you with any

21   materials in order to assist you in preparing your

22   report in this case?

23                    MR. HYNES:  Vague.

24                    THE WITNESS:   Other than --

```
                                              Page 17

 1           and I was supplied the MAS reports, if

 2           that's what you're asking me.

 3   BY MR. PLACITELLA:

 4           Q.      Is that -- that's the only thing you

 5   were supplied?

 6           A.      Yes.

 7           Q.      Now, you issued two different

 8   reports.  One for the federal litigation and one

 9   for the state court litigation, correct?

10           A.      That's correct.

11           Q.      And what's the difference between

12   the two reports?

13           A.      The second report has more examples

14   and an appendix.  I added an appendix to that, and

15   I also added a table that gives the data from the

16   MAS analyst sheets.  I just compiled some of that

17   data into a table.

18           Q.      Are your opinions any different from

19   one report to the other?

20           A.      No.

21           Q.      And why is it that you thought it

22   was important to an amend your reports when you

23   issued the second report?

24                        MR. HYNES:  Objection to form.
```

Page 18

1              THE WITNESS:   I just thought

2       maybe some more examples would be

3       helpful.

4  BY MR. PLACITELLA:

5       Q.       But I noticed in your report there

6  were actual language changes in the report.

7              Why did you make language changes in

8  the report in addition to finding more examples?

9              MR. HYNES:  Vague.

10             THE WITNESS:   I don't know

11      really to what you're referring, but the

12      first report was written very quickly and

13      I may have tried to -- made a few

14      grammatical changes here and there, but

15      nothing substantive other than what I

16      just described.

17  BY MR. PLACITELLA:

18      Q.       Why was it that the first report was

19  issued very quickly?

20      A.       Well, I was asked to provide it on a

21  Friday and I provided it on a Tuesday, the

22  following Tuesday.  I didn't have much time.

23      Q.       So they were -- J&J gave the

24  materials on a Friday and you provided a final

Page 19

1    report on a Tuesday?

2                        MR. HYNES:   Misstates

3           testimony.

4                        You can answer.

5                        THE WITNESS:   No.   I was asked

6           to give -- make a formal report on a

7           Friday, but I had received the MAS

8           reports in the time preceding that.

9    BY MR. PLACITELLA:

10          Q.      Have you ever used PLM to identify

11   chrysotile asbestos in cosmetic talc other than

12   Johnson & Johnson talc?

13          A.      No.

14          Q.      Have you ever analyzed a cosmetic

15   talc product other than Johnson & Johnson to

16   determine whether it contained any form of

17   asbestos?

18          A.      No.

19          Q.      So as you sit here today, the only

20   testing you ever did of -- of cosmetic talc to

21   determine if it contained asbestos was the two

22   samples that you did on your own that you bought

23   off the shelf; is that fair?

24          A.      I think that's probably true.

Page 20

 1    Certainly that's all that I have in my memory in
 2    terms of products.
 3              I mean, over the years, early
 4    particularly in '70s and '80s, I was sent a lot of
 5    materials.  For all I know, they were used in
 6    cosmetic talc.  I really didn't know, but they
 7    weren't out of a bottle or a product or, you know,
 8    something I could identify as being having been
 9    sold to anyone.
10        Q.      So in terms of your qualification
11    before a court, if asked by a judge, you would say
12    other than the two tests that you did on your own,
13    you have no recollection of ever conducting a
14    single test on cosmetic talc using any method to
15    determine if it contains asbestos, correct?
16                  MR. HYNES:  Form.
17                  THE WITNESS:   Cosmetic talc
18         products, please.
19    BY MR. PLACITELLA:
20        Q.      Sorry?
21        A.      Cosmetic talc products.  In other
22    words, they're identified as a consumer product.
23    That would be correct.
24        Q.      Okay.  Have you test any industrial

Page 21

1   talc products to determine if it contained

2   asbestos to date?

3       A.      Yes, many.

4       Q.      Okay.  And what were the sources of

5   that industrial talc?

6       A.      Well, mostly they came to me from

7   companies that wanted to know if there was

8   asbestos in the materials they were going to use.

9   This was in the '70s and '80s.  There were a few

10  labs that could do it, and they were -- did not

11  want to put asbestos in anything they were using.

12  So they wanted to be sure their products were --

13  were free of asbestos.

14      Q.      Did you ever test any talc,

15  industrial talc or any talc, for that matter, from

16  any of the mines that Johnson & Johnson used to --

17  to manufacture Johnson's Baby Powder?

18      A.      I don't know.

19      Q.      Did you ever test any talc from any

20  Vermont mine?

21      A.      Yes.

22      Q.      What Vermont mine?

23      A.      I don't know.

24      Q.      Do you have a record of that?

Page 22

```
 1        A.      No.
 2        Q.      When you do the testing, do you --
 3   when you did the testing historically of
 4   industrial talc, did you keep records of that
 5   testing?
 6        A.      At the time, yes.
 7        Q.      And what happened to those records?
 8        A.      Well, I threw them all away when I
 9   had to close up my -- most of my university
10   activities.
11        Q.      Okay.  And when did you throw them
12   all away?
13        A.      10, 12 years ago.
14        Q.      When you did the testing of the
15   Vermont talc, to your recollection, what testing
16   method did you use?
17        A.      Polarized light microscopy.
18        Q.      Did you ever use TEM?
19        A.      No.
20        Q.      Did you believe at the time that you
21   did the testing of Vermont talc that TEM was --
22   was the gold standard for determining ultimately
23   whether there was asbestos in the Vermont talc?
24        A.      Sorry, but I would disagree with you
```

Page 23

1   that it's the gold standard.  It would be so for

2   chrysotile, but not necessarily said for

3   amphibole.

4        Q.      Okay.  So is it your opinion that

5   TEM is the gold standard for determining whether

6   there's chrysotile in Vermont talc?

7        A.      I would say that you need both.  My

8   position would be that I would always look at

9   everything by polarized light microscopy first.

10  You see much more of the sample.  If there's

11  amphibole there, you can always see it.

12              The only thing you couldn't see any

13  polarized light microscopy were individual fibrils

14  of chrysotile, and you can't see those.  Fibril

15  bundles you would be able to see.

16              If there's ambiguity in the PLM

17  analysis, then TEM would be -- that's the way I

18  would proceed, that TEM would be the place I would

19  go.

20       Q.      So -- so we're just clear on your

21  opinion, you cannot see individual chrysotile

22  fibrils using PLM, correct?

23       A.      That's correct.

24       Q.      So if they exist, you would need to

Page 24

1   look at that under TEM, correct?

2        A.      Only if they exist independently of

3   others.  If they're in groups --

4        Q.      Okay.

5        A.      -- you would be able to see them.

6        Q.      If they exist independently, they

7   are not identifiable under PLM, but they are

8   identifiable under TEM.

9                Is that your testimony?

10       A.      Yes.

11       Q.      Okay.  I want to go to -- hold on

12   one second.

13                I have your MDL report, which I've

14   marked as Wylie Exhibit 6.2 and I'm blowing up for

15   you.

16       A.      Oh, yeah.

17                   MR. HYNES:  Chris, for

18         purposes of the record, is that the May

19         report you're referring to?

20                   MR. PLACITELLA:  Correct.

21                   MR. HYNES:  Thank you.

22                   THE WITNESS:   Okay.

23                   MR. HYNES:  And which page was

24         that?

Page 25

1                   MR. PLACITELLA:  Okay.  I'm

2          curious.  The view that the reporter is

3          using, is everyone seeing?  I'm trying to

4          understand what view is being used just

5          to maximize the --

6                   MR. HYNES:  Yeah, we can see.

7                   MR. PLACITELLA:  -- your

8          ability to see.

9                   MR. HYNES:  Your boxes -- your

10         speaker box is pinned and so you are the

11         largest image on the screen, and we see

12         essentially -- I'll describe this.

13                   We see your face in the top

14         left, and then we see a document --

15                   MR. PLACITELLA:  Okay.

16                   MR. HYNES:  -- to your right

17         with a callout taking up a majority of

18         the screen.

19                   MR. PLACITELLA:  Okay.  So you

20         have no problem seeing the callout,

21         correct?

22                   MR. HYNES:  Correct.

23     BY MR. PLACITELLA:

24         Q.     Okay.  Just for curiosity purposes,

Page 26

1    you have a computer in front of you, Dr. Wylie.

2         A.       (Nods head).

3         Q.       What's on that computer?

4         A.       Just exactly what he described,

5    Kevin described.

6                  So I see you in the upper left-hand

7    corner.  I see a version of the whole page, which

8    I can't read because it's not clear.  And then I

9    see an insert with larger writing and the

10   paragraph beginning "Another polarizer."

11        Q.       Okay.  So in 6.2, which is your May

12   report, you say that:

13                 "Although not depicted in Figure 1,

14   if a tungsten light source is utilized, a blue

15   filter should be added above it."

16                 Do you see that?

17        A.       Yes.

18        Q.       Is that statement published in any

19   standard, or is that just your opinion?

20                      MR. HYNES:  Objection.  Form.

21                      THE WITNESS:   It's part of

22           the proper techniques for polarized light

23           microscopy, and it's very well-described

24           in Bloss's books.

Page 27

```
 1   BY MR. PLACITELLA:
 2          Q.       I'm sorry.  In what?
 3          A.       Bloss, Donald Bloss.  "Introduction
 4   to the Methods of Optical Crystallography" by
 5   Donald Bloss.  Bloss published --
 6          Q.       Okay.
 7          A.       You want me to keep going?
 8                   There's two versions.
 9          Q.       And what proof do you have that that
10   was not done here?
11          A.       I have no proof.
12                   My reason I brought it up is because
13   the coloring in some of the pictures appear to be
14   a little bit more orange than I would have
15   expected them to be and a little bit on the red
16   side, and so I thought perhaps -- I gave two
17   possibilities -- either the voltage wasn't turned
18   up all the way possibly, or there was no blue
19   filter in the system.  And I don't really know.  I
20   mean, that -- it was just a suggestion.
21          Q.       Regardless of that statement, you
22   were able to reach conclusions based on the
23   information that was provided to you concerning
24   the presence or absence of asbestos in the
```

Page 28

1    material that was provided, correct?

2         A.        I was, yes, uh-huh.

3         Q.        Okay.  And you did not comment

4    anywhere in your report about the type of light

5    bulb used changing your opinions or conclusions,

6    correct?

7         A.        No, that's correct.

8         Q.        Okay.  On page 6.4, you list a

9    number of properties that you believe are

10   significant in using the polarized microscope in

11   evaluating the samples for the presence of

12   asbestos, correct?

13        A.        They're important for identifying

14   the presence of the identity of an unknown.

15        Q.        What do you mean by that?

16        A.        A mineral whose identity you don't

17   know.

18        Q.        Okay.  Well, do all qualified

19   experts use all 11 properties every time they

20   examine a sample of cosmetic talc to determine

21   whether there's asbestos in the talc using

22   polarized light microscopy?

23                  MR. HYNES:  Vague.  Overbroad.

24        Calls for speculation.

Page 29

1                        THE WITNESS:    I have no idea.

2      BY MR. PLACITELLA:

3          Q.        Do you use all 11 properties every

4      time you examine a sample --

5                        MR. HYNES:    Overbroad.

6      BY MR. PLACITELLA:

7          Q.        -- to determine if there's

8      chrysotile asbestos in the sample?

9                        MR. HYNES:    Same objection.

10                        THE WITNESS:    These are the

11          properties that help you identify an

12          unknown mineral, and that's -- that's the

13          set of properties that are available.

14                        You can't always obtain all of

15          these properties.    It depends on the

16          particle size.    The issue would be, did

17          you attempt to try to look at some of

18          them.

19                        I mean, for example, not all

20          minerals display dispersion of the optic

21          axis and not all minerals would you

22          necessarily be able to get a proper

23          orientation, even if you could obtain an

24          interference figure, such that you could

Page 30

1       evaluate the dispersion of the optic

2       axis.

3                   But sometimes the dispersion

4       of the optic axis is an extremely

5       important variable in telling one mineral

6       from the other.

7                   You know, there are 5,000

8       different minerals, and you need a lot of

9       different qualities of these and

10      properties if you have a material whose

11      identity you do not know.

12                  So that these are the

13      properties that I teach my students in

14      using the polarized light microscope.

15      These are the properties that are

16      described for every mineral in every

17      reference book for optical mineralogy.

18      They're all given, and so that you can

19      evaluate them and should attempt to

20      evaluate them if you have an unknown.

21                  In the analysis of building

22      materials for asbestos, of course they do

23      not do all of these materials because

24      they have a set of -- they have a

Page 31

1          material in which things have only -- are

2          only there because they were added, and

3          so you kind of know that they needed to

4          be a commodity in order to be there.

5                    So it's not -- you don't have

6          the world of 5,000 minerals to choose

7          from among.  But nonetheless, if you have

8          an unknown, you certainly should --

9          should attempt to look at these and

10         determine that if you think there's

11         chrysotile that they are consistent with

12         that.

13    BY MR. PLACITELLA:

14         Q.      Well, let me ask the question this

15    way.

16                    In analyzing cosmetic talc for the

17    presence of chrysotile asbestos, do you use every

18    one of these 11 properties in making your

19    analysis?

20         A.      I'm not an analyst, as you know.  I

21    look at materials for their characteristics, for

22    the presence of asbestos, and of course I try to

23    identify the minerals that are present.

24                    So I will attempt to determine as

Page 32

1    many of these as I can if I have a material that

2    whose identity I don't know always.

3        Q.        Let me ask the question again.

4                When you're evaluating materials,

5    specifically cosmetic talc, for the presence of

6    chrysotile asbestos, do you use each and every one

7    of these properties?

8                        MR. HYNES:  Asked and

9            answered.

10                       THE WITNESS:  I don't do

11           routine analysis of cosmetic talc.  I'm

12           -- if I have a cosmetic talc and it has

13           an unknown material in it, of course I

14           will attempt to use all of these

15           properties.

16    BY MR. PLACITELLA:

17        Q.        When is the last time you used all

18    of these properties in evaluating a talc sample to

19    determine whether or not it has asbestos?

20        A.        I'm not an analyst.  I don't do

21    analysis at this point in my life, as you know.

22                So the last time I -- I mean, when I

23    was looking and studying industrial talcs,

24    whatever talcs people would send me in the '70s

Page 33

1   and '80s, I always used all -- as many of these as

2   I can measure.

3       Q.      Am I -- is it a subjective judgment

4   call as to what properties you should be looking

5   at in a particular sample to determine whether

6   there's chrysotile asbestos in that sample?

7       A.      No.

8                   MR. HYNES:  Object.

9   BY MR. PLACITELLA:

10      Q.      Is it your opinion that, regardless

11  of your criticism of what properties were

12  considered, Dr. Longo's method produced enough raw

13  data for you to determine whether the talc sample

14  contained chrysotile?

15      A.      Yes.

16      Q.      So regardless of your criticism, the

17  methodology used by Dr. Longo produced enough raw

18  data for you to exercise your own professional

19  judgment to determine whether that data

20  demonstrated if there was asbestos or not in the

21  Johnson's Baby Powder, correct?

22                  MR. HYNES:  Object to form.

23                  THE WITNESS:    Perhaps I

24      should say this again.

Page 34

1                      These properties are used to

2          identify what is there, not to identify

3          what's not there, in a sense.

4                      So there is sufficient

5          information provided in his reports to

6          let me know that he did not have material

7          that were consistent with the optical

8          properties of chrysotile.

9    BY MR. PLACITELLA:

10        Q.      So let me -- just so the record is

11   clear.

12                   Regardless of your criticism on this

13   part of your report, Dr. Longo -- the methods

14   Dr. Longo used generated enough sufficient raw

15   data for you as an independent scientist to

16   determine whether, in your opinion, that that

17   product contained chrysotile asbestos.

18                      True?

19                      MR. HYNES:  Objection to form.

20                      THE WITNESS:   He provided a

21          lot of raw data, and that data was

22          sufficient for me to determine that they

23          were -- the data were inconsistent with

24          chrysotile.  Not what they -- not what

Page 35

```
 1          the material is necessarily, but they
 2          were inconsistent with chrysotile.
 3   BY MR. PLACITELLA:
 4        Q.      And that's based upon your
 5   independent professional judgment and experience,
 6   correct?
 7        A.      Correct.
 8        Q.      Okay.  Is there any published
 9   literature or standard that states that when
10   looking at chrysotile -- when looking at cosmetic
11   talc, when analyzing cosmetic talc, you should
12   look at every one of these properties when using
13   PLM to determine if that product contains
14   chrysotile asbestos?
15                    MR. HYNES:  Asked and
16          answered.
17                    THE WITNESS:   I'm not sure
18          what's different about what you're asking
19          me.
20                    Are you asking me about all
21          the formal methods that are out there?
22          Or what are you asking me?
23   BY MR. PLACITELLA:
24        Q.      I'm asking you whether there is any
```

Page 36

1   published literature that states that when looking

2   at a sample of cosmetic talc to determine whether

3   it has -- contains chrysotile asbestos, you should

4   evaluate each and every one of these properties.

5                       MR. HYNES:  Same objection.

6                       THE WITNESS:   I don't think

7          there are any standards specifically for

8          cosmetic talc, but maybe there are and

9          I'm not aware of them.

10                      So the answer is, I guess, I

11         don't know.

12  BY MR. PLACITELLA:

13      Q.      Okay.  I want to go to -- and I'm

14  going to skip around your report because really

15  the purpose of this deposition is just to better

16  understand the substance of your report.  Okay?

17                      So I'm not going to ask you about

18  every little thing, just things that...

19                      On page 6.5, you talk about

20  recommendations for using different oils, correct?

21      A.      I don't think he's got the same

22  thing I have here.  It looks like he has a

23  different.

24                      Okay.  I'm sorry.  "Instead of the

Page 37

1    recommended two or three." Yes. Okay. Uh-huh.

2        Q.      Okay. And you cite to a specific

3    article for that proposition, correct?

4        A.      A book.

5        Q.      Oh, that's a book?

6        A.      It's a book.

7        Q.      Okay. Are there any government or

8    ASTM standards that require the two or three

9    different oils when making this kind of

10   evaluation?

11       A.      What do you mean by "this kind of

12   evaluation"?

13       Q.      Evaluating and looking at the sample

14   -- the information that's produced here to

15   determine whether there was chrysotile in cosmetic

16   talc.

17       A.      Again, I don't think there are any

18   standards specifically for cosmetic talc.

19              Are there any analytical standard

20   approaches that are specific for cosmetic talc?

21       Q.      That's what I'm asking you.

22       A.      Well, I'm not a professional

23   analyst. So I'm not aware of any standard -- any

24   standard methods for the analysis of cosmetic talc

Page 38

1   that have been published by ASTM.

2          Q.       Okay.

3          A.       I mean, maybe there are.  I'm just

4   not aware of them.

5          Q.       On page 6.8, you state --

6          A.       Okay.

7          Q.       -- "For all minerals and oils, the

8   'index of refraction' on the label or in reference

9   texts."

10                  Do you see that?

11         A.       Yes.

12         Q.       What reference texts are you

13  referring to?

14         A.       All books that mineral --

15  mineralogical books that give optical information

16  on minerals, and that can be from general books in

17  the Deer/Howie assessment series, Bloss's books,

18  Phillips and Revell, the optical properties of

19  minerals, mineralogy texts.  Any kind of

20  mineral -- any kind of text that provide

21  information on the index of refraction of minerals

22  is what I am referring to there.

23         Q.       Okay.  Now, in your report, you

24  criticize Dr. Longo in various contexts about the

Page 39

1    number of mineral oils used.

2                  You recall that?

3        A.       I made a comment to the effect that

4    if he had measured in more than one oil, he would

5    have had a better shot at getting a correct answer

6    for the index of refraction at the D line.

7        Q.       Okay.  Well, that's what I'm trying

8    to understand.

9                  Because don't you say here in this

10   page that is up on the screen that he used two

11   oils?

12       A.       Yes, he did, but the problem with

13   the two -- and I analyzed the two and demonstrated

14   that they showed you that the index of refraction

15   was much higher than he concluded.  Because he did

16   have two oils and I was able to, you know, take

17   advantage of that.

18                  But it still leaves uncertainty when

19   they are far away from the D line.  So you're much

20   better off if you have one on one side and one on

21   the other, and that's a little bit why I said two

22   or three.

23                  You know, if you had 1.550, 1.552,

24   and 1.554 you wouldn't really gain much

Page 40

1    information.  So you need to have the three oils

2    that are a little bit further apart, and one on

3    one side of the D line and one on the other would

4    be ideal.  That's the way I taught my students.

5          Q.      Okay.  That's what I'm trying --

6    that's what I'm trying to understand.

7                  Because early in your report you

8    said he only used one oil, here you said he used

9    two oils, and then elsewhere in your report you

10   said he used three oils.

11                 So I'm trying to understand what

12   your criticism is.

13         A.      He never used --

14                 MR. HYNES:  Objection to form.

15   BY MR. PLACITELLA:

16         Q.      Did he use one, two, or three oils?

17                 MR. HYNES:  Objection to form.

18                 THE WITNESS:   He never used

19           three oils.  He used only 1.550 and

20           1.560, as far as I know.

21                 But he didn't record and

22           compile information together.  In order

23           to really use dispersion staining

24           properly, you have to look at what you

```
                                            Page 41

 1          found, the colors in one -- in one oil

 2          and you have to look at how -- what you

 3          found in the other oil.

 4                    And you have to put those

 5          together to produce a dispersion for the

 6          mineral so you can accurately determine

 7          the index of refraction at the D line.

 8   BY MR. PLACITELLA:

 9        Q.      Okay.  So when you say early on he

10   only used one oil, was that a mistake?

11                    MR. HYNES:  Objection to form.

12          Misstates testimony.

13                    THE WITNESS:   I don't

14          understand what you mean by "mistake."

15                    He only used one oil in any of

16          his analyses.  Sometimes it was 1.550 and

17          sometimes it was 1.560, but he never used

18          in a single study both oils at the same

19          time and compiled the dispersion staining

20          colors from the two in such a way that he

21          would learn more about the index of

22          refraction of the material he was using.

23   BY MR. PLACITELLA:

24        Q.      Okay.  Let me just take a little
```

Page 42

1    deeper dive on that.

2                  So I'm going to page 6-10, Exhibit

3    6.10, which is page 10 on your report.

4         A.      Yes.

5         Q.      Okay.  In this, you see the section

6    that's up on the screen, Dr. Wylie?

7         A.      Yes, uh-huh.

8         Q.      It says:

9                  "In some of the MAS optical data

10   sheets, specific values for the parallel and

11   perpendicular to elongation are provided; in

12   others, one can only estimate the value."

13                 You see that part?

14        A.      Yes, uh-huh.

15        Q.      Okay.  And so was a comparison done?

16        A.      I'm sorry.  I don't understand.  Did

17   he do --

18        Q.      Well --

19        A.      -- a comparison between his 1.55?

20        Q.      Yeah.

21        A.      Well, he made some interesting

22   comments about how the different oils affected his

23   results, but he never used the two together to

24   augment his -- at least nothing I saw.  I don't

Page 43

1   know actually how he went from his dispersion

2   staining color to his index of refraction without

3   two oils but -- so I don't know whether I've

4   answered your question.

5       Q.      You don't know exactly what he did?

6       A.      No, I don't know what he did.  I

7   don't know what he did, no.

8       Q.      Okay.  And you do say:

9               "In some of the MAS optical data

10  sheets."

11              You see that sentence there?

12      A.      Yes.  Yes.

13      Q.      So his optical data sheets were

14  sufficient for you to draw your own conclusions;

15  is that fair?

16      A.      Well, okay.  So let's make sure that

17  we're talking about the same thing.

18              In his optical data sheets, he gave

19  a lambda zero parallel and he gave a lambda zero

20  perpendicular, and those information that he

21  provided not in all of the optical data sheets

22  actually, only on some.  And there were a couple

23  in which he had them for every particle, but there

24  were some that he only had them for one particle.

Page 44

```
 1    I mean, it was -- it was not always present.
 2                    But those were not two oils.  I
 3    mean, I'm a little confused.  Those were parallel
 4    and perpendicular in a single oil, and he gives
 5    the lambda zero for those.
 6         Q.      But my question to you is:  He
 7    generated enough raw data here using the
 8    methods -- his methods for you to draw your own
 9    independent conclusion?
10         A.      Yes, that's correct.
11         Q.      Is that correct?
12         A.      Yes, that is correct.
13         Q.      Okay.  All right.  So the
14    methodology that he used in generating the data
15    was sufficient for you to exercise your own
16    independent judgment and provide your own
17    opinions, correct?
18                        MR. HYNES:  Form.
19                        THE WITNESS:  He -- by and
20            large, I would say that was correct.  It
21            was -- he gave me enough information to
22            know that I did not understand how he was
23            utilizing dispersion staining to obtain
24            the data that he obtained.
```

Page 45

```
 1              So if that's what you're
 2        asking me, the answer is yes.
 3  BY MR. PLACITELLA:
 4        Q.      Okay.  And let me just go down a
 5  little bit further.
 6              The next paragraph you say:
 7              "I would note that they are a bit
 8  more orange than I would expect."
 9              Do you see that section?
10        A.      Yes.
11        Q.      Okay.  And does the fact that the
12  dispersion staining colors are a bit more orange
13  than you would expect, did that prevent you from
14  drawing conclusions based upon the data provided?
15        A.      It didn't matter in this case
16  because all of the particles are the same strange
17  orange.  So the talc particles are also a bit more
18  orange than I would have expected.
19              So, no, I was able to draw that
20  conclusion.
21        Q.      But based upon the methodology that
22  Dr. Longo used to generate the data he did, you
23  were able to exercise your own expert opinions and
24  draw your own conclusions, correct?
```

Page 46

1              MR. HYNES:  Form.

2              THE WITNESS:   I was able to

3         draw my own conclusions about the

4         similarity of color, even though it was

5         strange, among all the particles, yes.

6    BY MR. PLACITELLA:

7         Q.     Okay.  And, in fact, you say:

8              "What is clear, however, is that all

9    particles that have the same dispersion staining

10   colors."

11             You state that, correct?

12        A.     Correct.

13        Q.     All right.  So to me that implies

14   that you had enough information -- when you say

15   "what is clear" that you had enough information

16   from the data that was generated to draw your own

17   independent opinions, correct?

18        A.     It's clear, yes.  Particles had the

19   same dispersion staining colors and, therefore,

20   the same lambda zeros and, therefore, the same

21   index of refraction at lambda zero, yes.

22        Q.     So I want to go to figure -- page

23   6.11.

24        A.     Okay.

Page 47

1          Q.      Can you see that?

2          A.      Yes.

3          Q.      Now, this is a -- this is a -- I

4     don't want to characterize it.

5                  What is this in front of you?

6          A.      It's a dispersion -- central-stop

7     dispersion staining microphotograph.

8          Q.      Okay.  In this picture, the

9     methodologies used to create this picture were

10    sufficient for you to draw your own independent

11    judgment about what this picture shows, correct?

12         A.      Yes.

13         Q.      Okay.  And what colors are you

14    seeing in this picture?

15         A.      Well, I'm seeing various shades of

16    orangey-yellow and I'm seeing shades of blue/light

17    blue color.  I see two basic colors.

18         Q.      Did you -- did you need to look

19    under the microscope itself in order to conclude

20    that you disagreed with Dr. Longo?

21         A.      About what?

22         Q.      About what this demonstrates, what

23    this shows.

24                 Is the picture enough, or did you

Page 48

1    have to go -- did you need to look under the

2    microscope yourself in order to come to the

3    conclusion?

4         A.      In this case, the pictures are quite

5    clear.

6         Q.      So if someone took the position in a

7    court that in order for Dr. Wylie to make a

8    determination she had to look in the microscope

9    itself, that would be incorrect?

10                    MR. HYNES:   Argumentative.

11   BY MR. PLACITELLA:

12        Q.      Correct?

13                    MR. HYNES:  Overbroad.

14                    THE WITNESS:   It would have

15           -- if I had been sitting with him, I

16           would have asked him a lot of questions,

17           I can tell you that, that would have

18           perhaps clarified for me how he got the

19           information that he did.

20                    So this picture is clear

21           enough for me to conclude that the

22           particle that is labeled as chrysotile

23           has essentially the same dispersion

24           staining colors as the particles that are

Page 49

```
 1          talc and that I don't need to go to the
 2          microscope to see that.
 3    BY MR. PLACITELLA:
 4          Q.      What questions would you have asked
 5    him as you were sitting next to him?
 6          A.      Well, I would have asked -- I would
 7    have loved to have looked at the light source to
 8    understand why the particles appear so much more
 9    orange.  I would have liked to have known that.
10               I would have liked to known at what
11    temperature this picture was taken.  There's no
12    indication of the temperature in many of the
13    samples.  I can't remember in this one in
14    particular, I have to say, but in many of his
15    pictures there's no temperature.  So that changes
16    the indices of refraction a little bit.
17               So those kinds of questions.
18               But fundamentally, the particle
19    that's labeled here has the same indices of
20    refraction as the other particles in that field,
21    unless they're the blue ones, but the orange ones,
22    and I would not need to go to the microscope to
23    determine that that was true.
24          Q.      Okay.  I'm going to go to 6.12.
```

Page 50

1          Can you see that?

2     A.     Yes.

3     Q.     Okay.  Does this picture provide you

4  -- does the method that Dr. Longo used to generate

5  this picture provide you enough information to --

6  to exercise your own independent judgment as to

7  what this picture demonstrates?

8     A.     How I would interpret it, I can

9  interpret -- I can interpret this photograph, yes.

10     Q.     Okay.  And what -- what colors do

11  you see in this photograph?

12     A.     Well, I see various shades of

13  yellow, a little bit of blue.

14          I'm looking at my hard copy because

15  it's a little bit bigger, but it's the same

16  picture.  I'm just looking over here.

17          So that's what I see.

18     Q.     And do different scientists based

19  upon their training and experience often see

20  differences in colors when they're looking at a

21  photograph like this?

22               MR. HYNES:  Calls for

23     speculation.  Overbroad.  Vague.

24               THE WITNESS:   I have no idea

Page 51

1          what other people would see.  My -- my --
2          I don't know.
3   BY MR. PLACITELLA:
4        Q.      Okay.
5        A.       I don't see why they would.
6        Q.       Well, part of what -- when you're
7   looking at a photo like this, part of what you
8   bring to this photograph is your years of
9   experience and judgment, correct?
10        A.       That would be correct.
11        Q.       So somebody with less experience
12   and -- excuse the phrase -- years of experience
13   might see something different in terms of color?
14        A.       I have no idea.  I don't see why
15   but...
16        Q.       Let's go to 6.13.
17                 Now, 6.13, what colors do you see
18   there?
19        A.       I see a blue, a bright bluish -- sky
20   bluish color, and I see a yellowish golden,
21   yellow.
22        Q.       Okay.
23        A.       Yes, yellowish-golden.
24        Q.       Give me a second here.

Page 52

1              In your commentary to this photo,
2    you talk about a -- is this a third oil or a
3    second oil?
4         A.     This is 1.560.
5         Q.     Okay.  And is this oil recognized by
6    experts as an oil that will help provide
7    scientific data?
8                    MR. HYNES:  Vague.  Overbroad.
9         Calls for speculation.
10                   THE WITNESS:   (Laugh).  I
11        mean, yeah, I can't answer that question.
12        Please be a little more specific.
13        Provide information about --
14   BY MR. PLACITELLA:
15        Q.     Have you ever used the 1.560 oil --
16        A.     Sure.
17        Q.     -- in your analysis --
18        A.     Yes.  Yes.
19        Q.     -- to the D line?  Okay.
20        A.     Yes.  Yes.
21        Q.     Go to 6.14.
22               On page 614, you state:
23               "Our first conclusion from Figure 7
24   is that talc and 'chrysotile' are not

Page 53

1   distinguished from each other by MAS by dispersion

2   staining colors."

3                Do you see that?

4        A.     Yes.

5        Q.     What do you mean -- who's "our"?

6   What do you mean by "our"?

7        A.     It should have been "my."  I don't

8   know.  Sounds like a teacher.  Sounds like I was

9   in my teacher mode.  (Laugh).

10       Q.     Okay.  So no one else was assisting

11  you when you were doing this?

12       A.     No.  No.

13       Q.     Okay.  You indicate, and I blew it

14  up here:

15                "In my opinion, the colors in

16  Figures 7a and 7b are indicative of a mineral with

17  an index of refraction closer to 1.586 parallel to

18  elongation."

19                You see that?

20       A.     Yes.

21       Q.     Okay.  So am I correct that the

22  methodology used by Dr. Longo provides sufficient

23  data for you to reach the conclusion?

24                     MR. HYNES:  Form.

Page 54

1                    THE WITNESS:   I also need --

2           needed information about the dispersion

3           of the mineral, as I think I discuss

4           later on.

5                    But the talc is 1.586.  So

6           around plus or minus .002 I think maybe.

7           So that's what I was basically utilizing.

8                    The indices of refraction are

9           the same as the talc.  If the talc is

10          around 1.586, 1.585, then they are closer

11          to talc.

12   BY MR. PLACITELLA:

13        Q.      So you used your judgment and

14   experience and concluded that the index of

15   refraction at the D line is closer to 1.586 than

16   1.566, correct?

17        A.      Yes.

18        Q.      All right.  But you recognize that

19   others could disagree with your conclusion,

20   correct?

21        A.      I doubt it, no.

22                    MR. HYNES:  Calls for

23          speculation.

24   BY MR. PLACITELLA:

Page 55

1          Q.      No one else disagrees?

2          A.      Well, clearly Dr. Longo disagrees,

3   but remember that 1.586 is the index of refraction

4   of talc.

5                  So what I'm really -- and I go

6   through the analysis a little bit later, and I

7   used the dispersions possibilities for both talc

8   and chrysotile to extrapolate from the observation

9   of a lambda zero in 1.560 or 1.550 to the index of

10  refraction at the D line.

11                 So what I'm speaking about here is

12  that the indices of refraction are closer to talc,

13  and I don't think that any student that I've ever

14  taught would disagree with the fact that when the

15  indices of refraction are the same, the dispersion

16  staining colors are the same.

17         Q.      Am I correct it is based on your

18  professional judgment you believe in looking at

19  the colors in the D line that it's closer to 1.586

20  than 1.566?

21         A.      I agree.  Yes, I do.

22         Q.      Okay.  I'm going to page 6.17 of

23  your report.

24                 You indicate on 6.17 of your report

Page 56

1    that:

2              "These indices of refraction would

3    not correspond to indices of refraction required

4    for chrysotile."

5              Correct?

6         A.    That -- yes, that's what it says.

7    Yes.

8         Q.    Okay.  And, again, you disagree with

9    Dr. Longo based on the same data that he generated

10   and the scientific method that he employed,

11   correct?

12        A.    I do not know what scientific method

13   he employed, frankly.  As I told you before, I

14   don't know how he extrapolated from the

15   observation in the 1.550 or 1.560 to the D line.

16   I don't know how he did that.

17        Q.    Okay.

18        A.    So I don't -- I can't.

19        Q.    So you're not offering an opinion on

20   that?

21        A.    No.

22        Q.    All right.  So what you can state

23   that you disagree with Dr. Longo based upon the

24   data that he generated that you were able to

Page 57

1    observe, correct?

2         A.        That's correct.

3         Q.        Okay.  I'm going to the next page

4    6.18.

5                   You indicate -- I'm just looking at

6    the last highlighted sentence.

7                   By the way, does this indicate he

8    was looking at two oils?

9         A.        No.

10        Q.        So it's your opinion he's only

11   looking at one oil?

12        A.        My opinion?  He states it on every

13   photograph what oil he was in.

14        Q.        Okay.  And you state:

15                  "We can use the dispersion staining

16   colors MAS reports parallel to elongation in

17   Series E oils 1.550 and 1.560 to test the

18   hypothesis that the dispersion of the particles

19   identified as chrysotile is very small, without

20   knowing the mineral or assuming its dispersion."

21                  Did you write that?

22        A.        Yes.

23        Q.        Okay.  And you conclude that you're

24   still able to use the dispersion staining oils of

Page 58

1    1.550 and 1.560 to reach conclusions that disagree

2    with MAS, correct?

3                          MR. HYNES:  Vague.

4                          THE WITNESS:  Yes.  I can use

5              the information I obtained from the two

6              oils to demonstrate that the dispersion

7              of the mineral under question is small,

8              and that's what I did.

9                          I don't know that -- that

10             Dr. Longo would disagree or agree with

11             me.  He never commented on the

12             relationship between the two oils, other

13             than to say something about the

14             birefringence changing from one oil to

15             the other.

16   BY MR. PLACITELLA:

17        Q.      Okay.  I'm on page 6.20.

18        A.      Okay.

19        Q.      You say:

20                "When the mineral is examined in two

21   different oils, it is clear also that the

22   MAS-reported indices of refraction are

23   inconsistent with the data provided."

24                Correct?

Page 59

1        A.        That's correct.

2        Q.        So you were able to look at the

3   results from two different oils, make a comparison

4   and draw your own conclusions --

5        A.        That's --

6        Q.        -- correct?

7        A.        That's correct.

8        Q.        Okay.  And that was based upon

9   methods that were used by Dr. Longo in generating

10  the data you rely upon, correct?

11                    MR. HYNES:  Form.

12                    THE WITNESS:   I was using the

13        raw data that he provided, yes.

14  BY MR. PLACITELLA:

15       Q.        And you have no problem with the raw

16  data, the method he used to generate that raw

17  data, do you?

18                    MR. HYNES:  Form.  Vague.

19                    THE WITNESS:  Well, other than

20        the strangeness of the light

21        illumination, I would say that's correct.

22  BY MR. PLACITELLA:

23       Q.        Okay.  Even with the strange light,

24  that didn't interfere with your making your own

Page 60

1    independent judgment and offering your own

2    opinions on what the raw data showed, correct?

3         A.    That's correct.

4         Q.    Going to page 6.24.

5               You indicate -- and I've highlighted

6    it:

7               "It is common practice among optical

8    mineralogists when observing particles immersed in

9    oils to 'tap the slide' to encourage particles to

10   rotate along -- around the long axis and to change

11   orientation."

12              Do you see that?

13        A.    Yes.

14        Q.    And do you have any evidence that

15   was not done in this case?

16        A.    I have no evidence that it was done,

17   no.

18        Q.    One way or the other?

19        A.    One way or the other.

20        Q.    That practice, is that published in

21   any standard or text?

22        A.    I have no idea.

23        Q.    Page 6.26.  You state on page 6.26:

24              "The assertion by MAS that the

Page 61

1  variations it observed are due to chemical

2  variability is not supported by chrysotile from

3  any other source and is directly contradicted by

4  the data of McCrone."

5              You see that?

6      A.      Yes.

7      Q.      What data of McCrone are you

8  referring to?

9      A.      He has a table that provides the

10 lambda zeros parallel and perpendicular to

11 chrysotile from many, many locations throughout

12 the world.

13     Q.      Is that -- and what specific

14 publication should I look at if I wanted to go see

15 what you were referring to?

16     A.      Well, there's two.  One of them he

17 wrote a paper.  I didn't actually use that one.  I

18 used "The Particle Atlas" for that information.  I

19 think that's the name of it.  I referenced it.

20     Q.      Okay.  And you go on to say:

21              "It is my opinion that the particles

22 are talc, not chrysotile, and variations are due

23 to orientation."

24              You see that?

Page 62

1          A.      Yes.

2          Q.      First of all, what do you mean by

3     "due to orientation"?

4          A.      Well, I discussed it in the report.

5     Certain materials, certain minerals, depending on

6     how they are oriented on the slide, will change a

7     lot of their properties depending upon

8     orientation.

9                  The indices of refraction will range

10    within limits.  The extremes are set but -- by

11    chemistry, but within limits they will vary

12    according to the orientation.  And you could see

13    that if you -- you could see that.

14         Q.      Okay.  And so what you're indicating

15    is that, based on your opinion, particles are talc

16    and not chrysotile, and that's based upon your

17    independent judgment relying upon the materials

18    Dr. Longo supplied to you, correct?

19         A.      That's correct.

20         Q.      I'm going to page 6.30 of your

21    report where it talks about Calidria.

22                 Let me know when you're ready.

23         A.      I'm ready.

24         Q.      Okay.  You say:

Page 63

1              "The optical data MAS has presented

2    for the Coalinga chrysotile is not for chrysotile

3    at all."

4              You see that?

5         A.      Yes.

6         Q.      What do you mean by that?

7         A.      It means that the indices of

8    refraction that are consistent with the dispersion

9    stain and colors of the material that he

10   identifies are not consistent with the chrysotile

11   from Coalinga.

12        Q.      Okay.  And what's the basis for that

13   statement?

14        A.      McCrone's data on Coalinga.  My own

15   observations of Coalinga.

16        Q.      So you have -- yourself have

17   analyzed Coalinga under a microscope?

18        A.      Yes.

19        Q.      Okay.  And when is the last time you

20   did that?

21        A.      It says it right there.  The first

22   sentence in this that you've got up there.

23              I looked at Coalinga about six

24   months ago maybe.

Page 64

1          Q.        And what was the source?  Where did
2   you get that from?
3          A.        In my collection.
4          Q.        In your collection?
5          A.        At the University of Maryland's --
6          Q.        Where did it come from?
7          A.        -- collection.
8                    Sorry.  I'm sorry to interrupt you.
9                    The University of Maryland's
10   collection.
11          Q.        Do you know when that Coalinga that
12   you analyzed came into possession of the
13   University of Maryland?
14          A.        1978.
15          Q.        So how do you know that's consistent
16   with what came out, for example, in 1995 for the
17   same mine?
18          A.        Well, of course I don't, and the
19   deposit could vary to some extent depending upon
20   where they were mining it.  So it's not -- there
21   could be variations in the trace minerals, but
22   there isn't any variation that I have seen
23   indicated for the chrysotile itself.
24          Q.        You don't know whether the Coalinga

Page 65

1    that Dr. Longo was preparing to stain was the same

2    that you had previously analyzed, do you?

3         A.     No.

4         Q.     How big is that Coalinga mine?  Do

5    you know?

6         A.     No.

7         Q.     Do you know what -- would the

8    properties potentially change based upon the depth

9    from which the sample is taken?

10        A.     I don't know.  I know nothing about

11   the mine, no.

12              There is a description of the mine

13   that suggests there's lateral variation in some of

14   the trace minerals, but that's the only thing that

15   I know.

16        Q.     Okay.  On 6.30 and 6.31 you talk

17   about temperature.  You mentioned that before.

18              You see at 6.31 you say:

19              "Measurement and correction for

20   temperature is standard procedure in optical

21   mineralogy, yet there is no indication if or how

22   temperature corrections were made in the MAS

23   reports."

24              You see that?

Page 66

1          A.       Yes.

2          Q.       Okay.  Do you have any evidence that

3    the temperature variation would have influenced

4    your interpretation of a material that you were

5    provided?

6                         MR. HYNES:  Form.

7                         THE WITNESS:   No.

8    BY MR. PLACITELLA:

9          Q.       Okay.  By the way, you don't have

10   any evidence this was not done in this case,

11   correct?

12                        MR. HYNES:  Form.

13                        THE WITNESS:  No.  It isn't

14           indicated anywhere.  And the pictures are

15           labeled oil 1.550, and if the temperature

16           is 21, it's not 1.550, it's 1.552.

17                        So I guess I would have

18           expected some commentary somewhere, but

19           it's possible they were making these

20           temperature corrections and I just didn't

21           know it.

22   BY MR. PLACITELLA:

23         Q.       All right.  But regardless of your

24   comment about temperature, you were still able to

Page 67

1    take the materials that were generated by

2    Dr. Longo and draw your own independent opinions,

3    correct?

4         A.      Yes.  I assumed that he was

5    operating at 21 degrees.

6         Q.      I want to go to 6.35.

7                 See, I'm getting through this fast,

8    right?

9         A.      Yeah.

10        Q.      All right.  You indicate on page

11   6.35 that:

12                "In the reports, MAS says it heated

13   the samples but the temperatures given are

14   variable, and include 400C, 425C, 480C, and 400F.

15   It is not clear why MAS does not follow the

16   recommendations of the ISO method."

17                Do you see that?

18        A.      Yes.

19        Q.      What ISO method are you referring to

20   and why do you say they're not followed?

21        A.      There's a discussion in the ISO

22   method -- and, I'm sorry, I don't remember the

23   numbers -- 222 something or the other where it

24   talks about the importance of heating samples in

Page 68

1    advance of analysis to temperatures that would

2    remove organic components that, you know, a piece

3    of cotton or a bat piece, whatever, anything like

4    that.  And it's very explicitly stated in there

5    the temperature that should go to 480C.  As I

6    recollect 480.  I don't have it in front of me,

7    but it recollects it very clearly.

8         Q.      Okay.  And what I'm trying to

9    understand is:  Regardless of this comment, you

10   were still able to take the data that was

11   generated using the methodology employed by

12   Dr. Longo and reach your own independent opinions,

13   correct?

14        A.      That's correct.

15        Q.      So whether or not he followed the

16   recommendations of ISO, you were given enough

17   information to draw your own independent

18   conclusion that disagreed with Dr. Longo, correct?

19        A.      That's correct.

20                    MR. HYNES:  Form.  Overbroad.

21                    THE WITNESS:   That's correct.

22   BY MR. PLACITELLA:

23        Q.      Okay.

24        A.      I mean, pretty correct.

Page 69

```
 1        Q.      You indicate further down -- by the
 2   way, whenever you want to take a break, just let
 3   me know.  I'm trying to power through this but...
 4        A.      Okay.
 5        Q.      So we've been going now about an
 6   hour and 15 minutes.  You want to keep going or do
 7   you want to take a couple minutes?
 8                      MR. HYNES:  You want to take
 9        five?
10                      THE WITNESS:   Five minutes.
11                      MR. PLACITELLA:  Sure.
12                      MR. HYNES:  I'll be right
13        back.
14                      THE COURT REPORTER:  Off the
15        record at 10:15 a.m.
16                      (Recess.)
17                      THE COURT REPORTER:  Back on
18        the record at 10:23 a.m.
19   BY MR. PLACITELLA:
20        Q.      All right.  I'm still on page 6.35
21   of your report.
22                      You indicate:
23                      "Unless size reduction alters the
24   atomic structure of the material, which is
```

Page 70

1    unlikely if grinding is done under liquid nitrogen
2    as described, indices of refraction and associated
3    dispersion staining colors will not change."
4                   You see that?
5         A.        Yes.
6         Q.        Do you know what the grinding
7    process was for the Johnson's Baby Powder?
8         A.        That MAS used?
9         Q.        Well --
10        A.        Are we talking about MAS --
11        Q.        Yes.
12        A.        -- use --
13        Q.        Yeah.
14        A.        -- or what's used in the mine?
15                  I'm not sure I --
16        Q.        Let's start with MAS.
17        A.        I think he -- I think he said a ball
18   mill, but I'm not -- he might have said a disc
19   mill.  I can't remember exactly.  He said he used
20   liquid nitrogen, but he didn't give the length of
21   time for the milling.
22        Q.        Okay.  Does that matter?
23        A.        Yes.
24        Q.        Why does that matter?

Page 71

1          A.        Well, if you, you know, mill
2    something for 10 hours in a ball mill, you might
3    damage it.  It's very mineral-specific,
4    time-specific, temperature-specific,
5    sample-specific.  So I don't know for sure.
6          Q.        Okay.  You also indicate:
7                    "Ball milling can be destructive to
8    the atomic structure of minerals if it persists
9    for many hours, but details of this 'study' are
10   not provided."
11                   Do you need that information in
12   order to reach a conclusion in this case?
13         A.        MAS seems to indicate that by
14   milling, the indices of refraction have changed.
15   That's not possible unless the atomic structure of
16   the mineral has been destroyed in the milling
17   process.  So either he's incorrect or he has --
18   it's no longer what he thinks it is because the
19   atomic structure has been destroyed.
20         Q.        So are you familiar with the ball
21   milling process that Johnson & Johnson uses at the
22   mine in order for it to create the end product?
23         A.        No.
24         Q.        Does the ball milling process have

Page 72

1    the capacity to change the ability to detect
2    chrysotile asbestos in the final product by PLM?
3         A.      Well, that's a very interesting
4    question.  (Laugh).  I'm not sure that I know the
5    answer to that.
6              I guess my instinct would say that
7    would be no, but I'm not familiar enough to be
8    able to answer specifically.
9         Q.      Well, could you -- could the ball
10   milling process grind the fibers down to a size
11   that PLM would not pick it up?
12        A.      I don't think so, no.
13        Q.      Okay.  And what's your basis for
14   that statement?
15        A.      Well, mineral products that come out
16   of mines are almost always ground by one milling
17   process or the other in ball mills, rod mills.
18   And, generally speaking, the milling process in
19   the mining as part of mining has no impact on the
20   indices of refraction of the material.
21        Q.      So the index of refraction will not
22   change regardless of particle size.
23              Is that your testimony?
24        A.      That's correct.

Page 73

1      Q.      You indicate at the bottom of 6.35:

2              "Chrysotile fibrils are most readily

3      identifiable by transmission electron microscopy

4      (TEM).

5              And then you go on to explain that.

6              Do you see that?

7      A.      Yes.

8      Q.      You then say:

9              "Why MAS did not use TEM to confirm

10     the presence of chrysotile in all samples is not

11     clear."

12             You see that?

13     A.      Yes.

14     Q.      You go on to say:

15             "Were I concerned about the presence

16     of chrysotile, I would certainly use TEM and not

17     light microscopy."

18             Correct?

19     A.      Yes.

20     Q.      But you never did that yourself

21     ever --

22     A.      I'm not --

23             MR. HYNES:  Objection to form.

24     BY MR. PLACITELLA:

Page 74

1          Q.       -- correct?

2                        MR. HYNES:  Objection to form.

3                        THE WITNESS:   I'm not an

4          analyst.  I don't do commercial analysis.

5     BY MR. PLACITELLA:

6          Q.       Well, did you ever have an analyst

7     work for you --

8          A.       No.

9          Q.       -- and did you give them direction?

10         A.       No.

11         Q.       So when you say you're not an

12    analyst, then you're not capable of doing this?

13         A.       No.  I'm --

14                        MR. HYNES:  Objection to form.

15          Objection.  Argumentative.

16                        THE WITNESS:  No.  I don't --

17          I don't do it routinely.

18                        But if I were concerned about

19          the presence of chrysotile and there was

20          ambiguity in the optical information,

21          certainly I would confirm it by TEM

22          because it's such an easy confirmation.

23    BY MR. PLACITELLA:

24         Q.       But -- but you never did that in the

Page 75

1    samples that you analyzed for -- of Johnson &
2    Johnson's baby powder, correct?
3                        MR. HYNES:  Objection to form.
4                        THE WITNESS:   I testified to
5            you that I looked at two samples of
6            Johnson & Johnson's baby powder that were
7            part of the University of Maryland's
8            collection.  I didn't -- and I did not
9            use TEM.  I used only polarized light
10           microscopy.
11                      But I wasn't concerned --
12   BY MR. PLACITELLA:
13         Q.     By the way --
14         A.       -- about the presence of chrysotile.
15         Q.     By the way, did Johnson & Johnson
16   ever supply you with the TEM analysis of their
17   product that was done by McCrone?
18                      MR. HYNES:  Objection to form.
19           Overbroad.
20                      THE WITNESS:  No.
21   BY MR. PLACITELLA:
22         Q.     Were you aware before today that
23   McCrone conducted a TEM analysis on various
24   Johnson & Johnson talc samples?

Page 76

1          A.      Well, I think five years ago when

2    you took my deposition, you put a bunch of

3    analyses in front of me.  I don't remember whether

4    they were -- where they were from.  So I'm

5    assuming that's what you're referring to.

6               So the answer would be yes because

7    you told me.

8          Q.      Okay.  So since the deposition and

9    in preparation the last deposition, and this

10   report, Johnson & Johnson still has never given

11   you any of the McCrone test results, correct?

12         A.      Correct.

13         Q.      And you didn't think it was

14   important to look at the McCrone TEM test results

15   when criticizing Dr. Longo's report, correct?

16                    MR. HYNES:  Form.

17                    THE WITNESS:   That's

18          irrelevant.

19   BY MR. PLACITELLA:

20         Q.      If McCrone found -- well, we'll do a

21   little of that a little later.

22               Now, a couple of weeks ago, I saw

23   you at the hearing in Middlesex County, New Jersey

24   where Dr. Longo was testifying.

Page 77

1                   Do you recall that?

2         A.        Yes.

3         Q.        All right.  And that was before

4    Judge Viscomi?

5         A.        Yes.  Take your word for it.

6         Q.        Yeah.

7                   And what was your role at that

8    hearing?  Why were you there?

9                        MR. HYNES:  Vague.

10                       THE WITNESS:   I was there to

11          listen to Dr. Longo.

12   BY MR. PLACITELLA:

13        Q.        What was -- but what role did you

14   play?

15                  You weren't there for your own

16   information, correct?

17        A.        Well, partly, you know.  I wanted to

18   be sure that I would hear -- hear him what I

19   thought he was saying in his written reports.

20        Q.        Okay.  So you paid your own way to

21   go there?

22        A.        No.  No.

23        Q.        You paid -- were you compensated for

24   your time being there?

Page 78

```
 1          A.      I haven't billed it.
 2          Q.      Do you anticipate being compensated
 3   for your time being there?
 4          A.      Probably.
 5          Q.      Okay.  And I saw you sitting next to
 6   Dr. Su.
 7                  Do you recall that?
 8          A.      Yes.
 9          Q.      And what was his function there?
10          A.      You'll have to ask him.
11          Q.      You have no idea?
12          A.      I assume he was there for the same
13   reasons I was there, but I don't know.
14          Q.      Well, did Johnson & Johnson ask you
15   to go there?
16          A.      Yes.
17          Q.      Oh.  And --
18          A.      Excuse me.  They asked me if I
19   wanted to go.  Those were the exact words.  Did I
20   want to go.
21          Q.      And did you help -- you saw
22   Mr. Dubin asking Dr. Longo questions?
23          A.      I did.
24          Q.      Did you meet with Dr. -- with
```

Page 79

1    Mr. Dubin at all in reference to the testimony

2    that Dr. Longo provided?

3          A.        I had dinner with him but, no,

4    wasn't specific.  It was a social dinner.

5          Q.        So you had no substantive

6    conversations with Mr. Dubin about the testimony

7    that Dr. Longo was being provided?

8          A.        No.  I had dinner with him the night

9    before I heard anything from Dr. Longo.

10         Q.        Okay.  So you never debriefed with

11    J&J after Dr. Longo testified?

12         A.        Debriefed.

13         Q.        Yeah.

14                   Did you talk to J&J about what

15    Dr. Longo testified about?

16         A.        I don't think we actually probably

17    did discuss that much.

18         Q.        And I was observing.  I didn't see

19    you take any notes.

20                   You didn't take any notes in

21    relation to the testimony given by Dr. Longo?

22         A.        No.

23         Q.        Is there anything that Dr. Longo

24    said that concerned you?

```
                                        Page 80

 1                    MR. HYNES:   Objection to form.

 2         Vague.

 3                    THE WITNESS:    Concerned me

 4         about?  You mean about what he was

 5         concluding?

 6  BY MR. PLACITELLA:

 7         Q.     Yes.

 8         A.     Well, he was saying things that I

 9  don't think are true.

10         Q.     What did Dr. Longo testify to that

11  you disagreed with?

12         A.     He talked about the change in index

13  of refraction with particle size.  I heard that,

14  which I was astounded.

15                And he talked about seeing vague --

16  small amounts of color that no one else could see

17  in the dispersion staining colors.  He said he

18  would see a little red or something, and I didn't

19  -- I didn't understand that.

20         Q.     Anything else?

21         A.     He talked about the use of the

22  Michelle Levy chart and he didn't use it, and I

23  thought that was strange.  He understood it and

24  said that, I think, 90 percent of people do use
```

Page 81

1    it, but he doesn't, and I thought that was

2    interesting.  He didn't explain why, but I thought

3    that was sort of unusual.

4                    That's all I can remember right at

5    this moment.

6         Q.    Okay.  Is it fair to say that there

7    were opinions offered by Dr. Longo during that

8    testimony that you did not agree with?

9         A.    That would be correct.

10         Q.    Okay.  Can you tell me what

11   methodology Dr. Longo used in order to reach his

12   opinions that you disagreed with?

13         A.    I don't know what methodology he

14   used.

15                    MR. HYNES:  Form.

16                    THE WITNESS:  He observed a

17         dispersion staining color in a single

18         oil.  I do not know what methodology he

19         used to move from that observation to a

20         determination of the index of refraction

21         at the D line.  There is no methodology

22         described for doing that, and I don't

23         know what he did.

24   BY MR. PLACITELLA:

Page 82

```
 1         Q.      All right.  So you're not here to

 2   give an opinion on the methodology that Dr. Longo

 3   used in reaching his conclusion, correct?

 4         A.      I --

 5                    MR. HYNES:  Objection to form.

 6         Overbroad.

 7   BY MR. PLACITELLA:

 8         Q.      You're here to testify that you

 9   disagree with the conclusions based upon the data

10   that he generated, correct?

11                    MR. HYNES:  Objection to form.

12         Overbroad.  Misstates testimony.

13                    THE WITNESS:  Yes.  No, I

14         think that's not exactly correct.  I

15         mean, I've commented that he should have

16         -- the methodology that he used was

17         incorrect.

18                    It was -- he didn't look at

19         any of the optical properties of the

20         material he was calling chrysotile.  He

21         didn't measure the indices of refraction.

22         I'm sorry.  He didn't get a dispersion

23         staining color in more than one oil to

24         inform him.
```

Page 83

```
 1                  He did not provide information
 2         on the way he extrapolated from an
 3         observation in an oil to get to the value
 4         at the D line.
 5                  So I think his method --
 6         methodology is flawed.
 7    BY MR. PLACITELLA:
 8         Q.     The method that he used to generate
 9    the data that you draw your opinions on, was there
10    a problem with that methodology?
11                  MR. HYNES:  Form.  Asked and
12         answered.
13                  THE WITNESS:   I just
14         described to you the problem of the
15         methods that he was using.
16                  He gave enough information in
17         his raw data for me to determine that the
18         conclusions that he has drawn were
19         inconsistent with what I saw in the raw
20         data.
21                  The method that he used for
22         going from the raw data to his
23         conclusions are not clear, and they were
24         not stated.  They're not described.  I
```

Page 84

```
 1          don't know how he did that.

 2                    So I can only -- you know, I'm

 3          going to criticize the methodology in

 4          that regard because it's absent from his

 5          papers.  I don't know what he did.

 6   BY MR. PLACITELLA:

 7          Q.      So you can't comment on the exact

 8   validity of his methodology one way or another

 9   because you don't know what it was.

10                    Is that what you're saying?

11                    MR. HYNES:  Objection to form.

12                    THE WITNESS:  Yes, I can

13          comment because I can use independent

14          data and apply the data -- the raw data

15          that he provided, and I come to different

16          conclusions.

17   BY MR. PLACITELLA:

18          Q.      All right.  That's fair.

19                    So he used sound methodology in

20   order to provide data that you can rely upon to

21   come to a different conclusion; is that fair?

22                    MR. HYNES:  Objection to form.

23                    THE WITNESS:   I'm not going

24          to allow you to put the word "sound" in
```

Page 85

1          there because I've told you there's

2          issues with the light sources that I

3          don't understand and issues with not

4          using temperature, not putting his

5          samples through the high temperature

6          recommended by ISO.

7                    There's things that he didn't

8          do.  So.

9   BY MR. PLACITELLA:

10       Q.      Well, we went through all that.  I'm

11  not going to do that again.

12       A.      Okay.

13       Q.      So let me ask the question once.

14  Okay?

15       A.      Yes.

16       Q.      The methodology that he used was

17  adequate enough for you to draw your own

18  independent conclusions based upon the data that

19  was generated; is that fair?

20                    MR. HYNES:  Form.

21          Argumentative.  Asked and answered.

22                    THE WITNESS:   I think that's

23          fair.

24  BY MR. PLACITELLA:

Page 86

```
 1        Q.       Okay.  Did you discuss with Dr. Su

 2   the testimony of Dr. Longo?

 3        A.       Not exactly discussion.  I think we

 4   both expressed dismay at hearing what we heard.

 5        Q.       Well --

 6        A.       But we did not discuss it in detail:

 7   He said this.  What does this mean.  We did not

 8   discuss it in detail.

 9        Q.       So did you discuss it at the

10   courthouse, outside the courthouse, on the phone?

11   When did you discuss it?

12        A.       At the courthouse.

13        Q.       Okay.  And do you know if Dr. Su

14   ever looked at your report?

15        A.       I think he has it, but I don't know

16   whether he looked at it or not.

17        Q.       Did you ever look at Dr. Su's

18   report?

19        A.       I did.

20        Q.       And by the way, did Dr. Su -- did

21   you have any problem when you were talking to

22   Dr. Su understanding what he was saying to you?

23        A.       Generally, no.  Occasionally a word

24   here and there.  Generally, no.
```

```
                                           Page 87
  1        Q.       Did he have any understanding -- a
  2   problem understanding what you were saying to him?
  3        A.       I don't think so.
  4        Q.       Did you disagree with anything that
  5   Mr. Dubin was suggesting to the court?
  6                        MR. HYNES:  Objection to form.
  7          Vague.
  8                        THE WITNESS:  I can't answer
  9          that question.  I don't know what
 10          Dr. Su --
 11   BY MR. PLACITELLA:
 12        Q.       Well, do you remember when Mr. Dubin
 13   was taking the PowerPoint and changing the colors
 14   on the PowerPoint during his examination of
 15   Dr. Longo?
 16        A.       I do.
 17        Q.       Okay.  Is that a proper scientific
 18   method to employ when analyzing a sample?
 19                        MR. HYNES:  Objection to form.
 20          Vague.
 21                        THE WITNESS:  He wasn't
 22          analyzing a sample.  He was simply
 23          illuminating a photograph.
 24   BY MR. PLACITELLA:
```

Page 88

```
 1        Q.      So would you do -- is that something
 2   you would do, change the color for the photograph
 3   to make a point before a court?
 4                      MR. HYNES:  Objection to form.
 5           Argumentative.
 6                      THE WITNESS:   I saw no change
 7           of color.  I saw only change of
 8           intensity.
 9   BY MR. PLACITELLA:
10        Q.      So that's something you would do
11   before a court?  You would take an original
12   scientific document, and then you would change the
13   color before the court in order to make a point?
14                      MR. HYNES:  Objection.
15           Argumentative.
16                      THE WITNESS:   (Laugh).  I
17           wouldn't be there.  (Laugh).  I'm not a
18           lawyer.
19   BY MR. PLACITELLA:
20        Q.      Well, is that -- is that proper do
21   you think to go to a court and change the colors
22   of an original scientific document and suggest
23   that it shows something different?
24                      MR. HYNES:  Objection.
```

Page 89

1              Argumentative.  Assumes facts.

2                          THE WITNESS:   He didn't

3          change the colors.  He changed the

4          intensities.

5    BY MR. PLACITELLA:

6          Q.       Okay.  Was that okay by you?

7          A.       Well, the problem we have is that

8    what we have is printed pictures, and so they are

9    not the raw -- they aren't the negatives.  So I

10   don't know whether it's proper or improper.  You

11   know, if you had the negatives, then perhaps you

12   would be able to determine.

13               If you've ever worked with

14   photography, you know you can change the image by

15   the length of time that you expose and all those

16   other things.

17               So I can't really comment on whether

18   it's proper or not.  You know, it didn't change

19   the colors.  It only changed the intensity.  So I

20   don't see a violation of scientific principle

21   there, but maybe you could enlighten me.  (Laugh).

22         Q.       With all due respect, I'm asking you

23   to enlighten me.

24               Do you plan on going before Judge

Page 90

1    Viscomi or the MDL judge and changing the

2    intensity of the color in order to make your

3    point?

4                    MR. HYNES:  Objection to form.

5                    THE WITNESS:   I do not.

6    BY MR. PLACITELLA:

7        Q.      You indicated a number of times in

8    your report that you would require TEM testing to

9    verify the PLM results.

10                   You recall that?

11       A.      Yes.

12       Q.      Okay.  What specific TEM -- go

13   through the steps for me -- well, let's -- let's

14   back up.

15                   You're given a sample of Johnson's

16   Baby Powder and you're going to test it under PLM.

17   Walk through the steps for me that you're going to

18   use in order to run that test to see if it has

19   chrysotile asbestos.

20       A.      Chrysotile.

21                   I would put it in an oil that

22   matched talc and that way -- match talc gamma and

23   beta, and in doing that, I would be able to see

24   much more clearly materials that do not have the

Page 91

1    same indices of refraction of talc.  And they

2    would develop a high relief, and I'd be able to

3    see them.

4                    If I wanted to know what their

5    identity was, I would do all those things on that

6    list of 11 or 12 in the beginning of my report to

7    see if I could get interference figures.

8                    I would change the oils in the -- if

9    I found material that appeared to be fibrous,

10   let's just say for example, and I wanted to know

11   what it was, I would change the oils until I match

12   the oil in that material.

13                   I would examine -- so that -- that

14   would be what I would do.  Multi -- the multi-oil

15   approach.

16        Q.    That's it?

17        A.    If I'm looking for the presence of

18   chrysotile?

19        Q.    Yes.

20        A.    Yes, that would be what I would do.

21                   I would -- I would -- let me -- let

22   me go back a little bit.

23                   Chrysotile doesn't occur in

24   isolation.  Chrysotile fibrils don't just appear,

Page 92

1    and so they are associated with other forms of

2    serpentine, other materials perhaps.  And so I

3    would be looking for any possibility of

4    associations in the material to see if there was

5    any antigorite, lizardite, platy serpentine, that

6    sort of thing.

7              If I were going to court and I had

8    to prove the absence of something -- you know, you

9    can't prove the absence of something very well.

10   In fact, you can't prove the absence of anything,

11   scientifically speaking.  You can assign a

12   detection limit.

13             So depending upon the detection

14   limit and the interest, if I was trying to prove

15   absolutely the absence of chrysotile, I would go

16   to TEM.  Or if I were going to prove its presence,

17   I would go to TEM actually as a confirmation,

18   confirming approach.

19        Q.      I just want to make sure I

20   understand your testimony from earlier.

21             Is it your opinion that if

22   chrysotile asbestos is present in cosmetic talc,

23   you will see it using PLM?

24        A.      I didn't say that.

Page 93

1          Q.      Okay.  Well, let me back up then.

2                  What are the circumstances that you

3     will not find chrysotile that's present in

4     cosmetic talc using PLM?

5          A.      If the only thing that's present are

6     single chrysotile fibrils, you wouldn't see it.

7     Individual separated chrysotile fibrils, you would

8     not see it.

9          Q.      Does the grinding or ball milling

10    process affect the ability to see the product in

11    bundle versus individual fibrils?

12         A.      Well, that's a complicated question,

13    and I'm not sure that I can answer that so

14    generically.  Nor do I have detailed -- I haven't

15    looked at any studies.

16                 But my instincts would be to say no,

17    but I don't know for sure.

18         Q.      You don't know?

19         A.      I don't know for sure.

20         Q.      So you can't -- you can't testify

21    within a reasonable degree of scientific certainty

22    one way or the other?

23         A.      I think that's probably correct,

24    yes.

Page 94

1          Q.      So it is possible that the ball

2     milling process could cause any particular sample

3     to show fibrils versus a bundle depending on the

4     sample, correct?

5                         MR. HYNES:  Objection to form.

6                         THE WITNESS:   I don't know

7               that for sure.  I don't know that -- I

8               don't believe that you can separate

9               chrysotile fibrils from each other so

10              that there are no bundles by any milling

11              process.

12    BY MR. PLACITELLA:

13         Q.      Well, that's what I'm trying to

14    understand.  Let me tease that out a little bit.

15                    Do you believe there are

16    circumstances that you can find chrysotile fibrils

17    using TEM in cosmetic talc that you would not see

18    using PLM?

19         A.      I think if it's a contamination, the

20    answer would be yes.

21         Q.      When you say "contamination," what

22    do you mean by that?

23         A.      I mean it was in the air in the lab

24    or it was contaminated by some other process, but

Page 95

1    it was not part of the ore to begin with.  Then I

2    think, yes, I think you would not necessarily --

3    you might have chrysotile fibrils, a few here or

4    there, and you may not see it by polarized light.

5    You wouldn't see it.

6          Q.    So you would disagree with McCrone's

7    conclusions then that found chrysotile asbestos in

8    Johnson's talc that they said there was no

9    evidence of contamination?

10                    MR. HYNES:  Objection to form.

11         Assumes facts.

12                    THE WITNESS:   I don't know

13         anything about that.

14   BY MR. PLACITELLA:

15         Q.    Well, if that was the conclusion

16   reached by -- by McCrone in looking at Johnson's

17   talc, you would say McCrone is wrong?

18                    MR. HYNES:  Objection to form.

19         Assumes facts.

20                    THE WITNESS:   What year was

21         it?

22   BY MR. PLACITELLA:

23         Q.    Does it the matter?

24         A.    Yes.

Page 96

1        Q.      Why?

2        A.      Because chrysotile contamination was

3   everywhere in the '60s and '70s and '80s.  It was

4   in the air in every city.  It was in the dust on

5   every road.  It was on your clothes.  It was in

6   the Antarctic ice.  It was everywhere.

7                So it would make a lot of difference

8   on whether or not these analyses were done in the

9   '70s or '80s or '90s or whether they were done in

10   2020.

11       Q.      Well, suppose this analysis was done

12   with blanks and the blanks didn't show anything?

13                    MR. HYNES:  Objection.

14       Assumes facts.  Incomplete hypothetical.

15                    THE WITNESS:  The blanks

16        didn't show it.

17  BY MR. PLACITELLA:

18       Q.      Okay.  This is --

19       A.      It could have been on the filters.

20       Q.      -- what I understand.

21       A.      It could have been in the water.  It

22   could have been in a lot of places.

23       Q.      All right.  So tell me.  It's been

24   five years since we took the deposition.  I showed

Page 97

1    you some documents back then.  The whole issue

2    here you say -- I think you mention in your report

3    the word "McCrone" 23 times in your report.

4                    Is that accurate?

5        A.        You counted them.  Probably so.

6        Q.        Okay.  So why is it that you didn't

7    ask Johnson & Johnson for any of the McCrone

8    testing results from the products that you're

9    testifying about?

10       A.        I'm not testifying about any

11   products whatsoever.

12                  I'm talking -- I'm testifying about

13   a report and the techniques that were used in that

14   report and the conclusions that were drawn by the

15   report.

16       Q.        All right.  So you're not here to

17   testify one way or the other whether there is, in

18   fact, asbestos in Johnson & Johnson's talc,

19   correct?

20       A.        Correct.

21       Q.        You're not here to give any -- you

22   don't have any opinion one way or the other as to

23   whether Johnson & Johnson's talc is contaminated

24   with asbestos at the source mine, correct?

Page 98

1                    MR. HYNES:  Overbroad.

2                    THE WITNESS:   I see no

3        evidence to suggest that it is.

4    BY MR. PLACITELLA:

5        Q.       That wasn't my question.

6                 You're not here to provide any

7    testimony that the Johnson & Johnson talc or the

8    source mines were contaminated with asbestos or

9    not, correct?

10       A.       It's not part of my report.  So the

11   answer is yes, I am not here, or no, or whatever.

12   I'm not here to testify about that.

13                I'm testifying about the nature of

14   the methods and the conclusions that were drawn

15   from a set of analyses by MAS Laboratories.

16   That's it.

17       Q.       So the entirety of your testimony in

18   this case is based upon your observations the

19   conclusion of the raw data that was generated by

20   Dr. Longo in his PLM analysis of the Johnson's

21   talc; is that fair?

22                    MR. HYNES:  Objection to form.

23       Overbroad.

24                    THE WITNESS:   Sounds right.

Page 99

1    BY MR. PLACITELLA:

2         Q.      Okay.  And that would be the first

3    time that you disagree on the ultimate conclusions

4    or opinions based on raw data generated by a

5    scientist, correct?

6                        MR. HYNES:  Overbroad.

7                        THE WITNESS:   I think it is

8          probably the first.

9    BY MR. PLACITELLA:

10        Q.      The first time?

11        A.      Yeah.  (Laugh).

12        Q.      Okay.  Now, you've been -- you've

13   been working with Johnson & Johnson on the -- on

14   the issue of testing using PLM testing methods for

15   cosmetic talc going back to the 1980s, right?

16                       MR. HYNES:  Object to form.

17                       THE WITNESS:  No.

18   BY MR. PLACITELLA:

19        Q.      You never had interaction with

20   Johnson & Johnson going back to the 1980s about

21   what the proper methodology was for testing

22   cosmetic talc using PLM?

23        A.      If you're getting at the ASTM work I

24   did in the '80s, that's an industry group.  There

Page 100

1    may have been representatives from Johnson &

2    Johnson on that committee.  I really don't know.

3    I think you've told me -- in fact, I think you

4    told me in 2019 that there was someone on there

5    from Johnson & Johnson.

6                And I think that you showed me a

7    letter that he had written about the development

8    of this method.  I was working on the method for

9    ASTM.  I wasn't a member of ASTM.  I didn't go to

10   the committee meetings for ASTM.

11               They asked me if I would work on a

12   method for -- for detecting asbestos in talc

13   generally.

14               And so if that answers your

15   question, I think he did write me a letter, but I

16   really had no recollection of it.  And I didn't

17   work for them, and I didn't interact with them as

18   a company.

19        Q.     Well, they did ask you to change

20   your methodology in order to get the method they

21   wanted approved by the ASTM, didn't they?

22                    MR. HYNES:  Objection to form.

23        Assumes facts and incomplete

24        hypothetical.  Calls for speculation.

```
                                        Page 101

 1                 THE WITNESS:  No.

 2    BY MR. PLACITELLA:

 3          Q.      That never happened?

 4          A.      Not that I recollect.

 5          Q.      Okay.  So I'm going to take 10

 6    minutes and -- well, let me ask you some questions

 7    before that.  Just -- just so I'm clear about your

 8    testimony.

 9                  Based upon your expertise -- I just

10    want to make sure I understand -- is it possible

11    to grind talc so finely that chrysotile asbestos

12    would not be detected by PLM?

13          A.      Is it possible to do what so finely?

14          Q.      Grind --

15          A.      Oh, grind.

16          Q.      -- the talc so finely that you can't

17    find chrysotile asbestos using PLM?

18          A.      You know, absolutes are hard

19    statements to agree to when you haven't tested

20    them.

21                  So I think the answer would be that

22    would be my inclination, but I can't for sure say

23    that.  But that would be my inclination from what

24    I know about mineral processing and all the mines
```

Page 102

```
 1   I've visited, all the processing I've seen.  I
 2   don't think that ball mills will do that but, you
 3   know, in the natural world, there are almost no
 4   absolutes.
 5         Q.      Okay.  But that's not an opinion
 6   you're going to provide in this case?
 7         A.      No.
 8         Q.      One way or the other?
 9         A.      No.
10         Q.      Fair?
11         A.      Fair.
12         Q.      Have you ever used -- do you know
13   what heavy liquid separation is?
14         A.      Yes.
15         Q.      Have you ever used that methodology?
16         A.      Yes.
17         Q.      Is that a valid scientific
18   methodology for analyzing samples, mineral
19   samples?
20                     MR. HYNES:  Vague.  Overbroad.
21                     THE WITNESS:   It's a method
22          that's been used by mineralogists for a
23          very long period of time.  All my life.
24   BY MR. PLACITELLA:
```

```
                                        Page 103
 1        Q.        Has it ever -- has it ever been used
 2   by mineralogists, to your knowledge, for
 3   determining whether there's asbestos in talc?
 4                       MR. HYNES:  Overbroad.  Calls
 5          for speculation.
 6                       THE WITNESS:   By
 7          mineralogists?
 8   BY MR. PLACITELLA:
 9        Q.        Yes.
10        A.        There was a lady mineralogist whose
11   name is forgotten -- whose name I have forgotten
12   who I think used that.  That would be the only
13   place I know.
14                  It certainly would be a reasonable
15   thing to do for amphibole.
16        Q.        Has it ever been -- is it a
17   reasonable thing to attempt for chrysotile?
18        A.        No, I don't think so.  I don't think
19   it works, but you can attempt it.  But I don't
20   think it works.
21        Q.        Why do you say that?
22        A.        Well, because Dr. Longo used it and
23   he -- his light fraction was 17 to 20 percent of
24   the sample.  So he's clearly not getting rid of
```

Page 104

1    the talc.

2          Q.      But does it assist in doing the

3    analysis whether it gets rid of it all or not?

4          A.      It could.  It was, as I understand

5    it -- and this is secondhand information from Eric

6    Chatfield -- ISO considered it and rejected it as

7    a process because it's inefficient, but there's

8    nothing wrong with attempting it.

9          Q.      Do you have any criticism of

10   attempting to refine the liquid -- heavy liquid

11   separation in order to do analysis to determine

12   whether there's chrysotile asbestos in the talc

13   using PLM?

14                      MR. HYNES:  Vague.

15                      THE WITNESS:   I do not intend

16        to criticize it.

17   BY MR. PLACITELLA:

18         Q.      Okay.  And heavy liquid separation

19   is a valid scientific method for analyzing

20   minerals.

21                  Do you agree?

22         A.      For --

23                      MR. HYNES:  Asked and answered

24        and overbroad.  Vague.

Page 105

1                    THE WITNESS:   It's a valid

2        method for separating minerals.

3    BY MR. PLACITELLA:

4        Q.       Fair.  Thank you.

5        A.       (Nods head).

6        Q.       I am going to -- if you give me 10

7    minutes, I'm going to try to cut this down

8    dramatically because I think you've answered a

9    good percentage of my questions.  So why don't we

10   take 10 minutes and maybe we'll save two hours.

11   Okay?

12       A.       That would be great.  Thank you.

13                    THE COURT REPORTER:  Off the

14        record at 11:02 a.m.

15                    (Recess.)

16                    THE COURT REPORTER:  Back on

17        the record at 11:14 a.m.

18   BY MR. PLACITELLA:

19       Q.       Not much more, actually, so I'm sure

20   you'll be happy about that.

21                    Although maybe I should ask the most

22   important question first and that would determine

23   how far I go, and that is:  Who is the best

24   Maryland basketball player of all time?

Page 106

 1          A.        (Laugh).

 2                         MS. PARFITT:  There you go.

 3                         THE WITNESS:   Gee, that's a

 4           tough one, but I'd probably have to go

 5           with Len Bias, whom I taught.

 6    BY MR. PLACITELLA:

 7          Q.        All right.  I see we agree on

 8    something.

 9          A.        (Laugh).

10          Q.        All right.  Other than the

11    discussion we had about what oils were used, do

12    you have any issue with the sample preparation

13    methodology used by Dr. Longo?

14                         MR. HYNES:  Vague.

15                         THE WITNESS:   I saw nothing

16           in the reports about sample preparation

17           that -- with which I found a problem.  I

18           didn't -- didn't note anything.

19    BY MR. PLACITELLA:

20          Q.        Okay.  So you're not going to

21    testify that any of the methodology used by

22    Dr. Longo in preparing the samples for analysis

23    was in any way inconsistent with valid scientific

24    principles; is that fair?

Page 107

1                    MR. HYNES:  Form.  Overbroad.

2        Vague.

3                    THE WITNESS:   (Laugh).  No.

4   BY MR. PLACITELLA:

5        Q.      When was it that you were first

6   retained or consulted by Johnson & Johnson in

7   relation to Talc Litigation?

8                    MR. HYNES:  Objection.  I

9        think asked and answered during day 1 of

10       Dr. Wylie's deposition, but you can

11       answer.

12                    MR. PLACITELLA:  New

13       deposition.  New report.

14                    MR. HYNES:  So to clarify, is

15       this specific to the recent chrysotile

16       report?  The MDL report?

17                    MR. PLACITELLA:  No.  I'm just

18       asking in general.

19                    MR. HYNES:  Okay.  You can

20       answer.

21                    THE WITNESS:  Well, it was

22       sometime before I wrote that report in

23       2019.  So, but I don't recollect.  It was

24       about that report to ask me if I would be

```
                                                    Page 108

 1          interested in writing up the discussion

 2          that I wrote up.  So it would have -- it

 3          would have been six months before that

 4          report.  I'm just guessing roughly.

 5   BY MR. PLACITELLA:

 6          Q.      Okay.  So sometime 2018 or 2019; is

 7   that fair?

 8          A.      That's fair.

 9          Q.      All right.  And you tested the J&J

10   samples subsequent to that time, correct?

11                      MR. HYNES:  Objection.  Vague.

12          Misstates testimony.

13                      THE WITNESS:  No.  Before.

14   BY MR. PLACITELLA:

15          Q.      You tested --

16          A.      I -- wait a minute.  Wait a minute.

17   Let me just make sure it's clear.

18                  The one in which I looked at and

19   spoke about to the FDA, that was before I was

20   contacted by Johnson & Johnson.

21                  The bottle that I purchased from --

22   when they decided they weren't going to have it

23   anymore, that was between the time I was involved

24   with them for the first report.  I didn't hear
```

Page 109

```
 1   anything from them.  I had no contact with them
 2   after that report until just late the end of last
 3   year.  So it was a long period of time I wasn't
 4   engaged with them at all.
 5        Q.      So you tested their product after
 6   you were first retained?
 7                    MR. HYNES:  Overbroad.
 8                    THE WITNESS:   Before I was
 9         first retained, I tested the bottle.  The
10         first bottle that I had that I reported
11         on at the JIFSAN conference, that was
12         before I was contacted by them.
13                    But then between the time that
14         I prepared that first report and the time
15         I started on these reports, I had no
16         contact with them.
17                    But I did test that -- test --
18         I looked at that sample that I purchased
19         toward -- right after they indicated they
20         were no longer going to have it, so I
21         would have a sample that I could use to
22         spike my amphiboles for the ASTM method I
23         was working on.
24   BY MR. PLACITELLA:
```

Page 110

1          Q.        And do you have any one -- so any

2     one of those samples still exist?

3          A.        There are two samples.  Yes, they

4     exist.

5          Q.        And where are they?

6          A.        They belong to the University of

7     Maryland, and they're in the talc collection.

8          Q.        So the samples that you tested are

9     at the University of Maryland.

10               True?

11          A.        Yes.

12          Q.        Okay.  And is any of the raw data

13     from your testing at the University of Maryland?

14          A.        There's no raw data.

15          Q.        Were photographs taken of what you

16     were testing?

17          A.        Yes, uh-huh.  There were two taken,

18     and they're in the JIFSAN report.  They're in my

19     PowerPoint presentation.

20          Q.        That was the one before you were

21     retained.

22               What about the one after you were

23     retained?

24          A.        There are -- there's no -- no, I

Page 111

1    took no pictures.

2         Q.      You took no pictures?

3         A.      No.  No.

4         Q.      Did you report to Johnson & Johnson

5    what you found?

6         A.      No.

7         Q.      So to this day, Johnson & Johnson

8    has no idea what you found when you did the test

9    after you were retained?

10        A.      Well, I don't -- hmm.  That's an

11   interest questioning.

12               I mean, I don't know if they've even

13   asked me but -- directly but maybe they -- I might

14   have said I didn't find any in the material.  I

15   can't remember, to tell you the truth.

16        Q.      So if we wanted to go -- if we

17   wanted to test those samples on our own, they're

18   available for testing, correct?

19        A.      No.

20                    MR. HYNES:  Objection.

21        Misstates testimony.

22                    THE WITNESS:   Not

23        necessarily.  You could write to the

24        Department of Geology and request them.

Page 112

1  BY MR. PLACITELLA:

2        Q.       Right.

3                 And was anybody with you when either

4  one of those -- when you conducted either one of

5  those tests?

6        A.       No.

7        Q.       Do you -- do you have a notebook in

8  front of you?

9        A.       Yes.

10       Q.       What -- what is -- can we mark that,

11  please?

12       A.       It just has my three reports.

13                MR. PLACITELLA:  All right.

14          Well, let's just mark the notebook so we

15          have it incorporated into the deposition.

16                Okay?  So why don't we just

17          mark it Wylie 1 with the date.

18                THE WITNESS:  Sure.

19                MR. HYNES:  Chris, if you

20          want, I can just describe the contents.

21                It's a small binder with three

22          tabs.  First tab is a February 25, 2019

23          report.  Second tab is an April 9, 2024

24          report.  Third tab is a May 3, 2024

Page 113

1          report.  And in the front pocket is the

2          corrected Figure 21 associated with the

3          tabs 2 and 3.

4                    (Binder marked for

5          identification as Wylie Exhibit 1.)

6  BY MR. PLACITELLA:

7          Q.     Do you have anything else with you

8  today other than that binder?

9          A.     No.

10          Q.     Now, in the course of your

11  testimony, you described what you saw as different

12  colors in different photographs.

13                    Do you recall that?

14          A.     Yeah, I guess.  Yes.

15          Q.     And it's also in your report,

16  correct?

17          A.     Yes.  Yes.

18          Q.     And would you agree with me that not

19  everyone agrees necessarily with what they see in

20  color, that it has variations?

21                    MR. HYNES:  Vague.  Calls for

22          speculation.

23                    THE WITNESS:   I think in

24          particular there's, yes, some

Page 114

1          disagreement even among the experts on

2          how they describe it with words.

3                    So it's not totally clear to

4          me that they're actually saying something

5          different, but they just -- some of the

6          colors for particular lambda zeros they

7          describe slightly differently.  Yes.

8    BY MR. PLACITELLA:

9          Q.     All right.  And some of that -- we

10   said this before -- can be -- can be the subject

11   of experience and wisdom and seeing things in the

12   past.

13                    True?

14                    MR. HYNES:  Objection to form.

15          Vague.

16                    THE WITNESS:  No, I'm not sure

17          about that.  Sometimes people's

18          sensitivity to color varies.  It's a

19          personal -- personal quality

20          characteristic.  Eyes are different.

21   BY MR. PLACITELLA:

22          Q.     All right.  Somebody --

23          A.     (Laugh).

24          Q.     Somebody could see more gold than

```
                                            Page 115
 1    yellow or more blue than green or more -- right?

 2                    That's -- that's the subject of

 3    interpretation by individual scientists based on

 4    their experience, correct?

 5                         MR. HYNES:  Overbroad.  Calls

 6         for speculation.

 7                         THE WITNESS:   I don't think I

 8         can answer that because you put those

 9         qualifiers in it.

10                         I don't think most people -- I

11         think most people would see the

12         difference between blue green and blue,

13         and I don't think that's a personal

14         variation.

15    BY MR. PLACITELLA:

16         Q.      Okay.  Did you ask Johnson &

17    Johnson, in preparing your most recent reports,

18    for any information other than what was supplied

19    in Dr. Longo's report?

20         A.      No.

21         Q.      Okay.  And are all of your -- well,

22    is it fair to say that -- strike that.

23                    All of the opinions that you may

24    provide in this case, they're all contained in the
```

Page 116

1   four corners of your report?

2          A.      Correct.

3          Q.      Is there anything in Dr. Su's report

4   that you disagree with?

5          A.      One statement.

6          Q.      What's that?

7          A.      (Laugh).

8                  He says that today geology

9   departments don't teach optical mineralogy for an

10  entire semester.  They only do it for two weeks,

11  and that's not true.  University of Maryland does

12  it for an entire semester.

13         Q.      Good for you.

14         A.      (Laugh).

15         Q.      That's the only statement you

16  disagree with?

17         A.      Yes.  (Laugh).

18         Q.      And you never asked him about the

19  best Maryland basketball player?

20         A.      And I never did.  (Laugh).

21         Q.      Okay.  I think that's all I have.

22         A.      Okay.

23         Q.      I'm sorry to disappoint you to get

24  you out of here before lunch.

Page 117

1        A.      (Laugh).  It's perfectly all right.

2   Thank you.  Maybe I'll see you at a basketball

3   game.

4                      THE COURT REPORTER:  Off the

5           record at 11:27 a.m.

6                      MR. HYNES:  No one else has

7           any questions?

8                      MR. PLACITELLA:  We're done?

9                      MR. HYNES:  We're done.

10                     MS. PARFITT:  We're done.

11

12                     (Signature not waived, the

13          deposition concluded at 11:27 a.m.)

14

15                          *      *      *

16

17

18

19

20

21

22

23

24

Page 118

1                              ERRATA SHEET

2

3    Page No._____Line No._____Change to:_____

4    _____

5    Page No._____Line No._____Change to:_____

6    _____

7    Page No._____Line No._____Change to:_____

8    _____

9    Page No._____Line No._____Change to:_____

10   _____

11   Page No._____Line No._____Change to:_____

12   _____

13   Page No._____Line No._____Change to:_____

14   _____

15   Page No._____Line No._____Change to:_____

16   _____

17   Page No._____Line No._____Change to:_____

18   _____

19   Page No._____Line No._____Change to:_____

20   _____

21   Page No._____Line No._____Change to:_____

22   _____

23   Page No._____Line No._____Change to:_____

24   _____

Page 119

1              DECLARATION UNDER PENALTY OF PERJURY

2

3

4                    I declare under penalty of

5      perjury that I have read the entire transcript of

6      my Deposition taken in the captioned matter

7      or the same has been read to me, and

8      the same is true and accurate, save and

9      except for changes and/or corrections, if

10     any, as indicated by me on the DEPOSITION

11     ERRATA SHEET hereof, with the understanding

12     that I offer these changes as if still under

13     oath.

14

15                    Signed on the _____ day of

16     _____, 2024.

17

18     _____

19              ANN G. WYLIE, PHD

20

21

22

23

24

Page 120

1                    CERTIFICATE OF REPORTER

2    DISTRICT OF COLUMBIA        )

3                    I, Denise Dobner Vickery, a

4    Registered Court Reporter and Notary Public of

5    the District of Columbia, do hereby certify that

6    the witness was first duly sworn by me.

7                    I do further certify that the

8    foregoing is a verbatim transcript of the

9    testimony as taken stenographically by me at the

10   time, place and on the date herein set forth, to

11   the best of my ability.

12                   I do further certify that I am

13   neither a relative nor employee nor counsel of

14   any of the parties to this action, and that I am

15   neither a relative nor employee of such counsel,

16   and that I am not financially interested in the

17   outcome of this action.

18

19                    *Denise D. Vickery*

20

21                    DENISE DOBNER VICKERY, CRR,RMR

                       Notary Public in and for the

22                     District of Columbia

23

24   My Commission expires:  March 14, 2028

[& - 6.30]                                                                Page 1

## &

**&**   1:5 2:14 3:4
3:17 4:12,12,14
5:5 10:9,13
11:5,15 12:2,4
12:9 13:7,10
14:6,13 19:12
19:15 21:16
71:21 75:1,6,15
75:24 76:10
78:14 97:7,18
97:23 98:7
99:13,20 100:1
100:5 107:6
108:20 111:4,7
115:16

## 0

**002**   54:6
**07701**   3:9
**08002**   5:8

## 1

**1**   6:8,16 26:13
107:9 112:17
113:5
**1.55**   42:19
**1.550**   39:23
40:19 41:16
55:9 56:15
57:17 58:1
66:15,16
**1.552**   39:23
**1.552.**   66:16
**1.554**   39:24

**1.560**   40:20
41:17 52:15
55:9 56:15
57:17 58:1
**1.560.**   52:4
**1.566**   54:16
55:20
**1.585**   54:10
**1.586**   53:17
54:10,15 55:3
55:19
**1.586.**   54:5
**10**   22:13 42:3
71:2 101:5
105:6,10
**10036**   4:17
**10:15**   69:15
**10:23**   69:18
**11**   28:19 29:3
31:18 91:6
**113**   6:8
**1185**   4:16
**11:02**   105:14
**11:14**   105:17
**11:27**   117:5,13
**12**   22:13 91:6
**127**   3:8
**14**   120:24
**1440**   2:16
**15**   69:6
**15207**   120:20
**16-2738**   1:6
**17**   103:23
**1825**   3:19
**1978**   64:14

**1980s**   99:15,20
**1995**   64:16

## 2

**2**   6:14 113:3
**20**   12:20 103:23
**2000**   12:20
**20005**   2:17
**20006**   3:20
**2001**   12:21
**2018**   12:15 13:3
108:6
**2019**   6:9 100:4
107:23 108:6
112:22
**202.759.7648**
3:21
**2020**   12:21
96:10
**2021**   12:21
**2024**   1:16 2:8
6:10,11,20
112:23,24
119:16
**2028**   120:24
**21**   6:13 12:21
66:16 67:5
113:2
**212.790.5349**
4:18
**218**   4:6
**222**   67:23
**23**   97:3
**24**   1:16 2:8 6:20
**25**   6:9 112:22

## 3

**3**   5:7 6:11,14
112:24 113:3
**30**   6:20
**308.874.3186**
4:8
**310**   5:7
**36103-4160**   4:7

## 4

**400c**   67:14
**400f**   67:14
**425c**   67:14
**480**   68:6
**480c**   67:14 68:5

## 5

**5,000**   30:7 31:6

## 6

**6-10**   42:2
**6.10**   42:3
**6.11.**   46:23
**6.12.**   49:24
**6.13**   51:17
**6.13.**   51:16
**6.14.**   52:21
**6.17**   55:22,24
**6.18.**   57:4
**6.2**   6:20 24:14
26:11
**6.20.**   58:17
**6.24.**   60:4
**6.26**   60:23
**6.26.**   60:23
**6.30**   62:20
65:16

**6.31**  65:16,18
**6.35**  67:11
  69:20 73:1
**6.35.**  67:6
**6.4**  28:8
**6.5**  36:19
**6.8**  38:5
**60s**  96:3
**614**  52:22
**6754009**  1:24

---

**7**

**7**  6:3 52:23
**700**  3:19
**70s**  20:4 21:9
  32:24 96:3,9
**732.747.9003**
  3:10
**7a**  53:16
**7b**  53:16

---

**8**

**80s**  20:4 21:9
  33:1 96:3,9
  99:24
**856.317.7180**
  5:9
**8:58**  1:17 2:9

---

**9**

**9**  6:10 112:23
**90**  80:24
**90s**  96:9

---

**a**

**a.m.**  1:17 2:9
  69:15,18
  105:14,17

117:5,13
**ability**  25:8
  72:1 93:10
  120:11
**able**  11:9 23:15
  24:5 27:22
  29:22 39:16
  45:19,23 46:2
  56:24 57:24
  59:2 66:24
  68:10 72:8
  89:12 90:23
  91:2
**above**  26:15
**absence**  27:24
  92:8,9,10,15
**absent**  84:4
**absolutely**
  92:15
**absolutes**
  101:18 102:4
**accurate**  97:4
  119:8
**accurately**  41:6
**action**  120:14
  120:17
**activities**  22:10
**actual**  18:6
**actually**  43:1
  43:22 61:17
  79:16 92:17
  105:19 114:4
**added**  17:14,15
  26:15 31:2
**addition**  14:19
  18:8

**adequate**  85:17
**advance**  68:1
**advantage**
  39:17
**affect**  93:10
**affected**  42:22
**ago**  7:21 22:13
  63:24 76:1,22
**agree**  55:21
  58:10 81:8
  101:19 104:21
  106:7 113:18
**agrees**  113:19
**air**  94:23 96:4
**al**  4:7
**allen**  4:4
**allow**  84:24
**alters**  69:23
**ambiguity**
  23:16 74:20
**amend**  17:22
**americas**  4:16
**amount**  16:3,9
**amounts**  80:16
**amphibole**  23:3
  23:11 103:15
**amphiboles**
  109:22
**analyses**  14:16
  41:16 76:3 96:8
  98:15
**analysis**  11:15
  16:14 23:17
  30:21 31:19
  32:11,21 37:24
  52:17 55:6 68:1

74:4 75:16,23
  96:11 98:20
  104:3,11
  106:22
**analyst**  17:16
  31:20 32:20
  37:23 74:4,6,12
**analytical**
  37:19
**analyzed**  19:14
  39:13 63:17
  64:12 65:2 75:1
**analyzing**
  15:10 31:16
  35:11 87:18,22
  102:18 104:19
**ann**  1:13 2:11
  6:2,21 7:3
  119:19
**announced**
  11:6
**answer**  19:4
  36:10 39:5 45:2
  52:11 72:5,8
  76:6 87:8 93:13
  94:20 98:11
  101:21 107:11
  107:20 115:8
**answered**  32:9
  35:16 43:4
  83:12 85:21
  104:23 105:8
  107:9
**answers**  100:14
**antarctic**  96:6

[anticipate - basis]                                                    Page 3

**anticipate** 78:2
**antigorite** 92:5
**anybody** 112:3
**anymore**
  108:23
**apart** 40:2
**appear** 27:13
  49:8 91:24
**appearances**
  3:1 4:1 5:1
**appeared** 91:9
**appendix** 17:14
  17:14
**apply** 14:10
  84:14
**approach** 91:15
  92:18
**approaches**
  37:20
**approved**
  100:21
**april** 6:10
  112:23
**argumentative**
  15:16 48:10
  74:15 85:21
  88:5,15 89:1
**arps** 2:14
**article** 37:3
**asbestos** 10:11
  10:15 13:12
  14:20 19:11,17
  19:21 20:15
  21:2,8,11,13
  22:23 27:24
  28:12,21 29:8

30:22 31:17,22
32:6,19 33:6,20
34:17 35:14
36:3 72:2 90:19
92:22 95:7
97:18,24 98:8
100:12 101:11
101:17 103:3
104:12
**ashcraft** 3:17
**ashcraftlaw.c...**
  3:22
**asked** 11:21
  18:20 19:5
  20:11 32:8
  35:15 48:16
  49:4,6 78:18
  83:11 85:21
  100:11 104:23
  107:9 111:13
  116:18
**asking** 8:5 17:2
  35:18,20,22,24
  37:21 45:2
  78:22 89:22
  107:18
**assertion** 60:24
**assessment**
  38:17
**assign** 92:11
**assist** 16:21
  104:2
**assisting** 53:10
**associated** 6:13
  70:2 92:1 113:2

**associations**
  92:4
**assume** 78:12
**assumed** 67:4
**assumes** 89:1
  95:11,19 96:14
  100:23
**assuming** 57:20
  76:5
**astm** 11:1 13:15
  37:8 38:1 99:23
  100:9,9,10,21
  109:22
**astounded**
  80:14
**atlas** 61:18
**atomic** 69:24
  71:8,15,19
**attached** 6:16
**attempt** 29:17
  30:19 31:9,24
  32:14 103:17
  103:19
**attempted**
  14:10
**attempting**
  104:8,10
**attorneys** 11:16
**augment** 42:24
**authenticate**
  16:1
**available** 29:13
  111:18
**avenue** 2:16 3:8
  4:16

**aware** 36:9
  37:23 38:4
  75:22
**axis** 29:21 30:2
  30:4 60:10

**b**

**baby** 13:8,11
  14:20 16:14
  21:17 33:21
  70:7 75:2,6
  90:16
**back** 69:13,17
  90:14 91:22
  93:1 97:1 99:15
  99:20 105:16
**background**
  10:24 13:14
**ball** 70:17 71:2
  71:7,20,24 72:9
  72:17 93:9 94:1
  102:2
**bank** 3:9
**based** 27:22
  35:4 45:14,21
  50:18 55:17
  56:9,23 59:8
  62:15,16 65:8
  82:9 85:18
  98:18 99:4
  101:9 115:3
**basic** 47:17
**basically** 54:7
**basis** 63:12
  72:13

| basketball | bloss 27:3,3,5,5 | **c** | certified 2:21 |
|---|---|---|---|
| 105:24 116:19 117:2 | bloss's 26:24 38:17 | c 7:1 | certify 120:5,7 120:12 |

**basketball**
105:24 116:19
117:2
**bat** 68:3
**beasley** 4:4
**beasleyallen....**
4:9
**beginning**
26:10 91:6
**believe** 22:20
28:9 55:18 94:8
94:15
**belong** 110:6
**best** 105:23
116:19 120:11
**beta** 90:23
**better** 36:15
39:5,20
**bias** 106:5
**big** 65:4
**bigger** 50:15
**billed** 78:1
**binder** 6:8
112:21 113:4,8
**birefringence**
58:14
**bit** 27:14,15
39:21 40:2 45:5
45:7,12,17
49:16 50:13,15
55:6 91:22
94:14
**blanks** 96:12,12
96:15
**blew** 53:13

**bloss** 27:3,3,5,5
**bloss's** 26:24
38:17
**blowing** 24:14
**blue** 26:14
27:18 47:16,17
49:21 50:13
51:19 115:1,12
115:12
**bluish** 51:19,20
**book** 30:17 37:4
37:5,6
**books** 26:24
38:14,15,16,17
**bottle** 20:7
108:21 109:9
109:10
**bottom** 73:1
**bought** 19:22
**box** 25:10
**boxes** 25:9
**break** 69:2
**bright** 51:19
**bring** 51:8
**brought** 27:12
**building** 2:15
30:21
**bulb** 28:5
**bunch** 76:2
**bundle** 93:11
94:3
**bundles** 23:15
94:10
**buy** 11:10

**c**
**c** 7:1
**calidria** 62:21
**call** 33:4
**called** 7:4
**calling** 82:20
**callout** 25:17
25:20
**calls** 28:24
50:22 52:9
54:22 100:24
103:4 113:21
115:5
**campus** 5:7
**capable** 74:12
**capacity** 72:1
**captioned**
119:6
**care** 5:3
**case** 11:22 14:5
16:7,22 45:15
48:4 60:15
66:10 71:12
98:18 102:6
115:24
**cause** 94:2
**central** 47:6
**certain** 62:5,5
**certainly** 16:2
20:1 31:8 73:16
74:21 103:14
**certainty** 93:21
**certificate**
120:1

**certified** 2:21
**certify** 120:5,7
120:12
**change** 9:6
60:10 62:6 65:8
70:3 72:1,22
80:12 88:2,6,7
88:12,21 89:3
89:14,18 91:8
91:11 100:19
118:3,5,7,9,11
118:13,15,17
118:19,21,23
**changed** 71:14
89:3,19
**changes** 7:22
18:6,7,14 49:15
119:9,12
**changing** 28:5
58:14 87:13
90:1
**characteristic**
114:20
**characteristics**
31:21
**characterize**
47:4
**chart** 80:22
**chatfield** 104:6
**chemical** 61:1
**chemistry**
62:11
**cherry** 5:8
**choose** 31:6
**chris** 24:17
112:19

[christopher - conducted]                                Page 5

**christopher** 3:5
**chrysotile**
  13:12 14:19
  16:1,3,5,9,12
  19:11 23:2,6,14
  23:21 29:8
  31:11,17 32:6
  33:6,14 34:8,17
  34:24 35:2,10
  35:14 36:3
  37:15 48:22
  52:24 55:8 56:4
  57:19 61:2,11
  61:22 62:16
  63:2,2,10 64:23
  72:2 73:2,10,16
  74:19 75:14
  82:20 90:19,20
  91:18,23,24
  92:15,22 93:3,6
  93:7 94:9,16
  95:3,7 96:2
  101:11,17
  103:17 104:12
  107:15
**circumstances**
  93:2 94:16
**cite** 37:2
**city** 96:4
**clarified** 48:18
**clarify** 107:14
**clear** 23:20
  26:8 34:11 46:8
  46:15,18 48:5
  48:20 58:21
  67:15 73:11

83:23 101:7
  108:17 114:3
**clearly** 55:2
  68:7 90:24
  103:24
**close** 22:9
**closer** 53:17
  54:10,15 55:12
  55:19
**clothes** 96:5
**coalinga** 63:2
  63:11,14,15,17
  63:23 64:11,24
  65:4
**cohen** 3:4
**collection** 12:17
  64:3,4,7,10
  75:8 110:7
**color** 43:2 46:4
  47:17 51:13,20
  80:16 81:17
  82:23 88:2,7,13
  90:2 113:20
  114:18
**coloring** 27:13
**colors** 41:1,20
  45:12 46:10,19
  47:13,17 48:24
  50:10,20 51:17
  53:2,15 55:16
  55:19 57:16
  63:9 70:3 80:17
  87:13 88:21
  89:3,19 113:12
  114:6

**columbia** 2:23
  120:2,5,22
**come** 48:2 64:6
  72:15 84:15,21
**coming** 7:19
**comment** 28:3
  39:3 66:24 68:9
  84:7,13 89:17
**commentary**
  52:1 66:18
**commented**
  58:11 82:15
**comments**
  42:22
**commerce** 4:6
**commercial**
  74:4
**commission**
  120:24
**committee**
  100:2,10
**commodity**
  31:4
**common** 60:7
**companies** 21:7
**company**
  100:18
**comparison**
  42:15,19 59:3
**compensated**
  77:23 78:2
**compile** 40:22
**compiled** 17:16
  41:19
**complicated**
  93:12

**components**
  68:2
**computer** 26:1
  26:3
**concerned**
  73:15 74:18
  75:11 79:24
  80:3
**concerning**
  27:23
**concerns** 7:23
**conclude** 47:19
  48:21 57:23
**concluded**
  39:15 54:14
  117:13
**concluding**
  80:5
**conclusion** 15:5
  44:9 45:20 48:3
  52:23 53:23
  54:19 68:18
  71:12 82:3
  84:21 95:15
  98:19
**conclusions**
  27:22 28:5
  43:14 45:14,24
  46:3 58:1 59:4
  82:9 83:18,23
  84:16 85:18
  95:7 97:14
  98:14 99:3
**conducted**
  75:23 112:4

[conducting - data]                                                    Page 6

conducting
  20:13
conference
  109:11
confirm   16:2,5
  73:9 74:21
confirmation
  74:22 92:17
confirming
  92:18
confused   44:3
considered
  33:12 104:6
consistent
  31:11 34:7 63:8
  63:10 64:15
consult   16:17
consulted   107:6
consumer   4:13
  20:22
contact   109:1
  109:16
contacted
  108:20 109:12
contained
  13:12 19:16,21
  21:1 33:14
  34:17 115:24
contains   10:10
  10:14 20:15
  35:13 36:3
contaminated
  94:24 97:23
  98:8
contamination
  94:19,21 95:9

96:2
contents   112:20
contexts   38:24
contradicted
  61:3
conversations
  79:6
copy   50:14
corner   26:7
corners   116:1
correct   15:6,23
  16:15 17:9,10
  20:15,23 23:22
  23:23 24:1,20
  25:21,22 28:1,6
  28:7,12 33:21
  35:6,7 36:20
  37:3 39:5 44:10
  44:11,12,17,20
  45:24 46:11,12
  46:17 47:11
  48:12 51:9,10
  53:21 54:16,20
  55:17 56:5,11
  57:1,2 58:2,24
  59:1,6,7,10,21
  60:2,3 62:18,19
  66:11 67:3
  68:13,14,18,19
  68:21,24 72:24
  73:18 74:1 75:2
  76:11,12,15
  77:16 81:9 82:3
  82:10,14 93:23
  94:4 97:19,20
  97:24 98:9 99:5

108:10 111:18
113:16 115:4
116:2
corrected   6:12
  113:2
correction
  65:19
corrections
  65:22 66:20
  119:9
correspond
  56:3
cosmetic   19:11
  19:14,20 20:6
  20:14,17,21
  28:20 31:16
  32:5,11,12
  35:10,11 36:2,8
  37:15,18,20,24
  92:22 93:4
  94:17 99:15,22
cotton   68:3
council   5:3
counsel   120:13
  120:15
counted   97:5
county   76:23
couple   10:16,19
  43:22 69:7
  76:22
course   11:1
  30:22 31:22
  32:13 64:18
  113:10
court   1:1 17:9
  20:11 48:7

69:14,17 87:5
88:3,11,13,21
92:7 105:13,16
117:4 120:4
courthouse
  86:10,10,12
courts   15:21
cplacitella   3:11
cprlaw.com
  3:11,12,13
create   12:23
  47:9 71:22
criticism   33:11
  33:16 34:12
  40:12 104:9
criticize   38:24
  84:3 104:16
criticizing
  76:15
crr   1:23 120:21
crystallography
  27:4
curiosity   25:24
curious   25:2
cut   105:7

**d**

d   7:1 39:6,19
  40:3 41:7 52:19
  54:15 55:10,19
  56:15 81:21
  83:4
damage   71:3
data   17:15,17
  33:13,18,19
  34:15,21,21,23

**[data - discuss]**                                                                Page 7

42:9 43:9,13,18
43:21 44:7,14
44:24 45:14,22
46:16 52:7
53:23 56:9,24
58:23 59:10,13
59:16,17 60:2
61:4,7 63:1,14
68:10 82:9 83:9
83:17,20,22
84:14,14,14,20
85:18 98:19
99:4 110:12,14
**date** 21:2
112:17 120:10
**dates** 12:20
**day** 8:24 11:11
11:13 107:9
111:7 119:15
**dc** 2:17 3:20
**debriefed** 79:10
79:12
**decided** 108:22
**declaration**
119:1
**declare** 119:4
**deeper** 42:1
**deer** 38:17
**defendants**
4:12
**definitely** 14:9
**definitive** 15:5
**degree** 93:21
**degrees** 67:5
**demonstrate**
58:6

**demonstrated**
33:20 39:13
**demonstrates**
47:22 50:7
**denise** 1:23
2:20 120:3,21
**department**
111:24
**departments**
116:9
**depending** 62:5
62:7 64:19
92:13 94:3
**depends** 29:15
**depicted** 26:13
**deposit** 64:19
**deposition** 1:12
2:11 6:6 7:15
7:16 8:4,10,15
8:20,24 9:23
10:8,21 36:15
76:2,8,9 96:24
107:10,13
112:15 117:13
119:6,10
**depth** 65:8
**describe** 25:12
112:20 114:2,7
**described** 18:16
26:4,5,23 30:16
70:2 81:22
83:14,24
113:11
**description** 6:7
65:12

**destroyed**
71:16,19
**destructive**
71:7
**detail** 86:6,8
**detailed** 93:14
**details** 71:9
**detect** 72:1
**detected** 101:12
**detecting**
100:12
**detection** 92:12
92:13
**determination**
48:8 81:20
**determine**
10:10,14 13:11
13:24 19:16,21
20:15 21:1
28:20 29:7
31:10,24 32:19
33:5,13,19
34:16,22 35:13
36:2 37:15 41:6
49:23 83:17
89:12 104:11
105:22
**determining**
22:22 23:5
103:3
**develop** 91:2
**development**
100:7
**difference**
17:11 96:7
115:12

**differences**
50:20
**different** 15:12
15:21 17:7,18
30:8,9 35:18
36:20,23 37:9
42:22 50:18
51:13 58:21
59:3 84:15,21
88:23 113:11
113:12 114:5
114:20
**differently**
114:7
**dinner** 79:3,4,8
**direction** 74:9
**directly** 61:3
111:13
**disagree** 22:24
54:19 55:14
56:8,23 58:1,10
82:9 87:4 95:6
99:3 116:4,16
**disagreed** 47:20
68:18 80:11
81:12
**disagreement**
114:1
**disagrees** 55:1
55:2
**disappoint**
116:23
**disc** 70:18
**discuss** 54:3
79:17 86:1,6,8
86:9,11

[discussed - example]                                                    Page 8

| | | | |
|---|---|---|---|
| **discussed** 62:4 | **donald** 27:3,5 | **due** 61:1,22 | **eric** 3:6 104:5 |
| **discussion** | **doubt** 54:21 | 62:3 89:22 | **errata** 118:1 |
| 67:21 86:3 | **dr** 7:11 26:1 | **duly** 7:5 120:6 | 119:11 |
| 106:11 108:1 | 33:12,17 34:13 | **dust** 96:4 | **especially** |
| **dismay** 86:4 | 34:14 38:24 | | 16:10 |
| **dispersion** | 42:6 45:22 | **e** | **esq** 3:5,6,7,18 |
| 29:20 30:1,3 | 47:20 48:7 50:4 | **e** 7:1,1 57:17 | 4:5,15 5:6 |
| 40:23 41:5,19 | 53:22 55:2 56:9 | **earlier** 92:20 | **essentially** |
| 43:1 44:23 | 56:23 58:10 | **early** 20:3 40:7 | 25:12 48:23 |
| 45:12 46:9,19 | 59:9 62:18 65:1 | 41:9 | **estimate** 42:12 |
| 47:6,7 48:23 | 67:2 68:12,18 | **eastern** 1:17 | **evaluate** 30:1 |
| 53:1 54:2 55:15 | 76:15,24 77:11 | 2:9 | 30:19,20 36:4 |
| 57:15,18,20,24 | 78:6,22,24 79:2 | **easy** 74:22 | **evaluating** |
| 58:6 63:8 70:3 | 79:7,9,11,15,21 | **effect** 39:3 | 28:11 32:4,18 |
| 80:17 81:17 | 79:23 80:10 | **either** 27:17 | 37:13 |
| 82:22 | 81:7,11 82:2 | 71:17 112:3,4 | **evaluation** |
| **dispersions** | 86:1,2,13,17,20 | **electron** 73:3 | 37:10,12 |
| 55:7 | 86:22 87:10,15 | **elongation** | **evidence** 60:14 |
| **display** 29:20 | 98:20 103:22 | 42:11 53:18 | 60:16 66:2,10 |
| **distinguished** | 106:13,22 | 57:16 | 95:9 98:3 |
| 53:1 | 107:10 115:19 | **employ** 87:18 | **ewald** 9:14,15 |
| **district** 1:1,2 | 116:3 | **employed** | **exact** 78:19 |
| 2:23 120:2,5,22 | **dramatically** | 56:10,13 68:11 | 84:7 |
| **dive** 42:1 | 105:8 | **employee** | **exactly** 10:6 |
| **dobner** 1:23 | **draw** 43:14 | 120:13,15 | 12:22 26:4 43:5 |
| 2:21 120:3,21 | 44:8 45:19,24 | **encourage** 60:9 | 70:19 82:14 |
| **document** | 46:3,16 47:10 | **engaged** 14:16 | 86:3 |
| 25:14 88:12,22 | 59:4 67:2 68:17 | 109:4 | **examination** |
| **documents** | 83:9 85:17 | **enlighten** 89:21 | 6:2 7:4,8 87:14 |
| 97:1 | **drawing** 45:14 | 89:23 | **examine** 28:20 |
| **doing** 10:24 | **drawn** 83:18 | **entire** 116:10 | 29:4 91:13 |
| 11:19 13:14 | 97:14 98:14 | 116:12 119:5 | **examined** 7:5 |
| 14:23 15:13 | **drew** 3:7 | **entirety** 98:17 | 58:20 |
| 53:11 74:12 | **dubin** 78:22 | **epasternack** | **example** 29:19 |
| 81:22 90:23 | 79:1,6 87:5,12 | 3:12 | 64:16 91:10 |
| 104:2 | | | |

**[examples - found]**                                                    Page 9

**examples**  17:13
  18:2,8
**except**  119:9
**excuse**  51:12
  78:18
**executive**  5:7
**exercise**  33:18
  44:15 45:23
  50:6
**exhibit**  6:8,16
  6:20 24:14 42:2
  113:5
**exhibits**  6:6,18
**exist**  23:24 24:2
  24:6 110:2,4
**expect**  45:8,13
**expected**  27:15
  45:18 66:18
**experience**  35:5
  50:19 51:9,11
  51:12 54:14
  114:11 115:4
**expert**  1:12
  2:11 6:20 45:23
**expertise**  101:9
**experts**  28:19
  52:6 114:1
**expires**  120:24
**explain**  73:5
  81:2
**explicitly**  68:4
**expose**  89:15
**expressed**  86:4
**extensive**  13:18
  13:21

**extent**  64:19
**extrapolate**
  55:8
**extrapolated**
  56:14 83:2
**extremely**  30:4
**extremes**  62:10
**eyes**  114:20

**f**

**face**  25:13
**fact**  45:11 46:7
  55:14 92:10
  97:18 100:3
**facts**  89:1 95:11
  95:19 96:14
  100:23
**fair**  19:23 43:15
  81:6 84:18,21
  85:19,23 98:21
  102:10,11
  105:4 106:24
  108:7,8 115:22
**familiar**  71:20
  72:7
**far**  39:19 40:20
  105:23
**fast**  67:7
**fda**  13:4 108:19
**february**  6:9
  112:22
**federal**  17:8
**fibers**  72:10
**fibril**  23:14
**fibrils**  23:13,22
  73:2 91:24 93:6

93:7,11 94:3,9
  94:16 95:3
**fibrous**  91:9
**field**  49:20
**figure**  6:13
  26:13 29:24
  46:22 52:23
  113:2
**figures**  53:16
  91:7
**filter**  26:15
  27:19
**filters**  96:19
**final**  18:24 72:2
**financially**
  120:16
**find**  13:16 14:2
  15:1 16:8 93:3
  94:16 101:17
  111:14
**finding**  18:8
**fine**  7:13
**finely**  101:11
  101:13,16
**first**  18:12,18
  23:9 52:23 62:2
  63:21 99:2,8,10
  105:22 107:5
  108:24 109:6,9
  109:10,14
  112:22 120:6
**five**  69:9,10
  76:1 96:24
**flawed**  83:6
**flom**  2:14

**follow**  14:3
  67:15
**followed**  67:20
  68:15
**following**  18:22
**follows**  7:6
**foregoing**  120:8
**forgotten**
  103:11,11
**form**  9:6 15:15
  17:24 19:16
  20:16 26:20
  33:22 34:19
  40:14,17 41:11
  44:18 46:1
  53:24 59:11,18
  66:6,12 68:20
  73:23 74:2,14
  75:3,18 76:16
  80:1 81:15 82:5
  82:11 83:11
  84:11,22 85:20
  87:6,19 88:4
  90:4 94:5 95:10
  95:18 98:22
  99:16 100:22
  107:1 114:14
**formal**  19:6
  35:21
**forms**  92:1
**forth**  14:4
  120:10
**found**  14:8 41:1
  41:3 76:20 91:9
  95:7 106:17
  111:5,8

**four**   10:3 116:1
**fraction**   103:23
**fragment**   13:3
**frankly**   56:13
**free**   21:13
**friday**   18:21,24
   19:7
**front**   6:12 26:1
   47:5 68:6 76:3
   112:8 113:1
**function**   78:9
**fundamentally**
   49:18
**further**   40:2
   45:5 69:1 120:7
   120:12

**g**

**g**   1:13 2:11 6:2
   6:21 7:1,3
   119:19
**gain**   39:24
**game**   117:3
**gamma**   90:22
**gee**   106:3
**general**   38:16
   107:18
**generally**   72:18
   86:23,24
   100:13
**generate**   45:22
   50:4 59:16 83:8
**generated**
   34:14 44:7
   46:16 56:9,24
   67:1 68:11

82:10 85:19
98:19 99:4
**generating**
   44:14 59:9
**generically**
   93:14
**geology**   111:24
   116:8
**gerel**   3:17
**getting**   39:5
   67:7 99:23
   103:24
**give**   10:7 19:6
   38:15 51:24
   70:20 74:9 82:2
   97:21 105:6
**given**   12:16
   30:18 67:13
   68:16 76:10
   79:21 90:15
**gives**   17:15
   44:4
**go**   16:4 23:19
   24:11 36:13
   45:4 46:22 48:1
   49:1,22,24
   51:16 52:21
   55:5 61:14,20
   67:6 68:5 73:5
   73:14 77:21
   78:15,19,20
   88:21 90:12
   91:22 92:15,17
   100:9 105:23
   106:2,4 111:16

**goal**   15:7
**going**   11:6,9
   13:13 21:8 27:7
   36:14,17 42:2
   49:24 55:22
   57:3 60:4 62:20
   69:5,6 83:22
   84:3,23 85:11
   89:24 90:16,17
   92:7,16 99:15
   99:20 101:5
   102:6 105:6,7
   106:20 108:22
   109:20
**gold**   22:22 23:1
   23:5 114:24
**golden**   51:20,23
**good**   7:11 12:19
   105:9 116:13
**government**
   37:7
**grammatical**
   18:14
**great**   105:12
**green**   115:1,12
**grind**   72:10
   101:11,14,15
**grinding**   70:1,6
   93:9
**grocery**   10:23
   11:4,12
**ground**   72:16
**group**   99:24
**groups**   24:3
**guess**   36:10
   66:17 72:6

113:14
**guessing**   108:4

**h**

**hand**   26:6
**happened**   22:7
   101:3
**happy**   105:20
**hard**   50:14
   101:18
**head**   8:23 9:17
   26:2 105:5
**hear**   77:18,18
   108:24
**heard**   79:9
   80:13 86:4
**hearing**   76:23
   77:8 86:4
**heated**   67:12
**heating**   67:24
**heavy**   102:13
   104:10,18
**held**   2:12
**help**   29:11 52:6
   78:21
**helpful**   9:13
   18:3
**henrich**   5:5
**hereof**   119:11
**high**   85:5 91:2
**higher**   39:15
**highlighted**
   57:6 60:5
**hill**   5:8
**historically**
   22:3

**hmm** 111:10
**hold** 24:11
**hour** 69:6
**hours** 10:3,7
71:2,9 105:10
**howie** 38:17
**huh** 28:2 37:1
42:7,14 110:17
**hynes** 4:15 8:16
9:10,14 15:15
16:23 17:24
18:9 19:2 20:16
24:17,21,23
25:6,9,16,22
26:20 28:23
29:5,9 32:8
33:8,22 34:19
35:15 36:5
40:14,17 41:11
44:18 46:1
48:10,13 50:22
52:8 53:24
54:22 58:3
59:11,18 66:6
66:12 68:20
69:8,12 73:23
74:2,14 75:3,18
76:16 77:9 80:1
81:15 82:5,11
83:11 84:11,22
85:20 87:6,19
88:4,14,24 90:4
94:5 95:10,18
96:13 98:1,22
99:6,16 100:22
102:20 103:4

104:14,23
106:14 107:1,8
107:14,19
108:11 109:7
111:20 112:19
113:21 114:14
115:5 117:6,9
**hypothesis**
57:18
**hypothetical**
96:14 100:24

**i**

**ice** 96:6
**idea** 29:1 50:24
51:14 60:22
78:11 111:8
**ideal** 40:4
**identifiable** 9:9
24:7,8 73:3
**identification**
113:5
**identified** 20:22
57:19
**identifies** 63:10
**identify** 19:10
20:8 29:11
31:23 34:2,2
**identifying**
28:13
**identity** 28:14
28:16 30:11
32:2 91:5
**illuminating**
87:23

**illumination**
59:21
**image** 25:11
89:14
**immersed** 60:8
**impact** 72:19
**implies** 46:13
**importance**
67:24
**important**
17:22 28:13
30:5 76:14
105:22
**improper** 89:10
**inclination**
101:22,23
**include** 67:14
**incomplete**
96:14 100:23
**inconsistent**
16:11 34:23
35:2 58:23
83:19 106:23
**incorporated**
112:15
**incorrect** 48:9
71:17 82:17
**independent**
34:15 35:5 44:9
44:16 46:17
47:10 50:6 60:1
62:17 67:2
68:12,17 84:13
85:18
**independently**
24:2,6

**index** 6:1 38:8
38:21 39:6,14
41:7,21 43:2
46:21 53:17
54:14 55:3,9
72:21 80:12
81:20
**indicate** 53:13
55:24 57:5,7
60:5 67:10 69:1
69:22 71:6,13
73:1
**indicated** 64:23
66:14 90:7
109:19 119:10
**indicating**
62:14
**indication**
49:12 65:21
**indicative**
53:16
**indices** 49:16
49:19 54:8
55:12,15 56:2,3
58:22 62:9 63:7
70:2 71:14
72:20 82:21
91:1
**individual**
23:13,21 93:7
93:11 115:3
**industrial**
20:24 21:5,15
22:4 32:23
**industry** 99:24

**inefficient**
104:7
**influenced**  66:3
**inform**  82:24
**information**
27:23 34:5
37:14 38:15,21
40:1,22 43:20
44:21 46:14,15
48:19 50:5
52:13 54:2 58:5
61:18 68:17
71:11 74:20
77:16 83:1,16
104:5 115:18
**insert**  26:9
**instinct**  72:6
**instincts**  93:16
**intend**  104:15
**intensities**  89:4
**intensity**  88:8
89:19 90:2
**interact**  100:17
**interaction**
99:19
**interest**  92:14
111:11
**interested**
108:1 120:16
**interesting**
42:21 72:3 81:2
**interfere**  59:24
**interference**
15:9 29:24 91:7
**interpret**  50:8
50:9,9

**interpretation**
66:4 115:3
**interrupt**  64:8
**introduction**
27:3
**invoices**  10:7
**involved**  108:23
**irrelevant**
76:18
**iso**  67:16,19,21
68:16 85:6
104:6
**isolation**  91:24
**issue**  11:22 14:5
16:18 29:16
97:1 99:14
106:12
**issued**  17:7,23
18:19
**issues**  85:2,3

**j**

**j&j**  18:23 79:11
79:14 108:9
**jersey**  1:2
76:23
**jifsan**  13:5
109:11 110:18
**job**  1:24
**john**  9:14,15,19
**johnson**  1:5,5
4:12,12,12,13
10:9,10,13,14
11:5,5,15,15
12:2,3,4,4,9,9
13:7,7,10,11

14:5,6,13,13
19:12,12,15,15
21:16,16 71:21
71:21 75:1,6,15
75:15,24,24
76:10,10 78:14
78:14 97:7,7,18
97:23 98:7,7
99:13,13,20,20
100:1,2,5,5
107:6,6 108:20
108:20 111:4,4
111:7,7 115:16
115:17
**johnson's**  14:20
16:14 21:17
33:21 70:7 75:2
75:6 90:15 95:8
95:16 97:18,23
98:20
**judge**  20:11
77:4 89:24 90:1
**judgment**  33:3
33:19 35:5
44:16 47:11
50:6 51:9 54:13
55:18 60:1
62:17
**june**  1:16 2:8

**k**

**k**  3:19
**keep**  22:4 27:7
69:6
**kevin**  4:15 5:6
8:16 26:5

**khynes**  4:19
**kind**  31:3 37:9
37:11 38:19,20
**kinds**  49:17
**king**  4:14
**kkotch**  5:10
**know**  12:19
14:2 18:10 20:5
20:6,7 21:7,18
21:23 27:19
28:17 30:7,11
31:3,20 32:2,21
34:6 36:11
39:16,23 40:20
43:1,3,5,6,7
44:22 51:2 53:8
56:12,14,16
58:9 62:22
64:11,15,24
65:5,7,10,10,15
66:21 68:2 69:3
70:6 71:1,5
72:4 77:17
78:13 81:13,18
81:23 84:1,2,5
84:9 86:13,15
87:9 89:10,11
89:14,18 91:4
91:10 92:8
93:17,18,19
94:6,7 95:12
100:2 101:18
101:24 102:3
102:12 103:13
111:12

**knowing** 57:20
**knowledge**
  103:2
**known** 49:9,10
**kotch** 5:6
**kslaw.com** 4:19

**l**

**lab** 94:23
**label** 38:8
**labeled** 48:22
  49:19 66:15
**laboratories**
  98:15
**labs** 21:10
**lady** 103:10
**lambda** 43:19
  43:19 44:5
  46:20,21 55:9
  61:10 114:6
**language** 18:6,7
**large** 44:20
**larger** 26:9
**largest** 25:11
**late** 109:2
**lateral** 65:13
**laugh** 9:7,21
  52:10 53:9 72:4
  88:16,17 89:21
  99:11 106:1,9
  107:3 114:23
  116:7,14,17,20
  117:1
**law.com** 5:10
**lawyer** 8:23
  88:18

**learn** 41:21
**leaves** 39:18
**left** 25:14 26:6
**leigh** 4:5
**leigh.odell** 4:9
**len** 106:5
**length** 70:20
  89:15
**letter** 100:7,15
**levels** 16:9
**levy** 80:22
**liability** 1:8
**life** 32:21
  102:23
**light** 12:11
  22:17 23:9,13
  26:14,22 28:4
  28:22 30:14
  47:16 49:7
  59:20,23 73:17
  75:9 85:2 95:4
  103:23
**liked** 49:9,10
**limit** 92:12,14
**limits** 62:10,11
**line** 39:6,19
  40:3 41:7 52:19
  54:15 55:10,19
  56:15 81:21
  83:4 118:3,5,7
  118:9,11,13,15
  118:17,19,21
  118:23
**liquid** 70:1,20
  102:13 104:10
  104:10,18

**list** 28:8 91:6
**listen** 77:11
**literature** 35:9
  36:1
**litigation** 1:9
  17:8,9 107:7
**little** 27:14,15
  36:18 39:21
  40:2 41:24 44:3
  45:5 49:16
  50:13,15 52:12
  55:6 76:21,21
  80:18 91:22
  94:14
**lizardite** 92:5
**llp** 2:14 3:17
  4:14
**locations** 61:11
**long** 10:4 60:10
  102:23 109:3
**longer** 11:6
  71:18 109:20
**longo** 33:17
  34:13,14 38:24
  45:22 47:20
  50:4 53:22 55:2
  56:9,23 58:10
  59:9 62:18 65:1
  67:2 68:12,18
  76:24 77:11
  78:22 79:2,7,9
  79:11,15,21,23
  80:10 81:7,11
  82:2 86:2 87:15
  98:20 103:22
  106:13,22

**longo's** 33:12
  76:15 115:19
**look** 13:11,15
  13:19,21 14:7
  23:8 24:1 29:17
  31:9,21 35:12
  40:24 41:2
  47:18 48:1,8
  59:2 61:14
  76:14 82:18
  86:17
**looked** 7:21
  8:11,12 10:16
  10:18 11:1
  12:14 14:5 15:1
  49:7 63:23 75:5
  86:14,16 93:15
  108:18 109:18
**looking** 12:9
  14:13,19 15:11
  32:23 33:4
  35:10,10 36:1
  37:13 50:14,16
  50:20 51:7
  55:18 57:5,8,11
  91:17 92:3
  95:16
**looks** 36:22
**lot** 15:8 20:4
  30:8 34:21
  48:16 62:7 96:7
  96:22
**loved** 49:7
**low** 16:9
**lunch** 116:24

**[m - middlesex]** Page 14

| **m** | 63:1 65:22 | **meagher** 2:14 | 105:2 109:22 |
|---|---|---|---|
| **m** 3:5,7 | 67:12,15 70:8 | **mean** 13:22,23 | **methodologies** |
| **ma'am** 10:2 | 70:10,16 71:13 | 20:3 27:20 | 14:3 47:9 |
| **made** 14:1 | 73:9 98:15 | 28:15 29:19 | **methodology** |
| 18:13 39:3 | **match** 90:22 | 32:22 37:11 | 15:21 33:17 |
| 42:21 65:22 | 91:11 | 38:3 41:14 44:1 | 44:14 45:21 |
| **majority** 25:17 | **matched** 90:22 | 44:3 52:11 53:5 | 53:22 68:11 |
| **make** 15:8 18:7 | **material** 10:24 | 53:6 62:2 63:6 | 81:11,13,18,21 |
| 19:6 43:16 48:7 | 11:1 13:14,15 | 68:24 80:4 | 82:2,16 83:6,10 |
| 59:3 88:3,13 | 13:16 28:1 | 82:15 86:7 | 84:3,8,19 85:16 |
| 90:2 92:19 96:7 | 30:10 31:1 32:1 | 94:22,23 | 99:21 100:20 |
| 101:10 108:17 | 32:13 34:6 35:1 | 111:12 | 102:15,18 |
| **making** 31:18 | 41:22 63:9 66:4 | **means** 63:7 | 106:13,21 |
| 37:9 59:24 | 69:24 72:20 | **measure** 33:2 | **methods** 12:8 |
| 66:19 | 82:20 91:9,12 | 82:21 | 14:9 27:4 34:13 |
| **manufacture** | 92:4 111:14 | **measured** 39:4 | 35:21 37:24 |
| 21:17 | **materials** 8:3 | **measurement** | 44:8,8 59:9 |
| **maple** 3:8 | 16:21 18:24 | 65:19 | 83:15 98:14 |
| **march** 120:24 | 20:5 21:8 30:22 | **meet** 8:14 | 99:14 |
| **mark** 112:10,14 | 30:23 31:21 | 78:24 | **michelle** 3:18 |
| 112:17 | 32:4 62:5,17 | **meetings** | 80:22 |
| **marked** 24:14 | 67:1 90:24 92:2 | 100:10 | **microphotogr...** |
| 113:4 | **matter** 21:15 | **member** 100:9 | 47:7 |
| **marketing** 1:7 | 45:15 70:22,24 | **memory** 20:1 | **microscope** |
| **maryland** | 95:23 119:6 | **mention** 97:2 | 16:4,6 28:10 |
| 12:16 64:13 | **maximize** 25:5 | **mentioned** | 30:14 47:19 |
| 105:24 110:7,9 | **mccrone** 61:4,7 | 65:17 | 48:2,8 49:2,22 |
| 110:13 116:11 | 75:17,23 76:11 | **merit** 2:22 | 63:17 |
| 116:19 | 76:14,20 95:16 | **method** 15:13 | **microscopy** |
| **maryland's** | 95:17 97:3,7 | 20:14 22:16 | 12:11 22:17 |
| 64:5,9 75:7 | **mccrone's** | 33:12 50:4 | 23:9,13 26:23 |
| **mas** 1:6 17:1,16 | 63:14 95:6 | 56:10,12 59:16 | 28:22 73:3,17 |
| 19:7 42:9 43:9 | **mcdevitt** 5:5 | 67:16,19,22 | 75:10 |
| 53:1 57:16 58:2 | **mdl** 1:5 3:3,16 | 83:5,8,21 87:18 | **middlesex** |
| 58:22 60:24 | 4:3 7:16 24:13 | 100:8,8,12,20 | 76:23 |
| | 90:1 107:16 | 102:21 104:19 | |

[mill - observation]                                                    Page 15

**mill**  70:18,19
71:1,2
**milling**  70:21
71:7,14,16,21
71:24 72:10,16
72:18 93:9 94:2
94:10
**mills**  72:17,17
102:2
**mine**  21:20,22
64:17 65:4,11
65:12 70:14
71:22 97:24
**mineral**  28:16
29:12 30:5,16
38:14,20 39:1
41:6 53:16 54:3
57:20 58:7,20
71:3,16 72:15
101:24 102:18
**mineralogical**
38:15
**mineralogist**
103:10
**mineralogists**
60:8 102:22
103:2,7
**mineralogy**
30:17 38:19
65:21 116:9
**minerals**  29:20
29:21 30:8 31:6
31:23 38:7,16
38:19,21 62:5
64:21 65:14
71:8 104:20

105:2
**mines**  21:16
72:16 98:8
101:24
**mining**  64:20
72:19,19
**minus**  54:6
**minute**  9:4
108:16,16
**minutes**  69:6,7
69:10 101:6
105:7,10
**misstates**  19:2
41:12 82:12
108:12 111:21
**mistake**  41:10
41:14
**mode**  53:9
**moment**  81:5
**monday**  1:16
2:8
**montgomery**
4:7
**months**  63:24
108:3
**morning**  7:11
**mounts**  14:1
**move**  81:19
**mparfitt**  3:22
**multi**  91:14,14

**n**

**n**  7:1
**name**  8:21,22
9:7,11,16 61:19
103:11,11

**names**  8:22
**natural**  102:3
**nature**  98:13
**necessarily**
23:2 29:22 35:1
95:2 111:23
113:19
**need**  16:4 23:7
23:24 30:8 40:1
47:18 48:1 49:1
49:22 54:1
71:11
**needed**  31:3
54:2
**negatives**  89:9
89:11
**neither**  120:13
120:15
**never**  40:13,18
41:17 42:23
58:11 73:20
74:24 76:10
79:10 99:19
101:3 116:18
116:20
**new**  1:2 2:16
4:17 76:23
107:12,13
**night**  79:8
**nitrogen**  70:1
70:20
**nj**  3:9 5:8
**nods**  26:2 105:5
**notary**  2:22
120:4,21

**note**  45:7
106:18
**notebook**  112:7
112:14
**notes**  79:19,20
**notice**  2:20
**noticed**  18:5
**number**  6:7,19
10:7 28:9 39:1
90:7
**numbers**  67:23
**nw**  2:16 3:19
**ny**  4:17

**o**

**o**  7:1
**o'dell**  4:5
**oath**  119:13
**object**  33:8,22
99:16
**objection**  15:15
17:24 26:20
29:9 34:19 36:5
40:14,17 41:11
73:23 74:2,14
74:15 75:3,18
80:1 82:5,11
84:11,22 87:6
87:19 88:4,14
88:24 90:4 94:5
95:10,18 96:13
98:22 100:22
107:8 108:11
111:20 114:14
**observation**
55:8 56:15

81:19 83:3
**observations**
63:15 98:18
**observe** 57:1
**observed** 61:1
81:16
**observing** 60:8
79:18
**obtain** 29:14,23
44:23
**obtained** 44:24
58:5
**occasionally**
86:23
**occur** 91:23
**offer** 119:12
**offered** 81:7
**offering** 56:19
60:1
**offices** 2:12
**oh** 8:11 24:16
37:5 78:17
101:15
**oil** 39:4 40:8
41:1,3,10,15
44:4 52:2,3,5,6
52:15 57:11,13
58:14 66:15
81:18 82:23
83:3 90:21
91:12,14
**oils** 36:20 37:9
38:7 39:1,11,16
40:1,9,10,16,19
41:18 42:22
43:3 44:2 57:8

57:17,24 58:6
58:12,21 59:3
60:9 91:8,11
106:11
**okay** 7:22 8:2
8:14 9:19 10:8
11:8 14:12
16:17 20:24
21:4 22:11 23:4
24:4,11,22 25:1
25:15,19,24
26:11 27:6 28:3
28:8,18 35:8
36:13,16,24
37:1,2,7 38:2,6
38:23 39:7 40:5
41:9,24 42:5,15
43:8,16 44:13
45:4,11 46:7,24
47:8,13 49:24
50:3,10 51:4,22
52:5,19 53:10
53:13,21 55:22
56:8,17 57:3,14
57:23 58:17,18
59:8,23 61:20
62:14,24 63:12
63:19 65:16
66:2,9 68:8,23
69:4 70:22 71:6
72:13 76:8
77:20 78:5
79:10 81:6,10
85:12,14 86:1
86:13 87:17
89:6,6 90:12

93:1 96:18 97:6
99:2,12 101:5
102:5 104:18
105:11 106:20
107:19 108:6
110:12 112:16
115:16,21
116:21,22
**once** 85:13
**ones** 49:21,21
**operating** 67:5
**opinion** 14:17
23:4,21 26:19
33:10 34:16
53:15 56:19
57:10,12 61:21
62:15 82:2
92:21 97:22
102:5
**opinions** 17:18
28:5 44:17
45:23 46:17
60:2 67:2 68:12
81:7,12 83:9
99:4 115:23
**opportunity**
7:18
**optic** 29:20
30:1,4
**optical** 16:11
27:4 30:17 34:7
38:15,18 42:9
43:9,13,18,21
60:7 63:1 65:20
74:20 82:19
116:9

**orange** 27:14
45:8,12,17,18
49:9,21
**orangey** 47:16
**order** 15:5
16:21 31:4
40:22 47:19
48:2,7 71:12,22
81:11 84:20
88:13 90:2,18
100:20 104:11
**ore** 95:1
**organic** 68:2
**orientation**
29:23 60:11
61:23 62:3,8,12
**oriented** 62:6
**original** 88:11
88:22
**outcome**
120:17
**outside** 86:10
**overbroad**
28:23 29:5
48:13 50:23
52:8 68:20
75:19 82:6,12
98:1,23 99:6
102:20 103:4
104:24 107:1
109:7 115:5
**own** 13:7 14:23
15:4 16:14
19:22 20:12
33:18 43:14
44:8,15,16

45:23,24 46:3
46:16 47:10
50:6 59:4,24
60:1 63:14 67:2
68:12,17 77:15
77:20 85:17
111:17

**p**

**p**  7:1
**page**  6:2,7,19
24:23 26:7 28:8
36:19 38:5
39:10 42:2,3
46:22 52:22
55:22 57:3
58:17 60:4,23
60:23 62:20
67:10 69:20
118:3,5,7,9,11
118:13,15,17
118:19,21,23
**paid**  15:14
77:20,23
**paper**  61:17
**papers**  84:5
**paragraph**
26:10 45:6
**parallel**  42:10
43:19 44:3
53:17 57:16
61:10
**parfitt**  3:18 9:8
106:2 117:10
**part**  11:19
26:21 34:13

42:13 51:6,7
72:19 75:7 95:1
98:10
**particle**  29:16
43:23,24 48:22
49:18 61:18
72:22 80:13
**particles**  45:16
45:17 46:5,9,18
48:24 49:8,20
57:18 60:8,9
61:21 62:15
**particular**  33:5
49:14 94:2
113:24 114:6
**particularly**
20:4
**parties**  120:14
**partly**  77:17
**past**  114:12
**pasternack**  3:6
**pc**  5:5
**pcpc**  5:3
**penalty**  119:1,4
**people**  32:24
51:1 80:24
115:10,11
**people's**  114:17
**percent**  80:24
103:23
**percentage**
105:9
**perfectly**  117:1
**period**  102:23
109:3

**perjury**  119:1,5
**perpendicular**
42:11 43:20
44:4 61:10
**persists**  71:8
**personal**  5:3
12:17 114:19
114:19 115:13
**phd**  1:13 2:12
6:2 7:3 119:19
**phillips**  38:18
**phone**  86:10
**photo**  51:7 52:1
**photograph**
50:9,11,21 51:8
57:13 87:23
88:2
**photographs**
110:15 113:12
**photography**
89:14
**photomicrogr...**
13:2
**photomicrogr...**
12:24
**phrase**  51:12
**pick**  72:11
**picture**  47:8,9
47:11,14,24
48:20 49:11
50:3,5,7,16
**pictures**  13:5
27:13 48:4
49:15 66:14
89:8 111:1,2

**piece**  68:2,3
**pinned**  25:10
**place**  23:18
103:13 120:10
**places**  96:22
**placitella**  3:4,5
6:3 7:10 9:18
15:19 17:3 18:4
18:17 19:9
20:19 24:20
25:1,7,15,19,23
27:1 29:2,6
31:13 32:16
33:9 34:9 35:3
35:23 36:12
40:15 41:8,23
45:3 46:6 48:11
49:3 51:3 52:14
54:12,24 58:16
59:14,22 66:8
66:22 68:22
69:11,19 73:24
74:5,23 75:12
75:21 76:19
77:12 80:6
81:24 82:7 83:7
84:6,17 85:9,24
87:11,24 88:9
88:19 89:5 90:6
94:12 95:14,22
96:17 98:4 99:1
99:9,18 101:2
102:24 103:8
104:17 105:3
105:18 106:6
106:19 107:4

**[placitella - properties]**                                                    Page 18

107:12,17
108:5,14
109:24 112:1
112:13 113:6
114:8,21
115:15 117:8
**plaintiffs**  3:3
3:16 4:3
**plan**  89:24
**platy**  92:5
**play**  77:14
**player**  105:24
116:19
**please**  9:21
20:18 52:12
112:11
**plm**  13:6 14:6
14:19 15:2,22
19:10 23:16,22
24:7 35:13 72:2
72:11 90:9,16
92:23 93:4
94:18 98:20
99:14,22
101:12,17
104:13
**plus**  54:6
**pocket**  6:12
113:1
**point**  32:21
88:3,13 90:3
**polarized**  12:11
22:17 23:9,13
26:22 28:10,22
30:14 75:9 95:4

**polarizer**  26:10
**position**  23:8
48:6
**possession**
64:12
**possibilities**
27:17 55:7
**possibility**  92:3
**possible**  66:19
71:15 94:1
101:10,13
**possibly**  27:18
**potentially**  65:8
**powder**  1:6
13:8,11 14:20
16:14 21:17
33:21 70:7 75:2
75:6 90:16
**power**  69:3
**powerpoint**
87:13,14
110:19
**practice**  60:7
60:20
**practices**  1:7
**preceding**  19:8
**preparation**
8:3,15,20 16:18
76:9 106:12,16
**prepare**  10:4
**prepared**
109:14
**preparing**  9:23
16:21 65:1
106:22 115:17

**presence**  16:1
27:24 28:11,14
31:17,22 32:5
73:10,15 74:19
75:14 91:17
92:16
**present**  31:23
44:1 92:22 93:3
93:5
**presentation**
110:19
**presented**  63:1
**pretty**  68:24
**prevent**  45:13
**previously**  65:2
**principle**  89:20
**principles**
106:24
**printed**  89:8
**prior**  7:19,23
**probably**  19:24
78:4 79:16
93:23 97:5 99:8
106:4
**problem**  25:20
39:12 59:15
83:10,14 86:21
87:2 89:7
106:17
**procedure**
65:20
**proceed**  23:18
**proceedings**
7:17
**process**  70:7
71:17,21,24

72:10,17,18
93:10 94:2,11
94:24 104:7
**processing**
101:24 102:1
**produce**  41:5
**produced**  33:12
33:17 37:14
**product**  10:10
10:14 12:4,10
19:15 20:7,22
34:17 35:13
71:22 72:2
75:17 93:10
109:5
**products**  1:6,8
5:3 20:2,18,21
21:1,12 72:15
97:8,11
**professional**
33:18 35:5
37:22 55:18
**proof**  27:9,11
**proper**  26:22
29:22 87:17
88:20 89:10,18
99:21
**properly**  40:24
**properties**
16:11 28:9,19
29:3,11,13,15
30:10,13,15
31:18 32:7,15
32:18 33:4,11
34:1,8 35:12
36:4 38:18 62:7

[properties - refraction]                                                    Page 19

65:8 82:19
**proposition**
    37:3
**prove**  92:8,9,10
    92:14,16
**provide**  11:14
    18:20 38:20
    44:16 50:3,5
    52:6,13 83:1
    84:20 98:6
    102:6 115:24
**provided**  10:7
    18:21,24 27:23
    28:1 34:5,20
    42:11 43:21
    45:14 58:23
    59:13 66:5
    71:10 79:2,7
    84:15
**provides**  53:22
    61:9
**public**  2:22
    120:4,21
**publication**
    61:14
**published**
    26:18 27:5 35:8
    36:1 38:1 60:20
**purchase**  11:3
**purchased**
    10:23 16:13
    108:21 109:18
**purpose**  11:2
    13:23 36:15
**purposes**  7:14
    24:18 25:24

**pursuant**  2:20
**put**  15:20 21:11
    41:4 76:2 84:24
    90:21 115:8
**putting**  85:4

**q**

**qualification**
    20:10
**qualified**  28:18
**qualifiers**  115:9
**qualities**  30:9
**quality**  114:19
**question**  31:14
    32:3 43:4 44:6
    52:11 58:7 72:4
    85:13 87:9
    93:12 98:5
    100:15 105:22
**questioning**
    111:11
**questions**  48:16
    49:4,17 78:22
    101:6 105:9
    117:7
**quickly**  18:12
    18:19
**quite**  48:4

**r**

**r**  7:1
**range**  62:9
**raw**  33:12,17
    34:14,21 44:7
    59:13,15,16
    60:2 83:17,19
    83:22 84:14

89:9 98:19 99:4
    110:12,14
**reach**  27:22
    53:23 58:1
    68:12 71:12
    81:11
**reached**  95:16
**reaching**  82:3
**read**  26:8 119:5
    119:7
**readily**  73:2
**ready**  62:22,23
**really**  12:22
    14:24 18:11
    20:6 27:19
    36:14 39:24
    40:23 55:5
    89:17 100:2,16
**realtime**  2:21
**reason**  27:12
**reasonable**
    93:21 103:14
    103:17
**reasons**  78:13
**recall**  39:2 77:1
    78:7 90:10
    113:13
**received**  19:7
**recent**  107:15
    115:17
**recess**  69:16
    105:15
**recognize**  54:18
**recognized**
    52:5

**recollect**  68:6
    101:4 107:23
**recollection**
    20:13 22:15
    100:16
**recollects**  68:7
**recommendat...**
    36:20 67:16
    68:16
**recommended**
    37:1 85:6
**record**  12:6,23
    21:24 24:18
    34:10 40:21
    69:15,18
    105:14,17
    117:5
**records**  22:4,7
**red**  3:9 27:15
    80:18
**reduction**
    69:23
**reference**  30:17
    38:8,12 79:1
**referenced**
    6:18 61:19
**referring**  18:11
    24:19 38:13,22
    61:8,15 67:19
    76:5
**refine**  104:10
**refraction**  38:8
    38:21 39:6,14
    41:7,22 43:2
    46:21 49:16,20
    53:17 54:8,15

**[refraction - samples]**                                                                Page 20

55:3,10,12,15
56:2,3 58:22
62:9 63:8 70:2
71:14 72:20,21
80:13 81:20
82:21 91:1
**regard**  84:4
**regardless**
27:21 33:10,16
34:12 66:23
68:9 72:22
**registered**  2:22
120:4
**reilly**  5:5
**rejected**  104:6
**relation**  79:21
107:7
**relationship**
58:12
**relative**  120:13
120:15
**reliable**  16:10
**relief**  91:2
**rely**  59:10
84:20
**relying**  62:17
**remember**  9:1
9:2,20 10:6
12:22 49:13
55:3 67:22
70:19 76:3 81:4
87:12 111:15
**remind**  9:11
**remove**  68:2
**renzi**  3:7

**report**  6:9,10
6:11,20 8:6
9:24 10:5 14:4
14:18 15:5,20
16:18,22 17:13
17:19,23 18:5,6
18:8,12,18 19:1
19:6 24:13,19
26:12 28:4
34:13 36:14,16
38:23 40:7,9
42:3 55:23,24
62:4,21 69:21
76:10,15 86:14
86:18 90:8 91:6
97:2,3,13,14,15
98:10 107:13
107:16,16,22
107:24 108:4
108:24 109:2
109:14 110:18
111:4 112:23
112:24 113:1
113:15 115:19
116:1,3
**reported**  1:23
58:22 109:10
**reporter**  2:21
2:22 25:2 69:14
69:17 105:13
105:16 117:4
120:1,4
**reports**  8:11
17:1,8,12,22
19:8 34:5 57:16
65:23 67:12

77:19 106:16
109:15 112:12
115:17
**representatives**
100:1
**request**  111:24
**require**  37:8
90:8
**required**  56:3
**respect**  89:22
**result**  12:6
**results**  11:14
12:3 42:23 59:3
76:11,14 90:9
97:8
**retained**  107:6
109:6,9 110:21
110:23 111:9
**revell**  38:18
**review**  7:19
**reviewed**  8:3,6
8:8
**rid**  103:24
104:3
**right**  11:5 15:3
25:16 44:13
46:13 54:18
56:22 63:21
66:23 67:8,10
69:12,20 77:3
81:4 82:1 84:18
96:23 97:16
98:24 99:15
106:7,10 108:9
109:19 112:2
112:13 114:9

114:22 115:1
117:1
**rls**  1:6
**rmh**  5:10
**rmr**  1:23
120:21
**road**  96:5
**rod**  72:17
**role**  77:7,13
**rotate**  60:10
**roth**  3:4
**roughly**  108:4
**routine**  32:11
**routinely**  74:17
**run**  90:18

**s**

**s**  3:6 7:1
**sales**  1:7
**sample**  10:22
11:4 12:15
23:10 28:20
29:4,8 32:18
33:5,6,13 36:2
37:13 65:9 71:5
87:18,22 90:15
94:2,4 103:24
106:12,16
109:18,21
**samples**  10:16
10:19 11:22
14:13 19:22
28:11 49:13
67:13,24 73:10
75:1,5,24 85:5
102:18,19

[samples - small]                                              Page 21

| | | | |
|---|---|---|---|
| 106:22 108:10 | **section** 42:5 | **selling** 11:6 | **shot** 39:5 |
| 110:2,3,8 | 45:9 | **semester** | **show** 94:3 |
| 111:17 | **see** 8:21 9:6 | 116:10,12 | 96:12,16 |
| **save** 105:10 | 10:20 13:16,24 | **send** 32:24 | **showed** 39:14 |
| 119:8 | 15:1,8 23:10,11 | **sense** 34:3 | 60:2 96:24 |
| **saw** 42:24 | 23:12,14,15,21 | **sensitivity** | 100:6 |
| 76:22 78:5,21 | 24:5 25:6,8,11 | 114:18 | **shows** 47:11,23 |
| 83:19 88:6,7 | 25:13,14 26:6,7 | **sent** 20:4 | 88:23 |
| 106:15 113:11 | 26:9,16 38:10 | **sentence** 43:11 | **side** 27:16 |
| **saying** 77:19 | 42:5,13 43:11 | 57:6 63:22 | 39:20 40:3 |
| 80:8 84:10 | 45:9 47:1,17 | **separate** 94:8 | **signature** |
| 86:22 87:2 | 49:2 50:1,11,12 | **separated** 93:7 | 117:12 120:20 |
| 114:4 | 50:17,19 51:1,5 | **separating** | **signed** 119:15 |
| **says** 42:8 56:6 | 51:13,14,17,19 | 105:2 | **significant** |
| 63:21 67:12 | 51:20 53:3,19 | **separation** | 28:10 |
| 116:8 | 60:12 61:5,14 | 102:13 104:11 | **similarity** 46:4 |
| **scientific** 15:12 | 61:24 62:12,13 | 104:18 | **simply** 15:8 |
| 52:7 56:10,12 | 63:4 65:18,24 | **series** 38:17 | 87:22 |
| 87:17 88:12,22 | 67:7,17 70:4 | 57:17 | **single** 20:14 |
| 89:20 93:21 | 73:6,12 79:18 | **serpentine** | 41:18 44:4 |
| 102:17 104:19 | 80:16,18 89:20 | 13:16 14:6,8 | 81:17 93:6 |
| 106:23 | 90:18,23 91:3,7 | 15:1,9 92:2,5 | **sit** 19:19 |
| **scientifically** | 92:4,23 93:6,8 | **set** 14:4 29:13 | **sitting** 48:15 |
| 92:11 | 93:10 94:17 | 30:24 62:10 | 49:5 78:5 |
| **scientist** 34:15 | 95:4,5 98:2 | 98:15 120:10 | **six** 63:23 108:3 |
| 99:5 | 106:7 113:19 | **several** 7:21 | **size** 29:16 69:23 |
| **scientists** 50:18 | 114:24 115:11 | 14:1 | 72:10,22 80:13 |
| 115:3 | 117:2 | **shades** 47:15,16 | **skadden** 2:14 |
| **screen** 25:11,18 | **seeing** 25:3,20 | 50:12 | **skip** 36:14 |
| 39:10 42:6 | 47:14,15,16 | **sheet** 118:1 | **sky** 51:19 |
| **second** 7:15 | 80:15 114:11 | 119:11 | **slate** 2:14 |
| 17:13,23 24:12 | **seems** 71:13 | **sheets** 17:16 | **slide** 60:9 62:6 |
| 51:24 52:3 | **seen** 64:22 | 42:10 43:10,13 | **slightly** 114:7 |
| 112:23 | 102:1 | 43:18,21 | **small** 6:8 16:8 |
| **secondhand** | **sell** 11:9 | **shelf** 11:10 | 57:19 58:7 |
| 104:5 | | 19:23 | 80:16 112:21 |

[social - system]    Page 22

| | | | |
|---|---|---|---|
| **social** 79:4 | 52:9 54:23 | **statements** | 108:10 |
| **sold** 20:9 | 100:24 103:5 | 101:19 | **substance** |
| **somebody** | 113:22 115:6 | **states** 1:1 11:7 | 36:16 |
| 51:11 114:22 | **spent** 9:22 | 35:9 36:1 57:12 | **substantive** |
| 114:24 | **spike** 13:14 | **stenographic...** | 18:15 79:5 |
| **sons** 9:5 | 109:22 | 120:9 | **sufficient** 34:4 |
| **sorry** 9:16 | **spoke** 108:19 | **steps** 90:13,17 | 34:14,22 43:14 |
| 12:20 20:20 | **stain** 63:9 65:1 | **stop** 47:6 | 44:15 47:10 |
| 22:24 27:2 | **staining** 40:23 | **store** 10:23 | 53:22 |
| 36:24 42:16 | 41:19 43:2 | 11:4,12 | **suggest** 88:22 |
| 64:8,8 67:22 | 44:23 45:12 | **strange** 45:16 | 98:3 |
| 82:22 116:23 | 46:9,19 47:7 | 46:5 59:23 | **suggesting** 87:5 |
| **sort** 81:3 92:6 | 48:24 53:2 | 80:23 | **suggestion** |
| **sound** 84:19,24 | 55:16 57:15,24 | **strangeness** | 27:20 |
| **sounds** 53:8,8 | 70:3 80:17 | 59:20 | **suggests** 65:13 |
| 98:24 | 81:17 82:23 | **street** 3:19 4:6 | **suite** 3:19 5:7 |
| **source** 26:14 | **standard** 15:21 | **strike** 115:22 | **supplied** 17:1,5 |
| 49:7 61:3 64:1 | 22:22 23:1,5 | **structure** 69:24 | 62:18 115:18 |
| 97:24 98:8 | 26:19 35:9 | 71:8,15,19 | **supply** 16:20 |
| **sources** 21:4 | 37:19,23,24 | **student** 55:13 | 75:16 |
| 85:2 | 60:21 65:20 | **students** 30:13 | **supported** 61:2 |
| **spalding** 4:14 | **standards** 14:4 | 40:4 | **suppose** 96:11 |
| **speak** 8:19 | 15:4 36:7 37:8 | **studies** 93:15 | **sure** 15:8 21:12 |
| **speaker** 25:10 | 37:18 | **study** 10:24 | 35:17 43:16 |
| **speaking** 55:11 | **start** 70:16 | 13:18,21 41:18 | 52:16 69:11 |
| 72:18 92:11 | **started** 109:15 | 71:9 | 70:15 71:5 72:4 |
| **specific** 37:2,20 | **state** 17:9 38:5 | **studying** 32:23 | 77:18 92:19 |
| 42:10 52:12 | 46:11 52:22 | **su** 78:6 86:1,13 | 93:13,17,19 |
| 61:13 71:3,4,4 | 56:22 57:14 | 86:20,22 87:10 | 94:7 101:10,22 |
| 71:5 79:4 90:12 | 60:23 | **su's** 86:17 | 105:19 108:17 |
| 107:15 | **stated** 68:4 | 116:3 | 112:18 114:16 |
| **specifically** 8:3 | 83:24 | **subject** 114:10 | **sworn** 7:5 |
| 8:13 12:12 32:5 | **statement** | 115:2 | 120:6 |
| 36:7 37:18 72:8 | 26:18 27:21 | **subjective** 33:3 | **system** 27:19 |
| **speculation** | 63:13 72:14 | **subsequent** | |
| 28:24 50:23 | 116:5,15 | 9:24 10:1 | |

**[tab - think]** Page 23

| t | | | |
|---|---|---|---|
| **tab** 112:22,23 112:24 | 98:21 99:15,22 100:12 101:11 101:16 103:3 104:1,12 107:7 110:7 | 74:21 75:9,16 75:23 76:14 90:8,12 92:16 92:17 94:17 | **testimony** 19:3 24:9 41:12 72:23 79:1,6,21 81:8 82:12 86:2 92:20 98:7,17 101:8 108:12 111:21 113:11 120:9 |

**tab** 112:22,23
  112:24
**table** 17:15,17
  61:9
**tabs** 6:8,14
  112:22 113:3
**take** 10:4 39:16
  41:24 67:1
  68:10 69:2,7,8
  77:5 79:19,20
  88:11 101:5
  105:10
**taken** 7:16
  49:11 65:9
  110:15,17
  119:6 120:9
**talc** 19:11,12,15
  19:20 20:6,14
  20:17,21 21:1,5
  21:14,15,15,19
  22:4,15,21,23
  23:6 28:20,21
  31:16 32:5,11
  32:12,18 33:13
  35:11,11 36:2,8
  37:16,18,20,24
  45:17 49:1
  52:24 54:5,9,9
  54:11 55:4,7,12
  61:22 62:15
  75:24 90:22,22
  91:1 92:22 93:4
  94:17 95:8,17
  97:18,23 98:7

98:21 99:15,22
100:12 101:11
101:16 103:3
104:1,12 107:7
110:7
**talcs** 32:23,24
**talcum** 1:6
**talk** 13:4 36:19
  52:2 65:16
  79:14
**talked** 80:12,15
  80:21
**talking** 43:17
  70:10 86:21
  97:12
**talks** 62:21
  67:24
**tap** 60:9
**taught** 40:4
  55:14 106:5
**teach** 30:13
  116:9
**teacher** 53:8,9
**tease** 94:14
**techniques**
  26:22 97:13
**tell** 8:2 9:19
  48:17 81:10
  96:23 111:15
**telling** 30:5
**tem** 14:12,16
  14:18 15:6,18
  15:22 16:3,4,10
  16:15 22:18,21
  23:5,17,18 24:1
  24:8 73:4,9,16

74:21 75:9,16
75:23 76:14
90:8,12 92:16
92:17 94:17
**temperature**
  49:11,12,15
  65:17,20,22
  66:3,15,20,24
  68:5 71:4 85:4
  85:5
**temperatures**
  67:13 68:1
**terms** 12:24
  20:2,10 51:13
**test** 11:21 12:12
  13:7 20:14,24
  21:14,19 57:17
  76:11,14 90:16
  90:18 109:17
  109:17 111:8
  111:17
**tested** 10:9,13
  12:2 13:10
  101:19 108:9
  108:15 109:5,9
  110:8
**testified** 7:5
  75:4 79:11,15
**testify** 80:10
  82:8 93:20
  97:17 98:12
  106:21
**testifying** 76:24
  97:9,10,12
  98:13

**testimony** 19:3
  24:9 41:12
  72:23 79:1,6,21
  81:8 82:12 86:2
  92:20 98:7,17
  101:8 108:12
  111:21 113:11
  120:9
**testing** 12:3,8
  13:15 14:23,24
  15:13 19:20
  22:2,3,5,14,15
  22:21 90:8 97:8
  99:14,14,21
  110:13,16
  111:18
**tests** 13:1 20:12
  112:5
**text** 38:20
  60:21
**texts** 38:9,12,19
**thank** 7:13
  24:21 105:4,12
  117:2
**thing** 17:4
  23:12 36:18,22
  43:17 65:14
  92:6 93:5
  103:15,17
**things** 31:1
  36:18 80:8 85:7
  89:16 91:5
  114:11
**think** 9:4,22
  10:21 19:24
  31:10 36:6,21

[think - upper]

37:17 54:3,6
55:13 61:19
70:17,17 72:12
76:1,13 79:16
80:9,24 82:14
83:5 85:22 86:3
86:15 87:3
88:21 93:23
94:19 95:2,2
97:2 99:7 100:3
100:3,6,15
101:21 102:2
103:12,18,18
103:20 105:8
107:9 113:23
115:7,10,11,13
116:21
**thinks**  71:18
**third**  52:2
112:24
**thought**  17:21
18:1 27:16
77:19 80:23
81:1,2
**three**  10:3 37:1
37:8 39:22 40:1
40:10,16,19
112:12,21
**threw**  22:8
**throw**  22:11
**time**  1:17 2:9
9:22 15:22,24
18:22 19:8 22:6
22:20 28:19
29:4 32:17,22
41:19 63:19

70:21 71:4
77:24 78:3
89:15 99:3,10
102:23 105:24
108:10,23
109:3,13,14
120:10
**times**  90:7 97:3
**today**  7:12,14
7:20 8:9,10
16:18 19:19
75:22 113:8
116:8
**today's**  8:4,15
9:23
**together**  40:22
41:5 42:23
**told**  56:13 76:7
85:1 100:3,4
**took**  13:3 48:6
76:2 96:24
111:1,2
**top**  25:13
**totally**  114:3
**tough**  106:4
**toward**  109:19
**trace**  64:21
65:14
**training**  50:19
**transcript**  6:16
7:19,24 119:5
120:8
**transmission**
73:3
**tremolite**  13:3

**tried**  18:13
**true**  19:24
34:18 49:23
80:9 110:10
114:13 116:11
119:8
**truth**  111:15
**try**  14:12 29:17
31:22 105:7
**trying**  16:1,8
25:3 39:7 40:5
40:6,11 68:8
69:3 92:14
94:13
**tuesday**  18:21
18:22 19:1
**tungsten**  26:14
**turned**  27:17
**twin**  9:5
**two**  10:3 15:20
17:7,12 19:21
20:12 27:8,16
37:1,8 39:10,13
39:13,16,21
40:9,16 41:20
42:23 43:3 44:2
47:17 57:8 58:5
58:12,20 59:3
61:16 75:5
105:10 110:3
110:17 116:10
**type**  13:17 28:4

| u |
|---|

**uh**  28:2 37:1
42:7,14 110:17

**ultimate**  99:3
**ultimately**
22:22
**uncertainty**
39:18
**under**  15:4 16:3
16:6 24:1,7,8
47:19 48:1 58:7
63:17 70:1
90:16 119:1,4
119:12
**understand**
25:4 36:16 39:8
40:6,11 41:14
42:16 44:22
49:8 68:9 80:19
85:3 92:20
94:14 96:20
101:10 104:4
**understanding**
86:22 87:1,2
119:11
**understood**
80:23
**united**  1:1 11:7
**university**
12:16 22:9 64:5
64:9,13 75:7
110:6,9,13
116:11
**unknown**  28:14
29:12 30:20
31:8 32:13
**unusual**  81:3
**upper**  26:6

| | | | |
|---|---|---|---|
| **use** 12:8 13:6 | **uses** 71:21 | **variable** 30:5 | **walk** 90:17 |
| 13:13 14:12 | **using** 14:6 | 67:14 | **want** 9:10 16:2 |
| 15:6,12,18,22 | 20:14 21:11 | **variation** 64:22 | 21:11 24:11 |
| 15:22,22 16:2 | 23:22 25:3 | 65:13 66:3 | 27:7 36:13 |
| 16:15 21:8 | 28:10,21 30:14 | 115:14 | 46:22 47:4 67:6 |
| 22:16,18 28:19 | 35:12 36:20 | **variations** 61:1 | 69:2,6,7,8 |
| 29:3 31:17 32:6 | 41:22 44:7 | 61:22 64:21 | 78:20 92:19 |
| 32:14 40:16,23 | 59:12 68:11 | 113:20 | 101:10 112:20 |
| 57:15,24 58:4 | 83:15 85:4 | **varies** 114:18 | **wanted** 21:7,12 |
| 61:17 70:12 | 92:23 93:4 | **various** 38:24 | 61:14 77:17 |
| 73:9,16 75:9 | 94:17,18 99:14 | 47:15 50:12 | 78:19 91:4,10 |
| 80:21,22,24 | 99:22 101:17 | 75:23 | 100:21 111:16 |
| 84:13 90:18 | 104:13 | **vary** 62:11 | 111:17 |
| 109:21 | **utilized** 26:14 | 64:19 | **washington** |
| **used** 10:22 14:9 | **utilizing** 44:23 | **verbatim** 120:8 | 2:15,17 3:20 |
| 19:10 20:5 | 54:7 | **verify** 90:9 | **water** 96:21 |
| 21:16 25:4 28:5 | | **vermont** 21:20 | **way** 16:10 |
| 32:17 33:1,17 | **v** | 21:22 22:15,21 | 23:17 27:18 |
| 34:1,14 39:1,10 | **vague** 16:23 | 22:23 23:6 | 31:15 40:4 |
| 40:8,8,10,13,18 | 18:9 28:23 | **version** 26:7 | 41:20 57:7 |
| 40:19 41:10,15 | 50:23 52:8 58:3 | **versions** 27:8 | 60:18,19 66:9 |
| 41:17 42:23 | 59:18 77:9 80:2 | **versus** 15:13 | 69:2 75:13,15 |
| 44:14 45:22 | 80:15 87:7,20 | 93:11 94:3 | 77:20 83:2 84:8 |
| 47:9 50:4 52:15 | 102:20 104:14 | **vickery** 1:23 | 86:20 90:22 |
| 53:22 54:13 | 104:24 106:14 | 2:21 120:3,21 | 93:22 97:17,22 |
| 55:7 59:9,16 | 107:2 108:11 | **view** 25:2,4 | 102:8 106:23 |
| 61:18 70:8,14 | 113:21 114:15 | **violation** 89:20 | **we've** 69:5 |
| 70:19 75:9 | **valid** 102:17 | **viscomi** 77:4 | **weeks** 7:21 |
| 81:11,14,19 | 104:19 105:1 | 90:1 | 76:22 116:10 |
| 82:3,16 83:8,21 | 106:23 | **visited** 102:1 | **went** 9:16 43:1 |
| 84:19 85:16 | **validity** 84:8 | **voltage** 27:17 | 85:10 |
| 97:13 102:12 | **value** 42:12 | | **whatsoever** |
| 102:15,22 | 83:3 | **w** | 97:11 |
| 103:1,12,22 | **values** 42:10 | **wait** 108:16,16 | **wisdom** 114:11 |
| 106:11,13,21 | **variability** 61:2 | **waived** 117:12 | **witness** 9:12,15 |
| | | | 15:17 16:24 |

18:1,10 19:5
20:17 24:22
26:21 29:1,10
32:10 33:23
34:20 35:17
36:6 40:18
41:13 44:19
46:2 48:14
50:24 52:10
54:1 58:4 59:12
59:19 66:7,13
68:21 69:10
74:3,16 75:4,20
76:17 77:10
80:3 81:16
82:13 83:13
84:12,23 85:22
87:8,21 88:6,16
89:2 90:5 94:6
95:12,20 96:15
98:2,24 99:7,17
101:1 102:21
103:6 104:15
105:1 106:3,15
107:3,21
108:13 109:8
111:22 112:18
113:23 114:16
115:7 120:6
**word** 77:5
84:24 86:23
97:3
**words** 20:22
78:19 114:2
**work** 74:7
99:23 100:11

100:17
**worked** 89:13
**working** 99:13
100:8 109:23
**works** 103:19
103:20
**world** 31:6
61:12 102:3
**write** 57:21
100:15 111:23
**writing** 9:24
26:9 108:1
**written** 18:12
77:19 100:7
**wrong** 95:17
104:8
**wrote** 61:17
107:22 108:2
**wukzmin** 3:13
**wylie** 1:13 2:11
6:2,9,10,11,21
7:3,11 24:14
26:1 42:6 48:7
112:17 113:5
119:19
**wylie's** 107:10

**y**

**yeah** 24:16 25:6
42:20 52:11
67:9 70:13 77:6
79:13 99:11
113:14
**year** 95:20
109:3

**years** 20:3
22:13 51:8,12
76:1 96:24
**yellow** 47:16
50:13 51:21
115:1
**yellowish** 51:20
51:23
**york** 2:16 4:17

**z**

**zero** 43:19,19
44:5 46:21 55:9
**zeros** 46:20
61:10 114:6
**zoom** 3:3 4:3
5:4 8:23

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES

ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

THE ABOVE RULES ARE CURRENT AS OF APRIL 1,

2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES

OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.