Exhibit 75

# In The Matter Of:

*Chapman vs. Avon Products, Inc., et al.*

---

*Dr. William Longo, Vol. 3*
*October 3, 2022*

---

*Abrams, Mah & Kahn Reporting Service*

Dr. William Longo - October 3, 2022
Chapman vs. Avon Products, Inc., et al.

Page 606

1    You have not validated by SAED, EDS, or EDXA any
2  finding of chrysotile in talcum powder from a Cashmere
3  Bouquet container, correct?
4    **A.  Still haven't.**
5    Q.  You have not validated identification of
6  chrysotile and any talcum powder by SAED, correct?
7    **A.  We have not done TEM on that yet, but we have**
8  **validated it because we have looked at the chrysotile that**
9  **we're finding.  We have compared it to standards that has**
10 **the same size of chrysotile, which shows the same type of**
11 **dispersion and light, shows the same type of refracted**
12 **indices.**
13   **We have been validated by Mickey Gunther that the**
14 **SG 210 has the, quote, orangeish-yellow to blueish**
15 **dispersion.  And in my opinion, the thought that we are**
16 **misidentifying fibrous talc for chrysotile, I think it's**
17 **actually reverse.  Defendant experts are misidentifying**
18 **chrysotile for fibrous talc.  So when you say we haven't**
19 **validated it, there is no requirement that PLM analysis**
20 **has to have -- also pass mustered yet.  And you have to**
21 **have TEM.**
22   **So I just want to make it clear that we have not**
23 **analyzed it by TEM at this point.  We have -- have a few**
24 **samples where we have SEM that shows that shows that it is**
25 **in the same sample.  And we will get there, but as far as**

Page 607

1  **I'm concerned, we have validated it.**
2    **MR. SLAUGHTER:**  Object to the nonresponsive
3  portion, but thank you for that answer.
4  BY MR. SLAUGHTER:
5    Q.  Are you still in the beta phase for method
6  development for identifying chrysotile in talc?
7    **MR. BUHA:**  Vague and ambiguous.
8    **THE WITNESS:**  Yes.  We're now running the SG 210
9  and looking at different variations of heavy liquid to
10 maximize it starting from scratch.  So it's been since
11 we -- well, we've had these SG 210s for a while and forgot
12 about them.  But that is -- that is the best product right
13 now because it is -- the refractive indices are almost
14 identical.  They're within a few thousandths of a
15 refractive indice.
16   And once that is -- once we have that -- have
17 that maximized, so I can publish it, and then we'll go on
18 to TEM.
19   **MR. SLAUGHTER:**  Thank you.
20   Object to the nonresponsive portion.
21 BY MR. SLAUGHTER:
22   Q.  Couple more questions.  And I think Dr. Longo,
23 you sort of answered this already, but I just want to be
24 clear.  And I'll be done in one minute.
25   Has your lab commenced testing by SEM, the light

Page 608

1  fraction crepes drawn from Cashmere Bouquet?
2    **A.  Not yet.**
3    Q.  Have you used all of your light fraction material
4  to load SEM stubs, or do you still have material
5  available?
6    **A.  Well, we have maybe 3 or 4 milligrams available.**
7    Q.  Have you loaded any SEM stubs at all yet?
8    **A.  Not yet.**
9    **MR. SLAUGHTER:**  Thank you, Doctor.  That's all
10 the questions that I have for you.
11   Counsel, for the record, we would just ask that
12 you preserve the Cashmere Bouquet materials so that we can
13 get our own splits to the extent that they're being tested
14 again or -- and/or give us notification when those tests
15 will be done.
16   That's all I have.
17   Thank you, Doctor.  I appreciate your time.
18   EXAMINATION
19 BY MR. SCULLY:
20   Q.  Dr. Longo, Tom Scully here.  Can you hear me?
21   **A.  I can.**
22   Q.  Dr. Longo, what we're going to do is we are going
23 to mark as the next exhibit in order your supplemental
24 report for Avon talcum powder, which is dated
25 September 30, 2022.

Page 609

1    (Exhibit 43 marked for
2    identification.)
3  BY MR. SCULLY:
4    Q.  Do you have that?
5    **A.  Yes.**
6    Q.  Dr. Longo, is that report 87 pages total?
7    **A.  That seems about right.  I don't have page**
8  **numbers on it, but if I were to count them all up, I would**
9  **think that's what it was.**
10   Q.  Dr. Longo, is this now your final report for
11 Avon?
12   **A.  For these two, I hope so.**
13   **MR. BUHA:**  Calls for speculation.
14 BY MR. SCULLY:
15   Q.  Doctor, are you prepared to vouch for the results
16 of this report?
17   **MR. BUHA:**  Vague.  Ambiguous.
18   **THE WITNESS:**  Yes, sir.  This -- this supplement,
19 I believe, cures a few of the problems associated with the
20 other one.
21   **MR. SCULLY:**  No further questions.
22   Let the record reflect that was under one minute
23 of questioning.
24   **THE WITNESS:**  I'm impressed -- very impressed.
25   **MR. LANKFORD:**  Anyone else before I ask my few

49 (Pages 606 to 609)

**Dr. William Longo - October 3, 2022**
**Chapman vs. Avon Products, Inc., et al.**

Page 618

1    **MR. SCULLY:**  Can we have seven more hours?
2    **THE WITNESS:**  Well, that's never up to me.  I
3    think it's --
4        **MR. BUHA:**  I don't have anything further.  I'll
5    reserve at trial.
6        We can go off the record.
7        -oOo-
8        (The deposition concluded at 2:02 p.m.)
9        * * *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 619

1    DECLARATION UNDER PENALTY OF PERJURY
2
3        I declare under penalty of perjury that I have
4    read the entire transcript of my Deposition taken in
5    the captioned matter or the same has been read to me,
6    and the same is true and accurate, save and except for
7    changes and/or corrections, if any, as indicated by me
8    on the DEPOSITION ERRATA SHEET hereof, with the
9    understanding that I offer these changes as if still
10    under oath.
11        Signed on the _____ day of _____,
12    2022.
13    _____
        DR. WILLIAM LONGO
14
15
16
17
18
19
20
21
22
23
24
25

Page 620

1        REPORTER'S CERTIFICATION
2
3        I, AMANDA J. DOSS, Certified Shorthand
4    Reporter in and for the State of California, do hereby
5    certify:
6
7        That the foregoing witness was by me duly
8    sworn remotely; that the deposition was then taken before
9    me at the time herein set forth; that the testimony
10    and proceedings were reported stenographically by me
11    and later transcribed into typewritten form under my
12    direction; that the foregoing is a true record of the
13    testimony and proceedings taken at that time.
14
15        IN WITNESS WHEREOF, I have subscribed my name
16    this October 8, 2022.
17
18
19
20
21    _____
        Amanda J. Doss, CSR No. 13745
22
23
24
25

52 (Pages 618 to 620)

Exhibit 76



**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259

### MAS Project M71614

### Talcum Powder Analysis

### Valadez- J & J Baby Powder Container



Prepared for: The Law Firm of Kazan, McClain, Satterley & Greenwood

Prepared By: William E. Longo, Ph.D., CEO

Materials Analytical Services, LLC

**02/28/2023**

# TABLE OF CONTENTS

PROJECT SUMMARY.................................................................................................................3

OVERVIEW..............................................................................................................................3

MATERIALS & METHODS..........................................................................................................4

RESULTS..................................................................................................................................8

DISCUSSION/CONCLUSION.....................................................................................................10

**PROJECT SUMMARY**

This report provides the results for the analysis of the Johnson & Johnson Baby Powder (JBP) container submitted to MAS by Joe Satterley on behalf of the Kazan, McClain, Satterley & Greenwood law firm. The JBP container was sent to MAS on 1/25/23 where it was received and logged in on 1/26/23 and then placed in a secure laminar flow hood. The JBP sample container was assigned the following MAS laboratory tracking number of M71614-001.

Table 1 provides a sample description summary of the JBP that was analyzed for asbestos.

**Table 1**
**JBP Sample Container Descriptions**

| MAS Sample No. | Product | Container size (oz) | Container Code | Condition of Container | Source of Sample |
|---|---|---|---|---|---|
| M71614-001 | 2018 Johnson's Baby Powder | 1.5 | 11219RA | Sealed | Submitted by Joe Satterley |

**OVERVIEW**

This report provides the analytical results for the testing of one JBP container that MAS analyzed as requested by the law firm of Kazan, McClain, Satterley & Greenwood. According to the chain of custody information, the JBP container was purchased from a market gift shop at the Court Yard Marriott located in Merced, California. The container was sealed as shown in the photographs located in Section 5 of this report.

The talcum powder in the JBP sample container was analyzed for both chrysotile and amphibole asbestos using PLM and ATEM.

For the chrysotile analysis, the sample was first prepared by the Colorado School of Mines (CSM) sample preparation method (with HLS), then the prepared sample was analyzed by PLM using a refractive index fluid 1.560.

For the detection of amphibole asbestos for the JBP container, both PLM and ATEM analysis methods was done. For PLM analysis, the sample was prepared (with HLS) by the New York ELAP method. The PLM analysis used method ISO 22262-1 with refractive index fluid 1.605. The ATEM sample preparation was analyzed using the standard TEM methods.

## Overview of Results

### The CSM Sample Preparation (with HLS) & Analyzed by the ISO 22262-1 Method
The amount of chrysotile found in the JBP sample had an average estimated volume weight concentration of 0.0003 to 0.006% (recovery weight corrected). The average amount of chrysotile bundles was 56,000 bundles per gram of talc (recovery weight corrected).

### The NYELAP (with HLS) Method for Amphibole Asbestos
The analysis showed that the JBP sample was non-detect for amphibole asbestos.

### ISO 22262-1&2 ATEM HLS Method for Amphibole Asbestos
The JBP sample was found to be non-detect, with a detection limit of <52,000 structures per gram.

## MATERIALS & METHODS

### JBP Sample Container
After the JBP sample container was logged in at MAS, the container was transferred to the cosmetic talc archive room where it was photographed in the received condition and inspected for damage or tampering.  The MAS chain-of-custody documents can be found in Section 2 of this report, and photographs the container can be found in Section 5 of this report.

### Muffle Furnace
For this procedure, approximately 1 to 2 grams from the talcum powder sample was removed from its container (Sartorius Research Balance) and placed in a glass scintillation vial.  The scintillation vial was then placed in a Fisher Scientific Iso-temp muffle furnace Model #620 at 480°C for a minimum of 12 hours to remove any organic material.  Typically, the muffle furnace sample is run overnight.

### CSM Sample Preparation Method (with HLS) and ISO PLM Analysis (Chrysotile Asbestos)

### CSM Sample Preparation
Approximately 200 milligrams from the muffled talcum powder sample were transferred into a 15 ml centrifuge tube (VWR 10026-076).  Through the use of DI water, approximately 5 ml of adjusted HL (Lithium heteropolytungstates solution, GeoLiquids, Inc., Cat. No. LST010 (stated density of 2.85 g/cc), was diluted to a new density of 2.65 g/cc, as determined by a VWR Hydrometer, Model Number 34620-1109.

The newly diluted HL was added to the VWR centrifugation tube containing the talcum powder sample and then shaken vigorously for 10 to 20 seconds. The VWR centrifugation tube was then placed in an Ohaus Frontier 5000 series centrifuge set at 2000 RPM for 92 hours at room temperature without breaking.  After removing the tube from the centrifuge, the talc/heavy liquid

(light fraction) was pipetted off the top of the centrifuge tube, then mixed with DI water and filtered onto a new 0.45um 47mm PC filter and allowed to dry under a drying lamp for 20 to 30 minutes. This washing step was repeated two more times for the sample.

After drying, the final MCE filter/talc sample (light fraction) was provided to the PLM analyst. The 47 mm MCE filter was weighed before HLS recovery process, then after the filtration and drying of the heavy fraction. [1,2,]

### PLM – New York ELAP Method (with HLS Sample Preparation) for Amphibole Asbestos

Approximately 200 milligrams from the muffled talcum powder sample were transferred into a 15 ml centrifuge tube (VWR 10026-076). Through the use of DI water, approximately 5 ml of adjusted HL (Lithium heteropolytungstates solution, GeoLiquids, Inc., Cat. No. LST010 (stated density of 2.85 g/cc), was diluted to a new density of 2.78 g/cc, as determined by a VWR Hydrometer, Model Number 34620-1109. [3]

The newly diluted HL was added to the VWR centrifugation tube containing the talcum powder sample and then shaken vigorously for 10 to 20 seconds. The VWR centrifugation tube was then placed in an Ohaus Frontier 5000 series centrifuge set at 2000 RPM for 92 hours at room temperature without breaking. After removing the tube from the centrifuge, the talc/heavy liquid (light fraction) was pipetted off the top of the centrifuge tube. The pellet along with the DI water was then filtered onto a new 0.45um 47mm PC filter and allowed to dry under a drying lamp for 20 to 30 minutes. This washing step was repeated two more times for the sample.

After drying, the final MCE filter/talc sample (heavy fraction or pellet) was provided to the PLM analyst. The 47 mm MCE filter was weighed before HLS recovery process, then after the filtration and drying of the heavy fraction.

### ISO 22262-1 PLM Analysis of the Samples Prepared by the CSM & New York ELAP Method

Approximately 100 milligrams from the muffled talcum powder sample (heavy fraction) were analyzed by the ISO 22262-1 PLM method. To determine the actual amount of talcum powder analyzed by this method, the sample was prepared as follows: two new glass slides that are used to analyze the talcum powder sample by PLM for this project were separately weighed and recorded (Sartorius Research Balance). Next, three talcum powder sample mounts were placed on the two glass slides (one talcum powder mount on one slide and two talcum powder mounts on the second slide). While each sample mount was transferred onto the glass slides, each of the glass slides were reweighed and recorded. Afterwards, a drop of either 1.560 (CSM) or 1.605 (NY) refractive index fluid was placed on each sample mount and stirred with the point of a scalpel blade. The three sample mounts were then covered with an 18 x 18 mm glass cover slip.

---

[1] Colorado School of Mines Research Institute February 26, 1973 Report Re: Mineralogical Examination of Five Talc Samples to W.H. Ashton from W.P. Reid and W.T. Caneer.

[2] Colorado School of Mines Research institute April 2, 1973 Report re: Mineralogical Examination of four Samples for Tremolite and Chrysotile from W.P. Reid to W.H. Ashton.

[3] NY Environmental Laboratory Approval Program Certification Manual, ELAP Method 198.8

Each sample was then examined under elongation PLM conditions, cross polars with the 530 nm analyzer plate inserted.  30 total fields per field of view (a single PLM field of view has an area of (0.785 mm²) are examined (10 fields of view for each of the three mounts) for a total area examined of 23.55 mm².

Positive identification of chrysotile asbestos bundles was done by morphology, refractive indices, elongation, extinction angle, birefringence and pleochroism as described by the ISO 22262-1 PLM method.  The ISO PLM analysis protocol was used to show how the analysis is done. However, the range of acceptable RIs for the NIST 1866b chrysotile were not used.   The reason for this will be discussed later in this report.

If chrysotile is present, the PLM analyst will count the number of positively identified chrysotile structures in each field of view based on the above criteria and record that number on the MAS PLM data sheet.

In addition, up to three or four representative chrysotile bundles are photographed in both the parallel and perpendicular direction under dispersion staining, elongation, cross polars and with polarizers out.  The detection limit for this method, as specified by the ISO 22262-1 method, is the finding of either 1 fiber or 1 bundle in the analysis.

As described above, amphibole asbestos was also analyzed by the ISO 22262-1 PLM method.  In addition to the determination of whether regulated amphibole asbestos structures are present in the sample, the sample was also examined for possible amphibole cleavage fragments in 1.605 RI fluid.  The detection limit for this method, as specified by the ISO 22262-1 method, is the finding of either 1 fiber or 1 bundle in the analysis.

**ATEM Sample Preparation: Amphibole Asbestos ISO 22262-2 (with HLS Sample Preparation)**
The HLS sample preparation for the ATEM analysis was done by the ISO 22262-1 & 2 methodology. Approximately 25 to 30 milligrams (Sartorius Research Balance) from the muffled furnace talcum powder sample were placed into a labeled 15 ml centrifuge tubes (VWR 10026-076).

Approximately 5 ml of heavy liquid (Lithium heteropolytungstates solution, GeoLiquids, Inc., Cat. No. LST010 (stated density 2.85 g/cc) was added into the centrifuge tube containing the talcum powder sample, that was then prepared and shaken vigorously by hand for 10 to 20 seconds.

The centrifuge tube was placed in an Eppendorf micro-centrifuge (Model No. 2412D) set at 2000 RPM for 24 hours at room temperature.  After removing the tube from the centrifuge, the talc/heavy liquid (light fraction) was pipetted off the top of the centrifuge tube.

Deionized water was added to the centrifuge tube to bring the volume to approximately 15 ml. The 15 ml centrifuge tube was then capped and inverted by hand 2 times to distribute the collected material in the bottom of the tube tip. Next, the 15 ml mixture was immediately and continuously

filtered through a separate 47 mm Polycarbonate filter (PC) with a 0.22μm pore size.

After the mixture was filtered, the excess heavy liquid was washed through the filter with the addition of approximately 100 ml of deionized water. The prepared PC filter was placed in a new disposable plastic 47 mm petri dish and allowed to dry at ambient room temperature in a HEPA hood for a minimum of 2 hours. The processed PC filter sample was directly prepared onto 100 μm TEM size grids (2 for analysis and 1 for archive) using the standard TEM filter preparation protocol for PC filters.[4, 5, 6]

## ATEM Amphibole Asbestos Analysis:  ISO 22262-1 & 2

For the ATEM analysis, 100 grid openings were analyzed between two grids (50 openings per grid). JEOL 1200EX ATEMs equipped with either a Noran or an Advanced Analysis Technologies (light element) energy dispersive x-ray analyzer (EDXA) were employed for this analysis.

The sample was analyzed at a screen magnification of 20,000X.  Verification of regulated amphibole asbestos structures is done in the ATEM by the following three steps:

## Morphology (Step 1)

The determination of the fibrous morphology for any potential regulated amphibole asbestos structures in the TEM sample was done by the standard ATEM methodology.[3,5] Morphology is identified when the fibers and bundles of potential asbestos structures have substantially parallel sides with an aspect ratio of 5:1 or greater, and at least 0.5 μm in length.

## Regulated Amphibole Asbestos Verification (Steps 2 & 3)

Potential fibrous amphibole asbestos structures that fit the above morphology criteria are analyzed in the ATEM by EDXA for the fiber/bundle chemistry (Step 2) and selected area electron diffraction (SAED), for the appropriate crystalline lattice measurements for amphibole asbestos (Step 3) as described in the ISO 22262-1 & 2 methods.

The detection limit for this method, as specified by the ISO 22262-1 method, is the finding of either 1 fiber or 1 bundle in the analysis.

## Process Laboratory Blank

The process laboratory blank (M71614-000) was run concurrently with the corresponding JBP sample preparations by the ATEM HLS method (amphibole asbestos).  The process blank PC filter was prepared in the same exact manner as the ATEM talcum powder sample (with heavy liquid, filtration on PC filters, etc.) but without any talcum powder. For the ATEM analysis, 100 grid openings (two grids, 50 grid openings each) were analyzed for the process blank.

---

[4] D5755-09 "Standard Test Method for Microvacuum Sampling and Indirect Analysis of Dust by Transmission Electron Microscopy for Asbestos Structure Loading.

[5] D5756-02 "Standard Test Method for Microvacuum Sampling and Indirect Analysis of Dust Loading by Transmission Electron Microscopy for Asbestos Mass Surface.

[6] U.S. Environmental Protection Agency (USEPA) 1987. Asbestos Hazard Emergency Response Act, 40 CFR Part 763, Appendix A to Subpart E, USEPA, Washington D.C.

# RESULTS

## CSM Sample Prep. (HLS)/ISO 22262-1 PLM Analysis Chrysotile Asbestos)

The amount of chrysotile found in the JBP sample had an average estimated volume weight concentration of 0.0003 to 0.0006% (recovery weight corrected). The average amount of chrysotile bundles was 56,000 bundles per gram of talc (recovery weight corrected).

The average birefringence (BIR) of the chrysotile bundles was calculated from the refractive index measurements and found to have a BIR classification of 0.006 which is classified as a Low birefringence (<0.01).

The CSM/ISO-PLM data sheets can be found in Section 3 of this report.

## PLM – New York ELAP Method Sample Prep. (HLS)/ ISO-22262-1 PLM Analysis for Amphibole Asbestos

The analysis showed the JBP sample was non-detect for amphibole asbestos.

The ISONY-PLM data sheet can be found in Section 3 of this report.

## ATEM ISO 22262-1 & 2 Amphibole Asbestos Method

The ISO 22262-2 ATEM heavy liquid separation method showed that the JBP sample reported a detection limit of approximately <52,000 structures/bundles per gram.

The ATEM data sheets can be found in Section 3 of this report.  The summary of the ATEM results are shown in Table 2.

## ATEM Process Blanks

The analyzed ATEM process blank sample showed no asbestos structures, cleavage fragments or fibrous/platy talc detected.  The ATEM data sheets can be found in Section 4 of this report.  The summary of the overall analytical results is shown in Table 2.

**Table 2**
**Overall Summary of the JBP Asbestos Sample Analysis Results**

| MAS Sample # | ATEM Amphibole Asbestos | ISO-NY PLM Wt. % Amphibole Asbestos | CSM-PLM w/o HLS Chrys % | CSM Weight Recovery Light fraction | CSM Chrys % Weight Corrected** |
|---|---|---|---|---|---|
| M71614-001 | <52,000 | NSD | 0.002-0.004 | 15.8% | 0.0003-0.0006 |

*NSD: No Structure Detected **Weight Corrected

The refractive index and calculated birefringence values are shown in Table 3.

Page **8** of **22**

**Table 3**
**Overall Summary of the Calculated Chrysotile**
**BIR CSM-PLM Data**
**(RI Fluid 1.650)**

| MAS Sample # | Chrysotile RI Values CSM-PLM | Birefringence Calculations |
|---|---|---|
| M71614-001 | 1.568-1.564 | 0.004-0.007 |
|  | 1.564-1.557 | avg. = 0.006 |
|  | α      range      γ 1.564-1.557  1.568-1.564 | Avg. = 0.006 |

**Estimation of the Number of Chrysotile Bundles Detected for CSM PLM Methods**

Using the number of chrysotile bundles counted during the PLM analysis, and the amount of talcum powder analyzed in a specified area on the cover slip mount per the two glass slides, the amount of chrysotile bundles per gram of talcum powder sample can be calculated.

Total chrysotile bundles in the sample is calculated as shown in the following equation:

$$(A1 \div A2) \times (CB) \div W = TCB/W$$

**Where:**

**A1:**    The total area (972 mm$^2$) that the talcum powder occupies on the two glass slides.

**A2:**    The area (23.55 mm$^2$) in thirty fields of view that the talcum powder occupies on the two glass slides.

**CB:**    Number of chrysotile bundles detected in a positive sample by PLM analysis.

*W:*    Weight of total talcum powder placed on the two glass slides.

**TCB/W:**  Total number of chrysotile bundles per weight (grams) of talcum powder.

The results of CSM sample preparation analysis calculations are shown in Table 4.

**Table 4**
**Summary of Estimated Chrysotile Bundles per gram Calculations**
**For the CSM PLM Results**

| MAS Sample # | wt. of sample grams | No. of Chrys Bundles counted | CSM/ISO Chrysotile Bundles/g | CSM/ISO* Chrysotile Bundles/g |
|---|---|---|---|---|
| M71614-001 | 0.0007 | 6 | 354,000 | 56,000* |
|  |  |  | Avg. = 354,000 | Avg. = 56,000* |

Weight corrected*

The average of the amount of chrysotile bundles for the CSM sample preparation methods for the JBP sample was 56,000 bundles per gram of talc.

## DISCUSSION/CONCLUSION

### Colorado School of Mines (w HLS) Sample Preparation of Cosmetic Talc

This section reviews the development of the double density cosmetic talc sample preparation, by the Colorado School of Mines Institute, on behalf of J&J for the concentration of chrysotile and amphibole asbestos.

The sample preparation part of the MAS chrysotile analysis is based on the work done by the CSM in the early 1970's for the detection specifically for possible chrysotile and amphibole asbestos in J&J sourced Vermont talcum powder, from the Frostbite mine using, double heavy liquid separation (<2.9 g/cc & >2.9 g/cc).

An overview of this method development by CSM is as follows:

**In a January 17, 1973 Windsor Minerals document** sent by R.N. Miller to Mr. Bill Ashton of J&J, subject: "Core samples, diamond drill holes, **Frostbite mine**" informing Bill Ashton that Windsor Minerals was sending 1/8 split of our retain samples from the cosmetic ore sampling done in these holes. The memo goes on to say, "This is the material which was sent to Colorado identified as CN core which we conducted our pilot production runs which yielded Grade 66 material. (JNJ000682638)[7]

Cosmetic Talc Core Samples mailed to Colorado School of Mines:
    Hole Numbers
1. 30-71-S      4. 32-71-S
2. 30-B-71-S    5. 34-71-S
3. 30-C-71-S

**February 26, 1973 Colorado School of Mines (CSM) document for, Project no. C10704, reported their analysis W.H. Ashton,** where these same five Frostbite core samples were prepared with heavy liquid separation (HLS) with two different densities (<2.9 & >2.9) and with acid leaching. (JNJNL61_000008084 thru JNJNL61_000008089). The "as received samples" and were first analyzed using x-ray diffraction and microscopic studies without HLS.

---

[7] January 17, 1973 Windsor Minerals document sent by R.N. Miller to Mr. Bill Ashton of J&J, subject: "Core samples, diamond drill holes, Frostbite mine".

The results stated that "Relative to possible asbestos type minerals, samples **30-71-S and 30-B-71-S contained slight traces of tremolite-actinolite minerals. Sample 32-71-S** is suspected to **contain a very minor amount of serpentine which maybe chrysotile"**.

**As further outlined in the 2/26/1973 Report,** the next phase of study was that the 5 Frostbite talc ore samples were first fractionated using heavy liquid separation (HLS) and then with acid dissolution, then analyzed by XRD. The report describes the HLS method as follows: Each of the ground talc ore was separated into fractions by centrifugation in heavy liquids: specific gravity <2.90 and specific gravity >2.90. After the x-ray diffraction of the >2.90 specific gravity fractions, the sample was leached with 1:1 HCL to remove magnesite. The insoluble residue was then examined for amphiboles with a petrographic microscope. In both Phase 1 and Phase 2, possible serpentine was detected in Frostbite ground talc ore sample 32-71-S.

The last phase of this analysis, CSM attempted to verify the presence of serpentine in sample 32-71-S <2.65 fraction by step scan x-ray diffraction over the critical diffraction peaks of serpentine which is in the 7Å and 14Å region, **"the initial result suggested that serpentine, not chlorite, was present."**

Microscopic examination of the <2.65 fraction identified a "very minor (1%) amounts of possible serpentine fibers" that was facilitated by staining with 1% iodine in glycerin.

**The report recommended that further work be done on this sample (32-71-S)**. It has been suggested in the past by defense attorneys that this statement meant that more work was needed on the heavy liquid separation sample preparation method. That suggestion is not true.

**April 2, 1973 Colorado School of Mines (CSM) document for Project no. C10704, reported their analysis to W.H. Ashton,** where the primary objective of the studies was to determine the presence or absence of tremolite and chrysotile in talc bearing head samples labeled 1 through 4.

For the HLS sample preparation and analysis, by CSM, the four head talc ore samples were first ground into two size ranges of minus 200 plus 325 and minus 325. The samples were then prepared with CSM's double heavy liquid separation method and acid dissolution, analyzed by XRD and or optical microscopy. For optical microscopy of tremolite analysis, RI fluid 1.600 was used for their PLM analysis of the tremolite asbestos. MAS has been criticized in the past for using 1.605 RI fluid because it was not high enough as suggested by J&J's experts, even though the CSM used 1.600 used a lower RI fluid.

**Results:**                                        .

   <u>**Chrysotile (HLS <2.65 g/cc)**</u>
1) **Minus 200 plus 325 mesh**: Chrysotile abundance was estimated as <0.0001% in sample 3 and <0.0006% for sample 4.

2) **Plus 325 mesh:** Chrysotile abundance was estimated as <0.0007% in samples 2, 3 and <0.0006% for sample 4.

**Tremolite (HLS >2.90 g/cc)**
1) Minus 200 plus 325 mesh:  possible tremolite was found in sample 2 is estimated at <0.002%

2) **Minus 325 mesh:** No tremolite was detected in any of the four samples.

These four samples were labeled "head" samples which defined as average grade feed that goes into the mill before the flotation process.  There was no identification of the source of the talc samples in the April 2, 1973 Colorado School of Mines Report.  However, it is most likely these head samples were collected in the same area that sample 32-71-S was collected from the Frostbite mine.  The reason for this is that in the Colorado School of Mines 2/26/1973 report to Dr. Ashton, the very last sentence in the report states "that further work be done on this sample 32-71-S".

It would seem logical that the next set of talc samples analyzed was fulfilling that further work statement about Frostbit sample 32-71-S.  Also, there were only 36 days between the CSM February and April reports, and all three of these reports have the same CSM Project no. C10704.

**December 27, 1973:** Colorado School of Mines Research Institute prepared the following report for Johnson & Johnson, "A Procedure to Examine Talc for the Presence of Chrysotile and Tremolite-Actinolite Fibers.  Project C10704. (JNJ 000268037 to 045).[8]

This CSM report provides the methodology using double density heavy liquid separation for chrysotile and amphibole asbestos.  It reports a detection limit of 10 ppm (0.00001%) and verification of asbestos types, after separation, was done by optical microscopy.

This method also stated the following: "Electron Microscopy examination employing selected area electron diffraction and/or x-ray emission spectrography may be required in order to specifically identify small fibrous particulates".  The Colorado School of Mines recognized that TEM would be needed to identify for small particles.

Nowhere in this report was there even a suggestion by the Colorado School of Mines that their double density heavy liquid method, for sample preparation, for both chrysotile and amphibole asbestos, was anything but a sound scientific method.

---

[8] December 27, 1973, Colorado School of Mines protocol entitled "A procedure to Examine Talc for the Presence of Chrysotile and Tremolite-Actinolite Fibers" Herman Ponder Director, Jerry Krause Senior Scientist and James Link Director Mining Division.

In fact, this sample preparation was approved and signed off by the following individuals from the Colorado School of Mines Research Institute:  Herman Ponder, Director, James M. Link, Director Mining Division, and Jerry Krause, Senior Scientist Mining Division.

In the Introduction Section, the second paragraph states the Following;

> *"As the impurity level becomes very low (<<1%), it is necessary to examine increasing amounts of sample in order to detect the impurity. **As a result of the requirement to detect the proverbial "needle in a haystack,"** we have evolved a procedure which preconcentrates the impurities prior to examination. The net effect is that a large initial sample is fractioned in order to reject the majority from further examination.*

This was the same reason that MAS decided to use heavy liquid separation in late 2016 for cosmetic talc analysis as described above by the Colorado School of Mines.

## Johns-Manville

Another indication of how confident the Colorado School of Mines was in their double density separation method, they informed Johns-Manville that the thought this heavy liquid separation method they developed, was good enough to be considered for a patent (JNJMX68_000007044 to 000007046).

In an October 29, 1973 letter from V.E Wolkodoff of Johns-Manville to Mr. Caneer, Colorado School of Mines, in response to a phone call from Mr. Caneer, Mr. Wolkodoff writes the following:

*"Specifically, we were interested in your advanced technology used to separate felted masses of asbestos by heavy liquid separation" preparatory to staining of chrysotile by iodine as worked out by Morton and Baker of Johns-Manville".*

Mr. Wolkodoff further writes, *"I understand your position completely on specific techniques being worked for other companies which are proprietary and, as you had indicated, will probably be patented."*

This letter confirms CSM was both developing this sample preparation method for J&J, and thought it was such an advancement in talc sample preparation technology for PLM analysis, they were considering to protect it with a patent.[9]

With that said, there no indication or documents that J&J's CSM double density talcum powder sample preparation method was ever patented, or shared with the FDA when they struggled with

---

[9] October 29, 1973 letter from V.E Wolkodoff of Johns-Manville to Mr. Caneer, Colorado School of Mines.

their own development of a concentration method, or over a period of 50 to 60 years, there is no evidence that J&J ever had their main outside QA labs (McCrone or the R.J. Lee Group) use the much superior CSM sample preparation method, when they were analyzing J&J's talcum powder by XRD, PLM and or TEM for asbestos. The lack of use of the CSM sample preparation method by these two outside labs, explains why hundreds, if not thousands of J&J's talc sample analysis for asbestos analysis were found to be non-detects by the McCrone and RJ Lee labs.

I believe the reason that the CSM talc sample concentration preparation method for chrysotile and amphibole asbestos, was never used by J&J, can be summed up by the following statements by Dr. Robert Rolle of J&J in two documents. The first document is a May 22, 1973 Report entitled "Proposed Specs for Analyzing Talc for Asbestos". On the third page concerning Dr. Pooley's preconcentration method for tremolite, Dr. Rolle states, "This technique has not been written up yet, but evidently when applied to Vermont talc, 0.5% of the tremolite-type is found." Dr. Nashed of J&J received this report on May 23, 1973 (JNJAZ56_000001892 to 1989)[10]

*"The limitation of this method is that it may be too sensitive."*

The second document is a February 18th, 1975 memo to Dr. Rolle where he states, "I have also enclosed our test method for the proposed Xray technique which was drawn up by Boots Ltd in conjunction with Dr. Pooley" (JNJNL61_0000062953)[11]

*"We deliberately have not included a concentration technique as we felt it would not be in worldwide company interest to do this."*

**Physical Prosperities of Tremolite & Anthophyllite**

In the December 27, 1973 Colorado School of Mines Research report, it is interesting that tremolite was detected in the plus 200 minus 325 samples, but not in the minus 325. These findings are consistent with the Pang et al. publication in 1987.[12] For this study, they spiked talc with tremolite (1 and 0.1%) and ground these samples for two size ranges; 1) 50% was minus 325 and 2) 100% minus 325.

The results showed that for the TEM analysis (100 grid openings) the 1% spiked tremolite sample, at 50% minus 325, the number of tremolite fibers detected was 1,592, and for the 100% minus 325, the number of tremolite fibers was reduced to 91 structures or 5% detected.

---

[10] May 22, 1973 Report where the Subject, entitled "Proposed Specs for Analyzing Talc For Asbestos".
[11] February 18th, 1975 memo to Dr. Rolle.
[12] Thomas W.S. Pang, et al., "Determination of tremolite Asbestos in Talc Powder Samples" Ann. Occup. Hyg., Vol. 31, No. 2, pp 219-225, 1987.

For the 0.1 wt. percent, for the TEM analysis (100 grid openings) the 0.1 % tremolite spiked sample at 50% minus 325, the number of tremolite fibers detected was 88 and for the 100% minus 325, the number of tremolite fibers was reduced to 0 structures detected.

What is important about this study, is first that the tremolite used was characterized by the authors as tremolite asbestos/asbestiform due to the aspect ratio. Second, the asbestos fibers/talc spiked samples were ground so that there were two different particle size populations for two sample sets, 1st set, 50% of the sample would pass through a 325 mesh per inch sieve (45 μm opening), 2nd set, 100% of the sample would pass through the 325 mesh.

The Pang publication showed that when the talc was ground to the point that the size of the talc particles was small enough that 100% of the powder went through a 325 mesh it either greatly reduced (1.0% spiked sample) or eliminated (0.1%) is consistent with what Colorado School of Mines reported to J&J in their April 2, 1973 Protocol.

The reason for the tremolite asbestos being ground up is due the physical properties of tremolite asbestos, as well as anthophyllite asbestos, where both tremolite and anthophyllite have both low tensile strengths causing (brittle), and not flexible like chrysotile, and to a lesser degree, amosite and crocidolite.[13]  Since tremolite asbestos is brittle, the grinding to a minus 325 mesh size, by both the CSM and the Pang research, simply broke the tremolite fibers/bundles into non-fibrous particles.

The CSM results also showed that chrysotile was not affected when ground to a minus 325 mesh size because chrysotile has high tensile strength, good flexibility and is the reason that most all asbestos-containing cloth is woven out of chrysotile and not ever from tremolite or anthophyllite asbestos.

This discussion goes to the whole issue of the general geological definition of "asbestiform" that appears in many of the standard TEM protocols, including the ASTM D5755-09 dust method that I was the primary author of the ASTM D5755-09 protocol. [14] This general definition is as follows:

*"asbestiform-a special type of fibrous habit in which the fibers are separable into thinner fibers and ultimately into fibrils.  This habit accounts for greater flexibility and higher tensile strength than other habits of the same mineral."*

This is only a general definition that a geologist might be interested in when evaluating a potential asbestos mine, since the more fibrous the asbestos deposit, the more economical value the mine would have.[13] The economic value which depends on the grading of the asbestos where the most

---

[13] M.A. Vos, Asbestos in Ontario, Industrial Mineral Report, Ontario Department of Mines and Northern Affairs, Ontario, Canada 1971.
[14] ASTM D5755-09 Dust Method

important factors are fiber or fiber length, tensile strength, flexibility, and spinnability among others, as shown in the Table 5.

**Table 5**
**Physical Properties of Asbestos**
**M.A. Vos, Asbestos in Ontario**

| Asbestos Type | Tensile strength (PSI) | Flexibility | Spinnability |
|---|---|---|---|
| Chrysotile | 80,000-100,000 | High | Very Good |
| Amosite | 16,000 - 90,000 | Good | Good |
| Crocidolite | 100,000-300,000 | Good | Good |
| Tremolite solid solution series | <1,000 - 8,000 | Poor | Poor |
| Anthophyllite | 4,000 or less | Poor | Poor |

As the above table shows, the physical properties of tremolite, and anthophyllite asbestos have low tensile strength, both poor flexibility and spinnability, as compared to the other three asbestos types found in asbestos added products, and yet are regulated asbestos.

In a recent publication by Germine & Puffer entitled "Anthophyllite Asbestos from Staten Island, New York: Longitudinal Fiber Splitting", concluded that the low quality characteristics of anthophyllite asbestos from the Staten Island mine, are consistent with the anthophyllite asbestos of the Finland mine.[15] These characteristics include low aspect ratios, longitudinal splitting rather than crystal growth and "rather brittle such that they could not be woven in the manner of high quality chrysotile." Besides another research group verifying that anthophyllite asbestos is brittle causing low tensile strength, not flexible or separated into single fibrils, would not meet the disputed general geological asbestiform definition for commercial asbestos added products, but they also state in the last sentence of their paper "anthophyllite and amosite fibers are not asbestiform like chrysotile fibers but are never less potentially dangerous."

If this asbestiform definition was meant to be more than a general geological one, then the various analytical methods, using this definition, would have incorporated into the analytical methods, how to measure the tensile strength or flexibility of the microscopic asbestos fibers and bundles. Of course, the methods do not provide a means to measure flexibility and tensile strength since that type of measurement is impossible to accomplish by either PLM or TEM. Also, none of these

---

[15] Mark Germine and John H. Puffer, "Anthophyllite asbestos from Staten Island, New York: Longitudinal fiber Splitting", Archives of Environmental & Occupational Health, (2021) https://doi.org/10.1080/19338244.2021.1873095

analytical methods define what high tensile strength is, or how many measurements constitute a population.

## Other Asbestos Concentration Methods for Cosmetic Talc

### Yardley LTD. Method

A J&J produced document (JNJ00026450 to 4509 **redacted**) that also has a Bate stamp number DX8011.0010 to .0010 **un-redacted**) entitled "A Method for the Separation of Impurities from Talc", is a double density separation sample preparation method that is very similar to the CSM double density sample preparation method.[16]  The primary differences involves the density for the heavy liquid that was used.  Where the CSM method uses 2.65 g/cc for the chrysotile and >2.90 g/cc for the amphibole asbestos, the Yardley method uses 2.69 g/cc for chrysotile and 2.83 g/cc for amphibole asbestos.  Also, the Yardley method uses a centrifuge speed of 3,000 rpm for 5 minutes, the CSM method uses a centrifuge speed of 800 rpm for two intervals of 30 minutes.  The 1991 published Blount HLS sample preparation method for amphibole asbestos, uses 2.81 g/cc and a centrifuge speed of 7,000 rpm for 10 minutes.

Each of these heavy liquid separation methods are using slightly different HL density liquids and different centrifuge speeds and times.  The main point of this is that scientists are using different HL densities and centrifugation times that work best for them.  There is no right or wrong, the only thing important is that heavy liquid separation of asbestos from talcum powder is a well-researched method developed by J&J almost 50 years ago, published by Dr. Blount in 1990/91, and is also an International Standards Organization protocol (ISO 22262-1 &2) method.

I will also be relying on the 21 J&J produced documents for asbestos concentration methods in talc, that was produced in total to J&J (Exhibit 3) to my 9/28/18 deposition in the Hayes case.[17]

### MAS' PLM Analysis of Chrysotile in Cosmetic Talc

The PLM analysis performed by MAS, showed that the JBP container that was analyzed by the CSM sample preparation method with HLS was positive for chrysotile asbestos.

MAS' PLM analysis was able to both detect and determine the amount of chrysotile bundles in the sample with HLS because MAS uses PLM microscopes that has higher resolution and analytical

---

[16] A Method for the Separation of Impurities from Talc
[17] Index for 21 J&J produced asbestos concentration documents in W. Longo 9/28/2018 Dona Hayes deposition (Exhibit 3).

sensitivity capabilities, than your standard PLM microscope which is more suited for analyzing asbestos added products (AAP).

In AAP (chrysotile) samples as compared to cosmetic talc samples, has a much higher population of very large size chrysotile bundles and orders of magnitude higher concentration levels of chrysotile in these types of products.

The PLM analysis of AAP samples does not challenge the resolution of the typical PLM microscope optics, or burden the microscopist with very long sample analysis times.   For example, in most PLM labs, including MAS's, the typical time required for an experienced PLM microscopist to analyze asbestos added products (AAP), where the majority of the AAP samples contain approximately 10 to 25 % asbestos, will only take about 15 and 20 minutes to complete the analysis.

With a cosmetic talc sample on the other hand, a typical PLM analysis at MAS, for either chrysotile or amphiboles asbestos, would routinely take 2 to 4 hours for a positive sample and a minimum of 20 minutes to hour for a negative sample, if there are no pigments in the sample.  In order to both detect and analyze the small size of the chrysotile bundles (10 to 20 µm in length), that are typically found in cosmetic grade talcum powder, through the use of dispersion staining, the PLM microscope must have "flat" objective lenses, and a HD video camera attached to the PLM microscope that is interfaced to a high definition monitor.

The MAS PLM microscopes are state-of-the-art Leica DM2700P PLM microscopes, where all of the objective lens, including the 10X central stop dispersion lens are the flat type, also known as infinity lens, LED light source, and are coupled with state-of-the-art HD digital camera and 37" HD monitor. To detect these size chrysotile bundles, it is highly recommended that this type of PLM microscope setup should be used for the PLM analysis of cosmetic talc samples.

It is also my opinion that the PLM analysis must first analyze prepared talcum powder standards, containing UCC SG-210 or RG-144 Calidria chrysotile, to become familiar with both the size of chrysotile structures found in cosmetic talc, as well as the difference in the refractive indices for the chrysotile as compared chrysotile added products.

Both the RG-144 and RG-210 Calidria chrysotile and the chrysotile found in the talcum powder samples typically shows central stop dispersion colors (CSDS) from blues (α) to golden yellows (γ) in 1.550 liquid, and blue to a dark gold in 1.560 liquid.   MAS has been reporting this range of CSDS colors for the chrysotile detected in the cosmetic talc samples for almost two years using 1.550 RI liquid.  During that time, defendant experts, retained by a number of cosmetic talc manufactures,

and have repeatedly testified that MAS' CSDS findings are not appropriate for chrysotile. Therefore, in their opinions, MAS was and has been misidentifying fibrous/platy talc edge or cellulose as chrysotile.

For this set of samples, MAS used higher RI fluid (1.560) as discussed by Dr. Gunter, Alan Segrave (defense experts) in their expert reports, and Dr. Su's photo-shop expert report, where they stated that to verify that MAS is identifying chrysotile, we need to use a higher RI fluid then 1.550.  For this PLM analysis of JBP sample, instead of using 1.550 RI fluid, MAS used 1.560 RI fluid to further verify the chrysotile findings in the cosmetic talc. The results showed that the primary difference between the two RI liquids is that the measured refractive indices for the 1.560 RI Fluid were closer together for the alpha and gamma directions, which caused the BIR calculations to be all in LOW range with an overall average of 0.007 (See Table 3), versus 0.010 to 0.013 range typically seen using 1.550 RI fluid.

Additionally, Dr. Gunter, while working as a defense expert for Gold Bond defense council, analyzed samples of RG-144 and SG-210 Calidria chrysotile, that MAS provided to him, and confirmed in a recent deposition that "Calidria chrysotile can produce a range of CDSC colors from bluish to golden-yellow in 1.550 liquid. [18]  Dr. Gunter's Calidria chrysotile results are consistent with our laboratories findings, which validates our PLM chrysotile findings in the cosmetic talc samples. Dr. Gunter's testimony about his Calidria CSDS results is in direct contradiction to his original criticism of the "yellow" dispersion color, as well as Dr. Sanchez and Mr. Seagrave's past testimony on this issue.

It is my opinion, that when these defense experts were testifying that our Laboratory was misidentifying fibrous talc or talc plates on edge for chrysotile based on the CSDS "yellow color", as it turns out, the opposite was true, they were the ones misidentifying chrysotile as fibrous talc or talc plates on edge.

**ISO-PLM Chrysotile Refractive Index Ranges**
As shown in Table 3, the range of measured refractive indexes for the detected chrysotile bundles in the JBP sample was 1.564-1.568 (parallel) and 1.557 to 1.564 (perpendicular) for the average CSM method.

Shown in Table 6 are the range of RIs for the 4 chrysotile bundles that were recorded as examples of the chrysotile detected in the JBP sample that were prepared by the CSM method (with HLS).

---

[18] Deposition of Dr. Mickey Gunter, Woods, Jesse & Sarah vs. Kolmar Laboratories Inc. et al. Supreme Court in the State of New York, County of Monroe, #E202000384

**Table 6**
**Chrysotile**
**Range of Parallel and Perpendicular RIs**

| Chrysotile Bundle No. | RI Fluid | CSM PLM (with HLS) Parallel RI | CSM PLM (with HLS) Perpendicular RI | BIR Calculations γ - α |
|---|---|---|---|---|
| M71614-001 | 1.560 | | | |
| 1 | | 1.564 | 1.561 | 0.003 |
| 2 | | 1.565 | 1.561 | 0.003 |
| 3 | | 1.568 | Avg. 1.559 | 0.009 |
| 4 | | Avg. 1.567 | Avg. 1.562 | 0.005 |
| | | **Avg. 1.566** | **Avg. 1.561** | **0.005** |

In addition to the chrysotile analysis using 1.560, fibrous talc in sample M71614-001 was analyzed with 1.560, that was collect from the pellet produced during the CSM sample preparation phase. The results of the analysis are shown in Table 7. The fibrous talc analysis can be found in Section 6 of this report.

**Table 7**
**Fibrous Talc**
**Range of Parallel and Perpendicular RIs**

| Chrysotile Bundle No. | RI Fluid | Talc PLM (with HLS) Parallel RI | Talc PLM (with HLS) Perpendicular RI | BIR Calculations γ - α |
|---|---|---|---|---|
| M71614-001 | 1.560 | | | |
| 1 | | >1.595 | <1.550 | >0.045 |
| 2 | | >1.600 | <1.550 | >0.050 |
| 3 | | >1.595 | <1.550 | >0.045 |
| | | **Avg. >1.597** | **Avg. <1.550** | **>0.047** |

**Birefringence Measurements**

The key optical property to differentiate fibrous talc from chrysotile asbestos, when using the PLM method, is determining the difference in the birefringence (BIR) value between these two elongated minerals. Most PLM analysts will just use the PLM cross-polar condition to visually estimate the magnitude of the BIR (Low, Moderate or High) by the amount of brightness and change in wavelength colors that are observed.

This visual estimate of the amount of birefringence is typically done under cross-polar conditions and is a subjective interpretation by the PLM analyst, therefore, can lead to errors. A more accurate determination of BIR is to calculate the numerical BIR value by simply subtracting the measured perpendicular RI from the measured parallel RI (n ∥ - n _|_).

The subtracted BIR results give the analyst a numerical birefringence (BIR) value that is either classified as **Low (<0.01)**, **Moderate (0.01 to 0.05)** and **High (>0.05)**.

Fibrous talc and/or talc plates on edge will have a calculated BIR value that is typically at the high end of Moderate (0.045) to greater than 0.05 which is in the High BIR range.  Chrysotile on the other hand, will have BIR values that range from the upper end of the Low range to the lower end of the Moderate range.  The average calculated range BIRs, for the detected chrysotile bundles from the JBP sample for CSM PLM method was **0.003 to 0.009 (avg. 0.005)** which falls in the low end of BIR classifications.   The fibrous talc analysis from the same sample had an average BIR that was at least 0.050 or the High range.

The BIR difference between fibrous talc and chrysotile, as demonstrated by MAS, is also verified by the EPA in their 600/R-93/116 PLM methodology document as shown in Table 2-2, page 21.

Table 2-2, "Optical Properties of Asbestos Fibers", provides four sets of refractive indexes measured from chrysotile bundles that have an overall average BIR of 0.011.  This is in good agreement with the overall **MAS BIR avg. of 0.006** for the chrysotile bundles detected in the JBP sample for CSM sample preparation method.

In that same table, EPA published a range chrysotile BIR's of 0.004 to 0.017 (Low to moderate) with an average of 0.011.  This BIR range reported by EPA, was from the Maximum and Minimum values obtained from references 2, 11, 12, and 18 located in Section 2.2.

The EPA R93 protocol also provides RI and BIR data for both fibrous talc and Flat cellulose Ribbons that can be found in their Table 2.5.  For the RIs of fibrous talc example, EPA reports refractive index 1.600-1.540 with a measured BIR of 0.06, and for cellulose ribbons, the reported EPA RI's are 1.580-1.530 with a measured BIR of 0.05 as shown in Table 8, which agrees with the BIR calculated for the fibrous talc in the JBP sample itself.

**Table 8**
**EPA-R93: Optical Properties of Selected Fibers**
**Fibrous Talc & Cellulose Ribbons**

| Fiber Type | RI Parallel/Perpendicular | BIR Calculations |
|---|---|---|
| Fibrous Talc | 1.600-1.540 | 0.060 "High" |
| Cellulose | 1.580-1.530 | 0.050 high end of Moderate |

In summary, this data demonstrates that the reported chrysotile bundles in the JBP container sample analyzed by MAS have both the appropriate range of refractive indexes and BIR demonstrating that chrysotile asbestos was correctly identified in the container sample.

**Potential Asbestos Exposure to JBP:**

**M71614-001:**

The average chrysotile bundle results for PLM analysis shows that one gram of 1.5 oz. (42 g) JBP contained an average of 56,000 chrysotile bundles per gram of talcum powder.

Multiplying 56,000 chrysotile bundles by 42 grams would equal approximately 2,352,000 chrysotile fibers/bundles, on average, in the one (1.5 oz.) JBP container.

Based on these results, it would be my opinion that the application of the talcum powder found in JBP container will cause significant exposure, over background, to chrysotile asbestos to individuals like Mr. Valadez, who used JBP brand talcum powder products for their intended purpose.

All of the opinions that I have stated in this report are held within a reasonable degree of scientific certainty and I reserve the right to supplement this report if any new information becomes available.

Sincerely,

_____
William E. Longo, Ph.D.
CEO

# Section 2

**Materials Analytical Services, LLC.**
**CHAIN-OF-CUSTODY**

CLIENT: Kazan, McClain, Satterley & Greenwood

CONTACT: Joe Satterley

PHONE: (510) 302-1000

CLIENT JOB NAME: A. Hernandez Valadez v. J & J

CLIENT JOB#: 14-2979

CLIENT DOC(S): Letter of transmittal

FAX NUMBER: (510) 835-4913

MAS JOB: M71614

LOGIN DATE: 1/26/2023

SUBMITTED BY: Joe Satterley

TRANSPORT: UPS

RECEIVED BY: Kathy Molyneaux

CONDITION: Good

MAS LOCATION: _Rm 123_          DATE/BY: _CT 1/26/2023_

| | | |
|---|---|---|
| PREP BY | _CT_ | DATE: _1/26 - 2/27/23_ |
| ANALYSIS BY: | _PH_ | DATE: _2/27-28/2023_ |
| QC BY: | _PH_ | DATE: _2/28/2023_ |
| REPORT BY | _ML_ | DATE: _2-28-2023_ |
| REVIEWED BY | _ML_ | DATE: _2-28-2023_ |

FINAL DISPOSITION BY _____

LOCATION: _Legal DVL Storage_

DATE: _____

| MAS # | CLIENT ID | VOLUME | TYPE MATERIAL | MAS # | CLIENT ID | VOLUME | TYPE MATERIAL |
|---|---|---|---|---|---|---|---|
| 001 | 1 | | | | | | |

LOCATION   Johnson's Baby Power Bottle, 1.5 oz.

SAMPLE(S) RETURNED BY: _KM_          DATE: _____

FEDEX TRACKING # _____

RECEIVED BY: _2-28-2023_          DATE: _____

COMMENT _PLM_

Materials Analytical Services, LLC.
3945 Lakefield Court
Suwanee, Georgia 30024
(770) 866-3200

1/13/14 Revision 0

M71614

Page 1 of 1

**Materials Analytical Services, LLC.**
**CHAIN-OF-CUSTODY**

**CLIENT:** Kazan, McClain, Satterley & Greenwood

**CONTACT:** Joe Satterley

**PHONE:** (510) 302-1000

**CLIENT JOB NAME:** A. Hernandez Valadez v. J & J

**CLIENT JOB#:** 14-2979

**CLIENT DOC(S):** Letter of transmittal

**FAX NUMBER:** (510) 835-4913

**MAS JOB:** M71614

**LOGIN DATE:** 1/26/2023

**SUBMITTED BY:** Joe Satterley

**TRANSPORT:** UPS

**RECEIVED BY:** Kathy Molyneaux

**CONDITION:** Good

| | | |
|---|---|---|
| MAS LOCATION: _Rm 123_ | | DATE/BY: _CT  1/26/2023_ |
| PREP BY _CT_ | DATE: _1/26-2/27/23_ | |
| ANALYSIS BY: _J6C_ | DATE: _2-28-2023_ | FINAL DISPOSITION BY |
| QC BY: _J6C_ | DATE: _2-28-2023_ | LOCATION: _Legal File Storage_ |
| REPORT BY _AC_ | DATE: _2-28-2023_ | |
| REVIEWED BY _AC_ | DATE: _2-28-2023_ | DATE: _____ |

| MAS # | CLIENT ID | VOLUME | TYPE MATERIAL | MAS # | CLIENT ID | VOLUME | TYPE MATERIAL |
|---|---|---|---|---|---|---|---|
| 001 | 1 | | | | | | |

LOCATION  Johnson's Baby Power Bottle, 1.5 oz.

| | | |
|---|---|---|
| SAMPLE(S) RETURNED  BY: _____ | DATE: _____ |
| FEDEX TRACKING # _____ | _AC_ |
| RECEIVED  BY: _2-28-2023_ | DATE: _____ |

COMMENT  _TGM_

Materials Analytical Services, LLC.
3945 Lakefield Court
Suwanee, Georgia  30024
(770) 866-3200

1/13/14 Revision 0

M71614

**Kazan, McClain, Satterley & Greenwood**
A Professional Law Corporation
KAZANLAW.COM

January 25, 2023

**Via UPS**

Dr. William Longo
MAS
3945 Lakefield Court
Suwanee, GA 30024

Re:    *Anthony Hernandez Valadez v. Johnson & Johnson, et al.*
Alameda County Superior Court Case No. 22CV012759

Dear Dr. Longo:

Enclosed please find one Johnson's Baby Powder bottle purchased on September 20, 2022 near Mr. Valadez' home in Merced, California. In 2022, Johnson's Baby Powder is still being sold. Please call me upon receipt.

Very truly yours,

/s/ Joseph Satterley
Joseph Satterley

JS:js


Rec'd
1/26/2023
K. Mdynewf

# COURTYARD®
## BY MARRIOTT

**Courtyard by Marriott® Merced**
750 Motel Dr, Merced Ca 95341 **P** 209.725.1221
**Marriott.com/MCECY**

| Market Market | | Room: MKT |
| --- | --- | --- |
| | | Room Type: HSE |
| | | Number of Guests: 0 |
| | | Rate: $0.00 | Clerk: JKL |
| Arrive: 20Sep22 | Time: 06:26PM | Depart: 20Sep22 | Time: 06:26PM | Folio Number: 23793 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
| --- | --- | --- | --- |
| 20Sep22 | Market Sundries | 3.19 | |
| 20Sep22 | Sales Tax | 0.28 | |
| 20Sep22 | Master Card | | 3.47 |

Card #: MCXXXXXXXXXXXX3508/XXXX
Card Type: MASTERCARD Card Entry: CHIP Approval Code: 60261Q
App Label: Mastercard AID: A0000000041010

**BALANCE:** 0.00

As a Marriott Bonvoy Member, you could have earned points towards your free dream vacation today. Start earning points and Elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

If you enjoyed your stay with us, please leave us a review online!

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

Bring the Courtyard sleep experience home with you. Visit ShopCourtyard.com.

UPS CampusShip: View/Print Label

1. **Ensure there are no other shipping or tracking labels attached to your package.**   Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.**   Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
|---|---|---|
| THE UPS STORE | THE UPS STORE | JACKSON'S LIQUOR |
| 909 MARINA VILLAGE PKWY | 1001 BROADWAY | 739 E 12TH ST |
| ALAMEDA ,CA 94501 | OAKLAND ,CA 94607 | OAKLAND ,CA 94606 |

FOLD HERE



**This website uses cookies**    ✕

We do this to better understand how visitors use our site and to offer you a more personal experience. Please see our Privacy Notice (https://www.ups.com/us/en/help-center/legal-terms-conditions/privacy-notice.page) for more information. You can manage your preferences by selecting Cookie Settings.

# Section 3

# PLM Analysis

**MATERIALS ANALYTICAL SERVICES, LLC**
**PLM ANALYSIS**

| | | | | |
|---|---|---|---|---|
| Proj#-Spl# | M71614-001CSM | Analyst Paul Hess | Date | 2/27/2023 |
| ClientName | Kazan, McClain, Satterley & Greenwood | | ClientSpl 1 | |
| Location | Johnson's Baby Power Bottle, 1.5 oz. | | | |
| Type_Mat | | | | |

Gross   debris on filter                                % of Sample  100
Visual                                                 Temp (±1°C)  22

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | | |
|---|---|---|---|---|
| Morphology | wavy | | | |
| Pleochroism | none | | | |
| Refract Index | ** | | | |
| α / γ (nm) | 650 | 510 | | |
| Sign^ | positive | | | |
| Extinction | parallel | | | |
| Birefringence | * | | | |
| Melt | no | | | |
| Fiber Name | Chrysotile | | | |

**ASBESTOS MINERALS**                    **EST. VOL. %**

Chrysotile.............................    0.002 to 0.004
Amosite.................................
Crocidolite............................
Tremolite/Actinolite...............
Anthophyllite.........................

**OTHER FIBROUS COMPONENTS**

Talc-fibrous                              ***

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Talc | X |
| Particulate | X |

**Comments**  Chrysotile asbestos observed. ** Refractive indices parallel  ranged 1.564(550nm) to
1.568(510nm). Refractive indices perpendicular range 1.557(650nm) to 1.564(550nm).
*** Trace  fibrous Talc observed. *Birefringence from low to moderate. X=Materials
Detected. Six Chrysotile structures, inclusive of those documented by photograph,
counted in 30 fields of view. Equates to 0.3 structure per square millimeter.



M71614-001CSM-001 Chrysotile
Parallel Dispersion 1.560 R.I. @ 100X
R.I. 1.564

25 µm



M71614-001CSM-001 Chrysotile
Perpendicular Dispersion
R.I. 1.561

25 µm

M71614-001CSM-001 Chrysotile
Elongation @ 630X

2.5 μm



M71614-001CSM-001 Chrysotile
Crossed Polars @ 630X

2.5 µm





M71614-001CSM-002 Chrysotile
Parallel Dispersion 1.560 R.I. @ 100X
R.I. 1.565

25 µm



M71614-001CSM-002 Chrysotile
Perpendicular Dispersion
R.I. 1.561

25 µm



M71614-001CSM-002 Chrysotile
Elongation @ 630X

2.5 μm

M71614-001CSM-002 Chrysotile
Crossed Polars @ 630X

2.5 μm

M71614-001CSM-002 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.560 R.I. @ 630X

2.5 µm



M71614-001CSM-003 Chrysotile
Parallel Dispersion 1.560 R.I. @ 100X
R.I. 1.568

25 µm



M71614-001CSM-003 Chrysotile
Perpendicular Dispersion
R.I. 1.557 to 1.560

25 µm

M71614-001CSM-003 Chrysotile
Elongation @ 630X

2.5 μm



M71614-001CSM-003 Chrysotile
Crossed Polars @ 630X

2.5 μm

M71614-001CSM-003 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.560 R.I. @ 630X

2.5 μm

M71614-001CSM-004 Chrysotile on Talc debris
Parallel Dispersion 1.560 R.I. @ 630X
R.I. 1.565 to 1.568

25 μm



M71614-001CSM-004 Chrysotile on Talc debris
Perpendicular Dispersion
R.I. 1.560 to 1.564

25 µm



M71614-001CSM-004 Chrysotile on Talc debris
Elongation @ 630X

2.5 μm

M71614-001CSM-004 Chrysotile on Talc debris
Crossed Polars @ 630X

2.5 µm



M71614-001CSM-004 Chrysotile on Talc debris
Polarizer out
Aperture Diaphram 95% closed
1.560 R.I. @ 630X

2.5 μm

**MATERIALS ANALYTICAL SERVICES, LLC**
**PLM ANALYSIS**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Proj#-Spl#** | M71614-001ISONY | **Analyst** Paul Hess | | **Date** 2/28/2023 | | |
| **ClientName** | Kazan, McClain, Satterley & Greenwood | | **ClientSpl** 1 | | | |
| **Location** | Johnson's Baby Power Bottle, 1.5 oz. | | | | | |
| **Type_Mat** | | | | | | |

**Gross Visual**   debris on filter

**% of Sample**  100

**Temp (±1°C)**  21

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| Morphology | | | |
|---|---|---|---|
| Pleochroism | | | |
| Refract Index | | | |
| α / γ (nm) | | | |
| Sign^ | | | |
| Extinction | | | |
| Birefringence | | | |
| Melt | | | |
| Fiber Name | | | |

**ASBESTOS MINERALS**         **EST. VOL. %**
                           NO ASBESTOS OBSERVED

Chrysotile.............................
Amosite.................................
Crocidolite............................
Tremolite/Actinolite..............
Anthophyllite.......................

**OTHER FIBROUS COMPONENTS**

Talc-fibrous                              ***

**NON FIBROUS COMPONENTS**

| Talc | X |
|---|---|
| Particulate | X |

**Comments**  X = Materials detected. Analyzed for regulated Amphiboles. No regulated Amphiboles observed. ***Trace fibrous Talc observed.

# TEM Analysis

## TEM Bulk Talc Structure Count Sheet

| Project/Sample No. | M71614-001 | | Grid Box # | | 8865 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|---|
| Analyst | Jayme Callan | | | | Length | Width | G. O. Area |
| Date of Analysis | 2/28/2023 | | G. O. in microns = | | 108 | 108 | 11664 |
| Initial Weight(g) | 0.02122 | | | | 108 | 108 | 11664 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | Average | 11664 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 30% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | | 1.166 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | A1-A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| NSD | A8 | | | | | | | |
| NSD | A9 | | | | | | | |
| NSD | B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | F1 | | | | | | | |
| NSD | F2 | | | | | | | |
| NSD | F3 | | | | | | | |
| NSD | F4 | | | | | | | |
| NSD | F5 | | | | | | | |
| NSD | F6 | | | | | | | |
| NSD | F7 | | | | | | | |
| NSD | F8 | | | | | | | |
| NSD | F9 | | | | | | | |
| NSD | F10 | | | | | | | |
| NSD | G1 | | | | | | | |
| NSD | G2 | | | | | | | |
| NSD | G3 | | | | | | | |
| NSD | G4 | | | | | | | |
| NSD | G5 | | | | | | | |
| NSD | G6 | | | | | | | |
| NSD | G7 | | | | | | | |
| NSD | G8 | | | | | | | |
| NSD | G9 | | | | | | | |
| NSD | G10 | | | | | | | |
| NSD | I3 | | | | | | | |
| NSD | I4 | | | | | | | |
| NSD | I5 | | | | | | | |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M71614-001 | | Grid Box # | | 8865 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|---|
| Analyst | Jayme Callan | | | | Length | Width | G. O. Area |
| Date of Analysis | 2/28/2023 | | G. O. in microns = | | 108 | 108 | 11664 |
| Initial Weight(g) | 0.02122 | | | | 108 | 108 | 11664 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | Average | 11664 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 30% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | | 1.166 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | A2-A1 | | | | | | | |
| NSD | A2 | | | | | | | |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| NSD | A8 | | | | | | | |
| NSD | A9 | | | | | | | |
| NSD | A10 | | | | | | | |
| NSD | B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | F2 | | | | | | | |
| NSD | F3 | | | | | | | |
| NSD | F4 | | | | | | | |
| NSD | F6 | | | | | | | |
| NSD | F7 | | | | | | | |
| NSD | F10 | | | | | | | |
| NSD | H1 | | | | | | | |
| NSD | H2 | | | | | | | |
| NSD | H3 | | | | | | | |
| NSD | H4 | | | | | | | |
| NSD | H5 | | | | | | | |
| NSD | I1 | | | | | | | |
| NSD | I2 | | | | | | | |
| NSD | I3 | | | | | | | |
| NSD | I4 | | | | | | | |
| NSD | I7 | | | | | | | |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M71614-001 | | Grid Box # | 8865 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst | Jayme Callan | | | Length | Width | G. O. Area |
| Date of Analysis | 2/28/2023 | | G. O. in microns = | 108 | 108 | 11664 |
| Initial Weight(g) | 0.02122 | | | 108 | 108 | 11664 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11664 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 30% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.166 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Org. Sample Wt. | Sample Wt. Post HL Separation | |
|---|---|---|
| 0.02122 | 0.02122 | g |
| Percent of Orig. Post Separation | 100 | (%) |

| Wt. Of Sample Analyzed | 0.00001908 | g |
|---|---|---|
| Filter size | 1297 | mm² |
| Number of Structures Counted | 0 | Str. |
| Structures per Gram of Sample | <52,000 | Str./g |

| Detection Limit | 5.24E+04 | Str./g |
|---|---|---|
| Analytical Sensitivity | 5.24E+04 | Str./g |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M71614-001 | | Grid Box # | 8865 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | Length | Width | G.O. Area |
| Date of Analysis | 2/28/2023 | | G. O. in microns = | 108 | 108 | 11664 |
| Initial Weight(g) | 0.02122 | | | 108 | 108 | 11664 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11664 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 30% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.166 |

| Str. # | Grid Opening | Str./Asb. Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|
| NSD | A1-A3 | | | | | No fibrous talc observed | |
| | | | | | | | |

# Section 4

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M71614-000 | | Grid Box # | | 8860 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | | Length | Width | G. O. Area |
| Date of Analysis | 2/28/2023 | | G. O. in microns = | | 108 | 108 | 11664 |
| Initial Weight(g) | N/A | | | | 108 | 108 | 11664 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | Average | 11664 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 1% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | | 1.166 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | E9-B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | G1 | | | | | | | |
| NSD | G2 | | | | | | | |
| NSD | G3 | | | | | | | |
| NSD | G4 | | | | | | | |
| NSD | G5 | | | | | | | |
| NSD | G6 | | | | | | | |
| NSD | G7 | | | | | | | |
| NSD | G8 | | | | | | | |
| NSD | G9 | | | | | | | |
| NSD | G10 | | | | | | | |
| NSD | H1 | | | | | | | |
| NSD | H2 | | | | | | | |
| NSD | H3 | | | | | | | |
| NSD | H4 | | | | | | | |
| NSD | H5 | | | | | | | |
| NSD | H6 | | | | | | | |
| NSD | H7 | | | | | | | |
| NSD | H8 | | | | | | | |
| NSD | H9 | | | | | | | |
| NSD | H10 | | | | | | | |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M71614-000 | | Grid Box # | 8860 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | Length | Width | G. O. Area |
| Date of Analysis | 2/28/2023 | | G. O. in microns = | 108 | 108 | 11664 |
| Initial Weight(g) | N/A | | | 108 | 108 | 11664 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11664 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 1% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.166 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | E10-A1 | | | | | | | |
| NSD | A2 | | | | | | | |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| NSD | A8 | | | | | | | |
| NSD | A9 | | | | | | | |
| NSD | A10 | | | | | | | |
| NSD | B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |

### TEM Bulk Talc Structure Count Sheet

| | | | | | | |
|---|---|---|---|---|---|---|
| Project/ Sample No. | M71614-000 | | Grid Box # | 8860 | No. of Grids Counted | 2 |
| Analyst: | Jayme Callan | | | Length | Width | G. O. Area |
| Date of Analysis | 2/28/2023 | | G. O. in microns = | 108 | 108 | 11664 |
| Initial Weight(g) | N/A | | | 108 | 108 | 11664 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11664 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 1% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.166 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| | | |
|---|---|---|
| Org. Sample Wt. | Sample Wt. Post HL Separation | |
| N/A | N/A | g |
| Percent of Orig. Post Separation | N/A | (%) |

| | | |
|---|---|---|
| Wt. Of Sample Analyzed | N/A | g |
| Filter size | 1297 | mm² |
| Number of Structures Counted | 0 | Str. |
| Structures per Gram of Sample | N/A | Str./g |

| | | |
|---|---|---|
| Detection Limit | N/A | Str./g |
| Analytical Sensitivity | N/A | Str./g |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M71614-000 | | Grid Box # | 8860 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | Length | Width | G.O. Area |
| Date of Analysis | 2/28/2023 | | G. O. in microns = | 108 | 108 | 11664 |
| Initial Weight(g) | N/A | | | 108 | 108 | 11664 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11664 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 1% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.166 |

| Str. # | Grid Opening | Str./Asb. Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|
| NSD | E9-B1 | | | | | No fibrous talc observed | |
| | | | | | | | |

# Section 5

























Opened by
CT on
1/26/2023

Johnson's

M71614-001

Opened by
CT on
1/26/2023

Johnson's

M71614-001

# Section 6

M71614-001CSM TALC
Parallel Dispersion 1.560 R.I. @ 100X
R.I. >1.595

25 µm



M71614-001CSM TALC
Perpendicular Dispersion
R.I. <1.550

25 µm



M71614-001CSM TALC
Elongation @ 630X

2.5 μm



M7I614-001ISONY TALC
Parallel Dispersion 1.560 R.I. @ 100X
R.I. >1.600

25 µm



M71614-001ISONY TALC2
Perpendicular Dispersion
R.I. <1.550

25 μm



M71614-001ISONY TALC
Elongation @ 630X

2.5 μm



M71614-001ISONY TALC2
Parallel Dispersion 1.560 R.I. @ 100X
R.I. >1.595

25 µm



M71614-001ISONY TALC2
Perpendicular Dispersion
R.I. <1.550

25 µm

M71614-001ISONY TALC2
Elongation @ 630X

2.5 µm

Exhibit 77a

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200  FAX (770) 866-3259

**MAS.**

Supplemental Expert Report

# Comparison of RI's and Chrysotile Structure Size Union Carbide's SG-210 Chrysotile Product from the Coalinga Mine in California, Montanan Talc Sourced for both Gold Bond and Clubman Body Powder, Fibrous Talc and Reduced size NIST 1866b Chrysotile Standard.

William E. Longo, Ph.D., CEO

Materials Analytical Services, LLC

October 9, 2023

**LOS ANGELES**  3020 OLD RANCH PARKWAY   SUITE 300   SEAL BEACH, CA 90740   (562) 799-5530   FAX (562) 799-5531
WWW.MASTEST.COM

## Table of Contents

Section 1:  Report

Section 2:  Chrysotile-Fibrous Talc Intergrowths

Section 3: SG-210 Standard at 0.05% Chrysotile, PLM Fibrous Talc Analysis Only

Section 4: SG210 Chrysotile 0.05% 1.560

Section 5: SG210 Chrysotile 0.1% Spiked in Bentonite Clay

Section 6: Analysis, BIR and Bundle Size of Chrysotile Detected in the Montana Talc used by Gold Bond

Section 7: Analysis of Reduced Size 1866B Chrysotile with 1.550 & 1.560 RI Fluid.

### MAS's PLM Analysis of Chrysotile in Cosmetic Talc

MAS PLM analysis was able to both detect and determine the amount of chrysotile bundles in the sample with HLS because MAS uses PLM microscopes that have higher resolution and analytical sensitivity capabilities, than your standard PLM microscope which is more suited for analyzing asbestos added products (AAP).

In AAP (chrysotile) samples as compared to cosmetic talc samples, have a much higher population of very large size chrysotile bundles and orders of magnitude higher concentration levels of chrysotile in these types of products.

The PLM analysis of AAP samples does not challenge the resolution of the typical PLM microscope optics, or burden the microscopist with very long sample analysis times.   For example, in most PLM labs, including MAS's, the typical time required for an experienced PLM microscopist to analyze asbestos added products (AAP), where the majority of the AAP samples contain approximately 10 to 25 % asbestos, will only take about 15 and 20 minutes to complete the analysis.

With a cosmetic talc sample on the other hand, a typical PLM analysis at MAS, for either chrysotile or amphiboles asbestos, would routinely take 2 to 4 hours for a positive sample and a minimum of 20 minutes to hour for a negative sample, if there are no pigments in the sample.  In order to both detect and analyze the small size of the chrysotile bundles (10 to 20 μm in length), that are typically found in cosmetic grade talcum powder, through the use of dispersion staining, the PLM microscope must have "flat" objective lenses, and a HD video camera attached to the PLM microscope that is interfaced to a high definition monitor.

The MAS PLM microscopes are state-of-the-art Leica DM2700P PLM microscopes, where all of the objective lens, including the 10X central stop dispersion lens are the flat type, also known as infinity lens, LED light source, and are coupled with state-of-the-art HD digital camera and 37" HD monitor. To detect these size chrysotile bundles, it is highly recommended that this type of PLM microscope setup should be used for the PLM analysis of cosmetic talc samples.

It is also my opinion that the PLM analyst must first analyze prepared talcum powder standards, containing UCC SG-210 or RG-144 Calidria chrysotile, to become familiar with both the size of chrysotile structures found in cosmetic talc, as well as the difference in the refractive indices for the chrysotile as compared chrysotile added products.

Both the RG-144 and RG-210 Calidria chrysotile and the chrysotile found in the talcum powder samples typically shows central stop dispersion colors (CSDS) from blues (α) to golden yellows (γ) in 1.550 liquid, and blue to a darker gold in 1.560 liquid.  For the two UCC Calidria chrysotile samples, the SG 210 is a closer match then the RG 144 is to the size of chrysotile bundles detected in the cosmetic talc samples. Photomicrographs of Chinese source cosmetic talc, spiked with 0.05% SG-210 chrysotile, analyzed with 1.560 RI fluid can be found in Section 2 of this report

In Table 1, is a Bentonite clay sample that was spiked with 0.1% UCC's SG-210 chrysotile product showing the parallel and perpendicular RI's, calculated BIR and the length and width of seven chrysotile bundles.  These photomicrographs can be found in Section 3 of this report.

Table 1

0.1% SG-210 Spiked Bentonite

1.550 RI Fluid

| MAS Sample Number | Sample Prep. | Refractive Induces Parallel | Refractive Induces Perpendicular | Birefringence Avg | Length microns | Width microns |
|---|---|---|---|---|---|---|
| M71547-001 | CSM-B 0.1% | 1.565-1.567 | 1.554 | 0.012 | 6 μm | 1 μm |
| M71547-002 | CSM-B 0.1% | 1.567-1.570 | 1.551-1556 | 0.015 | 6 μm | 1 μm |
| M71547-003 | CSM-B 0.1% | 1.560-1.569 | 1.552-1556 | 0.011 | 10 μm | 2 μm |
| M71547-004 | CSM-B 0.1% | 1.564-1.570 | 1.552-1556 | 0.013 | 9μm | 1 μm |
| M71547-005 | CSM-B 0.1% | 1.566-1.571 | 1.552-1556 | 0.015 | 9μm | 1 μm |
| M71547-006 | CSM-B 0.1% | 1.567-1.570 | 1.552-1556 | 0.015 | 3 μm | 0.6 μm |
| M71547-007 | CSM-B 0.1% | 1.564-1.572 | 1.555-1558 | 0.012 | 9 μm | 1 μm |
| | | Avg. 1.562-1.570 | Avg. 1.553-1.556 | Avg. 0.012 | Avg. 8 μm | Avg. 1 μm |

As this data demonstrated the SG-210 chrysotile product once sold by UCC, has gamma RI ranges that does not produce the "magenta" CSDS color, but instead has variations of the yellow-gold in the 1.550 RI fluid. The Bentonite clay matrix was used for one the SG-210 chrysotile spiked sample sets, so there isn't any fibrous or platy talc to confuse the issue. Platy talc is not known to be an accessory mineral to bentonite clay. Also, according to Dr. Gunter, there is no talc accessory mineral in the Coalinga chrysotile mine. [1] Additionally, Dr. Gunter was shown CSM-B 0.1% PLM photomicrographs in the Loc Ta case, and ask to identify what the mineral was in the photomicrograph, and Dr. Gunter identified it as platy talc plates on edge. [2] In fact, what Dr. Gunter was identifying as talc plates on edge, was the bentonite clay sample spiked with the 0.1% SG-210 chrysotile. This will be discussed in more detail in the next section.

Table 2 provides a comparison of the of chrysotile, analyzed using 1.550 RI fluid, shows the RI's, BIR and bundle size for the chrysotile detected in the Montana talc used by Gold Bond. Photomicrographs of the Gold Bond PLM analysis can be found in Section 4 of this report.

---

[1] April 27, 2023 Deposition of Dr. Gunter, in the *Evan Plotkin and Martha Barry Plotkin vs. Johnson & Johnson*.

[2] July 8, 2022 Deposition of Dr. Gunter, in the *Loc Ta and Christina Ta vs. Kaiser Gypsum Company, Plotkin and Martha Barry Plotkin vs. Johnson & Johnson*

Table 2

Chrysotile Analysis of Gold Bond

1.550 RI Fluid

| MAS Sample Number | Sample Prep. | Refractive Induces Parallel | Refractive Induces Perpendicular | Birefringence Avg | Length microns | Width microns |
|---|---|---|---|---|---|---|
| M71376-001-001 | CSM | 1.568-1.565 | 1.562-1.551 | 0.010 | 24 μm | 2.8 μm |
| M71376-001-002 | CSM | 1.568-1.566 | 1.557-1553 | 0.012 | 4.5 μm | 2 μm |
| M71376-001-003 | CSM | 1.569 | 1.556 | 0.013 | 13.6 μm | 1.2 μm |
| M71376-001-004 | CSM | 1.567-1.564 | 1.558-1553 | 0.011 | 12 μm | 1 μm |
| | | | | | | |
| M71537-001-001 | CSM | 1.567-1.564 | 1.562-1553 | 0.008 | 4 μm | 2 μm |
| M71537-001-002 | CSM | 1.568-1.566 | 1.552-1556 | 0.012 | 4.4 μm | 1.2 μm |
| M71537-001-003 | CSM | 1.568-1.566 | 1.562-1553 | 0.012 | 6.4 μm | 2.4 μm |
| M71537-001-004 | CSM | 1.572-1.567 | 1.559-1.552 | 0.014 | 7 μm | 1.2 μm |
| | | Avg. 1.568-1.565 | Avg. 1.559-1.553 | Avg. 0.012 | Avg. 9 μm | Avg. 1.4 μm |

Comparing tables 6 and 7, there is fairly good agreement between the UCC SG-210 chrysotile and the chrysotile detected in the two Gold Bond containers where the talcum powder was sourced from Montana. In my opinion this further demonstrates that chrysotile found in the talcum powder sourced from Montana, has RI's (CSDS) that is in the same range of a commercial mined chrysotile product that does not have a parallel magenta CSDS, but the yellow-gold with a low BIR including the perpendicular RI value.

MAS has been reporting this range of CSDS colors for the chrysotile detected in the cosmetic talc samples for almost two years using 1.550 RI liquid. During that time, defendant experts, retained by a number of cosmetic talc manufacturers, and have repeatedly testified that MAS's CSDS findings are not appropriate for chrysotile. Therefore, in their opinions, MAS was and has been misidentifying fibrous/platy talc edge or cellulose as chrysotile.

Dr. Gunter, while working as a defense expert for Gold Bond defense counsel, analyzed samples of RG-144 and SG-210 Calidria chrysotile, that MAS provided to him, and confirmed in a recent deposition that "Calidria chrysotile can produce a range of CDSC colors from bluish to golden-yellow in 1.550 liquid.[3] Dr. Gunter's Calidria chrysotile results are consistent with our laboratories findings, which confirms both our PLM chrysotile findings in the cosmetic talc samples, as well as the SG-210 chrysotile results.

Additionally, Dr. Gunter's testimony about his Calidria CSDS results is in direct contradiction to his original criticism of the "yellow-gold" dispersion color, as well as Dr. Sanchez and Mr. Seagrave's past testimony and their expert reports on this issue.

---

[3] Deposition of Dr. Mickey Gunter, *Woods, Jesse & Sarah vs. Kolmar Laboratories Inc.* et al. Supreme Court in the State of New York, County of Monroe, #E202000384

It is my opinion, that when these defense experts were testifying that our laboratory was misidentifying fibrous talc or talc plates on edge for chrysotile based on the CSDS "yellow color", as it turns out, the opposite was true, they were the ones misidentifying chrysotile as fibrous talc or talc plates on edge.

It is my opinion, that when these defense experts were testifying that our laboratory was misidentifying fibrous talc or talc plates on edge for chrysotile based on the CSDS "yellow color", as it turns out, the opposite was true, they were the ones misidentifying chrysotile as fibrous talc or talc plates on edge.

<u>ISO-PLM Chrysotile Refractive Index Ranges</u>

As shown in Table 3, the range of measured refractive indexes for the detected chrysotile bundles in the fourteen Clubman powder samples was 1.563-1.571 (parallel) and 1.556 to 1.567 (perpendicular) for the average using the CSMP method.

Shown in Table 6 are the range of RI's for the 57 chrysotile bundles that were recorded as examples of the chrysotile detected in the fourteen Clubman powder samples that were prepared by the CSMP method (with HLS).

**Table 3**
**RI Fluid 1.560**
**Chrysotile**
**Range of Parallel and Perpendicular RIs**

| Chrysotile Bundle No. | RI Fluid | CSMP PLM (with HLS) Parallel RI | CSMP PLM (with HLS) Perpendicular RI | BIR Calculations γ - α |
|---|---|---|---|---|
| M71598-001 | 1.560 | | | |
| 1 | | 1.568 | 1.564 | 0.004 |
| 2 | | 1.566 | 1.558 | 0.008 |
| 3 | | 1.570 | 1.563 | 0.007 |
| 4 | | Avg. 1.567 | 1.561 | 0.006 |
| | | Avg. 1.568 | Avg. 1.562 | 0.006 |
| | | | | |
| M71598-002 | 1.560 | | | |
| 1 | | 1.569 | 1.562 | 0.007 |
| 2 | | 1.566 | 1.561 | 0.005 |
| 3 | | 1.565 | 1.560 | 0.005 |
| 4 | | 1.571 | 1.563 | 0.008 |
| 5 | | 1.567 | 1.561 | 0.006 |
| | | Avg. 1.568 | Avg. 1.561 | 0.006 |
| | | | | |
| M71598-003 | 1.560 | | | |
| 1 | | 1.566 | 1.562 | 0.004 |
| 2 | | 1.567 | 1.563 | 0.004 |
| 3 | | 1.568 | 1.560 | 0.008 |
| | | Avg. 1.567 | Avg. 1.562 | 0.005 |
| | | | | |
| M71598-004 | 1.560 | | | |
| 1 | | 1.565 | 1.563 | 0.004 |
| 2 | | 1.570 | 1.562 | 0.008 |
| 3 | | 1.570 | 1.562 | 0.008 |

Page 6 of 17

| | | | | |
|---|---|---|---|---|
| 4 | | 1.567 | 1.565 | 0.002 |
| | | Avg. 1.568 | Avg. 1.563 | 0.006 |
| | | | | |
| M71598-005 | 1.560 | | | |
| 1 | | 1.566 | 1.562 | 0.004 |
| 2 | | 1.567 | 1.562 | 0.004 |
| 3 | | 1.566 | 1.560 | 0.006 |
| 4 | | 1.570 | 1.562 | 0.008 |
| | | Avg. 1.567 | Avg. 1.562 | 0.006 |
| | | | | |
| M71598-006 | 1.560 | | | |
| 1 | | Avg. 1.565 | 1.560 | 0.005 |
| 2A | | 1.568 | 1.558 | 0.010 |
| 2B | | 1.568 | 1.561 | 0.007 |
| 3 | | 1.567 | 1.563 | 0.004 |
| 4 | | 1.568 | 1.562 | 0.006 |
| | | Avg.1.567 | Avg. 1.561 | 0.006 |
| | | | | |
| M71598-007 | 1.560 | | | |
| 1 | | 1.568 | 1.565 | 0.003 |
| 2 | | 1.567 | 1.560 | 0.007 |
| 3 | | 1.569 | 1.565 | 0.004 |
| 4 | | 1.567 | 1.560 | 0.007 |
| | | Avg. 1.568 | Avg. 1.563 | 0.005 |
| | | | | |
| M71598-008 | 1.560 | | | |
| 1 | | 1.569 | 1.560 | 0.009 |
| 2 | | 1.566 | 1.562 | 0.004 |
| 3 | | 1.571 | 1.561 | 0.010 |
| 4 | | 1.567 | 1.563 | 0.004 |
| | | Avg. 1.568 | Avg. 1.562 | 0.008 |
| | | | | |
| M71598-009 | 1.560 | | | |
| 1 | | 1.571 | 1.561 | 0.010 |
| 2 | | 1.568 | 1.560 | 0.008 |
| 3 | | 1.566 | 1.562 | 0.004 |
| | | Avg. 1.568 | Avg. 1.561 | 0.007 |
| | | | | |
| M71598-010 | 1.560 | | | |
| 1 | | 1.566 | 1.561 | 0.005 |
| 2 | | 1.565 | 1.561 | 0.004 |
| 3 | | 1.567 | 1.562 | 0.005 |
| 4 | | 1.565 | 1.561 | 0.004 |
| | | Avg. 1.566 | Avg. 1.561 | 0.005 |
| | | | | |
| M71598-012 | 1.560 | | | |
| 1 | | 1.568 | 1.564 | 0.004 |
| 2 | | 1.567 | 1.561 | 0.006 |
| 3 | | 1.567 | 1.562 | 0.005 |
| 4 | | 1.570 | 1.560 | 0.010 |

| | | | | |
|---|---|---|---|---|
| | | Avg. 1.568 | Avg. 1.562 | 0.006 |
| | | | | |
| M71598-013 | 1.560 | | | |
| 1A | | 1.566 | 1.562 | 0.004 |
| 1B | | 1.571 | 1.560 | 0.011 |
| 2 | | 1.570 | 1.565 | 0.002 |
| 3 | | 1.568 | 1.562 | 0.006 |
| | | Avg. 1.569 | Avg. 1.562 | 0.006 |
| | | | | |
| M71598-014 | 1.560 | | | |
| 1 | | 1.566 | 1.561 | 0.005 |
| 2 | | 1.567 | 1.562 | 0.005 |
| 3 | | 1.567 | 1.560 | 0.007 |
| 4 | | 1.566 | 1.562 | 0.004 |
| | | Avg. 1.567 | Avg. 1.561 | 0.005 |
| | | | | |
| M71598-015 | 1.560 | | | |
| 1 | | 1.570 | 1.563 | 0.007 |
| 2 | | 1.567 | 1.564 | 0.003 |
| 3 | | 1.565 | 1.561 | 0.004 |
| 4 | | 1.570 | 1.562 | 0.008 |
| | | Avg. 1.568 | Avg. 1.563 | 0.006 |

Both the RG-144 and SG-210 chrysotile and the chrysotile found in the talcum powder samples typically shows central stop dispersion colors (CSDS) from blues (α) to golden-yellows (γ) in 1.550 liquid, and blue to a dark gold in 1.560 liquid for chrysotile structures in the 5 μm to 20 μm in length, and 1 to 3 μm in width. MAS has been reporting this range of CSDS colors for the chrysotile detected in the cosmetic talc samples for almost two years using 1.550 RI liquid. As discussed above, during that time the defendant experts, retained by a number of cosmetic talc manufacturers, have repeatedly testified that MAS's CSDS findings are not appropriate for chrysotile. Therefore, in their opinions, MAS was and has been misidentifying fibrous/platy talc edge or cellulose as chrysotile. In my opinion, the defendant experts are wrong. The basis for this opinion is as follows:

For a set of Clubman samples, MAS used higher RI fluid (1.560) as discussed by Dr. Gunter, Alan Segrave in their expert reports, and Dr. Su's puzzling photo-shopped expert report, and where they both stated that MAS should use a higher RI fluid then 1.550 to verify that MAS is in fact identifying chrysotile.

MAS analyzed 14 Clubman powder samples chrysotile, instead of using 1.550 RI fluid, MAS used 1.560 RI fluid, for all 14 samples. The reason for this change, is because of the information provided in Dr. Su's 2nd quarter publication in "The Microscope Journal" that in his opinion,

Page 8 of 17

using the 1.560 RI fluid would produce more accurate RI results.   This issue is discussed later in this report.

Also, Dr. Gunter, while working as a defense expert for Gold Bond defense counsel, analyzed samples of RG-144 and SG-210 UCC chrysotile, that MAS provided to him, and confirmed in a recent deposition that "Calidria chrysotile can produce a range of CDSC colors from bluish to golden-yellow in 1.550 liquid.[4]  Dr. Gunter's Calidria chrysotile results are consistent with our laboratories findings, which in my opinion validates our PLM chrysotile findings in cosmetic talc samples.

Dr. Gunter's testimony about his Calidria CSDS results is in direct contradiction to his original criticism of the "yellow-gold" dispersion color in the gamma direction, as well as Dr. Sanchez and Mr. Seagrave's past testimony on this issue.

Additionally, in that same publication Dr. Shu-Chun Su states the following in his article;

"*For high-accuracy measurements such as regulatory, legal, and forensic analysis, etc., the rule of thumb is to choose RI liquids as close as possible to the RI's that will be measured.  For Example, there are <u>chrysotile minerals whose RIs are significantly higher than those of the standard chrysotile from the NIST SRM 1866 set.</u> In that case, 1.555 or 1.560, instead of 1.550 RI liquids should be used to determine γ*[5]

The range of gamma RI's we are seeing in the cosmetic talc is approx. 1.560 to 1.570, and with an average of typically 1.565 to 1.567, this range of CSDS fits into Dr. Su's reasoning for using 1.560 RI fluid instead of the 1.550.  The Dr. Su article is the main reason we are now using 1.560 RI fluid for talcum powder chrysotile analysis instead of 1.550 RI fluid. Also, this article provided asbestos wavelength to RI charts for the various asbestos types and one for using 1.560 RI fluid for the analysis of chrysotile.

Additionally, Dr. Su, publishing a peer reviewed article on the analysis of asbestos by PLM, acknowledging that some types of chrysotile minerals will have *significantly higher* RI's, then the NIST 1866b chrysotile standard.  Our cosmetic talc chrysotile analysis, as well as the SG-210 chrysotile both have higher RI's in the parallel direction then what is seen for the NIST 1866b chrysotile standard.  With this statement, Dr. Su is acknowledging, that not all chrysotile minerals with have the magenta dispersion color, but not everybody understands this concept.

---

[4] Deposition of Dr. Mickey Gunter, Woods, Jesse & Sarah vs. Kolmar Laboratories Inc. et al. Supreme Court in the State of New York, County of Monroe, #E202000384
[5] Shu-Chun Su, Ph.D., "The Dispersion Staining Technique and Its Application to Measuring Refractive Induces of Non-opaque Materials, with Emphasis on Asbestos Analysis", The Microscope Volume 69, Second Quarter, 2022.

For example, I believe that both Dr. Sanchez's and Alan Seagrave's opinions are that chrysotile is always going to produce a magenta dispersion in the gamma direction, and that it can't have the higher RI's in the gamma direction giving a CSDS yellow-gold in 1.550 RI fluid. Nevertheless, it now been verified by both Dr. Sanchez's Ph.D. and his Ph.D. Professor Dr. Gunter, and Dr. Su stating that chrysotile can have higher CSDS then found for the NIST 1866b chrysotile standard.

So, the question we have recently tried to an answer is question of "why the higher gamma RI's for both the SG-210 chrysotile and cosmetic chrysotile we have identified in the cosmetic talcs, then the typical gamma RI's CSDS magenta color produced by the NIST 1866b chrysotile standard?

First, we examined what could have caused this shift to higher gamma RI's between the UCC's SG-210 chrysotile product, and the chrysotile found in the cosmetic talcs as compared to the NIST 1866b chrysotile standard. This investigation resulted in findings that the primary reason for the SG-210 and the chrysotile detected in the cosmetic talcs to have higher CSDS is because of the size difference between the NIST 1866b chrysotile standard along with the overwhelming majority of chrysotile add products. The most probable reason for the difference in CSDS colors is the chrysotile structure size difference between what is found in cosmetic talcs and what is found in chrysotile added products.

To determine if it was the size of the chrysotile bundles found in the cosmetic talc and SG-210 as compared to the size of the bundles found in chrysotile added products, could affect CSDS colors, the following observations were made.

The ISO 22262-1 PLM analysis protocol shows a photograph of the chrysotile CSDS colors using RI fluid 1.550. The parallel direction shows the magenta color and the perpendicular direction shows a purplish-blue color. The size of the chrysotile bundle shown for ISO 1866b chrysotile standard has a visible length of at least 3 to 4 millimeters and approx. 300 to 400 μm wide. When compared to the size of the SG 210 and the chrysotile found in the cosmetic talcs, the length and width of the chrysotile bundle displayed in the ISO 22262-1 protocol, is hundreds to thousands of times longer than the length and width of the chrysotile found in the cosmetic talc products.

The reason for this chrysotile size difference is either the cosmetic chrysotile bundles were formed that way, along with the talc plates, and or because both the SG-210 and talc ore was reduced in size during the milling process, while the NIST 1866b chrysotile standard was probably not.

To test this hypothesis that the thickness of the chrysotile bundle could affect the CSDS colors, MAS performed a study were a one-gram sample from the NIST 1866b chrysotile standard was milled with a liquid nitrogen ball-mill for 25 minutes. This milling process reduced the overall size range of the NIST chrysotile standard that produced a minus 200 sieve size chrysotile bundles fraction along with a plus 200 size fraction. The minus 200 particle size 1866b fraction was removed and analyzed by PLM using both 1.550 and 1.560 RI fluid.

The results of the PLM analysis, using 1.550 RI fluid of the minus 200 size 1866b chrysotile showed higher refractive induces for the parallel direction for what is the expected range for the NIST 1866b chrysotile as shown in Tables 3 and 4 in the ISO 22262-1 PLM method. The reported RI's for the non-reduced 1866b chrysotile standard was between 1.556 to 1.552 for the parallel direction, and 1.544 to 1.549 for the perpendicular direction. Comparison RI's for the minus 200 sieved 1866b chrysotile to the ISO 22262-1 ranges are shown in Table 4. The photomicrographs for the 1866b reduced bundle size, analyzed with 1.550 RI fluid, can be found in Section 5 of this report.

**Table 4**
**Comparison of IRs for Reduced size 1866b chrysotile**
**to ISO 22262-1 chrysotile RI's**
**1.550 RI Fluid**

| Sample # | Reduced size 1866b Gamma | ISO 22262-1 Gamma | Reduced size 1866b Alpha | ISO 22262-1 Alpha | BIR Calculations |
|---|---|---|---|---|---|
| 1 | 1.562 | 1.556-1.552 | 1.550 | 1.554-1.549 | 0.012 |
| 2 | 1.560 | 1.556-1.552 | 1.549 | 1.554-1.549 | 0.011 |
| 3 | 1.562 | 1.556-1.552 | 1.552 | 1.554-1.549 | 0.010 |
| 4 | 1.562 | 1.556-1.552 | 1.547 | 1.554-1.549 | 0.014 |
| 5 | 1.562 | 1.556-1.552 | 1.547 | 1.554-1.549 | 0.014 |
| 6 | 1.557 | 1.556-1.552 | 1.549 | 1.554-1.549 | 0.018 |
| 7 | 1.563 | 1.556-1.552 | 1.551 | 1.554-1.549 | 0.012 |

As can be seen from the above comparison, the reduced size 1866b chrysotile standard gamma RI's are all higher then what is thought to be required for identifying chrysotile. Also, the reduced size 1866b gamma RI's, are in the range with the chrysotile we have been identifying in numerous talcum powder samples over the last few years. For the alpha direction, the MAS results in the past, has either overlapped for what is expected for the 1866b chrysotile standard or has had RI's in the range as shown in Table 5.

Page **11** of 17

The reduced sizes 1866b chrysotile was also analyzed by PLM with 1.560 RI fluid. For the parallel direction, the range of Gamma was 1.559 to 1.562 and 1.554 to 1.557 for the perpendicular direction. These results are shown in Table 5. The photomicrographs for the 1866b reduced bundle size, analyzed with 1.560 RI fluid, are the same photomicrographs in Section 6 of this report.

**Table 5**

**Comparison of IRs for Reduced size 1866b Chrysotile**

**to ISO 22262-1 chrysotile RI's**

**1.560 RI Fluid**

| Sample # | Reduced size 1866b Gamma | Reduced size 1866b Alpha | Length -Width microns | BIR Calculations |
|---|---|---|---|---|
| 1 | 1.560 | 1.557 | 1.04 – 0.39 | 0.003 |
| 2 | 1.562 | 1.557 | 2.18 – 0.25 | 0.005 |
| 3 | 1.560 | 1.557 | 2.02 – 0.27 | 0.003 |
| 4 | 1.559 | 1.556 | 3.33 – 0.55 | 0.003 |
| 5 | 1.560 | 1.554 | 1.22 – 0.20 | 0.006 |

Since MAS has been reporting the findings of chrysotile in cosmetic talc, both Dr. Sanchez and Mr. Seagrave have repeatedly issued expert reports and testified that MAS has been misidentifying fibrous talc as chrysotile. They based this opinion on the fact that our CSDS colors were not magenta for the gamma direction, caused by the reported higher RI's. Their opinions were along the lines that for identifying chrysotile with PLM, if it didn't have CSDS magenta dispersion color in the gamma direction, it was not chrysotile.

It is my opinion that the reduced sieve size 1866b chrysotile clearly shows that they are wrong. Therefore, it is my opinion, that when these defense experts were testifying that our laboratory was misidentifying fibrous talc or talc plates on edge for chrysotile based on the CSDS colors that were not magenta for the gamma direction, as it turns out, the opposite was true, the defense experts were the ones misidentifying chrysotile as fibrous talc or talc plates on edge.

The reduced size 1866b chrysotile RI's in 1.560 fluid are in the same range as the reduced 1866b RI's in the 1.550 fluid. Hence, none of the 1886b reduced size chrysotile bundles have

Page 12 of 17

the magenta dispersion color in the gamma direction as shown for the very large chrysotile bundles photomicrographs shown in the ISO 22262-1 PLM method.   This comparison of the reduced size 1866b chrysotile standard RI's to the chrysotile bundle RI's detected in the 14 Clubman samples is fairly close, and in my opinion, validations that the chrysotile detected in Clubman samples was correctly identified as chrysotile. Additionally, this data further supports my opinion that by reducing the size of the chrysotile bundles effects the CSDS colors by increasing the refractive induces in the gamma direction

**Birefringence Measurements**

The key optical property to differentiate fibrous talc from chrysotile asbestos, when using the PLM method, is determining the difference in the birefringence (BIR) value between these two elongated minerals.  Most PLM analysts will just use the PLM cross-polar condition to visually estimate the magnitude of the BIR (Low, Moderate or High) by the amount of brightness and change in wavelength colors that are observed.

This visual estimate of the amount of birefringence is typically done under cross-polar conditions where a subjective comparison is made by the PLM analyst, and therefore, is not very precise. A more accurate determination of BIR is to calculate the numerical BIR value by simply subtracting the measured perpendicular RI from the measured parallel RI (n ǁ - n _ǀ_).

The subtracted BIR results give the analyst a numerical birefringence (BIR) value that is either classified as **Low (<0.01)**, **Moderate (0.01 to 0.05)** and **High (>0.05)**.

Fibrous talc and/or talc plates on edge will have a calculated BIR value that is typically at the high end of Moderate (0.045) to greater than 0.05 which is in the High BIR range.  Chrysotile on the other hand, will have BIR values that range from the upper end of the Low range to the lower end of the Moderate range.  The average calculated range of BIRs (Table 3), for the detected chrysotile bundles from the fourteen Clubman powder samples for CSMP PLM method was **0.005 to 0.008 (avg. 0.007)** which falls in the low end of BIR classifications.  When the BIR was calculated for each of the 56 individual chrysotile bundles shown in Table 6, the approximate BIR was calculated to 0.006 that is again in the range published by the EPA in their PLM bulk method discussed below.

The BIR difference between fibrous talc and chrysotile, as demonstrated by MAS, is also verified by the EPA in their 600/R-93/116 PLM methodology document as shown in Table 2-2, page 21.[6]

Shown in Table 2-2, "Optical Properties of Asbestos Fibers", provides four sets of refractive indexes measured from chrysotile bundles that have an overall average BIR of 0.011.  This is in good agreement with the overall **MAS BIR avg range of 0.006 to 0.007** for the chrysotile

---

[6] U.S. Environmental Protection Agency "Method for the Determination of Asbestos in Bulk Building Materials" EPA/600/R-93/116 July 1993

bundles detected in the fourteen Clubman powder samples for CSMP sample preparation method.

In that same table, EPA published a range chrysotile BIR's of 0.004 to 0.017 (Low to moderate). This BIR range reported by EPA, was from the Maximum and Minimum values obtained from references 2, 11, 12, and 18 located in Section 22.

The EPA R93 protocol also provides RI and BIR data for both fibrous talc and Flat Cellulose Ribbons that can be found in their Table 2.5. For the RI's of fibrous talc example, EPA reports refractive index 1.600-1.540 with a measured BIR of 0.06, and for cellulose ribbons, the reported EPA RI's are 1.580-1.530 with a measured BIR of 0.05 as shown in Table 6.

**Table 6**

**EPA-R93: Optical Properties of Selected Fibers**

**Fibrous Talc & Cellulose Ribbons**

| Fiber Type | RI Parallel/Perpendicular | BIR Calculations |
|---|---|---|
| Fibrous Talc | 1.600-1.540 | 0.060 "High" |
| Cellulose | 1.580-1.530 | 0.050 high end of Moderate |

MAS has analyzed a significant number of talc fibers over the last two years under the exact same PLM conditions as the chrysotile bundles in the cosmetic talc (same RI fluid, same microscope conditions, and the brightness level at maximum intensity. Shown in Table 10, is the PLM analysis of Chinese sourced talcum powder of fibrous talc that was analyzed in 1.560 fluid. Photomicrographs of the fibrous talc PLM analysis can be found in Section 6 of this report.

**Table 7**

**Fibrous Talc Analysis of Chinese Talcum Powder**

**Spiked with 0.05% SG-210**

**RI Fluid 1.560**

| MAS Sample Number | Sample Preparation | Refractive induces Parallel | Refractive indices Perpendicular | Calculated BIR |
|---|---|---|---|---|
| Sample 1 | CSM | >1.595 | <1.550 | >0.045 |
| Sample 2 | CSM | >1.590 | <1.550 | >0.040 |
| Sample 3 | CSM | 1.590 | <1.550 | >0.045 |
| Sample 4 | CSM | >1.595 | <1.550 | >0.045 |
| | | | | >Avg. 0.045 |

The avg. of >0.045 for the fibrous talc as compared to 0.007 calculated for the chrysotile detected in the Clubman samples is greater than 6 times higher for the fibrous talc or talc plates on edge. This data is consistent with the fibrous talc BIR that EPA published in their R93-600

Page 14 of 17

PLM method as shown in   Therefore, it is opinion that any competent PLM analyst can easily distinguish between these two minerals.

For a visual demonstration showing the significant difference between chrysotile bundles and fibrous talc our talc plates on edge, MAS has recorded photomicrographs of chrysotile and talc intergrows where one portion of bundle is chrysotile and one portion fibrous talc.  Obviously, since these are intergrowths and are on the same photomicrographs, then the brightness conditions of the microscope have to be the same, which is the brightness is at maximum. Shown in Table 8, are the RI's for fibrous talc-chrysotile intergrowth bundles that were analyzed by PLM using 1.550 RI Fluid.  The photomicrographs for this analysis can be found in Section 7 to this report.

**Table 8**
**Fibrous Talc Chrysotile Intergrowths**
**M71222**
**RI Fluid 1.550**

| MAS Sample Number | RIs Chry $\gamma$ - $\mu$ | BIR Chry | RIs Talc $\gamma$ - $\mu$ | BIR Talc |
|---|---|---|---|---|
| M71222-005ISO-002 | 1.564-1.550 | 0.014 | >1.590-1.540 <br> 1.585 -1.535 | >0.050 |
| M71222-005CSM-002 | 1.564-1.552 | 0.012 | >1.585-1.535 | >0.050 |
| M71202-005CSM-004 | 1.565-1.553 | 0.012 | >1.585-1.540 | >0.045 |
| M71171-001ISO-004 | 1.568-1.558 <br> 1.562-1.551 | 0.011 | 1.590-1.538 <br> 1.575-1.538 | 0.045 |

These talc/chrysotile intergrowth photomicrographs visually demonstrates that there is clearly a significant BIR difference between chrysotile and fibrous talc, or talc plates on edge.  In my opinion, this just further validation that MAS is not misidentifying fibrous talc as chrysotile.

**MAS Method of BIR Calculations**

The way MAS calculates the BIR when there is a range of RI's for both the gamma and alpha direction, MAS subtracts the high $\mu$ value from the high $\gamma$ value, then subtracts the low $\mu$ value from the low $\gamma$ value.   This BIR calculation has been attacked by both Dr. Sanchez and Mr. Seagrave where they say I am doing wrong, because the ISO 22262-1 PLM states that one should subtract the lowest $\mu$ value from the highest $\gamma$ value.   Nowhere in the BIR section in the ISO 22262-1, does it state that to determine the BIR, you subtraction the lowest alpha from the highest gamma.

Where they get that idea is from the glossary section of the ISO method, where it states Birefringence is the "quantitative expression of the maximum difference in refractive index due to double refraction. It does not state that the lowest alpha is subtracted from the highest gamma, nor does it state that in the actual methodology section of the protocol, Section 7.2.3.7.2.

For the determination of the BIR, Section 7.2.3.7.2. method describes how this is done under cross polar conditions where you observe the interference colors for first order, second order and third order as shown in the Michael Levy interference color chart. It is the observation of the interference color that determines the BIR where the PLM analyst will then record if it's Low, Medium or High, or at times, can be recorded as Low to Medium or Medium to High. There is no calculation numerical value by this method.

An example of the numerical calculation of the BIR for chrysotile can be found in the EPA R93-600 method shown in Table 2.2. For chrysotile, this Table provides the RI's for four referenced chrysotile bundles, where each bundle as a range for both gamma and alpha, as well as a calculated range for the chrysotile BIR. For the following Table 11, a comparison is made for the calculation of the reference BIRs to chrysotile RI examples by subtraction the highest alpha from the highest gamma and the lowest alpha to the lowest gamma. These results will be compared to Sanchez and Seagrave method of subtracting the lowest alpha from the highest gamma.

**Table 11**
**Comparison of EPA BIR Calculations**
**To the Sanchez & Seagrave Method**

| Refractive Indices | EPA Calculated BIR | | Refractive Indices | Sanchez/Seagrave Calculated BIR | |
|---|---|---|---|---|---|
| α 1.493-1.546<br>γ 1.517-1.557 | 1.557-1.546 = 0.011<br>1.517-1.493 = 0. 024 | Avg.<br>0.017 | 1.493-1.546<br>1.517-1.557 | 1.557-1.493 = 0.064 | 0.064 |
| 1.532-1.549<br>1.545-1.556 | 1.556 -1.549 = 0.007<br>1.545 -1.532 = 0.013 | Avg.<br>0.010 | 1.532-1.549<br>1.545-1.556 | 1.556-1.532 = 0.023 | 0.023 |
| 1.529-1.559<br>1.537-1.567 | 1.567 - 1.559 = 0.008<br>1.537- 1.529 = 0.006 | Avg.<br>0.007 | 1.529-1.559<br>1.537-1.567 | 1.567-1.529 = 0.038 | 0.038 |
| 1.544-1.553<br>1.552-1.561 | 1.553 - 1.561 = 0.008<br>1.552-1.561 = 0.011 | Avg.<br>0.010 | 1.544-1.553<br>1.552-1.561 | 1.561-1.544= 0.017 | 0.017 |

Using the EPA method, the BIR range was 0.007 to 0.017, with an overall average of 0.011 which is in the Low range to lower end of Medium range, which is consistent with chrysotile.

On the other hand, using the Sanchez/Seagrave BIR calculation method, the calculated BIR range is 0.017 to 0.064 with an average of 0.036. Which is not even close for what is expected for chrysotile.  The method that we and the EPA used for the calculation of the BIR, is also the

Page **16** of 17

method that the Deere, Howie and Zussman used in their publications for minerals that have double refraction.

I have not been able to locate one reference for BIR calculations for when you have a range of RI's that you would calculate the RI's as Sanchez and Seagrave suggests. It is my opinion that the evidence shows that the only correct method for the determination of BIR calculations, when you have a range of RI's for either gamma and or alpha, that you follow the EPA or Deer, Howie and Zussman calculation method.   In my opinion, this data shows that the method that Sanchez and Seagrave state that should be followed, for the BIR calculation, is completely wrong.

The opinions I have expressed in this report are all held to a reasonable degree of scientific certainty.


William E. Longo Ph.D. CEO
Materials Analytical Services, LLC

# Section 2





Chrysotile

Talc

M71222-005ISO-002 Chrysotile/Talc
Polarizer out
Aperature Diaphram 95% closed
1.550 R.I. @ 400X

100.0 µm



Talc - R.I. 1.535 to 1.540

Chrysotile - R.I. 1.549 to 1.561

M71222-005ISO-002 Chrysotile/Talc
Perpendicular Dispersion

100.0 µm



Talc - R.I. 1.585 to >1.590

Chrysotile - R.I. 1.559 to 1.569

M71222-005#SO-002 Chrysotile/Talc
Parallel Dispersion 1.550 R.I. @ 100X

100 µ µm





Chrysotile

Talc

MT1202-005C3M-004 Chrysotile Talc
Crossed Polars

100.0 µm





Chrysotile Perpendicular R.I. 1.551 to 1.553

Talc Perpendicular R.I. 1.540

M/1202-006CSM-004 Chrysotile Talc Dispersion Staining

100 μm



Chrysotile
Parallel R.I. 1.558
to 1.565

Talc
Parallel R.I.
> 1.585

M71202-005CSM-001 Chrysotile Talc
Dispersion Staining 1.550 R.I. @ 100X

100 μm



Chrysotile Parallel R.I. 1.565

Chrysotile Perpendicular R.I. 1.552

Talc Perpendicular R.I. 1.535

M7120/2005/SM-303 Chrysotile Talc Dispersion Staining

100.0 µm





Chrysotile

Talc

M71202-005CSM-003 Chrysotile Talc
Elongation @ 400X

100.0 μm



Chrysotile

Talc

M71202-005CSM-003 Chrysotile Talc
Crossed Polars

100.0 μm



Chrysotile

Talc

M71202-005CSM-003 Chrysotile Talc
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

100.0 µm





Increasing
Talc content

Chrysotile

M71171-001ISO-004 Chrysotile Talc
Parallel Dispersion 1.550 R.I. @ 100X
Chrysotile - R.I. 1.562 to 1.568
Talc content - R.I. 1.575 to 1.590

100 µm



Increasing Talc content

Chrysotile

M71171-001ISO-004 Chrysotile Talc
Crossed Polars

100.0 µm



Increasing Talc content

Chrysotile

M71171-0011ISO-004 Chrysotile Talc
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

100.0 μm

# Section 3



SG210 Standard at 0.05% Chrysotile
Talc 4 Parallel Dispersion 1.560 R.I. @ 100X
R.I. >1.595

25 µm





SG210 Standard at 0.05% Chrysotile
Talc 4 Perpendicular Dispersion
R.I. <1.550

25 µm



SG210 Standard at 0.05% Chrysotile
Talc 3 Parallel Dispersion 1.560 R.I. @ 100X
R.I. 1.590

25 µm



SG210 Standard at 0.05% Chrysotile
Talc 3 Elongation @ 630X

2.5 μm



SG210 Standard at 0.05% Chrysotile
Talc 3 Perpendicular Dispersion
R.I. <1.550

25 µm



SG210 Standard at 0.05% Chrysotile
Talc 2 Parallel Dispersion 1.560 R.I. @ 100X
R.I. >1.590

25 µm

SG210 Standard at 0.05% Chrysotile
Talc 2 Elongation @ 630X

2.5 µm



SG210 Standard at 0.05% Chrysotile
Talc 2 Perpendicular Dispersion
R.I. <1.550

25 µm



SG210 Standard at 0.05% Chrysotile
Talc Parallel Dispersion 1.560 R.I. @ 100X
R.I. >1.595

25 μm



SG210 Standard at 0.05% Chrysotile
Talc in Elongation @ 630X

2.5 µm



SG210 Standard at 0.05% Chrysotile
Talc Perpendicular Dispersion
R.I. <1,550

25 µm

# Section 4



SG210 Calidria Chrysotile 0.05% Standard 4
Parallel Dispersion 1.560 R.I. @ 100X
R.I. 1.570

25 µm



SG210 Calidria Chrysotile 0.05% Standard 4
Elongation @ 630X

2.5 μm



SG210 Calidria Chrysotile 0.05% Standard 4
Crossed Polars @ 630X

2.5 μm



SG210 Calidria Chrysotile 0.05% Standard 4
Polarizer out
Aperture Diaphram 95% closed
1.560 R.I. @ 630X

2.5 µm



SG210 Calidria Chrysotile 0.05% Standard 4
Perpendicular Dispersion
R.I. 1.559 to 1.560

25 μm



SG210 Calidria Chrysotile 0.05% Standard 3
Parallel Dispersion 1.560 R.I. @ 100X
R.I. 1.571

25 µm



SG210 Calidria Chrysotile 0.05% Standard 3
Elongation @ 630X

2.5 µm



SG210 Celidria Chrysotile 0.05% Standard 3
Crossed Polars @ 630X

2.5 µm



SG210 Calidria Chrysotile 0.05% Standard 3
Polarizer out
Aperture Diaphram 95% closed
1.560 R.I. @ 630X

2.5 µm



SG210 Calidria Chrysotile 0.05% Standard 3
Perpendicular Dispersion
R.I. 1.559

25 µm



SG210 Calidria Chrysotile 0.05% Standard 2
Parallel Dispersion I.560 R.I. @ 100X
R.I. 1.571 / impacted by bundle thickness

25 μm

SG210 Calidria Chrysotile 0.05% Standard 2
Elongation @ 630X

2.5 µm



SG210 Calidria Chrysotile 0.05% Standard 2
Crossed Polars @ 630X

2.5 µm



SG210 Calidria Chrysotile 0.05% Standard 2
Polarizer out
Aperture Diaphram 95% closed
1.560 R.I. @ 630X

2.5 μm



SG210 Calidria Chrysotile 0.05% Standard 2
Perpendicular Dispersion
R.I. 1.555 / impacted by bundle thickness

25 µm



SG210 Calidria Chrysotile 0.05% Standard
Parallel Dispersion 1.560 R.I. @ 100X
R.I. 1.571 / impacted by bundle thickness

25 μm



SG210 Calidria Chrysotile 0.05% Standard
Elongation @ 630X

2.5 μm



SG210 Calidria Chrysotile 0.05% Standard
Crossed Polars @ 630X

2.5 μm



SG210 Calidria Chrysotile 0.05% Standard
Polarizer out
Aperture Diaphram 95% closed
1.560 R.I. @ 630X

2.5 μm



SG210 Calidria Chrysotile 0.05% Standard
Perpendicular Dispersion
R.I. 1.553 to 1.560
impacted by bundle thickness

25 µm

# Section 5



M71547-001CSM-001 Chrysotile
Parallel Dispersion 1.550 R.I. @ 100X
R.I. 1.565 to 1.567

10 µm



M71547-001CSM-001 Chrysotile
Perpendicular Dispersion
R.I. 1.554

10 μm



M71547-001CSM-001 Chrysotile
Elongation @ 400X

2.5 μm



M71547-001CSM-001 Chrysotile
Crossed Polars

2.5 µm



M71547-001CSM-001 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

2.5 µm



M71547-001CSM-002 Chrysotile
Parallel Dispersion 1.550 R.I. @ 100X
R.I. 1.567 to 1.570

10 μm



M71547-001CSM-002 Chrysotile
Perpendicular Dispersion Dispersion
R.I. 1.551 to 1.556

10 μm



M71547-001CSM-002 Chrysotile
Elongation @ 400X

2.5 µm



M71547-001CSM-002 Chrysotile
Crossed Polars

2.5 µm



M71547-001CSM-002 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

2.5 µm



M71547-001CSM-002 Chrysotile
Elongation
Rolled to show fibrosity @ 400X

2.5 µm



M71547-001CSM-002 Chrysotile
Crossed Polars
Rolled to show fibrosity @ 400X

2.5 µm



M71547-001CSM-003 Chrysotile
Parallel Dispersion 1.550 R.I. @ 100X
R.I. 1.560 to 1.569

10 µm



M71547-001CSM-003 Chrysotile
Perpendicular Dispersion
R.I. 1.552 to 1.558

10 µm

Exhibit 77b



M71547-001CSM-003 Chrysotile
Elongation @ 400X

2.5 µm



M71547-001CSM-003 Chrysotile
Crossed Polars

2.5 µm



M71547-001CSM-003 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

2.5 µm



M71547-001CSM-004 Chrysotile
Parallel Dispersion 1.550 R.I. @ 100X
R.I. 1.564 to 1.570

10 µm



M71547-001CSM-004 Chrysotile
Perpendicular Dispersion
R.I. 1.552 to 1.556

10 µm



M71547-001CSM-004 Chrysotile
Elongation @ 400X

2.5 μm



M71547-001CSM-004 Chrysotile
Crossed Polars

2.5 µm



M71547-001CSM-004 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

2.5 μm



M71547-001CSM-005 Chrysotile
Parallel Dispersion 1.550 R.I. @ 100X
R.I. 1.566 to 1.571

10 µm



M71547-001CSM-005 Chrysotile
Perpendicular Dispersion
R.I. 1.552 to 1.556

10 µm



M71547-001CSM-005 Chrysotile Elongation @ 400X

2.5 μm



M71547-001CSM-005 Chrysotile
Crossed Polars

2.5 μm



M71547-001CSM-005 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

2.5 μm



M71547-001CSM-006 Chrysotile
Parallel Dispersion 1.550 R.I. @ 100X
R.I. 1.567 to 1.570

10 µm



M7154/-00TCSM-006 Chrysotile
Perpendicular Dispersion
R.I. 1.552 to 1.555

10 μm



M71547-001CSM-006 Chrysotile
Elongation @ 400X

2.5 µm



M71547-001CSM-006 Chrysotile
Crossed Polars

2.5 µm



M71547-001CSM-006 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

2.5 µm



M71547-001CSM-007 Chrysotile
Parallel Dispersion 1.550 R.I. @ 100X
R.I. 1.564 to 1.572

10 µm



M71547-001CSM-007 Chrysotile
Parallel Dispersion
R.I. 1.555 to 1.558

10 µm



M71547-001CSM-007 Chrysotile
Elongation @ 400X

2.5 µm



M71547-001CSM-007 Chrysotile
Crossed Polars

2.5 μm



M71547-001 CSM-007 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

2.5 μm

# Section 6



M71376-001CSMP-001 Chrysotile
Parallel Dispersion 1 550 R.I. @ 100X
R.I. 1.565 to 1.568

10 µm



M71376-001CSMP-001 Chrysotile
Perpendicular Dispersion
R.I. 1.551 to 1.562

10 µm



M71376-001CSMP-001 Chrysotile
Elongation @ 400X

2.5 μm



M71376-001CSMP-001 Chrysotile
Crossed Polars

2.5 µm



M71376-001CSMP-001 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

2.5 µm



M71376-001CSMP-002 Chrysotile
Perpendicular Dispersion
R.I. 1.553 to 1.557

10 µm



M71376-001CSMP-002 Chrysotile
Parallel Dispersion 1.550 R.I. @ 100X
R.I. 1.566 to 1.568

10 μm



M71376-001CSMP-002 Chrysotile
Elongation @ 400X

2.5 µm



M71376-001CSMP-002 Chrysotile
Crossed Polars

2.5 μm



M71376-001CSMP-002 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

2.5 µm



M71376-001CSMP-003 Chrysotile
Parallel Dispersion 1.550 R.I. @ 100X
R.I. 1.566 to 1.568

10 µm



M71376-001CSMP-003 Chrysotile
Perpendicular Dispersion
R.I. 1.551 to 1.555

10 µm



M71376-001CSMP-003 Chrysotile
Elongation @ 400X

2.5 µm



M71376-001CSMP-004 Chrysotile
Parallel Dispersion 1.550 R.I. @ 100X
R.I. 1.564 to 1.567

10 µm



M71376-001CSMP-004 Chrysotile
Perpendicular Dispersion
R.I. 1.553 to 1.558

10 µm



M71376-001CSMP-004 Chrysotile
Elongation @ 400X

2.5 µm



M71376-001CSMP-004 Chrysotile
Crossed Polars

2.5 µm



M71376-001CSMP-003 Chrysotile
Crossed Polars

2.5 µm



M71376-001CSMP-004 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

2.5 μm



M71376-001CSMP-003 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

2.5 μm



M71537-001CSMP-001 Chrysotile on flake debris
Parallel Dispersion
R.I. 1.564 to 1.567

10 µm

Talc/Chrysotile
intergrowth



Talc/Chrysotile intergrowth

M71537-001CSMP-001 Chrysotile on flake debris
Perpendicular Dispersion
R.I. 1.553 to 1.562

10 µm



M71537-001CSMP-001 Chrysotile on flake debris
Elongation @ 400X

2.5 μm



M71537-001CSMP-001 Chrysotile on flake debris
Crossed Polars

2.5 µm



M71537-001CSMP-001 Chrysotile on flake debris
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

2.5 µm



M71537-001CSMP-002 Chrysotile
Parallel Dispersion 1.550 R.I. @ 100X
R.I. 1.562 to 1.568

10 µm



M71537-001CSMP-002 Chrysotile
Perpendicular Dispersion
R.I. 1.551 to 1.556

10 µm



M71537-001CSMP-002 Chrysotile
Elongation @ 400X

2.5 μm



M71537-001CSMP-002 Chrysotile
Crossed Polars

2.5 µm

M71537-001CSMP-002 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

2.5 μm



M71537-001CSMP-003 Chrysotile
Parallel Dispersion 1.550 R.I. @ 100X
R.I. 1.564 to 1.568

10 μm



M71537-001CSMP-003 Chrysotile
Perpendicular Dispersion
R.I. 1.552 to 1.564

10 µm



M71537-001CSMP-003 Chrysotile
Elongation @ 400X

2.5 µm



M71537-001CSMP-003 Chrysotile
Crossed Polars

2.5 µm



M71537-001CSMP-003 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I @ 400X

2.5 μm



Talc/Chrysotile
intergrowths

M71537-001CSMP-004 Chrysotile/Talc intergrowths
Perpendicular Dispersion
R.I. 1.552 to 1.559

10 µm



Talc/Chrysotile
intergrowths

M71537-001CSMP-004 Chrysotile/Talc intergrowths
Parallel Dispersion 1.550 R.I. @ 100X
R.I. 1.567 to 1.572

10 µm



M71537-001CSMP-004 Chrysotile/Talc intergrowths
Elongation @ 400X

2.5 µm



M71537.001CSMP-004 Chrysotile/Talc Intergrowths
Crossed Polars

2.5 µm



M71537-001CSMP-004 Chrysotile/Talc intergrowths
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

2.5 µm

# Section 7

1866b Sieve
1.560
R.I Parallel 1.560

1866b Sieve
1.560
R.I Perpendicular 1.557



1866b Sieve
1.560
Elongation @ 200X





1866B Chrysotile Standard -200 001
20+5 minute ball mill
Parallel Dispersion 1.560 R.I. @ 100X
R.I. 1.562

25 µm



1866B Chrysotile Standard -200 001
20+5 minute ball mill
Perpendicular Dispersion
R I 1.560

25 µm

1866b Sieve
1.560
R.I Parallel 1.562



1866b Sieve
1.560
R.I Perpendicular 1.557

1866b Sieve
1.560
Elongation @ 200X



1866b Sieve
1.560
Crossed Polars @ 200X

1866b Sieve
1.560
R.I Parallel 1.560

1866b Sieve
1.560
R.I Parallel 1.557

1866b Sieve
1.560
Elongation @ 200X

1866b Sieve
1.560
R.I Parallel 1.559

1866b Sieve
1.560
R.I Perpendicular 1.556





1866b Sieve
1.560
Crossed Polars @ 200X





1866b Sieve
1.560
R.I Perpendicular 1.554



1866b Sieve
1.560
Crossed Polars @ 200X



1866b Sieve
1.560
Crossed Polars @ 200X

1866b Sieve
1.560
Elongation @ 200X

5/23/23 Chrysotile NIST 1866b
1.550
R.I. Parallel 1.562

5/23/23 Chrysotile NIST 1866b
1.550
R.I. Perpndicular 1.550





5/23/23 Chrysotile NIST 1866b
1.550
Crossed Polars @200X

5/23/23 Chrysotile NIST 1866b
R.I. 1.550
Paralled R.I. 1.560

5/23/23 Chrysotile NIST 1866b
1.550
R.I Perpendicular 1.549



5/23/23 Chrysotile NIST 1866b
1.550
Elongation @200X



5/24/23 Reprep
1.550
R.I. .562 Parallel

5/24/23 Reprep
1.550
R.I .552 Perpendicular

5.31 μm

5/24/23 Reprep
1.550
Elongation @200X



5/24/23 Reprep
1.550
Crossed Polars @200X



1866b Chrysotile
1.550
R.I parallel 1.562





1866b Chrysotile
1.550
Crossed Polars 200X





1866b Chrysotile
1.550
R.I Perpendicular 1.549



1866b Chrysotile
1.550
Elongation @200X





1866B Chrysotile Standard  002
Parallel Dispersion 1.550 R.I. @ 100X
R.I. 1.563

25 µm



1866B Chrysotile Standard  002
Perpendicular Dispersion
R.I. 1.551

25 µm

Exhibit 78

1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

2                       COUNTY OF ALAMEDA

3                          ---oOo---

4     MARLIN LEWIS EAGLES and

      GEORGIA EAGLES,

5          Plaintiffs,

                                     No. 22CV018294

6     vs.

      ARVINMERITOR, INC., et

7     al.,

           Defendants.

8     _____/

9

10

11

12      VIDEOTAPED ZOOM DEPOSITION OF WILLIAM LONGO, Ph.D.

13              VOLUME 3, Pages 282 - 507

14                  November 3, 2023

15

16

17

18

19

20

21                  REPORTED BY:

22          EARLY K. LANGLEY RMR, RSA, B.A.

23                CSR NO. 3537

24             JOB NO:   6298688

25

                                          Page 282

```
 1                    I N D E X

 2                                              PAGE

 3    WILLIAM LONGO, Ph.D.                      289

 4

 5    EXAMINATION BY MR. DUBIN                  289

 6    EXAMINATION BY MR. HINES                  322

 7    EXAMINATION BY MR. RISING                 365

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
                                        Page 283
```

```
 1                    E X H I B I T S

 2

 3    EXHIBIT NO.                                        PAGE

 4    Exhibit 35    Notice of Deposition, Day 3          289

 5    Exhibit 36    Photocopy of Slide 36, red-edged,    290
                    Dr. Longo
 6
      Exhibit 37    Lanier website                       292
 7
      Exhibit 38    Blog post                            295
 8
      Exhibit 39    MDL report, 11/14/2018, Dr. Longo    298
 9
      Exhibit 40    Slides of Valadez particles          306
10
      Exhibit 41    11/2023 Notice From the Expert       317
11                  Committee
12    Exhibit 42    TEM analysis performed by Jayme      346
                    Callan
13
      Exhibit 43    MAS Project M71719, Talcum Powder    395
14                  Analysis, Marlin Eagles
15    Exhibit 44    Test result on product              434
16
17
18
19
20
21
22
23
24
25
```

Aiken Welch, A Veritext Company
510-451-1580

```
 1              DEPOSITION OF WILLIAM LONGO, Ph.D.

 2

 3              BE IT REMEMBERED, that pursuant to Notice, and

 4     on November 3, 2023, commencing at the hour of

 5     8:10 a.m. Pacific Time, before me, EARLY LANGLEY, a

 6     Certified Shorthand Reporter, State of California, via

 7     Zoom appeared WILLIAM LONGO, Ph.D., produced as a

 8     witness in said action, and being by me previously duly

 9     sworn, was thereupon examined as a witness in said

10     cause.

11                          ---oOo---

12     APPEARANCES:

13

14     For the Plaintiffs:

15

16              MICHAEL REID

17              Kazan, McClain, Satterley & Greenwood

18              55 Harrison Street

19              Suite 400

20              Oakland, California 94607

21              (510) 302-1000

22              Mreid@kazanlaw.com

23

24

25

                                          Page 285
```

```
 1    For the Defendant Perrigo Company of Tennessee f/k/a

 2    Cumberland-Swan and CMC, Inc.:

 3

 4            JEFF HINES

 5            Goodell, DeVries, Leech and Dann LLP

 6            One South Street

 7            Baltimore, Maryland 21202

 8            Jjh@gdldlaw.com

 9

10    For the Defendants Longs Drug Stores California, LLC.,

11    on behalf of Longs Drug Stores California, Inc.; Lucky

12    Stores (Save Mart) LLC f/k/a Lucky Stores, Inc.; and

13    Safeway Inc:

14

15            KEVIN RISING

16            Barnes & Thornburg LLP

17            2029 Century Park East

18            Suite 300

19            Los Angeles, California 90067

20            (310) 284-3880

21            Krising@btlaw.com

22

23

24

25

                                            Page 286
```

```
 1    For the Defendants, Johnson & Johnson; LTL Management:

 2

 3            MORTON D. DUBIN

 4            SHAILA R. DIWAN

 5            King & Spalding LLP

 6            1185 Avenue of the Americas

 7            34th Floor

 8            New York, NY 10036

 9            (212) 790 5346

10            Mdubin@kslaw.com

11            Sdiwan@kslaw.com

12

13            KIM BUENO

14            CHRIS COWAN

15            Butler Snow LLP

16            1400 Lavaca Street, Suite 1000

17            Austin, Texas 78701

18            (737) 802-1820

19            kim.bueno@butlersnow.com

20            Chris.cowan@butlersnow.com

21

22    ALSO PRESENT:

23

24             Geoff Minger, Videographer

25
```

Page 287

```
 1                        --oOo--

 2               P R O C E E D I N G S

 3                        --oOo--

 4         THE VIDEOGRAPHER:  We are going on the

 5   record at 11:10 a.m. on November 3, 2023.  This is  08:10

 6   Volume III of the remote video-recorded deposition

 7   of William Longo, Ph.D., in the matter of Marlin

 8   Lewis Eagles and Georgia Eagles v. Johnson &

 9   Johnson, et al., filed in the Superior Court of

10   California, County of Alameda, Case Number          08:11

11   22CV018294.

12         This deposition is being held using remote

13   technology, and all parties are appearing

14   remotely.

15         The videographer is Geoff Minger, a notary  08:11

16   public from Veritext Legal Solutions.  The court

17   reporter is Early Langley, also from Veritext

18   legal solutions.

19         Would counsel please identify themselves

20   for the record and state their appearances.        08:11

21         MR. REID:  Good morning.  This is Michael

22   Reid on behalf of the plaintiffs.

23         MR. DUBIN:  Good morning.  This is Morton

24   Dubin on behalf of the Johnson & Johnson-related

25   defendants.                                         08:11
```

                                            Page 288

```
 1              MS. BUENO:  Good morning.  Kim Bueno on
 2    behalf of Johnson & Johnson defendants.
 3              MR. COWAN:  Chris Cowan from Butler Snow
 4    on behalf of the same.
 5              MR. RISING:  Kevin Rising on behalf of      08:12
 6    Longs, Lucky, and Safeway.
 7              MR. HINES:  Jeff Hines on behalf of
 8    Perrigo Tennessee.
 9              MS. DIWAN:  Shaila Diwan on behalf of
10    Johnson & Johnson.                                    08:12
11              THE VIDEOGRAPHER:  Thank you.
12              We are on the record.  You may proceed.
13              MR. DUBIN:  Great.
14                   WILLIAM LONGO, Ph.D.
15             previously sworn as a witness,
16                 testified as follows:
17    EXAMINATION BY MR. DUBIN:
18         Q.  Hi, Dr. Longo.  Just because I know that
19    the retailers need some time with you today, I'm
20    going to try to be relatively brief, mostly just      08:12
21    cover some cleanups on specific and general
22    questioning.
23              Let's start just by marking the notice for
24    day 3 as Exhibit 35.
25              (Whereupon, Defendants' Exhibit 35 was       08:12
```

Page 289

```
 1              marked for identification.)

 2     BY MR. DUBIN:

 3          Q.  And did you bring anything new with you

 4     today or just the same things that you had at the

 5     prior depositions?                                 08:12

 6          A.  Well, I brought the Longs Baby Powder

 7     container analysis.  I brought the Valadez

 8     analysis.  I went through Alan Segrave's April 17,

 9     2023 report.

10          And I downloaded one thing -- well, I got  08:13

11     this edge effects on talc particles photograph, I

12     guess you marked as an exhibit.

13          Q.  Correct.

14          A.  And that's it.

15          Oh, also brought along Mr. Eagles' two      08:13

16     containers, the body powder medicated that had

17     talc in it and then the Equate, which was a

18     cornstarch, brought those analysis.

19          And that's all.  That's all the new stuff.

20          MR. DUBIN:  Okay.  So even though it's --   08:14

21     I assume it's just the same as what I marked

22     before, we'll just make your copy of the red-edged

23     slide 36.

24          (Whereupon, Defendants' Exhibit 36 was

25              marked for identification.)            08:14
```

Page 290

 1    BY MR. DUBIN:

 2        Q.  Before we get to that, just briefly on

 3    Mr. Eagles' home, is it your understanding that it

 4    was constructed in around 1927?

 5        A.  Yeah, somewhere around there.  1926, 1927. 08:14

 6        Q.  Okay.  And I think that you said

 7    previously that you were not aware of asbestos

 8    products being used in home construction around

 9    that time; is that correct?

10        A.  That's correct.                          08:14

11        Q.  What, if any, investigation did you do to

12    confirm that?

13            MR. REID:  Overbroad.

14            THE WITNESS:  I guess I relied on my

15    35 years of experience doing this type of work,   08:14

16    especially a lot of product ID, and when

17    manufacturers started making stuff and selling

18    them for residential homes.

19            So did you find something that I'm not

20    aware of?                                         08:15

21    BY MR. DUBIN:

22        Q.  Well.  I'll ask you -- I'll ask you -- I

23    mean, I'll ask you a couple of questions about

24    that.

25            Let's just mark -- we'll make 37 --       08:15

                                        Page 291

```
 1              Of course, you've done a good deal of work

 2      for the Lanier firm; isn't that right?

 3          A.  Yes, I have.

 4              Excuse me.  I don't know why I was

 5      mumbling like that.                             08:15

 6              Yes, I have.

 7          Q.  All right.

 8              MR. DUBIN:  We'll just make as the next in

 9      order a website from the Lanier firm.

10              (Whereupon, Defendants' Exhibit 37 was    08:15

11              marked for identification.)

12      BY MR. DUBIN:

13          Q.  And so I assume you've never seen this

14      about asbestos in plaster from the Lanier website?

15              MR. REID:  Just going to object to the    08:15

16      extent that the exhibit lacks foundation.  It's

17      unauthenticated hearsay and has no foundation

18      regarding its source material and information.

19              MR. DUBIN:  Okay.  Well, you can just say,

20      "Object to form."                               08:16

21              MR. REID:  You actually can't in

22      California.  That is not proper.  It does not

23      preserve your right.

24              MR. DUBIN:  All right.  Well, it's fine.

25      BY MR. DUBIN:                                   08:16
```

                                                Page 292

1    Q.  Dr. Longo, you haven't seen this before;

2    right?

3    A.  No.  I typically don't look at plaintiffs

4    or defendants website unless there's something

5    unusual there.  I don't know where he would have    08:16

6    gotten that information.  I've not seen it.

7    Q.  We'll look at a couple different things.

8    We'll scroll down here.  You see there's a

9    reference to asbestos being in the United States

10    Gypsum plaster from 1920 to 1975?    08:16

11    A.  I see that he states that, yes.

12    Q.  Again, obviously, is it fair to say you

13    didn't even Google when -- whether there was

14    asbestos in home construction in the 1920s?

15    MR. REID:  Vague as to time and    08:17

16    argumentative, ignores fact, and misstates

17    previous testimony.

18    BY MR. DUBIN:

19    Q.  Just asking, did you Google when there was

20    asbestos in construction products in the United    08:17

21    States?

22    MR. REID:  Same objections.

23    THE WITNESS:  No.

24    MR. REID:  Also lacks foundation in the

25    sense that that's pointless.    08:17

Page 293

```
 1              THE WITNESS:   "Construction products" mean

 2       a lot of different things.  I mean, certainly,

 3       there was asbestos products -- you know,

 4       Johns-Manville came up with, essentially, cement

 5       board with asbestos in it and -- and their          08:17

 6       first -- one of their first clients was railroads,

 7       who put it in the floor from the sparks coming up

 8       from the brake shoes.  So there was asbestos

 9       product.

10              But I was never aware, at least in all my  08:18

11       research over the years, because we'd get involved

12       in things, like, oh, yeah, we took plaster off an

13       old house.  We never found asbestos until in later

14       years, and they mainly put it in plaster so they

15       could shoot it versus troweling it on, especially   08:18

16       on outside of the houses.

17              So I don't have any reason -- you know, I

18       don't know the information.  Certainly, if there

19       is reliable information that says that there is

20       asbestos in plaster, then I will have to re- --     08:18

21       change my opinion.

22       BY MR. DUBIN:

23          Q.   Okay.  We'll just mark a few other things.

24       So the next, again, is something from the Web.  If

25       you Google -- and you're welcome to do it yourself  08:18
```

Page 294

```
 1    at some point -- but asbestos in homes in the

 2    '20s, this is a blog post.

 3             (Whereupon, Defendants' Exhibit 38 was

 4             marked for identification.)

 5    BY MR. DUBIN:                                    08:18

 6       Q.  Do you see that?

 7             MR. REID:  Just real quick before the

 8    answer, I'm just going to object again to another

 9    website posting that lacks foundation, lacks

10    authentication, is unauthenticated hearsay, and     08:19

11    further lacks foundation in its source material.

12             MR. DUBIN:  Let me just put on the record

13    that I think it goes to the sufficiency or

14    diligence of the investigation that Dr. Longo has

15    performed --                                     08:19

16             (Off the record discussion to discuss

17    audio interference.)

18             MR. DUBIN:  I think it may be that -- I

19    don't know if it's plaintiffs' counsel, that you

20    may need to mute when you're not speaking so that   08:19

21    you don't get a double echo of my speaking through

22    both.

23             THE VIDEOGRAPHER:  Or if they have a

24    headset available or earbuds that they can plug

25    into their device.                               08:20
```

Page 295

```
 1              MR. DUBIN:  Yeah, let's just try muting

 2     and unmuting, because that should work.  I'll try

 3     to pause for you to be able to object.

 4              (Audio interference, reporter

 5     clarification.)                                 08:21

 6              MR. DUBIN:  -- sufficiency of his --

 7     diligence of his investigation and, therefore, is

 8     fully admissible.

 9              MR. REID:  In response to that, it does

10     not satisfy the foundation or hearsay issues      08:21

11     associated with the website.

12              In addition, you are more than welcome to

13     ask him about the sufficiency of his actual

14     research, which I believe is something around the

15     years -- 30 years of testing products containing  08:21

16     asbestos, ranging from the beginning of the 1900s

17     through the 2020s, including defendants' products

18     and various construction materials.

19              You're more than welcome to ask him about

20     all that and that research rather than your        08:21

21     two-bit Google search trying to find actual

22     authentic source material, which is

23     not admissible --

24              MR. DUBIN:  We're on a time limit today,

25     and if we're going to get very long objections,   08:21
```

Page 296

```
 1      that time is not going to count.  So I'm just
 2      telling you that that's my view of this, because
 3      you're going on and on.
 4              You objected.  I made my record briefly.
 5      Let's move on.                                    08:22
 6              MR. REID:  And because you made your
 7      record briefly, Counsel, I was able to make my
 8      record briefly.  So if you want to continue to put
 9      things on the record, you can continue to do so,
10      but it does count towards your time because you're  08:22
11      making a record and now I'm entitled to do so.
12              So please continue.
13              MR. DUBIN:  Oh, my goodness.
14      BY MR. DUBIN:
15          Q.  So again, one of the things you've looked  08:22
16      at in the past, for example, has been
17      interrogatories of various companies to see what
18      they may have -- what their product may have
19      contained and when they manufactured them; right?
20          A.  I have.                                    08:22
21          Q.  Did you do any of that to determine what,
22      if any, asbestos-containing home construction
23      materials, any of the major manufacturers such as
24      United States Gypsum produced in the 1920s?
25              MR. REID:  Vague as to time.               08:22
```

```
 1            THE WITNESS:  I did not.

 2    BY MR. DUBIN:

 3       Q.  Okay.  And -- all right.  And I want to

 4    switch briefly then to the two containers that you

 5    indicated you have identified richterite in that    08:23

 6    are associated with Johnson & Johnson.  One of

 7    those --

 8            First, let me ask you, at some point you

 9    said this.  This was your MDL report dated

10    11/14/2018.                                          08:23

11            MR. DUBIN:  So this will be 39.

12            (Whereupon, Defendants' Exhibit 39 was

13            marked for identification.)

14    BY MR. DUBIN:

15       Q.  And you said, you'll only be relying on     08:23

16    that report and any future supplemental reports

17    regarding the analysis of historical JBP/STS

18    samples and containers.

19            Is that still true?

20       A.  Is that the MDL report?                      08:24

21       Q.  That's the MDL report.

22            So in the MDL report, you wrote that after

23    you wrote the MDL report, you would only be

24    relying on that report and any future supplemental

25    reports involving the analysis of historical       08:24
```

Page 298

1    JBP/STS samples/containers.

2           Is that still true?

3           MR. REID:  Vague and ambiguous.

4           THE WITNESS:  Certainly, it was true for

5    that report in 2018.  You know, five years later,    08:24

6    the question comes up, was there ever any

7    richterite found in Chinese samples,

8    Chinese-sourced samples.  Yes, there was.  It was

9    the -- it was not J&J product.  It was a company

10   that bought the Shower to Shower from J&J, and    08:24

11   they continued to use Chinese.

12          So I don't know if I have to -- we'll be

13   using it in any updated -- the MDL report, but

14   certainly, I'm going to be relying on it here.

15   BY MR. DUBIN:    08:25

16      Q.   Okay.  So, again, the first -- the first

17   bottle that you claimed to find richterite in,

18   that was an eBay bottle, correct, bottle purchased

19   off eBay and provided to you by plaintiffs'

20   counsel?    08:25

21      A.   That is correct.

22      Q.   Okay.  And that was from a report that

23   predated this MDL report; correct?

24      A.   I believe that is correct.

25      Q.   Okay.  And so here in the MDL report,    08:25

                                              Page 299

```
 1    you're saying you are not going to rely on those

 2    prior reports, the eBay reports.

 3              Are you now relying on it anyway?

 4              MR. REID:  Vague and ambiguous.  That MDL

 5    report was issued for the MDL, not for this case.    08:25

 6              So, Counsel, you can ask him what he's

 7    relying upon for purposes of this case, but this

 8    is not a depo in the MDL.

 9              THE WITNESS:  As I've stated, this is for

10    the MDL, and the MDL was about the historical        08:26

11    samples.  This is not a MDL case.  And this

12    answers a question.

13              I couldn't ignore the fact that we had

14    analyzed samples from -- sourced from Chinese that

15    had either richterite or winchite in it.  I'm       08:26

16    certainly not going to ignore the any eBay samples

17    or samples contributed by the actual mesothelioma

18    victim.

19              So as I look at it, this report here has

20    nothing to do with what we're doing today.          08:26

21    BY MR. DUBIN:

22        Q.  So just to be clear, the first bottle was

23    an eBay bottle, and it was not -- it was not a --

24    and it was a bottle that was purchased off eBay by

25    the Kazan firm and given to you; correct?           08:26
```

                                                    Page 300

```
 1        A.  Correct.

 2        Q.  And the second bottle was purchased by the

 3   Simon and Greenstone plaintiff law firm and given

 4   to you; correct?

 5        A.  Correct.                                    08:27

 6        Q.  Okay.  And so just to -- you've never

 7   found any richterite in any Johnson & Johnson

 8   product that came from Johnson & Johnson's

 9   historical collection of talcum powder products;

10   correct?                                             08:27

11        A.  Of the ones we've analyzed, that's

12   correct.

13        Q.  Okay.  And approximately how many have

14   you -- bottles have you analyzed from the

15   Johnson & Johnson historical collection?             08:27

16        A.  Maybe 70, all total.

17        Q.  To make it clear, the only bottles in

18   which you claim to have found richterite of

19   Johnson & Johnson were provided to you by

20   plaintiffs' counsel; correct?                        08:27

21        A.  That is correct.

22        Q.  And -- all right.  Just quick cleanups on

23   the fiber burden stubs.

24            Would you consider what you did a

25   confirmation analysis given that you didn't go       08:28
```

Page 301

1   through and try to confirm the specific particles

2   that Dr. Abraham identified?

3        A.   It's very hard to find very specific

4   particles and do it within a reasonable time.  But

5   we found all similar types of particles that        08:28

6   Abraham found -- Abraham found in the lung tissue.

7   So, therefore, it's confirmation, at least in my

8   opinion, that Mr. Eagles' exposure had to do with

9   his talcum powder exposure.

10        Q.   Okay.  We'll talk about that part of it in 08:29

11   a second.

12            In other words, were you going through and

13   trying to confirm the specific particles that

14   Dr. Abraham found?

15        A.   We were -- we were trying to find either   08:29

16   the very same particles, or minerals, the same

17   types of minerals --

18            I'm sorry, let me turn this off.

19            -- the same type of minerals that

20   Dr. Abraham was finding, such as fibrous talc or    08:29

21   platy talc or aluminum silicates or tremolite or

22   richterite, what have you.

23        Q.   What was your personal involvement with

24   the confirmation analysis?  Were you the one

25   operating the SEM or taking the images?             08:29

                                          Page 302

1      A.   No, I was not the one operating the SEM.

2      Q.   And what personal involvement did you have

3  with the confirmation analysis?

4      A.   With the MVA, with Dr. Vander Wood, I was

5  sitting right there.                              08:30

6          With our own in-house SEM work, until the

7  detectors quit on us, I was there supervising

8  and -- not sitting through the entire session, but

9  what to look for, what types of particles we

10 wanted to see, which is basically anything you     08:30

11 find there, talc plates, fibrous talc, any type of

12 asbestos, any type of aluminum silicates, anything

13 unusual, you know, record it.

14         So it's under my direction, but no, I

15 wasn't sitting at the SEM.                         08:31

16     Q.   Did you identify any chrysotile in

17 Mr. Eagles' tissue?

18     A.   Not that I could say with any reasonable

19 degree of scientific certainty.

20     Q.   Do you have any view on how that could be  08:31

21 since you've claimed that there's routinely

22 chrysotile in Johnson & Johnson products?

23     A.   There is chrysotile in Johnson & Johnson

24 products, but we're looking at lung tissue, and in

25 lung tissue, one, you got a biopersistence issue   08:31

                                          Page 303

```
 1      in the lungs; two, you're taking a very small

 2      sample, especially in the lung tissue, out of an

 3      area -- you have a surface area -- if you were to

 4      open up the lungs and lay them out, you have the

 5      surface area of a tennis court.  So it's not          08:32

 6      unusual to find or not find things in there that

 7      one might expect.

 8           We've done other cases where we do find

 9      chrysotile.  So it just depends on both exposure,

10      what the biopersistence issue is with that          08:32

11      particular mineral, and what area of the lungs are

12      removed.

13      Q.   What -- I know you've also produced

14      reports having to do with Leavitt and Doyle.

15           What is your source of information for the 08:32

16      extent to which those individuals used talc?

17      A.   Both those -- both those lung tissues -- I

18      would have to pull the report.  But both of them

19      were, you know, Johnson & Johnson users.

20           And something like Leavitt, we were able   08:32

21      to find specifically the same things that Abraham

22      at that time found.  And they're just used as

23      examples of, here's other talcum powder, J&J

24      talcum powder exposures, and here's what we're

25      finding in the lungs, essentially the ingredients   08:33
```

Page 304

1    of the J&J products.

2        Q.  I guess my question is more basic.  In

3    other words, what is the source of information

4    that you have about the extent to which they used

5    Johnson & Johnson talc, for example, and whether    08:33

6    they had exposures from other sources?  Is that

7    the deposition testimony of those individuals?

8    Did you review that at some point?  Is that what

9    you're relying on?

10       A.  I don't remember back that far exactly,    08:33

11   you know, what I reviewed at the time.  I

12   didn't -- I didn't -- at the time we did the

13   reports and issued them, et cetera, I don't

14   recall.  I don't want to speculate right at the

15   moment.                                              08:34

16       Q.  So the reports or your testimony in those

17   cases will indicate what materials you relied on

18   for facts about their exposure or alternative

19   exposures; is that fair?

20       A.  I don't know.  It's not fair until I have   08:34

21   a chance to review it because I don't recall what

22   I relied on.

23       Q.  Did you identify talc in Mr. Eagles'

24   tissue?

25       A.  Well, let me get it.                        08:34

                                                  Page 305

```
 1              Let's see.  This is Leavitt's.

 2              Yes, we did.  I'm having trouble finding

 3      the report.

 4              I see this stuff from MVA, and we found

 5      talc there.                                        08:35

 6              Somehow...

 7              I'm going to say, yes, we did, and so did

 8      Abrams -- Abraham.  Excuse me.  Jeez.

 9          Q.  Why don't we do this, because I think

10      other people are going to question after me.       08:36

11      Maybe you can look for it on a break, and they can

12      follow up on that topic if you can't find it right

13      now.

14          A.  Okay.  I know it's here.

15          Q.  All right.  And then just a few quick     08:36

16      general questions.

17              MR. DUBIN:  First, I'll mark this as next

18      in order.

19              What are we -- are we on 40, Early?

20              THE REPORTER:  Yes.                        08:36

21              MR. DUBIN:  Hold on.  I'm lost.

22              (Whereupon, Defendants' Exhibit 40 was

23              marked for identification.)

24      BY MR. DUBIN:

25          Q.  It will be the set of slides regarding the 08:36
```

Page 306

1    Valadez particles.

2         Did you -- we spoke about this before.

3    Did you look through these particles to see

4    whether the circled ranges are what you reported

5    as the color for these particles in parallel?    08:37

6         A.  I just got to find it.

7         Q.  No problem.

8         A.  Yes, I did look at them.

9         Q.  Can you just let me know if there are any

10   corrections.                                     08:37

11        A.  Okay.  I have it.  Wait a minute.  You

12   just changed it on me, didn't you?

13        Q.  Sorry.  I was going to start from the

14   beginning of it.  I didn't realize you were going

15   to the specific page number.                     08:37

16        A.  Well, I don't have page numbers on my

17   report.

18        Q.  Okay.

19        A.  So let me get to it.

20        Q.  I'm sorry.                              08:37

21        A.  That is Number 1CSM.  That should be the

22   first one up.

23        Q.  And hopefully they're in order.

24        A.  No, they're not in order here for some

25   stupid reason.                                   08:38

Page 307

```
 1        Q.  That's life.

 2        A.  I'm talking to myself.

 3            Okay.  I have it.

 4        Q.  Okay.  So the color in parallel for this

 5    particle, M71614-001CSM-001, is that the           08:38

 6    approximate color that you identified it as in

 7    parallel where it's circled --

 8        A.  If you go around the edge of the bundle,

 9    it's a purplish color.

10        Q.  Okay.  And then this particle, the next    08:39

11    one, does that appear accurate?  This is now

12    M71614-001CSM-002?

13        A.  Again, let me get to it.

14        Q.  Sure.

15        A.  My book is out of order.  Somebody is      08:39

16    messing with me.

17        Q.  I wish I could claim credit for that,

18    but...

19        A.  I understand.

20            1.65, right.  1.68.                         08:39

21            I just looked at this, I thought, last

22    night.

23            Okay.  1.002.  Here's 002.

24            Okay, I have it.

25        Q.  Again, are the circled colors              08:39
```

Page 308

1    approximately what you're identifying as particle

2    in parallel as the color?

3        A.  Yes.  It's what -- you don't see it too

4    well on that photograph, but I'm looking at this

5    one, which I can see the outer -- you know, the        08:40

6    outer edge of the bundle does have that kind of

7    purplish color.

8        Q.  And then next particle, M71614-001CSM-003,

9    are the circled numbers approximately what you're

10   calling this particle for purposes of your            08:40

11   analysis?

12       A.  003.

13           168, so we're getting -- starting to get

14   up into the reddish range, pinkish-red.  Yeah,

15   that one is blown up some, so I can see it on the      08:41

16   outer side, on the outer edge -- on the edge of

17   the bundle.  So yes, I'm good with that.

18       Q.  Okay.  Last one, I think,

19   M71614-001CSM-004.  Is the circled range what --

20   approximately what you're calling this for            08:41

21   purposes of your analysis?

22       A.  Let's see.  We've got purplish to red to

23   pink.  Yes, that's good.

24       Q.  Okay.  Great.  Let me just ask you, since

25   you brought it and we marked it as 36, what do you     08:42

Page 309

```
 1     have to say about the red edge on talc plates?

 2         A.  Well, first, these photographs have been

 3     increased in size or blown up quite substantially,

 4     so that will cause the fuzziness.  You know,

 5     you're losing resolution on the pixels.              08:42

 6              And two, if you go to those individual

 7     samples -- now, I wasn't able to find a lot of

 8     them.  If you go to the individual samples and you

 9     can see the reddish line around the talc plates,

10     you'll also see it in the gamma direction of the     08:42

11     actual chrysotile structure -- pardon me -- the

12     talc structure.

13              So it's -- and then if you go to

14     perpendicular, it's all gone.  So it's not an

15     artifact that's being generated here.                08:43

16              And also, when I went through Segrave's

17     report, his April 17, 2023 report -- now, these

18     weren't all blown up, but if you look at their PLM

19     analysis that they did, they have these same kind

20     of -- on some of the -- some of the talc plates,     08:43

21     same kind of red around the talc plates.

22              So this is not an artifact.  This is --

23     this is what you would expect in some cases.  So

24     in order to be an artifact, it has to have red --

25     plates around -- red around everything.  And it      08:43
```

Page 310

```
 1    doesn't.

 2         Q.   Okay.  We'll probably have to take that up

 3    at another time than today.

 4              And then I wanted to make sure that I was

 5    clear.  Two quick questions about calculation of    08:43

 6    birefringence.

 7         A.   Okay.

 8         Q.   Let me go to -- we're going to talk about

 9    ISO if you want to call it up.

10         A.   I have it here still.                      08:44

11         Q.   Okay.  So grab it.

12         A.   Where are we here?

13         Q.   We don't need to mark it.  ISO 22262-1.

14         A.   What page?

15         Q.   We talked about some of the definitions in 08:44

16    here, but I didn't ask you about one of them.  For

17    example, we talked about the definition of alpha

18    and gamma in here, which, for example, alpha being

19    lowest refractive index exhibited by a fiber.

20              I want to ask you about 2.12.              08:44

21         A.   2.12.

22         Q.   Right here.

23              "Definition of birefringence:

24              Quantitative expression of the maximum

25              difference in refractive index due to      08:45
```

                                                    Page 311

```
 1              double refraction."
 2              What is your interpretation of the term
 3      "maximum difference" in that statement?
 4         A.  The gamma versus the alpha.  It says
 5      nothing about if you have a range.  That's how I    08:45
 6      interpret that.
 7         Q.  What does the word "maximum" there mean?
 8         A.  It means the -- looking at the Michel-Levy
 9      charts, the highest -- the maximum difference
10      means it's the gamma versus the alpha.              08:45
11         Q.  That's just the difference.  What does the
12      word "maximum" mean?
13         A.  That it's the highest one.
14         Q.  The biggest difference in alpha versus
15      gamma?  Is that what you're saying "maximum"        08:45
16      means?
17         A.  No, it's not saying that.  Does it say
18      anything like that, the biggest difference between
19      alpha and gamma; that if you have a range, that
20      you take the highest alpha and subtract it out of   08:46
21      the smallest gamma?
22              And then when you go to the actual
23      protocol on how to do birefringence, it has none
24      of that in there.
25              So you can interpret the way you want.  I   08:46
```

Page 312

```
 1    interpret it the way -- the way that -- when you
 2    look at these different -- you know, you look at
 3    EPA and you look at some -- you know, some double
 4    refraction in Deer, Howie and Zussman, that's the
 5    way they evaluate ranges.                          08:46
 6           Now, when you have -- when you have no
 7    range, you just have a gamma and alpha, how do you
 8    interpret that?
 9       Q.  I don't understand.  So, again, let's
10    assume you have a range; right?                    08:47
11       A.  Yes.
12       Q.  You're looking at this definition of
13    birefringence.  What does the word "maximum" mean?
14           MR. REID:  Asked and answered.
15    Cumulative.                                        08:47
16           Counsel, he's already given and discussed
17    this with you now for --
18           THE WITNESS:  That's a misleading type of
19    question because that has nothing to do -- or even
20    says that if you have a range, you take a          08:47
21    quantitative expression of the maximum difference
22    in the gamma from the maximum -- the lowest amount
23    from -- from alpha.  It doesn't say that.
24           This is how I interpreted it, and I'm not
25    going to interpret it any other way because the    08:47
```

Page 313

```
 1    underlying data, when you actually look at ranges

 2    in samples with no ranges, this is how it works

 3    out to be.

 4    BY MR. DUBIN:

 5        Q.  Okay.  We can talk about this more some    08:47

 6    other time.

 7            Do you know whether -- well, maybe I'll

 8    just save that.

 9            Let's see.  Just curious.  Talked about

10    this a little bit for EPA R-93.  I don't need to    08:48

11    mark it.

12            And we talked about whether these ranges

13    here are for individual particles or for -- or

14    just general ranges in which alpha and gamma could

15    fall.                                               08:48

16            If this was an individual particle --

17    let's just take the top one -- 1.493 to 1.546 in

18    alpha and 1.517 to 1.557 in gamma, what would that

19    particle look like?

20        A.  What it would look like?                    08:49

21        Q.  Yeah, what would it look like if it had

22    that entire range in alpha and that entire range

23    in gamma?

24        A.  I don't know.

25        Q.  Sure.  I mean, have you ever seen a         08:49
```

Page 314

```
 1    chrysotile particle that would exhibit that entire

 2    range in alpha and that entire range in gamma to

 3    be an individual particle?

 4        A.   I have certainly seen the 1.546 and lower,

 5    and I've certainly seen 1.557 and higher.  But if     08:49

 6    you want to take another one...

 7             So it's not the point, if I've ever seen

 8    it that low or that high.

 9             If you go through any of these where you

10    have ranges, every one of these -- anthophyllite,     08:49

11    tremolite, amosite, chrysotile -- and do the

12    calculation, you'll get the same sort of -- you'll

13    get the birefringence.  You won't get it taking

14    the highest gamma and the lowest alpha.

15             You sit down and start -- if you've ever     08:50

16    seen anything in this range, you know, they

17    referenced it from somewhere that, you know, maybe

18    it is the -- it could be across the board of this

19    particular scientist, what the ranges he found.

20        Q.   Right.  But for example --                   08:50

21        A.   -- calculates --

22             (Reporter clarification.)

23             MR. DUBIN:  Just go ahead.  I didn't

24    realize he wasn't done.

25             THE WITNESS:  All right.  I guess I'm         08:50
```

Page 315

1    done.

2            THE REPORTER:  I didn't get it.

3            THE WITNESS:  Oh.  Well, just strike that,

4    then.

5            It doesn't matter if you ever found        08:50

6    chrysotile with this ranges or not.  And this is

7    the total ranges.  But if you just do the math on

8    the total ranges that they found, if you have a

9    1.493, okay, that would probably be the lowest

10   alpha ever found, and at 1.517 might be the lowest  08:51

11   gamma ever found.

12           But if you take the lowest alpha, subtract

13   it from the lowest gamma, and take the highest

14   gamma they've ever found and the highest alpha

15   they've ever found, it works out to the           08:51

16   birefringence range.

17   BY MR. DUBIN:

18       Q.  Okay.  We're going to have -- we'll just

19   have to do this some other time.

20           Because, Dr. Longo, again, that is        08:51

21   positing that there's a single -- you're talking

22   about birefringence of a single particle with an

23   alpha of 1.493 and a gamma of 1.557, right, which

24   no one is saying that particle even exists.

25       A.  I don't know if I stated that or not, it  08:51

                                            Page 316

```
 1    was one particle or not.  But you also have a
 2    range of birefringence, so you're going to have a
 3    range.
 4           I think the one thing we can't dispute,
 5    when you try to do the Dr. Sanchez method of        08:51
 6    calculating the birefringence and try it on any of
 7    these, it is -- I think when I went through this
 8    exercise, there was only one that came -- that
 9    actually hit the 0.017 with an overall average of
10    0.035 birefringence using the Dr. Sanchez method.   08:52
11        Q.   Okay.
12        A.   Using the EPA method on every one of these
13    here, they're always in the .004 to .017 range.
14    There might be one that's 1.20 -- or if you go to
15    amosite, do the calculations there, or go to        08:52
16    crocidolite, it all works out.
17        Q.   We're obviously not going to be able to
18    accomplish this today, so we'll talk about that
19    some other time.
20           Let me just ask you, then, one more thing. 08:52
21           Have you seen this?
22           MR. DUBIN:  So I will mark this as next in
23    order.  Are we on 41?
24           THE REPORTER:  I think so, yeah.
25           (Whereupon, Defendants' Exhibit 41 was       08:53
```

Page 317

```
 1              marked for identification.)

 2     BY MR. DUBIN:

 3          Q.  Have you seen this yet during your

 4     practice of asbestos detection in pharmaceutical

 5     talc?                                          08:53

 6          A.  Notice From the Expert Committee that

 7     posted with this chapter, I don't think so.

 8              When did that come out.

 9          Q.  Well --

10          A.  November of 2023, official date?  Well,   08:54

11     we're not there yet.  Status of official -- so

12     this came out a day ago, two days ago?

13          Q.  Well, I'm not under oath here, and so -- I

14     think it's very recent.  I won't tell you exactly

15     what date because I'm not sure if it was a couple   08:54

16     of days ago or not, but I think it's recent.

17              So I just asked you if you had seen it

18     yet.

19          A.  I haven't.  But now I've got to -- can you

20     mark that as an exhibit?                        08:54

21          Q.  I did.

22          A.  Okay.  Great.  Because I'm not sure about

23     it.

24          Q.  I'm not going to ask you --

25          A.  This is the -- was it expert committee or   08:54
```

1    whatever?

2        Q.  Right.  And I'm not going to ask you

3    anything in depth about it, then.  I just want to

4    ask you about images -- some images here.  And I

5    think these images are actually in some of the          08:54

6    older modernization stuff, too.

7            The talc here -- and we're looking at just

8    Figure 6.  I'm not focusing on the chrysotile, but

9    the talc.  Does that look to you like what you

10    would see through a PLM microscope of talc in          08:55

11    1.550 RI liquid --

12        A.  1.550.  So I've got to go to 1.550 up

13    here.

14        Q.  -- what talc should look like in 1.550 RI

15    liquid?                                                 08:55

16        A.  Do we know what talc this is?

17        Q.  I'm just asking talc in general.

18        A.  Well, you can't say talc in general

19    because different talcs have different mine

20    sources.  Talcs look different.                         08:55

21            I've seen it look like that.  I've seen it

22    look different.

23        Q.  And under which circumstances have you

24    seen it look different, just in your own work

25    or -- or anything -- anyplace else?                     08:56

                                            Page 319

```
 1          A.  Well, I'll just look at -- I'll just reach

 2     over and look at Segrave's work or whoever did the

 3     PLM analysis, because that's not his deal.  His

 4     looked like mine, you know, the ones that you were

 5     pointing out earlier.                             08:56

 6             So, you know, where that came from or what

 7     that talc is, I've seen that in other samples,

 8     but -- so, you know, we've probably analyzed close

 9     to 500 cosmetic talc samples now from different

10     manufacturers.  I would like to know what the mine  08:57

11     is.

12          Q.  So I'm going to let other people ask about

13     the Segrave work.

14             But just do you know, off the top of your

15     head, when you're referring to the Segrave images  08:57

16     of talc, are those in 1.550 RI or 1.560 RI or

17     higher?

18          A.  At least what I see here, it's all in

19     1.550 --

20          Q.  Well, I --                               08:57

21          A.  -- because he was -- he was working on

22     behalf of Longs, that analysis initially.  This

23     is -- I think he -- mainly on the Longs stuff,

24     which when we did the analysis, we did 1.550.

25          Q.  Do you think the talc particles here look  08:57
```

Page 320

```
 1    like what you're identifying as chrysotile in the

 2    retailer's product?

 3         A.  No.  One thing is the particulates.  And

 4    two, if you have the fibrous talc, your refractive

 5    indices are going to be so different, you may,        08:58

 6    between the gamma and the -- the gamma and the

 7    alpha, and if you turn this, you show the

 8    perpendicular, they don't change much.

 9         Q.  This should be perpendicular.  Okay.

10         A.  It's the same thing, where if you have      08:58

11    fibrous talc, you're going to get typically a very

12    bright bluish -- darkish bluish color, and none of

13    those particles do any of that.

14         Q.  Well --

15         A.  When you go to chrysotile in the             08:59

16    perpendicular, you get a bluish, sometimes darker

17    bluish color, where the intensity of the

18    birefringence is very much lower.

19              MR. DUBIN:  I have reached my allotted

20    time for today, Dr. Longo, so we'll have to take      08:59

21    some of these things up later.  Thank you very

22    much.

23              I'll pass to the next person.

24              THE WITNESS:  Thank you, sir.

25              And let's see.  It's -- can we jump right   08:59
```

Page 321

```
 1    into the next, or...

 2              MR. HINES:  Do you need a break or...

 3              THE WITNESS:  Well, I wouldn't mind

 4    getting another cup of coffee.

 5              MR. HINES:  Fine by me.  Go ahead.        08:59

 6              THE VIDEOGRAPHER:  We are going off the

 7    record at 11:59 a.m.

 8                  (Recess taken.)

 9              THE VIDEOGRAPHER:  This is Media Number 2.

10    We are back on the record at 12:10 p.m.            09:10

11    EXAMINATION BY MR. HINES:

12         Q.  Dr. Longo, my name is Jeff Hines.  I

13    represent Perrigo of Tennessee.  We met briefly

14    before.  It's nice to see you again.  I'm glad

15    you're in good health.                            09:10

16         A.  Good to see you, sir.

17         Q.  Good to see you.

18              I wanted to ask you about your analysis of

19    Longs Baby Powder.

20         A.  Sure.                                     09:10

21         Q.  And it would be MAS Project M71303 and

22    M71309; is that accurate?

23         A.  It is.

24         Q.  I had those reports dated in April of

25    2021.  I believe that's when you prepared them.    09:10
```

Page 322

```
 1    Is that accurate?
 2         A.   Yeah.   The report date is April 13, 2021.
 3              And I have it in front of me, so anything
 4    you want to go to, I can probably find.
 5         Q.   Okay.  So have you done any additional      09:11
 6    analysis of the 15 Longs Baby Powder bottles since
 7    April of 2021?
 8         A.   I have not.
 9         Q.   Do you intend to do any additional
10    analysis prior to trial in this case?                 09:11
11         A.   No, sir, I have no -- nothing scheduled to
12    do any additional analysis unless I'm asked by my
13    client, and my client has not asked me.  And I'm
14    assuming, since trial seems to be starting next
15    week, I will not get any requests to do any           09:11
16    additional analysis.
17         Q.   Have you examined any other bottles of
18    Longs Baby Powder since April of 2021 other than
19    those set forth in your report?
20         A.   Not that I recall.  I certainly haven't     09:11
21    written any reports associated with Longs Baby
22    Powder.
23         Q.   When I spoke to you in 2021, you indicated
24    that you were considering doing a TEM analysis, a
25    TEM analysis on the chrysotile features that had      09:12
```

Page 323

```
 1    been discovered.  Have you done that?

 2         A.  No, sir, I haven't.

 3         Q.  Can you explain why you've chosen not do

 4    that since 2021?

 5         A.  We have been working diligently, not -- I   09:12

 6    mean, when we can -- on the research side of

 7    things to come up with the most efficient -- when

 8    I say "efficient," heavy liquid density separation

 9    for the chrysotile.

10            We're getting closer and closer.  You          09:12

11    know, what is the best heavy density liquid

12    material?  You know, is it the -- is it the

13    material that everybody is using, the lithium --

14    or is, you know, methylene iodide a better one

15    because it's less viscous, and what is the best     09:13

16    heavy density liquid to use?

17            You know, we are now using 2.65, but we're

18    still finding stuff in the pellet.  So we're

19    trying to get it so that --

20            And also, you know, trying to calculate      09:13

21    our detection limit so that we know what

22    concentration we have, such as -- you know, one of

23    our highest concentrations -- and I was looking

24    through here, you know -- is 0.012 or -13 -- yeah,

25    one zero -- or two zeros.                            09:13
```

Page 324

1          And I don't want to, you know, get caught

2     up in something like -- you know, we're -- you

3     know, Alan -- Mr. Segrave develops a standard; he

4     says it's, you know, 0.1 percent and "I can find

5     it all over the place by SEM."                    09:14

6          Well, that's not the concentration we're

7     seeing, and it's not appropriate to use the 1866b

8     standard to make a standard.  It's -- the only

9     thing that works is, really, the Calidria.

10         I guess that's the long answer for why we   09:14

11    haven't done TEM yet.

12    Q.    Okay.  Well, thank you very much.  It was

13    a complete answer, and I do appreciate that.

14         Have you viewed any of the Longs product

15    in the 1.560 refractive oil?                      09:14

16    A.    We have not.

17    Q.    And why is it that you have decided not to

18    do that?

19    A.    Well, on April 13, 2021, we weren't

20    considering using 1.560.  We have, you know,      09:14

21    easily, two months -- a month or two of work here,

22    to go back and do it in 1.560.

23         We have done other samples in 1.560, and

24    as predicted -- at least as I predicted -- you get

25    different -- you get a color change in 1.560, but  09:15

                                          Page 325

```
 1    you do not get a change in, really, the refractive

 2    indices.

 3              We used 1.560 because I think in

 4    Mr. Segrave's report back in April, he suggested

 5    that we needed to do that.                        09:15

 6              Gunter has suggested that we needed to use

 7    a higher refractive indice.

 8              And then Dr. Su published a paper in a

 9    journal called The Microscope on the second

10    quarter of 2022, and he said that you've got to    09:15

11    use -- he said a couple things.

12              He said, one, that the 1866b refractive

13    indices, you can't -- that's not going to be --

14    basically, he said you are going to have other

15    chrysotile minerals that have significantly higher 09:16

16    refractive indices than the 1866b, which I agree

17    with.

18              He also said you needed to use 1. -- you

19    need to use the -- the RI fluid needs to be in the

20    ranges that you're seeing.                         09:16

21              We're seeing, you know, 1.560 up to about

22    1.570, so 1.560 is a -- is a good standard for

23    that.  And we may go on to try 1.565, but I don't

24    know.  Then we have to calculate our own

25    wavelengths -- I mean wavelengths and refractive   09:16
```

Page 326

1    indices.

2        Q.   So -- and I don't want to get in a debate

3    with you with color.  I just want to ask you sort

4    of a general question.

5            It seems, especially with the Longs        09:17

6    report, that a lot of the color you're seeing with

7    regard to the chrysotile in -- in horizontal or

8    parallel has a yellow color to it.  Would you

9    agree with that?

10       A.   I would agree.  Yellowish-gold.        09:17

11       Q.   And I've heard you express that as being

12   Calidria-like.  And my question to you, are you

13   saying that the chrysotile fibers that you found

14   in the Longs Baby Powder are Calidria?

15       A.   No.  Calidria is a trade name.        09:17

16       Q.   But isn't Calidria from a particular mine

17   in California?

18       A.   Yes.  It's the Union -- it was -- used to

19   be the Union Carbide mine, and Calidria was their

20   trade name for it.  It's chrysotile.  I'm not        09:17

21   saying that it is Calidria.  I mean, that's a

22   Union --

23            But, you know, we have used a UCC product

24   called SG-210 and SG- -- excuse me -- SG-210 and

25   RG-144.  The SG-210 has an average size of about        09:18

Page 327

```
 1    10 microns in length.  What we're seeing in these

 2    cosmetic talcs, the average size is about

 3    10 microns in length.  The SG-210 in 1.550 will

 4    give you this yellowish-gold color, and that was

 5    verified by Dr. Mickey Gunter.                    09:18

 6            So when I -- so the SG-210 is a good --

 7    is -- is -- gives us, really, what we're seeing

 8    within a couple -- in the ranges of -- in 1.550,

 9    we're seeing the same ranges of color in parallel

10    that we see in --                                 09:19

11            (Audio interference and Reporter

12    clarification.)

13            THE WITNESS:  -- the J&J.

14            And, of course, it has been highly

15    criticized.  What, two and a half years now,      09:19

16    trying to dodge the tomatoes that have been coming

17    across about this -- that --

18    BY MR. HINES:

19        Q.  Well, I don't have any tomatoes.  I'm just

20    going to ask you a question.                      09:19

21        A.  I'm making light of the fact that there's

22    been a lot of criticism on this because it's not

23    magenta in parallel.

24            And we took a look at, what is the

25    difference?  What is the difference here?  Yeah,   09:19
```

Page 328

```
 1    there's some iron in the -- some iron in the --
 2    but very little.  And you can find iron -- you
 3    know, these little bumps of iron in the SG-210,
 4    and sometimes you don't.
 5            So I think it has to do with the size of    09:20
 6    the structure.  I think --
 7            We recently took 1866b, and we milled it,
 8    and we have a -- we now have a liquid nitrogen
 9    ball mill, so you can make the chrysotile
10    brittle -- it will grind up, which is very hard to  09:20
11    do -- and we get similar refractive indices;
12    1.560, 1.562, 1.559.  As we're seeing -- and
13    what's the difference?  The size.  I believe the
14    size has an effect on it.
15            Now, Dr. Sanchez does not agree with that. 09:20
16    He says that's completely wrong.
17        Q.  Let me see if I can -- let me see if I can
18    synthesize what you are telling me.
19            So a theory would be you could have a
20    chrysotile fiber, let's say of industrial size,    09:21
21    and if it was milled, in that scenario, it would
22    be -- all things being static, it would be magenta
23    color; right, Doctor?
24        A.  An added product, a bundle -- you know,
25    you don't see, really, individual fibers in PLM.   09:21
```

Page 329

1    They're too small.  So you're seeing bundles.

2    Asbestos-added chrysotile bundles will give you

3    that magenta in the parallel.

4        Q.  Okay.  So I want you --

5        A.  And Calidria would give you -- if you have 09:21

6    a bundle the size that you're seeing in these --

7    in these -- you know, these standards, like an

8    ISO, et cetera, I think it's going to be -- also

9    be magenta --

10       Q.  Okay.  And so during --                    09:22

11       A.  -- if you have them that size.

12           However, as it gets smaller and smaller in

13   size, it starts going more to different color

14   refractive indices.

15           It has to be a size or there's something  09:22

16   else different about the chrysotile we're finding

17   in cosmetic talc which matches the refractive

18   indices ranges that we see in the Calidria.

19       Q.  Okay.  Now, you were -- you had mentioned

20   Dr. Sanchez had some criticisms of your position   09:22

21   in this area.

22           Has anyone, to your knowledge, written a

23   scientific paper where this theory or observation

24   by you has been published and set forth in some

25   scientific journal?                                09:23

                                          Page 330

1          A.   Not that I know of, not that I can find,

2     that anybody has come up with this theory on the

3     size.

4               But I do see one thing that gives me

5     pause, is if you look at some of the -- if you          09:23

6     look at the Michel-Levy charts for determining the

7     birefringence, one of the parameters is the

8     thickness, the height of what are you looking at.

9               Now, there's -- you know, some people say

10    there's reasons for that and you're doing --            09:23

11    looking at something different, et cetera, et

12    cetera, but it does have a height.

13              If you look at, for example, the 22261- --

14    22262-1 and go to the, quote -- oh, where is it?

15    We see it all the time.                                 09:24

16              You know, this picture keeps coming up

17    over and over, on page 43, where it has SR- -- in

18    Figure D3, SRM 1866 chrysotile in 1.550.

19              And if you look at all the bundles going

20    through there, not every one of them is magenta.        09:24

21    You have a yellowish-whitish one going right

22    through the -- if you were to -- if you were to

23    take the main bundle and go down just a few

24    smaller bundles, that's a different color.

25          Q.   Okay.                                         09:24

                                            Page 331

```
 1          A.  And if you look over in the -- in the

 2     perpendicular, you can see that we have a -- kind

 3     of a purplish -- we're out of the blue range in a

 4     couple of those.  Well, why is that doing that?

 5     Sanchez says because it's out of focus.  Well, it     09:25

 6     doesn't look out of focus to me.  It looks like we

 7     have a thickness issue.

 8          Q.  So do you intend to publish any scientific

 9     theory -- I'm sorry -- scientific paper espousing

10     this theory?                                          09:25

11          A.  You bet.

12          Q.  And are you currently --

13          A.  I think I've got too much data that shows

14     this.  We have --

15          Q.  Are you -- have you -- I'm sorry.  I         09:25

16     didn't mean to cut you off.  Excuse me.  Go ahead.

17          A.  That's okay.  I'm talking too much.  I'm

18     wasting your-all's time, I think, at some point.

19          Q.  No, no, no.  You're not wasting my time.

20     I enjoy talking to you.  My first bad grade in       09:25

21     college was geology, so this is hard for me.

22              So it is true, is it not, that nobody in

23     your field has written a scientific paper where

24     this theory has been addressed, either positively

25     or negatively?                                        09:26
```

Page 332

1      A.   On the thickness?

2      Q.   No.   On your position that short

3 chrysotile fibers under certain circumstances will

4 have a yellowish color.

5      A.   You know, I have not published it, you        09:26

6 know, and neither had a manuscript accepted or

7 rejected on the finding of chrysotile in cosmetic

8 talcs.

9           Now, has somebody else out there published

10 it?  I'm not sure anybody has really looked at        09:26

11 this before, because most everything you see is

12 asbestos-added products and, you know, there's

13 really no dispute there about the chrysotile.

14      Q.   So there are other people in your field

15 that analyze minerals and try to do the same type    09:27

16 of job you do; correct?

17      A.   I don't know if there's other people, one

18 way or the other, doing the same type of job I do.

19 You know, there's a lot of contract labs out

20 there.  Our lab is more of a, "Well, let's figure     09:27

21 out why."

22      Q.   Right.  Well, you jumped to the -- you

23 jumped to the answer before -- the second answer

24 before I got my first answer, which was, there are

25 other people -- other mineralogists out there that   09:27

Page 333

1    perform the same or similar services to you;

2    correct?

3         A.   Yeah.   There's a whole bunch of contract

4    labs out there --

5         Q.   Okay.   And you don't know -- sitting here   09:28

6    today, you don't know whether any of those

7    contract labs or other people in your field

8    espouse this same -- what I am going to call

9    Calidria theory that you have, do you?

10           MR. REID:   Counsel, be sure that you allow   09:28

11   the witness to fully respond.   There's not going

12   to be any more interruptions.   All right?

13           Go ahead.

14           MR. HINES:   Well, I'm going to ask my

15   questions, and you put in your objection.            09:28

16   BY MR. HINES:

17        Q.   But go ahead.

18           MR. REID:   No.   It's going to be --

19           MR. HINES:   You've done your objection.

20   You've done your objection.                           09:28

21           MR. REID:   Counsel -- Counsel --

22           MR. HINES:   You've done your job.   Move

23   on.

24           MR. REID:   Counsel -- Counsel, if you

25   continue to interrupt the witness, I will suspend    09:28

Page 334

1     the deposition and get a discovery ref.

2              MR. HINES:  Good.  Good.

3              MR. REID:  Good.

4     BY MR. HINES:

5         Q.  So can you answer the question, Dr. Longo? 09:28

6         A.  I can.  I do know -- he's not a contract

7     lab -- Dr. Mickey Gunter -- by Court order, we

8     sent him Calidria -- we sent him SG-210 chrysotile

9     and RG-144 chrysotile from Union Carbide.  And in

10    1.550, he said that he was getting in the parallel  09:29

11    direction yellowish-gold colors.

12             Also, we sent him -- we have -- we took

13    some photographs of Calidria in -- I don't -- I

14    keep calling it Calidria -- of SG-210 chrysotile

15    in a bentonite that was spiked into a bentonite    09:29

16    matrix.

17             And those perpendicular -- excuse me --

18    parallel photographs were shown to Dr. Gunter, and

19    he said that that was talc plates on edge, even

20    though as far as we can tell, there is no talc in  09:30

21    the Calidria SG-210, at least not that we've been

22    able to find.

23             And Dr. Gunter, who I've been told wrote

24    five books and has been doing this for ages, said

25    that there is no talc in the -- in the Coalinga    09:30

Page 335

1    mine.

2        So this is something I don't think people

3    have -- other PLM analysts really have taken into

4    account.  They see yellow, and they automatically

5    say it is fibrous talc.  And it's not.  They don't    09:30

6    take into account the birefringence.

7        Q.  So, Dr. Longo, when I was listening to

8    some of your earlier deposition testimony in this

9    case, there was some testimony that came out about

10   how you had updated your PLM equipment and were       09:30

11   now utilizing the new equipment.  And you

12   explained it and did a nice job of explaining it.

13       My question to you:  Was that equipment

14   that you are using now the same equipment that you

15   used in April of 2021 to analyze the Longs           09:31

16   product?

17       A.  I would say yes, I believe so.

18       Q.  And what is the product that you are using

19   now when you analyze particles under PLM?

20       A.  Well, it's a Leica PLM microscope that has 09:31

21   LED, has high-resolution camera built into it,

22   goes to a monitor.

23       But it does -- it did have a -- yeah,

24   these are some of the first ones, because it had a

25   glitch that nobody caught, including me.  The        09:32

Page 336

```
 1    micron bars on it should say -- should be 1 --

 2    should not be 100 microns but should be

 3    10 microns.  Kind of interesting.

 4            But that must be one of the first samples

 5    we did here, and I can't believe that got by me      09:32

 6    when I did the QC on this thing.

 7        Q.  Am I correct that when you did your Longs

 8    powder analysis, you did not find any grunerite?

 9        A.  That's correct.

10        Q.  And you didn't find any richterite?         09:33

11        A.  I think the only thing -- the only

12    amphiboles we found were tremolite.

13        Q.  Okay.  So you wouldn't have found any

14    winchite either?

15        A.  No, sir.                                     09:33

16        Q.  So I'm going to put up on the screen

17    some -- just -- I'm not going to go through your

18    whole report.  I just want to put an exemplar up

19    so that we -- I can sort of understand your

20    testimony.                                           09:33

21            So let me --

22            MR. HINES:  Does everybody have that.

23            THE WITNESS:  Section 8.

24    BY MR. HINES:

25        Q.  Okay.  All right.                            09:34
```

Page 337

```
 1         A.  Let me see what Section 8 is.  And I'll
 2    get to it.
 3             Section 8, I don't have on here.  Okay.
 4    Section 8.  Let me get to Section 8.
 5             Section 11...                          09:34
 6             Section 8.
 7         Q.  Okay.  And if what's on the screen doesn't
 8    match what you are looking at, please let me know.
 9    It's been --
10         A.  Sure.                                  09:34
11         Q.  -- no attempt on my part to thwart your
12    analysis, but -- I think we copied the pages
13    correctly.
14             So what I'm looking at, I'm looking at --
15         A.  That's the right page.                 09:34
16         Q.  Okay.  And just for the record, we're
17    going to identify that as M71309-002ISO, and we
18    are talking about a powder that was received from
19    Dora Hayes; correct?
20         A.  Correct.                               09:34
21         Q.  And the temperature of the lab on that
22    particular day was 21 degrees?
23         A.  Correct.
24         Q.  And under optical data for asbestos
25    identification, I want to go down to the alpha and  09:35
```

Page 338

1    the gamma.

2         Do you see that, sir?

3         A.  I do.

4         Q.  And then you have 630 for alpha and 450

5    for the gamma; is that correct?                       09:35

6         A.  Well, for gamma, we have a range of 1.558

7    to --

8         Q.  No, I understand that, but I want to just

9    stay -- I'm trying to find out what the reason was

10   for putting 630 and 450 in that particular           09:35

11   location.

12        A.  Oh, that's the alpha and gamma nanometers

13   wavelengths range for all the -- you know, for all

14   the different ones that we've done for this

15   particular sample.  So --                            09:35

16        Q.  Okay.  So -- go ahead.

17        A.  So we put -- okay, our alpha was 630, and

18   our gamma was 450.  That would be the highest and

19   the lowest.

20        Q.  Okay.  All right.  So I want to go down a   09:36

21   little bit lower.  And you've got comments.  These

22   comments are made by Mr. Hess; is that correct?

23        A.  Correct.

24        Q.  And he's identified 28 chrysotile

25   structures?                                           09:36

Page 339

1       A.   Correct.

2       Q.   And he's identified those structures as to

3   having a gamma range between 1.558 to 1.568?

4       A.   That's -- that is the range.

5       Q.   Okay.  And the same thing with alpha, from   09:36

6   1.549 to 1.557?

7       A.   Yes.  And you can see that's the 630.  If

8   you go up there, that's the -- that would be

9   the -- the alpha, the lowest alpha, and -- and

10  then the range -- so he has a range there from 630   09:37

11  to -- on alpha to 540.

12      Q.   So I'm looking -- I'm trying to show you

13  now a picture of a chrysotile talc particle.  It's

14  M71309-002ISO-001.  So we're dealing with talc

15  chrysotile fiber 001; is that accurate?              09:37

16          Is that accurate?  I can't see you, so...

17          MR. REID:  Bill, you somehow got muted.

18          MR. HINES:  How did I get muted?  Hold on.

19          THE WITNESS:  Okay.  How did I get muted?

20  I didn't think I touched anything, but who knows.    09:38

21          Can you hear me now?

22          MR. COWAN:  Jeff, now you're muted.

23          MR. HINES:  I can hear you now.  I didn't

24  know -- when Michael chimed in we were muted, I

25  thought he was saying I was muted.  So that's        09:38

Page 340

```
 1    why I took down the exhibit.

 2            MR. REID:  No, no.  I was saying Bill was.

 3            THE WITNESS:  Sorry about that.  I don't

 4    know what I hit.

 5            Okay.  So --                              09:38

 6    BY MR. HINES:

 7        Q.  Okay.  So let me ask you a question, then,

 8    because I've shared the screen.

 9            Do you see what I have marked out there as

10    M71309-002ISO-001?                                09:38

11        A.  Correct.

12        Q.  So I just want to understand how Mr. Hess

13    does his analysis.  Does he look at the color of

14    the part that's marked chrysotile, which is the

15    green arrows, and go to some type of index to      09:39

16    determine what nanometer he's seeing that color

17    at?

18        A.  Yes.

19        Q.  And what did your office do in 2021 to

20    ascertain that color -- I mean -- I'm sorry -- to  09:39

21    ascertain that nanometer?

22        A.  Well, we have a, you know, visible

23    spectrum on light that ranges from about 300 --

24    200, 300 nanometers on the high side all the way

25    down to, like, 800 to 900 nanometers, and then it  09:39
```

Page 341

 1    has a color range.

 2          If you're up around the 400 to 425 or

 3    whatever, you have yellow, and if you get down to

 4    the 800 range, you will have the very -- you will

 5    have light blues, if I recall correctly.  And then    09:40

 6    you look at that, and you make a decision on

 7    whereabouts your color range is hitting.

 8          So the 1.5, you know, RIs are -- the

 9    chrysotile RIs are on the parallel from 64 to 68,

10    so you are going to have yellowish-reddish colors    09:40

11    there.  And then you look at the talc, that's

12    almost white.

13       Q.  Okay.

14       A.  That means you're off the spectra.  So

15    it's got to be greater than 1.590.                   09:40

16          And you are looking at exactly why this is

17    not misidentification of talc, because the

18    birefringence is way too high to be confused with

19    chrysotile.

20       Q.  I want to go down a little bit further.       09:41

21    That's --

22       A.  Yeah, now we're looking

23    at perpendicular --

24       Q.  No, I don't want to -- I understand that,

25    Doctor.  I'm trying to go through a little           09:41

                                              Page 342

1    quicker.  I understand about that particular

2    screen.

3         In this particular screen, which we're

4    still examining particle 1 but it's the elongation

5    view -- are you there, Doctor?                    09:41

6    A.    Yeah, I'm looking at it.

7    Q.    Okay.  So how does the elongation view

8    help you determine whether something is chrysotile

9    as opposed to talc?

10   A.    Well, the first thing we do is we look at  09:41

11   the difference between the two.  You can see the

12   talc section.  You've got blues under it.

13        So you've got thickness there.  So now

14   you're getting in the second and third order for

15   the talc side, and when the -- second and third    09:41

16   order, maybe a little in the first order from the

17   Michel-Levy charts.

18        And, also, looking at the structure here,

19   it's not typically what we see, and again -- but

20   we don't do this in a vacuum.  We also look at the  09:42

21   perpendicular.

22        So the elongation is telling us that at

23   least on the chrysotile side, we have a slow

24   length.  So we have positive elongation.  And that

25   thickness of that particular side on the talc,      09:42

Page 343

```
 1    which is -- when you have a blue around it, also

 2    it's in the positive elongation.

 3            So just looking at the elongation by

 4    itself, no.  I would want to see the refractive

 5    indices, too, to differentiate the two.          09:42

 6        Q.  Are you finished, sir?

 7        A.  Yes.

 8        Q.  Okay.  So I want to go down a little bit

 9    further.  And this is giving us a different view

10    of the same fiber on cross polars.  How does cross  09:43

11    polars --

12        A.  Cross polars, now we are looking -- I look

13    at a lot of structure.  If -- at least if -- on

14    the chrysotile end, you're seeing individual

15    bundles, it's fibrous, and then it starts morphing  09:43

16    into the talc end, where the chrysotile end on

17    this is, again, second order -- second order

18    colors, where the talc end is up in your -- my

19    opinion, in your third order color.

20            So you're seeing a difference in the --     09:43

21    the interference colors here.

22        Q.  Okay.  Anything else?

23        A.  That's it.

24        Q.  Okay.  And I want to go down here to see

25    the -- with the polarizer out.  How does this       09:43
```

Page 344

```
 1    assist you in making a determination as to what is

 2    chrysotile and what's talc?

 3         A.  If you look at the talc end, you're going

 4    to see individual bundles making up this big

 5    bundle, where you go over to -- I mean the          09:44

 6    chrysotile end.  Excuse me.  I think I said "talc

 7    end" -- you see the talc end, you've just got

 8    mostly straight, you know, platy structures, in my

 9    opinion.

10         So you get the morphology here.  And          09:44

11    because of the size of it, you are not going to

12    get splayed ends that people typically use for

13    asbestos-added products.

14         So that's -- that gives a good example of

15    a chrysotile talc intergrowth bundle.              09:44

16         Q.  And what do you mean by "intergrowth"?  Is

17    it the same -- is it the same particle, or two

18    particles have formed together?  Could you

19    elaborate on that, please.  I don't understand it.

20         A.  "Intergrowth" means you're getting a      09:44

21    metamorphic process, where the chrysotile is

22    metamorphing into a fibrous talc-type structure,

23    what I would call a fibrous talc structure, versus

24    talc plates on edge, or a complete fibrous talc

25    structure.                                         09:45
```

Page 345

1          Q.   This is the second particle.  I want to

2    jump ahead to another exhibit.

3               So this is Exhibit --

4               MR. HINES:  What's the next exhibit?  I

5    should have marked the first one and then marked        09:45

6    this one, so what were the next two numbers?

7               THE REPORTER:  I think the last one was

8    41, so we're on 42.

9               MR. HINES:  Well, did you -- the

10   first doc- -- well, I want to -- let me go back.        09:46

11              So we were looking at this document right

12   here, which is an excerpt from his report.  I

13   wanted to mark that.  Would that be 41?

14              THE REPORTER:  The last one was 41, so

15   this one would be 42.                                   09:46

16              MR. HINES:  Okay.  So this is 42.

17              (Whereupon, Defendant's Exhibit 42 was

18              marked for identification.)

19   BY MR. HINES:

20         Q.   So, Doctor, what I have done is, I've        09:46

21   broken out from 41 the TEM analysis for that

22   particular powder.  So we're still dealing with

23   Jane (sic) Callan's fiber -- actually, I mean, the

24   analysis is being done by Jane Callan, but we're

25   still dealing with the fiber that we just talked        09:47

                                                    Page 346

```
 1    about.
 2         A.  Can you make that a little bigger so I can
 3    make sure I'm on the right thing?
 4         Q.  Yeah.  Let me see.
 5         A.  I just don't want -- I just want --        09:47
 6         Q.  Yeah, this would have been -- this is
 7    still Dora Hayes' analysis.
 8         A.  Number 002; is that right?
 9         Q.  Yeah, 002.
10         A.  Okay.  I've got it.                         09:47
11         Q.  Okay.  And I tried to make it a little bit
12    better for you.  Okay?
13         A.  Okay.
14         Q.  So just running through, this is the fiber
15    that was identified?                                 09:47
16         A.  Well, it's a bundle --
17         Q.  Okay.
18         A.  -- fiber.
19         Q.  Well, that's sort of my question to you.
20    First, a couple questions.                           09:47
21              Do you agree that there's a distinction
22    between asbestos-form tremolite and
23    nonasbestos-form tremolite?
24         A.  Yeah, I agree.
25         Q.  And you would agree that nonasbestos-form  09:48
```

Page 347

1    tremolite is not considered harmful to human

2    beings?

3        A.  Well, that's out of my pay grade.  I don't

4    testify --

5        Q.  Okay.                         09:48

6        A.  -- about that.

7         But I think there's -- you know, there is

8    science on both -- there's other experts that

9    don't have that opinion.

10         But I don't try to define it as harmful or 09:48

11    not harmful.  We just identify it, if it's there

12    or not.

13        Q.  Right.  And so in this particular case,

14    you're looking at a fiber --

15        A.  No.  Bundle.              09:48

16        Q.  -- a tremolite -- a bundle -- a tremolite

17    bundle and making a determines as to whether it's

18    asbestos-form or not; is that accurate?

19        A.  Well, I have to make -- I make a

20    determination, does it meet the criteria for     09:49

21    regulated tremolite asbestos and all the TEM

22    protocols?

23         And this particular one does because it

24    has substantially parallel sides, it's greater

25    than .5 microns in size, and it's greater -- and   09:49

Page 348

```
 1    it has -- and it has --

 2            (Audio interference.)

 3            THE WITNESS:  It says I have an unstable

 4    Internet.  Can you hear me now?

 5            THE REPORTER:  Yeah.                      09:49

 6            THE WITNESS:  Let me turn up the volume.

 7            It has substantially parallel sides, and

 8    it's a bundle; that's regulated asbestos.  And

 9    being a bundle, by definition, is asbestiform.

10    BY MR. HINES:                                     09:49

11        Q.  And can you give me a layman's description

12    of a bundle?

13        A.  More than two fibrils touching each other.

14    This one has multiple ones.

15        Q.  And is there a way of looking at this      09:50

16    picture where someone with your expertise can

17    determine that you have fibrils touching each

18    other?

19        A.  Well, if you start at the bottom, you can

20    see -- this looks like a ledge.                   09:50

21        Q.  And I'm going to use my cursor just so I

22    understand.  Is this the ledge?

23        A.  Right there, when you get there -- so that

24    shows you that you -- that you have a space and

25    then a fibril.                                    09:50
```

Page 349

```
 1              If you look at the top, on the right-hand

 2     side, you can see that there is different

 3     structures there running down.

 4              Now, we are looking at a TEM, but this

 5     is a -- this is a very -- this is a thick bundle,    09:50

 6     so there's a lot of fibrils in there.  And that's

 7     why you have -- in TEM, is why you have a 5-to-1

 8     aspect ratio, because a lot of times, you can't

 9     see through the bundle to get the individual

10     fibrils like you do with PLM.                        09:51

11              I know there's experts out there that say,

12     "Okay, well, this isn't 20-to-1, so it can't be

13     asbestiform."  Well, that's not how you look at

14     it.  If I were to take some of those fibrils and

15     just measure them independently, I'd easily get      09:51

16     over 20-to-1, like you would do that.

17              But since you don't -- you can't see

18     through a lot of these bundles, that's why they

19     make it 5-to-1, versus the counting rules.  At

20     least in the appendix for the R-93, it has to be     09:51

21     greater than 10-to-1 -- or 10-to-1 and greater.

22        Q.  I'm going to go down -- are you finished?

23     Because I don't want to cut you off.

24        A.  Yes, I'm finally finished.  No, I'm

25     finished.                                            09:51
```

Page 350

```
 1        Q.  So I'm going to go down.  And what is

 2   this -- what is this test here?

 3        A.   This is called -- depending if you

 4   are old- school -- EDS, energy-dispersive

 5   spectroscopy, or EDXA, energy-dispersive x-ray      09:52

 6   analysis.

 7        So you are looking at the inorganic

 8   chemistry in this particular case, and what we

 9   look for is the magnesium/silicon/calcium ratio,

10   about what you see there, which tremolite asbestos  09:52

11   is the only amphibole out there that I know -- or

12   any mineral out there that has that ratio of

13   magnesium, silicon, and calcium.

14        Q.   Is it accurate that if you were doing this

15   EDS test -- it's easier for me to say, so I'm       09:52

16   going to use that -- if you were using this EDS

17   test on nonasbestos-form tremolite, you would get

18   the same result as you get -- what's appearing on

19   the screen?

20        A.   Yes, there is no difference between the    09:52

21   two.  What some people are calling

22   nonasbestos-form or cleavage fragments has the

23   exact same chemistry, the exact same crystalline

24   structure, and the exact same surface -- surface

25   energy.                                             09:53
```

Page 351

```
 1        Q.  What test is this?

 2        A.  This is just a -- it's called SAED, or

 3   selected area electron diffraction, and alls we're

 4   doing is looking to see if it has the range of a

 5   typical amphibole tremolite diffraction pattern        09:53

 6   for the spacing between the atomic layers.

 7             So you take one -- one row of dots that

 8   are kind of running at a, you know, 40-degree

 9   angle, and that space between them is measured in

10   nanometers, and then it's checked to -- if it's        09:53

11   got the tremolite amphibole range.

12        Q.  Would a nonasbestos-form particle

13   present -- of tremolite present in the same way if

14   the SAED test was used?

15        A.  Yes.                                           09:54

16        Q.  So I'm going to go down to -- what I've

17   attached to these are some additional fibers from

18   some -- they're not -- and you can see that

19   they're named here 003-001.  They're actually from

20   a different bottle of Longs product.                    09:54

21             But these are the pictures in which you've

22   identified as tremolite, so I just want to go

23   through these and have you identify why you

24   believe under these images that they show

25   asbestos-form tremolite.  Okay?                         09:54
```

                                                    Page 352

```
 1          A.  Well, this is -- let me see what this one

 2     is.  003?

 3          Q.  Yeah, this is --

 4          A.  Let me just find it.

 5          Q.  This is Gary Godfrey's.                09:55

 6          A.  Well, it's easier for me just to find 003.

 7              Is that S71303-003?  Because I can't see

 8     it.

 9          Q.  It's M71309-003-001.

10          A.  Ah, I see.  Let's see.  Okay.  003...   09:55

11              Okay.

12          Q.  All right.  Can you do the same thing you

13     did with me before?  Can you explain to me why you

14     believe this fiber, 003-001, is asbestos-form

15     tremolite?                                       09:56

16          A.  One, we have parallel sides.  We have --

17          Q.  And that's this right here, up and down;

18     right?

19          A.  That's a single fiber.

20          Q.  Okay.                                   09:56

21          A.  It's got parallel sides.  Doesn't show

22     any -- when we see cleavage fragments, they don't

23     have parallel sides.  They're like pie -- you

24     know, a piece -- a slice out of a pie, et cetera.

25              And it's got an overall aspect ratio of 7  09:57
```

Page 353

```
 1    to 1, I think it is, or, you know, 7.2 or .3 to 1.

 2    And, of course, it has the same chemistry and the

 3    same --

 4        Q.  Right.

 5        A.  -- as --                                   09:57

 6            And, also, the tremolite we have found --

 7    I think it's seven structures total -- or eight

 8    structures total; seven of them are bundles, and

 9    we have one fiber -- that's regulated asbestos.

10            And if this is all coming -- you know, so  09:57

11    this shows it's coming out -- the mine source is

12    here -- same mine sources show that the majority

13    of what we're seeing is bundles.  And bundles, by

14    definition, are asbestiform.

15        Q.  What you're telling me is even though this 09:57

16    is a single fiber, it meets the definition for

17    regulated asbestos in any event?

18        A.  Well, it's regulated asbestos.  And if

19    it's asbestiform or not, I guess it depends on who

20    you ask.                                           09:58

21        Q.  Well, I'm asking you.  You say

22    asbestiform; right?

23        A.  It's -- I said, in my opinion, this

24    fibrous structure here of tremolite is asbestiform

25    because if you go to the classic definition of     09:58
```

Page 354

1    asbestiform, it's fibrous-like asbestos.

2        Q.  All right.  Are you finished?  I'm going

3    to go down a little further.

4        A.  Yes, I'm finished.  What's the next one?

5        Q.  Next one is -- this is 005, fiber 1.    09:58

6        A.  005.

7        Q.  And on all of these, Doctor, I -- I agree

8    that the SAED and the other analysis indicated

9    that it was tremolite.

10       A.  Yeah, okay.                              09:59

11           So this is a fairly large bundle.  Are

12   we --

13       Q.  This is -- okay.

14       A.  20-to-1.  This is a fairly long bundle.

15   It's got a length of 42.1 and a width of 2.2,     09:59

16   ratio of 19.1.

17           And I would have to be sitting at the

18   microscope, but a 2.2, 42.1 -- it's got

19   substantially parallel sides, but I would need to

20   be sitting at the microscope to look at this,     10:00

21   because you've got to get it in and out of focus

22   to see the -- to see the edges more than I can see

23   here.  I can see that this picture is taken a

24   little bit out of focus.

25       Q.  So it's my understanding, when you look at 10:00

Page 355

```
 1    the report, that a woman that -- employed with you

 2    did the TEM analysis.  Is that accurate?

 3         A.  No.  This was done by Jayme Callan.  He's

 4    still here.

 5         Q.  Oh, I'm sorry.  I thought Jayme was a       10:00

 6    woman.  I'm sorry.  I apologize.

 7         A.  He's sensitive --

 8         Q.  Did you reconfirm his opinion that this

 9    was asbestos-form tremolite by looking under a

10    microscope at the time the report was generated?     10:01

11         A.  No.  I can see the parallel sides on this

12    and the length of this.  This is asbestiform.  And

13    I can see little areas that, you know, show me

14    that there's bundles in there.

15         But sitting here with this photograph and      10:01

16    trying to show you where or not, I guess I can

17    give it a try.

18         On the right -- on the left-hand side,

19    starting from the bottom and going up, on the top

20    you can see how it's almost like a little shelf     10:01

21    that goes in.  That would be the first structure.

22         But to go, "Okay, here's where this is,

23    and here's where that is," I would need to sit at

24    the scope and go more -- but, you know, this is a

25    very -- very experienced SEM -- excuse me -- TEM    10:01
```

Page 356

1    analyst.  He's been with me for a number of years.

2    I have no doubt about his ability, but...

3            So no buts.  No, these are all

4    asbestiform, in my opinion.

5        Q.  Okay.  So my question to you, Dr. Longo,    10:02

6    is:  After your technicians provided their TEM

7    analysis, did you go back and actually look at the

8    particles under the microscope to confirm their

9    finding?

10       A.  I do that from time to time.  Did I do it    10:02

11   here?  It's -- if I had gotten deposed when these

12   were first done, I could have told you that,

13   either "yes" or "no," but I can't recall now.

14   It's been too long.  Because I'm always constantly

15   being asked, "Is this asbestiform or not?"  The    10:02

16   fact that it is sitting here in this report, I

17   would say yes.

18       Q.  So you routinely go back and re- -- look

19   at the TEM particles that have been identified as

20   asbestos?  That's what you routinely do?    10:02

21       A.  Well, this -- you know, we're -- this is

22   two different things.  This meets all the

23   definitions of regulated asbestos for all the

24   different TEM protocols that there is out there.

25   It's got the right chemistry, got the right    10:03

Page 357

```
 1    diffraction pattern.  It's got the right size.
 2           What we're debating now is this definition
 3    of asbestiform.  This is fibrous-like asbestos.
 4    It was classified as a bundle.  So to me, you
 5    don't have to debate this whole asbestiform thing.  10:03
 6           And -- you know, and my opinion about this
 7    "It has to be 20 to 1, it has to be this, it has
 8    to be that" is, to me, it's just made up to make
 9    it nonasbestos.
10        Q.  Okay.  But to determine whether something  10:03
11    is an asbestos-form fiber, you are following the
12    definitions that have been set out in the
13    literature; are you not?
14        A.  Well, we have to go on what definitions
15    are we talking about?  What I am following is what  10:04
16    the various government agencies, like the
17    Environmental Protection Agency or the ASTM or the
18    International Standards Organization -- what their
19    definition is of asbestos, which is more
20    restrictive than NIOSH's or OSHA's definition of   10:04
21    asbestos.
22           So you have to tell me what definitions
23    are we talking about in the literature, because
24    there's a myriad of them.
25        Q.  Well, I think you just answered the        10:04
```

Page 358

```
 1    question as to what standard you use.
 2              But let's move on, because I have to pass
 3    you to other people.
 4         A.   Okay.  That's fine.
 5         Q.   This is another fiber, which is -- this is  10:04
 6    006.  This is Rodney Fong's tremolite fiber.  Once
 7    again, on the SAED test, you know, it met the
 8    definition of tremolite, so we are not debating
 9    that.  Can you explain to me why you believe this
10    is an asbestos-form tremolitic fiber?                 10:05
11         A.   Well, if you start on the -- start on the
12    right-hand side, you can see that there is a
13    single -- that is about .4, maybe.  And then right
14    next to it, on the top, you've got a single --
15    what I call a single structure going down.  That's  10:05
16    about .2.  And that -- if you just took that
17    one --
18              And if you get to the other end, some
19    people would think that's down to a point, but
20    that's actually individual structures that make up  10:05
21    that.  You know, it's, like -- it's not a needle.
22    At higher mag, you can actually see that it steps
23    up.
24              And if we were to take that single one
25    going down the side, which is going to be           10:06
```

Page 359

```
 1    approximately 6 microns, 7 microns divided by

 2    about .2 -- .10 would be 60; .2 would be 30 -- you

 3    get a 30-to-1 aspect ratio in the fiber.

 4           But this fiber -- you know, this bundle by

 5    itself gives us a 19.4 aspect ratio.                10:06

 6        Q.  Have you articulated your opinion?

 7        A.  Yes.

 8        Q.  This is another fiber from 002 -- I

 9    mean -- I'm sorry -- from 006, which was the

10    Rodney Fong bottle, but this is fiber 2.            10:06

11        A.  Well, this is -- this is a bundle, I

12    think.  Let me see what -- I would have called it

13    a bundle.  See if I am wrong.

14           Nope.  Bundle.  Same thing.  You've got --

15    you've got parallel sides, and you -- at least on   10:07

16    mine, I can see at the bottom of this, this is .8.

17    Tremolite usually runs about .2 to .3 for single

18    fibrils.  And you can see some density difference

19    going -- going across.  And then you have a

20    step-down on the other end and a 19.4 aspect        10:07

21    ratio.

22           I would call that -- it meets all the

23    definitions for regulated asbestos for tremolite.

24    And depending on whose definition you use for

25    asbestiform -- I would say that's asbestiform       10:07
```

Page 360

1    because it's fibrous-like asbestos.

2         Q.   And this is the final group of fibers.

3    This is from Joann Scherich, her bottle, and it's

4    marked 1309-008 and this is fiber 1.

5         A.   Oh, got three in here.                    10:08

6         Q.   Yeah, there are three fibers.

7         A.   So we have three bundles.  Again, you

8    have -- you have -- at the very end, at the right,

9    you can see some individual fibrils.  This is .86,

10   so I would say that is consistent.  Again, a        10:08

11   bundle.  Regulated asbestos, tremolite.  And

12   even -- because it's a bundle, I don't think

13   people argue that it's -- well, they probably

14   do -- that this is, quote, asbestiform, unquote.

15        Q.   Okay.  Are you finished, sir?             10:09

16        A.   Yes, sir.

17        Q.   I'm showing you a second fiber.  Can you

18   tell me in your book whether the picture of this

19   fiber has the arrow that you see on the screen?

20        A.   Yes, it does.                             10:09

21        Q.   Do you know why the individual that did

22   this would have put an arrow on the screen?

23        A.   That's Jayme Callan.  Yes, I know why.

24        Q.   Can you tell me --

25        A.   Sure.                                     10:09

                                           Page 361

```
 1          Q.  -- please?

 2          A.  Because if I didn't have that arrow on

 3     there, I would just want to make sure which of

 4     these two fibrous structures he was analyzing,

 5     that one --                                    10:10

 6          Q.  Okay.

 7          A.  The one on top.  So I will typically --

 8     this is a little bit extreme.  I could have

 9     figured it out by the size.  But he's, I think,

10     just got a little paranoid that I was going to    10:10

11     come back and say, "Which one is these?"

12          Q.  Okay.  Can you explain to me why -- this

13     is a bundle, in your opinion; is that correct?

14          A.  Yeah.  It's a thick one.  It's .9.  But,

15     again, it's -- I can see -- on the bottom         10:10

16     left-hand corner, I can see little structure

17     there.  That signifies to me that there's some

18     fibrils in this.  But, again, we're dealing with

19     the thickness of the -- of the structure.

20          Q.  Can you help me out -- I'm sorry.  Go     10:10

21     ahead.  I didn't mean to cut you off.

22          A.  No, I'm done.

23          Q.  Go ahead.

24          So you said in the bottom left-hand

25     corner, and I'm a little confused.               10:11
```

Page 362

```
 1          A.  I'm sorry.  Bottom right-hand corner.

 2          Q.  Bottom right-hand corner?

 3          A.  Bottom right-hand corner.  Right where

 4     you've got the little hand, but just move it over

 5     to the --                                        10:11

 6          Q.  Yeah, okay.  All right.

 7          A.  I misspoke.  I apologize.

 8          Q.  No, no problem.

 9              And this is fiber 3, same thing, from

10     -008.                                            10:11

11          A.  Yes.

12          Q.  Can you explain to why you find that

13     this -- what this is?  Is this a bundle?  Is this

14     a fiber?  What is it?

15          A.  This is a bundle.  And you can actually  10:11

16     see -- on the top right-hand side, you can see

17     individual fibrils protruding from that.

18              And then on the bottom left-hand side, all

19     the way to the bottom on the left-hand side, you

20     can see bundle -- you can see individual          10:11

21     fibrils -- or bundle -- little bundles, depending

22     on the thickness, protruding from the --

23          Q.  Right here where my cursor is?

24          A.  Yeah, right there.

25          Q.  All right.  So, like, right above the 1.9  10:11
```

Page 363

1    in the middle of the bundle, you see some fibers?

2        A.   Yeah.   I think they may be a little bigger

3    than the typical fibrils.   They may be -- you

4    know, I can't quite see.

5            But if you go to the very top, that's        10:12

6    pretty close to .2, .3, and you know -- 1, 2, 3,

7    4, 5, 6, 7 -- that gets pretty close to what the

8    typical size or width of a tremolite fiber is.

9            MR. HINES:   All right.   I'm going to pass

10   you now.   I appreciate the time, once again, to      10:12

11   speak with you, Dr. Longo.   It's always enjoyable,

12   and --

13           THE WITNESS:   Good to see you.

14           MR. HINES:   -- maybe I'll see you next

15   week.                                                 10:12

16           MR. DUBIN:   Should we take our next break

17   now, five minutes, since we are switching

18   examiners?

19           THE WITNESS:   Yes, that would be great.

20           MR. DUBIN:   I may call in on a different     10:13

21   device.

22           THE VIDEOGRAPHER:   We are going off the

23   record at 1:13 p.m.

24               (Recess taken.)

25           THE VIDEOGRAPHER:   This is Media Number 3, 10:24

                                            Page 364

```
 1    and we're back on the record at 1:24 p.m.

 2    EXAMINATION BY MR. RISING:

 3         Q.  Hi, Dr. Longo.  How are you?

 4         A.  I'm fine, sir.  How are you doing today?

 5         Q.  Good.  We haven't met before.  I'm Kevin    10:25

 6    Rising.  I will be representing Longs at trial.  I

 7    will probably see you in the Eagles trial.  I'm

 8    here today to ask questions on behalf of all the

 9    retailers, so Longs, Lucky, and Safeway.  Okay?

10         A.  That's fine.                                10:25

11         Q.  And are you available for trial next week?

12    Are you going to -- are you planning to appear,

13    and we are going to meet you in person?

14         A.  Yes, sir, I plan on appearing.  Typically,

15    if I can't appear, it would have to be something    10:25

16    serious has happened to me, which would be bad for

17    everybody, I think.

18         Q.  And so what -- you planning to appear on

19    Wednesday?  When are you traveling out to

20    California?                                          10:25

21         A.  Well, it's always hard to predict because

22    every day seems to be a new issue about when,

23    actually, the -- when they need me; you know, how

24    long does it take to put the jury in the box, so

25    to speak.                                            10:26
```

Page 365

```
 1              My understanding is it could be sometime

 2     from Wednesday to Friday --

 3          Q.  Okay.

 4          A.  -- or the following Monday.  I don't know.

 5          Q.  You're available any of those times?      10:26

 6          A.  Not usually.  I have to start -- you know,

 7     a lot of begging has to be done --

 8          Q.  All right.  Well, I look forward to seeing

 9     you --

10              Sorry, go ahead.  Go ahead, Dr. Longo.     10:26

11          A.  Yes.  Typically not, because you set these

12     dates aside, and then other dates fill up, as you

13     know, and then you have to start moving chess

14     pieces around.

15              But right now, I was able to move things    10:26

16     around to have Wednesday through Friday.  So I

17     don't know about next week.

18          Q.  Okay.  So maybe we'll see each other next

19     week in suits.

20          A.  May be.                                     10:27

21          Q.  Okay.  I'm going to focus on the store

22     brand exposures, but I want to just kind of, just

23     to set the table here, make sure what you are not

24     offering opinions regarding.  Okay?

25          A.  Sure.                                       10:27
```

Page 366

1          Q.  You haven't done any calculations for the

2     number of containers of Johnson's Baby Powder

3     purchased at any individual retailer; correct?

4          A.  Correct.

5          Q.  And you're not going to be offering any    10:27

6     opinions regarding the conduct of any retailers in

7     the case, including Longs, Lucky, or Safeway;

8     right?

9          A.  I don't have any opinions about the

10    conduct, meaning, like, state of the art, when any    10:27

11    of these retailers knew -- knew about the hazards

12    of asbestos, who knew what when about the hazard

13    of asbestos.  That's not my area.

14          I don't talk about warnings, so I am not

15    going to be testifying about any warnings that the    10:27

16    retailers -- that should have put on the bottles

17    or not or should they have warned anybody about

18    the potential of asbestos -- of the hazards of

19    asbestos.

20          That's not something I testify about, so I    10:28

21    have no intention of saying anything like that for

22    any of the retailers.

23          Q.  Okay.  And you're not a geologist; is that

24    correct?

25          A.  I don't have a degree in geology, that's    10:28

Page 367

1    correct.

2         Q.  Okay.  You're not an expert in the supply

3    chain for cosmetic talc, are you?

4         A.  No.  I don't know what an expert is in

5    that area, other than if you just look at the        10:28

6    shipping documents from start to finish.  But I

7    haven't done that.

8         Q.  You've never worked for a talc

9    manufacturer or supplier; right?

10        A.  A talc -- I have never been -- I have --   10:28

11   strike that.

12             I have not been retained by any talcum

13   powder manufacturer, distributor, or defense firm

14   defending a talcum powder manufacturer or product.

15        Q.  My question was a little vague there.        10:29

16             You've never been employed as an employee

17   of a talc manufacturer or supplier; right?

18        A.  That would have been an easier one to

19   answer.  No.

20        Q.  Yeah.                                        10:29

21             And you're not an expert on talc mining;

22   correct?

23        A.  You will have to define that a little bit.

24             Mining, like digging it out of the ground,

25   putting it through the mills, getting the            10:29

                                          Page 368

```
 1    different sizes, the flotation, you know, when the

 2    different -- you know, the fragrance gets added,

 3    et cetera, you know, it's pretty straightforward.

 4           Or are you meaning the different sources,

 5    about what's the potential for being -- having        10:29

 6    asbestos in it from the different locations of the

 7    cosmetic talc mines in this country as well as

 8    China as well as France as well as Italy?

 9       Q.  Well, let me start from -- let me start

10    from this:  You've tested cosmetic talc from a        10:30

11    number of sources; correct?

12       A.  From all of them.

13       Q.  Have you visited any of them?

14       A.  The only one I visited was the Death

15    Valley mines out in California and only took          10:30

16    samples from one of the mines that was out of the

17    national park area, the Eclipse mine.

18       Q.  Have you ever seen -- I know some -- your

19    opinions are -- I believe you now hold the opinion

20    that there's chrysotile asbestos in all mines --      10:30

21    all talc mines in northern -- North America; is

22    that correct?

23       A.  There is some form of asbestos in all the

24    mines in North America.

25           If you're dealing with Montana, it has a       10:31
```

Page 369

1   significant amount -- it has chrysotile in it.

2        If you're dealing with Vanderbilt, I've

3   never analyzed that for chrysotile, but certainly

4   I don't think there's a dispute anymore that it

5   has anthophyllite and tremolite.  And I don't        10:31

6   think any manufacturers use Vanderbilt mine, thank

7   goodness.

8        You're dealing with Vermont, yes, that has

9   chrysotile in it, as well as the amphiboles.

10        And North Carolina, same.                       10:31

11        Alabama, I'm not sure that's one that's

12   been used a lot, but we've analyzed samples in

13   Alabama that does have amphibole in it.

14        Vermont, Alabama, North Carolina, Montana,

15   Death Valley, Vanderbilt.                            10:32

16        Trying to think of others.  If I'm

17   missing any --

18        Q.  Sorry.  Let me just focus you on --

19   because I'm not here to discuss all mines.  I'm

20   just trying to get a general sense.                  10:32

21        A.  Sure.

22        Q.  Do you have any opinions on specific mines

23   related to Safeway or Longs in this case?

24        A.  Safeway -- Safeway and Longs, if they used

25   any of these mines that I've been naming off,        10:32

Page 370

```
 1    Chinese, Italian, or French, plus everything in
 2    North America, they're going to have asbestos in
 3    it.
 4         Q.   Let's get into that in a little while.
 5              Have you produced all the materials you've    10:32
 6    relying opinions you're relying on for Safeway and
 7    Longs?
 8              MR. REID:  Vague and ambiguous as to
 9    "produced" and assumes facts.
10              THE WITNESS:  I mean, I've produced          10:32
11    everything that -- you know, analysis that I've
12    done, and I have opinions.  That's hard to produce
13    on them.  We've analyzed over 500 -- I think it's
14    close to 500 cosmetic talc samples that have come,
15    as well as we've now analyzed a few what I would     10:33
16    call pharmaceutical grade used in talc
17    pleurodesis.  And those came from China and the
18    French mine.
19    BY MR. RISING:
20         Q.   I'll come back to that.                     10:33
21              Let me just start with Safeway because I
22    don't know what your opinions are with respect to
23    Safeway.
24              What are your opinions with respect to
25    Safeway in this case?                                 10:33
```

Page 371

```
 1          A.  My opinions are that any of the talcum

 2   powder products that Safeway sold, if it came from

 3   any of the mines that I've just discussed which is

 4   essentially all of them, it's going to have some

 5   level of asbestos in it.  That's my opinion.      10:33

 6          Q.  At any time?

 7          A.  I'm sorry?

 8          Q.  At any time?

 9          A.  Any time they used any of these mines,

10   yes.                                               10:34

11          Q.  What's the basis of that opinion?

12          A.  That we have analyzed powder -- we've

13   analyzed samples from all these mines, starting

14   with China, Chinese, and working our way across,

15   going to Death Valley, going to Montana, going to  10:34

16   Vermont, going to North Carolina, Alabama.  I'm

17   not going to go into the -- into the industrial

18   talc ones.

19          And then heading over to Europe, you've

20   got the French mine as well as the Italian mine.   10:34

21   And I don't think I'm missing any.  All of those

22   we have found asbestos in it.

23          Now, you can't rule out finding one here

24   or there that is below the detection limit.  But

25   it's been my opinion for a while that all these    10:35
```

Page 372

```
 1    talc mines have some level of asbestos as an

 2    accessory mineral.

 3         Q.  So let me try to understand this.

 4              Is your opinion that if any retailer sold

 5    talc at any point in time, then that talc was        10:35

 6    contaminated with asbestos?

 7         A.  I don't like to use the word

 8    "contaminated."  It's an accessory mineral that's

 9    found in these talc mines.  You know, every talc

10    mine you look at, you can find aluminum silicates,   10:35

11    you can find micas, you can find calcium

12    carbonate.

13              It's where you -- where you have to have a

14    specific chemistry, I'm not sure you can find the

15    amphibole asbestos in every mine.                    10:36

16              You know, there may be detection -- there

17    may be issues on there on some of the mines, maybe

18    Montana, but certainly others have found amphibole

19    asbestos in Montana.  So you can have very low

20    amphibole content, and we have a lot of nondetects   10:36

21    in mines like -- for amphibole asbestos, like the

22    Montana mines.

23              But the answer to your question is yes,

24    it's my opinion, if you have ever used a product

25    that had some sort of talc in it, it's going to      10:36
```

Page 373

1    have asbestos in it.

2        Q.   Do you have an opinion on what the amount

3    of asbestos would be?

4        A.   On the amphibole side, you know, our

5    detection limit is 0.0001.  If we find amphiboles,    10:37

6    it's got to be at least that much.

7            On the chrysotile side, our detection

8    limit is, I think, 4 zeros and a 9.  0.00009 might

9    be the lowest we have found so far.  I have to

10   check.                                                10:37

11           So I can't tell you what the range is

12   going to be in any particular mine unless we do

13   the -- you know, we have to go back and look at

14   all the analyses.  It's just it's going to be

15   there, and if it's chrysotile, we'll be able to      10:37

16   find it so far.

17       Q.   Is it your opinion that chrysotile -- and

18   I want to just focus on chrysotile and not the

19   amphibole -- but that chrysotile is present in

20   every talc mine basically in the world?              10:38

21       A.   I don't know about the world.  But seems

22   like it.  At least every talc mine that I know of

23   that has been used for cosmetic talcs in this

24   country, all those do.

25       Q.   And the basis for that opinion is because   10:38

Page 374

1    you've tested bottles of cosmetic talc or cosmetic

2    talc products that you understand come from those

3    mines?

4         A.   Well, yes, as well as retains that come

5    from the mines.  I think the Chinese mine, I think    10:38

6    we have, you know, close to a hundred different

7    samples that are positive for chrysotile.

8              In the Vermont mines, Johnson & Johnson

9    was finding chrysotile in it back in 1973 with

10   their double density CSM method.  We've only done    10:39

11   a few more -- few more samples on that one.

12             Montana, a number of different people

13   have -- you know, I think Pfizer has found

14   chrysotile.  Johns-Manville's Research Center has

15   found chrysotile in it.  Others have found it.  So    10:39

16   it's just not me.

17        Q.   Do you have an opinion in this case to the

18   specific mine that any Safeway products came from?

19        A.   I don't know if Safeway has given that

20   information up.  But again, looking at it, I would    10:39

21   say Montana could be one that might be, but -- or

22   it could be Chinese, it could be Montana.  But I'm

23   not saying that with any reasonable degree of

24   scientific certainty, since Safeway -- somebody

25   knows where they came from within that              10:40

Page 375

```
 1    organization or where it had been bottled for them

 2    or manufactured.

 3           But whatever it is in North America, as

 4    well as Chinese, as well as Italian, as well as

 5    French, it's going to have chrysotile in it.      10:40

 6    Q.   And let me -- I want to see if I can

 7    short-circuit this because I have limited time.

 8           But I understand your opinion in

 9    general -- and this wouldn't be limited to

10    Safeway, it would be any store selling any        10:40

11    cosmetic talc product at any time, that cosmetic

12    talc product has chrysotile asbestos in it at at

13    least -- you could find it at least down to

14    0.00009?

15    A.   I think so.  I think we've gotten it down   10:40

16    to that low.  But I'm not saying we're going to

17    find it every time.  It depends what else is in

18    the sample.

19           You know, I think we analyzed a sample

20    recently that the majority of it was baking soda  10:41

21    and starch and talc.  But it was a small amount of

22    talc.  I'm not sure we found chrysotile in that

23    one or not.

24           I'm just saying all these mines have some

25    concentration of chrysotile in it, and every time 10:41
```

Page 376

```
 1    we have now -- we've refined this method, and

 2    every time we've looked for it, we have found it.

 3         Q.  And you're finding it in very small

 4    amounts; right?

 5         A.  Yes, sir.  It's a trace level.  It's      10:41

 6    not -- certainly nothing near what you would see

 7    in a chrysotile-added product.

 8         Q.  Do you have an understanding of how -- how

 9    the chrysotile presents in the mines?

10         A.  Presents.  I guess I don't understand.    10:41

11         Q.  Yeah, so these mines -- let's take the

12    Montana mine, right.  Is it your understanding

13    these are open-pit mines in Montana?

14         A.  Yes, sir.

15         Q.  And it's my understanding -- let's see if  10:42

16    we share the same understanding -- that chrysotile

17    can form -- when it forms, it forms in veins?

18         A.  It can.  But at these concentrations, I

19    don't know how big the veins are, you know, where

20    they're located in when they're digging it out or   10:42

21    blasting.

22             And because of the size of what we're

23    seeing after the milling and pretty much seeing

24    similar sizes that I can't, you know -- or the

25    beneficiation process.  So how it presents itself,  10:42
```

Page 377

```
 1    I don't know.
 2         Q.  Well, do you have an opinion -- do you
 3    have an opinion as to why you're not seeing
 4    variation -- for example, I assume you would agree
 5    that as you're mining, you would hit potential --    10:43
 6    sometimes there would be less chrysotile;
 7    sometimes there would be more.
 8         Would you agree with that?
 9         A.  It would be hard for me, at what the
10    concentrations we're seeing, how they would even    10:43
11    identify it.
12         You know, we're not talking about a
13    tremolitic area that may have, you know, different
14    color to it where the supposed -- you know, we can
15    go through and pick out all the tremolite.  I've    10:43
16    never read where they've been able to say, okay,
17    here is where chrysotile is, and we better -- we
18    better not dig here, or this is where aluminum
19    silicates are, we better not dig here.
20         So it's not -- you know, I'm not here to    10:43
21    explain it.  I'm just here to say what we found
22    and others have found, say, like, for Montana.
23         Q.  My question to you, Dr. Longo, and maybe
24    you don't have an opinion on it, is just, do you
25    have an explanation for why, on occasion when    10:44
```

Page 378

```
 1    you're testing this, you're not finding chrysotile

 2    at .1 percent or even -- or higher, variation

 3    where it was actually in a higher concentration?

 4    Do you not have an opinion as to that?

 5        A.   I don't think them just digging in one      10:44

 6    spot and then when they put it -- you know,

 7    they're digging in a large area, then they're

 8    sending it through the mill, and then their

 9    flotation.  There may be a number of reasons, you

10    know, diluted, that's not all -- I've never found   10:44

11    one as high as .1 or 0.1 in any of these.

12        Q.   It's -- it's a rock, right, so there will

13    be rocks, and it's harder than talc.

14             Would you agree with that?

15        A.   The serpentine, sure.                       10:45

16        Q.   And I guess what I'm trying to figure out,

17    Dr. Longo, and you just may not have an opinion

18    about it, do you know whether or not it's

19    geologically possible that chrysotile exists in

20    very small amounts evenly dispersed throughout the  10:45

21    entire -- everywhere that there's talc?

22        A.   Well, I'm not having any opinion that it's

23    evenly dispersed because you're not taking -- this

24    material is putting it all together from different

25    areas, I think.                                      10:45
```

Page 379

```
 1              And geologically, you know, that's not my
 2      area of geology.  Others need to address that.
 3      And it depends on who you ask.  If you ask Alan
 4      Segrave, he says there's no conditions available
 5      to even form chrysotile.                        10:45
 6         Q.  I understand that, Dr. Longo.
 7              You just don't have an opinion as to why
 8      you're only finding it in very small amounts; is
 9      that correct?
10         A.  Because it's being presented in very small 10:46
11      amounts.
12         Q.  Understood.  But you don't have an opinion
13      geologically as to why that is or within the
14      mining system why that is; correct?
15         A.  Because I think the concentration of talc  10:46
16      of either 90 or 95 percent is coming -- I don't
17      think they dig up one ton in just one area.  And
18      then it goes all through a milling process, and I
19      think they get mixed.  It could be a myriad of
20      reasons.  I've just not researched that.        10:46
21         Q.  I want to make sure.
22              You're saying "I think," but you actually
23      don't know and don't have an opinion; right?
24         A.  Well, you know, just off the top of my
25      head, it's not presented in other than trace     10:46
```

Page 380

```
 1    amounts because of everything else.  It's like

 2    when you find accessory minerals in chrysotile,

 3    you'll find tremolite.  Well, the tremolite is

 4    presented in .01 to .001 percent.  You don't see

 5    all chrysotile because it's an accessory mineral      10:47

 6    in lower concentrations.

 7         Q.  Is that an opinion that you're offering,

 8    or is that --

 9         A.  Yes, that's an opinion based on the

10    analysis that we do.                                  10:47

11         Q.  Okay.  So you're coming up with an

12    explanation for why you're finding it in trace

13    amounts?

14         A.  It's not coming up with an explanation.

15    I'm just looking at the facts, that we're seeing      10:47

16    these same concentrations over and over and over

17    and over, these same ranges.

18              Because it's trace levels, I'm not sure

19    why we should be finding it at higher

20    concentrations.                                       10:47

21         Q.  Mr. Stewart represented to Judge Lee, last

22    week when I was talking about having to take your

23    deposition, that your opinions were all --

24    regarding Safeway were all contained in what's

25    been marked here before as Exhibit 23.                10:48
```

                                              Page 381

```
 1          A.   What exhibit is that?

 2          Q.   It's a declaration, and I'll show it to

 3    you.  But it was in opposition to Safeway's motion

 4    for summary judgment.

 5               Do you recall being shown that?        10:48

 6          A.   I do a lot of these, so not necessarily I

 7    remember any specific one.

 8               And how long ago was this done?

 9          Q.   I'm going to share with you right now.

10          A.   Okay.  Great.                          10:48

11          Q.   Can you see that?  I'll go to the first

12    page.  This was shown to you in this deposition, I

13    think, in the last -- either the first -- maybe

14    the first volume, first day of your deposition in

15    this case.                                        10:49

16               Are you familiar with this?  Do you have a

17    copy of this there with you?

18          A.   Let me look.  I might.

19               I don't want to waste -- waste your-all's

20    time by looking for it if you would be happy to   10:49

21    show me what my declaration says.

22          Q.   I'm trying to, but for some reason my --

23    my copy, I think, is -- my PDF here is not

24    cooperating.

25          A.   That, I can't help you with.           10:50
```

Page 382

         1          Q.  Let me see if I can get -- give me just a

         2     second here.

         3              Is that the case?  Do you know whether or

         4     not that declaration contains your opinions in

         5     this case?                                          10:50

         6              MR. REID:  Lacks foundation to the extent

         7     that he --

         8              THE WITNESS:  I mean, I probably --

         9              (Reporter clarification.)

        10              MR. REID:  So objection to the -- lacks    10:50

        11     foundation to the extent that Dr. Longo has not

        12     been able to review or refresh his recollection

        13     regarding what's even contained in the declaration

        14     that he signed, which I believe, I think was about

        15     six months ago-ish.                                10:50

        16              MR. RISING:  Let me see.  I'm just having

        17     trouble with this particular PDF.

        18              Give me just a second here.

        19              THE WITNESS:  Sure.  No problem.

        20              MR. RISING:  Actually, let me just move to 10:51

        21     another topic, and I'll see if I can get a better

        22     copy of that that's actually coming up here.

        23     BY MR. RISING:

        24          Q.  Let me see if I can refresh your

        25     recollection without -- well, first of all,        10:51

                                                      Page 383

```
 1    Dr. Longo, you don't have that declaration sitting

 2    there with you today; right?

 3         A.  I don't have it sitting in front of me.

 4         Q.  I'll represent to you that it wasn't

 5    produced in your file or in your reliance          10:52

 6    materials.  So if it wasn't there, do you know

 7    whether or not it -- it contains your -- you

 8    didn't review it to prepare to provide your

 9    opinions to me today, did you?

10         A.  No.  I didn't -- I just looked through     10:52

11    everything, and I didn't see it.

12         Q.  Okay.  And you're prepared to provide your

13    opinions to me, is that right, from your files?

14         A.  Yes.  And I've been trying, you know, my

15    best to do that.                                    10:52

16         Q.  And have you given me your opinion with

17    respect to Safeway so far?

18         A.  Yes.

19         Q.  Do you have any further opinions that you

20    intend to offer with respect to Safeway?           10:52

21         A.  No, sir.

22         Q.  I want to show you -- let me share this.

23              Do you recognize this?

24         A.  It looks like my report.

25         Q.  This is Exhibit 4.  It was marked as       10:53
```

Page 384

```
 1    Exhibit 4 to the deposition earlier.  It's your
 2    Marlin Eagles deposition notes report.
 3            Do you recall this?
 4      A.   Yes.
 5      Q.   I just want to ask you a few things about     10:53
 6    this so I can confirm.  We'll start with page 2.
 7      A.   Okay.
 8      Q.   Here we have -- this is the talcum powder
 9    exposure history?
10      A.   Yes, we do.                                   10:54
11      Q.   And just that first bullet point there, it
12    says:
13              "From approximately 1950s to 2017,
14            Mr. Eagles stated that he used JBP, Longs,
15            Safeway, Assured, and Truly Fine talcum      10:54
16            powder products."
17            Do you see this?
18      A.   Yes, I do.
19      Q.   And are those the only talcum powder
20    products that you're providing an opinion on in     10:54
21    this case?
22      A.    I think he had some unnamed ones.  But
23    these would -- these would be the only ones that I
24    know about.
25      Q.   Are you -- you tested Johnson's Baby          10:55
```

Page 385

1    Powder; correct?

2         A.   We have.

3         Q.   And you've tested Longs Baby Powder;

4    correct?

5         A.   We have.                                10:55

6         Q.   But you haven't tested any Safeway baby

7    powder; right?

8         A.   The -- no, I don't believe so.  Just

9    trying to remember -- yeah.  The Equate, I think

10   that was Safeway's.  But that was a -- a         10:55

11   starch-containing one.

12        Q.   You haven't tested any Truly Fine; right?

13        A.   No, sir, I haven't.

14        Q.   And you did test Assured; is that correct?

15        A.   Assured, I think so.                    10:56

16        Q.   You tested that with -- you tested Assured

17   and Equate together?

18        A.   Yes.

19        Q.   And do you have an understanding of who

20   manufactures Assured?                            10:56

21        A.   Can't quite make it out on the -- on the

22   back of the Assured.

23        Q.   And I'll come to that, but if you take a

24   look, and I think it's around page 75 of your

25   report, it's the picture of -- Greenbrier        10:57

                                        Page 386

```
 1    International is the distributor?
 2        A.  Yes, that's correct, that's the
 3    distributor.
 4            (Reporter clarification.)
 5            MR. RISING:  Greenbrier,              10:57
 6    G-r-e-e-n-b-r-i-e-r, International.
 7    BY MR. RISING:
 8        Q.  Do you understand -- do you have an
 9    opinion as to whether that has any relationship
10    with Safeway?                                 10:57
11        A.  I don't have an opinion one way or the
12    other.
13        Q.  Can you look at your depo notes at page 9.
14            Do you have that in front of you?
15        A.  My depo notice?                       10:58
16        Q.  Your depo notice, which is Exhibit 4.
17        A.  Yes, I have it in front of me.
18        Q.  Just to make sure, you went through and
19    reviewed all of Marlin Eagles' and -- Mr. and
20    Mrs. Eagles' depositions, and you pulled out and  10:58
21    noted here all of the -- all of the testimony that
22    you're relying on to form your opinions; correct?
23        A.  Correct.
24        Q.  So if you're relying on it, it's here in
25    Exhibit 4; correct?                           10:58
```

Page 387

```
 1          A.   Well, I'm relying on that and also the --

 2     the notes that I took --

 3          Q.   You're talking about Exhibit 6 -- sorry --

 4     Exhibit 6, your October 11, 2023 --

 5          A.   Yes, that's correct.                      10:59

 6          Q.   -- exposure notes?

 7          Okay.  So for your opinions for the

 8     retailers, I just want to make sure.  Let's focus

 9     on Safeway.

10          The only -- the only documents you have    10:59

11     that you're relying on for Safeway for any opinion

12     with respect to Safeway are Exhibit 4, your

13     deposition notes, and Exhibit 6?

14          MR. REID:  Overbroad.

15          THE WITNESS:  Well, I don't have any        10:59

16     opinions about Safeway.  What I have opinions

17     about is any Safeway talcum powder products that

18     they sold over the years.  But Safeway itself is

19     immaterial to me.  It's the talcum powder products

20     they sold and the opinions that I have generated   11:00

21     about that has to do with the fact that for five

22     and a half years, this is basically all the

23     research that I've done and the analysis on the

24     various mine sources from around the country.  And

25     this typically used from both China, Italy, and    11:00
```

Page 388

```
 1    France.
 2    BY MR. RISING:
 3         Q.  I understand that.  But I just want to
 4    make clear, you haven't tested any Safeway baby
 5    powder; correct?                                    11:00
 6         A.  I mean, I don't -- you know, I don't know
 7    who Safeway -- I may not, something that said
 8    "Safeway" on it.  I don't believe so.  I haven't
 9    tested anything that said "Safeway" on it.
10         Q.  You haven't tested anything that said     11:00
11    "Truly Fine" on it; correct?
12         A.  That's correct.
13         Q.  Have you tested anything that you
14    understand was a Safeway store-branded product?
15         A.  If it didn't say -- if it said "Safeway"  11:01
16    on it anywhere, I haven't tasted it -- of course I
17    haven't tasted it.  I also haven't tested it as
18    well as not tasted it.
19         Q.  Okay.  I want -- if you look at page 9 of
20    your deposition notes, Exhibit 4, the third         11:01
21    paragraph up from the bottom.
22              Do you see that -- it starts with, "Of the
23    three baby powder products."
24         A.  Uh-huh, yes, sir.
25         Q.  It says:                                   11:01
```

Page 389

```
 1                    "Of the three baby powder products,

 2              it is my opinion that Mr. Eagles used

 3              Johnson's Baby Powder (JBP) the most, 1955

 4              to 2017, followed by the Longs and Safeway

 5              baby powder products."                    11:01

 6         And then you have in parentheses there:

 7                    "1950s, 1960s to 1980s or 1990s."

 8         Correct?

 9     A.  Correct.

10     Q.  I just want to break that out as between   11:02

11  Longs and Safeway.

12         So if you turn to page 4 of your notes.

13         See that bullet point there?

14         It says:

15                    "Mr. Eagles stated the first year    11:02

16              during which he first purchased Longs Baby

17              Powder was sometime around the late '60s

18              until the '80s."

19     A.  Yes.

20     Q.  So if we go back to page 9 of your notes,  11:02

21  when you say, "followed by Longs and Safeway baby

22  powder," the Longs is 1960s to 1980s; correct?

23     A.  In that area, yes.

24     Q.  And that's the time period that you

25  understand?                                        11:03
```

Page 390

1          A.  Yes.

2          Q.  And you're limiting your opinions in this

3    case to that time period?

4          A.  I'm limiting my opinions to, you know,

5    what Mr. Eagles, and I think his wife, too, what     11:03

6    they stated when they -- when they -- when he used

7    it.

8              But it wasn't -- it was also using

9    Johnson's Baby Powder at the same time.  I mean,

10   this is sort of like a mix and match.              11:03

11         Q.  I understand.  I just want to focus on the

12   store brand, the Longs baby powder.  But your

13   understanding for any opinions that you're

14   offering for this case is that Mr. Eagles -- and

15   you got this from his deposition testimony;        11:03

16   correct?

17         A.  Correct.

18         Q.  And he was questioned over the course of,

19   I think, five-plus days?

20         A.  Yes.  It would be five-plus since it was   11:03

21   eight different days.

22         Q.  Sorry.  So over the course of eight

23   different days, he was questioned at length, and

24   you pulled from his testimony that he used Longs

25   Baby Powder from 1960s ending in the 1980s;        11:04

                                        Page 391

1    correct?

2        A.   Correct.

3        Q.   And then if you turn to page 3.

4        A.   Yes, sir.

5        Q.   And we kind of have to -- for Safeway baby    11:04

6    powder, I think, if you look at the two bottom,

7    the only dates we have for his use of Safeway baby

8    powder would be the two bottom bullet points under

9    the heading "Safeway Baby Powder."

10            Do you see that?                               11:04

11       A.   Correct.

12       Q.   So that would indicate 1950s, and then the

13   latest date there is the 1980s or 1990s?

14       A.   Correct.

15       Q.   So when you said -- in the parenthetical    11:05

16   on page 9, when you say that Safeway is from the

17   1950s to possibly the 1990s?

18       A.   Well, if you go back to page 3, the second

19   sentence, he's given a store that he said that he

20   bought the Safeway product at in the mid-1970s,    11:05

21   and then the last decade might have been 1980s or

22   1990s.

23            Then you moved me to what, page 9?

24       Q.   Yeah, to page 9.  I'm just -- you have a

25   time period that you're talking about the use of    11:05

Page 392

```
 1    Longs and baby -- Longs and Safeway baby powder,

 2    and you kind of combined them together.  So I'm

 3    trying to separate out the two.

 4          So it looks like, from the information

 5    that you have, would you agree that Longs is        11:05

 6    limited to 1960s to 1980s and Safeway is 1950s to

 7    potentially the 1980s or 1990s?

 8        A.   I would agree.

 9        Q.   What do you do when you have something

10    that's sort of broad and vague as that, you know,   11:06

11    1980s or 1990s, how do resolve that in forming

12    your expert opinions?

13          MR. REID:  Incomplete hypothetical.

14    Assumes facts.  Overbroad.

15          THE WITNESS:  I don't need to.  I'm not       11:06

16    the trier of fact here.  And I wasn't -- I didn't

17    have enough information on that.  Johnson's Baby

18    Powder was the most used.  I had to get more

19    information about that.

20          But the Safeway and Longs, it's unclear       11:06

21    exactly how much, and I guess maybe that can come

22    out in the testimony by Mr. Eagles.

23          So I wasn't able to do a calculation on

24    the Longs and the Safeway because it was

25    intermixed with along the Johnson & Johnson.        11:06
```

Page 393

1         Then, of course, you have Mrs. Eagles

2    stating that when she bought it, she never

3    purchase anything but Johnson's Baby Powder.  So I

4    can't resolve that issue on which was more or

5    less.                                        11:07

6    BY MR. RISING:

7         Q.  You don't have any opinion as to how many

8    bottles of Longs Baby Powder Mr. Eagles purchased

9    and used from the 1960s to the 1980s; correct?

10        A.  Other than it was less than the Johnson's  11:07

11   Baby Powder, no.

12        Q.  Okay.  And other than it was less than the

13   Johnson's Baby Powder, you don't have any opinion

14   on the number of bottles of Safeway baby powder

15   that Mr. Eagles purchased and used from 1950s to    11:07

16   the 1980s or the 1990s; correct?

17        A.  I'm just seeing what -- I forgot what I

18   may have asked him when I visited him.

19        Q.  And you're looking at Exhibit 6, your

20   exposure notes?                              11:08

21        A.  I would have to -- it wasn't -- I don't

22   think there was any -- I wasn't able to determine

23   how many containers, either Longs or Safeway,

24   other than it was less than the Johnson & Johnson.

25        Q.  Go to -- see if I can actually show you a  11:08

                                        Page 394

```
 1    document now.

 2            Dr. Longo, sharing my screen.

 3            Okay.  This is the -- let me go to the

 4    first page.

 5            MR. RISING:  We'll mark this as next in    11:09

 6    order, Early, Exhibit 43.

 7            (Whereupon, Defendants' Exhibit 43 was

 8            marked for identification.)

 9    BY MR. RISING:

10       Q.  And you have that there?                    11:09

11       A.  I do.

12       Q.  And this is MAS Project M71719, Talcum

13    Powder Analysis, Marlin Eagles?

14       A.  Yes, sir.

15       Q.  And you don't -- you don't have any         11:09

16    opinion on who the manufacturer of the Assured is?

17       A.  No, sir.  It's really immaterial to me who

18    the manufacturer is.  This was material that was

19    sent to me, so we analyzed it.

20       Q.  Here, we have -- I think it's a little bit 11:10

21    difficult, but I think Greenbrier International,

22    Incorporated.

23            Do you see that --

24       A.  Yes.

25       Q.  -- where my cursor --                       11:10
```

Page 395

```
 1              I had a question for you while we're here.
 2      Looks like this -- this bottle of talcum powder
 3      had -- had a fair amount of talc left in it.
 4          A.  Yeah, we have a picture.  We were weighing
 5      all the containers.                                    11:10
 6          Q.  I'm trying to find -- now, did you receive
 7      it -- you have this -- the top off here in this
 8      picture.
 9              Do you see that?
10          A.  We did not receive it like that.  How we    11:11
11      received it is -- would be shown in pictures 1 and
12      2.  I think what we had here is a particular type
13      of bottle where you could maybe -- where the top
14      came off.
15          Q.  And here's the picture of it being weighed 11:11
16      here.  And I think that's at page 73 of your
17      report.
18          A.  Yes.  334 grams.  And we don't know
19      what -- how much the container was.
20          Q.  That was what I was going to ask you,       11:11
21      because we do know that the talc and the container
22      weighs 283, grams, right, if it's full?
23          A.  Yeah, 10 ounces, so it would be 283 grams.
24      So -- and another -- where is it?  Another -- why
25      am I having a hard time finding it, because it's    11:12
```

Aiken Welch, A Veritext Company
510-451-1580

1    right in front of me -- another 70 or -- what is

2    that -- 283, another 50 or so grams is probably

3    reasonable for a plastic container.  So it was

4    pretty full.

5        Q.  And you understand that this was -- this    11:12

6    was a bottle of talcum powder that Mr. Eagles had

7    in his possession?

8        A.  Yes, sir.  That's my understanding.

9        Q.  And you tested the Assured, and you found

10   chrysotile; is that correct?                         11:12

11       A.  Yes, sir, that's correct.

12       Q.  Go back to -- and you have here -- this is

13   your -- this is at page 22, and this is, you know,

14   right before you signed here, this is kind of your

15   ultimate opinion here; right?                        11:13

16            "Results of finding chrysotile."

17            Then you say:

18            "Based on these results, it would be

19            my opinion that the application of the

20            talcum powder found in Assured talcum    11:13

21            powder container will cause significant

22            exposure, over background, to chrysotile

23            asbestos to individuals who used Assured

24            brand talcum powder products for their

25            intended purpose like Mr. Eagles."       11:13

                                        Page 397

1                Do you see that?

2         A.  Yes, sir.

3         Q.  I guess my question for you is, what does

4    that mean?  "Significant exposure over

5    background," is that significant exposure over          11:13

6    background during the day of that application?

7    Over the course of a person's life?  What do we do

8    with that?

9         A.  Well, "significantly over background"

10   means that if you take an artificial background        11:13

11   level, say like the ATSDR, the Agency For Toxic

12   Substance Disease Register, in around 1980, they

13   came up with a level of 0 point 4 zeros and a 5

14   for an urban environment, and 0 point four zeros

15   and a 1 for, you know, an urban and rural --           11:14

16   that's what I'm trying -- rural area.  That, in my

17   opinion, there is no background of chrysotile

18   asbestos unless it's -- you're in an area where

19   it's being disturbed.

20              So I always look at how much is in there,    11:14

21   and if you're going to have a background of, say,

22   0.0005, that if you have the ability to measure

23   the exposure in a way that would give you the

24   detection limit you need, that it would be above

25   .00005 fibers per cc.                                  11:15

                                              Page 398

```
 1              And that's an opinion based on what we

 2      would -- if we could be able to make that

 3      measurement at that level.  I don't believe in

 4      this, well, it's going to be below background what

 5      the exposure is.  I don't think that's a very        11:15

 6      scientific method of saying something about an

 7      exposure.

 8          Q.  Okay.  And I think you've been deposed at

 9      length on sort of what you think about exposure

10      levels; correct?                                     11:15

11          A.  Oh, probably north of a hundred hours.

12          Q.  Okay.  And this opinion isn't any

13      different than any other opinions you've provided

14      with respect to that?

15          A.  No difference.                               11:16

16          Q.  Okay.  In his deposition, Mr. Eagles'

17      deposition, you noticed -- you pulled out the

18      Assured note, but did you notice that

19      Mr. Satterley introduced this bottle of talcum

20      powder as a Safeway product?                         11:16

21          A.  That's -- yeah, I don't know that one way

22      or the other.  If it's not a Safeway product, then

23      he's wrong.  If it is, he's right.

24          Q.  And are you aware that Greenbrier

25      International is essentially a distribution arm of   11:16
```

Page 399

1    Dollar Tree stores?

2        A.  No, sir, I don't really keep up with that.

3    Again, that's out of my area.  I just do the

4    analysis.

5        Q.  You don't have any opinion in this case on    11:17

6    why Safeway would be selling a Dollar Tree store

7    brand in its stores, do you?

8        A.  No, sir, I don't have an opinion one way

9    or another.  Again, it's something that's not

10   important to me when I do this type of analysis.    11:17

11        If Safeway never had anything to do with

12   this type of product, then fine.  If they did,

13   also -- you know, I don't mean fine, but I mean,

14   that's not really up to me to say one way or the

15   other.                                              11:17

16        Q.  Do you have an opinion as to how many

17   bottles of Assured brand talcum powder Mr. Eagles

18   used throughout the course of his life?

19        A.  No, sir.

20        Q.  But it's one of the store brands that he    11:17

21   used after he stopped using Longs and Safeway, it

22   appears?

23        A.  If this is not a Safeway product, yes.

24   2017 would be after the fact.

25        Q.  And did you have an understanding -- did    11:18

Page 400

1    you read where Mr. Eagles thought that he probably

2    bought this in, like, 2015 or 2016?

3        A.   Well, I know he was -- you know, after he

4    said he quit putting it on his body, I know that

5    he was still using it when he played tennis.  When   11:18

6    we start getting to be 2017 or 2018, you know,

7    that time period where he had to stopped playing

8    tennis because of his meso issue.  But as far as

9    it says 2017 on it, he may have bought in it 2017.

10   You know, I don't know.  Or was that the           11:18

11   expiration date?  I don't remember.

12       Q.   It has an expiration date of 2017.

13       A.   Okay.  So it could have been 2016; it

14   could have been 2015.  I don't know.

15       Q.   How does this Assured Body Powder factor   11:19

16   into Exhibit 6, which is your exposure notes and

17   talcum powder container calculations?

18       A.   Well, the only talcum powder calculations

19   I did was the Johnson's Baby Powder.  The others

20   were less.  I don't -- find it here in a minute.    11:19

21       Q.   What are you looking at right now,

22   Dr. Longo?

23       A.   I was thinking about something else.

24            These are the overall body powder

25   calculations.  It's not broken down.  I just said,  11:19

                                            Page 401

1    okay -- he said, you know, 52 weeks a year, 4 days

2    a week, 1 application a day, depending.  It

3    doesn't matter which ones it is.  These are the

4    overall -- I apologize.  I led everybody astray

5    here.  I wasn't trying to break it down -- there      11:20

6    is no way for me to break it down into individual

7    containers.  This was everybody.

8            So I said, okay, 9-ounce talcum powder

9    containers, 537 of them.

10       Q.  Why do you use 9-ounce?                       11:20

11       A.  9-ounce is pretty common.  You know, it

12   doesn't matter.  I try to use something

13   conservative.  If you've got 10 ounces or 12

14   ounces, you know, you can use 15 ounces or 10

15   ounces or 12 ounces.  It doesn't change the         11:20

16   amount, just how many containers you have.

17           9-ounce seems to be pretty common.  And

18   the most used product here was Johnson's Baby

19   Powder.  That's a 9-ounce.  And you find 9 ounces

20   and 10 ounces on other ones.                         11:21

21           Since I can't break it down, even though

22   Johnson & Johnson is the most, I have to make some

23   assumptions on how much the most and how much the

24   other two are.

25       Q.  And you're not able to do that, as you sit 11:21

Page 402

1  here today?

2      A.  No, sir.  I would have to have some more

3  information, such as what I have in my -- and I

4  got more information on this Su application, too.

5  I put it in there.                                    11:21

6          So if -- if you can change it up, you want

7  to be even -- you know, it's not going to change

8  the amount of exposure -- the amount of exposure,

9  but it would change how many containers if you

10  want to put 10-ounce or 12-ounce or 13-ounce or    11:21

11  whatever.  It would just change the equation a

12  little bit.

13      Q.  This exposure notes, Exhibit 6, as I'm

14  understanding it, is -- is your -- your

15  calculation of the total number of bottles, and   11:22

16  that includes Johnson & Johnson, store brands,

17  whatever, from any store, including potentially

18  Equate or Assured or anything in there; you

19  haven't broken it down into the number of each;

20  correct?                                              11:22

21      A.  Correct.

22      Q.  And you can't -- you don't have the

23  ability to do that other than to say, like, I

24  believe that your opinion is that Johnson &

25  Johnson was the most?                                 11:22

```
 1        A.  Well, it's not that I believe.  It's the

 2   evidence, in talking to them as well as, you know,

 3   his wife only bought Johnson -- I mean,

 4   Mr. Eagles' wife, Georgia Eagles only bought

 5   Johnson & Johnson.  He said he mostly preferred     11:22

 6   Johnson & Johnson.  So I would say the evidence

 7   supports that.

 8        Q.  Okay.  If you look at your testing of

 9   Assured and Equate.

10        A.  Yes.                                        11:23

11        Q.  By the way, you haven't found a way to do

12   PLM analysis of cornstarch where you can find

13   talc, have you -- sorry -- where you can find

14   asbestos.  I'm sorry.

15            (Reporter clarification.)                   11:23

16   BY MR. RISING:

17        Q.  Let me rephrase the question.  I just want

18   to make sure.

19            You don't have a PLM analysis of

20   cornstarch where you found a way to find asbestos   11:23

21   in cornstarch, do you?

22        A.  There is no asbestos in cornstarch unless

23   somebody had contaminated it, in my opinion.

24        Q.  Did you look in the Equate to see if there

25   was any?                                             11:24
```

                                            Page 404

```
 1          A.  Yes (indicating).  We verified that it is
 2     starch, and there was nothing else in there but
 3     starch.  I'll give you another.  This is all
 4     starch particles (indicating).  There was nothing
 5     else in here.                                   11:24
 6          Now, we looked at other samples that say
 7     "contains baking soda and starch," when you turn
 8     it around the back, and talc is on there, along
 9     with baking soda and starch.  They don't put it on
10     the front.  Doesn't have anything to do with you.  11:24
11     That's just another case and, yes, we did find
12     asbestos in that, but not very much.
13          Q.  Let me understand this.
14          So you found asbestos in a non-talc
15     product, non-talc body powder product?           11:24
16          A.  No, no, no.  And I probably didn't explain
17     it very well, and I apologize.
18          The front of the container, like the
19     Equate, says "made with cornstarch."  Now, if you
20     go to the back of the container, it gives you all  11:25
21     the rest of the, you know, the major ingredients,
22     and it says cornstarch, active ingredients,
23     nonactive ingredients.  It says, Zea mays
24     cornstarch, tricalcium phosphate, aloe whatever,
25     some leaf extract, fragrance, some other stuff.   11:25
```

Page 405

```
 1    There's nothing in there that says "talc."

 2           And when we did the analysis -- it also

 3    says:

 4               "This product is not manufactured or

 5               distributed by Johnson & Johnson Consumer  11:25

 6               Products, Inc., distributor of Johnson's

 7               Baby Powder cornstarch."

 8           Something tells me there was a lawsuit in

 9    there somewhere.

10           However, so we didn't expect to find talc, 11:25

11    but we did an analysis anyway.  So I would not --

12    if we were to find asbestos in a cornstarch

13    sample, I would not believe anything from that

14    unless -- you know, that would be something

15    unusual.                                          11:26

16           But I have seen a product, and I can't

17    remember which one it was, where the front of it

18    said, "made with baking soda and cornstarch."

19    Turn it over to the back where typically the first

20    ingredient is the highest concentration           11:26

21    ingredient, and then it goes down from there when

22    they put anything on there, and the first

23    ingredient was talc, the second ingredient was

24    starch, and the third one was the chemical name

25    for baking soda, which is -- so I have seen it     11:26
```

                                            Page 406

```
 1    where baking soda -- where cornstarch has been

 2    mixed with talc.

 3         Q.  I'm going to move on, Dr. Longo.  I think

 4    I found a version of this, so I can show you now.

 5    Apologize for not being able to do this earlier.    11:27

 6         A.  You don't have to apologize.  I'm here at

 7    your request.

 8         Q.  Okay.  So this is your declaration in

 9    opposition to -- let me show you the first page --

10    Declaration in Opposition to Defendants' Motions    11:27

11    For Summary Judgment and Adjudication.

12            This was Exhibit -- this was attached as

13    Exhibit 23 to this deposition --

14         A.  Okay.

15         Q.  -- an earlier version of the deposition.    11:27

16            Does this look familiar to you?

17         A.  Well, I mean, you can just go to the back

18    and probably see my signature and the date.  Yeah,

19    I see some of the material -- what I have written

20    is a basic outline in a lot of these.               11:27

21         Q.  This is pretty standard in your

22    declarations; right?

23         A.  Depending -- depending on anything new,

24    et cetera, yes.

25         Q.  But basically up through -- the first part 11:28
```

Page 407

1    of it is just your qualifications as an expert;

2    right?

3        A.   Correct.

4        Q.   Are you recalling this now, materials

5    identifying the sources of talc used in Longs and    11:28

6    Safeway's baby powder?

7            Are you relying on this, on the opinions

8    expressed in this declaration, for any opinions

9    you intend to offer at trial in this case?

10       A.   No.  I mean, Montana and Chinese is --    11:28

11   what I think I stated earlier, we have analyzed a

12   lot of samples out of those mines.  If it's, in

13   fact, Chinese and Montana, I've already given you

14   my opinions about what -- what I believe is the

15   prominent asbestos type in those two mines.    11:29

16       Q.   Okay.  That's what this declaration goes

17   through.

18           So let me just -- in this declaration, you

19   talk about Longs Baby Powder testing.  Let me

20   start here real quick first, an overview of the    11:29

21   Longs Baby Powder testing in this declaration.

22           You recall that the 15 containers of Longs

23   Baby Powder that you tested, those were provided

24   by the Kazan firm; correct?

25       A.   Yes, sir.    11:29

Page 408

1      Q.  And do you understand that they put an ad

2   in the paper and then purchased each one of those

3   15 containers for $200 from the owners?

4      A.  Everything about what you say I know, and

5   this is the first time I've heard about $200.     11:30

6      Q.  Okay.  You knew that they bought them;

7   right?

8      A.  I knew they put an ad out.  And I knew

9   that these were from owners of it because they

10  have, I think, affidavit from each of the people.  11:30

11     Q.  Okay.  And you have those in your Longs

12  report, the affidavits; right?

13     A.  Yes sir, I do.

14     Q.  And you rely on those for the chain of

15  custody?                                          11:30

16     A.  Yes, that this is -- here's the history of

17  the containers.

18          MR. REID:  Belatedly vague and ambiguous

19  to "chain of custody."  Calls for a legal

20  conclusion.                                       11:30

21  BY MR. RISING:

22     Q.  What do you understand to be a chain of

23  custody, Dr. Longo?

24     A.  Well, they can be all kinds of things.

25  Chain of custodies are when samples arrive here.  11:30

                                        Page 409

1    That's usual what every -- labs, okay, here's our

2    chain of custody, that this arrived on this day,

3    and here's what's happened to the sample until a

4    report goes out and we archive the sample.

5            Now, in the cosmetic talcs litigation,        11:31

6    people have taken it much further.  Some say you

7    have to have a chain of custody from the day that

8    container was -- left the manufacturing facility.

9    I don't believe that is necessary, but some do.

10           This one, I think, cures that issue.        11:31

11   That, to me, is a nonissue.

12       Q.  And you have declarations from the owners,

13   right, that you are relying on for the purpose

14   here that they were never refilled, manipulated,

15   or altered?                                          11:31

16       A.  Well, yes and no.

17       Q.  Well, I understand yes.  How no?

18       A.  Well, no, I don't have to have an

19   affidavit from any -- any person on that, how --

20   you know, how -- never refilled.                     11:32

21           Well, unless you can take the top off in

22   an easy manner, such as -- such as maybe Clubman,

23   where you can -- some of the newer containers, you

24   can screw the top off, because barber shops use

25   them and want to put them in a bowl -- you know,    11:32

                                              Page  410

```
 1    put the powder in a bowl and use a brush -- it's
 2    impossible to refill them without damaging and
 3    taking the top off.
 4           And manipulated or altered, you can't
 5    really manipulate it.  What?  Are you going to --   11:32
 6    you're going to put asbestos in there?  You're
 7    going to put chrysotile in there?  You're going to
 8    get the chrysotile that has the appropriate size
 9    range?  Or are you going to put tremolite in there
10    in a concentration that wouldn't make it too       11:32
11    suspicious, such as, you know, in the microgram
12    level or in the gram level?
13           I don't buy that.  There's never really --
14    never been any evidence that something has ever
15    been manipulated.                                  11:33
16           Now, we have found -- we have found
17    containers in the past that, we look at it, and
18    somebody drilled -- you know, somebody drilled a
19    hole in the bottom to fill it and put tape over
20    it.  Yes, that's been manipulated, and that does   11:33
21    not get analyzed.
22           So that's why I say it's yes and no.
23       Q.  All right.  But you included them in your
24    report; right?
25       A.  Yes, sir, just like I include ones that     11:33
```

Page 411

```
 1    have been purchased on eBay in my reports.  Not --
 2    not these ones, but others.
 3         Q.  And you included in a declaration under
 4    penalty of perjury that -- this statement:
 5              "According to the declaration of each 11:33
 6         owner, the contents of the Longs Baby
 7         Powder were original to the day it was
 8         purchased."  Right?
 9         A.  Well, that's their declaration, so I'm
10    stating what they say.                          11:33
11         Q.  And you're also relying, in part, on the
12    declarations for the timing of when they were
13    potentially purchased; is that correct?
14         A.  Correct.  Well, it's not so much when they
15    were purchased, as been in there -- it's what    11:34
16    their declarations say.  What I was saying, it's
17    not me saying this, it's them saying this.  But
18    what I'm saying is, even if they -- I don't --
19    I've only found -- strike that.
20              What I'm saying is, in my opinions,     11:34
21    depending on the containers, it's very hard or
22    almost impossible to manipulate these or refill
23    them.  You can't get talc back through the small
24    holes.  You have to -- you have to do something
25    more creative.                                   11:34
```

Page 412

1          Q.   When you take your samples that you're

2     going to put on the slides out of the talc --

3     talcum powder bottles, do you just -- you shake it

4     out?  Is that what you're telling me?

5          A.   Well, typically, we don't do the shaking.   11:35

6     What we do is just open it and squeeze it.  And

7     the air in there drives it out.  And once we

8     have -- you know, usually our reports say 1 to

9     2 grams, but it's really closer to 1 gram.  Once

10    we have that amount, we stop.                        11:35

11         Q.   And were all of the Longs Baby Powder

12    bottles that you -- that you tested were used;

13    correct?

14         A.   I mean, I don't remember, but I believe

15    so.                                                  11:35

16         Q.   And you haven't tested any Longs Baby --

17    for some manufacturers, you have tested historical

18    samples that were at the manufacturers or from the

19    manufacturer; correct?

20         A.   Correct.                                   11:35

21         Q.   That's not the case with the Longs Baby

22    Powder bottles; correct?

23         A.   Correct.  Yeah, I mean, I haven't -- I

24    haven't remembered exactly what Longs said, but I

25    think Longs -- somewhere along the line, I kind of  11:36

                                            Page 413

1    remember that Longs didn't have any.

2        Q.  And so just the historical samples are not

3    available for Longs; correct?

4        A.  That's my understanding.  That's what I

5    recall.                                              11:36

6        Q.  We talked about -- follow up on this a

7    little bit.  You said you're working on the TEM

8    analysis for chrysotile?

9        A.  Yeah.  We're getting close.

10       Q.  Separate from doing, like, an analysis,     11:36

11   have you -- you tested, Longs, right, and you

12   found chrysotile; correct?

13       A.  Correct.

14       Q.  Now -- and so you know it's there

15   somewhere; right?                                    11:36

16       A.  It has chrysotile in it.

17       Q.  Yeah.  So in every sample, you should be

18   able to find some small amount of chrysotile;

19   right?

20       A.  Well, we can show you, right, the range     11:37

21   was -- three zeros and a 9 is the low end, to

22   0.005 percent.

23       Q.  Separate from coming up with a repeatable

24   analysis of it, is there any reason that you

25   couldn't have somebody just look under TEM and      11:37

                                              Page 414

```
 1    just find a chrysotile -- a piece of chrysotile so

 2    that we could see it and you could tie that back

 3    and say, "No, we found it via the TEM.  Here's

 4    what it looks like for the Longs Baby Powder"?

 5         A.   I'm not going to do that analysis until I   11:37

 6    am satisfied what -- one, what the TEM -- what its

 7    detection limit is, and, two, that we have

 8    developed a method to the point that at least

 9    90- -- 97 to 98 percent of what is in there when

10    we do the separation with the SG-210 is in the      11:38

11    light fraction where it should be so that we know

12    we have the most efficient -- and if we can't

13    identify it by TEM and it's not there at that

14    point, well, I guess I'll have to retire.

15              No, I'm just kidding.                      11:38

16              I want to publish this.  I want to be able

17    to -- there is absolutely no requirement in any

18    federal regulation or any methodology ever saying

19    that once you've identified it by PLM, that you

20    need to verify your analysis by TEM.                 11:38

21              But I do plan on doing that at some point,

22    when we have the research to the point where I

23    know exactly what -- that it's -- that we have the

24    most efficient, robust amount of the chrysotile.

25              And since we have a really good alternate  11:39
```

Page 415

```
 1    to just -- and being able to start with a known
 2    concentration in these samples, it allows me to
 3    get to the point where I can say, "Stop.  We have
 4    the best method available to remove the chrysotile
 5    out of the talc and harvest it, so to speak.  Now    11:39
 6    it's time to do TEM."
 7         Q.  I understand the reasons that you don't
 8    want to do an analysis and you want to get it
 9    perfect and you want to publish it, but I just
10    want to back up a little bit.                        11:39
11         Just from a curiosity standpoint, because
12    I think the jurors will be curious, did you have
13    anyone even try and look through the -- at Longs
14    Baby Powder under TEM to see if you could just see
15    chrysotile?                                          11:40
16         A.  I mean, we have seen it by SEM, some of
17    the bigger structures that are in there, and we
18    know others have seen by TEM.
19         But I would -- this is the type of
20    research that takes time and a lot of effort, and   11:40
21    I prefer to have the best opportunity to be able
22    to say "yes" or "no"; "No, we cannot find it by
23    TEM, and, you know, I'm wrong," or "Yes, we did
24    find it.  I was right."
25         But to go in it where you don't have the       11:40
```

Page 416

```
 1    best opportunity, then you don't know if you are

 2    going to be right or wrong because you don't know

 3    if you have the best way to separate it out to

 4    give you the ultimate chance to be able to say yes

 5    or no.                                          11:40

 6         Q.  I just want to make sure -- like, I

 7    understand you're working on this, but you

 8    didn't -- you haven't had anybody go look at Longs

 9    Baby Powder -- and I'm just focused on Longs Baby

10    Powder.  I'm not concerned what you found out of   11:41

11    the others.  These are 15 bottles of Longs Baby

12    Powder that were tested; right?

13         A.  We take 15 -- not having looked at the

14    Longs materials, you know, since -- I haven't

15    looked at the Longs material since the Prudencio   11:41

16    case.

17         Q.  Right.  And it was back in -- it was back

18    in April of 2021; right?

19         A.  Right.

20         Q.  So you've had a -- you've had more than   11:41

21    two years to take a look via TEM to confirm and

22    see if there was -- if what you're seeing and

23    calling chrysotile is, in fact, chrysotile; right?

24         A.  What we're calling chrysotile is, in fact,

25    chrysotile.  It is not fibrous talc at all.  And   11:41
```

Page 417

```
 1    we have shown that it's -- we have found it by SEM

 2    in Montana samples --

 3         Q.  Let me stop you there.

 4         A.  I wasn't done.

 5             But to go and say, "I don't have the best   11:42

 6    opportunity to prove it one way or the other

 7    because, oh, you're curious; let's just go a

 8    look," well, you know -- and then, well, yeah, we

 9    took a look, we didn't find it, because we were

10    curious, I don't know if it's the best             11:42

11    opportunity.

12             I mean, I've been doing this long enough.

13    And then you get beat around the head with it.  If

14    I am going to get beat around the head with it, I

15    would rather have it the best opportunity for us    11:42

16    to show it is or it isn't.

17         Q.  Well, and part of that is because -- is

18    because of the way in which you're looking at

19    this; right?  It's because you are in litigation

20    and you have attorneys like me who will ask you     11:42

21    questions about it.  So if you go and be curious

22    and then it's wrong, I'll use that against you;

23    right?  That's essentially what you are saying?

24             MR. REID:  Argumentative, misstates, and

25    incomplete hypothetical.                            11:43
```

Aiken Welch, A Veritext Company
510-451-1580

1            THE WITNESS:  Well, what I am saying is,

2    why not -- why not give it the best opportunity?

3    I mean, to me, this is a Ph.D.-level research

4    project that -- we're doing it when we're not

5    running regular samples.  I mean, we're getting        11:43

6    there, and I'm going to publish it.

7            I believe -- you know, I know I'm right on

8    this.  We found it by SEM.  I can -- you know,

9    it's not fibrous.  It's not talc.  It's not talc

10   plates on edge.  And nobody has come up with any       11:43

11   other minerals that it's supposed to be, because

12   it's not -- it's not talc.  It's not talc at all.

13   BY MR. RISING:

14       Q.  Okay.  Let me just follow up on that.  So

15   the SEM --                                             11:43

16           And I'm just -- I'm just talking about

17   Longs.  I've got to get up and defend Longs in

18   this trial.  Okay?  So let's just focus on Longs;

19   right?

20           You have found it for other -- you're        11:44

21   saying you have found it -- confirmed it via SEM

22   in -- for other products?

23       A.  Yeah, might be right where you cut off --

24   but it's not -- it's not the other products.  It's

25   the mine source.                                       11:44

                                             Page 419

```
1              I think we also found it in Gold Bond, one

2       of them, but I think we just -- we took a look at

3       a couple of the Montana samples by SEM, and it's

4       easier.

5              But then people argue, "Well, it's not      11:44

6       chrysotile; you don't know if it's chrysotile,"

7       that sort of thing.

8         Q.  Did you look at the Longs Baby Powder by

9       SEM to confirm what you're seeing is chrysotile is

10      chrysotile?                                         11:44

11        A.  We have not done Longs Baby Powder by SEM.

12      We have done none of these by TEM.

13        Q.  And you do a TEM analysis for amphibole

14      asbestos; correct?

15        A.  Correct.                                      11:45

16        Q.  And is there any reason that when you're

17      doing the TEM for amphibole asbestos you wouldn't

18      be able to come across and see some chrysotile --

19      I guess you're calling them bundles?

20        A.  The reason is that we're -- by TEM, we are 11:45

21      doing a heavy density of 2.85.  Only amphiboles

22      are going to be found down in the pellet.

23        Q.  And no one -- just focusing on the Longs

24      Baby Powder samples, you haven't had another lab

25      or another microscopist confirm your analysis;     11:45
```

Page 420

1    correct?

2        A.   I don't know -- besides Alan Segrave, I

3    don't know anybody else who has analyzed Longs

4    Baby Powder.

5        Q.   But no one else has confirmed that there's    11:46

6    chrysotile in Longs Baby Powder other than your

7    lab; correct?

8        A.   Well, it's hard for me to say "yes" or

9    "no."  I'm not keeping track of everybody else

10   unless I get a report.                              11:46

11          So the only report I've got from somebody

12   else that has looked at this -- that I've gotten a

13   report from is Alan Segrave.

14       Q.   That's all you're aware of, is Mr.

15   Segrave?                                            11:46

16       A.   No, that's the tremolite one.

17       Q.   And --

18       A.   Yes.  I'm sorry.  I didn't answer your

19   question.  Yes.  That's the only one I know --

20   it's not that I know of.  You know, unless a        11:46

21   report comes across my desk, I don't -- I'm not

22   going to talk about anybody may or may not know.

23       Q.   You were talking about the Montana mines,

24   and in this declaration, you have opinions

25   regarding Montana talc used in Longs and Safeway    11:47

                                          Page 421

```
 1    baby powder.  So at one point in time, you thought
 2    that there was Montana talc used there?
 3         A.  I think it was from that person most
 4    knowledgeable deposition that I referenced back a
 5    ways and maybe -- you know, maybe --                  11:47
 6         Q.  You're talking about Mr. Mobley --
 7         A.  Correct.
 8         Q.  -- who testified in Prudencio?
 9         A.  And, you know, the group in Tennessee.
10         But I think Alan Segrave said the exact      11:47
11    same thing in his report, because he talked about
12    Montana and Chinese.
13         Q.  So let's just walk through this really
14    quickly.
15         As I understand the opinions -- are you       11:47
16    intending to provide the opinions that are in this
17    declaration in this case?
18         A.  It's not an opinion -- I don't look at
19    those as opinion.  If this is what somebody said,
20    then it's a fact.  If nobody testified that it was  11:48
21    from Montana and nobody knows, then no, it's not a
22    fact.  Then I would have the opinions that if it
23    was these mines, it's going to have asbestos in
24    it.
25         Q.  Okay.  Let me focus on this, then.  If --  11:48
```

Page 422

```
 1    assuming that someone testifies that some -- at
 2    some point in time, some Safeway or Longs Baby
 3    Powder came from Montana, let's -- let's see if
 4    this would be the basis for that, for your opinion
 5    that all Montana talc has asbestos in it.  Is that    11:48
 6    fair?
 7        A.  That's fair.  They're all in the same
 8    geological formation.  They're all going to have
 9    asbestos in them, in my opinion.  No matter if
10    it's Yellowstone, Beaverhead, Treasure, Willow        11:49
11    Creek, they're all going to have asbestos, in my
12    opinion.
13        Q.  Okay.  And as I understand -- and I'm not
14    going to walk through the whole thing, because we
15    don't have enough time.  But in this declaration,     11:49
16    you essentially cite some -- some articles and
17    resources to, first, indicate that there are only
18    really five mines at issue in Montana; do you
19    agree with that?
20        A.  I agree.                                       11:49
21        Q.  Okay.  And then because -- because
22    Mr. Mobley only referenced the talc was
23    potentially from Montana, you don't know which
24    mine; right?
25        A.  No.                                            11:49
```

Page 423

1      Q.  So then what you do here is you're

2   trying to -- you're trying to tick off a basis for

3   each of the mines, right, to show that there was

4   asbestos in each of the mines?

5      A.  We analyzed a number of different products   11:50

6   from different mines.

7          Also, there's not a lot of things that I

8   agree with Mickey -- Dr. Gunter with, but

9   Dr. Gunter testified that because of the -- it's

10  all in the same geological deposit, the mines       11:50

11  would all be the same.

12     Q.  Got that.  But what I want -- you have --

13  you have some articles from the '70s that talk

14  about the mines, right, and then -- and that, in

15  and of itself, isn't enough for you to render an    11:50

16  opinion that the mines have asbestos in them and

17  that everything that comes from those mines has

18  asbestos in it; correct?

19     A.  Between the articles, between our own

20  testing, between other -- it verifies my opinion    11:50

21  that you're not going to have any difference from

22  one mine to the next since it's all the same

23  geological deposit.

24          Now, there's opinions that none of the

25  mines have it in it; you know, Segrave and, I       11:51

                                                Page 424

```
 1    think, Gunter; probably Sanchez, too.  But we have

 2    found it.  The EPA says there's asbestos in some

 3    of the mines.  Our Night Magic analysis for Avon

 4    used the same mines.  We found it in that.

 5              So it's my opinion.                      11:51

 6        Q.  I understand, Dr. Longo.  I'm just trying

 7    to separate out the basis for your opinion.

 8              So you have some articles and EPA reports

 9    with respect to describing the mines and

10    describing the potential in some of them some      11:51

11    potential for asbestos or asbestiform minerals in

12    that area; correct?

13        A.  Correct.  That's some of the reason.

14        Q.  Those -- if you didn't have your own

15    testing, those articles by themselves wouldn't     11:52

16    allow you to render your opinion to a reasonable

17    degree of scientific certainty that Safeway -- if

18    Safeway's baby powder came from Montana mines, it

19    had asbestos in it; correct?

20        A.  I don't know if that's correct or not.     11:52

21    That's not the situation I have.  You know, it's a

22    hypothetical.

23              If your hypothetical was correct that I

24    didn't have any information about Montana, I may

25    not be able to render any opinion about asbestos   11:52
```

Page 425

```
 1    in it, but that's not what we have here.
 2         Q.  And I'm trying to separate out the two.
 3    Can you do that?  Would you feel comfortable
 4    rendering that opinion solely based upon the
 5    sources -- the published sources that you quote in    11:52
 6    this declaration?
 7              MR. REID:  Vague, ambiguous, incomplete
 8    hypothetical, misstates fact, improper
 9    hypothetical.
10              THE WITNESS:  It's very hard for me to      11:53
11    unring the bell.  You know, I don't have your set
12    of facts, so I can't give you an opinion on your
13    set of facts.
14    BY MR. RISING:
15         Q.  Okay.  Let's go -- but you would agree       11:53
16    that part of your opinion is the testing that you
17    have done on these mines, and you think that
18    that's important; correct?
19         A.  Well, the testing shows what we have
20    found, and then the rest of it also shows that       11:53
21    others have found.  EPA states it's there, and
22    other papers.
23              So for me to say, okay, I'm going to
24    eliminate everything over here and just say, could
25    I say that here -- and I don't have all -- you       11:53
```

Page 426

```
 1    know, I don't have all the information in here.

 2            I don't have the information I know about

 3    Johns-Manville Research Center finding chrysotile

 4    positive in 13 out of 13 Montana samples.  Now,

 5    they called two cross-contamination, but a lot of    11:54

 6    chrysotile in other.

 7            And I think it was either Cyprus or Pfizer

 8    that tested the TEM on something like almost 2,000

 9    Montana samples, and 25 percent of them -- back in

10    the '70s, and they did TEM and XRD -- and SAED on    11:54

11    it and found almost 30 percent of them positive

12    for chrysotile.

13            Also tremolite, you know, amphiboles have

14    been found there.

15            So there's not just this.  There's other    11:54

16    information out there.

17            Oh, there we go.

18                "I've reviewed Johns-Manville's

19                Research Engineering Center" --

20    Q.  Yeah, yeah, yeah.  So that's what you were    11:54

21    just talking about right there; right?  So -- and

22    that's paragraph 22.

23    A.   -- Cyprus -- and, also, I was just talking

24    about Cyprus, and, you know, and I think also

25    Pfizer was involved in some of that.            11:54
```

Page 427

1          Q.   So that is a mine in Montana where they

2     found asbestos; right?   And it's chrysotile

3     asbestos; correct?

4          A.   Correct.

5          Q.   And they confirmed it with TEM; correct?   11:55

6          A.   Correct.

7          Q.   And it was at concentrations that were

8     much higher than the concentrations you're

9     finding; correct?

10          A.   By TEM?                                    11:55

11          Q.   Yes.

12          A.   Well, we haven't done TEM on ours yet

13     to -- but they found -- they had 13 samples.

14     Every one of them had chrysotile in it.   But

15     samples -- two of the samples, they thought it was   11:55

16     too close to, quote, cross-contamination from

17     chrysotile.   The other 11 were high amounts.

18             So it's not like they were different than

19     ours.   We just don't have cross-contamination in

20     our stuff.                                          11:56

21          Q.   And they did confirm them with TEM,

22     though; right?

23          A.   Correct.

24          Q.   And that was -- when did they do that?

25     Was that back in the '70s as well?                  11:56

                                        Page 428

```
 1          A.  I think '74, '75, something like that.

 2          Q.  I want to talk about the testing that

 3   you've personally done or your lab has done that

 4   you understand to be from Montana mines.

 5   There's -- and the five -- it's the five Montana      11:56

 6   mines that you are trying to exclude with this

 7   testing; right?

 8          A.  Trying to exclude?

 9          Q.  Trying to -- you're trying to confirm that

10   there's asbestos in each of the five Montana mines  11:56

11   based upon your testing; correct?

12          A.  No.  I'm just trying to say that if they

13   said it was Montana, we'll do the testing on it

14   and then see what we find for what they say

15   they're using in Montana.                            11:57

16          Q.  Paragraph 21 says:

17               "Our testing has shown regulated

18               asbestos in Avon and Colgate talc products

19               sourced from Montana mines, all located in

20               the southwestern part of the state.        11:57

21               "Hence, based upon my education,

22               expertise, and a detailed review of the

23               materials mentioned herein, I'm of the

24               opinion to a reasonable degree of

25               scientific certainty that asbestos,        11:57
```

Page 429

```
 1              asbestiform fibers, and asbestiform talc

 2              was and is present in the Montana mines

 3              used for cosmetic talc in Longs and

 4              Safeway baby powders."

 5              See that?                             11:57

 6     A.   Yes.

 7     Q.   Is that your opinion in this case?

 8     A.   Yes, it is.

 9     Q.   Okay.

10     A.   Again, where the mines are for these two   11:57

11  is not really opinions.  If either -- either -- if

12  neither Longs, I mean, or Safeway never used

13  Montana mines, they used some other source, I'd

14  like to know.  Then I couldn't say it was -- you

15  know, you've got -- it wasn't all from Montana.    11:58

16     Q.   Well, Dr. Longo, I'm trying to -- I'm

17  trying to just figure out, like, are all of your

18  bases for determining that there's asbestiform in

19  all of the mines in Montana set forth in this

20  declaration?                                       11:58

21     A.   If it is chrysotile, and it's -- then that

22  is asbestiform.  Nobody argues with that.  So

23  every -- every one that we have done that has

24  chrysotile in it has asbestiform in it.

25              Then if we start looking at the -- you   11:58
```

Page 430

```
 1   know, when we find it with amphiboles, like --

 2   such as tremolite or anthophyllite, they're

 3   typically bundles by TEM, and that's asbestiform.

 4              THE WITNESS:  I mean, I hate to -- I know

 5   we are getting close, but I need a -- I need a      11:58

 6   break.

 7              MR. RISING:  Yeah, we can -- let's take

 8   five minutes.  Or do you need ten?

 9              THE WITNESS:  I'm going to need a little

10   bit longer than that, five to ten minutes.  Can we  11:58

11   go off the record?

12              MR. RISING:  Sure.

13              THE VIDEOGRAPHER:  We are going off the

14   record at 2:59 p.m.

15                  (Recess taken.)                      12:08

16              THE VIDEOGRAPHER:  This is Media Number 4,

17   and we are back on the record at 3:28 p.m.

18   BY MR. RISING:

19       Q.  Dr. Longo, were you able to find a copy of

20   the declaration that I have been asking you about?  12:28

21       A.  That, I didn't look for.  I'm sorry.  I

22   thought we had finished it.

23       Q.  No -- well, the problem is, what I -- what

24   I want to know is -- and, I guess, I don't know if

25   you're able to do it --                             12:28
```

Page 431

```
 1              In the declaration, I just want to focus

 2      on the testing.  In the declaration, you talk

 3      about testing one 1987 Avon Night Magic talc

 4      powder that you understand was sourced from the

 5      Beaverhead mine in Montana.                    12:29

 6              Are you familiar with that test?

 7         A.  I am.

 8         Q.  Have you tested any other -- are there any

 9      other tests you're relying on with respect to the

10      Beaverhead mine in Montana?                    12:29

11         A.  Probably since that time, I have done a

12      few other Avons.  But to be fair, that would be

13      the only Avon I would be relying on.

14         Q.  And how is it that you know that it's from

15      the Beaverhead mine?                           12:29

16         A.  From Avon's formulas.

17         Q.  And did you produce those in this case?

18              MR. REID:  Assumes facts.

19              THE WITNESS:  I doubt it.

20      BY MR. RISING:                                 12:29

21         Q.  That's not part of your file for this

22      case; right?

23         A.  No, sir, it's not.

24         Q.  Okay.  And have you actually reviewed the

25      Avon formula?                                  12:30
```

Page 432

```
 1          A.  Many times.  I've done a lot of Avon
 2     samples.
 3          Q.  Anything other than the formula that you
 4     are relying on?
 5          A.  Other than where they stated that they got 12:30
 6     the talc for that product, no.
 7          Q.  And when you say "where they stated," who
 8     are you saying they are?
 9          A.  Well, Avon's formula.  You know, formula
10     for the product.                                  12:30
11          Q.  So within -- there's some formula document
12     that references Beaverhead mine for the 1987 time
13     frame?
14          A.  Yes, sir.
15          Q.  Did you read any testimony with respect to 12:30
16     that in forming your opinions?
17          A.  Well, at the time I got deposed on it, may
18     have.  I just don't recall.  It's been a while.
19          Q.  And how do you know that that -- that that
20     formula is -- or that that is accurate?           12:31
21          A.  How do I know?
22          Q.  Yes.  Or do you know?
23          A.  Well, I mean, that's what they stated for
24     when they made that product.
25          Q.  Did you talk to anybody from Avon?        12:31
```

                                              Page 433

1        A.   No.  Of course not.

2        Q.   Did you read any deposition testimony from

3    anyone at Avon?

4        A.   I don't recall.

5        Q.   So in order to confirm that it's from the    12:31

6    Beaverhead mine in Montana, we would need to -- we

7    would need to see -- at the very least, see that

8    formula; correct?

9        A.   Well, I can -- I can -- not for this

10   deposition, but -- I mean, not for this -- during    12:31

11   this time, but I can -- I can look it up and

12   see -- make sure I still have it.  I mean, I

13   should.  And you want to mark it as an exhibit,

14   that's fine with me as long as my client is okay

15   with it.                                              12:32

16        MR. RISING:  Sure.  Let's mark -- let's

17   have that be next in order.

18        Is that 44, Early?

19        THE REPORTER:  Yes.

20        (Whereupon, Defendant's Exhibit 44 was    12:32

21        marked for identification.)

22   BY MR. RISING:

23        Q.   Okay.  And so what's -- that would be --

24   that would be related to a product that you tested

25   in 1987.  How -- how is it that a product tested    12:32

Page 434

```
 1   in 1987 would have any bearing on something that

 2   potentially came out of a Montana mine, let's say,

 3   for a Safeway product in the 1950s?

 4              MR. REID:  Vague and ambiguous regarding

 5   "tested in '87."                                  12:33

 6              THE WITNESS:  I wasn't testing any talc --

 7   I wasn't testing anything that had to do with

 8   talcum powder in 1987.  MAS had not even been

 9   founded at that point.  This was a 1987 container.

10   BY MR. RISING:                                    12:33

11        Q.  I understand that.

12              So if you're testing a 1987 container, how

13   is it -- what is your opinion with respect to how

14   that relates to something that was potentially

15   mined in 1950, for example, or in the 1950s?      12:33

16        A.  Because if it was mined out of Montana,

17   it's going to be the same geological formation.

18   It really doesn't matter if it's 1950s or '60s or

19   '70s or '80s or '90s or 2000s.  It's coming from

20   that mine source.                                 12:33

21        Q.  So if I understand this, your opinion is

22   that if you test one bottle of -- of a talcum

23   powder product that was available for consumers at

24   any point in time, the testing for that one bottle

25   determines forever that there is -- for the       12:34
```

Page 435

```
 1    entire -- forever that that mine that it came from

 2    has asbestos in every part of the mine and that

 3    every bottle that comes out of that mine will have

 4    asbestos in it?

 5            MR. REID:  Incomplete hypothetical.        12:34

 6    Argumentative.  Assumes facts.  Ignores previous

 7    testimony regarding historical sampling and

 8    testing and other articles and other entities'

 9    historical testing.

10            MR. RISING:  Michael, that's not -- you    12:34

11    can say, "Assumes facts."  You can't coach the

12    witness to remember everything that he's doing.

13    And by the way, you're referring to stuff that's

14    totally outside of his record here.

15            MR. REID:  I'm not, considering that you   12:35

16    already went through those things with him earlier

17    on in this deposition.  It's not coaching.  It's

18    just pointing out on the record that your question

19    ignores those specific things, which under --

20    under the California rules of court, I'm allowed    12:35

21    to point out the issues with your questions and

22    that --

23            MR. RISING:  But you're not allowed to

24    make -- you're not allowed to make speaking

25    objections, Michael.  So let me just --           12:35
```

Page 436

```
 1              MR. REID:  I'm allowed to assist --

 2              MR. RISING:  Let me ask the question a

 3    different way.

 4              MR. REID:  I'm allowed to assist you in

 5    asking better questions by telling you how it's      12:35

 6    wrong.

 7              MR. RISING:  You are.

 8    BY MR. RISING:

 9        Q.  So -- so is this the only testing

10    that you're -- this is the only testing that         12:35

11    you're relying on with respect to the Beaverhead

12    mine in Montana; correct?

13              MR. REID:  Misstates.

14    BY MR. RISING:

15        Q.  For your opinions in this case.             12:35

16              MR. REID:  Misstates former testimony.

17    Ignores former testimony.

18              THE WITNESS:  That's not the only Montana

19    talc samples that I have analyzed.  All Gold Bond

20    is from Montana.  We've analyzed Cashmere Bouquet    12:36

21    from Beaverhead.  We've analyzed -- I think those

22    are in there.  We've analyzed a number of Gold

23    Bond that I think could be from either Treasure or

24    one of the others.

25              I'm also relying on information I said     12:36
```

Page 437

```
 1    earlier about Cyprus's testing, about

 2    Johns-Manville's testing.

 3            I did not mention Gold Bond, but there --

 4    it's well-established that it's all Montana.  And

 5    it's either Treasure or one of the others.         12:36

 6            I'm relying on what EPA says in some of

 7    those mines.

 8            So, no, it's not just based on this one

 9    container, but it is based on the fact -- and that

10    particular container, we didn't do any chrysotile   12:36

11    testing, but we did find amphiboles in it.

12    Tremolite.

13        Q.  But based upon that testing, you can --

14    that testing establishes that there are -- there

15    are -- there are amphiboles present, in your        12:37

16    opinion?

17            I'm just trying to figure out what the

18    limits of your opinion are, Dr. Longo.

19            Your opinion are -- is that a bottle that

20    came out of the Beaverhead mine in Montana had      12:37

21    amphiboles present in it when you tested it,

22    amphibole asbestos, and therefore, every other

23    bottle that potentially came out of that mine has

24    amphibole asbestos in it, or does have amphibole

25    asbestos in it?                                     12:37
```

Page 438

```
 1            MR. REID:  Okay.  Hold on.  Well, hold on.

 2            Vague and ambiguous as to "established."

 3    Incomplete hypothetical.  And ignores fact in

 4    previous testimony regarding other considerations.

 5    And I'll also object to the extent it's              12:38

 6    incomprehensible.

 7            THE WITNESS:  The Alan Segrave report did

 8    some testing to try to verify Dr. Steve Compton's

 9    analysis of 52 retains from Montana, that three of

10    them -- three or four of them, he found tremolite,  12:38

11    anthophyllite, as well as chrysotile asbestos by

12    TEM out of the 52.

13            I did not bring that up, but since Alan

14    Segrave did in his report, I do have those

15    analysis.  So it's not just me.  It's also -- it    12:38

16    was -- either Pfizer or Cyprus also did amphibole

17    testing in Montana and found tremolite in it.  So

18    it's just not me saying it because I found it

19    in -- in the Night Magic Avon container.

20    BY MR. RISING:                                       12:39

21        Q.  Did you produce your Gold Bond testing in

22    this case?

23            MR. REID:  Vague as to "produce."

24            THE WITNESS:  I did not.

25    BY MR. RISING:                                       12:39
```

Page 439

1       Q.  Okay.  And you didn't actually produce

2   your -- your Avon testing; correct?  You just

3   refer to it here?

4       A.  That's correct.

5       Q.  In paragraph 20, you talk about testing 91  12:39

6   Colgate Cashmere Bouquet containers?

7       A.  Correct.

8       Q.  And you had an understanding that -- that

9   the talc in those Colgate Cashmere Bouquet

10   containers came from different mines over time?    12:40

11       A.  Correct.

12       Q.  And you have this table in the middle

13   there, "Containers by Ore Source."

14           Do you see that?

15       A.  You will have to show it.  There's nothing  12:40

16   on the screen.

17       Q.  Oh, sorry.  I forget you don't have it.

18       A.  I've got "iPad 94" and "Early 2," which I

19   was curious who that is.

20       Q.  Here we go.                                  12:40

21       A.  Okay.  There we go.

22       Q.  Are you familiar with this table here?

23           And I'll let you -- sorry.  So you can

24   read the...

25       A.  Correct.                                     12:41

                                            Page 440

1           Q.  And here, there's the Willow Creek and

2     Beaverhead mines; right?  Those are the relevant

3     Montana mines; correct?

4           A.  Correct.

5           Q.  And I -- so -- and you tested product that 12:41

6     had Italian only in it, and you found asbestos in

7     that; correct?

8           A.  Correct.

9           Q.  And then these indicate -- when it

10    says "blend," that means the Italian is blended    12:41

11    with North Carolina and Willow Creek?

12          A.  Correct.

13          Q.  And you found asbestos in that; right?

14          A.  Correct.

15          Q.  Now, if you found asbestos in Italian only 12:41

16    and then you found asbestos in an Italian blend,

17    how is that diagnostic of North Carolina or Willow

18    Creek?

19          A.  Well, 12 out of 13 Italian, Willow Creek,

20    Montana blend, I think those -- 10 out of 10 is    12:42

21    just chrysotile.  And I believe the Italian and

22    Beaverhead and Montana blind -- blend -- not

23    blind -- is all chrysotile.

24              So that's a good point; you know, which of

25    the mines -- which of the two mines there in the   12:42

                                        Page 441

```
 1    last two is more likely than not to have all the

 2    chrysotile in it.  I would say more likely than

 3    not, Willow Creek/Montana versus in

 4    Beaverhead/Montana blend, five out of five, but I

 5    can't say it within a reasonable degree of        12:42

 6    scientific certainty.

 7         Q.  Right.  I mean, when you know that one has

 8    chrysotile -- you've tested one that has

 9    chrysotile in it and then you blend it with

10    others, it could either be that one or,            12:42

11    potentially, the others, but you can't rule out

12    it's only the one; right?

13         A.  In the last two, I would say more likely

14    than not.  I know Italian does have some

15    chrysotile in it, but I know also Willow Creek,    12:43

16    Montana, and Beaverhead also has -- I think more

17    prone to have chrysotile in it than amphiboles.

18    So...

19         Q.  You have -- you have the Beaverhead and

20    Willow Creek.  What is your -- and there are five  12:43

21    other mines; right?  So there's -- I think there's

22    -- what are the -- what are the mines that --

23    what's your understanding of the mines that could

24    potentially --

25         A.  You've got Treasure.                      12:43
```

Page 442

```
 1          Q.  Here it is.

 2          A.  You have got --

 3          Q.  Sorry.

 4          A.  You've got Beaverhead.  I'm trying to

 5     think of the other two off the top of my head.    12:44

 6               (Reporter clarification.)

 7     BY MR. RISING:

 8          Q.  Let me clarify so we have a clean record.

 9          A.  Historically, you have got one, two,

10     three, four, five mines; Willow Creek, Regal,      12:44

11     Treasure, Beaverhead, and Yellowstone.

12          Q.  So it's your opinion that if cosmetic talc

13     came from Montana at any point in time, it must

14     have come from Yellowstone, Beaverhead, Treasure,

15     Regal, or Willow Creek mines?                      12:44

16          A.  Depending on what the manufacturer said,

17     yes.

18          Q.  Do you know if there were any other mines

19     producing cosmetic talc in Montana in the 1950s or

20     '60s -- 1950s, '60s, '70s?                         12:45

21          A.  Not that I am aware of.  If you know one

22     other, I'd like to know.

23          Q.  Well, here, we're relying on Mr. Mobley's

24     testimony about potentially getting their product

25     from Montana, and that's all we have to go off of.  12:45
```

Page 443

```
 1    Right?  So that's why you are walking through the

 2    five different mines; correct?

 3         A.  I'm sorry.  Could you repeat that?  I

 4    apologize.  I just didn't follow it.

 5         Q.  Yeah.                                    12:45

 6              Here, there was -- there was a -- there

 7    was a deposition of a gentleman in Prudencio,

 8    Mr. Mobley.

 9         A.  Oh, that's correct.

10         Q.  Right.  And what he said was his         12:45

11    recollection that -- do you recall this, that his

12    recollection was that 85 percent of our talc came

13    from Montana, but no specific mine, or China;

14    again, no specific mine -- 15 percent from China,

15    no specific mine?                                 12:46

16              Do you recall that?

17         A.  Yes, in -- well, for China, there's only

18    one region from it all comes from, and it's all

19    the same.  I mean, manufacturers would be at

20    different mines there in that range.              12:46

21              And just in J&J, we probably analyzed 40,

22    50, 60, 70 -- something like 70, 80 bottles,

23    something like that, samples either from

24    containers or from mine retains that were

25    collected either by Segrave or Sanchez.           12:46
```

Page 444

```
1              They get field trips to China.  My client

2    never offered to send me over to one of those.

3        Q.  Sir, let me just walk through this really

4    quick and see if you can tell me.

5              For the Yellowstone mine, what products    12:46

6    have you tested that you understand came from the

7    Yellowstone mine?

8        A.  Well, I can't recall now.  But, again,

9    it's my opinion it doesn't matter which one it

10   comes from.  But at least each one of the mines    12:47

11   where we have tested a product, we find the same

12   thing.

13             When I did the -- you know, the retains

14   and I have to look where the different retains

15   came from, refined chrysotile.                    12:47

16             So in my opinion, it's all under one

17   geological condition.  It's all the same.  Doesn't

18   matter what mine it comes from, in my opinion.

19       Q.  Well, let me just walk through.  I

20   understand that.                                  12:47

21             You have tested from Beaverhead; right?

22   Because that was the Avon; correct?

23       A.  Treasure, Beaverhead.  Cyprus did

24   Yellowstone.  I would have to look back where Gold

25   Bond was getting theirs.                          12:47
```

Page 445

```
 1        Q.  Not sure about Regal?

 2        A.  I just don't recall right now.

 3        Q.  When you say Cyprus Mines, you're

 4   referring -- are you referring to the

 5   Johns-Manville testing?                              12:48

 6        A.  They did their own testing.

 7        Q.  Have you produced that testing in this

 8   case?

 9        A.  It's either Cyprus or -- oh, Cyprus or

10   Pfizer.  No.  Have I produced that?  I don't think  12:48

11   so.

12        Q.  What you've produced in this case is

13   testing from -- I guess you haven't produced the

14   testing.

15        But what you were relying on is a            12:48

16   reference to testing of Avon -- and you have some

17   data from that that you have in this

18   declaration -- and then the Cashmere Bouquet;

19   right?

20        A.  Correct.  As well as our own.  I didn't  12:49

21   put anything in there about Gold Bond at the time.

22   That's all Montana, from their retains, et cetera.

23        So anyway.

24        Q.  Are you -- are you aware of any -- any

25   published peer-reviewed article that finds that   12:49
```

Page 446

```
 1    there is various asbestiform talc, whether it be

 2    chrysotile or amphibole asbestos, in all talc

 3    samples that are mined -- that are mined for

 4    Montana?

 5         A.   I don't know if anybody has published      12:49

 6    that.

 7              But I know geologically, I've not -- you

 8    know, Mickey Gunter said it was all the same;

 9    you're going to have the same talc from one to the

10    other.                                               12:50

11              I think Segrave, even though he say

12    there's -- I think they both say there's no

13    asbestos in there, but they don't say anything --

14    that there's some sort of different geological

15    conditions from one to the other.                    12:50

16              If you ever look at a picture of them, you

17    can see them all right next to each other.

18         Q.   Okay.  But as I understand it, your

19    opinions with respect to Safeway in this case

20    aren't necessarily dependent on this -- this is an   12:50

21    example of what you might use if Safeway is

22    actually from Montana, but in your opinion, the

23    fact that Safeway sold any talcum powder product

24    means that that talcum powder product had some

25    level of asbestos in it; is that correct?            12:51
```

Page 447

1          A.   It's the same opinion that I've been

2     stating, is any mine source that cosmetic talc was

3     sourced from for any of the mines in the -- in

4     North America will have some level asbestos in it.

5     It's just a matter of detection limits.              12:51

6          Q.   And now let's translate that to bottles.

7     Does that mean that, in your opinion, any bottles

8     of talcum powder sold by Safeway at any point in

9     time that contained cosmetic talc will -- the

10    bottles themselves -- each bottle will have some    12:51

11    level of asbestos in it?

12         A.   Any container sold by Safeway that has

13    cosmetic talc in it is going to have asbestos in

14    it.  However, it's a matter of detection limit;

15    you know, can we see it with the detection limits   12:52

16    we have?

17          But in my opinion, there's no such thing

18    as a clean mine, that there is no asbestos in it.

19    That's never been proven.  You'd have to have a

20    detection limit down to, by TEM, one fiber,         12:52

21    meaning one fiber per gram or ten fibers per gram.

22          You know, our TEM detection limit right

23    now on amphiboles, the best we have is about 5,000

24    to 6,000, 4,000, 3,000 versus the detection limit

25    that most other labs who do this work has that is   12:52

Page 448

1    at least two orders of magnitude higher.

2        Q.  And so that -- that opinion would apply to

3    any cosmetic talc sold by any retailer, large or

4    small, in the United States at any point in time;

5    correct?                                              12:53

6        A.  Yes.  But just to make it careful, it's

7    the -- I'm not aware of any other mines than I've

8    already stated in the United States and I'm not

9    aware of any other mines for cosmetic talcs in

10   Europe or Asia such as Chinese, such as Italian,     12:53

11   such as France, such as Brazil, and such as India.

12       Q.  But North America, you're -- are you

13   confident in saying that there's asbestos in every

14   bottle of cosmetic talc that was sold at any time

15   in North America?                                     12:54

16       A.  Any bottle that was sold in North America

17   that used a mine source for cosmetic talc in North

18   America will have some level of asbestos in it,

19   and it just depends on the detection limit is --

20   if we can find it or not.  So it's all about          12:54

21   detection limits.

22       Q.  Okay.  But let me take that a little bit

23   further.

24           Do you have an opinion as to what

25   percentage of that talc is at a detection limit       12:55

                                        Page 449

1    where you could find it?

2         A.   Well, if you look at our overall positives

3    from the different mines, it's typically running

4    anywhere from, I think, a low of 75 percent or so

5    on average of positives up to a hundred percent        12:55

6    positive, depending on what we are looking for.

7         Q.   And -- and you believe you've tested --

8    you've tested cosmetic talc from every mine source

9    in North America?

10        A.   Yes, sir.                                     12:55

11        Q.   Okay.

12        A.   Either I or what others have.  So

13   that's -- you know, that's my ongoing opinion.  If

14   you -- but it depends on the detection limit.

15            If you have something by TEM that has --    12:56

16   you have to have a detection limit of a thousand

17   fibers or bundles per gram, we are not going to

18   see it yet, or 2,000 for fibers and grams.  But it

19   gets up in the 4- or 5,000 range and as long as --

20   as long as we can hit that detection limit --          12:56

21            But in order to really quantify it is --

22   we'd have to get a much better detection limit,

23   and so far, that doesn't exist.

24        Q.   And wouldn't you have to actually test

25   some -- some bottles of the talc from the actual       12:56

Page 450

```
 1    manufacturer -- or from the actual supplier?  So

 2    wouldn't you have to test some Safeway baby powder

 3    to confirm your theory?

 4            MR. REID:  Assumes facts.  Overbroad.

 5            THE WITNESS:  No.  If we -- if we had        12:56

 6    containers -- say we had ten containers.  It would

 7    be my opinion more than half of them, we would

 8    find positive for some type of asbestos, even if

 9    they're all from Montana.

10    BY MR. RISING:                                      12:57

11        Q.  And in order to test that -- do you have

12    this --

13            First of all, did you produce all -- I

14    assume this was test -- did you produce all

15    testing for all mines in North America and all --  12:57

16    and reference all secondary sources that you would

17    be relying on to make that opinion in this case?

18        A.  Well, that's five and a half years' worth

19    of work, close to, you know, 400 and change of

20    samples that have been sourced for every one of    12:57

21    the mines.  No, I haven't produced all that.

22        Q.  And other than the declaration that we

23    marked as Exhibit 23, do you have anything -- and

24    Exhibit 6, which is your exposure notes, and

25    Exhibit 4, which is your deposition notes report,  12:58
```

Page 451

1    do you have anything -- any opinions written

2    down -- are there any opinions outside of those

3    three documents that you are providing with

4    respect to Safeway, other than this opinion that

5    all mines in North America contain asbestos?        12:58

6            MR. REID:  Ignores former testimony.

7    Overbroad.  Assumes facts.

8            THE WITNESS:  You know, I think over the

9    last few hours, we've covered all my opinions

10   about asbestos in the North American cosmetic talc  12:58

11   mines as well as what some would say are the

12   industrial talc mines.

13   BY MR. RISING:

14       Q.  And you would agree that for me to test

15   that opinion, Dr. Longo, I would need to see all    12:59

16   of the testing, all of the backup, all of the

17   documents that not only indicate the results of

18   the testing, but what you tested and where -- and

19   the mine source that it came from in order to test

20   your opinion?                                        12:59

21           You agree with that?

22           MR. REID:  Assumes facts and overbroad.

23           THE WITNESS:  My answer would be no.  This

24   is my opinions, and it's based on all this work.

25   You know, show me -- show me data that -- show me   12:59

Page 452

```
 1    something that proves me wrong.

 2    BY MR. RISING:

 3         Q.  You understand you're representing --

 4    you're testifying on behalf of the plaintiff in

 5    this case, Dr. Longo?                              13:00

 6         A.  I understand.

 7         Q.  And you understand that plaintiff has the

 8    burden of proof in this case?

 9            MR. REID:  Calls for a legal conclusion.

10            THE WITNESS:  Well, I'm not an attorney.   13:00

11    I'm just telling you the work we've done.  So I --

12    let's -- you know, you're asking me questions on

13    why.  I'm telling you why.

14            So it's not clear to me that -- that the

15    amount of documentation that I would have to        13:00

16    produce would be literally almost 400 -- over 400

17    separate analysis that would fill this desk and be

18    nothing different than what you have already seen,

19    except it would just be a bunch more.

20    BY MR. RISING:                                      13:00

21         Q.  But you would agree that the -- you're

22    relying on that to provide your opinion with

23    respect to Safeway in this case?

24         A.  Well, that's a "yes" and "no."  I'm

25    relying on everything I've stated here, but that's  13:01
```

Page 453

```
 1      just more confirmation about my opinions are

 2      correct.

 3          Q.  Are you prepared at trial to -- to sit

 4      down and show -- and walk the jury through all the

 5      information that you rely on for each mine in        13:01

 6      North America, including each mine in Montana, to

 7      show them everything that you rely on with respect

 8      to forming an opinion that any bottle of talc that

 9      comes out of that mine has some level of asbestos

10      in it?                                               13:01

11              MR. REID:  Hold on.

12              Early, could I have that question read

13      back.

14              (Record read by the court reporter.)

15              MR. REID:  Overbroad.  Assumes facts.       13:02

16              THE WITNESS:  I think that would be about

17      a week of testimony.  I'm not sure I'm scheduled

18      to do that.

19              I'm prepared to tell the jury just what I

20      have told you.  I'm prepared to provide this        13:02

21      information that we have on here and why I believe

22      this.  But you, obviously, have an opportunity to

23      cross-examine me and point out what you believe

24      are all the defects in my opinions.

25      BY MR. RISING:                                       13:02
```

Page 454

```
 1          Q.  And I just want to make -- I just want to

 2     make it clear, Dr. Longo, that part of what you

 3     are relying on to form these opinions is testing

 4     that you've done on what you call over 400 bottles

 5     of -- of cosmetic talc, and you have not provided      13:02

 6     that -- the results of that testing or any

 7     evidence that the bottles actually come from a

 8     particular mine for me to review in advance of

 9     this deposition.

10          A.  No, I'm not relying on these 400.  I'm       13:03

11     just answering your questions.  They -- they

12     confirm what I've been telling you.  So I don't

13     know what else to tell you.

14          Q.  Have you told me everything -- all -- have

15     you provided to me all of your opinions with        13:03

16     respect to Safeway that you intend to offer in

17     this case?

18               MR. REID:  Overbroad.

19               THE WITNESS:  As I stated earlier about

20     Montana -- and, certainly, Chinese, we have the      13:03

21     same -- the same thing, as most all the Chinese

22     that we have done is J&J.  They may be happy to

23     share it all with you.  I don't know.

24               But I've given you my basic opinions, you

25     know, as I sit here now.  I hope I've covered them   13:04
```

Page 455

1    all.

2    BY MR. RISING:

3        Q.  Oh, I had another question for you.  Are

4    you -- is -- are the mines that J&J gets its talc

5    from in China, are those the only mines that          13:04

6    produce cosmetic talc in China, or have produced

7    cosmetic talc in China at any point in time?

8        A.  Well, it's the Guangxi region, and there's

9    probably five mines there.  But those five mines

10   have all the same product in it because it's the      13:04

11   same issue with the -- with th Guangxi region that

12   it is with Montana; it's all in the same belt.  So

13   it's -- you know, J&J has used a number of the

14   different ones in Guangxi, and so has others, but

15   it's all the same.                                     13:05

16       Q.  And my question is -- like, I understand

17   where J&J gets its talc from -- is there any

18   other -- is it your opinion that those are the --

19   that's the only talc that comes out of China and

20   has come out of China at any point in time?           13:05

21       A.  It's the only mines where manufacturers

22   have gotten their cosmetic talc.

23       Q.  And what's your basis for that

24   understanding?

25       A.  Information provided by Johnson & Johnson  13:05

Page 456

```
 1    in their discovery as well as others that have

 2    used Chinese, such as Chanel from about the year

 3    2001 on; Avon -- I forget what year on.  Let's see

 4    who else.  There may be a few others.

 5           That's the ones I can think of off the top    13:06

 6    of my head.

 7        Q.  Have you produced the J&J information, the

 8    Avon information, or the Chanel information that

 9    you just referenced to me -- to us in this case?

10           MR. REID:  Overbroad, assumes facts, and    13:06

11    calls for a legal conclusion regarding

12    obligations.

13           THE WITNESS:  The same answer as with all

14    our Montana things that you asked me about.

15    BY MR. RISING:                                       13:06

16        Q.  Well --

17        A.  -- which would be no.

18        Q.  -- for information that you've gotten from

19    a specific manufacturer, that's not publicly

20    available information that we can go get; correct?  13:06

21    We would have to go to that manufacturer?

22        A.  I mean, I don't know.  I guess.

23        Q.  All the information that you were

24    provided, you were provided in litigation;

25    correct?                                             13:07
```

Page 457

1      A.  Well, from -- the actual documents from

2   different manufacturers, yes.  I'm not sure I

3   would have been very successful at contacting them

4   directly.

5      Q.  And do you have any reason to believe that  13:07

6   I would be any more successful in contacting them

7   directly on behalf of Longs?

8      A.  I mean, aren't you defense attorneys in

9   this litigation some sort of brotherhood; share

10  and share alike?                                   13:07

11     Q.  I don't know if that's true.  Let me --

12     A.  You don't know that's true?  Oh, man.

13  That's not...

14     Q.  But at any rate, you haven't -- you

15  haven't provided that.  That's not part of your    13:07

16  file in this case; correct?

17          MR. REID:  Vague and ambiguous as

18  to "file."

19          THE WITNESS:  Well, I didn't know if it

20  was necessary or not.                              13:08

21  BY MR. RISING:

22     Q.  You understand that every time you give a

23  deposition that you're expected to provide the

24  file of documents and information that you are

25  relying on; correct, Dr. Longo?                    13:08

Page 458

```
 1            MR. REID:  Calls for legal conclusion,
 2    assumes facts regarding obligations.
 3            THE WITNESS:  I have what I am relying on.
 4    I have provided it.
 5    BY MR. RISING:                                    13:08
 6        Q.  Okay.
 7        A.  I can't anticipate what questions you may
 8    ask that somehow -- I didn't know that, you know,
 9    you wanted -- that somebody would actually ask for
10    every analysis we've ever done in cosmetic talcs   13:08
11    for the different sources.
12            And I have been giving this opinion for a
13    while now, so I don't know what depositions of
14    mine you may have read or not.  So, you know, I
15    can't -- you know, I'm not -- I'm not an attorney.  13:08
16    So alls -- I can only provide what I think is
17    necessary.
18        Q.  Let's move -- oh, Dr. Longo, you don't
19    have any opinions with respect to any store-brand
20    talcum powder sold by Lucky; correct?              13:09
21        A.  If Lucky sold store-brand talcum powder, I
22    wouldn't have any opinions about Lucky itself on
23    what they were responsible for, for who knew what
24    when about asbestos, or should they have put
25    warnings on, et cetera.                            13:09
```

Page 459

```
 1              I have containers I have purchased from

 2    Lucky's, such as Johnson's Baby Powder.  I'm

 3    only -- I'm only interested in what they're

 4    selling, and it doesn't matter where it came from.

 5    It doesn't matter if the container came from        13:09

 6    Lucky's or Rite-Aid or whoever.

 7         Q.  And my question is a little -- I guess let

 8    me put a finer point on it.

 9              You haven't tested any Lucky store-brand

10    baby powder and don't have any opinions about       13:10

11    testing of Lucky store-brand baby powder that you

12    are providing in this case; correct?

13         A.  I'm not aware that Lucky's made a

14    store-brand baby powder.  However, hypothetically,

15    if they did, I would have the same opinions about   13:10

16    the store-brand baby powder that I have with

17    Safeway; if it was from some mine in North America

18    or the mine in South America, I would have

19    opinions that, yes, it more likely than not would

20    have asbestos in it.                                13:10

21         Q.  And, again, that's based on documents that

22    you have showing the mine sources for -- for each

23    of the cosmetic talc samples that you've tested

24    over time, and that -- that's in excess of

25    400 bottles; correct?                               13:10
```

                                            Page 460

1        A.   And information, you know, we received

2    over -- you know, from different manufacturers on

3    their source as well as the sources from the

4    distributors, where they bought a lot -- you know,

5    where they purchased the talc, what their source      13:11

6    was, you know, Whitaker, Clark & Daniels or

7    others.

8        Q.   And just to be clear, none of that was

9    produced as part of your file that you produced

10   for your deposition in this case; correct?           13:11

11       A.   That is correct.  But you ask me, and I

12   tell you, and, you know, now that -- we are up to

13   an ungodly amount of paperwork.

14       Q.   I understand.

15       A.   I mean, it would have been a lot easier,    13:11

16   of course, that other than person most

17   knowledgeable just saying Montana had actually

18   given where in Montana.  It would have been easier

19   to deal with that, or, you know, China.  But

20   that's not something we got from -- from the         13:11

21   information from the actual company.

22       Q.   I want to move on to the Longs Baby Powder

23   analysis.

24       A.   Oh, I thought we had gone -- I thought we

25   got through that.  Okay.  I'm just kidding with      13:12

                                              Page 461

```
 1    you.
 2         Q.  Do you have that in front of you?  Can you
 3    pull that binder back out?
 4         A.  Excuse me?
 5         Q.  Can you pull that Longs Baby Powder        13:12
 6    analysis back out, and we'll kind of walk through
 7    it?
 8         A.  Sure.
 9         Q.  Just to make clear for this, this was --
10    this was provided in Prudencio, which is a          13:12
11    different case, and it has a -- I think it's at
12    page -- starting at page 23, it has potential
13    asbestos exposure to the use of Longs Baby Powder
14    containers.  That's all related to a different
15    plaintiff, isn't relevant to this case; is that     13:13
16    correct?
17         A.  Yes.  I mean, you could take -- based on
18    this analysis, you could take "Christina
19    Prudencio" out and put, you know, "Mr. Eagles" in
20    there.  It doesn't change anything.                 13:13
21         Q.  So you're fine just to take one
22    plaintiff's exposure analysis from one case, cross
23    out the name, put in another plaintiff in the
24    current case, and that's the exposure analysis?
25         A.  Well, the exposure analysis is based on    13:13
```

                                            Page 462

1    our results.  It's not as cavalier as saying, "I'm

2    going to cross out one versus the other."  It

3    doesn't change the analysis, one individual using

4    this product versus another individual.  So the

5    analysis doesn't change.                        13:14

6        Q.  Well, don't different people -- didn't you

7    do a different exposure analysis in this case?

8            MR. REID:  Assumes facts and overbroad.

9            THE WITNESS:  Hold on.  Oh, god.  I hate

10   this.                                           13:14

11   BY MR. RISING:

12       Q.  That's the problem with those big binders,

13   Dr. Longo.

14       A.  I know.  And it needs to be changed out.

15   So...                                           13:14

16       Q.  I'm not going to go through that, but is

17   it your opinion in this case that we can just

18   cross out a plaintiff in a different case who

19   was -- had a totally separate experience with

20   Longs Baby Powder and just write in "Mr. Eagles"?  13:15

21       A.  I don't recall how often, you know, the

22   Prudencio -- in Prudencio that this was used as

23   compared to the -- compared to the Johnson's Baby

24   Powder analysis, but the analysis of these 15

25   samples do not change.                          13:15

Page 463

```
 1              If you would have asked me without looking

 2      at that and say, "What is your opinion about

 3      that," I would have said that, you know,

 4      "Mr. Eagles would have had a significant exposure

 5      over background based on these results."         13:16

 6          Q.  Let me ask you just about -- now, first of

 7      all, you don't recall -- is there any way to tell

 8      from looking at one of your reports whether you

 9      actually looked at the samples at issue; meaning,

10      you looked -- you sat down at the microscope and   13:16

11      looked at the samples?

12          A.  I don't sit down from start to finish to

13      analyze anything like this.  I do sit in, and when

14      there is a question, you know, "What do you think

15      of this; is this something that -- that you        13:16

16      feel -- you know, is it in the range," that sort

17      of thing -- but no, I don't sit down and do from

18      the start to finish analysis for PLM or --

19          Q.  I understand start-to-finish analysis, but

20      do you -- but as you sit here today, do you recall  13:17

21      whether or not you actually looked at, through the

22      microscope, the Longs Baby Powder in order to form

23      your opinions about Longs in this case?

24              MR. REID:  Overbroad, assumes facts,

25      incomplete hypothetical.                           13:17
```

Page 464

```
 1              THE WITNESS:  I don't remember what

 2     happened, you know, over two years ago.  The

 3     opinions are based on this data that -- from the

 4     people that I have trained over the years and in

 5     charge of.  So the data itself and all the          13:17

 6     pictures and the -- and how much, et cetera.  You

 7     know, I review every piece of data in here, unless

 8     I missed something.

 9              But I couldn't tell you now -- probably

10     did, but I couldn't tell you now if, in fact, I     13:18

11     sat down and took a look through the microscope on

12     any of these.

13              It wouldn't be to base my opinion on

14     anything.  My opinion -- it would be, right at

15     that moment, what is my opinion -- what is my       13:18

16     reaction to what I am looking at?  Is that

17     something that is -- that I would call chrysotile

18     or I would call fibrous talc or I would call --

19     you know, if it happens to be on the amphibole

20     side, I would call tremolite or anthophyllite or    13:18

21     what have you.

22     BY MR. RISING:

23        Q.  And when Mr. Hines was walking you through

24     some of the slides in the Longs report, with

25     several of them, you said, "I'm not -- if we could  13:18
```

Page 465

1    look through the microscope, I could show you

2    better where -- why these were bundles or why they

3    had splayed ends" or something to that effect.  Do

4    you recall that?

5        A.  I recall it, but that's not what I -- what    13:19

6    I said was --

7            And this was one tremolite structure

8    where -- out of -- I don't know -- maybe over a

9    thousand data -- thousand different pictures --

10   hundreds and hundreds of pictures and              13:19

11   photomicrographs.  And it was only one, and -- and

12   it was one tremolite bundle where it was pretty

13   thick, but you had to look -- you had to look and

14   see those corners.

15           But you're always -- it's easier when       13:19

16   you're sitting there at the microscope because you

17   can change the focal plane, you can go up in

18   higher mag, et cetera --

19           And the individual who did this work is an

20   incredibly experienced TEM analyst, so I don't      13:20

21   have any problem with it -- but I can still see

22   the indication that is, in fact, a bundle.

23       Q.  And that kind of brings me to the point.

24   You mentioned these kind of fancy microscopes that

25   you have, the Leica ones.  I think I've seen them    13:20

Page 466

1    in a number of your reports.  When did you first

2    get those?

3        A.  We must have got them right around --

4    just -- I mean, not too far from this analysis

5    because the -- I can see that how it's set up, as    13:20

6    I recall.  And I'd have to check for sure, but I'm

7    pretty sure these are the new scopes -- or new

8    scope that was used here.

9        Q.  And so you're -- what the viewer is kind

10   of seeing when they're looking at these images of    13:21

11   what -- what you're opining is either chrysotile

12   asbestos or tremolite asbestos, it depends on the

13   quality of the microscope; is that fair to say?

14           MR. REID:  Misstates.  Mischaracterizes.

15           THE WITNESS:  Just give me a second.  I    13:21

16   want to see...

17           I'm just looking to see if we actually...

18   BY MR. RISING:

19       Q.  If you look at page 12 of 33.

20       A.  Well, I just want to look and see if --    13:21

21   you know, I have to look when these microscopes

22   were installed.

23           Okay.  Page 12.  I'm sorry.

24       Q.  You just have this reference, there.  It

25   says, "At MAS, we have new Leica DM4 P" --    13:22

                                              Page 467

1        A.   Oh, okay, yes.   These were fairly brand

2    new at the time.

3        Q.   And it talks about it's equipped with

4    certain things.   So, like, the -- which I think

5    is -- you're saying is important to be able to       13:22

6    see.

7             In particular, for your chrysotile

8    testing, your heavy liquid density separation,

9    you've -- you've opined that it is important to

10   have a microscope that's at or above the quality     13:22

11   of the microscopes that you utilize; correct?

12       A.   It makes it very -- it makes it easier.

13   We were finding chrysotile before we got these new

14   microscopes, but in order to really help us, we

15   purchased a -- what they call flat or infinity       13:23

16   lens, 4- -- I think at 4- -- 400X.   But at that

17   time, for that -- it's an old Olympus.

18             But this particular manufacturer made flat

19   objective lenses or infinity lenses not only for

20   the higher magnification but the 10X central-stop    13:23

21   dispersion lens, which makes a big difference in

22   being able to see some of the smaller structures

23   and still be able to do dispersion staining and be

24   able to get the appropriate colors.

25             Also, it has an LED light source that       13:23

Page 468

```
 1    provides a truly white light instead of some of

 2    the yellows -- a slight yellowness you can get

 3    with tungsten lights.

 4          It has a very high-resolution camera built

 5    into the microscope, as well as it comes with a    13:24

 6    very high- resolution monitor so that it allows

 7    you to see some of the structures a little bit

 8    better.

 9          For example, you know, you look at

10    Segrave's PLM analysis in this case and then look   13:24

11    at ours, the resolution that we have is such a

12    higher quality, especially at the -- you know, the

13    400X or the 600X, on what we can see.

14          So, to me, it's a much more precise PLM

15    microscope.  It's like anything else; when, you     13:24

16    know, new technology comes along where you get

17    better resolution, better objective lenses, you

18    know, it's just -- we try to keep up with the

19    advances in the techniques that -- advances in the

20    equipment.                                          13:25

21    Q.  And how is it that -- how is it that the

22    jury -- when you present this to a jury, how is it

23    that the jury can be sure that they're seeing what

24    you were seeing -- or what your analysts were

25    seeing when they looked through the microscope?     13:25
```

Page 469

1        A.  Because we'll have pictures of it.  And,

2   also, the jury will be able to understand how

3   much -- how technology gives you much better

4   resolution by just comparing Mr. Segrave's

5   photographs with ours.  And also can show how       13:25

6   Mr. Segrave's PLM analyst is misidentifying stuff.

7        Q.  And I'll get to that in a second.

8            But can you turn -- turn to page --

9   page 27 with your Table 1.

10       A.  I have to take deep breaths before I throw 13:26

11  this thing across the room.  I've got to give it

12  to my -- to somebody to get me a new one of these

13  that doesn't screw up on me.

14           Okay.  I'm at Table 1.

15       Q.  Just initially, this has -- this has       13:26

16  the -- the sample number, the product, the size.

17  And you have here "Size of JBP containers."

18           Do you mean -- is that a typo?

19       A.  Oh.  Of course.

20       Q.  Are you certain, or did you potentially    13:26

21  mix up Johnson's Baby Powder testing with Longs

22  Baby Powder testing?

23       A.  No.  It says, "Source of container" down

24  the right-hand side, "Longs Drugs."

25           No, I'm sure I grabbed that from another    13:27

                                          Page 470

1    report just to have the stuff going across, and

2    it's always one or two or three typos.

3        Q.  And then you have here, "Year of

4    manufacture."

5            That doesn't really apply to the            13:27

6    information you have here; correct?

7        A.  I'd have to get to the containers and the

8    affidavits to see what they said, when they may

9    have purchased it.

10           So I've forgotten where that information   13:28

11   came from, but it may well be in the container.

12       Q.  And I'll represent to you that it came

13   from the declarations.  But what I am saying is,

14   it doesn't really give you a year of manufacture.

15   It just gives you a range for when these people    13:28

16   could have potentially -- they believe or recalled

17   they could have potentially purchased it?

18       A.  Yeah.  Unless it's on the container, that

19   is correct.

20       Q.  So -- and we saw earlier that Mr. Eagles   13:28

21   used however many bottles of Longs Baby Powder,

22   according to his deposition testimony, through

23   sometime in the 1980s.  So there's not really any

24   of these that's more likely than not from a time

25   period that Mr. Eagles used Longs Baby Powder;     13:28

Page 471

```
 1   correct?
 2        A.  I don't know about more likely than not.
 3   You know, he said '80s, some in the '90s.  But,
 4   again, if it is all from some combination of
 5   Montana and Chinese, it really doesn't matter.      13:29
 6        Q.  Well, and let me -- but I just want to
 7   make clear here, you did say -- he did say that he
 8   stopped using Longs Baby Powder in the 1980s;
 9   correct?  That was at least according to his
10   deposition testimony.  We've already went through   13:29
11   that?
12        A.  I believe it may have been 1980s.  If it's
13   in 1980s, that's fine.
14           Whatever the mine source is through
15   here -- I'm sure I have it somewhere, what the       13:29
16   mine source is -- it really doesn't matter.
17        Q.  And you have -- you have nine of these
18   bottles that don't have any date whatsoever;
19   right?
20        A.  Correct.                                    13:30
21        Q.  And then -- and then one is after 1987, so
22   it's possible that he could have -- it's a bottle
23   representative of a time period that he could have
24   purchased a bottle, but it's also more likely than
25   not, given that it's just after, that it could      13:30
```

Page 472

```
 1   have been in 1990s or 2000s; right?

 2        A.  Could have been in the 1990s; could have

 3   been in the 2000s, 1980s.

 4        Q.  We just don't know; right?

 5        A.  Again, we don't know, but it is an issue   13:30

 6   without -- to me, without consequences.

 7        Q.  Well, to the extent that the jury wants to

 8   put any weight on the fact that we did or did not

 9   test bottles from a time period that Mr. Eagles

10   could have even purchased them, none of these       13:30

11   bottles is from that -- from a time period

12   necessarily; right?

13             MR. REID:  Argumentative.  Assumes facts.

14   Vague, ambiguous, and calls for a legal

15   conclusion.                                         13:31

16             THE WITNESS:  Again, I would -- hopefully,

17   what I could tell the jury is that the mine source

18   is more important than what the dates are.  So the

19   ones we have dates on, as long as we have the

20   similar -- the same mine source, it doesn't -- to   13:31

21   me, it doesn't matter.  But, you know, that's up

22   to the jury to decide.

23   BY MR. RISING:

24        Q.  And you'd want to have good evidence of

25   the mine source?  For example, like, with the       13:31
```

Page 473

1    Avon, you have the actual formula; right?

2            MR. REID:  Vague, ambiguous as to "good

3    evidence."

4            THE WITNESS:  Well, it would be nice if

5    Longs provide their formulas.  So why would I have    13:31

6    more information than the manufacturer?

7            And why -- we've got the container codes.

8    Longs ought to able to go through their records,

9    because those all -- container codes and tell you

10    exactly what date this was manufactured.  But I    13:32

11    haven't seen any of that yet.

12            So you're putting a burden on me that the

13    information is right there.  There's the

14    containers' codes.

15    BY MR. RISING:                                    13:32

16        Q.  I am not putting a burden on you,

17    Dr. Longo.  I'm just asking you, would you prefer

18    to have a strong link between the mine that it

19    came from, strong -- strong evidence, like -- like

20    what you believe you have for Avon?               13:32

21            MR. REID:  Argumentative.  Assumes facts.

22    Vague, ambiguous as to "strong evidence."

23            THE WITNESS:  I believe the evidence I

24    have is strong enough.  Would it be nice that more

25    information was provided from the manufacturer so    13:32

                                            Page 474

```
 1    that we wouldn't have -- even have this discussion

 2    and -- so I believe the information we have is

 3    plenty of evidence -- to me, strong evidence --

 4    and it will be up to the jury to decide one way or

 5    the other.                                    13:33

 6    BY MR. RISING:

 7        Q.  What is that information that you have

 8    with respect to where the Longs Baby Powder was

 9    mined?

10        A.  Well, we have -- 15 containers all have    13:33

11    asbestos in them, and it's all similar.  We have

12    four that have -- let's see -- one, two, three,

13    four, five, six, seven -- I think we have four or

14    five that have tremolite in them.

15        Q.  Oh, and I wanted to ask you about that,    13:33

16    Dr. Longo.

17        A.  And testimony is going to be that no

18    matter where you mined it from, it's going to have

19    some level of asbestos in it.

20            In this particular case, we've got 15 --    13:33

21    we have 15 containers of yours that have asbestos

22    in them, all 15.

23        Q.  And that's -- you found -- you found 15

24    that had chrysotile in all 15; correct?

25        A.  Correct.                                13:34
```

Page 475

```
 1          Q.  And then you found tremolite in five; is
 2     that correct?
 3          A.  That is -- was it five?  It may be four.
 4          Q.  Look at Table 2, page...
 5          A.  One, two, three, four, five.  There.  You    13:34
 6     know it better than me.  I thought it was four.
 7               And five with tremolite in it.  So...
 8          Q.  Now, these numbers, when you have, like,
 9     the 9,320 or the 9,380, 9,330, does that indicate
10     to you that that was one fiber or what you call    13:35
11     one bundle of tremolite was found?
12          A.  Yes.
13          Q.  And then -- and then -- so the -- the
14     18,700, that's two fibers of tremolite?
15          A.  Correct.  And the 27,700 is three.    13:35
16          Q.  And that would have all come from -- I
17     realize you don't shake it, but you turn it upside
18     down, and you get -- you get a couple grams out,
19     and that's how you test it?
20          A.  Yes, sir.    13:35
21          Q.  You don't dip down in the bottom of the
22     bottle and pull a sample from there; correct?
23          A.  No.  We do not -- we do not damage the
24     bottles.
25          Q.  That's -- right.  But you basically -- you 13:35
```

Page 476

1    get all your samples out of the shaker top; right?

2        A.   Correct.

3        Q.   And if we look at these, do you recall

4    that you got -- you see how the MAS sample numbers

5    go 1, 2, 3, 4, and then they start over again, 1    13:36

6    through 11?

7        A.   Yes.

8        Q.   And that's because you received four in

9    one batch from Mr. Satterley and then the next

10   eleven in another batch from Mr. Satterley?    13:36

11       A.   That is correct.

12       Q.   And do you have any understanding of what

13   Mr. Satterley or his -- his employees or the other

14   attorneys who gathered and purchased these bottles

15   from their owners -- what they did with them in    13:36

16   the interim?

17       A.   From the time frame they purchased them to

18   the time frame they sent them to me?

19       Q.   Correct.

20       A.   I would assume they're in their office    13:36

21   somewhere.

22       Q.   Do you have any -- you've been to

23   Mr. Satterley's office, I assume?

24       A.   Yes, sir.

25       Q.   And is there a place, an evidence room or    13:36

Page 477

1    something, that you have seen where they keep

2    their sample bottles or asbestos-containing

3    products for cases that they're litigating?

4         A.   I mean, I don't ask about their evidence

5    room.  I know that to get in that office, you have    13:37

6    to be -- if you're not -- you've got to be

7    escorted in.  You've got to be -- known that you

8    are showing up.  But I don't know about any

9    evidence room or not.  You have to ask

10   Mr. Satterley.                                         13:37

11        Q.   I may.

12             But you're not aware of where

13   they would -- they sort of store their either

14   samples of talcum powder products or samples of

15   brakes?                                                13:37

16             I mean, first of all, it's your

17   understanding that the Kazan law firm, where

18   Mr. Satterley is, is -- they're mostly an asbestos

19   plaintiffs side law firm; right?

20        A.   I would agree.                               13:38

21        Q.   And they -- and they have cases with all

22   different kinds of asbestos products?  Do you

23   agree with that as well?

24        A.   I'm sorry.  Could you repeat that?

25        Q.   They have cases of asbestos exposure with   13:38

Page 478

```
 1   all different kinds of products; friction
 2   products, brakes, talcum powder, other products
 3   that -- that people allege provided them with
 4   asbestos exposures?
 5       A.   That's sort of broad.  The last time I      13:38
 6   actually received asbestos products, I mean, like
 7   what you're talking about, brakes, et cetera,
 8   might have been in 2015 or 2016.
 9       Q.   Okay.  But certainly, you've received a
10   lot of talc -- cosmetic talc products from the      13:38
11   Kazan law firm -- from the Kazan law firm in the
12   last two, three years; right?
13       A.   I don't know how many out of the 400.  You
14   know, 15 here... so yeah, there's been a number of
15   samples.  Less than -- way less than 100.           13:39
16       Q.   Approximately how many from the Kazan law
17   firm since --
18       A.   I'd say less -- you know, maybe 50.
19       Q.   And you just don't know one way or the
20   other how they store them at their law firm?        13:39
21       A.   You know, are they sitting out?  Have I
22   ever seen them when I've been there the few times?
23   No.
24            Do I think that has been anything that
25   would have been problematic about -- somehow        13:40
```

Page 479

1    they're being tampered with or that it's sitting

2    somewhere that, magically, asbestos would get in

3    it of any sort?  No.  That's a brand -- that

4    building was built way after they were using any

5    asbestos products, sort of a new law office, maybe    13:40

6    in the early 2000s was built.  There was no way

7    that it was contaminated by anybody.

8        Q.  Well, you're testing -- they're sending

9    you cosmetic talc -- cosmetic talc bottles, and

10    you're finding asbestos in those cosmetic talc    13:40

11    bottles; right?

12        A.  Correct.  So it's there.

13        Q.  And some of those are opened and have been

14    opened, right, when you receive them?  For

15    example, all the Longs bottles; right?    13:40

16        A.  Correct.

17        Q.  And you'd agree that if those are not

18    properly sealed and stored together, they have a

19    possibility of cross-contaminating each other;

20    right?    13:41

21        A.  No, I don't agree with that.  That would

22    be impossible.

23        Q.  What is it that you do to the lid

24    of the -- like, how do you make sure that you are

25    not getting anything from -- that's sitting on top    13:41

Page 480

1    of a used bottle of baby powder?

2         A.   Sitting on top of a used -- you mean,

3    like, somebody has stacked two on top of each

4    other?

5         Q.   No.  Somebody left a bottle in a -- you    13:41

6    know, somebody left a bottle out anywhere,

7    somewhere in their garage, wherever, and it had

8    something on top of it.  I'm not even saying

9    asbestos, just dust or something.  How do you make

10   sure that the talc that you are shaking out isn't    13:41

11   picking that up?

12        A.   Well, you have to start looking at this at

13   a practical level.  If you look at our analysis

14   and then look at the size of the holes and you

15   look at how much we're finding in there per gram    13:42

16   and then how much would the whole bottle hold and

17   go, "How did that happen, that you would have that

18   concentration in some area be released and somehow

19   make its way down into holes and contaminate these

20   samples?"    13:42

21        Q.   Well, in several of the samples, you

22   found just --  I'm sorry.  Go ahead.

23        A.   That just did not happen.  Did not happen.

24        Q.   But in at least three of the samples, you

25   only found one fiber; right?    13:42

                                        Page 481

```
 1        A.  Yeah, we found one fiber.  But in order to

 2    find that one fiber, you have to have a detection

 3    limit of about 7-, 8,000 per gram.  And then you

 4    look at how many grams you have in there.  So

 5    we're talking about millions -- or hundreds of      13:43

 6    thousands to get in there.

 7             And where did the tremolite come from

 8    without -- if it's an accessory mineral for

 9    something, why not -- how come you're not finding

10    what else -- where the tremolite came from?         13:43

11        Q.  So have you -- you've ruled out possible

12    contamination, for the tremolite at least?

13        A.  Absolutely, as well as the chrysotile.

14    You'd have to have some source of chrysotile

15    that's being continuously released at very high     13:43

16    concentrations and somehow making its way through

17    the holes in the container because somebody left

18    it open, sitting out in the -- somewhere that

19    there's chrysotile that's being routinely

20    disturbed.                                           13:43

21        Q.  Maybe I'm misunderstanding your test, but

22    my understanding is you did the TEM test, and you

23    found one fiber.  Right?

24        A.  Correct.

25        Q.  And then everything else you're talking      13:43
```

                                               Page 482

1    about is math; right?

2        A.   Well, it's your analytical sensitivity or

3    your detection limit.  And, you know, are you --

4    is that the only fiber in the entire bottle, or is

5    there an analytical sensitivity, where you go,          13:44

6    "Okay, to find this, I've got to have this much in

7    here for me to find it."

8        Q.   And -- but that's all math and formula;

9    right?  You didn't find extra fibers; you're just

10   applying a formula, because you found one in a          13:44

11   number of grids, based upon the amount of powder

12   you were testing; correct?

13       A.   Yeah, how much we had tested, et cetera.

14   It's, you know, the same thing if you go take a

15   pint of water out of Lake Michigan and you go test     13:44

16   it and you find ten parts per million lead.  Well,

17   they didn't test the entire Lake Michigan, but

18   that would say is, "Well, Lake Michigan has got

19   lead in it."

20            All analytical chemistry, especially          13:45

21   environmental, does this.  You can't ever test the

22   whole thing.

23       Q.   You could test it twice or three times,

24   though, couldn't you?

25       A.   Certainly.  You could test it as many         13:45

Page 483

1    times as you like.

2         Q.  And you tested it once; right?

3         A.  Yes, sir, we did.

4         Q.  I assume you looked at Alan Segrave's

5    report, and you have some criticisms of            13:45

6    Mr. Segrave's analysis?

7         A.  Yes.

8              Are we done with Longs?  I can put this

9    somewhere?

10        Q.  Yeah.  I'm going to make you pick it back  13:45

11   up just to see you work out, but other than -- but

12   yeah, you're good for now.

13        A.  Well, it's a back issue.

14        Q.  That's a big binder.

15        A.  Yes.                                        13:45

16             Yes, let me -- you know, you can start on

17   page 8.  You know -- you know, he goes -- page 8,

18   paragraph Perrigo 1, 2, 3, 4 -- 5 talks about what

19   great analytical tests have been done.

20             But he also talks about OSHA here, where   13:46

21   they said, you know, only analyze asbestiform by,

22   you know, PCM and the air samples, et cetera.  But

23   they never tell you in the protocol how to do

24   that.  They have made no -- there have been no

25   adjustment or anything by OSHA to actually give     13:46

Page 484

1    you a protocol to tell the difference between,

2    quote, asbestiform and nonasbestiform.

3            Infrared testing, that is not a method

4    that is really recognized by anybody as being

5    successful.                                    13:47

6            And, of course, all the problems with J4-1

7    testing protocol.  Detection limits by XRD are

8    .1 percent, best, for tremolite.  Anthophyllite is

9    about .2, .3.  Chrysotile is .4, .5.  So J4 is not

10   something that is very reliable.                13:47

11           Let's see here.

12           Page 9, you know, it's -- Segrave uses

13   a -- uses the EPA/R-93 TEM method, he says, and

14   following that, to be asbestiform, it has to be 20

15   to 1, by that TEM method.                       13:47

16           He leaves out the fact that if you go to

17   the EPA/R-93/600 and look at the asbestos -- look

18   at the TEM analysis -- and nobody bothers looking

19   at what they reference for the TEM analysis.  They

20   don't reference the PLM analysis.  They do not say  13:48

21   20 to 1, to a hundred to one.  What they say is,

22   use the AHERA TEM method, which is greater than or

23   equal to 5 to 1, et cetera.  So he's wrong on that

24   area.

25           And I know we don't have much time, so I'm 13:48

                                            Page 485

1    just going to go to some of the -- if we go to

2    page 10, he talks about the FDA conducted a study,

3    27 samples, cosmetic-grade raw talc, 34 samples,

4    didn't find anything.

5           The -- 2009, 2010, the detection limit       13:48

6    there for finding one was, I think, about 10

7    million, where ours is 5- to 7,000.  It's not

8    surprising that you're not finding anything.

9           The New York State 1988-1 (sic) PLM and

10   198-4 TEM is an asbestos floor tile method.         13:49

11   Doesn't say anything about talc in it.  Again,

12   they say nothing was found.

13          The Interagency Working Group on Asbestos

14   in Consumer Products, he says that the white paper

15   is currently in comment period and further          13:49

16   specificity on the analytical approach may be

17   forthcoming.

18          It's not in comment period any more.  They

19   had issued their final white paper in December of

20   2022.  That method has been now kicked over to      13:49

21   ASTM D22-07 to write the protocol.  There is no

22   more comment -- comment section that I am aware

23   of.

24          And, again, I'm skipping over stuff

25   because I know we don't have a lot of time.         13:50

                                          Page 486

```
 1              You know, same thing; infrared is -- is
 2    not a technique that is sanctioned by anybody
 3    other than the USP.
 4        Q.   Where are you at, Dr. Longo?
 5        A.   Oh, I'm sorry.  I'm on, "Perrigo          13:50
 6    relied on" -- I'm on page 14, the -- go down to
 7    where you've got the little bullet points:
 8                   "Perrigo relied on testing supplied
 9              by supplier/mining entities, and the
10              testing criteria met or exceeded the     13:51
11              requirements set forth in J4-1 method."
12              The J4-1 method has a little funny thing
13    in it I don't think people realize, that if it's
14    positive by XRD for amphiboles, then you go to
15    PLM, polarized light microscopy, what the first    13:51
16    thing J- -- the first thing they say is it must be
17    milled down to -- I think a minus 325 size, which
18    only has the probability of reducing the amount of
19    tremolite or anthophyllite asbestos, because it's
20    brittle.                                           13:52
21              And you don't need to mill anything.  You
22    can take a raw talc sample, as long as it's not
23    rock.  But anything with cosmetic doesn't need to
24    be milled anymore.
25              Again, the last bullet point:            13:51
```

Page 487

```
 1                          "2010, FDA tested products and talc

 2                       ores sourced from Montana and other talc

 3                       regions... no asbestos was observed in

 4                       these talc (sic)."

 5                    Detection limit was easily 10 million.  We    13:52

 6          only -- out of these 400 samples, I think we have

 7          two, maybe three now, that was -- that was either

 8          10 million or above, three or four.

 9                    I'll skip ahead to where he's attacking

10          our work.                                               13:52

11             Q.   Just give me the page number, Dr. Longo.

12             A.   I'm just looking for when he starts on our

13          stuff.

14                    Okay.  Page 17 of 84, first line, we're

15          not accredited by the National Voluntary               13:53

16          Laboratory Accreditation Program or American

17          Industrial Hygiene Association, AIHA.

18                    We were accredited up to two years ago.

19          We were one of the first companies and -- when

20          they started their first accreditation to get it.      13:53

21                    But we had a -- we had an NVLAP -- last

22          audit we had, like, two years ago, asked us why we

23          were even bothering with this, because they only

24          come in and look at things that -- samples that

25          are for schools, which is asbestos-added products.      13:53
```

Page 488

```
 1    We haven't done any school work, AHERA school PLM
 2    work in four or five years, so they suggested we
 3    drop NVLAP because we were just wasting our money
 4    since they didn't have anything to look over.
 5            And now we're accredited, doing the exact    13:54
 6    same PLM analysis, because we get it from the
 7    exact same source, by A2LA.
 8            So he's really overstating here in how --
 9    "dramatically increases the likelihood of gross
10    errors."  You know, that's just sort of, my         13:54
11    opinion, mind up.  Our laboratory doesn't make
12    gross errors.
13            Item 2, he's right; the government agency
14    to quantify asbestos in talc -- CSM -- you know,
15    the only government agency right now that -- where   13:54
16    you have to have heavy liquid density is the State
17    of New York for looking for tremolite and
18    vermiculite.
19            But it would be hard for a government
20    agency to do this method in 1973, 1974, after       13:55
21    Johnson's -- J&- -- they developed the heavy
22    liquid density separation for chrysotile, the CSM
23    method, and after they figured out -- and I've
24    got the -- it's in the memo -- figured out that
25    the concentration method is not in the best          13:55
```

Page 489

1    interests of J&J's worldwide talc market.  In '74,

2    they stated that.

3        They deep-sixed it and never told any

4    government agency that they had already developed

5    a method for analyzing chrysotile by PLM.  FDA        13:55

6    struggled developing it.  J&J never told them they

7    already had one.

8        Okay.  Number 3, wrong.  We -- we

9    developed the -- when we had the PLM method, we

10   used RG-144 Calidria, which has an average size      13:56

11   that's longer but also has smaller -- like the

12   SG-210.  We actually made various concentrations,

13   analyzed it by PLM so that we knew what the weight

14   percent was versus what we put in it.

15       So Alan Segrave is wrong about that, that     13:56

16   we never -- you know, we're "prone to highly

17   suggestive estimates for what an analyst 'sees'

18   and, therefore, not repeatable."

19       If you go through our analysis, you will

20   see our ranges of weight percent we're finding for  13:57

21   chrysotile is in a bracket of -- not all over the

22   board.

23       Let see.  What else?

24       You know, Number 5, we "are a contributing

25   factor to erroneously misidentifying talc as       13:57

Page 490

```
 1    chrysotile," that's not true, of course.

 2            And Number 6, you looked at our PLM

 3    analysis.  It says 21 degrees centigrade.  We

 4    record every time we do a PLM analysis on what the

 5    temperature is that day.  I'm not sure why he says   13:57

 6    that.  Our microscopes don't have a strong heat

 7    source.  All the analysis here were done with LED

 8    lights.  I think anybody who's ever changed --

 9    felt an LED light, even the big ones, they're

10    hardly even warm.                                    13:58

11            And this is just a petty thing:  There's

12    no such thing as RI oils.  These are not oils.

13    They're fluid.  But that's petty.

14            "Room temperature versus temperature at

15    the stage of the microscope during analysis is      13:58

16    variable due to the strong heat source," we

17    already talked about that.  We don't have a strong

18    heat source.

19            He talks about the Johns-Manville document

20    from 1973, "Since the alpha index is less than      13:58

21    1.574, they would be mistaken for chrysotile."

22            I'm not sure that's true.  I know in that

23    document, 1973, they talk about how easy it is to

24    differentiate between fibrous talc or talc plates

25    on edge versus chrysotile.  I just looked at this    13:59
```

Page 491

```
 1    late last night, so...

 2              Number 9 is really puzzling to me:

 3                   "Dr. Longo claims to have followed

 4              the ISO 22262-1 method where PLM analysis

 5              specifies using a magnification of 400      13:59

 6              times; however, Dr. Longo testified use of

 7              a high-powered objective lens.  Notably,

 8              higher magnification above 400 to 500X" --

 9              that's not true -- "gives rise to the

10              distortion of dispersion staining colors   13:59

11              and is not specified in the ISO 22262-1."

12              Well, we do dispersion staining at a

13    magnification of 100X because at this time, the

14    only dispersion staining central-stop objective

15    lens that anybody could get was 10X.  With the      14:00

16    binoculars on top of the optical microscope makes

17    it 100X.

18              As somebody that -- Mr. Segrave, who is

19    supposed to be schooled and an expert in PLM

20    analysis, I'm not sure why he would say such a      14:00

21    crazy thing.

22              Let's go on to Number 10; again, he's not

23    following the ISO 22262-1.

24                   "Section 7.2.3.1 of the method

25              requires examination of the bulk material  14:00
```

Page 492

```
 1                by stereomicroscopy for observed fibers

 2                and subsequent analysis representative

 3                mounts by PLM, including random mounts."

 4          The size of the chrysotile fibers we're

 5     seeing and the size of the talc bundles we're       14:01

 6     seeing are not in a range that you can see with a

 7     stereo optical microscope, where the highest

 8     magnification is usually 40 times.  So that is for

 9     asbestos-added products only.  You are never going

10     to see any of this.                                 14:01

11          And we do take random mounts.  We take

12     three mounts that randomly come off a filter in

13     different spots.  So it's all random.

14          Let's go on here, see what's in the next

15     section.                                            14:01

16          Point counting in commercial bulk

17     materials.  If you want to do point counting,

18     that's fine.  Over the years, we never used point

19     counting because it's not as accurate.  And if you

20     look at the ISO 22262-1, it will tell you if you    14:02

21     have different size materials, type materials,

22     point counting isn't very accurate.  I dispute

23     that's something that you should be doing.

24          And point counting does not get you to the

25     detection limit like the method we use, which is a  14:02
```

Page 493

 1    standard method.

 2            All right.  Let's see what is next.

 3        Q.  Dr. Longo, if you want to kind of -- this

 4    goes on for -- I realize you have a lot of

 5    criticisms here.                                    14:02

 6        A.  I'll tell you what.  Let's make it

 7    something that's kind of interesting to me.  I

 8    just got to find out what I did with it.

 9        Q.  Kind of leave it to what you intend to

10    testify about if you come in next week.             14:03

11        A.   Okay.  I went through all his PLM analysis

12    where they -- we'll go to the first one, which is

13    their PLM -- well, the first one I got on the top

14    here, 5 -- 1A.  1A, they say they have -- and I'm

15    looking at page 15 of 297, where it is their --     14:03

16    and I'll just show you real quick.  It's kind of

17    their count sheet.

18            They said they found two talcs that has a

19    birefringence of 0.024 and 0.02.  There is no

20    fibrous talc out there, because they do call it     14:03

21    elongated.

22            And what's kind of significant of this is

23    going to page -- where they say elongated talc.

24    I'm assuming -- it's very unclear what we have

25    here, because if you look at this, it's taken at    14:04

                                           Page 494

1    very poor magnification on which ones they're

2    talking about for elongation.

3        Q.   What's the page number you're looking at?

4        A.   I'm looking now at page 30 and 32.  Their

5    refractive indices are pretty close to what I          14:04

6    would have called chrysotile.  That is not fibrous

7    talc.  The birefringence is not high enough.  And

8    talc does not exist in the .02 to .22

9    birefringence.  But it's very difficult for me to

10   see their elongation, exactly where this -- what      14:04

11   particles they're looking at.  That's not fibrous

12   talc.

13           Next one I have here is .005.  We got a

14   gamma of talc.  That's not talc we're looking at

15   there.                                                 14:05

16           And then I'm looking at the alpha talc,

17   which, as far as I can tell, it's at the

18   extinction limit because it's not visible

19   anywhere, you know, the perpendicular one, if you

20   move -- if you move the particles.  So it's          14:05

21   literally at the extinction limit of 1.550 in

22   those two talcs.

23           So they had 1.548 for alpha.  That's not

24   possible because it would not be at the extinction

25   limit unless there's something else on here that     14:06

Page 495

1    we can't see.

2            And then it has for gamma 1.568.  I would

3    have put that a little bit lower.

4            But again, I can't tell on these

5    elongation.  It could be a representative photo      14:06

6    here.

7            Certainly on the one, I can see, but I

8    don't have the other one.  But that is not fibrous

9    talc.  That looks just like chrysotile.  The

10   refractive indices aren't high enough.                14:06

11           Then we have -- all right.  Go to 002A.

12       Q.  Dr. Longo, what I'm going to do is I'm

13   going to mark --

14           MR. RISING:  Early, what's the next one in

15   order?                                                14:07

16       A.  002A, I'm not doing the long number, they

17   say there's two here that is talc with alpha and

18   gamma.  1.5- -- you know, one at 1.551, and 1.550,

19   it's right at the extinction limit.

20           (Reporter clarification.)                     14:07

21           THE WITNESS:  Then gamma is 1.573, and the

22   second one is 1.573.  They have a birefringence

23   range of 0.022 to 0.023, calling that moderate,

24   and I agree with that, but that is not talc.

25   BY MR. RISING:                                        14:08

                                           Page 496

 1          Q.   What is it, in your opinion, Dr. Longo?

 2          A.   Fibrous talc or talc plates on the edge

 3     always start off around .045, and the highest I've

 4     seen is 0.065.  I have never found a reference

 5     anywhere that fibrous talc is that.              14:08

 6               And looking at the gamma, the 1.573 is a

 7     little too -- is, in my opinion, too high for

 8     that.  I agree with the alpha.

 9               The elongation from both the northwest and

10     northeast, you have -- you have -- these are       14:09

11     negative elongations for both of them.

12               And neither talc nor chrysotile has that.

13     This is a misidentification of talc.  I'm not

14     aware of much minerals -- now, brucite will have

15     negative elongation, but when you turn it to the   14:09

16     north -- to the northeast/southwest direction, you

17     get positive elongation, and it doesn't have

18     either of this.

19               So this would be a mystery mineral unless

20     they've done something wrong.                      14:09

21               I'm making sure.  4A, again, alpha, gamma.

22     They got same refractive -- same birefringence.

23     The gamma is a little too high, in my opinion.

24     But these are pictures.

25               Again we have an elongation for the talc.  14:10

                                              Page 497

1       You're getting what talc plates are.

2               If this was elongated talc, it should

3       be -- it should be positive in -- in the one

4       direction, but it shouldn't -- it has -- it has

5       both a gamma and an alpha reading.  You can't have    14:10

6       it positive in both directions -- I mean, excuse

7       me -- negative in both directions.  It doesn't

8       make any sense to me.  Maybe Mr. Segrave can --

9       that was 4A.

10              Next one I have here is page 20, 006A.       14:11

11      Alpha is at extinction.  Gamma is 1.56 now.

12      Birefringence of 1.019 moderate fibrous talc.

13              Again, page 54 and 55 shows that the

14      elongation is both negative.  The -- only the

15      number -- only the one on 55 ought to be negative.  14:11

16      The one on 54 should be positive because we do

17      have two -- we have an alpha that's 1.550.  Gamma

18      cannot be 1.550.  It's got to be an extinction.

19      So you only kind of get that with talc plates.  If

20      you look at the alpha, you got kind of a bluish     14:12

21      color there, from what I can see.

22              The talc plates don't change because

23      that's the Beta direction.  But the gamma, that is

24      not 1.550.

25              So it's unclear what that is, at least in   14:12

Page 498

1    my opinion.

2         9A is the next one.  We have alpha at

3    1.550; we have gamma at 1.569; a birefringence of

4    0.019, moderate.

5         We have gamma at 1.550 and alpha at 1.550  14:13

6    with an extinction.  So we have a high and low.  I

7    agree with the alpha.  I don't understand how this

8    could be 1.550 with kind of a yellowish-gold

9    color, which would put us up in the 1.56566.

10        And I think if we go back to some of these 14:13

11   others -- might have just got something wrong

12   here?  Well, I have 9A and I have 9A on -- I'm

13   sorry.  That's got to be the -- I apologize.

14   That's got to be the RI fluid -- it's actually

15   1.569.  It should be more yellow than that.  And   14:14

16   the alpha -- strike what I've said in the past

17   because they've got the refractive indices on

18   here.  I'm just getting tired.

19        1.550, I agree with that.

20        Now, the elongated talc on page 67, what   14:14

21   they're calling talc, that is a positive

22   elongation.  So it's known as a slow length.

23        And the gamma, the other, 168, that is

24   what you would expect for fibrous talc, but it's

25   not fibrous talc because the refractive indices   14:15

Page 499

1    are -- excuse me -- the refractive indices for

2    determining the birefringence is not nearly what

3    is required.  There is no talc at 0.019.  That's

4    chrysotile we're looking at.  Because in my

5    opinion, the gamma is -- the gamma direction is        14:15

6    not 1.569.  That's going to be more yellow versus

7    this more golden color.  It's got to be down

8    towards the 1. -- 1.64, 1.65.

9           So actually, in my opinion, 009A, in order

10   for that to be elongated talc, the birefringence        14:16

11   has to be at least 0.045 and higher.

12          Just want to go in order here.

13          11A, alpha 1.549.  Let me see what alpha

14   is.

15          Alpha is wrong, 1.549, because if you go        14:16

16   to page 80, which is the alpha, quote, talc

17   compared to page 81, which is the gamma, and you

18   turn that to the right to put it in the

19   perpendicular direction, if I'm looking at this

20   right -- wait a minute.                                 14:17

21          When you get -- if we're looking at the

22   right structure, we're getting in the

23   perpendicular direction, it's got extinction,

24   which a matching wavelength has to be around 1.550

25   instead of -- since you're using 1 .550.              14:18

Page 500

```
 1              And if you have 1.550, then you have a

 2    birefringence that's going to be 1.55 -- well,

 3    1.549, I can't argue with that.  I think their

 4    gamma is off.  Anyway, 0.019 is too low.

 5              And I guess looking at page 78, elongated    14:18

 6    talc, very hard with the resolution on this,

 7    should be bigger, but I won't -- certainly the --

 8    page 79 is appropriate.  Page 78, there is blue in

 9    there.  So again, I would call that chrysotile.

10    Birefringence is way off to be talc.                   14:19

11              On page 14A, we got alpha at 1.551, gamma

12    at 1.572.

13              1.572 has to be way more yellow than that.

14    The alpha talc on page 89, I agreed with, 1.549.

15              The -- on 88, that would positive           14:19

16    elongation.

17              And 87, that's appropriate.

18              So again, that's not talc.  That's

19    chrysotile, in my opinion.

20              Last but not least, 15A, starting on         14:20

21    page 29.  We have our alpha at 1.549; again, gamma

22    at 1.574; birefringence of 0.25.

23              The photograph in gamma, at least what I'm

24    looking here, is much lower than 1.574.  That's in

25    the 1.56-something range.  I agree with the alpha.   14:20
```

Page 501

```
 1              On page 92, we have blue on the corners,
 2     and then all yellow when we go to the other side
 3     of elongation of a direction.  Close enough, I
 4     guess.
 5              I don't know how good their PLM microscope  14:21
 6     is.  That's why, you know, when we compare it to
 7     ours, it's much better resolution.
 8              But that's closer than chrysotile.  And
 9     again, the birefringence at 0.025 is -- you'll
10     never find any fibrous talc like that, talc plates  14:21
11     on edge.  Okay.
12        Q.  What's the takeaway -- you went on for a
13     while there.  What's the takeaway from all that if
14     you had to sum that up?
15        A.  The takeaway all this is they are           14:22
16     completely misidentifying what they're calling
17     elongated talc, not even close to what you should
18     have both in the refractive indices as well as the
19     birefringence.
20        Q.  And what is it?  You said sometimes you     14:22
21     thought it was chrysotile and sometimes you didn't
22     know?
23        A.  Well, some of it doesn't make any sense to
24     me.  I have not come across anything in these
25     minerals that has -- for biaxial anisotropic       14:22
```

Page 502

```
 1    mineral that has a double refraction that would

 2    have both an elongation both -- two negative in

 3    both directions.  One should be positive or

 4    negative, and the other one should be -- if it's

 5    negative, it should be positive, and if it's        14:22

 6    positive, it should be negative.

 7            Here we have two negatives.  It doesn't

 8    make any sense to me.  So I can't tell you what

 9    that is.

10            Now, the ones where we have positive      14:23

11    elongation and negative elongation for that as

12    well as put the proper -- number one, even with

13    these slightly out gammas, it is nowhere near what

14    fibrous talc would be.  We're looking at a

15    threefold -- almost a threefold difference in the   14:23

16    birefringence versus what's being reported here.

17        Q.   Anything else, Dr. Longo?

18        A.   Well, you know, I don't think we have time

19    anymore, you know, where to go.  Mr. Segrave has

20    32 things -- 33 things that he doesn't like about   14:23

21    my report.

22        Q.   Do you agree --

23        A.   He used to work for me.

24        Q.   Do you agree with anything in the 33?

25        A.   Let's see.  Number 34, Dr. Longo is the    14:24
```

Page 503

```
 1    best scientist I've ever worked for.  Not.  No,
 2    there is no 34.
 3        Q.  Dr. Longo, is there any opinions that you
 4    intend to offer at trial about Safeway, long --
 5    Longs or Lucky that you haven't shared with me       14:24
 6    today?
 7        A.  I don't know.  I don't know what
 8    hypotheticals I'm going to be given.  And even
 9    though you've done a very thorough job, I have no
10    idea what you might ask on cross.                     14:24
11            But I feel like I've given you my basic
12    opinions, so it should be -- you know, I can't
13    think of anything else, as I sit here right now.
14        Q.  Do you plan to do any additional work
15    before you testify either next week or the           14:24
16    following week?
17        A.  You mean starting tomorrow morning real
18    early, I start reanalyzing these in 1.560?  No.
19        Q.  Plenty of time.  There's 24 hours in a
20    day, Dr. Longo.                                       14:25
21        A.  No, sir.  I don't really believe in
22    bushwhacking attorneys, going and doing something
23    like that.  I don't really believe in it.  I know
24    you guys love to do that to me, but, you know,
25    that's your job.                                      14:25
```

Page 504

```
 1          Q.  Well, hopefully, it wasn't too painful.
 2          A.  No, sir.  And I appreciate your
 3     professionalism.  It was fine.
 4               MR. RISING:  All right.  I thank you for
 5     your time.  I look forward to meeting you next      14:25
 6     week.
 7               THE WITNESS:  All right.  Me, too.
 8               MR. RISING:  All right.  That's all the
 9     questions I have for today.
10               THE WITNESS:  I think we must have hit our 14:25
11     five hours by now.
12               MR. RISING:  I think we did.
13               THE WITNESS:  5:25.
14               MR. HINES:  Thank you, Counsel.
15               THE WITNESS:  Thank you, guys.  And I      14:25
16     guess I'll see some of you next week.
17               MR. RISING:  Yeah.  See you.  Bye.
18               THE WITNESS:  All right.  I'm leaving.
19               THE VIDEOGRAPHER:  We are off the record
20     at 5:26 p.m.  This concludes today's testimony      14:26
21     given by William Longo, Ph.D., Volume III.  The
22     total number of media used was four and will be
23     retained by Veritext Legal Solutions.  Thank you.
24                         (Whereupon, the deposition was
25                          concluded at 5:26 p.m.)
```

Page 505

```
 1                    SIGNATURE OF DEPONENT

 2

 3          I, the undersigned, WILLIAM LONGO, Ph.D.,

 4     do hereby certify that I have read the foregoing

 5     deposition and find it to be a true and accurate

 6     transcription of my testimony, with the following

 7     corrections, if any:

 8

 9     PAGE      LINE                          CHANGE

10     ____      _____

11     ____      _____

12     ____      _____

13     ____      _____

14     ____      _____

15     ____      _____

16     ____      _____

17     ____      _____

18     ____      _____

19     ____      _____

20     ____      _____

21     ____      _____

22     ____      _____

23     ____      _____

24     _____

25                    WILLIAM LONGO, Ph.D., Date


                                       Page 506
```

```
1    STATE OF CALIFORNIA

2                                    ss.

3    REPORTER'S CERTIFICATE

4

5

6         I, EARLY LANGLEY, a Certified Shorthand

7    Reporter, State of California, do hereby certify:

8         That WILLIAM LONGO, Ph.D., in the foregoing

9    deposition named, was present via Zoom and by me

10   sworn as a witness in the above-entitled action at

11   the time and place therein specified;

12        That said deposition was taken before me

13   via Zoom at said time and place, and was taken

14   down in shorthand by me, a Certified Shorthand

15   Reporter of the State of California, and was

16   thereafter transcribed into typewriting, and that

17   the foregoing transcript constitutes a full, true

18   and correct report of said deposition and of the

19   proceedings that took place;

20   IN WITNESS WHEREOF, I have hereunder subscribed my

21   hand on November 6, 2023.

22

23        EARLY LANGLEY, CSR NO. 3537
          State of California

24

25

                                        Page 507
```

```
 1    Michael Reid, Esq.

 2    Mreid@kazanlaw.com

 3                                    November 6, 2023

 4    RE:  MARLIN LEWIS EAGLES vs.  ARVINMERITOR, INC.

 5    November 3, 2023, William Longo, Ph.D. (JOB NO. 6298688)

 6    The above-referenced transcript has been

 7    completed by Veritext Legal Solutions and

 8    review of the transcript is being handled as follows:

 9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10       to schedule a time to review the original transcript at

11       a Veritext office.

12    _X_ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13       Transcript - The witness should review the transcript and

14       make any necessary corrections on the errata pages included

15       below, noting the page and line number of the corrections.

16       The witness should then sign and date the errata and penalty

17       of perjury pages and return the completed pages to all

18       appearing counsel within the period of time determined at

19       the deposition or provided by the Code of Civil Procedure.

20    __ Waiving the CA Code of Civil Procedure per Stipulation of

21       Counsel - Original transcript to be released for signature

22       as determined at the deposition.

23    __ Signature Waived - Reading & Signature was waived at the

24       time of the deposition.

25
```

Page 508

1     __ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF

2        Transcript - The witness should review the transcript and

3        make any necessary corrections on the errata pages included

4        below, noting the page and line number of the corrections.

5        The witness should then sign and date the errata and penalty

6        of perjury pages and return the completed pages to all

7        appearing counsel within the period of time determined at

8        the deposition or provided by the Federal Rules.

9     __ Federal R&S Not Requested - Reading & Signature was not

10       requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Aiken Welch, A Veritext Company
510-451-1580

```
 1    MARLIN LEWIS EAGLES vs.  ARVINMERITOR, INC.

 2    William Longo, Ph.D. (JOB NO. 6298688)

 3                    E R R A T A   S H E E T

 4    PAGE_____ LINE_____ CHANGE_____

 5    _____

 6    REASON_____

 7    PAGE_____ LINE_____ CHANGE_____

 8    _____

 9    REASON_____

10    PAGE_____ LINE_____ CHANGE_____

11    _____

12    REASON_____

13    PAGE_____ LINE_____ CHANGE_____

14    _____

15    REASON_____

16    PAGE_____ LINE_____ CHANGE_____

17    _____

18    REASON_____

19    PAGE_____ LINE_____ CHANGE_____

20    _____

21    REASON_____

22

23    _____    _____

24    WITNESS                                Date

25

                                              Page 510
```

**[& - 1.590.]**

| **&** |
|---|
| **&** 285:17 286:16 287:1,5 288:8,24 289:2 289:10 298:6 301:7,8,15,19 303:22,23 304:19 305:5 375:8 393:25 394:24 402:22 403:16,24 404:5,6 406:5 456:25 461:6 508:23 509:9 |

| **0** |
|---|
| **0** 398:13,14 |
| **0.00009** 374:8 376:14 |
| **0.0001.** 374:5 |
| **0.0005** 398:22 |
| **0.005** 414:22 |
| **0.012** 324:24 |
| **0.017** 317:9 |
| **0.019** 499:4 501:4 |
| **0.019.** 500:3 |
| **0.02.** 494:19 |
| **0.022** 496:23 |
| **0.023** 496:23 |
| **0.024** 494:19 |
| **0.025** 502:9 |
| **0.035** 317:10 |
| **0.045** 500:11 |
| **0.065.** 497:4 |

**0.1** 325:4 379:11
**0.25.** 501:22
**00005** 398:25
**001** 308:5 340:14,15 341:10 381:4
**002** 308:12,23 347:8,9 360:8
**002a** 496:11,16
**003** 309:8,12 353:2,6,10
**003-001** 352:19 353:14
**004** 309:19 317:13
**005** 355:5,6 495:13
**006** 359:6 360:9
**006a** 498:10
**008** 363:10
**009a** 500:9
**01** 381:4
**017** 317:13
**02** 495:8
**045** 497:3

| **1** |
|---|
| **1** 326:18 337:1 343:4 350:7,12 350:16,19,21 350:21 354:1,1 355:5,14 358:7 360:3 361:4 364:6 379:2,11 |

396:11 398:15 402:2 413:8,9 470:9,14 477:5 477:5 484:18 485:8,15,21,23 500:8,25 509:1
**1.002.** 308:23
**1.019** 498:12
**1.20** 317:14
**1.493** 314:17 316:9,23
**1.5** 342:8 496:18
**1.517** 314:18 316:10
**1.546** 314:17 315:4
**1.548** 495:23
**1.549** 340:6 500:15 501:3 501:21
**1.549.** 500:13 501:14
**1.55** 501:2
**1.550** 319:11,12 319:14 320:16 320:19 328:3,8 335:10 495:21 496:18 499:3,5 499:5,8,19 500:24 501:1
**1.550.** 319:12 320:24 331:18 498:17,18,24

**1.551** 496:18 501:11
**1.557** 314:18 315:5 316:23 340:6
**1.558** 339:6 340:3
**1.559.** 329:12
**1.56** 498:11 501:25
**1.560** 320:16 325:15,23,25 326:3,21,22 329:12 504:18
**1.560.** 325:20 325:22
**1.562** 329:12
**1.565** 326:23
**1.56566.** 499:9
**1.568** 340:3
**1.568.** 496:2
**1.569** 499:3
**1.569.** 499:15 500:6
**1.570** 326:22
**1.572** 501:13
**1.572.** 501:12
**1.573** 496:21 497:6
**1.573.** 496:22
**1.574** 491:21 501:22
**1.574.** 501:24
**1.590.** 342:15

Page 1

**[1.64 - 2016]**

**1.64**  500:8
**1.65**  308:20
**1.65.**  500:8
**1.68.**  308:20
**1.9**  363:25
**10**  328:1,3
337:3 350:21
350:21 360:2
396:23 402:13
402:14,20
403:10 441:20
441:20 486:2,6
488:5,8 492:22
**100**  337:2
479:15
**1000**  287:16
**10036**  287:8
**100x**  492:13,17
**10x**  468:20
492:15
**11**  338:5 388:4
428:17 477:6
**11/14/2018**
284:8 298:10
**11/2023**  284:10
**1185**  287:6
**11:59**  322:7
**11a**  500:13
**12**  402:13,15
403:10 441:19
467:19,23
**12:10**  322:10
**13**  323:2
324:24 325:19
403:10 427:4,4

**428:13** 441:19
**1309-008**  361:4
**14**  487:6
**1400**  287:16
**144**  327:25
335:9 490:10
**14a**  501:11
**15**  323:6
402:14 408:22
409:3 417:11
417:13 444:14
463:24 475:10
475:20,21,22
475:23,24
479:14 494:15
**15a**  501:20
**168**  309:13
499:23
**17**  290:8
310:17 488:14
**18,700**  476:14
**1866**  331:18
**1866b**  325:7
326:12,16
329:7
**19.1.**  355:16
**19.4**  360:5,20
**1900s**  296:16
**1920**  293:10
**1920s**  293:14
297:24
**1926**  291:5
**1927**  291:4,5
**1950**  435:15

**1950s**  385:13
390:7 392:12
392:17 393:6
394:15 435:3
435:15,18
443:19,20
**1955**  390:3
**1960s**  390:7,22
391:25 393:6
394:9
**1970s**  392:20
**1973**  375:9
489:20 491:20
491:23
**1974**  489:20
**1975**  293:10
**198-4**  486:10
**1980**  398:12
**1980s**  390:7,22
391:25 392:13
392:21 393:6,7
393:11 394:9
394:16 471:23
472:8,12,13
473:3
**1987**  432:3
433:12 434:25
435:1,8,9,12
472:21
**1988-1**  486:9
**1990s**  390:7
392:13,17,22
393:7,11
394:16 473:1,2

**1:13**  364:23
**1:24**  365:1
**1a**  494:14,14
**1csm**  307:21

**2**

**2**  322:9 359:16
360:2,2,10,17
364:6,6 385:6
396:12 413:9
440:18 476:4
477:5 484:18
485:9 489:13
**2,000**  427:8
450:18
**2.12.**  311:20,21
**2.2**  355:15,18
**2.65**  324:17
**2.85.**  420:21
**20**  350:12,16
355:14 358:7
440:5 485:14
485:21 498:10
**200**  341:24
409:3,5
**2000s**  435:19
473:1,3 480:6
**2001**  457:3
**2009**  486:5
**2010**  486:5
488:1
**2015**  401:2,14
479:8
**2016**  401:2,13
479:8

**[2017 - 41]**

**2017** 385:13
390:4 400:24
401:6,9,9,12
**2018** 299:5
401:6
**2020s** 296:17
**2021** 322:25
323:2,7,18,23
324:4 325:19
336:15 341:19
417:18
**2022** 326:10
486:20
**2023** 282:14
285:4 288:5
290:9 310:17
318:10 388:4
507:21 508:3,5
**2025.520** 508:9
508:12
**2029** 286:17
**20s** 295:2
**21** 338:22
429:16 491:3
**210** 327:24,24
327:25 328:3,6
329:3 335:8,14
335:21 415:10
490:12
**212** 287:9
**21202** 286:7
**21370** 507:22
**22** 397:13
427:22 495:8

**22261** 331:13
**22262-1** 311:13
331:14 492:4
492:11,23
493:20
**22cv018294**
282:5 288:11
**23** 381:25
407:13 451:23
462:12
**24** 504:19
**25** 427:9
**27** 470:9 486:3
**27,700** 476:15
**28** 339:24
**282** 282:13
**283** 396:22,23
397:2
**284-3880**
286:20
**289** 283:3,5
284:4
**29** 501:21
**290** 284:5
**292** 284:6
**295** 284:7
**297** 494:15
**298** 284:8
**2:59** 431:14

**3**

**3** 282:13,14
284:4 285:4
288:5 289:24
354:1 360:17
363:9 364:6,6

364:25 392:3
392:18 477:5
484:18 485:9
490:8 508:5
**3,000** 448:24
**30** 296:15
360:2,3 427:11
495:4 509:1
**300** 286:18
341:23,24
**302-1000**
285:21
**306** 284:9
**310** 286:20
**317** 284:10
**32** 495:4
503:20
**322** 283:6
**325** 487:17
**33** 467:19
503:20,24
**334** 396:18
**34** 486:3
503:25 504:2
**346** 284:12
**34th** 287:7
**35** 284:4
289:24,25
291:15
**3537** 282:23
507:23
**36** 284:5,5
290:23,24
309:25

**365** 283:7
**37** 284:6
291:25 292:10
**38** 284:7 295:3
**39** 284:8
298:11,12
**395** 284:13
**3:28** 431:17

**4**

**4** 359:13 364:7
374:8 384:25
385:1 387:16
387:25 388:12
389:20 390:12
398:13 402:1
431:16 450:19
451:25 468:16
468:16 477:5
484:18 485:9
**4,000** 448:24
**40** 284:9
306:19,22
352:8 444:21
493:8
**400** 285:19
342:2 451:19
453:16,16
455:4,10
460:25 479:13
488:6 492:5,8
**400x** 468:16
469:13
**41** 284:10
317:23,25
346:8,13,14,21

**[42 - a.m.]**

**42** 284:12
346:8,15,16,17
**42.1** 355:15,18
**425** 342:2
**43** 284:13
331:17 395:6,7
**434** 284:15
**44** 284:15
434:18,20
**450** 339:4,10,18
**4a** 497:21
498:9

**5**

**5** 348:25 350:7
350:19 364:7
398:13 484:18
485:9,23 486:7
490:24 494:14
**5,000** 448:23
450:19
**50** 397:2
444:22 479:18
**500** 320:9
371:13,14
**500x** 492:8
**507** 282:13
**510** 285:21
**52** 402:1 439:9
439:12
**5346** 287:9
**537** 402:9
**54** 498:13,16
**540** 340:11
**55** 285:18
498:13,15

**550** 500:25
**5:25** 505:13
**5:26** 505:20,25

**6**

**6** 319:8 360:1
364:7 388:3,4
388:13 394:19
401:16 403:13
451:24 491:2
507:21 508:3
**6,000** 448:24
**60** 360:2
444:22
**600x** 469:13
**60s** 390:17
435:18 443:20
443:20
**6298688** 282:24
508:5 510:2
**630** 339:4,10,17
340:7,10
**64** 342:9
**67** 499:20
**68** 342:9

**7**

**7** 353:25 360:1
364:7 482:3
**7,000** 486:7
**7.2** 354:1
**7.2.3.1** 492:24
**70** 301:16
397:1 444:22
444:22

**70s** 424:13
427:10 428:25
435:19 443:20
**73** 396:16
**737** 287:18
**74** 429:1 490:1
**75** 386:24
429:1 450:4
**78** 501:5,8
**78701** 287:17
**79** 501:8
**790** 287:9

**8**

**8** 337:23 338:1
338:3,4,4,6
360:16 484:17
484:17
**8,000** 482:3
**80** 444:22
500:16
**800** 341:25
342:4
**802-1820**
287:18
**80s** 390:18
435:19 472:3
**81** 500:17
**84** 488:14
**85** 444:12
**86** 361:9
**87** 435:5
501:17
**88** 501:15
**89** 501:14

**8:10** 285:5

**9**

**9** 362:14 374:8
387:13 389:19
390:20 392:16
392:23,24
402:8,10,11,17
402:19,19
414:21 485:12
492:2
**9,320** 476:9
**9,330** 476:9
**9,380** 476:9
**90** 380:16
415:9
**900** 341:25
**90067** 286:19
**90s** 435:19
472:3
**91** 440:5
**92** 502:1
**93** 314:10
350:20 485:13
**93/600** 485:17
**94** 440:18
**94607** 285:20
**95** 380:16
**97** 415:9
**98** 415:9
**9a** 499:2,12,12

**a**

**a.m.** 285:5
288:5 322:7

Page 4

**[a2la - air]**

**a2la** 489:7
**ability** 357:2
 398:22 403:23
**able** 296:3
 297:7 304:20
 310:7 317:17
 335:22 366:15
 374:15 378:16
 383:12 393:23
 394:22 399:2
 402:25 407:5
 414:18 415:16
 416:1,21 417:4
 420:18 425:25
 431:19,25
 468:5,22,23,24
 470:2 474:8
**above** 363:25
 398:24 468:10
 488:8 492:8
 507:10 508:6
**abraham** 302:2
 302:6,6,14,20
 304:21 306:8
**abrams** 306:8
**absolutely**
 415:17 482:13
**accepted** 333:6
**accessory**
 373:2,8 381:2
 381:5 482:8
**accomplish**
 317:18
**account** 336:4
 336:6

**accreditation**
 488:16,20
**accredited**
 488:15,18
 489:5
**accurate**
 308:11 322:22
 323:1 340:15
 340:16 348:18
 351:14 356:2
 433:20 493:19
 493:22 506:5
**action** 285:8
 507:10
**active** 405:22
**actual** 296:13
 296:21 300:17
 310:11 312:22
 450:25 451:1
 458:1 461:21
 474:1
**actually** 292:21
 314:1 317:9
 319:5 346:23
 352:19 357:7
 359:20,22
 363:15 365:23
 379:3 380:22
 383:20,22
 394:25 432:24
 440:1 447:22
 450:24 455:7
 459:9 461:17
 464:9,21
 467:17 479:6

 484:25 490:12
 499:14 500:9
**ad** 409:1,8
**added** 329:24
 330:2 333:12
 345:13 369:2
 377:7 488:25
 493:9
**addition**
 296:12
**additional**
 323:5,9,12,16
 352:17 504:14
**address** 380:2
**addressed**
 332:24
**adjudication**
 407:11
**adjustment**
 484:25
**admissible**
 296:8,23
**advance** 455:8
**advances**
 469:19,19
**affidavit**
 409:10 410:19
**affidavits**
 409:12 471:8
**agencies**
 358:16
**agency** 358:17
 398:11 489:13
 489:15,20
 490:4

**ages** 335:24
**ago** 318:12,12
 318:16 382:8
 383:15 465:2
 488:18,22
**agree** 326:16
 327:9,10
 329:15 347:21
 347:24,25
 355:7 378:4,8
 379:14 393:5,8
 423:19,20
 424:8 426:15
 452:14,21
 453:21 478:20
 478:23 480:17
 480:21 496:24
 497:8 499:7,19
 501:25 503:22
 503:24
**agreed** 501:14
**ah** 353:10
**ahead** 315:23
 322:5 332:16
 334:13,17
 339:16 346:2
 362:21,23
 366:10,10
 481:22 488:9
**ahera** 485:22
 489:1
**aid** 460:6
**aiha** 488:17
**air** 413:7
 484:22

Page 5

**[al - analysis]**

| | | | |
|---|---|---|---|
| **al**  282:7 288:9 | 316:23 321:7 | 460:18 | **analyses** |
| **alabama** | 338:25 339:4 | **american** | 374:14 |
| 370:11,13,14 | 339:12,17 | 452:10 488:16 | **analysis**  284:12 |
| 372:16 | 340:5,9,9,11 | **americas**  287:6 | 284:14 290:7,8 |
| **alameda**  282:2 | 491:20 495:16 | **amosite**  315:11 | 290:18 298:17 |
| 288:10 | 495:23 496:17 | 317:15 | 298:25 301:25 |
| **alan**  290:8 | 497:8,21 498:5 | **amount**  313:22 | 302:24 303:3 |
| 325:3 380:3 | 498:11,17,20 | 370:1 374:2 | 309:11,21 |
| 421:2,13 | 499:2,5,7,16 | 376:21 396:3 | 310:19 320:3 |
| 422:10 439:7 | 500:13,13,15 | 402:16 403:8,8 | 320:22,24 |
| 439:13 484:4 | 500:16 501:11 | 413:10 414:18 | 322:18 323:6 |
| 490:15 | 501:14,21,25 | 415:24 453:15 | 323:10,12,16 |
| **alike**  458:10 | **altered**  410:15 | 461:13 483:11 | 323:24,25 |
| **all's**  332:18 | 411:4 | 487:18 | 337:8 338:12 |
| 382:19 | **alternate** | **amounts**  377:4 | 341:13 346:21 |
| **allege**  479:3 | 415:25 | 379:20 380:8 | 346:24 347:7 |
| **allotted**  321:19 | **alternative** | 380:11 381:1 | 351:6 355:8 |
| **allow**  334:10 | 305:18 | 381:13 428:17 | 356:2 357:7 |
| 425:16 | **aluminum** | **amphibole** | 371:11 381:10 |
| **allowed**  436:20 | 302:21 303:12 | 351:11 352:5 | 388:23 395:13 |
| 436:23,24 | 373:10 378:18 | 352:11 370:13 | 400:4,10 |
| 437:1,4 | **ambiguous** | 373:15,18,20 | 404:12,19 |
| **allows**  416:2 | 299:3 300:4 | 373:21 374:4 | 406:2,11 414:8 |
| 469:6 | 371:8 409:18 | 374:19 420:13 | 414:10,24 |
| **alls**  352:3 | 426:7 435:4 | 420:17 438:22 | 415:5,20 416:8 |
| 459:16 | 439:2 458:17 | 438:24,24 | 420:13,25 |
| **aloe**  405:24 | 473:14 474:2 | 439:16 447:2 | 425:3 439:9,15 |
| **alpha**  311:17 | 474:22 | 465:19 | 453:17 459:10 |
| 311:18 312:4 | **america**  369:21 | **amphiboles** | 461:23 462:6 |
| 312:10,14,19 | 369:24 371:2 | 337:12 370:9 | 462:18,22,24 |
| 312:20 313:7 | 376:3 448:4 | 374:5 420:21 | 462:25 463:3,5 |
| 313:23 314:14 | 449:12,15,16 | 427:13 431:1 | 463:7,24,24 |
| 314:18,22 | 449:18 450:9 | 438:11,15,21 | 464:18,19 |
| 315:2,14 | 451:15 452:5 | 442:17 448:23 | 467:4 469:10 |
| 316:10,12,14 | 454:6 460:17 | 487:14 | 481:13 484:6 |

Page 6

**[analysis - articles]**

485:18,19,20
489:6 490:19
491:3,4,7,15
492:4,20 493:2
494:11
**analyst** 357:1
466:20 470:6
490:17
**analysts** 336:3
469:24
**analytical**
483:2,5,20
484:19 486:16
**analyze** 333:15
336:15,19
464:13 484:21
**analyzed**
300:14 301:11
301:14 320:8
370:3,12
371:13,15
372:12,13
376:19 395:19
408:11 411:21
421:3 424:5
437:19,20,21
437:22 444:21
490:13
**analyzing**
362:4 490:5
**angeles** 286:19
**angle** 352:9
**anisotropic**
502:25

**answer** 295:8
325:10,13
333:23,23,24
335:5 368:19
373:23 421:18
452:23 457:13
**answered**
313:14 358:25
**answering**
455:11
**answers** 300:12
**anthophyllite**
315:10 370:5
431:2 439:11
465:20 485:8
487:19
**anticipate**
459:7
**anybody** 331:2
333:10 367:17
417:8 421:3,22
433:25 447:5
480:7 485:4
487:2 491:8
492:15
**anymore** 370:4
487:24 503:19
**anyplace**
319:25
**anyway** 300:3
406:11 446:23
501:4
**apologize** 356:6
363:7 402:4
405:17 407:5,6

444:4 499:13
**appear** 308:11
365:12,15,18
**appearances**
285:12 288:20
**appeared** 285:7
**appearing**
288:13 351:18
365:14 508:18
509:7
**appears** 400:22
**appendix**
350:20
**application**
397:19 398:6
402:2 403:4
**apply** 449:2
471:5
**applying**
483:10
**appreciate**
325:13 364:10
505:2
**approach**
486:16
**appropriate**
325:7 411:8
468:24 501:8
501:17
**approximate**
308:6
**approximately**
301:13 309:1,9
309:20 360:1
385:13 479:16

**april** 290:8
310:17 322:24
323:2,7,18
325:19 326:4
336:15 417:18
**archive** 410:4
**area** 304:3,3,5
304:11 330:21
352:3 367:13
368:5 369:17
378:13 379:7
380:2,17
390:23 398:16
398:18 400:3
425:12 481:18
485:24
**areas** 356:13
379:25
**argue** 361:13
420:5 501:3
**argues** 430:22
**argumentative**
293:16 418:24
436:6 473:13
474:21
**arm** 399:25
**arrive** 409:25
**arrived** 410:2
**arrow** 361:19
361:22 362:2
**arrows** 341:15
**art** 367:10
**article** 446:25
**articles** 423:16
424:13,19

Page 7

**[articles - attorneys]**

425:8,15 436:8
**articulated**
360:6
**artifact** 310:15
310:22,24
**artificial**
398:10
**arvinmeritor**
282:6 508:4
510:1
**asbestiform**
349:9 350:13
354:14,19,22
354:24 355:1
356:12 357:4
357:15 358:3,5
360:25,25
361:14 425:11
430:1,1,18,22
430:24 431:3
447:1 484:21
485:2,14
**asbestos** 291:7
292:14 293:9
293:14,20
294:3,5,8,13,20
295:1 296:16
297:22 303:12
318:4 330:2
333:12 338:24
345:13 347:22
348:18,21
349:8 351:10
352:25 353:14
354:9,17,18

355:1 356:9
357:20,23
358:3,11,19,21
359:10 360:23
361:1,11
367:12,13,18
367:19 369:6
369:20,23
371:2 372:5,22
373:1,6,15,19
373:21 374:1,3
376:12 397:23
398:18 404:14
404:20,22
405:12,14
406:12 408:15
411:6 420:14
420:17 422:23
423:5,9,11
424:4,16,18
425:2,11,19,25
428:2,3 429:10
429:18,25
436:2,4 438:22
438:24,25
439:11 441:6
441:13,15,16
447:2,13,25
448:4,11,13,18
449:13,18
451:8 452:5,10
454:9 459:24
460:20 462:13
467:12,12
475:11,19,21

478:2,18,22,25
479:4,6 480:2
480:5,10 481:9
485:17 486:10
486:13 487:19
488:3,25
489:14 493:9
**ascertain**
341:20,21
**asia** 449:10
**aside** 366:12
**asked** 313:14
318:17 323:12
323:13 357:15
394:18 457:14
464:1 488:22
**asking** 293:19
319:17 354:21
431:20 437:5
453:12 474:17
**aspect** 350:8
353:25 360:3,5
360:20
**assist** 345:1
437:1,4
**associated**
296:11 298:6
323:21
**association**
488:17
**assume** 290:21
292:13 313:10
378:4 451:14
477:20,23
484:4

**assumes** 371:9
393:14 432:18
436:6,11 451:4
452:7,22
454:15 457:10
459:2 463:8
464:24 473:13
474:21
**assuming**
323:14 423:1
494:24
**assumptions**
402:23
**assured** 385:15
386:14,15,16
386:20,22
395:16 397:9
397:20,23
399:18 400:17
401:15 403:18
404:9
**astm** 358:17
486:21
**astray** 402:4
**atomic** 352:6
**atsdr** 398:11
**attached**
352:17 407:12
**attacking** 488:9
**attempt** 338:11
**attorney**
453:10 459:15
**attorneys**
418:20 458:8
477:14 504:22

Page 8

**[audio - beaverhead]**

**audio** 295:17
296:4 328:11
349:2
**audit** 488:22
**austin** 287:17
**authentic**
296:22
**authentication**
295:10
**automatically**
336:4
**available**
295:24 365:11
366:5 380:4
414:3 416:4
435:23 457:20
**avenue** 287:6
**average** 317:9
327:25 328:2
450:5 490:10
**avon** 425:3
429:18 432:3
432:13,25
433:1,25 434:3
439:19 440:2
445:22 446:16
457:3,8 474:1
474:20
**avon's** 432:16
433:9
**avons** 432:12
**aware** 291:7,20
294:10 399:24
421:14 443:21
446:24 449:7,9

460:13 478:12
486:22 497:14

**b**

**b** 284:1 387:6
509:1
**b.a.** 282:22
**baby** 290:6
322:19 323:6
323:18,21
327:14 367:2
385:25 386:3,6
389:4,23 390:1
390:3,5,16,21
391:9,12,25
392:5,7,9
393:1,1,17
394:3,8,11,13
394:14 401:19
402:18 406:7
408:6,19,21,23
412:6 413:11
413:16,21
415:4 416:14
417:9,9,11
420:8,11,24
421:4,6 422:1
423:2 425:18
430:4 451:2
460:2,10,11,14
460:16 461:22
462:5,13
463:20,23
464:22 470:21
470:22 471:21
471:25 472:8

475:8 481:1
**back** 305:10
322:10 325:22
326:4 346:10
357:7,18
362:11 365:1
371:20 374:13
375:9 386:22
390:20 392:18
397:12 405:8
405:20 406:19
407:17 412:23
415:2 416:10
417:17,17
422:4 427:9
428:25 431:17
445:24 454:13
462:3,6 484:10
484:13 499:10
**background**
397:22 398:5,6
398:9,10,17,21
399:4 464:5
**backup** 452:16
**bad** 332:20
365:16
**baking** 376:20
405:7,9 406:18
406:25 407:1
**ball** 329:9
**baltimore**
286:7
**barber** 410:24
**barnes** 286:16

**bars** 337:1
**base** 465:13
**based** 381:9
397:18 399:1
426:4 429:11
429:21 438:8,9
438:13 452:24
460:21 462:17
462:25 464:5
465:3 483:11
**bases** 430:18
**basic** 305:2
407:20 455:24
504:11
**basically**
303:10 326:14
374:20 388:22
407:25 476:25
**basis** 372:11
374:25 423:4
424:2 425:7
456:23
**batch** 477:9,10
**bearing** 435:1
**beat** 418:13,14
**beaverhead**
423:10 432:5
432:10,15
433:12 434:6
437:11,21
438:20 441:2
441:22 442:4
442:16,19
443:4,11,14
445:21,23

**[begging - bottle]**

begging 366:7

beginning
296:16 307:14

behalf 286:11
288:22,24
289:2,4,5,7,9
320:22 365:8
453:4 458:7

beings 348:2

belatedly
409:18

believe 296:14
299:24 322:25
329:13 336:17
337:5 352:24
353:14 359:9
369:19 383:14
386:8 389:8
399:3 403:24
404:1 406:13
408:14 410:9
413:14 419:7
441:21 450:7
454:21,23
458:5 471:16
472:12 474:20
474:23 475:2
504:21,23

bell 426:11

belt 456:12

beneficiation
377:25

bentonite
335:15,15

best 324:11,15
384:15 416:4
416:21 417:1,3
418:5,10,15
419:2 448:23
485:8 489:25
504:1

bet 332:11

beta 498:23

better 324:14
347:12 378:17
378:18,19
383:21 437:5
450:22 466:2
469:8,17,17
470:3 476:6
502:7

biaxial 502:25

big 345:4
377:19 463:12
468:21 484:14
491:9

bigger 347:2
364:2 416:17
501:7

biggest 312:14
312:18

bill 340:17
341:2

binder 462:3
484:14

binders 463:12

binoculars
492:16

biopersistence
303:25 304:10

birefringence
311:6,23
312:23 313:13
315:13 316:16
316:22 317:2,6
317:10 321:18
331:7 336:6
342:18 494:19
495:7,9 496:22
497:22 498:12
499:3 500:2,10
501:2,10,22
502:9,19
503:16

bit 296:21
314:10 339:21
342:20 344:8
347:11 355:24
362:8 368:23
395:20 403:12
414:7 416:10
431:10 449:22
469:7 496:3

blasting 377:21

blend 441:10
441:16,20,22
442:4,9

blended 441:10

blind 441:22,23

blog 284:7
295:2

blown 309:15
310:3,18

blue 332:3
344:1 501:8
502:1

blues 342:5
343:12

bluish 321:12
321:12,16,17
498:20

board 294:5
315:18 490:22

body 290:16
401:4,15,24
405:15

bond 420:1
437:19,23
438:3 439:21
445:25 446:21

book 308:15
361:18

books 335:24

bothering
488:23

bothers 485:18

bottle 299:17
299:18,18
300:22,23,24
301:2 352:20
360:10 361:3
396:2,13 397:6
399:19 435:22
435:24 436:3
438:19,23
448:10 449:14
449:16 454:8
472:22,24

Aiken Welch, A Veritext Company
510-451-1580

**[bottle - calculation]**

476:22 481:1,5
481:6,16 483:4
**bottled** 376:1
**bottles** 301:14
301:17 323:6
323:17 367:16
375:1 394:8,14
400:17 403:15
413:3,12,22
417:11 444:22
448:6,7,10
450:25 455:4,7
460:25 471:21
472:18 473:9
473:11 476:24
477:14 478:2
480:9,11,15
**bottom** 349:19
356:19 360:16
362:15,24
363:1,2,3,18,19
389:21 392:6,8
411:19 476:21
**bought** 299:10
392:20 394:2
401:2,9 404:3
404:4 409:6
461:4
**bouquet** 437:20
440:6,9 446:18
**bowl** 410:25
411:1
**box** 365:24
**bracket** 490:21

**brake** 294:8
**brakes** 478:15
479:2,7
**brand** 366:22
391:12 397:24
400:7,17
459:19,21
460:9,11,14,16
468:1 480:3
**branded**
389:14
**brands** 400:20
403:16
**brazil** 449:11
**break** 306:11
322:2 364:16
390:10 402:5,6
402:21 431:6
**breaths** 470:10
**brief** 289:20
**briefly** 291:2
297:4,7,8
298:4 322:13
**bright** 321:12
**bring** 290:3
439:13
**brings** 466:23
**brittle** 329:10
487:20
**broad** 393:10
479:5
**broken** 346:21
401:25 403:19
**brotherhood**
458:9

**brought** 290:6
290:7,15,18
309:25
**brucite** 497:14
**brush** 411:1
**btlaw.com**
286:21
**bueno** 287:13
289:1,1
**building** 480:4
**built** 336:21
469:4 480:4,6
**bulk** 492:25
493:16
**bullet** 385:11
390:13 392:8
487:7,25
**bumps** 329:3
**bunch** 334:3
453:19
**bundle** 308:8
309:6,17
329:24 330:6
331:23 345:5
345:15 347:16
348:15,16,17
349:8,9,12
350:5,9 355:11
355:14 358:4
360:4,11,13,14
361:11,12
362:13 363:13
363:15,20,21
364:1 466:12
466:22 476:11

**bundles** 330:1
330:2 331:19
331:24 344:15
345:4 350:18
354:8,13,13
356:14 361:7
363:21 420:19
431:3 450:17
466:2 493:5
**burden** 301:23
453:8 474:12
474:16
**bushwhacking**
504:22
**butler** 287:15
289:3
**butlersnow.c...**
287:19,20
**buts** 357:3
**buy** 411:13
**bye** 505:17

**c**

**c** 288:2
**ca** 508:9,12,20
**calcium** 351:9
351:13 373:11
**calculate**
324:20 326:24
**calculates**
315:21
**calculating**
317:6
**calculation**
311:5 315:12
393:23 403:15

**[calculations - change]**

| | | | |
|---|---|---|---|
| **calculations** | 417:24 420:19 | 461:10 462:11 | 496:7 501:7 |
| 317:15 367:1 | 496:23 499:21 | 462:15,22,24 | **certainty** |
| 401:17,18,25 | 502:16 | 463:7,17,18 | 303:19 375:24 |
| **calidria** 325:9 | **calls** 409:19 | 464:23 469:10 | 425:17 429:25 |
| 327:12,14,15 | 453:9 457:11 | 475:20 | 442:6 |
| 327:16,19,21 | 459:1 473:14 | **cases** 304:8 | **certificate** |
| 330:5,18 334:9 | **camera** 336:21 | 305:17 310:23 | 507:3 |
| 335:8,13,14,21 | 469:4 | 478:3,21,25 | **certified** 285:6 |
| 490:10 | **carbide** 327:19 | **cashmere** | 507:6,14 |
| **california** | 335:9 | 437:20 440:6,9 | **certify** 506:4 |
| 282:1 285:6,20 | **carbonate** | 446:18 | 507:7 |
| 286:10,11,19 | 373:12 | **caught** 325:1 | **cetera** 305:13 |
| 288:10 292:22 | **careful** 449:6 | 336:25 | 330:8 331:11 |
| 327:17 365:20 | **carolina** 370:10 | **cause** 285:10 | 331:12 353:24 |
| 369:15 436:20 | 370:14 372:16 | 310:4 397:21 | 369:3 407:24 |
| 507:1,7,15,23 | 441:11,17 | **cavalier** 463:1 | 446:22 459:25 |
| **call** 311:9 | **case** 288:10 | **cc** 398:25 | 465:6 466:18 |
| 334:8 345:23 | 300:5,7,11 | **ccp** 508:9,12 | 479:7 483:13 |
| 359:15 360:22 | 323:10 336:9 | **cement** 294:4 | 484:22 485:23 |
| 364:20 371:16 | 348:13 351:8 | **center** 375:14 | **chain** 368:3 |
| 455:4 465:17 | 367:7 370:23 | 427:3,19 | 409:14,19,22 |
| 465:18,18,20 | 371:25 375:17 | **centigrade** | 409:25 410:2,7 |
| 468:15 476:10 | 382:15 383:3,5 | 491:3 | **chance** 305:21 |
| 494:20 501:9 | 385:21 391:3 | **central** 468:20 | 417:4 |
| **callan** 284:12 | 391:14 400:5 | 492:14 | **chanel** 457:2,8 |
| 346:24 356:3 | 405:11 408:9 | **century** 286:17 | **change** 294:21 |
| 361:23 | 413:21 417:16 | **certain** 333:3 | 321:8 325:25 |
| **callan's** 346:23 | 422:17 430:7 | 468:4 470:20 | 326:1 402:15 |
| **called** 326:9 | 432:17,22 | **certainly** 294:2 | 403:6,7,9,11 |
| 327:24 351:3 | 437:15 439:22 | 294:18 299:4 | 451:19 462:20 |
| 352:2 360:12 | 446:8,12 | 299:14 300:16 | 463:3,5,25 |
| 427:5 495:6 | 447:19 451:17 | 315:4,5 323:20 | 466:17 498:22 |
| **calling** 309:10 | 453:5,8,23 | 370:3 373:18 | 506:9 510:4,7 |
| 309:20 335:14 | 455:17 457:9 | 377:6 455:20 | 510:10,13,16 |
| 351:21 417:23 | 458:16 460:12 | 479:9 483:25 | 510:19 |

Page 12

**[changed - closer]**

**changed**
307:12 463:14
491:8
**chapter**  318:7
**charge**  465:5
**charts**  312:9
331:6 343:17
**check**  374:10
467:6
**checked**  352:10
**chemical**
406:24
**chemistry**
351:8,23 354:2
357:25 373:14
483:20
**chess**  366:13
**chimed**  340:24
**china**  369:8
371:17 372:14
388:25 444:13
444:14,17
445:1 456:5,6
456:7,19,20
461:19
**chinese**  299:7,8
299:11 300:14
371:1 372:14
375:5,22 376:4
408:10,13
422:12 449:10
455:20,21
457:2 472:5
**chosen**  324:3

**chris**  287:14
289:3
**chris.cowan**
287:20
**christina**
462:18
**chrysotile**
303:16,22,23
304:9 310:11
315:1,11 316:6
319:8 321:1,15
323:25 324:9
326:15 327:7
327:13,20
329:9,20 330:2
330:16 331:18
333:3,7,13
335:8,9,14
339:24 340:13
340:15 341:14
342:9,19 343:8
343:23 344:14
344:16 345:2,6
345:15,21
369:20 370:1,3
370:9 374:7,15
374:17,18,19
375:7,9,14,15
376:5,12,22,25
377:7,9,16
378:6,17 379:1
379:19 380:5
381:2,5 397:10
397:16,22
398:17 411:7,8

414:8,12,16,18
415:1,1,24
416:4,15
417:23,23,24
417:25 420:6,6
420:9,10,18
421:6 427:3,6
427:12 428:2
428:14,17
430:21,24
438:10 439:11
441:21,23
442:2,8,9,15,17
445:15 447:2
465:17 467:11
468:7,13
475:24 482:13
482:14,19
485:9 489:22
490:5,21 491:1
491:21,25
493:4 495:6
496:9 497:12
500:4 501:9,19
502:8,21
**circled**  307:4
308:7,25 309:9
309:19
**circuit**  376:7
**circumstances**
319:23 333:3
**cite**  423:16
**civil**  508:19,20
**claim**  301:18
308:17

**claimed**  299:17
303:21
**claims**  492:3
**clarification**
296:5 315:22
328:12 383:9
387:4 404:15
443:6 496:20
**clarify**  443:8
**clark**  461:6
**classic**  354:25
**classified**  358:4
**clean**  443:8
448:18
**cleanups**
289:21 301:22
**clear**  300:22
301:17 311:5
389:4 453:14
455:2 461:8
462:9 472:7
**cleavage**
351:22 353:22
**client**  323:13
323:13 434:14
445:1
**clients**  294:6
**close**  320:8
364:6,7 371:14
375:6 414:9
428:16 431:5
451:19 495:5
502:3,17
**closer**  324:10
324:10 413:9

Aiken Welch, A Veritext Company
510-451-1580

**[closer - confirm]**

| | | | |
|---|---|---|---|
| 502:8 | 344:18,21 | 486:22 | 481:18 489:25 |
| **clubman** | 468:24 492:10 | **comments** | **concentrations** |
| 410:22 | **combination** | 339:21,22 | 324:23 377:18 |
| **cmc** 286:2 | 472:4 | **commercial** | 378:10 381:6 |
| **coach** 436:11 | **combined** | 493:16 | 381:16,20 |
| **coaching** | 393:2 | **committee** | 428:7,8 482:16 |
| 436:17 | **come** 318:8 | 284:11 318:6 | 490:12 |
| **coalinga** | 324:7 331:2 | 318:25 | **concerned** |
| 335:25 | 362:11 371:14 | **common** | 417:10 |
| **code** 508:9,12 | 371:20 375:2,4 | 402:11,17 | **concluded** |
| 508:19,20 | 386:23 393:21 | **companies** | 505:25 |
| **codes** 474:7,9 | 419:10 420:18 | 297:17 488:19 | **concludes** |
| 474:14 | 443:14 455:7 | **company** 286:1 | 505:20 |
| **coffee** 322:4 | 456:20 476:16 | 299:9 461:21 | **conclusion** |
| **colgate** 429:18 | 482:7,9 488:24 | **compare** 502:6 | 409:20 453:9 |
| 440:6,9 | 493:12 494:10 | **compared** | 457:11 459:1 |
| **collected** | 502:24 | 463:23,23 | 473:15 |
| 444:25 | **comes** 299:6 | 500:17 | **condition** |
| **collection** | 421:21 424:17 | **comparing** | 445:17 |
| 301:9,15 | 436:3 444:18 | 470:4 | **conditions** |
| **college** 332:21 | 445:10,18 | **complete** | 380:4 447:15 |
| **color** 307:5 | 454:9 456:19 | 325:13 345:24 | **conduct** 367:6 |
| 308:4,6,9 | 469:5,16 | **completed** | 367:10 |
| 309:2,7 321:12 | **comfortable** | 508:7,17 509:6 | **conducted** |
| 321:17 325:25 | 426:3 | **completely** | 486:2 |
| 327:3,6,8 | **coming** 294:7 | 329:16 502:16 | **confident** |
| 328:4,9 329:23 | 328:16 331:16 | **completion** | 449:13 |
| 330:13 331:24 | 354:10,11 | 509:10 | **confirm** 291:12 |
| 333:4 341:13 | 380:16 381:11 | **compton's** | 302:1,13 357:8 |
| 341:16,20 | 381:14 383:22 | 439:8 | 385:6 417:21 |
| 342:1,7 344:19 | 414:23 435:19 | **concentration** | 420:9,25 |
| 378:14 498:21 | **commencing** | 324:22 325:6 | 428:21 429:9 |
| 499:9 500:7 | 285:4 | 376:25 379:3 | 434:5 451:3 |
| **colors** 308:25 | **comment** | 380:15 406:20 | 455:12 |
| 335:11 342:10 | 486:15,18,22 | 411:10 416:2 | |

Aiken Welch, A Veritext Company
510-451-1580

**[confirmation - correct]**

**confirmation**
301:25 302:7
302:24 303:3
454:1
**confirmed**
419:21 421:5
428:5
**confused**
342:18 362:25
**consequences**
473:6
**conservative**
402:13
**consider**
301:24
**considerations**
439:4
**considered**
348:1
**considering**
323:24 325:20
436:15
**consistent**
361:10
**constantly**
357:14
**constitutes**
507:17
**constructed**
291:4
**construction**
291:8 293:14
293:20 294:1
296:18 297:22

**consumer**
406:5 486:14
**consumers**
435:23
**contact** 508:9
**contacting**
458:3,6
**contain** 452:5
**contained**
297:19 381:24
383:13 448:9
**container**
290:7 396:19
396:21 397:3
397:21 401:17
405:18,20
410:8 435:9,12
438:9,10
439:19 448:12
460:5 470:23
471:11,18
474:7,9 482:17
**containers**
290:16 298:4
298:18 299:1
367:2 394:23
396:5 402:7,9
402:16 403:9
408:22 409:3
409:17 410:23
411:17 412:21
440:6,10,13
444:24 451:6,6
460:1 462:14
470:17 471:7

474:14 475:10
475:21
**containing**
296:15 297:22
386:11 478:2
**contains** 383:4
384:7 405:7
**contaminate**
481:19
**contaminated**
373:6,8 404:23
480:7
**contaminating**
480:19
**contamination**
427:5 428:16
428:19 482:12
**content** 373:20
**contents** 412:6
**continue** 297:8
297:9,12
334:25
**continued**
299:11
**continuously**
482:15
**contract**
333:19 334:3,7
335:6
**contributed**
300:17
**contributing**
490:24
**cooperating**
382:24

**copied** 338:12
**copy** 290:22
382:17,23
383:22 431:19
**corner** 362:16
362:25 363:1,2
363:3
**corners** 466:14
502:1
**cornstarch**
290:18 404:12
404:20,21,22
405:19,22,24
406:7,12,18
407:1
**correct** 290:13
291:9,10
299:18,21,23
299:24 300:25
301:1,4,5,10,12
301:20,21
333:16 334:2
337:7,9 338:19
338:20,23
339:5,22,23
340:1 341:11
362:13 367:3,4
367:24 368:1
368:22 369:11
369:22 380:9
380:14 386:1,4
386:14 387:2
387:22,23,25
388:5 389:5,11
389:12 390:8,9

Aiken Welch, A Veritext Company
510-451-1580

**[correct - cures]**

| | | | |
|---|---|---|---|
| 390:22 391:16 | 477:2,11,19 | **count** 297:1,10 | **credit** 308:17 |
| 391:17 392:1,2 | 480:12,16 | 494:17 | **creek** 423:11 |
| 392:11,14 | 482:24 483:12 | **counting** | 441:1,11,18,19 |
| 394:9,16 | 507:18 | 350:19 493:16 | 442:3,15,20 |
| 397:10,11 | **corrections** | 493:17,19,22 | 443:10,15 |
| 399:10 403:20 | 307:10 506:7 | 493:24 | **criteria** 348:20 |
| 403:21 408:3 | 508:14,15 | **country** 369:7 | 487:10 |
| 408:24 412:13 | 509:3,4 | 374:24 388:24 | **criticism** |
| 412:14 413:13 | **correctly** | **county** 282:2 | 328:22 |
| 413:19,20,22 | 338:13 342:5 | 288:10 | **criticisms** |
| 413:23 414:3 | **cosmetic** 320:9 | **couple** 291:23 | 330:20 484:5 |
| 414:12,13 | 328:2 330:17 | 293:7 318:15 | 494:5 |
| 420:14,15 | 333:7 368:3 | 326:11 328:8 | **criticized** |
| 421:1,7 422:7 | 369:7,10 | 332:4 347:20 | 328:15 |
| 424:18 425:12 | 371:14 374:23 | 420:3 476:18 | **crocidolite** |
| 425:13,19,20 | 375:1,1 376:11 | **course** 292:1 | 317:16 |
| 425:23 426:18 | 376:11 410:5 | 328:14 354:2 | **cross** 344:10,10 |
| 428:3,4,5,6,9 | 430:3 443:12 | 389:16 391:18 | 344:12 427:5 |
| 428:23 429:11 | 443:19 448:2,9 | 391:22 394:1 | 428:16,19 |
| 434:8 437:12 | 448:13 449:3,9 | 398:7 400:18 | 454:23 462:22 |
| 440:2,4,7,11,25 | 449:14,17 | 434:1 461:16 | 463:2,18 |
| 441:3,4,7,8,12 | 450:8 452:10 | 470:19 485:6 | 480:19 504:10 |
| 441:14 444:2,9 | 455:5 456:6,7 | 491:1 | **crystalline** |
| 445:22 446:20 | 456:22 459:10 | **court** 282:1 | 351:23 |
| 447:25 449:5 | 460:23 479:10 | 288:9,16 304:5 | **csm** 375:10 |
| 454:2 457:20 | 480:9,9,10 | 335:7 436:20 | 489:14,22 |
| 457:25 458:16 | 486:3 487:23 | 454:14 | **csr** 282:23 |
| 458:25 459:20 | **counsel** 288:19 | **cover** 289:21 | 507:23 |
| 460:12,25 | 295:19 297:7 | **covered** 452:9 | **cumberland** |
| 461:10,11 | 299:20 300:6 | 455:25 | 286:2 |
| 462:16 468:11 | 301:20 313:16 | **cowan** 287:14 | **cumulative** |
| 471:6,19 472:1 | 334:10,21,21 | 289:3,3 340:22 | 313:15 |
| 472:9,20 | 334:24,24 | **crazy** 492:21 | **cup** 322:4 |
| 475:24,25 | 505:14 508:18 | **creative** 412:25 | **cures** 410:10 |
| 476:2,15,22 | 508:21 509:7 | | |

**[curiosity - density]**

curiosity
    416:11
curious  314:9
    416:12 418:7
    418:10,21
    440:19
current  462:24
currently
    332:12 486:15
cursor  349:21
    363:23 395:25
custodies
    409:25
custody  409:15
    409:19,23
    410:2,7
cut  332:16
    350:23 362:21
    419:23
cyprus  427:7
    427:23,24
    439:16 445:23
    446:3,9,9
cyprus's  438:1

**d**

d  283:1 287:3
    288:2
d22-07  486:21
d3  331:18
damage  476:23
damaging
    411:2
daniels  461:6
dann  286:5

darker  321:16
darkish  321:12
data  314:1
    332:13 338:24
    446:17 452:25
    465:3,5,7
    466:9
date  318:10,15
    323:2 392:13
    401:11,12
    407:18 472:18
    474:10 506:25
    508:16 509:5
    510:24
dated  298:9
    322:24
dates  366:12,12
    392:7 473:18
    473:19
day  284:4
    289:24 318:12
    338:22 365:22
    382:14 398:6
    402:2 410:2,7
    412:7 491:5
    504:20
days  318:12,16
    391:19,21,23
    402:1
deal  292:1
    320:3 461:19
dealing  340:14
    346:22,25
    362:18 369:25
    370:2,8

death  369:14
    370:15 372:15
debate  327:2
    358:5
debating  358:2
    359:8
decade  392:21
december
    486:19
decide  473:22
    475:4
decided  325:17
decision  342:6
declaration
    382:2,21 383:4
    383:13 384:1
    407:8,10 408:8
    408:16,18,21
    412:3,5,9
    421:24 422:17
    423:15 426:6
    430:20 431:20
    432:1,2 446:18
    451:22
declarations
    407:22 410:12
    412:12,16
    471:13
deep  470:10
    490:3
deer  313:4
defects  454:24
defend  419:17
defendant
    286:1

defendant's
    346:17 434:20
defendants
    282:7 286:10
    287:1 288:25
    289:2,25
    290:24 292:10
    293:4 295:3
    296:17 298:12
    306:22 317:25
    395:7 407:10
defending
    368:14
defense  368:13
    458:8
define  348:10
    368:23
definition
    311:17,23
    313:12 349:9
    354:14,16,25
    358:2,19,20
    359:8 360:24
definitions
    311:15 357:23
    358:12,14,22
    360:23
degree  303:19
    352:8 367:25
    375:23 425:17
    429:24 442:5
degrees  338:22
    491:3
density  324:8
    324:11,16

**[density - diligence]**

360:18 375:10
420:21 468:8
489:16,22
**dependent**
447:20
**depending**
351:3 360:24
363:21 402:2
407:23,23
412:21 443:16
450:6
**depends** 304:9
354:19 376:17
380:3 449:19
450:14 467:12
**depo** 300:8
387:13,15,16
**deponent** 506:1
**deposed** 357:11
399:8 433:17
**deposit** 424:10
424:23
**deposition**
282:12 284:4
285:1 288:6,12
305:7 335:1
336:8 381:23
382:12,14
385:1,2 388:13
389:20 391:15
399:16,17
407:13,15
422:4 434:2,10
436:17 444:7
451:25 455:9

458:23 461:10
471:22 472:10
505:24 506:5
507:9,12,18
508:19,22,24
509:8,10
**depositions**
290:5 387:20
459:13
**depth** 319:3
**describing**
425:9,10
**description**
349:11
**desk** 421:21
453:17
**detailed** 429:22
**detection** 318:4
324:21 372:24
373:16 374:5,7
398:24 415:7
448:5,14,15,20
448:22,24
449:19,21,25
450:14,16,20
450:22 482:2
483:3 485:7
486:5 488:5
493:25
**detectors** 303:7
**determination**
345:1 348:20
**determine**
297:21 341:16
343:8 349:17

358:10 394:22
**determined**
508:18,22
509:7
**determines**
348:17 435:25
**determining**
331:6 430:18
500:2
**developed**
415:8 489:21
490:4,9
**developing**
490:6
**develops** 325:3
**device** 295:25
364:21
**devries** 286:5
**diagnostic**
441:17
**difference**
311:25 312:3,9
312:11,14,18
313:21 328:25
328:25 329:13
343:11 344:20
351:20 360:18
399:15 424:21
468:21 485:1
503:15
**different** 293:7
294:2 313:2
319:19,19,20
319:22,24
320:9 321:5

325:25 330:13
330:16 331:11
331:24 339:14
344:9 350:2
352:20 357:22
357:24 364:20
369:1,2,4,6
375:6,12
378:13 379:24
391:21,23
399:13 424:5,6
428:18 437:3
440:10 444:2
444:20 445:14
447:14 450:3
453:18 456:14
458:2 459:11
461:2 462:11
462:14 463:6,7
463:18 466:9
478:22 479:1
493:13,21
**differentiate**
344:5 491:24
**difficult** 395:21
495:9
**diffraction**
352:3,5 358:1
**dig** 378:18,19
380:17
**digging** 368:24
377:20 379:5,7
**diligence**
295:14 296:7

**[diligently - dubin]**

**diligently** 324:5
**diluted** 379:10
**dip** 476:21
**direction**
   303:14 310:10
   335:11 497:16
   498:4,23 500:5
   500:19,23
   502:3
**directions**
   498:6,7 503:3
**directly** 458:4,7
**discovered**
   324:1
**discovery**
   335:1 457:1
**discuss** 295:16
   370:19
**discussed**
   313:16 372:3
**discussion**
   295:16 475:1
**disease** 398:12
**dispersed**
   379:20,23
**dispersion**
   468:21,23
   492:10,12,14
**dispersive**
   351:4,5
**dispute** 317:4
   333:13 370:4
   493:22
**distinction**
   347:21

**distortion**
   492:10
**distributed**
   406:5
**distribution**
   399:25
**distributor**
   368:13 387:1,3
   406:6
**distributors**
   461:4
**disturbed**
   398:19 482:20
**divided** 360:1
**diwan** 287:4
   289:9,9
**dm4** 467:25
**doc** 346:10
**doctor** 329:23
   342:25 343:5
   346:20 355:7
**document**
   346:11 395:1
   433:11 491:19
   491:23
**documentation**
   453:15
**documents**
   368:6 388:10
   452:3,17 458:1
   458:24 460:21
**dodge** 328:16
**doing** 291:15
   300:20 323:24
   331:10 332:4

   333:18 335:24
   351:14 352:4
   365:4 414:10
   415:21 418:12
   419:4 420:17
   420:21 436:12
   489:5 493:23
   496:16 504:22
**dollar** 400:1,6
**dora** 338:19
   347:7
**dots** 352:7
**double** 295:21
   312:1 313:3
   375:10 503:1
**doubt** 357:2
   432:19
**downloaded**
   290:10
**doyle** 304:14
**dr** 284:5,8
   289:18 293:1
   295:14 302:2
   302:14,20
   303:4 316:20
   317:5,10
   321:20 322:12
   326:8 328:5
   329:15 330:20
   335:5,7,18,23
   336:7 357:5
   364:11 365:3
   366:10 378:23
   379:17 380:6
   383:11 384:1

   395:2 401:22
   407:3 409:23
   424:8,9 425:6
   430:16 431:19
   438:18 439:8
   452:15 453:5
   455:2 458:25
   459:18 463:13
   474:17 475:16
   487:4 488:11
   492:3,6 494:3
   496:12 497:1
   503:17,25
   504:3,20
**dramatically**
   489:9
**drilled** 411:18
   411:18
**drives** 413:7
**drop** 489:3
**drug** 286:10,11
**drugs** 470:24
**dubin** 283:5
   287:3 288:23
   288:24 289:13
   289:17 290:2
   290:20 291:1
   291:21 292:8
   292:12,19,24
   292:25 293:18
   294:22 295:5
   295:12,18
   296:1,6,24
   297:13,14
   298:2,11,14

**[dubin - entire]**

299:15 300:21 306:17,21,24 314:4 315:23 316:17 317:22 318:2 321:19 364:16,20
**due** 311:25 491:16
**duly** 285:8
**dust** 481:9

**e**

**e** 283:1 284:1 288:2,2 387:6 387:6,6 508:9 508:12 509:1 510:3,3,3
**eagles** 282:4,4 284:14 288:8,8 290:15 291:3 302:8 303:17 305:23 365:7 385:2,14 387:19,20 390:2,15 391:5 391:14 393:22 394:1,8,15 395:13 397:6 397:25 399:16 400:17 401:1 404:4,4 462:19 463:20 464:4 471:20,25 473:9 508:4 510:1

**earbuds** 295:24
**earlier** 320:5 336:8 385:1 407:5,15 408:11 436:16 438:1 455:19 471:20
**early** 282:22 285:5 288:17 306:19 395:6 434:18 440:18 454:12 480:6 496:14 504:18 507:6,23
**easier** 351:15 353:6 368:18 420:4 461:15 461:18 466:15 468:12
**easily** 325:21 350:15 488:5
**east** 286:17
**easy** 410:22 491:23
**ebay** 299:18,19 300:2,16,23,24 412:1
**echo** 295:21
**eclipse** 369:17
**edge** 290:11 308:8 309:6,16 309:16 310:1 335:19 345:24 419:10 491:25 497:2 502:11

**edged** 284:5 290:22
**edges** 355:22
**eds** 351:4,15,16
**education** 429:21
**edxa** 351:5
**effect** 329:14 466:3
**effects** 290:11
**efficient** 324:7 324:8 415:12 415:24
**effort** 416:20
**eight** 354:7 391:21,22
**either** 300:15 302:15 332:24 337:14 357:13 380:16 382:13 394:23 427:7 430:11,11 437:23 438:5 439:16 442:10 444:23,25 446:9 450:12 467:11 478:13 488:7 497:18 504:15
**elaborate** 345:19
**electron** 352:3
**eleven** 477:10
**eliminate** 426:24

**elongated** 494:21,23 498:2 499:20 500:10 501:5 502:17
**elongation** 343:4,7,22,24 344:2,3 495:2 495:10 496:5 497:9,15,17,25 498:14 499:22 501:16 502:3 503:2,11,11
**elongations** 497:11
**employed** 356:1 368:16
**employee** 368:16
**employees** 477:13
**ends** 345:12 466:3
**energy** 351:4,5 351:25
**engineering** 427:19
**enjoy** 332:20
**enjoyable** 364:11
**entire** 303:8 314:22,22 315:1,2 379:21 436:1 483:4,17

Page 20

**[entities - exhibit]**

| | | | |
|---|---|---|---|
| **entities**  436:8 | **espouse**  334:8 | 455:7 473:24 | **exceeded** |
| 487:9 | **espousing** | 474:3,19,22,23 | 487:10 |
| **entitled**  297:11 | 332:9 | 475:3,3 477:25 | **except**  453:19 |
| 507:10 | **esq**  508:1 | 478:4,9 | **excerpt**  346:12 |
| **environment** | **essentially** | **exact**  351:23,23 | **excess**  460:24 |
| 398:14 | 294:4 304:25 | 351:24 422:10 | **exclude**  429:6,8 |
| **environmental** | 372:4 399:25 | 489:5,7 | **excuse**  292:4 |
| 358:17 483:21 | 418:23 423:16 | **exactly**  305:10 | 306:8 327:24 |
| **epa**  313:3 | **established** | 318:14 342:16 | 332:16 335:17 |
| 314:10 317:12 | 438:4 439:2 | 393:21 413:24 | 345:6 356:25 |
| 425:2,8 426:21 | **establishes** | 415:23 474:10 | 462:4 498:6 |
| 438:6 485:13 | 438:14 | 495:10 | 500:1 |
| 485:17 | **estimates** | **examination** | **exemplar** |
| **equal**  485:23 | 490:17 | 283:5,6,7 | 337:18 |
| **equate**  290:17 | **et**  282:6 288:9 | 289:17 322:11 | **exercise**  317:8 |
| 386:9,17 | 305:13 330:8 | 365:2 492:25 | **exhibit**  284:3,4 |
| 403:18 404:9 | 331:11,11 | **examine** | 284:5,6,7,8,9 |
| 404:24 405:19 | 353:24 369:3 | 454:23 | 284:10,12,13 |
| **equation** | 407:24 446:22 | **examined** | 284:15 289:24 |
| 403:11 | 459:25 465:6 | 285:9 323:17 | 289:25 290:12 |
| **equipment** | 466:18 479:7 | **examiners** | 290:24 292:10 |
| 336:10,11,13 | 483:13 484:22 | 364:18 | 292:16 295:3 |
| 336:14 469:20 | 485:23 | **examining** | 298:12 306:22 |
| **equipped**  468:3 | **europe**  372:19 | 343:4 | 315:1 317:25 |
| **errata**  508:14 | 449:10 | **example** | 318:20 341:1 |
| 508:16 509:3,5 | **evaluate**  313:5 | 297:16 305:5 | 346:2,3,4,17 |
| **erroneously** | **evenly**  379:20 | 311:17,18 | 381:25 382:1 |
| 490:25 | 379:23 | 315:20 331:13 | 384:25 385:1 |
| **errors**  489:10 | **event**  354:17 | 345:14 378:4 | 387:16,25 |
| 489:12 | **everybody** | 435:15 447:21 | 388:3,4,12,13 |
| **escorted**  478:7 | 324:13 337:22 | 469:9 473:25 | 389:20 394:19 |
| **especially** | 365:17 402:4,7 | 480:15 | 395:6,7 401:16 |
| 291:16 294:15 | 421:9 | **examples** | 403:13 407:12 |
| 304:2 327:5 | **evidence**  404:2 | 304:23 | 407:13 434:13 |
| 469:12 483:20 | 404:6 411:14 | | 434:20 451:23 |

[exhibit - fiber]

451:24,25
**exhibited**
311:19
**exist**  450:23
495:8
**exists**  316:24
379:19
**expect**  304:7
310:23 406:10
499:24
**expected**
458:23
**experience**
291:15 463:19
**experienced**
356:25 466:20
**expert**  284:10
318:6,25 368:2
368:4,21
393:12 408:1
492:19
**expertise**
349:16 429:22
**experts**  348:8
350:11
**expiration**
401:11,12
**explain**  324:3
353:13 359:9
362:12 363:12
378:21 405:16
**explained**
336:12
**explaining**
336:12

**explanation**
378:25 381:12
381:14
**exposure**  302:8
302:9 304:9
305:18 385:9
388:6 394:20
397:22 398:4,5
398:23 399:5,7
399:9 401:16
403:8,8,13
451:24 462:13
462:22,24,25
463:7 464:4
478:25
**exposures**
304:24 305:6
305:19 366:22
479:4
**express**  327:11
**expressed**
408:8
**expression**
311:24 313:21
**extent**  292:16
304:16 305:4
383:6,11 439:5
473:7
**extinction**
495:18,21,24
496:19 498:11
498:18 499:6
500:23
**extra**  483:9

**extract**  405:25
**extreme**  362:8

**f**

**f**  286:1,12
**facility**  410:8
**fact**  293:16
300:13 328:21
357:16 388:21
393:16 400:24
408:13 417:23
417:24 422:20
422:22 426:8
438:9 439:3
447:23 465:10
466:22 473:8
485:16
**factor**  401:15
490:25
**facts**  305:18
371:9 381:15
393:14 426:12
426:13 432:18
436:6,11 451:4
452:7,22
454:15 457:10
459:2 463:8
464:24 473:13
474:21
**fair**  293:12
305:19,20
396:3 423:6,7
432:12 467:13
**fairly**  355:11
355:14 468:1

**fall**  314:15
**familiar**  382:16
407:16 432:6
440:22
**fancy**  466:24
**far**  305:10
335:20 374:9
374:16 384:17
401:8 450:23
467:4 495:17
**fda**  486:2 488:1
490:5
**features**  323:25
**federal**  415:18
509:1,8,9
**feel**  426:3
464:16 504:11
**felt**  491:9
**fiber**  301:23
311:19 329:20
340:15 344:10
346:23,25
347:14,18
348:14 353:14
353:19 354:9
354:16 355:5
358:11 359:5,6
359:10 360:3,4
360:8,10 361:4
361:17,19
363:9,14 364:8
448:20,21
476:10 481:25
482:1,2,23
483:4

Page 22

[fibers - five]

| | | | |
|---|---|---|---|
| **fibers** 327:13 | 438:17 | 415:1 416:22 | **finished** 344:6 |
| 329:25 333:3 | **figured** 362:9 | 416:24 418:9 | 350:22,24,25 |
| 352:17 361:2,6 | 489:23,24 | 429:14 431:1 | 355:2,4 361:15 |
| 364:1 398:25 | **file** 384:5 | 431:19 438:11 | 431:22 |
| 430:1 448:21 | 432:21 458:16 | 445:11 449:20 | **firm** 292:2,9 |
| 450:17,18 | 458:18,24 | 450:1 451:8 | 300:25 301:3 |
| 476:14 483:9 | 461:9 | 482:2 483:6,7 | 368:13 408:24 |
| 493:1,4 | **filed** 288:9 | 483:9,16 486:4 | 478:17,19 |
| **fibril** 349:25 | **files** 384:13 | 494:8 502:10 | 479:11,11,17 |
| **fibrils** 349:13 | **fill** 366:12 | 506:5 | 479:20 |
| 349:17 350:6 | 411:19 453:17 | **finding** 302:20 | **first** 294:6,6 |
| 350:10,14 | **filter** 493:12 | 304:25 306:2 | 298:8 299:16 |
| 360:18 361:9 | **final** 361:2 | 324:18 330:16 | 299:16 300:22 |
| 362:18 363:17 | 486:19 | 333:7 357:9 | 306:17 307:22 |
| 363:21 364:3 | **finally** 350:24 | 372:23 375:9 | 310:2 332:20 |
| **fibrous** 302:20 | **find** 291:19 | 377:3 379:1 | 333:24 336:24 |
| 303:11 321:4 | 296:21 299:17 | 380:8 381:12 | 337:4 343:10 |
| 321:11 336:5 | 302:3,15 | 381:19 396:25 | 343:16 346:5 |
| 344:15 345:22 | 303:11 304:6,6 | 397:16 427:3 | 346:10 347:20 |
| 345:23,24 | 304:8,21 | 428:9 468:13 | 356:21 357:12 |
| 354:24 355:1 | 306:12 307:6 | 480:10 481:15 | 382:11,13,14 |
| 358:3 361:1 | 310:7 323:4 | 482:9 486:6,8 | 382:14 383:25 |
| 362:4 417:25 | 325:4 329:2 | 490:20 | 385:11 390:15 |
| 419:9 465:18 | 331:1 335:22 | **finds** 446:25 | 390:16 395:4 |
| 491:24 494:20 | 337:8,10 339:9 | **fine** 292:24 | 406:19,22 |
| 495:6,11 496:8 | 353:4,6 363:12 | 322:5 359:4 | 407:9,25 |
| 497:2,5 498:12 | 373:10,11,11 | 365:4,10 | 408:20 409:5 |
| 499:24,25 | 373:14 374:5 | 385:15 386:12 | 423:17 451:13 |
| 502:10 503:14 | 374:16 376:13 | 389:11 400:12 | 464:6 467:1 |
| **field** 332:23 | 376:17 381:2,3 | 400:13 434:14 | 478:16 487:15 |
| 333:14 334:7 | 396:6 401:20 | 462:21 472:13 | 487:16 488:14 |
| 445:1 | 402:19 404:12 | 493:18 505:3 | 488:19,20 |
| **figure** 319:8 | 404:13,20 | **finer** 460:8 | 494:12,13 |
| 331:18 333:20 | 405:11 406:10 | **finish** 368:6 | **five** 299:5 |
| 379:16 430:17 | 406:12 414:18 | 464:12,18,19 | 335:24 364:17 |

Aiken Welch, A Veritext Company
510-451-1580

**[five - frcp]**

388:21 391:19
391:20 423:18
429:5,5,10
431:8,10 442:4
442:4,20
443:10 444:2
451:18 456:9,9
475:13,14
476:1,3,5,7
489:2 505:11
**flat** 468:15,18
**floor** 287:7
294:7 486:10
**flotation** 369:1
379:9
**fluid** 326:19
491:13 499:14
**focal** 466:17
**focus** 332:5,6
355:21,24
366:21 370:18
374:18 388:8
391:11 419:18
422:25 432:1
**focused** 417:9
**focusing** 319:8
420:23
**follow** 306:12
414:6 419:14
444:4
**followed** 390:4
390:21 492:3
**following**
358:11,15
366:4 485:14

492:23 504:16
506:6
**follows** 289:16
508:8
**fong** 360:10
**fong's** 359:6
**foregoing**
506:4 507:8,17
**forever** 435:25
436:1
**forget** 440:17
457:3
**forgot** 394:17
**forgotten**
471:10
**form** 292:20
347:22,23,25
348:18 351:17
351:22 352:12
352:25 353:14
356:9 358:11
359:10 369:23
377:17 380:5
387:22 455:3
464:22
**formation**
423:8 435:17
**formed** 345:18
**former** 437:16
437:17 452:6
**forming** 393:11
433:16 454:8
**forms** 377:17
377:17

**formula** 432:25
433:3,9,9,11,20
434:8 474:1
483:8,10
**formulas**
432:16 474:5
**forth** 323:19
330:24 430:19
487:11
**forthcoming**
486:17
**forward** 366:8
505:5
**found** 294:13
299:7 301:7,18
302:5,6,6,14
304:22 306:4
315:19 316:5,8
316:10,11,14
316:15 327:13
337:12,13
354:6 372:22
373:9,18 374:9
375:13,15,15
376:22 377:2
378:21,22
379:10 397:9
397:20 404:11
404:20 405:14
407:4 411:16
411:16 412:19
414:12 415:3
417:10 418:1
419:8,20,21
420:1,22 425:2

425:4 426:20
426:21 427:11
427:14 428:2
428:13 439:10
439:17,18
441:6,13,15,16
475:23,23
476:1,11
481:22,25
482:1,23
483:10 486:12
494:18 497:4
**foundation**
292:16,17
293:24 295:9
295:11 296:10
383:6,11
**founded** 435:9
**four** 398:14
439:10 443:10
475:12,13,13
476:3,5,6
477:8 488:8
489:2 505:22
**fraction** 415:11
**fragments**
351:22 353:22
**fragrance**
369:2 405:25
**frame** 433:13
477:17,18
**france** 369:8
389:1 449:11
**frcp** 509:1

[french - go]

| | | | |
|---|---|---|---|
| **french** 371:1,18 | 496:2,18,21 | **geology** 332:21 | **giving** 344:9 |
| 372:20 376:5 | 497:6,21,23 | 367:25 380:2 | 459:12 |
| **friction** 479:1 | 498:5,11,17,23 | **georgia** 282:4 | **glad** 322:14 |
| **friday** 366:2,16 | 499:3,5,23 | 288:8 404:4 | **glitch** 336:25 |
| **front** 323:3 | 500:5,5,17 | **getting** 309:13 | **go** 301:25 |
| 384:3 387:14 | 501:4,11,21,23 | 322:4 324:10 | 308:8 310:6,8 |
| 387:17 397:1 | **gammas** 503:13 | 335:10 343:14 | 310:13 311:8 |
| 405:10,18 | **garage** 481:7 | 345:20 368:25 | 312:22 315:9 |
| 406:17 462:2 | **gary** 353:5 | 401:6 414:9 | 315:23 317:14 |
| **full** 396:22 | **gathered** | 419:5 431:5 | 317:15 319:12 |
| 397:4 507:17 | 477:14 | 443:24 445:25 | 321:15 322:5 |
| **fully** 296:8 | **gdldlaw.com** | 480:25 498:1 | 323:4 325:22 |
| 334:11 | 286:8 | 499:18 500:22 | 326:23 331:14 |
| **funny** 487:12 | **general** 289:21 | **give** 328:4 | 331:23 332:16 |
| **further** 295:11 | 306:16 314:14 | 330:2,5 349:11 | 334:13,17 |
| 342:20 344:9 | 319:17,18 | 356:17 383:1 | 337:17 338:25 |
| 355:3 384:19 | 327:4 370:20 | 383:18 398:23 | 339:16,20 |
| 410:6 449:23 | 376:9 | 405:3 417:4 | 340:8 341:15 |
| 486:15 | **generated** | 419:2 426:12 | 342:20,25 |
| **future** 298:16 | 310:15 356:10 | 458:22 467:15 | 344:8,24 345:5 |
| 298:24 | 388:20 | 470:11 471:14 | 346:10 350:22 |
| **fuzziness** 310:4 | **gentleman** | 484:25 488:11 | 351:1 352:16 |
| **g** | 444:7 | **given** 300:25 | 352:22 354:25 |
| **g** 288:2 387:6 | **geoff** 287:24 | 301:3,25 | 355:3 356:22 |
| **gamma** 310:10 | 288:15 | 313:16 375:19 | 356:24 357:7 |
| 311:18 312:4 | **geological** | 384:16 392:19 | 357:18 358:14 |
| 312:10,15,19 | 423:8 424:10 | 408:13 455:24 | 362:20,23 |
| 312:21 313:7 | 424:23 435:17 | 461:18 472:25 | 364:5 366:10 |
| 313:22 314:14 | 445:17 447:14 | 504:8,11 | 366:10 372:17 |
| 314:18,23 | **geologically** | 505:21 | 374:13 378:15 |
| 315:2,14 | 379:19 380:1 | **gives** 328:7 | 382:11 390:20 |
| 316:11,13,14 | 380:13 447:7 | 331:4 345:14 | 392:18 394:25 |
| 316:23 321:6,6 | **geologist** | 360:5 405:20 | 395:3 397:12 |
| 339:1,5,6,12,18 | 367:23 | 470:3 471:15 | 405:20 407:17 |
| 340:3 495:14 | | 492:9 | 416:25 417:8 |

418:5,7,21
426:15 427:17
431:11 440:20
440:21 443:25
457:20,21
463:16 466:17
474:8 477:5
481:17,22
483:5,14,15
485:16 486:1,1
487:6,14
490:19 492:22
493:14 494:12
496:11 499:10
500:12,15
502:2 503:19
**god** 463:9
**godfrey's** 353:5
**goes** 295:13
336:22 356:21
380:18 406:21
408:16 410:4
484:17 494:4
**going** 288:4
289:20 292:15
295:8 296:25
297:1,3 299:14
300:1,16
302:12 306:7
306:10 307:13
307:14 311:8
313:25 316:18
317:2,17
318:24 319:2
320:12 321:5

321:11 322:6
326:13,14
328:20 330:8
330:13 331:19
331:21 334:8
334:11,14,18
337:16,17
338:17 342:10
345:3,11
349:21 350:22
351:1,16
352:16 355:2
356:19 359:15
359:25,25
360:19,19
362:10 364:9
364:22 365:12
365:13 366:21
367:5,15 371:2
372:4,15,15,15
372:16,17
373:25 374:12
374:14 376:5
376:16 382:9
396:20 398:21
399:4 403:7
407:3 411:5,6
411:7,7,9
413:2 415:5
417:2 418:14
419:6 420:22
421:22 422:23
423:8,11,14
424:21 426:23
431:9,13

435:17 447:9
448:13 450:17
463:2,16 471:1
475:17,18
484:10 486:1
493:9 494:23
496:12,13
500:6 501:2
504:8,22
**gold** 327:10
328:4 335:11
420:1 437:19
437:22 438:3
439:21 445:24
446:21 499:8
**golden** 500:7
**good** 288:21,23
289:1 292:1
309:17,23
322:15,16,17
326:22 328:6
335:2,2,3
345:14 364:13
365:5 415:25
441:24 473:24
474:2 484:12
502:5
**goodell** 286:5
**goodness**
297:13 370:7
**google** 293:13
293:19 294:25
296:21
**gotten** 293:6
357:11 376:15

421:12 456:22
457:18
**government**
358:16 489:13
489:15,19
490:4
**grab** 311:11
**grabbed**
470:25
**grade** 332:20
348:3 371:16
486:3
**gram** 411:12
413:9 448:21
448:21 450:17
481:15 482:3
**grams** 396:18
396:22,23
397:2 413:9
450:18 476:18
482:4
**great** 289:13
309:24 318:22
364:19 382:10
484:19
**greater** 342:15
348:24,25
350:21,21
485:22
**green** 341:15
**greenbrier**
386:25 387:5
395:21 399:24
**greenstone**
301:3

**[greenwood - historical]**

| | | | |
|---|---|---|---|
| **greenwood** 285:17 | **hand** 350:1 356:18 359:12 362:16,24 363:1,2,3,4,16 363:18,19 470:24 507:21 | **hazards** 367:11 367:18 | 428:17 469:4,6 482:15 492:7 495:7 496:10 497:7,23 499:6 |
| **grids** 483:11 | | **head** 320:15 380:25 418:13 418:14 443:5 457:6 | **higher** 315:5 320:17 326:7 326:15 359:22 379:2,3 381:19 428:8 449:1 466:18 468:20 469:12 492:8 500:11 |
| **grind** 329:10 | | | |
| **gross** 489:9,12 | | | |
| **ground** 368:24 | **handled** 508:8 | **heading** 372:19 392:9 | |
| **group** 361:2 422:9 486:13 | **happen** 481:17 481:23,23 | | |
| | | **headset** 295:24 | |
| **grunerite** 337:8 | **happened** 365:16 410:3 465:2 | **health** 322:15 | |
| **guangxi** 456:8 456:11,14 | | **hear** 340:21,23 349:4 | **highest** 312:9 312:13,20 315:14 316:13 316:14 324:23 339:18 406:20 493:7 497:3 |
| **guess** 290:12 291:14 305:2 315:25 325:10 354:19 356:16 377:10 379:16 393:21 398:3 415:14 420:19 431:24 446:13 457:22 460:7 501:5 502:4 505:16 | **happens** 465:19 | **heard** 327:11 409:5 | |
| | **happy** 382:20 455:22 | **hearsay** 292:17 295:10 296:10 | |
| | **hard** 302:3 329:10 332:21 365:21 371:12 378:9 396:25 412:21 421:8 426:10 489:19 501:6 | **heat** 491:6,16 491:18 | |
| | | **heavy** 324:8,11 324:16 420:21 468:8 489:16 489:21 | **highly** 328:14 490:16 |
| | | | **hines** 283:6 286:4 289:7,7 322:2,5,11,12 328:18 334:14 334:16,19,22 335:2,4 337:22 337:24 340:18 340:23 341:6 346:4,9,16,19 349:10 364:9 364:14 465:23 505:14 |
| **gunter** 326:6 328:5 335:7,18 335:23 424:8,9 425:1 447:8 | **harder** 379:13 | **height** 331:8,12 | |
| | **harmful** 348:1 348:10,11 | **held** 288:12 | |
| | | **help** 343:8 362:20 382:25 468:14 | |
| **guys** 504:24 505:15 | **harrison** 285:18 | | |
| | **harvest** 416:5 | **hereunder** 507:20 | |
| **gypsum** 293:10 297:24 | **hate** 431:4 463:9 | **hess** 339:22 341:12 | |
| | | | **historical** 298:17,25 300:10 301:9 |
| **h** | **hayes** 338:19 347:7 | **hi** 289:18 365:3 | |
| **h** 284:1 510:3 | | **high** 315:8 336:21 341:24 342:18 379:11 | |
| **half** 328:15 388:22 451:7 451:18 | **hazard** 367:12 | | |

Aiken Welch, A Veritext Company
510-451-1580

[historical - indices]

301:15 413:17
414:2 436:7,9
**historically**
443:9
**history** 385:9
409:16
**hit** 317:9 341:4
378:5 450:20
505:10
**hitting** 342:7
**hold** 306:21
340:18 369:19
439:1,1 454:11
463:9 481:16
**hole** 411:19
**holes** 412:24
481:14,19
482:17
**home** 291:3,8
293:14 297:22
**homes** 291:18
295:1
**hope** 455:25
**hopefully**
307:23 473:16
505:1
**horizontal**
327:7
**hour** 285:4
**hours** 399:11
452:9 504:19
505:11
**house** 294:13
303:6

**houses** 294:16
**howie** 313:4
**huh** 389:24
**human** 348:1
**hundred** 375:6
399:11 450:5
485:21
**hundreds**
466:10,10
482:5
**hygiene** 488:17
**hypothetical**
393:13 418:25
425:22,23
426:8,9 436:5
439:3 464:25
**hypothetically**
460:14
**hypotheticals**
504:8

**i**

**idea** 504:10
**identification**
290:1,25
292:11 295:4
298:13 306:23
318:1 338:25
346:18 395:8
434:21
**identified**
298:5 302:2
308:6 339:24
340:2 347:15
352:22 357:19
415:19

**identify** 288:19
303:16 305:23
338:17 348:11
352:23 378:11
415:13
**identifying**
309:1 321:1
408:5
**ignore** 300:13
300:16
**ignores** 293:16
436:6,19
437:17 439:3
452:6
**iii** 288:6 505:21
**images** 302:25
319:4,4,5
320:15 352:24
467:10
**immaterial**
388:19 395:17
**important**
400:10 426:18
468:5,9 473:18
**impossible**
411:2 412:22
480:22
**improper** 426:8
**include** 411:25
**included**
411:23 412:3
508:14 509:3
**includes** 403:16
**including**
296:17 336:25

367:7 403:17
454:6 493:3
**incomplete**
393:13 418:25
426:7 436:5
439:3 464:25
**incomprehen...**
439:6
**incorporated**
395:22
**increased**
310:3
**increases** 489:9
**incredibly**
466:20
**independently**
350:15
**index** 311:19
311:25 341:15
491:20
**india** 449:11
**indicate** 305:17
392:12 423:17
441:9 452:17
476:9
**indicated** 298:5
323:23 355:8
**indicating**
405:1,4
**indication**
466:22
**indice** 326:7
**indices** 321:5
326:2,13,16
327:1 329:11

Page 28

**[indices - item]**

330:14,18
344:5 495:5
496:10 499:17
499:25 500:1
502:18
**individual**
310:6,8 314:13
314:16 315:3
329:25 344:14
345:4 350:9
359:20 361:9
361:21 363:17
363:20 367:3
402:6 463:3,4
466:19
**individuals**
304:16 305:7
397:23
**industrial**
329:20 372:17
452:12 488:17
**infinity** 468:15
468:19
**information**
292:18 293:6
294:18,19
304:15 305:3
375:20 393:4
393:17,19
403:3,4 425:24
427:1,2,16
437:25 454:5
454:21 456:25
457:7,8,8,18,20
457:23 458:24

461:1,21 471:6
471:10 474:6
474:13,25
475:2,7
**infrared** 485:3
487:1
**ingredient**
406:20,21,23
406:23
**ingredients**
304:25 405:21
405:22,23
**initially** 320:22
470:15
**inorganic**
351:7
**installed**
467:22
**intend** 323:9
332:8 384:20
408:9 455:16
494:9 504:4
**intended**
397:25
**intending**
422:16
**intensity**
321:17
**intention**
367:21
**interagency**
486:13
**interested**
460:3

**interesting**
337:3 494:7
**interests** 490:1
**interference**
295:17 296:4
328:11 344:21
349:2
**intergrowth**
345:15,16,20
**interim** 477:16
**intermixed**
393:25
**international**
358:18 387:1,6
395:21 399:25
**internet** 349:4
**interpret** 312:6
312:25 313:1,8
313:25
**interpretation**
312:2
**interpreted**
313:24
**interrogatories**
297:17
**interrupt**
334:25
**interruptions**
334:12
**introduced**
399:19
**investigation**
291:11 295:14
296:7

**involved**
294:11 427:25
**involvement**
302:23 303:2
**involving**
298:25
**iodide** 324:14
**ipad** 440:18
**iron** 329:1,1,2,3
**ish** 383:15
**iso** 311:9,13
330:8 492:4,11
492:23 493:20
**issue** 303:25
304:10 332:7
365:22 394:4
401:8 410:10
423:18 456:11
464:9 473:5
484:13
**issued** 300:5
305:13 486:19
**issues** 296:10
373:17 436:21
**italian** 371:1
372:20 376:4
441:6,10,15,16
441:19,21
442:14 449:10
**italy** 369:8
388:25
**item** 489:13

[j - know]

**j**

**j**  487:16
**j&**  489:21
**j&j**  299:9,10
   304:23 305:1
   328:13 444:21
   455:22 456:4
   456:13,17
   457:7 490:6
**j&j's**  490:1
**j4**  485:9
**j4-1**  485:6
   487:11,12
**jane**  346:23,24
**jayme**  284:12
   356:3,5 361:23
**jbp**  298:17
   299:1 385:14
   390:3 470:17
**jeez**  306:8
**jeff**  286:4 289:7
   322:12 340:22
**jjh**  286:8
**joann**  361:3
**job**  282:24
   333:16,18
   334:22 336:12
   504:9,25 508:5
   510:2
**johns**  294:4
   375:14 427:3
   427:18 438:2
   446:5 491:19
**johnson**  287:1
   287:1 288:8,9

288:24,24
289:2,2,10,10
298:6,6 301:7
301:7,8,15,15
301:19,19
303:22,22,23
303:23 304:19
304:19 305:5,5
375:8,8 393:25
393:25 394:24
394:24 402:22
402:22 403:16
403:16,24,25
404:3,5,5,6,6
406:5,5 456:25
456:25
**johnson's**
   301:8 367:2
   385:25 390:3
   391:9 393:17
   394:3,10,13
   401:19 402:18
   406:6 460:2
   463:23 470:21
   489:21
**journal**  326:9
   330:25
**judge**  381:21
**judgment**
   382:4 407:11
**jump**  321:25
   346:2
**jumped**  333:22
   333:23

**jurors**  416:12
**jury**  365:24
   454:4,19
   469:22,22,23
   470:2 473:7,17
   473:22 475:4

**k**

**k**  282:22 286:1
   286:12
**kazan**  285:17
   300:25 408:24
   478:17 479:11
   479:11,16
**kazanlaw.com**
   285:22 508:2
**keep**  335:14
   400:2 469:18
   478:1
**keeping**  421:9
**keeps**  331:16
**kevin**  286:15
   289:5 365:5
**kicked**  486:20
**kidding**  415:15
   461:25
**kim**  287:13
   289:1
**kim.bueno**
   287:19
**kind**  309:6
   310:19,21
   332:2 337:3
   352:8 366:22
   392:5 393:2
   397:14 413:25

462:6 466:23
466:24 467:9
494:3,7,9,16,22
498:19,20
499:8
**kinds**  409:24
   478:22 479:1
**king**  287:5
**knew**  367:11,11
   367:12 409:6,8
   409:8 459:23
   490:13
**know**  289:18
   292:4 293:5
   294:3,17,18
   295:19 299:5
   299:12 303:13
   304:13,19
   305:11,20
   306:14 307:9
   309:5 310:4
   313:2,3 314:7
   314:24 315:16
   315:17 316:25
   319:16 320:4,6
   320:8,10,14
   324:11,12,14
   324:17,20,21
   324:22,24
   325:1,2,3,4,20
   326:21,24
   327:23 329:3
   329:24 330:7
   331:1,9,16
   333:5,6,12,17

**[know - layers]**

| | | | **l** |
|---|---|---|---|
| 333:19 334:5,6 | 403:7 404:2 | 462:19 463:14 | |
| 335:6 338:8 | 405:21 406:14 | 463:21 464:3 | **lab**  333:20 |
| 339:13 340:24 | 409:4 410:20 | 464:14,16 | 335:7 338:21 |
| 341:4,22 342:8 | 410:25 411:11 | 465:2,7,19 | 420:24 421:7 |
| 345:8 348:7 | 411:18 413:8 | 466:8 467:21 | 429:3 |
| 350:11 351:11 | 414:14 415:11 | 469:9,12,16,18 | **laboratory** |
| 352:8 353:24 | 415:23 416:18 | 472:2,3 473:4 | 488:16 489:11 |
| 354:1,10 | 416:23 417:1,2 | 473:5,21 476:6 | **labs**  333:19 |
| 356:13,24 | 417:14 418:8 | 478:5,8 479:13 | 334:4,7 410:1 |
| 357:21 358:6 | 418:10 419:7,7 | 479:14,18,19 | 448:25 |
| 359:7,21 360:4 | 419:8 420:6 | 479:21 481:6 | **lacks**  292:16 |
| 361:21,23 | 421:2,3,19,20 | 483:3,14 | 293:24 295:9,9 |
| 364:4,6 365:23 | 421:20,22 | 484:16,17,17 | 295:11 383:6 |
| 366:4,6,13,17 | 422:5,9 423:23 | 484:21,22 | 383:10 |
| 368:4 369:1,2 | 424:25 425:20 | 485:12,25 | **lake**  483:15,17 |
| 369:3,18 | 425:21 426:11 | 486:25 487:1 | 483:18 |
| 371:11,22 | 427:1,2,13,24 | 489:10,14 | **langley**  282:22 |
| 373:9,16 374:4 | 430:14,15 | 490:16,24 | 285:5 288:17 |
| 374:13,21,22 | 431:1,4,24,24 | 491:22 495:19 | 507:6,23 |
| 375:6,13,19 | 432:14 433:9 | 496:18 502:5,6 | **lanier**  284:6 |
| 376:19 377:19 | 433:19,21,22 | 502:22 503:18 | 292:2,9,14 |
| 377:19,24 | 441:24 442:7 | 503:19 504:7,7 | **large**  355:11 |
| 378:1,12,13,14 | 442:14,15 | 504:12,23,24 | 379:7 449:3 |
| 378:20 379:6 | 443:18,21,22 | **knowledge** | **late**  390:17 |
| 379:10,18 | 445:13 447:5,7 | 330:22 | 492:1 |
| 380:1,23,24 | 447:8 448:15 | **knowledgeable** | **latest**  392:13 |
| 383:3 384:6,14 | 448:22 450:13 | 422:4 461:17 | **lavaca**  287:16 |
| 385:24 389:6,6 | 451:19 452:8 | **known**  416:1 | **law**  301:3 |
| 391:4 393:10 | 452:25 453:12 | 478:7 499:22 | 478:17,19 |
| 396:18,21 | 455:13,23,25 | **knows**  340:20 | 479:11,11,16 |
| 397:13 398:15 | 456:13 457:22 | 375:25 422:21 | 479:20 480:5 |
| 399:21 400:13 | 458:11,12,19 | **krising**  286:21 | **lawsuit**  406:8 |
| 401:3,3,4,6,10 | 459:8,8,13,14 | **kslaw.com** | **lay**  304:4 |
| 401:10,14 | 459:15 461:1,2 | 287:10,11 | **layers**  352:6 |
| 402:1,11,14 | 461:4,6,12,19 | | |

Page 31

**[layman's - long]**

layman's
  349:11
lead 483:16,19
leaf 405:25
leave 494:9
leaves 485:16
leaving 505:18
leavitt 304:14
  304:20
leavitt's 306:1
led 336:21
  402:4 468:25
  491:7,9
ledge 349:20,22
lee 381:21
leech 286:5
left 356:18
  362:16,24
  363:18,19
  396:3 410:8
  481:5,6 482:17
legal 288:16,18
  409:19 453:9
  457:11 459:1
  473:14 505:23
  508:7
leica 336:20
  466:25 467:25
length 328:1,3
  343:24 355:15
  356:12 391:23
  399:9 499:22
lens 468:16,21
  492:7,15

lenses 468:19
  468:19 469:17
level 372:5
  373:1 377:5
  398:11,13
  399:3 411:12
  411:12 419:3
  447:25 448:4
  448:11 449:18
  454:9 475:19
  481:13
levels 381:18
  399:10
levy 312:8
  331:6 343:17
lewis 282:4
  288:8 508:4
  510:1
lid 480:23
life 308:1 398:7
  400:18
light 328:21
  341:23 342:5
  415:11 468:25
  469:1 487:15
  491:9
lights 469:3
  491:8
likelihood
  489:9
likely 442:1,2
  442:13 460:19
  471:24 472:2
  472:24

limit 296:24
  324:21 372:24
  374:5,8 398:24
  415:7 448:14
  448:20,22,24
  449:19,25
  450:14,16,20
  450:22 482:3
  483:3 486:5
  488:5 493:25
  495:18,21,25
  496:19
limited 376:7,9
  393:6
limiting 391:2
  391:4
limits 438:18
  448:5,15
  449:21 485:7
line 310:9
  413:25 488:14
  506:9 508:15
  509:4 510:4,7
  510:10,13,16
  510:19
link 474:18
liquid 319:11
  319:15 324:8
  324:11,16
  329:8 468:8
  489:16,22
listening 336:7
literally 453:16
  495:21

literature
  358:13,23
lithium 324:13
litigating 478:3
litigation 410:5
  418:19 457:24
  458:9
little 314:10
  329:2,3 339:21
  342:20,25
  343:16 344:8
  347:2,11 355:3
  355:24 356:13
  356:20 362:8
  362:10,16,25
  363:4,21 364:2
  368:15,23
  371:4 395:20
  403:12 414:7
  416:10 431:9
  449:22 460:7
  469:7 487:7,12
  496:3 497:7,23
llc 286:10,12
llp 286:5,16
  287:5,15
located 377:20
  429:19
location 339:11
locations 369:6
locked 508:12
  509:1
long 296:25
  325:10 355:14
  357:14 365:24

**[long - looking]**

| | | | |
|---|---|---|---|
| 382:8 418:12 | **longs** 286:10,11 | 472:8 474:5,8 | 466:13,13 |
| 434:14 450:19 | 289:6 290:6 | 475:8 480:15 | 467:19,20,21 |
| 450:20 473:19 | 320:22,23 | 484:8 504:5 | 469:9,10 476:4 |
| 487:22 496:16 | 322:19 323:6 | **look** 293:3,7 | 477:3 481:13 |
| 504:4 | 323:18,21 | 300:19 303:9 | 481:14,15 |
| **longer** 431:10 | 325:14 327:5 | 306:11 307:3,8 | 482:4 485:17 |
| 490:11 | 327:14 336:15 | 310:18 313:2,2 | 485:17 488:24 |
| **longo** 282:12 | 337:7 352:20 | 313:3 314:1,19 | 489:4 493:20 |
| 283:3 284:5,8 | 365:6,9 367:7 | 314:20,21 | 494:25 498:20 |
| 285:1,7 288:7 | 370:23,24 | 319:9,14,20,21 | 505:5 |
| 289:14,18 | 371:7 385:14 | 319:22,24 | **looked** 297:15 |
| 293:1 295:14 | 386:3 390:4,11 | 320:1,2,25 | 308:21 320:4 |
| 316:20 321:20 | 390:16,21,22 | 328:24 331:5,6 | 333:10 377:2 |
| 322:12 335:5 | 391:12,24 | 331:13,19 | 384:10 405:6 |
| 336:7 357:5 | 393:1,1,5,20,24 | 332:1,6 341:13 | 417:13,15 |
| 364:11 365:3 | 394:8,23 | 342:6,11 | 421:12 464:9 |
| 366:10 378:23 | 400:21 408:5 | 343:10,20 | 464:10,11,21 |
| 379:17 380:6 | 408:19,21,22 | 344:12 345:3 | 469:25 484:4 |
| 383:11 384:1 | 409:11 412:6 | 350:1,13 351:9 | 491:2,25 |
| 395:2 401:22 | 413:11,16,21 | 355:20,25 | **looking** 303:24 |
| 407:3 409:23 | 413:24,25 | 357:7,18 366:8 | 309:4 312:8 |
| 425:6 430:16 | 414:1,3,11 | 368:5 373:10 | 313:12 319:7 |
| 431:19 438:18 | 415:4 416:13 | 374:13 382:18 | 324:23 331:8 |
| 452:15 453:5 | 417:8,9,11,14 | 386:24 387:13 | 331:11 338:8 |
| 455:2 458:25 | 417:15 419:17 | 389:19 392:6 | 338:14,14 |
| 459:18 463:13 | 419:17,18 | 398:20 404:8 | 340:12 342:16 |
| 474:17 475:16 | 420:8,11,23 | 404:24 407:16 | 342:22 343:6 |
| 487:4 488:11 | 421:3,6,25 | 411:17 414:25 | 343:18 344:3 |
| 492:3,6 494:3 | 423:2 430:3,12 | 416:13 417:8 | 344:12 346:11 |
| 496:12 497:1 | 458:7 461:22 | 417:21 418:8,9 | 348:14 349:15 |
| 503:17,25 | 462:5,13 | 420:2,8 422:18 | 350:4 351:7 |
| 504:3,20 | 463:20 464:22 | 431:21 434:11 | 352:4 356:9 |
| 505:21 506:3 | 464:23 465:24 | 445:14,24 | 375:20 381:15 |
| 506:25 507:8 | 470:21,24 | 447:16 450:2 | 382:20 394:19 |
| 508:5 510:2 | 471:21,25 | 465:11 466:1 | 401:21 418:18 |

Aiken Welch, A Veritext Company
510-451-1580

**[looking - manufacture]**

430:25 450:6
464:1,8 465:16
467:10,17
481:12 485:18
488:12 489:17
494:15 495:3,4
495:11,14,16
497:6 500:4,19
500:21 501:5
501:24 503:14
**looks**  332:6
349:20 384:24
393:4 396:2
415:4 496:9
**los**  286:19
**losing**  310:5
**lost**  306:21
**lot**  291:16
294:2 310:7
327:6 328:22
333:19 344:13
350:6,8,18
366:7 370:12
373:20 382:6
407:20 408:12
416:20 424:7
427:5 433:1
461:4,15
479:10 486:25
494:4
**love**  504:24
**low**  315:8
373:19 376:16
414:21 450:4
499:6 501:4

**lower**  315:4
321:18 339:21
381:6 496:3
501:24
**lowest**  311:19
313:22 315:14
316:9,10,12,13
339:19 340:9
374:9
**ltl**  287:1
**lucky**  286:11
286:12 289:6
365:9 367:7
459:20,21,22
460:9,11 504:5
**lucky's**  460:2,6
460:13
**lung**  302:6
303:24,25
304:2,17
**lungs**  304:1,4
304:11,25

**m**

**m71303**  322:21
**m71309**  322:22
**m71309-002i...**
338:17 340:14
341:10
**m71309-003-...**
353:9
**m71614-001...**
308:5,12 309:8
309:19
**m71719**  284:13
395:12

**made**  297:4,6
339:22 358:8
405:19 406:18
433:24 460:13
468:18 484:24
490:12
**mag**  359:22
466:18
**magenta**
328:23 329:22
330:3,9 331:20
**magic**  425:3
432:3 439:19
**magically**
480:2
**magnesium**
351:9,13
**magnification**
468:20 492:5,8
492:13 493:8
495:1
**magnitude**
449:1
**main**  331:23
**major**  297:23
405:21
**majority**
354:12 376:20
**make**  290:22
291:25 292:8
297:7 301:17
311:4 325:8
329:9 342:6
347:2,3,11
348:19,19

350:19 358:8
359:20 362:3
366:23 380:21
386:21 387:18
388:8 389:4
399:2 402:22
404:18 411:10
417:6 434:12
436:24,24
449:6 451:17
455:1,2 462:9
472:7 480:24
481:9,19
484:10 489:11
494:6 498:8
502:23 503:8
508:14 509:3
**makes**  468:12
468:12,21
492:16
**making**  291:17
297:11 328:21
345:1,4 348:17
482:16 497:21
**man**  458:12
**management**
287:1
**manipulate**
411:5 412:22
**manipulated**
410:14 411:4
411:15,20
**manner**  410:22
**manufacture**
471:4,14

**[manufactured - measurement]**

| | | | |
|---|---|---|---|
| **manufactured** | **marked** 290:1 | 417:15 492:25 | 332:16 341:20 |
| 297:19 376:2 | 290:12,21,25 | **materials** | 345:5,16 |
| 406:4 474:10 | 292:11 295:4 | 296:18 297:23 | 346:23 360:9 |
| **manufacturer** | 298:13 306:23 | 305:17 371:5 | 362:21 371:10 |
| 368:9,13,14,17 | 309:25 318:1 | 384:6 408:4 | 383:8 389:6 |
| 395:16,18 | 341:9,14 346:5 | 417:14 429:23 | 391:9 398:4 |
| 413:19 443:16 | 346:5,18 361:4 | 493:17,21,21 | 400:13,13 |
| 451:1 457:19 | 381:25 384:25 | **math** 316:7 | 404:3 407:17 |
| 457:21 468:18 | 395:8 434:21 | 483:1,8 | 408:10 413:14 |
| 474:6,25 | 451:23 | **matrix** 335:16 | 413:23 416:16 |
| **manufacturers** | **market** 490:1 | **matter** 288:7 | 418:12 419:3,5 |
| 291:17 297:23 | **marking** | 316:5 402:3,12 | 430:12 431:4 |
| 320:10 370:6 | 289:23 | 423:9 435:18 | 433:23 434:10 |
| 413:17,18 | **marlin** 282:4 | 445:9,18 448:5 | 434:12 442:7 |
| 444:19 456:21 | 284:14 288:7 | 448:14 460:4,5 | 444:19 448:7 |
| 458:2 461:2 | 385:2 387:19 | 472:5,16 | 457:22 458:8 |
| **manufactures** | 395:13 508:4 | 473:21 475:18 | 461:15 462:17 |
| 386:20 | 510:1 | **maximum** | 467:4 470:18 |
| **manufacturing** | **mart** 286:12 | 311:24 312:3,7 | 478:4,16 479:6 |
| 410:8 | **maryland** | 312:9,12,15 | 481:2 498:6 |
| **manuscript** | 286:7 | 313:13,21,22 | 504:17 |
| 333:6 | **mas** 284:13 | **mays** 405:23 | **meaning** |
| **manville** 294:4 | 322:21 395:12 | **mcclain** 285:17 | 367:10 369:4 |
| 427:3 446:5 | 435:8 467:25 | **mdl** 284:8 | 448:21 464:9 |
| 491:19 | 477:4 | 298:9,20,21,22 | **means** 312:8,10 |
| **manville's** | **match** 338:8 | 298:23 299:13 | 312:16 342:14 |
| 375:14 427:18 | 391:10 | 299:23,25 | 345:20 398:10 |
| 438:2 | **matches** 330:17 | 300:4,5,8,10,10 | 441:10 447:24 |
| **mark** 291:25 | **matching** | 300:11 | **measure** |
| 294:23 306:17 | 500:24 | **mdubin** 287:10 | 350:15 398:22 |
| 311:13 314:11 | **material** | **mean** 291:23 | **measured** |
| 317:22 318:20 | 292:18 295:11 | 294:1,2 312:7 | 352:9 |
| 346:13 395:5 | 296:22 324:12 | 312:12 313:13 | **measurement** |
| 434:13,16 | 324:13 379:24 | 314:25 324:6 | 399:3 |
| 496:13 | 395:18 407:19 | 326:25 327:21 | |

**[media - minerals]**

| | | | |
|---|---|---|---|
| **media** 322:9 | 490:5,9 492:4 | 493:7 502:5 | 377:12 388:24 |
| 364:25 431:16 | 492:24 493:25 | **microscopes** | 419:25 423:24 |
| 505:22 | 494:1 | 466:24 467:21 | 424:22 428:1 |
| **medicated** | **methodology** | 468:11,14 | 432:5,10,15 |
| 290:16 | 415:18 | 491:6 | 433:12 434:6 |
| **meet** 348:20 | **methylene** | **microscopist** | 435:2,20 436:1 |
| 365:13 | 324:14 | 420:25 | 436:2,3 437:12 |
| **meeting** 505:5 | **micas** 373:11 | **microscopy** | 438:20,23 |
| **meets** 354:16 | **michael** 285:16 | 487:15 | 444:13,14,15 |
| 357:22 360:22 | 288:21 340:24 | **mid** 392:20 | 444:24 445:5,7 |
| **memo** 489:24 | 436:10,25 | **middle** 364:1 | 445:18 448:2 |
| **mention** 438:3 | 508:1 | 440:12 | 448:18 449:17 |
| **mentioned** | **michel** 312:8 | **mill** 329:9 | 450:8 452:19 |
| 330:19 429:23 | 331:6 343:17 | 379:8 487:21 | 454:5,6,9 |
| 466:24 | **michigan** | **milled** 329:7,21 | 455:8 459:14 |
| **meso** 401:8 | 483:15,17,18 | 487:17,24 | 460:17,18,22 |
| **mesothelioma** | **mickey** 328:5 | **milling** 377:23 | 472:14,16 |
| 300:17 | 335:7 424:8 | 380:18 | 473:17,20,25 |
| **messing** 308:16 | 447:8 | **million** 483:16 | 474:18 |
| **met** 322:13 | **microgram** | 486:7 488:5,8 | **mined** 435:15 |
| 359:7 365:5 | 411:11 | **millions** 482:5 | 435:16 447:3,3 |
| 487:10 | **micron** 337:1 | **mills** 368:25 | 475:9,18 |
| **metamorphic** | **microns** 328:1 | **mind** 322:3 | **mineral** 304:11 |
| 345:21 | 328:3 337:2,3 | 489:11 | 351:12 373:2,8 |
| **metamorphing** | 348:25 360:1,1 | **mine** 319:19 | 381:5 482:8 |
| 345:22 | **microscope** | 320:4,10 | 497:19 503:1 |
| **method** 317:5 | 319:10 326:9 | 327:16,19 | **mineralogists** |
| 317:10,12 | 336:20 355:18 | 336:1 354:11 | 333:25 |
| 375:10 377:1 | 355:20 356:10 | 354:12 360:16 | **minerals** |
| 399:6 415:8 | 357:8 464:10 | 369:17 370:6 | 302:16,17,19 |
| 416:4 485:3,13 | 464:22 465:11 | 371:18 372:20 | 326:15 333:15 |
| 485:15,22 | 466:1,16 | 372:20 373:10 | 381:2 419:11 |
| 486:10,20 | 467:13 468:10 | 373:15 374:12 | 425:11 497:14 |
| 487:11,12 | 469:5,15,25 | 374:20,22 | 502:25 |
| 489:20,23,25 | 491:15 492:16 | 375:5,18 | |

**[mines - multiple]**

**mines**  369:7,15
369:16,20,21
369:24  370:19
370:22,25
372:3,9,13
373:1,9,17,21
373:22  375:3,5
375:8  376:24
377:9,11,13
408:12,15
421:23  422:23
423:18  424:3,4
424:6,10,14,16
424:17,25
425:3,4,9,18
426:17  429:4,6
429:10,19
430:2,10,13,19
438:7  440:10
441:2,3,25,25
442:21,22,23
443:10,15,18
444:2,20
445:10  446:3
448:3  449:7,9
450:3  451:15
451:21  452:5
452:11,12
456:4,5,9,9,21
**minger**  287:24
288:15
**mining**  368:21
368:24  378:5
380:14  487:9

**minus**  487:17
**minute**  307:11
401:20  500:20
**minutes**  364:17
431:8,10
**mischaracteri...**
467:14
**misidentifica...**
342:17  497:13
**misidentifying**
470:6  490:25
502:16
**misleading**
313:18
**missed**  465:8
**missing**  370:17
372:21
**misspoke**  363:7
**misstates**
293:16  418:24
426:8  437:13
437:16  467:14
**mistaken**
491:21
**misunderstan...**
482:21
**mix**  391:10
470:21
**mixed**  380:19
407:2
**mobley**  422:6
423:22  444:8
**mobley's**
443:23

**moderate**
496:23  498:12
499:4
**modernization**
319:6
**moment**  305:15
465:15
**monday**  366:4
**money**  489:3
**monitor**  336:22
469:6
**montana**
369:25  370:14
372:15  373:18
373:19,22
375:12,21,22
377:12,13
378:22  408:10
408:13  418:2
420:3  421:23
421:25  422:2
422:12,21
423:3,5,18,23
425:18,24
427:4,9  428:1
429:4,5,10,13
429:15,19
430:2,13,15,19
432:5,10  434:6
435:2,16
437:12,18,20
438:4,20  439:9
439:17  441:3
441:20,22
442:3,4,16

443:13,19,25
444:13  446:22
447:4,22  451:9
454:6  455:20
456:12  457:14
461:17,18
472:5  488:2
**month**  325:21
**months**  325:21
383:15
**morning**
288:21,23
289:1  504:17
**morphing**
344:15
**morphology**
345:10
**morton**  287:3
288:23
**motion**  382:3
**motions**  407:10
**mounts**  493:3,3
493:11,12
**move**  297:5
334:22  359:2
363:4  366:15
383:20  407:3
459:18  461:22
495:20,20
**moved**  392:23
**moving**  366:13
**mreid**  285:22
508:2
**multiple**
349:14

**[mumbling - notice]**

**mumbling**
  292:5
**mute**  295:20
**muted**  340:17
  340:18,19,22
  340:24,25
**muting**  296:1
**mva**  303:4
  306:4
**myriad**  358:24
  380:19
**mystery**  497:19

**n**

**n**  283:1 288:2
  387:6
**name**  322:12
  327:15,20
  406:24 462:23
**named**  352:19
  507:9
**naming**  370:25
**nanometer**
  341:16,21
**nanometers**
  339:12 341:24
  341:25 352:10
**national**  369:17
  488:15
**near**  377:6
  503:13
**nearly**  500:2
**necessarily**
  382:6 447:20
  473:12

**necessary**
  410:9 458:20
  459:17 508:14
  509:3
**need**  289:19
  295:20 311:13
  314:10 322:2
  326:19 355:19
  356:23 365:23
  380:2 393:15
  398:24 415:20
  431:5,5,8,9
  434:6,7 452:15
  487:21,23
**needed**  326:5,6
  326:18
**needle**  359:21
**needs**  326:19
  463:14
**negative**
  497:11,15
  498:7,14,15
  503:2,4,5,6,11
**negatively**
  332:25
**negatives**  503:7
**neither**  333:6
  430:12 497:12
**never**  292:13
  294:10,13
  301:6 368:8,10
  368:16 370:3
  378:16 379:10
  394:2 400:11
  410:14,20

411:13,14
  430:12 445:2
  448:19 484:23
  490:3,6,16
  493:9,18 497:4
  502:10
**new**  287:8
  290:3,19
  336:11 365:22
  407:23 467:7,7
  467:25 468:2
  468:13 469:16
  470:12 480:5
  486:9 489:17
**newer**  410:23
**nice**  322:14
  336:12 474:4
  474:24
**night**  308:22
  425:3 432:3
  439:19 492:1
**nine**  472:17
**niosh's**  358:20
**nitrogen**  329:8
**non**  405:14,15
**nonactive**
  405:23
**nonasbestiform**
  485:2
**nonasbestos**
  347:23,25
  351:17,22
  352:12 358:9
**nondetects**
  373:20

**nonissue**
  410:11
**nope**  360:14
**north**  369:21
  369:24 370:10
  370:14 371:2
  372:16 376:3
  399:11 441:11
  441:17 448:4
  449:12,15,16
  449:17 450:9
  451:15 452:5
  452:10 454:6
  460:17 497:16
**northeast**
  497:10,16
**northern**
  369:21
**northwest**
  497:9
**notably**  492:7
**notary**  288:15
**notating**
  508:15 509:4
**note**  399:18
**noted**  387:21
**notes**  385:2
  387:13 388:2,6
  388:13 389:20
  390:12,20
  394:20 401:16
  403:13 451:24
  451:25
**notice**  284:4,10
  285:3 289:23

Aiken Welch, A Veritext Company
510-451-1580

**[notice - okay]**

318:6 387:15
387:16 399:18
**noticed** 399:17
**november**
282:14 285:4
288:5 318:10
507:21 508:3,5
**number** 288:10
307:15,21
322:9 347:8
357:1 364:25
367:2 369:11
375:12 379:9
394:14 403:15
403:19 424:5
431:16 437:22
456:13 467:1
470:16 479:14
483:11 488:11
490:8,24 491:2
492:2,22 495:3
496:16 498:15
503:12,25
505:22 508:15
509:4
**numbers**
307:16 309:9
346:6 476:8
477:4
**nvlap** 488:21
489:3
**ny** 287:8

**o**

**o** 288:2
**o0o** 282:3
**oakland** 285:20
**oath** 318:13
**object** 292:15
292:20 295:8
296:3 439:5
**objected** 297:4
**objection**
334:15,19,20
383:10
**objections**
293:22 296:25
436:25
**objective**
468:19 469:17
492:7,14
**obligations**
457:12 459:2
**observation**
330:23
**observed** 488:3
493:1
**obviously**
293:12 317:17
454:22
**occasion**
378:25
**october** 388:4
**offer** 384:20
408:9 455:16
504:4
**offered** 445:2

**offering** 366:24
367:5 381:7
391:14
**office** 341:19
477:20,23
478:5 480:5
508:11
**official** 318:10
318:11
**oh** 290:15
294:12 297:13
316:3 331:14
339:12 356:5
361:5 399:11
418:7 427:17
440:17 444:9
446:9 456:3
458:12 459:18
461:24 463:9
468:1 470:19
475:15 487:5
**oil** 325:15
**oils** 491:12,12
**okay** 290:20
291:6 292:19
294:23 298:3
299:16,22,25
301:6,13
302:10 306:14
307:11,18
308:3,4,10,23
308:24 309:18
309:24 311:2,7
311:11 314:5
316:9,18

317:11 318:22
321:9 323:5
325:12 330:4
330:10,19
331:25 332:17
334:5 337:13
337:25 338:3,7
338:16 339:16
339:17,20
340:5,19 341:5
341:7 342:13
343:7 344:8,22
344:24 346:16
347:10,11,12
347:13,17
348:5 350:12
352:25 353:10
353:11,20
355:10,13
356:22 357:5
358:10 359:4
361:15 362:6
362:12 363:6
365:9 366:3,18
366:21,24
367:23 368:2
378:16 381:11
382:10 384:12
385:7 388:7
389:19 394:12
395:3 399:8,12
399:16 401:13
402:1,8 404:8
407:8,14
408:16 409:6

**[okay - ores]**

| | | | |
|---|---|---|---|
| 409:11 410:1 | **ooo** 285:11 | 423:4,9,12 | 433:16 437:15 |
| 419:14,18 | 288:1,3 | 424:16,20 | 447:19 452:1,2 |
| 422:25 423:13 | **open** 304:4 | 425:5,7,16,25 | 452:9,24 454:1 |
| 423:21 426:15 | 377:13 413:6 | 426:4,12,16 | 454:24 455:3 |
| 426:23 430:9 | 482:18 | 429:24 430:7 | 455:15,24 |
| 432:24 434:14 | **opened** 480:13 | 435:13,21 | 459:19,22 |
| 434:23 439:1 | 480:14 | 438:16,18,19 | 460:10,15,19 |
| 440:1,21 | **operating** | 443:12 445:9 | 464:23 465:3 |
| 447:18 449:22 | 302:25 303:1 | 445:16,18 | 504:3,12 |
| 450:11 459:6 | **opined** 468:9 | 447:22 448:1,7 | **opportunity** |
| 461:25 467:23 | **opining** 467:11 | 448:17 449:2 | 416:21 417:1 |
| 468:1 470:14 | **opinion** 294:21 | 449:24 450:13 | 418:6,11,15 |
| 479:9 483:6 | 302:8 344:19 | 451:7,17 452:4 | 419:2 454:22 |
| 488:14 490:8 | 345:9 348:9 | 452:15,20 | **opposed** 343:9 |
| 494:11 502:11 | 354:23 356:8 | 453:22 454:8 | **opposition** |
| **old** 294:13 | 357:4 358:6 | 456:18 459:12 | 382:3 407:9,10 |
| 351:4 468:17 | 360:6 362:13 | 463:17 464:2 | **optical** 338:24 |
| **older** 319:6 | 369:19 372:5 | 465:13,14,15 | 492:16 493:7 |
| **olympus** | 372:11,25 | 489:11 497:1,7 | **order** 292:9 |
| 468:17 | 373:4,24 374:2 | 497:23 499:1 | 306:18 307:23 |
| **once** 359:6 | 374:17,25 | 500:5,9 501:19 | 307:24 308:15 |
| 364:10 413:7,9 | 375:17 376:8 | **opinions** | 310:24 317:23 |
| 415:19 484:2 | 378:2,3,24 | 366:24 367:6,9 | 335:7 343:14 |
| **ones** 301:11 | 379:4,17,22 | 369:19 370:22 | 343:16,16 |
| 320:4 336:24 | 380:7,12,23 | 371:6,12,22,24 | 344:17,17,19 |
| 339:14 349:14 | 381:7,9 384:16 | 372:1 381:23 | 395:6 434:5,17 |
| 372:18 385:22 | 385:20 387:9 | 383:4 384:9,13 | 450:21 451:11 |
| 385:23 402:3 | 387:11 388:11 | 384:19 387:22 | 452:19 464:22 |
| 402:20 411:25 | 390:2 394:7,13 | 388:7,16,16,20 | 468:14 482:1 |
| 412:2 456:14 | 395:16 397:15 | 391:2,4,13 | 496:15 500:9 |
| 457:5 466:25 | 397:19 398:17 | 393:12 399:13 | 500:12 |
| 473:19 491:9 | 399:1,12 400:5 | 408:7,8,14 | **orders** 449:1 |
| 495:1 503:10 | 400:8,16 | 412:20 421:24 | **ore** 440:13 |
| **ongoing** 450:13 | 403:24 404:23 | 422:15,16,22 | **ores** 488:2 |
| | 422:18,19 | 424:24 430:11 | |

Aiken Welch, A Veritext Company
510-451-1580

[organization - particular]

organization
   358:18 376:1
original   412:7
   508:10,21
osha   484:20,25
osha's   358:20
ought   474:8
   498:15
ounce   402:8,10
   402:11,17,19
   403:10,10,10
ounces   396:23
   402:13,14,14
   402:15,15,19
   402:20
outer   309:5,6
   309:16,16
outline   407:20
outside   294:16
   436:14 452:2
overall   317:9
   353:25 401:24
   402:4 450:2
overbroad
   291:13 388:14
   393:14 451:4
   452:7,22
   454:15 455:18
   457:10 463:8
   464:24
overstating
   489:8
overview
   408:20

own   303:6
   319:24 326:24
   424:19 425:14
   446:6,20
owner   412:6
owners   409:3,9
   410:12 477:15

p

p   288:2 467:25
p.m.   322:10
   364:23 365:1
   431:14,17
   505:20,25
pacific   285:5
page   283:2
   284:3 307:15
   307:16 311:14
   331:17 338:15
   382:12 385:6
   386:24 387:13
   389:19 390:12
   390:20 392:3
   392:16,18,23
   392:24 395:4
   396:16 397:13
   407:9 462:12
   462:12 467:19
   467:23 470:8,9
   476:4 484:17
   484:17 485:12
   486:2 487:6
   488:11,14
   494:15,23
   495:3,4 498:10
   498:13 499:20

500:16,17
501:5,8,8,11,14
501:21 502:1
506:9 508:15
509:4 510:4,7
510:10,13,16
510:19
pages   282:13
   338:12 508:14
   508:17,17
   509:3,6,6
painful   505:1
paper   326:8
   330:23 332:9
   332:23 409:2
   486:14,19
papers   426:22
paperwork
   461:13
paragraph
   389:21 427:22
   429:16 440:5
   484:18
parallel   307:5
   308:4,7 309:2
   327:8 328:9,23
   330:3 335:10
   335:18 342:9
   348:24 349:7
   353:16,21,23
   355:19 356:11
   360:15
parameters
   331:7

paranoid
   362:10
pardon   310:11
parentheses
   390:6
parenthetical
   392:15
park   286:17
   369:17
part   302:10
   338:11 341:14
   407:25 412:11
   418:17 426:16
   429:20 432:21
   436:2 455:2
   458:15 461:9
particle   308:5
   308:10 309:1,8
   309:10 314:16
   314:19 315:1,3
   316:22,24
   317:1 340:13
   343:4 345:17
   346:1 352:12
particles   284:9
   290:11 302:1,4
   302:5,13,16
   303:9 307:1,3
   307:5 314:13
   320:25 321:13
   336:19 345:18
   357:8,19 405:4
   495:11,20
particular
   304:11 315:19

**[particular - plaintiffs]**

| | | | |
|---|---|---|---|
| 327:16 338:22 | 345:12 351:21 | **perrigo** 286:1 | **photomicrogr...** |
| 339:10,15 | 359:3,19 | 289:8 322:13 | 466:11 |
| 343:1,3,25 | 361:13 375:12 | 484:18 487:5,8 | **pick** 378:15 |
| 346:22 348:13 | 409:10 410:6 | **person** 321:23 | 484:10 |
| 348:23 351:8 | 420:5 463:6 | 365:13 410:19 | **picking** 481:11 |
| 374:12 383:17 | 465:4 471:15 | 422:3 461:16 | **picture** 331:16 |
| 396:12 438:10 | 479:3 487:13 | **person's** 398:7 | 340:13 349:16 |
| 455:8 468:7,18 | **percent** 325:4 | **personal** | 355:23 361:18 |
| 475:20 | 379:2 380:16 | 302:23 303:2 | 386:25 396:4,8 |
| **particulates** | 381:4 414:22 | **personally** | 396:15 447:16 |
| 321:3 | 415:9 427:9,11 | 429:3 | **pictures** 352:21 |
| **parties** 288:13 | 444:12,14 | **petty** 491:11,13 | 396:11 465:6 |
| **parts** 483:16 | 450:4,5 485:8 | **pfizer** 375:13 | 466:9,10 470:1 |
| **pass** 321:23 | 490:14,20 | 427:7,25 | 497:24 |
| 359:2 364:9 | **percentage** | 439:16 446:10 | **pie** 353:23,24 |
| **past** 297:16 | 449:25 | **ph.d.** 282:12 | **piece** 353:24 |
| 411:17 499:16 | **perfect** 416:9 | 283:3 285:1,7 | 415:1 465:7 |
| **pattern** 352:5 | **perform** 334:1 | 288:7 289:14 | **pieces** 366:14 |
| 358:1 | **performed** | 419:3 505:21 | **pink** 309:23 |
| **pause** 296:3 | 284:12 295:15 | 506:3,25 507:8 | **pinkish** 309:14 |
| 331:5 | **period** 390:24 | 508:5 510:2 | **pint** 483:15 |
| **pay** 348:3 | 391:3 392:25 | **pharmaceutical** | **pit** 377:13 |
| **pcm** 484:22 | 401:7 471:25 | 318:4 371:16 | **pixels** 310:5 |
| **pdf** 382:23 | 472:23 473:9 | **phosphate** | **place** 325:5 |
| 383:17 508:12 | 473:11 486:15 | 405:24 | 477:25 507:11 |
| 509:1 | 486:18 508:18 | **photo** 496:5 | 507:13,19 |
| **peer** 446:25 | 509:7 | **photocopy** | **plaintiff** 301:3 |
| **pellet** 324:18 | **perjury** 412:4 | 284:5 | 453:4,7 462:15 |
| 420:22 | 508:17 509:6 | **photograph** | 462:23 463:18 |
| **penalty** 412:4 | **perpendicular** | 290:11 309:4 | **plaintiff's** |
| 508:16 509:5 | 310:14 321:8,9 | 356:15 501:23 | 462:22 |
| **people** 306:10 | 321:16 332:2 | **photographs** | **plaintiffs** 282:5 |
| 320:12 331:9 | 335:17 342:23 | 310:2 335:13 | 285:14 288:22 |
| 333:14,17,25 | 343:21 495:19 | 335:18 470:5 | 293:3 295:19 |
| 334:7 336:2 | 500:19,23 | | 299:19 301:20 |

Aiken Welch, A Veritext Company
510-451-1580

**[plaintiffs - powder]**

478:19
**plan**  365:14
415:21 504:14
**plane**  466:17
**planning**
365:12,18
**plaster**  292:14
293:10 294:12
294:14,20
**plastic**  397:3
**plates**  303:11
310:1,9,20,21
310:25 335:19
345:24 419:10
491:24 497:2
498:1,19,22
502:10
**platy**  302:21
345:8
**played**  401:5
**playing**  401:7
**please**  288:19
297:12 338:8
345:19 362:1
**plenty**  475:3
504:19
**pleurodesis**
371:17
**plm**  310:18
319:10 320:3
329:25 336:3
336:10,19,20
350:10 404:12
404:19 415:19
464:18 469:10

469:14 470:6
485:20 486:9
487:15 489:1,6
490:5,9,13
491:2,4 492:4
492:19 493:3
494:11,13
502:5
**plug**  295:24
**plus**  371:1
391:19,20
**point**  295:1
298:8 305:8
315:7 332:18
359:19 373:5
385:11 390:13
398:13,14
415:8,14,21,22
416:3 422:1
423:2 435:9,24
436:21 441:24
443:13 448:8
449:4 454:23
456:7,20 460:8
466:23 487:25
493:16,17,18
493:22,24
**pointing**  320:5
436:18
**pointless**
293:25
**points**  392:8
487:7
**polarized**
487:15

**polarizer**
344:25
**polars**  344:10
344:11,12
**poor**  495:1
**positing**  316:21
**position**  330:20
333:2
**positive**  343:24
344:2 375:7
427:4,11 450:6
451:8 487:14
497:17 498:3,6
498:16 499:21
501:15 503:3,5
503:6,10
**positively**
332:24
**positives**  450:2
450:5
**possession**
397:7
**possibility**
480:19
**possible**  379:19
472:22 482:11
495:24
**possibly**  392:17
**post**  284:7
295:2
**posted**  318:7
**posting**  295:9
**potential**
367:18 369:5
378:5 425:10

425:11 462:12
**potentially**
393:7 403:17
412:13 423:23
435:2,14
438:23 442:11
442:24 443:24
470:20 471:16
471:17
**powder**  284:13
290:6,16 301:9
302:9 304:23
304:24 322:19
323:6,18,22
327:14 337:8
338:18 346:22
367:2 368:13
368:14 372:2
372:12 385:8
385:16,19
386:1,3,7
388:17,19
389:5,23 390:1
390:3,5,17,22
391:9,12,25
392:6,8,9
393:1,18 394:3
394:8,11,13,14
395:13 396:2
397:6,20,21,24
399:20 400:17
401:15,17,18
401:19,24
402:8,19
405:15 406:7

Page 43

**[powder - products]**

| | | | |
|---|---|---|---|
| 408:6,19,21,23 | **preferred** | **probably**  311:2 | **producing** |
| 411:1 412:7 | 404:5 | 316:9 320:8 | 443:19 |
| 413:3,11,22 | **prepare**  384:8 | 323:4 361:13 | **product**  284:15 |
| 415:4 416:14 | **prepared** | 365:7 383:8 | 291:16 294:9 |
| 417:9,10,12 | 322:25 384:12 | 397:2 399:11 | 297:18 299:9 |
| 420:8,11,24 | 454:3,19,20 | 401:1 405:16 | 301:8 321:2 |
| 421:4,6 422:1 | **present**  287:22 | 407:18 425:1 | 325:14 327:23 |
| 423:3 425:18 | 352:13,13 | 432:11 444:21 | 329:24 336:16 |
| 432:4 435:8,23 | 374:19 430:2 | 456:9 465:9 | 336:18 352:20 |
| 447:23,24 | 438:15,21 | **problem**  307:7 | 368:14 373:24 |
| 448:8 451:2 | 469:22 507:9 | 363:8 383:19 | 376:11,12 |
| 459:20,21 | **presented** | 431:23 463:12 | 377:7 389:14 |
| 460:2,10,11,14 | 380:10,25 | 466:21 | 392:20 399:20 |
| 460:16 461:22 | 381:4 | **problematic** | 399:22 400:12 |
| 462:5,13 | **presents**  377:9 | 479:25 | 400:23 402:18 |
| 463:20,24 | 377:10,25 | **problems**  485:6 | 405:15,15 |
| 464:22 470:21 | **preserve** | **procedure** | 406:4,16 433:6 |
| 470:22 471:21 | 292:23 | 508:19,20 | 433:10,24 |
| 471:25 472:8 | **pretty**  364:6,7 | **proceed**  289:12 | 434:24,25 |
| 475:8 478:14 | 369:3 377:23 | **proceedings** | 435:3,23 441:5 |
| 479:2 481:1 | 397:4 402:11 | 507:19 | 443:24 445:11 |
| 483:11 | 402:17 407:21 | **process**  345:21 | 447:23,24 |
| **powders**  430:4 | 466:12 467:7 | 377:25 380:18 | 456:10 463:4 |
| **powered**  492:7 | 495:5 | **produce**  371:12 | 470:16 |
| **practical** | **previous** | 432:17 439:21 | **products**  291:8 |
| 481:13 | 293:17 436:6 | 439:23 440:1 | 293:20 294:1,3 |
| **practice**  318:4 | 439:4 | 451:13,14 | 296:15,17 |
| **precise**  469:14 | **previously** | 453:16 456:6 | 301:9 303:22 |
| **predated** | 285:8 289:15 | **produced** | 303:24 305:1 |
| 299:23 | 291:7 | 285:7 297:24 | 333:12 345:13 |
| **predict**  365:21 | **prior**  290:5 | 304:13 371:5,9 | 372:2 375:2,18 |
| **predicted** | 300:2 323:10 | 371:10 384:5 | 385:16,20 |
| 325:24,24 | **probability** | 446:7,10,12,13 | 388:17,19 |
| **prefer**  416:21 | 487:18 | 451:21 456:6 | 389:23 390:1,5 |
| 474:17 | | 457:7 461:9,9 | 397:24 406:6 |

Aiken Welch, A Veritext Company
510-451-1580

**[products - question]**

| | | | |
|---|---|---|---|
| 419:22,24 | proves  453:1 | pull  304:18 | 462:19,23 |
| 424:5 429:18 | provide  384:8 | 462:3,5 476:22 | 473:8 484:8 |
| 445:5 478:3,14 | 384:12 422:16 | pulled  387:20 | 490:14 496:3 |
| 478:22 479:1,2 | 453:22 454:20 | 391:24 399:17 | 499:9 500:18 |
| 479:2,6,10 | 458:23 459:16 | purchase  394:3 | 503:12 |
| 480:5 486:14 | 474:5 | purchased | putting  339:10 |
| 488:1,25 493:9 | provided | 299:18 300:24 | 368:25 379:24 |
| professionali... | 299:19 301:19 | 301:2 367:3 | 401:4 474:12 |
| 505:3 | 357:6 399:13 | 390:16 394:8 | 474:16 |
| program | 408:23 455:5 | 394:15 409:2 | puzzling  492:2 |
| 488:16 | 455:15 456:25 | 412:1,8,13,15 | q |
| project  284:13 | 457:24,24 | 460:1 461:5 | qc  337:6 |
| 322:21 395:12 | 458:15 459:4 | 468:15 471:9 | qualifications |
| 419:4 | 462:10 474:25 | 471:17 472:24 | 408:1 |
| prominent | 479:3 508:19 | 473:10 477:14 | quality  467:13 |
| 408:15 | 509:8 | 477:17 | 468:10 469:12 |
| prone  442:17 | provides  469:1 | purplish  308:9 | quantify |
| 490:16 | providing | 309:7,22 332:3 | 450:21 489:14 |
| proof  453:8 | 385:20 452:3 | purpose  397:25 | quantitative |
| proper  292:22 | 460:12 | 410:13 | 311:24 313:21 |
| 503:12 | prudencio | purposes  300:7 | quarter  326:10 |
| properly | 417:15 422:8 | 309:10,21 | question  299:6 |
| 480:18 | 444:7 462:10 | pursuant  285:3 | 300:12 305:2 |
| protection | 462:19 463:22 | put  294:7,14 | 306:10 313:19 |
| 358:17 | 463:22 | 295:12 297:8 | 327:4,12 |
| protocol | public  288:16 | 334:15 337:16 | 328:20 335:5 |
| 312:23 484:23 | publicly  457:19 | 337:18 339:17 | 336:13 341:7 |
| 485:1,7 486:21 | publish  332:8 | 361:22 365:24 | 347:19 357:5 |
| protocols | 415:16 416:9 | 367:16 379:6 | 359:1 368:15 |
| 348:22 357:24 | 419:6 | 403:5,10 405:9 | 373:23 378:23 |
| protruding | published | 406:22 409:1,8 | 396:1 398:3 |
| 363:17,22 | 326:8 330:24 | 410:25 411:1,6 | 404:17 421:19 |
| prove  418:6 | 333:5,9 426:5 | 411:7,9,19 | 436:18 437:2 |
| proven  448:19 | 446:25 447:5 | 413:2 446:21 | 454:12 456:3 |
| | | 459:24 460:8 | 456:16 460:7 |

**[question - receive]**

464:14

**questioned**
391:18,23

**questioning**
289:22

**questions**
291:23 306:16
311:5 334:15
347:20 365:8
418:21 436:21
437:5 453:12
455:11 459:7
505:9

**quick** 295:7
301:22 306:15
311:5 408:20
445:4 494:16

**quicker** 343:1

**quickly** 422:14

**quit** 303:7
401:4

**quite** 310:3
364:4 386:21

**quote** 331:14
361:14 426:5
428:16 485:2
500:16

**r**

**r** 287:4 288:2
314:10 350:20
387:6,6,6
485:13,17
510:3,3

**r&s** 509:1,9

**railroads** 294:6

**random** 493:3
493:11,13

**randomly**
493:12

**range** 309:14
309:19 312:5
312:19 313:7
313:10,20
314:22,22
315:2,2,16
316:16 317:2,3
317:13 332:3
339:6,13 340:3
340:4,10,10
342:1,4,7
352:4,11
374:11 411:9
414:20 444:20
450:19 464:16
471:15 493:6
496:23 501:25

**ranges** 307:4
313:5 314:1,2
314:12,14
315:10,19
316:6,7,8
326:20 328:8,9
330:18 341:23
381:17 490:20

**ranging** 296:16

**rate** 458:14

**rather** 296:20
418:15

**ratio** 350:8
351:9,12
353:25 355:16
360:3,5,21

**raw** 486:3
487:22

**ray** 351:5

**reach** 320:1

**reached** 321:19

**reaction** 465:16

**read** 378:16
401:1 433:15
434:2 440:24
454:12,14
459:14 506:4

**reading** 498:5
508:23 509:9

**real** 295:7
408:20 494:16
504:17

**realize** 307:14
315:24 476:17
487:13 494:4

**really** 325:9
326:1 328:7
329:25 333:10
333:13 336:3
395:17 400:2
400:14 411:5
411:13 413:9
415:25 422:13
423:18 430:11
435:18 445:3
450:21 468:14
471:5,14,23

**ratio** 472:5,16 485:4
489:8 492:2
504:21,23

**reanalyzing**
504:18

**reason** 294:17
307:25 339:9
382:22 414:24
420:16,20
425:13 458:5
510:6,9,12,15
510:18,21

**reasonable**
302:4 303:18
375:23 397:3
425:16 429:24
442:5

**reasons** 331:10
379:9 380:20
416:7

**recall** 305:14
305:21 323:20
342:5 357:13
382:5 385:3
408:22 414:5
433:18 434:4
444:11,16
445:8 446:2
463:21 464:7
464:20 466:4,5
467:6 477:3

**recalled** 471:16

**recalling** 408:4

**receive** 396:6
396:10 480:14

**[received - reliable]**

| | | | |
|---|---|---|---|
| **received** | 310:21,24,25 | 344:4 495:5 | 297:6,25 299:3 |
| 338:18 396:11 | **reddish** 309:14 | 496:10 497:22 | 300:4 313:14 |
| 461:1 477:8 | 310:9 342:10 | 499:17,25 | 334:10,18,21 |
| 479:6,9 | **reducing** | 500:1 502:18 | 334:24 335:3 |
| **recent** 318:14 | 487:18 | **refresh** 383:12 | 340:17 341:2 |
| 318:16 | **ref** 335:1 | 383:24 | 371:8 383:6,10 |
| **recently** 329:7 | **refer** 440:3 | **regal** 443:10,15 | 388:14 393:13 |
| 376:20 | **reference** 293:9 | 446:1 | 409:18 418:24 |
| **recess** 322:8 | 446:16 451:16 | **regard** 327:7 | 426:7 432:18 |
| 364:24 431:15 | 467:24 485:19 | **regarding** | 435:4 436:5,15 |
| **recognize** | 485:20 497:4 | 292:18 298:17 | 437:1,4,13,16 |
| 384:23 | **referenced** | 306:25 366:24 | 439:1,23 451:4 |
| **recognized** | 315:17 422:4 | 367:6 381:24 | 452:6,22 453:9 |
| 485:4 | 423:22 457:9 | 383:13 421:25 | 454:11,15 |
| **recollection** | 508:6 | 435:4 436:7 | 455:18 457:10 |
| 383:12,25 | **references** | 439:4 457:11 | 458:17 459:1 |
| 444:11,12 | 433:12 | 459:2 | 463:8 464:24 |
| **reconfirm** | **referring** | **region** 444:18 | 467:14 473:13 |
| 356:8 | 320:15 436:13 | 456:8,11 | 474:2,21 508:1 |
| **record** 288:5 | 446:4,4 | **regions** 488:3 | **rejected** 333:7 |
| 288:20 289:12 | **refill** 411:2 | **register** 398:12 | **related** 288:24 |
| 295:12,16 | 412:22 | **regular** 419:5 | 370:23 434:24 |
| 297:4,7,8,9,11 | **refilled** 410:14 | **regulated** | 462:14 |
| 303:13 322:7 | 410:20 | 348:21 349:8 | **relates** 435:14 |
| 322:10 338:16 | **refined** 377:1 | 354:9,17,18 | **relationship** |
| 364:23 365:1 | 445:15 | 357:23 360:23 | 387:9 |
| 431:11,14,17 | **refraction** | 361:11 429:17 | **relatively** |
| 436:14,18 | 312:1 313:4 | **regulation** | 289:20 |
| 443:8 454:14 | 503:1 | 415:18 | **released** 481:18 |
| 491:4 505:19 | **refractive** | **reid** 285:16 | 482:15 508:21 |
| **recorded** 288:6 | 311:19,25 | 288:21,22 | **relevant** 441:2 |
| **records** 474:8 | 321:4 325:15 | 291:13 292:15 | 462:15 |
| **red** 284:5 | 326:1,7,12,16 | 292:21 293:15 | **reliable** 294:19 |
| 290:22 309:14 | 326:25 329:11 | 293:22,24 | 485:10 |
| 309:22 310:1 | 330:14,17 | 295:7 296:9 | |

Aiken Welch, A Veritext Company
510-451-1580

**[reliance - respect]**

| | | | |
|---|---|---|---|
| **reliance** 384:5 | **render** 424:15 | 503:16 | **requests** |
| **relied** 291:14 | 425:16,25 | **reporter** 285:6 | 323:15 |
| 305:17,22 | **rendering** | 288:17 296:4 | **required** 500:3 |
| 487:6,8 | 426:4 | 306:20 315:22 | **requirement** |
| **rely** 300:1 | **repeat** 444:3 | 316:2 317:24 | 415:17 |
| 409:14 454:5,7 | 478:24 | 328:11 346:7 | **requirements** |
| **relying** 298:15 | **repeatable** | 346:14 349:5 | 487:11 |
| 298:24 299:14 | 414:23 490:18 | 383:9 387:4 | **requires** |
| 300:3,7 305:9 | **rephrase** | 404:15 434:19 | 492:25 |
| 371:6,6 387:22 | 404:17 | 443:6 454:14 | **research** |
| 387:24 388:1 | **report** 284:8 | 496:20 507:7 | 294:11 296:14 |
| 388:11 408:7 | 290:9 298:9,16 | 507:15 | 296:20 324:6 |
| 410:13 412:11 | 298:20,21,22 | **reporter's** | 375:14 388:23 |
| 432:9,13 433:4 | 298:23,24 | 507:3 | 415:22 416:20 |
| 437:11,25 | 299:5,13,22,23 | **reports** 298:16 | 419:3 427:3,19 |
| 438:6 443:23 | 299:25 300:5 | 298:25 300:2,2 | **researched** |
| 446:15 451:17 | 300:19 304:18 | 304:14 305:13 | 380:20 |
| 453:22,25 | 306:3 307:17 | 305:16 322:24 | **residential** |
| 455:3,10 | 310:17,17 | 323:21 412:1 | 291:18 |
| 458:25 459:3 | 323:2,19 326:4 | 413:8 425:8 | **resolution** |
| **remember** | 327:6 337:18 | 464:8 467:1 | 310:5 336:21 |
| 305:10 382:7 | 346:12 356:1 | **represent** | 469:4,6,11,17 |
| 386:9 401:11 | 356:10 357:16 | 322:13 384:4 | 470:4 501:6 |
| 406:17 413:14 | 384:24 385:2 | 471:12 | 502:7 |
| 414:1 436:12 | 386:25 396:17 | **representative** | **resolve** 393:11 |
| 465:1 | 409:12 410:4 | 472:23 493:2 | 394:4 |
| **remembered** | 411:24 421:10 | 496:5 | **resources** |
| 285:3 413:24 | 421:11,13,21 | **represented** | 423:17 |
| **remote** 288:6 | 422:11 439:7 | 381:21 | **respect** 371:22 |
| 288:12 | 439:14 451:25 | **representing** | 371:24 384:17 |
| **remotely** | 465:24 471:1 | 365:6 453:3 | 384:20 388:12 |
| 288:14 | 484:5 503:21 | **request** 407:7 | 399:14 425:9 |
| **remove** 416:4 | 507:18 | **requested** | 432:9 433:15 |
| **removed** | **reported** | 509:1,9,10 | 435:13 437:11 |
| 304:12 | 282:21 307:4 | | 447:19 452:4 |

Aiken Welch, A Veritext Company
510-451-1580

**[respect - rising]**

453:23 454:7
455:16 459:19
475:8
**respond** 334:11
**response** 296:9
**responsible**
459:23
**rest** 405:21
426:20
**restrictive**
358:20
**result** 284:15
351:18
**results** 397:16
397:18 452:17
455:6 463:1
464:5
**retailer** 367:3
373:4 449:3
**retailer's** 321:2
**retailers**
289:19 365:9
367:6,11,16,22
388:8
**retained**
368:12 505:23
**retains** 375:4
439:9 444:24
445:13,14
446:22
**retire** 415:14
**return** 508:17
509:6
**review** 305:8
305:21 383:12

384:8 429:22
455:8 465:7
508:8,10,13
509:2
**reviewed**
305:11 387:19
427:18 432:24
446:25
**rg** 327:25 335:9
490:10
**ri** 319:11,14
320:16,16
326:19 491:12
499:14
**richterite** 298:5
299:7,17
300:15 301:7
301:18 302:22
337:10
**right** 292:2,7
292:23,24
293:2 297:19
298:3 301:22
303:5 305:14
306:12,15
308:20 311:22
313:10 315:20
315:25 316:23
319:2 321:25
329:23 331:21
333:22 334:12
337:25 338:15
339:20 346:11
347:3,8 348:13
349:23 350:1

353:12,17,18
354:4,22 355:2
356:18 357:25
357:25 358:1
359:12,13
361:8 363:1,2
363:3,3,6,16,23
363:24,25,25
364:9 366:8,15
367:8 368:9,17
377:4,12
379:12 380:23
382:9 384:2,13
386:7,12
396:22 397:1
397:14,15
399:23 401:21
407:22 408:2
409:7,12
410:13 411:23
411:24 412:8
414:11,15,19
414:20 416:24
417:2,12,17,18
417:19,23
418:19,23
419:7,19,23
423:24 424:3
424:14 427:21
427:21 428:2
428:22 429:7
432:22 441:2
441:13 442:7
442:12,21
444:1,10

445:21 446:2
446:19 447:17
448:22 465:14
467:3 470:24
472:19 473:1,4
473:12 474:1
474:13 476:25
477:1 478:19
479:12 480:11
480:14,15,20
481:25 482:23
483:1,9 484:2
489:13,15
494:2 496:11
496:19 500:18
500:20,22
504:13 505:4,7
505:8,18
**ris** 342:8,9
**rise** 492:9
**rising** 283:7
286:15 289:5,5
365:2,6 371:19
383:16,20,23
387:5,7 389:2
394:6 395:5,9
404:16 409:21
419:13 426:14
431:7,12,18
432:20 434:16
434:22 435:10
436:10,23
437:2,7,8,14
439:20,25
443:7 451:10

**[rising - saying]**

452:13 453:2
453:20 454:25
456:2 457:15
458:21 459:5
463:11 465:22
467:18 473:23
474:15 475:6
496:14,25
505:4,8,12,17
**rite** 460:6
**rmr** 282:22
**robust** 415:24
**rock** 379:12
487:23
**rocks** 379:13
**rodney** 359:6
360:10
**room** 470:11
477:25 478:5,9
491:14
**routinely**
303:21 357:18
357:20 482:19
**row** 352:7
**rsa** 282:22
**rule** 372:23
442:11
**ruled** 482:11
**rules** 350:19
436:20 509:8
**running** 347:14
350:3 352:8
419:5 450:3
**runs** 360:17

**rural** 398:15,16

**s**

**s** 284:1 288:2
510:3
**s71303-003**
353:7
**saed** 352:2,14
355:8 359:7
427:10
**safeway** 286:13
289:6 365:9
367:7 370:23
370:24,24
371:6,21,23,25
372:2 375:18
375:19,24
376:10 381:24
384:17,20
385:15 386:6
387:10 388:9
388:11,12,16
388:17,18
389:4,7,8,9,14
389:15 390:4
390:11,21
392:5,7,9,16,20
393:1,6,20,24
394:14,23
399:20,22
400:6,11,21,23
421:25 423:2
425:17 430:4
430:12 435:3
447:19,21,23
448:8,12 451:2

452:4 453:23
455:16 460:17
504:4
**safeway's**
382:3 386:10
408:6 425:18
**sample** 304:2
339:15 376:18
376:19 406:13
410:3,4 414:17
470:16 476:22
477:4 478:2
487:22
**samples** 298:18
299:1,7,8
300:11,14,16
300:17 310:7,8
314:2 320:7,9
325:23 337:4
369:16 370:12
371:14 372:13
375:7,11 405:6
408:12 409:25
413:1,18 414:2
416:2 418:2
419:5 420:3,24
427:4,9 428:13
428:15,15
433:2 437:19
444:23 447:3
451:20 460:23
463:25 464:9
464:11 477:1
478:14,14
479:15 481:20

481:21,24
484:22 486:3,3
488:6,24
**sampling** 436:7
**sanchez** 317:5
317:10 329:15
330:20 332:5
425:1 444:25
**sanctioned**
487:2
**sat** 464:10
465:11
**satisfied** 415:6
**satisfy** 296:10
**satterley**
285:17 399:19
477:9,10,13
478:10,18
**satterley's**
477:23
**save** 286:12
314:8
**saw** 471:20
**saying** 300:1
312:15,17
316:24 327:13
327:21 340:25
341:2 367:21
375:23 376:16
376:24 380:22
399:6 412:16
412:17,17,18
412:20 415:18
418:23 419:1
419:21 433:8

Page 50

**[saying - seeing]**

439:18 449:13
461:17 463:1
468:5 471:13
481:8
**says** 294:19
312:4 313:20
325:4 329:16
332:5 349:3
380:4 382:21
385:12 389:25
390:14 401:9
405:19,22,23
406:1,3 425:2
429:16 438:6
441:10 467:25
470:23 485:13
486:14 491:3,5
**scenario**
329:21
**schedule**
508:10
**scheduled**
323:11 454:17
**scherich** 361:3
**school** 351:4
489:1,1
**schooled**
492:19
**schools** 488:25
**science** 348:8
**scientific**
303:19 330:23
330:25 332:8,9
332:23 375:24
399:6 425:17

429:25 442:6
**scientist** 315:19
504:1
**scope** 356:24
467:8
**scopes** 467:7
**screen** 337:16
338:7 341:8
343:2,3 351:19
361:19,22
395:2 440:16
**screw** 410:24
470:13
**scroll** 293:8
**sdiwan** 287:11
**sealed** 480:18
**search** 296:21
**second** 301:2
302:11 326:9
333:23 343:14
343:15 344:17
344:17 346:1
361:17 383:2
383:18 392:18
406:23 467:15
470:7 496:22
**secondary**
451:16
**section** 337:23
338:1,3,4,4,5,6
343:12 486:22
492:24 493:15
**see** 293:8,11
295:6 297:17
303:10 306:1,4

307:3 309:3,5
309:15,22
310:9,10 314:9
319:10 320:18
321:25 322:14
322:16,17
328:10 329:17
329:17,25
330:18 331:4
331:15 332:2
333:11 336:4
338:1 339:2
340:7,16 341:9
343:11,19
344:4,24 345:4
345:7 347:4
349:20 350:2,9
350:17 351:10
352:4,18 353:1
353:7,10,10,22
355:22,22,22
355:23 356:11
356:13,20
359:12,22
360:12,13,16
360:18 361:9
361:19 362:15
362:16 363:16
363:16,20,20
364:1,4,13,14
365:7 366:18
376:6 377:6,15
381:4 382:11
383:1,16,21,24
384:11 385:17

389:22 390:13
392:10 394:25
395:23 396:9
398:1 404:24
407:18,19
415:2 416:14
416:14 417:22
420:18 423:3
429:14 430:5
434:7,7,12
440:14 445:4
447:17 448:15
450:18 452:15
457:3 466:14
466:21 467:5
467:16,17,20
468:6,22 469:7
469:13 471:8
475:12 477:4
484:11 485:11
490:20,23
493:6,10,14
494:2 495:10
496:1,7 498:21
500:13 503:25
505:16,17
**seeing** 325:7
326:20,21
327:6 328:1,7
328:9 329:12
330:1,6 341:16
344:14,20
354:13 366:8
377:23,23
378:3,10

Aiken Welch, A Veritext Company
510-451-1580

**[seeing - sic]**

381:15 394:17
417:22 420:9
467:10 469:23
469:24,25
493:5,6
**seems** 323:14
327:5 365:22
374:21 402:17
**seen** 292:13
293:1,6 314:25
315:4,5,7,16
317:21 318:3
318:17 319:21
319:21,24
320:7 369:18
406:16,25
416:16,18
453:18 466:25
474:11 478:1
479:22 497:4
**sees** 490:17
**segrave** 320:13
320:15 325:3
380:4 421:2,13
421:15 422:10
424:25 439:7
439:14 444:25
447:11 485:12
490:15 492:18
498:8 503:19
**segrave's** 290:8
310:16 320:2
326:4 469:10
470:4,6 484:4
484:6

**selected** 352:3
**selling** 291:17
376:10 400:6
460:4
**sem** 302:25
303:1,6,15
325:5 356:25
416:16 418:1
419:8,15,21
420:3,9,11
**send** 445:2
**sending** 379:8
480:8
**sense** 293:25
370:20 498:8
502:23 503:8
**sensitive** 356:7
**sensitivity**
483:2,5
**sent** 335:8,8,12
395:19 477:18
**sentence**
392:19
**separate** 393:3
414:10,23
417:3 425:7
426:2 453:17
463:19
**separation**
324:8 415:10
468:8 489:22
**serious** 365:16
**serpentine**
379:15

**services** 334:1
**session** 303:8
**set** 306:25
323:19 330:24
358:12 366:11
366:23 426:11
426:13 430:19
467:5 487:11
**seven** 354:7,8
475:13
**several** 465:25
481:21
**sg** 327:24,24,24
327:25 328:3,6
329:3 335:8,14
335:21 415:10
490:12
**shaila** 287:4
289:9
**shake** 413:3
476:17
**shaker** 477:1
**shaking** 413:5
481:10
**share** 377:16
382:9 384:22
455:23 458:9
458:10
**shared** 341:8
504:5
**sharing** 395:2
**sheet** 494:17
**shelf** 356:20
**shipping** 368:6

**shoes** 294:8
**shoot** 294:15
**shops** 410:24
**short** 333:2
376:7
**shorthand**
285:6 507:6,14
507:14
**show** 321:7
340:12 352:24
353:21 354:12
356:13,16
382:2,21
384:22 394:25
407:4,9 414:20
418:16 424:3
440:15 452:25
452:25,25
454:4,7 466:1
470:5 494:16
**shower** 299:10
299:10
**showing** 361:17
460:22 478:8
**shown** 335:18
382:5,12
396:11 418:1
429:17
**shows** 332:13
349:24 354:11
426:19,20
498:13
**sic** 346:23
486:9 488:4

**[side - somebody]**

| | | | |
|---|---|---|---|
| **side** 309:16 | **similar** 302:5 | **sitting** 303:5,8 | 465:24 |
| 324:6 341:24 | 329:11 334:1 | 303:15 334:5 | **slight** 469:2 |
| 343:15,23,25 | 377:24 473:20 | 355:17,20 | **slightly** 503:13 |
| 350:2 356:18 | 475:11 | 356:15 357:16 | **slow** 343:23 |
| 359:12,25 | **simon** 301:3 | 384:1,3 466:16 | 499:22 |
| 363:16,18,19 | **single** 316:21 | 479:21 480:1 | **small** 304:1 |
| 374:4,7 465:20 | 316:22 353:19 | 480:25 481:2 | 330:1 376:21 |
| 470:24 478:19 | 354:16 359:13 | 482:18 | 377:3 379:20 |
| 502:2 | 359:14,15,24 | **situation** | 380:8,10 |
| **sides** 348:24 | 360:17 | 425:21 | 412:23 414:18 |
| 349:7 353:16 | **sir** 321:24 | **six** 383:15 | 449:4 |
| 353:21,23 | 322:16 323:11 | 475:13 | **smaller** 330:12 |
| 355:19 356:11 | 324:2 337:15 | **sixed** 490:3 | 330:12 331:24 |
| 360:15 | 339:2 344:6 | **size** 310:3 | 468:22 490:11 |
| **sign** 508:16 | 361:15,16 | 327:25 328:2 | **smallest** 312:21 |
| 509:5 | 365:4,14 377:5 | 329:5,13,14,20 | **snow** 287:15 |
| **signature** | 377:14 384:21 | 330:6,11,13,15 | 289:3 |
| 407:18 506:1 | 386:13 389:24 | 331:3 345:11 | **soda** 376:20 |
| 507:22 508:21 | 392:4 395:14 | 348:25 358:1 | 405:7,9 406:18 |
| 508:23,23 | 395:17 397:8 | 362:9 364:8 | 406:25 407:1 |
| 509:9 | 397:11 398:2 | 377:22 411:8 | **sold** 372:2 |
| **signed** 383:14 | 400:2,8,19 | 470:16,17 | 373:4 388:18 |
| 397:14 | 403:2 408:25 | 481:14 487:17 | 388:20 447:23 |
| **significant** | 409:13 411:25 | 490:10 493:4,5 | 448:8,12 449:3 |
| 370:1 397:21 | 432:23 433:14 | 493:21 | 449:14,16 |
| 398:4,5 464:4 | 445:3 450:10 | **sizes** 369:1 | 459:20,21 |
| 494:22 | 476:20 477:24 | 377:24 | **solely** 426:4 |
| **significantly** | 484:3 504:21 | **skip** 488:9 | **solutions** |
| 326:15 398:9 | 505:2 | **skipping** | 288:16,18 |
| **signifies** 362:17 | **sit** 315:15 | 486:24 | 505:23 508:7 |
| **silicates** 302:21 | 356:23 402:25 | **slice** 353:24 | **somebody** |
| 303:12 373:10 | 454:3 455:25 | **slide** 284:5 | 308:15 333:9 |
| 378:19 | 464:12,13,17 | 290:23 | 375:24 404:23 |
| **silicon** 351:9,13 | 464:20 504:13 | **slides** 284:9 | 411:18,18 |
| | | 306:25 413:2 | 414:25 421:11 |

Page 53

**[somebody - starts]**

422:19 459:9
470:12 481:3,5
481:6 482:17
492:18
**sorry**  302:18
307:13,20
332:9,15 341:3
341:20 356:5,6
360:9 362:20
363:1 366:10
370:18 372:7
388:3 391:22
404:13,14
421:18 431:21
440:17,23
443:3 444:3
467:23 478:24
481:22 487:5
499:13
**sort**  315:12
327:3 337:19
347:19 373:25
391:10 393:10
399:9 420:7
447:14 458:9
464:16 478:13
479:5 480:3,5
489:10
**source**  292:18
295:11 296:22
304:15 305:3
354:11 419:25
430:13 435:20
440:13 448:2
449:17 450:8

452:19 461:3,5
468:25 470:23
472:14,16
473:17,20,25
482:14 489:7
491:7,16,18
**sourced**  299:8
300:14 429:19
432:4 448:3
451:20 488:2
**sources**  305:6
319:20 354:12
369:4,11
388:24 408:5
426:5,5 451:16
459:11 460:22
461:3
**south**  286:6
460:18
**southwest**
497:16
**southwestern**
429:20
**space**  349:24
352:9
**spacing**  352:6
**spalding**  287:5
**sparks**  294:7
**speak**  364:11
365:25 416:5
**speaking**
295:20,21
436:24
**specific**  289:21
302:1,3,13

307:15 370:22
373:14 375:18
382:7 436:19
444:13,14,15
457:19
**specifically**
304:21
**specificity**
486:16
**specified**
492:11 507:11
**specifies**  492:5
**spectra**  342:14
**spectroscopy**
351:5
**spectrum**
341:23
**speculate**
305:14
**spiked**  335:15
**splayed**  345:12
466:3
**spoke**  307:2
323:23
**spot**  379:6
**spots**  493:13
**squeeze**  413:6
**sr**  331:17
**srm**  331:18
**ss**  507:2
**stacked**  481:3
**stage**  491:15
**staining**  468:23
492:10,12,14

**standard**  325:3
325:8,8 326:22
359:1 407:21
494:1
**standards**
330:7 358:18
**standpoint**
416:11
**starch**  376:21
386:11 405:2,3
405:4,7,9
406:24
**start**  289:23
307:13 315:15
349:19 359:11
359:11 366:6
366:13 368:6
369:9,9 371:21
385:6 401:6
408:20 416:1
430:25 464:12
464:18,19
477:5 481:12
484:16 497:3
504:18
**started**  291:17
488:20
**starting**  309:13
323:14 356:19
372:13 462:12
501:20 504:17
**starts**  330:13
344:15 389:22
488:12

Page 54

[state - sure]

| | | | |
|---|---|---|---|
| **state** 282:1 | **stopped** 400:21 | **structures** | 296:13 |
| 285:6 288:20 | 401:7 472:8 | 339:25 340:2 | **suggested** |
| 367:10 429:20 | **store** 366:21 | 345:8 350:3 | 326:4,6 489:2 |
| 486:9 489:16 | 376:10 389:14 | 354:7,8 359:20 | **suggestive** |
| 507:1,7,15,23 | 391:12 392:19 | 362:4 416:17 | 490:17 |
| 508:9,12 | 400:6,20 | 468:22 469:7 | **suite** 285:19 |
| **stated** 300:9 | 403:16,17 | **struggled** 490:6 | 286:18 287:16 |
| 316:25 385:14 | 459:19,21 | **sts** 298:17 | **suits** 366:19 |
| 390:15 391:6 | 460:9,11,14,16 | 299:1 | **sum** 502:14 |
| 408:11 433:5,7 | 478:13 479:20 | **stubs** 301:23 | **summary** 382:4 |
| 433:23 449:8 | **stored** 480:18 | **study** 486:2 | 407:11 |
| 453:25 455:19 | **stores** 286:10 | **stuff** 290:19 | **superior** 282:1 |
| 490:2 | 286:11,12,12 | 291:17 306:4 | 288:9 |
| **statement** | 400:1,7 | 319:6 320:23 | **supervising** |
| 312:3 412:4 | **straight** 345:8 | 324:18 405:25 | 303:7 |
| **states** 293:9,11 | **straightforward** | 428:20 436:13 | **supplemental** |
| 293:21 297:24 | 369:3 | 470:6 471:1 | 298:16,24 |
| 426:21 449:4,8 | **street** 285:18 | 486:24 488:13 | **supplied** 487:8 |
| **static** 329:22 | 286:6 287:16 | **stupid** 307:25 | **supplier** 368:9 |
| **stating** 394:2 | **strike** 316:3 | **su** 326:8 403:4 | 368:17 451:1 |
| 412:10 448:2 | 368:11 412:19 | **subscribed** | 487:9 |
| **status** 318:11 | 499:16 | 507:20 | **supply** 368:2 |
| **stay** 339:9 | **strong** 474:18 | **subsequent** | **supports** 404:7 |
| **step** 360:20 | 474:19,19,22 | 493:2 | **supposed** |
| **steps** 359:22 | 474:24 475:3 | **substance** | 378:14 419:11 |
| **stereo** 493:7 | 491:6,16,17 | 398:12 | 492:19 |
| **stereomicros...** | **structure** | **substantially** | **sure** 308:14 |
| 493:1 | 310:11,12 | 310:3 348:24 | 311:4 314:25 |
| **steve** 439:8 | 329:6 343:18 | 349:7 355:19 | 318:15,22 |
| **stewart** 381:21 | 344:13 345:22 | **subtract** | 322:20 333:10 |
| **stipulation** | 345:23,25 | 312:20 316:12 | 334:10 338:10 |
| 508:20 | 351:24 354:24 | **successful** | 347:3 361:25 |
| **stop** 413:10 | 356:21 359:15 | 458:3,6 485:5 | 362:3 366:23 |
| 416:3 418:3 | 362:16,19 | **sufficiency** | 366:25 370:11 |
| 468:20 492:14 | 466:7 500:22 | 295:13 296:6 | 370:21 373:14 |

Page 55

**[sure - talcs]**

| | | | |
|---|---|---|---|
| 376:22 379:15 | **take**  311:2 | 321:4,11 | 447:1,2,9 |
| 380:21 381:18 | 312:20 313:20 | 330:17 335:19 | 448:2,9,13 |
| 383:19 387:18 | 314:17 315:6 | 335:20,25 | 449:3,14,17,25 |
| 388:8 404:18 | 316:12,13 | 336:5 340:13 | 450:8,25 |
| 417:6 431:12 | 321:20 331:23 | 340:14 342:11 | 452:10,12 |
| 434:12,16 | 336:6 350:14 | 342:17 343:9 | 454:8 455:5 |
| 446:1 454:17 | 352:7 359:24 | 343:12,15,25 | 456:4,6,7,17,19 |
| 458:2 462:8 | 364:16 365:24 | 344:16,18 | 456:22 460:23 |
| 467:6,7 469:23 | 377:11 381:22 | 345:2,3,6,7,15 | 461:5 465:18 |
| 470:25 472:15 | 386:23 398:10 | 345:22,23,24 | 479:10,10 |
| 480:24 481:10 | 410:21 413:1 | 345:24 368:3,8 | 480:9,9,10 |
| 491:5,22 | 417:13,21 | 368:10,17,21 | 481:10 486:3 |
| 492:20 497:21 | 431:7 449:22 | 369:7,10,21 | 486:11 487:22 |
| **surface**  304:3,5 | 462:17,18,21 | 371:14,16 | 488:1,2,4 |
| 351:24,24 | 470:10 483:14 | 372:18 373:1,5 | 489:14 490:1 |
| **surprising** | 487:22 493:11 | 373:5,9,9,25 | 490:25 491:24 |
| 486:8 | 493:11 | 374:20,22 | 491:24 493:5 |
| **suspend**  334:25 | **takeaway** | 375:1,2 376:11 | 494:20,23 |
| **suspicious** | 502:12,13,15 | 376:12,21,22 | 495:7,8,12,14 |
| 411:11 | **taken**  322:8 | 379:13,21 | 495:14,16 |
| **swan**  286:2 | 336:3 355:23 | 380:15 396:3 | 496:9,17,24 |
| **switch**  298:4 | 364:24 410:6 | 396:21 404:13 | 497:2,2,5,12,13 |
| **switching** | 431:15 494:25 | 405:8,14,15 | 497:25 498:1,2 |
| 364:17 | 507:12,13 | 406:1,10,23 | 498:12,19,22 |
| **sworn**  285:9 | **takes**  416:20 | 407:2 408:5 | 499:20,21,24 |
| 289:15 507:10 | **talc**  290:11,17 | 412:23 413:2 | 499:25 500:3 |
| **synthesize** | 302:20,21 | 416:5 417:25 | 500:10,16 |
| 329:18 | 303:11,11 | 419:9,9,12,12 | 501:6,10,14,18 |
| **system**  380:14 | 304:16 305:5 | 421:25 422:2 | 502:10,10,17 |
| **t** | 305:23 306:5 | 423:5,22 | 503:14 |
| **t**  284:1 510:3,3 | 310:1,9,12,20 | 429:18 430:1,3 | **talcs**  319:19,20 |
| **table**  366:23 | 310:21 318:5 | 432:3 433:6 | 328:2 333:8 |
| 440:12,22 | 319:7,9,10,14 | 435:6 437:19 | 374:23 410:5 |
| 470:9,14 476:4 | 319:16,17,18 | 440:9 443:12 | 449:9 459:10 |
| | 320:7,9,16,25 | 443:19 444:12 | 494:18 495:22 |

Aiken Welch, A Veritext Company
510-451-1580

**[talcum - testified]**

**talcum**  284:13
301:9 302:9
304:23,24
368:12,14
372:1 385:8,15
385:19 388:17
388:19 395:12
396:2 397:6,20
397:20,24
399:19 400:17
401:17,18
402:8 413:3
435:8,22
447:23,24
448:8 459:20
459:21 478:14
479:2

**talk**  302:10
311:8 314:5
317:18 367:14
408:19 421:22
424:13 429:2
432:2 433:25
440:5 491:23

**talked**  311:15
311:17 314:9
314:12 346:25
414:6 422:11
491:17

**talking**  308:2
316:21 332:17
332:20 338:18
358:15,23
378:12 381:22
388:3 392:25

404:2 419:16
421:23 422:6
427:21,23
479:7 482:5,25
495:2

**talks**  468:3
484:18,20
486:2 491:19

**tampered**
480:1

**tape**  411:19

**tasted**  389:16
389:17,18

**technicians**
357:6

**technique**
487:2

**techniques**
469:19

**technology**
288:13 469:16
470:3

**tell**  318:14
335:20 358:22
361:18,24
374:11 445:4
454:19 455:13
461:12 464:7
465:9,10
473:17 474:9
484:23 485:1
493:20 494:6
495:17 496:4
503:8

**telling**  297:2
329:18 343:22
354:15 413:4
437:5 453:11
453:13 455:12

**tells**  406:8

**tem**  284:12
323:24,25
325:11 346:21
348:21 350:4,7
356:2,25 357:6
357:19,24
414:7,25 415:3
415:6,13,20
416:6,14,18,23
417:21 420:12
420:13,17,20
427:8,10 428:5
428:10,12,21
431:3 439:12
448:20,22
450:15 466:20
482:22 485:13
485:15,18,19
485:22 486:10

**temperature**
338:21 491:5
491:14,14

**ten**  431:8,10
448:21 451:6
483:16

**tennessee**  286:1
289:8 322:13
422:9

**tennis**  304:5
401:5,8

**term**  312:2

**test**  284:15
351:2,15,17
352:1,14 359:7
386:14 432:6
435:22 450:24
451:2,11,14
452:14,19
473:9 476:19
482:21,22
483:15,17,21
483:23,25

**tested**  369:10
375:1 385:25
386:3,6,12,16
386:16 389:4,9
389:10,13,17
397:9 408:23
413:12,16,17
414:11 417:12
427:8 432:8
434:24,25
435:5 438:21
441:5 442:8
445:6,11,21
450:7,8 452:18
460:9,23
483:13 484:2
488:1

**testified**  289:16
422:8,20 424:9
492:6

**[testifies - think]**

| | | | |
|---|---|---|---|
| **testifies** 423:1 | 455:3,6 460:11 | 470:11 483:14 | 370:16 371:13 |
| **testify** 348:4 | 468:8 470:21 | 483:22 487:1 | 372:21 374:8 |
| 367:20 494:10 | 470:22 480:8 | 487:12,16,16 | 375:5,5,13 |
| 504:15 | 483:12 485:3,7 | 491:11,12 | 376:15,15,19 |
| **testifying** | 487:8,10 | 492:21 | 379:5,25 |
| 367:15 453:4 | **tests** 432:9 | **things** 290:4 | 380:15,17,19 |
| **testimony** | 484:19 | 293:7 294:2,12 | 380:22 382:13 |
| 293:17 305:7 | **texas** 287:17 | 294:23 297:9 | 382:23 383:14 |
| 305:16 336:8,9 | **th** 456:11 | 297:15 304:6 | 385:22 386:9 |
| 337:20 387:21 | **thank** 289:11 | 304:21 321:21 | 386:15,24 |
| 391:15,24 | 321:21,24 | 324:7 326:11 | 391:5,19 392:6 |
| 393:22 433:15 | 325:12 370:6 | 329:22 357:22 | 394:22 395:20 |
| 434:2 436:7 | 505:4,14,15,23 | 366:15 385:5 | 395:21 396:12 |
| 437:16,17 | **theirs** 445:25 | 409:24 424:7 | 396:16 399:5,8 |
| 439:4 443:24 | **theory** 329:19 | 436:16,19 | 399:9 407:3 |
| 452:6 454:17 | 330:23 331:2 | 457:14 468:4 | 408:11 409:10 |
| 471:22 472:10 | 332:9,10,24 | 488:24 503:20 | 410:10 413:25 |
| 475:17 505:20 | 334:9 451:3 | 503:20 | 416:12 420:1,2 |
| 506:6 | **thick** 350:5 | **think** 291:6 | 422:3,10 425:1 |
| **testing** 296:15 | 362:14 466:13 | 295:13,18 | 426:17 427:7 |
| 379:1 404:8 | **thickness** 331:8 | 306:9 309:18 | 427:24 429:1 |
| 408:19,21 | 332:7 333:1 | 317:4,7,24 | 437:21,23 |
| 424:20 425:15 | 343:13,25 | 318:7,14,16 | 441:20 442:16 |
| 426:16,19 | 362:19 363:22 | 319:5 320:23 | 442:21 443:5 |
| 429:2,7,11,13 | **thing** 290:10 | 320:25 326:3 | 446:10 447:11 |
| 429:17 432:2,3 | 317:4,20 321:3 | 329:5,6 330:8 | 447:12 450:4 |
| 435:6,7,12,24 | 321:10 325:9 | 332:13,18 | 452:8 454:16 |
| 436:8,9 437:9 | 331:4 337:6,11 | 336:2 337:11 | 457:5 459:16 |
| 437:10 438:1,2 | 340:5 343:10 | 338:12 340:20 | 462:11 464:14 |
| 438:11,13,14 | 347:3 353:12 | 345:6 346:7 | 466:25 468:4 |
| 439:8,17,21 | 358:5 360:14 | 348:7 354:1,7 | 468:16 475:13 |
| 440:2,5 446:5 | 363:9 420:7 | 358:25 359:19 | 479:24 486:6 |
| 446:6,7,13,14 | 422:11 423:14 | 360:12 361:12 | 487:13,17 |
| 446:16 451:15 | 445:12 448:17 | 362:9 364:2 | 488:6 491:8 |
| 452:16,18 | 455:21 464:17 | 365:17 370:4,6 | 499:10 501:3 |

Aiken Welch, A Veritext Company
510-451-1580

**[think - towards]**

503:18 504:13
505:10,12
**thinking**
401:23
**third** 343:14,15
344:19 389:20
406:24
**thornburg**
286:16
**thorough** 504:9
**thought** 308:21
340:25 356:5
401:1 422:1
428:15 431:22
461:24,24
476:6 502:21
**thousand**
450:16 466:9,9
**thousands**
482:6
**three** 361:5,6,7
389:23 390:1
414:21 439:9
439:10 443:10
452:3 471:2
475:12 476:5
476:15 479:12
481:24 483:23
488:7,8 493:12
**threefold**
503:15,15
**throw** 470:10
**thwart** 338:11
**tick** 424:2

**tie** 415:2
**tile** 486:10
**time** 285:5
289:19 291:9
293:15 296:24
297:1,10,25
302:4 304:22
305:11,12
311:3 314:6
316:19 317:19
321:20 331:15
332:18,19
356:10 357:10
357:10 364:10
372:6,8,9
373:5 376:7,11
376:17,25
377:2 382:20
390:24 391:3,9
392:25 396:25
401:7 409:5
416:6,20 422:1
423:2,15
432:11 433:12
433:17 434:11
435:24 440:10
443:13 446:21
448:9 449:4,14
456:7,20
458:22 460:24
468:2,17
471:24 472:23
473:9,11
477:17,18
479:5 485:25

486:25 491:4
492:13 503:18
504:19 505:5
507:11,13
508:10,18,24
509:7
**times** 350:8
366:5 433:1
479:22 483:23
484:1 492:6
493:8
**timing** 412:12
**tired** 499:18
**tissue** 302:6
303:17,24,25
304:2 305:24
**tissues** 304:17
**today** 289:19
290:4 296:24
300:20 311:3
317:18 321:20
334:6 365:4,8
384:2,9 403:1
464:20 504:6
505:9
**today's** 505:20
**together**
345:18 379:24
386:17 393:2
480:18
**told** 335:23
357:12 454:20
455:14 490:3,6
**tomatoes**
328:16,19

**tomorrow**
504:17
**ton** 380:17
**took** 294:12
328:24 329:7
335:12 341:1
359:16 369:15
388:2 418:9
420:2 465:11
507:19
**top** 314:17
320:14 350:1
356:19 359:14
362:7 363:16
364:5 380:24
396:7,13
410:21,24
411:3 443:5
457:5 477:1
480:25 481:2,3
481:8 492:16
494:13
**topic** 306:12
383:21
**total** 301:16
316:7,8 354:7
354:8 403:15
505:22
**totally** 436:14
463:19
**touched** 340:20
**touching**
349:13,17
**towards** 297:10
500:8

Page 59

**[toxic - typewriting]**

| | | | |
|---|---|---|---|
| **toxic**  398:11 | 361:11 364:8 | 469:1 | 321:4 324:25 |
| **trace**  377:5 | 370:5 378:15 | **try**  289:20 | 325:21,21 |
| 380:25 381:12 | 381:3,3 411:9 | 296:1,2 302:1 | 328:15 343:11 |
| 381:18 | 421:16 427:13 | 317:5,6 326:23 | 344:5 345:17 |
| **track**  421:9 | 431:2 438:12 | 333:15 348:10 | 346:6 349:13 |
| **trade**  327:15,20 | 439:10,17 | 356:17 373:3 | 351:21 357:22 |
| **trained**  465:4 | 465:20 466:7 | 402:12 416:13 | 362:4 392:6,8 |
| **transcribed** | 466:12 467:12 | 439:8 469:18 | 393:3 402:24 |
| 507:16 | 475:14 476:1,7 | **trying**  296:21 | 408:15 415:7 |
| **transcript** | 476:11,14 | 302:13,15 | 417:21 426:2 |
| 507:17 508:6,8 | 482:7,10,12 | 324:19,20 | 427:5 428:15 |
| 508:10,13,13 | 485:8 487:19 | 328:16 339:9 | 430:10 441:25 |
| 508:21 509:2,2 | 489:17 | 340:12 342:25 | 442:1,13 443:5 |
| **transcription** | **tremolitic** | 356:16 370:16 | 443:9 449:1 |
| 506:6 | 359:10 378:13 | 370:20 379:16 | 465:2 471:2 |
| **translate**  448:6 | **trial**  323:10,14 | 382:22 384:14 | 475:12 476:5 |
| **traveling** | 365:6,7,11 | 386:9 393:3 | 476:14 479:12 |
| 365:19 | 408:9 419:18 | 396:6 398:16 | 481:3 488:7,18 |
| **treasure** | 454:3 504:4 | 402:5 424:2,2 | 488:22 494:18 |
| 423:10 437:23 | **tricalcium** | 425:6 426:2 | 495:22 496:17 |
| 438:5 442:25 | 405:24 | 429:6,8,9,9,12 | 498:17 503:2,7 |
| 443:11,14 | **tried**  347:11 | 430:16,17 | **type**  291:15 |
| 445:23 | **trier**  393:16 | 438:17 443:4 | 302:19 303:11 |
| **tree**  400:1,6 | **trips**  445:1 | **tungsten**  469:3 | 303:12 313:18 |
| **tremolite** | **trouble**  306:2 | **turn**  302:18 | 333:15,18 |
| 302:21 315:11 | 383:17 | 321:7 349:6 | 341:15 345:22 |
| 337:12 347:22 | **troweling** | 390:12 392:3 | 396:12 400:10 |
| 347:23 348:1 | 294:15 | 405:7 406:19 | 400:12 408:15 |
| 348:16,16,21 | **true**  298:19 | 470:8,8 476:17 | 416:19 451:8 |
| 351:10,17 | 299:2,4 332:22 | 497:15 500:18 | 493:21 |
| 352:5,11,13,22 | 458:11,12 | **twice**  483:23 | **types**  302:5,17 |
| 352:25 353:15 | 491:1,22 492:9 | **two**  290:15 | 303:9 |
| 354:6,24 355:9 | 506:5 507:17 | 296:21 298:4 | **typewriting** |
| 356:9 359:6,8 | **truly**  385:15 | 304:1 310:6 | 507:16 |
| 360:17,23 | 386:12 389:11 | 311:5 318:12 | |

Aiken Welch, A Veritext Company
510-451-1580

**[typical - usual]**

| | | | |
|---|---|---|---|
| **typical** 352:5 | 337:19 339:8 | **union** 327:18 | 327:18,23 |
| 364:3,8 | 341:12 342:24 | 327:19,22 | 336:15 352:14 |
| **typically** 293:3 | 343:1 345:19 | 335:9 | 370:12,24 |
| 321:11 343:19 | 349:22 373:3 | **united** 293:9,20 | 371:16 372:9 |
| 345:12 362:7 | 375:2 376:8 | 297:24 449:4,8 | 373:24 374:23 |
| 365:14 366:11 | 377:10 380:6 | **unmuting** | 385:14 388:25 |
| 388:25 406:19 | 387:8 389:3,14 | 296:2 | 390:2 391:6,24 |
| 413:5 431:3 | 390:25 391:11 | **unnamed** | 393:18 394:9 |
| 450:3 | 397:5 405:13 | 385:22 | 394:15 397:23 |
| **typo** 470:18 | 409:1,22 | **unquote** 361:14 | 400:18,21 |
| **typos** 471:2 | 410:17 416:7 | **unring** 426:11 | 402:18 408:5 |
| **u** | 417:7 422:15 | **unstable** 349:3 | 413:12 421:25 |
| | 423:13 425:6 | **unusual** 293:5 | 422:2 425:4 |
| **ucc** 327:23 | 429:4 432:4 | 303:13 304:6 | 430:3,12,13 |
| **uh** 389:24 | 435:11,21 | 406:15 | 449:17 456:13 |
| **ultimate** | 445:6,20 | **updated** 299:13 | 457:2 463:22 |
| 397:15 417:4 | 447:18 453:3,6 | 336:10 | 467:8 471:21 |
| **unauthenticat...** | 453:7 456:16 | **upside** 476:17 | 471:25 481:1,2 |
| 292:17 295:10 | 458:22 461:14 | **urban** 398:14 | 490:10 493:18 |
| **unclear** 393:20 | 464:19 470:2 | 398:15 | 503:23 505:22 |
| 494:24 498:25 | 499:7 | **use** 299:11 | **users** 304:19 |
| **under** 303:14 | **understanding** | 324:16 325:7 | **uses** 485:12,13 |
| 318:13 319:23 | 291:3 355:25 | 326:6,11,18,19 | **using** 288:12 |
| 333:3 336:19 | 366:1 377:8,12 | 345:12 349:21 | 299:13 317:10 |
| 338:24 343:12 | 377:15,16 | 351:16 359:1 | 317:12 324:13 |
| 352:24 356:9 | 386:19 391:13 | 360:24 370:6 | 324:17 325:20 |
| 357:8 392:8 | 397:8 400:25 | 373:7 392:7,25 | 336:14,18 |
| 412:3 414:25 | 403:14 414:4 | 402:10,12,14 | 351:16 391:8 |
| 416:14 436:19 | 440:8 442:23 | 410:24 411:1 | 400:21 401:5 |
| 436:20 445:16 | 456:24 477:12 | 418:22 447:21 | 429:15 463:3 |
| **underlying** | 478:17 482:22 | 462:13 485:22 | 472:8 480:4 |
| 314:1 | **understood** | 492:6 493:25 | 492:5 500:25 |
| **undersigned** | 380:12 | **used** 291:8 | **usp** 487:3 |
| 506:3 | **ungodly** 461:13 | 304:16,22 | **usual** 410:1 |
| **understand** | | 305:4 326:3 | |
| 308:19 313:9 | | | |

**[usually - waste]**

**usually** 360:17
366:6 413:8
493:8
**utilize** 468:11
**utilizing** 336:11

**v**

**v** 288:8
**vacuum** 343:20
**vague** 293:15
297:25 299:3
300:4 368:15
371:8 393:10
409:18 426:7
435:4 439:2,23
458:17 473:14
474:2,22
**valadez** 284:9
290:7 307:1
**valley** 369:15
370:15 372:15
**vander** 303:4
**vanderbilt**
370:2,6,15
**variable** 491:16
**variation** 378:4
379:2
**various** 296:18
297:17 358:16
388:24 447:1
490:12
**veins** 377:17,19
**verified** 328:5
405:1
**verifies** 424:20

**verify** 415:20
439:8
**veritext** 288:16
288:17 505:23
508:7,9,11
**vermiculite**
489:18
**vermont** 370:8
370:14 372:16
375:8
**version** 407:4
407:15
**versus** 294:15
312:4,10,14
345:23 350:19
442:3 448:24
463:2,4 490:14
491:14,25
500:6 503:16
**victim** 300:18
**video** 288:6
**videographer**
287:24 288:4
288:15 289:11
295:23 322:6,9
364:22,25
431:13,16
505:19
**videotaped**
282:12
**view** 297:2
303:20 343:5,7
344:9
**viewed** 325:14

**viewer** 467:9
**viscous** 324:15
**visible** 341:22
495:18
**visited** 369:13
369:14 394:18
**volume** 282:13
288:6 349:6
382:14 505:21
**voluntary**
488:15
**vs** 282:6 508:4
510:1

**w**

**wait** 307:11
500:20
**waived** 508:23
508:23
**waiving** 508:20
**walk** 422:13
423:14 445:3
445:19 454:4
462:6
**walking** 444:1
465:23
**want** 297:8
298:3 305:14
311:9,20
312:25 315:6
319:3 323:4
325:1 327:2,3
330:4 337:18
338:25 339:8
339:20 341:12
342:20,24

344:4,8,24
346:1,10 347:5
347:5 350:23
352:22 362:3
366:22 374:18
376:6 380:21
382:19 384:22
385:5 388:8
389:3,19
390:10 391:11
403:6,10
404:17 410:25
415:16,16
416:8,8,9,10
417:6 424:12
429:2 431:24
432:1 434:13
455:1,1 461:22
467:16,20
472:6 473:24
493:17 494:3
500:12
**wanted** 303:10
311:4 322:18
346:13 459:9
475:15
**wants** 473:7
**warm** 491:10
**warned** 367:17
**warnings**
367:14,15
459:25
**waste** 382:19
382:19

Aiken Welch, A Veritext Company
510-451-1580

**[wasting - work]**

| | | | |
|---|---|---|---|
| **wasting** 332:18 | 474:7 475:20 | **whitaker** 461:6 | 388:15 393:15 |
| 332:19 489:3 | **web** 294:24 | **white** 342:12 | 419:1 426:10 |
| **water** 483:15 | **website** 284:6 | 469:1 486:14 | 431:4,9 432:19 |
| **wavelength** | 292:9,14 293:4 | 486:19 | 435:6 436:12 |
| 500:24 | 295:9 296:11 | **whitish** 331:21 | 437:18 439:7 |
| **wavelengths** | **wednesday** | **width** 355:15 | 439:24 451:5 |
| 326:25,25 | 365:19 366:2 | 364:8 | 452:8,23 |
| 339:13 | 366:16 | **wife** 391:5 | 453:10 454:16 |
| **way** 312:25 | **week** 323:15 | 404:3,4 | 455:19 457:13 |
| 313:1,1,5,25 | 364:15 365:11 | **william** 282:12 | 458:19 459:3 |
| 333:18 341:24 | 366:17,19 | 283:3 285:1,7 | 463:9 465:1 |
| 342:18 349:15 | 381:22 402:2 | 288:7 289:14 | 467:15 473:16 |
| 352:13 363:19 | 454:17 494:10 | 505:21 506:3 | 474:4,23 |
| 372:14 387:11 | 504:15,16 | 506:25 507:8 | 496:21 505:7 |
| 398:23 399:21 | 505:6,16 | 508:5 510:2 | 505:10,13,15 |
| 400:8,14 402:6 | **weeks** 402:1 | **willow** 423:10 | 505:18 507:10 |
| 404:11,11,20 | **weighed** 396:15 | 441:1,11,17,19 | 507:20 508:13 |
| 417:3 418:6,18 | **weighing** 396:4 | 442:3,15,20 | 508:16 509:2,5 |
| 436:13 437:3 | **weighs** 396:22 | 443:10,15 | 510:24 |
| 464:7 475:4 | **weight** 473:8 | **winchite** | **woman** 356:1,6 |
| 479:15,19 | 490:13,20 | 300:15 337:14 | **wood** 303:4 |
| 480:4,6 481:19 | **welcome** | **wish** 308:17 | **word** 312:7,12 |
| 482:16 501:10 | 294:25 296:12 | **witness** 285:8,9 | 313:13 373:7 |
| 501:13 | 296:19 | 289:15 291:14 | **words** 302:12 |
| **ways** 422:5 | **went** 290:8 | 293:23 294:1 | 305:3 |
| **we've** 301:11 | 310:16 317:7 | 298:1 299:4 | **work** 291:15 |
| 304:8 309:22 | 387:18 436:16 | 300:9 313:18 | 292:1 296:2 |
| 320:8 335:21 | 472:10 494:11 | 315:25 316:3 | 303:6 319:24 |
| 339:14 370:12 | 502:12 | 321:24 322:3 | 320:2,13 |
| 371:13,15 | **whatsoever** | 328:13 334:11 | 325:21 448:25 |
| 372:12 375:10 | 472:18 | 334:25 337:23 | 451:19 452:24 |
| 376:15 377:1,2 | **whereabouts** | 340:19 341:3 | 453:11 466:19 |
| 437:20,21,22 | 342:7 | 349:3,6 364:13 | 484:11 488:10 |
| 452:9 453:11 | **whereof** 507:20 | 364:19 371:10 | 489:1,2 503:23 |
| 459:10 472:10 | | 383:8,19 | 504:14 |

Aiken Welch, A Veritext Company
510-451-1580

**[worked - zussman]**

| | | |
|---|---|---|
| **worked** 368:8 | **y** | 451:18 465:2,4 |
| 504:1 | **yeah** 291:5 | 479:12 488:18 |
| **working** | 294:12 296:1 | 488:22 489:2 |
| 320:21 324:5 | 309:14 314:21 | 493:18 |
| 372:14 414:7 | 317:24 323:2 | **yellow** 327:8 |
| 417:7 486:13 | 324:24 328:25 | 336:4 342:3 |
| **works** 314:2 | 334:3 336:23 | 499:15 500:6 |
| 316:15 317:16 | 342:22 343:6 | 501:13 502:2 |
| 325:9 | 347:4,6,9,24 | **yellowish** |
| **world** 374:20 | 349:5 353:3 | 327:10 328:4 |
| 374:21 | 355:10 361:6 | 331:21 333:4 |
| **worldwide** | 362:14 363:6 | 335:11 342:10 |
| 490:1 | 363:24 364:2 | 499:8 |
| **worth** 451:18 | 368:20 377:11 | **yellowness** |
| **write** 463:20 | 386:9 392:24 | 469:2 |
| 486:21 | 396:4,23 | **yellows** 469:2 |
| **written** 323:21 | 399:21 407:18 | **yellowstone** |
| 330:22 332:23 | 413:23 414:9 | 423:10 443:11 |
| 407:19 452:1 | 414:17 418:8 | 443:14 445:5,7 |
| **wrong** 329:16 | 419:23 427:20 | 445:24 |
| 360:13 399:23 | 427:20,20 | **york** 287:8 |
| 416:23 417:2 | 431:7 444:5 | 486:9 489:17 |
| 418:22 437:6 | 471:18 479:14 | **z** |
| 453:1 485:23 | 482:1 483:13 | |
| 490:8,15 | 484:10,12 | **zea** 405:23 |
| 497:20 499:11 | 505:17 | **zero** 324:25 |
| 500:15 | **year** 390:15 | **zeros** 324:25 |
| **wrote** 298:22 | 402:1 457:2,3 | 374:8 398:13 |
| 298:23 335:23 | 471:3,14 | 398:14 414:21 |
| **x** | **years** 291:15 | **zoom** 282:12 |
| | 294:11,14 | 285:7 507:9,13 |
| **x** 283:1 284:1 | 296:15,15 | **zussman** 313:4 |
| 351:5 508:12 | 299:5 328:15 | |
| **xrd** 427:10 | 357:1 388:18 | |
| 485:7 487:14 | 388:22 417:21 | |

Aiken Welch, A Veritext Company
510-451-1580

California Code of Civil Procedure

Article 5. Transcript or Recording

Section 2025.520

(a)  If the deposition testimony is stenographically recorded, the deposition officer shall send written notice to the deponent and to all parties attending the deposition when the Original transcript of the testimony for each session of the deposition is available for reading, correcting, and signing, unless the deponent and the attending parties agree on the record that the reading, correcting, and signing of the transcript of the testimony will be waived or that the reading, correcting, and signing of a transcript of the testimony will take place after the entire deposition has been concluded or at some other specific time.

(b)  For 30 days following each notice under subdivision (a), unless the attending parties and the deponent agree on the record or otherwise in writing to a longer or shorter time period, the deponent may change the form or the substance of the answer to a question, and may either approve the transcript of the deposition by signing it, or

refuse to approve the transcript by not signing it.

(c) Alternatively, within this same period, the deponent may change the form or the substance of the answer to any question and may approve or refuse to approve the transcript by means of a letter to the deposition officer signed by the deponent which is mailed by certified or registered mail with return receipt requested. A copy of that letter shall be sent by first-class mail to all parties attending the deposition.

(d) For good cause shown, the court may shorten the 30-day period for making changes, approving, or refusing to approve the transcript.

(e) The deposition officer shall indicate on the original of the transcript, if the deponent has not already done so at the office of the deposition officer, any action taken by the deponent and indicate on the original of the transcript, the deponent's approval of, or failure or refusal to approve, the transcript. The deposition officer shall also notify in writing the parties attending the deposition of any changes which the deponent timely made in person.

(f) If the deponent fails or refuses to approve the transcript within the allotted period, the

deposition shall be given the same effect as though it had been approved, subject to any changes timely made by the deponent.

(g) Notwithstanding subdivision (f), on a seasonable motion to suppress the deposition, accompanied by a meet and confer declaration under Section 2016.040, the court may determine that the reasons given for the failure or refusal to approve the transcript require rejection of the deposition in whole or in part.

(h) The court shall impose a monetary sanction under Chapter 7 (commencing with Section 2023.010) against any party, person, or attorney who unsuccessfully makes or opposes a motion to suppress a deposition under this section, unless the court finds that the one subject to the sanction acted with substantial justification or that other circumstances make the imposition of the sanction unjust.

DISCLAIMER: THE FOREGOING CIVIL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE STATE RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the deposition officer. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the deposition officer and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in SSAE 16 certified facilities.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of deposition services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                       COUNTY OF ALAMEDA

 3                         ---oOo---

 4    MARLIN LEWIS EAGLES and

      GEORGIA EAGLES,

 5         Plaintiffs,

                                  No. 22CV018294

 6    vs.

      ARVINMERITOR, INC., et

 7    al.,

           Defendants.

 8    _____/

 9

10

11

12      VIDEOTAPED ZOOM DEPOSITION OF WILLIAM LONGO, Ph.D.

13              VOLUME 3, Pages 282 - 507

14                  November 3, 2023

15

16

17

18

19

20

21                    REPORTED BY:

22          EARLY K. LANGLEY RMR, RSA, B.A.

23                 CSR NO. 3537

24             JOB NO:   6298688

25

                                         Page 282
```

I N D E X

PAGE

WILLIAM LONGO, Ph.D.                                289

EXAMINATION BY MR. DUBIN                            289
EXAMINATION BY MR. HINES                            322
EXAMINATION BY MR. RISING                           365

Page 283

DEPOSITION OF WILLIAM LONGO, Ph.D.

BE IT REMEMBERED, that pursuant to Notice, and on November 3, 2023, commencing at the hour of 8:10 a.m. Pacific Time, before me, EARLY LANGLEY, a Certified Shorthand Reporter, State of California, via Zoom appeared WILLIAM LONGO, Ph.D., produced as a witness in said action, and being by me previously duly sworn, was thereupon examined as a witness in said cause.

---oOo---

APPEARANCES:

For the Plaintiffs:

    MICHAEL REID
    Kazan, McClain, Satterley & Greenwood
    55 Harrison Street
    Suite 400
    Oakland, California 94607
    (510) 302-1000
    Mreid@kazanlaw.com

Page 285

E X H I B I T S

EXHIBIT NO.                                          PAGE
Exhibit 35    Notice of Deposition, Day 3           289
Exhibit 36    Photocopy of Slide 36, red-edged,     290
              Dr. Longo

Exhibit 37    Lanier website                        292

Exhibit 38    Blog post                             295

Exhibit 39    MDL report, 11/14/2018, Dr. Longo     298

Exhibit 40    Slides of Valadez particles           306

Exhibit 41    11/2023 Notice From the Expert        317
              Committee
Exhibit 42    TEM analysis performed by Jayme        346
              Callan

Exhibit 43    MAS Project M71719, Talcum Powder      395
              Analysis, Marlin Eagles
Exhibit 44    Test result on product                434

Page 284

For the Defendant Perrigo Company of Tennessee f/k/a Cumberland-Swan and CMC, Inc.:

    JEFF HINES
    Goodell, DeVries, Leech and Dann LLP
    One South Street
    Baltimore, Maryland 21202
    Jjh@gdldlaw.com

For the Defendants Longs Drug Stores California, LLC., on behalf of Longs Drug Stores California, Inc.; Lucky Stores (Save Mart) LLC f/k/a Lucky Stores, Inc.; and Safeway Inc:

    KEVIN RISING
    Barnes & Thornburg LLP
    2029 Century Park East
    Suite 300
    Los Angeles, California 90067
    (310) 284-3880
    Krising@btlaw.com

Page 286

2 (Pages 283 - 286)

1 For the Defendants, Johnson & Johnson; LTL Management:

3      MORTON D. DUBIN
4      SHAILA R. DIWAN
5      King & Spalding LLP
6      1185 Avenue of the Americas
7      34th Floor
8      New York, NY 10036
9      (212) 790 5346
10     Mdubin@kslaw.com
11     Sdiwan@kslaw.com

13     KIM BUENO
14     CHRIS COWAN
15     Butler Snow LLP
16     1400 Lavaca Street, Suite 1000
17     Austin, Texas 78701
18     (737) 802-1820
19     kim.bueno@butlersnow.com
20     Chris.cowan@butlersnow.com

22 ALSO PRESENT:

24     Geoff Minger, Videographer
25
                                          Page 287

1           --oOo--
2       P R O C E E D I N G S
3           --oOo--
4       THE VIDEOGRAPHER:  We are going on the
5  record at 11:10 a.m. on November 3, 2023.  This is  08:10
6  Volume III of the remote video-recorded deposition
7  of William Longo, Ph.D., in the matter of Marlin
8  Lewis Eagles and Georgia Eagles v. Johnson &
9  Johnson, et al., filed in the Superior Court of
10 California, County of Alameda, Case Number      08:11
11 22CV018294.
12      This deposition is being held using remote
13 technology, and all parties are appearing
14 remotely.
15      The videographer is Geoff Minger, a notary  08:11
16 public from Veritext Legal Solutions.  The court
17 reporter is Early Langley, also from Veritext
18 legal solutions.
19      Would counsel please identify themselves
20 for the record and state their appearances.      08:11
21      MR. REID:  Good morning.  This is Michael
22 Reid on behalf of the plaintiffs.
23      MR. DUBIN:  Good morning.  This is Morton
24 Dubin on behalf of the Johnson & Johnson-related
25 defendants.                                08:11
                                          Page 288

1       MS. BUENO:  Good morning.  Kim Bueno on
2  behalf of Johnson & Johnson defendants.
3       MR. COWAN:  Chris Cowan from Butler Snow
4  on behalf of the same.
5       MR. RISING:  Kevin Rising on behalf of    08:12
6  Longs, Lucky, and Safeway.
7       MR. HINES:  Jeff Hines on behalf of
8  Perrigo Tennessee.
9       MS. DIWAN:  Shaila Diwan on behalf of
10 Johnson & Johnson.                         08:12
11      THE VIDEOGRAPHER:  Thank you.
12      We are on the record.  You may proceed.
13      MR. DUBIN:  Great.
14          WILLIAM LONGO, Ph.D.
15      previously sworn as a witness,
16      testified as follows:
17 EXAMINATION BY MR. DUBIN:
18      Q.  Hi, Dr. Longo.  Just because I know that
19 the retailers need some time with you today, I'm
20 going to try to be relatively brief, mostly just  08:12
21 cover some cleanups on specific and general
22 questioning.
23      Let's start just by marking the notice for
24 day 3 as Exhibit 35.
25      (Whereupon, Defendants' Exhibit 35 was    08:12
                                          Page 289

1  marked for identification.)
2  BY MR. DUBIN:
3       Q.  And did you bring anything new with you
4  today or just the same things that you had at the
5  prior depositions?                          08:12
6       A.  Well, I brought the Longs Baby Powder
7  container analysis.  I brought the Valadez
8  analysis.  I went through Alan Segrave's April 17,
9  2023 report.
10      And I downloaded one thing -- well, I got  08:13
11 this edge effects on talc particles photograph, I
12 guess you marked as an exhibit.
13      Q.  Correct.
14      A.  And that's it.
15      Oh, also brought along Mr. Eagles' two    08:13
16 containers, the body powder medicated that had
17 talc in it and then the Equate, which was a
18 cornstarch, brought those analysis.
19      And that's all.  That's all the new stuff.
20      MR. DUBIN:  Okay.  So even though it's --  08:14
21 I assume it's just the same as what I marked
22 before, we'll just make your copy of the red-edged
23 slide 36.
24      (Whereupon, Defendants' Exhibit 36 was
25      marked for identification.)              08:14
                                          Page 290

3 (Pages 287 - 290)

1  BY MR. DUBIN:
2      Q.  Before we get to that, just briefly on
3  Mr. Eagles' home, is it your understanding that it
4  was constructed in around 1927?
5      A.  Yeah, somewhere around there.  1926, 1927.  08:14
6      Q.  Okay.  And I think that you said
7  previously that you were not aware of asbestos
8  products being used in home construction around
9  that time; is that correct?
10     A.  That's correct.                08:14
11     Q.  What, if any, investigation did you do to
12  confirm that?
13         MR. REID:  Overbroad.
14         THE WITNESS:  I guess I relied on my
15  35 years of experience doing this type of work,  08:14
16  especially a lot of product ID, and when
17  manufacturers started making stuff and selling
18  them for residential homes.
19         So did you find something that I'm not
20  aware of?                           08:15
21  BY MR. DUBIN:
22     Q.  Well.  I'll ask you -- I'll ask you -- I
23  mean, I'll ask you a couple of questions about
24  that.
25         Let's just mark -- we'll make 37 --    08:15

Page 291

1      Q.  Dr. Longo, you haven't seen this before;
2  right?
3      A.  No.  I typically don't look at plaintiffs
4  or defendants website unless there's something
5  unusual there.  I don't know where he would have  08:16
6  gotten that information.  I've not seen it.
7      Q.  We'll look at a couple different things.
8  We'll scroll down here.  You see there's a
9  reference to asbestos being in the United States
10  Gypsum plaster from 1920 to 1975?         08:16
11     A.  I see that he states that, yes.
12     Q.  Again, obviously, is it fair to say you
13  didn't even Google when -- whether there was
14  asbestos in home construction in the 1920s?
15         MR. REID:  Vague as to time and     08:17
16  argumentative, ignores fact, and misstates
17  previous testimony.
18  BY MR. DUBIN:
19     Q.  Just asking, did you Google when there was
20  asbestos in construction products in the United  08:17
21  States?
22         MR. REID:  Same objections.
23         THE WITNESS:  No.
24         MR. REID:  Also lacks foundation in the
25  sense that that's pointless.            08:17

Page 293

1         Of course, you've done a good deal of work
2  for the Lanier firm; isn't that right?
3      A.  Yes, I have.
4         Excuse me.  I don't know why I was
5  mumbling like that.               08:15
6         Yes, I have.
7      Q.  All right.
8         MR. DUBIN:  We'll just make as the next in
9  order a website from the Lanier firm.
10        (Whereupon, Defendants' Exhibit 37 was   08:15
11        marked for identification.)
12  BY MR. DUBIN:
13     Q.  And so I assume you've never seen this
14  about asbestos in plaster from the Lanier website?
15        MR. REID:  Just going to object to the   08:15
16  extent that the exhibit lacks foundation.  It's
17  unauthenticated hearsay and has no foundation
18  regarding its source material and information.
19        MR. DUBIN:  Okay.  Well, you can just say,
20  "Object to form."                  08:16
21        MR. REID:  You actually can't in
22  California.  That is not proper.  It does not
23  preserve your right.
24        MR. DUBIN:  All right.  Well, it's fine.
25  BY MR. DUBIN:                    08:16

Page 292

1         THE WITNESS:  "Construction products" mean
2  a lot of different things.  I mean, certainly,
3  there was asbestos products -- you know,
4  Johns-Manville came up with, essentially, cement
5  board with asbestos in it and -- and their    08:17
6  first -- one of their first clients was railroads,
7  who put it in the floor from the sparks coming up
8  from the brake shoes.  So there was asbestos
9  product.
10        But I was never aware, at least in all my  08:18
11  research over the years, because we'd get involved
12  in things, like, oh, yeah, we took plaster off an
13  old house.  We never found asbestos until in later
14  years, and they mainly put it in plaster so they
15  could shoot it versus troweling it on, especially  08:18
16  on outside of the houses.
17        So I don't have any reason -- you know, I
18  don't know the information.  Certainly, if there
19  is reliable information that says that there is
20  asbestos in plaster, then I will have to re- --  08:18
21  change my opinion.
22  BY MR. DUBIN:
23     Q.  Okay.  We'll just mark a few other things.
24  So the next, again, is something from the Web.  If
25  you Google -- and you're welcome to do it yourself  08:18

Page 294

4 (Pages 291 - 294)

1 at some point -- but asbestos in homes in the
2 '20s, this is a blog post.
3        (Whereupon, Defendants' Exhibit 38 was
4     marked for identification.)
5 BY MR. DUBIN:                          08:18
6     Q. Do you see that?
7        MR. REID: Just real quick before the
8 answer, I'm just going to object again to another
9 website posting that lacks foundation, lacks
10 authentication, is unauthenticated hearsay, and    08:19
11 further lacks foundation in its source material.
12        MR. DUBIN: Let me just put on the record
13 that I think it goes to the sufficiency or
14 diligence of the investigation that Dr. Longo has
15 performed --                          08:19
16        (Off the record discussion to discuss
17 audio interference.)
18        MR. DUBIN: I think it may be that -- I
19 don't know if it's plaintiffs' counsel, that you
20 may need to mute when you're not speaking so that  08:19
21 you don't get a double echo of my speaking through
22 both.
23        THE VIDEOGRAPHER: Or if they have a
24 headset available or earbuds that they can plug
25 into their device.                    08:20

Page 295

1        MR. DUBIN: Yeah, let's just try muting
2 and unmuting, because that should work. I'll try
3 to pause for you to be able to object.
4        (Audio interference, reporter
5     clarification.)                    08:21
6        MR. DUBIN: -- sufficiency of his --
7 diligence of his investigation and, therefore, is
8 fully admissible.
9        MR. REID: In response to that, it does
10 not satisfy the foundation or hearsay issues      08:21
11 associated with the website.
12        In addition, you are more than welcome to
13 ask him about the sufficiency of his actual
14 research, which I believe is something around the
15 years -- 30 years of testing products containing  08:21
16 asbestos, ranging from the beginning of the 1900s
17 through the 2020s, including defendants' products
18 and various construction materials.
19        You're more than welcome to ask him about
20 all that and that research rather than your        08:21
21 two-bit Google search trying to find actual
22 authentic source material, which is
23 not admissible --
24        MR. DUBIN: We're on a time limit today,
25 and if we're going to get very long objections,    08:21

Page 296

1 that time is not going to count. So I'm just
2 telling you that that's my view of this, because
3 you're going on and on.
4        You objected. I made my record briefly.
5 Let's move on.                        08:22
6        MR. REID: And because you made your
7 record briefly, Counsel, I was able to make my
8 record briefly. So if you want to continue to put
9 things on the record, you can continue to do so,
10 but it does count towards your time because you're  08:22
11 making a record and now I'm entitled to do so.
12        So please continue.
13        MR. DUBIN: Oh, my goodness.
14 BY MR. DUBIN:
15     Q. So again, one of the things you've looked  08:22
16 at in the past, for example, has been
17 interrogatories of various companies to see what
18 they may have -- what their product may have
19 contained and when they manufactured them; right?
20     A. I have.                        08:22
21     Q. Did you do any of that to determine what,
22 if any, asbestos-containing home construction
23 materials, any of the major manufacturers such as
24 United States Gypsum produced in the 1920s?
25        MR. REID: Vague as to time.        08:22

Page 297

1        THE WITNESS: I did not.
2 BY MR. DUBIN:
3     Q. Okay. And -- all right. And I want to
4 switch briefly then to the two containers that you
5 indicated you have identified richterite in that   08:23
6 are associated with Johnson & Johnson. One of
7 those --
8        First, let me ask you, at some point you
9 said this. This was your MDL report dated
10 11/14/2018.                          08:23
11        MR. DUBIN: So this will be 39.
12        (Whereupon, Defendants' Exhibit 39 was
13     marked for identification.)
14 BY MR. DUBIN:
15     Q. And you said, you'll only be relying on   08:23
16 that report and any future supplemental reports
17 regarding the analysis of historical JBP/STS
18 samples and containers.
19        Is that still true?
20     A. Is that the MDL report?            08:24
21     Q. That's the MDL report.
22        So in the MDL report, you wrote that after
23 you wrote the MDL report, you would only be
24 relying on that report and any future supplemental
25 reports involving the analysis of historical       08:24

Page 298

5 (Pages 295 - 298)

1 JBP/STS samples/containers.

2     Is that still true?

3     MR. REID: Vague and ambiguous.

4     THE WITNESS: Certainly, it was true for

5 that report in 2018. You know, five years later,    08:24

6 the question comes up, was there ever any

7 richterite found in Chinese samples,

8 Chinese-sourced samples. Yes, there was. It was

9 the -- it was not J&J product. It was a company

10 that bought the Shower to Shower from J&J, and    08:24

11 they continued to use Chinese.

12     So I don't know if I have to -- we'll be

13 using it in any updated -- the MDL report, but

14 certainly, I'm going to be relying on it here.

15 BY MR. DUBIN:    08:25

16     Q. Okay. So, again, the first -- the first

17 bottle that you claimed to find richterite in,

18 that was an eBay bottle, correct, bottle purchased

19 off eBay and provided to you by plaintiffs'

20 counsel?    08:25

21     A. That is correct.

22     Q. Okay. And that was from a report that

23 predated this MDL report; correct?

24     A. I believe that is correct.

25     Q. Okay. And so here in the MDL report,    08:25

Page 299

1     A. Correct.

2     Q. And the second bottle was purchased by the

3 Simon and Greenstone plaintiff law firm and given

4 to you; correct?

5     A. Correct.    08:27

6     Q. Okay. And so just to -- you've never

7 found any richterite in any Johnson & Johnson

8 product that came from Johnson & Johnson's

9 historical collection of talcum powder products;

10 correct?    08:27

11     A. Of the ones we've analyzed, that's

12 correct.

13     Q. Okay. And approximately how many have

14 you -- bottles have you analyzed from the

15 Johnson & Johnson historical collection?    08:27

16     A. Maybe 70, all total.

17     Q. To make it clear, the only bottles in

18 which you claim to have found richterite of

19 Johnson & Johnson were provided to you by

20 plaintiffs' counsel; correct?    08:27

21     A. That is correct.

22     Q. And -- all right. Just quick cleanups on

23 the fiber burden stubs.

24     Would you consider what you did a    08:28

25 confirmation analysis given that you didn't go

Page 301

1 you're saying you are not going to rely on those

2 prior reports, the eBay reports.

3     Are you now relying on it anyway?

4     MR. REID: Vague and ambiguous. That MDL

5 report was issued for the MDL, not for this case.    08:25

6 So, Counsel, you can ask him what he's

7 relying upon for purposes of this case, but this

8 is not a depo in the MDL.

9     THE WITNESS: As I've stated, this is for

10 the MDL, and the MDL was about the historical    08:26

11 samples. This is not a MDL case. And this

12 answers a question.

13     I couldn't ignore the fact that we had

14 analyzed samples from -- sourced from Chinese that

15 had either richterite or winchite in it. I'm    08:26

16 certainly not going to ignore the any eBay samples

17 or samples contributed by the actual mesothelioma

18 victim.

19     So as I look at it, this report here has

20 nothing to do with what we're doing today.    08:26

21 BY MR. DUBIN:

22     Q. So just to be clear, the first bottle was

23 an eBay bottle, and it was not -- it was not a --

24 and it was a bottle that was purchased off eBay by

25 the Kazan firm and given to you; correct?    08:26

Page 300

1 through and try to confirm the specific particles

2 that Dr. Abraham identified?

3     A. It's very hard to find very specific

4 particles and do it within a reasonable time. But

5 we found all similar types of particles that    08:28

6 Abraham found -- Abraham found in the lung tissue.

7 So, therefore, it's confirmation, at least in my

8 opinion, that Mr. Eagles' exposure had to do with

9 his talcum powder exposure.

10     Q. Okay. We'll talk about that part of it in 08:29

11 a second.

12     In other words, were you going through and

13 trying to confirm the specific particles that

14 Dr. Abraham found?

15     A. We were -- we were trying to find either  08:29

16 the very same particles, or minerals, the same

17 types of minerals --

18     I'm sorry, let me turn this off.

19     -- the same type of minerals that

20 Dr. Abraham was finding, such as fibrous talc or  08:29

21 platy talc or aluminum silicates or tremolite or

22 richterite, what have you.

23     Q. What was your personal involvement with

24 the confirmation analysis? Were you the one

25 operating the SEM or taking the images?    08:29

Page 302

6 (Pages 299 - 302)

1    A. No, I was not the one operating the SEM.
2    Q. And what personal involvement did you have
3 with the confirmation analysis?
4    A. With the MVA, with Dr. Vander Wood, I was
5 sitting right there.                    08:30
6        With our own in-house SEM work, until the
7 detectors quit on us, I was there supervising
8 and -- not sitting through the entire session, but
9 what to look for, what types of particles we
10 wanted to see, which is basically anything you    08:30
11 find there, talc plates, fibrous talc, any type of
12 asbestos, any type of aluminum silicates, anything
13 unusual, you know, record it.
14        So it's under my direction, but no, I
15 wasn't sitting at the SEM.                08:31
16    Q. Did you identify any chrysotile in
17 Mr. Eagles' tissue?
18    A. Not that I could say with any reasonable
19 degree of scientific certainty.
20    Q. Do you have any view on how that could be  08:31
21 since you've claimed that there's routinely
22 chrysotile in Johnson & Johnson products?
23    A. There is chrysotile in Johnson & Johnson
24 products, but we're looking at lung tissue, and in
25 lung tissue, one, you got a biopersistence issue  08:31

Page 303

1 of the J&J products.
2    Q. I guess my question is more basic.  In
3 other words, what is the source of information
4 that you have about the extent to which they used
5 Johnson & Johnson talc, for example, and whether  08:33
6 they had exposures from other sources?  Is that
7 the deposition testimony of those individuals?
8 Did you review that at some point?  Is that what
9 you're relying on?
10    A. I don't remember back that far exactly,    08:33
11 you know, what I reviewed at the time.  I
12 didn't -- I didn't -- at the time we did the
13 reports and issued them, et cetera, I don't
14 recall.  I don't want to speculate right at the
15 moment.                              08:34
16    Q. So the reports or your testimony in those
17 cases will indicate what materials you relied on
18 for facts about their exposure or alternative
19 exposures; is that fair?
20    A. I don't know.  It's not fair until I have  08:34
21 a chance to review it because I don't recall what
22 I relied on.
23    Q. Did you identify talc in Mr. Eagles'
24 tissue?
25    A. Well, let me get it.              08:34

Page 305

1 in the lungs; two, you're taking a very small
2 sample, especially in the lung tissue, out of an
3 area -- you have a surface area -- if you were to
4 open up the lungs and lay them out, you have the
5 surface area of a tennis court.  So it's not    08:32
6 unusual to find or not find things in there that
7 one might expect.
8        We've done other cases where we do find
9 chrysotile.  So it just depends on both exposure,
10 what the biopersistence issue is with that    08:32
11 particular mineral, and what area of the lungs are
12 removed.
13    Q. What -- I know you've also produced
14 reports having to do with Leavitt and Doyle.
15        What is your source of information for the  08:32
16 extent to which those individuals used talc?
17    A. Both those -- both those lung tissues -- I
18 would have to pull the report.  But both of them
19 were, you know, Johnson & Johnson users.
20        And something like Leavitt, we were able  08:32
21 to find specifically the same things that Abraham
22 at that time found.  And they're just used as
23 examples of, here's other talcum powder, J&J
24 talcum powder exposures, and here's what we're
25 finding in the lungs, essentially the ingredients  08:33

Page 304

1        Let's see.  This is Leavitt's.
2        Yes, we did.  I'm having trouble finding
3 the report.
4        I see this stuff from MVA, and we found
5 talc there.                          08:35
6        Somehow...
7        I'm going to say, yes, we did, and so did
8 Abrams -- Abraham.  Excuse me.  Jeez.
9    Q. Why don't we do this, because I think
10 other people are going to question after me.    08:36
11 Maybe you can look for it on a break, and they can
12 follow up on that topic if you can't find it right
13 now.
14    A. Okay.  I know it's here.
15    Q. All right.  And then just a few quick    08:36
16 general questions.
17        MR. DUBIN:  First, I'll mark this as next
18 in order.
19        What are we -- are we on 40, Early?
20        THE REPORTER:  Yes.              08:36
21        MR. DUBIN:  Hold on.  I'm lost.
22        (Whereupon, Defendants' Exhibit 40 was
23        marked for identification.)
24 BY MR. DUBIN:
25    Q. It will be the set of slides regarding the  08:36

Page 306

7 (Pages 303 - 306)

1 Valadez particles.
2      Did you -- we spoke about this before.
3 Did you look through these particles to see
4 whether the circled ranges are what you reported
5 as the color for these particles in parallel?    08:37
6      A. I just got to find it.
7      Q. No problem.
8      A. Yes, I did look at them.
9      Q. Can you just let me know if there are any
10 corrections.    08:37
11     A. Okay. I have it. Wait a minute. You
12 just changed it on me, didn't you?
13     Q. Sorry. I was going to start from the
14 beginning of it. I didn't realize you were going
15 to the specific page number.    08:37
16     A. Well, I don't have page numbers on my
17 report.
18     Q. Okay.
19     A. So let me get to it.
20     Q. I'm sorry.    08:37
21     A. That is Number 1CSM. That should be the
22 first one up.
23     Q. And hopefully they're in order.
24     A. No, they're not in order here for some
25 stupid reason.    08:38
Page 307

1 Q. That's life.
2 A. I'm talking to myself.
3      Okay. I have it.
4 Q. Okay. So the color in parallel for this
5 particle, M71614-001CSM-001, is that the    08:38
6 approximate color that you identified it as in
7 parallel where it's circled --
8 A. If you go around the edge of the bundle,
9 it's a purplish color.
10 Q. Okay. And then this particle, the next    08:39
11 one, does that appear accurate? This is now
12 M71614-001CSM-002?
13 A. Again, let me get to it.
14 Q. Sure.
15 A. My book is out of order. Somebody is    08:39
16 messing with me.
17 Q. I wish I could claim credit for that,
18 but...
19 A. I understand.
20      1.65, right. 1.68.    08:39
21 I just looked at this, I thought, last
22 night.
23      Okay. 1.002. Here's 002.
24 Okay, I have it.
25 Q. Again, are the circled colors    08:39
Page 308

1 approximately what you're identifying as particle
2 in parallel as the color?
3      A. Yes. It's what -- you don't see it too
4 well on that photograph, but I'm looking at this
5 one, which I can see the outer -- you know, the    08:40
6 outer edge of the bundle does have that kind of
7 purplish color.
8      Q. And then next particle, M71614-001CSM-003,
9 are the circled numbers approximately what you're
10 calling this particle for purposes of your    08:40
11 analysis?
12     A. 003.
13      168, so we're getting -- starting to get
14 up into the reddish range, pinkish-red. Yeah,
15 that one is blown up some, so I can see it on the    08:41
16 outer side, on the outer edge -- on the edge of
17 the bundle. So yes, I'm good with that.
18     Q. Okay. Last one, I think,
19 M71614-001CSM-004. Is the circled range what --
20 approximately what you're calling this for    08:41
21 purposes of your analysis?
22     A. Let's see. We've got purplish to red to
23 pink. Yes, that's good.
24     Q. Okay. Great. Let me just ask you, since
25 you brought it and we marked it as 36, what do you    08:42
Page 309

1 have to say about the red edge on talc plates?
2      A. Well, first, these photographs have been
3 increased in size or blown up quite substantially,
4 so that will cause the fuzziness. You know,
5 you're losing resolution on the pixels.    08:42
6      And two, if you go to those individual
7 samples -- now, I wasn't able to find a lot of
8 them. If you go to the individual samples and you
9 can see the reddish line around the talc plates,
10 you'll also see it in the gamma direction of the    08:42
11 actual chrysotile structure -- pardon me -- the
12 talc structure.
13      So it's -- and then if you go to
14 perpendicular, it's all gone. So it's not an
15 artifact that's being generated here.    08:43
16      And also, when I went through Segrave's
17 report, his April 17, 2023 report -- now, these
18 weren't all blown up, but if you look at their PLM
19 analysis that they did, they have these same kind
20 of -- on some of the -- some of the talc plates,    08:43
21 same kind of red around the talc plates.
22      So this is not an artifact. This is --
23 this is what you would expect in some cases. So
24 in order to be an artifact, it has to have red --
25 plates around -- red around everything. And it    08:43
Page 310

8 (Pages 307 - 310)

1  doesn't.
2      Q. Okay. We'll probably have to take that up
3  at another time than today.
4          And then I wanted to make sure that I was
5  clear. Two quick questions about calculation of    08:43
6  birefringence.
7      A. Okay.
8      Q. Let me go to -- we're going to talk about
9  ISO if you want to call it up.
10     A. I have it here still.              08:44
11     Q. Okay. So grab it.
12     A. Where are we here?
13     Q. We don't need to mark it. ISO 22262-1.
14     A. What page?
15     Q. We talked about some of the definitions in  08:44
16  here, but I didn't ask you about one of them. For
17  example, we talked about the definition of alpha
18  and gamma in here, which, for example, alpha being
19  lowest refractive index exhibited by a fiber.
20         I want to ask you about 2.12.         08:44
21     A. 2.12.
22     Q. Right here.
23         "Definition of birefringence:
24      Quantitative expression of the maximum
25      difference in refractive index due to    08:45

Page 311

1  double refraction."
2          What is your interpretation of the term
3  "maximum difference" in that statement?
4      A. The gamma versus the alpha. It says
5  nothing about if you have a range. That's how I    08:45
6  interpret that.
7      Q. What does the word "maximum" there mean?
8      A. It means the -- looking at the Michel-Levy
9  charts, the highest -- the maximum difference
10  means it's the gamma versus the alpha.        08:45
11     Q. That's just the difference. What does the
12  word "maximum" mean?
13     A. That it's the highest one.
14     Q. The biggest difference in alpha versus
15  gamma? Is that what you're saying "maximum"      08:45
16  means?
17     A. No, it's not saying that. Does it say
18  anything like that, the biggest difference between
19  alpha and gamma; that if you have a range, that
20  you take the highest alpha and subtract it out of  08:46
21  the smallest gamma?
22         And then when you go to the actual
23  protocol on how to do birefringence, it has none
24  of that in there.
25         So you can interpret the way you want. I  08:46

Page 312

1  interpret it the way -- the way that -- when you
2  look at these different -- you know, you look at
3  EPA and you look at some -- you know, some double
4  refraction in Deer, Howie and Zussman, that's the
5  way they evaluate ranges.              08:46
6          Now, when you have -- when you have no
7  range, you just have a gamma and alpha, how do you
8  interpret that?
9      Q. I don't understand. So, again, let's
10  assume you have a range; right?           08:47
11     A. Yes.
12     Q. You're looking at this definition of
13  birefringence. What does the word "maximum" mean?
14         MR. REID: Asked and answered.
15  Cumulative.                      08:47
16         Counsel, he's already given and discussed
17  this with you now for --
18         THE WITNESS: That's a misleading type of
19  question because that has nothing to do -- or even
20  says that if you have a range, you take a      08:47
21  quantitative expression of the maximum difference
22  in the gamma from the maximum -- the lowest amount
23  from -- from alpha. It doesn't say that.
24         This is how I interpreted it, and I'm not
25  going to interpret it any other way because the    08:47

Page 313

1  underlying data, when you actually look at ranges
2  in samples with no ranges, this is how it works
3  out to be.
4  BY MR. DUBIN:
5      Q. Okay. We can talk about this more some    08:47
6  other time.
7          Do you know whether -- well, maybe I'll
8  just save that.
9          Let's see. Just curious. Talked about
10  this a little bit for EPA R-93. I don't need to  08:48
11  mark it.
12         And we talked about whether these ranges
13  here are for individual particles or for -- or
14  just general ranges in which alpha and gamma could
15  fall.                          08:48
16         If this was an individual particle --
17  let's just take the top one -- 1.493 to 1.546 in
18  alpha and 1.517 to 1.557 in gamma, what would that
19  particle look like?
20     A. What it would look like?          08:49
21     Q. Yeah, what would it look like if it had
22  that entire range in alpha and that entire range
23  in gamma?
24     A. I don't know.
25     Q. Sure. I mean, have you ever seen a      08:49

Page 314

Aiken Welch, A Veritext Company
510-451-1580

1 chrysotile particle that would exhibit that entire
2 range in alpha and that entire range in gamma to
3 be an individual particle?
4        A. I have certainly seen the 1.546 and lower,
5 and I've certainly seen 1.557 and higher. But if  08:49
6 you want to take another one...
7        So it's not the point, if I've ever seen
8 it that low or that high.
9        If you go through any of these where you
10 have ranges, every one of these -- anthophyllite,  08:49
11 tremolite, amosite, chrysotile -- and do the
12 calculation, you'll get the same sort of -- you'll
13 get the birefringence. You won't get it taking
14 the highest gamma and the lowest alpha.
15       You sit down and start -- if you've ever  08:50
16 seen anything in this range, you know, they
17 referenced it from somewhere that, you know, maybe
18 it is the -- it could be across the board of this
19 particular scientist, what the ranges he found.
20       Q. Right. But for example --          08:50
21       A. -- calculates --
22       (Reporter clarification.)
23       MR. DUBIN: Just go ahead. I didn't
24 realize he wasn't done.
25       THE WITNESS: All right. I guess I'm  08:50

Page 315

1 done.
2        THE REPORTER: I didn't get it.
3        THE WITNESS: Oh. Well, just strike that,
4 then.
5        It doesn't matter if you ever found  08:50
6 chrysotile with this ranges or not. And this is
7 the total ranges. But if you just do the math on
8 the total ranges that they found, if you have a
9 1.493, okay, that would probably be the lowest
10 alpha ever found, and at 1.517 might be the lowest  08:51
11 gamma ever found.
12       But if you take the lowest alpha, subtract
13 it from the lowest gamma, and take the highest
14 gamma they've ever found and the highest alpha
15 they've ever found, it works out to the       08:51
16 birefringence range.
17 BY MR. DUBIN:
18       Q. Okay. We're going to have -- we'll just
19 have to do this some other time.
20       Because, Dr. Longo, again, that is    08:51
21 positing that there's a single -- you're talking
22 about birefringence of a single particle with an
23 alpha of 1.493 and a gamma of 1.557, right, which
24 no one is saying that particle even exists.
25       A. I don't know if I stated that or not, it  08:51

Page 316

1 was one particle or not. But you also have a
2 range of birefringence, so you're going to have a
3 range.
4        I think the one thing we can't dispute,
5 when you try to do the Dr. Sanchez method of     08:51
6 calculating the birefringence and try it on any of
7 these, it is -- I think when I went through this
8 exercise, there was only one that came -- that
9 actually hit the 0.017 with an overall average of
10 0.035 birefringence using the Dr. Sanchez method.  08:52
11       Q. Okay.
12       A. Using the EPA method on every one of these
13 here, they're always in the .004 to .017 range.
14 There might be one that's 1.20 -- or if you go to
15 amosite, do the calculations there, or go to     08:52
16 crocidolite, it all works out.
17       Q. We're obviously not going to be able to
18 accomplish this today, so we'll talk about that
19 some other time.
20       Let me just ask you, then, one more thing. 08:52
21       Have you seen this?
22       MR. DUBIN: So I will mark this as next in
23 order. Are we on 41?
24       THE REPORTER: I think so, yeah.
25       (Whereupon, Defendants' Exhibit 41 was  08:53

Page 317

1        marked for identification.)
2 BY MR. DUBIN:
3        Q. Have you seen this yet during your
4 practice of asbestos detection in pharmaceutical
5 talc?                                08:53
6        A. Notice From the Expert Committee that
7 posted with this chapter, I don't think so.
8        When did that come out.
9        Q. Well --
10       A. November of 2023, official date? Well,  08:54
11 we're not there yet. Status of official -- so
12 this came out a day ago, two days ago?
13       Q. Well, I'm not under oath here, and so -- I
14 think it's very recent. I won't tell you exactly
15 what date because I'm not sure if it was a couple  08:54
16 of days ago or not, but I think it's recent.
17       So I just asked you if you had seen it
18 yet.
19       A. I haven't. But now I've got to -- can you
20 mark that as an exhibit?                  08:54
21       Q. I did.
22       A. Okay. Great. Because I'm not sure about
23 it.
24       Q. I'm not going to ask you --
25       A. This is the -- was it expert committee or  08:54

Page 318

1 whatever?
2 Q. Right. And I'm not going to ask you
3 anything in depth about it, then. I just want to
4 ask you about images -- some images here. And I
5 think these images are actually in some of the    08:54
6 older modernization stuff, too.
7      The talc here -- and we're looking at just
8 Figure 6. I'm not focusing on the chrysotile, but
9 the talc. Does that look to you like what you
10 would see through a PLM microscope of talc in    08:55
11 1.550 RI liquid --
12 A. 1.550. So I've got to go to 1.550 up
13 here.
14 Q. -- what talc should look like in 1.550 RI
15 liquid?                                          08:55
16 A. Do we know what talc this is?
17 Q. I'm just asking talc in general.
18 A. Well, you can't say talc in general
19 because different talcs have different mine
20 sources. Talcs look different.                   08:55
21      I've seen it look like that. I've seen it
22 look different.
23 Q. And under which circumstances have you
24 seen it look different, just in your own work
25 or -- or anything -- anyplace else?              08:56

Page 319

1 A. Well, I'll just look at -- I'll just reach
2 over and look at Segrave's work or whoever did the
3 PLM analysis, because that's not his deal. His
4 looked like mine, you know, the ones that you were
5 pointing out earlier.                            08:56
6      So, you know, where that came from or what
7 that talc is, I've seen that in other samples,
8 but -- so, you know, we've probably analyzed close
9 to 500 cosmetic talc samples now from different
10 manufacturers. I would like to know what the mine 08:57
11 is.
12 Q. So I'm going to let other people ask about
13 the Segrave work.
14      But just do you know, off the top of your
15 head, when you're referring to the Segrave images 08:57
16 of talc, are those in 1.550 RI or 1.560 RI or
17 higher?
18 A. At least what I see here, it's all in
19 1.550 --
20 Q. Well, I --                                    08:57
21 A. -- because he was -- he was working on
22 behalf of Longs, that analysis initially. This
23 is -- I think he -- mainly on the Longs stuff,
24 which when we did the analysis, we did 1.550.
25 Q. Do you think the talc particles here look 08:57

Page 320

1 like what you're identifying as chrysotile in the
2 retailer's product?
3 A. No. One thing is the particulates. And
4 two, if you have the fibrous talc, your refractive
5 indices are going to be so different, you may,    08:58
6 between the gamma and the -- the gamma and the
7 alpha, and if you turn this, you show the
8 perpendicular, they don't change much.
9 Q. This should be perpendicular. Okay.
10 A. It's the same thing, where if you have    08:58
11 fibrous talc, you're going to get typically a very
12 bright bluish -- darkish bluish color, and none of
13 those particles do any of that.
14 Q. Well --
15 A. When you go to chrysotile in the          08:59
16 perpendicular, you get a bluish, sometimes darker
17 bluish color, where the intensity of the
18 birefringence is very much lower.
19      MR. DUBIN: I have reached my allotted
20 time for today, Dr. Longo, so we'll have to take  08:59
21 some of these things up later. Thank you very
22 much.
23      I'll pass to the next person.
24      THE WITNESS: Thank you, sir.
25      And let's see. It's -- can we jump right 08:59

Page 321

1 into the next, or...
2      MR. HINES: Do you need a break or...
3      THE WITNESS: Well, I wouldn't mind
4 getting another cup of coffee.
5      MR. HINES: Fine by me. Go ahead.        08:59
6      THE VIDEOGRAPHER: We are going off the
7 record at 11:59 a.m.
8         (Recess taken.)
9      THE VIDEOGRAPHER: This is Media Number 2.
10 We are back on the record at 12:10 p.m.         09:10
11 EXAMINATION BY MR. HINES:
12 Q. Dr. Longo, my name is Jeff Hines. I
13 represent Perrigo of Tennessee. We met briefly
14 before. It's nice to see you again. I'm glad
15 you're in good health.                          09:10
16 A. Good to see you, sir.
17 Q. Good to see you.
18      I wanted to ask you about your analysis of
19 Longs Baby Powder.
20 A. Sure.                                      09:10
21 Q. And it would be MAS Project M71303 and
22 M71309; is that accurate?
23 A. It is.
24 Q. I had those reports dated in April of
25 2021. I believe that's when you prepared them.  09:10

Page 322

11 (Pages 319 - 322)

1 Is that accurate?
2    A. Yeah. The report date is April 13, 2021.
3       And I have it in front of me, so anything
4 you want to go to, I can probably find.
5    Q. Okay. So have you done any additional    09:11
6 analysis of the 15 Longs Baby Powder bottles since
7 April of 2021?
8    A. I have not.
9    Q. Do you intend to do any additional
10 analysis prior to trial in this case?    09:11
11    A. No, sir, I have no -- nothing scheduled to
12 do any additional analysis unless I'm asked by my
13 client, and my client has not asked me. And I'm
14 assuming, since trial seems to be starting next
15 week, I will not get any requests to do any    09:11
16 additional analysis.
17    Q. Have you examined any other bottles of
18 Longs Baby Powder since April of 2021 other than
19 those set forth in your report?
20    A. Not that I recall. I certainly haven't    09:11
21 written any reports associated with Longs Baby
22 Powder.
23    Q. When I spoke to you in 2021, you indicated
24 that you were considering doing a TEM analysis, a
25 TEM analysis on the chrysotile features that had    09:12

Page 323

1    And I don't want to, you know, get caught
2 up in something like -- you know, we're -- you
3 know, Alan -- Mr. Segrave develops a standard; he
4 says it's, you know, 0.1 percent and "I can find
5 it all over the place by SEM."    09:14
6    Well, that's not the concentration we're
7 seeing, and it's not appropriate to use the 1866b
8 standard to make a standard. It's -- the only
9 thing that works is, really, the Calidria.
10    I guess that's the long answer for why we    09:14
11 haven't done TEM yet.
12    Q. Okay. Well, thank you very much. It was
13 a complete answer, and I do appreciate that.
14    Have you viewed any of the Longs product
15 in the 1.560 refractive oil?    09:14
16    A. We have not.
17    Q. And why is it that you have decided not to
18 do that?
19    A. Well, on April 13, 2021, we weren't
20 considering using 1.560. We have, you know,    09:14
21 easily, two months -- a month or two of work here,
22 to go back and do it in 1.560.
23    We have done other samples in 1.560, and
24 as predicted -- at least as I predicted -- you get
25 different -- you get a color change in 1.560, but    09:15

Page 325

1 been discovered. Have you done that?
2    A. No, sir, I haven't.
3    Q. Can you explain why you've chosen not do
4 that since 2021?
5    A. We have been working diligently, not -- I    09:12
6 mean, when we can -- on the research side of
7 things to come up with the most efficient -- when
8 I say "efficient," heavy liquid density separation
9 for the chrysotile.
10    We're getting closer and closer. You    09:12
11 know, what is the best heavy density liquid
12 material? You know, is it the -- is it the
13 material that everybody is using, the lithium --
14 or is, you know, methylene iodide a better one
15 because it's less viscous, and what is the best    09:13
16 heavy density liquid to use?
17    You know, we are now using 2.65, but we're
18 still finding stuff in the pellet. So we're
19 trying to get it so that --
20    And also, you know, trying to calculate    09:13
21 our detection limit so that we know what
22 concentration we have, such as -- you know, one of
23 our highest concentrations -- and I was looking
24 through here, you know -- is 0.012 or -13 -- yeah,
25 one zero -- or two zeros.    09:13

Page 324

1 you do not get a change in, really, the refractive
2 indices.
3    We used 1.560 because I think in
4 Mr. Segrave's report back in April, he suggested
5 that we needed to do that.    09:15
6    Gunter has suggested that we needed to use
7 a higher refractive index.
8    And then Dr. Su published a paper in a
9 journal called The Microscope on the second
10 quarter of 2022, and he said that you've got to    09:15
11 use -- he said a couple things.
12    He said, one, that the 1866b refractive
13 indices, you can't -- that's not going to be --
14 basically, he said you are going to have other
15 chrysotile minerals that have significantly higher    09:16
16 refractive indices than the 1866b, which I agree
17 with.
18    He also said you needed to use 1. -- you
19 need to use the -- the RI fluid needs to be in the
20 ranges that you're seeing.    09:16
21    We're seeing, you know, 1.560 up to about
22 1.570, so 1.560 is a -- is a good standard for
23 that. And we may go on to try 1.565, but I don't
24 know. Then we have to calculate our own
25 wavelengths -- I mean wavelengths and refractive    09:16

Page 326

12 (Pages 323 - 326)

1  indices.
2      Q. So -- and I don't want to get in a debate
3  with you with color. I just want to ask you sort
4  of a general question.
5          It seems, especially with the Longs          09:17
6  report, that a lot of the color you're seeing with
7  regard to the chrysotile in -- in horizontal or
8  parallel has a yellow color to it. Would you
9  agree with that?
10     A. I would agree. Yellowish-gold.          09:17
11     Q. And I've heard you express that as being
12 Calidria-like. And my question to you, are you
13 saying that the chrysotile fibers that you found
14 in the Longs Baby Powder are Calidria?
15     A. No. Calidria is a trade name.          09:17
16     Q. But isn't Calidria from a particular mine
17 in California?
18     A. Yes. It's the Union -- it was -- used to
19 be the Union Carbide mine, and Calidria was their
20 trade name for it. It's chrysotile. I'm not          09:17
21 saying that it is Calidria. I mean, that's a
22 Union --
23        But, you know, we have used a UCC product
24 called SG-210 and SG- -- excuse me -- SG-210 and
25 RG-144. The SG-210 has an average size of about          09:18

Page 327

1  10 microns in length. What we're seeing in these
2  cosmetic talcs, the average size is about
3  10 microns in length. The SG-210 in 1.550 will
4  give you this yellowish-gold color, and that was
5  verified by Dr. Mickey Gunter.          09:18
6          So when I -- so the SG-210 is a good --
7  is -- is -- gives us, really, what we're seeing
8  within a couple -- in the ranges of -- in 1.550,
9  we're seeing the same ranges of color in parallel
10 that we see in --          09:19
11         (Audio interference and Reporter
12 clarification.)
13     THE WITNESS: -- the J&J.
14         And, of course, it has been highly
15 criticized. What, two and a half years now,          09:19
16 trying to dodge the tomatoes that have been coming
17 across about this -- that --
18 BY MR. HINES:
19     Q. Well, I don't have any tomatoes. I'm just
20 going to ask you a question.          09:19
21     A. I'm making light of the fact that there's
22 been a lot of criticism on this because it's not
23 magenta in parallel.
24         And we took a look at, what is the
25 difference? What is the difference here? Yeah,          09:19

Page 328

1  there's some iron in the -- some iron in the --
2  but very little. And you can find iron -- you
3  know, these little bumps of iron in the SG-210,
4  and sometimes you don't.
5          So I think it has to do with the size of          09:20
6  the structure. I think --
7          We recently took 1866b, and we milled it,
8  and we have a -- we now have a liquid nitrogen
9  ball mill, so you can make the chrysotile
10 brittle -- it will grind up, which is very hard to          09:20
11 do -- and we get similar refractive indices;
12 1.560, 1.562, 1.559. As we're seeing -- and
13 what's the difference? The size. I believe the
14 size has an effect on it.
15         Now, Dr. Sanchez does not agree with that.          09:20
16 He says that's completely wrong.
17     Q. Let me see if I can -- let me see if I can
18 synthesize what you are telling me.
19         So a theory would be you could have a
20 chrysotile fiber, let's say of industrial size,          09:21
21 and if it was milled, in that scenario, it would
22 be -- all things being static, it would be magenta
23 color; right, Doctor?
24     A. An added product, a bundle -- you know,
25 you don't see, really, individual fibers in PLM.          09:21

Page 329

1  They're too small. So you're seeing bundles.
2  Asbestos-added chrysotile bundles will give you
3  that magenta in the parallel.
4      Q. Okay. So I want you --
5      A. And Calidria would give you -- if you have          09:21
6  a bundle the size that you're seeing in these --
7  in these -- you know, these standards, like an
8  ISO, et cetera, I think it's going to be -- also
9  be magenta --
10     Q. Okay. And so during --          09:22
11     A. -- if you have them that size.
12         However, as it gets smaller and smaller in
13 size, it starts going more to different color
14 refractive indices.
15         It has to be a size or there's something          09:22
16 else different about the chrysotile we're finding
17 in cosmetic talc which matches the refractive
18 indices ranges that we see in the Calidria.
19     Q. Okay. Now, you were -- you had mentioned
20 Dr. Sanchez had some criticisms of your position          09:22
21 in this area.
22         Has anyone, to your knowledge, written a
23 scientific paper where this theory or observation
24 by you has been published and set forth in some
25 scientific journal?          09:23

Page 330

13 (Pages 327 - 330)

1    A. Not that I know of, not that I can find,
2  that anybody has come up with this theory on the
3  size.
4        But I do see one thing that gives me
5  pause, is if you look at some of the -- if you          09:23
6  look at the Michel-Levy charts for determining the
7  birefringence, one of the parameters is the
8  thickness, the height of what are you looking at.
9        Now, there's -- you know, some people say
10 there's reasons for that and you're doing --           09:23
11 looking at something different, et cetera, et
12 cetera, but it does have a height.
13       If you look at, for example, the 22261- --
14 22262-1 and go to the, quote -- oh, where is it?
15 We see it all the time.                                09:24
16       You know, this picture keeps coming up
17 over and over, on page 43, where it has SR- -- in
18 Figure D3, SRM 1866 chrysotile in 1.550.
19       And if you look at all the bundles going
20 through there, not every one of them is magenta.       09:24
21 You have a yellowish-whitish one going right
22 through the -- if you were to -- if you were to
23 take the main bundle and go down just a few
24 smaller bundles, that's a different color.
25    Q. Okay.                                            09:24

Page 331

1    A. And if you look over in the -- in the
2  perpendicular, you can see that we have a -- kind
3  of a purplish -- we're out of the blue range in a
4  couple of those. Well, why is that doing that?
5  Sanchez says because it's out of focus. Well, it       09:25
6  doesn't look out of focus to me. It looks like we
7  have a thickness issue.
8    Q. So do you intend to publish any scientific
9  theory -- I'm sorry -- scientific paper espousing
10 this theory?                                           09:25
11    A. You bet.
12    Q. And are you currently --
13    A. I think I've got too much data that shows
14 this. We have --
15    Q. Are you -- have you -- I'm sorry. I            09:25
16 didn't mean to cut you off. Excuse me. Go ahead.
17    A. That's okay. I'm talking too much. I'm
18 wasting your-all's time, I think, at some point.
19    Q. No, no, no. You're not wasting my time.
20 I enjoy talking to you. My first bad grade in          09:25
21 college was geology, so this is hard for me.
22       So it is true, is it not, that nobody in
23 your field has written a scientific paper where
24 this theory has been addressed, either positively
25 or negatively?                                         09:26

Page 332

1    A. On the thickness?
2    Q. No. On your position that short
3  chrysotile fibers under certain circumstances will
4  have a yellowish color.
5    A. You know, I have not published it, you         09:26
6  know, and neither had a manuscript accepted or
7  rejected on the finding of chrysotile in cosmetic
8  talcs.
9        Now, has somebody else out there published
10 it? I'm not sure anybody has really looked at          09:26
11 this before, because most everything you see is
12 asbestos-added products and, you know, there's
13 really no dispute there about the chrysotile.
14    Q. So there are other people in your field
15 that analyze minerals and try to do the same type      09:27
16 of job you do; correct?
17    A. I don't know if there's other people, one
18 way or the other, doing the same type of job I do.
19 You know, there's a lot of contract labs out
20 there. Our lab is more of a, "Well, let's figure       09:27
21 out why."
22    Q. Right. Well, you jumped to the -- you
23 jumped to the answer before -- the second answer
24 before I got my first answer, which was, there are
25 other people -- other mineralogists out there that     09:27

Page 333

1  perform the same or similar services to you;
2  correct?
3    A. Yeah. There's a whole bunch of contract
4  labs out there --
5    Q. Okay. And you don't know -- sitting here     09:28
6  today, you don't know whether any of those
7  contract labs or other people in your field
8  espouse this same -- what I am going to call
9  Calidria theory that you have, do you?
10       MR. REID: Counsel, be sure that you allow 09:28
11 the witness to fully respond. There's not going
12 to be any more interruptions. All right?
13       Go ahead.
14       MR. HINES: Well, I'm going to ask my
15 questions, and you put in your objection.              09:28
16 BY MR. HINES:
17    Q. But go ahead.
18       MR. REID: No. It's going to be --
19       MR. HINES: You've done your objection.
20 You've done your objection.                            09:28
21       MR. REID: Counsel -- Counsel --
22       MR. HINES: You've done your job. Move
23 on.
24       MR. REID: Counsel -- Counsel, if you
25 continue to interrupt the witness, I will suspend      09:28

Page 334

14 (Pages 331 - 334)

1  the deposition and get a discovery ref.
2      MR. HINES: Good. Good.
3      MR. REID: Good.
4  BY MR. HINES:
5      Q. So can you answer the question, Dr. Longo? 09:28
6      A. I can. I do know -- he's not a contract
7  lab -- Dr. Mickey Gunter -- by Court order, we
8  sent him Calidria -- we sent him SG-210 chrysotile
9  and RG-144 chrysotile from Union Carbide. And in
10 1.550, he said that he was getting in the parallel 09:29
11 direction yellowish-gold colors.
12     Also, we sent him -- we have -- we took
13 some photographs of Calidria in -- I don't -- I
14 keep calling it Calidria -- of SG-210 chrysotile
15 in a bentonite that was spiked into a bentonite    09:29
16 matrix.
17     And those perpendicular -- excuse me --
18 parallel photographs were shown to Dr. Gunter, and
19 he said that that was talc plates on edge, even
20 though as far as we can tell, there is no talc in 09:30
21 the Calidria SG-210, at least not that we've been
22 able to find.
23     And Dr. Gunter, who I've been told wrote
24 five books and has been doing this for ages, said
25 that there is no talc in the -- in the Coalinga    09:30

Page 335

1  micron bars on it should say -- should be 1 --
2  should not be 100 microns but should be
3  10 microns. Kind of interesting.
4      But that must be one of the first samples
5  we did here, and I can't believe that got by me    09:32
6  when I did the QC on this thing.
7      Q. Am I correct that when you did your Longs
8  powder analysis, you did not find any grunerite?
9      A. That's correct.
10     Q. And you didn't find any richterite?    09:33
11     A. I think the only thing -- the only
12 amphiboles we found were tremolite.
13     Q. Okay. So you wouldn't have found any
14 winchite either?
15     A. No, sir.    09:33
16     Q. So I'm going to put up on the screen
17 some -- just -- I'm not going to go through your
18 whole report. I just want to put an exemplar up
19 so that we -- I can sort of understand your
20 testimony.    09:33
21     So let me --
22     MR. HINES: Does everybody have that.
23     THE WITNESS: Section 8.
24 BY MR. HINES:
25     Q. Okay. All right.    09:34

Page 337

1  mine.
2      So this is something I don't think people
3  have -- other PLM analysts really have taken into
4  account. They see yellow, and they automatically
5  say it is fibrous talc. And it's not. They don't 09:30
6  take into account the birefringence.
7      Q. So, Dr. Longo, when I was listening to
8  some of your earlier deposition testimony in this
9  case, there was some testimony that came out about
10 how you had updated your PLM equipment and were    09:30
11 now utilizing the new equipment. And you
12 explained it and did a nice job of explaining it.
13     My question to you: Was that equipment
14 that you are using now the same equipment that you
15 used in April of 2021 to analyze the Longs    09:31
16 product?
17     A. I would say yes, I believe so.
18     Q. And what is the product that you are using
19 now when you analyze particles under PLM?
20     A. Well, it's a Leica PLM microscope that has 09:31
21 LED, has high-resolution camera built into it,
22 goes to a monitor.
23     But it does -- it did have a -- yeah,
24 these are some of the first ones, because it had a
25 glitch that nobody caught, including me. The    09:32

Page 336

1      A. Let me see what Section 8 is. And I'll
2  get to it.
3      Section 8, I don't have on here. Okay.
4  Section 8. Let me get to Section 8.
5      Section 11...    09:34
6      Section 8.
7      Q. Okay. And if what's on the screen doesn't
8  match what you are looking at, please let me know.
9  It's been --
10     A. Sure.    09:34
11     Q. -- no attempt on my part to thwart your
12 analysis, but -- I think we copied the pages
13 correctly.
14     So what I'm looking at, I'm looking at --
15     A. That's the right page.    09:34
16     Q. Okay. And just for the record, we're
17 going to identify that as M71309-002ISO, and we
18 are talking about a powder that was received from
19 Dora Hayes; correct?
20     A. Correct.    09:34
21     Q. And the temperature of the lab on that
22 particular day was 21 degrees?
23     A. Correct.
24     Q. And under optical data for asbestos
25 identification, I want to go down to the alpha and 09:35

Page 338

15 (Pages 335 - 338)

1 the gamma.
2     Do you see that, sir?
3     A. I do.
4     Q. And then you have 630 for alpha and 450
5 for the gamma; is that correct?          09:35
6     A. Well, for gamma, we have a range of 1.558
7 to --
8     Q. No, I understand that, but I want to just
9 stay -- I'm trying to find out what the reason was
10 for putting 630 and 450 in that particular     09:35
11 location.
12     A. Oh, that's the alpha and gamma nanometers
13 wavelengths range for all the -- you know, for all
14 the different ones that we've done for this
15 particular sample. So --          09:35
16     Q. Okay. So -- go ahead.
17     A. So we put -- okay, our alpha was 630, and
18 our gamma was 450. That would be the highest and
19 the lowest.
20     Q. Okay. All right. So I want to go down a  09:36
21 little bit lower. And you've got comments. These
22 comments are made by Mr. Hess; is that correct?
23     A. Correct.
24     Q. And he's identified 28 chrysotile
25 structures?          09:36

Page 339

1     A. Correct.
2     Q. And he's identified those structures as to
3 having a gamma range between 1.558 to 1.568?
4     A. That's -- that is the range.
5     Q. Okay. And the same thing with alpha, from 09:36
6 1.549 to 1.557?
7     A. Yes. And you can see that's the 630. If
8 you go up there, that's the -- that would be
9 the -- the alpha, the lowest alpha, and -- and
10 then the range -- so he has a range there from 630  09:37
11 to -- on alpha to 540.
12     Q. So I'm looking -- I'm trying to show you
13 now a picture of a chrysotile talc particle. It's
14 M71309-002ISO-001. So we're dealing with talc
15 chrysotile fiber 001; is that accurate?          09:37
16     Is that accurate? I can't see you, so...
17     MR. REID: Bill, you somehow got muted.
18     MR. HINES: How did I get muted? Hold on.
19     THE WITNESS: Okay. How did I get muted?
20 I didn't think I touched anything, but who knows.  09:38
21     Can you hear me now?
22     MR. COWAN: Jeff, now you're muted.
23     MR. HINES: I can hear you now. I didn't
24 know -- when Michael chimed in we were muted, I
25 thought he was saying I was muted. So that's     09:38

Page 340

1 why I took down the exhibit.
2     MR. REID: No, no. I was saying Bill was.
3     THE WITNESS: Sorry about that. I don't
4 know what I hit.
5     Okay. So --          09:38
6 BY MR. HINES:
7     Q. Okay. So let me ask you a question, then,
8 because I've shared the screen.
9     Do you see what I have marked out there as
10 M71309-002ISO-001?          09:38
11     A. Correct.
12     Q. So I just want to understand how Mr. Hess
13 does his analysis. Does he look at the color of
14 the part that's marked chrysotile, which is the
15 green arrows, and go to some type of index to     09:39
16 determine what nanometer he's seeing that color
17 at?
18     A. Yes.
19     Q. And what did your office do in 2021 to
20 ascertain that color -- I mean -- I'm sorry -- to  09:39
21 ascertain that nanometer?
22     A. Well, we have a, you know, visible
23 spectrum on light that ranges from about 300 --
24 200, 300 nanometers on the high side all the way
25 down to, like, 800 to 900 nanometers, and then it  09:39

Page 341

1 has a color range.
2     If you're up around the 400 to 425 or
3 whatever, you have yellow, and if you get down to
4 the 800 range, you will have the very -- you will
5 have light blues, if I recall correctly. And then  09:40
6 you look at that, and you make a decision on
7 whereabouts your color range is hitting.
8     So the 1.5, you know, RIs are -- the
9 chrysotile RIs are on the parallel from 64 to 68,
10 so you are going to have yellowish-reddish colors  09:40
11 there. And then you look at the talc, that's
12 almost white.
13     Q. Okay.
14     A. That means you're off the spectra. So
15 it's got to be greater than 1.590.          09:40
16     And you are looking at exactly why this is
17 not misidentification of talc, because the
18 birefringence is way too high to be confused with
19 chrysotile.
20     Q. I want to go down a little bit further.  09:41
21 That's --
22     A. Yeah, now we're looking
23 at perpendicular --
24     Q. No, I don't want to -- I understand that,
25 Doctor. I'm trying to go through a little     09:41

Page 342

16 (Pages 339 - 342)

1 quicker. I understand about that particular
2 screen.
3        In this particular screen, which we're
4 still examining particle 1 but it's the elongation
5 view -- are you there, Doctor?                09:41
6    A. Yeah, I'm looking at it.
7    Q. Okay. So how does the elongation view
8 help you determine whether something is chrysotile
9 as opposed to talc?
10    A. Well, the first thing we do is we look at 09:41
11 the difference between the two. You can see the
12 talc section. You've got blues under it.
13        So you've got thickness there. So now
14 you're getting in the second and third order for
15 the talc side, and when the -- second and third    09:41
16 order, maybe a little in the first order from the
17 Michel-Levy charts.
18        And, also, looking at the structure here,
19 it's not typically what we see, and again -- but
20 we don't do this in a vacuum. We also look at the 09:42
21 perpendicular.
22        So the elongation is telling us that at
23 least on the chrysotile side, we have a slow
24 length. So we have positive elongation. And that
25 thickness of that particular side on the talc,    09:42

Page 343

1 which is -- when you have a blue around it, also
2 it's in the positive elongation.
3        So just looking at the elongation by
4 itself, no. I would want to see the refractive
5 indices, too, to differentiate the two.        09:42
6    Q. Are you finished, sir?
7    A. Yes.
8    Q. Okay. So I want to go down a little bit
9 further. And this is giving us a different view
10 of the same fiber on cross polars. How does cross 09:43
11 polars --
12    A. Cross polars, now we are looking -- I look
13 at a lot of structure. If -- at least if -- on
14 the chrysotile end, you're seeing individual
15 bundles, it's fibrous, and then it starts morphing 09:43
16 into the talc end, where the chrysotile end on
17 this is, again, second order -- second order
18 colors, where the talc end is up in your -- my
19 opinion, in your third order color.
20        So you're seeing a difference in the --    09:43
21 the interference colors here.
22    Q. Okay. Anything else?
23    A. That's it.
24    Q. Okay. And I want to go down here to see
25 the -- with the polarizer out. How does this    09:43

Page 344

1 assist you in making a determination as to what is
2 chrysotile and what's talc?
3    A. If you look at the talc end, you're going
4 to see individual bundles making up this big
5 bundle, where you go over to -- I mean the        09:44
6 chrysotile end. Excuse me. I think I said "talc
7 end" -- you see the talc end, you've just got
8 mostly straight, you know, platy structures, in my
9 opinion.
10        So you get the morphology here. And        09:44
11 because of the size of it, you are not going to
12 get splayed ends that people typically use for
13 asbestos-added products.
14        So that's -- that gives a good example of
15 a chrysotile talc intergrowth bundle.            09:44
16    Q. And what do you mean by "intergrowth"? Is
17 it the same -- is it the same particle, or two
18 particles have formed together? Could you
19 elaborate on that, please. I don't understand it.
20    A. "Intergrowth" means you're getting a        09:44
21 metamorphic process, where the chrysotile is
22 metamorphing into a fibrous talc-type structure,
23 what I would call a fibrous talc structure, versus
24 talc plates on edge, or a complete fibrous talc
25 structure.                                        09:45

Page 345

1    Q. This is the second particle. I want to
2 jump ahead to another exhibit.
3        So this is Exhibit --
4    MR. HINES: What's the next exhibit? I
5 should have marked the first one and then marked    09:45
6 this one, so what were the next two numbers?
7    THE REPORTER: I think the last one was
8 41, so we're on 42.
9    MR. HINES: Well, did you -- the
10 first doc-- well, I want to -- let me go back.    09:46
11        So we were looking at this document right
12 here, which is an excerpt from his report. I
13 wanted to mark that. Would that be 41?
14    THE REPORTER: The last one was 41, so
15 this one would be 42.                            09:46
16    MR. HINES: Okay. So this is 42.
17    (Whereupon, Defendant's Exhibit 42 was
18        marked for identification.)
19 BY MR. HINES:
20    Q. So, Doctor, what I have done is, I've        09:46
21 broken out from 41 the TEM analysis for that
22 particular powder. So we're still dealing with
23 Jane (sic) Callan's fiber -- actually, I mean, the
24 analysis is being done by Jane Callan, but we're
25 still dealing with the fiber that we just talked    09:47

Page 346

17 (Pages 343 - 346)

1 about.
2     A. Can you make that a little bigger so I can
3 make sure I'm on the right thing?
4     Q. Yeah. Let me see.
5     A. I just don't want -- I just want --      09:47
6     Q. Yeah, this would have been -- this is
7 still Dora Hayes' analysis.
8     A. Number 002; is that right?
9     Q. Yeah, 002.
10     A. Okay. I've got it.      09:47
11     Q. Okay. And I tried to make it a little bit
12 better for you. Okay?
13     A. Okay.
14     Q. So just running through, this is the fiber
15 that was identified?      09:47
16     A. Well, it's a bundle --
17     Q. Okay.
18     A. -- fiber.
19     Q. Well, that's sort of my question to you.
20 First, a couple questions.      09:47
21        Do you agree that there's a distinction
22 between asbestos-form tremolite and
23 nonasbestos-form tremolite?
24     A. Yeah, I agree.
25     Q. And you would agree that nonasbestos-form  09:48

Page 347

1 it has -- and it has --
2        (Audio interference.)
3        THE WITNESS: It says I have an unstable
4 Internet. Can you hear me now?
5        THE REPORTER: Yeah.      09:49
6        THE WITNESS: Let me turn up the volume.
7        It has substantially parallel sides, and
8 it's a bundle; that's regulated asbestos. And
9 being a bundle, by definition, is asbestiform.
10 BY MR. HINES:      09:49
11     Q. And can you give me a layman's description
12 of a bundle?
13     A. More than two fibrils touching each other.
14 This one has multiple ones.
15     Q. And is there a way of looking at this      09:50
16 picture where someone with your expertise can
17 determine that you have fibrils touching each
18 other?
19     A. Well, if you start at the bottom, you can
20 see -- this looks like a ledge.      09:50
21     Q. And I'm going to use my cursor just so I
22 understand. Is this the ledge?
23     A. Right there, when you get there -- so that
24 shows you that you -- that you have a space and
25 then a fibril.      09:50

Page 349

1 tremolite is not considered harmful to human
2 beings?
3     A. Well, that's out of my pay grade. I don't
4 testify --
5     Q. Okay.      09:48
6     A. -- about that.
7        But I think there's -- you know, there is
8 science on both -- there's other experts that
9 don't have that opinion.
10        But I don't try to define it as harmful or  09:48
11 not harmful. We just identify it, if it's there
12 or not.
13     Q. Right. And so in this particular case,
14 you're looking at a fiber --
15     A. No. Bundle.      09:48
16     Q. -- a tremolite -- a bundle -- a tremolite
17 bundle and making a determines as to whether it's
18 asbestos-form or not; is that accurate?
19     A. Well, I have to make -- I make a
20 determination, does it meet the criteria for      09:49
21 regulated tremolite asbestos and all the TEM
22 protocols?
23        And this particular one does because it
24 has substantially parallel sides, it's greater
25 than .5 microns in size, and it's greater -- and  09:49

Page 348

1        If you look at the top, on the right-hand
2 side, you can see that there is different
3 structures there running down.
4        Now, we are looking at a TEM, but this
5 is a -- this is a very -- this is a thick bundle,  09:50
6 so there's a lot of fibrils in there. And that's
7 why you have -- in TEM, is why you have a 5-to-1
8 aspect ratio, because a lot of times, you can't
9 see through the bundle to get the individual
10 fibrils like you do with PLM.      09:51
11        I know there's experts out there that say,
12 "Okay, well, this isn't 20-to-1, so it can't be
13 asbestiform." Well, that's not how you look at
14 it. If I were to take some of those fibrils and
15 just measure them independently, I'd easily get  09:51
16 over 20-to-1, like you would do that.
17        But since you don't -- you can't see
18 through a lot of these bundles, that's why they
19 make it 5-to-1, versus the counting rules. At
20 least in the appendix for the R-93, it has to be  09:51
21 greater than 10-to-1 -- or 10-to-1 and greater.
22     Q. I'm going to go down -- are you finished?
23 Because I don't want to cut you off.
24     A. Yes, I'm finally finished. No, I'm
25 finished.      09:51

Page 350

18 (Pages 347 - 350)

1    Q. So I'm going to go down. And what is
2  this -- what is this test here?
3    A. This is called -- depending if you
4  are old- school -- EDS, energy-dispersive
5  spectroscopy, or EDXA, energy-dispersive x-ray    09:52
6  analysis.
7      So you are looking at the inorganic
8  chemistry in this particular case, and what we
9  look for is the magnesium/silicon/calcium ratio,
10  about what you see there, which tremolite asbestos  09:52
11  is the only amphibole out there that I know -- or
12  any mineral out there that has that ratio of
13  magnesium, silicon, and calcium.
14    Q. Is it accurate that if you were doing this
15  EDS test -- it's easier for me to say, so I'm    09:52
16  going to use that -- if you were using this EDS
17  test on nonasbestos-form tremolite, you would get
18  the same result as you get -- what's appearing on
19  the screen?
20    A. Yes, there is no difference between the    09:52
21  two. What some people are calling
22  nonasbestos-form or cleavage fragments has the
23  exact same chemistry, the exact same crystalline
24  structure, and the exact same surface -- surface
25  energy.                              09:53

Page 351

1    Q. What test is this?
2    A. This is just a -- it's called SAED, or
3  selected area electron diffraction, and alls we're
4  doing is looking to see if it has the range of a
5  typical amphibole tremolite diffraction pattern    09:53
6  for the spacing between the atomic layers.
7      So you take one -- one row of dots that
8  are kind of running at a, you know, 40-degree
9  angle, and that space between them is measured in
10  nanometers, and then it's checked to -- if it's    09:53
11  got the tremolite amphibole range.
12    Q. Would a nonasbestos-form particle
13  present -- of tremolite present in the same way if
14  the SAED test was used?
15    A. Yes.                            09:54
16    Q. So I'm going to go down to -- what I've
17  attached to these are some additional fibers from
18  some -- they're not -- and you can see that
19  they're named here 003-001. They're actually from
20  a different bottle of Longs product.              09:54
21      But these are the pictures in which you've
22  identified as tremolite, so I just want to go
23  through these and have you identify why you
24  believe under these images that they show
25  asbestos-form tremolite. Okay?                09:54

Page 352

1    A. Well, this is -- let me see what this one
2  is. 003?
3    Q. Yeah, this is --
4    A. Let me just find it.
5    Q. This is Gary Godfrey's.              09:55
6    A. Well, it's easier for me just to find 003.
7      Is that S71303-003? Because I can't see
8  it.
9    Q. It's M71309-003-001.
10    A. Ah, I see. Let's see. Okay. 003...    09:55
11      Okay.
12    Q. All right. Can you do the same thing you
13  did with me before? Can you explain to me why you
14  believe this fiber, 003-001, is asbestos-form
15  tremolite?                          09:56
16    A. One, we have parallel sides. We have --
17    Q. And that's this right here, up and down;
18  right?
19    A. That's a single fiber.
20    Q. Okay.                          09:56
21    A. It's got parallel sides. Doesn't show
22  any -- when we see cleavage fragments, they don't
23  have parallel sides. They're like pie -- you
24  know, a piece -- a slice out of a pie, et cetera.
25      And it's got an overall aspect ratio of 7  09:57

Page 353

1  to 1, I think it is, or, you know, 7.2 or .3 to 1.
2  And, of course, it has the same chemistry and the
3  same --
4    Q. Right.
5    A. -- as --                        09:57
6      And, also, the tremolite we have found --
7  I think it's seven structures total -- or eight
8  structures total; seven of them are bundles, and
9  we have one fiber -- that's regulated asbestos.
10      And if this is all coming -- you know, so  09:57
11  this shows it's coming out -- the mine source is
12  here -- same mine sources show that the majority
13  of what we're seeing is bundles. And bundles, by
14  definition, are asbestiform.
15    Q. What you're telling me is even though this  09:57
16  is a single fiber, it meets the definition for
17  regulated asbestos in any event?
18    A. Well, it's regulated asbestos. And if
19  it's asbestiform or not, I guess it depends on who
20  you ask.                            09:58
21    Q. Well, I'm asking you. You say
22  asbestiform; right?
23    A. It's -- I said, in my opinion, this
24  fibrous structure here of tremolite is asbestiform
25  because if you go to the classic definition of    09:58

Page 354

19 (Pages 351 - 354)

Aiken Welch, A Veritext Company
510-451-1580

1 asbestiform, it's fibrous-like asbestos.
2   Q. All right. Are you finished? I'm going
3 to go down a little further.
4   A. Yes, I'm finished. What's the next one?
5   Q. Next one is -- this is 005, fiber 1.    09:58
6   A. 005.
7   Q. And on all of these, Doctor, I -- I agree
8 that the SAED and the other analysis indicated
9 that it was tremolite.
10   A. Yeah, okay.          09:59
11     So this is a fairly large bundle. Are
12 we --
13   Q. This is -- okay.
14   A. 20-to-1. This is a fairly long bundle.
15 It's got a length of 42.1 and a width of 2.2,    09:59
16 ratio of 19.1.
17     And I would have to be sitting at the
18 microscope, but a 2.2, 42.1 -- it's got
19 substantially parallel sides, but I would need to
20 be sitting at the microscope to look at this,    10:00
21 because you've got to get it in and out of focus
22 to see the -- to see the edges more than I can see
23 here. I can see that this picture is taken a
24 little bit out of focus.
25   Q. So it's my understanding, when you look at 10:00

Page 355

1 the report, that a woman that -- employed with you
2 did the TEM analysis. Is that accurate?
3   A. No. This was done by Jayme Callan. He's
4 still here.
5   Q. Oh, I'm sorry. I thought Jayme was a    10:00
6 woman. I'm sorry. I apologize.
7   A. He's sensitive --
8   Q. Did you reconfirm his opinion that this
9 was asbestos-form tremolite by looking under a
10 microscope at the time the report was generated?  10:01
11   A. No. I can see the parallel sides on this
12 and the length of this. This is asbestiform. And
13 I can see little areas that, you know, show me
14 that there's bundles in there.
15     But sitting here with this photograph and 10:01
16 trying to show you where or not, I guess I can
17 give it a try.
18     On the right -- on the left-hand side,
19 starting from the bottom and going up, on the top
20 you can see how it's almost like a little shelf    10:01
21 that goes in. That would be the first structure.
22     But to go, "Okay, here's where this is,
23 and here's where that is," I would need to sit at
24 the scope and go more -- but, you know, this is a
25 very -- very experienced SEM -- excuse me -- TEM  10:01

Page 356

1 analyst. He's been with me for a number of years.
2 I have no doubt about his ability, but...
3     So no buts. No, these are all
4 asbestiform, in my opinion.
5   Q. Okay. So my question to you, Dr. Longo,  10:02
6 is: After your technicians provided their TEM
7 analysis, did you go back and actually look at the
8 particles under the microscope to confirm their
9 finding?
10   A. I do that from time to time. Did I do it 10:02
11 here? It's -- if I had gotten deposed when these
12 were first done, I could have told you that,
13 either "yes" or "no," but I can't recall now.
14 It's been too long. Because I'm always constantly
15 being asked, "Is this asbestiform or not?" The    10:02
16 fact that it is sitting here in this report, I
17 would say yes.
18   Q. So you routinely go back and re-- look
19 at the TEM particles that have been identified as
20 asbestos? That's what you routinely do?       10:02
21   A. Well, this -- you know, we're -- this is
22 two different things. This meets all the
23 definitions of regulated asbestos for all the
24 different TEM protocols that there is out there.
25 It's got the right chemistry, got the right      10:03

Page 357

1 diffraction pattern. It's got the right size.
2     What we're debating now is this definition
3 of asbestiform. This is fibrous-like asbestos.
4 It was classified as a bundle. So to me, you
5 don't have to debate this whole asbestiform thing. 10:03
6     And -- you know, and my opinion about this
7 "It has to be 20 to 1, it has to be this, it has
8 to be that" is, to me, it's just made up to have
9 it nonasbestos.
10   Q. Okay. But to determine whether something 10:03
11 is an asbestos-form fiber, you are following the
12 definitions that have been set out in the
13 literature; are you not?
14   A. Well, we have to go on what definitions
15 are we talking about? What I am following is what 10:04
16 the various government agencies, like the
17 Environmental Protection Agency or the ASTM or the
18 International Standards Organization -- what their
19 definition is of asbestos, which is more
20 restrictive than NIOSH's or OSHA's definition of  10:04
21 asbestos.
22     So you have to tell me what definitions
23 are we talking about in the literature, because
24 there's a myriad of them.
25   Q. Well, I think you just answered the      10:04

Page 358

20 (Pages 355 - 358)

1  question as to what standard you use.
2      But let's move on, because I have to pass
3  you to other people.
4      A.  Okay.  That's fine.
5      Q.  This is another fiber, which is -- this is 10:04
6  006.  This is Rodney Fong's tremolite fiber.  Once
7  again, on the SAED test, you know, it met the
8  definition of tremolite, so we are not debating
9  that.  Can you explain to me why you believe this
10 is an asbestos-form tremolitic fiber?        10:05
11     A.  Well, if you start on the -- start on the
12 right-hand side, you can see that there is a
13 single -- that is about .4, maybe.  And then right
14 next to it, on the top, you've got a single --
15 what I call a single structure going down.  That's 10:05
16 about .2.  And that -- if you just took that
17 one --
18     And if you get to the other end, some
19 people would think that's down to a point, but
20 that's actually individual structures that make up 10:05
21 that.  You know, it's, like -- it's not a needle.
22 At higher mag, you can actually see that it steps
23 up.
24     And if we were to take that single one
25 going down the side, which is going to be        10:06

Page 359

1  approximately 6 microns, 7 microns divided by
2  about .2 -- .10 would be 60; .2 would be 30 -- you
3  get a 30-to-1 aspect ratio in the fiber.
4      But this fiber -- you know, this bundle by
5  itself gives us a 19.4 aspect ratio.        10:06
6      Q.  Have you articulated your opinion?
7      A.  Yes.
8      Q.  This is another fiber from 002 -- I
9  mean -- I'm sorry -- from 006, which was the
10 Rodney Fong bottle, but this is fiber 2.        10:06
11     A.  Well, this is -- this is a bundle, I
12 think.  Let me see what -- I would have called it
13 a bundle.  See if I am wrong.
14     Nope.  Bundle.  Same thing.  You've got --
15 you've got parallel sides, and you -- at least on 10:07
16 mine, I can see at the bottom of this, this is .8.
17 Tremolite usually runs about .2 to .3 for single
18 fibrils.  And you can see some density difference
19 going -- going across.  And then you have a
20 step-down on the other end and a 19.4 aspect        10:07
21 ratio.
22     I would call that -- it meets all the
23 definitions for regulated asbestos for tremolite.
24 And depending on whose definition you use for
25 asbestiform -- I would say that's asbestiform        10:07

Page 360

1  because it's fibrous-like asbestos.
2      Q.  And this is the final group of fibers.
3  This is from Joann Scherich, her bottle, and it's
4  marked 1309-008 and this is fiber 1.
5      A.  Oh, got three in here.        10:08
6      Q.  Yeah, there are three fibers.
7      A.  So we have three bundles.  Again, you
8  have -- you have -- at the very end, at the right,
9  you can see some individual fibrils.  This is .86,
10 so I would say that is consistent.  Again, a        10:08
11 bundle.  Regulated asbestos, tremolite.  And
12 even -- because it's a bundle, I don't think
13 people argue that it's -- well, they probably
14 do -- that this is, quote, asbestiform, unquote.
15     Q.  Okay.  Are you finished, sir?        10:09
16     A.  Yes, sir.
17     Q.  I'm showing you a second fiber.  Can you
18 tell me in your book whether the picture of this
19 fiber has the arrow that you see on the screen?
20     A.  Yes, it does.        10:09
21     Q.  Do you know why the individual that did
22 this would have put an arrow on the screen?
23     A.  That's Jayme Callan.  Yes, I know why.
24     Q.  Can you tell me --
25     A.  Sure.        10:09

Page 361

1      Q.  -- please?
2      A.  Because if I didn't have that arrow on
3  there, I would just want to make sure which of
4  these two fibrous structures he was analyzing,
5  that one --        10:10
6      Q.  Okay.
7      A.  The one on top.  So I will typically --
8  this is a little bit extreme.  I could have
9  figured it out by the size.  But he's, I think,
10 just got a little paranoid that I was going to        10:10
11 come back and say, "Which one is these?"
12     Q.  Okay.  Can you explain to me why -- this
13 is a bundle, in your opinion; is that correct?
14     A.  Yeah.  It's a thick one.  It's .9.  But,
15 again, it's -- I can see -- on the bottom        10:10
16 left-hand corner, I can see little structure
17 there.  That signifies to me that there's some
18 fibrils in this.  But, again, we're dealing with
19 the thickness of the -- of the structure.
20     Q.  Can you help me out -- I'm sorry.  Go        10:10
21 ahead.  I didn't mean to cut you off.
22     A.  No, I'm done.
23     Q.  Go ahead.
24     So you said in the bottom left-hand
25 corner, and I'm a little confused.        10:11

Page 362

21 (Pages 359 - 362)

Page 363

1    A. I'm sorry. Bottom right-hand corner.
2    Q. Bottom right-hand corner?
3    A. Bottom right-hand corner. Right where
4  you've got the little hand, but just move it over
5  to the --                              10:11
6    Q. Yeah, okay. All right.
7    A. I misspoke. I apologize.
8    Q. No, no problem.
9      And this is fiber 3, same thing, from
10  -008.                                  10:11
11    A. Yes.
12    Q. Can you explain to why you find that
13  this -- what this is? Is this a bundle? Is this
14  a fiber? What is it?
15    A. This is a bundle. And you can actually  10:11
16  see -- on the top right-hand side, you can see
17  individual fibrils protruding from that.
18      And then on the bottom left-hand side, all
19  the way to the bottom on the left-hand side, you
20  can see bundle -- you can see individual       10:11
21  fibrils -- or bundle -- little bundles, depending
22  on the thickness, protruding from the --
23    Q. Right here where my cursor is?
24    A. Yeah, right there.
25    Q. All right. So, like, right above the 1.9  10:11

Page 364

1  in the middle of the bundle, you see some fibers?
2    A. Yeah. I think they may be a little bigger
3  than the typical fibrils. They may be -- you
4  know, I can't quite see.
5      But if you go to the very top, that's     10:12
6  pretty close to .2, .3, and you know -- 1, 2, 3,
7  4, 5, 6, 7 -- that gets pretty close to what the
8  typical size or width of a tremolite fiber is.
9    MR. HINES: All right. I'm going to pass
10  you now. I appreciate the time, once again, to  10:12
11  speak with you, Dr. Longo. It's always enjoyable,
12  and --
13    THE WITNESS: Good to see you.
14    MR. HINES: -- maybe I'll see you next
15  week.                                 10:12
16    MR. DUBIN: Should we take our next break
17  now, five minutes, since we are switching
18  examiners?
19    THE WITNESS: Yes, that would be great.
20    MR. DUBIN: I may call in on a different  10:13
21  device.
22    THE VIDEOGRAPHER: We are going off the
23  record at 1:13 p.m.
24      (Recess taken.)
25    THE VIDEOGRAPHER: This is Media Number 3, 10:24

Page 365

1  and we're back on the record at 1:24 p.m.
2  EXAMINATION BY MR. RISING:
3    Q. Hi, Dr. Longo. How are you?
4    A. I'm fine, sir. How are you doing today?
5    Q. Good. We haven't met before. I'm Kevin  10:25
6  Rising. I will be representing Longs at trial. I
7  will probably see you in the Eagles trial. I'm
8  here today to ask questions on behalf of all the
9  retailers, so Longs, Lucky, and Safeway. Okay?
10    A. That's fine.                      10:25
11    Q. And are you available for trial next week?
12  Are you going to -- are you planning to appear,
13  and we are going to meet you in person?
14    A. Yes, sir, I plan on appearing. Typically,
15  if I can't appear, it would have to be something  10:25
16  serious has happened to me, which would be bad for
17  everybody, I think.
18    Q. And so what -- you planning to appear on
19  Wednesday? When are you traveling out to
20  California?                          10:25
21    A. Well, it's always hard to predict because
22  every day seems to be a new issue about when,
23  actually, the -- when they need me; you know, how
24  long does it take to put the jury in the box, so
25  to speak.                            10:26

Page 366

1      My understanding is it could be sometime
2  from Wednesday to Friday --
3    Q. Okay.
4    A. -- or the following Monday. I don't know.
5    Q. You're available any of those times?    10:26
6    A. Not usually. I have to start -- you know,
7  a lot of begging has to be done --
8    Q. All right. Well, I look forward to seeing
9  you --
10      Sorry, go ahead. Go ahead, Dr. Longo.   10:26
11    A. Yes. Typically not, because you set these
12  dates aside, and then other dates fill up, as you
13  know, and then you have to start moving chess
14  pieces around.
15      But right now, I was able to move things  10:26
16  around to have Wednesday through Friday. So I
17  don't know about next week.
18    Q. Okay. So maybe we'll see each other next
19  week in suits.
20    A. May be.                         10:27
21    Q. Okay. I'm going to focus on the store
22  brand exposures, but I want to just kind of, just
23  to set the table here, make sure what you are not
24  offering opinions regarding. Okay?
25    A. Sure.                           10:27

22 (Pages 363 - 366)

1    Q. You haven't done any calculations for the
2  number of containers of Johnson's Baby Powder
3  purchased at any individual retailer; correct?
4    A. Correct.
5    Q. And you're not going to be offering any    10:27
6  opinions regarding the conduct of any retailers in
7  the case, including Longs, Lucky, or Safeway;
8  right?
9    A. I don't have any opinions about the
10  conduct, meaning, like, state of the art, when any  10:27
11  of these retailers knew -- knew about the hazards
12  of asbestos, who knew what when about the hazard
13  of asbestos. That's not my area.
14    I don't talk about warnings, so I am not
15  going to be testifying about any warnings that the  10:27
16  retailers -- that should have put on the bottles
17  or not or should they have warned anybody about
18  the potential of asbestos -- of the hazards of
19  asbestos.
20    That's not something I testify about, so I  10:28
21  have no intention of saying anything like that for
22  any of the retailers.
23    Q. Okay. And you're not a geologist; is that
24  correct?
25    A. I don't have a degree in geology, that's  10:28

Page 367

1  correct.
2    Q. Okay. You're not an expert in the supply
3  chain for cosmetic talc, are you?
4    A. No. I don't know what an expert is in
5  that area, other than if you just look at the    10:28
6  shipping documents from start to finish. But I
7  haven't done that.
8    Q. You've never worked for a talc
9  manufacturer or supplier; right?
10    A. A talc -- I have never been -- I have --  10:28
11  strike that.
12    I have not been retained by any talcum
13  powder manufacturer, distributor, or defense firm
14  defending a talcum powder manufacturer or product.
15    Q. My question was a little vague there.    10:29
16    You've never been employed as an employee
17  of a talc manufacturer or supplier; right?
18    A. That would have been an easier one to
19  answer. No.
20    Q. Yeah.                10:29
21    And you're not an expert on talc mining;
22  correct?
23    A. You will have to define that a little bit.
24    Mining, like digging it out of the ground,
25  putting it through the mills, getting the    10:29

Page 368

1  different sizes, the flotation, you know, when the
2  different -- you know, the fragrance gets added,
3  et cetera, you know, it's pretty straightforward.
4    Or are you meaning the different sources,
5  about what's the potential for being -- having    10:29
6  asbestos in it from the different locations of the
7  cosmetic talc mines in this country as well as
8  China as well as France as well as Italy?
9    Q. Well, let me start from -- let me start
10  from this: You've tested cosmetic talc from a    10:30
11  number of sources; correct?
12    A. From all of them.
13    Q. Have you visited any of them?
14    A. The only one I visited was the Death
15  Valley mines out in California and only took    10:30
16  samples from one of the mines that was out of the
17  national park area, the Eclipse mine.
18    Q. Have you ever seen -- I know some -- your
19  opinions are -- I believe you now hold the opinion
20  that there's chrysotile asbestos in all mines --  10:30
21  all talc mines in northern -- North America; is
22  that correct?
23    A. There is some form of asbestos in all the
24  mines in North America.
25    If you're dealing with Montana, it has a  10:31

Page 369

1  significant amount -- it has chrysotile in it.
2    If you're dealing with Vanderbilt, I've
3  never analyzed that for chrysotile, but certainly
4  I don't think there's a dispute anymore that it
5  has anthophyllite and tremolite. And I don't    10:31
6  think any manufacturers use Vanderbilt mine, thank
7  goodness.
8    You're dealing with Vermont, yes, that has
9  chrysotile in it, as well as the amphiboles.
10    And North Carolina, same.        10:31
11    Alabama, I'm not sure that's one that's
12  been used a lot, but we've analyzed samples in
13  Alabama that does have amphibole in it.
14    Vermont, Alabama, North Carolina, Montana,
15  Death Valley, Vanderbilt.        10:32
16    Trying to think of others. If I'm
17  missing any --
18    Q. Sorry. Let me just focus you on --
19  because I'm not here to discuss all mines. I'm
20  just trying to get a general sense.    10:32
21    A. Sure.
22    Q. Do you have any opinions on specific mines
23  related to Safeway or Longs in this case?
24    A. Safeway -- Safeway and Longs, if they used
25  any of these mines that I've been naming off,    10:32

Page 370

23 (Pages 367 - 370)

1  Chinese, Italian, or French, plus everything in
2  North America, they're going to have asbestos in
3  it.
4       Q.  Let's get into that in a little while.
5       Have you produced all the materials you've  10:32
6  relying opinions you're relying on for Safeway and
7  Longs?
8       MR. REID:  Vague and ambiguous as to
9  "produced" and assumes facts.
10      THE WITNESS:  I mean, I've produced  10:32
11 everything that -- you know, analysis that I've
12 done, and I have opinions.  That's hard to produce
13 on them.  We've analyzed over 500 -- I think it's
14 close to 500 cosmetic talc samples that we have come,
15 as well as we've now analyzed a few what I would  10:33
16 call pharmaceutical grade used in talc
17 pleurodesis.  And those came from China and the
18 French mine.
19 BY MR. RISING:
20      Q.  I'll come back to that.  10:33
21      Let me just start with Safeway because I
22 don't know what your opinions are with respect to
23 Safeway.
24      What are your opinions with respect to
25 Safeway in this case?  10:33

1       A.  My opinions are that any of the talcum
2  powder products that Safeway sold, if it came from
3  any of the mines that I've just discussed which is
4  essentially all of them, it's going to have some
5  level of asbestos in it.  That's my opinion.  10:33
6       Q.  At any time?
7       A.  I'm sorry?
8       Q.  At any time?
9       A.  Any time they used any of these mines,
10 yes.  10:34
11      Q.  What's the basis of that opinion?
12      A.  That we have analyzed powder -- we've
13 analyzed samples from all these mines, starting
14 with China, Chinese, and working our way across,
15 going to Death Valley, going to Montana, going to  10:34
16 Vermont, going to North Carolina, Alabama.  I'm
17 not going to go into the -- into the industrial
18 talc ones.
19      And then heading over to Europe, you've
20 got the French mine as well as the Italian mine.  10:34
21 And I don't think I'm missing any.  All of those
22 we have found asbestos in it.
23      Now, you can't rule out finding one here
24 or there that is below the detection limit.  But
25 it's been my opinion for a while that all these  10:35

1  talc mines have some level of asbestos as an
2  accessory mineral.
3       Q.  So let me try to understand this.
4       Is your opinion that if any retailer sold
5  talc at any point in time, then that talc was  10:35
6  contaminated with asbestos?
7       A.  I don't like to use the word
8  "contaminated."  It's an accessory mineral that's
9  found in these talc mines.  You know, every talc
10 mine you look at, you can find aluminum silicates,  10:35
11 you can find micas, you can find calcium
12 carbonate.
13      It's where you -- where you have to have a
14 specific chemistry, I'm not sure you can find the
15 amphibole asbestos in every mine.  10:36
16      You know, there may be detection -- there
17 may be issues on there on some of the mines, maybe
18 Montana, but certainly others have found amphibole
19 asbestos in Montana.  So you can have very low
20 amphibole content, and we have a lot of nondetects  10:36
21 in mines like -- for amphibole asbestos, like the
22 Montana mines.
23      But the answer to your question is yes,
24 it's my opinion, if you have ever used a product
25 that had some sort of talc in it, it's going to  10:36

1  have asbestos in it.
2       Q.  Do you have an opinion on what the amount
3  of asbestos would be?
4       A.  On the amphibole side, you know, our
5  detection limit is 0.0001.  If we find amphiboles,  10:37
6  it's got to be at least that much.
7       On the chrysotile side, our detection
8  limit is, I think, 4 zeros and a 9.  0.00009 might
9  be the lowest we have found so far.  I have to
10 check.  10:37
11      So I can't tell you what the range is
12 going to be in any particular mine unless we do
13 the -- you know, we have to go back and look at
14 all the analyses.  It's just it's going to be
15 there, and if it's chrysotile, we'll be able to  10:37
16 find it so far.
17      Q.  Is it your opinion that chrysotile -- and
18 I want to just focus on chrysotile and not the
19 amphibole -- but that chrysotile is present in
20 every talc mine basically in the world?  10:38
21      A.  I don't know about the world.  But seems
22 like it.  At least every talc mine that I know of
23 that has been used for cosmetic talcs in this
24 country, all those do.
25      Q.  And the basis for that opinion is because  10:38

Aiken Welch, A Veritext Company
510-451-1580

1 you've tested bottles of cosmetic talc or cosmetic
2 talc products that you understand come from those
3 mines?
4    A.  Well, yes, as well as retains that come
5 from the mines.  I think the Chinese mine, I think  10:38
6 we have, you know, close to a hundred different
7 samples that are positive for chrysotile.
8        In the Vermont mines, Johnson & Johnson
9 was finding chrysotile in it back in 1973 with
10 their double density CSM method.  We've only done  10:39
11 a few more -- few more samples on that one.
12        Montana, a number of different people
13 have -- you know, I think Pfizer has found
14 chrysotile.  Johns-Manville's Research Center has
15 found chrysotile in it.  Others have found it.  So  10:39
16 it's just not me.
17    Q.  Do you have an opinion in this case to the
18 specific mine that any Safeway products came from?
19    A.  I don't know if Safeway has given that
20 information up.  But again, looking at it, I would  10:39
21 say Montana could be one that might be, but -- or
22 it could be Chinese, it could be Montana.  But I'm
23 not saying that with any reasonable degree of
24 scientific certainty, since Safeway -- somebody
25 knows where they came from within that      10:40

Page 375

1 organization or where it had been bottled for them
2 or manufactured.
3        But whatever it is in North America, as
4 well as Chinese, as well as Italian, as well as
5 French, it's going to have chrysotile in it.     10:40
6    Q.  And let me -- I want to see if I can
7 short-circuit this because I have limited time.
8        But I understand your opinion in
9 general -- and this wouldn't be limited to
10 Safeway, it would be any store selling any     10:40
11 cosmetic talc product at any time, that cosmetic
12 talc product has chrysotile asbestos in it at
13 least -- you could find it at least down to
14 0.00009?
15    A.  I think so.  I think we've gotten it down  10:40
16 to that low.  But I'm not saying we're going to
17 find it every time.  It depends what else is in
18 the sample.
19        You know, I think we analyzed a sample
20 recently that the majority of it was baking soda  10:41
21 and starch and talc.  But it was a small amount of
22 talc.  I'm not sure we found chrysotile in that
23 one or not.
24        I'm just saying all these mines have some
25 concentration of chrysotile in it, and every time  10:41

Page 376

1 we have now -- we've refined this method, and
2 every time we've looked for it, we have found it.
3    Q.  And you're finding it in very small
4 amounts; right?
5    A.  Yes, sir.  It's a trace level.  It's      10:41
6 not -- certainly nothing near what you would see
7 in a chrysotile-added product.
8    Q.  Do you have an understanding of how -- how
9 the chrysotile presents in the mines?
10    A.  Presents.  I guess I don't understand.     10:41
11    Q.  Yeah, so these mines -- let's take the
12 Montana mine, right.  Is it your understanding
13 these are open-pit mines in Montana?
14    A.  Yes, sir.
15    Q.  And it's my understanding -- let's see if  10:42
16 we share the same understanding -- that chrysotile
17 can form -- when it forms, it forms in veins?
18    A.  It can.  But at these concentrations, I
19 don't know how big the veins are, you know, where
20 they're located in when they're digging it out or  10:42
21 blasting.
22        And because of the size of what we're
23 seeing after the milling and pretty much seeing
24 similar sizes that I can't, you know -- or the
25 beneficiation process.  So how it presents itself,  10:42

Page 377

1 I don't know.
2    Q.  Well, do you have an opinion -- do you
3 have an opinion as to why you're not seeing
4 variation -- for example, I assume you would agree
5 that as you're mining, you would hit potential --  10:43
6 sometimes there would be less chrysotile;
7 sometimes there would be more.
8        Would you agree with that?
9    A.  It would be hard for me, at what the
10 concentrations we're seeing, how they would even  10:43
11 identify it.
12        You know, we're not talking about a
13 tremolitic area that may have, you know, different
14 color to it where the supposed -- you know, we can
15 go through and pick out all the tremolite.  I've  10:43
16 never read where they've been able to say, okay,
17 here is where chrysotile is, and we better -- we
18 better not dig here, or this is where aluminum
19 silicates are, we better not dig here.
20        So it's not -- you know, I'm not here to  10:43
21 explain it.  I'm just here to say what we found
22 and others have found, say, like, for Montana.
23    Q.  My question to you, Dr. Longo, and maybe
24 you don't have an opinion on it, is just, do you
25 have an explanation for why, on occasion when     10:44

Page 378

25 (Pages 375 - 378)

1 you're testing this, you're not finding chrysotile
2 at .1 percent or even -- or higher, variation
3 where it was actually in a higher concentration?
4 Do you not have an opinion as to that?
5     A. I don't think them just digging in one     10:44
6 spot and then when they put it -- you know,
7 they're digging in a large area, and then they're
8 sending it through the mill, and then their
9 flotation. There may be a number of reasons, you
10 know, diluted, that's not all -- I've never found     10:44
11 one as high as .1 or 0.1 in any of them.
12     Q. It's -- it's a rock, right, so there will
13 be rocks, and it's harder than talc.
14         Would you agree with that?
15     A. The serpentine, sure.     10:45
16     Q. And I guess what I'm trying to figure out,
17 Dr. Longo, and you just may not have an opinion
18 about it, do you know whether or not it's
19 geologically possible that chrysotile exists in
20 very small amounts evenly dispersed throughout the     10:45
21 entire -- everywhere that there's talc?
22     A. Well, I'm not having any opinion that it's
23 evenly dispersed because you're not taking -- this
24 material is putting it all together from different
25 areas, I think.     10:45

Page 379

1         And geologically, you know, that's not my
2 area of geology. Others need to address that.
3 And it depends on who you ask. If you ask Alan
4 Segrave, he says there's no conditions available
5 to even form chrysotile.     10:45
6     Q. I understand that, Dr. Longo.
7         You just don't have an opinion as to why
8 you're only finding it in very small amounts; is
9 that correct?
10     A. Because it's being presented in very small     10:46
11 amounts.
12     Q. Understood. But you don't have an opinion
13 geologically as to why that is or within the
14 mining system why that is; correct?
15     A. Because I think the concentration of talc     10:46
16 of either 90 or 95 percent is coming -- I don't
17 think they dig up one ton in just one area. And
18 then it goes all through a milling process, and I
19 think they get mixed. It could be a myriad of
20 reasons. I've just not researched that.     10:46
21     Q. I want to make sure.
22         You're saying "I think," but you actually
23 don't know and don't have an opinion; right?
24     A. Well, you know, just off the top of my
25 head, it's not presented in other than trace     10:46

Page 380

1 amounts because of everything else. It's like
2 when you find accessory minerals in chrysotile,
3 you'll find tremolite. Well, the tremolite is
4 presented in .01 to .001 percent. You don't see
5 all chrysotile because it's an accessory mineral     10:47
6 in lower concentrations.
7     Q. Is that an opinion that you're offering,
8 or is that --
9     A. Yes, that's an opinion based on the
10 analysis that we do.     10:47
11     Q. Okay. So you're coming up with an
12 explanation for why you're finding it in trace
13 amounts?
14     A. It's not coming up with an explanation.
15 I'm just looking at the facts, that we're seeing     10:47
16 these same concentrations over and over and over
17 and over, these same ranges.
18         Because it's trace levels, I'm not sure
19 why we should be finding it at higher
20 concentrations.     10:47
21     Q. Mr. Stewart represented to Judge Lee, last
22 week when I was talking about having to take your
23 deposition, that your opinions were all --
24 regarding Safeway were all contained in what's
25 been marked here before as Exhibit 23.     10:48

Page 381

1     A. What exhibit is that?
2     Q. It's a declaration, and I'll show it to
3 you. But it was in opposition to Safeway's motion
4 for summary judgment.
5         Do you recall being shown that?     10:48
6     A. I do a lot of these, so not necessarily I
7 remember any specific one.
8         And how long ago was this done?
9     Q. I'm going to share with you right now.
10     A. Okay. Great.     10:48
11     Q. Can you see that? I'll go to the first
12 page. This was shown to you in this deposition, I
13 think, in the last -- either the first -- maybe
14 the first volume, first day of your deposition in
15 this case.     10:49
16         Are you familiar with this? Do you have a
17 copy of this there with you?
18     A. Let me look. I might.
19         I don't want to waste -- waste your-all's
20 time by looking for it if you would be happy to     10:49
21 show me what my declaration says.
22     Q. I'm trying to, but for some reason my --
23 my copy, I think, is -- my PDF here is not
24 cooperating.
25     A. That, I can't help you with.     10:50

Page 382

26 (Pages 379 - 382)

Aiken Welch, A Veritext Company
510-451-1580

1    Q.  Let me see if I can get -- give me just a
2  second here.
3        Is that the case?  Do you know whether or
4  not that declaration contains your opinions in
5  this case?                                    10:50
6        MR. REID:  Lacks foundation to the extent
7  that he --
8        THE WITNESS:  I mean, I probably --
9        (Reporter clarification.)
10       MR. REID:  So objection to the -- lacks   10:50
11 foundation to the extent that Dr. Longo has not
12 been able to review or refresh his recollection
13 regarding what's even contained in the declaration
14 that he signed, which I believe, I think was about
15 six months ago-ish.                           10:50
16       MR. RISING:  Let me see.  I'm just having
17 trouble with this particular PDF.
18       Give me just a second here.
19       THE WITNESS:  Sure.  No problem.
20       MR. RISING:  Actually, let me just move to 10:51
21 another topic, and I'll see if I can get a better
22 copy of that that's actually coming up here.
23 BY MR. RISING:
24    Q.  Let me see if I can refresh your
25 recollection without -- well, first of all,    10:51

                                          Page 383

1 Dr. Longo, you don't have that declaration sitting
2 there with you today; right?
3    A.  I don't have it sitting in front of me.
4    Q.  I'll represent to you that it wasn't
5  produced in your file or in your reliance     10:52
6  materials.  So if it wasn't there, do you know
7  whether or not it -- it contains your -- you
8  didn't review it to prepare to provide your
9  opinions to me today, did you?
10   A.  No.  I didn't -- I just looked through   10:52
11 everything, and I didn't see it.
12   Q.  Okay.  And you're prepared to provide your
13 opinions to me, is that right, from your files?
14   A.  Yes.  And I've been trying, you know, my
15 best to do that.                              10:52
16   Q.  And have you given me your opinion with
17 respect to Safeway so far?
18   A.  Yes.
19   Q.  Do you have any further opinions that you
20 intend to offer with respect to Safeway?      10:52
21   A.  No, sir.
22   Q.  I want to show you -- let me share this.
23       Do you recognize this?
24   A.  It looks like my report.
25   Q.  This is Exhibit 4.  It was marked as     10:53

                                          Page 384

1 Exhibit 4 to the deposition earlier.  It's your
2 Marlin Eagles deposition notes report.
3        Do you recall this?
4    A.  Yes.
5    Q.  I just want to ask you a few things about  10:53
6  this so I can confirm.  We'll start with page 2.
7    A.  Okay.
8    Q.  Here we have -- this is the talcum powder
9  exposure history?
10   A.  Yes, we do.                             10:54
11   Q.  And just that first bullet point there, it
12 says:
13       "From approximately 1950s to 2017,
14       Mr. Eagles stated that he used JBP, Longs,
15       Safeway, Assured, and Truly Fine talcum   10:54
16       powder products."
17       Do you see this?
18   A.  Yes, I do.
19   Q.  And are those the only talcum powder
20 products that you're providing an opinion on in   10:54
21 this case?
22   A.  I think he had some unnamed ones.  But
23 these would -- these would be the only ones that I
24 know about.
25   Q.  Are you -- you tested Johnson's Baby     10:55

                                          Page 385

1 Powder; correct?
2    A.  We have.
3    Q.  And you've tested Longs Baby Powder;
4  correct?
5    A.  We have.                                10:55
6    Q.  But you haven't tested any Safeway baby
7  powder; right?
8    A.  The -- no, I don't believe so.  Just
9  trying to remember -- yeah.  The Equate, I think
10 that was Safeway's.  But that was a -- a         10:55
11 starch-containing one.
12   Q.  You haven't tested any Truly Fine; right?
13   A.  No, sir, I haven't.
14   Q.  And you did test Assured; is that correct?
15   A.  Assured, I think so.                     10:56
16   Q.  You tested that with -- you tested Assured
17 and Equate together?
18   A.  Yes.
19   Q.  And do you have an understanding of who
20 manufactures Assured?                          10:56
21   A.  Can't quite make it out on the -- on the
22 back of the Assured.
23   Q.  And I'll come to that, but if you take a
24 look, and I think it's around page 75 of your
25 report, it's the picture of -- Greenbrier      10:57

                                          Page 386

27 (Pages 383 - 386)

1  International is the distributor?
2      A. Yes, that's correct, that's the
3  distributor.
4      (Reporter clarification.)
5      MR. RISING: Greenbrier,          10:57
6  G-r-e-e-n-b-r-i-e-r, International.
7  BY MR. RISING:
8      Q. Do you understand -- do you have an
9  opinion as to whether that has any relationship
10 with Safeway?                        10:57
11     A. I don't have an opinion one way or the
12 other.
13     Q. Can you look at your depo notes at page 9.
14     Do you have that in front of you?
15     A. My depo notice?                10:58
16     Q. Your depo notice, which is Exhibit 4.
17     A. Yes, I have it in front of me.
18     Q. Just to make sure, you went through and
19 reviewed all of Marlin Eagles' and -- Mr. and
20 Mrs. Eagles' depositions, and you pulled out and  10:58
21 noted here all of the -- all of the testimony that
22 you're relying on to form your opinions; correct?
23     A. Correct.
24     Q. So if you're relying on it, it's here in
25 Exhibit 4; correct?                   10:58

Page 387

1      A. Well, I'm relying on that and also the --
2  the notes that I took --
3      Q. You're talking about Exhibit 6 -- sorry --
4  Exhibit 6, your October 11, 2023 --
5      A. Yes, that's correct.            10:59
6      Q. -- exposure notes?
7      Okay. So for your opinions for the
8  retailers, I just want to make sure. Let's focus
9  on Safeway.
10     The only -- the only documents you have  10:59
11 that you're relying on for Safeway for any opinion
12 with respect to Safeway are Exhibit 4, your
13 deposition notes, and Exhibit 6?
14     MR. REID: Overbroad.
15     THE WITNESS: Well, I don't have any  10:59
16 opinions about Safeway. What I have opinions
17 about is any Safeway talcum powder products that
18 they sold over the years. But Safeway itself is
19 immaterial to me. It's the talcum powder products
20 they sold and the opinions that I have generated  11:00
21 about that has to do with the fact that for five
22 and a half years, this is basically all the
23 research that I've done and the analysis on the
24 various mine sources from around the country. And
25 this typically used from both China, Italy, and  11:00

Page 388

1  France.
2  BY MR. RISING:
3      Q. I understand that. But I just want to
4  make clear, you haven't tested any Safeway baby
5  powder; correct?                     11:00
6      A. I mean, I don't -- you know, I don't know
7  who Safeway -- I may not, something that said
8  "Safeway" on it. I don't believe so. I haven't
9  tested anything that said "Safeway" on it.
10     Q. You haven't tested anything that said  11:00
11 "Truly Fine" on it; correct?
12     A. That's correct.
13     Q. Have you tested anything that you
14 understand was a Safeway store-branded product?
15     A. If it didn't say -- if it said "Safeway"  11:01
16 on it anywhere, I haven't tasted it -- of course I
17 haven't tasted it. I also haven't tested it as
18 well as not tasted it.
19     Q. Okay. I want -- if you look at page 9 of
20 your deposition notes, Exhibit 4, the third  11:01
21 paragraph up from the bottom.
22     Do you see that -- it starts with, "Of the
23 three baby powder products."
24     A. Uh-huh, yes, sir.
25     Q. It says:                       11:01

Page 389

1      "Of the three baby powder products,
2      it is my opinion that Mr. Eagles used
3      Johnson's Baby Powder (JBP) the most, 1955
4      to 2017, followed by the Longs and Safeway
5      baby powder products."             11:01
6      And then you have in parentheses there:
7      "1950s, 1960s to 1980s or 1990s."
8      Correct?
9      A. Correct.
10     Q. I just want to break that out as between  11:02
11 Longs and Safeway.
12     So if you turn to page 4 of your notes.
13     See that bullet point there?
14     It says:
15     "Mr. Eagles stated the first year  11:02
16     during which he first purchased Longs Baby
17     Powder was sometime around the late '60s
18     until the '80s."
19     A. Yes.
20     Q. So if we go back to page 9 of your notes,  11:02
21 when you say, "followed by Longs and Safeway baby
22 powder," the Longs is 1960s to 1980s; correct?
23     A. In that area, yes.
24     Q. And that's the time period that you
25 understand?                          11:03

Page 390

28 (Pages 387 - 390)

1    A. Yes.
2    Q. And you're limiting your opinions in this
3  case to that time period?
4    A. I'm limiting my opinions to, you know,
5  what Mr. Eagles, and I think his wife, too, what    11:03
6  they stated when they -- when they -- when he used
7  it.
8       But it wasn't -- it was also using
9  Johnson's Baby Powder at the same time. I mean,
10  this is sort of like a mix and match.    11:03
11    Q. I understand. I just want to focus on the
12  store brand, the Longs baby powder. But your
13  understanding for any opinions that you're
14  offering for this case is that Mr. Eagles -- and
15  you got this from his deposition testimony;    11:03
16  correct?
17    A. Correct.
18    Q. And he was questioned over the course of,
19  I think, five-plus days?
20    A. Yes. It would be five-plus since it was    11:03
21  eight different days.
22    Q. Sorry. So over the course of eight
23  different days, he was questioned at length, and
24  you pulled from his testimony that he used Longs
25  Baby Powder from 1960s ending in the 1980s;    11:04

Page 391

1  correct?
2    A. Correct.
3    Q. And then if you turn to page 3.
4    A. Yes, sir.
5    Q. And we kind of have to -- for Safeway baby    11:04
6  powder, if you look at the two bottom,
7  the only dates we have for his use of Safeway baby
8  powder would be the two bottom bullet points under
9  the heading "Safeway Baby Powder."
10      Do you see that?    11:04
11    A. Correct.
12    Q. So that would indicate 1950s, and then the
13  latest date there is the 1980s or 1990s?
14    A. Correct.
15    Q. So when you said -- in the parenthetical    11:05
16  on page 9, when you say that Safeway is from the
17  1950s to possibly the 1990s?
18    A. Well, if you go back to page 3, the second
19  sentence, he's given a store that he said that he
20  bought the Safeway product at in the mid-1970s,    11:05
21  and then the last decade might have been 1980s or
22  1990s.
23      Then you moved me to what, page 9?
24    Q. Yeah, to page 9. I'm just -- you have a
25  time period that you're talking about the use of    11:05

Page 392

1  Longs and baby -- Longs and Safeway baby powder,
2  and you kind of combined them together. So I'm
3  trying to separate out the two.
4       So it looks like, from the information
5  that you have, would you agree that Longs is    11:05
6  limited to 1960s to 1980s and Safeway is 1950s to
7  potentially the 1980s or 1990s?
8    A. I would agree.
9    Q. What do you do when you have something
10  that's sort of broad and vague as that, you know,    11:06
11  1980s or 1990s, how do resolve that in forming
12  your expert opinions?
13      MR. REID: Incomplete hypothetical.
14  Assumes facts. Overbroad.
15      THE WITNESS: I don't need to. I'm not    11:06
16  the trier of fact here. And I wasn't -- I didn't
17  have enough information on that. Johnson's Baby
18  Powder was the most used. I had to get more
19  information about that.
20      But the Safeway and Longs, it's unclear    11:06
21  exactly how much, and I guess maybe that can come
22  out in the testimony by Mr. Eagles.
23      So I wasn't able to do a calculation on
24  the Longs and the Safeway because it was
25  intermixed with along the Johnson & Johnson.    11:06

Page 393

1       Then, of course, you have Mrs. Eagles
2  stating that when she bought it, she never
3  purchase anything but Johnson's Baby Powder. So I
4  can't resolve that issue on which was more or
5  less.    11:07
6  BY MR. RISING:
7    Q. You don't have any opinion as to how many
8  bottles of Longs Baby Powder Mr. Eagles purchased
9  and used from the 1960s to the 1980s; correct?
10    A. Other than it was less than the Johnson's    11:07
11  Baby Powder, no.
12    Q. Okay. And other than it was less than the
13  Johnson's Baby Powder, you don't have any opinion
14  on the number of bottles of Safeway baby powder
15  that Mr. Eagles purchased and used from 1950s to    11:07
16  the 1980s or the 1990s; correct?
17    A. I'm just seeing what -- I forgot what I
18  may have asked him when I visited him.
19    Q. And you're looking at Exhibit 6, your
20  exposure notes?    11:08
21    A. I would have to -- it wasn't -- I don't
22  think there was any -- I wasn't able to determine
23  how many containers, either Longs or Safeway,
24  other than it was less than the Johnson & Johnson.
25    Q. Go to -- see if I can actually show you a    11:08

Page 394

29 (Pages 391 - 394)

1  document now.
2      Dr. Longo, sharing my screen.
3      Okay.  This is the -- let me go to the
4  first page.
5      MR. RISING:  We'll mark this as next in  11:09
6  order, Early, Exhibit 43.
7      (Whereupon, Defendants' Exhibit 43 was
8      marked for identification.)
9  BY MR. RISING:
10     Q.  And you have that there?       11:09
11     A.  I do.
12     Q.  And this is MAS Project M71719, Talcum
13  Powder Analysis, Marlin Eagles?
14     A.  Yes, sir.
15     Q.  And you don't -- you don't have any   11:09
16  opinion on who the manufacturer of the Assured is?
17     A.  No, sir.  It's really immaterial to me who
18  the manufacturer is.  This was material that was
19  sent to me, so we analyzed it.
20     Q.  Here, we have -- I think it's a little bit 11:10
21  difficult, but I think Greenbrier International,
22  Incorporated.
23     Do you see that --
24     A.  Yes.
25     Q.  -- where my cursor --       11:10

Page 395

1  right in front of me -- another 70 or -- what is
2  that -- 283, another 50 or so grams is probably
3  reasonable for a plastic container.  So it was
4  pretty full.
5      Q.  And you understand that this was -- this  11:12
6  was a bottle of talcum powder that Mr. Eagles had
7  in his possession?
8      A.  Yes, sir.  That's my understanding.
9      Q.  And you tested the Assured, and you found
10  chrysotile; is that correct?       11:12
11     A.  Yes, sir, that's correct.
12     Q.  Go back to -- and you have here -- this is
13  your -- this is at page 22, and this is, you know,
14  right before you signed here, this is kind of your
15  ultimate opinion here; right?       11:13
16     "Results of finding chrysotile."
17     Then you say:
18     "Based on these results, it would be
19     my opinion that the application of the
20     talcum powder found in Assured talcum     11:13
21     powder container will cause significant
22     exposure, over background, to chrysotile
23     asbestos to individuals who used Assured
24     brand talcum powder products for their
25     intended purpose like Mr. Eagles."  11:13

Page 397

1      I had a question for you while we're here.
2  Looks like this -- this bottle of talcum powder
3  had -- had a fair amount of talc left in it.
4      A.  Yeah, we have a picture.  We were weighing
5  all the containers.       11:10
6      Q.  I'm trying to find -- now, did you receive
7  it -- you have this -- the top off here in this
8  picture.
9      Do you see that?
10     A.  We did not receive it like that.  How we  11:11
11  received it is -- would be shown in pictures 1 and
12  2.  I think what we had here is a particular type
13  of bottle where you could maybe -- where the top
14  came off.
15     Q.  And here's the picture of it being weighed 11:11
16  here.  And I think that's at page 73 of your
17  report.
18     A.  Yes.  334 grams.  And we don't know
19  what -- how much the container was.
20     Q.  That was what I was going to ask you,   11:11
21  because we do know that the talc and the container
22  weighs 283, grams, right, if it's full?
23     A.  Yeah, 10 ounces, so it would be 283 grams.
24  So -- and another -- where is it?  Another -- why
25  am I having a hard time finding it, because it's  11:12

Page 396

1      Do you see that?
2      A.  Yes, sir.
3      Q.  I guess my question for you is, what does
4  that mean?  "Significant exposure over
5  background," is that significant exposure over   11:13
6  background during the day of that application?
7  Over the course of a person's life?  What do we do
8  with that?
9      A.  Well, "significantly over background"
10  means that if you take an artificial background   11:13
11  level, say like the ATSDR, the Agency For Toxic
12  Substance Disease Register, in around 1980, they
13  came up with a level of 0 point 4 zeros and a 5
14  for an urban environment, and 0 point four zeros
15  and a 1 for, you know, an urban and rural --   11:14
16  that's what I'm trying -- rural area.  That, in my
17  opinion, there is no background of chrysotile
18  asbestos unless it's -- you're in an area where
19  it's being disturbed.
20     So I always look at how much is in there,  11:14
21  and if you're going to have a background of, say,
22  0.0005, that if you have the ability to measure
23  the exposure in a way that would give you the
24  detection limit you need, that it would be above
25  .00005 fibers per cc.       11:15

Page 398

1    And that's an opinion based on what we
2    would -- if we could be able to make that
3    measurement at that level. I don't believe in
4    this, well, it's going to be below background what
5    the exposure is. I don't think that's a very        11:15
6    scientific method of saying something about an
7    exposure.
8    Q. Okay. And I think you've been deposed at
9    length on sort of what you think about exposure
10   levels; correct?        11:15
11   A. Oh, probably north of a hundred hours.
12   Q. Okay. And this opinion isn't any
13   different than any other opinions you've provided
14   with respect to that?
15   A. No difference.        11:16
16   Q. Okay. In his deposition, Mr. Eagles'
17   deposition, you noticed -- you pulled out the
18   Assured note, but did you notice that
19   Mr. Satterley introduced this bottle of talcum
20   powder as a Safeway product?        11:16
21   A. That's -- yeah, I don't know that one way
22   or the other. If it's not a Safeway product, then
23   he's wrong. If it is, he's right.
24   Q. And are you aware that Greenbrier
25   International is essentially a distribution arm of    11:16

Page 399

1    Dollar Tree stores?
2    A. No, sir, I don't really keep up with that.
3    Again, that's out of my area. I just do the
4    analysis.
5    Q. You don't have any opinion in this case on    11:17
6    why Safeway would be selling a Dollar Tree store
7    brand in its stores, do you?
8    A. No, sir, I don't have an opinion one way
9    or another. Again, it's something that's not
10   important to me when I do this type of analysis.    11:17
11   If Safeway never had anything to do with
12   this type of product, then fine. If they did,
13   also -- you know, I don't mean fine, but I mean,
14   that's not really up to me to say one way or the
15   other.        11:17
16   Q. Do you have an opinion as to how many
17   bottles of Assured brand talcum powder Mr. Eagles
18   used throughout the course of his life?
19   A. No, sir.
20   Q. But it's one of the store brands that he    11:17
21   used after he stopped using Longs and Safeway, it
22   appears?
23   A. If this is not a Safeway product, yes.
24   2017 would be after the fact.
25   Q. And did you have an understanding -- did    11:18

Page 400

1    you read where Mr. Eagles thought that he probably
2    bought this in, like, 2015 or 2016?
3    A. Well, I know he was -- you know, after he
4    said he quit putting it on his body, I know that
5    he was still using it when he played tennis. When    11:18
6    we start getting to be 2017 or 2018, you know,
7    that time period where he had to stopped playing
8    tennis because of his meso issue. But as far as
9    it says 2017 on it, he may have bought in it 2017.
10   You know, I don't know. Or was that the        11:18
11   expiration date? I don't remember.
12   Q. It has an expiration date of 2017.
13   A. Okay. So it could have been 2016; it
14   could have been 2015. I don't know.
15   Q. How does this Assured Body Powder factor    11:19
16   into Exhibit 6, which is your exposure notes and
17   talcum powder container calculations?
18   A. Well, the only talcum powder calculations
19   I did was the Johnson's Baby Powder. The others
20   were less. I don't -- find it here in a minute.    11:19
21   Q. What are you looking at right now,
22   Dr. Longo?
23   A. I was thinking about something else.
24   These are the overall body powder
25   calculations. It's not broken down. I just said,    11:19

Page 401

1    okay -- he said, you know, 52 weeks a year, 4 days
2    a week, 1 application a day, depending. It
3    doesn't matter which ones it is. These are the
4    overall -- I apologize. I led everybody astray
5    here. I wasn't trying to break it down -- there    11:20
6    is no way for me to break it down into individual
7    containers. This was everybody.
8    So I said, okay, 9-ounce talcum powder
9    containers, 537 of them.
10   Q. Why do you use 9-ounce?        11:20
11   A. 9-ounce is pretty common. You know, it
12   doesn't matter. I try to use something
13   conservative. If you've got 10 ounces or 12
14   ounces, you know, you can use 15 ounces or 10
15   ounces or 12 ounces. It doesn't change the        11:20
16   amount, just how many containers you have.
17   9-ounce seems to be pretty common. And
18   the most used product here was Johnson's Baby
19   Powder. That's a 9-ounce. And you find 9 ounces
20   and 10 ounces on other ones.        11:21
21   Since I can't break it down, even though
22   Johnson & Johnson is the most, I have to make some
23   assumptions on how much the most and how much the
24   other two are.
25   Q. And you're not able to do that, as you sit    11:21

Page 402

31 (Pages 399 - 402)

1  here today?
2      A.  No, sir.  I would have to have some more
3  information, such as what I have in my -- and I
4  got more information on this Su application, too.
5  I put it in there.                    11:21
6          So if -- if you can change it up, you want
7  to be even -- you know, it's not going to change
8  the amount of exposure -- the amount of exposure,
9  but it would change how many containers if you
10 want to put 10-ounce or 12-ounce or 13-ounce or    11:21
11 whatever.  It would just change the equation a
12 little bit.
13     Q.  This exposure notes, Exhibit 6, as I'm
14 understanding it, is -- is your -- your
15 calculation of the total number of bottles, and    11:22
16 that includes Johnson & Johnson, store brands,
17 whatever, from any store, including potentially
18 Equate or Assured or anything in there; you
19 haven't broken it down into the number of each;
20 correct?                              11:22
21     A.  Correct.
22     Q.  And you can't -- you don't have the
23 ability to do that other than to say, like, I
24 believe that your opinion is that Johnson &
25 Johnson was the most?                  11:22

Page 403

1      A.  Well, it's not that I believe.  It's the
2  evidence, in talking to them as well as, you know,
3  his wife only bought Johnson -- I mean,
4  Mr. Eagles' wife, Georgia Eagles only bought
5  Johnson & Johnson.  He said he mostly preferred    11:22
6  Johnson & Johnson.  So I would say the evidence
7  supports that.
8      Q.  Okay.  If you look at your testing of
9  Assured and Equate.
10     A.  Yes.                          11:23
11     Q.  By the way, you haven't found a way to do
12 PLM analysis of cornstarch where you can find
13 talc, have you -- sorry -- where you can find
14 asbestos.  I'm sorry.
15         (Reporter clarification.)          11:23
16 BY MR. RISING:
17     Q.  Let me rephrase the question.  I just want
18 to make sure.
19         You don't have a PLM analysis of
20 cornstarch where you found a way to find asbestos    11:23
21 in cornstarch, do you?
22     A.  There is no asbestos in cornstarch unless
23 somebody had contaminated it, in my opinion.
24     Q.  Did you look in the Equate to see if there
25 was any?                            11:24

Page 404

1      A.  Yes (indicating).  We verified that it is
2  starch, and there was nothing else in there but
3  starch.  I'll give you another.  This is all
4  starch particles (indicating).  There was nothing
5  else in here.                         11:24
6          Now, we looked at other samples that say
7  "contains baking soda and starch," when you turn
8  it around the back, and talc is on there, along
9  with baking soda and starch.  They don't put it on
10 the front.  Doesn't have anything to do with you.  11:24
11 That's just another case, and, yes, we did find
12 asbestos in that, but not very much.
13     Q.  Let me understand this.
14         So you found asbestos in a non-talc
15 product, non-talc body powder product?           11:24
16     A.  No, no, no.  And I probably didn't explain
17 it very well, and I apologize.
18         The front of the container, like the
19 Equate, says "made with cornstarch."  Now, if you
20 go to the back of the container, it gives you all  11:25
21 the rest of the, you know, the major ingredients,
22 and it says cornstarch, active ingredients,
23 nonactive ingredients.  It says, Zea mays
24 cornstarch, tricalcium phosphate, aloe whatever,
25 some leaf extract, fragrance, some other stuff.    11:25

Page 405

1  There's nothing in there that says "talc."
2          And when we did the analysis -- it also
3  says:
4              "This product is not manufactured or
5          distributed by Johnson & Johnson Consumer  11:25
6          Products, Inc., distributor of Johnson's
7          Baby Powder cornstarch."
8          Something tells me there was a lawsuit in
9  there somewhere.
10         However, so we didn't expect to find talc, 11:25
11 but we did an analysis anyway.  So I would not --
12 if we were to find asbestos in a cornstarch
13 sample, I would not believe anything from that
14 unless -- you know, that would be something
15 unusual.                             11:26
16         But I have seen a product, and I can't
17 remember which one it was, where the front of it
18 said, "made with baking soda and cornstarch."
19 Turn it over to the back where typically the first
20 ingredient is the highest concentration           11:26
21 ingredient, and then it goes down from there when
22 they put anything on there, and the first
23 ingredient was talc, the second ingredient was
24 starch, and the third one was the chemical name
25 for baking soda, which is -- so I have seen it     11:26

Page 406

32 (Pages 403 - 406)

1 where baking soda -- where cornstarch has been
2 mixed with talc.
3    Q. I'm going to move on, Dr. Longo. I think
4 I found a version of this, so I can show you now.
5 Apologize for not being able to do this earlier.    11:27
6    A. You don't have to apologize. I'm here at
7 your request.
8    Q. Okay. So this is your declaration in
9 opposition to -- let me show you the first page --
10 Declaration in Opposition to Defendants' Motions    11:27
11 For Summary Judgment and Adjudication.
12    This was Exhibit -- this was attached as
13 Exhibit 23 to this deposition --
14    A. Okay.
15    Q. -- an earlier version of the deposition.    11:27
16    Does this look familiar to you?
17    A. Well, I mean, you can just go to the back
18 and probably see my signature and the date. Yeah,
19 I see some of the material -- what I have written
20 is a basic outline in a lot of these.    11:27
21    Q. This is pretty standard in your
22 declarations; right?
23    A. Depending -- depending on anything new,
24 et cetera, yes.
25    Q. But basically up through -- the first part 11:28

Page 407

1 of it is just your qualifications as an expert;
2 right?
3    A. Correct.
4    Q. Are you recalling this now, materials
5 identifying the sources of talc used in Longs and    11:28
6 Safeway's baby powder?
7    Are you relying on this, on the opinions
8 expressed in this declaration, for any opinions
9 you intend to offer at trial in this case?
10    A. No. I mean, Montana and Chinese is --    11:28
11 what I think I stated earlier, we have analyzed a
12 lot of samples out of those mines. If it's, in
13 fact, Chinese and Montana, I've already given you
14 my opinions about what -- what I believe is the
15 prominent asbestos type in those two mines.    11:29
16    Q. Okay. That's what this declaration goes
17 through.
18    So let me just -- in this declaration, you
19 talk about Longs Baby Powder testing. Let me
20 start here real quick first, an overview of the    11:29
21 Longs Baby Powder testing in this declaration.
22    You recall that the 15 containers of Longs
23 Baby Powder that you tested, those were provided
24 by the Kazan firm; correct?
25    A. Yes, sir.    11:29

Page 408

1    Q. And do you understand that they put an ad
2 in the paper and then purchased each one of those
3 15 containers for $200 from the owners?
4    A. Everything about what you say I know, and
5 this is the first time I've heard about $200.    11:30
6    Q. Okay. You knew that they bought them;
7 right?
8    A. I knew they put an ad out. And I knew
9 that these were from owners of it because they
10 have, I think, affidavit from each of the people.    11:30
11    Q. Okay. And you have those in your Longs
12 report, the affidavits; right?
13    A. Yes sir, I do.
14    Q. And you rely on those for the chain of
15 custody?    11:30
16    A. Yes, that this is -- here's the history of
17 the containers.
18    MR. REID: Belatedly vague and ambiguous
19 to "chain of custody." Calls for a legal
20 conclusion.    11:30
21 BY MR. RISING:
22    Q. What do you understand to be a chain of
23 custody, Dr. Longo?
24    A. Well, they can be all kinds of things.
25 Chain of custodies are when samples arrive here.    11:30

Page 409

1 That's usual what every -- labs, okay, here's our
2 chain of custody, that this arrived on this day,
3 and here's what's happened to the sample until a
4 report goes out and we archive the sample.
5    Now, in the cosmetic talcs litigation,    11:31
6 people have taken it much further. Some say you
7 have to have a chain of custody from the day that
8 container was -- left the manufacturing facility.
9 I don't believe that is necessary, but some do.
10    This one, I think, cures that issue.    11:31
11 That, to me, is a nonissue.
12    Q. And you have declarations from the owners,
13 right, that you are relying on for the purpose
14 here that they were never refilled, manipulated,
15 or altered?    11:31
16    A. Well, yes and no.
17    Q. Well, I understand yes. How no?
18    A. Well, no, I don't have to have an
19 affidavit from any -- any person on that, how --
20 you know, how -- never refilled.    11:32
21    Well, unless you can take the top off in
22 an easy manner, such as -- such as maybe Clubman,
23 where you can -- some of the newer containers, you
24 can screw the top off, because barber shops use
25 them and want to put them in a bowl -- you know,    11:32

Page 410

33 (Pages 407 - 410)

1 put the powder in a bowl and use a brush -- it's
2 impossible to refill them without damaging and
3 taking the top off.
4     And manipulated or altered, you can't
5 really manipulate it. What? Are you going to -- 11:32
6 you're going to put asbestos in there? You're
7 going to put chrysotile in there? You're going to
8 get the chrysotile that has the appropriate size
9 range? Or are you going to put tremolite in there
10 in a concentration that wouldn't make it too    11:32
11 suspicious, such as, you know, in the microgram
12 level or in the gram level?
13     I don't buy that. There's never really --
14 never been any evidence that something has ever
15 been manipulated.                    11:33
16     Now, we have found -- we have found
17 containers in the past that, we look at it, and
18 somebody drilled -- you know, somebody drilled a
19 hole in the bottom to fill it and put tape over
20 it. Yes, that's been manipulated, and that does    11:33
21 not get analyzed.
22     So that's why I say it's yes and no.
23     Q. All right. But you included them in your
24 report; right?
25     A. Yes, sir, just like I include ones that    11:33

Page 411

1     Q. When you take your samples that you're
2 going to put on the slides out of the talc --
3 talcum powder bottles, do you just -- you shake it
4 out? Is that what you're telling me?
5     A. Well, typically, we don't do the shaking. 11:35
6 What we do is just open it and squeeze it. And
7 the air in there drives it out. And once we
8 have -- you know, usually our reports say 1 to
9 2 grams, but it's really closer to 1 gram. Once
10 we have that amount, we stop.                11:35
11     Q. And were all of the Longs Baby Powder
12 bottles that you -- that you tested were used;
13 correct?
14     A. I mean, I don't remember, but I believe
15 so.                            11:35
16     Q. And you haven't tested any Longs Baby --
17 for some manufacturers, you have tested historical
18 samples that were at the manufacturers or from the
19 manufacturer; correct?
20     A. Correct.                    11:35
21     Q. That's not the case with the Longs Baby
22 Powder bottles; correct?
23     A. Correct. Yeah, I mean, I haven't -- I
24 haven't remembered exactly what Longs said, but I
25 think Longs -- somewhere along the line, I kind of 11:36

Page 413

1 have been purchased on eBay in my reports. Not --
2 not these ones, but others.
3     Q. And you included in a declaration under
4 penalty of perjury that -- this statement:
5     "According to the declaration of each 11:33
6     owner, the contents of the Longs Baby
7     Powder were original to the day it was
8     purchased." Right?
9     A. Well, that's their declaration, so I'm
10 stating what they say.                    11:33
11     Q. And you're also relying, in part, on the
12 declarations for the timing of when they were
13 potentially purchased; is that correct?
14     A. Correct. Well, it's not so much when they
15 were purchased, as been in there -- it's what    11:34
16 their declarations say. What I was saying, it's
17 not me saying this, it's them saying this. But
18 what I'm saying is, even if they -- I don't --
19 I've only found -- strike that.
20     What I'm saying is, in my opinions,        11:34
21 depending on the containers, it's very hard or
22 almost impossible to manipulate these or refill
23 them. You can't get talc back through the small
24 holes. You have to -- you have to do something
25 more creative.                    11:34

Page 412

1 remember that Longs didn't have any.
2     Q. And so just the historical samples are not
3 available for Longs; correct?
4     A. That's my understanding. That's what I
5 recall.                        11:36
6     Q. We talked about -- follow up on this a
7 little bit. You said you're working on the TEM
8 analysis for chrysotile?
9     A. Yeah. We're getting close.
10     Q. Separate from doing, like, an analysis,    11:36
11 have you -- you tested, Longs, right, and you
12 found chrysotile; correct?
13     A. Correct.
14     Q. Now -- and so you know it's there
15 somewhere; right?                    11:36
16     A. It has chrysotile in it.
17     Q. Yeah. So in every sample, you should be
18 able to find some small amount of chrysotile;
19 right?
20     A. Well, we can show you, right, the range    11:37
21 was -- three zeros and a 9 is the low end, to
22 0.005 percent.
23     Q. Separate from coming up with a repeatable
24 analysis of it, is there any reason that you
25 couldn't have somebody just look under TEM and    11:37

Page 414

34 (Pages 411 - 414)

1 just find a chrysotile -- a piece of chrysotile so
2 that we could see it and you could tie that back
3 and say, "No, we found it via the TEM. Here's
4 what it looks like for the Longs Baby Powder"?
5      A. I'm not going to do that analysis until I  11:37
6 am satisfied what -- one, what the TEM -- what its
7 detection limit is, and, two, that we have
8 developed a method to the point that at least
9 90- -- 97 to 98 percent of what is in there when
10 we do the separation with the SG-210 is in the  11:38
11 light fraction where it should be so that we know
12 we have the most efficient -- and if we can't
13 identify it by TEM and it's not there at that
14 point, well, I guess I'll have to retire.
15      No, I'm just kidding.  11:38
16      I want to publish this. I want to be able
17 to -- there is absolutely no requirement in any
18 federal regulation or any methodology ever saying
19 that once you've identified it by PLM, that you
20 need to verify your analysis by TEM.  11:38
21      But I do plan on doing that at some point,
22 when we have the research to the point where I
23 know exactly what -- that it's -- that we have the
24 most efficient, robust amount of the chrysotile.
25      And since we have a really good alternate  11:39

Page 415

1 to just -- and being able to start with a known
2 concentration in these samples, it allows me to
3 get to the point where I can say, "Stop. We have
4 the best method available to remove the chrysotile
5 out of the talc and harvest it, so to speak. Now  11:39
6 it's time to do TEM."
7      Q. I understand the reasons that you don't
8 want to do an analysis and you want to get it
9 perfect and you want to publish it, but I just
10 want to back up a little bit.  11:39
11      Just from a curiosity standpoint, because
12 I think the jurors will be curious, did you have
13 anyone even try and look through the -- at Longs
14 Baby Powder under TEM to see if you could just see
15 chrysotile?  11:40
16      A. I mean, we have seen it by SEM, some of
17 the bigger structures that are in there, and we
18 know others have seen by TEM.
19      But I would -- this is the type of
20 research that takes time and a lot of effort, and  11:40
21 I prefer to have the best opportunity to be able
22 to say "yes" or "no"; "No, we cannot find it by
23 TEM, and, you know, I'm wrong," or "Yes, we did
24 find it. I was right."
25      But to go in it where you don't have the  11:40

Page 416

1 best opportunity, then you don't know if you are
2 going to be right or wrong because you don't know
3 if you have the best way to separate it out to
4 give you the ultimate chance to be able to say yes
5 or no.  11:40
6      Q. I just want to make sure -- like, I
7 understand you're working on this, but you
8 didn't -- you haven't had anybody go look at Longs
9 Baby Powder -- and I'm just focused on Longs Baby
10 Powder. I'm not concerned what you found out of  11:41
11 the others. These are 15 bottles of Longs Baby
12 Powder that were tested; right?
13      A. We take 15 -- not having looked at the
14 Longs materials, you know, since -- I haven't
15 looked at the Longs material since the Prudencio  11:41
16 case.
17      Q. Right. And it was back in -- it was back
18 in April of 2021; right?
19      A. Right.
20      Q. So you've had a -- you've had more than  11:41
21 two years to take a look via TEM to confirm and
22 see if there was -- if what you're seeing and
23 calling chrysotile is, in fact, chrysotile; right?
24      A. What we're calling chrysotile is, in fact,
25 chrysotile. It is not fibrous talc at all. And  11:41

Page 417

1 we have shown that it's -- we have found it by SEM
2 in Montana samples --
3      Q. Let me stop you there.
4      A. I wasn't done.
5      But to go and say, "I don't have the best  11:42
6 opportunity to prove it one way or the other
7 because, oh, you're curious; let's just go a
8 look," well, you know -- and then, well, yeah, we
9 took a look, we didn't find it, because we were
10 curious, I don't know if it's the best  11:42
11 opportunity.
12      I mean, I've been doing this long enough.
13 And then you get beat around the head with it. If
14 I am going to get beat around the head with it, I
15 would rather have it the best opportunity for us  11:42
16 to show it is or it isn't.
17      Q. Well, and part of that is because -- is
18 because of the way in which you're looking at
19 this; right? It's because you are in litigation
20 and you have attorneys like me who will ask you  11:42
21 questions about it. So if you go and be curious
22 and then it's wrong, I'll use that against you;
23 right? That's essentially what you are saying?
24      MR. REID: Argumentative, misstates, and
25 incomplete hypothetical.  11:43

Page 418

35 (Pages 415 - 418)

1 THE WITNESS: Well, what I am saying is,
2 why not -- why not give it the best opportunity?
3 I mean, to me, this is a Ph.D.-level research
4 project that -- we're doing it when we're not
5 running regular samples. I mean, we're getting 11:43
6 there, and I'm going to publish it.
7 I believe -- you know, I know I'm right on
8 this. We found it by SEM. I can -- you know,
9 it's not fibrous. It's not talc. It's not talc
10 plates on edge. And nobody has come up with any 11:43
11 other minerals that it's supposed to be, because
12 it's not -- it's not talc. It's not talc at all.
13 BY MR. RISING:
14 Q. Okay. Let me just follow up on that. So
15 the SEM -- 11:43
16 And I'm just -- I'm just talking about
17 Longs. I've got to get up and defend Longs in
18 this trial. Okay? So let's just focus on Longs;
19 right?
20 You have found it for other -- you're 11:44
21 saying you have found it -- confirmed it via SEM
22 in -- for other products?
23 A. Yeah, might be right where you cut off --
24 but it's not -- it's not the other products. It's
25 the mine source. 11:44

Page 419

1 I think we also found it in Gold Bond, one
2 of them, but I think we just -- we took a look at
3 a couple of the Montana samples by SEM, and it's
4 easier.
5 But then people argue, "Well, it's not 11:44
6 chrysotile; you don't know if it's chrysotile,"
7 that sort of thing.
8 Q. Did you look at the Longs Baby Powder by
9 SEM to confirm what you're seeing is chrysotile is
10 chrysotile? 11:45
11 A. We have not done Longs Baby Powder by SEM.
12 We have done none of these by TEM.
13 Q. And you do a TEM analysis for amphibole
14 asbestos; correct?
15 A. Correct. 11:45
16 Q. And is there any reason that when you're
17 doing the TEM for amphibole asbestos you wouldn't
18 be able to come across and see some chrysotile --
19 I guess you're calling them bundles?
20 A. The reason is that we're -- by TEM, we are 11:45
21 doing a heavy density of 2.85. Only amphiboles
22 are going to be found down in the pellet.
23 Q. And no one -- just focusing on the Longs
24 Baby Powder samples, you haven't had another lab
25 or another microscopist confirm your analysis; 11:45

Page 420

1 correct?
2 A. I don't know -- besides Alan Segrave, I
3 don't know anybody else who has analyzed Longs
4 Baby Powder.
5 Q. But no one else has confirmed that there's 11:46
6 chrysotile in Longs Baby Powder other than your
7 lab; correct?
8 A. Well, it's hard for me to say "yes" or
9 "no." I'm not keeping track of everybody else
10 unless I get a report. 11:46
11 So the only report I've got from somebody
12 else that has looked at this -- that I've gotten a
13 report from is Alan Segrave.
14 Q. That's all you're aware of, is Mr.
15 Segrave? 11:46
16 A. No, that's the tremolite one.
17 Q. And --
18 A. Yes. I'm sorry. I didn't answer your
19 question. Yes. That's the only one I know --
20 it's not that I know of. You know, unless a 11:46
21 report comes across my desk, I don't -- I'm not
22 going to talk about anybody may or may not know.
23 Q. You were talking about the Montana mines,
24 and in this declaration, you have opinions
25 regarding Montana talc used in Longs and Safeway 11:47

Page 421

1 baby powder. So at one point in time, you thought
2 that there was Montana talc used there?
3 A. I think it was from that person most
4 knowledgeable deposition that I referenced back a
5 ways and maybe -- you know, maybe -- 11:47
6 Q. You're talking about Mr. Mobley --
7 A. Correct.
8 Q. -- who testified in Prudencio?
9 A. And, you know, the group in Tennessee.
10 But I think Alan Segrave said the exact 11:47
11 same thing in his report, because he talked about
12 Montana and Chinese.
13 Q. So let's just walk through this really
14 quickly.
15 As I understand the opinions -- are you 11:47
16 intending to provide the opinions that are in this
17 declaration in this case?
18 A. It's not an opinion -- I don't look at
19 those as opinion. If this is what somebody said,
20 then it's a fact. If nobody testified that it was 11:48
21 from Montana and nobody knows, then no, it's not a
22 fact. Then I would have the opinions that if it
23 was these mines, it's going to have asbestos in
24 it.
25 Q. Okay. Let me focus on this, then. If -- 11:48

Page 422

36 (Pages 419 - 422)

Aiken Welch, A Veritext Company
510-451-1580

1 assuming that someone testifies that some -- at
2 some point in time, some Safeway or Longs Baby
3 Powder came from Montana, let's -- let's see if
4 this would be the basis for that, for your opinion
5 that all Montana talc has asbestos in it. Is that  11:48
6 fair?
7    A.  That's fair.  They're all in the same
8 geological formation.  They're all going to have
9 asbestos in them, in my opinion.  No matter if
10 it's Yellowstone, Beaverhead, Treasure, Willow  11:49
11 Creek, they're all going to have asbestos, in my
12 opinion.
13    Q.  Okay.  And as I understand -- and I'm not
14 going to walk through the whole thing, because we
15 don't have enough time.  But in this declaration,  11:49
16 you essentially cite some -- some articles and
17 resources to, first, indicate that there are only
18 really five mines at issue in Montana; do you
19 agree with that?
20    A.  I agree.                              11:49
21    Q.  Okay.  And then because -- because
22 Mr. Mobley only referenced the talc was
23 potentially from Montana, you don't know which
24 mine; right?
25    A.  No.                                    11:49

Page 423

1    Q.  So then what you do here is you're
2 trying to -- you're trying to tick off a basis for
3 each of the mines, right, to show that there was
4 asbestos in each of the mines?
5    A.  We analyzed a number of different products  11:50
6 from different mines.
7       Also, there's not a lot of things that I
8 agree with Mickey -- Dr. Gunter with, but
9 Dr. Gunter testified that because of the -- it's
10 all in the same geological deposit, the mines  11:50
11 would all be the same.
12    Q.  Got that.  But what I want -- you have --
13 you have some articles from the '70s that talk
14 about the mines, right, and then -- and that, in
15 and of itself, isn't enough for you to render an  11:50
16 opinion that the mines have asbestos in them and
17 that everything that comes from those mines has
18 asbestos in it; correct?
19    A.  Between the articles, between our own
20 testing, between other -- it verifies my opinion  11:50
21 that you're not going to have any difference from
22 one mine to the next since it's all the same
23 geological deposit.
24       Now, there's opinions that none of the
25 mines have it in it: you know, Segrave and, I  11:51

Page 424

1 think, Gunter; probably Sanchez, too.  But we have
2 found it.  The EPA says there's asbestos in some
3 of the mines.  Our Night Magic analysis for Avon
4 used the same mines.  We found it in that.
5       So it's my opinion.                     11:51
6    Q.  I understand, Dr. Longo.  I'm just trying
7 to separate out the basis for your opinion.
8       So you have some articles and EPA reports
9 with respect to describing the mines and
10 describing the potential in some of them some  11:51
11 potential for asbestos or asbestiform minerals in
12 that area; correct?
13    A.  Correct.  That's some of the reason.
14    Q.  Those -- if you didn't have your own
15 testing, those articles by themselves wouldn't  11:52
16 allow you to render your opinion to a reasonable
17 degree of scientific certainty that Safeway -- if
18 Safeway's baby powder came from Montana mines, it
19 had asbestos in it; correct?
20    A.  I don't know if that's correct or not.  11:52
21 That's not the situation I have.  You know, it's a
22 hypothetical.
23       If your hypothetical was correct that I
24 didn't have any information about Montana, I may
25 not be able to render any opinion about asbestos  11:52

Page 425

1 in it, but that's not what we have here.
2    Q.  And I'm trying to separate out the two.
3 Can you do that?  Would you feel comfortable
4 rendering that opinion solely based upon the
5 sources -- the published sources that you quote in  11:52
6 this declaration?
7       MR. REID:  Vague, ambiguous, incomplete
8 hypothetical, misstates fact, improper
9 hypothetical.
10       THE WITNESS:  It's very hard for me to  11:53
11 unring the bell.  You know, I don't have your set
12 of facts, so I can't give you an opinion on your
13 set of facts.
14 BY MR. RISING:
15    Q.  Okay.  Let's go -- but you would agree  11:53
16 that part of your opinion is the testing that you
17 have done on these mines, and you think that
18 that's important; correct?
19    A.  Well, the testing shows what we have
20 found, and then the rest of it also shows that  11:53
21 others have found.  EPA states it's there, and
22 other papers.
23       So for me to say, okay, I'm going to
24 eliminate everything over here and just say, could
25 I say that here -- and I don't have all -- you  11:53

Page 426

37 (Pages 423 - 426)

1 know, I don't have all the information in here.
2      I don't have the information I know about
3 Johns-Manville Research Center finding chrysotile
4 positive in 13 out of 13 Montana samples. Now,
5 they called two cross-contamination, but a lot of  11:54
6 chrysotile in other.
7      And I think it was either Cyprus or Pfizer
8 that tested the TEM on something like almost 2,000
9 Montana samples, and 25 percent of them -- back in
10 the '70s, and they did TEM and XRD -- and SAED on  11:54
11 it and found almost 30 percent of them positive
12 for chrysotile.
13      Also tremolite, you know, amphiboles have
14 been found there.
15      So there's not just this. There's other  11:54
16 information out there.
17      Oh, there we go.
18      "I've reviewed Johns-Manville's
19      Research Engineering Center" --
20 Q. Yeah, yeah, yeah. So that's what you were  11:54
21 just talking about right there; right? So -- and
22 that's paragraph 22.
23 A. -- Cyprus -- and, also, I was just talking
24 about Cyprus, and, you know, and I think also
25 Pfizer was involved in some of that.       11:54

Page 427

1 Q. So that is a mine in Montana where they
2 found asbestos; right? And it's chrysotile
3 asbestos; correct?
4 A. Correct.
5 Q. And they confirmed it with TEM; correct?  11:55
6 A. Correct.
7 Q. And it was at concentrations that were
8 much higher than the concentrations you're
9 finding; correct?
10 A. By TEM?                    11:55
11 Q. Yes.
12 A. Well, we haven't done TEM on ours yet
13 to -- but they found -- they had 13 samples.
14 Every one of them had chrysotile in it. But
15 samples -- two of the samples, they thought it was  11:55
16 too close to, quote, cross-contamination from
17 chrysotile. The other 11 were high amounts.
18      So it's not like they were different than
19 ours. We just don't have cross-contamination in
20 our stuff.                    11:56
21 Q. And they did confirm them with TEM,
22 though; right?
23 A. Correct.
24 Q. And that was -- when did they do that?
25 Was that back in the '70s as well?       11:56

Page 428

1 A. I think '74, '75, something like that.
2 Q. I want to talk about the testing that
3 you've personally done or your lab has done that
4 you understand to be from Montana mines.
5 There's -- and the five -- it's the five Montana  11:56
6 mines that you are trying to exclude with this
7 testing; right?
8 A. Trying to exclude?
9 Q. Trying to -- you're trying to confirm that
10 there's asbestos in each of the five Montana mines  11:56
11 based upon your testing; correct?
12 A. No. I'm just trying to say that if they
13 said it was Montana, we'll do the testing on it
14 and then see what we find for what they say
15 they're using in Montana.            11:57
16 Q. Paragraph 21 says:
17      "Our testing has shown regulated
18      asbestos in Avon and Colgate talc products
19      sourced from Montana mines, all located in
20      the southwestern part of the state.       11:57
21      "Hence, based upon my education,
22      expertise, and a detailed review of the
23      materials mentioned herein, I'm of the
24      opinion to a reasonable degree of
25      scientific certainty that asbestos,       11:57

Page 429

1      asbestiform fibers, and asbestiform talc
2      was and is present in the Montana mines
3      used for cosmetic talc in Longs and
4      Safeway baby powders."
5      See that?                 11:57
6 A. Yes.
7 Q. Is that your opinion in this case?
8 A. Yes, it is.
9 Q. Okay.
10 A. Again, where the mines are for these two  11:57
11 is not really opinions. If either -- either -- if
12 neither Longs, I mean, or Safeway never used
13 Montana mines, they used some other source, I'd
14 like to know. Then I couldn't say it was -- you
15 know, you've got -- it wasn't all from Montana.  11:58
16 Q. Well, Dr. Longo, I'm trying to -- I'm
17 trying to just figure out, like, are all of your
18 bases for determining that there's asbestiform in
19 all of the mines in Montana set forth in this
20 declaration?                11:58
21 A. If it is chrysotile, and it's -- then that
22 is asbestiform. Nobody argues with that. So
23 every -- every one that we have done that has
24 chrysotile in it has asbestiform in it.
25      Then if we start looking at the -- you  11:58

Page 430

38 (Pages 427 - 430)

1  know, when we find it with amphiboles, like --
2  such as tremolite or anthophyllite, they're
3  typically bundles by TEM, and that's asbestiform.
4      THE WITNESS:  I mean, I hate to -- I know
5  we are getting close, but I need a -- I need a     11:58
6  break.
7      MR. RISING:  Yeah, we can -- let's take
8  five minutes.  Or do you need ten?
9      THE WITNESS:  I'm going to need a little
10  bit longer than that, five to ten minutes.  Can we  11:58
11  go off the record?
12      MR. RISING:  Sure.
13      THE VIDEOGRAPHER:  We are going off the
14  record at 2:59 p.m.
15      (Recess taken.)        12:08
16      THE VIDEOGRAPHER:  This is Media Number 4,
17  and we are back on the record at 3:28 p.m.
18  BY MR. RISING:
19  Q.  Dr. Longo, were you able to find a copy of
20  the declaration that I have been asking you about?  12:28
21  A.  That, I didn't look for.  I'm sorry.  I
22  thought we had finished it.
23  Q.  No -- well, the problem is, what I -- what
24  I want to know is -- and, I guess, I don't know if
25  you're able to do it --        12:28

Page 431

1  A.  Many times.  I've done a lot of Avon
2  samples.
3  Q.  Anything other than the formula that you
4  are relying on?
5  A.  Other than where they stated that they got  12:30
6  the talc for that product, no.
7  Q.  And when you say "where they stated," who
8  are you saying they are?
9  A.  Well, Avon's formula.  You know, formula
10  for the product.        12:30
11  Q.  So within -- there's some formula document
12  that references Beaverhead mine for the 1987 time
13  frame?
14  A.  Yes, sir.
15  Q.  Did you read any testimony with respect to  12:30
16  that in forming your opinions?
17  A.  Well, at the time I got deposed on it, may
18  have.  I just don't recall.  It's been a while.
19  Q.  And how do you know that that -- that that
20  formula is -- or that that is accurate?        12:31
21  A.  How do I know?
22  Q.  Yes.  Or do you know?
23  A.  Well, I mean, that's what they stated for
24  when they made that product.
25  Q.  Did you talk to anybody from Avon?        12:31

Page 433

1      In the declaration, I just want to focus
2  on the testing.  In the declaration, you talk
3  about testing one 1987 Avon Night Magic talc
4  powder that you understand was sourced from the
5  Beaverhead mine in Montana.        12:29
6      Are you familiar with that test?
7  A.  I am.
8  Q.  Have you tested any other -- are there any
9  other tests you're relying on with respect to the
10  Beaverhead mine in Montana?        12:29
11  A.  Probably since that time, I have done a
12  few other Avons.  But to be fair, that would be
13  the only Avon I would be relying on.
14  Q.  And how is it that you know that it's from
15  the Beaverhead mine?        12:29
16  A.  From Avon's formulas.
17  Q.  And did you produce those in this case?
18      MR. REID:  Assumes facts.
19      THE WITNESS:  I doubt it.
20  BY MR. RISING:        12:29
21  Q.  That's not part of your file for this
22  case; right?
23  A.  No, sir, it's not.
24  Q.  Okay.  And have you actually reviewed the
25  Avon formula?        12:30

Page 432

1  A.  No.  Of course not.
2  Q.  Did you read any deposition testimony from
3  anyone at Avon?
4  A.  I don't recall.
5  Q.  So in order to confirm that it's from the  12:31
6  Beaverhead mine in Montana, we would need to -- we
7  would need to see -- at the very least, see that
8  formula; correct?
9  A.  Well, I can -- I can -- not for this
10  deposition, but -- I mean, not for this -- during  12:31
11  this time, but I can -- I can look it up and
12  see -- make sure I still have it.  I mean, I
13  should.  And you want to mark it as an exhibit,
14  that's fine with me as long as my client is okay
15  with it.        12:32
16      MR. RISING:  Sure.  Let's mark -- let's
17  have that be next in order.
18      Is that 44, Early?
19      THE REPORTER:  Yes.
20      (Whereupon, Defendant's Exhibit 44 was  12:32
21      marked for identification.)
22  BY MR. RISING:
23  Q.  Okay.  And so what's -- that would be --
24  that would be related to a product that you tested
25  in 1987.  How -- how is it that a product tested  12:32

Page 434

39 (Pages 431 - 434)

Aiken Welch, A Veritext Company
510-451-1580

1  in 1987 would have any bearing on something that
2  potentially came out of a Montana mine, let's say,
3  for a Safeway product in the 1950s?
4      MR. REID: Vague and ambiguous regarding
5  "tested in '87."                    12:33
6      THE WITNESS: I wasn't testing any talc --
7  I wasn't testing anything that had to do with
8  talcum powder in 1987. MAS had not even been
9  founded at that point. This was a 1987 container.
10 BY MR. RISING:                      12:33
11     Q. I understand that.
12         So if you're testing a 1987 container, how
13 is it -- what is your opinion with respect to how
14 that relates to something that was potentially
15 mined in 1950, for example, or in the 1950s?    12:33
16     A. Because if it was mined out of Montana,
17 it's going to be the same geological formation.
18 It really doesn't matter if it's 1950s or '60s or
19 '70s or '80s or '90s or 2000s. It's coming from
20 that mine source.                   12:33
21     Q. So if I understand this, your opinion is
22 that if you test one bottle of -- of a talcum
23 powder product that was available for consumers at
24 any point in time, the testing for that one bottle
25 determines forever that there is -- for the    12:34

Page 435

1      MR. REID: I'm allowed to assist --
2      MR. RISING: Let me ask the question a
3  different way.
4      MR. REID: I'm allowed to assist you in
5  asking better questions by telling you how it's    12:35
6  wrong.
7      MR. RISING: You are.
8  BY MR. RISING:
9      Q. So -- so is this the only testing
10 that you're -- this is the only testing that    12:35
11 you're relying on with respect to the Beaverhead
12 mine in Montana; correct?
13     MR. REID: Misstates.
14 BY MR. RISING:
15     Q. For your opinions in this case.    12:35
16     MR. REID: Misstates former testimony.
17 Ignores former testimony.
18     THE WITNESS: That's not the only Montana
19 talc samples that I have analyzed. All Gold Bond
20 is from Montana. We've analyzed Cashmere Bouquet    12:36
21 from Beaverhead. We've analyzed -- I think those
22 are in there. We've analyzed a number of Gold
23 Bond that I think could be from either Treasure or
24 one of the others.
25     I'm also relying on information I said    12:36

Page 437

1  entire -- forever that that mine that it came from
2  has asbestos in every part of the mine and that
3  every bottle that comes out of that mine will have
4  asbestos in it?
5      MR. REID: Incomplete hypothetical.    12:34
6  Argumentative. Assumes facts. Ignores previous
7  testimony regarding historical sampling and
8  testing and other articles and other entities'
9  historical testing.
10     MR. RISING: Michael, that's not -- you    12:34
11 can say, "Assumes facts." You can't coach the
12 witness to remember everything that he's doing.
13 And by the way, you're referring to stuff that's
14 totally outside of his record here.
15     MR. REID: I'm not, considering that you    12:35
16 already went through those things with him earlier
17 on in this deposition. It's not coaching. It's
18 just pointing out on the record that your question
19 ignores those specific things, which under --
20 under the California rules of court, I'm allowed    12:35
21 to point out the issues with your questions and
22 that --
23     MR. RISING: But you're not allowed to
24 make -- you're not allowed to make speaking
25 objections, Michael. So let me just --    12:35

Page 436

1  earlier about Cyprus's testing, about
2  Johns-Manville's testing.
3      I did not mention Gold Bond, but there --
4  it's well-established that it's all Montana. And
5  it's either Treasure or one of the others.    12:36
6      I'm relying on what EPA says in some of
7  those mines.
8      So, no, it's not just based on this one
9  container, but it is based on the fact -- and that
10 particular container, we didn't do any chrysotile    12:36
11 testing, but we did find amphiboles in it.
12 Tremolite.
13     Q. But based upon that testing, you can --
14 that testing establishes that there are -- there
15 are -- there are amphiboles present, in your    12:37
16 opinion?
17     I'm just trying to figure out what the
18 limits of your opinion are, Dr. Longo.
19     Your opinion are -- is that a bottle that
20 came out of the Beaverhead mine in Montana had    12:37
21 amphiboles present in it when you tested it,
22 amphibole asbestos, and therefore, every other
23 bottle that potentially came out of that mine has
24 amphibole asbestos in it, or does have amphibole
25 asbestos in it?                     12:37

Page 438

40 (Pages 435 - 438)

1    MR. REID: Okay. Hold on. Well, hold on.
2    Vague and ambiguous as to "established."
3 Incomplete hypothetical. And ignores fact in
4 previous testimony regarding other considerations.
5 And I'll also object to the extent it's    12:38
6 incomprehensible.
7    THE WITNESS: The Alan Segrave report did
8 some testing to try to verify Dr. Steve Compton's
9 analysis of 52 retains from Montana, that three of
10 them -- three or four of them, he found tremolite, 12:38
11 anthophyllite, as well as chrysotile asbestos by
12 TEM out of the 52.
13    I did not bring that up, but since Alan
14 Segrave did in his report, I do have those
15 analysis. So it's not just me. It's also -- it    12:38
16 was -- either Pfizer or Cyprus also did amphibole
17 testing in Montana and found tremolite in it. So
18 it's just not me saying it because I found it
19 in -- in the Night Magic Avon container.
20 BY MR. RISING:    12:39
21    Q. Did you produce your Gold Bond testing in
22 this case?
23    MR. REID: Vague as to "produce."
24    THE WITNESS: I did not.
25 BY MR. RISING:    12:39

Page 439

1    Q. Okay. And you didn't actually produce
2 your -- your Avon testing; correct? You just
3 refer to it here?
4    A. That's correct.
5    Q. In paragraph 20, you talk about testing 12:39
6 Colgate Cashmere Bouquet containers?
7    A. Correct.
8    Q. And you had an understanding that -- that
9 the talc in those Colgate Cashmere Bouquet
10 containers came from different mines over time? 12:40
11    A. Correct.
12    Q. And you have this table in the middle
13 there, "Containers by Ore Source."
14    Do you see that?
15    A. You will have to show it. There's nothing 12:40
16 on the screen.
17    Q. Oh, sorry. I forget you don't have it.
18    A. I've got "iPad 94" and "Early 2," which I
19 was curious who that is.
20    Q. Here we go.    12:40
21    A. Okay. There we go.
22    Q. Are you familiar with this table here?
23    And I'll let you -- sorry. So you can
24 read the...
25    A. Correct.    12:41

Page 440

1    Q. And here, there's the Willow Creek and
2 Beaverhead mines; right? Those are the relevant
3 Montana mines; correct?
4    A. Correct.
5    Q. And I -- so -- and you tested product that 12:41
6 had Italian only in it, and you found asbestos in
7 that; correct?
8    A. Correct.
9    Q. And then these indicate -- when it
10 says "blend," that means the Italian is blended    12:41
11 with North Carolina and Willow Creek?
12    A. Correct.
13    Q. And you found asbestos in that; right?
14    A. Correct.
15    Q. Now, if you found asbestos in Italian only 12:41
16 and then you found asbestos in an Italian blend,
17 how is that diagnostic of North Carolina or Willow
18 Creek?
19    A. Well, 12 out of 13 Italian, Willow Creek,
20 Montana blend, I think those -- 10 out of 10 is    12:42
21 just chrysotile. And I believe the Italian and
22 Beaverhead and Montana blind -- blend -- not
23 blind -- is all chrysotile.
24    So that's a good point; you know, which of
25 the mines -- which of the two mines there in the    12:42

Page 441

1 last two is more likely than not to have all the
2 chrysotile in it. I would say more likely than
3 not, Willow Creek/Montana versus in
4 Beaverhead/Montana blend, five out of five, but I
5 can't say it within a reasonable degree of    12:42
6 scientific certainty.
7    Q. Right. I mean, when you know that one has
8 chrysotile -- you've tested one that has
9 chrysotile in it and then you blend it with
10 others, it could either be that one or,    12:42
11 potentially, the others, but you can't rule out
12 it's only the one; right?
13    A. In the last two, I would say more likely
14 than not. I know Italian does have some
15 chrysotile in it, but I know also Willow Creek,    12:43
16 Montana, and Beaverhead also has -- I think more
17 prone to have chrysotile in it than amphiboles.
18 So...
19    Q. You have -- you have the Beaverhead and
20 Willow Creek. What is your -- and there are five 12:43
21 other mines; right? So there's -- I think there's
22 -- what are the -- what are the mines that --
23 what's your understanding of the mines that could
24 potentially --
25    A. You've got Treasure.    12:43

Page 442

41 (Pages 439 - 442)

1    Q. Here it is.
2    A. You have got --
3    Q. Sorry.
4    A. You've got Beaverhead. I'm trying to
5    think of the other two off the top of my head.    12:44
6        (Reporter clarification.)
7    BY MR. RISING:
8    Q. Let me clarify so we have a clean record.
9    A. Historically, you have got one, two,
10    three, four, five mines; Willow Creek, Regal,    12:44
11    Treasure, Beaverhead, and Yellowstone.
12    Q. So it's your opinion that if cosmetic talc
13    came from Montana at any point in time, it must
14    have come from Yellowstone, Beaverhead, Treasure,
15    Regal, or Willow Creek mines?    12:44
16    A. Depending on what the manufacturer said,
17    yes.
18    Q. Do you know if there were any other mines
19    producing cosmetic talc in Montana in the 1950s or
20    '60s -- 1950s, '60s, '70s?    12:45
21    A. Not that I am aware of. If you know one
22    other, I'd like to know.
23    Q. Well, here, we're relying on Mr. Mobley's
24    testimony about potentially getting their product
25    from Montana, and that's all we have to go off of.    12:45
Page 443

1    Right? So that's why you are walking through the
2    five different mines; correct?
3    A. I'm sorry. Could you repeat that? I
4    apologize. I just didn't follow it.
5    Q. Yeah.    12:45
6        Here, there was -- there was a -- there
7    was a deposition of a gentleman in Prudencio,
8    Mr. Mobley.
9    A. Oh, that's correct.
10    Q. Right. And what he said was his    12:45
11    recollection that -- do you recall this, that his
12    recollection was that 85 percent of our talc came
13    from Montana, but no specific mine, or China;
14    again, no specific mine -- 15 percent from China,
15    no specific mine?    12:46
16        Do you recall that?
17    A. Yes, in -- well, for China, there's only
18    one region from it all comes from, and it's all
19    the same. I mean, manufacturers would be at
20    different mines there in that range.    12:46
21        And just in J&J, we probably analyzed 40,
22    50, 60, 70 -- something like 70, 80 bottles,
23    something like that, samples either from
24    containers or from mine retains that were
25    collected either by Segrave or Sanchez.    12:46
Page 444

1    They get field trips to China. My client
2    never offered to send me over to one of those.
3    Q. Sir, let me just walk through this really
4    quick and see if you can tell me.
5        For the Yellowstone mine, what products    12:46
6    have you tested that you understand came from the
7    Yellowstone mine?
8    A. Well, I can't recall now. But, again,
9    it's my opinion it doesn't matter which one it
10    comes from. But at least each one of the mines    12:47
11    where we have tested a product, we find the same
12    thing.
13        When I did the -- you know, the retains
14    and I have to look where the different retains
15    came from, refined chrysotile.    12:47
16        So in my opinion, it's all under one
17    geological condition. It's all the same. Doesn't
18    matter what mine it comes from, in my opinion.
19    Q. Well, let me just walk through. I
20    understand that.    12:47
21        You have tested from Beaverhead; right?
22    Because that was the Avon; correct?
23    A. Treasure, Beaverhead. Cyprus did
24    Yellowstone. I would have to look back where Gold
25    Bond was getting theirs.    12:47
Page 445

1    Q. Not sure about Regal?
2    A. I just don't recall right now.
3    Q. When you say Cyprus Mines, you're
4    referring -- are you referring to the
5    Johns-Manville testing?    12:48
6    A. They did their own testing.
7    Q. Have you produced that testing in this
8    case?
9    A. It's either Cyprus or -- oh, Cyprus or
10    Pfizer. No. Have I produced that? I don't think    12:48
11    so.
12    Q. What you've produced in this case is
13    testing from -- I guess you haven't produced the
14    testing.
15        But what you were relying on is a    12:48
16    reference to testing of Avon -- and you have some
17    data from that that you have in this
18    declaration -- and then the Cashmere Bouquet;
19    right?
20    A. Correct. As well as our own. I didn't    12:49
21    put anything in there about Gold Bond at the time.
22    That's all Montana, from their retains, et cetera.
23        So anyway.
24    Q. Are you -- are you aware of any -- any
25    published peer-reviewed article that finds that    12:49
Page 446

42 (Pages 443 - 446)

Aiken Welch, A Veritext Company
510-451-1580

1 there is various asbestiform talc, whether it be
2 chrysotile or amphibole asbestos, in all talc
3 samples that are mined -- that are mined for
4 Montana?
5     A. I don't know if anybody has published    12:49
6 that.
7     But I know geologically, I've not -- you
8 know, Mickey Gunter said it was all the same;
9 you're going to have the same talc from one to the
10 other.    12:50
11     I think Segrave, even though he say
12 there's -- I think they both say there's no
13 asbestos in there, but they don't say anything --
14 that there's some sort of different geological
15 conditions from one to the other.    12:50
16     If you ever look at a picture of them, you
17 can see them all right next to each other.
18     Q. Okay. But as I understand it, your
19 opinions with respect to Safeway in this case
20 aren't necessarily dependent on this -- this is an    12:50
21 example of what you might use if Safeway is
22 actually from Montana, but in your opinion, the
23 fact that Safeway sold any talcum powder product
24 means that that talcum powder product had some
25 level of asbestos in it; is that correct?    12:51

Page 447

1     A. It's the same opinion that I've been
2 stating, is any mine source that cosmetic talc was
3 sourced from for any of the mines in the -- in
4 North America will have some level asbestos in it.
5 It's just a matter of detection limits.    12:51
6     Q. And now let's translate that to bottles.
7 Does that mean that, in your opinion, any bottles
8 of talcum powder sold by Safeway at any point in
9 time that contained cosmetic talc will -- the
10 bottles themselves -- each bottle will have some    12:51
11 level of asbestos in it?
12     A. Any container sold by Safeway that has
13 cosmetic talc in it is going to have asbestos in
14 it. However, it's a matter of detection limit;
15 you know, can we see it with the detection limits    12:52
16 we have?
17     But in my opinion, there's no such thing
18 as a clean mine, that there is no asbestos in it.
19 That's never been proven. You'd have to have a
20 detection limit down to, by TEM, one fiber,    12:52
21 meaning one fiber per gram or ten fibers per gram.
22     You know, our TEM detection limit right
23 now on amphiboles, the best we have is about 5,000
24 to 6,000, 4,000, 3,000 versus the detection limit
25 that most other labs who do this work has that is    12:52

Page 448

1 at least two orders of magnitude higher.
2     Q. And so that -- that opinion would apply to
3 any cosmetic talc sold by any retailer, large or
4 small, in the United States at any point in time;
5 correct?    12:53
6     A. Yes. But just to make it careful, it's
7 the -- I'm not aware of any other mines than I've
8 already stated in the United States and I'm not
9 aware of any other mines for cosmetic talcs in
10 Europe or Asia such as Chinese, such as Italian,    12:53
11 such as France, such as Brazil, and such as India.
12     Q. But North America, you're -- are you
13 confident in saying that there's asbestos in every
14 bottle of cosmetic talc that was sold at any time
15 in North America?    12:54
16     A. Any bottle that was sold in North America
17 that used a mine source for cosmetic talc in North
18 America will have some level of asbestos in it,
19 and it just depends on the detection limit is --
20 if we can find it or not. So it's all about    12:54
21 detection limits.
22     Q. Okay. But let me take that a little bit
23 further.
24     Do you have an opinion as to what
25 percentage of that talc is at a detection limit    12:55

Page 449

1 where you could find it?
2     A. Well, if you look at our overall positives
3 from the different mines, it's typically running
4 anywhere from, I think, a low of 75 percent or so
5 on average of positives up to a hundred percent    12:55
6 positive, depending on what we are looking for.
7     Q. And -- and you believe you've tested --
8 you've tested cosmetic talc from every mine source
9 in North America?
10     A. Yes, sir.    12:55
11     Q. Okay.
12     A. Either I or what others have. So
13 that's -- you know, that's my ongoing opinion. If
14 you -- but it depends on the detection limit.
15     If you have something by TEM that has --    12:56
16 you have to have a detection limit of a thousand
17 fibers or bundles per gram, we are not going to
18 see it yet, or 2,000 for fibers and grams. But it
19 gets up in the 4- or 5,000 range and as long as --
20 as long as we can hit that detection limit --    12:56
21     But in order to really quantify it is --
22 we'd have to get a much better detection limit,
23 and so far, that doesn't exist.
24     Q. And wouldn't you have to actually test
25 some -- some bottles of the talc from the actual    12:56

Page 450

43 (Pages 447 - 450)

1 manufacturer -- or from the actual supplier? So
2 wouldn't you have to test some Safeway baby powder
3 to confirm your theory?
4       MR. REID: Assumes facts. Overbroad.
5       THE WITNESS: No. If we -- if we had    12:56
6 containers -- say we had ten containers. It would
7 be my opinion more than half of them, we would
8 find positive for some type of asbestos, even if
9 they're all from Montana.
10 BY MR. RISING:    12:57
11      Q. And in order to test that -- do you have
12 this --
13      First of all, did you produce all -- I
14 assume this was test -- did you produce all
15 testing for all mines in North America and all --    12:57
16 and reference all secondary sources that you would
17 be relying on to make that opinion in this case?
18      A. Well, that's five and a half years' worth
19 of work, close to, you know, 400 and change of
20 samples that have been sourced for every one of    12:57
21 the mines. No, I haven't produced all that.
22      Q. And other than the declaration that we
23 marked as Exhibit 23, do you have anything -- and
24 Exhibit 6, which is your exposure notes, and
25 Exhibit 4, which is your deposition notes report,    12:58

Page 451

1 do you have anything -- any opinions written
2 down -- are there any opinions outside of those
3 three documents that you are providing with
4 respect to Safeway, other than this opinion that
5 all mines in North America contain asbestos?    12:58
6       MR. REID: Ignores former testimony.
7 Overbroad. Assumes facts.
8       THE WITNESS: You know, I think over the
9 last few hours, we've covered all my opinions
10 about asbestos in the North American cosmetic talc    12:58
11 mines as well as what some would say are the
12 industrial talc mines.
13 BY MR. RISING:
14      Q. And you would agree that for me to test
15 that opinion, Dr. Longo, I would need to see all    12:59
16 of the testing, all of the backup, all of the
17 documents that not only indicate the results of
18 the testing, but what you tested and where -- and
19 the mine source that it came from in order to test
20 your opinion?    12:59
21      You agree with that?
22      MR. REID: Assumes facts and overbroad.
23      THE WITNESS: My answer would be no. This
24 is my opinions, and it's based on all this work.
25 You know, show me -- show me data that -- show me    12:59

Page 452

1 something that proves me wrong.
2 BY MR. RISING:
3       Q. You understand you're representing --
4 you're testifying on behalf of the plaintiff in
5 this case, Dr. Longo?    13:00
6       A. I understand.
7       Q. And you understand that plaintiff has the
8 burden of proof in this case?
9       MR. REID: Calls for a legal conclusion.
10      THE WITNESS: Well, I'm not an attorney.    13:00
11 I'm just telling you the work we've done. So I --
12 let's -- you know, you're asking me questions on
13 why. I'm telling you why.
14      So it's not clear to me that -- that the
15 amount of documentation that I would have to    13:00
16 produce would be literally almost 400 -- over 400
17 separate analysis that would fill this desk and be
18 nothing different than what you have already seen,
19 except it would just be a bunch more.
20 BY MR. RISING:    13:00
21      Q. But you would agree that the -- you're
22 relying on that to provide your opinion with
23 respect to Safeway in this case?
24      A. Well, that's a "yes" and "no." I'm
25 relying on everything I've stated here, but that's    13:01

Page 453

1 just more confirmation about my opinions are
2 correct.
3       Q. Are you prepared at trial to -- to sit
4 down and show -- and walk the jury through all the
5 information that you rely on for each mine in    13:01
6 North America, including each mine in Montana, to
7 show them everything that you rely on with respect
8 to forming an opinion that any bottle of talc that
9 comes out of that mine has some level of asbestos
10 in it?    13:01
11      MR. REID: Hold on.
12      Early, could I have that question read
13 back.
14      (Record read by the court reporter.)
15      MR. REID: Overbroad. Assumes facts.    13:02
16      THE WITNESS: I think that would be about
17 a week of testimony. I'm not sure I'm scheduled
18 to do that.
19      I'm prepared to tell the jury just what I
20 have told you. I'm prepared to provide this    13:02
21 information that we have on here and why I believe
22 this. But you, obviously, have an opportunity to
23 cross-examine me and point out what you believe
24 are all the defects in my opinions.
25 BY MR. RISING:    13:02

Page 454

44 (Pages 451 - 454)

1     Q. And I just want to make -- I just want to
2  make it clear, Dr. Longo, that part of what you
3  are relying on to form these opinions is testing
4  that you've done on what you call over 400 bottles
5  of -- of cosmetic talc, and you have not provided   13:02
6  that -- the results of that testing or any
7  evidence that the bottles actually came from a
8  particular mine for me to review in advance of
9  this deposition.
10    A. No, I'm not relying on these 400. I'm     13:03
11 just answering your questions. They -- they
12 confirm what I've been telling you. So I don't
13 know what else to tell you.
14    Q. Have you told me everything -- all -- have
15 you provided to me all of your opinions with      13:03
16 respect to Safeway that you intend to offer in
17 this case?
18    MR. REID: Overbroad.
19    THE WITNESS: As I stated earlier about
20 Montana -- and, certainly, Chinese, we have the    13:03
21 same -- the same thing, as most all the Chinese
22 that we have done is J&J. They may be happy to
23 share it all with you. I don't know.
24    But I've given you my basic opinions, you
25 know, as I sit here now. I hope I've covered them  13:04

*Page 455*

1  all.
2  BY MR. RISING:
3     Q. Oh, I had another question for you. Are
4  you -- is -- are the mines that J&J gets its talc
5  from in China, are those the only mines that      13:04
6  produce cosmetic talc in China, or have produced
7  cosmetic talc in China at any point in time?
8     A. Well, it's the Guangxi region, and there's
9  probably five mines there. But those five mines
10 have all the same product in it because it's the   13:04
11 same issue with the -- with th Guangxi region that
12 it is with Montana; it's all in the same belt. So
13 it's -- you know, J&J has used a number of the
14 different ones in Guangxi, and so has others, but
15 it's all the same.                    13:05
16    Q. And my question is -- like, I understand
17 where J&J gets its talc from -- is there any
18 other -- is it your opinion that those are the --
19 that's the only talc that comes out of China and
20 has come out of China at any point in time?       13:05
21    A. It's the only mines where manufacturers
22 have gotten their cosmetic talc.
23    Q. And what's your basis for that
24 understanding?
25    A. Information provided by Johnson & Johnson  13:05

*Page 456*

1  in their discovery as well as others that have
2  used Chinese, such as Chanel from about the year
3  2001 on; Avon -- I forget what year on. Let's see
4  who else. There may be a few others.
5     That's the ones I can think of off the top   13:06
6  of my head.
7     Q. Have you produced the J&J information, the
8  Avon information, or the Chanel information that
9  you just referenced to me -- to us in this case?
10    MR. REID: Overbroad, assumes facts, and    13:06
11 calls for a legal conclusion regarding
12 obligations.
13    THE WITNESS: The same answer as with all
14 our Montana things that you asked me about.
15 BY MR. RISING:                    13:06
16    Q. Well --
17    A. -- which would be no.
18    Q. -- for information that you've gotten from
19 a specific manufacturer, that's not publicly
20 available information that we can go get; correct? 13:06
21 We would have to go to that manufacturer?
22    A. I mean, I don't know. I guess.
23    Q. All the information that you were
24 provided, you were provided in litigation;
25 correct?                       13:07

*Page 457*

1     A. Well, from -- the actual documents from
2  different manufacturers, yes. I'm not sure I
3  would have been very successful at contacting them
4  directly.
5     Q. And do you have any reason to believe that 13:07
6  I would be any more successful in contacting them
7  directly on behalf of Longs?
8     A. I mean, aren't you defense attorneys in
9  this litigation some sort of brotherhood; share
10 and share alike?                   13:07
11    Q. I don't know if that's true. Let me --
12    A. You don't know that's true? Oh, man.
13 That's not...
14    Q. But at any rate, you haven't -- you
15 haven't provided that. That's not part of your    13:07
16 file in this case; correct?
17    MR. REID: Vague and ambiguous as
18 to "file."
19    THE WITNESS: Well, I didn't know if it
20 was necessary or not.                 13:08
21 BY MR. RISING:
22    Q. You understand that every time you give a
23 deposition that you're expected to provide the
24 file of documents and information that you are
25 relying on; correct, Dr. Longo?            13:08

*Page 458*

45 (Pages 455 - 458)

1    MR. REID: Calls for legal conclusion,
2 assumes facts regarding obligations.
3    THE WITNESS: I have what I am relying on.
4 I have provided it.
5 BY MR. RISING:                        13:08
6    Q. Okay.
7    A. I can't anticipate what questions you may
8 ask that somehow -- I didn't know that, you know,
9 you wanted -- that somebody would actually ask for
10 every analysis we've ever done in cosmetic talcs    13:08
11 for the different sources.
12    And I have been giving this opinion for a
13 while now, so I don't know what depositions of
14 mine you may have read or not. So, you know, I
15 can't -- you know, I'm not -- I'm not an attorney.  13:08
16 So alls -- I can only provide what I think is
17 necessary.
18    Q. Let's move -- oh, Dr. Longo, you don't
19 have any opinions with respect to any store-brand
20 talcum powder sold by Lucky; correct?              13:09
21    A. If Lucky sold store-brand talcum powder, I
22 wouldn't have any opinions about Lucky itself on
23 what they were responsible for, for who knew what
24 when about asbestos, or should they have put
25 warnings on, et cetera.                            13:09

Page 459

1 I have containers I have purchased from
2 Lucky's, such as Johnson's Baby Powder. I'm
3 only -- I'm only interested in what they're
4 selling, and it doesn't matter where it came from.
5 It doesn't matter if the container came from       13:09
6 Lucky's or Rite-Aid or whoever.
7    Q. And my question is a little -- I guess let
8 me put a finer point on it.
9    You haven't tested any Lucky store-brand
10 baby powder and don't have any opinions about      13:10
11 testing of Lucky store-brand baby powder that you
12 are providing in this case; correct?
13    A. I'm not aware that Lucky's made a
14 store-brand baby powder. However, hypothetically,
15 if they did, I would have the same opinions about  13:10
16 the store-brand baby powder that I have with
17 Safeway; if it was from some mine in North America
18 or the mine in South America, I would have
19 opinions that, yes, it more likely than not would
20 have asbestos in it.                               13:10
21    Q. And, again, that's based on documents that
22 you have showing the mine sources for -- for each
23 of the cosmetic talc samples that you've tested
24 over time, and that -- that's in excess of
25 400 bottles; correct?                              13:10

Page 460

1    A. And information, you know, we received
2 over -- you know, from different manufacturers on
3 their source as well as the sources from the
4 distributors, where they bought a lot -- you know,
5 where they purchased the talc, what their source   13:11
6 was, you know, Whitaker, Clark & Daniels or
7 others.
8    Q. And just to be clear, none of that was
9 produced as part of your file that you produced
10 for your deposition in this case; correct?         13:11
11    A. That is correct. But you ask me, and I
12 tell you, and, you know, now that -- we are up to
13 an ungodly amount of paperwork.
14    Q. I understand.
15    A. I mean, it would have been a lot easier,   13:11
16 of course, that other than person most
17 knowledgeable just saying Montana had actually
18 given where in Montana. It would have been easier
19 to deal with that, or, you know, China. But
20 that's not something we got from -- from the       13:11
21 information from the actual company.
22    Q. I want to move on to the Longs Baby Powder
23 analysis.
24    A. Oh, I thought we had gone -- I thought we
25 got through that. Okay. I'm just kidding with     13:12

Page 461

1 you.
2    Q. Do you have that in front of you? Can you
3 pull that binder back out?
4    A. Excuse me?
5    Q. Can you pull that Longs Baby Powder        13:12
6 analysis back out, and we'll kind of walk through
7 it?
8    A. Sure.
9    Q. Just to make clear for this, this was --
10 this was provided in Prudencio, which is a         13:12
11 different case, and it has a -- I think it's at
12 page -- starting at page 23, it has potential
13 asbestos exposure to the use of Longs Baby Powder
14 containers. That's all related to a different
15 plaintiff, isn't relevant to this case; is that    13:13
16 correct?
17    A. Yes. I mean, you could take -- based on
18 this analysis, you could take "Christina
19 Prudencio" out and put, you know, "Mr. Eagles" in
20 there. It doesn't change anything.                 13:13
21    Q. So you're fine just to take one
22 plaintiff's exposure analysis from one case, cross
23 out the name, put in another plaintiff in the
24 current case, and that's the exposure analysis?
25    A. Well, the exposure analysis is based on   13:13

Page 462

46 (Pages 459 - 462)

1  our results. It's not as cavalier as saying, "I'm
2  going to cross out one versus the other." It
3  doesn't change the analysis, one individual using
4  this product versus another individual. So the
5  analysis doesn't change.                13:14
6      Q. Well, don't different people -- didn't you
7  do a different exposure analysis in this case?
8      MR. REID: Assumes facts and overbroad.
9      THE WITNESS: Hold on. Oh, god. I hate
10  this.                                  13:14
11 BY MR. RISING:
12     Q. That's the problem with those big binders,
13  Dr. Longo.
14     A. I know. And it needs to be changed out.
15  So...                                  13:14
16     Q. I'm not going to go through that, but is
17  it your opinion in this case that we can just
18  cross out a plaintiff in a different case who
19  was -- had a totally separate experience with
20  Longs Baby Powder and just write in "Mr. Eagles"? 13:15
21     A. I don't recall how often, you know, the
22  Prudencio -- in Prudencio that this was used as
23  compared to the -- compared to the Johnson's Baby
24  Powder analysis, but the analysis of these 15
25  samples do not change.                 13:15

Page 463

1      If you would have asked me without looking
2  at that and say, "What is your opinion about
3  that," I would have said that, you know,
4  "Mr. Eagles would have had a significant exposure
5  over background based on these results."   13:16
6      Q. Let me ask you just about -- now, first of
7  all, you don't recall -- is there any way to tell
8  from looking at one of your reports whether you
9  actually looked at the samples at issue; meaning,
10  you looked -- you sat down at the microscope and  13:16
11  looked at the samples?
12     A. I don't sit down from start to finish to
13  analyze anything like this. I do sit in, and when
14  there is a question, you know, "What do you think
15  of this; is this something that -- that you      13:16
16  feel -- you know, is it in the range," that sort
17  of thing -- but no, I don't sit down and do from
18  the start to finish analysis for PLM or --
19     Q. I understand start-to-finish analysis, but
20  do you -- but as you sit here today, do you recall 13:17
21  whether or not you actually looked at, through the
22  microscope, the Longs Baby Powder in order to form
23  your opinions about Longs in this case?
24     MR. REID: Overbroad, assumes facts,
25  incomplete hypothetical.                13:17

Page 464

1      THE WITNESS: I don't remember what
2  happened, you know, over two years ago. The
3  opinions are based on this data that -- from the
4  people that I have trained over the years and in
5  charge of. So the data itself and all the     13:17
6  pictures and the -- and how much, et cetera. You
7  know, I review every piece of data in here, unless
8  I missed something.
9      But I couldn't tell you now -- probably
10  did, but I couldn't tell you now if, in fact, I   13:18
11  sat down and took a look through the microscope on
12  any of these.
13     It wouldn't be to base my opinion on
14  anything. My opinion -- it would be, right at
15  that moment, what is my opinion -- what is my    13:18
16  reaction to what I am looking at? Is that
17  something that is -- that I would call chrysotile
18  or I would call fibrous talc or I would call --
19  you know, if it happens to be on the amphibole
20  side, I would call tremolite or anthophyllite or  13:18
21  what have you.
22 BY MR. RISING:
23     Q. And when Mr. Hines was walking you through
24  some of the slides in the Longs report, with
25  several of them, you said, "I'm not -- if we could 13:18

Page 465

1  look through the microscope, I could show you
2  better where -- why these were bundles or why they
3  had splayed ends" or something to that effect. Do
4  you recall that?
5      A. I recall it, but that's not what I -- what 13:19
6  I said was --
7      And this was one tremolite structure
8  where -- out of -- I don't know -- maybe over a
9  thousand data -- thousand different pictures --
10  hundreds and hundreds of pictures and         13:19
11  photomicrographs. And it was only one, and -- and
12  it was one tremolite bundle where it was pretty
13  thick, but you had to look -- you had to look and
14  see those corners.
15     But you're always -- it's easier when     13:19
16  you're sitting there at the microscope because you
17  can change the focal plane, you can go up in
18  higher mag, et cetera --
19     And the individual who did this work is an
20  incredibly experienced TEM analyst, so I don't    13:20
21  have any problem with it -- but I can still see
22  the indication that is, in fact, a bundle.
23     Q. And that kind of brings me to the point.
24  You mentioned these kind of fancy microscopes that
25  you have, the Leica ones. I think I've seen them  13:20

Page 466

47 (Pages 463 - 466)

1 in a number of your reports. When did you first
2 get those?
3     A. We must have got them right around --
4 just -- I mean, not too far from this analysis
5 because the -- I can see that how it's set up, as  13:20
6 I recall. And I'd have to check for sure, but I'm
7 pretty sure these are the new scopes -- or new
8 scope that was used here.
9     Q. And so you're -- what the viewer is kind
10 of seeing when they're looking at these images of  13:21
11 what -- what you're opining is either chrysotile
12 asbestos or tremolite asbestos, it depends on the
13 quality of the microscope; is that fair to say?
14     MR. REID: Misstates. Mischaracterizes.
15     THE WITNESS: Just give me a second. I  13:21
16 want to see...
17     I'm just looking to see if we actually...
18 BY MR. RISING:
19     Q. If you look at page 12 of 33.
20     A. Well, I just want to look and see if --  13:21
21 you know, I have to look when these microscopes
22 were installed.
23     Okay. Page 12. I'm sorry.
24     Q. You just have this reference, there. It
25 says, "At MAS, we have new Leica DM4 P" --  13:22

Page 467

1     A. Oh, okay, yes. These were fairly brand
2 new at the time.
3     Q. And it talks about it's equipped with
4 certain things. So, like, the -- which I think
5 is -- you're saying is important to be able to  13:22
6 see.
7     In particular, for your chrysotile
8 testing, your heavy liquid density separation,
9 you've -- you've opined that it is important to
10 have a microscope that's at or above the quality  13:22
11 of the microscopes that you utilize; correct?
12     A. It makes it very -- it makes it easier.
13 We were finding chrysotile before we got these new
14 microscopes, but in order to really help us, we
15 purchased a -- what they call flat or infinity  13:23
16 lens, 4- -- I think at 4- -- 400X. But at that
17 time, for that -- it's an old Olympus.
18     But this particular manufacturer made flat
19 objective lenses or infinity lenses not only for
20 the higher magnification but the 10X central-stop  13:23
21 dispersion lens, which makes a big difference in
22 being able to see some of the smaller structures
23 and still be able to do dispersion staining and be
24 able to get the appropriate colors.
25     Also, it has an LED light source that  13:23

Page 468

1 provides a truly white light instead of some of
2 the yellows -- a slight yellowness you can get
3 with tungsten lights.
4     It has a very high-resolution camera built
5 into the microscope, as well as it comes with a  13:24
6 very high- resolution monitor so that it allows
7 you to see some of the structures a little bit
8 better.
9     For example, you know, you look at
10 Segrave's PLM analysis in this case and then look  13:24
11 at ours, the resolution that we have is such a
12 higher quality, especially at the -- you know, the
13 400X or the 600X, on what we can see.
14     So, to me, it's a much more precise PLM
15 microscope. It's like anything else; when, you  13:24
16 know, new technology comes along where you get
17 better resolution, better objective lenses, you
18 know, it's just -- we try to keep up with the
19 advances in the techniques that -- advances in the
20 equipment.  13:25
21     Q. And how is it that -- how is it that the
22 jury -- when you present this to a jury, how is it
23 that the jury can be sure that they're seeing what
24 you were seeing -- or what your analysts were
25 seeing when they looked through the microscope?  13:25

Page 469

1     A. Because we'll have pictures of it. And,
2 also, the jury will be able to understand how
3 much -- how technology gives you much better
4 resolution by just comparing Mr. Segrave's
5 photographs with ours. And also can show how  13:25
6 Mr. Segrave's PLM analyst is misidentifying stuff.
7     Q. And I'll get to that in a second.
8     But can you turn -- turn to page --
9 page 27 with your Table 1.
10     A. I have to take deep breaths before I throw 13:26
11 this thing across the room. I've got to give it
12 to my -- to somebody to get me a new one of these
13 that doesn't screw up on me.
14     Okay. I'm at Table 1.
15     Q. Just initially, this has -- this has  13:26
16 the -- sample number, the product, the size.
17 And you have here "Size of JBP containers."
18     Do you mean -- is that a typo?
19     A. Oh. Of course.
20     Q. Are you certain, or did you potentially  13:26
21 mix up Johnson's Baby Powder testing with Longs
22 Baby Powder testing?
23     A. No. It says, "Source of container" down
24 the right-hand side, "Longs Drugs."
25     No, I'm sure I grabbed that from another  13:27

Page 470

48 (Pages 467 - 470)

Aiken Welch, A Veritext Company
510-451-1580

1 report just to have the stuff going across, and
2 it's always one or two or three typos.
3    Q. And then you have here, "Year of
4 manufacture."
5       That doesn't really apply to the          13:27
6 information you have here; correct?
7    A. I'd have to get to the containers and the
8 affidavits to see what they said, when they may
9 have purchased it.
10      So I've forgotten where that information  13:28
11 came from, but it may well be in the container.
12   Q. And I'll represent to you that it came
13 from the declarations. But what I am saying is,
14 it doesn't really give you a year of manufacture.
15 It just gives you a range for when these people   13:28
16 could have potentially -- they believe or recalled
17 they could have potentially purchased it?
18   A. Yeah. Unless it's on the container, that
19 is correct.
20   Q. So -- and we saw earlier that Mr. Eagles  13:28
21 used however many bottles of Longs Baby Powder,
22 according to his deposition testimony, through
23 sometime in the 1980s. So there's not really any
24 of these that's more likely than not from a time
25 period that Mr. Eagles used Longs Baby Powder;   13:28

Page 471

1 correct?
2    A. I don't know about more likely than not.
3 You know, he said '80s, some in the '90s. But,
4 again, if it is all from some combination of
5 Montana and Chinese, it really doesn't matter.   13:29
6    Q. Well, and let me -- but I just want to
7 make clear here, you did say -- he did say that he
8 stopped using Longs Baby Powder in the 1980s;
9 correct? That was at least according to his
10 deposition testimony. We've already went through  13:29
11 that?
12   A. I believe it may have been 1980s. If it's
13 in 1980s, that's fine.
14      Whatever the mine source is through
15 here -- I'm sure I have it somewhere, what the   13:29
16 mine source is -- it really doesn't matter.
17   Q. And you have -- you have nine of these
18 bottles that don't have any date whatsoever;
19 right?
20   A. Correct.          13:30
21   Q. And then -- and then one is after 1987, so
22 it's possible that he could have -- it's a bottle
23 representative of a time period that he could have
24 purchased a bottle, but it's also more likely than
25 not, given that it's just after, that it could   13:30

Page 472

1 have been in 1990s or 2000s; right?
2    A. Could have been in the 1990s; could have
3 been in the 2000s, 1980s.
4    Q. We just don't know; right?
5    A. Again, we don't know, but it is an issue  13:30
6 without -- to me, without consequences.
7    Q. Well, to the extent the jury wants to
8 put any weight on the fact that we did or did not
9 test bottles from a time period that Mr. Eagles
10 could have even purchased them, none of these   13:30
11 bottles is from that -- from a time period
12 necessarily; right?
13      MR. REID: Argumentative. Assumes facts.
14 Vague, ambiguous, and calls for a legal
15 conclusion.          13:31
16      THE WITNESS: Again, I would -- hopefully,
17 what I could tell the jury is that the mine source
18 is more important than what the dates are. So the
19 ones we have dates on, as long as we have the
20 similar -- the same mine source, it doesn't -- to  13:31
21 me, it doesn't matter. But, you know, that's up
22 to the jury to decide.
23 BY MR. RISING:
24   Q. And you'd want to have good evidence of
25 the mine source? For example, like, with the   13:31

Page 473

1 Avon, you have the actual formula; right?
2      MR. REID: Vague, ambiguous as to "good
3 evidence."
4      THE WITNESS: Well, it would be nice if
5 Longs provide their formulas. So why would I have  13:31
6 more information than the manufacturer?
7      And why -- we've got the container codes.
8 Longs ought to able to go through their records,
9 because those all -- container codes and tell you
10 exactly what date this was manufactured. But I   13:32
11 haven't seen any of that yet.
12      So you're putting a burden on me that the
13 information is right there. There's the
14 containers' codes.
15 BY MR. RISING:          13:32
16   Q. I am not putting a burden on you,
17 Dr. Longo. I'm just asking you, would you prefer
18 to have a strong link between the mine that it
19 came from, strong -- strong evidence, like -- like
20 what you believe you have for Avon?          13:32
21      MR. REID: Argumentative. Assumes facts.
22 Vague, ambiguous as to "strong evidence."
23      THE WITNESS: I believe the evidence I
24 have is strong enough. Would it be nice that more
25 information was provided from the manufacturer so  13:32

Page 474

1  that we wouldn't have -- even have this discussion
2  and -- so I believe the information we have is
3  plenty of evidence -- to me, strong evidence --
4  and it will be up to the jury to decide one way or
5  the other.                                    13:33
6  BY MR. RISING:
7      Q.  What is that information that you have
8  with respect to where the Longs Baby Powder was
9  mined?
10     A.  Well, we have -- 15 containers all have  13:33
11  asbestos in them, and it's all similar.  We have
12  four that have -- let's see -- one, two, three,
13  four, five, six, seven -- I think we have four or
14  five that have tremolite in them.
15     Q.  Oh, and I wanted to ask you about that,  13:33
16  Dr. Longo.
17     A.  And testimony is going to be that no
18  matter where you mined it from, it's going to have
19  some level of asbestos in it.
20         In this particular case, we've got 15 --  13:33
21  we have 15 containers of yours that have asbestos
22  in them, all 15.
23     Q.  And that's -- you found -- you found 15
24  that had chrysotile in all 15; correct?
25     A.  Correct.                               13:34

Page 475

1      Q.  And then you found tremolite in five; is
2  that correct?
3      A.  That is -- was it five?  It may be four.
4      Q.  Look at Table 2, page...
5      A.  One, two, three, four, five.  There.  You  13:34
6  know it better than me.  I thought it was four.
7          And five with tremolite in it.  So...
8      Q.  Now, these numbers, when you have, like,
9  the 9,320 or the 9,380, 9,330, does that indicate
10  to you that that was one fiber or what you call  13:35
11  one bundle of tremolite was found?
12     A.  Yes.
13     Q.  And then -- and then -- so the -- the
14  18,700, that's two fibers of tremolite?
15     A.  Correct.  And the 27,700 is three.  13:35
16     Q.  And that would have all come from -- I
17  realize you don't shake it, but you turn it upside
18  down, and you get -- you get a couple grams out,
19  and that's how you test it?
20     A.  Yes, sir.                              13:35
21     Q.  You don't dip down in the bottom of the
22  bottle and pull a sample from there; correct?
23     A.  No.  We do not -- we do not damage the
24  bottles.
25     Q.  That's -- right.  But you basically -- you  13:35

Page 476

1  get all your samples out of the shaker top; right?
2      A.  Correct.
3      Q.  And if we look at these, do you recall
4  that you got -- you see how the MAS sample numbers
5  go 1, 2, 3, 4, and then they start over again, 1  13:36
6  through 11?
7      A.  Yes.
8      Q.  And that's because you received four in
9  one batch from Mr. Satterley and then the next
10  eleven in another batch from Mr. Satterley?  13:36
11     A.  That is correct.
12     Q.  And do you have any understanding of what
13  Mr. Satterley or his -- his employees or the other
14  attorneys who gathered and purchased these bottles
15  from their owners -- what they did with them in  13:36
16  the interim?
17     A.  From the time frame they purchased them to
18  the time frame they sent them to me?
19     Q.  Correct.
20     A.  I would assume they're in their office  13:36
21  somewhere.
22     Q.  Do you have any -- you've been to
23  Mr. Satterley's office, I assume?
24     A.  Yes, sir.
25     Q.  And is there a place, an evidence room or  13:36

Page 477

1  something, that you have seen where they keep
2  their sample bottles or asbestos-containing
3  products for cases that they're litigating?
4      A.  I mean, I don't ask about their evidence
5  room.  I know that to get in that office, you have  13:37
6  to be -- if you're not -- you've got to be
7  escorted in.  You've got to be -- known that you
8  are showing up.  But I don't know about any
9  evidence room or not.  You have to ask
10  Mr. Satterley.                              13:37
11     Q.  I may.
12         But you're not aware of where
13  they would -- they sort of store their either
14  samples of talcum powder products or samples of
15  brakes?                                     13:37
16         I mean, first of all, it's your
17  understanding that the Kazan law firm, where
18  Mr. Satterley is, is -- they're mostly an asbestos
19  plaintiffs side law firm; right?
20     A.  I would agree.                         13:38
21     Q.  And they -- and they have cases with all
22  different kinds of asbestos products?  Do you
23  agree with that as well?
24     A.  I'm sorry.  Could you repeat that?
25     Q.  They have cases of asbestos exposure with  13:38

Page 478

50 (Pages 475 - 478)

1  all different kinds of products; friction
2  products, brakes, talcum powder, other products
3  that -- that people allege provided them with
4  asbestos exposures?
5      A. That's sort of broad. The last time I    13:38
6  actually received asbestos products, I mean, like
7  what you're talking about, brakes, et cetera,
8  might have been in 2015 or 2016.
9      Q. Okay. But certainly, you've received a
10 lot of talc -- cosmetic talc products from the    13:38
11 Kazan law firm -- from the Kazan law firm in the
12 last two, three years; right?
13     A. I don't know how many out of the 400. You
14 know, 15 here... so yeah, there's been a number of
15 samples. Less than -- way less than 100.    13:39
16     Q. Approximately how many from the Kazan law
17 firm since --
18     A. I'd say less -- you know, maybe 50.
19     Q. And you just don't know one way or the
20 other how they store them at their law firm?    13:39
21     A. You know, have I ever seen them? Have I
22 ever seen them when I've been there the few times I
23 No.
24        Do I think that has been anything that
25 would have been problematic about -- somehow    13:40

Page 479

1  of a used bottle of baby powder?
2      A. Sitting on top of a used -- you mean,
3  like, somebody has stacked two on top of each
4  other?
5      Q. No. Somebody left a bottle in a -- you    13:41
6  know, somebody left a bottle out anywhere,
7  somewhere in their garage, wherever, and it had
8  something on top of it. I'm not even saying
9  asbestos, just dust or something. How do you make
10 sure that the talc that you are shaking out isn't    13:41
11 picking that up?
12     A. Well, you have to start looking at this at
13 a practical level. If you look at our analysis
14 and then look at the size of the holes and you
15 look at how much we're finding in there per gram    13:42
16 and then how much would the whole bottle hold and
17 go, "How did that happen, that you would have that
18 concentration in some area be released and somehow
19 make its way down into holes and contaminate these
20 samples?"    13:42
21     Q. Well, in several of the samples, you
22 found just -- I'm sorry. Go ahead.
23     A. That just did not happen. Did not happen.
24     Q. But in at least three of the samples, you
25 only found one fiber; right?    13:42

Page 481

1  they're being tampered with or that it's sitting
2  somewhere that, magically, asbestos would get in
3  it of any sort? No. That's a brand -- that
4  building was built way after they were using any
5  asbestos products, sort of a new law office, maybe    13:40
6  in the early 2000s was built. There was no way
7  that it was contaminated by anybody.
8      Q. Well, you're testing -- they're sending
9  you cosmetic talc -- cosmetic talc bottles, and
10 you're finding asbestos in those cosmetic talc    13:40
11 bottles; right?
12     A. Correct. So it's there.
13     Q. And some of those are opened and have been
14 opened, right, when you receive them? For
15 example, all the Longs bottles; right?    13:40
16     A. Correct.
17     Q. And you'd agree that if those are not
18 properly sealed and stored together, they have a
19 possibility of cross-contaminating each other;
20 right?    13:41
21     A. No, I don't agree with that. That would
22 be impossible.
23     Q. What is it that you do to the lid
24 of the -- like, how do you make sure that you are
25 not getting anything from -- that's sitting on top    13:41

Page 480

1      A. Yeah, we found one fiber. But in order to
2  find that one fiber, you have to have a detection
3  limit of about 7-, 8,000 per gram. And then you
4  look at how many grams you have in there. So
5  we're talking about millions -- or hundreds of    13:43
6  thousands to get in there.
7         And where did the tremolite come from
8  without -- if it's an accessory mineral for
9  something, why not -- how come you're not finding
10 what else -- where the tremolite came from?    13:43
11     Q. So have you -- you've ruled out possible
12 contamination, for the tremolite at least?
13     A. Absolutely, as well as the chrysotile.
14 You'd have to have some source of chrysotile
15 that's being continuously released at very high    13:43
16 concentrations and somehow making its way through
17 the holes in the container because somebody left
18 it open, sitting out in the -- somewhere that
19 there's chrysotile that's being routinely
20 disturbed.    13:43
21     Q. Maybe I'm misunderstanding your test, but
22 my understanding is you did the TEM test, and you
23 found one fiber. Right?
24     A. Correct.
25     Q. And then everything else you're talking    13:43

Page 482

51 (Pages 479 - 482)

1 about is math; right?
2   A. Well, it's your analytical sensitivity or
3 your detection limit. And, you know, are you --
4 is that the only fiber in the entire bottle, or is
5 there an analytical sensitivity, where you go,    13:44
6 "Okay, to find this, I've got to have this much in
7 here for me to find it."
8   Q. And -- but that's all math and formula;
9 right? You didn't find extra fibers; you're just
10 applying a formula, because you found one in a    13:44
11 number of grids, based upon the amount of powder
12 you were testing; correct?
13   A. Yeah, how much we had tested, et cetera.
14 It's, you know, the same thing if you go take a
15 pint of water out of Lake Michigan and you go test  13:44
16 it and you find ten parts per million lead. Well,
17 they didn't test the entire Lake Michigan, but
18 that would say is, "Well, Lake Michigan has got
19 lead in it."
20   All analytical chemistry, especially    13:45
21 environmental, does this. You can't ever test the
22 whole thing.
23   Q. You could test it twice or three times,
24 though, couldn't you?
25   A. Certainly. You could test it as many    13:45

Page 483

1 times as you like.
2   Q. And you tested it once; right?
3   A. Yes, sir, we did.
4   Q. I assume you looked at Alan Segrave's
5 report, and you have some criticisms of    13:45
6 Mr. Segrave's analysis?
7   A. Yes.
8   Are we done with Longs? I can put this
9 somewhere?
10   Q. Yeah. I'm going to make you pick it back  13:45
11 up just to see you work out, but other than -- but
12 yeah, you're good for now.
13   A. Well, it's a back issue.
14   Q. That's a big binder.
15   A. Yes.    13:45
16   Yes, let me -- you know, you can start on
17 page 8. You know -- you know, he goes -- on page 8,
18 paragraph Perrigo 1, 2, 3, 4 -- 5 talks about what
19 great analytical tests have been done.
20   But he also talks about OSHA here, where  13:46
21 they said, you know, only analyze asbestiform by,
22 you know, PCM and the air samples, et cetera. But
23 they never tell you in the protocol how to do
24 that. They have made no -- there have been no    13:46
25 adjustment or anything by OSHA to actually give

Page 484

1 you a protocol to tell the difference between,
2 quote, asbestiform and nonasbestiform.
3   Infrared testing, that is not a method
4 that is really recognized by anybody as being
5 successful.    13:47
6   And, of course, all the problems with J4-1
7 testing protocol. Detection limits by XRD are
8 .1 percent, best, for tremolite. Anthophyllite is
9 about .2, .3. Chrysotile is .4, .5. So J4 is not
10 something that is very reliable.    13:47
11   Let's see here.
12   Page 9, you know, it's -- Segrave uses
13 a -- uses the EPA/R-93 TEM method, he says, and
14 following that, to be asbestiform, it has to be 20
15 to 1, by that TEM method.    13:47
16   He leaves out the fact that if you go to
17 the EPA/R-93/600 and look at the asbestos -- look
18 at the TEM analysis -- and nobody bothers looking
19 at what they reference for the TEM analysis. They
20 don't reference the PLM analysis. They do not say  13:48
21 20 to 1, to a hundred to one. What they say is,
22 use the AHERA TEM method, which is greater than or
23 equal to 5 to 1, et cetera. So he's wrong on that
24 area.
25   And I know we don't have much time, so I'm  13:48

Page 485

1 just going to go to some of the -- if we go to
2 page 10, he talks about the FDA conducted a study,
3 27 samples, cosmetic-grade raw talc, 34 samples,
4 didn't find anything.
5   The -- 2009, 2010, the detection limit    13:48
6 there for finding one was, I think, about 10
7 million, where ours is 5- to 7,000. It's not
8 surprising that you're not finding anything.
9   The New York State 1988-1 (sic) PLM and
10 198-4 TEM is an asbestos floor tile method.    13:49
11 Doesn't say anything about talc in it. Again,
12 they say nothing was found.
13   The Interagency Working Group on Asbestos
14 in Consumer Products, he says that the white paper
15 is currently in comment period and further    13:49
16 specificity on the analytical approach may be
17 forthcoming.
18   It's not in comment period any more. They
19 had issued their final white paper in December of
20 2022. That method has been now kicked over to    13:49
21 ASTM D22-07 to write the protocol. There is no
22 more comment -- comment section that I am aware
23 of.
24   And, again, I'm skipping over stuff
25 because I know we don't have a lot of time.    13:50

Page 486

1   You know, same thing; infrared is -- is
2   not a technique that is sanctioned by anybody
3   other than the USP.
4       Q. Where are you at, Dr. Longo?
5       A. Oh, I'm sorry. I'm on, "Perrigo          13:50
6   relied on" -- I'm on page 14, the -- go down to
7   where you've got the little bullet points:
8           "Perrigo relied on testing supplied
9           by supplier/mining entities, and the
10          testing criteria met or exceeded the    13:51
11          requirements set forth in J4-1 method."
12      The J4-1 method has a little funny thing
13  in it I don't think people realize, that if it's
14  positive by XRD for amphiboles, then you go to
15  PLM, polarized light microscopy, what the first   13:51
16  thing J- -- the first thing they say is it must be
17  milled down to -- I think a minus 325 size, which
18  only has the probability of reducing the amount of
19  tremolite or anthophyllite asbestos, because it's
20  brittle.                                          13:52
21      And you don't need to mill anything. You
22  can take a raw talc sample, as long as it's not
23  rock. But anything with cosmetic doesn't need to
24  be milled anymore.
25      Again, the last bullet point:              13:51

1   We haven't done any school work, AHERA school PLM
2   work in four or five years, so they suggested we
3   drop NVLAP because we were just wasting our money
4   since they didn't have anything to look over.
5       And now we're accredited, doing the exact  13:54
6   same PLM analysis, because we get it from the
7   exact same source, by A2LA.
8       So he's really overstating here in how --
9   "dramatically increases the likelihood of gross
10  errors." You know, that's just sort of, my       13:54
11  opinion, mind up. Our laboratory doesn't make
12  gross errors.
13      Item 2, he's right; the government agency
14  to quantify asbestos in talc -- CSM -- you know,
15  the only government agency right now that -- where  13:54
16  you have to have heavy liquid density is the State
17  of New York for looking for tremolite and
18  vermiculite.
19      But it would be hard for a government
20  agency to do this method in 1973, 1974, after    13:55
21  Johnson's -- J&- -- they developed the heavy
22  liquid density separation for chrysotile, the CSM
23  method, and after they figured out -- and I've
24  got the -- it's in the memo -- figured out that
25  the concentration method is not in the best       13:55

1       "2010, FDA tested products and talc
2       ores sourced from Montana and other talc
3       regions... no asbestos was observed in
4       these talc (sic)."
5       Detection limit was easily 10 million. We  13:52
6   only -- out of these 400 samples, I think we have
7   two, maybe three now, that was -- that was either
8   10 million or above, three or four.
9       I'll skip ahead to where he's attacking
10  our work.                                         13:52
11      Q. Just give me the page number, Dr. Longo.
12      A. I'm just looking for when he starts on our
13  stuff.
14      Okay. Page 17 of 84, first line, we're
15  not accredited by the National Voluntary          13:53
16  Laboratory Accreditation Program or American
17  Industrial Hygiene Association, AIHA.
18      We were accredited up to two years ago.
19  We were one of the first companies and -- when
20  they started their first accreditation to get it.  13:53
21      But we had a -- we had an NVLAP -- last
22  audit we had, like, two years ago, asked us why we
23  were even bothering with this, because they only
24  come in and look at things that -- samples that
25  are for schools, which is asbestos-added products.  13:53

1   interests of J&J's worldwide talc market. In '74,
2   they stated that.
3       They deep-sixed it and never told any
4   government agency that they had already developed
5   a method for analyzing chrysotile by PLM. FDA    13:55
6   struggled developing it. J&J never told them they
7   already had one.
8       Okay. Number 3, wrong. We -- we
9   developed the -- when we had the PLM method, we
10  used RG-144 Calidria, which has an average size   13:56
11  that's longer but also has smaller -- like the
12  SG-210. We actually made various concentrations,
13  analyzed it by PLM so that we knew what the weight
14  percent was versus what we put in it.
15      So Alan Segrave is wrong about that, that  13:56
16  we never -- you know, we're "prone to highly
17  suggestive estimates for what an analyst 'sees'
18  and, therefore, not repeatable."
19      If you go through our analysis, you will
20  see our ranges of weight percent we're finding for  13:57
21  chrysotile is in a bracket of -- not all over the
22  board.
23      Let see. What else?
24      You know, Number 5, we "are a contributing
25  factor to erroneously misidentifying talc as      13:57

1 chrysotile," that's not true, of course.
2      And Number 6, you looked at our PLM
3 analysis. It says 21 degrees centigrade. We
4 record every time we do a PLM analysis on what the
5 temperature is that day. I'm not sure why he says  13:57
6 that. Our microscopes don't have a strong heat
7 source. All the analysis here were done with LED
8 lights. I think anybody who's ever changed --
9 felt an LED light, even the big ones, they're
10 hardly even warm.                    13:58
11      And this is just a petty thing: There's
12 no such thing as RI oils. These are not oils.
13 They're fluid. But that's petty.
14      "Room temperature versus temperature at
15 the stage of the microscope during analysis is  13:58
16 variable due to the strong heat source," we
17 already talked about that. We don't have a strong
18 heat source.
19      He talks about the Johns-Manville document
20 from 1973, "Since the alpha index is less than  13:58
21 1.574, they would be mistaken for chrysotile."
22      I'm not sure that's true. I know in that
23 document, 1973, they talk about how easy it is to
24 differentiate between fibrous talc or talc plates
25 on edge versus chrysotile. I just looked at this  13:59

Page 491

1 late last night, so...
2      Number 9 is really puzzling to me:
3      "Dr. Longo claims to have followed
4      the ISO 22262-1 method where PLM analysis
5      specifies using a magnification of 400  13:59
6      times; however, Dr. Longo testified use of
7      a high-powered objective lens. Notably,
8      higher magnification above 400 to 500X --
9      that's not true -- "gives rise to the
10      distortion of dispersion staining colors  13:59
11      and is not specified in the ISO 22262-1."
12      Well, we do dispersion staining at a
13 magnification of 100X because at this time, the
14 only dispersion staining central-stop objective
15 lens that anybody could get was 10X. With the  14:00
16 binoculars on top of the optical microscope makes
17 it 100X.
18      As somebody that -- Mr. Segrave, who is
19 supposed to be schooled and an expert in PLM
20 analysis, I'm not sure why he would say such a  14:00
21 crazy thing.
22      Let's go on to Number 10; again, he's not
23 following the ISO 22262-1.
24      "Section 7.2.3.1 of the method
25      requires examination of the bulk material  14:00

Page 492

1      by stereomicroscopy for observed fibers
2      and subsequent analysis representative
3      mounts by PLM, including random mounts."
4      The size of the chrysotile fibers we're
5 seeing and the size of the talc bundles we're  14:01
6 seeing are not in a range that you can see with a
7 stereo optical microscope, where the highest
8 magnification is usually 40 times. So that is for
9 asbestos-added products only. You are never going
10 to see any of this.                   14:01
11      And we do take random mounts. We take
12 three mounts that randomly come off a filter in
13 different spots. So it's all random.
14      Let's go on here, see what's in the next
15 section.                          14:01
16      Point counting in commercial bulk
17 materials. If you want to do point counting,
18 that's fine. Over the years, we never used point
19 counting because it's not as accurate. And if you
20 look at the ISO 22262-1, it will tell you if you  14:02
21 have different size materials, type materials,
22 point counting isn't very accurate. I dispute
23 that's something that you should be doing.
24      And point counting does not get you to the
25 detection limit like the method we use, which is a  14:02

Page 493

1 standard method.
2      All right. Let's see what is next.
3      Q. Dr. Longo, if you want to kind of -- this
4 goes on for -- I realize you have a lot of
5 criticisms here.                     14:02
6      A. I'll tell you what. Let's make it
7 something that's kind of interesting to me. I
8 just got to find out what I did with it.
9      Q. Kind of leave it to what you intend to
10 testify about if you come in next week.      14:03
11      A. Okay. I went through all his PLM analysis
12 where they -- we'll go to the first one, which is
13 their PLM -- well, the first one I got on the top
14 here, 5 -- 1A. 1A, they say they have -- and I'm
15 looking at page 15 of 297, where it is their --  14:03
16 and I'll just show you real quick. It's kind of
17 their count sheet.
18      They said they found two talcs that has a
19 birefringence of 0.024 and 0.02. There is no
20 fibrous talc out there, because they do call it  14:03
21 elongated.
22      And what's kind of significant of this is
23 going to page -- where they say elongated talc.
24 I'm assuming -- it's very unclear what we have at
25 here, because if you look at this, it's taken at  14:04

Page 494

54 (Pages 491 - 494)

1 very poor magnification on which ones they're
2 talking about for elongation.
3      Q. What's the page number you're looking at?
4      A. I'm looking now at page 30 and 32. Their
5 refractive indices are pretty close to what I      14:04
6 would have called chrysotile. That is not fibrous
7 talc. The birefringence is not high enough. And
8 talc does not exist in the .02 to .22
9 birefringence. But it's very difficult for me to
10 see their elongation, exactly where this -- what      14:04
11 particles they're looking at. That's not fibrous
12 talc.
13      Next one I have here is .005. We got a
14 gamma of talc. That's not talc we're looking at
15 there.      14:05
16      And then I'm looking at the alpha talc,
17 which, as far as I can tell, it's at the
18 extinction limit because it's not visible
19 anywhere, you know, the perpendicular one, if you
20 move -- if you move the particles. So it's      14:05
21 literally at the extinction limit of 1.550 in
22 those two talcs.
23      So they had 1.548 for alpha. That's not
24 possible because it would not be at the extinction
25 limit unless there's something else on here that      14:06

Page 495

1 we can't see.
2      And then it has for gamma 1.568. I would
3 have put that a little bit lower.
4      But again, I can't tell on these
5 elongation. It could be a representative photo      14:06
6 here.
7      Certainly on the one, I can see, but I
8 don't have the other one. But that is not fibrous
9 talc. That looks just like chrysotile. The
10 refractive indices aren't high enough. All right.      14:06
11      Then we have -- all right. Go to 002A.
12      Q. Dr. Longo, what I'm going to do is I'm
13 going to mark --
14      MR. RISING: Early, what's the next one in
15 order?      14:07
16      A. 002A, I'm not doing the long number, they
17 say there's two here that is talc with alpha and
18 gamma. 1.5- -- you know, one at 1.551, and 1.550,
19 it's right at the extinction limit.
20      (Reporter clarification.)      14:07
21      THE WITNESS: Then gamma is 1.573, and the
22 second one is 1.573. They have a birefringence
23 range of 0.022 to 0.023, calling that moderate,
24 and I agree with that, but that is not talc.
25 BY MR. RISING:      14:08

Page 496

1      Q. What is it, in your opinion, Dr. Longo?
2      A. Fibrous talc or talc plates on the edge
3 always start off around .045, and the highest I've
4 seen is 0.065. I have never found a reference
5 anywhere that fibrous talc is that.      14:08
6      And looking at the gamma, the 1.573 is a
7 little too -- is, in my opinion, too high for
8 that. I agree with the alpha.
9      The elongation from both the northwest and
10 northeast, you have -- you have -- these are      14:09
11 negative elongations for both of them.
12      And neither talc nor chrysotile has that.
13 This is a misidentification of talc. I'm not
14 aware of much minerals -- now, brucite will have
15 negative elongation, but when you turn it to the      14:09
16 north -- to the northeast/southwest direction, you
17 get positive elongation, and it doesn't have
18 either of this.
19      So this would be a mystery mineral unless
20 they've done something wrong.      14:09
21      I'm making sure. 4A, again, alpha, gamma.
22 They got same refractive -- same birefringence.
23 The gamma is a little too high, in my opinion.
24 But these are pictures.
25      Again we have an elongation for the talc. 14:10

Page 497

1 You're getting what talc plates are.
2      If this was elongated talc, it should
3 be -- it should be positive in -- in the one
4 direction, but it shouldn't -- it has -- it has
5 both a gamma and an alpha reading. You can't have      14:10
6 it positive in both directions -- I mean, excuse
7 me -- negative in both directions. It doesn't
8 make any sense to me. Maybe Mr. Segrave can --
9 that was 4A.
10      Next one I have here is page 20, 006A.      14:11
11 Alpha is at extinction. Gamma is 1.56 now.
12 Birefringence of 1.019 moderate fibrous talc.
13      Again, page 54 and 55 shows that the
14 elongation is both negative. The -- only the
15 number -- only the one on 55 ought to be negative. 14:11
16 The one on 54 should be positive because we do
17 have two -- we have an alpha that's 1.550. Gamma
18 cannot be 1.550. It's got to be an extinction.
19 So you only kind of get that with talc plates. If
20 you look at the alpha, you got kind of a bluish      14:12
21 color there, from what I can see.
22      The talc plates don't change because
23 that's the Beta direction. But the gamma, that is
24 not 1.550.
25      So it's unclear what that is, at least in  14:12

Page 498

55 (Pages 495 - 498)

1    my opinion.
2        9A is the next one.  We have alpha at
3    1.550; we have gamma at 1.569; a birefringence of
4    0.019, moderate.
5        We have gamma at 1.550 and alpha at 1.550  14:13
6    with an extinction.  So we have a high and low.  I
7    agree with the alpha.  I don't understand how this
8    could be 1.550 with kind of a yellowish-gold
9    color, which would put us up in the 1.56566.
10       And I think if we go back to some of these  14:13
11   others -- might have just got something wrong
12   here?  Well, I have 9A and I have 9A on -- I'm
13   sorry.  That's got to be the -- I apologize.
14   That's got to be the RI fluid -- it's actually
15   1.569.  It should be more yellow than that.  And  14:14
16   the alpha -- strike what I've said in the past
17   because they've got the refractive indices on
18   here.  I'm just getting tired.
19       1.550, I agree with that.
20       Now, the elongated talc on page 67, what  14:14
21   they're calling talc, that is a positive
22   elongation.  So it's known as a slow length.
23       And the gamma, the other, 168, that is
24   what you would expect for fibrous talc, but it's
25   not fibrous talc because the refractive indices

Page 499

1    are -- excuse me -- the refractive indices for
2    determining the birefringence is not nearly what
3    is required.  There is no talc at 0.019.  That's
4    chrysotile we're looking at.  Because in my
5    opinion, the gamma is -- the gamma direction is  14:15
6    not 1.569.  That's going to be more yellow versus
7    this more golden color.  It's got to be down
8    towards the 1. -- 1.64, 1.65.
9        So actually, in my opinion, 009A, in order
10   for that to be elongated talc, the birefringence  14:16
11   has to be at least 0.045 and higher.
12       Just want to go in order here.
13       11A, alpha 1.549.  Let me see what alpha
14   is.
15       Alpha is wrong, 1.549, because if you go  14:16
16   to page 80, which is the alpha, quote, talc
17   compared to page 81, which is the gamma, and you
18   turn that to the right to put it in the
19   perpendicular direction, if I'm looking at this
20   right -- wait a minute.                14:17
21       When you get -- if we're looking at the
22   right structure, we're getting in the
23   perpendicular direction, it's got extinction,
24   which a matching wavelength has to be around 1.550
25   instead of -- since you're using 1 .550.       14:18

Page 500

1        And if you have 1.550, then you have a
2    birefringence that's going to be 1.55 -- well,
3    1.549, I can't argue with that.  I think their
4    gamma is off.  Anyway, 0.019 is too low.
5        And I guess looking at page 78, elongated  14:18
6    talc, very hard with the resolution on this,
7    should be bigger, but I won't -- certainly the --
8    page 79 is appropriate.  Page 78, there is blue in
9    there.  So again, I would call that chrysotile.
10   Birefringence is way off to be talc.          14:19
11       On page 14A, we got alpha at 1.551, gamma
12   at 1.572.
13       1.572 has to be way more yellow than that.
14   The alpha talc on page 89, I agreed with, 1.549.
15       The -- on 88, that would positive       14:19
16   elongation.
17       And 87, that's appropriate.
18       So again, that's not talc.  That's
19   chrysotile, in my opinion.
20       Last but not least, 15A, starting on     14:20
21   page 29.  We have our alpha at 1.549; again, gamma
22   at 1.574; birefringence of 0.25.
23       The photograph in gamma, at least what I'm
24   looking here, is much lower than 1.574.  That's in
25   the 1.56-something range.  I agree with the alpha.  14:20

Page 501

1        On page 92, we have blue on the corners,
2    and then all yellow when we go to the other side
3    of elongation of a direction.  Close enough, I
4    guess.
5        I don't know how good their PLM microscope  14:21
6    is.  That's why, you know, when we compare it to
7    ours, it's much better resolution.
8        But that's closer than chrysotile.  And
9    again, the birefringence at 0.025 is -- you'll
10   never find any fibrous talc like that, talc plates  14:21
11   on edge.  Okay.
12       Q.  What's the takeaway -- you went on for a
13   while there.  What's the takeaway from all that if
14   you had to sum that up?
15       A.  The takeaway all this is they are    14:22
16   completely misidentifying what they're calling
17   elongated talc, not even close to what you should
18   have both in the refractive indices as well as the
19   birefringence.
20       Q.  And what is it?  You said sometimes you  14:22
21   thought it was chrysotile and sometimes you didn't
22   know?
23       A.  Well, some of it doesn't make any sense to
24   me.  I have not come across anything in these
25   minerals that has -- for biaxial anisotropic   14:22

Page 502

56 (Pages 499 - 502)

1 mineral that has a double refraction that would
2 have both an elongation both -- two negative in
3 both directions. One should be positive or
4 negative, and the other one should be -- if it's
5 negative, it should be positive, and if it's     14:22
6 positive, it should be negative.
7     Here we have two negatives. It doesn't
8 make any sense to me. So I can't tell you what
9 that is.
10     Now, the ones where we have positive     14:23
11 elongation and negative elongation for that as
12 well as put the proper -- number one, even with
13 these slightly out gammas, it is nowhere near what
14 fibrous talc would be. We're looking at a
15 threefold -- almost a threefold difference in the   14:23
16 birefringence versus what's being reported here.
17     Q. Anything else, Dr. Longo?
18     A. Well, you know, I don't think we have time
19 anymore, you know, where to go. Mr. Segrave has
20 32 things -- 33 things that he doesn't like about   14:23
21 my report.
22     Q. Do you agree --
23     A. He used to work for me.
24     Q. Do you agree with anything in the 33?
25     A. Let's see. Number 34, Dr. Longo is the   14:24

Page 503

1 best scientist I've ever worked for. Not. No,
2 there is no 34.
3     Q. Dr. Longo, is there any opinions that you
4 intend to offer at trial about Safeway, long --
5 Longs or Lucky that you haven't shared with me     14:24
6 today?
7     A. I don't know. I don't know what
8 hypotheticals I'm going to be given. And even
9 though you've done a very thorough job, I have no
10 idea what you might ask on cross.     14:24
11     But I feel like I've given you my basic
12 opinions, so it should be -- you know, I can't
13 think of anything else, as I sit here right now.
14     Q. Do you plan to do any additional work
15 before you testify either next week or the     14:24
16 following week?
17     A. You mean starting tomorrow morning real
18 early, I start reanalyzing these in 1.560? No.
19     Q. Plenty of time. There's 24 hours in a
20 day, Dr. Longo.     14:25
21     A. No, sir. I don't really believe in
22 bushwhacking attorneys, going and doing something
23 like that. I don't really believe in it. I know
24 you guys love to do that to me, but, you know,
25 that's your job.     14:25

Page 504

1     Q. Well, hopefully, it wasn't too painful.
2     A. No, sir. And I appreciate your
3 professionalism. It was fine.
4     MR. RISING: All right. I thank you for
5 your time. I look forward to meeting you next     14:25
6 week.
7     THE WITNESS: All right. Me, too.
8     MR. RISING: All right. That's all the
9 questions I have for today.
10     THE WITNESS: I think we must have hit our 14:25
11 five hours by now.
12     MR. RISING: I think we did.
13     THE WITNESS: 5:25.
14     MR. HINES: Thank you, Counsel.
15     THE WITNESS: Thank you, guys. And I     14:25
16 guess I'll see some of you next week.
17     MR. RISING: Yeah. See you. Bye.
18     THE WITNESS: All right. I'm leaving.
19     THE VIDEOGRAPHER: We are off the record
20 at 5:26 p.m. This concludes today's testimony     14:26
21 given by William Longo, Ph.D., Volume III. The
22 total number of media used was four and will be
23 retained by Veritext Legal Solutions. Thank you.
24     (Whereupon, the deposition was
25     concluded at 5:26 p.m.)

Page 505

1     SIGNATURE OF DEPONENT
2
3     I, the undersigned, WILLIAM LONGO, Ph.D.,
4 do hereby certify that I have read the foregoing
5 deposition and find it to be a true and accurate
6 transcription of my testimony, with the following
7 corrections, if any:
8
9 PAGE   LINE                CHANGE
10 ____  _____
11 ____  _____
12 ____  _____
13 ____  _____
14 ____  _____
15 ____  _____
16 ____  _____
17 ____  _____
18 ____  _____
19 ____  _____
20 ____  _____
21 ____  _____
22 ____  _____
23 ____  _____
24 _____
25     WILLIAM LONGO, Ph.D., Date

Page 506

57 (Pages 503 - 506)

STATE OF CALIFORNIA

        ss.

REPORTER'S CERTIFICATE



     I, EARLY LANGLEY, a Certified Shorthand
Reporter, State of California, do hereby certify:

     That WILLIAM LONGO, Ph.D., in the foregoing
deposition named, was present via Zoom and by me
sworn as a witness in the above-entitled action at
the time and place therein specified;

     That said deposition was taken before me
via Zoom at said time and place, and was taken
down in shorthand by me, a Certified Shorthand
Reporter of the State of California, and was
thereafter transcribed into typewriting, and that
the foregoing transcript constitutes a full, true
and correct report of said deposition and of the
proceedings that took place;

IN WITNESS WHEREOF, I have hereunder subscribed my
hand on November 6, 2023.


*Early Langley*

EARLY LANGLEY, CSR NO. 3537
    State of California

*Page 507*

---

__ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF
Transcript - The witness should review the transcript and
make any necessary corrections on the errata pages included
below, noting the page and line number of the corrections.
The witness should then sign and date the errata and penalty
of perjury pages and return the completed pages to all
appearing counsel within the period of time determined at
the deposition or provided by the Federal Rules.
__ Federal R&S Not Requested - Reading & Signature was not
requested before the completion of the deposition.

*Page 509*

---

Michael Reid, Esq.

Mreid@kazanlaw.com

        November 6, 2023

RE: MARLIN LEWIS EAGLES vs. ARVINMERITOR, INC.

November 3, 2023, William Longo, Ph.D. (JOB NO. 6298688)

The above-referenced transcript has been

completed by Veritext Legal Solutions and

review of the transcript is being handled as follows:

__ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext

  to schedule a time to review the original transcript at

  a Veritext office.

_X_ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF

Transcript - The witness should review the transcript and

make any necessary corrections on the errata pages included

below, noting the page and line number of the corrections.

The witness should then sign and date the errata and penalty

of perjury pages and return the completed pages to all

appearing counsel within the period of time determined at

the deposition or provided by the Code of Civil Procedure.

__ Waiving the CA Code of Civil Procedure per Stipulation of

  Counsel - Original transcript to be released for signature

  as determined at the deposition.

__ Signature Waived – Reading & Signature was waived at the

  time of the deposition.

*Page 508*

---

MARLIN LEWIS EAGLES vs. ARVINMERITOR, INC.

William Longo, Ph.D. (JOB NO. 6298688)

    E R R A T A  S H E E T

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

_____  _____

WITNESS                    Date

*Page 510*

58 (Pages 507 - 510)

**[& - 1.590.]**

| & |
|---|
| **&**  285:17 286:16 287:1,5 288:8,24 289:2 289:10 298:6 301:7,8,15,19 303:22,23 304:19 305:5 375:8 393:25 394:24 402:22 403:16,24 404:5,6 406:5 456:25 461:6 508:23 509:9 |

| 0 |
|---|
| **0**  398:13,14 |
| **0.00009**  374:8 376:14 |
| **0.0001.**  374:5 |
| **0.0005**  398:22 |
| **0.005**  414:22 |
| **0.012**  324:24 |
| **0.017**  317:9 |
| **0.019**  499:4 501:4 |
| **0.019.**  500:3 |
| **0.02.**  494:19 |
| **0.022**  496:23 |
| **0.023**  496:23 |
| **0.024**  494:19 |
| **0.025**  502:9 |
| **0.035**  317:10 |
| **0.045**  500:11 |
| **0.065.**  497:4 |

**0.1**  325:4 379:11
**0.25.**  501:22
**00005**  398:25
**001**  308:5 340:14,15 341:10 381:4
**002**  308:12,23 347:8,9 360:8
**002a**  496:11,16
**003**  309:8,12 353:2,6,10
**003-001**  352:19 353:14
**004**  309:19 317:13
**005**  355:5,6 495:13
**006**  359:6 360:9
**006a**  498:10
**008**  363:10
**009a**  500:9
**01**  381:4
**017**  317:13
**02**  495:8
**045**  497:3

| 1 |
|---|

**1**  326:18 337:1 343:4 350:7,12 350:16,19,21 350:21 354:1,1 355:5,14 358:7 360:3 361:4 364:6 379:2,11

396:11 398:15 402:2 413:8,9 470:9,14 477:5 477:5 484:18 485:8,15,21,23 500:8,25 509:1
**1.002.**  308:23
**1.019**  498:12
**1.20**  317:14
**1.493**  314:17 316:9,23
**1.5**  342:8 496:18
**1.517**  314:18 316:10
**1.546**  314:17 315:4
**1.548**  495:23
**1.549**  340:6 500:15 501:3 501:21
**1.549.**  500:13 501:14
**1.55**  501:2
**1.550**  319:11,12 319:14 320:16 320:19 328:3,8 335:10 495:21 496:18 499:3,5 499:5,8,19 500:24 501:1
**1.550.**  319:12 320:24 331:18 498:17,18,24

**1.551**  496:18 501:11
**1.557**  314:18 315:5 316:23 340:6
**1.558**  339:6 340:3
**1.559.**  329:12
**1.56**  498:11 501:25
**1.560**  320:16 325:15,23,25 326:3,21,22 329:12 504:18
**1.560.**  325:20 325:22
**1.562**  329:12
**1.565**  326:23
**1.56566.**  499:9
**1.568**  340:3
**1.568.**  496:2
**1.569**  499:3
**1.569.**  499:15 500:6
**1.570**  326:22
**1.572**  501:13
**1.572.**  501:12
**1.573**  496:21 497:6
**1.573.**  496:22
**1.574**  491:21 501:22
**1.574.**  501:24
**1.590.**  342:15

Page 1

**[1.64 - 2016]**

| | | | |
|---|---|---|---|
| **1.64**  500:8 | 428:13 441:19 | **1950s**  385:13 | **1:13**  364:23 |
| **1.65**  308:20 | **1309-008**  361:4 | 390:7 392:12 | **1:24**  365:1 |
| **1.65.**  500:8 | **14**  487:6 | 392:17 393:6 | **1a**  494:14,14 |
| **1.68.**  308:20 | **1400**  287:16 | 394:15 435:3 | **1csm**  307:21 |

**2**

| | | | |
|---|---|---|---|
| **1.9**  363:25 | **144**  327:25 | 435:15,18 | **2**  322:9 359:16 |
| **10**  328:1,3 | 335:9 490:10 | 443:19,20 | 360:2,2,10,17 |
| 337:3 350:21 | **14a**  501:11 | **1955**  390:3 | 364:6,6 385:6 |
| 350:21 360:2 | **15**  323:6 | **1960s**  390:7,22 | 396:12 413:9 |
| 396:23 402:13 | 402:14 408:22 | 391:25 393:6 | 440:18 476:4 |
| 402:14,20 | 409:3 417:11 | 394:9 | 477:5 484:18 |
| 403:10 441:20 | 417:13 444:14 | **1970s**  392:20 | 485:9 489:13 |
| 441:20 486:2,6 | 463:24 475:10 | **1973**  375:9 | **2,000**  427:8 |
| 488:5,8 492:22 | 475:20,21,22 | 489:20 491:20 | 450:18 |
| **100**  337:2 | 475:23,24 | 491:23 | **2.12.**  311:20,21 |
| 479:15 | 479:14 494:15 | **1974**  489:20 | **2.2**  355:15,18 |
| **1000**  287:16 | **15a**  501:20 | **1975**  293:10 | **2.65**  324:17 |
| **10036**  287:8 | **168**  309:13 | **198-4**  486:10 | **2.85.**  420:21 |
| **100x**  492:13,17 | 499:23 | **1980**  398:12 | **20**  350:12,16 |
| **10x**  468:20 | **17**  290:8 | **1980s**  390:7,22 | 355:14 358:7 |
| 492:15 | 310:17 488:14 | 391:25 392:13 | 440:5 485:14 |
| **11**  338:5 388:4 | **18,700**  476:14 | 392:21 393:6,7 | 485:21 498:10 |
| 428:17 477:6 | **1866**  331:18 | 393:11 394:9 | **200**  341:24 |
| **11/14/2018** | **1866b**  325:7 | 394:16 471:23 | 409:3,5 |
| 284:8 298:10 | 326:12,16 | 472:8,12,13 | **2000s**  435:19 |
| **11/2023**  284:10 | 329:7 | 473:3 | 473:1,3 480:6 |
| **1185**  287:6 | **19.1.**  355:16 | **1987**  432:3 | **2001**  457:3 |
| **11:59**  322:7 | **19.4**  360:5,20 | 433:12 434:25 | **2009**  486:5 |
| **11a**  500:13 | **1900s**  296:16 | 435:1,8,9,12 | **2010**  486:5 |
| **12**  402:13,15 | **1920**  293:10 | 472:21 | 488:1 |
| 403:10 441:19 | **1920s**  293:14 | **1988-1**  486:9 | **2015**  401:2,14 |
| 467:19,23 | 297:24 | **1990s**  390:7 | 479:8 |
| **12:10**  322:10 | **1926**  291:5 | 392:13,17,22 | **2016**  401:2,13 |
| **13**  323:2 | **1927**  291:4,5 | 393:7,11 | 479:8 |
| 324:24 325:19 | **1950**  435:15 | 394:16 473:1,2 | |
| 403:10 427:4,4 | | | |

**[2017 - 41]**

**2017** 385:13
390:4 400:24
401:6,9,9,12
**2018** 299:5
401:6
**2020s** 296:17
**2021** 322:25
323:2,7,18,23
324:4 325:19
336:15 341:19
417:18
**2022** 326:10
486:20
**2023** 282:14
285:4 288:5
290:9 310:17
318:10 388:4
507:21 508:3,5
**2025.520** 508:9
508:12
**2029** 286:17
**20s** 295:2
**21** 338:22
429:16 491:3
**210** 327:24,24
327:25 328:3,6
329:3 335:8,14
335:21 415:10
490:12
**212** 287:9
**21202** 286:7
**21370** 507:22
**22** 397:13
427:22 495:8

**22261** 331:13
**22262-1** 311:13
331:14 492:4
492:11,23
493:20
**22cv018294**
282:5 288:11
**23** 381:25
407:13 451:23
462:12
**24** 504:19
**25** 427:9
**27** 470:9 486:3
**27,700** 476:15
**28** 339:24
**282** 282:13
**283** 396:22,23
397:2
**284-3880**
286:20
**289** 283:3,5
284:4
**29** 501:21
**290** 284:5
**292** 284:6
**295** 284:7
**297** 494:15
**298** 284:8
**2:59** 431:14

**3**

**3** 282:13,14
284:4 285:4
288:5 289:24
354:1 360:17
363:9 364:6,6

364:25 392:3
392:18 477:5
484:18 485:9
490:8 508:5
**3,000** 448:24
**30** 296:15
360:2,3 427:11
495:4 509:1
**300** 286:18
341:23,24
**302-1000**
285:21
**306** 284:9
**310** 286:20
**317** 284:10
**32** 495:4
503:20
**322** 283:6
**325** 487:17
**33** 467:19
503:20,24
**334** 396:18
**34** 486:3
503:25 504:2
**346** 284:12
**34th** 287:7
**35** 284:4
289:24,25
291:15
**3537** 282:23
507:23
**36** 284:5,5
290:23,24
309:25

**365** 283:7
**37** 284:6
291:25 292:10
**38** 284:7 295:3
**39** 284:8
298:11,12
**395** 284:13
**3:28** 431:17

**4**

**4** 359:13 364:7
374:8 384:25
385:1 387:16
387:25 388:12
389:20 390:12
398:13 402:1
431:16 450:19
451:25 468:16
468:16 477:5
484:18 485:9
**4,000** 448:24
**40** 284:9
306:19,22
352:8 444:21
493:8
**400** 285:19
342:2 451:19
453:16,16
455:4,10
460:25 479:13
488:6 492:5,8
**400x** 468:16
469:13
**41** 284:10
317:23,25
346:8,13,14,21

Page 3

**[42 - a.m.]**

**42**  284:12
  346:8,15,16,17
**42.1**  355:15,18
**425**  342:2
**43**  284:13
  331:17 395:6,7
**434**  284:15
**44**  284:15
  434:18,20
**450**  339:4,10,18
**4a**  497:21
  498:9

**5**

**5**  348:25 350:7
  350:19 364:7
  398:13 484:18
  485:9,23 486:7
  490:24 494:14
**5,000**  448:23
  450:19
**50**  397:2
  444:22 479:18
**500**  320:9
  371:13,14
**500x**  492:8
**507**  282:13
**510**  285:21
**52**  402:1 439:9
  439:12
**5346**  287:9
**537**  402:9
**54**  498:13,16
**540**  340:11
**55**  285:18
  498:13,15

**550**  500:25
**5:25**  505:13
**5:26**  505:20,25

**6**

**6**  319:8 360:1
  364:7 388:3,4
  388:13 394:19
  401:16 403:13
  451:24 491:2
  507:21 508:3
**6,000**  448:24
**60**  360:2
  444:22
**600x**  469:13
**60s**  390:17
  435:18 443:20
  443:20
**6298688**  282:24
  508:5 510:2
**630**  339:4,10,17
  340:7,10
**64**  342:9
**67**  499:20
**68**  342:9

**7**

**7**  353:25 360:1
  364:7 482:3
**7,000**  486:7
**7.2**  354:1
**7.2.3.1**  492:24
**70**  301:16
  397:1 444:22
  444:22

**70s**  424:13
  427:10 428:25
  435:19 443:20
**73**  396:16
**737**  287:18
**74**  429:1 490:1
**75**  386:24
  429:1 450:4
**78**  501:5,8
**78701**  287:17
**79**  501:8
**790**  287:9

**8**

**8**  337:23 338:1
  338:3,4,4,6
  360:16 484:17
  484:17
**8,000**  482:3
**80**  444:22
  500:16
**800**  341:25
  342:4
**802-1820**
  287:18
**80s**  390:18
  435:19 472:3
**81**  500:17
**84**  488:14
**85**  444:12
**86**  361:9
**87**  435:5
  501:17
**88**  501:15
**89**  501:14

**8:10**  285:5

**9**

**9**  362:14 374:8
  387:13 389:19
  390:20 392:16
  392:23,24
  402:8,10,11,17
  402:19,19
  414:21 485:12
  492:2
**9,320**  476:9
**9,330**  476:9
**9,380**  476:9
**90**  380:16
  415:9
**900**  341:25
**90067**  286:19
**90s**  435:19
  472:3
**91**  440:5
**92**  502:1
**93**  314:10
  350:20 485:13
**93/600**  485:17
**94**  440:18
**94607**  285:20
**95**  380:16
**97**  415:9
**98**  415:9
**9a**  499:2,12,12

**a**

**a.m.**  285:5
  288:5 322:7

Page 4

[a2la - air]

**a2la** 489:7
**ability** 357:2
398:22 403:23
**able** 296:3
297:7 304:20
310:7 317:17
335:22 366:15
374:15 378:16
383:12 393:23
394:22 399:2
402:25 407:5
414:18 415:16
416:1,21 417:4
420:18 425:25
431:19,25
468:5,22,23,24
470:2 474:8
**above** 363:25
398:24 468:10
488:8 492:8
507:10 508:6
**abraham** 302:2
302:6,6,14,20
304:21 306:8
**abrams** 306:8
**absolutely**
415:17 482:13
**accepted** 333:6
**accessory**
373:2,8 381:2
381:5 482:8
**accomplish**
317:18
**account** 336:4
336:6

**accreditation**
488:16,20
**accredited**
488:15,18
489:5
**accurate**
308:11 322:22
323:1 340:15
340:16 348:18
351:14 356:2
433:20 493:19
493:22 506:5
**action** 285:8
507:10
**active** 405:22
**actual** 296:13
296:21 300:17
310:11 312:22
450:25 451:1
458:1 461:21
474:1
**actually** 292:21
314:1 317:9
319:5 346:23
352:19 357:7
359:20,22
363:15 365:23
379:3 380:22
383:20,22
394:25 432:24
440:1 447:22
450:24 455:7
459:9 461:17
464:9,21
467:17 479:6

484:25 490:12
499:14 500:9
**ad** 409:1,8
**added** 329:24
330:2 333:12
345:13 369:2
377:7 488:25
493:9
**addition**
296:12
**additional**
323:5,9,12,16
352:17 504:14
**address** 380:2
**addressed**
332:24
**adjudication**
407:11
**adjustment**
484:25
**admissible**
296:8,23
**advance** 455:8
**advances**
469:19,19
**affidavit**
409:10 410:19
**affidavits**
409:12 471:8
**agencies**
358:16
**agency** 358:17
398:11 489:13
489:15,20
490:4

**ages** 335:24
**ago** 318:12,12
318:16 382:8
383:15 465:2
488:18,22
**agree** 326:16
327:9,10
329:15 347:21
347:24,25
355:7 378:4,8
379:14 393:5,8
423:19,20
424:8 426:15
452:14,21
453:21 478:20
478:23 480:17
480:21 496:24
497:8 499:7,19
501:25 503:22
503:24
**agreed** 501:14
**ah** 353:10
**ahead** 315:23
322:5 332:16
334:13,17
339:16 346:2
362:21,23
366:10,10
481:22 488:9
**ahera** 485:22
489:1
**aid** 460:6
**aiha** 488:17
**air** 413:7
484:22

Page 5

**[al - analysis]**

| | | | |
|---|---|---|---|
| **al**  282:7 288:9 | 316:23 321:7 | 460:18 | **analyses** |
| **alabama** | 338:25 339:4 | **american** | 374:14 |
| 370:11,13,14 | 339:12,17 | 452:10 488:16 | **analysis**  284:12 |
| 372:16 | 340:5,9,9,11 | **americas**  287:6 | 284:14 290:7,8 |
| **alameda**  282:2 | 491:20 495:16 | **amosite**  315:11 | 290:18 298:17 |
| 288:10 | 495:23 496:17 | 317:15 | 298:25 301:25 |
| **alan**  290:8 | 497:8,21 498:5 | **amount**  313:22 | 302:24 303:3 |
| 325:3 380:3 | 498:11,17,20 | 370:1 374:2 | 309:11,21 |
| 421:2,13 | 499:2,5,7,16 | 376:21 396:3 | 310:19 320:3 |
| 422:10 439:7 | 500:13,13,15 | 402:16 403:8,8 | 320:22,24 |
| 439:13 484:4 | 500:16 501:11 | 413:10 414:18 | 322:18 323:6 |
| 490:15 | 501:14,21,25 | 415:24 453:15 | 323:10,12,16 |
| **alike**  458:10 | **altered**  410:15 | 461:13 483:11 | 323:24,25 |
| **all's**  332:18 | 411:4 | 487:18 | 337:8 338:12 |
| 382:19 | **alternate** | **amounts**  377:4 | 341:13 346:21 |
| **allege**  479:3 | 415:25 | 379:20 380:8 | 346:24 347:7 |
| **allotted**  321:19 | **alternative** | 380:11 381:1 | 351:6 355:8 |
| **allow**  334:10 | 305:18 | 381:13 428:17 | 356:2 357:7 |
| 425:16 | **aluminum** | **amphibole** | 371:11 381:10 |
| **allowed**  436:20 | 302:21 303:12 | 351:11 352:5 | 388:23 395:13 |
| 436:23,24 | 373:10 378:18 | 352:11 370:13 | 400:4,10 |
| 437:1,4 | **ambiguous** | 373:15,18,20 | 404:12,19 |
| **allows**  416:2 | 299:3 300:4 | 373:21 374:4 | 406:2,11 414:8 |
| 469:6 | 371:8 409:18 | 374:19 420:13 | 414:10,24 |
| **alls**  352:3 | 426:7 435:4 | 420:17 438:22 | 415:5,20 416:8 |
| 459:16 | 439:2 458:17 | 438:24,24 | 420:13,25 |
| **aloe**  405:24 | 473:14 474:2 | 439:16 447:2 | 425:3 439:9,15 |
| **alpha**  311:17 | 474:22 | 465:19 | 453:17 459:10 |
| 311:18 312:4 | **america**  369:21 | **amphiboles** | 461:23 462:6 |
| 312:10,14,19 | 369:24 371:2 | 337:12 370:9 | 462:18,22,24 |
| 312:20 313:7 | 376:3 448:4 | 374:5 420:21 | 462:25 463:3,5 |
| 313:23 314:14 | 449:12,15,16 | 427:13 431:1 | 463:7,24,24 |
| 314:18,22 | 449:18 450:9 | 438:11,15,21 | 464:18,19 |
| 315:2,14 | 451:15 452:5 | 442:17 448:23 | 467:4 469:10 |
| 316:10,12,14 | 454:6 460:17 | 487:14 | 481:13 484:6 |

Aiken Welch, A Veritext Company
510-451-1580

**[analysis - articles]**

485:18,19,20
489:6 490:19
491:3,4,7,15
492:4,20 493:2
494:11
**analyst** 357:1
466:20 470:6
490:17
**analysts** 336:3
469:24
**analytical**
483:2,5,20
484:19 486:16
**analyze** 333:15
336:15,19
464:13 484:21
**analyzed**
300:14 301:11
301:14 320:8
370:3,12
371:13,15
372:12,13
376:19 395:19
408:11 411:21
421:3 424:5
437:19,20,21
437:22 444:21
490:13
**analyzing**
362:4 490:5
**angeles** 286:19
**angle** 352:9
**anisotropic**
502:25

**answer** 295:8
325:10,13
333:23,23,24
335:5 368:19
373:23 421:18
452:23 457:13
**answered**
313:14 358:25
**answering**
455:11
**answers** 300:12
**anthophyllite**
315:10 370:5
431:2 439:11
465:20 485:8
487:19
**anticipate**
459:7
**anybody** 331:2
333:10 367:17
417:8 421:3,22
433:25 447:5
480:7 485:4
487:2 491:8
492:15
**anymore** 370:4
487:24 503:19
**anyplace**
319:25
**anyway** 300:3
406:11 446:23
501:4
**apologize** 356:6
363:7 402:4
405:17 407:5,6

444:4 499:13
**appear** 308:11
365:12,15,18
**appearances**
285:12 288:20
**appeared** 285:7
**appearing**
288:13 351:18
365:14 508:18
509:7
**appears** 400:22
**appendix**
350:20
**application**
397:19 398:6
402:2 403:4
**apply** 449:2
471:5
**applying**
483:10
**appreciate**
325:13 364:10
505:2
**approach**
486:16
**appropriate**
325:7 411:8
468:24 501:8
501:17
**approximate**
308:6
**approximately**
301:13 309:1,9
309:20 360:1
385:13 479:16

**april** 290:8
310:17 322:24
323:2,7,18
325:19 326:4
336:15 417:18
**archive** 410:4
**area** 304:3,3,5
304:11 330:21
352:3 367:13
368:5 369:17
378:13 379:7
380:2,17
390:23 398:16
398:18 400:3
425:12 481:18
485:24
**areas** 356:13
379:25
**argue** 361:13
420:5 501:3
**argues** 430:22
**argumentative**
293:16 418:24
436:6 473:13
474:21
**arm** 399:25
**arrive** 409:25
**arrived** 410:2
**arrow** 361:19
361:22 362:2
**arrows** 341:15
**art** 367:10
**article** 446:25
**articles** 423:16
424:13,19

Page 7

**[articles - attorneys]**

425:8,15 436:8
**articulated**
360:6
**artifact**   310:15
310:22,24
**artificial**
398:10
**arvinmeritor**
282:6 508:4
510:1
**asbestiform**
349:9 350:13
354:14,19,22
354:24 355:1
356:12 357:4
357:15 358:3,5
360:25,25
361:14 425:11
430:1,1,18,22
430:24 431:3
447:1 484:21
485:2,14
**asbestos**   291:7
292:14 293:9
293:14,20
294:3,5,8,13,20
295:1 296:16
297:22 303:12
318:4 330:2
333:12 338:24
345:13 347:22
348:18,21
349:8 351:10
352:25 353:14
354:9,17,18

355:1 356:9
357:20,23
358:3,11,19,21
359:10 360:23
361:1,11
367:12,13,18
367:19 369:6
369:20,23
371:2 372:5,22
373:1,6,15,19
373:21 374:1,3
376:12 397:23
398:18 404:14
404:20,22
405:12,14
406:12 408:15
411:6 420:14
420:17 422:23
423:5,9,11
424:4,16,18
425:2,11,19,25
428:2,3 429:10
429:18,25
436:2,4 438:22
438:24,25
439:11 441:6
441:13,15,16
447:2,13,25
448:4,11,13,18
449:13,18
451:8 452:5,10
454:9 459:24
460:20 462:13
467:12,12
475:11,19,21

478:2,18,22,25
479:4,6 480:2
480:5,10 481:9
485:17 486:10
486:13 487:19
488:3,25
489:14 493:9
**ascertain**
341:20,21
**asia**   449:10
**aside**   366:12
**asked**   313:14
318:17 323:12
323:13 357:15
394:18 457:14
464:1 488:22
**asking**   293:19
319:17 354:21
431:20 437:5
453:12 474:17
**aspect**   350:8
353:25 360:3,5
360:20
**assist**   345:1
437:1,4
**associated**
296:11 298:6
323:21
**association**
488:17
**assume**   290:21
292:13 313:10
378:4 451:14
477:20,23
484:4

**assumes**   371:9
393:14 432:18
436:6,11 451:4
452:7,22
454:15 457:10
459:2 463:8
464:24 473:13
474:21
**assuming**
323:14 423:1
494:24
**assumptions**
402:23
**assured**   385:15
386:14,15,16
386:20,22
395:16 397:9
397:20,23
399:18 400:17
401:15 403:18
404:9
**astm**   358:17
486:21
**astray**   402:4
**atomic**   352:6
**atsdr**   398:11
**attached**
352:17 407:12
**attacking**   488:9
**attempt**   338:11
**attorney**
453:10 459:15
**attorneys**
418:20 458:8
477:14 504:22

[audio - beaverhead]

**audio** 295:17
296:4 328:11
349:2
**audit** 488:22
**austin** 287:17
**authentic**
296:22
**authentication**
295:10
**automatically**
336:4
**available**
295:24 365:11
366:5 380:4
414:3 416:4
435:23 457:20
**avenue** 287:6
**average** 317:9
327:25 328:2
450:5 490:10
**avon** 425:3
429:18 432:3
432:13,25
433:1,25 434:3
439:19 440:2
445:22 446:16
457:3,8 474:1
474:20
**avon's** 432:16
433:9
**avons** 432:12
**aware** 291:7,20
294:10 399:24
421:14 443:21
446:24 449:7,9

460:13 478:12
486:22 497:14

**b**

**b** 284:1 387:6
509:1
**b.a.** 282:22
**baby** 290:6
322:19 323:6
323:18,21
327:14 367:2
385:25 386:3,6
389:4,23 390:1
390:3,5,16,21
391:9,12,25
392:5,7,9
393:1,1,17
394:3,8,11,13
394:14 401:19
402:18 406:7
408:6,19,21,23
412:6 413:11
413:16,21
415:4 416:14
417:9,9,11
420:8,11,24
421:4,6 422:1
423:2 425:18
430:4 451:2
460:2,10,11,14
460:16 461:22
462:5,13
463:20,23
464:22 470:21
470:22 471:21
471:25 472:8

475:8 481:1
**back** 305:10
322:10 325:22
326:4 346:10
357:7,18
362:11 365:1
371:20 374:13
375:9 386:22
390:20 392:18
397:12 405:8
405:20 406:19
407:17 412:23
415:2 416:10
417:17,17
422:4 427:9
428:25 431:17
445:24 454:13
462:3,6 484:10
484:13 499:10
**background**
397:22 398:5,6
398:9,10,17,21
399:4 464:5
**backup** 452:16
**bad** 332:20
365:16
**baking** 376:20
405:7,9 406:18
406:25 407:1
**ball** 329:9
**baltimore**
286:7
**barber** 410:24
**barnes** 286:16

**bars** 337:1
**base** 465:13
**based** 381:9
397:18 399:1
426:4 429:11
429:21 438:8,9
438:13 452:24
460:21 462:17
462:25 464:5
465:3 483:11
**bases** 430:18
**basic** 305:2
407:20 455:24
504:11
**basically**
303:10 326:14
374:20 388:22
407:25 476:25
**basis** 372:11
374:25 423:4
424:2 425:7
456:23
**batch** 477:9,10
**bearing** 435:1
**beat** 418:13,14
**beaverhead**
423:10 432:5
432:10,15
433:12 434:6
437:11,21
438:20 441:2
441:22 442:4
442:16,19
443:4,11,14
445:21,23

**[begging - bottle]**

begging  366:7
beginning
  296:16 307:14
behalf  286:11
  288:22,24
  289:2,4,5,7,9
  320:22 365:8
  453:4 458:7
beings  348:2
belatedly
  409:18
believe  296:14
  299:24 322:25
  329:13 336:17
  337:5 352:24
  353:14 359:9
  369:19 383:14
  386:8 389:8
  399:3 403:24
  404:1 406:13
  408:14 410:9
  413:14 419:7
  441:21 450:7
  454:21,23
  458:5 471:16
  472:12 474:20
  474:23 475:2
  504:21,23
bell  426:11
belt  456:12
beneficiation
  377:25
bentonite
  335:15,15

best  324:11,15
  384:15 416:4
  416:21 417:1,3
  418:5,10,15
  419:2 448:23
  485:8 489:25
  504:1
bet  332:11
beta  498:23
better  324:14
  347:12 378:17
  378:18,19
  383:21 437:5
  450:22 466:2
  469:8,17,17
  470:3 476:6
  502:7
biaxial  502:25
big  345:4
  377:19 463:12
  468:21 484:14
  491:9
bigger  347:2
  364:2 416:17
  501:7
biggest  312:14
  312:18
bill  340:17
  341:2
binder  462:3
  484:14
binders  463:12
binoculars
  492:16

biopersistence
  303:25 304:10
birefringence
  311:6,23
  312:23 313:13
  315:13 316:16
  316:22 317:2,6
  317:10 321:18
  331:7 336:6
  342:18 494:19
  495:7,9 496:22
  497:22 498:12
  499:3 500:2,10
  501:2,10,22
  502:9,19
  503:16
bit  296:21
  314:10 339:21
  342:20 344:8
  347:11 355:24
  362:8 368:23
  395:20 403:12
  414:7 416:10
  431:10 449:22
  469:7 496:3
blasting  377:21
blend  441:10
  441:16,20,22
  442:4,9
blended  441:10
blind  441:22,23
blog  284:7
  295:2
blown  309:15
  310:3,18

blue  332:3
  344:1 501:8
  502:1
blues  342:5
  343:12
bluish  321:12
  321:12,16,17
  498:20
board  294:5
  315:18 490:22
body  290:16
  401:4,15,24
  405:15
bond  420:1
  437:19,23
  438:3 439:21
  445:25 446:21
book  308:15
  361:18
books  335:24
bothering
  488:23
bothers  485:18
bottle  299:17
  299:18,18
  300:22,23,24
  301:2 352:20
  360:10 361:3
  396:2,13 397:6
  399:19 435:22
  435:24 436:3
  438:19,23
  448:10 449:14
  449:16 454:8
  472:22,24

**[bottle - calculation]**

476:22 481:1,5
481:6,16 483:4
**bottled**  376:1
**bottles**  301:14
301:17 323:6
323:17 367:16
375:1 394:8,14
400:17 403:15
413:3,12,22
417:11 444:22
448:6,7,10
450:25 455:4,7
460:25 471:21
472:18 473:9
473:11 476:24
477:14 478:2
480:9,11,15
**bottom**  349:19
356:19 360:16
362:15,24
363:1,2,3,18,19
389:21 392:6,8
411:19 476:21
**bought**  299:10
392:20 394:2
401:2,9 404:3
404:4 409:6
461:4
**bouquet**  437:20
440:6,9 446:18
**bowl**  410:25
411:1
**box**  365:24
**bracket**  490:21

**brake**  294:8
**brakes**  478:15
479:2,7
**brand**  366:22
391:12 397:24
400:7,17
459:19,21
460:9,11,14,16
468:1 480:3
**branded**
389:14
**brands**  400:20
403:16
**brazil**  449:11
**break**  306:11
322:2 364:16
390:10 402:5,6
402:21 431:6
**breaths**  470:10
**brief**  289:20
**briefly**  291:2
297:4,7,8
298:4 322:13
**bright**  321:12
**bring**  290:3
439:13
**brings**  466:23
**brittle**  329:10
487:20
**broad**  393:10
479:5
**broken**  346:21
401:25 403:19
**brotherhood**
458:9

**brought**  290:6
290:7,15,18
309:25
**brucite**  497:14
**brush**  411:1
**btlaw.com**
286:21
**bueno**  287:13
289:1,1
**building**  480:4
**built**  336:21
469:4 480:4,6
**bulk**  492:25
493:16
**bullet**  385:11
390:13 392:8
487:7,25
**bumps**  329:3
**bunch**  334:3
453:19
**bundle**  308:8
309:6,17
329:24 330:6
331:23 345:5
345:15 347:16
348:15,16,17
349:8,9,12
350:5,9 355:11
355:14 358:4
360:4,11,13,14
361:11,12
362:13 363:13
363:15,20,21
364:1 466:12
466:22 476:11

**bundles**  330:1
330:2 331:19
331:24 344:15
345:4 350:18
354:8,13,13
356:14 361:7
363:21 420:19
431:3 450:17
466:2 493:5
**burden**  301:23
453:8 474:12
474:16
**bushwhacking**
504:22
**butler**  287:15
289:3
**butlersnow.c...**
287:19,20
**buts**  357:3
**buy**  411:13
**bye**  505:17

**c**

**c**  288:2
**ca**  508:9,12,20
**calcium**  351:9
351:13 373:11
**calculate**
324:20 326:24
**calculates**
315:21
**calculating**
317:6
**calculation**
311:5 315:12
393:23 403:15

Page 11

**[calculations - change]**

| | | | |
|---|---|---|---|
| **calculations** | 417:24 420:19 | 461:10 462:11 | 496:7 501:7 |
| 317:15 367:1 | 496:23 499:21 | 462:15,22,24 | **certainty** |
| 401:17,18,25 | 502:16 | 463:7,17,18 | 303:19 375:24 |
| **calidria** 325:9 | **calls** 409:19 | 464:23 469:10 | 425:17 429:25 |
| 327:12,14,15 | 453:9 457:11 | 475:20 | 442:6 |
| 327:16,19,21 | 459:1 473:14 | **cases** 304:8 | **certificate** |
| 330:5,18 334:9 | **camera** 336:21 | 305:17 310:23 | 507:3 |
| 335:8,13,14,21 | 469:4 | 478:3,21,25 | **certified** 285:6 |
| 490:10 | **carbide** 327:19 | **cashmere** | 507:6,14 |
| **california** | 335:9 | 437:20 440:6,9 | **certify** 506:4 |
| 282:1 285:6,20 | **carbonate** | 446:18 | 507:7 |
| 286:10,11,19 | 373:12 | **caught** 325:1 | **cetera** 305:13 |
| 288:10 292:22 | **careful** 449:6 | 336:25 | 330:8 331:11 |
| 327:17 365:20 | **carolina** 370:10 | **cause** 285:10 | 331:12 353:24 |
| 369:15 436:20 | 370:14 372:16 | 310:4 397:21 | 369:3 407:24 |
| 507:1,7,15,23 | 441:11,17 | **cavalier** 463:1 | 446:22 459:25 |
| **call** 311:9 | **case** 288:10 | **cc** 398:25 | 465:6 466:18 |
| 334:8 345:23 | 300:5,7,11 | **ccp** 508:9,12 | 479:7 483:13 |
| 359:15 360:22 | 323:10 336:9 | **cement** 294:4 | 484:22 485:23 |
| 364:20 371:16 | 348:13 351:8 | **center** 375:14 | **chain** 368:3 |
| 455:4 465:17 | 367:7 370:23 | 427:3,19 | 409:14,19,22 |
| 465:18,18,20 | 371:25 375:17 | **centigrade** | 409:25 410:2,7 |
| 468:15 476:10 | 382:15 383:3,5 | 491:3 | **chance** 305:21 |
| 494:20 501:9 | 385:21 391:3 | **central** 468:20 | 417:4 |
| **callan** 284:12 | 391:14 400:5 | 492:14 | **chanel** 457:2,8 |
| 346:24 356:3 | 405:11 408:9 | **century** 286:17 | **change** 294:21 |
| 361:23 | 413:21 417:16 | **certain** 333:3 | 321:8 325:25 |
| **callan's** 346:23 | 422:17 430:7 | 468:4 470:20 | 326:1 402:15 |
| **called** 326:9 | 432:17,22 | **certainly** 294:2 | 403:6,7,9,11 |
| 327:24 351:3 | 437:15 439:22 | 294:18 299:4 | 451:19 462:20 |
| 352:2 360:12 | 446:8,12 | 299:14 300:16 | 463:3,5,25 |
| 427:5 495:6 | 447:19 451:17 | 315:4,5 323:20 | 466:17 498:22 |
| **calling** 309:10 | 453:5,8,23 | 370:3 373:18 | 506:9 510:4,7 |
| 309:20 335:14 | 455:17 457:9 | 377:6 455:20 | 510:10,13,16 |
| 351:21 417:23 | 458:16 460:12 | 479:9 483:25 | 510:19 |

Page 12

[changed - closer]

| | | | |
|---|---|---|---|
| **changed** 307:12 463:14 491:8 | **chris** 287:14 289:3 | 414:8,12,16,18 415:1,1,24 | **claimed** 299:17 303:21 |
| **chapter** 318:7 | **chris.cowan** 287:20 | 416:4,15 417:23,23,24 | **claims** 492:3 |
| **charge** 465:5 | **christina** 462:18 | 417:25 420:6,6 | **clarification** 296:5 315:22 |
| **charts** 312:9 331:6 343:17 | **chrysotile** 303:16,22,23 | 420:9,10,18 421:6 427:3,6 | 328:12 383:9 387:4 404:15 |
| **check** 374:10 467:6 | 304:9 310:11 315:1,11 316:6 | 427:12 428:2 428:14,17 | 443:6 496:20 |
| **checked** 352:10 | 319:8 321:1,15 323:25 324:9 | 430:21,24 438:10 439:11 | **clarify** 443:8 |
| **chemical** 406:24 | 326:15 327:7 327:13,20 | 441:21,23 442:2,8,9,15,17 | **clark** 461:6 |
| **chemistry** 351:8,23 354:2 357:25 373:14 483:20 | 329:9,20 330:2 330:16 331:18 333:3,7,13 335:8,9,14 | 445:15 447:2 465:17 467:11 468:7,13 475:24 482:13 | **classic** 354:25 **classified** 358:4 **clean** 443:8 448:18 |
| **chess** 366:13 | 339:24 340:13 | 482:14,19 | **cleanups** |
| **chimed** 340:24 | 340:15 341:14 | 485:9 489:22 | 289:21 301:22 |
| **china** 369:8 371:17 372:14 388:25 444:13 444:14,17 445:1 456:5,6 456:7,19,20 461:19 | 342:9,19 343:8 343:23 344:14 344:16 345:2,6 345:15,21 369:20 370:1,3 370:9 374:7,15 | 490:5,21 491:1 491:21,25 493:4 495:6 496:9 497:12 500:4 501:9,19 502:8,21 | **clear** 300:22 301:17 311:5 389:4 453:14 455:2 461:8 462:9 472:7 **cleavage** 351:22 353:22 |
| **chinese** 299:7,8 299:11 300:14 371:1 372:14 375:5,22 376:4 408:10,13 422:12 449:10 455:20,21 457:2 472:5 | 374:17,18,19 375:7,9,14,15 376:5,12,22,25 377:7,9,16 378:6,17 379:1 379:19 380:5 381:2,5 397:10 397:16,22 | **circled** 307:4 308:7,25 309:9 309:19 **circuit** 376:7 **circumstances** 319:23 333:3 **cite** 423:16 **civil** 508:19,20 **claim** 301:18 | **client** 323:13 323:13 434:14 445:1 **clients** 294:6 **close** 320:8 364:6,7 371:14 375:6 414:9 428:16 431:5 451:19 495:5 502:3,17 |
| **chosen** 324:3 | 398:17 411:7,8 | 308:17 | **closer** 324:10 324:10 413:9 |

**[closer - confirm]**

| | | | |
|---|---|---|---|
| 502:8 | 344:18,21 | 486:22 | 481:18 489:25 |
| **clubman** | 468:24 492:10 | **comments** | **concentrations** |
| 410:22 | **combination** | 339:21,22 | 324:23 377:18 |
| **cmc** 286:2 | 472:4 | **commercial** | 378:10 381:6 |
| **coach** 436:11 | **combined** | 493:16 | 381:16,20 |
| **coaching** | 393:2 | **committee** | 428:7,8 482:16 |
| 436:17 | **come** 318:8 | 284:11 318:6 | 490:12 |
| **coalinga** | 324:7 331:2 | 318:25 | **concerned** |
| 335:25 | 362:11 371:14 | **common** | 417:10 |
| **code** 508:9,12 | 371:20 375:2,4 | 402:11,17 | **concluded** |
| 508:19,20 | 386:23 393:21 | **companies** | 505:25 |
| **codes** 474:7,9 | 419:10 420:18 | 297:17 488:19 | **concludes** |
| 474:14 | 443:14 455:7 | **company** 286:1 | 505:20 |
| **coffee** 322:4 | 456:20 476:16 | 299:9 461:21 | **conclusion** |
| **colgate** 429:18 | 482:7,9 488:24 | **compare** 502:6 | 409:20 453:9 |
| 440:6,9 | 493:12 494:10 | **compared** | 457:11 459:1 |
| **collected** | 502:24 | 463:23,23 | 473:15 |
| 444:25 | **comes** 299:6 | 500:17 | **condition** |
| **collection** | 421:21 424:17 | **comparing** | 445:17 |
| 301:9,15 | 436:3 444:18 | 470:4 | **conditions** |
| **college** 332:21 | 445:10,18 | **complete** | 380:4 447:15 |
| **color** 307:5 | 454:9 456:19 | 325:13 345:24 | **conduct** 367:6 |
| 308:4,6,9 | 469:5,16 | **completed** | 367:10 |
| 309:2,7 321:12 | **comfortable** | 508:7,17 509:6 | **conducted** |
| 321:17 325:25 | 426:3 | **completely** | 486:2 |
| 327:3,6,8 | **coming** 294:7 | 329:16 502:16 | **confident** |
| 328:4,9 329:23 | 328:16 331:16 | **completion** | 449:13 |
| 330:13 331:24 | 354:10,11 | 509:10 | **confirm** 291:12 |
| 333:4 341:13 | 380:16 381:11 | **compton's** | 302:1,13 357:8 |
| 341:16,20 | 381:14 383:22 | 439:8 | 385:6 417:21 |
| 342:1,7 344:19 | 414:23 435:19 | **concentration** | 420:9,25 |
| 378:14 498:21 | **commencing** | 324:22 325:6 | 428:21 429:9 |
| 499:9 500:7 | 285:4 | 376:25 379:3 | 434:5 451:3 |
| **colors** 308:25 | **comment** | 380:15 406:20 | 455:12 |
| 335:11 342:10 | 486:15,18,22 | 411:10 416:2 | |

**[confirmation - correct]**

**confirmation**
301:25 302:7
302:24 303:3
454:1
**confirmed**
419:21 421:5
428:5
**confused**
342:18 362:25
**consequences**
473:6
**conservative**
402:13
**consider**
301:24
**considerations**
439:4
**considered**
348:1
**considering**
323:24 325:20
436:15
**consistent**
361:10
**constantly**
357:14
**constitutes**
507:17
**constructed**
291:4
**construction**
291:8 293:14
293:20 294:1
296:18 297:22

**consumer**
406:5 486:14
**consumers**
435:23
**contact** 508:9
**contacting**
458:3,6
**contain** 452:5
**contained**
297:19 381:24
383:13 448:9
**container**
290:7 396:19
396:21 397:3
397:21 401:17
405:18,20
410:8 435:9,12
438:9,10
439:19 448:12
460:5 470:23
471:11,18
474:7,9 482:17
**containers**
290:16 298:4
298:18 299:1
367:2 394:23
396:5 402:7,9
402:16 403:9
408:22 409:3
409:17 410:23
411:17 412:21
440:6,10,13
444:24 451:6,6
460:1 462:14
470:17 471:7

474:14 475:10
475:21
**containing**
296:15 297:22
386:11 478:2
**contains** 383:4
384:7 405:7
**contaminate**
481:19
**contaminated**
373:6,8 404:23
480:7
**contaminating**
480:19
**contamination**
427:5 428:16
428:19 482:12
**content** 373:20
**contents** 412:6
**continue** 297:8
297:9,12
334:25
**continued**
299:11
**continuously**
482:15
**contract**
333:19 334:3,7
335:6
**contributed**
300:17
**contributing**
490:24
**cooperating**
382:24

**copied** 338:12
**copy** 290:22
382:17,23
383:22 431:19
**corner** 362:16
362:25 363:1,2
363:3
**corners** 466:14
502:1
**cornstarch**
290:18 404:12
404:20,21,22
405:19,22,24
406:7,12,18
407:1
**correct** 290:13
291:9,10
299:18,21,23
299:24 300:25
301:1,4,5,10,12
301:20,21
333:16 334:2
337:7,9 338:19
338:20,23
339:5,22,23
340:1 341:11
362:13 367:3,4
367:24 368:1
368:22 369:11
369:22 380:9
380:14 386:1,4
386:14 387:2
387:22,23,25
388:5 389:5,11
389:12 390:8,9

Page 15

**[correct - cures]**

| | | | |
|---|---|---|---|
| 390:22 391:16 | 477:2,11,19 | **count** 297:1,10 | **credit** 308:17 |
| 391:17 392:1,2 | 480:12,16 | 494:17 | **creek** 423:11 |
| 392:11,14 | 482:24 483:12 | **counting** | 441:1,11,18,19 |
| 394:9,16 | 507:18 | 350:19 493:16 | 442:3,15,20 |
| 397:10,11 | **corrections** | 493:17,19,22 | 443:10,15 |
| 399:10 403:20 | 307:10 506:7 | 493:24 | **criteria** 348:20 |
| 403:21 408:3 | 508:14,15 | **country** 369:7 | 487:10 |
| 408:24 412:13 | 509:3,4 | 374:24 388:24 | **criticism** |
| 412:14 413:13 | **correctly** | **county** 282:2 | 328:22 |
| 413:19,20,22 | 338:13 342:5 | 288:10 | **criticisms** |
| 413:23 414:3 | **cosmetic** 320:9 | **couple** 291:23 | 330:20 484:5 |
| 414:12,13 | 328:2 330:17 | 293:7 318:15 | 494:5 |
| 420:14,15 | 333:7 368:3 | 326:11 328:8 | **criticized** |
| 421:1,7 422:7 | 369:7,10 | 332:4 347:20 | 328:15 |
| 424:18 425:12 | 371:14 374:23 | 420:3 476:18 | **crocidolite** |
| 425:13,19,20 | 375:1,1 376:11 | **course** 292:1 | 317:16 |
| 425:23 426:18 | 376:11 410:5 | 328:14 354:2 | **cross** 344:10,10 |
| 428:3,4,5,6,9 | 430:3 443:12 | 389:16 391:18 | 344:12 427:5 |
| 428:23 429:11 | 443:19 448:2,9 | 391:22 394:1 | 428:16,19 |
| 434:8 437:12 | 448:13 449:3,9 | 398:7 400:18 | 454:23 462:22 |
| 440:2,4,7,11,25 | 449:14,17 | 434:1 461:16 | 463:2,18 |
| 441:3,4,7,8,12 | 450:8 452:10 | 470:19 485:6 | 480:19 504:10 |
| 441:14 444:2,9 | 455:5 456:6,7 | 491:1 | **crystalline** |
| 445:22 446:20 | 456:22 459:10 | **court** 282:1 | 351:23 |
| 447:25 449:5 | 460:23 479:10 | 288:9,16 304:5 | **csm** 375:10 |
| 454:2 457:20 | 480:9,9,10 | 335:7 436:20 | 489:14,22 |
| 457:25 458:16 | 486:3 487:23 | 454:14 | **csr** 282:23 |
| 458:25 459:20 | **counsel** 288:19 | **cover** 289:21 | 507:23 |
| 460:12,25 | 295:19 297:7 | **covered** 452:9 | **cumberland** |
| 461:10,11 | 299:20 300:6 | 455:25 | 286:2 |
| 462:16 468:11 | 301:20 313:16 | **cowan** 287:14 | **cumulative** |
| 471:6,19 472:1 | 334:10,21,21 | 289:3,3 340:22 | 313:15 |
| 472:9,20 | 334:24,24 | **crazy** 492:21 | **cup** 322:4 |
| 475:24,25 | 505:14 508:18 | **creative** 412:25 | **cures** 410:10 |
| 476:2,15,22 | 508:21 509:7 | | |

[curiosity - density]

curiosity
    416:11
curious  314:9
    416:12 418:7
    418:10,21
    440:19
current  462:24
currently
    332:12 486:15
cursor  349:21
    363:23 395:25
custodies
    409:25
custody  409:15
    409:19,23
    410:2,7
cut  332:16
    350:23 362:21
    419:23
cyprus  427:7
    427:23,24
    439:16 445:23
    446:3,9,9
cyprus's  438:1

d

d  283:1 287:3
    288:2
d22-07  486:21
d3  331:18
damage  476:23
damaging
    411:2
daniels  461:6
dann  286:5

darker  321:16
darkish  321:12
data  314:1
    332:13 338:24
    446:17 452:25
    465:3,5,7
    466:9
date  318:10,15
    323:2 392:13
    401:11,12
    407:18 472:18
    474:10 506:25
    508:16 509:5
    510:24
dated  298:9
    322:24
dates  366:12,12
    392:7 473:18
    473:19
day  284:4
    289:24 318:12
    338:22 365:22
    382:14 398:6
    402:2 410:2,7
    412:7 491:5
    504:20
days  318:12,16
    391:19,21,23
    402:1
deal  292:1
    320:3 461:19
dealing  340:14
    346:22,25
    362:18 369:25
    370:2,8

death  369:14
    370:15 372:15
debate  327:2
    358:5
debating  358:2
    359:8
decade  392:21
december
    486:19
decide  473:22
    475:4
decided  325:17
decision  342:6
declaration
    382:2,21 383:4
    383:13 384:1
    407:8,10 408:8
    408:16,18,21
    412:3,5,9
    421:24 422:17
    423:15 426:6
    430:20 431:20
    432:1,2 446:18
    451:22
declarations
    407:22 410:12
    412:12,16
    471:13
deep  470:10
    490:3
deer  313:4
defects  454:24
defend  419:17
defendant
    286:1

defendant's
    346:17 434:20
defendants
    282:7 286:10
    287:1 288:25
    289:2,25
    290:24 292:10
    293:4 295:3
    296:17 298:12
    306:22 317:25
    395:7 407:10
defending
    368:14
defense  368:13
    458:8
define  348:10
    368:23
definition
    311:17,23
    313:12 349:9
    354:14,16,25
    358:2,19,20
    359:8 360:24
definitions
    311:15 357:23
    358:12,14,22
    360:23
degree  303:19
    352:8 367:25
    375:23 425:17
    429:24 442:5
degrees  338:22
    491:3
density  324:8
    324:11,16

Aiken Welch, A Veritext Company
510-451-1580

**[density - diligence]**

360:18 375:10
420:21 468:8
489:16,22
**dependent**
447:20
**depending**
351:3 360:24
363:21 402:2
407:23,23
412:21 443:16
450:6
**depends** 304:9
354:19 376:17
380:3 449:19
450:14 467:12
**depo** 300:8
387:13,15,16
**deponent** 506:1
**deposed** 357:11
399:8 433:17
**deposit** 424:10
424:23
**deposition**
282:12 284:4
285:1 288:6,12
305:7 335:1
336:8 381:23
382:12,14
385:1,2 388:13
389:20 391:15
399:16,17
407:13,15
422:4 434:2,10
436:17 444:7
451:25 455:9

458:23 461:10
471:22 472:10
505:24 506:5
507:9,12,18
508:19,22,24
509:8,10
**depositions**
290:5 387:20
459:13
**depth** 319:3
**describing**
425:9,10
**description**
349:11
**desk** 421:21
453:17
**detailed** 429:22
**detection** 318:4
324:21 372:24
373:16 374:5,7
398:24 415:7
448:5,14,15,20
448:22,24
449:19,21,25
450:14,16,20
450:22 482:2
483:3 485:7
486:5 488:5
493:25
**detectors** 303:7
**determination**
345:1 348:20
**determine**
297:21 341:16
343:8 349:17

358:10 394:22
**determined**
508:18,22
509:7
**determines**
348:17 435:25
**determining**
331:6 430:18
500:2
**developed**
415:8 489:21
490:4,9
**developing**
490:6
**develops** 325:3
**device** 295:25
364:21
**devries** 286:5
**diagnostic**
441:17
**difference**
311:25 312:3,9
312:11,14,18
313:21 328:25
328:25 329:13
343:11 344:20
351:20 360:18
399:15 424:21
468:21 485:1
503:15
**different** 293:7
294:2 313:2
319:19,19,20
319:22,24
320:9 321:5

325:25 330:13
330:16 331:11
331:24 339:14
344:9 350:2
352:20 357:22
357:24 364:20
369:1,2,4,6
375:6,12
378:13 379:24
391:21,23
399:13 424:5,6
428:18 437:3
440:10 444:2
444:20 445:14
447:14 450:3
453:18 456:14
458:2 459:11
461:2 462:11
462:14 463:6,7
463:18 466:9
478:22 479:1
493:13,21
**differentiate**
344:5 491:24
**difficult** 395:21
495:9
**diffraction**
352:3,5 358:1
**dig** 378:18,19
380:17
**digging** 368:24
377:20 379:5,7
**diligence**
295:14 296:7

Page 18

**[diligently - dubin]**

| | | | |
|---|---|---|---|
| **diligently** 324:5 | **distortion** | 333:18 335:24 | 395:2 401:22 |
| **diluted** 379:10 | 492:10 | 351:14 352:4 | 407:3 409:23 |
| **dip** 476:21 | **distributed** | 365:4 414:10 | 424:8,9 425:6 |
| **direction** | 406:5 | 415:21 418:12 | 430:16 431:19 |
| 303:14 310:10 | **distribution** | 419:4 420:17 | 438:18 439:8 |
| 335:11 497:16 | 399:25 | 420:21 436:12 | 452:15 453:5 |
| 498:4,23 500:5 | **distributor** | 489:5 493:23 | 455:2 458:25 |
| 500:19,23 | 368:13 387:1,3 | 496:16 504:22 | 459:18 463:13 |
| 502:3 | 406:6 | **dollar** 400:1,6 | 474:17 475:16 |
| **directions** | **distributors** | **dora** 338:19 | 487:4 488:11 |
| 498:6,7 503:3 | 461:4 | 347:7 | 492:3,6 494:3 |
| **directly** 458:4,7 | **disturbed** | **dots** 352:7 | 496:12 497:1 |
| **discovered** | 398:19 482:20 | **double** 295:21 | 503:17,25 |
| 324:1 | **divided** 360:1 | 312:1 313:3 | 504:3,20 |
| **discovery** | **diwan** 287:4 | 375:10 503:1 | **dramatically** |
| 335:1 457:1 | 289:9,9 | **doubt** 357:2 | 489:9 |
| **discuss** 295:16 | **dm4** 467:25 | 432:19 | **drilled** 411:18 |
| 370:19 | **doc** 346:10 | **downloaded** | 411:18 |
| **discussed** | **doctor** 329:23 | 290:10 | **drives** 413:7 |
| 313:16 372:3 | 342:25 343:5 | **doyle** 304:14 | **drop** 489:3 |
| **discussion** | 346:20 355:7 | **dr** 284:5,8 | **drug** 286:10,11 |
| 295:16 475:1 | **document** | 289:18 293:1 | **drugs** 470:24 |
| **disease** 398:12 | 346:11 395:1 | 295:14 302:2 | **dubin** 283:5 |
| **dispersed** | 433:11 491:19 | 302:14,20 | 287:3 288:23 |
| 379:20,23 | 491:23 | 303:4 316:20 | 288:24 289:13 |
| **dispersion** | **documentation** | 317:5,10 | 289:17 290:2 |
| 468:21,23 | 453:15 | 321:20 322:12 | 290:20 291:1 |
| 492:10,12,14 | **documents** | 326:8 328:5 | 291:21 292:8 |
| **dispersive** | 368:6 388:10 | 329:15 330:20 | 292:12,19,24 |
| 351:4,5 | 452:3,17 458:1 | 335:5,7,18,23 | 292:25 293:18 |
| **dispute** 317:4 | 458:24 460:21 | 336:7 357:5 | 294:22 295:5 |
| 333:13 370:4 | **dodge** 328:16 | 364:11 365:3 | 295:12,18 |
| 493:22 | **doing** 291:15 | 366:10 378:23 | 296:1,6,24 |
| **distinction** | 300:20 323:24 | 379:17 380:6 | 297:13,14 |
| 347:21 | 331:10 332:4 | 383:11 384:1 | 298:2,11,14 |

Page 19

[dubin - entire]

299:15 300:21
306:17,21,24
314:4 315:23
316:17 317:22
318:2 321:19
364:16,20
**due** 311:25
491:16
**duly** 285:8
**dust** 481:9

**e**

**e** 283:1 284:1
288:2,2 387:6
387:6,6 508:9
508:12 509:1
510:3,3,3
**eagles** 282:4,4
284:14 288:8,8
290:15 291:3
302:8 303:17
305:23 365:7
385:2,14
387:19,20
390:2,15 391:5
391:14 393:22
394:1,8,15
395:13 397:6
397:25 399:16
400:17 401:1
404:4,4 462:19
463:20 464:4
471:20,25
473:9 508:4
510:1

**earbuds** 295:24
**earlier** 320:5
336:8 385:1
407:5,15
408:11 436:16
438:1 455:19
471:20
**early** 282:22
285:5 288:17
306:19 395:6
434:18 440:18
454:12 480:6
496:14 504:18
507:6,23
**easier** 351:15
353:6 368:18
420:4 461:15
461:18 466:15
468:12
**easily** 325:21
350:15 488:5
**east** 286:17
**easy** 410:22
491:23
**ebay** 299:18,19
300:2,16,23,24
412:1
**echo** 295:21
**eclipse** 369:17
**edge** 290:11
308:8 309:6,16
309:16 310:1
335:19 345:24
419:10 491:25
497:2 502:11

**edged** 284:5
290:22
**edges** 355:22
**eds** 351:4,15,16
**education**
429:21
**edxa** 351:5
**effect** 329:14
466:3
**effects** 290:11
**efficient** 324:7
324:8 415:12
415:24
**effort** 416:20
**eight** 354:7
391:21,22
**either** 300:15
302:15 332:24
337:14 357:13
380:16 382:13
394:23 427:7
430:11,11
437:23 438:5
439:16 442:10
444:23,25
446:9 450:12
467:11 478:13
488:7 497:18
504:15
**elaborate**
345:19
**electron** 352:3
**eleven** 477:10
**eliminate**
426:24

**elongated**
494:21,23
498:2 499:20
500:10 501:5
502:17
**elongation**
343:4,7,22,24
344:2,3 495:2
495:10 496:5
497:9,15,17,25
498:14 499:22
501:16 502:3
503:2,11,11
**elongations**
497:11
**employed**
356:1 368:16
**employee**
368:16
**employees**
477:13
**ends** 345:12
466:3
**energy** 351:4,5
351:25
**engineering**
427:19
**enjoy** 332:20
**enjoyable**
364:11
**entire** 303:8
314:22,22
315:1,2 379:21
436:1 483:4,17

Aiken Welch, A Veritext Company
510-451-1580

[entities - exhibit]

entities  436:8
487:9
entitled  297:11
507:10
environment
398:14
environmental
358:17 483:21
epa  313:3
314:10 317:12
425:2,8 426:21
438:6 485:13
485:17
equal  485:23
equate  290:17
386:9,17
403:18 404:9
404:24 405:19
equation
403:11
equipment
336:10,11,13
336:14 469:20
equipped  468:3
errata  508:14
508:16 509:3,5
erroneously
490:25
errors  489:10
489:12
escorted  478:7
especially
291:16 294:15
304:2 327:5
469:12 483:20

espouse  334:8
espousing
332:9
esq  508:1
essentially
294:4 304:25
372:4 399:25
418:23 423:16
established
438:4 439:2
establishes
438:14
estimates
490:17
et  282:6 288:9
305:13 330:8
331:11,11
353:24 369:3
407:24 446:22
459:25 465:6
466:18 479:7
483:13 484:22
485:23
europe  372:19
449:10
evaluate  313:5
evenly  379:20
379:23
event  354:17
everybody
324:13 337:22
365:17 402:4,7
421:9
evidence  404:2
404:6 411:14

455:7 473:24
474:3,19,22,23
475:3,3 477:25
478:4,9
exact  351:23,23
351:24 422:10
489:5,7
exactly  305:10
318:14 342:16
393:21 413:24
415:23 474:10
495:10
examination
283:5,6,7
289:17 322:11
365:2 492:25
examine
454:23
examined
285:9 323:17
examiners
364:18
examining
343:4
example
297:16 305:5
311:17,18
315:20 331:13
345:14 378:4
435:15 447:21
469:9 473:25
480:15
examples
304:23

exceeded
487:10
except  453:19
excerpt  346:12
excess  460:24
exclude  429:6,8
excuse  292:4
306:8 327:24
332:16 335:17
345:6 356:25
462:4 498:6
500:1
exemplar
337:18
exercise  317:8
exhibit  284:3,4
284:5,6,7,8,9
284:10,12,13
284:15 289:24
289:25 290:12
290:24 292:10
292:16 295:3
298:12 306:22
315:1 317:25
318:20 341:1
346:2,3,4,17
381:25 382:1
384:25 385:1
387:16,25
388:3,4,12,13
389:20 394:19
395:6,7 401:16
403:13 407:12
407:13 434:13
434:20 451:23

Aiken Welch, A Veritext Company
510-451-1580

[exhibit - fiber]

451:24,25
**exhibited**
311:19
**exist** 450:23
495:8
**exists** 316:24
379:19
**expect** 304:7
310:23 406:10
499:24
**expected**
458:23
**experience**
291:15 463:19
**experienced**
356:25 466:20
**expert** 284:10
318:6,25 368:2
368:4,21
393:12 408:1
492:19
**expertise**
349:16 429:22
**experts** 348:8
350:11
**expiration**
401:11,12
**explain** 324:3
353:13 359:9
362:12 363:12
378:21 405:16
**explained**
336:12
**explaining**
336:12

**explanation**
378:25 381:12
381:14
**exposure** 302:8
302:9 304:9
305:18 385:9
388:6 394:20
397:22 398:4,5
398:23 399:5,7
399:9 401:16
403:8,8,13
451:24 462:13
462:22,24,25
463:7 464:4
478:25
**exposures**
304:24 305:6
305:19 366:22
479:4
**express** 327:11
**expressed**
408:8
**expression**
311:24 313:21
**extent** 292:16
304:16 305:4
383:6,11 439:5
473:7
**extinction**
495:18,21,24
496:19 498:11
498:18 499:6
500:23
**extra** 483:9

**extract** 405:25
**extreme** 362:8

**f**

**f** 286:1,12
**facility** 410:8
**fact** 293:16
300:13 328:21
357:16 388:21
393:16 400:24
408:13 417:23
417:24 422:20
422:22 426:8
438:9 439:3
447:23 465:10
466:22 473:8
485:16
**factor** 401:15
490:25
**facts** 305:18
371:9 381:15
393:14 426:12
426:13 432:18
436:6,11 451:4
452:7,22
454:15 457:10
459:2 463:8
464:24 473:13
474:21
**fair** 293:12
305:19,20
396:3 423:6,7
432:12 467:13
**fairly** 355:11
355:14 468:1

**fall** 314:15
**familiar** 382:16
407:16 432:6
440:22
**fancy** 466:24
**far** 305:10
335:20 374:9
374:16 384:17
401:8 450:23
467:4 495:17
**fda** 486:2 488:1
490:5
**features** 323:25
**federal** 415:18
509:1,8,9
**feel** 426:3
464:16 504:11
**felt** 491:9
**fiber** 301:23
311:19 329:20
340:15 344:10
346:23,25
347:14,18
348:14 353:14
353:19 354:9
354:16 355:5
358:11 359:5,6
359:10 360:3,4
360:8,10 361:4
361:17,19
363:9,14 364:8
448:20,21
476:10 481:25
482:1,2,23
483:4

Page 22

[fibers - five]

**fibers** 327:13
329:25 333:3
352:17 361:2,6
364:1 398:25
430:1 448:21
450:17,18
476:14 483:9
493:1,4
**fibril** 349:25
**fibrils** 349:13
349:17 350:6
350:10,14
360:18 361:9
362:18 363:17
363:21 364:3
**fibrous** 302:20
303:11 321:4
321:11 336:5
344:15 345:22
345:23,24
354:24 355:1
358:3 361:1
362:4 417:25
419:9 465:18
491:24 494:20
495:6,11 496:8
497:2,5 498:12
499:24,25
502:10 503:14
**field** 332:23
333:14 334:7
445:1
**figure** 319:8
331:18 333:20
379:16 430:17

438:17
**figured** 362:9
489:23,24
**file** 384:5
432:21 458:16
458:18,24
461:9
**filed** 288:9
**files** 384:13
**fill** 366:12
411:19 453:17
**filter** 493:12
**final** 361:2
486:19
**finally** 350:24
**find** 291:19
296:21 299:17
302:3,15
303:11 304:6,6
304:8,21
306:12 307:6
310:7 323:4
325:4 329:2
331:1 335:22
337:8,10 339:9
353:4,6 363:12
373:10,11,11
373:14 374:5
374:16 376:13
376:17 381:2,3
396:6 401:20
402:19 404:12
404:13,20
405:11 406:10
406:12 414:18

415:1 416:22
416:24 418:9
429:14 431:1
431:19 438:11
445:11 449:20
450:1 451:8
482:2 483:6,7
483:9,16 486:4
494:8 502:10
506:5
**finding** 302:20
304:25 306:2
324:18 330:16
333:7 357:9
372:23 375:9
377:3 379:1
380:8 381:12
381:19 396:25
397:16 427:3
428:9 468:13
480:10 481:15
482:9 486:6,8
490:20
**finds** 446:25
**fine** 292:24
322:5 359:4
365:4,10
385:15 386:12
389:11 400:12
400:13 434:14
462:21 472:13
493:18 505:3
**finer** 460:8
**finish** 368:6
464:12,18,19

**finished** 344:6
350:22,24,25
355:2,4 361:15
431:22
**firm** 292:2,9
300:25 301:3
368:13 408:24
478:17,19
479:11,11,17
479:20
**first** 294:6,6
298:8 299:16
299:16 300:22
306:17 307:22
310:2 332:20
333:24 336:24
337:4 343:10
343:16 346:5
346:10 347:20
356:21 357:12
382:11,13,14
382:14 383:25
385:11 390:15
390:16 395:4
406:19,22
407:9,25
408:20 409:5
423:17 451:13
464:6 467:1
478:16 487:15
487:16 488:14
488:19,20
494:12,13
**five** 299:5
335:24 364:17

Page 23

**[five - frcp]**

388:21 391:19
391:20 423:18
429:5,5,10
431:8,10 442:4
442:4,20
443:10 444:2
451:18 456:9,9
475:13,14
476:1,3,5,7
489:2 505:11
**flat** 468:15,18
**floor** 287:7
294:7 486:10
**flotation** 369:1
379:9
**fluid** 326:19
491:13 499:14
**focal** 466:17
**focus** 332:5,6
355:21,24
366:21 370:18
374:18 388:8
391:11 419:18
422:25 432:1
**focused** 417:9
**focusing** 319:8
420:23
**follow** 306:12
414:6 419:14
444:4
**followed** 390:4
390:21 492:3
**following**
358:11,15
366:4 485:14

492:23 504:16
506:6
**follows** 289:16
508:8
**fong** 360:10
**fong's** 359:6
**foregoing**
506:4 507:8,17
**forever** 435:25
436:1
**forget** 440:17
457:3
**forgot** 394:17
**forgotten**
471:10
**form** 292:20
347:22,23,25
348:18 351:17
351:22 352:12
352:25 353:14
356:9 358:11
359:10 369:23
377:17 380:5
387:22 455:3
464:22
**formation**
423:8 435:17
**formed** 345:18
**former** 437:16
437:17 452:6
**forming** 393:11
433:16 454:8
**forms** 377:17
377:17

**formula** 432:25
433:3,9,9,11,20
434:8 474:1
483:8,10
**formulas**
432:16 474:5
**forth** 323:19
330:24 430:19
487:11
**forthcoming**
486:17
**forward** 366:8
505:5
**found** 294:13
299:7 301:7,18
302:5,6,6,14
304:22 306:4
315:19 316:5,8
316:10,11,14
316:15 327:13
337:12,13
354:6 372:22
373:9,18 374:9
375:13,15,15
376:22 377:2
378:21,22
379:10 397:9
397:20 404:11
404:20 405:14
407:4 411:16
411:16 412:19
414:12 415:3
417:10 418:1
419:8,20,21
420:1,22 425:2

425:4 426:20
426:21 427:11
427:14 428:2
428:13 439:10
439:17,18
441:6,13,15,16
475:23,23
476:1,11
481:22,25
482:1,23
483:10 486:12
494:18 497:4
**foundation**
292:16,17
293:24 295:9
295:11 296:10
383:6,11
**founded** 435:9
**four** 398:14
439:10 443:10
475:12,13,13
476:3,5,6
477:8 488:8
489:2 505:22
**fraction** 415:11
**fragments**
351:22 353:22
**fragrance**
369:2 405:25
**frame** 433:13
477:17,18
**france** 369:8
389:1 449:11
**frcp** 509:1

[french - go]

**french** 371:1,18
  372:20 376:5
**friction** 479:1
**friday** 366:2,16
**front** 323:3
  384:3 387:14
  387:17 397:1
  405:10,18
  406:17 462:2
**full** 396:22
  397:4 507:17
**fully** 296:8
  334:11
**funny** 487:12
**further** 295:11
  342:20 344:9
  355:3 384:19
  410:6 449:23
  486:15
**future** 298:16
  298:24
**fuzziness** 310:4

**g**

**g** 288:2 387:6
**gamma** 310:10
  311:18 312:4
  312:10,15,19
  312:21 313:7
  313:22 314:14
  314:18,23
  315:2,14
  316:11,13,14
  316:23 321:6,6
  339:1,5,6,12,18
  340:3 495:14

496:2,18,21
497:6,21,23
498:5,11,17,23
499:3,5,23
500:5,5,17
501:4,11,21,23
**gammas** 503:13
**garage** 481:7
**gary** 353:5
**gathered**
  477:14
**gdldlaw.com**
  286:8
**general** 289:21
  306:16 314:14
  319:17,18
  327:4 370:20
  376:9
**generated**
  310:15 356:10
  388:20
**gentleman**
  444:7
**geoff** 287:24
  288:15
**geological**
  423:8 424:10
  424:23 435:17
  445:17 447:14
**geologically**
  379:19 380:1
  380:13 447:7
**geologist**
  367:23

**geology** 332:21
  367:25 380:2
**georgia** 282:4
  288:8 404:4
**getting** 309:13
  322:4 324:10
  335:10 343:14
  345:20 368:25
  401:6 414:9
  419:5 431:5
  443:24 445:25
  480:25 498:1
  499:18 500:22
**give** 328:4
  330:2,5 349:11
  356:17 383:1
  383:18 398:23
  405:3 417:4
  419:2 426:12
  458:22 467:15
  470:11 471:14
  484:25 488:11
**given** 300:25
  301:3,25
  313:16 375:19
  384:16 392:19
  408:13 455:24
  461:18 472:25
  504:8,11
  505:21
**gives** 328:7
  331:4 345:14
  360:5 405:20
  470:3 471:15
  492:9

**giving** 344:9
  459:12
**glad** 322:14
**glitch** 336:25
**go** 301:25
  308:8 310:6,8
  310:13 311:8
  312:22 315:9
  315:23 317:14
  317:15 319:12
  321:15 322:5
  323:4 325:22
  326:23 331:14
  331:23 332:16
  334:13,17
  337:17 338:25
  339:16,20
  340:8 341:15
  342:20,25
  344:8,24 345:5
  346:10 350:22
  351:1 352:16
  352:22 354:25
  355:3 356:22
  356:24 357:7
  357:18 358:14
  362:20,23
  364:5 366:10
  366:10 372:17
  374:13 378:15
  382:11 390:20
  392:18 394:25
  395:3 397:12
  405:20 407:17
  416:25 417:8

[go - greenstone]

418:5,7,21
426:15 427:17
431:11 440:20
440:21 443:25
457:20,21
463:16 466:17
474:8 477:5
481:17,22
483:5,14,15
485:16 486:1,1
487:6,14
490:19 492:22
493:14 494:12
496:11 499:10
500:12,15
502:2 503:19
**god** 463:9
**godfrey's** 353:5
**goes** 295:13
336:22 356:21
380:18 406:21
408:16 410:4
484:17 494:4
**going** 288:4
289:20 292:15
295:8 296:25
297:1,3 299:14
300:1,16
302:12 306:7
306:10 307:13
307:14 311:8
313:25 316:18
317:2,17
318:24 319:2
320:12 321:5

321:11 322:6
326:13,14
328:20 330:8
330:13 331:19
331:21 334:8
334:11,14,18
337:16,17
338:17 342:10
345:3,11
349:21 350:22
351:1,16
352:16 355:2
356:19 359:15
359:25,25
360:19,19
362:10 364:9
364:22 365:12
365:13 366:21
367:5,15 371:2
372:4,15,15,15
372:16,17
373:25 374:12
374:14 376:5
376:16 382:9
396:20 398:21
399:4 403:7
407:3 411:5,6
411:7,7,9
413:2 415:5
417:2 418:14
419:6 420:22
421:22 422:23
423:8,11,14
424:21 426:23
431:9,13

435:17 447:9
448:13 450:17
463:2,16 471:1
475:17,18
484:10 486:1
493:9 494:23
496:12,13
500:6 501:2
504:8,22
**gold** 327:10
328:4 335:11
420:1 437:19
437:22 438:3
439:21 445:24
446:21 499:8
**golden** 500:7
**good** 288:21,23
289:1 292:1
309:17,23
322:15,16,17
326:22 328:6
335:2,2,3
345:14 364:13
365:5 415:25
441:24 473:24
474:2 484:12
502:5
**goodell** 286:5
**goodness**
297:13 370:7
**google** 293:13
293:19 294:25
296:21
**gotten** 293:6
357:11 376:15

421:12 456:22
457:18
**government**
358:16 489:13
489:15,19
490:4
**grab** 311:11
**grabbed**
470:25
**grade** 332:20
348:3 371:16
486:3
**gram** 411:12
413:9 448:21
448:21 450:17
481:15 482:3
**grams** 396:18
396:22,23
397:2 413:9
450:18 476:18
482:4
**great** 289:13
309:24 318:22
364:19 382:10
484:19
**greater** 342:15
348:24,25
350:21,21
485:22
**green** 341:15
**greenbrier**
386:25 387:5
395:21 399:24
**greenstone**
301:3

Page 26

**[greenwood - historical]**

| | | | |
|---|---|---|---|
| **greenwood** 285:17 | **hand** 350:1 356:18 359:12 362:16,24 363:1,2,3,4,16 363:18,19 470:24 507:21 | **hazards** 367:11 367:18 | 428:17 469:4,6 482:15 492:7 495:7 496:10 497:7,23 499:6 |
| **grids** 483:11 | | **head** 320:15 380:25 418:13 418:14 443:5 457:6 | **higher** 315:5 320:17 326:7 326:15 359:22 379:2,3 381:19 428:8 449:1 466:18 468:20 469:12 492:8 500:11 |
| **grind** 329:10 | | | |
| **gross** 489:9,12 | | | |
| **ground** 368:24 | **handled** 508:8 | **heading** 372:19 392:9 | |
| **group** 361:2 422:9 486:13 | **happen** 481:17 481:23,23 | | |
| | **happened** 365:16 410:3 465:2 | **headset** 295:24 | |
| **grunerite** 337:8 | | **health** 322:15 | |
| **guangxi** 456:8 456:11,14 | | **hear** 340:21,23 349:4 | |
| **guess** 290:12 291:14 305:2 315:25 325:10 354:19 356:16 377:10 379:16 393:21 398:3 415:14 420:19 431:24 446:13 457:22 460:7 501:5 502:4 505:16 | **happens** 465:19 | **heard** 327:11 409:5 | **highest** 312:9 312:13,20 315:14 316:13 316:14 324:23 339:18 406:20 493:7 497:3 |
| | **happy** 382:20 455:22 | **hearsay** 292:17 295:10 296:10 | |
| | **hard** 302:3 329:10 332:21 365:21 371:12 378:9 396:25 412:21 421:8 426:10 489:19 501:6 | **heat** 491:6,16 491:18 | |
| | | **heavy** 324:8,11 324:16 420:21 468:8 489:16 489:21 | **highly** 328:14 490:16 |
| | | **height** 331:8,12 | **hines** 283:6 286:4 289:7,7 322:2,5,11,12 328:18 334:14 334:16,19,22 335:2,4 337:22 337:24 340:18 340:23 341:6 346:4,9,16,19 349:10 364:9 364:14 465:23 505:14 |
| **gunter** 326:6 328:5 335:7,18 335:23 424:8,9 425:1 447:8 | **harder** 379:13 | **held** 288:12 | |
| | **harmful** 348:1 348:10,11 | **help** 343:8 362:20 382:25 468:14 | |
| **guys** 504:24 505:15 | **harrison** 285:18 | **hereunder** 507:20 | |
| **gypsum** 293:10 297:24 | **harvest** 416:5 | **hess** 339:22 341:12 | |
| | **hate** 431:4 463:9 | **hi** 289:18 365:3 | |
| **h** | | | |
| **h** 284:1 510:3 | **hayes** 338:19 347:7 | **high** 315:8 336:21 341:24 342:18 379:11 | **historical** 298:17,25 300:10 301:9 |
| **half** 328:15 388:22 451:7 451:18 | **hazard** 367:12 | | |

Aiken Welch, A Veritext Company
510-451-1580

[historical - indices]

301:15 413:17 414:2 436:7,9

**historically** 443:9

**history** 385:9 409:16

**hit** 317:9 341:4 378:5 450:20 505:10

**hitting** 342:7

**hold** 306:21 340:18 369:19 439:1,1 454:11 463:9 481:16

**hole** 411:19

**holes** 412:24 481:14,19 482:17

**home** 291:3,8 293:14 297:22

**homes** 291:18 295:1

**hope** 455:25

**hopefully** 307:23 473:16 505:1

**horizontal** 327:7

**hour** 285:4

**hours** 399:11 452:9 504:19 505:11

**house** 294:13 303:6

**houses** 294:16

**howie** 313:4

**huh** 389:24

**human** 348:1

**hundred** 375:6 399:11 450:5 485:21

**hundreds** 466:10,10 482:5

**hygiene** 488:17

**hypothetical** 393:13 418:25 425:22,23 426:8,9 436:5 439:3 464:25

**hypothetically** 460:14

**hypotheticals** 504:8

**i**

**idea** 504:10

**identification** 290:1,25 292:11 295:4 298:13 306:23 318:1 338:25 346:18 395:8 434:21

**identified** 298:5 302:2 308:6 339:24 340:2 347:15 352:22 357:19 415:19

**identify** 288:19 303:16 305:23 338:17 348:11 352:23 378:11 415:13

**identifying** 309:1 321:1 408:5

**ignore** 300:13 300:16

**ignores** 293:16 436:6,19 437:17 439:3 452:6

**iii** 288:6 505:21

**images** 302:25 319:4,4,5 320:15 352:24 467:10

**immaterial** 388:19 395:17

**important** 400:10 426:18 468:5,9 473:18

**impossible** 411:2 412:22 480:22

**improper** 426:8

**include** 411:25

**included** 411:23 412:3 508:14 509:3

**includes** 403:16

**including** 296:17 336:25

367:7 403:17 454:6 493:3

**incomplete** 393:13 418:25 426:7 436:5 439:3 464:25

**incomprehen...** 439:6

**incorporated** 395:22

**increased** 310:3

**increases** 489:9

**incredibly** 466:20

**independently** 350:15

**index** 311:19 311:25 341:15 491:20

**india** 449:11

**indicate** 305:17 392:12 423:17 441:9 452:17 476:9

**indicated** 298:5 323:23 355:8

**indicating** 405:1,4

**indication** 466:22

**indice** 326:7

**indices** 321:5 326:2,13,16 327:1 329:11

Aiken Welch, A Veritext Company
510-451-1580

[indices - item]

330:14,18
344:5 495:5
496:10 499:17
499:25 500:1
502:18
**individual**
310:6,8 314:13
314:16 315:3
329:25 344:14
345:4 350:9
359:20 361:9
361:21 363:17
363:20 367:3
402:6 463:3,4
466:19
**individuals**
304:16 305:7
397:23
**industrial**
329:20 372:17
452:12 488:17
**infinity** 468:15
468:19
**information**
292:18 293:6
294:18,19
304:15 305:3
375:20 393:4
393:17,19
403:3,4 425:24
427:1,2,16
437:25 454:5
454:21 456:25
457:7,8,8,18,20
457:23 458:24

461:1,21 471:6
471:10 474:6
474:13,25
475:2,7
**infrared** 485:3
487:1
**ingredient**
406:20,21,23
406:23
**ingredients**
304:25 405:21
405:22,23
**initially** 320:22
470:15
**inorganic**
351:7
**installed**
467:22
**intend** 323:9
332:8 384:20
408:9 455:16
494:9 504:4
**intended**
397:25
**intending**
422:16
**intensity**
321:17
**intention**
367:21
**interagency**
486:13
**interested**
460:3

**interesting**
337:3 494:7
**interests** 490:1
**interference**
295:17 296:4
328:11 344:21
349:2
**intergrowth**
345:15,16,20
**interim** 477:16
**intermixed**
393:25
**international**
358:18 387:1,6
395:21 399:25
**internet** 349:4
**interpret** 312:6
312:25 313:1,8
313:25
**interpretation**
312:2
**interpreted**
313:24
**interrogatories**
297:17
**interrupt**
334:25
**interruptions**
334:12
**introduced**
399:19
**investigation**
291:11 295:14
296:7

**involved**
294:11 427:25
**involvement**
302:23 303:2
**involving**
298:25
**iodide** 324:14
**ipad** 440:18
**iron** 329:1,1,2,3
**ish** 383:15
**iso** 311:9,13
330:8 492:4,11
492:23 493:20
**issue** 303:25
304:10 332:7
365:22 394:4
401:8 410:10
423:18 456:11
464:9 473:5
484:13
**issued** 300:5
305:13 486:19
**issues** 296:10
373:17 436:21
**italian** 371:1
372:20 376:4
441:6,10,15,16
441:19,21
442:14 449:10
**italy** 369:8
388:25
**item** 489:13

Aiken Welch, A Veritext Company
510-451-1580

**[j - know]**

| j | | | |
|---|---|---|---|
| **j**  487:16 | 288:24,24 | **jurors**  416:12 | 462:6 466:23 |
| **j&**  489:21 | 289:2,2,10,10 | **jury**  365:24 | 466:24 467:9 |
| **j&j**  299:9,10 | 298:6,6 301:7 | 454:4,19 | 494:3,7,9,16,22 |
| 304:23 305:1 | 301:7,8,15,15 | 469:22,22,23 | 498:19,20 |
| 328:13 444:21 | 301:19,19 | 470:2 473:7,17 | 499:8 |
| 455:22 456:4 | 303:22,22,23 | 473:22 475:4 | **kinds**  409:24 |
| 456:13,17 | 303:23 304:19 | | 478:22 479:1 |

j  487:16

j&  489:21

j&j  299:9,10
304:23 305:1
328:13 444:21
455:22 456:4
456:13,17
457:7 490:6

j&j's  490:1

j4  485:9

j4-1  485:6
487:11,12

jane  346:23,24

jayme  284:12
356:3,5 361:23

jbp  298:17
299:1 385:14
390:3 470:17

jeez  306:8

jeff  286:4 289:7
322:12 340:22

jjh  286:8

joann  361:3

job  282:24
333:16,18
334:22 336:12
504:9,25 508:5
510:2

johns  294:4
375:14 427:3
427:18 438:2
446:5 491:19

johnson  287:1
287:1 288:8,9

288:24,24
289:2,2,10,10
298:6,6 301:7
301:7,8,15,15
301:19,19
303:22,22,23
303:23 304:19
304:19 305:5,5
375:8,8 393:25
393:25 394:24
394:24 402:22
402:22 403:16
403:16,24,25
404:3,5,5,6,6
406:5,5 456:25
456:25

johnson's
301:8 367:2
385:25 390:3
391:9 393:17
394:3,10,13
401:19 402:18
406:6 460:2
463:23 470:21
489:21

journal  326:9
330:25

judge  381:21

judgment
382:4 407:11

jump  321:25
346:2

jumped  333:22
333:23

jurors  416:12

jury  365:24
454:4,19
469:22,22,23
470:2 473:7,17
473:22 475:4

**k**

k  282:22 286:1
286:12

kazan  285:17
300:25 408:24
478:17 479:11
479:11,16

kazanlaw.com
285:22 508:2

keep  335:14
400:2 469:18
478:1

keeping  421:9

keeps  331:16

kevin  286:15
289:5 365:5

kicked  486:20

kidding  415:15
461:25

kim  287:13
289:1

kim.bueno
287:19

kind  309:6
310:19,21
332:2 337:3
352:8 366:22
392:5 393:2
397:14 413:25

462:6 466:23
466:24 467:9
494:3,7,9,16,22
498:19,20
499:8

kinds  409:24
478:22 479:1

king  287:5

knew  367:11,11
367:12 409:6,8
409:8 459:23
490:13

know  289:18
292:4 293:5
294:3,17,18
295:19 299:5
299:12 303:13
304:13,19
305:11,20
306:14 307:9
309:5 310:4
313:2,3 314:7
314:24 315:16
315:17 316:25
319:16 320:4,6
320:8,10,14
324:11,12,14
324:17,20,21
324:22,24
325:1,2,3,4,20
326:21,24
327:23 329:3
329:24 330:7
331:1,9,16
333:5,6,12,17

**[know - layers]**

| | | | l |
|---|---|---|---|
| 333:19 334:5,6 | 403:7 404:2 | 462:19 463:14 | **lab** 333:20 |
| 335:6 338:8 | 405:21 406:14 | 463:21 464:3 | 335:7 338:21 |
| 339:13 340:24 | 409:4 410:20 | 464:14,16 | 420:24 421:7 |
| 341:4,22 342:8 | 410:25 411:11 | 465:2,7,19 | 429:3 |
| 345:8 348:7 | 411:18 413:8 | 466:8 467:21 | **laboratory** |
| 350:11 351:11 | 414:14 415:11 | 469:9,12,16,18 | 488:16 489:11 |
| 352:8 353:24 | 415:23 416:18 | 472:2,3 473:4 | **labs** 333:19 |
| 354:1,10 | 416:23 417:1,2 | 473:5,21 476:6 | 334:4,7 410:1 |
| 356:13,24 | 417:14 418:8 | 478:5,8 479:13 | 448:25 |
| 357:21 358:6 | 418:10 419:7,7 | 479:14,18,19 | **lacks** 292:16 |
| 359:7,21 360:4 | 419:8 420:6 | 479:21 481:6 | 293:24 295:9,9 |
| 361:21,23 | 421:2,3,19,20 | 483:3,14 | 295:11 383:6 |
| 364:4,6 365:23 | 421:20,22 | 484:16,17,17 | 383:10 |
| 366:4,6,13,17 | 422:5,9 423:23 | 484:21,22 | **lake** 483:15,17 |
| 368:4 369:1,2 | 424:25 425:20 | 485:12,25 | 483:18 |
| 369:3,18 | 425:21 426:11 | 486:25 487:1 | **langley** 282:22 |
| 371:11,22 | 427:1,2,13,24 | 489:10,14 | 285:5 288:17 |
| 373:9,16 374:4 | 430:14,15 | 490:16,24 | 507:6,23 |
| 374:13,21,22 | 431:1,4,24,24 | 491:22 495:19 | **lanier** 284:6 |
| 375:6,13,19 | 432:14 433:9 | 496:18 502:5,6 | 292:2,9,14 |
| 376:19 377:19 | 433:19,21,22 | 502:22 503:18 | **large** 355:11 |
| 377:19,24 | 441:24 442:7 | 503:19 504:7,7 | 379:7 449:3 |
| 378:1,12,13,14 | 442:14,15 | 504:12,23,24 | **late** 390:17 |
| 378:20 379:6 | 443:18,21,22 | **knowledge** | 492:1 |
| 379:10,18 | 445:13 447:5,7 | 330:22 | **latest** 392:13 |
| 380:1,23,24 | 447:8 448:15 | **knowledgeable** | **lavaca** 287:16 |
| 383:3 384:6,14 | 448:22 450:13 | 422:4 461:17 | **law** 301:3 |
| 385:24 389:6,6 | 451:19 452:8 | **known** 416:1 | 478:17,19 |
| 391:4 393:10 | 452:25 453:12 | 478:7 499:22 | 479:11,11,16 |
| 396:18,21 | 455:13,23,25 | **knows** 340:20 | 479:20 480:5 |
| 397:13 398:15 | 456:13 457:22 | 375:25 422:21 | **lawsuit** 406:8 |
| 399:21 400:13 | 458:11,12,19 | **krising** 286:21 | **lay** 304:4 |
| 401:3,3,4,6,10 | 459:8,8,13,14 | **kslaw.com** | **layers** 352:6 |
| 401:10,14 | 459:15 461:1,2 | 287:10,11 | |
| 402:1,11,14 | 461:4,6,12,19 | | |

Page 31

**[layman's - long]**

**layman's**
349:11
**lead** 483:16,19
**leaf** 405:25
**leave** 494:9
**leaves** 485:16
**leaving** 505:18
**leavitt** 304:14
304:20
**leavitt's** 306:1
**led** 336:21
402:4 468:25
491:7,9
**ledge** 349:20,22
**lee** 381:21
**leech** 286:5
**left** 356:18
362:16,24
363:18,19
396:3 410:8
481:5,6 482:17
**legal** 288:16,18
409:19 453:9
457:11 459:1
473:14 505:23
508:7
**leica** 336:20
466:25 467:25
**length** 328:1,3
343:24 355:15
356:12 391:23
399:9 499:22
**lens** 468:16,21
492:7,15

**lenses** 468:19
468:19 469:17
**level** 372:5
373:1 377:5
398:11,13
399:3 411:12
411:12 419:3
447:25 448:4
448:11 449:18
454:9 475:19
481:13
**levels** 381:18
399:10
**levy** 312:8
331:6 343:17
**lewis** 282:4
288:8 508:4
510:1
**lid** 480:23
**life** 308:1 398:7
400:18
**light** 328:21
341:23 342:5
415:11 468:25
469:1 487:15
491:9
**lights** 469:3
491:8
**likelihood**
489:9
**likely** 442:1,2
442:13 460:19
471:24 472:2
472:24

**limit** 296:24
324:21 372:24
374:5,8 398:24
415:7 448:14
448:20,22,24
449:19,25
450:14,16,20
450:22 482:3
483:3 486:5
488:5 493:25
495:18,21,25
496:19
**limited** 376:7,9
393:6
**limiting** 391:2
391:4
**limits** 438:18
448:5,15
449:21 485:7
**line** 310:9
413:25 488:14
506:9 508:15
509:4 510:4,7
510:10,13,16
510:19
**link** 474:18
**liquid** 319:11
319:15 324:8
324:11,16
329:8 468:8
489:16,22
**listening** 336:7
**literally** 453:16
495:21

**literature**
358:13,23
**lithium** 324:13
**litigating** 478:3
**litigation** 410:5
418:19 457:24
458:9
**little** 314:10
329:2,3 339:21
342:20,25
343:16 344:8
347:2,11 355:3
355:24 356:13
356:20 362:8
362:10,16,25
363:4,21 364:2
368:15,23
371:4 395:20
403:12 414:7
416:10 431:9
449:22 460:7
469:7 487:7,12
496:3 497:7,23
**llc** 286:10,12
**llp** 286:5,16
287:5,15
**located** 377:20
429:19
**location** 339:11
**locations** 369:6
**locked** 508:12
509:1
**long** 296:25
325:10 355:14
357:14 365:24

Page 32

**[long - looking]**

| | | | |
|---|---|---|---|
| 382:8 418:12 | **longs** 286:10,11 | 472:8 474:5,8 | 466:13,13 |
| 434:14 450:19 | 289:6 290:6 | 475:8 480:15 | 467:19,20,21 |
| 450:20 473:19 | 320:22,23 | 484:8 504:5 | 469:9,10 476:4 |
| 487:22 496:16 | 322:19 323:6 | **look** 293:3,7 | 477:3 481:13 |
| 504:4 | 323:18,21 | 300:19 303:9 | 481:14,15 |
| **longer** 431:10 | 325:14 327:5 | 306:11 307:3,8 | 482:4 485:17 |
| 490:11 | 327:14 336:15 | 310:18 313:2,2 | 485:17 488:24 |
| **longo** 282:12 | 337:7 352:20 | 313:3 314:1,19 | 489:4 493:20 |
| 283:3 284:5,8 | 365:6,9 367:7 | 314:20,21 | 494:25 498:20 |
| 285:1,7 288:7 | 370:23,24 | 319:9,14,20,21 | 505:5 |
| 289:14,18 | 371:7 385:14 | 319:22,24 | **looked** 297:15 |
| 293:1 295:14 | 386:3 390:4,11 | 320:1,2,25 | 308:21 320:4 |
| 316:20 321:20 | 390:16,21,22 | 328:24 331:5,6 | 333:10 377:2 |
| 322:12 335:5 | 391:12,24 | 331:13,19 | 384:10 405:6 |
| 336:7 357:5 | 393:1,1,5,20,24 | 332:1,6 341:13 | 417:13,15 |
| 364:11 365:3 | 394:8,23 | 342:6,11 | 421:12 464:9 |
| 366:10 378:23 | 400:21 408:5 | 343:10,20 | 464:10,11,21 |
| 379:17 380:6 | 408:19,21,22 | 344:12 345:3 | 469:25 484:4 |
| 383:11 384:1 | 409:11 412:6 | 350:1,13 351:9 | 491:2,25 |
| 395:2 401:22 | 413:11,16,21 | 355:20,25 | **looking** 303:24 |
| 407:3 409:23 | 413:24,25 | 357:7,18 366:8 | 309:4 312:8 |
| 425:6 430:16 | 414:1,3,11 | 368:5 373:10 | 313:12 319:7 |
| 431:19 438:18 | 415:4 416:13 | 374:13 382:18 | 324:23 331:8 |
| 452:15 453:5 | 417:8,9,11,14 | 386:24 387:13 | 331:11 338:8 |
| 455:2 458:25 | 417:15 419:17 | 389:19 392:6 | 338:14,14 |
| 459:18 463:13 | 419:17,18 | 398:20 404:8 | 340:12 342:16 |
| 474:17 475:16 | 420:8,11,23 | 404:24 407:16 | 342:22 343:6 |
| 487:4 488:11 | 421:3,6,25 | 411:17 414:25 | 343:18 344:3 |
| 492:3,6 494:3 | 423:2 430:3,12 | 416:13 417:8 | 344:12 346:11 |
| 496:12 497:1 | 458:7 461:22 | 417:21 418:8,9 | 348:14 349:15 |
| 503:17,25 | 462:5,13 | 420:2,8 422:18 | 350:4 351:7 |
| 504:3,20 | 463:20 464:22 | 431:21 434:11 | 352:4 356:9 |
| 505:21 506:3 | 464:23 465:24 | 445:14,24 | 375:20 381:15 |
| 506:25 507:8 | 470:21,24 | 447:16 450:2 | 382:20 394:19 |
| 508:5 510:2 | 471:21,25 | 465:11 466:1 | 401:21 418:18 |

Page 33

**[looking - manufacture]**

430:25 450:6
464:1,8 465:16
467:10,17
481:12 485:18
488:12 489:17
494:15 495:3,4
495:11,14,16
497:6 500:4,19
500:21 501:5
501:24 503:14
**looks**  332:6
349:20 384:24
393:4 396:2
415:4 496:9
**los**  286:19
**losing**  310:5
**lost**  306:21
**lot**  291:16
294:2 310:7
327:6 328:22
333:19 344:13
350:6,8,18
366:7 370:12
373:20 382:6
407:20 408:12
416:20 424:7
427:5 433:1
461:4,15
479:10 486:25
494:4
**love**  504:24
**low**  315:8
373:19 376:16
414:21 450:4
499:6 501:4

**lower**  315:4
321:18 339:21
381:6 496:3
501:24
**lowest**  311:19
313:22 315:14
316:9,10,12,13
339:19 340:9
374:9
**ltl**  287:1
**lucky**  286:11
286:12 289:6
365:9 367:7
459:20,21,22
460:9,11 504:5
**lucky's**  460:2,6
460:13
**lung**  302:6
303:24,25
304:2,17
**lungs**  304:1,4
304:11,25

**m**

**m71303**  322:21
**m71309**  322:22
**m71309-002i...**
338:17 340:14
341:10
**m71309-003-...**
353:9
**m71614-001...**
308:5,12 309:8
309:19
**m71719**  284:13
395:12

**made**  297:4,6
339:22 358:8
405:19 406:18
433:24 460:13
468:18 484:24
490:12
**mag**  359:22
466:18
**magenta**
328:23 329:22
330:3,9 331:20
**magic**  425:3
432:3 439:19
**magically**
480:2
**magnesium**
351:9,13
**magnification**
468:20 492:5,8
492:13 493:8
495:1
**magnitude**
449:1
**main**  331:23
**major**  297:23
405:21
**majority**
354:12 376:20
**make**  290:22
291:25 292:8
297:7 301:17
311:4 325:8
329:9 342:6
347:2,3,11
348:19,19

350:19 358:8
359:20 362:3
366:23 380:21
386:21 387:18
388:8 389:4
399:2 402:22
404:18 411:10
417:6 434:12
436:24,24
449:6 451:17
455:1,2 462:9
472:7 480:24
481:9,19
484:10 489:11
494:6 498:8
502:23 503:8
508:14 509:3
**makes**  468:12
468:12,21
492:16
**making**  291:17
297:11 328:21
345:1,4 348:17
482:16 497:21
**man**  458:12
**management**
287:1
**manipulate**
411:5 412:22
**manipulated**
410:14 411:4
411:15,20
**manner**  410:22
**manufacture**
471:4,14

Page 34

**[manufactured - measurement]**

| | | | |
|---|---|---|---|
| **manufactured** | **marked**  290:1 | 417:15 492:25 | 332:16 341:20 |
| 297:19 376:2 | 290:12,21,25 | **materials** | 345:5,16 |
| 406:4 474:10 | 292:11 295:4 | 296:18 297:23 | 346:23 360:9 |
| **manufacturer** | 298:13 306:23 | 305:17 371:5 | 362:21 371:10 |
| 368:9,13,14,17 | 309:25 318:1 | 384:6 408:4 | 383:8 389:6 |
| 395:16,18 | 341:9,14 346:5 | 417:14 429:23 | 391:9 398:4 |
| 413:19 443:16 | 346:5,18 361:4 | 493:17,21,21 | 400:13,13 |
| 451:1 457:19 | 381:25 384:25 | **math**  316:7 | 404:3 407:17 |
| 457:21 468:18 | 395:8 434:21 | 483:1,8 | 408:10 413:14 |
| 474:6,25 | 451:23 | **matrix**  335:16 | 413:23 416:16 |
| **manufacturers** | **market**  490:1 | **matter**  288:7 | 418:12 419:3,5 |
| 291:17 297:23 | **marking** | 316:5 402:3,12 | 430:12 431:4 |
| 320:10 370:6 | 289:23 | 423:9 435:18 | 433:23 434:10 |
| 413:17,18 | **marlin**  282:4 | 445:9,18 448:5 | 434:12 442:7 |
| 444:19 456:21 | 284:14 288:7 | 448:14 460:4,5 | 444:19 448:7 |
| 458:2 461:2 | 385:2 387:19 | 472:5,16 | 457:22 458:8 |
| **manufactures** | 395:13 508:4 | 473:21 475:18 | 461:15 462:17 |
| 386:20 | 510:1 | **maximum** | 467:4 470:18 |
| **manufacturing** | **mart**  286:12 | 311:24 312:3,7 | 478:4,16 479:6 |
| 410:8 | **maryland** | 312:9,12,15 | 481:2 498:6 |
| **manuscript** | 286:7 | 313:13,21,22 | 504:17 |
| 333:6 | **mas**  284:13 | **mays**  405:23 | **meaning** |
| **manville**  294:4 | 322:21 395:12 | **mcclain**  285:17 | 367:10 369:4 |
| 427:3 446:5 | 435:8 467:25 | **mdl**  284:8 | 448:21 464:9 |
| 491:19 | 477:4 | 298:9,20,21,22 | **means**  312:8,10 |
| **manville's** | **match**  338:8 | 298:23 299:13 | 312:16 342:14 |
| 375:14 427:18 | 391:10 | 299:23,25 | 345:20 398:10 |
| 438:2 | **matches**  330:17 | 300:4,5,8,10,10 | 441:10 447:24 |
| **mark**  291:25 | **matching** | 300:11 | **measure** |
| 294:23 306:17 | 500:24 | **mdubin**  287:10 | 350:15 398:22 |
| 311:13 314:11 | **material** | **mean**  291:23 | **measured** |
| 317:22 318:20 | 292:18 295:11 | 294:1,2 312:7 | 352:9 |
| 346:13 395:5 | 296:22 324:12 | 312:12 313:13 | **measurement** |
| 434:13,16 | 324:13 379:24 | 314:25 324:6 | 399:3 |
| 496:13 | 395:18 407:19 | 326:25 327:21 | |

**[media - minerals]**

| | | | |
|---|---|---|---|
| **media** 322:9 | 490:5,9 492:4 | 493:7 502:5 | 377:12 388:24 |
| 364:25 431:16 | 492:24 493:25 | **microscopes** | 419:25 423:24 |
| 505:22 | 494:1 | 466:24 467:21 | 424:22 428:1 |
| **medicated** | **methodology** | 468:11,14 | 432:5,10,15 |
| 290:16 | 415:18 | 491:6 | 433:12 434:6 |
| **meet** 348:20 | **methylene** | **microscopist** | 435:2,20 436:1 |
| 365:13 | 324:14 | 420:25 | 436:2,3 437:12 |
| **meeting** 505:5 | **micas** 373:11 | **microscopy** | 438:20,23 |
| **meets** 354:16 | **michael** 285:16 | 487:15 | 444:13,14,15 |
| 357:22 360:22 | 288:21 340:24 | **mid** 392:20 | 444:24 445:5,7 |
| **memo** 489:24 | 436:10,25 | **middle** 364:1 | 445:18 448:2 |
| **mention** 438:3 | 508:1 | 440:12 | 448:18 449:17 |
| **mentioned** | **michel** 312:8 | **mill** 329:9 | 450:8 452:19 |
| 330:19 429:23 | 331:6 343:17 | 379:8 487:21 | 454:5,6,9 |
| 466:24 | **michigan** | **milled** 329:7,21 | 455:8 459:14 |
| **meso** 401:8 | 483:15,17,18 | 487:17,24 | 460:17,18,22 |
| **mesothelioma** | **mickey** 328:5 | **milling** 377:23 | 472:14,16 |
| 300:17 | 335:7 424:8 | 380:18 | 473:17,20,25 |
| **messing** 308:16 | 447:8 | **million** 483:16 | 474:18 |
| **met** 322:13 | **microgram** | 486:7 488:5,8 | **mined** 435:15 |
| 359:7 365:5 | 411:11 | **millions** 482:5 | 435:16 447:3,3 |
| 487:10 | **micron** 337:1 | **mills** 368:25 | 475:9,18 |
| **metamorphic** | **microns** 328:1 | **mind** 322:3 | **mineral** 304:11 |
| 345:21 | 328:3 337:2,3 | 489:11 | 351:12 373:2,8 |
| **metamorphing** | 348:25 360:1,1 | **mine** 319:19 | 381:5 482:8 |
| 345:22 | **microscope** | 320:4,10 | 497:19 503:1 |
| **method** 317:5 | 319:10 326:9 | 327:16,19 | **mineralogists** |
| 317:10,12 | 336:20 355:18 | 336:1 354:11 | 333:25 |
| 375:10 377:1 | 355:20 356:10 | 354:12 360:16 | **minerals** |
| 399:6 415:8 | 357:8 464:10 | 369:17 370:6 | 302:16,17,19 |
| 416:4 485:3,13 | 464:22 465:11 | 371:18 372:20 | 326:15 333:15 |
| 485:15,22 | 466:1,16 | 372:20 373:10 | 381:2 419:11 |
| 486:10,20 | 467:13 468:10 | 373:15 374:12 | 425:11 497:14 |
| 487:11,12 | 469:5,15,25 | 374:20,22 | 502:25 |
| 489:20,23,25 | 491:15 492:16 | 375:5,18 | |

**[mines - multiple]**

| | | | |
|---|---|---|---|
| **mines** 369:7,15 | **minus** 487:17 | **moderate** | 443:13,19,25 |
| 369:16,20,21 | **minute** 307:11 | 496:23 498:12 | 444:13 446:22 |
| 369:24 370:19 | 401:20 500:20 | 499:4 | 447:4,22 451:9 |
| 370:22,25 | **minutes** 364:17 | **modernization** | 454:6 455:20 |
| 372:3,9,13 | 431:8,10 | 319:6 | 456:12 457:14 |
| 373:1,9,17,21 | **mischaracteri...** | **moment** 305:15 | 461:17,18 |
| 373:22 375:3,5 | 467:14 | 465:15 | 472:5 488:2 |
| 375:8 376:24 | **misidentifica...** | **monday** 366:4 | **month** 325:21 |
| 377:9,11,13 | 342:17 497:13 | **money** 489:3 | **months** 325:21 |
| 408:12,15 | **misidentifying** | **monitor** 336:22 | 383:15 |
| 421:23 422:23 | 470:6 490:25 | 469:6 | **morning** |
| 423:18 424:3,4 | 502:16 | **montana** | 288:21,23 |
| 424:6,10,14,16 | **misleading** | 369:25 370:14 | 289:1 504:17 |
| 424:17,25 | 313:18 | 372:15 373:18 | **morphing** |
| 425:3,4,9,18 | **missed** 465:8 | 373:19,22 | 344:15 |
| 426:17 429:4,6 | **missing** 370:17 | 375:12,21,22 | **morphology** |
| 429:10,19 | 372:21 | 377:12,13 | 345:10 |
| 430:2,10,13,19 | **misspoke** 363:7 | 378:22 408:10 | **morton** 287:3 |
| 438:7 440:10 | **misstates** | 408:13 418:2 | 288:23 |
| 441:2,3,25,25 | 293:16 418:24 | 420:3 421:23 | **motion** 382:3 |
| 442:21,22,23 | 426:8 437:13 | 421:25 422:2 | **motions** 407:10 |
| 443:10,15,18 | 437:16 467:14 | 422:12,21 | **mounts** 493:3,3 |
| 444:2,20 | **mistaken** | 423:3,5,18,23 | 493:11,12 |
| 445:10 446:3 | 491:21 | 425:18,24 | **move** 297:5 |
| 448:3 449:7,9 | **misunderstan...** | 427:4,9 428:1 | 334:22 359:2 |
| 450:3 451:15 | 482:21 | 429:4,5,10,13 | 363:4 366:15 |
| 451:21 452:5 | **mix** 391:10 | 429:15,19 | 383:20 407:3 |
| 452:11,12 | 470:21 | 430:2,13,15,19 | 459:18 461:22 |
| 456:4,5,9,9,21 | **mixed** 380:19 | 432:5,10 434:6 | 495:20,20 |
| **minger** 287:24 | 407:2 | 435:2,16 | **moved** 392:23 |
| 288:15 | **mobley** 422:6 | 437:12,18,20 | **moving** 366:13 |
| **mining** 368:21 | 423:22 444:8 | 438:4,20 439:9 | **mreid** 285:22 |
| 368:24 378:5 | **mobley's** | 439:17 441:3 | 508:2 |
| 380:14 487:9 | 443:23 | 441:20,22 | **multiple** |
| | | 442:3,4,16 | 349:14 |

**[mumbling - notice]**

**mumbling**
    292:5
**mute**   295:20
**muted**   340:17
    340:18,19,22
    340:24,25
**muting**   296:1
**mva**   303:4
    306:4
**myriad**   358:24
    380:19
**mystery**   497:19

**n**

**n**   283:1 288:2
    387:6
**name**   322:12
    327:15,20
    406:24 462:23
**named**   352:19
    507:9
**naming**   370:25
**nanometer**
    341:16,21
**nanometers**
    339:12 341:24
    341:25 352:10
**national**   369:17
    488:15
**near**   377:6
    503:13
**nearly**   500:2
**necessarily**
    382:6 447:20
    473:12

**necessary**
    410:9 458:20
    459:17 508:14
    509:3
**need**   289:19
    295:20 311:13
    314:10 322:2
    326:19 355:19
    356:23 365:23
    380:2 393:15
    398:24 415:20
    431:5,5,8,9
    434:6,7 452:15
    487:21,23
**needed**   326:5,6
    326:18
**needle**   359:21
**needs**   326:19
    463:14
**negative**
    497:11,15
    498:7,14,15
    503:2,4,5,6,11
**negatively**
    332:25
**negatives**   503:7
**neither**   333:6
    430:12 497:12
**never**   292:13
    294:10,13
    301:6 368:8,10
    368:16 370:3
    378:16 379:10
    394:2 400:11
    410:14,20

    411:13,14
    430:12 445:2
    448:19 484:23
    490:3,6,16
    493:9,18 497:4
    502:10
**new**   287:8
    290:3,19
    336:11 365:22
    407:23 467:7,7
    467:25 468:2
    468:13 469:16
    470:12 480:5
    486:9 489:17
**newer**   410:23
**nice**   322:14
    336:12 474:4
    474:24
**night**   308:22
    425:3 432:3
    439:19 492:1
**nine**   472:17
**niosh's**   358:20
**nitrogen**   329:8
**non**   405:14,15
**nonactive**
    405:23
**nonasbestiform**
    485:2
**nonasbestos**
    347:23,25
    351:17,22
    352:12 358:9
**nondetects**
    373:20

**nonissue**
    410:11
**nope**   360:14
**north**   369:21
    369:24 370:10
    370:14 371:2
    372:16 376:3
    399:11 441:11
    441:17 448:4
    449:12,15,16
    449:17 450:9
    451:15 452:5
    452:10 454:6
    460:17 497:16
**northeast**
    497:10,16
**northern**
    369:21
**northwest**
    497:9
**notably**   492:7
**notary**   288:15
**notating**
    508:15 509:4
**note**   399:18
**noted**   387:21
**notes**   385:2
    387:13 388:2,6
    388:13 389:20
    390:12,20
    394:20 401:16
    403:13 451:24
    451:25
**notice**   284:4,10
    285:3 289:23

**[notice - okay]**

318:6 387:15
387:16 399:18
**noticed** 399:17
**november**
282:14 285:4
288:5 318:10
507:21 508:3,5
**number** 288:10
307:15,21
322:9 347:8
357:1 364:25
367:2 369:11
375:12 379:9
394:14 403:15
403:19 424:5
431:16 437:22
456:13 467:1
470:16 479:14
483:11 488:11
490:8,24 491:2
492:2,22 495:3
496:16 498:15
503:12,25
505:22 508:15
509:4
**numbers**
307:16 309:9
346:6 476:8
477:4
**nvlap** 488:21
489:3
**ny** 287:8

**o**

**o** 288:2
**o0o** 282:3
**oakland** 285:20
**oath** 318:13
**object** 292:15
292:20 295:8
296:3 439:5
**objected** 297:4
**objection**
334:15,19,20
383:10
**objections**
293:22 296:25
436:25
**objective**
468:19 469:17
492:7,14
**obligations**
457:12 459:2
**observation**
330:23
**observed** 488:3
493:1
**obviously**
293:12 317:17
454:22
**occasion**
378:25
**october** 388:4
**offer** 384:20
408:9 455:16
504:4
**offered** 445:2

**offering** 366:24
367:5 381:7
391:14
**office** 341:19
477:20,23
478:5 480:5
508:11
**official** 318:10
318:11
**oh** 290:15
294:12 297:13
316:3 331:14
339:12 356:5
361:5 399:11
418:7 427:17
440:17 444:9
446:9 456:3
458:12 459:18
461:24 463:9
468:1 470:19
475:15 487:5
**oil** 325:15
**oils** 491:12,12
**okay** 290:20
291:6 292:19
294:23 298:3
299:16,22,25
301:6,13
302:10 306:14
307:11,18
308:3,4,10,23
308:24 309:18
309:24 311:2,7
311:11 314:5
316:9,18

317:11 318:22
321:9 323:5
325:12 330:4
330:10,19
331:25 332:17
334:5 337:13
337:25 338:3,7
338:16 339:16
339:17,20
340:5,19 341:5
341:7 342:13
343:7 344:8,22
344:24 346:16
347:10,11,12
347:13,17
348:5 350:12
352:25 353:10
353:11,20
355:10,13
356:22 357:5
358:10 359:4
361:15 362:6
362:12 363:6
365:9 366:3,18
366:21,24
367:23 368:2
378:16 381:11
382:10 384:12
385:7 388:7
389:19 394:12
395:3 399:8,12
399:16 401:13
402:1,8 404:8
407:8,14
408:16 409:6

Page 39

**[okay - ores]**

409:11 410:1
419:14,18
422:25 423:13
423:21 426:15
426:23 430:9
432:24 434:14
434:23 439:1
440:1,21
447:18 449:22
450:11 459:6
461:25 467:23
468:1 470:14
479:9 483:6
488:14 490:8
494:11 502:11
**old**  294:13
351:4 468:17
**older**  319:6
**olympus**
468:17
**once**  359:6
364:10 413:7,9
415:19 484:2
**ones**  301:11
320:4 336:24
339:14 349:14
372:18 385:22
385:23 402:3
402:20 411:25
412:2 456:14
457:5 466:25
473:19 491:9
495:1 503:10
**ongoing**  450:13

**ooo**  285:11
288:1,3
**open**  304:4
377:13 413:6
482:18
**opened**  480:13
480:14
**operating**
302:25 303:1
**opined**  468:9
**opining**  467:11
**opinion**  294:21
302:8 344:19
345:9 348:9
354:23 356:8
357:4 358:6
360:6 362:13
369:19 372:5
372:11,25
373:4,24 374:2
374:17,25
375:17 376:8
378:2,3,24
379:4,17,22
380:7,12,23
381:7,9 384:16
385:20 387:9
387:11 388:11
390:2 394:7,13
395:16 397:15
397:19 398:17
399:1,12 400:5
400:8,16
403:24 404:23
422:18,19

423:4,9,12
424:16,20
425:5,7,16,25
426:4,12,16
429:24 430:7
435:13,21
438:16,18,19
443:12 445:9
445:16,18
447:22 448:1,7
448:17 449:2
449:24 450:13
451:7,17 452:4
452:15,20
453:22 454:8
456:18 459:12
463:17 464:2
465:13,14,15
489:11 497:1,7
497:23 499:1
500:5,9 501:19
**opinions**
366:24 367:6,9
369:19 370:22
371:6,12,22,24
372:1 381:23
383:4 384:9,13
384:19 387:22
388:7,16,16,20
391:2,4,13
393:12 399:13
408:7,8,14
412:20 421:24
422:15,16,22
424:24 430:11

433:16 437:15
447:19 452:1,2
452:9,24 454:1
454:24 455:3
455:15,24
459:19,22
460:10,15,19
464:23 465:3
504:3,12
**opportunity**
416:21 417:1
418:6,11,15
419:2 454:22
**opposed**  343:9
**opposition**
382:3 407:9,10
**optical**  338:24
492:16 493:7
**order**  292:9
306:18 307:23
307:24 308:15
310:24 317:23
335:7 343:14
343:16,16
344:17,17,19
395:6 434:5,17
450:21 451:11
452:19 464:22
468:14 482:1
496:15 500:9
500:12
**orders**  449:1
**ore**  440:13
**ores**  488:2

Page 40

Aiken Welch, A Veritext Company
510-451-1580

**[organization - particular]**

**organization** 358:18 376:1
**original** 412:7 508:10,21
**osha** 484:20,25
**osha's** 358:20
**ought** 474:8 498:15
**ounce** 402:8,10 402:11,17,19 403:10,10,10
**ounces** 396:23 402:13,14,14 402:15,15,19 402:20
**outer** 309:5,6 309:16,16
**outline** 407:20
**outside** 294:16 436:14 452:2
**overall** 317:9 353:25 401:24 402:4 450:2
**overbroad** 291:13 388:14 393:14 451:4 452:7,22 454:15 455:18 457:10 463:8 464:24
**overstating** 489:8
**overview** 408:20

**own** 303:6 319:24 326:24 424:19 425:14 446:6,20
**owner** 412:6
**owners** 409:3,9 410:12 477:15

**p**

**p** 288:2 467:25
**p.m.** 322:10 364:23 365:1 431:14,17 505:20,25
**pacific** 285:5
**page** 283:2 284:3 307:15 307:16 311:14 331:17 338:15 382:12 385:6 386:24 387:13 389:19 390:12 390:20 392:3 392:16,18,23 392:24 395:4 396:16 397:13 407:9 462:12 462:12 467:19 467:23 470:8,9 476:4 484:17 484:17 485:12 486:2 487:6 488:11,14 494:15,23 495:3,4 498:10 498:13 499:20

**500:16,17 501:5,8,8,11,14 501:21 502:1 506:9 508:15 509:4 510:4,7 510:10,13,16 510:19**
**pages** 282:13 338:12 508:14 508:17,17 509:3,6,6
**painful** 505:1
**paper** 326:8 330:23 332:9 332:23 409:2 486:14,19
**papers** 426:22
**paperwork** 461:13
**paragraph** 389:21 427:22 429:16 440:5 484:18
**parallel** 307:5 308:4,7 309:2 327:8 328:9,23 330:3 335:10 335:18 342:9 348:24 349:7 353:16,21,23 355:19 356:11 360:15
**parameters** 331:7

**paranoid** 362:10
**pardon** 310:11
**parentheses** 390:6
**parenthetical** 392:15
**park** 286:17 369:17
**part** 302:10 338:11 341:14 407:25 412:11 418:17 426:16 429:20 432:21 436:2 455:2 458:15 461:9
**particle** 308:5 308:10 309:1,8 309:10 314:16 314:19 315:1,3 316:22,24 317:1 340:13 343:4 345:17 346:1 352:12
**particles** 284:9 290:11 302:1,4 302:5,13,16 303:9 307:1,3 307:5 314:13 320:25 321:13 336:19 345:18 357:8,19 405:4 495:11,20
**particular** 304:11 315:19

Page 41

**[particular - plaintiffs]**

327:16 338:22
339:10,15
343:1,3,25
346:22 348:13
348:23 351:8
374:12 383:17
396:12 438:10
455:8 468:7,18
475:20
**particulates**
321:3
**parties** 288:13
**parts** 483:16
**pass** 321:23
359:2 364:9
**past** 297:16
411:17 499:16
**pattern** 352:5
358:1
**pause** 296:3
331:5
**pay** 348:3
**pcm** 484:22
**pdf** 382:23
383:17 508:12
509:1
**peer** 446:25
**pellet** 324:18
420:22
**penalty** 412:4
508:16 509:5
**people** 306:10
320:12 331:9
333:14,17,25
334:7 336:2

345:12 351:21
359:3,19
361:13 375:12
409:10 410:6
420:5 463:6
465:4 471:15
479:3 487:13
**percent** 325:4
379:2 380:16
381:4 414:22
415:9 427:9,11
444:12,14
450:4,5 485:8
490:14,20
**percentage**
449:25
**perfect** 416:9
**perform** 334:1
**performed**
284:12 295:15
**period** 390:24
391:3 392:25
401:7 471:25
472:23 473:9
473:11 486:15
486:18 508:18
509:7
**perjury** 412:4
508:17 509:6
**perpendicular**
310:14 321:8,9
321:16 332:2
335:17 342:23
343:21 495:19
500:19,23

**perrigo** 286:1
289:8 322:13
484:18 487:5,8
**person** 321:23
365:13 410:19
422:3 461:16
**person's** 398:7
**personal**
302:23 303:2
**personally**
429:3
**petty** 491:11,13
**pfizer** 375:13
427:7,25
439:16 446:10
**ph.d.** 282:12
283:3 285:1,7
288:7 289:14
419:3 505:21
506:3,25 507:8
508:5 510:2
**pharmaceutical**
318:4 371:16
**phosphate**
405:24
**photo** 496:5
**photocopy**
284:5
**photograph**
290:11 309:4
356:15 501:23
**photographs**
310:2 335:13
335:18 470:5

**photomicrogr...**
466:11
**pick** 378:15
484:10
**picking** 481:11
**picture** 331:16
340:13 349:16
355:23 361:18
386:25 396:4,8
396:15 447:16
**pictures** 352:21
396:11 465:6
466:9,10 470:1
497:24
**pie** 353:23,24
**piece** 353:24
415:1 465:7
**pieces** 366:14
**pink** 309:23
**pinkish** 309:14
**pint** 483:15
**pit** 377:13
**pixels** 310:5
**place** 325:5
477:25 507:11
507:13,19
**plaintiff** 301:3
453:4,7 462:15
462:23 463:18
**plaintiff's**
462:22
**plaintiffs** 282:5
285:14 288:22
293:3 295:19
299:19 301:20

**[plaintiffs - powder]**

478:19
**plan** 365:14
  415:21 504:14
**plane** 466:17
**planning**
  365:12,18
**plaster** 292:14
  293:10 294:12
  294:14,20
**plastic** 397:3
**plates** 303:11
  310:1,9,20,21
  310:25 335:19
  345:24 419:10
  491:24 497:2
  498:1,19,22
  502:10
**platy** 302:21
  345:8
**played** 401:5
**playing** 401:7
**please** 288:19
  297:12 338:8
  345:19 362:1
**plenty** 475:3
  504:19
**pleurodesis**
  371:17
**plm** 310:18
  319:10 320:3
  329:25 336:3
  336:10,19,20
  350:10 404:12
  404:19 415:19
  464:18 469:10

469:14 470:6
485:20 486:9
487:15 489:1,6
490:5,9,13
491:2,4 492:4
492:19 493:3
494:11,13
502:5
**plug** 295:24
**plus** 371:1
391:19,20
**point** 295:1
298:8 305:8
315:7 332:18
359:19 373:5
385:11 390:13
398:13,14
415:8,14,21,22
416:3 422:1
423:2 435:9,24
436:21 441:24
443:13 448:8
449:4 454:23
456:7,20 460:8
466:23 487:25
493:16,17,18
493:22,24
**pointing** 320:5
436:18
**pointless**
293:25
**points** 392:8
487:7
**polarized**
487:15

**polarizer**
344:25
**polars** 344:10
344:11,12
**poor** 495:1
**positing** 316:21
**position** 330:20
333:2
**positive** 343:24
344:2 375:7
427:4,11 450:6
451:8 487:14
497:17 498:3,6
498:16 499:21
501:15 503:3,5
503:6,10
**positively**
332:24
**positives** 450:2
450:5
**possession**
397:7
**possibility**
480:19
**possible** 379:19
472:22 482:11
495:24
**possibly** 392:17
**post** 284:7
295:2
**posted** 318:7
**posting** 295:9
**potential**
367:18 369:5
378:5 425:10

425:11 462:12
**potentially**
393:7 403:17
412:13 423:23
435:2,14
438:23 442:11
442:24 443:24
470:20 471:16
471:17
**powder** 284:13
290:6,16 301:9
302:9 304:23
304:24 322:19
323:6,18,22
327:14 337:8
338:18 346:22
367:2 368:13
368:14 372:2
372:12 385:8
385:16,19
386:1,3,7
388:17,19
389:5,23 390:1
390:3,5,17,22
391:9,12,25
392:6,8,9
393:1,18 394:3
394:8,11,13,14
395:13 396:2
397:6,20,21,24
399:20 400:17
401:15,17,18
401:19,24
402:8,19
405:15 406:7

Page 43

**[powder - products]**

408:6,19,21,23
411:1 412:7
413:3,11,22
415:4 416:14
417:9,10,12
420:8,11,24
421:4,6 422:1
423:3 425:18
432:4 435:8,23
447:23,24
448:8 451:2
459:20,21
460:2,10,11,14
460:16 461:22
462:5,13
463:20,24
464:22 470:21
470:22 471:21
471:25 472:8
475:8 478:14
479:2 481:1
483:11
**powders**   430:4
**powered**   492:7
**practical**
481:13
**practice**   318:4
**precise**   469:14
**predated**
299:23
**predict**   365:21
**predicted**
325:24,24
**prefer**   416:21
474:17

**preferred**
404:5
**prepare**   384:8
**prepared**
322:25 384:12
454:3,19,20
**present**   287:22
352:13,13
374:19 430:2
438:15,21
469:22 507:9
**presented**
380:10,25
381:4
**presents**   377:9
377:10,25
**preserve**
292:23
**pretty**   364:6,7
369:3 377:23
397:4 402:11
402:17 407:21
466:12 467:7
495:5
**previous**
293:17 436:6
439:4
**previously**
285:8 289:15
291:7
**prior**   290:5
300:2 323:10
**probability**
487:18

**probably**   311:2
316:9 320:8
323:4 361:13
365:7 383:8
397:2 399:11
401:1 405:16
407:18 425:1
432:11 444:21
456:9 465:9
**problem**   307:7
363:8 383:19
431:23 463:12
466:21
**problematic**
479:25
**problems**   485:6
**procedure**
508:19,20
**proceed**   289:12
**proceedings**
507:19
**process**   345:21
377:25 380:18
**produce**   371:12
432:17 439:21
439:23 440:1
451:13,14
453:16 456:6
**produced**
285:7 297:24
304:13 371:5,9
371:10 384:5
446:7,10,12,13
451:21 456:6
457:7 461:9,9

**producing**
443:19
**product**   284:15
291:16 294:9
297:18 299:9
301:8 321:2
325:14 327:23
329:24 336:16
336:18 352:20
368:14 373:24
376:11,12
377:7 389:14
392:20 399:20
399:22 400:12
400:23 402:18
405:15,15
406:4,16 433:6
433:10,24
434:24,25
435:3,23 441:5
443:24 445:11
447:23,24
456:10 463:4
470:16
**products**   291:8
293:20 294:1,3
296:15,17
301:9 303:22
303:24 305:1
333:12 345:13
372:2 375:2,18
385:16,20
388:17,19
389:23 390:1,5
397:24 406:6

Aiken Welch, A Veritext Company
510-451-1580

**[products - question]**

419:22,24
424:5 429:18
445:5 478:3,14
478:22 479:1,2
479:2,6,10
480:5 486:14
488:1,25 493:9
**professionali...**
505:3
**program**
488:16
**project** 284:13
322:21 395:12
419:4
**prominent**
408:15
**prone** 442:17
490:16
**proof** 453:8
**proper** 292:22
503:12
**properly**
480:18
**protection**
358:17
**protocol**
312:23 484:23
485:1,7 486:21
**protocols**
348:22 357:24
**protruding**
363:17,22
**prove** 418:6
**proven** 448:19

**proves** 453:1
**provide** 384:8
384:12 422:16
453:22 454:20
458:23 459:16
474:5
**provided**
299:19 301:19
357:6 399:13
408:23 455:5
455:15 456:25
457:24,24
458:15 459:4
462:10 474:25
479:3 508:19
509:8
**provides** 469:1
**providing**
385:20 452:3
460:12
**prudencio**
417:15 422:8
444:7 462:10
462:19 463:22
463:22
**public** 288:16
**publicly** 457:19
**publish** 332:8
415:16 416:9
419:6
**published**
326:8 330:24
333:5,9 426:5
446:25 447:5

**pull** 304:18
462:3,5 476:22
**pulled** 387:20
391:24 399:17
**purchase** 394:3
**purchased**
299:18 300:24
301:2 367:3
390:16 394:8
394:15 409:2
412:1,8,13,15
460:1 461:5
468:15 471:9
471:17 472:24
473:10 477:14
477:17
**purplish** 308:9
309:7,22 332:3
**purpose** 397:25
410:13
**purposes** 300:7
309:10,21
**pursuant** 285:3
**put** 294:7,14
295:12 297:8
334:15 337:16
337:18 339:17
361:22 365:24
367:16 379:6
403:5,10 405:9
406:22 409:1,8
410:25 411:1,6
411:7,9,19
413:2 446:21
459:24 460:8

462:19,23
473:8 484:8
490:14 496:3
499:9 500:18
503:12
**putting** 339:10
368:25 379:24
401:4 474:12
474:16
**puzzling** 492:2

**q**

**qc** 337:6
**qualifications**
408:1
**quality** 467:13
468:10 469:12
**quantify**
450:21 489:14
**quantitative**
311:24 313:21
**quarter** 326:10
**question** 299:6
300:12 305:2
306:10 313:19
327:4,12
328:20 335:5
336:13 341:7
347:19 357:5
359:1 368:15
373:23 378:23
396:1 398:3
404:17 421:19
436:18 437:2
454:12 456:3
456:16 460:7

**[question - receive]**

464:14

**questioned**
391:18,23

**questioning**
289:22

**questions**
291:23 306:16
311:5 334:15
347:20 365:8
418:21 436:21
437:5 453:12
455:11 459:7
505:9

**quick** 295:7
301:22 306:15
311:5 408:20
445:4 494:16

**quicker** 343:1

**quickly** 422:14

**quit** 303:7
401:4

**quite** 310:3
364:4 386:21

**quote** 331:14
361:14 426:5
428:16 485:2
500:16

**r**

**r** 287:4 288:2
314:10 350:20
387:6,6,6
485:13,17
510:3,3

**r&s** 509:1,9

**railroads** 294:6

**random** 493:3
493:11,13

**randomly**
493:12

**range** 309:14
309:19 312:5
312:19 313:7
313:10,20
314:22,22
315:2,2,16
316:16 317:2,3
317:13 332:3
339:6,13 340:3
340:4,10,10
342:1,4,7
352:4,11
374:11 411:9
414:20 444:20
450:19 464:16
471:15 493:6
496:23 501:25

**ranges** 307:4
313:5 314:1,2
314:12,14
315:10,19
316:6,7,8
326:20 328:8,9
330:18 341:23
381:17 490:20

**ranging** 296:16

**rate** 458:14

**rather** 296:20
418:15

**ratio** 350:8
351:9,12
353:25 355:16
360:3,5,21

**raw** 486:3
487:22

**ray** 351:5

**reach** 320:1

**reached** 321:19

**reaction** 465:16

**read** 378:16
401:1 433:15
434:2 440:24
454:12,14
459:14 506:4

**reading** 498:5
508:23 509:9

**real** 295:7
408:20 494:16
504:17

**realize** 307:14
315:24 476:17
487:13 494:4

**really** 325:9
326:1 328:7
329:25 333:10
333:13 336:3
395:17 400:2
400:14 411:5
411:13 413:9
415:25 422:13
423:18 430:11
435:18 445:3
450:21 468:14
471:5,14,23

**ratio** 472:5,16 485:4
489:8 492:2
504:21,23

**reanalyzing**
504:18

**reason** 294:17
307:25 339:9
382:22 414:24
420:16,20
425:13 458:5
510:6,9,12,15
510:18,21

**reasonable**
302:4 303:18
375:23 397:3
425:16 429:24
442:5

**reasons** 331:10
379:9 380:20
416:7

**recall** 305:14
305:21 323:20
342:5 357:13
382:5 385:3
408:22 414:5
433:18 434:4
444:11,16
445:8 446:2
463:21 464:7
464:20 466:4,5
467:6 477:3

**recalled** 471:16

**recalling** 408:4

**receive** 396:6
396:10 480:14

**[received - reliable]**

| | | | |
|---|---|---|---|
| **received** | 310:21,24,25 | 344:4 495:5 | 297:6,25 299:3 |
| 338:18 396:11 | **reddish** 309:14 | 496:10 497:22 | 300:4 313:14 |
| 461:1 477:8 | 310:9 342:10 | 499:17,25 | 334:10,18,21 |
| 479:6,9 | **reducing** | 500:1 502:18 | 334:24 335:3 |
| **recent** 318:14 | 487:18 | **refresh** 383:12 | 340:17 341:2 |
| 318:16 | **ref** 335:1 | 383:24 | 371:8 383:6,10 |
| **recently** 329:7 | **refer** 440:3 | **regal** 443:10,15 | 388:14 393:13 |
| 376:20 | **reference** 293:9 | 446:1 | 409:18 418:24 |
| **recess** 322:8 | 446:16 451:16 | **regard** 327:7 | 426:7 432:18 |
| 364:24 431:15 | 467:24 485:19 | **regarding** | 435:4 436:5,15 |
| **recognize** | 485:20 497:4 | 292:18 298:17 | 437:1,4,13,16 |
| 384:23 | **referenced** | 306:25 366:24 | 439:1,23 451:4 |
| **recognized** | 315:17 422:4 | 367:6 381:24 | 452:6,22 453:9 |
| 485:4 | 423:22 457:9 | 383:13 421:25 | 454:11,15 |
| **recollection** | 508:6 | 435:4 436:7 | 455:18 457:10 |
| 383:12,25 | **references** | 439:4 457:11 | 458:17 459:1 |
| 444:11,12 | 433:12 | 459:2 | 463:8 464:24 |
| **reconfirm** | **referring** | **region** 444:18 | 467:14 473:13 |
| 356:8 | 320:15 436:13 | 456:8,11 | 474:2,21 508:1 |
| **record** 288:5 | 446:4,4 | **regions** 488:3 | **rejected** 333:7 |
| 288:20 289:12 | **refill** 411:2 | **register** 398:12 | **related** 288:24 |
| 295:12,16 | 412:22 | **regular** 419:5 | 370:23 434:24 |
| 297:4,7,8,9,11 | **refilled** 410:14 | **regulated** | 462:14 |
| 303:13 322:7 | 410:20 | 348:21 349:8 | **relates** 435:14 |
| 322:10 338:16 | **refined** 377:1 | 354:9,17,18 | **relationship** |
| 364:23 365:1 | 445:15 | 357:23 360:23 | 387:9 |
| 431:11,14,17 | **refraction** | 361:11 429:17 | **relatively** |
| 436:14,18 | 312:1 313:4 | **regulation** | 289:20 |
| 443:8 454:14 | 503:1 | 415:18 | **released** 481:18 |
| 491:4 505:19 | **refractive** | **reid** 285:16 | 482:15 508:21 |
| **recorded** 288:6 | 311:19,25 | 288:21,22 | **relevant** 441:2 |
| **records** 474:8 | 321:4 325:15 | 291:13 292:15 | 462:15 |
| **red** 284:5 | 326:1,7,12,16 | 292:21 293:15 | **reliable** 294:19 |
| 290:22 309:14 | 326:25 329:11 | 293:22,24 | 485:10 |
| 309:22 310:1 | 330:14,17 | 295:7 296:9 | |

Aiken Welch, A Veritext Company
510-451-1580

[reliance - respect]

reliance  384:5
relied  291:14
  305:17,22
  487:6,8
rely  300:1
  409:14 454:5,7
relying  298:15
  298:24 299:14
  300:3,7 305:9
  371:6,6 387:22
  387:24 388:1
  388:11 408:7
  410:13 412:11
  432:9,13 433:4
  437:11,25
  438:6 443:23
  446:15 451:17
  453:22,25
  455:3,10
  458:25 459:3
remember
  305:10 382:7
  386:9 401:11
  406:17 413:14
  414:1 436:12
  465:1
remembered
  285:3 413:24
remote  288:6
  288:12
remotely
  288:14
remove  416:4
removed
  304:12

render  424:15
  425:16,25
rendering
  426:4
repeat  444:3
  478:24
repeatable
  414:23 490:18
rephrase
  404:17
report  284:8
  290:9 298:9,16
  298:20,21,22
  298:23,24
  299:5,13,22,23
  299:25 300:5
  300:19 304:18
  306:3 307:17
  310:17,17
  323:2,19 326:4
  327:6 337:18
  346:12 356:1
  356:10 357:16
  384:24 385:2
  386:25 396:17
  409:12 410:4
  411:24 421:10
  421:11,13,21
  422:11 439:7
  439:14 451:25
  465:24 471:1
  484:5 503:21
  507:18
reported
  282:21 307:4

  503:16
reporter  285:6
  288:17 296:4
  306:20 315:22
  316:2 317:24
  328:11 346:7
  346:14 349:5
  383:9 387:4
  404:15 434:19
  443:6 454:14
  496:20 507:7
  507:15
reporter's
  507:3
reports  298:16
  298:25 300:2,2
  304:14 305:13
  305:16 322:24
  323:21 412:1
  413:8 425:8
  464:8 467:1
represent
  322:13 384:4
  471:12
representative
  472:23 493:2
  496:5
represented
  381:21
representing
  365:6 453:3
request  407:7
requested
  509:1,9,10

requests
  323:15
required  500:3
requirement
  415:17
requirements
  487:11
requires
  492:25
research
  294:11 296:14
  296:20 324:6
  375:14 388:23
  415:22 416:20
  419:3 427:3,19
researched
  380:20
residential
  291:18
resolution
  310:5 336:21
  469:4,6,11,17
  470:4 501:6
  502:7
resolve  393:11
  394:4
resources
  423:17
respect  371:22
  371:24 384:17
  384:20 388:12
  399:14 425:9
  432:9 433:15
  435:13 437:11
  447:19 452:4

Aiken Welch, A Veritext Company
510-451-1580

**[respect - rising]**

| | | | |
|---|---|---|---|
| 453:23 454:7 | 384:8 429:22 | 353:12,17,18 | 445:21 446:2 |
| 455:16 459:19 | 455:8 465:7 | 354:4,22 355:2 | 446:19 447:17 |
| 475:8 | 508:8,10,13 | 356:18 357:25 | 448:22 465:14 |
| **respond** 334:11 | 509:2 | 357:25 358:1 | 467:3 470:24 |
| **response** 296:9 | **reviewed** | 359:12,13 | 472:19 473:1,4 |
| **responsible** | 305:11 387:19 | 361:8 363:1,2 | 473:12 474:1 |
| 459:23 | 427:18 432:24 | 363:3,3,6,16,23 | 474:13 476:25 |
| **rest** 405:21 | 446:25 | 363:24,25,25 | 477:1 478:19 |
| 426:20 | **rg** 327:25 335:9 | 364:9 366:8,15 | 479:12 480:11 |
| **restrictive** | 490:10 | 367:8 368:9,17 | 480:14,15,20 |
| 358:20 | **ri** 319:11,14 | 377:4,12 | 481:25 482:23 |
| **result** 284:15 | 320:16,16 | 379:12 380:23 | 483:1,9 484:2 |
| 351:18 | 326:19 491:12 | 382:9 384:2,13 | 489:13,15 |
| **results** 397:16 | 499:14 | 386:7,12 | 494:2 496:11 |
| 397:18 452:17 | **richterite** 298:5 | 396:22 397:1 | 496:19 500:18 |
| 455:6 463:1 | 299:7,17 | 397:14,15 | 500:20,22 |
| 464:5 | 300:15 301:7 | 399:23 401:21 | 504:13 505:4,7 |
| **retailer** 367:3 | 301:18 302:22 | 407:22 408:2 | 505:8,18 |
| 373:4 449:3 | 337:10 | 409:7,12 | **ris** 342:8,9 |
| **retailer's** 321:2 | **right** 292:2,7 | 410:13 411:23 | **rise** 492:9 |
| **retailers** | 292:23,24 | 411:24 412:8 | **rising** 283:7 |
| 289:19 365:9 | 293:2 297:19 | 414:11,15,19 | 286:15 289:5,5 |
| 367:6,11,16,22 | 298:3 301:22 | 414:20 416:24 | 365:2,6 371:19 |
| 388:8 | 303:5 305:14 | 417:2,12,17,18 | 383:16,20,23 |
| **retained** | 306:12,15 | 417:19,23 | 387:5,7 389:2 |
| 368:12 505:23 | 308:20 311:22 | 418:19,23 | 394:6 395:5,9 |
| **retains** 375:4 | 313:10 315:20 | 419:7,19,23 | 404:16 409:21 |
| 439:9 444:24 | 315:25 316:23 | 423:24 424:3 | 419:13 426:14 |
| 445:13,14 | 319:2 321:25 | 424:14 427:21 | 431:7,12,18 |
| 446:22 | 329:23 331:21 | 427:21 428:2 | 432:20 434:16 |
| **retire** 415:14 | 333:22 334:12 | 428:22 429:7 | 434:22 435:10 |
| **return** 508:17 | 337:25 338:15 | 432:22 441:2 | 436:10,23 |
| 509:6 | 339:20 346:11 | 441:13 442:7 | 437:2,7,8,14 |
| **review** 305:8 | 347:3,8 348:13 | 442:12,21 | 439:20,25 |
| 305:21 383:12 | 349:23 350:1 | 444:1,10 | 443:7 451:10 |

Aiken Welch, A Veritext Company
510-451-1580

**[rising - saying]**

452:13 453:2
453:20 454:25
456:2 457:15
458:21 459:5
463:11 465:22
467:18 473:23
474:15 475:6
496:14,25
505:4,8,12,17
**rite** 460:6
**rmr** 282:22
**robust** 415:24
**rock** 379:12
487:23
**rocks** 379:13
**rodney** 359:6
360:10
**room** 470:11
477:25 478:5,9
491:14
**routinely**
303:21 357:18
357:20 482:19
**row** 352:7
**rsa** 282:22
**rule** 372:23
442:11
**ruled** 482:11
**rules** 350:19
436:20 509:8
**running** 347:14
350:3 352:8
419:5 450:3
**runs** 360:17

**rural** 398:15,16

**s**

**s** 284:1 288:2
510:3
**s71303-003**
353:7
**saed** 352:2,14
355:8 359:7
427:10
**safeway** 286:13
289:6 365:9
367:7 370:23
370:24,24
371:6,21,23,25
372:2 375:18
375:19,24
376:10 381:24
384:17,20
385:15 386:6
387:10 388:9
388:11,12,16
388:17,18
389:4,7,8,9,14
389:15 390:4
390:11,21
392:5,7,9,16,20
393:1,6,20,24
394:14,23
399:20,22
400:6,11,21,23
421:25 423:2
425:17 430:4
430:12 435:3
447:19,21,23
448:8,12 451:2

452:4 453:23
455:16 460:17
504:4
**safeway's**
382:3 386:10
408:6 425:18
**sample** 304:2
339:15 376:18
376:19 406:13
410:3,4 414:17
470:16 476:22
477:4 478:2
487:22
**samples** 298:18
299:1,7,8
300:11,14,16
300:17 310:7,8
314:2 320:7,9
325:23 337:4
369:16 370:12
371:14 372:13
375:7,11 405:6
408:12 409:25
413:1,18 414:2
416:2 418:2
419:5 420:3,24
427:4,9 428:13
428:15,15
433:2 437:19
444:23 447:3
451:20 460:23
463:25 464:9
464:11 477:1
478:14,14
479:15 481:20

481:21,24
484:22 486:3,3
488:6,24
**sampling** 436:7
**sanchez** 317:5
317:10 329:15
330:20 332:5
425:1 444:25
**sanctioned**
487:2
**sat** 464:10
465:11
**satisfied** 415:6
**satisfy** 296:10
**satterley**
285:17 399:19
477:9,10,13
478:10,18
**satterley's**
477:23
**save** 286:12
314:8
**saw** 471:20
**saying** 300:1
312:15,17
316:24 327:13
327:21 340:25
341:2 367:21
375:23 376:16
376:24 380:22
399:6 412:16
412:17,17,18
412:20 415:18
418:23 419:1
419:21 433:8

Aiken Welch, A Veritext Company
510-451-1580

**[saying - seeing]**

439:18 449:13
461:17 463:1
468:5 471:13
481:8
**says** 294:19
312:4 313:20
325:4 329:16
332:5 349:3
380:4 382:21
385:12 389:25
390:14 401:9
405:19,22,23
406:1,3 425:2
429:16 438:6
441:10 467:25
470:23 485:13
486:14 491:3,5
**scenario**
329:21
**schedule**
508:10
**scheduled**
323:11 454:17
**scherich** 361:3
**school** 351:4
489:1,1
**schooled**
492:19
**schools** 488:25
**science** 348:8
**scientific**
303:19 330:23
330:25 332:8,9
332:23 375:24
399:6 425:17

429:25 442:6
**scientist** 315:19
504:1
**scope** 356:24
467:8
**scopes** 467:7
**screen** 337:16
338:7 341:8
343:2,3 351:19
361:19,22
395:2 440:16
**screw** 410:24
470:13
**scroll** 293:8
**sdiwan** 287:11
**sealed** 480:18
**search** 296:21
**second** 301:2
302:11 326:9
333:23 343:14
343:15 344:17
344:17 346:1
361:17 383:2
383:18 392:18
406:23 467:15
470:7 496:22
**secondary**
451:16
**section** 337:23
338:1,3,4,4,5,6
343:12 486:22
492:24 493:15
**see** 293:8,11
295:6 297:17
303:10 306:1,4

307:3 309:3,5
309:15,22
310:9,10 314:9
319:10 320:18
321:25 322:14
322:16,17
328:10 329:17
329:17,25
330:18 331:4
331:15 332:2
333:11 336:4
338:1 339:2
340:7,16 341:9
343:11,19
344:4,24 345:4
345:7 347:4
349:20 350:2,9
350:17 351:10
352:4,18 353:1
353:7,10,10,22
355:22,22,22
355:23 356:11
356:13,20
359:12,22
360:12,13,16
360:18 361:9
361:19 362:15
362:16 363:16
363:16,20,20
364:1,4,13,14
365:7 366:18
376:6 377:6,15
381:4 382:11
383:1,16,21,24
384:11 385:17

389:22 390:13
392:10 394:25
395:23 396:9
398:1 404:24
407:18,19
415:2 416:14
416:14 417:22
420:18 423:3
429:14 430:5
434:7,7,12
440:14 445:4
447:17 448:15
450:18 452:15
457:3 466:14
466:21 467:5
467:16,17,20
468:6,22 469:7
469:13 471:8
475:12 477:4
484:11 485:11
490:20,23
493:6,10,14
494:2 495:10
496:1,7 498:21
500:13 503:25
505:16,17
**seeing** 325:7
326:20,21
327:6 328:1,7
328:9 329:12
330:1,6 341:16
344:14,20
354:13 366:8
377:23,23
378:3,10

[seeing - sic]

381:15 394:17
417:22 420:9
467:10 469:23
469:24,25
493:5,6
**seems** 323:14
327:5 365:22
374:21 402:17
**seen** 292:13
293:1,6 314:25
315:4,5,7,16
317:21 318:3
318:17 319:21
319:21,24
320:7 369:18
406:16,25
416:16,18
453:18 466:25
474:11 478:1
479:22 497:4
**sees** 490:17
**segrave** 320:13
320:15 325:3
380:4 421:2,13
421:15 422:10
424:25 439:7
439:14 444:25
447:11 485:12
490:15 492:18
498:8 503:19
**segrave's** 290:8
310:16 320:2
326:4 469:10
470:4,6 484:4
484:6

**selected** 352:3
**selling** 291:17
376:10 400:6
460:4
**sem** 302:25
303:1,6,15
325:5 356:25
416:16 418:1
419:8,15,21
420:3,9,11
**send** 445:2
**sending** 379:8
480:8
**sense** 293:25
370:20 498:8
502:23 503:8
**sensitive** 356:7
**sensitivity**
483:2,5
**sent** 335:8,8,12
395:19 477:18
**sentence**
392:19
**separate** 393:3
414:10,23
417:3 425:7
426:2 453:17
463:19
**separation**
324:8 415:10
468:8 489:22
**serious** 365:16
**serpentine**
379:15

**services** 334:1
**session** 303:8
**set** 306:25
323:19 330:24
358:12 366:11
366:23 426:11
426:13 430:19
467:5 487:11
**seven** 354:7,8
475:13
**several** 465:25
481:21
**sg** 327:24,24,24
327:25 328:3,6
329:3 335:8,14
335:21 415:10
490:12
**shaila** 287:4
289:9
**shake** 413:3
476:17
**shaker** 477:1
**shaking** 413:5
481:10
**share** 377:16
382:9 384:22
455:23 458:9
458:10
**shared** 341:8
504:5
**sharing** 395:2
**sheet** 494:17
**shelf** 356:20
**shipping** 368:6

**shoes** 294:8
**shoot** 294:15
**shops** 410:24
**short** 333:2
376:7
**shorthand**
285:6 507:6,14
507:14
**show** 321:7
340:12 352:24
353:21 354:12
356:13,16
382:2,21
384:22 394:25
407:4,9 414:20
418:16 424:3
440:15 452:25
452:25,25
454:4,7 466:1
470:5 494:16
**shower** 299:10
299:10
**showing** 361:17
460:22 478:8
**shown** 335:18
382:5,12
396:11 418:1
429:17
**shows** 332:13
349:24 354:11
426:19,20
498:13
**sic** 346:23
486:9 488:4

Aiken Welch, A Veritext Company
510-451-1580

**[side - somebody]**

side  309:16
324:6 341:24
343:15,23,25
350:2 356:18
359:12,25
363:16,18,19
374:4,7 465:20
470:24 478:19
502:2
sides  348:24
349:7 353:16
353:21,23
355:19 356:11
360:15
sign  508:16
509:5
signature
407:18 506:1
507:22 508:21
508:23,23
509:9
signed  383:14
397:14
significant
370:1 397:21
398:4,5 464:4
494:22
significantly
326:15 398:9
signifies  362:17
silicates  302:21
303:12 373:10
378:19
silicon  351:9,13

similar  302:5
329:11 334:1
377:24 473:20
475:11
simon  301:3
single  316:21
316:22 353:19
354:16 359:13
359:14,15,24
360:17
sir  321:24
322:16 323:11
324:2 337:15
339:2 344:6
361:15,16
365:4,14 377:5
377:14 384:21
386:13 389:24
392:4 395:14
395:17 397:8
397:11 398:2
400:2,8,19
403:2 408:25
409:13 411:25
432:23 433:14
445:3 450:10
476:20 477:24
484:3 504:21
505:2
sit  315:15
356:23 402:25
454:3 455:25
464:12,13,17
464:20 504:13

sitting  303:5,8
303:15 334:5
355:17,20
356:15 357:16
384:1,3 466:16
479:21 480:1
480:25 481:2
482:18
situation
425:21
six  383:15
475:13
sixed  490:3
size  310:3
327:25 328:2
329:5,13,14,20
330:6,11,13,15
331:3 345:11
348:25 358:1
362:9 364:8
377:22 411:8
470:16,17
481:14 487:17
490:10 493:4,5
493:21
sizes  369:1
377:24
skip  488:9
skipping
486:24
slice  353:24
slide  284:5
290:23
slides  284:9
306:25 413:2

465:24
slight  469:2
slightly  503:13
slow  343:23
499:22
small  304:1
330:1 376:21
377:3 379:20
380:8,10
412:23 414:18
449:4
smaller  330:12
330:12 331:24
468:22 490:11
smallest  312:21
snow  287:15
289:3
soda  376:20
405:7,9 406:18
406:25 407:1
sold  372:2
373:4 388:18
388:20 447:23
448:8,12 449:3
449:14,16
459:20,21
solely  426:4
solutions
288:16,18
505:23 508:7
somebody
308:15 333:9
375:24 404:23
411:18,18
414:25 421:11

Page 53

**[somebody - starts]**

422:19 459:9
470:12 481:3,5
481:6 482:17
492:18
**sorry** 302:18
307:13,20
332:9,15 341:3
341:20 356:5,6
360:9 362:20
363:1 366:10
370:18 372:7
388:3 391:22
404:13,14
421:18 431:21
440:17,23
443:3 444:3
467:23 478:24
481:22 487:5
499:13
**sort** 315:12
327:3 337:19
347:19 373:25
391:10 393:10
399:9 420:7
447:14 458:9
464:16 478:13
479:5 480:3,5
489:10
**source** 292:18
295:11 296:22
304:15 305:3
354:11 419:25
430:13 435:20
440:13 448:2
449:17 450:8

452:19 461:3,5
468:25 470:23
472:14,16
473:17,20,25
482:14 489:7
491:7,16,18
**sourced** 299:8
300:14 429:19
432:4 448:3
451:20 488:2
**sources** 305:6
319:20 354:12
369:4,11
388:24 408:5
426:5,5 451:16
459:11 460:22
461:3
**south** 286:6
460:18
**southwest**
497:16
**southwestern**
429:20
**space** 349:24
352:9
**spacing** 352:6
**spalding** 287:5
**sparks** 294:7
**speak** 364:11
365:25 416:5
**speaking**
295:20,21
436:24
**specific** 289:21
302:1,3,13

307:15 370:22
373:14 375:18
382:7 436:19
444:13,14,15
457:19
**specifically**
304:21
**specificity**
486:16
**specified**
492:11 507:11
**specifies** 492:5
**spectra** 342:14
**spectroscopy**
351:5
**spectrum**
341:23
**speculate**
305:14
**spiked** 335:15
**splayed** 345:12
466:3
**spoke** 307:2
323:23
**spot** 379:6
**spots** 493:13
**squeeze** 413:6
**sr** 331:17
**srm** 331:18
**ss** 507:2
**stacked** 481:3
**stage** 491:15
**staining** 468:23
492:10,12,14

**standard** 325:3
325:8,8 326:22
359:1 407:21
494:1
**standards**
330:7 358:18
**standpoint**
416:11
**starch** 376:21
386:11 405:2,3
405:4,7,9
406:24
**start** 289:23
307:13 315:15
349:19 359:11
359:11 366:6
366:13 368:6
369:9,9 371:21
385:6 401:6
408:20 416:1
430:25 464:12
464:18,19
477:5 481:12
484:16 497:3
504:18
**started** 291:17
488:20
**starting** 309:13
323:14 356:19
372:13 462:12
501:20 504:17
**starts** 330:13
344:15 389:22
488:12

Aiken Welch, A Veritext Company
510-451-1580

**[state - sure]**

| | | | |
|---|---|---|---|
| **state** 282:1 | **stopped** 400:21 | **structures** | 296:13 |
| 285:6 288:20 | 401:7 472:8 | 339:25 340:2 | **suggested** |
| 367:10 429:20 | **store** 366:21 | 345:8 350:3 | 326:4,6 489:2 |
| 486:9 489:16 | 376:10 389:14 | 354:7,8 359:20 | **suggestive** |
| 507:1,7,15,23 | 391:12 392:19 | 362:4 416:17 | 490:17 |
| 508:9,12 | 400:6,20 | 468:22 469:7 | **suite** 285:19 |
| **stated** 300:9 | 403:16,17 | **struggled** 490:6 | 286:18 287:16 |
| 316:25 385:14 | 459:19,21 | **sts** 298:17 | **suits** 366:19 |
| 390:15 391:6 | 460:9,11,14,16 | 299:1 | **sum** 502:14 |
| 408:11 433:5,7 | 478:13 479:20 | **stubs** 301:23 | **summary** 382:4 |
| 433:23 449:8 | **stored** 480:18 | **study** 486:2 | 407:11 |
| 453:25 455:19 | **stores** 286:10 | **stuff** 290:19 | **superior** 282:1 |
| 490:2 | 286:11,12,12 | 291:17 306:4 | 288:9 |
| **statement** | 400:1,7 | 319:6 320:23 | **supervising** |
| 312:3 412:4 | **straight** 345:8 | 324:18 405:25 | 303:7 |
| **states** 293:9,11 | **straightforward** | 428:20 436:13 | **supplemental** |
| 293:21 297:24 | 369:3 | 470:6 471:1 | 298:16,24 |
| 426:21 449:4,8 | **street** 285:18 | 486:24 488:13 | **supplied** 487:8 |
| **static** 329:22 | 286:6 287:16 | **stupid** 307:25 | **supplier** 368:9 |
| **stating** 394:2 | **strike** 316:3 | **su** 326:8 403:4 | 368:17 451:1 |
| 412:10 448:2 | 368:11 412:19 | **subscribed** | 487:9 |
| **status** 318:11 | 499:16 | 507:20 | **supply** 368:2 |
| **stay** 339:9 | **strong** 474:18 | **subsequent** | **supports** 404:7 |
| **step** 360:20 | 474:19,19,22 | 493:2 | **supposed** |
| **steps** 359:22 | 474:24 475:3 | **substance** | 378:14 419:11 |
| **stereo** 493:7 | 491:6,16,17 | 398:12 | 492:19 |
| **stereomicros...** | **structure** | **substantially** | **sure** 308:14 |
| 493:1 | 310:11,12 | 310:3 348:24 | 311:4 314:25 |
| **steve** 439:8 | 329:6 343:18 | 349:7 355:19 | 318:15,22 |
| **stewart** 381:21 | 344:13 345:22 | **subtract** | 322:20 333:10 |
| **stipulation** | 345:23,25 | 312:20 316:12 | 334:10 338:10 |
| 508:20 | 351:24 354:24 | **successful** | 347:3 361:25 |
| **stop** 413:10 | 356:21 359:15 | 458:3,6 485:5 | 362:3 366:23 |
| 416:3 418:3 | 362:16,19 | **sufficiency** | 366:25 370:11 |
| 468:20 492:14 | 466:7 500:22 | 295:13 296:6 | 370:21 373:14 |

**[sure - talcs]**

| | | | |
|---|---|---|---|
| 376:22 379:15 | **take** 311:2 | 321:4,11 | 447:1,2,9 |
| 380:21 381:18 | 312:20 313:20 | 330:17 335:19 | 448:2,9,13 |
| 383:19 387:18 | 314:17 315:6 | 335:20,25 | 449:3,14,17,25 |
| 388:8 404:18 | 316:12,13 | 336:5 340:13 | 450:8,25 |
| 417:6 431:12 | 321:20 331:23 | 340:14 342:11 | 452:10,12 |
| 434:12,16 | 336:6 350:14 | 342:17 343:9 | 454:8 455:5 |
| 446:1 454:17 | 352:7 359:24 | 343:12,15,25 | 456:4,6,7,17,19 |
| 458:2 462:8 | 364:16 365:24 | 344:16,18 | 456:22 460:23 |
| 467:6,7 469:23 | 377:11 381:22 | 345:2,3,6,7,15 | 461:5 465:18 |
| 470:25 472:15 | 386:23 398:10 | 345:22,23,24 | 479:10,10 |
| 480:24 481:10 | 410:21 413:1 | 345:24 368:3,8 | 480:9,9,10 |
| 491:5,22 | 417:13,21 | 368:10,17,21 | 481:10 486:3 |
| 492:20 497:21 | 431:7 449:22 | 369:7,10,21 | 486:11 487:22 |
| **surface** 304:3,5 | 462:17,18,21 | 371:14,16 | 488:1,2,4 |
| 351:24,24 | 470:10 483:14 | 372:18 373:1,5 | 489:14 490:1 |
| **surprising** | 487:22 493:11 | 373:5,9,9,25 | 490:25 491:24 |
| 486:8 | 493:11 | 374:20,22 | 491:24 493:5 |
| **suspend** 334:25 | **takeaway** | 375:1,2 376:11 | 494:20,23 |
| **suspicious** | 502:12,13,15 | 376:12,21,22 | 495:7,8,12,14 |
| 411:11 | **taken** 322:8 | 379:13,21 | 495:14,16 |
| **swan** 286:2 | 336:3 355:23 | 380:15 396:3 | 496:9,17,24 |
| **switch** 298:4 | 364:24 410:6 | 396:21 404:13 | 497:2,2,5,12,13 |
| **switching** | 431:15 494:25 | 405:8,14,15 | 497:25 498:1,2 |
| 364:17 | 507:12,13 | 406:1,10,23 | 498:12,19,22 |
| **sworn** 285:9 | **takes** 416:20 | 407:2 408:5 | 499:20,21,24 |
| 289:15 507:10 | **talc** 290:11,17 | 412:23 413:2 | 499:25 500:3 |
| **synthesize** | 302:20,21 | 416:5 417:25 | 500:10,16 |
| 329:18 | 303:11,11 | 419:9,9,12,12 | 501:6,10,14,18 |
| **system** 380:14 | 304:16 305:5 | 421:25 422:2 | 502:10,10,17 |
| **t** | 305:23 306:5 | 423:5,22 | 503:14 |
| **t** 284:1 510:3,3 | 310:1,9,12,20 | 429:18 430:1,3 | **talcs** 319:19,20 |
| **table** 366:23 | 310:21 318:5 | 432:3 433:6 | 328:2 333:8 |
| 440:12,22 | 319:7,9,10,14 | 435:6 437:19 | 374:23 410:5 |
| 470:9,14 476:4 | 319:16,17,18 | 440:9 443:12 | 449:9 459:10 |
| | 320:7,9,16,25 | 443:19 444:12 | 494:18 495:22 |

**[talcum - testified]**

**talcum** 284:13
301:9 302:9
304:23,24
368:12,14
372:1 385:8,15
385:19 388:17
388:19 395:12
396:2 397:6,20
397:20,24
399:19 400:17
401:17,18
402:8 413:3
435:8,22
447:23,24
448:8 459:20
459:21 478:14
479:2
**talk** 302:10
311:8 314:5
317:18 367:14
408:19 421:22
424:13 429:2
432:2 433:25
440:5 491:23
**talked** 311:15
311:17 314:9
314:12 346:25
414:6 422:11
491:17
**talking** 308:2
316:21 332:17
332:20 338:18
358:15,23
378:12 381:22
388:3 392:25

404:2 419:16
421:23 422:6
427:21,23
479:7 482:5,25
495:2
**talks** 468:3
484:18,20
486:2 491:19
**tampered**
480:1
**tape** 411:19
**tasted** 389:16
389:17,18
**technicians**
357:6
**technique**
487:2
**techniques**
469:19
**technology**
288:13 469:16
470:3
**tell** 318:14
335:20 358:22
361:18,24
374:11 445:4
454:19 455:13
461:12 464:7
465:9,10
473:17 474:9
484:23 485:1
493:20 494:6
495:17 496:4
503:8

**telling** 297:2
329:18 343:22
354:15 413:4
437:5 453:11
453:13 455:12
**tells** 406:8
**tem** 284:12
323:24,25
325:11 346:21
348:21 350:4,7
356:2,25 357:6
357:19,24
414:7,25 415:3
415:6,13,20
416:6,14,18,23
417:21 420:12
420:13,17,20
427:8,10 428:5
428:10,12,21
431:3 439:12
448:20,22
450:15 466:20
482:22 485:13
485:15,18,19
485:22 486:10
**temperature**
338:21 491:5
491:14,14
**ten** 431:8,10
448:21 451:6
483:16
**tennessee** 286:1
289:8 322:13
422:9

**tennis** 304:5
401:5,8
**term** 312:2
**test** 284:15
351:2,15,17
352:1,14 359:7
386:14 432:6
435:22 450:24
451:2,11,14
452:14,19
473:9 476:19
482:21,22
483:15,17,21
483:23,25
**tested** 369:10
375:1 385:25
386:3,6,12,16
386:16 389:4,9
389:10,13,17
397:9 408:23
413:12,16,17
414:11 417:12
427:8 432:8
434:24,25
435:5 438:21
441:5 442:8
445:6,11,21
450:7,8 452:18
460:9,23
483:13 484:2
488:1
**testified** 289:16
422:8,20 424:9
492:6

Aiken Welch, A Veritext Company
510-451-1580

**[testifies - think]**

| | | | |
|---|---|---|---|
| **testifies**  423:1 | 455:3,6 460:11 | 470:11 483:14 | 370:16 371:13 |
| **testify**  348:4 | 468:8 470:21 | 483:22 487:1 | 372:21 374:8 |
| 367:20 494:10 | 470:22 480:8 | 487:12,16,16 | 375:5,5,13 |
| 504:15 | 483:12 485:3,7 | 491:11,12 | 376:15,15,19 |
| **testifying** | 487:8,10 | 492:21 | 379:5,25 |
| 367:15 453:4 | **tests**  432:9 | **things**  290:4 | 380:15,17,19 |
| **testimony** | 484:19 | 293:7 294:2,12 | 380:22 382:13 |
| 293:17 305:7 | **texas**  287:17 | 294:23 297:9 | 382:23 383:14 |
| 305:16 336:8,9 | **th**  456:11 | 297:15 304:6 | 385:22 386:9 |
| 337:20 387:21 | **thank**  289:11 | 304:21 321:21 | 386:15,24 |
| 391:15,24 | 321:21,24 | 324:7 326:11 | 391:5,19 392:6 |
| 393:22 433:15 | 325:12 370:6 | 329:22 357:22 | 394:22 395:20 |
| 434:2 436:7 | 505:4,14,15,23 | 366:15 385:5 | 395:21 396:12 |
| 437:16,17 | **theirs**  445:25 | 409:24 424:7 | 396:16 399:5,8 |
| 439:4 443:24 | **theory**  329:19 | 436:16,19 | 399:9 407:3 |
| 452:6 454:17 | 330:23 331:2 | 457:14 468:4 | 408:11 409:10 |
| 471:22 472:10 | 332:9,10,24 | 488:24 503:20 | 410:10 413:25 |
| 475:17 505:20 | 334:9 451:3 | 503:20 | 416:12 420:1,2 |
| 506:6 | **thick**  350:5 | **think**  291:6 | 422:3,10 425:1 |
| **testing**  296:15 | 362:14 466:13 | 295:13,18 | 426:17 427:7 |
| 379:1 404:8 | **thickness**  331:8 | 306:9 309:18 | 427:24 429:1 |
| 408:19,21 | 332:7 333:1 | 317:4,7,24 | 437:21,23 |
| 424:20 425:15 | 343:13,25 | 318:7,14,16 | 441:20 442:16 |
| 426:16,19 | 362:19 363:22 | 319:5 320:23 | 442:21 443:5 |
| 429:2,7,11,13 | **thing**  290:10 | 320:25 326:3 | 446:10 447:11 |
| 429:17 432:2,3 | 317:4,20 321:3 | 329:5,6 330:8 | 447:12 450:4 |
| 435:6,7,12,24 | 321:10 325:9 | 332:13,18 | 452:8 454:16 |
| 436:8,9 437:9 | 331:4 337:6,11 | 336:2 337:11 | 457:5 459:16 |
| 437:10 438:1,2 | 340:5 343:10 | 338:12 340:20 | 462:11 464:14 |
| 438:11,13,14 | 347:3 353:12 | 345:6 346:7 | 466:25 468:4 |
| 439:8,17,21 | 358:5 360:14 | 348:7 354:1,7 | 468:16 475:13 |
| 440:2,5 446:5 | 363:9 420:7 | 358:25 359:19 | 479:24 486:6 |
| 446:6,7,13,14 | 422:11 423:14 | 360:12 361:12 | 487:13,17 |
| 446:16 451:15 | 445:12 448:17 | 362:9 364:2 | 488:6 491:8 |
| 452:16,18 | 455:21 464:17 | 365:17 370:4,6 | 499:10 501:3 |

Aiken Welch, A Veritext Company
510-451-1580

**[think - towards]**

503:18 504:13
505:10,12
**thinking**
401:23
**third** 343:14,15
344:19 389:20
406:24
**thornburg**
286:16
**thorough** 504:9
**thought** 308:21
340:25 356:5
401:1 422:1
428:15 431:22
461:24,24
476:6 502:21
**thousand**
450:16 466:9,9
**thousands**
482:6
**three** 361:5,6,7
389:23 390:1
414:21 439:9
439:10 443:10
452:3 471:2
475:12 476:5
476:15 479:12
481:24 483:23
488:7,8 493:12
**threefold**
503:15,15
**throw** 470:10
**thwart** 338:11
**tick** 424:2

**tie** 415:2
**tile** 486:10
**time** 285:5
289:19 291:9
293:15 296:24
297:1,10,25
302:4 304:22
305:11,12
311:3 314:6
316:19 317:19
321:20 331:15
332:18,19
356:10 357:10
357:10 364:10
372:6,8,9
373:5 376:7,11
376:17,25
377:2 382:20
390:24 391:3,9
392:25 396:25
401:7 409:5
416:6,20 422:1
423:2,15
432:11 433:12
433:17 434:11
435:24 440:10
443:13 446:21
448:9 449:4,14
456:7,20
458:22 460:24
468:2,17
471:24 472:23
473:9,11
477:17,18
479:5 485:25

486:25 491:4
492:13 503:18
504:19 505:5
507:11,13
508:10,18,24
509:7
**times** 350:8
366:5 433:1
479:22 483:23
484:1 492:6
493:8
**timing** 412:12
**tired** 499:18
**tissue** 302:6
303:17,24,25
304:2 305:24
**tissues** 304:17
**today** 289:19
290:4 296:24
300:20 311:3
317:18 321:20
334:6 365:4,8
384:2,9 403:1
464:20 504:6
505:9
**today's** 505:20
**together**
345:18 379:24
386:17 393:2
480:18
**told** 335:23
357:12 454:20
455:14 490:3,6
**tomatoes**
328:16,19

**tomorrow**
504:17
**ton** 380:17
**took** 294:12
328:24 329:7
335:12 341:1
359:16 369:15
388:2 418:9
420:2 465:11
507:19
**top** 314:17
320:14 350:1
356:19 359:14
362:7 363:16
364:5 380:24
396:7,13
410:21,24
411:3 443:5
457:5 477:1
480:25 481:2,3
481:8 492:16
494:13
**topic** 306:12
383:21
**total** 301:16
316:7,8 354:7
354:8 403:15
505:22
**totally** 436:14
463:19
**touched** 340:20
**touching**
349:13,17
**towards** 297:10
500:8

Page 59

[toxic - typewriting]

| | | | |
|---|---|---|---|
| **toxic** 398:11 | 361:11 364:8 | 469:1 | 321:4 324:25 |
| **trace** 377:5 | 370:5 378:15 | **try** 289:20 | 325:21,21 |
| 380:25 381:12 | 381:3,3 411:9 | 296:1,2 302:1 | 328:15 343:11 |
| 381:18 | 421:16 427:13 | 317:5,6 326:23 | 344:5 345:17 |
| **track** 421:9 | 431:2 438:12 | 333:15 348:10 | 346:6 349:13 |
| **trade** 327:15,20 | 439:10,17 | 356:17 373:3 | 351:21 357:22 |
| **trained** 465:4 | 465:20 466:7 | 402:12 416:13 | 362:4 392:6,8 |
| **transcribed** | 466:12 467:12 | 439:8 469:18 | 393:3 402:24 |
| 507:16 | 475:14 476:1,7 | **trying** 296:21 | 408:15 415:7 |
| **transcript** | 476:11,14 | 302:13,15 | 417:21 426:2 |
| 507:17 508:6,8 | 482:7,10,12 | 324:19,20 | 427:5 428:15 |
| 508:10,13,13 | 485:8 487:19 | 328:16 339:9 | 430:10 441:25 |
| 508:21 509:2,2 | 489:17 | 340:12 342:25 | 442:1,13 443:5 |
| **transcription** | **tremolitic** | 356:16 370:16 | 443:9 449:1 |
| 506:6 | 359:10 378:13 | 370:20 379:16 | 465:2 471:2 |
| **translate** 448:6 | **trial** 323:10,14 | 382:22 384:14 | 475:12 476:5 |
| **traveling** | 365:6,7,11 | 386:9 393:3 | 476:14 479:12 |
| 365:19 | 408:9 419:18 | 396:6 398:16 | 481:3 488:7,18 |
| **treasure** | 454:3 504:4 | 402:5 424:2,2 | 488:22 494:18 |
| 423:10 437:23 | **tricalcium** | 425:6 426:2 | 495:22 496:17 |
| 438:5 442:25 | 405:24 | 429:6,8,9,9,12 | 498:17 503:2,7 |
| 443:11,14 | **tried** 347:11 | 430:16,17 | **type** 291:15 |
| 445:23 | **trier** 393:16 | 438:17 443:4 | 302:19 303:11 |
| **tree** 400:1,6 | **trips** 445:1 | **tungsten** 469:3 | 303:12 313:18 |
| **tremolite** | **trouble** 306:2 | **turn** 302:18 | 333:15,18 |
| 302:21 315:11 | 383:17 | 321:7 349:6 | 341:15 345:22 |
| 337:12 347:22 | **troweling** | 390:12 392:3 | 396:12 400:10 |
| 347:23 348:1 | 294:15 | 405:7 406:19 | 400:12 408:15 |
| 348:16,16,21 | **true** 298:19 | 470:8,8 476:17 | 416:19 451:8 |
| 351:10,17 | 299:2,4 332:22 | 497:15 500:18 | 493:21 |
| 352:5,11,13,22 | 458:11,12 | **twice** 483:23 | **types** 302:5,17 |
| 352:25 353:15 | 491:1,22 492:9 | **two** 290:15 | 303:9 |
| 354:6,24 355:9 | 506:5 507:17 | 296:21 298:4 | **typewriting** |
| 356:9 359:6,8 | **truly** 385:15 | 304:1 310:6 | 507:16 |
| 360:17,23 | 386:12 389:11 | 311:5 318:12 | |

Page 60

[typical - usual]

**typical** 352:5
364:3,8
**typically** 293:3
321:11 343:19
345:12 362:7
365:14 366:11
388:25 406:19
413:5 431:3
450:3
**typo** 470:18
**typos** 471:2

**u**

**ucc** 327:23
**uh** 389:24
**ultimate**
397:15 417:4
**unauthenticat...**
292:17 295:10
**unclear** 393:20
494:24 498:25
**under** 303:14
318:13 319:23
333:3 336:19
338:24 343:12
352:24 356:9
357:8 392:8
412:3 414:25
416:14 436:19
436:20 445:16
**underlying**
314:1
**undersigned**
506:3
**understand**
308:19 313:9

337:19 339:8
341:12 342:24
343:1 345:19
349:22 373:3
375:2 376:8
377:10 380:6
387:8 389:3,14
390:25 391:11
397:5 405:13
409:1,22
410:17 416:7
417:7 422:15
423:13 425:6
429:4 432:4
435:11,21
445:6,20
447:18 453:3,6
453:7 456:16
458:22 461:14
464:19 470:2
499:7
**understanding**
291:3 355:25
366:1 377:8,12
377:15,16
386:19 391:13
397:8 400:25
403:14 414:4
440:8 442:23
456:24 477:12
478:17 482:22
**understood**
380:12
**ungodly** 461:13

**union** 327:18
327:19,22
335:9
**united** 293:9,20
297:24 449:4,8
**unmuting**
296:2
**unnamed**
385:22
**unquote** 361:14
**unring** 426:11
**unstable** 349:3
**unusual** 293:5
303:13 304:6
406:15
**updated** 299:13
336:10
**upside** 476:17
**urban** 398:14
398:15
**use** 299:11
324:16 325:7
326:6,11,18,19
345:12 349:21
351:16 359:1
360:24 370:6
373:7 392:7,25
402:10,12,14
410:24 411:1
418:22 447:21
462:13 485:22
492:6 493:25
**used** 291:8
304:16,22
305:4 326:3

327:18,23
336:15 352:14
370:12,24
371:16 372:9
373:24 374:23
385:14 388:25
390:2 391:6,24
393:18 394:9
394:15 397:23
400:18,21
402:18 408:5
413:12 421:25
422:2 425:4
430:3,12,13
449:17 456:13
457:2 463:22
467:8 471:21
471:25 481:1,2
490:10 493:18
503:23 505:22
**users** 304:19
**uses** 485:12,13
**using** 288:12
299:13 317:10
317:12 324:13
324:17 325:20
336:14,18
351:16 391:8
400:21 401:5
429:15 463:3
472:8 480:4
492:5 500:25
**usp** 487:3
**usual** 410:1

Aiken Welch, A Veritext Company
510-451-1580

**[usually - waste]**

| | | | |
|---|---|---|---|
| **usually** 360:17 366:6 413:8 493:8 | **verify** 415:20 439:8 | **viewer** 467:9 | 344:4,8,24 |
| **utilize** 468:11 | **veritext** 288:16 288:17 505:23 508:7,9,11 | **viscous** 324:15 | 346:1,10 347:5 |
| **utilizing** 336:11 | **vermiculite** 489:18 | **visible** 341:22 495:18 | 347:5 350:23 |

usually 360:17 366:6 413:8 493:8

utilize 468:11

utilizing 336:11

**v**

v 288:8

vacuum 343:20

vague 293:15 297:25 299:3 300:4 368:15 371:8 393:10 409:18 426:7 435:4 439:2,23 458:17 473:14 474:2,22

valadez 284:9 290:7 307:1

valley 369:15 370:15 372:15

vander 303:4

vanderbilt 370:2,6,15

variable 491:16

variation 378:4 379:2

various 296:18 297:17 358:16 388:24 447:1 490:12

veins 377:17,19

verified 328:5 405:1

verifies 424:20

verify 415:20 439:8

veritext 288:16 288:17 505:23 508:7,9,11

vermiculite 489:18

vermont 370:8 370:14 372:16 375:8

version 407:4 407:15

versus 294:15 312:4,10,14 345:23 350:19 442:3 448:24 463:2,4 490:14 491:14,25 500:6 503:16

victim 300:18

video 288:6

videographer 287:24 288:4 288:15 289:11 295:23 322:6,9 364:22,25 431:13,16 505:19

videotaped 282:12

view 297:2 303:20 343:5,7 344:9

viewed 325:14

viewer 467:9

viscous 324:15

visible 341:22 495:18

visited 369:13 369:14 394:18

volume 282:13 288:6 349:6 382:14 505:21

voluntary 488:15

vs 282:6 508:4 510:1

**w**

wait 307:11 500:20

waived 508:23 508:23

waiving 508:20

walk 422:13 423:14 445:3 445:19 454:4 462:6

walking 444:1 465:23

want 297:8 298:3 305:14 311:9,20 312:25 315:6 319:3 323:4 325:1 327:2,3 330:4 337:18 338:25 339:8 339:20 341:12 342:20,24

344:4,8,24

346:1,10 347:5

347:5 350:23

352:22 362:3

366:22 374:18

376:6 380:21

382:19 384:22

385:5 388:8

389:3,19

390:10 391:11

403:6,10

404:17 410:25

415:16,16

416:8,8,9,10

417:6 424:12

429:2 431:24

432:1 434:13

455:1,1 461:22

467:16,20

472:6 473:24

493:17 494:3

500:12

wanted 303:10 311:4 322:18 346:13 459:9 475:15

wants 473:7

warm 491:10

warned 367:17

warnings 367:14,15 459:25

waste 382:19 382:19

**[wasting - work]**

**wasting** 332:18
332:19 489:3
**water** 483:15
**wavelength**
500:24
**wavelengths**
326:25,25
339:13
**way** 312:25
313:1,1,5,25
333:18 341:24
342:18 349:15
352:13 363:19
372:14 387:11
398:23 399:21
400:8,14 402:6
404:11,11,20
417:3 418:6,18
436:13 437:3
464:7 475:4
479:15,19
480:4,6 481:19
482:16 501:10
501:13
**ways** 422:5
**we've** 301:11
304:8 309:22
320:8 335:21
339:14 370:12
371:13,15
372:12 375:10
376:15 377:1,2
437:20,21,22
452:9 453:11
459:10 472:10

474:7 475:20
**web** 294:24
**website** 284:6
292:9,14 293:4
295:9 296:11
**wednesday**
365:19 366:2
366:16
**week** 323:15
364:15 365:11
366:17,19
381:22 402:2
454:17 494:10
504:15,16
505:6,16
**weeks** 402:1
**weighed** 396:15
**weighing** 396:4
**weighs** 396:22
**weight** 473:8
490:13,20
**welcome**
294:25 296:12
296:19
**went** 290:8
310:16 317:7
387:18 436:16
472:10 494:11
502:12
**whatsoever**
472:18
**whereabouts**
342:7
**whereof** 507:20

**whitaker** 461:6
**white** 342:12
469:1 486:14
486:19
**whitish** 331:21
**width** 355:15
364:8
**wife** 391:5
404:3,4
**william** 282:12
283:3 285:1,7
288:7 289:14
505:21 506:3
506:25 507:8
508:5 510:2
**willow** 423:10
441:1,11,17,19
442:3,15,20
443:10,15
**winchite**
300:15 337:14
**wish** 308:17
**witness** 285:8,9
289:15 291:14
293:23 294:1
298:1 299:4
300:9 313:18
315:25 316:3
321:24 322:3
328:13 334:11
334:25 337:23
340:19 341:3
349:3,6 364:13
364:19 371:10
383:8,19

388:15 393:15
419:1 426:10
431:4,9 432:19
435:6 436:12
437:18 439:7
439:24 451:5
452:8,23
453:10 454:16
455:19 457:13
458:19 459:3
463:9 465:1
467:15 473:16
474:4,23
496:21 505:7
505:10,13,15
505:18 507:10
507:20 508:13
508:16 509:2,5
510:24
**woman** 356:1,6
**wood** 303:4
**word** 312:7,12
313:13 373:7
**words** 302:12
305:3
**work** 291:15
292:1 296:2
303:6 319:24
320:2,13
325:21 448:25
451:19 452:24
453:11 466:19
484:11 488:10
489:1,2 503:23
504:14

Page 63

**[worked - zussman]**

| | | |
|---|---|---|
| **worked** 368:8 504:1 | **y** | 451:18 465:2,4 479:12 488:18 488:22 489:2 493:18 |

**worked** 368:8
504:1
**working**
320:21 324:5
372:14 414:7
417:7 486:13
**works** 314:2
316:15 317:16
325:9
**world** 374:20
374:21
**worldwide**
490:1
**worth** 451:18
**write** 463:20
486:21
**written** 323:21
330:22 332:23
407:19 452:1
**wrong** 329:16
360:13 399:23
416:23 417:2
418:22 437:6
453:1 485:23
490:8,15
497:20 499:11
500:15
**wrote** 298:22
298:23 335:23

**x**

**x** 283:1 284:1
351:5 508:12
**xrd** 427:10
485:7 487:14

**y**

**yeah** 291:5
294:12 296:1
309:14 314:21
317:24 323:2
324:24 328:25
334:3 336:23
342:22 343:6
347:4,6,9,24
349:5 353:3
355:10 361:6
362:14 363:6
363:24 364:2
368:20 377:11
386:9 392:24
396:4,23
399:21 407:18
413:23 414:9
414:17 418:8
419:23 427:20
427:20,20
431:7 444:5
471:18 479:14
482:1 483:13
484:10,12
505:17
**year** 390:15
402:1 457:2,3
471:3,14
**years** 291:15
294:11,14
296:15,15
299:5 328:15
357:1 388:18
388:22 417:21

451:18 465:2,4
479:12 488:18
488:22 489:2
493:18
**yellow** 327:8
336:4 342:3
499:15 500:6
501:13 502:2
**yellowish**
327:10 328:4
331:21 333:4
335:11 342:10
499:8
**yellowness**
469:2
**yellows** 469:2
**yellowstone**
423:10 443:11
443:14 445:5,7
445:24
**york** 287:8
486:9 489:17

**z**

**zea** 405:23
**zero** 324:25
**zeros** 324:25
374:8 398:13
398:14 414:21
**zoom** 282:12
285:7 507:9,13
**zussman** 313:4

Aiken Welch, A Veritext Company
510-451-1580

California Code of Civil Procedure

Article 5. Transcript or Recording

Section 2025.520

(a)  If the deposition testimony is
stenographically recorded, the deposition officer
shall send written notice to the deponent and to
all parties attending the deposition when the
Original transcript of the testimony for each
session of the deposition is available for reading,
correcting, and signing, unless the deponent and
the attending parties agree on the record that the
reading, correcting, and signing of the transcript
of the testimony will be waived or that the
reading, correcting, and signing of a transcript of
the testimony will take place after the entire
deposition has been concluded or at some other
specific time.

(b)  For 30 days following each notice under
subdivision (a), unless the attending parties and
the deponent agree on the record or otherwise in
writing to a longer or shorter time period, the
deponent may change the form or the substance of
the answer to a question, and may either approve
the transcript of the deposition by signing it, or

refuse to approve the transcript by not signing it.

(c) Alternatively, within this same period, the deponent may change the form or the substance of the answer to any question and may approve or refuse to approve the transcript by means of a letter to the deposition officer signed by the deponent which is mailed by certified or registered mail with return receipt requested. A copy of that letter shall be sent by first-class mail to all parties attending the deposition.

(d) For good cause shown, the court may shorten the 30-day period for making changes, approving, or refusing to approve the transcript.

(e) The deposition officer shall indicate on the original of the transcript, if the deponent has not already done so at the office of the deposition officer, any action taken by the deponent and indicate on the original of the transcript, the deponent's approval of, or failure or refusal to approve, the transcript. The deposition officer shall also notify in writing the parties attending the deposition of any changes which the deponent timely made in person.

(f) If the deponent fails or refuses to approve the transcript within the allotted period, the

deposition shall be given the same effect as though it had been approved, subject to any changes timely made by the deponent.

(g) Notwithstanding subdivision (f), on a seasonable motion to suppress the deposition, accompanied by a meet and confer declaration under Section 2016.040, the court may determine that the reasons given for the failure or refusal to approve the transcript require rejection of the deposition in whole or in part.

(h) The court shall impose a monetary sanction under Chapter 7 (commencing with Section 2023.010) against any party, person, or attorney who unsuccessfully makes or opposes a motion to suppress a deposition under this section, unless the court finds that the one subject to the sanction acted with substantial justification or that other circumstances make the imposition of the sanction unjust.

DISCLAIMER: THE FOREGOING CIVIL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE STATE RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the deposition officer. Veritext
Legal Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the deposition officer
and/or attorneys in relation to this deposition and
that the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in SSAE 16 certified facilities.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of deposition services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

Exhibit 79

```
 1              SUPERIOR COURT OF CALIFORNIA
 2                  COUNTY OF ALAMEDA
 3
 4   MARLIN LEWIS EAGLES and          Case No. 22CV018294
     GEORGIA EAGLES,
 5
 6             Plaintiffs,
 7
         vs.
 8
 9   ARVINMERITOR, INC., et al.,
10
11             Defendants.
     _____
12
13        VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF
14              WILLIAM LONGO, PH.D.
15                Suwanee, Georgia
16             Monday, October 23, 2023
17                   Volume 2
18
19
20
21   Reported by:
     LESLIE JOHNSON
22   RPR, CCRR, CSR No. 11451
23   Job No.: 6167398
24   PAGES 166 - 281
25
```

Page 166

```
 1              SUPERIOR COURT OF CALIFORNIA
 2                  COUNTY OF ALAMEDA
 3
 4   MARLIN LEWIS EAGLES and          Case No. 22CV018294
     GEORGIA EAGLES,
 5
             Plaintiffs,
 6
         vs.
 7
     ARVINMERITOR, INC., et al.,
 8
             Defendants.
 9   _____
10
11
12
13
14
15
16
17          VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF
18   WILLIAM LONGO, PH.D., Volume 2, taken on behalf of
19   Defendants, at Suwanee, Georgia, beginning at 10:36 a.m.
20   and ending at 1:29 p.m. (EDT) on Monday, October 23,
21   2023, before LESLIE JOHNSON, Certified Shorthand Reporter
22   No. 11451.
23
24
25
                                        Page 167
```

```
 1      APPEARANCES:

 2

 3      For Plaintiffs:

 4           KAZAN, McCLAIN, SATTERLEY & GREENWOOD

 5           BY: JOSEPH D. SATTERLEY, ESQ.

 6           Jack London Market

 7           55 Harrison Street, Suite 400

 8           Oakland, California 94607

 9           (510)302-1000

10           jsatterley@kazanlaw.com

11      For Defendant Lucky Stores; Save Mart, LLC; Safeway, Inc.;

        and Longs Drugstores California, LLC on behalf of Longs

12      Drugstores California, Inc.:

13           BARNES & THORNBURG LLP

14           BY: KEVIN RISING, ESQ.

15           2029 Century Park East, Suite 300

16           Los Angeles, California 90067

17           (310)284-3880

18           kevin.rising@btlaw.com

19

20

21

22

23

24

25
```

Page 168

1    APPEARANCES (Cont.):

2

3    For Defendants Johnson & Johnson and LTL:

4         BUTLER SNOW

5         BY: KIM BUENO, ESQ.

6              CHRISTOPHER R. COWAN, ESQ.

7         1400 Lavaca Street, Suite 1000

8         Austin, Texas 78701

9         (737)802-1820

10        kim.bueno@butlersnow.com

11        chris.cowan@butlersnow.com

12   For Defendants Johnson & Johnson and LTL:

13        KING & SPALDING LLP

14        BY: MORTON DUBIN II, ESQ.

15             JACOB KEESTER, ESQ.

16             SHAIRA RAHMAN DIMAN, ESQ.

17        1185 Avenue of the Americas, 34th Floor

18        New York, New York 10036

19        (212)556-2100

20        mdubin@kslaw.com

21        jkeester@kslaw.com

22        sdiwan@kslaw.com

23

24

25

                                      Page 169

```
 1      APPEARANCES (Cont.):
 2
 3      For Defendant Perrigo Company of Tennessee f/k/a
        Cumberland-Swan and CMC, Inc.:
 4
            POLSINELLI LLP
 5
            BY: MATTHEW S. O'BRIEN, ESQ.
 6
            2049 Century Park East, Suite 2900
 7
            Los Angeles, California 90067
 8
            (310)556-1801
 9
            mobrien@polsinelli.com
10
                    - and -
11
            GOODELL, DEVRIES, LEECH & DANN, LLP
12
            BY: JEFFREY J. HINES, ESQ.
13
            One South Street, 20th Floor
14
            Baltimore, Maryland 21202
15
            (410)783-4041
16
            jjh@gdldlaw.com
17
        Also Present:
18
            KIMBERLEE DECKER, Videographer
19
20
21
22
23
24
25
```

Page 170

```
 1                        I N D E X
 2
 3    WITNESS                              EXAMINATION
 4    WILLIAM LONGO, Ph.D.
      Volume 2
 5
 6             BY MR. DUBIN                        176
 7
 8                      EXHIBITS
 9                 WILLIAM LONGO, PH.D.
10    NUMBER            DESCRIPTION              PAGE
11    Exhibit 19   Letter dated October 16, 2023   175
12    Exhibit 20   Handwritten notes               205
                   (Placeholder)
13
      Exhibit 22   (Placeholder for any report of  215
14                 Johnson & Johnson that
                   shows a finding of richterite)
15
      Exhibit 23   Declaration of William E. Longo, Ph.D.  229
16                 in Opposition to Defendant Safeway
                   Inc.'s Motion for Summary Judgment
17                 or, in the Alternative, Summary
                   Adjudication
18
      Exhibit 24   ISO 22262-1                     244
19
      Exhibit 25   IARC Monographs on the Evaluation of  245
20                 Carcinogenic Risks to Humans
21    Exhibit 26   Letter dated July 13, 2018      250
22    Exhibit 27   Analysis Report                 251
                   MAS Project # M71109-M71111
23                 Chinese Talc Research Samples
24    Exhibit 28   Declaration of William Longo, Ph.D.  258
                   in Foushee v. RT Vanderbilt
25
```

Page 171

```
 1                        EXHIBITS (Cont.)

 2                      WILLIAM LONGO, PH.D.

 3     NUMBER                 DESCRIPTION                PAGE

 4     Exhibit 29   "White Balancing" slide              260

 5     Exhibit 30   Letter dated February 28, 2023       263

 6     Exhibit 31   Letter dated January 20, 2011        266

 7     Exhibit 32   Slide deck                           268

 8     Exhibit 33   Chart/Graphic                        271

                    (Not provided to court reporter)

 9

       Exhibit 34   Appendix B: Dr. Shu-Chun Su's review  271

10                  of Dr. Longo's PLM methods for the

                    identification of chrysotile

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                            Page 172
```

```
1                        Suwanee, Georgia

2              Monday, October 23, 2023; 10:36 (EDT)

3

4              THE VIDEOGRAPHER:  Good morning.  We are

5       on the record at 10:36 a.m. on October 23rd of 2023.    10:36:06

6              All participants are attending remotely.

7       Audio and video recording will continue to take

8       place unless all parties agree to go off the record.

9              This is Media Unit 1, Volume 2 of the

10      video-recorded deposition of William Longo, Ph.D.      10:36:27

11      taken by counsel for the plaintiff in the matter of

12      Marlin Lewis Eagles and Georgia Eagles versus

13      Arvinmeritor, Inc., et al., filed in the Superior

14      Court for the State of California, County of

15      Alameda, Case No. 22CV018294.                          10:36:46

16              My name is Kimberlee Decker from Veritext

17      Legal Solutions, and I am the videographer.  The

18      court reporter is Leslie Johnson.  I'm not related

19      to any party in this action nor am I financially

20      interested in the outcome.                             10:37:04

21              Counsel and all present will now state

22      their appearances and affiliations for the record.

23              If there are any objections to the

24      proceeding, please state them at the time of your

25      appearance, beginning with the noticing attorney.     10:37:14
```

                                                   Page 173

| | | |
|---|---|---|
| 1 | And one more thing.  This is being taken | 10:37:17 |
| 2 | by counsel for the defendants. | |
| 3 | Please state your names. | |
| 4 | MR. DUBIN:  Hi.  This is Morton Dubin for | |
| 5 | the Johnson & Johnson related defendants. | 10:37:27 |
| 6 | MS. BUENO:  Kim Bueno on behalf of the | |
| 7 | Johnson & Johnson related defendants. | |
| 8 | MS. DIMAN:  Shaila Diman for the Johnson & | |
| 9 | Johnson related defendants. | |
| 10 | MR. RISING:  Kevin Rising for Longs, Lucky, | 10:37:35 |
| 11 | and Safeway. | |
| 12 | MR. O'BRIEN:  Matthew O'Brien on behalf of | |
| 13 | Defendant Perrigo Company of Tennessee. | |
| 14 | MR. COWAN:  Chris Cowan for Butler Snow on | |
| 15 | behalf of the Johnson & Johnson defendants. | 10:37:50 |
| 16 | MR. SATTERLEY:  There's a Jake Keester. | |
| 17 | Who is that? | |
| 18 | MR. DUBIN:  He's my associate.  Just | |
| 19 | pulling things up for me. | |
| 20 | MR. SATTERLEY:  Okay.  Joe Satterley for | 10:37:53 |
| 21 | the plaintiffs. | |
| 22 | THE VIDEOGRAPHER:  Thank you.  Will the | |
| 23 | court reporter please swear in the witness. | |
| 24 | / / / / | |
| 25 | / / / / | |

Page 174

| | | |
|---|---|---|
| 1 | WILLIAM LONGO, PH.D., | 10:38:00 |
| 2 | having been re-administered an oath, was examined | |
| 3 | and testified as follows: | |
| 4 | | |
| 5 | MR. DUBIN:  All right.  So we'll start by | 10:38:19 |
| 6 | marking as Exhibit 19, which is I think where we | |
| 7 | left off, the notice for day two of the deposition. | |
| 8 | We don't need to call that up. | |
| 9 | (Exhibit 19 marked for identification.) | |
| 10 | MR. DUBIN:  So, as I understand it, | 10:38:34 |
| 11 | there's been some back and forth with the scope and | |
| 12 | extent of materials that are being requested from | |
| 13 | Dr. Sanchez about including his prior talc and | |
| 14 | litigation work and billing and billing backup.  And | |
| 15 | just for the record, I want to be clear, anything | 10:38:51 |
| 16 | that has been requested of Dr. Sanchez we are also | |
| 17 | requesting of Dr. Longo. | |
| 18 | So we can follow up with that later, but I | |
| 19 | just want to make sure it's clear on the record that | |
| 20 | we're requesting a scope that is equivalent in scale | 10:39:03 |
| 21 | to what Plaintiffs requested from Dr. Sanchez. | |
| 22 | All right.  So let's get started. | |
| 23 | / / / / | |
| 24 | / / / / | |
| 25 | / / / / | |

Page 175

```
 1                    EXAMINATION (RESUMED)                  10:39:15

 2      BY MR. DUBIN:

 3           Q    Dr. Longo, is there anything from your

 4      first day of your deposition that you wish to amend

 5      or correct at this point?                            10:39:22

 6           A    No.

 7           Q    Okay.  And so first topic I want to go

 8      back to very briefly is the -- to make sure I

 9      understand, we talked a little bit about the

10      father's work in the shipyard.  And just to be      10:39:42

11      clear, amosite was one of the types of insulation

12      materials that -- sorry, one of the types of

13      asbestos that was used in insulation materials

14      historically in U.S. shipyards, correct?

15           A    That is correct.                           10:40:00

16           Q    Okay.  And Dr. Dodson reported amosite in

17      Mr. Eagles' tissue, correct?

18           A    That's what he called it.

19           Q    And I think you described it in your first

20      day of deposition as possibly grunerite.            10:40:17

21                Is that where you are in what that

22      particle is?

23           A    Possibly cummingtonite-grunerite or

24      grunerite, which would be the appropriate geological

25      mineralogical name for amosite, since amosite is a   10:40:35
```

Page 176

Aiken Welch, A Veritext Company
510-451-1580

1    trade name.  So that's where I'm at.                    10:40:41

2        Q    And what, to you, is the deciding factor

3    on whether something should be called cummingtonite

4    or grunerite?

5        A    The ratio of iron to magnesium, I believe    10:40:54

6    it is, or silicon, since that's the -- essentially

7    the solid solution series there.

8        Q    So at what point does the ratio of iron to

9    magnesium tip such that you would call a mineral

10   grunerite, as opposed to cummingtonite?               10:41:13

11       A    I don't know right as I sit here now.  I'd

12   have to look at it to make sure I was precise.

13       Q    Okay.  Well, if something is over

14   50 percent iron versus magnesium, is it then

15   grunerite?                                             10:41:29

16       A    Again, to be precise, I'd like to look at

17   the chemistry --

18       Q    Okay.

19       A    -- Howie and Zussman or maybe look at Ann

20   Wylie's definition on where the changeover is on the   10:41:41

21   ratio.

22       Q    Okay.  So, when you say "possibly

23   grunerite," can you tell me anything about the

24   chemistry of the fiber that Dr. Dodson identified

25   that leads you to say it is only possibly grunerite?   10:41:56

                                                 Page 177

```
 1        A    Well, let me -- just a second so I can get    10:42:00
 2    to it.
 3             Well, the iron peak is maybe 60 percent of
 4    the silicon peak.  And so I would like to be able to
 5    look at that -- look at the actual formulations and    10:43:00
 6    the ranges.  That's all.
 7        Q    How about compared to the magnesium peak?
 8        A    The magnesium peak is lower, which would
 9    be expected because when the -- that's the
10    substitution -- that's what's substituted as the    10:43:22
11    iron.  But it would be the iron ratio to silicon
12    ratio would be the -- the formula for it.
13             And you'd have to look at the -- you know,
14    the manganese peak.  I don't remember if that is a
15    marker for grunerite-cummingtonite or just    10:43:50
16    grunerite.  I can't remember that part.
17             So I'd have to check that.
18        Q    So is it your testimony that the
19    distinction between cummingtonite and grunerite is
20    based on the ratio of iron and silica or iron and    10:44:06
21    magnesium?
22        A    It's -- as I recall -- well, the magnesium
23    is lowered because of the iron.  That would be part
24    of it, if you looked at the formula.  But I think
25    what Ann Wylie, at least in -- at least what was    10:44:24
```

Page 178

```
 1    stated to Dr. Sanchez in his deposition was that it        10:44:28

 2    was a ratio of the silicon to iron.

 3         Q    Okay.  So it's silica to iron that you

 4    believe is the distinguishing factor, not silica --

 5    not iron to magnesium?                                     10:44:43

 6         A    Again, it's not what I am establishing, as

 7    I've told you two or three times now.  I would like

 8    to revisit that.

 9         I believe that it may be some order of the

10    magnesium to iron, the silicon to iron.  It would be      10:44:59

11    more of a -- I'd have to look at the actual formula.

12    But it should never be called amosite, in my

13    opinion.

14         Q    So you haven't in tissue burden studies

15    referred to individuals as having amosite in their        10:45:20

16    tissue?

17         A    We have in the past.  But that was -- that

18    was a mistake.  And we should call it its mineral

19    name.  I would never do that now.

20         Q    Do you have any idea approximately how          10:45:35

21    many times you have made in the past the mistake of

22    calling a fiber in a tissue burden analysis amosite?

23         A    Let's see.  Over the 20, 30 some years, I

24    don't know.

25         Q    Hundreds?                                       10:45:55
```

Page 179

```
 1              MR. SATTERLEY:  Objection.  Calls for          10:45:58

 2     speculation.  Asked and answered.

 3              THE WITNESS:  Is it bigger than a bread

 4     box?  I don't know.

 5     BY MR. DUBIN:                                           10:46:03

 6          Q    Okay.  And how about if you're doing

 7     product testing and you find a mineral that's

 8     grunerite in a product, do you think you should call

 9     it amosite or grunerite?

10              MR. SATTERLEY:  Objection.  Overly broad.      10:46:16

11     Vague.

12              THE WITNESS:  Well, that's different if

13     you're doing -- and you know what the product is and

14     you know what's in it and where it came from.  That

15     I don't have that much of a problem.                    10:46:26

16              But if we were -- it's been a while since

17     we've tested an amosite product, but now just to

18     keep it consistent, just call it its actual mineral

19     name.

20              But if you know what the product is, such      10:46:42

21     as Marinite, and you know that JM only used amosite

22     in Marinite, it's pretty easy to call it Marinite.

23              But when you're doing lung tissue analysis

24     burdens, I think you should call it the regular

25     mineral name.                                           10:47:00
```

Page 180

```
 1      BY MR. DUBIN:                                     10:47:01

 2          Q    Okay.  So you agree that when you're

 3      describing a mineral, it's important to use its

 4      correct mineral name, right?

 5          A    I believe it's important, yes.           10:47:08

 6          Q    Okay.  So you've said before that at least

 7      some of what you've called anthophyllite in your

 8      testing of Johnson & Johnson may in fact be

 9      cummingtonite, correct?

10          A    Correct.                                 10:47:25

11          Q    So why didn't you use the correct mineral

12      name then?

13              MR. SATTERLEY:  Objection.  Argumentative.

14              THE WITNESS:  I believe a lot of times we

15      said it could be -- you know, we were calling it all   10:47:35

16      anthophyllite.  The difference, of course, is the

17      iron and transformation from the orthorhombic to

18      monoclinic.  And in order to tell the difference

19      there would require -- would require additional

20      analysis.  So, at that time, we just don't do it.     10:47:58

21      BY MR. DUBIN:

22          Q    What initial analysis would it have

23      required, and how long do you believe it would have

24      taken to do for any individual particle?

25              MR. SATTERLEY:  Objection.  Calls for        10:48:12

                                                        Page 181
```

```
 1      speculation.                                    10:48:12

 2           THE WITNESS:  I don't know because we

 3      haven't done it yet, so I would just be speculating.

 4      BY MR. DUBIN:

 5           Q    So you would be speculating on how you   10:48:18

 6      would tell the difference between anthophyllite and

 7      cummingtonite?

 8           A    You didn't ask me that.  You asked me how

 9      long would it take me.

10           Q    Okay.  Let me just ask you.            10:48:29

11           How would you tell the difference between

12      anthophyllite and cummingtonite if you were going to

13      take that step?

14           A    I would do quantitative chemistry at the

15      amount of iron.                                  10:48:45

16           Q    Anything else?

17           A    Don't know.  I think that should be

18      plenty.

19           Q    Okay.  And so, an EDS spectra is not

20      enough for you to make those kind of chemical       10:48:57

21      judgments?

22           A    It might be if I looked at enough

23      cummingtonite -- just cummingtonite standards.  But

24      I don't know.  I'd have to look at the cummingtonite

25      standards and see how readily you can do that --   10:49:12
```

Page 182

```
 1        Q    Have you --                                    10:49:15

 2        A    -- versus the grun --

 3    cummingtonite-grunerite.

 4             As I recall, cummingtonite-grunerite is

 5    regulated asbestos.  So it really didn't matter that   10:49:24

 6    much at the time.

 7             But I see your point.

 8        Q    Okay.  And would a finding of amosite in

 9    tissue be consistent with a take-home exposure of

10    amosite from amosite-containing insulation             10:49:47

11    materials?

12             MR. SATTERLEY:  Objection.  Calls for

13    speculation.

14             THE WITNESS:  The finding of an

15    anthophyllite/grunerite.  Again, amosite is a trade    10:49:55

16    name.  And there is cummingtonite-grunerite as NOAs,

17    in my opinion.  I'm not sure finding one, if it

18    really is grunerite slash, is anything but a

19    natural-occurring asbestos.  Seems like what there

20    mostly is there in lung tissue is talc, tremolite,     10:50:22

21    et cetera, aluminum silicates.

22    BY MR. DUBIN:

23        Q    So my question was, is finding amosite in

24    lung tissue consistent with take-home exposure from

25    asbestos-containing insulation materials?              10:50:40
```

Page 183

```
 1              MR. SATTERLEY:  Objection.  Asked and        10:50:43

 2      answered.  Speculation.

 3      BY MR. DUBIN:

 4          Q    You can't answer that, Dr. Longo?

 5          A    The finding of anthoph -- excuse me,        10:50:50

 6      cummingtonite-grunerite in lung tissue for an

 7      individual who does not have any -- sorry, does not

 8      have any talcum powder exposure, especially from the

 9      Vermont mines, and has a -- but has where we can say

10      within a reasonable degree of scientific certainty    10:51:23

11      that has been exposed to products that contain

12      cummingtonite-grunerite, yes.

13          Q    I have no idea what you just said.

14              MR. SATTERLEY:  He may have misspoke.

15              Dr. Longo, you may have misspoke.  You        10:51:36

16      said something about no exposure to talc?

17              MR. DUBIN:  Let's just --

18              (Crosstalk.)

19              THE WITNESS:  You said is it consistent.

20      But that's sort of a vague question.               10:51:50

21              What about -- I'm trying to answer is,

22      yes, you would be right if we had a history of the

23      particular exposed individual where there is no

24      talcum powder exposure and that we know for a fact

25      from either his own testimony, the plaintiff's own    10:52:11
```

```
 1    testimony, or individuals that were coworkers that        10:52:15

 2    he indeed was exposed to asbestos-containing

 3    insulation in the time period where one of the

 4    components, more likely than not, was

 5    amosite/cummingtonite-grunerite.                          10:52:32

 6            Does that make more sense?

 7    BY MR. DUBIN:

 8        Q    Well, I understood what you're saying.

 9    I'm not going to say it makes sense.

10            Well, you have not found grunerite in any        10:52:45

11    Johnson & Johnson product, correct?

12        A    That's correct.

13        Q    And we have a history here of an

14    individual whose father worked in shipyards during

15    the time period when amosite was in insulation           10:53:02

16    materials, correct?

17            MR. SATTERLEY:  Objection.  Calls for

18    speculation.  Assumes facts not in evidence.

19            What history are you talking about,

20    Mr. Dubin?                                                10:53:12

21            MR. DUBIN:  I'm talking about the facts --

22            MR. SATTERLEY:  No facts.  Nobody's

23    testified to --

24            MR. DUBIN:  I'm talking about the fact

25    that, as Dr. Longo has acknowledged, the father          10:53:21
```

                                                              Page 185

```
 1    worked at a shipyard, right?                    10:53:25

 2            MR. SATTERLEY:  Nobody has testified to

 3    that fact, Mr. Dubin.

 4            Where are you getting that at?

 5            MR. DUBIN:  Okay.  Maybe we'll go back on   10:53:33

 6    this later.

 7    BY MR. DUBIN:

 8        Q    Let's assume somebody has.

 9            You don't think there is evidence in this

10    case, Dr. Longo, that the plaintiff's father worked   10:53:44

11    at a shipyard; is that what you're saying?

12            MR. SATTERLEY:  Objection.  Calls for

13    speculation.  Assumes facts not in evidence.

14            THE WITNESS:  We have his -- we have

15    Mr. Eagles, who testified that he thought his father   10:54:04

16    worked in shipyards and that he was a marine

17    electrician.

18            What we don't have is any facts if in fact

19    he did work in a shipyard and did work on a ship

20    versus something else.  There is no evidence there   10:54:18

21    to do that.  So that's why I have the opinion that I

22    can't state that he had any exposure at a shipyard

23    one way -- or did have exposure one way or the

24    other.

25    / / / /
```

Page 186

```
  1    BY MR. DUBIN:                                      10:54:34

  2         Q    Okay.  One of the things fiber burden

  3    analyses are sometimes used for is to confirm what

  4    exposures to asbestos an individual may have had in

  5    the past, right?                                   10:54:46

  6         A    Correct.

  7         Q    In other words, somebody who you don't

  8    know did they or did they not have exposure to

  9    amosite in the past, then you find it in their

 10    tissue, that helps you say, yes, they did in fact  10:54:59

 11    have that exposure, right?  That's part of the

 12    purpose of a fiber burden analysis.

 13         A    I'm sorry.  Could . . .

 14         Q    Sure.  Let's say you had a question

 15    whether this individual -- whether Plaintiff here  10:55:14

 16    was exposed in the past from an amosite-containing

 17    asbestos insulation materials.  Isn't it a clue that

 18    he was if you find amosite in his tissue?

 19         A    Again, I guess I'll repeat it.

 20              Amosite is a trade name for South African 10:55:38

 21    grunerite -- cummingtonite-grunerite.

 22              If you find one potential

 23    cummingtonite-grunerite and you find platy talc,

 24    fibrous talc, tremolite, which is not an accessory

 25    mineral that I recall from amosite, some            10:56:08
```

Page 187

```
 1      anthophyllite, some aluminum silicates, that          10:56:10

 2      exposure points to the use of talcum powder, in my

 3      opinion.

 4              If you have information that somebody is

 5      an insulator, worked around an insulator, handled    10:56:22

 6      manufacturing -- in an area where they were

 7      manufacturing products using amosite-containing --

 8      amosite/cummingtonite-grunerite or what they're

 9      calling amosite from the documents, yes, that

10      verifies it, but not necessarily has to be in the    10:56:43

11      lung burden analysis when you have the testimony.

12          Q    Is there any type of asbestos, any mineral

13      type of asbestos that if it's found in plaintiff's

14      tissue you will not say, "Well, that's consistent

15      with talc"?                                            10:57:03

16              MR. SATTERLEY:  Objection.  Calls for

17      speculation.

18              THE WITNESS:  Any asbestos mineral?

19      BY MR. DUBIN:

20          Q    Any asbestos mineral.                        10:57:22

21          A    Any asbestos mineral, I would not say it

22      for crocidolite.  I've never seen anything like

23      that.  Certainly chrysotile.  Certainly tremolite.

24      Certainly anthophyllite.  Certainly cummingtonite --

25      cummingtonite-grunerite.  But if there was a -- if    10:57:39
```

Page 188

```
 1    there was crocidolite in there, I've never seen that      10:57:46

 2    found in any natural occurring -- any

 3    natural-occurring asbestos, except for some deposits

 4    of dolomitic lime up in the New York, New Jersey

 5    area.                                                      10:58:07

 6        Q    First, let me just ask you, how much time

 7    do we have today, Dr. Longo, so I can spend our time

 8    wisely?

 9        A    Let's see.  10:30.  I'm going to need some

10    lunch at some point.  I would say four hours.              10:58:23

11            MR. SATTERLEY:  Dr. Longo, you told me

12    three hours the other day.  I have to be in court at

13    11:00.

14            THE WITNESS:  Sorry.  3 hours?  Sorry,

15    Mr. Satterley.                                             10:58:34

16            MR. DUBIN:  So we're going until about

17    what time, Joe?

18            MR. SATTERLEY:  10:30 my time.  I've got

19    to be in court at 11:00.

20            MR. DUBIN:  Oh, my god.  10:30 your time.          10:58:42

21    That's what, 1:30 my time?

22            MR. SATTERLEY:  Yep.

23            MR. DUBIN:  Okay.  All right.

24            Well, maybe we'll come back to this, but I

25    want to move on for a little bit.                          10:58:52
```

Page 189

```
  1    BY MR. DUBIN:                                    10:58:55

  2        Q    I want to talk about home remodeling next

  3    briefly.  You have some notes in your -- the notes

  4    you prepared about home remodeling.

  5            You said, first of all, the house -- so    10:59:11

  6    you discussed some construction in one of

  7    Mr. Eagles' houses, correct?

  8        A    Correct.

  9        Q    Okay.  Is that the house you visited?

 10        A    Yes.  The house was built in -- I think it  10:59:30

 11    was 1926.

 12        Q    Okay.  So it's an old house.

 13            Would you agree that there were likely

 14    asbestos-containing materials used in the

 15    construction of that home?                        10:59:42

 16        A    No.  I don't agree.

 17        Q    So not floor tile, not ceiling tile, not

 18    wall material, not anything that you think would be

 19    likely in a house built in the 1920s to contain

 20    asbestos in that home?                            11:00:01

 21        A    That's correct.  I'm not aware of any

 22    asbestos products being in any home constructed in

 23    1926.

 24            What was in the home on the walls, on the

 25    ceiling was a plaster material, which is not      11:00:13
```

Page 190

```
 1      unusual.  And there was also some interesting        11:00:19

 2      looking, I would almost call it plywood.  But it's

 3      really not because it had a lot of surface features

 4      on it.  But it was definitely wood -- wood paneling

 5      of some sort that was painted over.                  11:00:34

 6              I asked about what was the tiles taken out

 7      of the bathrooms, as well as in the kitchen, and

 8      they said ceramic tiles.

 9              I clarified with him -- I think I

10      testified about this last time that he said when     11:00:48

11      they took the wall down that there was wallboard

12      there.  I asked him again about that, and he said,

13      no, it was plaster, not wallboard or joint -- or

14      your typical gypsum drywall board.

15              So I didn't see any exposure from the        11:01:09

16      remodeling of that house.

17          Q   Okay.  Let me make sure I understand.

18              First, who brought up the construction in

19      the interview?

20          A   I did.                                       11:01:19

21          Q   Okay.  Now, you mentioned last time

22      discussing plaster versus drywall.  Now you're

23      saying you also asked him about floor files?

24          A   Well, they pulled the floor tiles.  In the

25      bathroom, that was replaced, what was taken out or   11:01:35
```

Page 191

```
 1    covered over.  And he said it was ceramic, not vinyl    11:01:41

 2    asbestos tile, which makes sense because vinyl

 3    asbestos tiles weren't made in the twenties.

 4         Q    Okay.  So what else, if anything, did you

 5    do while you were in the home to assess whether       11:01:57

 6    there were asbestos-containing materials that either

 7    were there then or had been prior to any renovation

 8    when he lived there?

 9         A    That's what I did.  I asked him about the

10    house.  I asked him about, you know, where the        11:02:09

11    potential would have been, such as taking out tiles

12    or covering over tiles.  There was just nothing

13    there, Mr. Dubin.

14         Q    You asked him -- you asked them that about

15    tiles too is what you're saying?                      11:02:29

16         A    Yes, sir.  Just wanted to make sure that

17    wasn't -- because, again, I'm not aware of any

18    asbestos products being used in construction of

19    homes in the 1920s.

20         Q    Maybe we'll talk about that later.  I just  11:02:49

21    want to make sure we've got everything.

22              Did you test any materials or take any

23    materials to test from the home?

24         A    No, sir.

25         Q    Was there ever any insulation in -- does    11:02:59
```

Page 192

```
 1      the house have an attic?                          11:03:02

 2          A    It does.

 3          Q    Was there ever any insulation in the

 4      attic?

 5          A    According to Mr. Eagle, they put -- there  11:03:10

 6      was insulation up there.

 7          Q    Do you know what type of insulation?

 8          A    He said that it was -- looked like a paper

 9      material.

10          Q    Do you have any understanding of what that  11:03:26

11      kind of insulation would be if it looked like a,

12      quote, "paper material"?

13          A    It's essentially blown-in cellose, which

14      is typical.

15          Q    You said that -- so there's no -- there    11:03:45

16      was no drywalling anywhere in the home.  Is that

17      what you're saying?

18          A    As far as I could tell, yes.

19          Q    Okay.  Can plasters have asbestos in them?

20          A    Yes.                                       11:04:06

21          Q    Okay.  What type or types of wall plasters

22      can have asbestos in them?

23          A    The stuff that was developed '70s.

24      Usually they put 1 or 2 percent in so they can spray

25      it, motorized spray it.  But that's not what         11:04:26
```

Page 193

| | | |
|---|---|---|
| 1 | happened back in the '20s or '30s or '40s.  I don't | 11:04:30 |
| 2 | think that material started being used, especially | |
| 3 | on the West Coast, until the 1950s or '60s.  That's | |
| 4 | not what's on there.  That was all hand put on. | |
| 5 | Q    Okay.  So when do you think that there | 11:04:45 |
| 6 | started to be asbestos in wall plasters? | |
| 7 | A    When they started guniting it to make | |
| 8 | it -- give it what they call slip through the hose | |
| 9 | to spray it. | |
| 10 | Q    Okay.  Were there -- was there asbestos | 11:05:00 |
| 11 | used in other wall plasters that were not sprayed? | |
| 12 | A    Not during that time frame that I'm aware | |
| 13 | of. | |
| 14 | Q    Okay.  How about -- how about any products | |
| 15 | in the house that you believe may have contained | 11:05:20 |
| 16 | industrial talc? | |
| 17 | A    I can't think of anything there that | |
| 18 | contained industrial talc. | |
| 19 | Q    I may come back to this.  I'm going to | |
| 20 | move on for now. | 11:05:43 |
| 21 | Let's talk about the W.R. Grace facility. | |
| 22 | In your initial set of notes, you didn't | |
| 23 | mention the W.R. Grace facility, correct? | |
| 24 | A    Correct. | |
| 25 | Q    When did you first become aware that there | 11:05:58 |

Page 194

| | | |
|---|---|---|
| 1 | was a W.R. Grace facility -- you know, use | 11:06:01 |
| 2 | whatever -- near the Peterbilt facility? | |
| 3 | A    I don't quite recall when.  I mean, I did | |
| 4 | review Nony's expert report.  He has it in there. | |
| 5 | So I don't know if it was that, or I can't remember | 11:06:36 |
| 6 | if it was Sanchez's report or I was told by | |
| 7 | Plaintiffs.  One of the three. | |
| 8 | Q    Okay.  But it's not something -- was it | |
| 9 | something that you knew before you had found out | |
| 10 | that it was -- had been raised by Defendant's | 11:06:50 |
| 11 | experts? | |
| 12 | A    Again, I just gave you three | |
| 13 | possibilities.  I'm not sure when I was told. | |
| 14 | So, again, could have been Plaintiff. | |
| 15 | Could have been Plaintiff.  Could have been one of | 11:07:06 |
| 16 | defense experts. | |
| 17 | Q    Okay.  And you said you reviewed the Nony | |
| 18 | report.  How did you get it? | |
| 19 | A    It was sent to me by Mr. Satterley -- or | |
| 20 | not sent to me, but I think it was sent to -- this | 11:07:20 |
| 21 | was all sent to my assistant, who gave it to me. | |
| 22 | Q    Sent how? | |
| 23 | A    I imagine he sent it by email. | |
| 24 | MR. DUBIN:  And again, we'd request -- | |
| 25 | THE WITNESS:  I don't know.  I just know | 11:07:34 |

Page 195

```
 1      that it showed up with the rest of the material here      11:07:36

 2      at some point.

 3              MR. DUBIN:  Okay.  And again, to the

 4      extent it wasn't clear last time, we're requesting

 5      all communications, even internal, about this case      11:07:47

 6      at MAS.

 7      BY MR. DUBIN:

 8          Q    So you got the Nony report.  It's dated

 9      October 4, 2023.

10              Can you tell me how long after that date      11:08:07

11      you received it?

12          A    No, I can't.

13          Q    Okay.  His report has a series of

14      references regarding W.R. Grace.

15              Did you see that?                              11:08:23

16          A    I saw that.

17          Q    Did you read them?

18          A    The references?

19          Q    Yes, the references.

20          A    I just read what he said about it.  I        11:08:29

21      don't have any issue about the references.

22          Q    Okay.  So you're not taking any issue with

23      any of the ways that Mr. Nony describes the

24      references in his report regarding W.R. Grace; is

25      that fair?                                             11:08:46
```

```
 1        A    That's sort of fair.  But, I mean,        11:08:47

 2    overall, I see there is no evidence that Mr. Eagles

 3    was exposed to a W.R. Grace product.  And that's

 4    where the tremolite -- quote, tremolite, richterite,

 5    winchite -- that's where it came from.            11:09:05

 6            I think the evidence shows that neither I

 7    nor Abraham found anything that resembled

 8    vermiculite in Mr. Eagles' lung tissue.

 9        Q    Okay.  Do you know approximately how far

10    away the facilities are from one another?          11:09:42

11        A    I think it's in Mr. Nony's report.  You

12    know, I'd have to look it up, how far away.  I mean,

13    I'm not disputing it's whatever distance it is.  I

14    just don't see any evidence that Mr. Eagles got

15    exposed.                                          11:10:10

16        Q    Okay.  Let's see what we agree -- do you

17    agree that the -- maybe we can short-circuit.

18            Do you agree that the Peterbilt facility

19    was within the zone of highest potential exposure to

20    hazardous levels of asbestos from the W.R. Grace    11:10:26

21    plant, according to the ATSDR?

22            MR. SATTERLEY:  Objection.  Calls for

23    speculation.

24            THE WITNESS:  No.  I don't agree.

25    / / / /
```

Page 197

```
 1    BY MR. DUBIN:                                    11:10:41

 2        Q    Okay.  Have you -- did you look at that?

 3    Did you read the 2005 ATSDR report about the W.R.

 4    Grace facility in Newark, California?

 5        A    No.                                     11:10:57

 6        Q    Okay.  So, if that report contains a zone

 7    that was identified as the area with highest

 8    potential exposure for exposure to hazardous levels

 9    of asbestos from the W.R. Grace facility, you

10    haven't seen that?                               11:11:14

11            MR. SATTERLEY:  Objection.  Calls for

12    speculation.  Asked and answered.

13    BY MR. DUBIN:

14        Q    You haven't seen that; is that fair?

15            MR. SATTERLEY:  Objection.  Asked and     11:11:23

16    answered.  He's already testified that he didn't

17    review the report.

18            Why are you harassing him?

19            MR. DUBIN:  He might have reviewed part.

20    You might have told you, Tim.  I'm asking him the    11:11:30

21    question.

22            MR. SATTERLEY:  Well, he's -- objection.

23    Asked and answered.

24            MR. DUBIN:  You'll know if I'm harassing

25    him.  So you can just -- can you answer the          11:11:38
```

Page 198

```
 1    question?  We're wasting time.                    11:11:39

 2              MR. SATTERLEY:  No, no.  I'm objecting, a

 3    legitimate objection that you've already asked him

 4    the question.

 5              MR. DUBIN:  Are you instructing the        11:11:47

 6    witness not to answer?

 7              MR. SATTERLEY:  No.

 8              MR. DUBIN:  Okay.  Then stop it.

 9              THE WITNESS:  As I just stated, I didn't

10    read the report.                                    11:11:55

11    BY MR. DUBIN:

12        Q    Do you know how high fugitive emissions

13    were from the W.R. Grace facility?

14        A    I don't recall that they actually had air

15    samples.  I don't recall any air samples that were   11:12:18

16    ever taken inside the Peterbilt facility and then

17    more so inside his office in the Peterbilt facility.

18              So there was no evidence that I could see

19    that there was high fugitive emissions from the

20    plant that got in where Mr. Eagle worked.           11:12:41

21        Q    Okay.  Well, I'm asking you just about

22    fugitive emissions from the W.R. Grace plant.

23              Did you look at that?

24        A    I don't recall if I looked at it or not.

25    If it was in Mr. Nony's report, I would have looked  11:12:55
```

Page 199

```
 1    at it.  But I don't recall.                    11:12:58

 2        Q    Do you recall a study where individuals

 3    looked at tree bark from --

 4        A    I did.

 5        Q    -- the area?                          11:13:10

 6             Sorry?

 7        A    I saw that.

 8             I said I saw that data where they found

 9    tremolite in the tree bark.

10        Q    Okay.  And but you -- did you read the  11:13:19

11    actual article?

12        A    No.  I've seen that data before in other

13    instances, like in Libby, Montana.  I wasn't

14    disputing that data.

15        Q    Okay.  Do you know when the W.R. Grace   11:13:37

16    facility closed?

17        A    I saw that, but I can't recall exactly

18    when that was.

19        Q    So do you know even approximately how many

20    years after the W.R. Grace facility closed these   11:13:54

21    investigators were still finding asbestos in tree

22    bark from the facility?

23        A    Well, I don't know when the tremolite or

24    the asbestos got into the tree bark.  It would be

25    there for however long until somebody went and    11:14:19
```

Page 200

| | | |
|---|---|---|
| 1 | looked for it. | 11:14:23 |
| 2 | Q    All right.  Well, in your notes, you talk | |
| 3 | about the idea of fibers floating into Mr. Eagles' | |
| 4 | office.  So let me ask you.  Do you know whether his | |
| 5 | office had windows? | 11:14:48 |
| 6 | A    I don't recall. | |
| 7 | Q    And you obviously -- for any question that | |
| 8 | I ask you about the W.R. Grace facility or how it | |
| 9 | has potential for exposure there, you didn't discuss | |
| 10 | any of that in your interview with him, right? | 11:15:10 |
| 11 | A    No, I did not. | |
| 12 | Q    Okay.  Where does the air inside a | |
| 13 | facility typically come from? | |
| 14 | A    Typically, a facility will have an HVAC | |
| 15 | system or some type of air movement from -- it could | 11:15:27 |
| 16 | be fans, et cetera.  Out there, I don't know how | |
| 17 | often they would have, you know, heat.  But | |
| 18 | typically, an HVAC system of some sort. | |
| 19 | Q    Right.  Is it fair to say that the air | |
| 20 | inside a facility typically circulates with the air | 11:15:47 |
| 21 | outside the facility? | |
| 22 | A    In some cases, yes.  In some cases, | |
| 23 | they'll have essentially an enclosed system. | |
| 24 | Q    So, I mean, you're not saying the | |
| 25 | Peterbilt facility was hermetically sealed, right? | 11:16:05 |

Page 201

```
 1         A    Well, of course not.  There is always        11:16:10

 2    going to be air intrusion inside the facility.  But

 3    again, there is no evidence -- no -- there is

 4    absolutely no evidence that Mr. Eagle had any

 5    exposure -- any exposure to W.R. Grace's vermiculite   11:16:22

 6    plant, exfoliation plant while he was at that

 7    facility.  Excuse me.  There is just no evidence

 8    there other than speculation.

 9         Q    And the fact that he has richterite and

10    winchite, or what you called possible richterite and  11:16:43

11    possible winchite, in his tissue, right?

12         A    Well, that's the primary -- I would look

13    at that as the primary evidence why he does not have

14    any exposure to the W.R. Grace plant.  And I would

15    be happy to explain if you'd like.                     11:17:01

16         Q    Let me make sure I understand.

17              The fact that -- so W.R. Grace facility

18    was using vermiculite from Libby, right?

19         A    Correct.

20         Q    Libby vermiculite can be contaminated with  11:17:16

21    richterite and winchite, correct?

22         A    Winchite, richterite, tremolite,

23    actinolite are all naturally-occurring asbestos

24    accessory minerals for the vermiculite in Libby,

25    Montana.                                               11:17:40
```

Page 202

```
 1          Q    And those minerals in Libby can be        11:17:45

 2    asbestiform, correct?

 3          A    They can.

 4          Q    And they have been associated with the

 5    development of mesothelioma among miners and          11:17:54

 6    community members in Libby, right?

 7          A    Well, that's not an area I'd testify

 8    about.  So I'm not disputing that there is

 9    significant asbestiform, tremolite, actinolite,

10    winchite, richterite in the Libby, Montana            11:18:14

11    vermiculite.  But that's part one of the reason.

12               Part two is something I can explain why

13    that portion of what was found in his lungs would be

14    inconsistent with an exposure from Libby, Montana.

15          Q    Okay.  I can't wait.  We'll get there in a  11:18:36

16    second.

17               Let me first ask you, have you ever read

18    any studies regarding the bio-persistence of

19    vermiculite in tissue?

20          A    Not for vermiculite, no.  I'm not aware     11:19:01

21    that there is some bio-persistence.

22          Q    Well, so one of the things you mentioned

23    before is that we didn't see vermiculite in his

24    tissue.

25               Do you know whether somebody who had an     11:19:12
```

Page 203

```
 1    exposure to vermiculite -- just the mineral          11:19:16

 2    vermiculite, now, not accessory minerals -- that

 3    ended in 1990 would be expected to have any

 4    vermiculite in his tissue?

 5         A    If he's using a vermiculite product in the   11:19:35

 6    1990s, I would expect it to still be in his lungs

 7    with anything else he inhaled.

 8         Q    Based on what?

 9         A    Based on findings we've had in the past

10    where somebody who has those type of exposures on    11:19:51

11    lung tissue analysis.  But when that was done many,

12    many years ago -- I don't know -- or I don't know if

13    I could find it.

14         Q    Okay.  We're going to request that, to the

15    extent you're going to rely on it.  Otherwise, we'll  11:20:10

16    move to exclude it if we cannot review the data.

17              Incidentally, you're taking notes during

18    the deposition?

19         A    Excuse me?

20         Q    You're taking notes?                         11:20:22

21         A    No.  I'm mostly doodling.

22         Q    Okay.  Well, we'll request your doodles,

23    if nothing else, just to see if you're drawing

24    caricatures of me.

25         A    I'm not that good a drawer, but I do have    11:20:37
```

Page 204

```
 1      handwritten notes if you want to get to it or not        11:20:40

 2      today.

 3          Q    Okay.  Yes.  We'll request those.  We'll

 4      leave that open as Exhibit 20.

 5          (Exhibit 20 marked for identification.)        11:20:56

 6      BY MR. DUBIN:

 7          Q    All right.  And to the extent you have any

 8      notes still from the last time, we can include those

 9      in Exhibit 20.

10          So, all right, Dr. Longo, tell me why the        11:21:02

11      finding of richterite and winchite in the tissue is

12      inconsistent and it shows that he did not have any

13      exposure from the W.R. Grace facility.

14          A    Well, if you have -- if you have the type

15      of exposure, in my opinion, to get a finding of        11:21:18

16      tremolite, winchite, richterite in somebody's lungs,

17      why isn't there any vermiculite particulates in

18      there, since the winchite, richterite on the

19      processed material is going to count for maybe a

20      half, at the most, 1 percent.  What happened to the        11:21:40

21      other 99 percent?  All been cleared out by the

22      lungs?  They say talcum powder is cleared out by the

23      lungs, but can't seem to find it.  When somebody has

24      -- excuse me -- when somebody has had fairly

25      significant exposure to it.        11:21:58
```

Page 205

```
 1              And we're dealing with where you can find      11:22:02

 2    winchite, richterite, tremolite in cosmetic talcs.

 3    And there is no -- I don't think there is any

 4    dispute that Mr. Eagles' lung tissue has significant

 5    talc particles, significant fibrous talc particles.    11:22:18

 6    So you're looking at -- in my opinion, you're

 7    looking for another source to account for the

 8    tremolite or the winchite, richterite.  And I just

 9    don't think it's feasible.

10        Q    Okay.  Again, so you're saying that -- but     11:22:35

11    you have no published data on whether -- so you have

12    no published data, as I understand it, about how

13    long vermiculite is likely to stay in lung tissue,

14    right?

15        A    Yeah.  I don't recall if I've seen that or     11:22:54

16    not.

17        Q    Okay.  So let me give you a hypothetical.

18    You've got an individual who just has tremolite in

19    their lungs.  And you're involved in a case, lung

20    tissue.  You're involved in a case against a          11:23:10

21    chrysotile company.

22              Do you look at that and say, "Hey, I see

23    tremolite here, but no chrysotile, so that means the

24    tremolite must have come from something else"?

25              MR. SATTERLEY:  Objection.  Incomplete       11:23:29
```

Page 206

```
 1      hypothetical.                                    11:23:30

 2              THE WITNESS:  Well, one of the things we

 3      do know -- your hypothetical -- your hypothetical is

 4      correct, and we have solid evidence that they worked

 5      at -- with chrysotile and in significant amount,     11:23:44

 6      such as a chrysotile miner.  They routinely found

 7      tremolite, anthophyllite in the lungs.  We know that

 8      chrysotile has some bio-persistence in some people

 9      where it migrates out, you know, into the lymph area

10      or outside on that issue of the lung.                11:24:10

11              So it just depends.  If that is the

12      only -- if your hypothetical is the only thing we

13      have, no talc exposure, but he worked with -- but he

14      worked with chrysotile products and there's

15      tremolite found but no chrysotile, yes, I'd say that  11:24:32

16      was consistent with chrysotile exposure.

17      BY MR. DUBIN:

18          Q    So the fact that -- so, to the extent that

19      amphiboles are associated with a high

20      bio-persistence, in other words, they stay in the    11:24:46

21      tissue for a very long time, right?

22          A    Correct.

23          Q    And so the fact that an amphibole may have

24      entered the body along with something like a

25      chrysotile and the chrysotile leaves before you --   11:25:00
```

Page 207

| | | |
|---|---|---|
| 1 | before you perform a fiber burden analysis, that | 11:25:04 |
| 2 | doesn't mean that the tremolite wasn't from the | |
| 3 | chrysotile, right? | |
| 4 | MR. SATTERLEY: Objection. Incomplete | |
| 5 | hypothetical. | 11:25:13 |
| 6 | THE WITNESS: If we -- you know, it's -- | |
| 7 | if we have a history of chrysotile exposure and no | |
| 8 | chrysotile was found in the lung tissue, but we | |
| 9 | don't have any -- but we don't have other exposures | |
| 10 | other than chrysotile products, and it's only | 11:25:32 |
| 11 | tremolite, certainly that would be consistent with a | |
| 12 | chrysotile exposure -- a significant chrysotile | |
| 13 | exposure. | |
| 14 | BY MR. DUBIN: | |
| 15 | Q Now, let me make sure I understand what | 11:25:48 |
| 16 | you had said about the structures in your re- -- in | |
| 17 | your analysis of the Gordon stubs. | |
| 18 | MR. SATTERLEY: Gordon stubs? | |
| 19 | MR. DUBIN: Sorry. I've got too many | |
| 20 | other cases in my head. Aram. | 11:26:09 |
| 21 | MR. SATTERLEY: Okay. I thought you hired | |
| 22 | Dr. Gordon to be your witness. | |
| 23 | MR. DUBIN: Yeah. If I could get him out | |
| 24 | of witness protection, wherever he's hiding. | |
| 25 | / / / / | |

Page 208

```
 1    BY MR. DUBIN:                                        11:26:24

 2         Q    So --

 3              MR. SATTERLEY:  Why do you have to attack

 4    everybody?

 5              MR. DUBIN:  Why?  Because I don't trust     11:26:32

 6    that guy as far as I can throw him.  And two, I was

 7    joking a little bit, but not very much.  But I'm

 8    sure you -- I'm sure if I picked your greatest hits

 9    of how you feel about Dr. Sanchez and what you've

10    said about him, I'm pretty sure "attack" would be a  11:26:49

11    kind word for it, Joe.

12              MR. SATTERLEY:  We've been going almost an

13    hour.  Just let us know when you're ready for a

14    break.

15    BY MR. DUBIN:                                        11:27:05

16         Q    Okay.  Are you on Structure 6?

17         A    Sorry?

18         Q    Sorry.  I was gonna -- in your report,

19    there is a Structure 6 that you said some would call

20    that richterite.  And you said there's a lot of      11:27:18

21    debate sometimes which type is richterite.

22              Are you saying it's definitely one or the

23    other, richterite or winchite, or are you saying it

24    could be something else?  I just want to make sure

25    I'm clear.                                           11:27:40
```

                                                          Page 209

```
 1        A    Let me get to Structure 6.              11:27:42

 2        Q    Sure.

 3        A    Just give me a second.

 4        Q    No problem.

 5             MR. SATTERLEY:  Which report?           11:28:09

 6             THE WITNESS:  I'm saying it's definitely

 7   one or the other.

 8             MR. SATTERLEY:  Which report?

 9             MR. DUBIN:  I think this is the SEM

10   confirmation analysis, page 8, No. 2, the second   11:28:15

11   one.

12   BY MR. DUBIN:

13        Q    Is that correct?

14             What's the color of what you're looking

15   at?                                               11:28:32

16        A    Well, the one I saw was the MVA SEM

17   confirmation analysis, No. 6 for --

18        Q    I can call it up if it's easier.

19        A    I've got it here.

20        Q    Yeah, okay.                             11:28:45

21        A    This is -- I was just looking at it.  This

22   would be No. 6 on the MVA SEM confirmation analysis.

23        Q    Right.  Here we are.

24        A    And I may have one over in ours.

25        Q    That's fine.  I'm just talking about this  11:29:09
```

Page 210

```
 1    one.                                        11:29:10

 2            You said -- so you're saying it is either

 3    richterite or winchite?

 4            MR. SATTERLEY:  Let me object.

 5            Wait a second.  You're looking at a    11:29:18

 6    different report than what he said he's looking at.

 7    He's looking at the MVA data, and you're showing him

 8    the MAS data.

 9            MR. DUBIN:  Are we looking at Structure 6,

10    Jake?                                        11:29:31

11            THE WITNESS:  Yeah.  But this is not --

12            MR. KEESTER:  This is Structure 6, yeah.

13    BY MR. DUBIN:

14       Q    This is the structure I was asking you

15    about initially because --                   11:29:39

16       A    Oh, sorry.  Because that's not winchite or

17    richterite.  That's fibrous talc.

18       Q    Okay.  In your deposition, you were saying

19    structure -- we were talking about Structure 6.  I'm

20    not sure what the disconnect would be.       11:29:52

21            MR. SATTERLEY:  The disconnect is you're

22    talking about the wrong report.  The MVA report has

23    got the Structure 6.

24            MR. DUBIN:  All right.  Let's call the

25    other report up, Jake.                       11:30:03
```

Page 211

| | | |
|---|---|---|
| 1 | MR. SATTERLEY:  That's the MAS report. | 11:30:04 |
| 2 | MR. DUBIN:  That's fine. | |
| 3 | MR. SATTERLEY:  They both have "MAS" on | |
| 4 | them.  That's where the confusion is.  One also has | |
| 5 | "MVA." | 11:30:11 |
| 6 | MR. DUBIN:  No problem.  Somebody -- it's | |
| 7 | just the wrong one was keyed in the outline.  So | |
| 8 | let's call up the correct report. | |
| 9 | BY MR. DUBIN: | |
| 10 | Q    So you're saying this is either winchite | 11:30:32 |
| 11 | or richterite, right? | |
| 12 | MR. SATTERLEY:  Wait a second.  That says | |
| 13 | "Structure 4." | |
| 14 | MR. DUBIN:  Structure 6. | |
| 15 | THE WITNESS:  Let's see the -- make sure | 11:30:46 |
| 16 | we're on the right one. | |
| 17 | No.  That's the A1b.  We want to go to the | |
| 18 | B1b, No. 6. | |
| 19 | There we go. | |
| 20 | BY MR. DUBIN: | 11:31:10 |
| 21 | Q    So that is winchite or richterite?  Now | |
| 22 | we're looking at JA23-006-B1b.  It's labeled | |
| 23 | Structure 6.  Just make sure we're -- | |
| 24 | MR. SATTERLEY:  Objection.  Compound. | |
| 25 | / / / / | |

Page 212

```
 1    BY MR. DUBIN:                                      11:31:26

 2         Q    Okay.

 3         A    Yes.  That's what we're looking at.

 4         Q    And let's make sure Structure 9.  Keep

 5    going down.                                        11:31:39

 6         A    Structure 9?

 7         Q    Isn't there a Structure 9?

 8         A    No.

 9         Q    Probably in the other report then.

10              MR. DUBIN:  Jake, pull up Structure 9 from   11:31:46

11    the other report.

12              MR. KEESTER:  Can you see this?

13              MR. DUBIN:  All right.  Let me move to

14    another topic.  Jake, we'll do this after a break.

15    BY MR. DUBIN:                                      11:32:07

16         Q    All right.  So I want to talk about --

17    let's just pull this down, Jake.  And we'll talk it

18    through before we go back in here.

19              Let me ask you, are you offering an

20    opinion about where any richterite or winchite that   11:32:21

21    was found in Mr. Eagles' tissue came from?

22         A    It came from his exposure to the cosmetic

23    talc.  That's my opinion.

24         Q    Are you aware of any geological literature

25    that has shown the presence of winchite or          11:32:43
```

Page 213

```
 1    richterite in the Italian, Vermont, or Chinese talc      11:32:50

 2    mines that Johnson & Johnson used?

 3        A    I don't know.  That's really not my area

 4    on the geological formation of -- I can tell you

 5    that we have found the richterite/winchite in the        11:33:12

 6    J&J Chinese analysis we've done in the past.  So his

 7    exposure is to cosmetic talc.  And it's my opinion

 8    this is -- everything in his lungs -- the

 9    richterite/winchite, the tremolite, the talc plates,

10    the fibrous talc, just tremolite itself came from        11:33:47

11    his use of cosmetic talcs or body powder talcs.

12        Q    Okay.  So which --

13            MR. SATTERLEY:  I'm asking for a break

14    again whenever --

15            THE WITNESS:  Yes, that would be good.           11:34:02

16            MR. SATTERLEY:  About five minutes ago I

17    requested a break.

18            MR. DUBIN:  If the witness needs a break,

19    that's fine, Joe.  I mean, I'm sure you can sit for

20    more than an hour.  But that's fine.  We have            11:34:11

21    limited time.  We're going to have to take quicker

22    breaks.  And again, I think we can go longer than an

23    hour between breaks.  All right.  So we'll take 10

24    minutes now.

25            THE WITNESS:  Okay.  Great.  Thank you.          11:34:24
```

Page 214

```
 1              THE VIDEOGRAPHER:  Off the record at          11:34:26

 2     11:34 a.m.

 3              (Recess taken.)

 4              THE VIDEOGRAPHER:  On the record.

 5     11:43 a.m.                                             11:43:01

 6     BY MR. DUBIN:

 7         Q    All right.  So you said before the break

 8     that you had found -- that you had reported

 9     richterite in Chinese talc.  Do you know what report

10     you ever reported richterite in Chinese talc?         11:43:18

11         A    Well, it was a J&J.  I may have also -- I

12     know we've found it a couple times.  I'd have to

13     check and see.  But I'm pretty sure one was Chinese.

14     And I'd just have to go back and look at them.  This

15     would all be something that I've turned over to J&J.  11:43:42

16     Maybe, you know, the MDL samples.  Not the Chinese,

17     but I'd have to look at the vermiculite in the --

18     excuse me, not vermiculite -- the Vermont, Italian,

19     and then it may have been Simon Greenstone Chinese.

20         Q    Okay.  I'm going to leave open Exhibit 22.   11:44:09

21     And if you could please provide us any report that

22     you believe of Johnson & Johnson that you believe

23     shows a finding of richterite, and including but not

24     limited to the Chinese report, if there is one?

25              (Exhibit 22 marked for identification.)      11:44:31
```

Page 215

```
 1              MR. SATTERLEY:  Morty, if you -- the same    11:44:33

 2    defense was in the Leavitt case.  There was a

 3    report, we used it in Leavitt -- the same W.R. Grace

 4    defense was in the Leavitt case.  So I can provide

 5    it to you if you need me to.                          11:44:46

 6              MR. DUBIN:  I know what he said in

 7    Leavitt, but he didn't mention a Chinese report in

 8    Leavitt.  So I want to make that sure I've got

 9    everything that he's relying on, including any

10    Chinese report where he's -- Dr. Longo is purporting  11:44:57

11    to find richterite, or at least I want to be clear

12    if there is none.

13              So I'm leaving that -- I'm going to leave

14    that open.  And if the deposition continues, which I

15    assume it may, we can talk about whatever report      11:45:09

16    that is.  I'm aware of the one.  So I may ask you

17    about that.

18    BY MR. DUBIN:

19        Q    Before I ask you more about that, you

20    mentioned winchite and richterite.                    11:45:25

21              Have you ever reported finding winchite in

22    a Johnson & Johnson talc product?

23        A    I think we've only reported richterite.  I

24    don't know if I can recall a winchite or not.

25        Q    So, when you are saying that you're         11:45:46
```

                                                        Page 216

```
 1    offering the opinion that the winchite or richterite    11:45:49

 2    in Mr. Eagles' tissue came from talc, are you

 3    offering an opinion that it came from Johnson &

 4    Johnson talc?

 5        A    Well, there's three talc exposures.  I       11:46:02

 6    can't say it's from Johnson & Johnson.  There's

 7    Longs, there's the Safeway, and Johnson & Johnson.

 8            Now, Johnson & Johnson, in my opinion, was

 9    the primary exposure.  But I can't say it came from

10    Johnson & Johnson versus one of the others.          11:46:21

11        Q    What would be your basis for saying that

12    the winchite was from Johnson & Johnson if you have

13    never found winchite in any Johnson & Johnson

14    products?

15        A    Well, let's back up.                        11:46:35

16            I said richterite/winchite.  We're looking

17    at an SEM analysis of a tissue sample versus a TEM

18    analysis of -- where you can get a better idea of

19    the chemistry.  You won't have interfering factors,

20    such as sodium chloride maybe.  That's all I'm       11:46:58

21    saying.  This is SEM versus TEM.

22        Q    Your analysis of the Johnson & Johnson

23    containers was by TEM, right?

24        A    Correct.

25        Q    Are you saying then that if what is in      11:47:20
```

Aiken Welch, A Veritext Company
510-451-1580

```
 1     Mr. Eagles' tissue is richterite, then you're saying      11:47:23

 2     it's consistent with what you found in Johnson &

 3     Johnson, but if it's winchite, then it's not?

 4         A    No.  I was just answering your question.

 5     Because in my opinion, it was somewhat misleading        11:47:38

 6     that I was saying it could be richterite or

 7     winchite.  You know, you've got to look at the

 8     sodium peak versus the potassium peak.  And we're

 9     dealing with a tissue analysis and an SEM EDS where

10     you can have, you know, interfering things           11:47:57

11     sometimes, depending on the -- depending on what you

12     have.

13              TEM, you have a better ability to -- to

14     determine one versus the other.

15         Q    All right.  But so what I'm trying to           11:48:20

16     figure out is what is your problem with the fact

17     that -- or not a problem, but what significance is

18     it that it's SEM?

19              So are you saying that you can't tell

20     whether it's consistent with your findings in J&J       11:48:32

21     because you can't tell whether what's in Mr. Eagles'

22     tissue is really richterite or winchite?

23         A    No.  Again, I'll start from the beginning.

24              It is a tremolite asbestos solid solution

25     series type minerals.  We have either winchite or       11:48:55
```

Page 218

| | | |
|---|---|---|
| 1 | richterite or actinolite.  Certainly not actinolite. | 11:48:58 |
| 2 | We have a fairly sizable sodium peak.  And | |
| 3 | then we have a potassium peak.  Because this is a | |
| 4 | tissue sample and because it is SEM, you can't get a | |
| 5 | small spot size like you can in TEM.  With SEM, you | 11:49:18 |
| 6 | tend to get -- you tend to get -- sometimes you may | |
| 7 | get some other materials in there, specifically if | |
| 8 | it's a tissue sample, unless you can show one from | |
| 9 | the other. | |
| 10 | Now, we have other examples in there where | 11:49:33 |
| 11 | we're not seeing sodium, so maybe not.  But to make | |
| 12 | the -- so SEM can identify tremolite.  It can | |
| 13 | identify that it's -- that you have one of the solid | |
| 14 | solution series.  It's a little bit tricky on the | |
| 15 | winchite versus richterite.  That's all I'm saying. | 11:49:53 |
| 16 | Q    All right.  If the mineral that you've | |
| 17 | found in Mr. Eagles' tissue is winchite, then would | |
| 18 | you agree that that is not consistent with anything | |
| 19 | you've found in Johnson & Johnson product before? | |
| 20 | A    It depends on where I found it and what I | 11:50:13 |
| 21 | was using.  I've already told you now about -- | |
| 22 | you're saying if this, if that.  I don't know.  And | |
| 23 | I'd have to look at what the finding is. | |
| 24 | Right now, what we have is a richterite, | |
| 25 | richterite slash, in my opinion, winchite slash. | 11:50:33 |

Page 219

```
 1    Could be one or the other.                        11:50:37

 2        Q    I don't know how to ask my question any

 3    more clearly, so I guess we're not going to get an

 4    answer.

 5            MR. SATTERLEY:  Objection.  Argumentative.   11:50:50

 6            MR. DUBIN:  Well, I mean, I just don't

 7    see --

 8            MR. SATTERLEY:  He's answered the

 9    question.

10    BY MR. DUBIN:                                      11:50:56

11        Q    The particle in the tissue -- in

12    Mr. Eagles' tissue is properly identified as

13    winchite.  Okay?  So now, however you identify, do

14    you know for certain it's winchite?  The finding of

15    winchite in his tissue is not something that's      11:51:10

16    consistent with your testing of Johnson & Johnson,

17    correct?

18            MR. SATTERLEY:  Objection.  Asked and

19    answered now three times.

20            MR. DUBIN:  Okay.  He's not answering.     11:51:18

21            THE WITNESS:  If your hypothetical is

22    correct and it could be positively identified as

23    winchite, based on the evidence in this case, I

24    would still call it a cosmetic talc exposure because

25    we don't have any evidence of any other exposure     11:51:40
```

Page 220

```
 1      that would account for that.                    11:51:44

 2      BY MR. DUBIN:

 3          Q    Okay.  And, when you say it's a cosmetic

 4      talc exposure, I'm asking you whether you would say

 5      it's consistent with your findings from Johnson &    11:51:55

 6      Johnson products.

 7               MR. SATTERLEY:  Objection.  Asked and

 8      answered twice.

 9               THE WITNESS:  I believe what we found was

10      richterite.  But, you know, compared to the overall  11:52:03

11      totality of what Johnson & Johnson has sold and the

12      overall thousands and thousands and thousands of

13      tons, I'm assuming, we have a small population.  But

14      I don't -- but mainly, I don't have any -- any other

15      evidence of any other exposure that would account    11:52:29

16      for a natural -- naturally-occurring asbestos

17      material.

18      BY MR. DUBIN:

19          Q    Well, an exposure to a Libby amphibole

20      from vermiculite could account for winchite and      11:52:44

21      richterite in the tissue?

22               MR. SATTERLEY:  Objection.

23      BY MR. DUBIN:

24          Q    Correct?

25               MR. SATTERLEY:  Assumes facts not in        11:52:52
```

                                                    Page 221

```
 1    evidence.  Calls for speculation.                    11:52:52

 2           THE WITNESS:  I don't have any evidence

 3    that that happened.  If you're looking at -- if

 4    you're in Libby, Montana, sure.

 5    BY MR. DUBIN:                                         11:53:04

 6        Q    All right.  I want to talk a little bit

 7    about talc use next.

 8        A    Sure.  Okay.

 9           MR. DUBIN:  Could we call up, Jake,

10    Tab 15.  It's already an exhibit.  It's one set of   11:53:17

11    your notes.

12           MR. SATTERLEY:  What are you calling up?

13    I'm sorry.

14           MR. DUBIN:  It's Dr. Longo's notes.  The

15    tab number is just so that Jake can find it.  It's   11:53:34

16    Tab 15.

17           MR. KEESTER:  I'll pull it up.

18    BY MR. DUBIN:

19        Q    We can go to page 9.

20           Okay.  First part -- I want to ask you        11:54:12

21    about this.  It says "Of the three baby powder

22    products, it's my opinion that Mr. Eagles used

23    Johnson's baby powder the most, 1955 to 2017,

24    followed by the Longs and Safeway baby powder

25    products, 1950s, 1960s to 1980s or 1990s."           11:54:28
```

Page 222

```
 1              Do you see that?                          11:54:32

 2       A    I do.

 3       Q    First, are you indicating here by listing

 4  '50s, '60s to '80s or '90s that Mr. Eagles stopped

 5  using Longs or Safeway baby powder in the 1990s?      11:54:47

 6       A    I mean, that's what -- what he stated.  He

 7  didn't know if it was 1980s or 1990s.

 8       Q    Okay.  You've used some terms about either

 9  primary or majorities.

10              Do you have any opinion about the         11:55:10

11  percentage of use of Johnson & Johnson products

12  versus the other talcum powder products that

13  Mr. Eagles used?

14       A    The only opinion I have, it's more likely

15  than not greater than 50 percent.                     11:55:39

16       Q    And explain to me one more time what your

17  greater than 50 percent opinion is based on?

18       A    That Mrs. Eagles said that's what she --

19  that's what she bought only, that Mr. Eagles stated

20  that he started using it in 19 -- I mean, he started  11:56:01

21  using Johnson & Johnson in 1955 for about a year,

22  and started at 13, and that in -- that most of the

23  products, more than 50 percent, maybe 51 percent,

24  were the other two.  Then I guess it's about

25  25 percent each maybe.                                11:56:23
```

Page 223

| | | |
|---|---|---|
| 1 | Q    Let's break that down a little bit. | 11:56:27 |
| 2 | So Mr. Eagles also purchased talcum | |
| 3 | powder, right? | |
| 4 | A    Correct.  He would also purchase it.  And | |
| 5 | he said he would look for the cheapest stuff, stuff | 11:56:39 |
| 6 | on sale, et cetera. | |
| 7 | Q    And that the cheapest stuff was typically | |
| 8 | the store brands, correct? | |
| 9 | A    The Longs and the Safeway. | |
| 10 | Q    Okay.  And so you're saying Mrs. Eagles | 11:56:54 |
| 11 | said that when she purchased, she would buy | |
| 12 | Johnson & Johnson, right? | |
| 13 | A    Correct.  You have that.  And you also | |
| 14 | have that the Johnson's baby powder went up to 2017. | |
| 15 | Q    We'll talk about that in a minute.  But I | 11:57:18 |
| 16 | just want to ask, how much -- so did you talk to the | |
| 17 | wife -- I think one of the things that you said in | |
| 18 | the last deposition was that Mr. Eagles' wife was | |
| 19 | the one doing the shopping. | |
| 20 | Is that something she told you in the | 11:57:41 |
| 21 | interview or something that you knew from some other | |
| 22 | source? | |
| 23 | A    Well, yeah, she told me that she did more | |
| 24 | shopping than he did and that she only purchased | |
| 25 | Johnson & Johnson baby powder. | 11:57:57 |

Page 224

```
 1          Q    Did you see Mr. Eagles' testimony that      11:58:00

 2     they normally shopped together when they went

 3     shopping?

 4              MR. SATTERLEY:  Objection.

 5              THE WITNESS:  I don't remember the           11:58:10

 6     "normally."  I understand Mr. Eagles went with

 7     Mrs. Eagles at times, but I understood that she did

 8     it more than he did.

 9     BY MR. DUBIN:

10          Q    How often are you assuming that            11:58:22

11     Mrs. Eagles went shopping and bought talcum powder

12     without Mr. Eagles?

13          A    Just more times than she went with him, or

14     he went with her.

15          Q    So I want to make sure I'm understanding.  11:58:41

16              So, if they were shopping together, which

17     brand would they buy?

18          A    If they were shopping together and she was

19     doing the shopping, I don't know if I have that

20     answer.                                              11:58:57

21          Q    Okay.

22          A    I would assume, if he went with her versus

23     her going with him, it would have been Johnson &

24     Johnson.  But that's just my assumption.

25          Q    Do you have any record basis for that      11:59:07
```

Page 225

```
 1    assumption?                                         11:59:10

 2             MR. SATTERLEY:  Objection.  Assumes facts

 3    not in evidence.

 4             MR. DUBIN:  The facts aren't in evidence

 5    then.                                               11:59:14

 6    BY MR. DUBIN:

 7        Q    So you don't have a basis for the

 8    assumption?

 9        A    That's why it's an assumption.

10        Q    Okay.  So I just want to make sure I       11:59:25

11    understand.

12             So, whenever Mr. Eagles is going in

13    shopping, he's buying less expensive products,

14    presumably because he cares about price, right?

15        A    Well, let me -- you know, let me just look 11:59:42

16    over my notes.  He did care about price, but he

17    stated his preferred talcum product was Johnson &

18    Johnson, and that's what he started out with.  That

19    would be on page 2.

20             Mr. Eagles stated he purchased Johnson &   11:59:57

21    Johnson baby powder from Safeway, Luckys, and Longs

22    stores, but also indicated that he started getting

23    some of the store brands because they were cheaper.

24    That's on page 3.

25        Q    Okay.  Have you finished your answer?      12:00:17
```

Page 226

```
 1          A    I'm just looking to see what else we have      12:00:19

 2     here.  Give me a second.

 3               That's it.  So that was his preferred

 4     brand.  I took that as, if he could find something

 5     cheaper from time to time -- if he could find         12:01:02

 6     something cheaper, he would buy it.  But that was

 7     his preferred brand.  And his wife only purchased

 8     Johnson & Johnson for him.

 9          Q    I guess I just -- so he's looking to save

10     money.                                                12:01:18

11               Did you ask whether there was ever any

12     discussion or disagreement with them about, like,

13     "Well, why are you buying the more expensive brand?

14     If I was there, I would have bought the cheaper

15     brands."  Anything conversations like that?          12:01:31

16          A    I did not have any conversations like

17     that, and I didn't see in testimony or conversations

18     like that from defense attorneys asking him, that I

19     can recall.

20          Q    I'm just trying to figure out, like, why   12:01:46

21     would she be buying him more expensive products that

22     when he shops he didn't feel he needed?

23          A    I guess you'll have to --

24               MR. SATTERLEY:  Asked and answered.

25     / / / /
```

Page 227

```
 1    BY MR. DUBIN:                                      12:02:06

 2        Q    That wasn't something you inquired -- was

 3    that something you inquired about?

 4        A    No.  What I inquired about, what they used

 5    the most.  It was Johnson & Johnson.  What was the  12:02:17

 6    preferred brand?  It was in the deposition.  It was

 7    Johnson & Johnson.  What were the years of use?

 8    Johnson & Johnson had '55 all the way to 2017 versus

 9    the others.  I think it's petty obvious myself.

10    But, you know, that's just me.                     12:02:33

11        Q    Okay.  In your notes, if we go to page 5.

12        A    Okay.  I'm there.

13        Q    Okay.  So it should be from

14    approximately -- oh, I see.

15            In your notes, you reflect that he         12:03:01

16    started -- sorry.  Let's go to page 9 instead.

17        A    Page what?

18        Q    Nine.

19        A    All right.

20        Q    So here you write that he started personal 12:03:19

21    use at age 13 in 1955; is that correct?

22        A    Correct.

23        Q    Have you seen other information indicating

24    that he started later than that?

25        A    At the age of 13, 1955.  I don't recall    12:03:50
```

Page 228

```
 1      seeing anything later than that -- than 1955.  If      12:03:54

 2      you can show that to me, I'd be happy to look at it.

 3              MR. DUBIN:  Sure.  Let's make the next

 4      exhibit in order, which I think it's 23, your

 5      declaration of 3/7/23, if we can pull that up.      12:04:17

 6              MR. SATTERLEY:  What exhibit number is

 7      this.

 8              MR. DUBIN:  I think it's 23.  Go to

 9      paragraph 32 -- paragraph 32 of the declaration.  So

10      the declaration is in front.      12:05:10

11              (Exhibit 23 marked for identification.)

12      BY MR. DUBIN:

13          Q    Okay.  First, this is your declaration?

14          A    I do.

15          Q    And you say, "I understand that Mr. Eagles      12:05:39

16      has used Johnson's baby powder and generic brands of

17      baby powder, including Longs and Safeway, from the

18      1960s and through the 2000s."

19              So why did you write that?

20          A    At the time, that's what I thought.      12:06:03

21          Q    Based on what?

22          A    At the time, that's what I thought.

23      Certainly 1960s to 2000s.

24          Q    So here you have him starting later and

25      ending earlier, right?      12:06:31
```

Page 229

```
 1        A    No.  I've got him starting later and        12:06:36

 2   ending later, according to his testimony.  But -- so

 3   that's what I thought at the time.

 4        Q    Based on what?

 5        A    Well, I don't recall.  Based on -- based     12:06:56

 6   on whatever information I was getting.

 7        Q    Well, it says here, "I understand that

 8   Plaintiff Marlin Eagles has provided deposition

 9   testimony in this case."

10             Was it based on his deposition testimony?    12:07:16

11        A    I don't recall that far back.

12        Q    Okay.  Was this based on information that

13   Plaintiffs' counsel provided you?

14        A    I don't recall that far back.

15        Q    Okay.  Can you tell me the process of       12:07:30

16   writing the declaration?

17             Did you draft it?

18        A    Again, I draft a lot of these or a lot of

19   information that has been provided before, and I

20   don't -- no, I don't start these from scratch         12:07:44

21   anymore because a lot of these are just -- goes over

22   the same material.

23        Q    So was it you or somebody at MAS who did

24   the first draft of this?

25        A    No.  I'm always given information like       12:07:59
```

Page 230

```
 1    this.  I don't know where that information came from     12:08:02

 2    because it's too long ago.  But, no, I don't write

 3    these whole things from scratch anymore.

 4         Q    And again, to the extent it's not

 5    otherwise clear, if something was transmitted to you     12:08:15

 6    that gave you that information prior to your writing

 7    this declaration, we are requesting it as well as

 8    any communications related to the preparation of

 9    this.

10         But suffice it to say, so you prepared the          12:08:28

11    declaration.  And it says this.  And did -- I assume

12    Plaintiffs' counsel never told you that that

13    information in paragraph 32 was in any way wrong.

14    Is that correct?

15         A    That's correct.                                12:08:47

16         Q    And did you ever see anywhere in any of

17    Mr. Eagles' depositions that he first used baby

18    powder products on himself in his 20s, 30s or maybe

19    even 40s?

20         A    What I have is in my -- in my notes where      12:09:13

21    he stated about some of the different ones.  That's

22    all I got is what he stated.

23         Q    Okay.  To the extent there was deposition

24    testimony to that effect, is that something you

25    would typically note and put in your notes?           12:09:33
```

Page 231

|     |     |     |
| --- | --- | --- |
| 1 | A     On page 9 of my notes, I have, of the | 12:09:50 |
| 2 | three baby powder products, and I have from | |
| 3 | Johnson's baby powder, 1955 to '20, followed by | |
| 4 | Longs and Safeway products, '50s, '60s to '80s or | |
| 5 | '90s.  I just put in there what he stated. | 12:10:07 |
| 6 | Q     You indicated -- you can take this down, | |
| 7 | Jake -- in your notes that Mr. Eagles continued to | |
| 8 | use Johnson & Johnson, according to your notes, up | |
| 9 | until 2017, correct? | |
| 10 | A     Correct. | 12:10:25 |
| 11 | Q     Did you ask him why he stopped using | |
| 12 | talcum powder in 2017? | |
| 13 | A     Well, technically, he didn't stop using | |
| 14 | cosmetic talcum powder in 2017.  What he stopped | |
| 15 | doing was full body. | 12:11:51 |
| 16 | I don't recall if he told me why he | |
| 17 | stopped the full body.  But he continued to use it | |
| 18 | when he played tennis up to 2021.  And he stopped | |
| 19 | playing tennis because he started getting -- because | |
| 20 | I guess the symptoms of the mesothelioma that was | 12:12:06 |
| 21 | developing in him, he couldn't play. | |
| 22 | Q     So, when you say 2017, you're intending | |
| 23 | that to only be used on the body? | |
| 24 | A     Correct. | |
| 25 | Q     Okay.  In your exposure calculation, how | 12:12:28 |

Page 232

```
 1    long did you model applications on his feet?          12:12:32

 2              How long did you have him doing that

 3    until?

 4         A    From 1969 to 2021 when he stopped.

 5         Q    You didn't have any discussion about why    12:12:52

 6    he stopped using it on his body?

 7         A    No.

 8         Q    So you tested two bottles in this case?

 9         A    I did.

10         Q    Neither was Johnson & Johnson, correct?     12:13:11

11         A    That is correct.

12         Q    So presumably the plaintiff had no

13    Johnson & Johnson talcum powder in his possession.

14    Is that correct?

15         A    That's correct.                             12:13:26

16         Q    The two bottles, how old were they?

17         A    I don't know.  I don't know if there was

18    any dates on or not.  I don't know how many there

19    are.

20         Q    Did you have -- you had the actual bottles  12:14:01

21    in your possession?

22         A    Yes, sir.  I believe so.

23         Q    Do you still have them?

24         A    I would assume so.

25         Q    Okay.                                       12:14:12
```

Page 233

```
 1              MR. DUBIN:  We're going to request, and      12:14:14

 2      we'll follow up, to meet and confer about what makes

 3      sense, whether we need the physical bottles or

 4      photographs of the remaining sides of the bottles to

 5      the extent they're not all captured in your report.    12:14:25

 6      And we'll just make that a discovery request.  I'm

 7      not going to leave an exhibit open for it.

 8      BY MR. DUBIN:

 9          Q    But you don't know whether those

10      bottles --                                             12:14:38

11              MR. SATTERLEY:  I'm going to object.  Fact

12      discovery is closed.

13              MR. DUBIN:  Okay.  Well, I don't care if

14      you object.  We can talk about it later.

15      BY MR. DUBIN:                                          12:14:47

16          Q    Dr. Longo, you don't know whether there is

17      any dates on those bottles on portions that you

18      didn't photograph that would indicate when they may

19      have been manufactured, right?

20          A    I'm looking at the photographs now.  There    12:14:59

21      is no date on them.

22          Q    And I don't have those reports here.  What

23      sides have you -- are photographed?

24          A    Well, we do a photo like get the whole

25      bottle.  And then we zero in on the printing on the    12:15:16
```

Page 234

```
 1     back so you can read it (indicating).              12:15:20

 2         Q    Okay.  I'll take a look at that and see

 3     whether we still need them nor not.  We'll follow up

 4     by letter.

 5             Okay.  So a little bit about your          12:15:36

 6     calculation.  So you have a calculation for body

 7     use.  And you have 62 years of use and

 8     approximately, what, 12,896 applications?

 9         A    Correct.

10         Q    And that's based on an average of using it  12:16:04

11     on his body four days a week for 62 years?

12         A    Correct.

13         Q    And the amount of powder that you're

14     saying he puts on his body per application is about

15     2 to 3 teaspoons; is that right?                   12:16:27

16         A    Well, he said it was more than

17     2 teaspoons.  So somewhere between, you know, 2 1/2

18     to 3 teaspoons.  So I just used 2 1/2, I believe it

19     is.

20         Q    So 8 grams.  Just -- okay.  So 8 grams is  12:16:48

21     2 1/2 teaspoons?

22         A    Each teaspoon is 3.8 grams.  So

23     2 teaspoons would be 7.6.  A half of a teaspoon

24     would be 1.9, almost 2.  So that would be 9.5.  So I

25     took a conservative 8 grams.                       12:17:19
```

                                                   Page 235

```
 1          Q    And I guess, to close out the last -- so        12:17:24

 2     is it your testimony that those two bottles of

 3     non-J&J talc that you tested, that those had been in

 4     Mr. Eagles' home since the 1990s?

 5          A    I don't have any information one way or         12:17:42

 6     the other.  I wasn't there to get them.  Whatever

 7     they stated that they've been in their house for

 8     however long I guess is what it is.

 9          Q    Okay.  Well, I'm just saying, you said

10     that you don't -- he stopped using the generic          12:17:58

11     brands in 1990.  Is that your testimony?

12               MR. SATTERLEY:  Objection.

13     Mischaracterization of the prior testimony.

14               THE WITNESS:  I'm not saying he did or he

15     didn't.  It's not me saying it.  That's the            12:18:09

16     testimony I have.  That's just an issue of fact.  I

17     wasn't there.

18     BY MR. DUBIN:

19          Q    Okay.  And so you also talk about the use

20     in his shoes.  And so he's putting talcum powder on     12:18:22

21     his bare foot, then putting his sock on, and then

22     putting talcum powder also in his shoes before

23     putting the shoe on, right?

24          A    Right.

25          Q    Okay.  And so it's -- you say using a          12:18:44
```

Aiken Welch, A Veritext Company
510-451-1580

```
 1    conservative 1 gram per shake would equal 4 grams of      12:18:50

 2    talcum powder.  So he's using -- so let's see -- so

 3    how much is that?  How much is that in teaspoons

 4    that he's putting on his foot and how much in

 5    teaspoons is he putting on each shoe?                     12:19:10

 6         A    Well, he has one application per day.  So

 7    52 years times 52 weeks, one application per day.

 8    That comes to 8,102 applications.

 9         Q    I'm just trying to focus on one individual

10    circumstance.  So he's putting -- first, how many        12:19:43

11    teaspoons is he putting on his feet, and then how

12    many teaspoons is he putting in his shoes?

13         A    Well, I'm saying 1 gram per each shake.  A

14    teaspoon is 3.8 grams.  So that would be one --

15    approximately 1/4 of a teaspoon, 25 percent of a         12:20:02

16    teaspoon on his feet and 25 of a teaspoon in his

17    shoe.

18         Q    On each foot you're saying?

19         A    On each foot.  So you have 4 grams total.

20    You've got 1 gram, 1 gram.  1 gram on his foot,          12:20:22

21    1 gram in his shoe.  Second shoe, 1 gram on his

22    foot, 1 gram in his shoe.  That's 4 grams.  And a

23    teaspoon is 3.8 grams of talcum powder.

24         Q    So Mr. Eagles is already putting -- what's

25    the purpose of putting baby powder in your shoes?        12:20:43
```

Page 237

```
 1        A    He said to keep -- help keep them dry.        12:20:48

 2             What did he say about putting it in his

 3        shoes?  I'd have to go back to the earlier because I

 4        just wanted to . . .

 5             Yeah.  I apologize.  I thought I had it in     12:22:51

 6        here, what he stated.  But what I recall is to keep

 7        his feet dry.  But --

 8        Q    Is this a typical way of using talc powder

 9        on your feet, as you understand, putting it on your

10        feet before you put them in the sock and then also   12:23:10

11        putting talcum powder in the shoe, even when you're

12        wearing a sock?

13        A    I don't know how common it is, but I've

14        seen it a number of times in the past of individuals

15        who used it for sports shoes, keep the feet dry,     12:23:26

16        help them from smelling, help the shoes from

17        getting -- from smelling, as a deodorant.  So that's

18        what I've seen in the past.  I couldn't tell you

19        what cases, but I've seen this in the past.

20        Q    Uh-huh.  In your calculation, your           12:23:48

21        cumulative use calculation, you do not include use

22        on his children; is that right?

23        A    Yes.  I did not include it.

24        Q    Why not?

25        A    Because I got from the testimony that he      12:24:14
```

Page 238

```
 1    very rarely did it.  It was mostly his wife that      12:24:15

 2    changed the diapers.

 3         Q    And do you recall any testimony from

 4    Mr. Eagles that what he was putting in -- the brand

 5    that he was putting in his shoes, that he would       12:24:39

 6    refer to it as talcum powder rather than baby

 7    powder?

 8         A    I'm sorry.  Could you ask that again?

 9         Q    Do you recall him referring to the

10    materials that he was putting in his shoe saying it   12:25:20

11    would say "talcum powder" rather than "baby powder"?

12         A    I think he said it both ways.  And she

13    said it both ways.  They would call it baby powder

14    and they would call it -- I think I'm the one who is

15    calling it talcum powder.                             12:25:37

16         Q    But no question Johnson's baby powder

17    would say "baby powder" on it, right?

18         A    No question about that.

19         Q    Now, you've done an estimate of the number

20    of application and the amount of talc Mr. Eagles      12:25:57

21    would have used.  You have not done any cumulative

22    dose analysis for the amount of asbestos that

23    Mr. Eagles would have been exposed to, right?

24         A    Correct.  I've not done any cumulative

25    fiber years.                                          12:26:22
```

Page 239

```
 1          Q    And in order to do -- to take the number      12:26:24

 2     of applications and turn that into an asbestos dose,

 3     one of the things you would need to know is the

 4     intensity of any exposures to asbestos?

 5          A    That's correct.                               12:26:40

 6          Q    We'll come back to dose if we have time.

 7               Did you see in the Abraham materials

 8     reference to welding type particles?

 9          A    I don't recall seeing that.  Let me see.

10     Do I have his report?  Yes.  Someplace.               12:27:02

11               I don't recall that.  Well, I don't want

12     to waste time looking for it.  Do you want to point

13     it out?

14          Q    Let me just ask you, are you familiar

15     with -- what are welding type particles in a lung     12:27:36

16     burden analysis or a tissue diagnosis analysis?

17          A    Welding type particles, if it's in fact

18     welding type particles, would be metallic materials

19     that is given off during the welding process because

20     of the molten metal.  And they're typically           12:27:53

21     microscopic, would have some -- would have

22     components of either the welding rod as well as

23     whatever the metal is.

24          Q    To the extent that any of the expert --

25     any of Plaintiffs' experts say that there were        12:28:12
```

Page 240

```
 1    welding type particles in Mr. Eagles' tissue, would      12:28:15

 2    you have an opinion about what the likely source of

 3    that is?

 4              MR. SATTERLEY:  Objection.  Calls for

 5    speculation.                                             12:28:24

 6              THE WITNESS:  What the source is?  If your

 7    hypothetical is correct, that there is bona fide

 8    welding products in his lung, microscopic metal

 9    appears, then, yes, I would expect it would be from

10    welding.                                                 12:28:49

11    BY MR. DUBIN:

12         Q    All right.  Well, we've got only about an

13    hour left with you today.  So why don't we take our

14    last break.  We'll try to take a quick one.  Let's

15    make it a five-minute break to give people an            12:29:02

16    opportunity to stretch, and then we'll go.

17         A    Okay.  Thank you.

18         Q    No problem.  Bye.

19              THE VIDEOGRAPHER:  Off the record.

20    12:29 p.m.                                               12:29:16

21              (Recess taken.)

22              THE VIDEOGRAPHER:  On the record.

23    12:34 p.m.

24    BY MR. DUBIN:

25         Q    All right, Dr. Longo, obviously we're not      12:34:19
```

Page 241

```
 1      going to finish today.  I wanted to ask you some        12:34:24

 2      preliminary things about chrysotile, chrysotile

 3      identification, and then we may have to take up some

 4      other things about the facts of the case later.

 5              First, as I understand it, you testified         12:34:38

 6      before that you used some sort of software to assist

 7      in the calculation of refractive indices; is that

 8      right?

 9      A    It didn't really -- yeah, it was software

10      that we no longer use.  It came with the -- it was      12:34:54

11      given to us by a Dr. Bow, an NVLAP auditor.  He's

12      the one who told us that we should quit being an

13      NVLAP, quit wasting our money.  And it was

14      essentially like a spreadsheet where you would put

15      in what you're looking at and put in the matching      12:35:18

16      wavelengths, and it would give you the refractive

17      indices.

18      Q    So, just to be clear, when you were using

19      that software, it didn't fully automate the process.

20      The analyst still needs to identify what they're       12:35:37

21      looking at?

22      A     Yeah.  There was no automation to it.

23      There was -- that's, I think, where the confusion

24      was.  You'd have to put in the matching wavelengths.

25      And it is essentially the same thing as looking it     12:35:51
```

Page 242

```
 1      up on a -- you know, on a chart, such as Dr. Su's      12:35:54

 2      charts or others.

 3          Q    And I think you would agree with me that

 4      that first step, the analyst properly describing the

 5      color that they're seeing so that it can be            12:36:06

 6      transferred into a wavelength, that's fundamental to

 7      PLM dispersion staining, correct?

 8          A    Yes.

 9          Q    And why are you no longer using the

10      software?                                              12:36:22

11          A    Because we're now using 1.560 refractive

12      indices fluid, and there was never a spreadsheet --

13      didn't have the spreadsheet type information on it.

14      And he also -- there's an update out there -- he

15      says there's a -- I understand there may be an         12:36:35

16      update that I haven't requested yet.  So we've just

17      gone back to looking at the -- looking at the charts

18      ourselves.

19          Q    Are there published refractive indices

20      ranges for Calidria chrysotile in 1.560?               12:36:53

21          A    I think it's all in 1.550.  That's

22      published -- the only published data I've seen is

23      for the Coalinga that I can -- that I recall off the

24      top of my head is Dr. Macron's.  But his were all

25      mine samples, not the processed material, my           12:37:23
```

Page 243

| | | |
|---|---|---|
| 1 | understanding. | 12:37:25 |
| 2 | Q    And was that in 1.550 or 1.560? | |
| 3 | A    I believe it was 1.550. | |
| 4 | Q    And I want to ask you -- let's make the | |
| 5 | next in order -- what Exhibit are we on?  Is that | 12:37:47 |
| 6 | 24? | |
| 7 | (Exhibit 24 marked for identification.) | |
| 8 | MR. KEESTER:  That's right. | |
| 9 | MR. DUBIN:  I'm going to make the next | |
| 10 | exhibit ISO 22262-1.  If we can we call that up.  Go | 12:38:04 |
| 11 | to page 36.  Scroll down a little bit. | |
| 12 | BY MR. DUBIN: | |
| 13 | Q    I want to first talk about what talc looks | |
| 14 | like in 1.550. | |
| 15 | MR. SATTERLEY:  Can you blow that up? | 12:38:54 |
| 16 | It's very, very hard to read. | |
| 17 | MR. DUBIN:  Blow up the part that says | |
| 18 | "talc fibers." | |
| 19 | THE WITNESS:  What page is that on the -- | |
| 20 | BY MR. DUBIN: | 12:39:05 |
| 21 | Q    36.  At least of the PDF. | |
| 22 | A    Okay.  Can we go down to the bottom? | |
| 23 | Q    28. | |
| 24 | A    28.  Okay. | |
| 25 | Q    You with me? | 12:39:18 |

Page 244

| | | |
|---|---|---|
| 1 | A    I'm with you. | 12:39:19 |
| 2 | Q    I just want to first just talk about what | |
| 3 | talc itself should look like in 1.550 oil.  Okay. | |
| 4 | A    Sure. | |
| 5 | Q    And so this says for the RI parallel to | 12:39:35 |
| 6 | the fiber lengths -- we're talking about parallel -- | |
| 7 | talc fibers have a range of 1,589 to 1,600 resulting | |
| 8 | in a pale yellow dispersion color when immersed in | |
| 9 | 1.550 RI liquid. | |
| 10 | First of all, is that correct? | 12:40:00 |
| 11 | A    Yeah.  You can have a range like that. | |
| 12 | Sometimes a little bit lower.  Sometimes higher. | |
| 13 | But that's -- I don't argue with that. | |
| 14 | Q    But, typically, talc -- elongated talc in | |
| 15 | parallel should be a pale yellow, and the range they | 12:40:14 |
| 16 | give here is 1,589 to 1,600, right? | |
| 17 | A    That's what they give. | |
| 18 | (Exhibit 25 marked for identification.) | |
| 19 | BY MR. DUBIN: | |
| 20 | Q    Okay.  And just so we can see something | 12:40:25 |
| 21 | about talc in general, not just talc fiber, I'll | |
| 22 | mark as the next exhibit in order, which will be 25, | |
| 23 | just the IARC 2010 monograph on talc.  And if we | |
| 24 | could call that up and go to page 289. | |
| 25 | No.  It should be 1.13. | 12:41:11 |

Page 245

```
 1              Okay.  Here we go.  Here, again, we're      12:41:23

 2    talking about the indices of refraction of talc.

 3    And it says biaxial with alpha 1.539 to 1.550, gamma

 4    1.589 to 1.594.

 5              And, again, so consistent -- what you're     12:41:40

 6    going to see from talc is generally -- in parallel

 7    is generally a pale yellow, right?

 8         A    That's what it states.

 9         Q    And talc plates, what is the typical

10    refractive indices of a talc plate?                    12:42:01

11         A    It's typically -- it's going to be the

12    beta.  And it's not going to change.  It won't

13    change when you turn it.  If it's just the talc

14    plate, you won't get any birefringence, but you're

15    getting the same things.                               12:42:22

16              You know, it's one of the few things I

17    agree with Dr. Sanchez, when he stated in his

18    deposition he had in this case.  And I -- but what

19    you can see there is what we have been stating on

20    talc.  When you determine the birefringence           12:42:41

21    calculation, you're up in the -- you know, the 0.05

22    to 0.06 versus your chrysotile birefringence that

23    are down in the low range.

24         Q    I just want to talk about what a talc

25    plate should appear like in 1.550 oil.  And this is    12:42:57
```

Page 246

| | | |
|---|---|---|
| 1 | indicating that talc plate should be pale yellow, | 12:43:03 |
| 2 | right? | |
| 3 |     A   I'm not sure it states that anywhere | |
| 4 | there. | |
| 5 |     Q   Okay.  Well, what color -- you told me | 12:43:20 |
| 6 | that the talc -- | |
| 7 |     A   You'll get yellows to gold.  You know, you | |
| 8 | have to define what pale yellow is.  You can get | |
| 9 | yellow-gold in 1.550.  We've seen it not yellow-gold | |
| 10 | at times, but depending -- you may have more of a | 12:43:38 |
| 11 | goldish-red.  So it's not always the same range of | |
| 12 | refractive indices.  But one thing that is always | |
| 13 | the same is the birefringence difference between | |
| 14 | that and chrysotile. | |
| 15 |     Q   Okay.  Well, I'm asking you just first | 12:43:56 |
| 16 | question:  What is the refractive indices range for | |
| 17 | a talc plate, just a plane talc plate? | |
| 18 |     A   If it's a plane talc plate and you're in | |
| 19 | the top, the refractive free range is whatever the | |
| 20 | beta is, there is no range.  Because it's going to | 12:44:14 |
| 21 | give you the -- no matter what direction you turn it | |
| 22 | in, it's going to give you the same thing. | |
| 23 |     Q   Okay.  So there is no range.  What is the | |
| 24 | refractive index of a talc plate? | |
| 25 |     A   That one says 1.589 to 1.594.  We | 12:44:31 |

Page 247

```
 1    typically don't record the range of typical plates.    12:44:36

 2    We're looking at what the fibrous talc is.

 3         Q    Okay.  But I'm just asking a talc plate.

 4              What color should a talc plate appear to

 5    be to the analyst's eye in 1.550 oil?                   12:44:55

 6         A    You're typically going to have some form

 7    of yellow or goldish-yellow.  Depends on the

 8    instrument, I guess, and what -- what light source

 9    you have.  And it's going to be a particle.

10         Q    Let's assume you have a non-colored light    12:45:18

11    source.  What color should a talc plate be in 1.550

12    oil?

13         A    You could have yellows.  You could have

14    golds.  I'm not sure I could say there is my any one

15    color.  You know, one type of hue of yellow or        12:45:39

16    yellowish-gold.  And then when you turn it into the

17    perpendicular direction, you get the exact same

18    thing.

19         Q    I'm talk -- okay.

20              What support do you have for the fact that   12:45:59

21    if an analyst looks through a microscope at a talc

22    plate in 1.550 with no colored light, that it can

23    appear gold, yellow-gold?

24         A    What -- I've seen a number -- you know,

25    I've seen it both on -- sitting at the microscope,     12:46:20
```

Page 248

```
 1     that's my interpretation of it.  It could be a        12:46:22

 2     goldish -- a goldish color, a yellowish-goldish

 3     color.  So that's what I would -- that's what I

 4     would state it is at times.  A bright pale -- you

 5     know, a pale yellow versus, you know, the            12:46:42

 6     birefringence, you get a bright pale yellow versus a

 7     more dull pale yellow for chrysotile.  It just

 8     depends, Mr. Dubin.  You can't just give it a

 9     universal this is what it's going to look like.

10          Q    Okay.  Well, let's assume you're not        12:46:59

11     dealing with an elongated particle.  You're using

12     PLM dispersion staining and you're identifying talc

13     plates.  Is there -- are there published ranges for

14     what refractive index the talc plate should be in,

15     therefore what color they should appear in?          12:47:21

16          A    Probably.

17          Q    Okay.  Have you ever seen one that says a

18     talc plate can in 1.550 oil can be golden yellow?

19          A    Typically, they don't say the colors a lot

20     of times.  Like they're saying there the talc plate  12:47:43

21     on the beta direction can be anywhere from 1.589 to

22     1.594.  You know, that's six points there.  That can

23     be totally different color.  I mean, not totally

24     different, but it can be different shades of

25     whatever you're using there for that.                12:48:02
```

Page 249

```
  1          Q    Okay.  I want to ask you about -- we'll       12:48:18

  2    make it the next exhibit in order, the report by

  3    Mr. Poye on Johnson & Johnson Shower to Shower,

  4    which I think you've seen before.  Let me just ask

  5    you about an image.  It's -- we'll make -- it's       12:48:37

  6    Tab 46, and it will be Exhibit 25.

  7             MR. SATTERLEY:  25 was the IARC.  So this

  8    will be 26.

  9             MR. DUBIN:  26.  Thank you.

 10             Let's go to page 21.                          12:49:00

 11             (Exhibit 26 marked for identification.)

 12    BY MR. DUBIN:

 13          Q    Just as an example here, we've got talc

 14    here in 1.550 refractive index oil.  Is that what

 15    talc looks like in the microscope when immersed in    12:49:16

 16    1.550 refractive index oil?

 17          A    Sometimes.

 18          Q    What do you mean by "sometimes"?

 19          A    Sometimes it will look that.  Sometimes it

 20    will look different.  Sometimes it's talc plates      12:49:33

 21    versus fibrous talc.  And depending on the

 22    orientation.  But for talc plates, I mean, you

 23    change the orientation, it typically will stay the

 24    same versus fibrous talc, if you have it parallel

 25    versus perpendicular, you're getting your different   12:49:52
```

Page 250

```
 1     refractive indices.                                    12:49:55

 2          Q    So let me ask you, the image on the right,

 3     is that -- the talc plates you see there, is that

 4     the correct color of talc in 1.550 oil?

 5          A    I don't -- again, there's no correct or      12:50:06

 6     incorrect.  This is what this one happens to show.

 7          Q    Well, the colors that are being produced

 8     by the mineral, how -- what is -- what is

 9     controlling what color is being shown?

10          A    The crystalline structure of the talc        12:50:23

11     plates.  And in the orientation, in this case, since

12     it's a plate, laying flat, it's the beta directions.

13     And the beta directions are usually pretty close to

14     the gamma direction for the fibrous talc, as been

15     stated in the last thing you showed and the thing     12:50:45

16     before that.  Not exact, but it's pretty close.

17          Q    Okay.  Let's take the next in order -- I

18     guess it's 26, just one of your Chinese samples.

19               (Exhibit 27 marked for identification.)

20               MR. SATTERLEY:  You're now 27.              12:51:04

21               MR. DUBIN:  I'm at 27.  Damn it.  You're

22     better at this than I am, obviously.

23               MR. SATTERLEY:  Just trying to keep them

24     straight.

25               MR. DUBIN:  Thank you.  Let's make that     12:51:14
```

Page 251

```
 1     one of your Chinese samples.  Let's go to -- it's        12:51:16

 2     Tab 47.  Call it up.

 3               MR. SATTERLEY:  Can you tell me which

 4     report this is from?

 5               MR. DUBIN:  It's from the September 16,         12:51:26

 6     2020 report.  Let's go to page 68.  Can we try to

 7     flip that image, rotate it.

 8     BY MR. DUBIN:

 9          Q    So we're looking at an image from page 68

10     of this.  I just want to understand -- so there's a      12:51:51

11     rounded structure up here that's near the talc flake

12     debris.  Is that a talc plate?

13          A    Yes.  Talc flake/plate, same thing.

14          Q    Okay.  And you're identify -- first of

15     all, remind me again why your images are so much         12:52:17

16     more golden than what we looked at for Mr. Poye's

17     lab?

18          A    I don't know what type of scope Mr. Poye's

19     lab is using.  This one -- this was the Olympus with

20     the tungsten filament light, which gives you the         12:52:41

21     kind of what you say is more golden on the yellows

22     and golds.

23          Q    Okay.  And so, just to be clear, so on

24     this microscope that you're using to do PLM

25     dispersion analysis based on color, you had a color      12:53:03
```

Page 252

```
 1    lightbulb; is that right?                         12:53:08

 2         A    Well, it's a tungsten lightbulb which

 3    gives you sort of an orangish hue, sort of a more

 4    golden-yellow-orangish hue, yes.

 5         Q    Okay.  So tell me, what is different about  12:53:25

 6    the appearance in parallel of the chrysotile versus

 7    the talc plate?

 8         A    Well, the chrysotile is fibrous.  It's got

 9    an RI of 1.563.  And then we see a fibrous talc

10    along with it, and it's completely different.  I    12:53:50

11    mean -- and I'm not saying that talc flake debris

12    doesn't have some chrysotile in it.  But this type

13    of microscope, it was too small to distinguish

14    versus the one up at the 12:00 position and the one

15    at the -- what do I say that is? -- about a 5:00     12:54:10

16    position, 5:00 p.m., 5:00 a.m. position.

17         Q    Okay.  Let's look at another image here at

18    296, page 296.  Let's rotate that.

19              So, again, these larger rounded

20    structures, those are talc plates, correct?         12:54:40

21         A    Correct.

22         Q    And we have a similar colors on the

23    structure that you're calling chrysotile, right?

24         A    Similar to what?

25         Q    Similar to the talc plates.               12:55:00
```

Page 253

```
 1          A    There are some areas, but they're not --      12:55:04

 2     they're just plates.  They're not fibrous.  So we

 3     have chrysotile.

 4          Q    Okay.  And you know, there -- on a lot of

 5     these particles, including the talc plates, you can    12:55:19

 6     see some red.  Let's focus on the tile plates.  You

 7     can see some red around the edge of the tile plates.

 8     What's that?

 9          A    That's the talc plate.  There may be some

10     chrysotile in there, but this microscope -- this PLM   12:55:34

11     microscope does not have the resolution, so it's a

12     talc plate.  I believe if you'll show this in

13     perpendicular, you can see the difference in some of

14     these where you may have in fact fibrous talc

15     associated with the talc plate or potentially         12:55:52

16     fibrous chrysotile.  But it's too small to get, you

17     know, dispersion staining on.

18          Q    I'm just trying to figure out the edges.

19     You see it on essentially all of the talc plates,

20     right, this red around the edge?  Do you see that,    12:56:10

21     purplish-red or red around the edge of the talc

22     plates?

23          A    Yes.

24          Q    Does that mean that -- what -- then what

25     is the refractive index of these talc plates, would   12:56:28
```

Page 254

```
 1    you say?                                          12:56:34

 2        A    I would say these talc plates are maybe

 3    1.565 or 64 and then 1.550.  Because you're getting

 4    more of the red, where the chrysotile has more of

 5    the golden yellow, 67 to 70.                       12:57:00

 6        Q    So, if you were asked -- just to identify

 7    what mineral this talc plate is, let's take the one

 8    that's largest.  So, if we go up to the left of the

 9    particle.  So it's -- you would -- just so I'm

10    clear, what refractive index would you report based  12:57:27

11    on what you're observing for that particle?

12        A    Which one?

13        Q    You know, the one that looks more like a

14    thumbprint.  It's -- yeah, the one the cursor just

15    went over.                                          12:57:42

16        A    I don't know.  I'd probably want to take

17    some other particles of similar matching wavelengths

18    versus what we have there.  I probably would first

19    start and look at the elongation with the box

20    30-nanometer filter, because talc plates don't show  12:58:02

21    up.

22            So I don't know what I would call that at

23    this moment.  I might want to do some more work on

24    it.

25        Q    Well, what color would you say -- again,   12:58:14
```

Page 255

| | | |
|---|---|---|
| 1 | you can identify any talc plates.  We can take the | 12:58:16 |
| 2 | one that's up slightly to the right of the one you | |
| 3 | just called chrysotile.  What color would you call | |
| 4 | that for purposes of determining its refractive | |
| 5 | index? | 12:58:28 |
| 6 | A    That would be somewhere in the 1.563 to | |
| 7 | 1.566, 67.  Somewhere around there. | |
| 8 | Q    Remind me what color that corresponds to. | |
| 9 | A    What you see there. | |
| 10 | Q    So are you calling it red?  Are you | 12:58:43 |
| 11 | calling it golden yellow?  What color are you | |
| 12 | calling it?  I want to know what you see in that | |
| 13 | particle. | |
| 14 | A    I see sort of a goldish-yellow and some | |
| 15 | red on the outside.  I don't -- typically, you want | 12:58:59 |
| 16 | to take the very end, but this is a particle plate, | |
| 17 | since it's not fibrous.  And we do have some single | |
| 18 | fibers in there, but they're too small to really | |
| 19 | resolve.  And that's what I would call it, based on | |
| 20 | just that photograph. | 12:59:19 |
| 21 | Q    So I'm just saying, I think one of the | |
| 22 | things you told me before is that when you do this | |
| 23 | analysis, you're basing it on what color it is at | |
| 24 | the edge of the particle, right? | |
| 25 | A    With our new microscope, yes, we are, | 12:59:31 |

Page 256

```
 1    because we have better resolution.  Here we have --     12:59:33

 2    every particle has some of the red around it.  And I

 3    don't know if that's just an artifact or not.  But

 4    I'm just -- you asked me, and I'm telling you.

 5         Q    Okay.  I understand.  So but your view --     12:59:49

 6    the red -- you agree the red on these pictures may

 7    be an artifact, right?

 8         A    Maybe.  I don't know.  I'd have to focus

 9    in on it to see if we -- you know, the focus is off,

10    et cetera.  So I'm giving you my best estimate based   01:00:04

11    on the photograph.

12         Q    Okay.  And so at some point you changed

13    microscope, as I understand it, and no longer have

14    the tungsten lightbulb, right?

15         A    It's LED.                                     01:00:24

16         Q    Now, I want to ask you about -- so before

17    you changed, did you have various different PLMs

18    before that, some of which had tungsten lightbulbs,

19    some of which didn't, or did they all have a

20    tungsten lightbulb?                                     01:00:44

21         A    We had 3D exact same microscope.

22         Q    Okay.  All with the tungsten lightbulb?

23         A    Older -- old PLM microscopes.

24         Q    Okay.  So I want to mark next, which,

25    unless Joe corrects me again, will be 28.              01:00:59
```

Page 257

```
 1              MR. SATTERLEY:  That's a correct number      01:01:04

 2      this time.

 3              MR. DUBIN:  Well, even a broken clock is

 4      right twice a day.

 5              (Exhibit 28 marked for identification.)      01:01:10

 6      BY MR. DUBIN:

 7         Q    A report you did for MAS for -- about an

 8      RT Vanderbilt product around the time when the

 9      chrysotile findings were coming out in Johnson &

10      Johnson.  So it's Tab 20.                           01:01:23

11              MR. SATTERLEY:  28?

12              MR. DUBIN:  Sorry.  It's Tab 20.  It will

13      be Exhibit 28.  I'm just telling Jake what tab it

14      is.

15              MR. SATTERLEY:  We don't have the tab        01:01:39

16      notebook, so we can't follow along.

17              MR. DUBIN:  Yeah, I know that.

18      BY MR. DUBIN:

19         Q    So do you have any memory of this, Foushee

20      versus RT Vanderbilt Holding Company?  Not that you 01:01:46

21      have to remember.  I'm just curious.

22              MR. SATTERLEY:  I can't see the top.

23      BY MR. DUBIN:

24         Q    Do you recall anything about this?

25         A    Not really.  But I'm sure if we go through  01:01:58
```

Page 258

```
 1      it, it will refresh my memory.                    01:02:01

 2           Q    All right.  For today, I just want to look

 3      at one image.  So if we can go to page 22.

 4                Here is a picture from your PLM lab of

 5      what's identified -- being identified as a talc   01:02:22

 6      fiber bundle.

 7                And first, do you notice that we don't

 8      have as much of the golden yellow color that we saw

 9      in the Johnson & Johnson pictures with respect to

10      the talc?                                         01:02:42

11           A    Yes.

12           Q    Do you know, why would that be if you were

13      also using a tungsten lightbulb for this analysis?

14           A    This, as I understand it, is from a

15      different mine, Vanderbilt mine.  So you're going to  01:03:00

16      have probably -- I don't think there is any iron.

17      So you'll see different -- different materials and

18      different wavelengths -- I mean, different -- you'll

19      see different matching -- matching wavelengths to

20      different sources.                                01:03:22

21           Q    Well, why are all of the other yellow

22      things here -- why aren't they also -- why haven't

23      they turned orange if it's your light that was

24      causing the problem?

25           A    You just asked why it was more gold.    01:03:39
```

Page 259

```
 1    Well, those particular plates --                    01:03:41

 2        Q    Well, you have a lot of yellow here.

 3        A    -- that too would have the -- tend to

 4    produce those colors.  Why is the Vanderbilt

 5    different?  I don't know.  I haven't really thought  01:03:51

 6    about it.

 7        Q    Okay.  Will you agree -- let's -- this is

 8    a graphic I've asked you about before.  I'll just

 9    make it next in order and ask you about it.  It will

10    be 29.  It's just a PowerPoint.  And it's Tab 75.    01:04:16

11            (Exhibit 29 marked for identification.)

12            MR. DUBIN:  All right.  So --

13            MR. SATTERLEY:  Is that the same one you

14    used in the Valadez case?

15            MR. DUBIN:  Correct.                         01:04:47

16    BY MR. DUBIN:

17        Q    I want to talk about the effect of --

18    let's assume that the old images are impacted by a

19    tungsten lightbulb and they're yellower for that.

20    That would mean that if the talc plates are oranger  01:04:59

21    than they should be because of the light, then that

22    would also apply to what you're calling chrysotile

23    in the image, right?  It's not selective.

24        A    I don't know if it's selective or not,

25    depending on the dispersion from talc plates, but it 01:05:21
```

Page 260

```
  1      still provides the same -- if that is in fact          01:05:29

  2      happening, then it gives you sort of a balance that

  3      it's going to be something different between the

  4      two.

  5           Q    Right.  What is --                            01:05:39

  6           A    Normally it --

  7           Q    But, for example, here where we see that

  8      the leaves are blue in one, you know, and the owl is

  9      blue, you know, if we want to figure out what your

 10      older images look like to the microscopist, if        01:05:52

 11      there's a yellow light, then we have to adjust in

 12      our minds both the color of the talc plates and the

 13      color of what you're calling chrysotile, right?

 14           A    No.  I don't agree with that at all.  You

 15      just -- whatever reason you want to make the colors    01:06:09

 16      of the talc plates, we're looking at the dispersion

 17      staining for both parallel and perpendicular ranges

 18      and see how it matches up with what we feel is --

 19      what our opinion is chrysotile in these products.

 20           So whatever you want to do, that's fine,          01:06:29

 21      or whatever your experts want to do, that's fine.

 22      But that's not something we have to do.

 23           Q    Well, I'm just asking you, if you're -- so

 24      whenever you -- before your Valadez report, whenever

 25      you were presenting images of what you claim was       01:06:44
```

Page 261

```
 1   chrysotile in Johnson & Johnson, the images have        01:06:49

 2   been taken on a microscope with a yellow light,

 3   right?

 4       A    It has had a tungsten light that produces

 5   more yellow vibrational wavelengths, right.             01:07:01

 6       Q    And is there any reason why that tungsten

 7   light would only selectively make the talc plates

 8   more yellow -- more orange or golden than what you

 9   were calling chrysotile?

10       A    Well, it's primarily the talc plates from      01:07:21

11   China.  I'm not sure about the other ones.

12           But again, we're calculating it on the

13   birefringence, not how yellow one is the other and

14   making a comparison.  We have a number of

15   chrysotile/talc inner growths from those same           01:07:39

16   microscopes where you can easily, easily see the

17   difference in the birefringence.  So I just disagree

18   with this whole line of questioning that somehow

19   it's causing some artifact where it's not making it

20   be chrysotile as we're calling it.                      01:07:56

21       Q    Let me -- I'm going to skip ahead, and

22   I'll come back to some of these other things.

23           Let me just make sure I understand.

24           So we talked about this particle before.

25   I'll make the next exhibit in order the -- your         01:08:18
```

Page 262

```
 1    Valadez report.                                    01:08:23

 2              MR. DUBIN:  And, Jake, that's Tab 55, if

 3    we want to call it out.

 4              MR. SATTERLEY:  Exhibit 30?

 5              MR. DUBIN:  That will be Exhibit 30.      01:08:36

 6              (Exhibit 30 marked for identification.)

 7              MR. DUBIN:  And, if we can go to page 32.

 8              Sorry.  Is this the Valadez report, Jake,

 9    Tab 55?  And then page 32?  It should have images.

10              MR. KEESTER:  Is it this one?            01:09:23

11              MR. DUBIN:  Yeah.  Let's rotate it.

12    BY MR. DUBIN:

13         Q    So I asked you about this particle before,

14    and I think you -- well, let me just ask you.  What

15    color were you calling this?                      01:09:46

16         A    A brownish-gold I guess.  More on the

17    brownish side, brownish-gold, which what we're

18    seeing in the 1.560.

19         Q    So this is M71614-001CSM-001 chrysotile.

20    Okay?                                             01:10:04

21              MR. DUBIN:  And let's go to page 37 above

22    this.  Scroll down because it should have the

23    correct image.  Let's go down.  Okay.  Let's flip

24    that.  Scroll that down.

25    / / / /
```

Page 263

```
 1     BY MR. DUBIN:                                    01:10:35

 2          Q    And we're looking at M71614-001-CSM-002.

 3     What color are you observing in that structure?

 4     What color are you calling it for purposes of the

 5     RI?                                              01:10:49

 6          A    For the brownish part there, sort of a

 7     brownish-gold I would call it.  Let's see.  1.565.

 8     That's pretty close to what I would say it is.

 9          Q    Okay.  And if we go to page 42.

10          And, if we go to page 42 and scroll down.   01:11:16

11     Let's flip that.  What color are you observing here

12     for purposes of the RI calculation?

13          A    That's higher -- that's a lower -- that's

14     a lower wavelength than what we've been looking at,

15     but it's going to be a higher refractive indices.  01:11:43

16     So I would probably call that -- I might get closer

17     to 1.570 than 1.568.  You do have some red in there

18     around the edge that I don't see in some of the

19     other particulates.  So I would call it a little bit

20     lower.  Primarily, what you're seeing is yellow,    01:12:07

21     yellow-gold.

22          Q    Okay.  And how is that the color that's

23     distinct in your mind from the talc plates that

24     we're observing on this image?

25          A    Well, I would say most of the talc plates  01:12:28
```

Page 264

```
 1    are -- they've got a darker brown.  But this is not      01:12:31

 2    the only thing -- this is not the -- the only thing

 3    we're using to identify this, one that has to be

 4    fibrous.  If you go to the elongation where we have

 5    it in the 530-nanometer, you can get a better look       01:12:47

 6    at the structure of this as compared to everything

 7    else.  And typically, talc plates don't show up very

 8    well in the one -- in the elongation, you know, in

 9    this -- in the single polar elongation, our

10    cross-polars at the -- essentially at the 45-degree      01:13:12

11    angle.  You kind of focused in here, but this is not

12    the only data that we use to make an identification.

13         Q    Okay.  We'll get back to that.  I guess --

14    let me just back up for a second.

15              Has your laboratory -- prior to your           01:13:38

16    becoming involved in talc litigation, has your

17    laboratory done any PLM work for Calidria?

18              THE REPORTER:  For what?

19              MR. DUBIN:  Calidria, C-A-L-I-D-R-I-A.

20              We can take this down, Jake?                   01:14:05

21              THE WITNESS:  The only one we've done

22    would have been the -- some kind of -- you know,

23    some exposure studies with Calidria.  And I think it

24    was the RG144 that was purchased by the plaintiff's

25    attorney sometime -- no, that was -- strike that.        01:14:27
```

Page 265

```
 1                   With RG144 or 145 when Mr. Hatfield wrote      01:14:30

 2        to -- not to Union Carbide, but to -- I think it was

 3        RCAC or something like that who bought it out.  We

 4        got 5 pounds of material.  I'm not sure we did any

 5        PLM on it until we got involved in this, when we        01:14:51

 6        thought it might be a -- might be a -- because of

 7        the sharp fibers, might be sort of a standard.

 8        BY MR. DUBIN:

 9             Q    Do you know what Visbestos or Super

10        Visbestos are?                                          01:15:04

11             A    Super Asbestos?

12             Q    Super Visbestos or Visbestos?

13             A    I'm not sure.

14             Q    You don't recognize it as the name of a

15        drilling mod that was composed of Calidria asbestos?   01:15:23

16             A    Oh, we've analyzed that in the past.

17             Q    So let's just mark that as the next in

18        order.  I guess that's 31.

19                   MR. SATTERLEY:  What did you call it

20        Visbestos?                                              01:15:38

21                   MR. DUBIN:  V-I-S-B-E-S-T-O-S.

22                   THE WITNESS:  Oh, I misunderstood.  I

23        thought you were calling it "super-asbestos."

24                   (Exhibit 31 marked for identification.)

25        / / / /
```

Page 266

Aiken Welch, A Veritext Company
510-451-1580

```
 1    BY MR. DUBIN:                                      01:15:49

 2        Q    It's Super Visbestos or Visbestos.

 3        A    I would have recognized Visbestos.

 4        Q    Okay.  And you can see here, this is from

 5    Union Carbide -- they're being referred to as Union   01:15:59

 6    Carbide Calidria samples, MAS, January 2011, right?

 7        A    That's correct.

 8        Q    Okay.  And if we can go to page 6, we can

 9    see that there's an analyst.  And that's somebody

10    who did PLM analysis at MAS, correct?                 01:16:26

11        A    Correct.

12        Q    And you see here that they -- he gives a

13    refractive index of -- for Calidria of 1.560/1.553,

14    correct?

15        A    Correct.                                     01:16:51

16        Q    Okay.  And so what colors would that be in

17    parallel and perpendicular?

18        A     In 1.550, 1.560 is going to be where the

19    golden color should be.  And 1.553 in the -- which

20    is alpha is -- should be more in the bluish-purple    01:17:21

21    range.

22        Q    Maybe we can look at the 1.560 range.

23    Let's make sure we have that.  So just the other

24    numbers here.  Look at page 7.  There's other

25    numbers here.  You have 1.560 to 1.553, right?        01:17:44
```

Page 267

```
 1        A    Correct.                              01:17:50

 2        Q    So I'm going to mark the next exhibit in

 3    order 32.  And that will be some slides, internal

 4    reference 53.

 5             MR. SATTERLEY:  That last one, Exhibit 31,   01:18:00

 6    did you include entirety of the report as that

 7    exhibit?

 8             MR. DUBIN:  Yeah, I included the whole

 9    report.

10             MR. SATTERLEY:  Thank you.               01:18:13

11             (Exhibit 32 marked for identification.)

12    BY MR. DUBIN:

13        Q    Okay.  Now, we've done this chart before,

14    so I thought -- so 1.560, what color is that at the

15    temperature in your lab in 1.550 oil?             01:18:32

16             MR. SATTERLEY:  I'm confused, Morty.

17    You've got the top 1.550 there, but then the

18    refractory index in the report says 1.560 and 1.553.

19    So I'm confused.

20             MR. DUBIN:  Yeah.  One is the oil.  The    01:18:55

21    other is the reported refractive index.

22             THE WITNESS:  What we're seeing for what

23    we have here, 1.560, those are typically in the

24    golden -- darker gold area.

25    / / / /
```

Page 268

```
 1    BY MR. DUBIN:                                    01:19:20

 2        Q    Okay.  So you're telling me, if we look at

 3    the Su charts for your temperature in that oil, that

 4    1.560 is going to be golden yellow?

 5        A    More of a dark gold.  Not so much the      01:19:35

 6    yellow.  You've got to get to higher refractive

 7    indices to start seeing it.  And again, this is for

 8    1866b chrysotile.  This has -- this has absolutely

 9    nothing to do with the short-fiber type materials.

10    This is very misleading, Mr. Dubin.  I'm sorry.  I    01:19:56

11    don't mean to be disrespectful, but this has nothing

12    to do with what we're seeing.

13        Q    Okay.  I don't understand what you're

14    talking about.

15             So Calidria is a short fiber chrysotile,    01:20:09

16    right?

17        A    Calidria is a short fiber chrysotile, but

18    we see -- you're going to see, because of the size

19    of the fiber -- and I know -- I know Dr. Sanchez

20    disagrees with this.  The size of these bundles, 1    01:20:26

21    to 2 microns in width, give you different refractive

22    indices for the colors.  And we showed that with our

23    1866b milled material.  And it's been my opinion all

24    along is that the, quote, the height of the bundle

25    changes the refractive indices.  Also, the source of   01:20:53
```

Page 269

1      the bundle.                                           01:20:58

2            So you're using 1866b here and calling it

3      "Super Visbestos Testing Report."  That's totally

4      misleading.

5        Q    I'm sorry.  I'm using what?  It is a          01:21:08

6      Visbestos testing report.

7        A    But these levels you're taking from the

8      ISO 22262-1, and they're using the 1866b chrysotile

9      standard to generate this.

10       Q    No, no, no.                                   01:21:27

11            But, Dr. Longo, the only part of this that

12     has to do with ISO is where the ISO ranges are on

13     the bottom.  I'm just asking you, is it correct that

14     1.560 in your -- in your lab temperature would be

15     around here, this 1.561 mark, that color?           01:21:46

16       A    No.

17       Q    Okay.  All right.  So we're going to have

18     to go through this, I guess, next time.  And I'll

19     just mark the -- Su's 22 as the next in order.  So

20     that's -- that will be 33.                           01:22:07

21            MR. SATTERLEY:  What are you marking?

22     What you just showed him is --

23            MR. DUBIN:  Su's article, "The Dispersion

24     Staining Technique and its Applications."

25            MR. SATTERLEY:  Did you mark that chart       01:22:16

                                                           Page 270

```
 1       there as Exhibit 32?                              01:22:17

 2              MR. DUBIN:  Sorry.  I thought that -- the

 3       graphics?

 4              MR. SATTERLEY:  Yeah, the graphic.

 5              MR. DUBIN:  I'll make those 33.  I'll make   01:22:24

 6       the actual Su 34.  Okay.  We'll just mark that.  I

 7       don't need to look at it today, but we're going to

 8       have to go through this to confirm what color you're

 9       calling things.

10              But let's go back to the 33 for -- let's    01:22:39

11       call that back up for a second.

12              (Exhibit 33 marked for identification.)

13              (Exhibit 34 marked for identification.)

14              MR. SATTERLEY:  I'm confused, Morty.

15       Exhibit 34 is -- what is it for Dr. Su?            01:22:45

16              MR. DUBIN:  It includes the Su tables.  I

17       think Dr. Longo understands we're going to go have

18       to go through this because he's telling me different

19       colors than I would expect him to.

20              MR. SATTERLEY:  I'm still not clear what     01:23:00

21       you marked as 34.

22              MR. DUBIN:  34 is the actual tables that

23       you used in order to get the colors out of the

24       refractive index that's reported by MAS.

25              MR. SATTERLEY:  Since you're not sharing     01:23:16
```

Page 271

```
 1    it with me and it's not being displayed, what is it?    01:23:17

 2    Is it an article?  Is it Dr. Su's article?

 3            MR. DUBIN:  Right.  It's Dr. Su's article.

 4    I'm just putting it in the record so he has it.

 5            MR. SATTERLEY:  From 2020?                       01:23:26

 6            MR. DUBIN:  This is 2022.

 7            MR. SATTERLEY:  2022.  Thank you.

 8            MR. DUBIN:  I just put it in there so

 9    nobody had to search around for it.

10    BY MR. DUBIN:                                            01:23:34

11        Q    And then, if we go to the next slide here.

12    So -- and, again, for the perpendicular, do you know

13    what color 1.553 would correspond to in your lab

14    temperature?

15        A    1.553 are down in that range.  Is that         01:23:55

16    what you found there, 1.553?  It's a purplish-blue.

17    It's usually pretty close to what the 1866b is.

18        Q    Okay.  If we go up one more.  Go back up

19    one more slide back to the -- so are you now -- do

20    you now agree that 1.560 is going to be in this         01:24:16

21    range that we have circled here?

22        A    Well, just take the number, yes, 1.561 to

23    1.58 isn't going to be showing the, quote, magenta.

24    Not for this size it won't.  I would say of the --

25    what we have in the 1.563 to 1.565.                     01:24:40
```

Page 272

```
 1        Q    So I just want to understand, because for      01:24:52

 2   a long time now you've been saying that the reason

 3   why your -- the talc may be showing different -- the

 4   chrysotile in the talc may be showing different

 5   colors is because it's a Calidria type chrysotile.      01:25:07

 6            Are you now saying that it doesn't look

 7   like Calidria either?

 8        A    No.  I'm not saying that.  I'd have to --

 9   you know, this was done a while ago.  I'd have to go

10   back and take a look at that.  I don't know if we      01:25:24

11   have the temperature on there or not at that time.

12   You know, where this was being done versus the PLM

13   lab, you know, this is -- I haven't seen this for a

14   long time.

15        Q    Okay.                                          01:25:41

16        A    1.560, the Calidria, if it's going to have

17   the magenta color, I don't know if we still -- we

18   don't have these samples anymore because Union

19   Carbide wanted them back right away, or what else

20   might be in there.  So I'm at a disadvantage to try      01:26:00

21   to go back to a report and see what was done.  I

22   don't know what the parallel, perpendicular

23   materials are.  You know, I still stick to our SG210

24   versus what this is.

25        Q    Okay.  First, we'll request any additional      01:26:22
```

```
 1    information you have in your files about this          01:26:24

 2    project, including any PLM images.

 3               And let me ask you.  You said that --

 4               MR. SATTERLEY:  Let me place an objection.

 5               THE WITNESS:  Can you increase the          01:26:33

 6    magnification a little bit so I can -- this is so

 7    long ago, I'd like to get the image.

 8               MR. DUBIN:  The whole report will be an

 9    exhibit.

10               MR. SATTERLEY:  Let me object to your       01:26:41

11    demanding that Dr. Longo go do some research and

12    produce items for you.

13               MR. DUBIN:  Okay.  So, Joe, just so I

14    understand your position.  So, if you're asking our

15    experts to go find anything in their files, that's    01:26:54

16    not appropriate, right?

17               MR. SATTERLEY:  I'm objecting to your

18    demand of Dr. Longo to go search files from 12 years

19    ago to try to find something for you.

20    BY MR. DUBIN:                                          01:27:07

21       Q    Okay.  Well, if it -- I think this has a

22    project number.  You can look things up by project

23    number, correct?

24       A    Again, I still can't see it.

25       Q    Okay.  Well, we can go to the full report      01:27:19
```

Page 274

```
 1    if we need to.  We already marked that.  It was          01:27:20

 2    Exhibit 32.

 3              So you see it has project numbers?

 4       A    M62609.  Did I get that correct?

 5       Q    52609.                                           01:27:34

 6       A    52609.  Okay.

 7       Q    Okay.  And that's something that's

 8    searchable at MAS, right?

 9       A    Yes.

10       Q    Okay.  And you said you don't have the          01:27:43

11    samples because Union Carbide demanded them back.

12              So did you get these directly from Union

13    Carbide?

14       A    Yes.  I think Chatfield or somebody

15    brought it in.  These were not materials that we        01:28:03

16    had.

17       Q    Are you talking about the --

18       A    I'd have to look at the whole report.  You

19    know, we're talking, what, 10, 12, 13 years ago --

20    12 years ago.  I'd have to look at the report.  But     01:28:16

21    I don't think we were able to keep these as -- as

22    samples.

23       Q    Did MAS ever take the NIST proficiency

24    testing that related to Calidria?

25       A    Yeah, you've asked that a few times.  I         01:28:37
```

Page 275

```
 1    don't know.  I don't think -- I looked up for it        01:28:40

 2    once and was -- and couldn't find it, so I don't

 3    know.

 4         Q    Okay.  Have you --

 5         A    If you looked through your FOIA -- FOIA       01:28:52

 6    demand from NVLAP.  And if it wasn't in there, I

 7    don't know where it is.

 8         Q    Okay.  So have you seen the 2000 -- have

 9    you seen the NIST proficiency test, the summaries,

10    for Calidria?                                           01:29:14

11         A    I haven't seen what they stated.  I saw

12    what Chatfield stated, that, you know, a number of

13    labs failed.

14         Q    Okay.  Well, we're out of time.  Maybe

15    we'll start there next time.  Okay.  It's 1:30, I      01:29:33

16    guess.

17         A    All right.  Have a good afternoon,

18    Mr. Dubin.

19              THE VIDEOGRAPHER:  Off the record,

20    1:29 p.m.  This concludes today's testimony given by   01:29:42

21    William Longo, Ph.D.  Total number of media units

22    used was three and will be retained by Veritext

23    Legal Solutions.

24              (TIME NOTED:  1:29 P.M.)

25
```

Page 276

```
 1            DECLARATION UNDER PENALTY OF PERJURY

 2

 3        I, WILLIAM LONGO, Ph.D., the witness herein, declare

 4   under penalty of perjury that I have read the foregoing in

 5   its entirety; and that the testimony contained therein, as

 6   corrected by me, is a true and accurate transcription of

 7   my testimony elicited at said time and place.

 8

 9        Executed this _____ day of _____ 2023, at

10   _____, _____.

11        (City)                    (State)

12

13

14

15

16        _____

17                    WILLIAM LONGO, Ph.D.

18

19

20

21

22

23

24

25

                                          Page  277
```

```
 1                    REPORTER'S CERTIFICATION

 2

 3            I, Leslie Johnson, a Certified Shorthand

 4      Reporter of the State of California, do hereby certify:

 5            That the foregoing proceedings were taken

 6      before me at the time and place herein set forth; that

 7      any witnesses in the foregoing proceedings, prior to

 8      testifying, were administered an oath; that a record of

 9      the proceedings was made by me using machine shorthand

10      which was thereafter transcribed under my direction;

11      that the foregoing transcript is a true record of the

12      testimony given.

13            Further, that if the foregoing pertains to

14      the original transcript of a deposition in a Federal

15      Case, before completion of the proceedings, review

16      of the transcript [ ] was [ ] was not requested.

17      I further certify I am neither financially interested in

18      the action nor a relative or employee of any attorney or

19      any party to this action.

20            IN WITNESS WHEREOF, I have this date

21      subscribed my name.

22      Dated:  October 24, 2023

23

24                    LESLIE JOHNSON

25                    CSR No. 11451, RPR, CCRR
```

Page 278

1    JOSEPH D. SATTERLEY, ESQ.

2    jsatterley@kazanlaw.com

3                                    October 26, 2023

4    RE: EAGLES vs. ARVINMERITOR, INC.

5    October 23, 2023, WILLIAM LONGO, PH.D., VOL 2, JOB NO. 6167398

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext

10       to schedule a time to review the original transcript at

11       a Veritext office.

12   _x_ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF

13       Transcript - The witness should review the transcript and

14       make any necessary corrections on the errata pages included

15       below, notating the page and line number of the corrections.

16       The witness should then sign and date the errata and penalty

17       of perjury pages and return the completed pages to all

18       appearing counsel within the period of time determined at

19       the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21       Counsel - Original transcript to be released for signature

22       as determined at the deposition.

23   __ Signature Waived – Reading & Signature was waived at the

24       time of the deposition.

25

                                                    Page 279

1  __ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF

2     Transcript - The witness should review the transcript and

3     make any necessary corrections on the errata pages included

4     below, noting the page and line number of the corrections.

5     The witness should then sign and date the errata and penalty

6     of perjury pages and return the completed pages to all

7     appearing counsel within the period of time determined at

8     the deposition or provided by the Federal Rules.

9  __ Federal R&S Not Requested - Reading & Signature was not

10    requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 280

```
1    EAGLES vs. ARVINMERITOR, INC.

2    WILLIAM LONGO, PH.D., VOL 2 (#6167398)

3                    E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____    _____

24   WITNESS                              Date

25

                                         Page 281
```

**[& - 1:29]**

| & | | | |
|---|---|---|---|
| **&** 168:4,13 | **1,589** 245:7,16 | **1.566** 256:7 | 228:25 275:19 |
| 169:3,12,13 | **1,600** 245:7,16 | **1.568.** 264:17 | **1400** 169:7 |
| 170:11 171:14 | **1.13.** 245:25 | **1.570** 264:17 | **145** 266:1 |
| 174:5,7,8,15 | **1.539** 246:3 | **1.58** 272:23 | **15** 222:10,16 |
| 181:8 185:11 | **1.550** 244:2 | **1.589** 246:4 | **16** 171:11 |
| 214:2 215:22 | 245:3,9 246:3 | 247:25 249:21 | 252:5 |
| 216:22 217:3,6 | 246:25 248:5 | **1.594.** 246:4 | **166** 166:24 |
| 217:7,8,10,12 | 248:11,22 | 247:25 249:22 | **175** 171:11 |
| 217:13,22 | 249:18 250:14 | **1.9** 235:24 | **176** 171:6 |
| 218:2 219:19 | 250:16 251:4 | **1/2** 235:17,18 | **1866b** 269:8,23 |
| 220:16 221:5 | 267:18 268:15 | 235:21 | 270:2,8 272:17 |
| 221:11 223:11 | 268:17 | **1/4** 237:15 | **19** 171:11 |
| 223:21 224:12 | **1.550.** 243:21 | **10** 214:23 | 175:6,9 223:20 |
| 224:25 225:23 | 244:3,14 247:9 | 275:19 | **1920s** 190:19 |
| 226:17,20 | 255:3 | **1000** 169:7 | 192:19 |
| 227:8 228:5,7 | **1.553** 267:19,25 | **10036** 169:18 | **1926** 190:11,23 |
| 228:8 232:8 | 272:13,15,16 | **10:30** 189:9,18 | **1950s** 194:3 |
| 233:10,13 | **1.553.** 268:18 | 189:20 | 222:25 |
| 250:3 258:9 | **1.560** 243:11,20 | **10:36** 167:19 | **1955** 222:23 |
| 259:9 262:1 | 244:2 267:18 | 173:2,5 | 223:21 228:21 |
| 279:23 280:9 | 267:22,25 | **11451** 166:22 | 228:25 229:1 |
| | 268:14,18,23 | 167:22 278:25 | 232:3 |
| **0** | 269:4 270:14 | **1185** 169:17 | **1960s** 222:25 |
| | 272:20 273:16 | **11:00** 189:13 | 229:18,23 |
| **0.05** 246:21 | **1.560.** 263:18 | 189:19 | **1969** 233:4 |
| **0.06** 246:22 | **1.560/1.553** | **11:34** 215:2 | **1980s** 222:25 |
| **001** 263:19 | 267:13 | **11:43** 215:5 | 223:7 |
| **002** 264:2 | **1.561** 270:15 | **12** 274:18 | **1990** 204:3 |
| | 272:22 | 275:19,20 | 236:11 |
| **1** | **1.563** 256:6 | **12,896** 235:8 | **1990s** 204:6 |
| | 272:25 | **12:00** 253:14 | 222:25 223:5,7 |
| **1** 173:9 193:24 | **1.563.** 253:9 | **12:29** 241:20 | 236:4 |
| 205:20 237:1 | **1.565** 255:3 | **12:34** 241:23 | **1:29** 167:20 |
| 237:13,20,20 | **1.565.** 264:7 | **13** 171:21 | 276:20,24 |
| 237:20,21,21 | 272:25 | 223:22 228:21 | |
| 237:22 269:20 | | | |
| 280:1 | | | |

Page 1

**[1:30 - 42]**

| | | | |
|---|---|---|---|
| **1:30**  189:21<br>276:15 | 196:9 277:9<br>278:22 279:3,5 | 245:22 250:6,7<br>**250**  171:21 | 263:4,5,6<br>280:1 |
| **2** | **2025.520**  279:9<br>279:12 | **251**  171:22<br>**258**  171:24 | **300**  168:15<br>**302-1000**  168:9 |
| **2**  166:17<br>167:18 171:4<br>173:9 193:24<br>210:10 226:19<br>235:15,17,17<br>235:18,21,23<br>235:24 269:21<br>279:5 281:2 | **2029**  168:15<br>**2049**  170:6<br>**205**  171:12<br>**20s**  194:1<br>231:18<br>**20th**  170:13<br>**21**  250:10 | **26**  171:21<br>250:8,9,11<br>251:18 279:3<br>**260**  172:4<br>**263**  172:5<br>**266**  172:6<br>**268**  172:7 | **30s**  194:1<br>231:18<br>**31**  172:6<br>266:18,24<br>268:5<br>**310**  168:17<br>170:8 |
| **20**  171:12<br>172:6 179:23<br>205:4,5,9<br>232:3 258:10<br>258:12 | **212**  169:19<br>**21202**  170:14<br>**215**  171:13<br>**22**  171:13<br>215:20,25<br>259:3 270:19 | **27**  171:22<br>251:19,20,21<br>**271**  172:8,9<br>**28**  171:24<br>172:5 244:23<br>244:24 257:25 | **32**  172:7 229:9<br>229:9 231:13<br>263:7,9 268:3<br>268:11 271:1<br>275:2 |
| **2000**  276:8<br>**2000s**  229:18<br>229:23<br>**2005**  198:3<br>**2010**  245:23<br>**2011**  172:6<br>267:6 | **22262-1**  171:18<br>244:10 270:8<br>**229**  171:15<br>**22cv018294**<br>166:4 167:4<br>173:15 | 258:5,11,13<br>**281**  166:24<br>**284-3880**<br>168:17<br>**289**  245:24 | **33**  172:8<br>270:20 271:5<br>271:10,12<br>**34**  172:9 271:6<br>271:13,15,21<br>271:22 |
| **2017**  222:23<br>224:14 228:8<br>232:9,12,14,22<br>**2018**  171:21 | **23**  166:16<br>167:20 171:15<br>173:2 229:4,8<br>229:11 279:5 | **29**  172:4<br>260:10,11<br>**2900**  170:6<br>**296**  253:18,18 | **34th**  169:17<br>**36**  244:11,21<br>**37**  263:21<br>**3d**  257:21 |
| **2020**  252:6<br>272:5<br>**2021**  232:18<br>233:4 | **23rd**  173:5<br>**24**  171:18<br>244:6,7 278:22<br>**244**  171:18 | **3** | **4** |
| | | **3**  189:14<br>226:24 235:15<br>235:18 | **4**  196:9 212:13<br>237:1,19,22<br>**400**  168:7 |
| **2022**  272:6,7<br>**2023**  166:16<br>167:21 171:11<br>172:5 173:2,5 | **245**  171:19<br>**25**  171:19<br>223:25 237:15<br>237:16 245:18 | **3.8**  235:22<br>237:14,23<br>**3/7/23**  229:5<br>**30**  172:5<br>179:23 255:20 | **40s**  194:1<br>231:19<br>**410**  170:15<br>**42**  264:9,10 |

[45 - americas]

| | | | |
|---|---|---|---|
| **45** 265:10 | **64** 255:3 | **a1b** 212:17 | **affiliations** |
| **46** 250:6 | **6637** 278:23 | **ability** 218:13 | 173:22 |
| **47** 252:2 | **67** 255:5 256:7 | **able** 178:4 | **african** 187:20 |
| **5** | **68** 252:6,9 | 275:21 | **afternoon** |
| **5** 228:11 266:4 | **7** | **above** 263:21 | 276:17 |
| **50** 177:14 | **7** 267:24 | 279:6 | **age** 228:21,25 |
| 223:15,17,23 | **7.6.** 235:23 | **abraham** 197:7 | **ago** 204:12 |
| **50s** 223:4 232:4 | **70** 255:5 | 240:7 | 214:16 231:2 |
| **51** 223:23 | **70s** 193:23 | **absolutely** | 273:9 274:7,19 |
| **510** 168:9 | **737** 169:9 | 202:4 269:8 | 275:19,20 |
| **52** 237:7,7 | **75** 260:10 | **accessory** | **agree** 173:8 |
| **52609** 275:5,6 | **783-4041** | 187:24 202:24 | 181:2 190:13 |
| **53** 268:4 | 170:15 | 204:2 | 190:16 197:16 |
| **530** 265:5 | **78701** 169:8 | **account** 206:7 | 197:17,18,24 |
| **55** 168:7 228:8 | **8** | 221:1,15,20 | 219:18 243:3 |
| 263:2,9 | **8** 210:10 | **accurate** 277:6 | 246:17 257:6 |
| **556-1801** 170:8 | 235:20,20,25 | **acknowledged** | 260:7 261:14 |
| **556-2100** | **8,102** 237:8 | 185:25 | 272:20 |
| 169:19 | **802-1820** 169:9 | **actinolite** | **ahead** 262:21 |
| **5:00** 253:15,16 | **80s** 223:4 232:4 | 202:23 203:9 | **air** 199:14,15 |
| 253:16 | **9** | 219:1,1 | 201:12,15,19 |
| **6** | **9** 213:4,6,7,10 | **action** 173:19 | 201:20 202:2 |
| **6** 209:16,19 | 222:19 228:16 | 278:18,19 | **al** 166:7 167:7 |
| 210:1,17,22 | 232:1 | **actual** 178:5 | 173:13 |
| 211:9,12,19,23 | **9.5.** 235:24 | 179:11 180:18 | **alameda** 166:2 |
| 212:14,18,23 | **90067** 168:16 | 200:11 233:20 | 167:2 173:15 |
| 267:8 | 170:7 | 271:6,22 | **alpha** 246:3 |
| **60** 178:3 | **90s** 223:4 232:5 | **actually** 199:14 | 267:20 |
| **60s** 194:3 223:4 | **94607** 168:8 | **additional** | **alternative** |
| 232:4 | **99** 205:21 | 181:19 273:25 | 171:17 |
| **6167398** 166:23 | **a** | **adjudication** | **aluminum** |
| 279:5 281:2 | **a.m.** 167:19 | 171:17 | 183:21 188:1 |
| **62** 235:7,11 | 173:5 215:2,5 | **adjust** 261:11 | **amend** 176:4 |
| | 253:16 | **administered** | **americas** |
| | | 175:2 278:8 | 169:17 |

**[amosite - asking]**

**amosite** 176:11
  176:16,25,25
  179:12,15,22
  180:9,17,21
  183:8,10,10,15
  183:23 185:5
  185:15 187:9
  187:16,18,20
  187:25 188:7,8
  188:9
**amount** 182:15
  207:5 235:13
  239:20,22
**amphibole**
  207:23 221:19
**amphiboles**
  207:19
**analyses** 187:3
**analysis** 171:22
  179:22 180:23
  181:20,22
  187:12 188:11
  204:11 208:1
  208:17 210:10
  210:17,22
  214:6 217:17
  217:18,22
  218:9 239:22
  240:16,16
  252:25 256:23
  259:13 267:10
**analyst** 242:20
  243:4 248:21
  267:9

**analyst's** 248:5
**analyzed**
  266:16
**angeles** 168:16
  170:7
**angle** 265:11
**ann** 177:19
  178:25
**answer** 184:4
  184:21 198:25
  199:6 220:4
  225:20 226:25
**answered**
  180:2 184:2
  198:12,16,23
  220:8,19 221:8
  227:24
**answering**
  218:4 220:20
**anthoph** 184:5
**anthophyllite**
  181:7,16 182:6
  182:12 183:15
  188:1,24 207:7
**anymore**
  230:21 231:3
  273:18
**apologize** 238:5
**appear** 246:25
  248:4,23
  249:15
**appearance**
  173:25 253:6
**appearances**
  168:1 169:1

  170:1 173:22
**appearing**
  279:18 280:7
**appears** 241:9
**appendix** 172:9
**application**
  235:14 237:6,7
  239:20
**applications**
  233:1 235:8
  237:8 240:2
  270:24
**apply** 260:22
**appropriate**
  176:24 274:16
**approximately**
  179:20 197:9
  200:19 228:14
  235:8 237:15
**aram** 208:20
**area** 188:6
  189:5 198:7
  200:5 203:7
  207:9 214:3
  268:24
**areas** 254:1
**argue** 245:13
**argumentative**
  181:13 220:5
**article** 200:11
  270:23 272:2,2
  272:3
**artifact** 257:3,7
  262:19

**arvinmeritor**
  166:7 167:7
  173:13 279:4
  281:1
**asbestiform**
  203:2,9
**asbestos** 176:13
  183:5,19,25
  185:2 187:4,17
  188:12,13,18
  188:20,21
  189:3 190:14
  190:20,22
  192:2,3,6,18
  193:19,22
  194:6,10
  197:20 198:9
  200:21,24
  202:23 218:24
  221:16 239:22
  240:2,4 266:11
  266:15,23
**asked** 180:2
  182:8 184:1
  191:6,12,23
  192:9,10,14,14
  198:12,15,23
  199:3 220:18
  221:7 227:24
  255:6 257:4
  259:25 260:8
  263:13 275:25
**asking** 198:20
  199:21 211:14
  214:13 221:4

Page 4

**[asking - blow]**

227:18 247:15
248:3 261:23
270:13 274:14
**assess** 192:5
**assist** 242:6
**assistant**
195:21
**associate**
174:18
**associated**
203:4 207:19
254:15
**assume** 186:8
216:15 225:22
231:11 233:24
248:10 249:10
260:18
**assumes** 185:18
186:13 221:25
226:2
**assuming**
221:13 225:10
**assumption**
225:24 226:1,8
226:9
**atsdr** 197:21
198:3
**attack** 209:3,10
**attending**
173:6
**attic** 193:1,4
**attorney**
173:25 265:25
278:18

**attorneys**
227:18
**audio** 173:7
**auditor** 242:11
**austin** 169:8
**automate**
242:19
**automation**
242:22
**avenue** 169:17
**average** 235:10
**aware** 190:21
192:17 194:12
194:25 203:20
213:24 216:16

**b**

**b** 172:9 266:21
280:1
**b1b** 212:18,22
**baby** 222:21,23
222:24 223:5
224:14,25
226:21 229:16
229:17 231:17
232:2,3 237:25
239:6,11,13,16
239:17
**back** 175:11
176:8 186:5
189:24 194:1
194:19 213:18
215:14 217:15
230:11,14
235:1 238:3
240:6 243:17

262:22 265:13
265:14 271:10
271:11 272:18
272:19 273:10
273:19,21
275:11
**backup** 175:14
**balance** 261:2
**balancing**
172:4
**baltimore**
170:14
**bare** 236:21
**bark** 200:3,9
200:22,24
**barnes** 168:13
**based** 178:20
204:8,9 220:23
223:17 229:21
230:4,5,5,10,12
235:10 252:25
255:10 256:19
257:10
**basing** 256:23
**basis** 217:11
225:25 226:7
**bathroom**
191:25
**bathrooms**
191:7
**becoming**
265:16
**beginning**
167:19 173:25
218:23

**behalf** 167:18
168:11 174:6
174:12,15
**believe** 177:5
179:4,9 181:5
181:14,23
194:15 215:22
215:22 221:9
233:22 235:18
244:3 254:12
**best** 257:10
**beta** 246:12
247:20 249:21
251:12,13
**better** 217:18
218:13 251:22
257:1 265:5
**biaxial** 246:3
**bigger** 180:3
**billing** 175:14
175:14
**bio** 203:18,21
207:8,20
**birefringence**
246:14,20,22
247:13 249:6
262:13,17
**bit** 176:9
189:25 209:7
219:14 222:6
224:1 235:5
244:11 245:12
264:19 274:6
**blow** 244:15,17

Page 5

**[blown - case]**

| | | | |
|---|---|---|---|
| **blown** 193:13 | 241:14,15 | **bye** 241:18 | 266:19 271:11 |
| **blue** 261:8,9 | **breaks** 214:22 | **c** | **called** 176:18 |
| 272:16 | 214:23 | **c** 265:19 | 177:3 179:12 |
| **bluish** 267:20 | **briefly** 176:8 | **ca** 279:9,12,20 | 181:7 202:10 |
| **board** 191:14 | 190:3 | **calculating** | 256:3 |
| **body** 207:24 | **bright** 249:4,6 | 262:12 | **calling** 179:22 |
| 214:11 232:15 | **broad** 180:10 | **calculation** | 181:15 188:9 |
| 232:17,23 | **broken** 258:3 | 232:25 235:6,6 | 222:12 239:15 |
| 233:6 235:6,11 | **brought** 191:18 | 238:20,21 | 253:23 256:10 |
| 235:14 | 275:15 | 242:7 246:21 | 256:11,12 |
| **bona** 241:7 | **brown** 265:1 | 264:12 | 260:22 261:13 |
| **bottle** 234:25 | **brownish** | **calidria** 243:20 | 262:9,20 |
| **bottles** 233:8 | 263:16,17,17 | 265:17,19,23 | 263:15 264:4 |
| 233:16,20 | 264:6,7 | 266:15 267:6 | 266:23 270:2 |
| 234:3,4,10,17 | **btlaw.com** | 267:13 269:15 | 271:9 |
| 236:2 | 168:18 | 269:17 273:5,7 | **calls** 180:1 |
| **bottom** 244:22 | **bueno** 169:5 | 273:16 275:24 | 181:25 183:12 |
| 270:13 | 174:6,6 | 276:10 | 185:17 186:12 |
| **bought** 223:19 | **built** 190:10,19 | **california** | 188:16 197:22 |
| 225:11 227:14 | **bundle** 259:6 | 166:1 167:1 | 198:11 222:1 |
| 266:3 | 269:24 270:1 | 168:8,11,12,16 | 241:4 |
| **bow** 242:11 | **bundles** 269:20 | 170:7 173:14 | **captured** 234:5 |
| **box** 180:4 | **burden** 179:14 | 198:4 278:4 | **carbide** 266:2 |
| 255:19 | 179:22 187:2 | **call** 175:8 | 267:5,6 273:19 |
| **brand** 225:17 | 187:12 188:11 | 177:9 179:18 | 275:11,13 |
| 227:4,7,13 | 208:1 240:16 | 180:8,18,22,24 | **carcinogenic** |
| 228:6 239:4 | **burdens** 180:24 | 191:2 194:8 | 171:20 |
| **brands** 224:8 | **butler** 169:4 | 209:19 210:18 | **care** 226:16 |
| 226:23 227:15 | 174:14 | 211:24 212:8 | 234:13 |
| 229:16 236:11 | **butlersnow.c...** | 220:24 222:9 | **cares** 226:14 |
| **bread** 180:3 | 169:10,11 | 239:13,14 | **caricatures** |
| **break** 209:14 | **buy** 224:11 | 244:10 245:24 | 204:24 |
| 213:14 214:13 | 225:17 227:6 | 252:2 255:22 | **case** 166:4 |
| 214:17,18 | **buying** 226:13 | 256:3,19 263:3 | 167:4 173:15 |
| 215:7 224:1 | 227:13,21 | 264:7,16,19 | 186:10 196:5 |

Page 6

[case - color]

206:19,20
216:2,4 220:23
230:9 233:8
242:4 246:18
251:11 260:14
278:15
**cases** 201:22,22
208:20 238:19
**causing** 259:24
262:19
**ccp** 279:9,12
**ccrr** 166:22
278:25
**ceiling** 190:17
190:25
**cellose** 193:13
**century** 168:15
170:6
**ceramic** 191:8
192:1
**certain** 220:14
**certainly**
188:23,23,24
188:24 208:11
219:1 229:23
**certainty**
184:10
**certification**
278:1
**certified**
167:21 278:3
**certify** 278:4,17
**cetera** 183:21
201:16 224:6
257:10

**change** 246:12
246:13 250:23
281:4,7,10,13
281:16,19
**changed** 239:2
257:12,17
**changeover**
177:20
**changes** 269:25
**chart** 172:8
243:1 268:13
270:25
**charts** 243:2,17
269:3
**chatfield**
275:14 276:12
**cheaper** 226:23
227:5,6,14
**cheapest** 224:5
224:7
**check** 178:17
215:13
**chemical**
182:20
**chemistry**
177:17,24
182:14 217:19
**children**
238:22
**china** 262:11
**chinese** 171:23
214:1,6 215:9
215:10,13,16
215:19,24
216:7,10

251:18 252:1
**chloride** 217:20
**chris** 174:14
**chris.cowan**
169:11
**christopher**
169:6
**chrysotile**
172:10 188:23
206:21,23
207:5,6,8,14,15
207:16,25,25
208:3,7,8,10,12
208:12 242:2,2
243:20 246:22
247:14 249:7
253:6,8,12,23
254:3,10,16
255:4 256:3
258:9 260:22
261:13,19
262:1,9,15,20
263:19 269:8
269:15,17
270:8 273:4,5
**chun** 172:9
**circled** 272:21
**circuit** 197:17
**circulates**
201:20
**circumstance**
237:10
**city** 277:11
**civil** 279:19,20

**claim** 261:25
**clarified** 191:9
**clear** 175:15,19
176:11 196:4
209:25 216:11
231:5 242:18
252:23 255:10
271:20
**cleared** 205:21
205:22
**clearly** 220:3
**clock** 258:3
**close** 236:1
251:13,16
264:8 272:17
**closed** 200:16
200:20 234:12
**closer** 264:16
**clue** 187:17
**cmc** 170:3
**coalinga**
243:23
**coast** 194:3
**code** 279:9,12
279:19,20
**color** 210:14
243:5 245:8
247:5 248:4,11
248:15 249:2,3
249:15,23
251:4,9 252:25
252:25 255:25
256:3,8,11,23
259:8 261:12
261:13 263:15

[color - cosmetic]

264:3,4,11,22
267:19 268:14
270:15 271:8
272:13 273:17
**colored**  248:10
248:22
**colors**  249:19
251:7 253:22
260:4 261:15
267:16 269:22
271:19,23
273:5
**come**  189:24
194:19 201:13
206:24 240:6
262:22
**comes**  237:8
**coming**  258:9
**common**
238:13
**communicati...**
196:5 231:8
**community**
203:6
**company**  170:3
174:13 206:21
258:20
**compared**
178:7 221:10
265:6
**comparison**
262:14
**completed**
279:7,17 280:6

**completely**
253:10
**completion**
278:15 280:10
**components**
185:4 240:22
**composed**
266:15
**compound**
212:24
**concludes**
276:20
**confer**  234:2
**confirm**  187:3
271:8
**confirmation**
210:10,17,22
**confused**
268:16,19
271:14
**confusion**
212:4 242:23
**conservative**
235:25 237:1
**consistent**
180:18 183:9
183:24 184:19
188:14 207:16
208:11 218:2
218:20 219:18
220:16 221:5
246:5
**constructed**
190:22

**construction**
190:6,15
191:18 192:18
**cont**  169:1
170:1 172:1
**contact**  279:9
**contain**  184:11
190:19
**contained**
194:15,18
277:5
**containers**
217:23
**containing**
183:10,25
185:2 187:16
188:7 190:14
192:6
**contains**  198:6
**contaminated**
202:20
**continue**  173:7
**continued**
232:7,17
**continues**
216:14
**controlling**
251:9
**conversations**
227:15,16,17
**correct**  176:5
176:14,15,17
181:4,9,10,11
185:11,12,16
187:6 190:7,8

190:21 194:23
194:24 202:19
202:21 203:2
207:4,22
210:13 212:8
217:24 220:17
220:22 221:24
224:4,8,13
228:21,22
231:14,15
232:9,10,24
233:10,11,14
233:15 235:9
235:12 239:24
240:5 241:7
243:7 245:10
251:4,5 253:20
253:21 258:1
260:15 263:23
267:7,10,11,14
267:15 268:1
270:13 274:23
275:4
**corrected**  277:6
**corrections**
279:14,15
280:3,4
**corrects**  257:25
**correspond**
272:13
**corresponds**
256:8
**cosmetic**  206:2
213:22 214:7
214:11 220:24

Page 8

**[cosmetic - deposition]**

221:3 232:14
**counsel** 173:11
173:21 174:2
230:13 231:12
279:18,21
280:7
**count** 205:19
**county** 166:2
167:2 173:14
**couple** 215:12
**course** 181:16
202:1
**court** 166:1
167:1 172:8
173:14,18
174:23 189:12
189:19
**covered** 192:1
**covering**
192:12
**cowan** 169:6
174:14,14
**coworkers**
185:1
**crocidolite**
188:22 189:1
**cross** 265:10
**crosstalk**
184:18
**crystalline**
251:10
**csm** 264:2
**csr** 166:22
278:25

**cumberland**
170:3
**cummingtonite**
176:23 177:3
177:10 178:15
178:19 181:9
182:7,12,23,23
182:24 183:3,4
183:16 184:6
184:12 185:5
187:21,23
188:8,24,25
**cumulative**
238:21 239:21
239:24
**curious** 258:21
**cursor** 255:14

**d**

**d** 168:5 171:1
265:19 279:1
**damn** 251:21
**dann** 170:11
**dark** 269:5
**darker** 265:1
268:24
**data** 200:8,12
200:14 204:16
206:11,12
211:7,8 243:22
265:12
**date** 196:10
234:21 278:20
279:16 280:5
281:24

**dated** 171:11
171:21 172:5,6
196:8 278:22
**dates** 233:18
234:17
**day** 175:7
176:4,20
189:12 237:6,7
258:4 277:9
**days** 235:11
**dealing** 206:1
218:9 249:11
**debate** 209:21
**debris** 252:12
253:11
**deciding** 177:2
**deck** 172:7
**decker** 170:18
173:16
**declaration**
171:15,24
229:5,9,10,13
230:16 231:7
231:11 277:1
**declare** 277:3
**defendant**
168:11 170:3
171:16 174:13
**defendant's**
195:10
**defendants**
166:8 167:8,19
169:3,12 174:2
174:5,7,9,15

**defense** 195:16
216:2,4 227:18
**define** 247:8
**definitely** 191:4
209:22 210:6
**definition**
177:20
**degree** 184:10
265:10
**demand** 274:18
276:6
**demanded**
275:11
**demanding**
274:11
**deodorant**
238:17
**depending**
218:11,11
247:10 250:21
260:25
**depends** 207:11
219:20 248:7
249:8
**deposition**
166:13 167:17
173:10 175:7
176:4,20 179:1
204:18 211:18
216:14 224:18
228:6 230:8,10
231:23 246:18
278:14 279:19
279:22,24
280:8,10

Page 9

**[depositions - dubin]**

depositions
231:17
deposits 189:3
described
176:19
describes
196:23
describing
181:3 243:4
description
171:10 172:3
determine
218:14 246:20
determined
279:18,22
280:7
determining
256:4
developed
193:23
developing
232:21
development
203:5
devries 170:11
diagnosis
240:16
diapers 239:2
difference
181:16,18
182:6,11
247:13 254:13
262:17
different
180:12 211:6

231:21 249:23
249:24,24
250:20,25
253:5,10
257:17 259:15
259:17,17,18
259:18,19,20
260:5 261:3
269:21 271:18
273:3,4
diman 169:16
174:8,8
direction
247:21 248:17
249:21 251:14
278:10
directions
251:12,13
directly 275:12
disadvantage
273:20
disagree
262:17
disagreement
227:12
disagrees
269:20
disconnect
211:20,21
discovery
234:6,12
discuss 201:9
discussed 190:6
discussing
191:22

discussion
227:12 233:5
dispersion
243:7 245:8
249:12 252:25
254:17 260:25
261:16 270:23
displayed
272:1
dispute 206:4
disputing
197:13 200:14
203:8
disrespectful
269:11
distance 197:13
distinct 264:23
distinction
178:19
distinguish
253:13
distinguishing
179:4
documents
188:9
dodson 176:16
177:24
doing 180:6,13
180:23 224:19
225:19 232:15
233:2
dolomitic 189:4
doodles 204:22
doodling
204:21

dose 239:22
240:2,6
dr 172:9,10
175:13,16,17
175:21 176:3
176:16 177:24
179:1 184:4,15
185:25 186:10
189:7,11
205:10 208:22
209:9 216:10
222:14 234:16
241:25 242:11
243:1,24
246:17 269:19
270:11 271:15
271:17 272:2,3
274:11,18
draft 230:17,18
230:24
drawer 204:25
drawing
204:23
drilling 266:15
drugstores
168:11,12
dry 238:1,7,15
drywall 191:14
191:22
drywalling
193:16
dubin 169:14
171:6 174:4,4
174:18 175:5
175:10 176:2

**[dubin - estimate]**

180:5 181:1,21
182:4 183:22
184:3,17 185:7
185:20,21,24
186:3,5,7
187:1 188:19
189:16,20,23
190:1 192:13
195:24 196:3,7
198:1,13,19,24
199:5,8,11
205:6 207:17
208:14,19,23
209:1,5,15
210:9,12 211:9
211:13,24
212:2,6,9,14,20
213:1,10,13,15
214:18 215:6
216:6,18 220:6
220:10,20
221:2,18,23
222:5,9,14,18
225:9 226:4,6
228:1 229:3,8
229:12 234:1,8
234:13,15
236:18 241:11
241:24 244:9
244:12,17,20
245:19 249:8
250:9,12
251:21,25
252:5,8 258:3
258:6,12,17,18

258:23 260:12
260:15,16
263:2,5,7,11,12
263:21 264:1
265:19 266:8
266:21 267:1
268:8,12,20
269:1,10
270:23 271:2,5
271:16,22
272:3,6,8,10
274:8,13,20
276:18
**dull** 249:7

**e**

**e** 171:1,15
266:21 279:9
279:12 280:1
281:3,3,3
**eagle** 193:5
199:20 202:4
**eagles** 166:4,4
167:4,4 173:12
173:12 176:17
186:15 190:7
197:2,8,14
201:3 206:4
213:21 217:2
218:1,21
219:17 220:12
222:22 223:4
223:13,18,19
224:2,10,18
225:1,6,7,11,12
226:12,20

229:15 230:8
231:17 232:7
236:4 237:24
239:4,20,23
241:1 279:4
281:1
**earlier** 229:25
238:3
**easier** 210:18
**easily** 262:16
262:16
**east** 168:15
170:6
**easy** 180:22
**edge** 254:7,20
254:21 256:24
264:18
**edges** 254:18
**eds** 182:19
218:9
**edt** 167:20
173:2
**effect** 231:24
260:17
**either** 184:25
192:6 211:2
212:10 218:25
223:8 240:22
273:7
**electrician**
186:17
**elicited** 277:7
**elongated**
245:14 249:11

**elongation**
255:19 265:4,8
265:9
**email** 195:23
**emissions**
199:12,19,22
**employee**
278:18
**enclosed**
201:23
**ended** 204:3
**entered** 207:24
**entirety** 268:6
277:5
**equal** 237:1
**equivalent**
175:20
**errata** 279:14
279:16 280:3,5
**especially**
184:8 194:2
**esq** 168:5,14
169:5,6,14,15
169:16 170:5
170:12 279:1
**essentially**
177:6 193:13
201:23 242:14
242:25 254:19
265:10
**establishing**
179:6
**estimate**
239:19 257:10

**[et - fairly]**

| | | | |
|---|---|---|---|
| **et** 166:7 167:7 | **exfoliation** | 261:21 274:15 | **f** |
| 173:13 183:21 | 202:6 | **explain** 202:15 | **f** 170:3 |
| 201:16 224:6 | **exhibit** 171:11 | 203:12 223:16 | **facilities** |
| 257:10 | 171:12,13,15 | **exposed** 184:11 | 197:10 |
| **evaluation** | 171:18,19,21 | 184:23 185:2 | **facility** 194:21 |
| 171:19 | 171:22,24 | 187:16 197:3 | 194:23 195:1,2 |
| **everybody** | 172:4,5,6,7,8,9 | 197:15 239:23 | 197:18 198:4,9 |
| 209:4 | 175:6,9 205:4 | **exposure** 183:9 | 199:13,16,17 |
| **evidence** | 205:5,9 215:20 | 183:24 184:8 | 200:16,20,22 |
| 185:18 186:9 | 215:25 222:10 | 184:16,24 | 201:8,13,14,20 |
| 186:13,20 | 229:4,6,11 | 186:22,23 | 201:21,25 |
| 197:2,6,14 | 234:7 244:5,7 | 187:8,11 188:2 | 202:2,7,17 |
| 199:18 202:3,4 | 244:10 245:18 | 191:15 197:19 | 205:13 |
| 202:7,13 207:4 | 245:22 250:2,6 | 198:8,8 201:9 | **fact** 181:8 |
| 220:23,25 | 250:11 251:19 | 202:5,5,14 | 184:24 185:24 |
| 221:15 222:1,2 | 258:5,13 | 203:14 204:1 | 186:3,18 |
| 226:3,4 | 260:11 262:25 | 205:13,15,25 | 187:10 202:9 |
| **exact** 248:17 | 263:4,5,6 | 207:13,16 | 202:17 207:18 |
| 251:16 257:21 | 266:24 268:2,5 | 208:7,12,13 | 207:23 218:16 |
| **exactly** 200:17 | 268:7,11 271:1 | 213:22 214:7 | 234:11 236:16 |
| **examination** | 271:12,13,15 | 217:9 220:24 | 240:17 248:20 |
| 171:3 176:1 | 274:9 275:2 | 220:25 221:4 | 254:14 261:1 |
| **examined** | **exhibits** 171:8 | 221:15,19 | **factor** 177:2 |
| 175:2 | 172:1 | 232:25 265:23 | 179:4 |
| **example** | **expect** 204:6 | **exposures** | **factors** 217:19 |
| 250:13 261:7 | 241:9 271:19 | 187:4 204:10 | **facts** 185:18,21 |
| **examples** | **expected** 178:9 | 208:9 217:5 | 185:22 186:13 |
| 219:10 | 204:3 | 240:4 | 186:18 221:25 |
| **except** 189:3 | **expensive** | **extent** 175:12 | 226:2,4 242:4 |
| **exclude** 204:16 | 226:13 227:13 | 196:4 204:15 | **failed** 276:13 |
| **excuse** 184:5 | 227:21 | 205:7 207:18 | **fair** 196:25 |
| 202:7 204:19 | **expert** 195:4 | 231:4,23 234:5 | 197:1 198:14 |
| 205:24 215:18 | 240:24 | 240:24 | 201:19 |
| **executed** 277:9 | **experts** 195:11 | **eye** 248:5 | **fairly** 205:24 |
| | 195:16 240:25 | | 219:2 |

**[familiar - fugitive]**

| | | | |
|---|---|---|---|
| **familiar** 240:14 | **fide** 241:7 | **first** 176:4,7,19 | **foot** 236:21 |
| **fans** 201:16 | **figure** 218:16 | 189:6 190:5 | 237:4,18,19,20 |
| **far** 193:18 | 227:20 254:18 | 191:18 194:25 | 237:22 |
| 197:9,12 209:6 | 261:9 | 203:17 222:20 | **foregoing** |
| 230:11,14 | **filament** | 223:3 229:13 | 277:4 278:5,7 |
| **father** 185:14 | 252:20 | 230:24 231:17 | 278:11,13 |
| 185:25 186:10 | **filed** 173:13 | 237:10 242:5 | **form** 248:6 |
| 186:15 | **files** 191:23 | 243:4 244:13 | **formation** |
| **father's** 176:10 | 274:1,15,18 | 245:2,10 | 214:4 |
| **feasible** 206:9 | **filter** 255:20 | 247:15 252:14 | **formula** 178:12 |
| **features** 191:3 | **financially** | 255:18 259:7 | 178:24 179:11 |
| **february** 172:5 | 173:19 278:17 | 273:25 | **formulations** |
| **federal** 278:14 | **find** 180:7 | **five** 214:16 | 178:5 |
| 280:1,8,9 | 187:9,18,22,23 | 241:15 | **forth** 175:11 |
| **feel** 209:9 | 204:13 205:23 | **flake** 252:11,13 | 278:6 |
| 227:22 261:18 | 206:1 216:11 | 253:11 | **found** 185:10 |
| **feet** 233:1 | 222:15 227:4,5 | **flat** 251:12 | 188:13 189:2 |
| 237:11,16 | 274:15,19 | **flip** 252:7 | 195:9 197:7 |
| 238:7,9,10,15 | 276:2 | 263:23 264:11 | 200:8 203:13 |
| **fiber** 177:24 | **finding** 171:14 | **floating** 201:3 | 207:6,15 208:8 |
| 179:22 187:2 | 183:8,14,17,23 | **floor** 169:17 | 213:21 214:5 |
| 187:12 208:1 | 184:5 200:21 | 170:13 190:17 | 215:8,12 |
| 239:25 245:6 | 205:11,15 | 191:23,24 | 217:13 218:2 |
| 245:21 259:6 | 215:23 216:21 | **fluid** 243:12 | 219:17,19,20 |
| 269:9,15,17,19 | 219:23 220:14 | **focus** 237:9 | 221:9 272:16 |
| **fibers** 201:3 | **findings** 204:9 | 254:6 257:8,9 | **four** 189:10 |
| 244:18 245:7 | 218:20 221:5 | **focused** 265:11 | 235:11 |
| 256:18 266:7 | 258:9 | **foia** 276:5,5 | **foushee** 171:24 |
| **fibrous** 187:24 | **fine** 210:25 | **follow** 175:18 | 258:19 |
| 206:5 211:17 | 212:2 214:19 | 234:2 235:3 | **frame** 194:12 |
| 214:10 248:2 | 214:20 261:20 | 258:16 | **frcp** 280:1 |
| 250:21,24 | 261:21 | **followed** | **free** 247:19 |
| 251:14 253:8,9 | **finish** 242:1 | 222:24 232:3 | **front** 229:10 |
| 254:2,14,16 | **finished** 226:25 | **follows** 175:3 | **fugitive** 199:12 |
| 256:17 265:4 | | 279:8 | 199:19,22 |

Aiken Welch, A Veritext Company
510-451-1580

[full - greenwood]

**full**  232:15,17
 274:25
**fully**  242:19
**fundamental**
 243:6
**further**  278:13
 278:17

**g**

**gamma**  246:3
 251:14
**gdldlaw.com**
 170:16
**general**  245:21
**generally**  246:6
 246:7
**generate**  270:9
**generic**  229:16
 236:10
**geological**
 176:24 213:24
 214:4
**georgia**  166:4
 166:15 167:4
 167:19 173:1
 173:12
**getting**  186:4
 226:22 230:6
 232:19 238:17
 246:15 250:25
 255:3
**give**  194:8
 206:17 210:3
 227:2 241:15
 242:16 245:16
 245:17 247:21

**given**  230:25
 240:19 242:11
 276:20 278:12
**gives**  252:20
 253:3 261:2
 267:12
**giving**  257:10
**go**  173:8 176:7
 186:5 212:17
 212:19 213:18
 214:22 215:14
 222:19 228:11
 228:16 229:8
 238:3 241:16
 244:10,22
 245:24 246:1
 250:10 252:1,6
 255:8 258:25
 259:3 263:7,21
 263:23 264:9
 264:10 265:4
 267:8 270:18
 271:8,10,17,18
 272:11,18,18
 273:9,21
 274:11,15,18
 274:25
**god**  189:20
**goes**  230:21
**going**  182:12
 185:9 189:9,16
 194:19 202:2
 204:14,15

247:22 249:8
 269:21
205:19 209:12
 213:5 214:21
 215:20 216:13
 220:3 225:23
 226:12 234:1,7
 234:11 242:1
 244:9 246:6,11
 246:12 247:20
 247:22 248:6,9
 249:9 259:15
 261:3 262:21
 264:15 267:18
 268:2 269:4,18
 270:17 271:7
 271:17 272:20
 272:23 273:16
**gold**  247:7,9,9
 248:16,23,23
 259:25 263:16
 263:17 264:7
 264:21 268:24
 269:5
**golden**  249:18
 252:16,21
 253:4 255:5
 256:11 259:8
 262:8 267:19
 268:24 269:4
**goldish**  247:11
 248:7 249:2,2
 249:2 256:14
**golds**  248:14
 252:22
**gonna**  209:18

**good**  173:4
 204:25 214:15
 276:17
**goodell**  170:11
**gordon**  208:17
 208:18,22
**grace**  194:21
 194:23 195:1
 196:14,24
 197:3,20 198:4
 198:9 199:13
 199:22 200:15
 200:20 201:8
 202:14,17
 205:13 216:3
**grace's**  202:5
**gram**  237:1,13
 237:20,20,20
 237:21,21,22
**grams**  235:20
 235:20,22,25
 237:1,14,19,22
 237:23
**graphic**  172:8
 260:8 271:4
**graphics**  271:3
**great**  214:25
**greater**  223:15
 223:17
**greatest**  209:8
**greenstone**
 215:19
**greenwood**
 168:4

Aiken Welch, A Veritext Company
510-451-1580

[growths - image]

**growths** 262:15
**grun** 183:2
**grunerite**
176:20,23,24
177:4,10,15,23
177:25 178:15
178:16,19
180:8,9 183:3
183:4,15,16,18
184:6,12 185:5
185:10 187:21
187:21,23
188:8,25
**guess** 187:19
220:3 223:24
227:9,23
232:20 236:1,8
248:8 251:18
263:16 265:13
266:18 270:18
276:16
**guniting** 194:7
**guy** 209:6
**gypsum** 191:14

**h**

**h** 281:3
**half** 205:20
235:23
**hand** 194:4
**handled** 188:5
279:8
**handwritten**
171:12 205:1
**happened**
194:1 205:20

222:3
**happening**
261:2
**happens** 251:6
**happy** 202:15
229:2
**harassing**
198:18,24
**hard** 244:16
**harrison** 168:7
**hatfield** 266:1
**hazardous**
197:20 198:8
**head** 208:20
243:24
**heat** 201:17
**height** 269:24
**help** 238:1,16
238:16
**helps** 187:10
**hermetically**
201:25
**hey** 206:22
**hi** 174:4
**hiding** 208:24
**high** 199:12,19
207:19
**higher** 245:12
264:13,15
269:6
**highest** 197:19
198:7
**hines** 170:12
**hired** 208:21

**historically**
176:14
**history** 184:22
185:13,19
208:7
**hits** 209:8
**holding** 258:20
**home** 183:9,24
190:2,4,15,20
190:22,24
192:5,23
193:16 236:4
**homes** 192:19
**hose** 194:8
**hour** 209:13
214:20,23
241:13
**hours** 189:10
189:12,14
**house** 190:5,9
190:10,12,19
191:16 192:10
193:1 194:15
236:7
**houses** 190:7
**howie** 177:19
**hue** 248:15
253:3,4
**huh** 238:20
**humans** 171:20
**hundreds**
179:25
**hvac** 201:14,18
**hypothetical**
206:17 207:1,3

207:3,12 208:5
220:21 241:7

**i**

**iarc** 171:19
245:23 250:7
**idea** 179:20
184:13 201:3
217:18
**identification**
172:10 175:9
205:5 215:25
229:11 242:3
244:7 245:18
250:11 251:19
258:5 260:11
263:6 265:12
266:24 268:11
271:12,13
**identified**
177:24 198:7
220:12,22
259:5,5
**identify** 219:12
219:13 220:13
242:20 252:14
255:6 256:1
265:3
**identifying**
249:12
**ii** 169:14
**image** 250:5
251:2 252:7,9
253:17 259:3
260:23 263:23
264:24 274:7

Page 15

**[images - jake]**

| | | | |
|---|---|---|---|
| **images** 252:15 260:18 261:10 261:25 262:1 263:9 274:2 | 268:21 271:24 **indicate** 234:18 **indicated** 226:22 232:6 | **inner** 262:15 **inquired** 228:2 228:3,4 | 224:21 **intrusion** 202:2 **investigators** 200:21 |

**images** 252:15
260:18 261:10
261:25 262:1
263:9 274:2
**imagine** 195:23
**immersed**
245:8 250:15
**impacted**
260:18
**important**
181:3,5
**inc.'s** 171:16
**incidentally**
204:17
**include** 205:8
238:21,23
268:6
**included** 268:8
279:14 280:3
**includes** 271:16
**including**
175:13 215:23
216:9 229:17
254:5 274:2
**incomplete**
206:25 208:4
**inconsistent**
203:14 205:12
**incorrect** 251:6
**increase** 274:5
**index** 247:24
249:14 250:14
250:16 254:25
255:10 256:5
267:13 268:18

268:21 271:24
**indicate** 234:18
**indicated**
226:22 232:6
**indicating**
223:3 228:23
235:1 247:1
**indices** 242:7
242:17 243:12
243:19 246:2
246:10 247:12
247:16 251:1
264:15 269:7
269:22,25
**individual**
181:24 184:7
184:23 185:14
187:4,15
206:18 237:9
**individuals**
179:15 185:1
200:2 238:14
**industrial**
194:16,18
**information**
188:4 228:23
230:6,12,19,25
231:1,6,13
236:5 243:13
274:1
**inhaled** 204:7
**initial** 181:22
194:22
**initially** 211:15

**inner** 262:15
**inquired** 228:2
228:3,4
**inside** 199:16
199:17 201:12
201:20 202:2
**instances**
200:13
**instructing**
199:5
**instrument**
248:8
**insulation**
176:11,13
183:10,25
185:3,15
187:17 192:25
193:3,6,7,11
**insulator** 188:5
188:5
**intending**
232:22
**intensity** 240:4
**interested**
173:20 278:17
**interesting**
191:1
**interfering**
217:19 218:10
**internal** 196:5
268:3
**interpretation**
249:1
**interview**
191:19 201:10

224:21
**intrusion** 202:2
**investigators**
200:21
**involved**
206:19,20
265:16 266:5
**iron** 177:5,8,14
178:3,11,11,20
178:20,23
179:2,3,5,10,10
181:17 182:15
259:16
**iso** 171:18
244:10 270:8
270:12,12
**issue** 196:21,22
207:10 236:16
**italian** 214:1
215:18
**items** 274:12

**j**

**j** 170:12
**j&j** 214:6
215:11,15
218:20 236:3
**ja23-006**
212:22
**jack** 168:6
**jacob** 169:15
**jake** 174:16
211:10,25
213:10,14,17
222:9,15 232:7
258:13 263:2,8

Aiken Welch, A Veritext Company
510-451-1580

**[jake - kslaw.com]**

265:20
**january**   172:6
  267:6
**jeffrey**   170:12
**jersey**   189:4
**jjh**   170:16
**jkeester**   169:21
**jm**   180:21
**job**   166:23
  279:5
**joe**   174:20
  189:17 209:11
  214:19 257:25
  274:13
**johnson**   166:21
  167:21 169:3,3
  169:12,12
  171:14,14
  173:18 174:5,5
  174:7,7,8,9,15
  174:15 181:8,8
  185:11,11
  214:2,2 215:22
  215:22 216:22
  216:22 217:3,4
  217:6,6,7,7,8,8
  217:10,10,12
  217:12,13,13
  217:22,22
  218:2,3 219:19
  219:19 220:16
  220:16 221:5,6
  221:11,11
  223:11,11,21
  223:21 224:12

224:12,25,25
225:23,24
226:17,18,20
226:21 227:8,8
228:5,5,7,7,8,8
232:8,8 233:10
233:10,13,13
250:3,3 258:9
258:10 259:9,9
262:1,1 278:3
278:24
**johnson's**
  222:23 224:14
  229:16 232:3
  239:16
**joint**   191:13
**joking**   209:7
**joseph**   168:5
  279:1
**jsatterley**
  168:10 279:2
**judgment**
  171:16
**judgments**
  182:21
**july**   171:21

**k**

**k**   170:3
**kazan**   168:4
**kazanlaw.com**
  168:10 279:2
**keep**   180:18
  213:4 238:1,1
  238:6,15
  251:23 275:21

**keester**   169:15
  174:16 211:12
  213:12 222:17
  244:8 263:10
**kevin**   168:14
  174:10
**kevin.rising**
  168:18
**keyed**   212:7
**kim**   169:5
  174:6
**kim.bueno**
  169:10
**kimberlee**
  170:18 173:16
**kind**   182:20
  193:11 209:11
  252:21 265:11
  265:22
**king**   169:13
**kitchen**   191:7
**knew**   195:9
  224:21
**know**   177:11
  178:13 179:24
  180:4,13,14,20
  180:21 181:15
  182:2,17,24
  184:24 187:8
  192:10 193:7
  195:1,5,25,25
  197:9,12
  198:24 199:12
  200:15,19,23
  201:4,16,17

203:25 204:12
204:12 207:3,7
207:9 208:6
209:13 214:3
215:9,12,16
216:6,24 218:7
218:10 219:22
220:2,14
221:10 223:7
225:19 226:15
228:10 231:1
233:17,17,18
234:9,16
235:17 238:13
240:3 243:1
246:16,21
247:7 248:15
248:24 249:5,5
249:22 252:18
254:4,17
255:13,16,22
256:12 257:3,8
257:9 258:17
259:12 260:5
260:24 261:8,9
265:8,22 266:9
269:19,19
272:12 273:9
273:10,12,13
273:17,22,23
275:19 276:1,3
276:7,12
**kslaw.com**
  169:20,21,22

**[l - looked]**

| l |
|---|

**l** 265:19
**lab** 252:17,19
  259:4 268:15
  270:14 272:13
  273:13
**labeled** 212:22
**laboratory**
  265:15,17
**labs** 276:13
**larger** 253:19
**largest** 255:8
**lavaca** 169:7
**laying** 251:12
**leads** 177:25
**leave** 205:4
  215:20 216:13
  234:7
**leaves** 207:25
  261:8
**leaving** 216:13
**leavitt** 216:2,3
  216:4,7,8
**led** 257:15
**leech** 170:11
**left** 175:7
  241:13 255:8
**legal** 173:17
  276:23 279:7
**legitimate**
  199:3
**lengths** 245:6
**leslie** 166:21
  167:21 173:18
  278:3,24

**letter** 171:11,21
  172:5,6 235:4
**levels** 197:20
  198:8 270:7
**lewis** 166:4
  167:4 173:12
**libby** 200:13
  202:18,20,24
  203:1,6,10,14
  221:19 222:4
**light** 248:8,10
  248:22 252:20
  259:23 260:21
  261:11 262:2,4
  262:7
**lightbulb** 253:1
  253:2 257:14
  257:20,22
  259:13 260:19
**lightbulbs**
  257:18
**likely** 185:4
  190:13,19
  206:13 223:14
  241:2
**lime** 189:4
**limited** 214:21
  215:24
**line** 262:18
  279:15 280:4
  281:4,7,10,13
  281:16,19
**liquid** 245:9
**listing** 223:3

**literature**
  213:24
**litigation**
  175:14 265:16
**little** 176:9
  189:25 209:7
  219:14 222:6
  224:1 235:5
  244:11 245:12
  264:19 274:6
**lived** 192:8
**llc** 168:11,11
**llp** 168:13
  169:13 170:4
  170:11
**locked** 279:12
  280:1
**london** 168:6
**long** 181:23
  182:9 196:10
  200:25 206:13
  207:21 231:2
  233:1,2 236:8
  273:2,14 274:7
**longer** 214:22
  242:10 243:9
  257:13
**longo** 166:14
  167:18 171:4,9
  171:15,24
  172:2 173:10
  175:1,17 176:3
  184:4,15
  185:25 186:10
  189:7,11

205:10 216:10
  234:16 241:25
  270:11 271:17
  274:11,18
  276:21 277:3
  277:17 279:5
  281:2
**longo's** 172:10
  222:14
**longs** 168:11,11
  174:10 217:7
  222:24 223:5
  224:9 226:21
  229:17 232:4
**look** 177:12,16
  177:19 178:5,5
  178:13 179:11
  182:24 197:12
  198:2 199:23
  202:12 206:22
  215:14,17
  218:7 219:23
  224:5 226:15
  229:2 235:2
  245:3 249:9
  250:19,20
  253:17 255:19
  259:2 261:10
  265:5 267:22
  267:24 269:2
  271:7 273:6,10
  274:22 275:18
  275:20
**looked** 178:24
  182:22 193:8

Aiken Welch, A Veritext Company
510-451-1580

**[looked - matching]**

193:11 199:24
199:25 200:3
201:1 252:16
276:1,5
**looking** 191:2
206:6,7 210:14
210:21 211:5,6
211:7,9 212:22
213:3 217:16
222:3 227:1,9
234:20 240:12
242:15,21,25
243:17,17
248:2 252:9
261:16 264:2
264:14
**looks** 244:13
248:21 250:15
255:13
**los** 168:16
170:7
**lot** 181:14
191:3 209:20
230:18,18,21
249:19 254:4
260:2
**low** 246:23
**lower** 178:8
245:12 264:13
264:14,20
**lowered** 178:23
**ltl** 169:3,12
**lucky** 168:11
174:10

**luckys** 226:21
**lunch** 189:10
**lung** 180:23
183:20,24
184:6 188:11
197:8 204:11
206:4,13,19
207:10 208:8
240:15 241:8
**lungs** 203:13
204:6 205:16
205:22,23
206:19 207:7
214:8
**lymph** 207:9

**m**

**m62609** 275:4
**m71109** 171:22
**m71111** 171:22
**m71614-001**
264:2
**m71614-001...**
263:19
**machine** 278:9
**macron's**
243:24
**made** 179:21
192:3 278:9
**magenta**
272:23 273:17
**magnesium**
177:5,9,14
178:7,8,21,22
179:5,10

**magnification**
274:6
**majorities**
223:9
**make** 175:19
176:8 177:12
182:20 185:6
191:17 192:16
192:21 194:7
202:16 208:15
209:24 212:15
212:23 213:4
216:8 219:11
225:15 226:10
229:3 234:6
241:15 244:4,9
250:2,5 251:25
260:9 261:15
262:7,23,25
265:12 267:23
271:5,5 279:14
280:3
**makes** 185:9
192:2 234:2
**making** 262:14
262:19
**manganese**
178:14
**manufactured**
234:19
**manufacturing**
188:6,7
**marine** 186:16
**marinite**
180:21,22,22

**mark** 245:22
257:24 266:17
268:2 270:15
270:19,25
271:6
**marked** 175:9
205:5 215:25
229:11 244:7
245:18 250:11
251:19 258:5
260:11 263:6
266:24 268:11
271:12,13,21
275:1
**marker** 178:15
**market** 168:6
**marking** 175:6
270:21
**marlin** 166:4
167:4 173:12
230:8
**mart** 168:11
**maryland**
170:14
**mas** 171:22
196:6 211:8
212:1,3 230:23
258:7 267:6,10
271:24 275:8
275:23
**matches** 261:18
**matching**
242:15,24
255:17 259:19
259:19

Aiken Welch, A Veritext Company
510-451-1580

**[material - movement]**

| | | | |
|---|---|---|---|
| **material** | **media**  173:9 | **mind**  264:23 | **misunderstood** |
| 190:18,25 | 276:21 | **minds**  261:12 | 266:22 |
| 193:9,12 194:2 | **meet**  234:2 | **mine**  243:25 | **mobrien**  170:9 |
| 196:1 205:19 | **members**  203:6 | 259:15,15 | **mod**  266:15 |
| 221:17 230:22 | **memory**  258:19 | **miner**  207:6 | **model**  233:1 |
| 243:25 266:4 | 259:1 | **mineral**  177:9 | **molten**  240:20 |
| 269:23 | **mention**  194:23 | 179:18 180:7 | **moment**  255:23 |
| **materials** | 216:7 | 180:18,25 | **monday**  166:16 |
| 175:12 176:12 | **mentioned** | 181:3,4,11 | 167:20 173:2 |
| 176:13 183:11 | 191:21 203:22 | 187:25 188:12 | **money**  227:10 |
| 183:25 185:16 | 216:20 | 188:18,20,21 | 242:13 |
| 187:17 190:14 | **mesothelioma** | 204:1 219:16 | **monoclinic** |
| 192:6,22,23 | 203:5 232:20 | 251:8 255:7 | 181:18 |
| 219:7 239:10 | **metal**  240:20 | **mineralogical** | **monograph** |
| 240:7,18 | 240:23 241:8 | 176:25 | 245:23 |
| 259:17 269:9 | **metallic**  240:18 | **minerals** | **monographs** |
| 273:23 275:15 | **methods** | 202:24 203:1 | 171:19 |
| **matter**  173:11 | 172:10 | 204:2 218:25 | **montana** |
| 183:5 247:21 | **microns**  269:21 | **miners**  203:5 | 200:13 202:25 |
| **matthew**  170:5 | **microscope** | **mines**  184:9 | 203:10,14 |
| 174:12 | 248:21,25 | 214:2 | 222:4 |
| **mcclain**  168:4 | 250:15 252:24 | **minute**  224:15 | **morning**  173:4 |
| **mdl**  215:16 | 253:13 254:10 | 241:15 | **morton**  169:14 |
| **mdubin**  169:20 | 254:11 256:25 | **minutes**  214:16 | 174:4 |
| **mean**  195:3 | 257:13,21 | 214:24 | **morty**  216:1 |
| 197:1,12 | 262:2 | **mischaracteri...** | 268:16 271:14 |
| 201:24 208:2 | **microscopes** | 236:13 | **motion**  171:16 |
| 214:19 220:6 | 257:23 262:16 | **misleading** | **motorized** |
| 223:6,20 | **microscopic** | 218:5 269:10 | 193:25 |
| 249:23 250:18 | 240:21 241:8 | 270:4 | **move**  189:25 |
| 250:22 253:11 | **microscopist** | **misspoke** | 194:20 204:16 |
| 254:24 259:18 | 261:10 | 184:14,15 | 213:13 |
| 260:20 269:11 | **migrates**  207:9 | **mistake**  179:18 | **movement** |
| **means**  206:23 | **milled**  269:23 | 179:21 | 201:15 |

Aiken Welch, A Veritext Company
510-451-1580

**[mva - oil]**

mva 210:16,22
211:7,22 212:5

**n**

n 171:1
name 173:16
176:25 177:1
179:19 180:19
180:25 181:4
181:12 183:16
187:20 266:14
278:21
names 174:3
nanometer
255:20 265:5
natural 183:19
189:2,3 221:16
naturally
202:23 221:16
near 195:2
252:11
necessarily
188:10
necessary
279:14 280:3
need 175:8
189:9 216:5
234:3 235:3
240:3 271:7
275:1
needed 227:22
needs 214:18
242:20
neither 197:6
233:10 278:17

never 179:12
179:19 188:22
189:1 217:13
231:12 243:12
new 169:18,18
189:4,4 256:25
newark 198:4
nine 228:18
nist 275:23
276:9
noas 183:16
nobody's
185:22
non 236:3
248:10
nony 195:17
196:8,23
nony's 195:4
197:11 199:25
normally 225:2
225:6 261:6
notating
279:15 280:4
note 231:25
notebook
258:16
noted 276:24
notes 171:12
190:3,3 194:22
201:2 204:17
204:20 205:1,8
222:11,14
226:16 228:11
228:15 231:20
231:25 232:1,7

232:8
notice 175:7
259:7
noticing 173:25
number 171:10
172:3 222:15
229:6 238:14
239:19 240:1
248:24 258:1
262:14 272:22
274:22,23
276:12,21
279:15 280:4
numbers
267:24,25
275:3
nvlap 242:11
242:13 276:6

**o**

o 266:21
o'brien 170:5
174:12,12
oakland 168:8
oath 175:2
278:8
object 211:4
234:11,14
274:10
objecting 199:2
274:17
objection 180:1
180:10 181:13
181:25 183:12
184:1 185:17
186:12 188:16

197:22 198:11
198:15,22
199:3 206:25
208:4 212:24
220:5,18 221:7
221:22 225:4
226:2 236:12
241:4 274:4
objections
173:23
observing
255:11 264:3
264:11,24
obvious 228:9
obviously
201:7 241:25
251:22
occurring
183:19 189:2,3
202:23 221:16
october 166:16
167:20 171:11
173:2,5 196:9
278:22 279:3,5
offering 213:19
217:1,3
office 199:17
201:4,5 279:11
oh 189:20
211:16 228:14
266:16,22
oil 245:3
246:25 248:5
248:12 249:18
250:14,16

Aiken Welch, A Veritext Company
510-451-1580

**[oil - page]**

251:4 268:15
268:20 269:3
**okay** 174:20
176:7,16
177:13,18,22
179:3 180:6
181:2,6 182:10
182:19 183:8
186:5 187:2
189:23 190:9
190:12 191:17
191:21 192:4
193:19,21
194:5,10,14
195:8,17 196:3
196:13,22
197:9,16 198:2
198:6 199:8,21
200:10,15
201:12 203:15
204:14,22
205:3 206:10
206:17 208:21
209:16 210:20
211:18 213:2
214:12,25
215:20 220:13
220:20 221:3
222:8,20 223:8
224:10 225:21
226:10,25
228:11,12,13
229:13 230:12
230:15 231:23
232:25 233:25

234:13 235:2,5
235:20 236:9
236:19,25
241:17 244:22
244:24 245:3
245:20 246:1
247:5,15,23
248:3,19
249:10,17
250:1 251:17
252:14,23
253:5,17 254:4
257:5,12,22,24
260:7 263:20
263:23 264:9
264:22 265:13
267:4,8,16
268:13 269:2
269:13 270:17
271:6 272:18
273:15,25
274:13,21,25
275:6,7,10
276:4,8,14,15
**old** 190:12
233:16 257:23
260:18
**older** 257:23
261:10
**olympus**
252:19
**once** 276:2
**ones** 231:21
262:11

**open** 205:4
215:20 216:14
234:7
**opinion** 179:13
183:17 186:21
188:3 205:15
206:6 213:20
213:23 214:7
217:1,3,8
218:5 219:25
222:22 223:10
223:14,17
241:2 261:19
269:23
**opportunity**
241:16
**opposed** 177:10
**opposition**
171:16
**orange** 259:23
262:8
**oranger** 260:20
**orangish** 253:3
253:4
**order** 179:9
181:18 229:4
240:1 244:5
245:22 250:2
251:17 260:9
262:25 266:18
268:3 270:19
271:23
**orientation**
250:22,23
251:11

**original** 278:14
279:10,21
**orthorhombic**
181:17
**outcome**
173:20
**outline** 212:7
**outside** 201:21
207:10 256:15
**overall** 197:2
221:10,12
**overly** 180:10
**owl** 261:8
**own** 184:25,25

**p**

**p.m.** 167:20
241:20,23
253:16 276:20
276:24
**page** 171:10
172:3 210:10
222:19 226:19
226:24 228:11
228:16,17
232:1 244:11
244:19 245:24
250:10 252:6,9
253:18 259:3
263:7,9,21
264:9,10 267:8
267:24 279:15
280:4 281:4,7
281:10,13,16
281:19

Page 22

**[pages - plate]**

pages 166:24
279:14,17,17
280:3,6,6
painted 191:5
pale 245:8,15
246:7 247:1,8
249:4,5,6,7
paneling 191:4
paper 193:8,12
paragraph
229:9,9 231:13
parallel 245:5,6
245:15 246:6
250:24 253:6
261:17 267:17
273:22
park 168:15
170:6
part 178:16,23
187:11 198:19
203:11,12
222:20 244:17
264:6 270:11
participants
173:6
particle 176:22
181:24 220:11
248:9 249:11
255:9,11
256:13,16,24
257:2 262:24
263:13
particles 206:5
206:5 240:8,15
240:17,18

241:1 254:5
255:17
particular
184:23 260:1
particulates
205:17 264:19
parties 173:8
party 173:19
278:19
past 179:17,21
187:5,9,16
204:9 214:6
238:14,18,19
266:16
pdf 244:21
279:12 280:1
peak 178:3,4,7
178:8,14 218:8
218:8 219:2,3
penalty 277:1,4
279:16 280:5
people 207:8
241:15
percent 177:14
178:3 193:24
205:20,21
223:15,17,23
223:23,25
237:15
percentage
223:11
perform 208:1
period 185:3,15
279:18 280:7

perjury 277:1,4
279:17 280:6
perpendicular
248:17 250:25
254:13 261:17
267:17 272:12
273:22
perrigo 170:3
174:13
persistence
203:18,21
207:8,20
personal
228:20
pertains 278:13
peterbilt 195:2
197:18 199:16
199:17 201:25
petty 228:9
ph.d. 166:14
167:18 171:4,9
171:15,24
172:2 173:10
175:1 276:21
277:3,17 279:5
281:2
photo 234:24
photograph
234:18 256:20
257:11
photographed
234:23
photographs
234:4,20

physical 234:3
picked 209:8
picture 259:4
pictures 257:6
259:9
place 173:8
274:4 277:7
278:6
placeholder
171:12,13
plaintiff 173:11
187:15 195:14
195:15 230:8
233:12
plaintiff's
184:25 186:10
188:13 265:24
plaintiffs 166:5
167:5 168:3
174:21 175:21
195:7 230:13
231:12 240:25
plane 247:17
247:18
plant 197:21
199:20,22
202:6,6,14
plaster 190:25
191:13,22
plasters 193:19
193:21 194:6
194:11
plate 246:10,14
246:25 247:1
247:17,17,18

Aiken Welch, A Veritext Company
510-451-1580

**[plate - problem]**

247:24 248:3,4
248:11,22
249:14,18,20
251:12 252:12
252:13 253:7
254:9,12,15
255:7 256:16
**plates** 214:9
246:9 248:1
249:13 250:20
250:22 251:3
251:11 253:20
253:25 254:2,5
254:6,7,19,22
254:25 255:2
255:20 256:1
260:1,20,25
261:12,16
262:7,10
264:23,25
265:7
**platy** 187:23
**play** 232:21
**played** 232:18
**playing** 232:19
**please** 173:24
174:3,23
215:21
**plenty** 182:18
**plm** 172:10
243:7 249:12
252:24 254:10
257:23 259:4
265:17 266:5
267:10 273:12

274:2
**plms** 257:17
**plywood** 191:2
**point** 176:5
177:8 183:7
189:10 196:2
240:12 257:12
**points** 188:2
249:22
**polar** 265:9
**polars** 265:10
**polsinelli** 170:4
**polsinelli.com**
170:9
**population**
221:13
**portion** 203:13
**portions**
234:17
**position** 253:14
253:16,16
274:14
**positively**
220:22
**possession**
233:13,21
**possibilities**
195:13
**possible** 202:10
202:11
**possibly** 176:20
176:23 177:22
177:25
**potassium**
218:8 219:3

**potential**
187:22 192:11
197:19 198:8
201:9
**potentially**
254:15
**pounds** 266:4
**powder** 184:8
184:24 188:2
205:22 214:11
222:21,23,24
223:5,12 224:3
224:14,25
225:11 226:21
229:16,17
231:18 232:2,3
232:12,14
233:13 235:13
236:20,22
237:2,23,25
238:8,11 239:6
239:7,11,11,13
239:15,16,17
**powerpoint**
260:10
**poye** 250:3
**poye's** 252:16
252:18
**precise** 177:12
177:16
**preferred**
226:17 227:3,7
228:6
**preliminary**
242:2

**preparation**
231:8
**prepared** 190:4
231:10
**presence**
213:25
**present** 170:17
173:21
**presenting**
261:25
**presumably**
226:14 233:12
**pretty** 180:22
209:10 215:13
251:13,16
264:8 272:17
**price** 226:14,16
**primarily**
262:10 264:20
**primary**
202:12,13
217:9 223:9
**printing** 234:25
**prior** 175:13
192:7 231:6
236:13 265:15
278:7
**probably** 213:9
249:16 255:16
255:18 259:16
264:16
**problem**
180:15 210:4
212:6 218:16
218:17 241:18

Page 24

**[problem - really]**

| | | | |
|---|---|---|---|
| 259:24 | **project** 171:22 | **put** 193:5,24 | **r** |
| **procedure** | 274:2,22,22 | 194:4 231:25 | **r** 169:6 265:19 |
| 279:19,20 | 275:3 | 232:5 238:10 | 281:3,3 |
| **proceeding** | **properly** | 242:14,15,24 | **r&s** 280:1,9 |
| 173:24 | 220:12 243:4 | 272:8 | **rahman** 169:16 |
| **proceedings** | **protection** | **puts** 235:14 | **raised** 195:10 |
| 278:5,7,9,15 | 208:24 | **putting** 236:20 | **range** 245:7,11 |
| **process** 230:15 | **provide** 215:21 | 236:21,22,23 | 245:15 246:23 |
| 240:19 242:19 | 216:4 | 237:4,5,10,11 | 247:11,16,19 |
| **processed** | **provided** 172:8 | 237:12,24,25 | 247:20,23 |
| 205:19 243:25 | 230:8,13,19 | 238:2,9,11 | 248:1 267:21 |
| **produce** 260:4 | 279:19 280:8 | 239:4,5,10 | 267:22 272:15 |
| 274:12 | **provides** 261:1 | 272:4 | 272:21 |
| **produced** | **published** | | **ranges** 178:6 |
| 251:7 | 206:11,12 | **q** | 243:20 249:13 |
| **produces** 262:4 | 243:19,22,22 | **quantitative** | 261:17 270:12 |
| **product** 180:7 | 249:13 | 182:14 | **rarely** 239:1 |
| 180:8,13,17,20 | **pull** 213:10,17 | **question** | **rather** 239:6,11 |
| 185:11 197:3 | 222:17 229:5 | 183:23 184:20 | **ratio** 177:5,8 |
| 204:5 216:22 | **pulled** 191:24 | 187:14 198:21 | 177:21 178:11 |
| 219:19 226:17 | **pulling** 174:19 | 199:1,4 201:7 | 178:12,20 |
| 258:8 | **purchase** 224:4 | 218:4 220:2,9 | 179:2 |
| **products** | **purchased** | 239:16,18 | **rcac** 266:3 |
| 184:11 188:7 | 224:2,11,24 | 247:16 | **read** 196:17,20 |
| 190:22 192:18 | 226:20 227:7 | **questioning** | 198:3 199:10 |
| 194:14 207:14 | 265:24 | 262:18 | 200:10 203:17 |
| 208:10 217:14 | **purple** 267:20 | **quick** 241:14 | 235:1 244:16 |
| 221:6 222:22 | **purplish** | **quicker** 214:21 | 277:4 |
| 222:25 223:11 | 254:21 272:16 | **quit** 242:12,13 | **readily** 182:25 |
| 223:12,23 | **purporting** | **quite** 195:3 | **reading** 279:23 |
| 226:13 227:21 | 216:10 | **quote** 193:12 | 280:9 |
| 231:18 232:2,4 | **purpose** 187:12 | 197:4 269:24 | **ready** 209:13 |
| 241:8 261:19 | 237:25 | 272:23 | **really** 183:5,18 |
| **proficiency** | **purposes** 256:4 | | 191:3 214:3 |
| 275:23 276:9 | 264:4,12 | | 218:22 242:9 |

Aiken Welch, A Veritext Company
510-451-1580

**[really - request]**

256:18 258:25
260:5
**reason**  203:11
261:15 262:6
273:2 281:6,9
281:12,15,18
281:21
**reasonable**
184:10
**recall**  178:22
183:4 187:25
195:3 199:14
199:15,24
200:1,2,17
201:6 206:15
216:24 227:19
228:25 230:5
230:11,14
232:16 238:6
239:3,9 240:9
240:11 243:23
258:24
**received**
196:11
**recess**  215:3
241:21
**recognize**
266:14
**recognized**
267:3
**record**  173:5,8
173:22 175:15
175:19 215:1,4
225:25 241:19
241:22 248:1

272:4 276:19
278:8,11
**recorded**
173:10
**recording**
173:7
**red**  247:11
254:6,7,20,21
254:21 255:4
256:10,15
257:2,6,6
264:17
**refer**  239:6
**reference**  240:8
268:4
**referenced**
279:6
**references**
196:14,18,19
196:21,24
**referred**  179:15
267:5
**referring**  239:9
**reflect**  228:15
**refraction**
246:2
**refractive**
242:7,16
243:11,19
246:10 247:12
247:16,19,24
249:14 250:14
250:16 251:1
254:25 255:10
256:4 264:15

267:13 268:21
269:6,21,25
271:24
**refractory**
268:18
**refresh**  259:1
**regarding**
196:14,24
203:18
**regular**  180:24
**regulated**
183:5
**related**  173:18
174:5,7,9
231:8 275:24
**relative**  278:18
**released**  279:21
**rely**  204:15
**relying**  216:9
**remaining**
234:4
**remember**
178:14,16
195:5 225:5
258:21
**remind**  252:15
256:8
**remodeling**
190:2,4 191:16
**remotely**  173:6
**renovation**
192:7
**repeat**  187:19
**replaced**
191:25

**report**  171:13
171:22 195:4,6
195:18 196:8
196:13,24
197:11 198:3,6
198:17 199:10
199:25 209:18
210:5,8 211:6
211:22,22,25
212:1,8 213:9
213:11 215:9
215:21,24
216:3,7,10,15
234:5 240:10
250:2 252:4,6
255:10 258:7
261:24 263:1,8
268:6,9,18
270:3,6 273:21
274:8,25
275:18,20
**reported**
166:21 176:16
215:8,10
216:21,23
268:21 271:24
**reporter**
167:21 172:8
173:18 174:23
265:18 278:4
**reporter's**
278:1
**reports**  234:22
**request**  195:24
204:14,22

Page 26

**[request - satterley]**

205:3 234:1,6
273:25
**requested**
175:12,16,21
214:17 243:16
278:16 280:1,9
280:10
**requesting**
175:17,20
196:4 231:7
**require**　181:19
181:19
**required**
181:23
**research**
171:23 274:11
**resembled**
197:7
**resolution**
254:11 257:1
**resolve**　256:19
**respect**　259:9
**rest**　196:1
**resulting**　245:7
**resumed**　176:1
**retained**
276:22
**return**　279:17
280:6
**review**　172:9
195:4 198:17
204:16 278:15
279:8,10,13
280:2

**reviewed**
195:17 198:19
**revisit**　179:8
**rg144**　265:24
266:1
**ri**　245:5,9 253:9
264:5,12
**richterite**
171:14 197:4
202:9,10,21,22
203:10 205:11
205:16,18
206:2,8 209:20
209:21,23
211:3,17
212:11,21
213:20 214:1,5
214:9 215:9,10
215:23 216:11
216:20,23
217:1,16 218:1
218:6,22 219:1
219:15,24,25
221:10,21
**right**　175:5,22
177:11 181:4
184:22 186:1
187:5,11
189:23 201:2
201:10,19,25
202:11,18
203:6 205:7,10
206:14 207:21
208:3 210:23
211:24 212:11

212:16 213:13
213:16 214:23
215:7 217:23
218:15 219:16
219:24 222:6
224:3,12
226:14 228:19
229:25 234:19
235:15 236:23
236:24 238:22
239:17,23
241:12,25
242:8 244:8
245:16 246:7
247:2 251:2
253:1,23
254:20 256:2
256:24 257:7
257:14 258:4
259:2 260:12
260:23 261:5
261:13 262:3,5
267:6,25
269:16 270:17
272:3 273:19
274:16 275:8
276:17
**rising**　168:14
174:10,10
**risks**　171:20
**rod**　240:22
**rotate**　252:7
253:18 263:11
**rounded**
252:11 253:19

**routinely**　207:6
**rpr**　166:22
278:25
**rt**　171:24 258:8
258:20
**rules**　280:8

**s**

**s**　170:5 266:21
266:21,21
281:3
**safeway**　168:11
171:16 174:11
217:7 222:24
223:5 224:9
226:21 229:17
232:4
**sale**　224:6
**sample**　217:17
219:4,8
**samples**　171:23
199:15,15
215:16 243:25
251:18 252:1
267:6 273:18
275:11,22
**sanchez**　175:13
175:16,21
179:1 209:9
246:17 269:19
**sanchez's**　195:6
**satterley**　168:4
168:5 174:16
174:20,20
180:1,10
181:13,25

Aiken Welch, A Veritext Company
510-451-1580

**[satterley - sense]**

| | | | |
|---|---|---|---|
| 183:12 184:1 | **saw** 196:16 | **scroll** 244:11 | 261:7,18 |
| 184:14 185:17 | 200:7,8,17 | 263:22,24 | 262:16 264:7 |
| 185:22 186:2 | 210:16 259:8 | 264:10 | 264:18 267:4,9 |
| 186:12 188:16 | 276:11 | **sdiwan** 169:22 | 267:12 269:18 |
| 189:11,15,18 | **saying** 185:8 | **sealed** 201:25 | 269:18 273:21 |
| 189:22 195:19 | 186:11 191:23 | **search** 272:9 | 274:24 275:3 |
| 197:22 198:11 | 192:15 193:17 | 274:18 | **seeing** 219:11 |
| 198:15,22 | 201:24 206:10 | **searchable** | 229:1 240:9 |
| 199:2,7 206:25 | 209:22,23 | 275:8 | 243:5 263:18 |
| 208:4,18,21 | 210:6 211:2,18 | **second** 178:1 | 264:20 268:22 |
| 209:3,12 210:5 | 212:10 216:25 | 203:16 210:3 | 269:7,12 |
| 210:8 211:4,21 | 217:11,21,25 | 210:10 211:5 | **seem** 205:23 |
| 212:1,3,12,24 | 218:1,6,19 | 212:12 227:2 | **seems** 183:19 |
| 214:13,16 | 219:15,22 | 237:21 265:14 | **seen** 188:22 |
| 216:1 220:5,8 | 224:10 235:14 | 271:11 | 189:1 198:10 |
| 220:18 221:7 | 236:9,14,15 | **see** 179:23 | 198:14 200:12 |
| 221:22,25 | 237:13,18 | 182:25 183:7 | 206:15 228:23 |
| 222:12 225:4 | 239:10 249:20 | 189:9 191:15 | 238:14,18,19 |
| 226:2 227:24 | 253:11 256:21 | 196:15 197:2 | 243:22 247:9 |
| 229:6 234:11 | 273:2,6,8 | 197:14,16 | 248:24,25 |
| 236:12 241:4 | **says** 212:12 | 199:18 203:23 | 249:17 250:4 |
| 244:15 250:7 | 222:21 230:7 | 204:23 206:22 | 273:13 276:8,9 |
| 251:20,23 | 231:11 243:15 | 212:15 213:12 | 276:11 |
| 252:3 258:1,11 | 244:17 245:5 | 215:13 220:7 | **selective** |
| 258:15,22 | 246:3 247:25 | 223:1 225:1 | 260:23,24 |
| 260:13 263:4 | 249:17 268:18 | 227:1,17 | **selectively** |
| 266:19 268:5 | **scale** 175:20 | 228:14 231:16 | 262:7 |
| 268:10,16 | **schedule** | 235:2 237:2 | **sem** 210:9,16 |
| 270:21,25 | 279:10 | 240:7,9 245:20 | 210:22 217:17 |
| 271:4,14,20,25 | **scientific** | 246:6,19 251:3 | 217:21 218:9 |
| 272:5,7 274:4 | 184:10 | 253:9 254:6,7 | 218:18 219:4,5 |
| 274:10,17 | **scope** 175:11 | 254:13,19,20 | 219:12 |
| 279:1 | 175:20 252:18 | 256:9,12,14 | **sense** 185:6,9 |
| **save** 168:11 | **scratch** 230:20 | 257:9 258:22 | 192:2 234:3 |
| 227:9 | 231:3 | 259:17,19 | |

**[sent - someplace]**

| | | | |
|---|---|---|---|
| **sent** 195:19,20 | **shopping** | **significant** | **slip** 194:8 |
| 195:20,21,22 | 224:19,24 | 203:9 205:25 | **small** 219:5 |
| 195:23 | 225:3,11,16,18 | 206:4,5 207:5 | 221:13 253:13 |
| **september** | 225:19 226:13 | 208:12 | 254:16 256:18 |
| 252:5 | **shops** 227:22 | **silica** 178:20 | **smelling** |
| **series** 177:7 | **short** 197:17 | 179:3,4 | 238:16,17 |
| 196:13 218:25 | 269:9,15,17 | **silicates** 183:21 | **snow** 169:4 |
| 219:14 | **shorthand** | 188:1 | 174:14 |
| **set** 194:22 | 167:21 278:3,9 | **silicon** 177:6 | **sock** 236:21 |
| 222:10 278:6 | **show** 219:8 | 178:4,11 179:2 | 238:10,12 |
| **sg210** 273:23 | 229:2 251:6 | 179:10 | **sodium** 217:20 |
| **shades** 249:24 | 254:12 255:20 | **similar** 253:22 | 218:8 219:2,11 |
| **shaila** 174:8 | 265:7 | 253:24,25 | **software** 242:6 |
| **shaira** 169:16 | **showed** 196:1 | 255:17 | 242:9,19 |
| **shake** 237:1,13 | 251:15 269:22 | **simon** 215:19 | 243:10 |
| **sharing** 271:25 | 270:22 | **single** 256:17 | **sold** 221:11 |
| **sharp** 266:7 | **shower** 250:3,3 | 265:9 | **solid** 177:7 |
| **ship** 186:19 | **showing** 211:7 | **sir** 192:16,24 | 207:4 218:24 |
| **shipyard** | 272:23 273:3,4 | 233:22 | 219:13 |
| 176:10 186:1 | **shown** 213:25 | **sit** 177:11 | **solution** 177:7 |
| 186:11,19,22 | 251:9 | 214:19 | 218:24 219:14 |
| **shipyards** | **shows** 171:14 | **sitting** 248:25 | **solutions** |
| 176:14 185:14 | 197:6 205:12 | **six** 249:22 | 173:17 276:23 |
| 186:16 | 215:23 | **sizable** 219:2 | 279:7 |
| **shoe** 236:23 | **shu** 172:9 | **size** 219:5 | **somebody** |
| 237:5,17,21,21 | **side** 263:17 | 269:18,20 | 186:8 187:7 |
| 237:22 238:11 | **sides** 234:4,23 | 272:24 | 188:4 200:25 |
| 239:10 | **sign** 279:16 | **skip** 262:21 | 203:25 204:10 |
| **shoes** 236:20 | 280:5 | **slash** 183:18 | 205:23,24 |
| 236:22 237:12 | **signature** | 219:25,25 | 212:6 230:23 |
| 237:25 238:3 | 278:23 279:21 | **slide** 172:4,7 | 267:9 275:14 |
| 238:15,16 | 279:23,23 | 272:11,19 | **somebody's** |
| 239:5 | 280:9 | **slides** 268:3 | 205:16 |
| **shopped** 225:2 | **significance** | **slightly** 256:2 | **someplace** |
| | 218:17 | | 240:10 |

Aiken Welch, A Veritext Company
510-451-1580

**[somewhat - summaries]**

| | | | |
|---|---|---|---|
| **somewhat** | 185:18 186:13 | 277:11 278:4 | **strike**  265:25 |
| 218:5 | 188:17 197:23 | 279:9,12 | **structure** |
| **sorry**  176:12 | 198:12 202:8 | **stated**  179:1 | 209:16,19 |
| 184:7 187:13 | 222:1 241:5 | 199:9 223:6,19 | 210:1 211:9,12 |
| 189:14,14 | **spend**  189:7 | 226:17,20 | 211:14,19,19 |
| 200:6 208:19 | **sports**  238:15 | 231:21,22 | 211:23 212:13 |
| 209:17,18 | **spot**  219:5 | 232:5 236:7 | 212:14,23 |
| 211:16 222:13 | **spray**  193:24 | 238:6 246:17 | 213:4,6,7,10 |
| 228:16 239:8 | 193:25 194:9 | 251:15 276:11 | 251:10 252:11 |
| 258:12 263:8 | **sprayed**  194:11 | 276:12 | 253:23 264:3 |
| 269:10 270:5 | **spreadsheet** | **states**  246:8 | 265:6 |
| 271:2 | 242:14 243:12 | 247:3 | **structures** |
| **sort**  184:20 | 243:13 | **stating**  246:19 | 208:16 253:20 |
| 191:5 197:1 | **staining**  243:7 | **stay**  206:13 | **stubs**  208:17,18 |
| 201:18 242:6 | 249:12 254:17 | 207:20 250:23 | **studies**  179:14 |
| 253:3,3 256:14 | 261:17 270:24 | **step**  182:13 | 203:18 265:23 |
| 261:2 264:6 | **standard**  266:7 | 243:4 | **study**  200:2 |
| 266:7 | 270:9 | **stick**  273:23 | **stuff**  193:23 |
| **source**  206:7 | **standards** | **stipulation** | 224:5,5,7 |
| 224:22 241:2,6 | 182:23,25 | 279:20 | **su**  269:3 271:6 |
| 248:8,11 | **start**  175:5 | **stop**  199:8 | 271:15,16 |
| 269:25 | 218:23 230:20 | 232:13 | **su's**  172:9 |
| **sources**  259:20 | 255:19 269:7 | **stopped**  223:4 | 243:1 270:19 |
| **south**  170:13 | 276:15 | 232:11,14,17 | 270:23 272:2,3 |
| 187:20 | **started**  175:22 | 232:18 233:4,6 | **subscribed** |
| **spalding** | 194:2,6,7 | 236:10 | 278:21 |
| 169:13 | 223:20,20,22 | **store**  224:8 | **substituted** |
| **specifically** | 226:18,22 | 226:23 | 178:10 |
| 219:7 | 228:16,20,24 | **stores**  168:11 | **substitution** |
| **spectra**  182:19 | 232:19 | 226:22 | 178:10 |
| **speculating** | **starting**  229:24 | **straight**  251:24 | **suffice**  231:10 |
| 182:3,5 | 230:1 | **street**  168:7 | **suite**  168:7,15 |
| **speculation** | **state**  173:14,21 | 169:7 170:13 | 169:7 170:6 |
| 180:2 182:1 | 173:24 174:3 | **stretch**  241:16 | **summaries** |
| 183:13 184:2 | 186:22 249:4 | | 276:9 |

Page 30

**[summary - teaspoons]**

**summary** 171:16,17
**super** 266:9,11 266:12,23 267:2 270:3
**superior** 166:1 167:1 173:13
**support** 248:20
**sure** 175:19 176:8 177:12 183:17 187:14 191:17 192:16 192:21 195:13 202:16 208:15 209:8,8,10,24 210:2 211:20 212:15,23 213:4 214:19 215:13 216:8 222:4,8 225:15 226:10 229:3 245:4 247:3 248:14 258:25 262:11,23 266:4,13 267:23
**surface** 191:3
**suwanee** 166:15 167:19 173:1
**swan** 170:3
**swear** 174:23
**symptoms** 232:20

**system** 201:15 201:18,23

**t**

**t** 266:21 281:3 281:3
**tab** 222:10,15 222:16 250:6 252:2 258:10 258:12,13,15 260:10 263:2,9
**tables** 271:16 271:22
**take** 173:7 182:9,13 183:9 183:24 192:22 214:21,23 232:6 235:2 240:1 241:13 241:14 242:3 251:17 255:7 255:16 256:1 256:16 265:20 272:22 273:10 275:23
**taken** 167:18 173:11 174:1 181:24 191:6 191:25 199:16 215:3 241:21 262:2 278:5
**talc** 171:23 175:13 183:20 184:16 187:23 187:24 188:15 194:16,18

206:5,5 207:13 211:17 213:23 214:1,7,9,10 215:9,10 216:22 217:2,4 217:5 220:24 221:4 222:7 236:3 238:8 239:20 244:13 244:18 245:3,7 245:14,14,21 245:21,23 246:2,6,9,10,13 246:20,24 247:1,6,17,17 247:18,24 248:2,3,4,11,21 249:12,14,18 249:20 250:13 250:15,20,21 250:22,24 251:3,4,10,14 252:11,12,13 253:7,9,11,20 253:25 254:5,9 254:12,14,15 254:19,21,25 255:2,7,20 256:1 259:5,10 260:20,25 261:12,16 262:7,10,15 264:23,25 265:7,16 273:3 273:4

**talcs** 206:2 214:11,11
**talcum** 184:8 184:24 188:2 205:22 223:12 224:2 225:11 226:17 232:12 232:14 233:13 236:20,22 237:2,23 238:11 239:6 239:11,15
**talk** 190:2 192:20 194:21 201:2 213:16 213:17 216:15 222:6 224:15 224:16 234:14 236:19 244:13 245:2 246:24 248:19 260:17
**talked** 176:9 262:24
**talking** 185:19 185:21,24 210:25 211:19 211:22 245:6 246:2 269:14 275:17,19
**teaspoon** 235:22,23 237:14,15,16 237:16,23
**teaspoons** 235:15,17,18

Aiken Welch, A Veritext Company
510-451-1580

**[teaspoons - times]**

| | | | |
|---|---|---|---|
| 235:21,23 | **testified** 175:3 | 246:15,16 | 195:12 217:5 |
| 237:3,5,11,12 | 185:23 186:2 | 256:22 259:22 | 220:19 222:21 |
| **technically** | 186:15 191:10 | 262:22 271:9 | 232:2 276:22 |
| 232:13 | 198:16 242:5 | 274:22 | **throw** 209:6 |
| **technique** | **testify** 203:7 | **think** 175:6 | **thumbprint** |
| 270:24 | **testifying** 278:8 | 176:19 178:24 | 255:14 |
| **tell** 177:23 | **testimony** | 180:8,24 | **tile** 190:17,17 |
| 181:18 182:6 | 178:18 184:25 | 182:17 186:9 | 192:2 254:6,7 |
| 182:11 193:18 | 185:1 188:11 | 190:10,18 | **tiles** 191:6,8,24 |
| 196:10 205:10 | 225:1 227:17 | 191:9 194:2,5 | 192:3,11,12,15 |
| 214:4 218:19 | 230:2,9,10 | 194:17 195:20 | **tim** 198:20 |
| 218:21 230:15 | 231:24 236:2 | 197:6,11 206:3 | **time** 173:24 |
| 238:18 252:3 | 236:11,13,16 | 206:9 210:9 | 181:20 183:6 |
| 253:5 | 238:25 239:3 | 214:22 216:23 | 185:3,15 189:6 |
| **telling** 257:4 | 276:20 277:5,7 | 224:17 228:9 | 189:7,17,18,20 |
| 258:13 269:2 | 278:12 | 229:4,8 239:12 | 189:21 191:10 |
| 271:18 | **testing** 180:7 | 239:14 242:23 | 191:21 194:12 |
| **tem** 217:17,21 | 181:8 220:16 | 243:3,21 250:4 | 196:4 199:1 |
| 217:23 218:13 | 270:3,6 275:24 | 256:21 259:16 | 205:8 207:21 |
| 219:5 | **texas** 169:8 | 263:14 265:23 | 214:21 223:16 |
| **temperature** | **thank** 174:22 | 266:2 271:17 | 227:5,5 229:20 |
| 268:15 269:3 | 214:25 241:17 | 274:21 275:14 | 229:22 230:3 |
| 270:14 272:14 | 250:9 251:25 | 275:21 276:1 | 240:6,12 258:2 |
| 273:11 | 268:10 272:7 | **thornburg** | 258:8 270:18 |
| **tend** 219:6,6 | **thing** 174:1 | 168:13 | 273:2,11,14 |
| 260:3 | 207:12 242:25 | **thought** 186:15 | 276:14,15,24 |
| **tennessee** 170:3 | 247:12,22 | 208:21 229:20 | 277:7 278:6 |
| 174:13 | 248:18 251:15 | 229:22 230:3 | 279:10,18,24 |
| **tennis** 232:18 | 251:15 252:13 | 238:5 260:5 | 280:7 |
| 232:19 | 265:2,2 | 266:6,23 | **times** 179:7,21 |
| **terms** 223:8 | **things** 174:19 | 268:14 271:2 | 181:14 215:12 |
| **test** 192:22,23 | 187:2 203:22 | **thousands** | 220:19 225:7 |
| 276:9 | 207:2 218:10 | 221:12,12,12 | 225:13 237:7 |
| **tested** 180:17 | 224:17 231:3 | **three** 179:7 | 238:14 247:10 |
| 233:8 236:3 | 240:3 242:2,4 | 189:12 195:7 | 249:4,20 |

Page 32

**[times - understand]**

275:25
**tip**  177:9
**tissue**  176:17
179:14,16,22
180:23 183:9
183:20,24
184:6 187:10
187:18 188:14
197:8 202:11
203:19,24
204:4,11
205:11 206:4
206:13,20
207:21 208:8
213:21 217:2
217:17 218:1,9
218:22 219:4,8
219:17 220:11
220:12,15
221:21 240:16
241:1
**today**  189:7
205:2 241:13
242:1 259:2
271:7
**today's**  276:20
**together**  225:2
225:16,18
**told**  179:7
189:11 195:6
195:13 198:20
219:21 224:20
224:23 231:12
232:16 242:12
247:5 256:22

**tons**  221:13
**took**  191:11
227:4 235:25
**top**  243:24
247:19 258:22
268:17
**topic**  176:7
213:14
**total**  237:19
276:21
**totality**  221:11
**totally**  249:23
249:23 270:3
**trade**  177:1
183:15 187:20
**transcribed**
278:10
**transcript**
278:11,14,16
279:6,8,10,13
279:13,21
280:2,2
**transcription**
277:6
**transferred**
243:6
**transformation**
181:17
**transmitted**
231:5
**tree**  200:3,9,21
200:24
**tremolite**
183:20 187:24
188:23 197:4,4

200:9,23
202:22 203:9
205:16 206:2,8
206:18,23,24
207:7,15 208:2
208:11 214:9
214:10 218:24
219:12
**tricky**  219:14
**true**  277:6
278:11
**trust**  209:5
**try**  241:14
252:6 273:20
274:19
**trying**  184:21
218:15 227:20
237:9 251:23
254:18
**tungsten**
252:20 253:2
257:14,18,20
257:22 259:13
260:19 262:4,6
**turn**  240:2
246:13 247:21
248:16
**turned**  215:15
259:23
**twenties**  192:3
**twice**  221:8
258:4
**two**  175:7
179:7 203:12
209:6 223:24

233:8,16 236:2
261:4
**type**  188:12,13
193:7,21
201:15 204:10
205:14 209:21
218:25 240:8
240:15,17,18
241:1 243:13
248:15 252:18
253:12 269:9
273:5
**types**  176:11,12
193:21
**typical**  191:14
193:14 238:8
246:9 248:1
**typically**
201:13,14,18
201:20 224:7
231:25 240:20
245:14 246:11
248:1,6 249:19
250:23 256:15
265:7 268:23

| u |
|---|

**u.s.**  176:14
**uh**  238:20
**under**  277:1,4
278:10
**understand**
175:10 176:9
191:17 202:16
206:12 208:15
225:6 226:11

Aiken Welch, A Veritext Company
510-451-1580

**[understand - wall]**

229:15 230:7
238:9 242:5
243:15 252:10
257:5,13
259:14 262:23
269:13 273:1
274:14
**understanding**
193:10 225:15
244:1
**understands**
271:17
**understood**
185:8 225:7
**union**  266:2
267:5,5 273:18
275:11,12
**unit**  173:9
**units**  276:21
**universal**  249:9
**unusual**  191:1
**update**  243:14
243:16
**use**  181:3,11
188:2 195:1
214:11 222:7
223:11 228:7
228:21 232:8
232:17 235:7,7
236:19 238:21
238:21 242:10
265:12
**used**  176:13
180:21 187:3
190:14 192:18

194:2,11 214:2
216:3 222:22
223:8,13 228:4
229:16 231:17
232:23 235:18
238:15 239:21
242:6 260:14
271:23 276:22
**using**  188:7
202:18 204:5
219:21 223:5
223:20,21
232:11,13
233:6 235:10
236:10,25
237:2 238:8
242:18 243:9
243:11 249:11
249:25 252:19
252:24 259:13
265:3 270:2,5
270:8 278:9
**usually**  193:24
251:13 272:17

**v**

**v**  171:24
266:21
**vague**  180:11
184:20
**valadez**  260:14
261:24 263:1,8
**vanderbilt**
171:24 258:8
258:20 259:15
260:4

**various**  257:17
**verifies**  188:10
**veritext**  173:16
276:22 279:7,9
279:11
**vermiculite**
197:8 202:5,18
202:20,24
203:11,19,20
203:23 204:1,2
204:4,5 205:17
206:13 215:17
215:18 221:20
**vermont**  184:9
214:1 215:18
**versus**  173:12
177:14 183:2
186:20 191:22
217:10,17,21
218:8,14
219:15 223:12
225:22 228:8
246:22 249:5,6
250:21,24,25
253:6,14
255:18 258:20
273:12,24
**vibrational**
262:5
**video**  173:7,10
**videoconfere...**
166:13 167:17
**videographer**
170:18 173:4
173:17 174:22

215:1,4 241:19
241:22 276:19
**videotaped**
166:13 167:17
**view**  257:5
**vinyl**  192:1,2
**visbestos**  266:9
266:10,12,12
266:20 267:2,2
267:3 270:3,6
**visited**  190:9
**vol**  279:5 281:2
**volume**  166:17
167:18 171:4
173:9
**vs**  166:6 167:6
279:4 281:1

**w**

**w.r.**  194:21,23
195:1 196:14
196:24 197:3
197:20 198:3,9
199:13,22
200:15,20
201:8 202:5,14
202:17 205:13
216:3
**wait**  203:15
211:5 212:12
**waived**  279:23
279:23
**waiving**  279:20
**wall**  190:18
191:11 193:21
194:6,11

Aiken Welch, A Veritext Company
510-451-1580

**[wallboard - yeah]**

**wallboard** 191:11,13
**walls** 190:24
**want** 175:15,19 176:7 189:25 190:2 192:21 205:1 209:24 212:17 213:16 216:8,11 222:6 222:20 224:16 225:15 226:10 240:11,12 244:4,13 245:2 246:24 250:1 252:10 255:16 255:23 256:12 256:15 257:16 257:24 259:2 260:17 261:9 261:15,20,21 263:3 273:1
**wanted** 192:16 238:4 242:1 273:19
**waste** 240:12
**wasting** 199:1 242:13
**wavelength** 243:6 264:14
**wavelengths** 242:16,24 255:17 259:18 259:19 262:5
**way** 186:23,23 228:8 231:13

236:5 238:8
**ways** 196:23 239:12,13
**we've** 180:17 192:21 204:9 209:12 214:6 215:12 216:23 241:12 243:16 247:9 250:13 264:14 265:21 266:16 268:13
**wearing** 238:12
**week** 235:11
**weeks** 237:7
**welding** 240:8 240:15,17,18 240:19,22 241:1,8,10
**went** 200:25 224:14 225:2,6 225:11,13,14 225:22 255:15
**west** 194:3
**whereof** 278:20
**white** 172:4
**width** 269:21
**wife** 224:17,18 227:7 239:1
**william** 166:14 167:18 171:4,9 171:15,24 172:2 173:10 175:1 276:21 277:3,17 279:5 281:2

**winchite** 197:5 202:10,11,21 202:22 203:10 205:11,16,18 206:2,8 209:23 211:3,16 212:10,21 213:20,25 214:5,9 216:20 216:21,24 217:1,12,13,16 218:3,7,22,25 219:15,17,25 220:13,14,15 220:23 221:20
**windows** 201:5
**wisely** 189:8
**wish** 176:4
**witness** 171:3 174:23 180:3 180:12 181:14 182:2 183:14 184:19 186:14 188:18 189:14 195:25 197:24 199:6,9 207:2 208:6,22,24 210:6 211:11 212:15 214:15 214:18,25 220:21 221:9 222:2 225:5 236:14 241:6 244:19 265:21 266:22 268:22

274:5 277:3 278:20 279:13 279:16 280:2,5 281:24
**witnesses** 278:7
**wood** 191:4,4
**word** 209:11
**words** 187:7 207:20
**work** 175:14 176:10 186:19 186:19 255:23 265:17
**worked** 185:14 186:1,10,16 188:5 199:20 207:4,13,14
**write** 228:20 229:19 231:2
**writing** 230:16 231:6
**wrong** 211:22 212:7 231:13
**wrote** 266:1
**wylie** 178:25
**wylie's** 177:20

|   x   |
**x** 171:1 279:12

|   y   |
**yeah** 206:15 208:23 210:20 211:11,12 224:23 238:5 242:9,22

Aiken Welch, A Veritext Company
510-451-1580

**[yeah - zussman]**

| | **z** |
|---|---|
| 245:11 255:14 | **zero**   234:25 |
| 258:17 263:11 | **zone**   197:19 |
| 268:8,20 271:4 |   198:6 |
| 275:25 | **zussman** |
| **year**   223:21 |   177:19 |
| **years**   179:23 | |
| 200:20 204:12 | |
| 228:7 235:7,11 | |
| 237:7 239:25 | |
| 274:18 275:19 | |
| 275:20 | |
| **yellow**   245:8,15 | |
| 246:7 247:1,8 | |
| 247:9,9 248:7 | |
| 248:7,15,23 | |
| 249:5,6,7,18 | |
| 253:4 255:5 | |
| 256:11,14 | |
| 259:8,21 260:2 | |
| 261:11 262:2,5 | |
| 262:8,13 | |
| 264:20,21 | |
| 269:4,6 | |
| **yellower** | |
| 260:19 | |
| **yellowish** | |
| 248:16 249:2 | |
| **yellows**   247:7 | |
| 248:13 252:21 | |
| **yep**   189:22 | |
| **york**   169:18,18 | |
| 189:4 | |

Page 36

California Code of Civil Procedure

Article 5. Transcript or Recording

Section 2025.520

(a) If the deposition testimony is
stenographically recorded, the deposition officer
shall send written notice to the deponent and to
all parties attending the deposition when the
Original transcript of the testimony for each
session of the deposition is available for reading,
correcting, and signing, unless the deponent and
the attending parties agree on the record that the
reading, correcting, and signing of the transcript
of the testimony will be waived or that the
reading, correcting, and signing of a transcript of
the testimony will take place after the entire
deposition has been concluded or at some other
specific time.

(b) For 30 days following each notice under
subdivision (a), unless the attending parties and
the deponent agree on the record or otherwise in
writing to a longer or shorter time period, the
deponent may change the form or the substance of
the answer to a question, and may either approve
the transcript of the deposition by signing it, or

refuse to approve the transcript by not signing it.

(c) Alternatively, within this same period, the deponent may change the form or the substance of the answer to any question and may approve or refuse to approve the transcript by means of a letter to the deposition officer signed by the deponent which is mailed by certified or registered mail with return receipt requested. A copy of that letter shall be sent by first-class mail to all parties attending the deposition.

(d) For good cause shown, the court may shorten the 30-day period for making changes, approving, or refusing to approve the transcript.

(e) The deposition officer shall indicate on the original of the transcript, if the deponent has not already done so at the office of the deposition officer, any action taken by the deponent and indicate on the original of the transcript, the deponent's approval of, or failure or refusal to approve, the transcript. The deposition officer shall also notify in writing the parties attending the deposition of any changes which the deponent timely made in person.

(f) If the deponent fails or refuses to approve the transcript within the allotted period, the

deposition shall be given the same effect as though it had been approved, subject to any changes timely made by the deponent.

(g) Notwithstanding subdivision (f), on a seasonable motion to suppress the deposition, accompanied by a meet and confer declaration under Section 2016.040, the court may determine that the reasons given for the failure or refusal to approve the transcript require rejection of the deposition in whole or in part.

(h) The court shall impose a monetary sanction under Chapter 7 (commencing with Section 2023.010) against any party, person, or attorney who unsuccessfully makes or opposes a motion to suppress a deposition under this section, unless the court finds that the one subject to the sanction acted with substantial justification or that other circumstances make the imposition of the sanction unjust.

DISCLAIMER: THE FOREGOING CIVIL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE STATE RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the deposition officer. Veritext

Legal Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the deposition officer

and/or attorneys in relation to this deposition and

that the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in SSAE 16 certified facilities.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of deposition services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

1              SUPERIOR COURT OF CALIFORNIA

2                  COUNTY OF ALAMEDA

3

4    MARLIN LEWIS EAGLES and          Case No. 22CV018294
     GEORGIA EAGLES,

5

6                 Plaintiffs,

6

         vs.

7

     ARVINMERITOR, INC., et al.,

8

                 Defendants.

9    _____

10

11

12

13        VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

14             WILLIAM LONGO, PH.D.

15              Suwanee, Georgia

16            Monday, October 23, 2023

17                  Volume 2

18

19

20

21   Reported by:
     LESLIE JOHNSON

22   RPR, CCRR, CSR No. 11451

23   Job No.: 6167398

24   PAGES 166 - 281

25

                                   Page 166

Aiken Welch, A Veritext Company
510-451-1580

```
 1        SUPERIOR COURT OF CALIFORNIA
 2          COUNTY OF ALAMEDA
 3
 4   MARLIN LEWIS EAGLES and      Case No. 22CV018294
     GEORGIA EAGLES,
 5
          Plaintiffs,
 6
         vs.
 7
     ARVINMERITOR, INC., et al.,
 8
          Defendants.
 9   _____
10
11
12
13
14
15
16
17      VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF
18   WILLIAM LONGO, PH.D., Volume 2, taken on behalf of
19   Defendants, at Suwanee, Georgia, beginning at 10:36 a.m.
20   and ending at 1:29 p.m. (EDT) on Monday, October 23,
21   2023, before LESLIE JOHNSON, Certified Shorthand Reporter
22   No. 11451.
23
24
25
                                                 Page 167
```

```
 1   APPEARANCES (Cont.):
 2
 3   For Defendants Johnson & Johnson and LTL:
 4     BUTLER SNOW
 5     BY: KIM BUENO, ESQ.
 6        CHRISTOPHER R. COWAN, ESQ.
 7     1400 Lavaca Street, Suite 1000
 8     Austin, Texas 78701
 9     (737)802-1820
10     kim.bueno@butlersnow.com
11     chris.cowan@butlersnow.com
12   For Defendants Johnson & Johnson and LTL:
13     KING & SPALDING LLP
14     BY: MORTON DUBIN II, ESQ.
15        JACOB KEESTER, ESQ.
16        SHAIRA RAHMAN DIMAN, ESQ.
17     1185 Avenue of the Americas, 34th Floor
18     New York, New York 10036
19     (212)556-2100
20     mdubin@kslaw.com
21     jkeester@kslaw.com
22     sdiwan@kslaw.com
23
24
25
                                                 Page 169
```

```
 1   APPEARANCES:
 2
 3   For Plaintiffs:
 4     KAZAN, McCLAIN, SATTERLEY & GREENWOOD
 5     BY: JOSEPH D. SATTERLEY, ESQ.
 6     Jack London Market
 7     55 Harrison Street, Suite 400
 8     Oakland, California 94607
 9     (510)302-1000
10     jsatterley@kazanlaw.com
11   For Defendant Lucky Stores; Save Mart, LLC; Safeway, Inc.;
       and Longs Drugstores California, LLC on behalf of Longs
12   Drugstores California, Inc.:
13     BARNES & THORNBURG LLP
14     BY: KEVIN RISING, ESQ.
15     2029 Century Park East, Suite 300
16     Los Angeles, California 90067
17     (310)284-3880
18     kevin.rising@btlaw.com
19
20
21
22
23
24
25
                                                 Page 168
```

```
 1   APPEARANCES (Cont.):
 2
 3   For Defendant Perrigo Company of Tennessee f/k/a
     Cumberland-Swan and CMC, Inc.:
 4
       POLSINELLI LLP
 5
       BY: MATTHEW S. O'BRIEN, ESQ.
 6
       2049 Century Park East, Suite 2900
 7
       Los Angeles, California 90067
 8
       (310)556-1801
 9
       mobrien@polsinelli.com
10
          - and -
11
       GOODELL, DEVRIES, LEECH & DANN, LLP
12
       BY: JEFFREY J. HINES, ESQ.
13
       One South Street, 20th Floor
14
       Baltimore, Maryland 21202
15
       (410)783-4041
16
       jjh@gdldlaw.com
17
     Also Present:
18
       KIMBERLEE DECKER, Videographer
19
20
21
22
23
24
25
                                                 Page 170
```

2 (Pages 167 - 170)

| | I N D E X | | |
|---|---|---|
| WITNESS | | EXAMINATION | |
| WILLIAM LONGO, Ph.D. | | | |
| Volume 2 | | | |
| BY MR. DUBIN | | 176 | |
| | EXHIBITS | | |
| | WILLIAM LONGO, PH.D. | | |
| NUMBER | DESCRIPTION | | PAGE |
| Exhibit 19 | Letter dated October 16, 2023 | | 175 |
| Exhibit 20 | Handwritten notes | | 205 |
| | (Placeholder) | | |
| Exhibit 22 | (Placeholder for any report of | | 215 |
| | Johnson & Johnson that | | |
| | shows a finding of richterite) | | |
| Exhibit 23 | Declaration of William E. Longo, Ph.D. | | 229 |
| | in Opposition to Defendant Safeway | | |
| | Inc.'s Motion for Summary Judgment | | |
| | or, in the Alternative, Summary | | |
| | Adjudication | | |
| Exhibit 24 | ISO 22262-1 | | 244 |
| Exhibit 25 | IARC Monographs on the Evaluation of | | 245 |
| | Carcinogenic Risks to Humans | | |
| Exhibit 26 | Letter dated July 13, 2018 | | 250 |
| Exhibit 27 | Analysis Report | | 251 |
| | MAS Project # M71109-M71111 | | |
| | Chinese Talc Research Samples | | |
| Exhibit 28 | Declaration of William Longo, Ph.D. | | 258 |
| | in Foushee v. RT Vanderbilt | | |

Page 171

| | EXHIBITS (Cont.) | | |
|---|---|---|
| | WILLIAM LONGO, PH.D. | | |
| NUMBER | DESCRIPTION | | PAGE |
| Exhibit 29 | "White Balancing" slide | | 260 |
| Exhibit 30 | Letter dated February 28, 2023 | | 263 |
| Exhibit 31 | Letter dated January 20, 2011 | | 266 |
| Exhibit 32 | Slide deck | | 268 |
| Exhibit 33 | Chart/Graphic | | 271 |
| | (Not provided to court reporter) | | |
| Exhibit 34 | Appendix B: Dr. Shu-Chun Su's review | | 271 |
| | of Dr. Longo's PLM methods for the | | |
| | identification of chrysotile | | |

Page 172

---

Suwanee, Georgia

Monday, October 23, 2023; 10:36 (EDT)

THE VIDEOGRAPHER:  Good morning.  We are on the record at 10:36 a.m. on October 23rd of 2023.    10:36:06

All participants are attending remotely.

Audio and video recording will continue to take place unless all parties agree to go off the record.

This is Media Unit 1, Volume 2 of the video-recorded deposition of William Longo, Ph.D.    10:36:27 taken by counsel for the plaintiff in the matter of Marlin Lewis Eagles and Georgia Eagles versus Arvinmeritor, Inc., et al., filed in the Superior Court for the State of California, County of Alameda, Case No. 22CV018294.    10:36:46

My name is Kimberlee Decker from Veritext Legal Solutions, and I am the videographer.  The court reporter is Leslie Johnson.  I'm not related to any party in this action nor am I financially interested in the outcome.    10:37:04

Counsel and all present will now state their appearances and affiliations for the record.

If there are any objections to the proceeding, please state them at the time of your appearance, beginning with the noticing attorney.    10:37:14

Page 173

And one more thing.  This is being taken    10:37:17 by counsel for the defendants.

Please state your names.

MR. DUBIN:  Hi.  This is Morton Dubin for the Johnson & Johnson related defendants.    10:37:27

MS. BUENO:  Kim Bueno on behalf of the Johnson & Johnson related defendants.

MS. DIMAN:  Shaila Diman for the Johnson & Johnson related defendants.

MR. RISING:  Kevin Rising for Longs, Lucky,    10:37:35 and Safeway.

MR. O'BRIEN:  Matthew O'Brien on behalf of Defendant Perrigo Company of Tennessee.

MR. COWAN:  Chris Cowan for Butler Snow on behalf of the Johnson & Johnson defendants.    10:37:50

MR. SATTERLEY:  There's a Jake Keester. Who is that?

MR. DUBIN:  He's my associate.  Just pulling things up for me.

MR. SATTERLEY:  Okay.  Joe Satterley for    10:37:53 the plaintiffs.

THE VIDEOGRAPHER:  Thank you.  Will the court reporter please swear in the witness.

////

////

Page 174

3 (Pages 171 - 174)

Aiken Welch, A Veritext Company
510-451-1580

| | |
|---|---|
| 1          WILLIAM LONGO, PH.D.,          10:38:00 | 1  trade name.  So that's where I'm at.          10:40:41 |
| 2  having been re-administered an oath, was examined | 2      Q   And what, to you, is the deciding factor |
| 3          and testified as follows: | 3  on whether something should be called cummingtonite |
| 4 | 4  or grunerite? |
| 5          MR. DUBIN:  All right.  So we'll start by   10:38:19 | 5      A   The ratio of iron to magnesium, I believe    10:40:54 |
| 6  marking as Exhibit 19, which is I think where we | 6  it is, or silicon, since that's the -- essentially |
| 7  left off, the notice for day two of the deposition. | 7  the solid solution series there. |
| 8  We don't need to call that up. | 8      Q   So at what point does the ratio of iron to |
| 9          (Exhibit 19 marked for identification.) | 9  magnesium tip such that you would call a mineral |
| 10          MR. DUBIN:  So, as I understand it,          10:38:34 | 10  grunerite, as opposed to cummingtonite?          10:41:13 |
| 11  there's been some back and forth with the scope and | 11      A   I don't know right as I sit here now.  I'd |
| 12  extent of materials that are being requested from | 12  have to look at it to make sure I was precise. |
| 13  Dr. Sanchez about including his prior talc and | 13      Q   Okay.  Well, if something is over |
| 14  litigation work and billing and billing backup.  And | 14  50 percent iron versus magnesium, is it then |
| 15  just for the record, I want to be clear, anything          10:38:51 | 15  grunerite?                                          10:41:29 |
| 16  that has been requested of Dr. Sanchez we are also | 16      A   Again, to be precise, I'd like to look at |
| 17  requesting of Dr. Longo. | 17  the chemistry -- |
| 18          So we can follow up with that later, but I | 18      Q   Okay. |
| 19  just want to make sure it's clear on the record that | 19      A   -- Howie and Zussman or maybe look at Ann |
| 20  we're requesting a scope that is equivalent in scale          10:39:03 | 20  Wylie's definition on where the changeover is on the    10:41:41 |
| 21  to what Plaintiffs requested from Dr. Sanchez. | 21  ratio. |
| 22          All right.  So let's get started. | 22      Q   Okay.  So, when you say "possibly |
| 23  //// | 23  grunerite," can you tell me anything about the |
| 24  //// | 24  chemistry of the fiber that Dr. Dodson identified |
| 25  //// | 25  that leads you to say it is only possibly grunerite?   10:41:56 |
|          Page 175 |          Page 177 |

| | |
|---|---|
| 1          EXAMINATION (RESUMED)          10:39:15 | 1      A   Well, let me -- just a second so I can get    10:42:00 |
| 2  BY MR. DUBIN: | 2  to it. |
| 3      Q   Dr. Longo, is there anything from your | 3          Well, the iron peak is maybe 60 percent of |
| 4  first day of your deposition that you wish to amend | 4  the silicon peak.  And so I would like to be able to |
| 5  or correct at this point?          10:39:22 | 5  look at that -- look at the actual formulations and    10:43:00 |
| 6      A   No. | 6  the ranges.  That's all. |
| 7      Q   Okay.  And so first topic I want to go | 7      Q   How about compared to the magnesium peak? |
| 8  back to very briefly is the -- to make sure I | 8      A   The magnesium peak is lower, which would |
| 9  understand, we talked a little bit about the | 9  be expected because when the -- that's the |
| 10  father's work in the shipyard.  And just to be          10:39:42 | 10  substitution -- that's what's substituted as the    10:43:22 |
| 11  clear, amosite was one of the types of insulation | 11  iron.  But it would be the iron ratio to silicon |
| 12  materials that -- sorry, one of the types of | 12  ratio would be the -- the formula for it. |
| 13  asbestos that was used in insulation materials | 13          And you'd have to look at the -- you know, |
| 14  historically in U.S. shipyards, correct? | 14  the manganese peak.  I don't remember if that is a |
| 15      A   That is correct.          10:40:00 | 15  marker for grunerite-cummingtonite or just          10:43:50 |
| 16      Q   Okay.  And Dr. Dodson reported amosite in | 16  grunerite.  I can't remember that part. |
| 17  Mr. Eagles' tissue, correct? | 17          So I'd have to check that. |
| 18      A   That's what he called it. | 18      Q   So is it your testimony that the |
| 19      Q   And I think you described it in your first | 19  distinction between cummingtonite and grunerite is |
| 20  day of deposition as possibly grunerite.          10:40:17 | 20  based on the ratio of iron and silica or iron and    10:44:06 |
| 21          Is that where you are in what that | 21  magnesium? |
| 22  particle is? | 22      A   It's -- as I recall -- well, the magnesium |
| 23      A   Possibly cummingtonite-grunerite or | 23  is lowered because of the iron.  That would be part |
| 24  grunerite, which would be the appropriate geological | 24  of it, if you looked at the formula.  But I think |
| 25  mineralogical name for amosite, since amosite is a          10:40:35 | 25  what Ann Wylie, at least in -- at least what was    10:44:24 |
|          Page 176 |          Page 178 |

4 (Pages 175 - 178)

1  stated to Dr. Sanchez in his deposition was that it    10:44:28
2  was a ratio of the silicon to iron.
3      Q   Okay.  So it's silica to iron that you
4  believe is the distinguishing factor, not silica --
5  not iron to magnesium?    10:44:43
6      A   Again, it's not what I am establishing, as
7  I've told you two or three times now.  I would like
8  to revisit that.
9          I believe that it may be some order of the
10 magnesium to iron, the silicon to iron.  It would be    10:44:59
11 more of a -- I'd have to look at the actual formula.
12 But it should never be called amosite, in my
13 opinion.
14     Q   So you haven't in tissue burden studies
15 referred to individuals as having amosite in their    10:45:20
16 tissue?
17     A   We have in the past.  But that was -- that
18 was a mistake.  And we should call it its mineral
19 name.  I would never do that now.
20     Q   Do you have any idea approximately how    10:45:35
21 many times you have made in the past the mistake of
22 calling a fiber in a tissue burden analysis amosite?
23     A   Let's see.  Over the 20, 30 some years, I
24 don't know.
25     Q   Hundreds?    10:45:55
                                        Page 179

1          MR. SATTERLEY:  Objection.  Calls for    10:45:58
2  speculation.  Asked and answered.
3          THE WITNESS:  Is it bigger than a bread
4  box?  I don't know.
5  BY MR. DUBIN:    10:46:03
6      Q   Okay.  And how about if you're doing
7  product testing and you find a mineral that's
8  grunerite in a product, do you think you should call
9  it amosite or grunerite?
10         MR. SATTERLEY:  Objection.  Overly broad.    10:46:16
11 Vague.
12         THE WITNESS:  Well, that's different if
13 you're doing -- and you know what the product is and
14 you know what's in it and where it came from.  That
15 I don't have that much of a problem.    10:46:26
16         But if we were -- it's been a while since
17 we've tested an amosite product, but now just to
18 keep it consistent, just call it its actual mineral
19 name.
20         But if you know what the product is, such    10:46:42
21 as Marinite, and you know that JM only used amosite
22 in Marinite, it's pretty easy to call it Marinite.
23         But when you're doing lung tissue analysis
24 burdens, I think you should call it the regular
25 mineral name.    10:47:00
                                        Page 180

1  BY MR. DUBIN:    10:47:01
2      Q   Okay.  So you agree that when you're
3  describing a mineral, it's important to use its
4  correct mineral name, right?
5      A   I believe it's important, yes.    10:47:08
6      Q   Okay.  So you've said before that at least
7  some of what you've called anthophyllite in your
8  testing of Johnson & Johnson may in fact be
9  cummingtonite, correct?
10     A   Correct.    10:47:25
11     Q   So why didn't you use the correct mineral
12 name then?
13         MR. SATTERLEY:  Objection.  Argumentative.
14         THE WITNESS:  I believe a lot of times we
15 said it could be -- you know, we were calling it all    10:47:35
16 anthophyllite.  The difference, of course, is the
17 iron and transformation from the orthorhombic to
18 monoclinic.  And in order to tell the difference
19 there would require -- would require additional
20 analysis.  So, at that time, we just don't do it.    10:47:58
21 BY MR. DUBIN:
22     Q   What initial analysis would it have
23 required, and how long do you believe it would have
24 taken to do for any individual particle?
25         MR. SATTERLEY:  Objection.  Calls for    10:48:12
                                        Page 181

1  speculation.    10:48:12
2          THE WITNESS:  I don't know because we
3  haven't done it yet, so I would just be speculating.
4  BY MR. DUBIN:
5      Q   So you would be speculating on how you    10:48:18
6  would tell the difference between anthophyllite and
7  cummingtonite?
8      A   You didn't ask me that.  You asked me how
9  long would it take me.
10     Q   Okay.  Let me just ask you.    10:48:29
11         How would you tell the difference between
12 anthophyllite and cummingtonite if you were going to
13 take that step?
14     A   I would do quantitative chemistry at the
15 amount of iron.    10:48:45
16     Q   Anything else?
17     A   Don't know.  I think that should be
18 plenty.
19     Q   Okay.  And so, an EDS spectra is not
20 enough for you to make those kind of chemical    10:48:57
21 judgments?
22     A   It might be if I looked at enough
23 cummingtonite -- just cummingtonite standards.  But
24 I don't know.  I'd have to look at the cummingtonite
25 standards and see how readily you can do that --    10:49:12
                                        Page 182

5 (Pages 179 - 182)

1    Q   Have you --                    10:49:15
2    A   -- versus the grun --
3    cummingtonite-grunerite.
4        As I recall, cummingtonite-grunerite is
5    regulated asbestos.  So it really didn't matter that    10:49:24
6    much at the time.
7        But I see your point.
8    Q   Okay.  And would a finding of amosite in
9    tissue be consistent with a take-home exposure of
10   amosite from amosite-containing insulation    10:49:47
11   materials?
12       MR. SATTERLEY:  Objection.  Calls for
13   speculation.
14       THE WITNESS:  The finding of an
15   anthophyllite/grunerite.  Again, amosite is a trade    10:49:55
16   name.  And there is cummingtonite-grunerite as NOAs,
17   in my opinion.  I'm not sure finding one, if it
18   really is grunerite slash, is anything but a
19   natural-occurring asbestos.  Seems like what there
20   mostly is there in lung tissue is talc, tremolite,    10:50:22
21   et cetera, aluminum silicates.
22   BY MR. DUBIN:
23   Q   So my question was, is finding amosite in
24   lung tissue consistent with take-home exposure from
25   asbestos-containing insulation materials?    10:50:40

Page 183

1    testimony, or individuals that were coworkers that    10:52:15
2    he indeed was exposed to asbestos-containing
3    insulation in the time period where one of the
4    components, more likely than not, was
5    amosite/cummingtonite-grunerite.    10:52:32
6        Does that make more sense?
7    BY MR. DUBIN:
8    Q   Well, I understood what you're saying.
9    I'm not going to say it makes sense.
10       Well, you have not found grunerite in any    10:52:45
11   Johnson & Johnson product, correct?
12   A   That's correct.
13   Q   And we have a history here of an
14   individual whose father worked in shipyards during
15   the time period when amosite was in insulation    10:53:02
16   materials, correct?
17       MR. SATTERLEY:  Objection.  Calls for
18   speculation.  Assumes facts not in evidence.
19       What history are you talking about,
20   Mr. Dubin?    10:53:12
21       MR. DUBIN:  I'm talking about the facts --
22       MR. SATTERLEY:  No facts.  Nobody's
23   testified to --
24       MR. DUBIN:  I'm talking about the fact
25   that, as Dr. Longo has acknowledged, the father    10:53:21

Page 185

1        MR. SATTERLEY:  Objection.  Asked and    10:50:43
2    answered.  Speculation.
3    BY MR. DUBIN:
4    Q   You can't answer that, Dr. Longo?
5    A   The finding of anthoph -- excuse me,    10:50:50
6    cummingtonite-grunerite in lung tissue for an
7    individual who does not have any -- sorry, does not
8    have any talcum powder exposure, especially from the
9    Vermont mines, and has a -- but has where we can say
10   within a reasonable degree of scientific certainty    10:51:23
11   that has been exposed to products that contain
12   cummingtonite-grunerite, yes.
13   Q   I have no idea what you just said.
14       MR. SATTERLEY:  He may have misspoke.
15       Dr. Longo, you may have misspoke.  You    10:51:36
16   said something about no exposure to talc?
17       MR. DUBIN:  Let's just --
18       (Crosstalk.)
19       THE WITNESS:  You said is it consistent.
20   But that's sort of a vague question.    10:51:50
21       What about -- I'm trying to answer is,
22   yes, you would be right if we had a history of the
23   particular exposed individual where there is no
24   talcum powder exposure and that we know for a fact
25   from either his own testimony, the plaintiff's own    10:52:11

Page 184

1    worked at a shipyard, right?    10:53:25
2        MR. SATTERLEY:  Nobody has testified to
3    that fact, Mr. Dubin.
4        Where are you getting that at?
5        MR. DUBIN:  Okay.  Maybe we'll go back on    10:53:33
6    this later.
7    BY MR. DUBIN:
8    Q   Let's assume somebody has.
9        You don't think there is evidence in this
10   case, Dr. Longo, that the plaintiff's father worked    10:53:44
11   at a shipyard; is that what you're saying?
12       MR. SATTERLEY:  Objection.  Calls for
13   speculation.  Assumes facts not in evidence.
14       THE WITNESS:  We have his -- we have
15   Mr. Eagles, who testified that he thought his father    10:54:04
16   worked in shipyards and that he was a marine
17   electrician.
18       What we don't have is any facts if in fact
19   he did work in a shipyard and did work on a ship
20   versus something else.  There is no evidence there    10:54:18
21   to do that.  So that's why I have the opinion that I
22   can't state that he had any exposure at a shipyard
23   one way -- or did have exposure one way or the
24   other.
25   ////

Page 186

6 (Pages 183 - 186)

BY MR. DUBIN:                                        10:54:34
1
2    Q   Okay.  One of the things fiber burden
3  analyses are sometimes used for is to confirm what
4  exposures to asbestos an individual may have had in
5  the past, right?                                  10:54:46
6    A   Correct.
7    Q   In other words, somebody who you don't
8  know did they or did they not have exposure to
9  amosite in the past, then you find it in their
10  tissue, that helps you say, yes, they did in fact  10:54:59
11  have that exposure, right?  That's part of the
12  purpose of a fiber burden analysis.
13    A   I'm sorry.  Could . . .
14    Q   Sure.  Let's say you had a question
15  whether this individual -- whether Plaintiff here  10:55:14
16  was exposed in the past from an amosite-containing
17  asbestos insulation materials.  Isn't it a clue that
18  he was if you find amosite in his tissue?
19    A   Again, I guess I'll repeat it.
20      Amosite is a trade name for South African  10:55:38
21  grunerite -- cummingtonite-grunerite.
22      If you find one potential
23  cummingtonite-grunerite and you find platy talc,
24  fibrous talc, tremolite, which is not an accessory
25  mineral that I recall from amosite, some           10:56:08

Page 187

1  anthophyllite, some aluminum silicates, that      10:56:10
2  exposure points to the use of talcum powder, in my
3  opinion.
4      If you have information that somebody is
5  an insulator, worked around an insulator, handled  10:56:22
6  manufacturing -- in an area where they were
7  manufacturing products using amosite-containing --
8  amosite/cummingtonite-grunerite or what they're
9  calling amosite from the documents, yes, that
10  verifies it, but not necessarily has to be in the  10:56:43
11  lung burden analysis when you have the testimony.
12    Q   Is there any type of asbestos, any mineral
13  type of asbestos that if it's found in plaintiff's
14  tissue you will not say, "Well, that's consistent
15  with talc"?                                        10:57:03
16      MR. SATTERLEY:  Objection.  Calls for
17  speculation.
18      THE WITNESS:  Any asbestos mineral?
19  BY MR. DUBIN:
20    Q   Any asbestos mineral.                       10:57:22
21    A   Any asbestos mineral, I would not say it
22  for crocidolite.  I've never seen anything like
23  that.  Certainly chrysotile.  Certainly tremolite.
24  Certainly anthophyllite.  Certainly cummingtonite --
25  cummingtonite-grunerite.  But if there was a -- if  10:57:39

Page 188

1  there was crocidolite in there, I've never seen that  10:57:46
2  found in any natural occurring -- any
3  natural-occurring asbestos, except for some deposits
4  of dolomitic lime up in the New York, New Jersey
5  area.                                              10:58:07
6    Q   First, let me just ask you, how much time
7  do we have today, Dr. Longo, so I can spend our time
8  wisely?
9    A   Let's see.  10:30.  I'm going to need some
10  lunch at some point.  I would say four hours.      10:58:23
11      MR. SATTERLEY:  Dr. Longo, you told me
12  three hours the other day.  I have to be in court at
13  11:00.
14      THE WITNESS:  Sorry.  3 hours?  Sorry,
15  Mr. Satterley.                                     10:58:34
16      MR. DUBIN:  So we're going until about
17  what time, Joe?
18      MR. SATTERLEY:  10:30 my time.  I've got
19  to be in court at 11:00.
20      MR. DUBIN:  Oh, my god.  10:30 your time.  10:58:42
21  That's what, 1:30 my time?
22      MR. SATTERLEY:  Yep.
23      MR. DUBIN:  Okay.  All right.
24      Well, maybe we'll come back to this, but I
25  want to move on for a little bit.                  10:58:52

Page 189

1  BY MR. DUBIN:                                      10:58:55
2    Q   I want to talk about home remodeling next
3  briefly.  You have some notes in your -- the notes
4  you prepared about home remodeling.
5      You said, first of all, the house -- so     10:59:11
6  you discussed some construction in one of
7  Mr. Eagles' houses, correct?
8    A   Correct.
9    Q   Okay.  Is that the house you visited?
10    A   Yes.  The house was built in -- I think it  10:59:30
11  was 1926.
12    Q   Okay.  So it's an old house.
13      Would you agree that there were likely
14  asbestos-containing materials used in the
15  construction of that home?                         10:59:42
16    A   No.  I don't agree.
17    Q   So not floor tile, not ceiling tile, not
18  wall material, not anything that you think would be
19  likely in a house built in the 1920s to contain
20  asbestos in that home?                             11:00:01
21    A   That's correct.  I'm not aware of any
22  asbestos products being in any home constructed in
23  1926.
24      What was in the home on the walls, on the
25  ceiling was a plaster material, which is not       11:00:13

Page 190

7 (Pages 187 - 190)

1  unusual. And there was also some interesting          11:00:19
2  looking, I would almost call it plywood. But it's
3  really not because it had a lot of surface features
4  on it. But it was definitely wood -- wood paneling
5  of some sort that was painted over.          11:00:34
6        I asked about what was the tiles taken out
7  of the bathrooms, as well as in the kitchen, and
8  they said ceramic tiles.
9        I clarified with him -- I think I
10 testified about this last time that he said when          11:00:48
11 they took the wall down that there was wallboard
12 there. I asked him again about that, and he said,
13 no, it was plaster, not wallboard or joint -- or
14 your typical gypsum drywall board.
15        So I didn't see any exposure from the          11:01:09
16 remodeling of that house.
17    Q  Okay. Let me make sure I understand.
18        First, who brought up the construction in
19 the interview?
20    A  I did.          11:01:19
21    Q  Okay. Now, you mentioned last time
22 discussing plaster versus drywall. Now you're
23 saying you also asked him about floor files?
24    A  Well, they pulled the floor tiles. In the
25 bathroom, that was replaced, what was taken out or          11:01:35

Page 191

1  covered over. And he said it was ceramic, not vinyl          11:01:41
2  asbestos tile, which makes sense because vinyl
3  asbestos tiles weren't made in the twenties.
4    Q  Okay. So what else, if anything, did you
5  do while you were in the home to assess whether          11:01:57
6  there were asbestos-containing materials that either
7  were there then or had been prior to any renovation
8  when he lived there?
9    A  That's what I did. I asked him about the
10 house. I asked him about, you know, where the          11:02:09
11 potential would have been, such as taking out tiles
12 or covering over tiles. There was just nothing
13 there, Mr. Dubin.
14    Q  You asked him -- you asked them that about
15 tiles too is what you're saying?          11:02:29
16    A  Yes, sir. Just wanted to make sure that
17 wasn't -- because, again, I'm not aware of any
18 asbestos products being used in construction of
19 homes in the 1920s.
20    Q  Maybe we'll talk about that later. I just          11:02:49
21 want to make sure we've got everything.
22        Did you test any materials or take any
23 materials to test from the home?
24    A  No, sir.
25    Q  Was there ever any insulation in -- does          11:02:59

Page 192

1  the house have an attic?          11:03:02
2    A  It does.
3    Q  Was there ever any insulation in the
4  attic?
5    A  According to Mr. Eagle, they put -- there          11:03:10
6  was insulation up there.
7    Q  Do you know what type of insulation?
8    A  He said that it was -- looked like a paper
9  material.
10    Q  Do you have any understanding of what that          11:03:26
11 kind of insulation would be if it looked like a,
12 quote, "paper material"?
13    A  It's essentially blown-in cellose, which
14 is typical.
15    Q  You said that -- so there's no -- there          11:03:45
16 was no drywalling anywhere in the home. Is that
17 what you're saying?
18    A  As far as I could tell, yes.
19    Q  Okay. Can plasters have asbestos in them?
20    A  Yes.          11:04:06
21    Q  Okay. What type or types of wall plasters
22 can have asbestos in them?
23    A  The stuff that was developed '70s.
24 Usually they put 1 or 2 percent in so they can spray
25 it, motorized spray it. But that's not what          11:04:26

Page 193

1  happened back in the '20s or '30s or '40s. I don't          11:04:30
2  think that material started being used, especially
3  on the West Coast, until the 1950s or '60s. That's
4  not what's on there. That was all hand put on.
5    Q  Okay. So when do you think that there          11:04:45
6  started to be asbestos in wall plasters?
7    A  When they started guniting it to make
8  it -- give it what they call slip through the hose
9  to spray it.
10    Q  Okay. Were there -- was there asbestos          11:05:00
11 used in other wall plasters that were not sprayed?
12    A  Not during that time frame that I'm aware
13 of.
14    Q  Okay. How about -- how about any products          11:05:20
15 in the house that you believe may have contained
16 industrial talc?
17    A  I can't think of anything there that
18 contained industrial talc.
19    Q  I may come back to this. I'm going to
20 move on for now.          11:05:43
21        Let's talk about the W.R. Grace facility.
22        In your initial set of notes, you didn't
23 mention the W.R. Grace facility, correct?
24    A  Correct.
25    Q  When did you first become aware that there          11:05:58

Page 194

8 (Pages 191 - 194)

1  was a W.R. Grace facility -- you know, use          11:06:01
2  whatever -- near the Peterbilt facility?
3      A   I don't quite recall when. I mean, I did
4  review Nony's expert report. He has it in there.
5  So I don't know if it was that, or I can't remember    11:06:36
6  if it was Sanchez's report or I was told by
7  Plaintiffs. One of the three.
8      Q   Okay. But it's not something -- was it
9  something that you knew before you had found out
10  that it was -- had been raised by Defendant's         11:06:50
11  experts?
12     A   Again, I just gave you three
13  possibilities. I'm not sure when I was told.
14         So, again, could have been Plaintiff.
15  Could have been Plaintiff. Could have been one of    11:07:06
16  defense experts.
17     Q   Okay. And you said you reviewed the Nony
18  report. How did you get it?
19     A   It was sent to me by Mr. Satterley -- or
20  not sent to me, but I think it was sent to -- this    11:07:20
21  was all sent to my assistant, who gave it to me.
22     Q   Sent how?
23     A   I imagine he sent it by email.
24         MR. DUBIN: And again, we'd request --
25         THE WITNESS: I don't know. I just know    11:07:34

Page 195

1  that it showed up with the rest of the material here    11:07:36
2  at some point.
3         MR. DUBIN: Okay. And again, to the
4  extent it wasn't clear last time, we're requesting
5  all communications, even internal, about this case    11:07:47
6  at MAS.
7         BY MR. DUBIN:
8      Q   So you got the Nony report. It's dated
9  October 4, 2023.
10         Can you tell me how long after that date    11:08:07
11  you received it?
12     A   No, I can't.
13     Q   Okay. His report has a series of
14  references regarding W.R. Grace.
15         Did you see that?              11:08:23
16     A   I saw that.
17     Q   Did you read them?
18     A   The references?
19     Q   Yes, the references.
20     A   I just read what he said about it. I    11:08:29
21  don't have any issue about the references.
22     Q   Okay. So you're not taking any issue with
23  any of the ways that Mr. Nony describes the
24  references in his report regarding W.R. Grace; is
25  that fair?                            11:08:46

Page 196

1      A   That's sort of fair. But, I mean,          11:08:47
2  overall, I see there is no evidence that Mr. Eagles
3  was exposed to a W.R. Grace product. And that's
4  where the tremolite -- quote, tremolite, richterite,
5  winchite -- that's where it came from.            11:09:05
6         I think the evidence shows that neither I
7  nor Abraham found anything that resembled
8  vermiculite in Mr. Eagles' lung tissue.
9      Q   Okay. Do you know approximately how far
10  away the facilities are from one another?          11:09:42
11     A   I think it's in Mr. Nony's report. You
12  know, I'd have to look it up, how far away. I mean,
13  I'm not disputing it's whatever distance it is. I
14  just don't see any evidence that Mr. Eagles got
15  exposed.                            11:10:10
16     Q   Okay. Let's see what we agree -- do you
17  agree that the -- maybe we can short-circuit.
18         Do you agree that the Peterbilt facility
19  was within the zone of highest potential exposure to
20  hazardous levels of asbestos from the W.R. Grace    11:10:26
21  plant, according to the ATSDR?
22         MR. SATTERLEY: Objection. Calls for
23  speculation.
24         THE WITNESS: No. I don't agree.
25  ////

Page 197

1  BY MR. DUBIN:                          11:10:41
2      Q   Okay. Have you -- did you look at that?
3  Did you read the 2005 ATSDR report about the W.R.
4  Grace facility in Newark, California?
5      A   No.                          11:10:57
6      Q   Okay. So, if that report contains a zone
7  that was identified as the area with highest
8  potential exposure for exposure to hazardous levels
9  of asbestos from the W.R. Grace facility, you
10  haven't seen that?                      11:11:14
11         MR. SATTERLEY: Objection. Calls for
12  speculation. Asked and answered.
13  BY MR. DUBIN:
14     Q   You haven't seen that; is that fair?
15         MR. SATTERLEY: Objection. Asked and      11:11:23
16  answered. He's already testified that he didn't
17  review the report.
18         Why are you harassing him?
19         MR. DUBIN: He might have reviewed part.
20  You might have told you, Tim. I'm asking him the    11:11:30
21  question.
22         MR. SATTERLEY: Well, he's -- objection.
23  Asked and answered.
24         MR. DUBIN: You'll know if I'm harassing
25  him. So you can just -- can you answer the          11:11:38

Page 198

1  question? We're wasting time.                11:11:39
2       MR. SATTERLEY: No, no. I'm objecting, a
3  legitimate objection that you've already asked him
4  the question.
5       MR. DUBIN: Are you instructing the      11:11:47
6  witness not to answer?
7       MR. SATTERLEY: No.
8       MR. DUBIN: Okay. Then stop it.
9       THE WITNESS: As I just stated, I didn't
10 read the report.                             11:11:55
11 BY MR. DUBIN:
12     Q  Do you know how high fugitive emissions
13 were from the W.R. Grace facility?
14     A  I don't recall that they actually had air
15 samples. I don't recall any air samples that were  11:12:18
16 ever taken inside the Peterbilt facility and then
17 more so inside his office in the Peterbilt facility.
18     So there was no evidence that I could see
19 that there was high fugitive emissions from the
20 plant that got in where Mr. Eagle worked.    11:12:41
21     Q  Okay. Well, I'm asking you just about
22 fugitive emissions from the W.R. Grace plant.
23     Did you look at that?
24     A  I don't recall if I looked at it or not.
25 If it was in Mr. Nony's report, I would have looked  11:12:55

Page 199

1  at it. But I don't recall.                   11:12:58
2       Q  Do you recall a study where individuals
3  looked at tree bark from --
4       A  I did.
5       Q  -- the area?                         11:13:10
6       Sorry?
7       A  I saw that.
8       I said I saw that data where they found
9  tremolite in the tree bark.
10      Q  Okay. And but you -- did you read the   11:13:19
11 actual article?
12      A  No. I've seen that data before in other
13 instances, like in Libby, Montana. I wasn't
14 disputing that data.
15      Q  Okay. Do you know when the W.R. Grace    11:13:37
16 facility closed?
17      A  I saw that, but I can't recall exactly
18 when that was.
19      Q  So do you know even approximately how many
20 years after the W.R. Grace facility closed these  11:13:54
21 investigators were still finding asbestos in tree
22 bark from the facility?
23      A  Well, I don't know when the tremolite or
24 the asbestos got into the tree bark. It would be
25 there for however long until somebody went and   11:14:19

Page 200

1  looked for it.                               11:14:23
2       Q  All right. Well, in your notes, you talk
3  about the idea of fibers floating into Mr. Eagles'
4  office. So let me ask you. Do you know whether his
5  office had windows?                          11:14:48
6       A  I don't recall.
7       Q  And you obviously -- for any question that
8  I ask you about the W.R. Grace facility or how it
9  has potential for exposure there, you didn't discuss
10 any of that in your interview with him, right?   11:15:10
11      A  No, I did not.
12      Q  Okay. Where does the air inside a
13 facility typically come from?
14      A  Typically, a facility will have an HVAC
15 system or some type of air movement from -- it could  11:15:27
16 be fans, et cetera. Out there, I don't know how
17 often they would have, you know, heat. But
18 typically, an HVAC system of some sort.
19      Q  Right. Is it fair to say that the air
20 inside a facility typically circulates with the air  11:15:47
21 outside the facility?
22      A  In some cases, yes. In some cases,
23 they'll have essentially an enclosed system.
24      Q  So, I mean, you're not saying the
25 Peterbilt facility was hermetically sealed, right?  11:16:05

Page 201

1       A  Well, of course not. There is always    11:16:10
2  going to be air intrusion inside the facility. But
3  again, there is no evidence -- no -- there is
4  absolutely no evidence that Mr. Eagle had any
5  exposure -- any exposure to W.R. Grace's vermiculite  11:16:22
6  plant, exfoliation plant while he was at that
7  facility. Excuse me. There is just no evidence
8  there other than speculation.
9       Q  And the fact that he has richterite and
10 winchite, or what you called possible richterite and  11:16:43
11 possible winchite, in his tissue, right?
12      A  Well, that's the primary -- I would look
13 at that as the primary evidence why he does not have
14 any exposure to the W.R. Grace plant. And I would
15 be happy to explain if you'd like.              11:17:01
16      Q  Let me make sure I understand.
17      The fact that -- so W.R. Grace facility
18 was using vermiculite from Libby, right?
19      A  Correct.
20      Q  Libby vermiculite can be contaminated with  11:17:16
21 richterite and winchite, correct?
22      A  Winchite, richterite, tremolite,
23 actinolite are all naturally-occurring asbestos
24 accessory minerals for the vermiculite in Libby,
25 Montana.                                      11:17:40

Page 202

10 (Pages 199 - 202)

Page 203

1    Q   And those minerals in Libby can be        11:17:45
2  asbestiform, correct?
3    A   They can.
4    Q   And they have been associated with the
5  development of mesothelioma among miners and        11:17:54
6  community members in Libby, right?
7    A   Well, that's not an area I'd testify
8  about.  So I'm not disputing that there is
9  significant asbestiform, tremolite, actinolite,
10  winchite, richterite in the Libby, Montana        11:18:14
11  vermiculite.  But that's part one of the reason.
12      Part two is something I can explain why
13  that portion of what was found in his lungs would be
14  inconsistent with an exposure from Libby, Montana.
15    Q   Okay.  I can't wait.  We'll get there in a    11:18:36
16  second.
17      Let me first ask you, have you ever read
18  any studies regarding the bio-persistence of
19  vermiculite in tissue?
20    A   Not for vermiculite, no.  I'm not aware    11:19:01
21  that there is some bio-persistence.
22    Q   Well, so one of the things you mentioned
23  before is that we didn't see vermiculite in his
24  tissue.
25      Do you know whether somebody who had an    11:19:12

Page 204

1  exposure to vermiculite -- just the mineral    11:19:16
2  vermiculite, now, not accessory minerals -- that
3  ended in 1990 would be expected to have any
4  vermiculite in his tissue?
5    A   If he's using a vermiculite product in the    11:19:35
6  1990s, I would expect it to still be in his lungs
7  with anything else he inhaled.
8    Q   Based on what?
9    A   Based on findings we've had in the past
10  where somebody who has those type of exposures on    11:19:51
11  lung tissue analysis.  But when that was done many,
12  many years ago -- I don't know -- or I don't know if
13  I could find it.
14    Q   Okay.  We're going to request that, to the
15  extent you're going to rely on it.  Otherwise, we'll    11:20:10
16  move to exclude it if we cannot review the data.
17      Incidentally, you're taking notes during
18  the deposition?
19    A   Excuse me?
20    Q   You're taking notes?        11:20:22
21    A   No.  I'm mostly doodling.
22    Q   Okay.  Well, we'll request your doodles,
23  if nothing else, just to see if you're drawing
24  caricatures of me.
25    A   I'm not that good a drawer, but I do have    11:20:37

Page 205

1  handwritten notes if you want to get to it or not    11:20:40
2  today.
3    Q   Okay.  Yes.  We'll request those.  We'll
4  leave that open as Exhibit 20.
5      (Exhibit 20 marked for identification.)    11:20:56
6  BY MR. DUBIN:
7    Q   All right.  And to the extent you have any
8  notes still from the last time, we can include those
9  in Exhibit 20.
10      So, all right, Dr. Longo, tell me why the    11:21:02
11  finding of richterite and winchite in the lungs is
12  inconsistent and it shows that he did not have any
13  exposure from the W.R. Grace facility.
14    A   Well, if you have -- if you have the type
15  of exposure, in my opinion, to get a finding of    11:21:18
16  tremolite, winchite, richterite in somebody's lungs,
17  why isn't there any vermiculite particulates in
18  there, since the winchite, richterite on the
19  processed material is going to count for maybe a
20  half, at the most, 1 percent.  What happened to the    11:21:40
21  other 99 percent?  All been cleared out by the
22  lungs?  They say talcum powder is cleared out by the
23  lungs, but can't seem to find it.  When somebody has
24  -- excuse me -- when somebody has had fairly
25  significant exposure to it.        11:21:58

Page 206

1      And we're dealing with where you can find    11:22:02
2  winchite, richterite, tremolite in cosmetic talcs.
3  And there is no -- I don't think there is any
4  dispute that Mr. Eagles' lung tissue has significant
5  talc particles, significant fibrous talc particles.    11:22:18
6  So you're looking at -- in my opinion, you're
7  looking for another source to account for the
8  tremolite or the winchite, richterite.  And I just
9  don't think it's feasible.
10    Q   Okay.  Again, so you're saying that -- but    11:22:35
11  you have no published data on whether -- so you have
12  no published data, as I understand it, about how
13  long vermiculite is likely to stay in lung tissue,
14  right?
15    A   Yeah.  I don't recall if I've seen that or    11:22:54
16  not.
17    Q   Okay.  So let me give you a hypothetical.
18  You've got an individual who just has tremolite in
19  their lungs.  And you're involved in a case, lung
20  tissue.  You're involved in a case against a    11:23:10
21  chrysotile company.
22      Do you look at that and say, "Hey, I see
23  tremolite here, but no chrysotile, so that means the
24  tremolite must have come from something else"?
25      MR. SATTERLEY:  Objection.  Incomplete    11:23:29

11 (Pages 203 - 206)

1 hypothetical.                    11:23:30
2        THE WITNESS: Well, one of the things we
3 do know -- your hypothetical -- your hypothetical is
4 correct, and we have solid evidence that they worked
5 at -- with chrysotile and in significant amount,    11:23:44
6 such as a chrysotile miner. They routinely found
7 tremolite, anthophyllite in the lungs. We know that
8 chrysotile has some bio-persistence in some people
9 where it migrates out, you know, into the lymph area
10 or outside on that issue of the lung.        11:24:10
11        So it just depends. If that is the
12 only -- if your hypothetical is the only thing we
13 have, no talc exposure, but he worked with -- but he
14 worked with chrysotile products and there's
15 tremolite found but no chrysotile, yes, I'd say that    11:24:32
16 was consistent with chrysotile exposure.
17 BY MR. DUBIN:
18    Q   So the fact that -- so, to the extent that
19 amphiboles are associated with a high
20 bio-persistence, in other words, they stay in the    11:24:46
21 tissue for a very long time, right?
22    A   Correct.
23    Q   And so the fact that an amphibole may have
24 entered the body along with something like a
25 chrysotile and the chrysotile leaves before you --    11:25:00

Page 207

1 before you perform a fiber burden analysis, that    11:25:04
2 doesn't mean that the tremolite wasn't from the
3 chrysotile, right?
4        MR. SATTERLEY: Objection. Incomplete
5 hypothetical.                    11:25:13
6        THE WITNESS: If we -- you know, it's --
7 if we have a history of chrysotile exposure and no
8 chrysotile was found in the lung tissue, but we
9 don't have any -- but we don't have other exposures
10 other than chrysotile products, and it's only    11:25:32
11 tremolite, certainly that would be consistent with a
12 chrysotile exposure -- a significant chrysotile
13 exposure.
14 BY MR. DUBIN:
15    Q   Now, let me make sure I understand what    11:25:48
16 you had said about the structures in your re- -- in
17 your analysis of the Gordon stubs.
18        MR. SATTERLEY: Gordon stubs?
19        MR. DUBIN: Sorry. I've got too many
20 other cases in my head. Aram.        11:26:09
21        MR. SATTERLEY: Okay. I thought you hired
22 Dr. Gordon to be your witness.
23        MR. DUBIN: Yeah. If I could get him out
24 of witness protection, wherever he's hiding.
25 ////

Page 208

1 BY MR. DUBIN:                    11:26:24
2    Q   So --
3        MR. SATTERLEY: Why do you have to attack
4 everybody?
5        MR. DUBIN: Why? Because I don't trust    11:26:32
6 that guy as far as I can throw him. And two, I was
7 joking a little bit, but not very much. But I'm
8 sure you -- I'm sure if I picked your greatest hits
9 of how you feel about Dr. Sanchez and what you've
10 said about him, I'm pretty sure "attack" would be a    11:26:49
11 kind word for it, Joe.
12        MR. SATTERLEY: We've been going almost an
13 hour. Just let us know when you're ready for a
14 break.
15 BY MR. DUBIN:                    11:27:05
16    Q   Okay. Are you on Structure 6?
17    A   Sorry?
18    Q   Sorry. I was gonna -- in your report,
19 there is a Structure 6 that you said some would call
20 that richterite. And you said there's a lot of    11:27:18
21 debate sometimes which type is richterite.
22        Are you saying it's definitely one or the
23 other, richterite or winchite, or are you saying it
24 could be something else? I just want to make sure
25 I'm clear.                    11:27:40

Page 209

1    A   Let me get to Structure 6.        11:27:42
2    Q   Sure.
3    A   Just give me a second.
4    Q   No problem.
5        MR. SATTERLEY: Which report?        11:28:09
6        THE WITNESS: I'm saying it's definitely
7 one or the other.
8        MR. SATTERLEY: Which report?
9        MR. DUBIN: I think this is the SEM
10 confirmation analysis, page 8, No. 2, the second    11:28:15
11 one.
12 BY MR. DUBIN:
13    Q   Is that correct?
14        What's the color of what you're looking
15 at?                    11:28:32
16    A   Well, the one I saw was the MVA SEM
17 confirmation analysis, No. 6 for --
18    Q   I can call it up if it's easier.
19    A   I've got it here.
20    Q   Yeah, okay.        11:28:45
21    A   This is -- I was just looking at it. This
22 would be No. 6 on the MVA SEM confirmation analysis.
23    Q   Right. Here we are.
24    A   And I may have one over in ours.
25    Q   That's fine. I'm just talking about this    11:29:09

Page 210

12 (Pages 207 - 210)

1   one.                          11:29:10
2       You said -- so you're saying it is either
3   richterite or winchite?
4       MR. SATTERLEY: Let me object.
5       Wait a second. You're looking at a        11:29:18
6   different report than what he said he's looking at.
7   He's looking at the MVA data, and you're showing him
8   the MAS data.
9       MR. DUBIN: Are we looking at Structure 6,
10  Jake?                         11:29:31
11      THE WITNESS: Yeah. But this is not --
12      MR. KEESTER: This is Structure 6, yeah.
13  BY MR. DUBIN:
14      Q  This is the structure I was asking you
15  about initially because --            11:29:39
16      A  Oh, sorry. Because that's not winchite or
17  richterite. That's fibrous talc.
18      Q  Okay. In your deposition, you were saying
19  structure -- we were talking about Structure 6. I'm
20  not sure what the disconnect would be.    11:29:52
21      MR. SATTERLEY: The disconnect is you're
22  talking about the wrong report. The MVA report has
23  got the Structure 6.
24      MR. DUBIN: All right. Let's call the
25  other report up, Jake.             11:30:03

                                   Page 211

1       MR. SATTERLEY: That's the MAS report.   11:30:04
2       MR. DUBIN: That's fine.
3       MR. SATTERLEY: They both have "MAS" on
4   them. That's where the confusion is. One also has
5   "MVA."                        11:30:11
6       MR. DUBIN: No problem. Somebody -- it's
7   just the wrong one was keyed in the outline. So
8   let's call up the correct report.
9   BY MR. DUBIN:
10      Q  So you're saying this is either winchite   11:30:32
11  or richterite, right?
12      MR. SATTERLEY: Wait a second. That says
13  "Structure 4."
14      MR. DUBIN: Structure 6.
15      THE WITNESS: Let's see the -- make sure   11:30:46
16  we're on the right one.
17      No. That's the A1b. We want to go to the
18  B1b, No. 6.
19      There we go.
20  BY MR. DUBIN:                  11:31:10
21      Q  So that is winchite or richterite? Now
22  we're looking at JA23-006-B1b. It's labeled
23  Structure 6. Just make sure we're --
24      MR. SATTERLEY: Objection. Compound.
25  ////

                                   Page 212

1   BY MR. DUBIN:                  11:31:26
2       Q  Okay.
3       A  Yes. That's what we're looking at.
4       Q  And let's make sure Structure 9. Keep
5   going down.                     11:31:39
6       A  Structure 9?
7       Q  Isn't there a Structure 9?
8       A  No.
9       Q  Probably in the other report then.
10      MR. DUBIN: Jake, pull up Structure 9 from   11:31:46
11  the other report.
12      MR. KEESTER: Can you see this?
13      MR. DUBIN: All right. Let me move to
14  another topic. Jake, we'll do this after a break.
15  BY MR. DUBIN:                  11:32:07
16      Q  All right. So I want to talk about --
17  let's just pull this down, Jake. And we'll talk it
18  through before we go back in here.
19      Let me ask you, are you offering an
20  opinion about where any richterite or winchite that   11:32:21
21  was found in Mr. Eagles' tissue came from?
22      A  It came from his exposure to the cosmetic
23  talc. That's my opinion.
24      Q  Are you aware of any geological literature
25  that has shown the presence of winchite or

                                   Page 213

1   richterite in the Italian, Vermont, or Chinese talc   11:32:50
2   mines that Johnson & Johnson used?
3       A  I don't know. That's really not my area
4   on the geological formation of -- I can tell you
5   that we have found the richterite/winchite in the   11:33:12
6   J&J Chinese analysis we've done in the past. So his
7   exposure is to cosmetic talc. And it's my opinion
8   this is -- everything in his lungs -- the
9   richterite/winchite, the tremolite, the talc plates,
10  the fibrous talc, just tremolite itself came from   11:33:47
11  his use of cosmetic talcs or body powder talcs.
12      Q  Okay. So which --
13      MR. SATTERLEY: I'm asking for a break
14  again whenever --
15      THE WITNESS: Yes, that would be good.   11:34:02
16      MR. SATTERLEY: About five minutes ago I
17  requested a break.
18      MR. DUBIN: If the witness needs a break,
19  that's fine, Joe. I mean, I'm sure you can sit for
20  more than an hour. But that's fine. We have   11:34:11
21  limited time. We're going to have to take quicker
22  breaks. And again, I think we can go longer than an
23  hour between breaks. All right. So we'll take 10
24  minutes now.
25      THE WITNESS: Okay. Great. Thank you.   11:34:24

                                   Page 214

                              13 (Pages 211 - 214)

1    THE VIDEOGRAPHER: Off the record at    11:34:26
2    11:34 a.m.
3        (Recess taken.)
4        THE VIDEOGRAPHER: On the record.
5    11:43 a.m.                    11:43:01
6    BY MR. DUBIN:
7    Q    All right. So you said before the break
8    that you had found -- that you had reported
9    richterite in Chinese talc. Do you know what report
10   you ever reported richterite in Chinese talc?    11:43:18
11   A    Well, it was a J&J. I may have also -- I
12   know we've found it a couple times. I'd have to
13   check and see. But I'm pretty sure one was Chinese.
14   And I'd just have to go back and look at them. This
15   would all be something that I've turned over to J&J.    11:43:42
16   Maybe, you know, the MDL samples. Not the Chinese,
17   but I'd have to look at the vermiculite in the --
18   excuse me, not vermiculite -- the Vermont, Italian,
19   and then it may have been Simon Greenstone Chinese.
20   Q    Okay. I'm going to leave open Exhibit 22.    11:44:09
21   And if you could please provide us any report that
22   you believe of Johnson & Johnson that you believe
23   shows a finding of richterite, and including but not
24   limited to the Chinese report, if there is one?
25       (Exhibit 22 marked for identification.)    11:44:31

Page 215

1        MR. SATTERLEY: Morty, if you -- the same    11:44:33
2    defense was in the Leavitt case. There was a
3    report, we used it in Leavitt -- the same W.R. Grace
4    defense was in the Leavitt case. So I can provide
5    it to you if you need me to.    11:44:46
6        MR. DUBIN: I know what he said in
7    Leavitt, but he didn't mention a Chinese report in
8    Leavitt. So I want to make that sure I've got
9    everything that he's relying on, including any
10   Chinese report where he's -- Dr. Longo is purporting    11:44:57
11   to find richterite, or at least I want to be clear
12   if there is none.
13       So I'm leaving that -- I'm going to leave
14   that open. And if the deposition continues, which I
15   assume it may, we can talk about whatever report    11:45:09
16   that is. I'm aware of the one. So I may ask you
17   about that.
18   BY MR. DUBIN:
19   Q    Before I ask you more about that, you
20   mentioned winchite and richterite.    11:45:25
21       Have you ever reported finding winchite in
22   a Johnson & Johnson talc product?
23   A    I think we've only reported richterite. I
24   don't know if I can recall a winchite or not.
25   Q    So, when you are saying that you're    11:45:46

Page 216

1    offering the opinion that the winchite or richterite    11:45:49
2    in Mr. Eagles' tissue came from talc, are you
3    offering an opinion that it came from Johnson &
4    Johnson talc?
5    A    Well, there's three talc exposures. I    11:46:02
6    can't say it's from Johnson & Johnson. There's
7    Longs, there's the Safeway, and Johnson & Johnson.
8        Now, Johnson & Johnson, in my opinion, was
9    the primary exposure. But I can't say it came from
10   Johnson & Johnson versus one of the others.    11:46:21
11   Q    What would be your basis for saying that
12   the winchite was from Johnson & Johnson if you have
13   never found winchite in any Johnson & Johnson
14   products?
15   A    Well, let's back up.    11:46:35
16       I said richterite/winchite. We're looking
17   at an SEM analysis of a tissue sample versus a TEM
18   analysis of -- where you can get a better idea of
19   the chemistry. You won't have interfering factors,
20   such as sodium chloride maybe. That's all I'm    11:46:58
21   saying. This is SEM versus TEM.
22   Q    Your analysis of the Johnson & Johnson
23   containers was by TEM, right?
24   A    Correct.
25   Q    Are you saying then that if what is in    11:47:20

Page 217

1    Mr. Eagles' tissue is richterite, then you're saying    11:47:23
2    it's consistent with what you found in Johnson &
3    Johnson, but if it's winchite, then it's not?
4    A    No. I was just answering your question.
5    Because in my opinion, it was somewhat misleading    11:47:38
6    that I was saying it could be richterite or
7    winchite. You know, you've got to look at the
8    sodium peak versus the potassium peak. And we're
9    dealing with a tissue analysis and an SEM EDS where
10   you can have, you know, interfering things    11:47:57
11   sometimes, depending on the -- depending on what you
12   have.
13       TEM, you have a better ability to -- to
14   determine one versus the other.
15   Q    All right. But so what I'm trying to    11:48:20
16   figure out is what is your problem with the fact
17   that -- or not a problem, but what significance is
18   it that it's SEM?
19       So are you saying that you can't tell
20   whether it's consistent with your findings in J&J    11:48:32
21   because you can't tell whether what's in Mr. Eagles'
22   tissue is really richterite or winchite?
23   A    No. Again, I'll start from the beginning.
24       It is a tremolite asbestos solid solution
25   series type minerals. We have either winchite or    11:48:55

Page 218

14 (Pages 215 - 218)

1  richterite or actinolite. Certainly not actinolite.    11:48:58
2      We have a fairly sizable sodium peak. And
3  then we have a potassium peak. Because this is a
4  tissue sample and because it is SEM, you can't get a
5  small spot size like you can in TEM. With SEM, you    11:49:18
6  tend to get -- you tend to get -- sometimes you may
7  get some other materials in there, specifically if
8  it's a tissue sample, unless you can show one from
9  the other.
10     Now, we have other examples in there where    11:49:33
11 we're not seeing sodium, so maybe not. But to make
12 the -- so SEM can identify tremolite. It can
13 identify that it's -- that you have one of the solid
14 solution series. It's a little bit tricky on the
15 winchite versus richterite. That's all I'm saying.    11:49:53
16     Q  All right. If the mineral that you've
17 found in Mr. Eagles' tissue is winchite, then would
18 you agree that that is not consistent with anything
19 you've found in Johnson & Johnson product before?
20     A  It depends on where I found it and what I    11:50:13
21 was using. I've already told you now about --
22 you're saying if this, if that. I don't know. And
23 I'd have to look at what the finding is.
24     Right now, what we have is a richterite,
25 richterite slash, in my opinion, winchite slash.    11:50:33

Page 219

1  Could be one or the other.    11:50:37
2      Q  I don't know how to ask my question any
3  more clearly, so I guess we're not going to get an
4  answer.
5      MR. SATTERLEY: Objection. Argumentative.    11:50:50
6      MR. DUBIN: Well, I mean, I just don't
7  see --
8      MR. SATTERLEY: He's answered the
9  question.
10     BY MR. DUBIN:    11:50:56
11     Q  The particle in the tissue -- in
12 Mr. Eagles' tissue is properly identified as
13 winchite. Okay? So now, however you identify, do
14 you know for certain it's winchite? The finding of
15 winchite in his tissue is not something that's    11:51:10
16 consistent with your testing of Johnson & Johnson,
17 correct?
18     MR. SATTERLEY: Objection. Asked and
19 answered now three times.
20     MR. DUBIN: Okay. He's not answering.    11:51:18
21     THE WITNESS: If your hypothetical is
22 correct and it could be positively identified as
23 winchite, based on the evidence in this case, I
24 would still call it a cosmetic talc exposure because
25 we don't have any evidence of any other exposure    11:51:40

Page 220

1  that would account for that.    11:51:44
2  BY MR. DUBIN:
3      Q  Okay. And, when you say it's a cosmetic
4  talc exposure, I'm asking you whether you would say
5  it's consistent with your findings from Johnson &    11:51:55
6  Johnson products.
7      MR. SATTERLEY: Objection. Asked and
8  answered twice.
9      THE WITNESS: I believe what we found was
10 richterite. But, you know, compared to the overall    11:52:03
11 totality of what Johnson & Johnson has sold and the
12 overall thousands and thousands and thousands of
13 tons, I'm assuming, we have a small population. But
14 I don't -- but mainly, I don't have any -- any other
15 evidence of any other exposure that would account    11:52:29
16 for a natural -- naturally-occurring asbestos
17 material.
18 BY MR. DUBIN:
19     Q  Well, an exposure to a Libby amphibole
20 from vermiculite could account for winchite and    11:52:44
21 richterite in the tissue?
22     MR. SATTERLEY: Objection.
23 BY MR. DUBIN:
24     Q  Correct?
25     MR. SATTERLEY: Assumes facts not in    11:52:52

Page 221

1  evidence. Calls for speculation.    11:52:52
2      THE WITNESS: I don't have any evidence
3  that that happened. If you're looking at -- if
4  you're in Libby, Montana, sure.
5  BY MR. DUBIN:    11:53:04
6      Q  All right. I want to talk a little bit
7  about talc use next.
8      A  Sure. Okay.
9      MR. DUBIN: Could we call up, Jake,
10 Tab 15. It's already an exhibit. It's one set of    11:53:17
11 your notes.
12     MR. SATTERLEY: What are you calling up?
13 I'm sorry.
14     MR. DUBIN: It's Dr. Longo's notes. The
15 tab number is just so that Jake can find it. It's    11:53:34
16 Tab 15.
17     MR. KEESTER: I'll pull it up.
18 BY MR. DUBIN:
19     Q  We can go to page 9.
20     Okay. First part -- I want to ask you    11:54:12
21 about this. It says "Of the three baby powder
22 products, it's my opinion that Mr. Eagles used
23 Johnson's baby powder the most, 1955 to 2017,
24 followed by the Longs and Safeway baby powder
25 products, 1950s, 1960s to 1980s or 1990s."    11:54:28

Page 222

15 (Pages 219 - 222)

1    Do you see that?    11:54:32
2    A   I do.
3    Q   First, are you indicating here by listing
4    '50s, '60s to '80s or '90s that Mr. Eagles stopped
5    using Longs or Safeway baby powder in the 1990s?    11:54:47
6    A   I mean, that's what -- what he stated.  He
7    didn't know if it was 1980s or 1990s.
8    Q   Okay.  You've used some terms about either
9    primary or majorities.
10    Do you have any opinion about the    11:55:10
11    percentage of use of Johnson & Johnson products
12    versus the other talcum powder products that
13    Mr. Eagles used?
14    A   The only opinion I have, it's more likely
15    than not greater than 50 percent.    11:55:39
16    Q   And explain to me one more time what your
17    greater than 50 percent opinion is based on?
18    A   That Mrs. Eagles said that's what she --
19    that's what she bought only, that Mr. Eagles stated
20    that he started using it in 19 -- I mean, he started    11:56:01
21    using Johnson & Johnson in 1955 for about a year,
22    and started at 13, and that in -- that most of the
23    products, more than 50 percent, maybe 51 percent,
24    were the other two.  Then I guess it's about
25    25 percent each maybe.    11:56:23

Page 223

1    Q   Let's break that down a little bit.    11:56:27
2    So Mr. Eagles also purchased talcum
3    powder, right?
4    A   Correct.  He would also purchase it.  And
5    he said he would look for the cheapest stuff, stuff    11:56:39
6    on sale, et cetera.
7    Q   And that the cheapest stuff was typically
8    the store brands, correct?
9    A   The Longs and the Safeway.
10    Q   Okay.  And so you're saying Mrs. Eagles    11:56:54
11    said that when she purchased, she would buy
12    Johnson & Johnson, right?
13    A   Correct.  You have that.  And you also
14    have that the Johnson's baby powder went up to 2017.
15    Q   We'll talk about that in a minute.  But I    11:57:18
16    just want to ask, how much -- so did you talk to the
17    wife -- I think one of the things that you said in
18    the last deposition was that Mr. Eagles' wife was
19    the one doing the shopping.
20    Is that something she told you in the    11:57:41
21    interview or something that you knew from some other
22    source?
23    A   Well, yeah, she told me that she did more
24    shopping than he did and that she only purchased
25    Johnson & Johnson baby powder.    11:57:57

Page 224

1    Q   Did you see Mr. Eagles' testimony that    11:58:00
2    they normally shopped together when they went
3    shopping?
4    MR. SATTERLEY:  Objection.
5    THE WITNESS:  I don't remember the    11:58:10
6    "normally."  I understand Mr. Eagles went with
7    Mrs. Eagles at times, but I understood that she did
8    it more than he did.
9    BY MR. DUBIN:
10    Q   How often are you assuming that    11:58:22
11    Mrs. Eagles went shopping and bought talcum powder
12    without Mr. Eagles?
13    A   Just more times than she went with him, or
14    he went with her.
15    Q   So I want to make sure I'm understanding.    11:58:41
16    So, if they were shopping together, which
17    brand would they buy?
18    A   If they were shopping together and she was
19    doing the shopping, I don't know if I have that
20    answer.    11:58:57
21    Q   Okay.
22    A   I would assume, if he went with her versus
23    her going with him, it would have been Johnson &
24    Johnson.  But that's just my assumption.
25    Q   Do you have any record basis for that    11:59:07

Page 225

1    assumption?    11:59:10
2    MR. SATTERLEY:  Objection.  Assumes facts
3    not in evidence.
4    MR. DUBIN:  The facts aren't in evidence
5    then.    11:59:14
6    BY MR. DUBIN:
7    Q   So you don't have a basis for the
8    assumption?
9    A   That's why it's an assumption.
10    Q   Okay.  So I just want to make sure I    11:59:25
11    understand.
12    So, whenever Mr. Eagles is going in
13    shopping, he's buying less expensive products,
14    presumably because he cares about price, right?
15    A   Well, let me -- you know, let me just look    11:59:42
16    over my notes.  He did care about price, but he
17    stated his preferred talcum product was Johnson &
18    Johnson, and that's what he started out with.  That
19    would be on page 2.
20    Mr. Eagles stated he purchased Johnson &    11:59:57
21    Johnson baby powder from Safeway, Luckys, and Longs
22    stores, but also indicated that he started getting
23    some of the store brands because they were cheaper.
24    That's on page 3.
25    Q   Okay.  Have you finished your answer?    12:00:17

Page 226

16 (Pages 223 - 226)

1    A   I'm just looking to see what else we have    12:00:19
2    here. Give me a second.
3        That's it. So that was his preferred
4    brand. I took that as, if he could find something
5    cheaper from time to time -- if he could find    12:01:02
6    something cheaper, he would buy it. But that was
7    his preferred brand. And his wife only purchased
8    Johnson & Johnson for him.
9    Q   I guess I just -- so he's looking to save
10   money.    12:01:18
11       Did you ask whether there was ever any
12   discussion or disagreement with them about, like,
13   "Well, why are you buying the more expensive brand?
14   If I was there, I would have bought the cheaper
15   brands." Anything conversations like that?    12:01:31
16   A   I did not have any conversations like
17   that, and I didn't see in testimony or conversations
18   like that from defense attorneys asking him, that I
19   can recall.
20   Q   I'm just trying to figure out, like, why    12:01:46
21   would she be buying him more expensive products that
22   when he shops he didn't feel he needed?
23   A   I guess you'll have to --
24       MR. SATTERLEY:   Asked and answered.
25   / / / /

Page 227

1    BY MR. DUBIN:    12:02:06
2    Q   That wasn't something you inquired -- was
3    that something you inquired about?
4    A   No. What I inquired about, what they used
5    the most. It was Johnson & Johnson. What was the    12:02:17
6    preferred brand? It was in the deposition. It was
7    Johnson & Johnson. What were the years of use?
8    Johnson & Johnson had '55 all the way to 2017 versus
9    the others. I think it's petty obvious myself.
10   But, you know, that's just me.    12:02:33
11   Q   Okay. In your notes, if we go to page 5.
12   A   Okay. I'm there.
13   Q   Okay. So it should be from
14   approximately -- oh, I see.
15       In your notes, you reflect that he    12:03:01
16   started -- sorry. Let's go to page 9 instead.
17   A   Page what?
18   Q   Nine.
19   A   All right.
20   Q   So here you write that he started personal    12:03:19
21   use at age 13 in 1955; is that correct?
22   A   Correct.
23   Q   Have you seen other information indicating
24   that he started later than that?
25   A   At the age of 13, 1955. I don't recall    12:03:50

Page 228

1    seeing anything later than that -- than 1955. If    12:03:54
2    you can show that to me, I'd be happy to look at it.
3        MR. DUBIN:   Sure. Let's make the next
4    exhibit in order, which I think it's 23, your
5    declaration of 3/7/23, if we can pull that up.    12:04:17
6        MR. SATTERLEY:   What exhibit number is
7    this.
8        MR. DUBIN:   I think it's 23. Go to
9    paragraph 32 -- paragraph 32 of the declaration. So
10   the declaration is in front.    12:05:10
11       (Exhibit 23 marked for identification.)
12   BY MR. DUBIN:
13   Q   Okay. First, this is your declaration?
14   A   I do.
15   Q   And you say, "I understand that Mr. Eagles    12:05:39
16   has used Johnson's baby powder and generic brands of
17   baby powder, including Longs and Safeway, from the
18   1960s and through the 2000s."
19       So why did you write that?
20   A   At the time, that's what I thought.    12:06:03
21   Q   Based on what?
22   A   At the time, that's what I thought.
23   Certainly 1960s to 2000s.
24   Q   So here you have him starting later and
25   ending earlier, right?    12:06:31

Page 229

1    A   No. I've got him starting later and    12:06:36
2    ending later, according to his testimony. But -- so
3    that's what I thought at the time.
4    Q   Based on what?
5    A   Well, I don't recall. Based on -- based    12:06:56
6    on whatever information I was getting.
7    Q   Well, it says here, "I understand that
8    Plaintiff Marlin Eagles has provided deposition
9    testimony in this case."
10       Was it based on his deposition testimony?    12:07:16
11   A   I don't recall that far back.
12   Q   Okay. Was this based on information that
13   Plaintiffs' counsel provided you?
14   A   I don't recall that far back.
15   Q   Okay. Can you tell me the process of    12:07:30
16   writing the declaration?
17       Did you draft it?
18   A   Again, I draft a lot of these or a lot of
19   information that has been provided before, and I
20   don't -- no, I don't start these from scratch    12:07:44
21   anymore because a lot of these are just -- goes over
22   the same material.
23   Q   So was it you or somebody at MAS who did
24   the first draft of this?
25   A   No. I'm always given information like    12:07:59

Page 230

17 (Pages 227 - 230)

1  this. I don't know where that information came from    12:08:02
2  because it's too long ago. But, no, I don't write
3  these whole things from scratch anymore.
4       Q   And again, to the extent it's not
5  otherwise clear, if something was transmitted to you    12:08:15
6  that gave you that information prior to your writing
7  this declaration, we are requesting it as well as
8  any communications related to the preparation of
9  this.
10       But suffice it to say, so you prepared the    12:08:28
11  declaration, and it says this. And did -- I assume
12  Plaintiffs' counsel never told you that that
13  information in paragraph 32 was in any way wrong.
14  Is that correct?
15       A   That's correct.    12:08:47
16       Q   And did you ever see anywhere in any of
17  Mr. Eagles' depositions that he first used baby
18  powder products on himself in his 20s, 30s or maybe
19  even 40s?
20       A   What I have is in my -- in my notes where    12:09:13
21  he stated about some of the different ones. That's
22  all I got is what he stated.
23       Q   Okay. To the extent there was deposition
24  testimony to that effect, is that something you
25  would typically note and put in your notes?    12:09:33

Page 231

1       A   On page 9 of my notes, I have, of the    12:09:50
2  three baby powder products, and I have from
3  Johnson's baby powder, 1955 to '20, followed by
4  Longs and Safeway products, '50s, '60s to '80s or
5  '90s. I just put in there what he stated.    12:10:07
6       Q   You indicated -- you can take this down,
7  Jake -- in your notes that Mr. Eagles continued to
8  use Johnson & Johnson, according to your notes, up
9  until 2017, correct?
10       A   Correct.    12:10:25
11       Q   Did you ask him why he stopped using
12  talcum powder in 2017?
13       A   Well, technically, he didn't stop using
14  cosmetic talcum powder in 2017. What he stopped
15  doing was full body.    12:11:51
16       I don't recall if he told me why he
17  stopped the full body. But he continued to use it
18  when he played tennis up to 2021. And he stopped
19  playing tennis because he started getting -- because
20  I guess the symptoms of the mesothelioma that was    12:12:06
21  developing in him, he couldn't play.
22       Q   So, when you say 2017, you're intending
23  that to only be used on the body?
24       A   Correct.
25       Q   Okay. In your exposure calculation, how    12:12:28

Page 232

1  long did you model applications on his feet?    12:12:32
2       How long did you have him doing that
3  until?
4       A   From 1969 to 2021 when he stopped.
5       Q   You didn't have any discussion about why    12:12:52
6  he stopped using it on his body?
7       A   No.
8       Q   So you tested two bottles in this case?
9       A   I did.
10       Q   Neither was Johnson & Johnson, correct?    12:13:11
11       A   That is correct.
12       Q   So presumably the plaintiff had no
13  Johnson & Johnson talcum powder in his possession.
14  Is that correct?
15       A   That's correct.    12:13:26
16       Q   The two bottles, how old were they?
17       A   I don't know. I don't know if there was
18  any dates on or not. I don't know how many there
19  are.
20       Q   Did you have -- you had the actual bottles    12:14:01
21  in your possession?
22       A   Yes, sir. I believe so.
23       Q   Do you still have them?
24       A   I would assume so.
25       Q   Okay.    12:14:12

Page 233

1       MR. DUBIN: We're going to request, and    12:14:14
2  we'll follow up, to meet and confer about what makes
3  sense, whether we need the physical bottles or
4  photographs of the remaining sides of the bottles to
5  the extent they're not all captured in your report.    12:14:25
6  And we'll just make that a discovery request. I'm
7  not going to leave an exhibit open for it.
8  BY MR. DUBIN:
9       Q   But you don't know whether those
10  bottles --    12:14:38
11       MR. SATTERLEY: I'm going to object. Fact
12  discovery is closed.
13       MR. DUBIN: Okay. Well, I don't care if
14  you object. We can talk about it later.
15  BY MR. DUBIN:    12:14:47
16       Q   Dr. Longo, you don't know whether there is
17  any dates on those bottles on portions that you
18  didn't photograph that would indicate when they may
19  have been manufactured, right?
20       A   I'm looking at the photographs now. There    12:14:59
21  is no date on them.
22       Q   And I don't have those reports here. What
23  sides have you -- are photographed?
24       A   Well, we do a photo like get the whole
25  bottle. And then we zero in on the printing on the    12:15:16

Page 234

18 (Pages 231 - 234)

Page 235

```
 1   back so you can read it (indicating).        12:15:20
 2      Q   Okay.  I'll take a look at that and see
 3   whether we still need them nor not.  We'll follow up
 4   by letter.
 5          Okay.  So a little bit about your      12:15:36
 6   calculation.  So you have a calculation for body
 7   use.  And you have 62 years of use and
 8   approximately, what, 12,896 applications?
 9      A   Correct.
10      Q   And that's based on an average of using it   12:16:04
11   on his body four days a week for 62 years?
12      A   Correct.
13      Q   And the amount of powder that you're
14   saying he puts on his body per application is about
15   2 to 3 teaspoons; is that right?              12:16:27
16      A   Well, he said it was more than
17   2 teaspoons.  So somewhere between, you know, 2 1/2
18   to 3 teaspoons.  So I just used 2 1/2, I believe it
19   is.
20      Q   So 8 grams.  Just -- okay.  So 8 grams is   12:16:48
21   2 1/2 teaspoons?
22      A   Each teaspoon is 3.8 grams.  So
23   2 teaspoons would be 7.6.  A half of a teaspoon
24   would be 1.9, almost 2.  So that would be 9.5.  So I
25   took a conservative 8 grams.                 12:17:19
```

Page 236

```
 1      Q   And I guess, to close out the last -- so   12:17:24
 2   is it your testimony that those two bottles of
 3   non-J&J talc that you tested, that those had been in
 4   Mr. Eagles' home since the 1990s?
 5      A   I don't have any information one way or   12:17:42
 6   the other.  I wasn't there to get them.  Whatever
 7   they are that they've been in their house for
 8   however long I guess is what it is.
 9      Q   Okay.  Well, I'm just saying, you said
10   that you don't -- he stopped using the generic   12:17:58
11   brands in 1990.  Is that your testimony?
12          MR. SATTERLEY:  Objection.
13   Mischaracterization of the prior testimony.
14          THE WITNESS:  I'm not saying he did or he
15   didn't.  It's not me saying it.  That's the   12:18:09
16   testimony I have.  That's just an issue of fact.  I
17   wasn't there.
18   BY MR. DUBIN:
19      Q   Okay.  And so you also talk about the use
20   in his shoes.  And so he's putting talcum powder on   12:18:22
21   his bare foot, then putting his sock on, and then
22   putting talcum powder also in his shoes before
23   putting the shoe on, right?
24      A   Right.
25      Q   Okay.  And so it's -- you say using a   12:18:44
```

Page 237

```
 1   conservative 1 gram per shake would equal 4 grams of   12:18:50
 2   talcum powder.  So he's using -- so let's see -- so
 3   how much is that?  How much is that in teaspoons
 4   that he's putting on his foot and how much in
 5   teaspoons is he putting on each shoe?        12:19:10
 6      A   Well, he has one application per day.  So
 7   52 years times 52 weeks, one application per day.
 8   That comes to 8,102 applications.
 9      Q   I'm just trying to focus on one individual
10   circumstance.  So he's putting -- first, how many   12:19:43
11   teaspoons is he putting on his feet, and then how
12   many teaspoons is he putting in his shoes?
13      A   Well, I'm saying 1 gram per each shake.  A
14   teaspoon is 3.8 grams.  So that would be one --
15   approximately 1/4 of a teaspoon, 25 percent of a   12:20:02
16   teaspoon on his feet and 25 of a teaspoon in his
17   shoe.
18      Q   On each foot you're saying?
19      A   On each foot.  So you have 4 grams total.
20   You've got 1 gram, 1 gram.  1 gram on his foot,   12:20:22
21   1 gram in his shoe.  Second shoe, 1 gram on his
22   foot, 1 gram in his shoe.  That's 4 grams.  And a
23   teaspoon is 3.8 grams of talcum powder.
24      Q   So Mr. Eagles is already putting -- what's
25   the purpose of putting baby powder in your shoes?   12:20:43
```

Page 238

```
 1      A   He said to keep -- help keep them dry.   12:20:48
 2          What did he say about putting it in his
 3   shoes?  I'd have to go back to the earlier because I
 4   just wanted to . . .
 5          Yeah.  I apologize.  I thought I had it in   12:22:51
 6   here, what he stated.  But what I recall is to keep
 7   his feet dry.  But --
 8      Q   Is this a typical way of using talc powder
 9   on your feet, as you understand, putting it on your
10   feet before you put them in the sock and then also   12:23:10
11   putting talcum powder in the shoe, even when you're
12   wearing a sock?
13      A   I don't know how common it is, but I've
14   seen it a number of times in the past of individuals
15   who used it for sports shoes, keep the feet dry,   12:23:26
16   help them from smelling, help the shoes from
17   getting -- from smelling, as a deodorant.  So that's
18   what I've seen in the past.  I couldn't tell you
19   what cases, but I've seen this in the past.
20      Q   Uh-huh.  In your calculation, your   12:23:48
21   cumulative use calculation, you do not include use
22   on his children; is that right?
23      A   Yes.  I did not include it.
24      Q   Why not?
25      A   Because I got from the testimony that he   12:24:14
```

19 (Pages 235 - 238)

1 very rarely did it. It was mostly his wife that       12:24:15
2 changed the diapers.
3    Q    And do you recall any testimony from
4 Mr. Eagles that what he was putting in -- the brand
5 that he was putting in his shoes, that he would       12:24:39
6 refer to it as talcum powder rather than baby
7 powder?
8    A    I'm sorry. Could you ask that again?
9    Q    Do you recall him referring to the
10 materials that he was putting in his shoe saying it    12:25:20
11 would say "talcum powder" rather than "baby powder"?
12    A    I think he said it both ways. And she
13 said it both ways. They would call it baby powder
14 and they would call it -- I think I'm the one who is
15 calling it talcum powder.                             12:25:37
16    Q    But no question Johnson's baby powder
17 would say "baby powder" on it, right?
18    A    No question about that.
19    Q    Now, you've done an estimate of the number
20 of application and the amount of talc Mr. Eagles      12:25:57
21 would have used. You have not done any cumulative
22 dose analysis for the amount of asbestos that
23 Mr. Eagles would have been exposed to, right?
24    A    Correct. I've not done any cumulative
25 fiber years.                                          12:26:22

Page 239

1    Q    And in order to do -- to take the number    12:26:24
2 of applications and turn that into an asbestos dose,
3 one of the things you would need to know is the
4 intensity of any exposures to asbestos?
5    A    That's correct.                               12:26:40
6    Q    We'll come back to dose if we have time.
7        Did you see in the Abraham materials
8 reference to welding type particles?
9    A    I don't recall seeing that. Let me see.
10 Do I have his report? Yes. Someplace.                 12:27:02
11        I don't recall that. Well, I don't want
12 to waste time looking for it. Do you want to point
13 it out?
14    Q    Let me just ask you, are you familiar
15 with -- what are welding type particles in a lung     12:27:36
16 burden analysis or a tissue diagnosis analysis?
17    A    Welding type particles, if it's in fact
18 welding type particles, would be metallic materials
19 that is given off during the welding process because
20 of the molten metal. And they're typically            12:27:53
21 microscopic, would have some -- would have
22 components of either the welding rod as well as
23 whatever the metal is.
24    Q    To the extent that any of the expert --
25 any of Plaintiffs' experts say that there were        12:28:12

Page 240

1 welding type particles in Mr. Eagles' tissue, would   12:28:15
2 you have an opinion about what the likely source of
3 that is?
4        MR. SATTERLEY: Objection. Calls for
5 speculation.                                           12:28:24
6        THE WITNESS: What the source is? If your
7 hypothetical is correct, that there is bona fide
8 welding products in his lung, microscopic metal
9 appears, then, yes, I would expect it would be from
10 welding.                                              12:28:49
11 BY MR. DUBIN:
12    Q    All right. Well, we've got only about an
13 hour left with you today. So why don't we take our
14 last break. We'll try to take a quick one. Let's
15 make it a five-minute break to give people an         12:29:02
16 opportunity to stretch, and then we'll go.
17    A    Okay. Thank you.
18    Q    No problem. Bye.
19        THE VIDEOGRAPHER: Off the record.
20 12:29 p.m.                                             12:29:16
21        (Recess taken.)
22        THE VIDEOGRAPHER: On the record.
23 12:34 p.m.
24 BY MR. DUBIN:
25    Q    All right, Dr. Longo, obviously we're not    12:34:19

Page 241

1 going to finish today. I wanted to ask you some       12:34:24
2 preliminary things about chrysotile, chrysotile
3 identification, and then we may have to take up some
4 other things about the facts of the case later.
5        First, as I understand it, you testified       12:34:38
6 before that you used some sort of software to assist
7 in the calculation of refractive indices; is that
8 right?
9    A    It didn't really -- yeah, it was software
10 that we no longer use. It came with the -- it was     12:34:54
11 given to us by a Dr. Bow, an NVLAP auditor. He's
12 the one who told us that we should quit being an
13 NVLAP, quit wasting our money. And it was
14 essentially like a spreadsheet where you would put
15 in what you're looking at and put in the matching     12:35:18
16 wavelengths, and it would give you the refractive
17 indices.
18    Q    So, just to be clear, when you were using
19 that software, it didn't fully automate the process.
20 The analyst still needs to identify what they're      12:35:37
21 looking at?
22    A    Yeah. There was no automation to it.
23 There was -- that's, I think, where the confusion
24 was. You'd have to put in the matching wavelengths.
25 And it is essentially the same thing as looking it    12:35:51

Page 242

1    up on a -- you know, on a chart, such as Dr. Su's    12:35:54
2    charts or others.
3        Q    And I think you would agree with me that
4    that first step, the analyst properly describing the
5    color that they're seeing so that it can be    12:36:06
6    transferred into a wavelength, that's fundamental to
7    PLM dispersion staining, correct?
8        A    Yes.
9        Q    And why are you no longer using the
10    software?    12:36:22
11        A    Because we're now using 1.560 refractive
12    indices fluid, and there was never a spreadsheet --
13    didn't have the spreadsheet type information on it.
14    And he also -- there's an update out there -- he
15    says there's a -- I understand there may be an    12:36:35
16    update that I haven't requested yet. So we've just
17    gone back to looking at the -- looking at the charts
18    ourselves.
19        Q    Are there published refractive indices
20    ranges for Calidria chrysotile in 1.560?    12:36:53
21        A    I think it's all in 1.550. That's
22    published -- the only published data I've seen is
23    for the Coalinga that I can -- that I recall off the
24    top of my head is Dr. Macron's. But his were all
25    mine samples, not the processed material, my    12:37:23

Page 243

1    understanding.    12:37:25
2        Q    And was that in 1.550 or 1.560?
3        A    I believe it was 1.550.
4        Q    And I want to ask you -- let's make the
5    next in order -- what Exhibit are we on? Is that    12:37:47
6    24?
7        (Exhibit 24 marked for identification.)
8        MR. KEESTER: That's right.
9        MR. DUBIN: I'm going to make the next
10    exhibit ISO 22262-1. If we can we call that up. Go    12:38:04
11    to page 36. Scroll down a little bit.
12    BY MR. DUBIN:
13        Q    I want to first talk about what talc looks
14    like in 1.550.
15        MR. SATTERLEY: Can you blow that up?    12:38:54
16    It's very, very hard to read.
17        MR. DUBIN: Blow up the part that says
18    "talc fibers."
19        THE WITNESS: What page is that on the --
20    BY MR. DUBIN:    12:39:05
21        Q    36. At least of the PDF.
22        A    Okay. Can we go down to the bottom?
23        Q    28.
24        A    28. Okay.
25        Q    You with me?    12:39:18

Page 244

1        A    I'm with you.    12:39:19
2        Q    I just want to first just talk about what
3    talc itself should look like in 1.550 oil. Okay.
4        A    Sure.
5        Q    And so this says for the RI parallel to    12:39:35
6    the fiber lengths -- we're talking about parallel --
7    talc fibers have a range of 1,589 to 1,600 resulting
8    in a pale yellow dispersion color when immersed in
9    1.550 RI liquid.
10        First of all, is that correct?    12:40:00
11        A    Yeah. You can have a range like that.
12    Sometimes a little bit lower. Sometimes higher.
13    But that's -- I don't argue with that.
14        Q    But, typically, talc -- elongated talc in
15    parallel should be a pale yellow, and the range they    12:40:14
16    give here is 1,589 to 1,600, right?
17        A    That's what they give.
18        (Exhibit 25 marked for identification.)
19    BY MR. DUBIN:
20        Q    Okay. And just so we can see something    12:40:25
21    about talc in general, not just talc fiber, I'll
22    mark as the next exhibit in order, which will be 25,
23    just the IARC 2010 monograph on talc. And if we
24    could call that up and go to page 289.
25        No. It should be 1.13.    12:41:11

Page 245

1        Okay. Here we go. Here, again, we're    12:41:23
2    talking about the indices of refraction of talc.
3    And it says biaxial with alpha 1.539 to 1.550, gamma
4    1.589 to 1.594.
5        And, again, so consistent -- what you're    12:41:40
6    going to see from talc is generally -- in parallel
7    is generally a pale yellow, right?
8        A    That's what it states.
9        Q    And talc plates, what is the typical
10    refractive indices of a talc plate?    12:42:01
11        A    It's typically -- it's going to be the
12    beta. And it's not going to change. It won't
13    change when you turn it. If it's just the talc
14    plate, you won't get any birefringence, but you're
15    getting the same things.    12:42:22
16        You know, it's one of the few things I
17    agree with Dr. Sanchez, when he stated in his
18    deposition he had in this case. And I -- but what
19    you can see there is what we have been stating on
20    talc. When you determine the birefringence    12:42:41
21    calculation, you're up in the -- you know, the 0.05
22    to 0.06 versus your chrysotile birefringence that
23    are down in the low range.
24        Q    I just want to talk about what a talc
25    plate should appear like in 1.550 oil. And this is    12:42:57

Page 246

21 (Pages 243 - 246)

1  indicating that talc plate should be pale yellow,    12:43:03
2  right?
3      A   I'm not sure it states that anywhere
4  there.
5      Q   Okay.  Well, what color -- you told me    12:43:20
6  that the talc --
7      A   You'll get yellows to gold.  You know, you
8  have to define what pale yellow is.  You can get
9  yellow-gold in 1.550.  We've seen it not yellow-gold
10  at times, but depending -- you may have more of a    12:43:38
11  goldish-red.  So it's not always the same range of
12  refractive indices.  But one thing that is always
13  the same is the birefringence difference between
14  that and chrysotile.
15     Q   Okay.  Well, I'm asking you just first    12:43:56
16  question:  What is the refractive indices range for
17  a talc plate, just a plane talc plate?
18     A   If it's a pure talc plate and you're in
19  the top, the refractive free range is whatever the
20  beta is, there is no range.  Because it's going to    12:44:14
21  give you the same range no matter what direction you turn it
22  in, it's going to give you the same thing.
23     Q   Okay.  So there is no range.  What is the
24  refractive index of a talc plate?
25     A   That one says 1.589 to 1.594.  We    12:44:31

Page 247

1  typically don't record the range of typical plates.    12:44:36
2  We're looking at what the fibrous talc is.
3      Q   Okay.  But I'm just asking a talc plate.
4      What color should a talc plate appear to
5  be to the analyst's eye in 1.550 oil?    12:44:55
6      A   You're typically going to have some form
7  of yellow or goldish-yellow.  Depends on the
8  instrument, I guess, and what -- what light source
9  you have.  And it's going to be a particle.
10     Q   Let's assume you have a non-colored light    12:45:18
11  source.  What color should a talc plate be in 1.550
12  oil?
13     A   You could have yellows.  You could have
14  golds.  I'm not sure I could say there is my any one
15  color.  You know, one type of hue of yellow or    12:45:39
16  yellowish-gold.  And then when you turn it into the
17  perpendicular direction, you get the exact same
18  thing.
19     Q   I'm talk -- okay.
20     What support do you have for the fact that    12:45:59
21  if an analyst looks through a microscope at a talc
22  plate in 1.550 with no colored light, that it can
23  appear gold, yellow-gold?
24     A   What -- I've seen a number -- you know,
25  I've seen it both on -- sitting at the microscope,    12:46:20

Page 248

1  that's my interpretation of it.  It could be a    12:46:22
2  goldish -- a goldish color, a yellowish-goldish
3  color.  So that's what I would -- that's what I
4  would state it is at times.  A bright pale -- you
5  know, a pale yellow versus, you know, the    12:46:42
6  birefringence, you get a bright pale yellow versus a
7  more dull pale yellow for chrysotile.  It just
8  depends, Mr. Dubin.  You can't just give it a
9  universal this is what it's going to look like.
10     Q   Okay.  Well, let's assume you're not    12:46:59
11  dealing with an elongated particle.  You're using
12  PLM dispersion staining and you're identifying talc
13  plates.  Is there -- are there published ranges for
14  what refractive index the talc plate should be in,
15  therefore what color they should appear in?    12:47:21
16     A   Probably.
17     Q   Okay.  Have you ever seen one that says a
18  talc plate can in 1.550 oil can be golden yellow?
19     A   Typically, they don't say the colors a lot
20  of times.  Like they're saying there the talc plate    12:47:43
21  on the beta direction can be anywhere from 1.589 to
22  1.594.  You know, that's six points there.  That can
23  be totally different color.  I mean, not totally
24  different, but it can be different shades of
25  whatever you're using there for that.    12:48:02

Page 249

1      Q   Okay.  I want to ask you about -- we'll    12:48:18
2  make it the next exhibit in order, the report by
3  Mr. Poye on Johnson & Johnson Shower to Shower,
4  which I think you've seen before.  Let me just ask
5  you about an image.  It's -- we'll make -- it's    12:48:37
6  Tab 46, and it will be Exhibit 25.
7      MR. SATTERLEY:  25 was the IARC.  So this
8  will be 26.
9      MR. DUBIN:  26.  Thank you.
10     Let's go to page 21.    12:49:00
11     (Exhibit 26 marked for identification.)
12  BY MR. DUBIN:
13     Q   Just as an example here, we've got talc
14  here in 1.550 refractive index oil.  Is that what
15  talc looks like in the microscope when immersed in    12:49:16
16  1.550 refractive index oil?
17     A   Sometimes.
18     Q   What do you mean by "sometimes"?
19     A   Sometimes it will look that.  Sometimes it
20  will look different.  Sometimes it's talc plates    12:49:33
21  versus fibrous talc.  And depending on the
22  orientation.  But for talc plates, I mean, you
23  change the orientation, it typically will stay the
24  same versus fibrous talc, if you have it parallel
25  versus perpendicular, you're getting your different    12:49:52

Page 250

22 (Pages 247 - 250)

| | |
|---|---|
| 1  refractive indices.                                12:49:55 | 1  lightbulb; is that right?                          12:53:08 |
| 2      Q   So let me ask you, the image on the right, | 2      A   Well, it's a tungsten lightbulb which |
| 3  is that -- the talc plates you see there, is that | 3  gives you sort of an orangish hue, sort of a more |
| 4  the correct color of talc in 1.550 oil? | 4  golden-yellow-orangish hue, yes. |
| 5      A   I don't -- again, there's no correct or   12:50:06 | 5      Q   Okay. So tell me, what is different about  12:53:25 |
| 6  incorrect. This is what this one happens to show. | 6  the appearance in parallel of the chrysotile versus |
| 7      Q   Well, the colors that are being produced | 7  the talc plate? |
| 8  by the mineral, how -- what is -- what is | 8      A   Well, the chrysotile is fibrous. It's got |
| 9  controlling what color is being shown? | 9  an RI of 1.563. And then we see a fibrous talc |
| 10     A   The crystalline structure of the talc    12:50:23 | 10  along with it, and it's completely different. I    12:53:50 |
| 11  plates. And in the orientation, in this case, since | 11  mean -- and I'm not saying that talc flake debris |
| 12  it's a plate, laying flat, it's the beta directions. | 12  doesn't have some chrysotile in it. But this type |
| 13  And the beta directions are usually pretty close to | 13  of microscope, it was too small to distinguish |
| 14  the gamma direction for the fibrous talc, as been | 14  versus the one up at the 12:00 position and the one |
| 15  stated in the last thing you showed and the thing   12:50:45 | 15  at the -- what do I say that is? -- about a 5:00    12:54:10 |
| 16  before that. Not exact, but it's pretty close. | 16  position, 5:00 p.m., 5:00 a.m. position. |
| 17     Q   Okay. Let's take the next in order -- I | 17     Q   Okay. Let's look at another image here at |
| 18  guess it's 26, just one of your Chinese samples. | 18  296, page 296. Let's rotate that. |
| 19         (Exhibit 27 marked for identification.) | 19         So, again, these larger rounded |
| 20         MR. SATTERLEY: You're now 27.            12:51:04 | 20  structures, those are talc plates, correct?        12:54:40 |
| 21         MR. DUBIN: I'm at 27. Damn it. You're | 21     A   Correct. |
| 22  better at this than I am, obviously. | 22     Q   And we have a similar colors on the |
| 23         MR. SATTERLEY: Just trying to keep them | 23  structure that you're calling chrysotile, right? |
| 24  straight. | 24     A   Similar to what? |
| 25         MR. DUBIN: Thank you. Let's make that    12:51:14 | 25     Q   Similar to the talc plates.               12:55:00 |
| Page 251 | Page 253 |
| 1  one of your Chinese samples. Let's go to -- it's   12:51:16 | 1      A   There are some areas, but they're not --   12:55:04 |
| 2  Tab 47. Call it up. | 2  they're just plates. They're not fibrous. So we |
| 3         MR. SATTERLEY: Can you tell me which | 3  have chrysotile. |
| 4  report this is from? | 4      Q   Okay. And you know, there -- on a lot of |
| 5         MR. DUBIN: It's from the September 16,     12:51:26 | 5  these particles, including the talc plates, you can  12:55:19 |
| 6  2020 report. Let's go to page 68. Can we try to | 6  see some red. Let's focus on the tile plates. You |
| 7  flip that image, rotate it. | 7  can see some red around the edge of the tile plates. |
| 8  BY MR. DUBIN: | 8  What's that? |
| 9      Q   So we're looking at an image from page 68 | 9      A   That's the talc plate. There may be some |
| 10  of this. I just want to understand -- so there's a   12:51:51 | 10  chrysotile in there, but this microscope -- this PLM  12:55:34 |
| 11  rounded structure up here that's near the talc flake | 11  microscope does not have the resolution, so it's a |
| 12  debris. Is that a talc plate? | 12  talc plate. I believe if you'll show this in |
| 13     A   Yes. Talc flake/plate, same thing. | 13  perpendicular, you can see the difference in some of |
| 14     Q   Okay. And you're identify -- first of | 14  these where you may have in fact fibrous talc |
| 15  all, remind me again why your images are so much    12:52:17 | 15  associated with the talc plate or potentially       12:55:52 |
| 16  more golden than what we looked at for Mr. Poye's | 16  fibrous chrysotile. But it's too small to get, you |
| 17  lab? | 17  know, dispersion staining on. |
| 18     A   I don't know what type of scope Mr. Poye's | 18     Q   I'm just trying to figure out the edges. |
| 19  lab is using. This one -- this was the Olympus with | 19  You see it on essentially all of the talc plates, |
| 20  the tungsten filament light, which gives you the    12:52:41 | 20  right, this red around the edge? Do you see that,    12:56:10 |
| 21  kind of what you say is more golden on the yellows | 21  purplish-red or red around the edge of the talc |
| 22  and golds. | 22  plates? |
| 23     Q   Okay. And so, just to be clear, so on | 23     A   Yes. |
| 24  this microscope that you're using to do PLM | 24     Q   Does that mean that -- what -- then what |
| 25  dispersion analysis based on color, you had a color   12:53:03 | 25  is the refractive index of these talc plates, would   12:56:28 |
| Page 252 | Page 254 |

23 (Pages 251 - 254)

1  you say?                                    12:56:34
2      A   I would say these talc plates are maybe
3  1.565 or 64 and then 1.550.  Because you're getting
4  more of the red, where the chrysotile has more of
5  the golden yellow, 67 or 70.                 12:57:00
6      Q   So, if you were asked -- just to identify
7  what mineral this talc plate is, let's take the one
8  that's largest.  So, if we go up to the left of the
9  particle.  So it's -- you would -- just so I'm
10 clear, what refractive index would you report based  12:57:27
11 on what you're observing for that particle?
12     A   Which one?
13     Q   You know, the one that looks more like a
14 thumbprint.  It's -- yeah, the one the cursor just
15 went over.                                   12:57:42
16     A   I don't know.  I'd probably want to take
17 some other particles of similar matching wavelengths
18 versus what we have there.  I probably would first
19 start and look at the elongation with the box
20 30-nanometer filter, because talc plates don't show  12:58:02
21 up.
22         So I don't know what I would call that at
23 this moment.  I might want to do some more work on
24 it.
25     Q   Well, what color would you say -- again,   12:58:14
                                               Page 255

1  you can identify any talc plates.  We can take the   12:58:16
2  one that's up slightly to the right of the one you
3  just called chrysotile.  What color would you call
4  that for purposes of determining its refractive
5  index?                                       12:58:28
6      A   That would be somewhere in the 1.563 to
7  1.566, 67.  Somewhere around there.
8      Q   Remind me what color that corresponds to.
9      A   What you see there.
10     Q   So are you calling it red?  Are you        12:58:43
11 calling it golden yellow?  What color are you
12 calling it?  I want to know what you see in that
13 particle.
14     A   I see sort of a goldish-yellow and some
15 red on the outside.  I don't -- typically, you want  12:58:59
16 to take the very end, but this is a particle plate,
17 since it's not fibrous.  And we do have some single
18 fibers in there, but they're too small to really
19 resolve.  And that's what I would call it, based on
20 just that photograph.                        12:59:19
21     Q   So I'm just saying, I think one of the
22 things you told me before is that when you do this
23 analysis, you're basing it on what color it is at
24 the edge of the particle, right?
25     A   With our new microscope, yes, we are,     12:59:31
                                               Page 256

1  because we have better resolution.  Here we have --  12:59:33
2  every particle has some of the red around it.  And I
3  don't know if that's just an artifact or not.  But
4  I'm just -- you asked me, and I'm telling you.
5      Q   Okay.  I understand.  So but your view --  12:59:49
6  the red -- you agree the red on these pictures may
7  be an artifact, right?
8      A   Maybe.  I don't know.  I'd have to focus
9  in on it to see if we -- you know, the focus is off,
10 et cetera.  So I'm giving you my best estimate based  01:00:04
11 on the photograph.
12     Q   Okay.  And so at some point you changed
13 microscope, as I understand it, and no longer have
14 the tungsten lightbulb, right?
15     A   It's LED.                            01:00:24
16     Q   Now, I want to ask you about -- so before
17 you changed, did you have various different PLMs
18 before that, some of which had tungsten lightbulbs,
19 some of which didn't, or did they all have a
20 tungsten lightbulb?                          01:00:44
21     A   We had 3D exact same microscope.
22     Q   Okay.  All with the tungsten lightbulb?
23     A   Older -- old PLM microscopes.
24     Q   Okay.  So I want to mark next, which,
25 unless Joe corrects me again, will be 28.    01:00:59
                                               Page 257

1          MR. SATTERLEY:  That's a correct number   01:01:04
2  this time.
3          MR. DUBIN:  Well, even a broken clock is
4  right twice a day.
5          (Exhibit 28 marked for identification.)   01:01:10
6  BY MR. DUBIN:
7      Q   A report you did for MAS for -- about an
8  RT Vanderbilt product around the time when the
9  chrysotile findings were coming out in Johnson &
10 Johnson.  So it's Tab 20.                     01:01:23
11         MR. SATTERLEY:  28?
12         MR. DUBIN:  Sorry.  It's Tab 20.  It will
13 be Exhibit 28.  I'm just telling Jake what tab it
14 is.
15         MR. SATTERLEY:  We don't have the tab      01:01:39
16 notebook, so we can't follow along.
17         MR. DUBIN:  Yeah, I know that.
18 BY MR. DUBIN:
19     Q   So do you have any memory of this, Foushee
20 versus RT Vanderbilt Holding Company?  Not that you  01:01:46
21 have to remember.  I'm just curious.
22         MR. SATTERLEY:  I can't see the top.
23 BY MR. DUBIN:
24     Q   Do you recall anything about this?
25     A   Not really.  But I'm sure if we go through  01:01:58
                                               Page 258

24 (Pages 255 - 258)

1    it, it will refresh my memory.                    01:02:01
2        Q   All right.  For today, I just want to look
3    at one image.  So if we can go to page 22.
4        Here is a picture from your PLM lab of
5    what's identified -- being identified as a talc    01:02:22
6    fiber bundle.
7        And first, do you notice that we don't
8    have as much of the golden yellow color that we saw
9    in the Johnson & Johnson pictures with respect to
10   the talc?                                          01:02:42
11       A   Yes.
12       Q   Do you know, why would that be if you were
13   also using a tungsten lightbulb for this analysis?
14       A   This, as I understand it, is from a
15   different mine, Vanderbilt mine.  So you're going to  01:03:00
16   have probably -- I don't think there is any iron.
17   So you'll see different -- different materials and
18   different wavelengths -- I mean, different -- you'll
19   see different matching -- matching wavelengths to
20   different sources.                                 01:03:22
21       Q   Well, why are all of the other yellow
22   things here -- why aren't they also -- why haven't
23   they turned orange if it's your light that was
24   causing the problem?
25       A   You just asked why it was more gold.       01:03:39

Page 259

1    Well, those particular plates --                   01:03:41
2        Q   Well, you have a lot of yellow here.
3        A   -- that too would have the -- tend to
4    produce those colors.  Why is the Vanderbilt
5    different?  I don't know.  I haven't really thought  01:03:51
6    about it.
7        Q   Okay.  Will you agree -- let's -- this is
8    a graphic I've asked you about before.  I'll just
9    make it next in order and ask you about it.  It will
10   be 29.  It's just a PowerPoint.  And it's Tab 75.   01:04:16
11       (Exhibit 29 marked for identification.)
12       MR. DUBIN:  All right.  So --
13       MR. SATTERLEY:  Is that the same one you
14   used in the Valadez case?
15       MR. DUBIN:  Correct.                            01:04:47
16   BY MR. DUBIN:
17       Q   I want to talk about the effect of --
18   let's assume that the old images are impacted by a
19   tungsten lightbulb and they're yellower for that.
20   That would mean that if the talc plates are oranger  01:04:59
21   than they should be because of the light, that
22   would also apply to what you're calling chrysotile
23   in the image, right?  It's not selective.
24       A   I don't know if it's selective or not,
25   depending on the dispersion from talc plates, but it  01:05:21

Page 260

1    still provides the same -- if that is in fact       01:05:29
2    happening, then it gives you sort of a balance that
3    it's going to be something different between the
4    two.
5        Q   Right.  What is --                          01:05:39
6        A   Normally it --
7        Q   But, for example, here where we see that
8    the leaves are blue in one, you know, and the owl is
9    blue, you know, if we want to figure out what your
10   older images look like to the microscopist, if      01:05:52
11   there's a yellow light, then we have to adjust in
12   our minds both the color of the talc plates and the
13   color of what you're calling chrysotile, right?
14       A   No.  I don't agree with that at all.  You
15   just -- whatever reason you want to make the colors  01:06:09
16   of the talc plates, we're looking at the dispersion
17   staining for both parallel and perpendicular ranges
18   and see how it matches up with what we feel is --
19   what our opinion is chrysotile in these products.
20       So whatever you want to do, that's fine,        01:06:29
21   or whatever your experts want to do, that's fine.
22   But that's not something we have to do.
23       Q   Well, I'm just asking you, if you're -- so
24   whenever you -- before your Valadez report, whenever
25   you were presenting images of what you claim was    01:06:44

Page 261

1    chrysotile in Johnson & Johnson, the images have    01:06:49
2    been taken on a microscope with a yellow light,
3    right?
4        A   It has had a tungsten light that produces
5    more yellow vibrational wavelengths, right.         01:07:01
6        Q   And is there any reason why that tungsten
7    light would only selectively make the talc plates
8    more yellow -- more orange or golden than what you
9    were calling chrysotile?
10       A   Well, it's primarily the talc plates from   01:07:21
11   China.  I'm not sure about the other ones.
12       But again, we're calculating it on the
13   birefringence, not how yellow one is the other and
14   making a comparison.  We have a number of
15   chrysotile/talc inner growths from those same       01:07:39
16   microscopes where you can easily, easily see the
17   difference in the birefringence.  So I just disagree
18   with this whole line of questioning that somehow
19   it's causing some artifact where it's not making it
20   be chrysotile as we're calling it.                  01:07:56
21       Q   Let me -- I'm going to skip ahead, and
22   I'll come back to some of these other things.
23       Let me just make sure I understand.
24       So we talked about this particle before.
25   I'll make the next exhibit in order the -- your     01:08:18

Page 262

25 (Pages 259 - 262)

1  Valadez report.                          01:08:23
2      MR. DUBIN: And, Jake, that's Tab 55, if
3  we want to call it out.
4      MR. SATTERLEY: Exhibit 30?
5      MR. DUBIN: That will be Exhibit 30.    01:08:36
6      (Exhibit 30 marked for identification.)
7      MR. DUBIN: And, if we can go to page 32.
8      Sorry. Is this the Valadez report, Jake,
9  Tab 55? And then page 32? It should have images.
10     MR. KEESTER: Is it this one?           01:09:23
11     MR. DUBIN: Yeah. Let's rotate it.
12 BY MR. DUBIN:
13     Q  So I asked you about this particle before,
14 and I think you -- well, let me just ask you. What
15 color were you calling this?               01:09:46
16     A  A brownish-gold I guess. More on the
17 brownish side, brownish-gold, which what we're
18 seeing in the 1.560.
19     Q  So this is M71614-001CSM-001 chrysotile.
20 Okay?                                       01:10:04
21     MR. DUBIN: And let's go to page 37 above
22 this. Scroll down because it should have the
23 correct image. Let's go down. Okay. Let's flip
24 that. Scroll that down.
25 ////
                                        Page 263

1  BY MR. DUBIN:                              01:10:35
2      Q  And we're looking at M71614-001-CSM-002.
3  What color are you observing in that structure?
4  What color are you calling it for purposes of the
5  RI?                                        01:10:49
6      A  For the brownish part there, sort of a
7  brownish-gold I would call it. Let's see. 1.565.
8  That's pretty close to what I would say it is.
9      Q  Okay. And if we go to page 42.
10     And, if we go to page 42 and scroll down.   01:11:16
11 Let's flip that. What color are you observing here
12 for purposes of the RI calculation?
13     A  That's higher -- that's a lower -- that's
14 a lower wavelength than what we've been looking at,
15 but it's going to be a higher refractive indices.   01:11:43
16 So I would probably call that -- I might get closer
17 to 1.570 than 1.568. You do have some red in there
18 around the edge that I don't see in some of the
19 other particulates. So I would call it a little bit
20 lower. Primarily, what you're seeing is yellow,    01:12:07
21 yellow-gold.
22     Q  Okay. And how is that the color that's
23 distinct in your mind from the talc plates that
24 we're observing on this image?
25     A  Well, I would say most of the talc plates   01:12:28
                                        Page 264

1  are -- they've got a darker brown. But this is not   01:12:31
2  the only thing -- this is not the -- the only thing
3  we're using to identify this, one that has to be
4  fibrous. If you go to the elongation where we have
5  it in the 530-nanometer, you can get a better look   01:12:47
6  at the structure of this as compared to everything
7  else. And typically, talc plates don't show up very
8  well in the one -- in the elongation, you know, in
9  this -- in the single polar elongation, our
10 cross-polars at the -- essentially at the 45-degree   01:13:12
11 angle. You kind of focused in here, but this is not
12 the only data that we use to make an identification.
13     Q  Okay. We'll get back to that. I guess --
14 let me just back up for a second.
15     Has your laboratory -- prior to your           01:13:38
16 becoming involved in talc litigation, has your
17 laboratory done any PLM work for Calidria?
18     THE REPORTER: For what?
19     MR. DUBIN: Calidria, C-A-L-I-D-R-I-A.
20     We can take this down, Jake?                 01:14:05
21     THE WITNESS: The only one we've done
22 would have been the -- some kind of -- you know,
23 some exposure studies with Calidria. And I think it
24 was the RG144 that was purchased by the plaintiff's
25 attorney sometime -- no, that was -- strike that.
                                        Page 265

1      With RG144 or 145 when Mr. Hatfield wrote   01:14:30
2  to -- not to Union Carbide, but to -- I think it was
3  RCAC or something like that who bought it out. We
4  got 5 pounds of material. I'm not sure we did any
5  PLM on it until we got involved in this, when we    01:14:51
6  thought it might be a -- might be a -- because of
7  the sharp fibers, might be sort of a standard.
8  BY MR. DUBIN:
9      Q  Do you know what Visbestos or Super
10 Visbestos are?                              01:15:04
11     A  Super Asbestos?
12     Q  Super Visbestos or Visbestos?
13     A  I'm not sure.
14     Q  You don't recognize it as the name of a
15 drilling mod that was composed of Calidria asbestos?   01:15:23
16     A  Oh, we've analyzed that in the past.
17     Q  So let's just mark that as the next in
18 order. I guess that's 31.
19     MR. SATTERLEY: What did you call it
20 Visbestos?                                  01:15:38
21     MR. DUBIN: V-I-S-B-E-S-T-O-S.
22     THE WITNESS: Oh, I misunderstood. I
23 thought you were calling it "super-asbestos."
24     (Exhibit 31 marked for identification.)
25 ////
                                        Page 266

                                        26 (Pages 263 - 266)

BY MR. DUBIN:                    01:15:49

2   Q   It's Super Visbestos or Visbestos.

3   A   I would have recognized Visbestos.

4   Q   Okay.  And you can see here, this is from

5   Union Carbide -- they're being referred to as Union    01:15:59

6   Carbide Calidria samples, MAS, January 2011, right?

7   A   That's correct.

8   Q   Okay.  And if we can go to page 6, we can

9   see that there's an analyst.  And that's somebody

10  who did PLM analysis at MAS, correct?    01:16:26

11  A   Correct.

12  Q   And you see here that they -- he gives a

13  refractive index of -- for Calidria of 1.560/1.553,

14  correct?

15  A   Correct.                    01:16:51

16  Q   Okay.  And so what colors would that be in

17  parallel and perpendicular?

18  A   In 1.550, 1.560 is going to be where the

19  golden color should be.  And 1.553 in the -- which

20  is alpha is -- should be more in the bluish-purple    01:17:21

21  range.

22  Q   Maybe we can look at the 1.560 range.

23  Let's make sure we have that.  So just the other

24  numbers here.  Look at page 7.  There's other

25  numbers here.  You have 1.560 to 1.553, right?    01:17:44

Page 267

---

1   A   Correct.                    01:17:50

2   Q   So I'm going to mark the next exhibit in

3   order 32.  And that will be some slides, internal

4   reference 53.

5       MR. SATTERLEY:  That last one, Exhibit 31,    01:18:00

6   did you include entirety of the report as that

7   exhibit?

8       MR. DUBIN:  Yeah, I included the whole

9   report.

10      MR. SATTERLEY:  Thank you.    01:18:13

11      (Exhibit 32 marked for identification.)

12  BY MR. DUBIN:

13  Q   Okay.  Now, we've done this chart before,

14  so I thought -- so 1.560, what color is that at the

15  temperature in your lab in 1.550 oil?    01:18:32

16      MR. SATTERLEY:  I'm confused, Morty.

17  You've got the top 1.550 there, but then the

18  refractory index in the report says 1.560 and 1.553.

19  So I'm confused.

20      MR. DUBIN:  Yeah.  One is the oil.  The    01:18:55

21  other is the reported refractive index.

22      THE WITNESS:  What we're seeing for what

23  we have here, 1.560, those are typically in the

24  golden -- darker gold area.

25  ////

Page 268

---

BY MR. DUBIN:                    01:19:20

2   Q   Okay.  So you're telling me, if we look at

3   the Su charts for your temperature in that oil, that

4   1.560 is going to be golden yellow?

5   A   More of a dark gold.  Not so much the    01:19:35

6   yellow.  You've got to get to higher refractive

7   indices to start seeing it.  And again, this is for

8   1866b chrysotile.  This has -- this has absolutely

9   nothing to do with the short-fiber type materials.

10  This is very misleading, Mr. Dubin.  I'm sorry.  I    01:19:56

11  don't mean to be disrespectful, but this has nothing

12  to do with what we're seeing.

13  Q   Okay.  I don't understand what you're

14  talking about.

15      So Calidria is a short fiber chrysotile,    01:20:09

16  right?

17  A   Calidria is a short fiber chrysotile, but

18  we see -- you're going to see, because of the size

19  of the fiber -- and I know -- I know Dr. Sanchez

20  disagrees with this.  The size of these bundles, 1    01:20:26

21  to 2 microns in width, give you different refractive

22  indices for the colors.  And we showed that with our

23  1866b milled material.  And it's been my opinion all

24  along is that the, quote, the height of the bundle

25  changes the refractive indices.  Also, the source of    01:20:53

Page 269

---

1   the bundle.                    01:20:58

2       So you're using 1866b here and calling it

3   "Super Visbestos Testing Report."  That's totally

4   misleading.

5   Q   I'm sorry.  I'm using what?  It is a    01:21:08

6   Visbestos testing report.

7   A   But these levels you're taking from the

8   ISO 22262-1, and they're using the 1866b chrysotile

9   standard to generate this.

10  Q   No, no, no.                    01:21:27

11      But, Dr. Longo, the only part of this that

12  has to do with ISO is where the ISO ranges are on

13  the bottom.  I'm just asking you, is it correct that

14  1.560 in your -- in your lab temperature would be

15  around here, this 1.561 mark, that color?    01:21:46

16  A   No.

17  Q   Okay.  All right.  So we're going to have

18  to go through this, I guess, next time.  And I'll

19  just mark the -- Su's 22 as the next in order.  So

20  that's -- that will be 33.                    01:22:07

21      MR. SATTERLEY:  What are you marking?

22  What you just showed him is --

23      MR. DUBIN:  Su's article, "The Dispersion

24  Staining Technique and its Applications."

25      MR. SATTERLEY:  Did you mark that chart    01:22:16

Page 270

---

27 (Pages 267 - 270)

1 there as Exhibit 32?                    01:22:17
2        MR. DUBIN: Sorry. I thought that -- the
3 graphics?
4        MR. SATTERLEY: Yeah, the graphic.
5        MR. DUBIN: I'll make those 33. I'll make    01:22:24
6 the actual Su 34. Okay. We'll just mark that. I
7 don't need to look at it today, but we're going to
8 have to go through this to confirm what color you're
9 calling things.
10       But let's go back to the 33 for -- let's    01:22:39
11 call that back up for a second.
12       (Exhibit 33 marked for identification.)
13       (Exhibit 34 marked for identification.)
14       MR. SATTERLEY: I'm confused, Morty.
15 Exhibit 34 is -- what is it for Dr. Su?    01:22:45
16       MR. DUBIN: It includes the Su tables. I
17 think Dr. Longo understands we're going to go have
18 to go through this because he's telling me different
19 colors than I would expect him to.
20       MR. SATTERLEY: I'm still not clear what    01:23:00
21 you marked as 34.
22       MR. DUBIN: 34 is the actual tables that
23 you used in order to get the colors out of the
24 refractive index that's reported by MAS.
25       MR. SATTERLEY: Since you're not sharing    01:23:16
                                            Page 271

1 it with me and it's not being displayed, what is it?    01:23:17
2 Is it an article? Is it Dr. Su's article?
3        MR. DUBIN: Right. It's Dr. Su's article.
4 I'm just putting it in the record so he has it.
5        MR. SATTERLEY: From 2020?    01:23:26
6        MR. DUBIN: This is 2022.
7        MR. DUBIN: 2022. Thank you.
8        MR. DUBIN: I just put it in there so
9 nobody had to search around for it.
10 BY MR. DUBIN:                    01:23:34
11       Q   And then, if we go to the next slide here.
12 So -- and, again, for the perpendicular, do you know
13 what color 1.553 would correspond to in your lab
14 temperature?
15       A   1.553 are down in that range. Is that    01:23:55
16 what you found there, 1.553? It's a purplish-blue.
17 It's usually pretty close to what the 1866b is.
18       Q   Okay. If we go up one more. Go back up
19 one more slide back to the -- so are you now -- do
20 you now agree that 1.560 is going to be in this    01:24:16
21 range that we have circled here?
22       A   Well, just take the number, yes, 1.561 to
23 1.58 isn't going to be showing the, quote, magenta.
24 Not for this size it won't. I would say of the --
25 what we have in the 1.563 to 1.565.    01:24:40
                                            Page 272

1        Q   So I just want to understand, because for    01:24:52
2 a long time now you've been saying that the reason
3 why your -- the talc may be showing different -- the
4 chrysotile in the talc may be showing different
5 colors is because it's a Calidria type chrysotile.    01:25:07
6        Are you now saying that it doesn't look
7 like Calidria either?
8        A   No. I'm not saying that. I'd have to --
9 you know, this was done a while ago. I'd have to go
10 back and take a look at that. I don't know if we    01:25:24
11 have the temperature on there or not at that time.
12 You know, where this was being done versus the PLM
13 lab, you know, this is -- I haven't seen this for a
14 long time.
15       Q   Okay.                    01:25:41
16       A   1.560, the Calidria, if it's going to have
17 the magenta color, I don't know if we still -- we
18 don't have these samples anymore because Union
19 Carbide wanted them back right away, or what else
20 might be in there. So I'm at a disadvantage to try    01:26:00
21 to go back to a report and see what was done. I
22 don't know what the parallel, perpendicular
23 materials are. You know, I still stick to our SG210
24 versus what this is.
25       Q   Okay. First, we'll request any additional    01:26:22
                                            Page 273

1 information you have in your files about this    01:26:24
2 project, including any PLM images.
3        And let me ask you. You said that --
4        MR. SATTERLEY: Let me place an objection.
5        THE WITNESS: Can you increase the    01:26:33
6 magnification a little bit so I can -- this is so
7 long ago, I'd like to get the image.
8        MR. DUBIN: The whole report will be an
9 exhibit.
10       MR. SATTERLEY: Let me object to your    01:26:41
11 demanding that Dr. Longo go do some research and
12 produce items for you.
13       MR. DUBIN: Okay. So, Joe, just so I
14 understand your position. So, if you're asking our
15 experts to go find anything in their files, that's    01:26:54
16 not appropriate, right?
17       MR. SATTERLEY: I'm objecting to your
18 demand of Dr. Longo to go search files from 12 years
19 ago to try to find something for you.
20 BY MR. DUBIN:                    01:27:07
21       Q   Okay. Well, if it -- I think this has a
22 project number. You can look things up by project
23 number, correct?
24       A   Again, I still can't see it.
25       Q   Okay. Well, we can go to the full report    01:27:19
                                            Page 274

28 (Pages 271 - 274)

1  if we need to.  We already marked that.  It was        01:27:20
2  Exhibit 32.
3        So you see it has project numbers?
4    A  M62609.  Did I get that correct?
5    Q  52609.                                          01:27:34
6    A  52609.  Okay.
7    Q  Okay.  And that's something that's
8  searchable at MAS, right?
9    A  Yes.
10    Q  Okay.  And you said you don't have the        01:27:43
11  samples because Union Carbide demanded them back.
12        So did you get these directly from Union
13  Carbide?
14    A  Yes.  I think Chatfield or somebody
15  brought it in.  These were not materials that we    01:28:03
16  had.
17    Q  Are you talking about the --
18    A  I'd have to look at the whole report.  You
19  know, we're talking, what, 10, 12, 13 years ago --
20  12 years ago.  I'd have to look at the report.  But 01:28:16
21  I don't think we were able to keep these as -- as
22  samples.
23    Q  Did MAS ever take the NIST proficiency
24  testing that related to Caldria?
25    A  Yeah, you've asked that a few times.  I     01:28:37

Page 275

1  don't know.  I don't think -- I looked up for it     01:28:40
2  once and was -- and couldn't find it, so I don't
3  know.
4    Q  Okay.  Have you --
5    A  If you looked through your FOIA -- FOIA     01:28:52
6  demand from NVLAP.  And if it wasn't in there, I
7  don't know where it is.
8    Q  Okay.  So have you seen the 2000 -- have
9  you seen the NIST proficiency test, the summaries,
10  for Caldria?                                        01:29:14
11    A  I haven't seen what they stated.  I saw
12  what Chatfield stated, that, you know, a number of
13  labs failed.
14    Q  Okay.  Well, we're out of time.  Maybe
15  we'll start there next time.  Okay.  It's 1:30, I   01:29:33
16  guess.
17    A  All right.  Have a good afternoon,
18  Mr. Dubin.
19        THE VIDEOGRAPHER:  Off the record,
20  1:29 p.m.  This concludes today's testimony given by 01:29:42
21  William Longo, Ph.D.  Total number of media units
22  used was three and will be retained by Veritext
23  Legal Solutions.
24        (TIME NOTED:  1:29 P.M.)
25

Page 276

DECLARATION UNDER PENALTY OF PERJURY

    I, WILLIAM LONGO, Ph.D., the witness herein, declare
under penalty of perjury that I have read the foregoing in
its entirety; and that the testimony contained therein, as
corrected by me, is a true and accurate transcription of
my testimony elicited at said time and place.

    Executed this _____ day of _____ 2023, at
_____, _____.
    (City)              (State)



    _____
        WILLIAM LONGO, Ph.D.

Page 277

REPORTER'S CERTIFICATION

    I, Leslie Johnson, a Certified Shorthand
Reporter of the State of California, do hereby certify:
    That the foregoing proceedings were taken
before me at the time and place herein set forth; that
any witnesses in the foregoing proceedings, prior to
testifying, were administered an oath; that a record of
the proceedings was made by me using machine shorthand
which was thereafter transcribed under my direction;
that the foregoing transcript is a true record of the
testimony given.
    Further, that if the foregoing pertains to
the original transcript of a deposition in a Federal
Case, before completion of the proceedings, review
of the transcript [ ] was [ ] was not requested.
I further certify I am neither financially interested in
the action nor a relative or employee of any attorney or
any party to this action.
    IN WITNESS WHEREOF, I have this date
subscribed my name.
    Dated:  October 24, 2023.

    _Leslie Johnson_
    LESLIE JOHNSON
    CSR No. 11451, RPR, CCRR

Page 278

29 (Pages 275 - 278)

1 JOSEPH D. SATTERLEY, ESQ.

2 jsatterley@kazanlaw.com

3                    October 26, 2023

4 RE: EAGLES vs. ARVINMERITOR, INC.

5 October 23, 2023, WILLIAM LONGO, PH.D., VOL 2, JOB NO. 6167398

6 The above-referenced transcript has been

7 completed by Veritext Legal Solutions and

8 review of the transcript is being handled as follows:

9 __ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext

10   to schedule a time to review the original transcript at

11   a Veritext office.

12 _x_ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF

13   Transcript - The witness should review the transcript and

14   make any necessary corrections on the errata pages included

15   below, notating the page and line number of the corrections.

16   The witness should then sign and date the errata and penalty

17   of perjury pages and return the completed pages to all

18   appearing counsel within the period of time determined at

19   the deposition or provided by the Code of Civil Procedure.

20 __ Waiving the CA Code of Civil Procedure per Stipulation of

21   Counsel - Original transcript to be released for signature

22   as determined at the deposition.

23 __ Signature Waived – Reading & Signature was waived at the

24   time of the deposition.

25

                                                    Page 279

---

1 EAGLES vs. ARVINMERITOR, INC.

2 WILLIAM LONGO, PH.D., VOL 2 (#6167398)

3          E R R A T A   S H E E T

4 PAGE_____ LINE_____ CHANGE_____

5 _____

6 REASON_____

7 PAGE_____ LINE_____ CHANGE_____

8 _____

9 REASON_____

10 PAGE_____ LINE_____ CHANGE_____

11 _____

12 REASON_____

13 PAGE_____ LINE_____ CHANGE_____

14 _____

15 REASON_____

16 PAGE_____ LINE_____ CHANGE_____

17 _____

18 REASON_____

19 PAGE_____ LINE_____ CHANGE_____

20 _____

21 REASON_____

22

23 _____  _____

24 WITNESS                    Date

25

                                                    Page 281

---

1 __ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF

2   Transcript - The witness should review the transcript and

3   make any necessary corrections on the errata pages included

4   below, notating the page and line number of the corrections.

5   The witness should then sign and date the errata and penalty

6   of perjury pages and return the completed pages to all

7   appearing counsel within the period of time determined at

8   the deposition or provided by the Federal Rules.

9 __ Federal R&S Not Requested - Reading & Signature was not

10   requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                    Page 280

Aiken Welch, A Veritext Company
510-451-1580

**[& - 1:29]**

| & | | | |
|---|---|---|---|
| **&** 168:4,13 169:3,12,13 170:11 171:14 174:5,7,8,15 181:8 185:11 214:2 215:22 216:22 217:3,6 217:7,8,10,12 217:13,22 218:2 219:19 220:16 221:5 221:11 223:11 223:21 224:12 224:25 225:23 226:17,20 227:8 228:5,7 228:8 232:8 233:10,13 250:3 258:9 259:9 262:1 279:23 280:9 | **1,589** 245:7,16 **1,600** 245:7,16 **1.13.** 245:25 **1.539** 246:3 **1.550** 244:2 245:3,9 246:3 246:25 248:5 248:11,22 249:18 250:14 250:16 251:4 267:18 268:15 268:17 **1.550.** 243:21 244:3,14 247:9 255:3 **1.553** 267:19,25 272:13,15,16 **1.553.** 268:18 **1.560** 243:11,20 244:2 267:18 267:22,25 268:14,18,23 269:4 270:14 272:20 273:16 **1.560.** 263:18 **1.560/1.553** 267:13 **1.561** 270:15 272:22 **1.563** 256:6 272:25 **1.563.** 253:9 **1.565** 255:3 **1.565.** 264:7 272:25 | **1.566** 256:7 **1.568.** 264:17 **1.570** 264:17 **1.58** 272:23 **1.589** 246:4 247:25 249:21 **1.594.** 246:4 247:25 249:22 **1.9** 235:24 **1/2** 235:17,18 235:21 **1/4** 237:15 **10** 214:23 275:19 **1000** 169:7 **10036** 169:18 **10:30** 189:9,18 189:20 **10:36** 167:19 173:2,5 **11451** 166:22 167:22 278:25 **1185** 169:17 **11:00** 189:13 189:19 **11:34** 215:2 **11:43** 215:5 **12** 274:18 275:19,20 **12,896** 235:8 **12:00** 253:14 **12:29** 241:20 **12:34** 241:23 **13** 171:21 223:22 228:21 | 228:25 275:19 **1400** 169:7 **145** 266:1 **15** 222:10,16 **16** 171:11 252:5 **166** 166:24 **175** 171:11 **176** 171:6 **1866b** 269:8,23 270:2,8 272:17 **19** 171:11 175:6,9 223:20 **1920s** 190:19 192:19 **1926** 190:11,23 **1950s** 194:3 222:25 **1955** 222:23 223:21 228:21 228:25 229:1 232:3 **1960s** 222:25 229:18,23 **1969** 233:4 **1980s** 222:25 223:7 **1990** 204:3 236:11 **1990s** 204:6 222:25 223:5,7 236:4 **1:29** 167:20 276:20,24 |
| **0** | | | |
| **0.05** 246:21 **0.06** 246:22 **001** 263:19 **002** 264:2 | | | |
| **1** | | | |
| **1** 173:9 193:24 205:20 237:1 237:13,20,20 237:20,21,21 237:22 269:20 280:1 | | | |

**[1:30 - 42]**

**1:30** 189:21
276:15

**2**

**2** 166:17
167:18 171:4
173:9 193:24
210:10 226:19
235:15,17,17
235:18,21,23
235:24 269:21
279:5 281:2
**20** 171:12
172:6 179:23
205:4,5,9
232:3 258:10
258:12
**2000** 276:8
**2000s** 229:18
229:23
**2005** 198:3
**2010** 245:23
**2011** 172:6
267:6
**2017** 222:23
224:14 228:8
232:9,12,14,22
**2018** 171:21
**2020** 252:6
272:5
**2021** 232:18
233:4
**2022** 272:6,7
**2023** 166:16
167:21 171:11
172:5 173:2,5

196:9 277:9
278:22 279:3,5
**2025.520** 279:9
279:12
**2029** 168:15
**2049** 170:6
**205** 171:12
**20s** 194:1
231:18
**20th** 170:13
**21** 250:10
**212** 169:19
**21202** 170:14
**215** 171:13
**22** 171:13
215:20,25
259:3 270:19
**22262-1** 171:18
244:10 270:8
**229** 171:15
**22cv018294**
166:4 167:4
173:15
**23** 166:16
167:20 171:15
173:2 229:4,8
229:11 279:5
**23rd** 173:5
**24** 171:18
244:6,7 278:22
**244** 171:18
**245** 171:19
**25** 171:19
223:25 237:15
237:16 245:18

245:22 250:6,7
**250** 171:21
**251** 171:22
**258** 171:24
**26** 171:21
250:8,9,11
251:18 279:3
**260** 172:4
**263** 172:5
**266** 172:6
**268** 172:7
**27** 171:22
251:19,20,21
**271** 172:8,9
**28** 171:24
172:5 244:23
244:24 257:25
258:5,11,13
**281** 166:24
**284-3880**
168:17
**289** 245:24
**29** 172:4
260:10,11
**2900** 170:6
**296** 253:18,18

**3**

**3** 189:14
226:24 235:15
235:18
**3.8** 235:22
237:14,23
**3/7/23** 229:5
**30** 172:5
179:23 255:20

263:4,5,6
280:1
**300** 168:15
**302-1000** 168:9
**30s** 194:1
231:18
**31** 172:6
266:18,24
268:5
**310** 168:17
170:8
**32** 172:7 229:9
229:9 231:13
263:7,9 268:3
268:11 271:1
275:2
**33** 172:8
270:20 271:5
271:10,12
**34** 172:9 271:6
271:13,15,21
271:22
**34th** 169:17
**36** 244:11,21
**37** 263:21
**3d** 257:21

**4**

**4** 196:9 212:13
237:1,19,22
**400** 168:7
**40s** 194:1
231:19
**410** 170:15
**42** 264:9,10

Page 2

[45 - americas]

**45**  265:10
**46**  250:6
**47**  252:2

**5**

**5**  228:11 266:4
**50**  177:14
   223:15,17,23
**50s**  223:4 232:4
**51**  223:23
**510**  168:9
**52**  237:7,7
**52609**  275:5,6
**53**  268:4
**530**  265:5
**55**  168:7 228:8
   263:2,9
**556-1801**  170:8
**556-2100**
   169:19
**5:00**  253:15,16
   253:16

**6**

**6**  209:16,19
   210:1,17,22
   211:9,12,19,23
   212:14,18,23
   267:8
**60**  178:3
**60s**  194:3 223:4
   232:4
**6167398**  166:23
   279:5 281:2
**62**  235:7,11

**64**  255:3
**6637**  278:23
**67**  255:5 256:7
**68**  252:6,9

**7**

**7**  267:24
**7.6.**  235:23
**70**  255:5
**70s**  193:23
**737**  169:9
**75**  260:10
**783-4041**
   170:15
**78701**  169:8

**8**

**8**  210:10
   235:20,20,25
**8,102**  237:8
**802-1820**  169:9
**80s**  223:4 232:4

**9**

**9**  213:4,6,7,10
   222:19 228:16
   232:1
**9.5.**  235:24
**90067**  168:16
   170:7
**90s**  223:4 232:5
**94607**  168:8
**99**  205:21

**a**

**a.m.**  167:19
   173:5 215:2,5
   253:16

**a1b**  212:17
**ability**  218:13
**able**  178:4
   275:21
**above**  263:21
   279:6
**abraham**  197:7
   240:7
**absolutely**
   202:4 269:8
**accessory**
   187:24 202:24
   204:2
**account**  206:7
   221:1,15,20
**accurate**  277:6
**acknowledged**
   185:25
**actinolite**
   202:23 203:9
   219:1,1
**action**  173:19
   278:18,19
**actual**  178:5
   179:11 180:18
   200:11 233:20
   271:6,22
**actually**  199:14
**additional**
   181:19 273:25
**adjudication**
   171:17
**adjust**  261:11
**administered**
   175:2 278:8

**affiliations**
   173:22
**african**  187:20
**afternoon**
   276:17
**age**  228:21,25
**ago**  204:12
   214:16 231:2
   273:9 274:7,19
   275:19,20
**agree**  173:8
   181:2 190:13
   190:16 197:16
   197:17,18,24
   219:18 243:3
   246:17 257:6
   260:7 261:14
   272:20
**ahead**  262:21
**air**  199:14,15
   201:12,15,19
   201:20 202:2
**al**  166:7 167:7
   173:13
**alameda**  166:2
   167:2 173:15
**alpha**  246:3
   267:20
**alternative**
   171:17
**aluminum**
   183:21 188:1
**amend**  176:4
**americas**
   169:17

Aiken Welch, A Veritext Company
510-451-1580

**[amosite - asking]**

**amosite** 176:11
176:16,25,25
179:12,15,22
180:9,17,21
183:8,10,10,15
183:23 185:5
185:15 187:9
187:16,18,20
187:25 188:7,8
188:9
**amount** 182:15
207:5 235:13
239:20,22
**amphibole**
207:23 221:19
**amphiboles**
207:19
**analyses** 187:3
**analysis** 171:22
179:22 180:23
181:20,22
187:12 188:11
204:11 208:1
208:17 210:10
210:17,22
214:6 217:17
217:18,22
218:9 239:22
240:16,16
252:25 256:23
259:13 267:10
**analyst** 242:20
243:4 248:21
267:9

**analyst's** 248:5
**analyzed**
266:16
**angeles** 168:16
170:7
**angle** 265:11
**ann** 177:19
178:25
**answer** 184:4
184:21 198:25
199:6 220:4
225:20 226:25
**answered**
180:2 184:2
198:12,16,23
220:8,19 221:8
227:24
**answering**
218:4 220:20
**anthoph** 184:5
**anthophyllite**
181:7,16 182:6
182:12 183:15
188:1,24 207:7
**anymore**
230:21 231:3
273:18
**apologize** 238:5
**appear** 246:25
248:4,23
249:15
**appearance**
173:25 253:6
**appearances**
168:1 169:1

170:1 173:22
**appearing**
279:18 280:7
**appears** 241:9
**appendix** 172:9
**application**
235:14 237:6,7
239:20
**applications**
233:1 235:8
237:8 240:2
270:24
**apply** 260:22
**appropriate**
176:24 274:16
**approximately**
179:20 197:9
200:19 228:14
235:8 237:15
**aram** 208:20
**area** 188:6
189:5 198:7
200:5 203:7
207:9 214:3
268:24
**areas** 254:1
**argue** 245:13
**argumentative**
181:13 220:5
**article** 200:11
270:23 272:2,2
272:3
**artifact** 257:3,7
262:19

**arvinmeritor**
166:7 167:7
173:13 279:4
281:1
**asbestiform**
203:2,9
**asbestos** 176:13
183:5,19,25
185:2 187:4,17
188:12,13,18
188:20,21
189:3 190:14
190:20,22
192:2,3,6,18
193:19,22
194:6,10
197:20 198:9
200:21,24
202:23 218:24
221:16 239:22
240:2,4 266:11
266:15,23
**asked** 180:2
182:8 184:1
191:6,12,23
192:9,10,14,14
198:12,15,23
199:3 220:18
221:7 227:24
255:6 257:4
259:25 260:8
263:13 275:25
**asking** 198:20
199:21 211:14
214:13 221:4

**[asking - blow]**

227:18 247:15
248:3 261:23
270:13 274:14
**assess** 192:5
**assist** 242:6
**assistant**
195:21
**associate**
174:18
**associated**
203:4 207:19
254:15
**assume** 186:8
216:15 225:22
231:11 233:24
248:10 249:10
260:18
**assumes** 185:18
186:13 221:25
226:2
**assuming**
221:13 225:10
**assumption**
225:24 226:1,8
226:9
**atsdr** 197:21
198:3
**attack** 209:3,10
**attending**
173:6
**attic** 193:1,4
**attorney**
173:25 265:25
278:18

**attorneys**
227:18
**audio** 173:7
**auditor** 242:11
**austin** 169:8
**automate**
242:19
**automation**
242:22
**avenue** 169:17
**average** 235:10
**aware** 190:21
192:17 194:12
194:25 203:20
213:24 216:16

**b**

**b** 172:9 266:21
280:1
**b1b** 212:18,22
**baby** 222:21,23
222:24 223:5
224:14,25
226:21 229:16
229:17 231:17
232:2,3 237:25
239:6,11,13,16
239:17
**back** 175:11
176:8 186:5
189:24 194:1
194:19 213:18
215:14 217:15
230:11,14
235:1 238:3
240:6 243:17

262:22 265:13
265:14 271:10
271:11 272:18
272:19 273:10
273:19,21
275:11
**backup** 175:14
**balance** 261:2
**balancing**
172:4
**baltimore**
170:14
**bare** 236:21
**bark** 200:3,9
200:22,24
**barnes** 168:13
**based** 178:20
204:8,9 220:23
223:17 229:21
230:4,5,5,10,12
235:10 252:25
255:10 256:19
257:10
**basing** 256:23
**basis** 217:11
225:25 226:7
**bathroom**
191:25
**bathrooms**
191:7
**becoming**
265:16
**beginning**
167:19 173:25
218:23

**behalf** 167:18
168:11 174:6
174:12,15
**believe** 177:5
179:4,9 181:5
181:14,23
194:15 215:22
215:22 221:9
233:22 235:18
244:3 254:12
**best** 257:10
**beta** 246:12
247:20 249:21
251:12,13
**better** 217:18
218:13 251:22
257:1 265:5
**biaxial** 246:3
**bigger** 180:3
**billing** 175:14
175:14
**bio** 203:18,21
207:8,20
**birefringence**
246:14,20,22
247:13 249:6
262:13,17
**bit** 176:9
189:25 209:7
219:14 222:6
224:1 235:5
244:11 245:12
264:19 274:6
**blow** 244:15,17

**[blown - case]**

| | | | |
|---|---|---|---|
| **blown** 193:13 | 241:14,15 | **bye** 241:18 | 266:19 271:11 |
| **blue** 261:8,9 | **breaks** 214:22 | **c** | **called** 176:18 |
| 272:16 | 214:23 | **c** 265:19 | 177:3 179:12 |
| **bluish** 267:20 | **briefly** 176:8 | **ca** 279:9,12,20 | 181:7 202:10 |
| **board** 191:14 | 190:3 | **calculating** | 256:3 |
| **body** 207:24 | **bright** 249:4,6 | 262:12 | **calling** 179:22 |
| 214:11 232:15 | **broad** 180:10 | **calculation** | 181:15 188:9 |
| 232:17,23 | **broken** 258:3 | 232:25 235:6,6 | 222:12 239:15 |
| 233:6 235:6,11 | **brought** 191:18 | 238:20,21 | 253:23 256:10 |
| 235:14 | 275:15 | 242:7 246:21 | 256:11,12 |
| **bona** 241:7 | **brown** 265:1 | 264:12 | 260:22 261:13 |
| **bottle** 234:25 | **brownish** | **calidria** 243:20 | 262:9,20 |
| **bottles** 233:8 | 263:16,17,17 | 265:17,19,23 | 263:15 264:4 |
| 233:16,20 | 264:6,7 | 266:15 267:6 | 266:23 270:2 |
| 234:3,4,10,17 | **btlaw.com** | 267:13 269:15 | 271:9 |
| 236:2 | 168:18 | 269:17 273:5,7 | **calls** 180:1 |
| **bottom** 244:22 | **bueno** 169:5 | 273:16 275:24 | 181:25 183:12 |
| 270:13 | 174:6,6 | 276:10 | 185:17 186:12 |
| **bought** 223:19 | **built** 190:10,19 | **california** | 188:16 197:22 |
| 225:11 227:14 | **bundle** 259:6 | 166:1 167:1 | 198:11 222:1 |
| 266:3 | 269:24 270:1 | 168:8,11,12,16 | 241:4 |
| **bow** 242:11 | **bundles** 269:20 | 170:7 173:14 | **captured** 234:5 |
| **box** 180:4 | **burden** 179:14 | 198:4 278:4 | **carbide** 266:2 |
| 255:19 | 179:22 187:2 | **call** 175:8 | 267:5,6 273:19 |
| **brand** 225:17 | 187:12 188:11 | 177:9 179:18 | 275:11,13 |
| 227:4,7,13 | 208:1 240:16 | 180:8,18,22,24 | **carcinogenic** |
| 228:6 239:4 | **burdens** 180:24 | 191:2 194:8 | 171:20 |
| **brands** 224:8 | **butler** 169:4 | 209:19 210:18 | **care** 226:16 |
| 226:23 227:15 | 174:14 | 211:24 212:8 | 234:13 |
| 229:16 236:11 | **butlersnow.c...** | 220:24 222:9 | **cares** 226:14 |
| **bread** 180:3 | 169:10,11 | 239:13,14 | **caricatures** |
| **break** 209:14 | **buy** 224:11 | 244:10 245:24 | 204:24 |
| 213:14 214:13 | 225:17 227:6 | 252:2 255:22 | **case** 166:4 |
| 214:17,18 | **buying** 226:13 | 256:3,19 263:3 | 167:4 173:15 |
| 215:7 224:1 | 227:13,21 | 264:7,16,19 | 186:10 196:5 |

Page 6

[case - color]

206:19,20
216:2,4 220:23
230:9 233:8
242:4 246:18
251:11 260:14
278:15
**cases** 201:22,22
208:20 238:19
**causing** 259:24
262:19
**ccp** 279:9,12
**ccrr** 166:22
278:25
**ceiling** 190:17
190:25
**cellose** 193:13
**century** 168:15
170:6
**ceramic** 191:8
192:1
**certain** 220:14
**certainly**
188:23,23,24
188:24 208:11
219:1 229:23
**certainty**
184:10
**certification**
278:1
**certified**
167:21 278:3
**certify** 278:4,17
**cetera** 183:21
201:16 224:6
257:10

**change** 246:12
246:13 250:23
281:4,7,10,13
281:16,19
**changed** 239:2
257:12,17
**changeover**
177:20
**changes** 269:25
**chart** 172:8
243:1 268:13
270:25
**charts** 243:2,17
269:3
**chatfield**
275:14 276:12
**cheaper** 226:23
227:5,6,14
**cheapest** 224:5
224:7
**check** 178:17
215:13
**chemical**
182:20
**chemistry**
177:17,24
182:14 217:19
**children**
238:22
**china** 262:11
**chinese** 171:23
214:1,6 215:9
215:10,13,16
215:19,24
216:7,10

251:18 252:1
**chloride** 217:20
**chris** 174:14
**chris.cowan**
169:11
**christopher**
169:6
**chrysotile**
172:10 188:23
206:21,23
207:5,6,8,14,15
207:16,25,25
208:3,7,8,10,12
208:12 242:2,2
243:20 246:22
247:14 249:7
253:6,8,12,23
254:3,10,16
255:4 256:3
258:9 260:22
261:13,19
262:1,9,15,20
263:19 269:8
269:15,17
270:8 273:4,5
**chun** 172:9
**circled** 272:21
**circuit** 197:17
**circulates**
201:20
**circumstance**
237:10
**city** 277:11
**civil** 279:19,20

**claim** 261:25
**clarified** 191:9
**clear** 175:15,19
176:11 196:4
209:25 216:11
231:5 242:18
252:23 255:10
271:20
**cleared** 205:21
205:22
**clearly** 220:3
**clock** 258:3
**close** 236:1
251:13,16
264:8 272:17
**closed** 200:16
200:20 234:12
**closer** 264:16
**clue** 187:17
**cmc** 170:3
**coalinga**
243:23
**coast** 194:3
**code** 279:9,12
279:19,20
**color** 210:14
243:5 245:8
247:5 248:4,11
248:15 249:2,3
249:15,23
251:4,9 252:25
252:25 255:25
256:3,8,11,23
259:8 261:12
261:13 263:15

Aiken Welch, A Veritext Company
510-451-1580

[color - cosmetic]

| | | | |
|---|---|---|---|
| 264:3,4,11,22 | completely | construction | 190:21 194:23 |
| 267:19 268:14 | 253:10 | 190:6,15 | 194:24 202:19 |
| 270:15 271:8 | completion | 191:18 192:18 | 202:21 203:2 |
| 272:13 273:17 | 278:15 280:10 | cont 169:1 | 207:4,22 |
| colored 248:10 | components | 170:1 172:1 | 210:13 212:8 |
| 248:22 | 185:4 240:22 | contact 279:9 | 217:24 220:17 |
| colors 249:19 | composed | contain 184:11 | 220:22 221:24 |
| 251:7 253:22 | 266:15 | 190:19 | 224:4,8,13 |
| 260:4 261:15 | compound | contained | 228:21,22 |
| 267:16 269:22 | 212:24 | 194:15,18 | 231:14,15 |
| 271:19,23 | concludes | 277:5 | 232:9,10,24 |
| 273:5 | 276:20 | containers | 233:10,11,14 |
| come 189:24 | confer 234:2 | 217:23 | 233:15 235:9 |
| 194:19 201:13 | confirm 187:3 | containing | 235:12 239:24 |
| 206:24 240:6 | 271:8 | 183:10,25 | 240:5 241:7 |
| 262:22 | confirmation | 185:2 187:16 | 243:7 245:10 |
| comes 237:8 | 210:10,17,22 | 188:7 190:14 | 251:4,5 253:20 |
| coming 258:9 | confused | 192:6 | 253:21 258:1 |
| common | 268:16,19 | contains 198:6 | 260:15 263:23 |
| 238:13 | 271:14 | contaminated | 267:7,10,11,14 |
| communicati... | confusion | 202:20 | 267:15 268:1 |
| 196:5 231:8 | 212:4 242:23 | continue 173:7 | 270:13 274:23 |
| community | conservative | continued | 275:4 |
| 203:6 | 235:25 237:1 | 232:7,17 | corrected 277:6 |
| company 170:3 | consistent | continues | corrections |
| 174:13 206:21 | 180:18 183:9 | 216:14 | 279:14,15 |
| 258:20 | 183:24 184:19 | controlling | 280:3,4 |
| compared | 188:14 207:16 | 251:9 | corrects 257:25 |
| 178:7 221:10 | 208:11 218:2 | conversations | correspond |
| 265:6 | 218:20 219:18 | 227:15,16,17 | 272:13 |
| comparison | 220:16 221:5 | correct 176:5 | corresponds |
| 262:14 | 246:5 | 176:14,15,17 | 256:8 |
| completed | constructed | 181:4,9,10,11 | cosmetic 206:2 |
| 279:7,17 280:6 | 190:22 | 185:11,12,16 | 213:22 214:7 |
| | | 187:6 190:7,8 | 214:11 220:24 |

**[cosmetic - deposition]**

221:3 232:14
**counsel** 173:11
173:21 174:2
230:13 231:12
279:18,21
280:7
**count** 205:19
**county** 166:2
167:2 173:14
**couple** 215:12
**course** 181:16
202:1
**court** 166:1
167:1 172:8
173:14,18
174:23 189:12
189:19
**covered** 192:1
**covering**
192:12
**cowan** 169:6
174:14,14
**coworkers**
185:1
**crocidolite**
188:22 189:1
**cross** 265:10
**crosstalk**
184:18
**crystalline**
251:10
**csm** 264:2
**csr** 166:22
278:25

**cumberland**
170:3
**cummingtonite**
176:23 177:3
177:10 178:15
178:19 181:9
182:7,12,23,23
182:24 183:3,4
183:16 184:6
184:12 185:5
187:21,23
188:8,24,25
**cumulative**
238:21 239:21
239:24
**curious** 258:21
**cursor** 255:14

**d**

**d** 168:5 171:1
265:19 279:1
**damn** 251:21
**dann** 170:11
**dark** 269:5
**darker** 265:1
268:24
**data** 200:8,12
200:14 204:16
206:11,12
211:7,8 243:22
265:12
**date** 196:10
234:21 278:20
279:16 280:5
281:24

**dated** 171:11
171:21 172:5,6
196:8 278:22
**dates** 233:18
234:17
**day** 175:7
176:4,20
189:12 237:6,7
258:4 277:9
**days** 235:11
**dealing** 206:1
218:9 249:11
**debate** 209:21
**debris** 252:12
253:11
**deciding** 177:2
**deck** 172:7
**decker** 170:18
173:16
**declaration**
171:15,24
229:5,9,10,13
230:16 231:7
231:11 277:1
**declare** 277:3
**defendant**
168:11 170:3
171:16 174:13
**defendant's**
195:10
**defendants**
166:8 167:8,19
169:3,12 174:2
174:5,7,9,15

**defense** 195:16
216:2,4 227:18
**define** 247:8
**definitely** 191:4
209:22 210:6
**definition**
177:20
**degree** 184:10
265:10
**demand** 274:18
276:6
**demanded**
275:11
**demanding**
274:11
**deodorant**
238:17
**depending**
218:11,11
247:10 250:21
260:25
**depends** 207:11
219:20 248:7
249:8
**deposition**
166:13 167:17
173:10 175:7
176:4,20 179:1
204:18 211:18
216:14 224:18
228:6 230:8,10
231:23 246:18
278:14 279:19
279:22,24
280:8,10

Page 9

**[depositions - dubin]**

depositions
  231:17
deposits  189:3
described
  176:19
describes
  196:23
describing
  181:3 243:4
description
  171:10 172:3
determine
  218:14 246:20
determined
  279:18,22
  280:7
determining
  256:4
developed
  193:23
developing
  232:21
development
  203:5
devries  170:11
diagnosis
  240:16
diapers  239:2
difference
  181:16,18
  182:6,11
  247:13 254:13
  262:17
different
  180:12 211:6

231:21 249:23
249:24,24
250:20,25
253:5,10
257:17 259:15
259:17,17,18
259:18,19,20
260:5 261:3
269:21 271:18
273:3,4
diman  169:16
  174:8,8
direction
  247:21 248:17
  249:21 251:14
  278:10
directions
  251:12,13
directly  275:12
disadvantage
  273:20
disagree
  262:17
disagreement
  227:12
disagrees
  269:20
disconnect
  211:20,21
discovery
  234:6,12
discuss  201:9
discussed  190:6
discussing
  191:22

discussion
  227:12 233:5
dispersion
  243:7 245:8
  249:12 252:25
  254:17 260:25
  261:16 270:23
displayed
  272:1
dispute  206:4
disputing
  197:13 200:14
  203:8
disrespectful
  269:11
distance  197:13
distinct  264:23
distinction
  178:19
distinguish
  253:13
distinguishing
  179:4
documents
  188:9
dodson  176:16
  177:24
doing  180:6,13
  180:23 224:19
  225:19 232:15
  233:2
dolomitic  189:4
doodles  204:22
doodling
  204:21

dose  239:22
  240:2,6
dr  172:9,10
  175:13,16,17
  175:21 176:3
  176:16 177:24
  179:1 184:4,15
  185:25 186:10
  189:7,11
  205:10 208:22
  209:9 216:10
  222:14 234:16
  241:25 242:11
  243:1,24
  246:17 269:19
  270:11 271:15
  271:17 272:2,3
  274:11,18
draft  230:17,18
  230:24
drawer  204:25
drawing
  204:23
drilling  266:15
drugstores
  168:11,12
dry  238:1,7,15
drywall  191:14
  191:22
drywalling
  193:16
dubin  169:14
  171:6 174:4,4
  174:18 175:5
  175:10 176:2

Aiken Welch, A Veritext Company
510-451-1580

**[dubin - estimate]**

180:5 181:1,21
182:4 183:22
184:3,17 185:7
185:20,21,24
186:3,5,7
187:1 188:19
189:16,20,23
190:1 192:13
195:24 196:3,7
198:1,13,19,24
199:5,8,11
205:6 207:17
208:14,19,23
209:1,5,15
210:9,12 211:9
211:13,24
212:2,6,9,14,20
213:1,10,13,15
214:18 215:6
216:6,18 220:6
220:10,20
221:2,18,23
222:5,9,14,18
225:9 226:4,6
228:1 229:3,8
229:12 234:1,8
234:13,15
236:18 241:11
241:24 244:9
244:12,17,20
245:19 249:8
250:9,12
251:21,25
252:5,8 258:3
258:6,12,17,18

258:23 260:12
260:15,16
263:2,5,7,11,12
263:21 264:1
265:19 266:8
266:21 267:1
268:8,12,20
269:1,10
270:23 271:2,5
271:16,22
272:3,6,8,10
274:8,13,20
276:18
**dull** 249:7

**e**

**e** 171:1,15
266:21 279:9
279:12 280:1
281:3,3,3
**eagle** 193:5
199:20 202:4
**eagles** 166:4,4
167:4,4 173:12
173:12 176:17
186:15 190:7
197:2,8,14
201:3 206:4
213:21 217:2
218:1,21
219:17 220:12
222:22 223:4
223:13,18,19
224:2,10,18
225:1,6,7,11,12
226:12,20

229:15 230:8
231:17 232:7
236:4 237:24
239:4,20,23
241:1 279:4
281:1
**earlier** 229:25
238:3
**easier** 210:18
**easily** 262:16
262:16
**east** 168:15
170:6
**easy** 180:22
**edge** 254:7,20
254:21 256:24
264:18
**edges** 254:18
**eds** 182:19
218:9
**edt** 167:20
173:2
**effect** 231:24
260:17
**either** 184:25
192:6 211:2
212:10 218:25
223:8 240:22
273:7
**electrician**
186:17
**elicited** 277:7
**elongated**
245:14 249:11

**elongation**
255:19 265:4,8
265:9
**email** 195:23
**emissions**
199:12,19,22
**employee**
278:18
**enclosed**
201:23
**ended** 204:3
**entered** 207:24
**entirety** 268:6
277:5
**equal** 237:1
**equivalent**
175:20
**errata** 279:14
279:16 280:3,5
**especially**
184:8 194:2
**esq** 168:5,14
169:5,6,14,15
169:16 170:5
170:12 279:1
**essentially**
177:6 193:13
201:23 242:14
242:25 254:19
265:10
**establishing**
179:6
**estimate**
239:19 257:10

Page 11

**[et - fairly]**

| | | | |
|---|---|---|---|
| et 166:7 167:7 | exfoliation | 261:21 274:15 | f |
| 173:13 183:21 | 202:6 | explain 202:15 | |
| 201:16 224:6 | exhibit 171:11 | 203:12 223:16 | f 170:3 |
| 257:10 | 171:12,13,15 | exposed 184:11 | facilities |
| evaluation | 171:18,19,21 | 184:23 185:2 | 197:10 |
| 171:19 | 171:22,24 | 187:16 197:3 | facility 194:21 |
| everybody | 172:4,5,6,7,8,9 | 197:15 239:23 | 194:23 195:1,2 |
| 209:4 | 175:6,9 205:4 | exposure 183:9 | 197:18 198:4,9 |
| evidence | 205:5,9 215:20 | 183:24 184:8 | 199:13,16,17 |
| 185:18 186:9 | 215:25 222:10 | 184:16,24 | 200:16,20,22 |
| 186:13,20 | 229:4,6,11 | 186:22,23 | 201:8,13,14,20 |
| 197:2,6,14 | 234:7 244:5,7 | 187:8,11 188:2 | 201:21,25 |
| 199:18 202:3,4 | 244:10 245:18 | 191:15 197:19 | 202:2,7,17 |
| 202:7,13 207:4 | 245:22 250:2,6 | 198:8,8 201:9 | 205:13 |
| 220:23,25 | 250:11 251:19 | 202:5,5,14 | fact 181:8 |
| 221:15 222:1,2 | 258:5,13 | 203:14 204:1 | 184:24 185:24 |
| 226:3,4 | 260:11 262:25 | 205:13,15,25 | 186:3,18 |
| exact 248:17 | 263:4,5,6 | 207:13,16 | 187:10 202:9 |
| 251:16 257:21 | 266:24 268:2,5 | 208:7,12,13 | 202:17 207:18 |
| exactly 200:17 | 268:7,11 271:1 | 213:22 214:7 | 207:23 218:16 |
| examination | 271:12,13,15 | 217:9 220:24 | 234:11 236:16 |
| 171:3 176:1 | 274:9 275:2 | 220:25 221:4 | 240:17 248:20 |
| examined | exhibits 171:8 | 221:15,19 | 254:14 261:1 |
| 175:2 | 172:1 | 232:25 265:23 | factor 177:2 |
| example | expect 204:6 | exposures | 179:4 |
| 250:13 261:7 | 241:9 271:19 | 187:4 204:10 | factors 217:19 |
| examples | expected 178:9 | 208:9 217:5 | facts 185:18,21 |
| 219:10 | 204:3 | 240:4 | 185:22 186:13 |
| except 189:3 | expensive | extent 175:12 | 186:18 221:25 |
| exclude 204:16 | 226:13 227:13 | 196:4 204:15 | 226:2,4 242:4 |
| excuse 184:5 | 227:21 | 205:7 207:18 | failed 276:13 |
| 202:7 204:19 | expert 195:4 | 231:4,23 234:5 | fair 196:25 |
| 205:24 215:18 | 240:24 | 240:24 | 197:1 198:14 |
| executed 277:9 | experts 195:11 | eye 248:5 | 201:19 |
| | 195:16 240:25 | | fairly 205:24 |
| | | | 219:2 |

Aiken Welch, A Veritext Company
510-451-1580

familiar  240:14

fans  201:16

far  193:18
  197:9,12 209:6
  230:11,14

father  185:14
  185:25 186:10
  186:15

father's  176:10

feasible  206:9

features  191:3

february  172:5

federal  278:14
  280:1,8,9

feel  209:9
  227:22 261:18

feet  233:1
  237:11,16
  238:7,9,10,15

fiber  177:24
  179:22 187:2
  187:12 208:1
  239:25 245:6
  245:21 259:6
  269:9,15,17,19

fibers  201:3
  244:18 245:7
  256:18 266:7

fibrous  187:24
  206:5 211:17
  214:10 248:2
  250:21,24
  251:14 253:8,9
  254:2,14,16
  256:17 265:4

fide  241:7

figure  218:16
  227:20 254:18
  261:9

filament
  252:20

filed  173:13

files  191:23
  274:1,15,18

filter  255:20

financially
  173:19 278:17

find  180:7
  187:9,18,22,23
  204:13 205:23
  206:1 216:11
  222:15 227:4,5
  274:15,19
  276:2

finding  171:14
  183:8,14,17,23
  184:5 200:21
  205:11,15
  215:23 216:21
  219:23 220:14

findings  204:9
  218:20 221:5
  258:9

fine  210:25
  212:2 214:19
  214:20 261:20
  261:21

finish  242:1

finished  226:25

first  176:4,7,19
  189:6 190:5
  191:18 194:25
  203:17 222:20
  223:3 229:13
  230:24 231:17
  237:10 242:5
  243:4 244:13
  245:2,10
  247:15 252:14
  255:18 259:7
  273:25

five  214:16
  241:15

flake  252:11,13
  253:11

flat  251:12

flip  252:7
  263:23 264:11

floating  201:3

floor  169:17
  170:13 190:17
  191:23,24

fluid  243:12

focus  237:9
  254:6 257:8,9

focused  265:11

foia  276:5,5

follow  175:18
  234:2 235:3
  258:16

followed
  222:24 232:3

follows  175:3
  279:8

foot  236:21
  237:4,18,19,20
  237:22

foregoing
  277:4 278:5,7
  278:11,13

form  248:6

formation
  214:4

formula  178:12
  178:24 179:11

formulations
  178:5

forth  175:11
  278:6

found  185:10
  188:13 189:2
  195:9 197:7
  200:8 203:13
  207:6,15 208:8
  213:21 214:5
  215:8,12
  217:13 218:2
  219:17,19,20
  221:9 272:16

four  189:10
  235:11

foushee  171:24
  258:19

frame  194:12

frcp  280:1

free  247:19

front  229:10

fugitive  199:12
  199:19,22

[full - greenwood]

| | | | |
|---|---|---|---|
| **full** 232:15,17 | 247:22 249:8 | 205:19 209:12 | **good** 173:4 |
| 274:25 | 269:21 | 213:5 214:21 | 204:25 214:15 |
| **fully** 242:19 | **given** 230:25 | 215:20 216:13 | 276:17 |
| **fundamental** | 240:19 242:11 | 220:3 225:23 | **goodell** 170:11 |
| 243:6 | 276:20 278:12 | 226:12 234:1,7 | **gordon** 208:17 |
| **further** 278:13 | **gives** 252:20 | 234:11 242:1 | 208:18,22 |
| 278:17 | 253:3 261:2 | 244:9 246:6,11 | **grace** 194:21 |
| | 267:12 | 246:12 247:20 | 194:23 195:1 |

**g**

| | | | |
|---|---|---|---|
| **gamma** 246:3 | **giving** 257:10 | 247:22 248:6,9 | 196:14,24 |
| 251:14 | **go** 173:8 176:7 | 249:9 259:15 | 197:3,20 198:4 |
| **gdldlaw.com** | 186:5 212:17 | 261:3 262:21 | 198:9 199:13 |
| 170:16 | 212:19 213:18 | 264:15 267:18 | 199:22 200:15 |
| **general** 245:21 | 214:22 215:14 | 268:2 269:4,18 | 200:20 201:8 |
| **generally** 246:6 | 222:19 228:11 | 270:17 271:7 | 202:14,17 |
| 246:7 | 228:16 229:8 | 271:17 272:20 | 205:13 216:3 |
| **generate** 270:9 | 238:3 241:16 | 272:23 273:16 | **grace's** 202:5 |
| **generic** 229:16 | 244:10,22 | **gold** 247:7,9,9 | **gram** 237:1,13 |
| 236:10 | 245:24 246:1 | 248:16,23,23 | 237:20,20,20 |
| **geological** | 250:10 252:1,6 | 259:25 263:16 | 237:21,21,22 |
| 176:24 213:24 | 255:8 258:25 | 263:17 264:7 | **grams** 235:20 |
| 214:4 | 259:3 263:7,21 | 264:21 268:24 | 235:20,22,25 |
| **georgia** 166:4 | 263:23 264:9 | 269:5 | 237:1,14,19,22 |
| 166:15 167:4 | 264:10 265:4 | **golden** 249:18 | 237:23 |
| 167:19 173:1 | 267:8 270:18 | 252:16,21 | **graphic** 172:8 |
| 173:12 | 271:8,10,17,18 | 253:4 255:5 | 260:8 271:4 |
| **getting** 186:4 | 272:11,18,18 | 256:11 259:8 | **graphics** 271:3 |
| 226:22 230:6 | 273:9,21 | 262:8 267:19 | **great** 214:25 |
| 232:19 238:17 | 274:11,15,18 | 268:24 269:4 | **greater** 223:15 |
| 246:15 250:25 | 274:25 | **goldish** 247:11 | 223:17 |
| 255:3 | **god** 189:20 | 248:7 249:2,2 | **greatest** 209:8 |
| **give** 194:8 | **goes** 230:21 | 249:2 256:14 | **greenstone** |
| 206:17 210:3 | **going** 182:12 | **golds** 248:14 | 215:19 |
| 227:2 241:15 | 185:9 189:9,16 | 252:22 | **greenwood** |
| 242:16 245:16 | 194:19 202:2 | **gonna** 209:18 | 168:4 |
| 245:17 247:21 | 204:14,15 | | |

[growths - image]

**growths**  262:15
**grun**  183:2
**grunerite**
  176:20,23,24
  177:4,10,15,23
  177:25 178:15
  178:16,19
  180:8,9 183:3
  183:4,15,16,18
  184:6,12 185:5
  185:10 187:21
  187:21,23
  188:8,25
**guess**  187:19
  220:3 223:24
  227:9,23
  232:20 236:1,8
  248:8 251:18
  263:16 265:13
  266:18 270:18
  276:16
**guniting**  194:7
**guy**  209:6
**gypsum**  191:14

**h**

**h**  281:3
**half**  205:20
  235:23
**hand**  194:4
**handled**  188:5
  279:8
**handwritten**
  171:12 205:1
**happened**
  194:1 205:20

  222:3
**happening**
  261:2
**happens**  251:6
**happy**  202:15
  229:2
**harassing**
  198:18,24
**hard**  244:16
**harrison**  168:7
**hatfield**  266:1
**hazardous**
  197:20 198:8
**head**  208:20
  243:24
**heat**  201:17
**height**  269:24
**help**  238:1,16
  238:16
**helps**  187:10
**hermetically**
  201:25
**hey**  206:22
**hi**  174:4
**hiding**  208:24
**high**  199:12,19
  207:19
**higher**  245:12
  264:13,15
  269:6
**highest**  197:19
  198:7
**hines**  170:12
**hired**  208:21

**historically**
  176:14
**history**  184:22
  185:13,19
  208:7
**hits**  209:8
**holding**  258:20
**home**  183:9,24
  190:2,4,15,20
  190:22,24
  192:5,23
  193:16 236:4
**homes**  192:19
**hose**  194:8
**hour**  209:13
  214:20,23
  241:13
**hours**  189:10
  189:12,14
**house**  190:5,9
  190:10,12,19
  191:16 192:10
  193:1 194:15
  236:7
**houses**  190:7
**howie**  177:19
**hue**  248:15
  253:3,4
**huh**  238:20
**humans**  171:20
**hundreds**
  179:25
**hvac**  201:14,18
**hypothetical**
  206:17 207:1,3

  207:3,12 208:5
  220:21 241:7

**i**

**iarc**  171:19
  245:23 250:7
**idea**  179:20
  184:13 201:3
  217:18
**identification**
  172:10 175:9
  205:5 215:25
  229:11 242:3
  244:7 245:18
  250:11 251:19
  258:5 260:11
  263:6 265:12
  266:24 268:11
  271:12,13
**identified**
  177:24 198:7
  220:12,22
  259:5,5
**identify**  219:12
  219:13 220:13
  242:20 252:14
  255:6 256:1
  265:3
**identifying**
  249:12
**ii**  169:14
**image**  250:5
  251:2 252:7,9
  253:17 259:3
  260:23 263:23
  264:24 274:7

Aiken Welch, A Veritext Company
510-451-1580

**[images - jake]**

**images** 252:15
260:18 261:10
261:25 262:1
263:9 274:2
**imagine** 195:23
**immersed**
245:8 250:15
**impacted**
260:18
**important**
181:3,5
**inc.'s** 171:16
**incidentally**
204:17
**include** 205:8
238:21,23
268:6
**included** 268:8
279:14 280:3
**includes** 271:16
**including**
175:13 215:23
216:9 229:17
254:5 274:2
**incomplete**
206:25 208:4
**inconsistent**
203:14 205:12
**incorrect** 251:6
**increase** 274:5
**index** 247:24
249:14 250:14
250:16 254:25
255:10 256:5
267:13 268:18

268:21 271:24
**indicate** 234:18
**indicated**
226:22 232:6
**indicating**
223:3 228:23
235:1 247:1
**indices** 242:7
242:17 243:12
243:19 246:2
246:10 247:12
247:16 251:1
264:15 269:7
269:22,25
**individual**
181:24 184:7
184:23 185:14
187:4,15
206:18 237:9
**individuals**
179:15 185:1
200:2 238:14
**industrial**
194:16,18
**information**
188:4 228:23
230:6,12,19,25
231:1,6,13
236:5 243:13
274:1
**inhaled** 204:7
**initial** 181:22
194:22
**initially** 211:15

**inner** 262:15
**inquired** 228:2
228:3,4
**inside** 199:16
199:17 201:12
201:20 202:2
**instances**
200:13
**instructing**
199:5
**instrument**
248:8
**insulation**
176:11,13
183:10,25
185:3,15
187:17 192:25
193:3,6,7,11
**insulator** 188:5
188:5
**intending**
232:22
**intensity** 240:4
**interested**
173:20 278:17
**interesting**
191:1
**interfering**
217:19 218:10
**internal** 196:5
268:3
**interpretation**
249:1
**interview**
191:19 201:10

224:21
**intrusion** 202:2
**investigators**
200:21
**involved**
206:19,20
265:16 266:5
**iron** 177:5,8,14
178:3,11,11,20
178:20,23
179:2,3,5,10,10
181:17 182:15
259:16
**iso** 171:18
244:10 270:8
270:12,12
**issue** 196:21,22
207:10 236:16
**italian** 214:1
215:18
**items** 274:12

**j**

**j** 170:12
**j&j** 214:6
215:11,15
218:20 236:3
**ja23-006**
212:22
**jack** 168:6
**jacob** 169:15
**jake** 174:16
211:10,25
213:10,14,17
222:9,15 232:7
258:13 263:2,8

Aiken Welch, A Veritext Company
510-451-1580

**[jake - kslaw.com]**

265:20
**january** 172:6
267:6
**jeffrey** 170:12
**jersey** 189:4
**jjh** 170:16
**jkeester** 169:21
**jm** 180:21
**job** 166:23
279:5
**joe** 174:20
189:17 209:11
214:19 257:25
274:13
**johnson** 166:21
167:21 169:3,3
169:12,12
171:14,14
173:18 174:5,5
174:7,7,8,9,15
174:15 181:8,8
185:11,11
214:2,2 215:22
215:22 216:22
216:22 217:3,4
217:6,6,7,7,8,8
217:10,10,12
217:12,13,13
217:22,22
218:2,3 219:19
219:19 220:16
220:16 221:5,6
221:11,11
223:11,11,21
223:21 224:12

224:12,25,25
225:23,24
226:17,18,20
226:21 227:8,8
228:5,5,7,7,8,8
232:8,8 233:10
233:10,13,13
250:3,3 258:9
258:10 259:9,9
262:1,1 278:3
278:24
**johnson's**
222:23 224:14
229:16 232:3
239:16
**joint** 191:13
**joking** 209:7
**joseph** 168:5
279:1
**jsatterley**
168:10 279:2
**judgment**
171:16
**judgments**
182:21
**july** 171:21

**k**

**k** 170:3
**kazan** 168:4
**kazanlaw.com**
168:10 279:2
**keep** 180:18
213:4 238:1,1
238:6,15
251:23 275:21

**keester** 169:15
174:16 211:12
213:12 222:17
244:8 263:10
**kevin** 168:14
174:10
**kevin.rising**
168:18
**keyed** 212:7
**kim** 169:5
174:6
**kim.bueno**
169:10
**kimberlee**
170:18 173:16
**kind** 182:20
193:11 209:11
252:21 265:11
265:22
**king** 169:13
**kitchen** 191:7
**knew** 195:9
224:21
**know** 177:11
178:13 179:24
180:4,13,14,20
180:21 181:15
182:2,17,24
184:24 187:8
192:10 193:7
195:1,5,25,25
197:9,12
198:24 199:12
200:15,19,23
201:4,16,17

203:25 204:12
204:12 207:3,7
207:9 208:6
209:13 214:3
215:9,12,16
216:6,24 218:7
218:10 219:22
220:2,14
221:10 223:7
225:19 226:15
228:10 231:1
233:17,17,18
234:9,16
235:17 238:13
240:3 243:1
246:16,21
247:7 248:15
248:24 249:5,5
249:22 252:18
254:4,17
255:13,16,22
256:12 257:3,8
257:9 258:17
259:12 260:5
260:24 261:8,9
265:8,22 266:9
269:19,19
272:12 273:9
273:10,12,13
273:17,22,23
275:19 276:1,3
276:7,12
**kslaw.com**
169:20,21,22

Aiken Welch, A Veritext Company
510-451-1580

**[l - looked]**

| l |
|---|

**l** 265:19
**lab** 252:17,19
   259:4 268:15
   270:14 272:13
   273:13
**labeled** 212:22
**laboratory**
   265:15,17
**labs** 276:13
**larger** 253:19
**largest** 255:8
**lavaca** 169:7
**laying** 251:12
**leads** 177:25
**leave** 205:4
   215:20 216:13
   234:7
**leaves** 207:25
   261:8
**leaving** 216:13
**leavitt** 216:2,3
   216:4,7,8
**led** 257:15
**leech** 170:11
**left** 175:7
   241:13 255:8
**legal** 173:17
   276:23 279:7
**legitimate**
   199:3
**lengths** 245:6
**leslie** 166:21
   167:21 173:18
   278:3,24

**letter** 171:11,21
   172:5,6 235:4
**levels** 197:20
   198:8 270:7
**lewis** 166:4
   167:4 173:12
**libby** 200:13
   202:18,20,24
   203:1,6,10,14
   221:19 222:4
**light** 248:8,10
   248:22 252:20
   259:23 260:21
   261:11 262:2,4
   262:7
**lightbulb** 253:1
   253:2 257:14
   257:20,22
   259:13 260:19
**lightbulbs**
   257:18
**likely** 185:4
   190:13,19
   206:13 223:14
   241:2
**lime** 189:4
**limited** 214:21
   215:24
**line** 262:18
   279:15 280:4
   281:4,7,10,13
   281:16,19
**liquid** 245:9
**listing** 223:3

**literature**
   213:24
**litigation**
   175:14 265:16
**little** 176:9
   189:25 209:7
   219:14 222:6
   224:1 235:5
   244:11 245:12
   264:19 274:6
**lived** 192:8
**llc** 168:11,11
**llp** 168:13
   169:13 170:4
   170:11
**locked** 279:12
   280:1
**london** 168:6
**long** 181:23
   182:9 196:10
   200:25 206:13
   207:21 231:2
   233:1,2 236:8
   273:2,14 274:7
**longer** 214:22
   242:10 243:9
   257:13
**longo** 166:14
   167:18 171:4,9
   171:15,24
   172:2 173:10
   175:1,17 176:3
   184:4,15
   185:25 186:10
   189:7,11

   205:10 216:10
   234:16 241:25
   270:11 271:17
   274:11,18
   276:21 277:3
   277:17 279:5
   281:2
**longo's** 172:10
   222:14
**longs** 168:11,11
   174:10 217:7
   222:24 223:5
   224:9 226:21
   229:17 232:4
**look** 177:12,16
   177:19 178:5,5
   178:13 179:11
   182:24 197:12
   198:2 199:23
   202:12 206:22
   215:14,17
   218:7 219:23
   224:5 226:15
   229:2 235:2
   245:3 249:9
   250:19,20
   253:17 255:19
   259:2 261:10
   265:5 267:22
   267:24 269:2
   271:7 273:6,10
   274:22 275:18
   275:20
**looked** 178:24
   182:22 193:8

Aiken Welch, A Veritext Company
510-451-1580

**[looked - matching]**

193:11 199:24
199:25 200:3
201:1 252:16
276:1,5
**looking**  191:2
206:6,7 210:14
210:21 211:5,6
211:7,9 212:22
213:3 217:16
222:3 227:1,9
234:20 240:12
242:15,21,25
243:17,17
248:2 252:9
261:16 264:2
264:14
**looks**  244:13
248:21 250:15
255:13
**los**  168:16
170:7
**lot**  181:14
191:3 209:20
230:18,18,21
249:19 254:4
260:2
**low**  246:23
**lower**  178:8
245:12 264:13
264:14,20
**lowered**  178:23
**ltl**  169:3,12
**lucky**  168:11
174:10

**luckys**  226:21
**lunch**  189:10
**lung**  180:23
183:20,24
184:6 188:11
197:8 204:11
206:4,13,19
207:10 208:8
240:15 241:8
**lungs**  203:13
204:6 205:16
205:22,23
206:19 207:7
214:8
**lymph**  207:9

### m

**m62609**  275:4
**m71109**  171:22
**m71111**  171:22
**m71614-001**
264:2
**m71614-001...**
263:19
**machine**  278:9
**macron's**
243:24
**made**  179:21
192:3 278:9
**magenta**
272:23 273:17
**magnesium**
177:5,9,14
178:7,8,21,22
179:5,10

**magnification**
274:6
**majorities**
223:9
**make**  175:19
176:8 177:12
182:20 185:6
191:17 192:16
192:21 194:7
202:16 208:15
209:24 212:15
212:23 213:4
216:8 219:11
225:15 226:10
229:3 234:6
241:15 244:4,9
250:2,5 251:25
260:9 261:15
262:7,23,25
265:12 267:23
271:5,5 279:14
280:3
**makes**  185:9
192:2 234:2
**making**  262:14
262:19
**manganese**
178:14
**manufactured**
234:19
**manufacturing**
188:6,7
**marine**  186:16
**marinite**
180:21,22,22

**mark**  245:22
257:24 266:17
268:2 270:15
270:19,25
271:6
**marked**  175:9
205:5 215:25
229:11 244:7
245:18 250:11
251:19 258:5
260:11 263:6
266:24 268:11
271:12,13,21
275:1
**marker**  178:15
**market**  168:6
**marking**  175:6
270:21
**marlin**  166:4
167:4 173:12
230:8
**mart**  168:11
**maryland**
170:14
**mas**  171:22
196:6 211:8
212:1,3 230:23
258:7 267:6,10
271:24 275:8
275:23
**matches**  261:18
**matching**
242:15,24
255:17 259:19
259:19

Aiken Welch, A Veritext Company
510-451-1580

**[material - movement]**

| | | | |
|---|---|---|---|
| **material** | **media** 173:9 | **mind** 264:23 | **misunderstood** |
| 190:18,25 | 276:21 | **minds** 261:12 | 266:22 |
| 193:9,12 194:2 | **meet** 234:2 | **mine** 243:25 | **mobrien** 170:9 |
| 196:1 205:19 | **members** 203:6 | 259:15,15 | **mod** 266:15 |
| 221:17 230:22 | **memory** 258:19 | **miner** 207:6 | **model** 233:1 |
| 243:25 266:4 | 259:1 | **mineral** 177:9 | **molten** 240:20 |
| 269:23 | **mention** 194:23 | 179:18 180:7 | **moment** 255:23 |
| **materials** | 216:7 | 180:18,25 | **monday** 166:16 |
| 175:12 176:12 | **mentioned** | 181:3,4,11 | 167:20 173:2 |
| 176:13 183:11 | 191:21 203:22 | 187:25 188:12 | **money** 227:10 |
| 183:25 185:16 | 216:20 | 188:18,20,21 | 242:13 |
| 187:17 190:14 | **mesothelioma** | 204:1 219:16 | **monoclinic** |
| 192:6,22,23 | 203:5 232:20 | 251:8 255:7 | 181:18 |
| 219:7 239:10 | **metal** 240:20 | **mineralogical** | **monograph** |
| 240:7,18 | 240:23 241:8 | 176:25 | 245:23 |
| 259:17 269:9 | **metallic** 240:18 | **minerals** | **monographs** |
| 273:23 275:15 | **methods** | 202:24 203:1 | 171:19 |
| **matter** 173:11 | 172:10 | 204:2 218:25 | **montana** |
| 183:5 247:21 | **microns** 269:21 | **miners** 203:5 | 200:13 202:25 |
| **matthew** 170:5 | **microscope** | **mines** 184:9 | 203:10,14 |
| 174:12 | 248:21,25 | 214:2 | 222:4 |
| **mcclain** 168:4 | 250:15 252:24 | **minute** 224:15 | **morning** 173:4 |
| **mdl** 215:16 | 253:13 254:10 | 241:15 | **morton** 169:14 |
| **mdubin** 169:20 | 254:11 256:25 | **minutes** 214:16 | 174:4 |
| **mean** 195:3 | 257:13,21 | 214:24 | **morty** 216:1 |
| 197:1,12 | 262:2 | **mischaracteri...** | 268:16 271:14 |
| 201:24 208:2 | **microscopes** | 236:13 | **motion** 171:16 |
| 214:19 220:6 | 257:23 262:16 | **misleading** | **motorized** |
| 223:6,20 | **microscopic** | 218:5 269:10 | 193:25 |
| 249:23 250:18 | 240:21 241:8 | 270:4 | **move** 189:25 |
| 250:22 253:11 | **microscopist** | **misspoke** | 194:20 204:16 |
| 254:24 259:18 | 261:10 | 184:14,15 | 213:13 |
| 260:20 269:11 | **migrates** 207:9 | **mistake** 179:18 | **movement** |
| **means** 206:23 | **milled** 269:23 | 179:21 | 201:15 |

[mva - oil]

**mva** 210:16,22
  211:7,22 212:5

**n**

**n** 171:1
**name** 173:16
  176:25 177:1
  179:19 180:19
  180:25 181:4
  181:12 183:16
  187:20 266:14
  278:21
**names** 174:3
**nanometer**
  255:20 265:5
**natural** 183:19
  189:2,3 221:16
**naturally**
  202:23 221:16
**near** 195:2
  252:11
**necessarily**
  188:10
**necessary**
  279:14 280:3
**need** 175:8
  189:9 216:5
  234:3 235:3
  240:3 271:7
  275:1
**needed** 227:22
**needs** 214:18
  242:20
**neither** 197:6
  233:10 278:17

**never** 179:12
  179:19 188:22
  189:1 217:13
  231:12 243:12
**new** 169:18,18
  189:4,4 256:25
**newark** 198:4
**nine** 228:18
**nist** 275:23
  276:9
**noas** 183:16
**nobody's**
  185:22
**non** 236:3
  248:10
**nony** 195:17
  196:8,23
**nony's** 195:4
  197:11 199:25
**normally** 225:2
  225:6 261:6
**notating**
  279:15 280:4
**note** 231:25
**notebook**
  258:16
**noted** 276:24
**notes** 171:12
  190:3,3 194:22
  201:2 204:17
  204:20 205:1,8
  222:11,14
  226:16 228:11
  228:15 231:20
  231:25 232:1,7

  232:8
**notice** 175:7
  259:7
**noticing** 173:25
**number** 171:10
  172:3 222:15
  229:6 238:14
  239:19 240:1
  248:24 258:1
  262:14 272:22
  274:22,23
  276:12,21
  279:15 280:4
**numbers**
  267:24,25
  275:3
**nvlap** 242:11
  242:13 276:6

**o**

**o** 266:21
**o'brien** 170:5
  174:12,12
**oakland** 168:8
**oath** 175:2
  278:8
**object** 211:4
  234:11,14
  274:10
**objecting** 199:2
  274:17
**objection** 180:1
  180:10 181:13
  181:25 183:12
  184:1 185:17
  186:12 188:16

  197:22 198:11
  198:15,22
  199:3 206:25
  208:4 212:24
  220:5,18 221:7
  221:22 225:4
  226:2 236:12
  241:4 274:4
**objections**
  173:23
**observing**
  255:11 264:3
  264:11,24
**obvious** 228:9
**obviously**
  201:7 241:25
  251:22
**occurring**
  183:19 189:2,3
  202:23 221:16
**october** 166:16
  167:20 171:11
  173:2,5 196:9
  278:22 279:3,5
**offering** 213:19
  217:1,3
**office** 199:17
  201:4,5 279:11
**oh** 189:20
  211:16 228:14
  266:16,22
**oil** 245:3
  246:25 248:5
  248:12 249:18
  250:14,16

Aiken Welch, A Veritext Company
510-451-1580

**[oil - page]**

251:4 268:15
268:20 269:3
**okay**   174:20
176:7,16
177:13,18,22
179:3 180:6
181:2,6 182:10
182:19 183:8
186:5 187:2
189:23 190:9
190:12 191:17
191:21 192:4
193:19,21
194:5,10,14
195:8,17 196:3
196:13,22
197:9,16 198:2
198:6 199:8,21
200:10,15
201:12 203:15
204:14,22
205:3 206:10
206:17 208:21
209:16 210:20
211:18 213:2
214:12,25
215:20 220:13
220:20 221:3
222:8,20 223:8
224:10 225:21
226:10,25
228:11,12,13
229:13 230:12
230:15 231:23
232:25 233:25

234:13 235:2,5
235:20 236:9
236:19,25
241:17 244:22
244:24 245:3
245:20 246:1
247:5,15,23
248:3,19
249:10,17
250:1 251:17
252:14,23
253:5,17 254:4
257:5,12,22,24
260:7 263:20
263:23 264:9
264:22 265:13
267:4,8,16
268:13 269:2
269:13 270:17
271:6 272:18
273:15,25
274:13,21,25
275:6,7,10
276:4,8,14,15
**old**   190:12
233:16 257:23
260:18
**older**   257:23
261:10
**olympus**
252:19
**once**   276:2
**ones**   231:21
262:11

**open**   205:4
215:20 216:14
234:7
**opinion**   179:13
183:17 186:21
188:3 205:15
206:6 213:20
213:23 214:7
217:1,3,8
218:5 219:25
222:22 223:10
223:14,17
241:2 261:19
269:23
**opportunity**
241:16
**opposed**   177:10
**opposition**
171:16
**orange**   259:23
262:8
**oranger**   260:20
**orangish**   253:3
253:4
**order**   179:9
181:18 229:4
240:1 244:5
245:22 250:2
251:17 260:9
262:25 266:18
268:3 270:19
271:23
**orientation**
250:22,23
251:11

**original**   278:14
279:10,21
**orthorhombic**
181:17
**outcome**
173:20
**outline**   212:7
**outside**   201:21
207:10 256:15
**overall**   197:2
221:10,12
**overly**   180:10
**owl**   261:8
**own**   184:25,25

**p**

**p.m.**   167:20
241:20,23
253:16 276:20
276:24
**page**   171:10
172:3 210:10
222:19 226:19
226:24 228:11
228:16,17
232:1 244:11
244:19 245:24
250:10 252:6,9
253:18 259:3
263:7,9,21
264:9,10 267:8
267:24 279:15
280:4 281:4,7
281:10,13,16
281:19

Aiken Welch, A Veritext Company
510-451-1580

**[pages - plate]**

| | | | |
|---|---|---|---|
| **pages** 166:24 | 241:1 254:5 | **perjury** 277:1,4 | **physical** 234:3 |
| 279:14,17,17 | 255:17 | 279:17 280:6 | **picked** 209:8 |
| 280:3,6,6 | **particular** | **perpendicular** | **picture** 259:4 |
| **painted** 191:5 | 184:23 260:1 | 248:17 250:25 | **pictures** 257:6 |
| **pale** 245:8,15 | **particulates** | 254:13 261:17 | 259:9 |
| 246:7 247:1,8 | 205:17 264:19 | 267:17 272:12 | **place** 173:8 |
| 249:4,5,6,7 | **parties** 173:8 | 273:22 | 274:4 277:7 |
| **paneling** 191:4 | **party** 173:19 | **perrigo** 170:3 | 278:6 |
| **paper** 193:8,12 | 278:19 | 174:13 | **placeholder** |
| **paragraph** | **past** 179:17,21 | **persistence** | 171:12,13 |
| 229:9,9 231:13 | 187:5,9,16 | 203:18,21 | **plaintiff** 173:11 |
| **parallel** 245:5,6 | 204:9 214:6 | 207:8,20 | 187:15 195:14 |
| 245:15 246:6 | 238:14,18,19 | **personal** | 195:15 230:8 |
| 250:24 253:6 | 266:16 | 228:20 | 233:12 |
| 261:17 267:17 | **pdf** 244:21 | **pertains** 278:13 | **plaintiff's** |
| 273:22 | 279:12 280:1 | **peterbilt** 195:2 | 184:25 186:10 |
| **park** 168:15 | **peak** 178:3,4,7 | 197:18 199:16 | 188:13 265:24 |
| 170:6 | 178:8,14 218:8 | 199:17 201:25 | **plaintiffs** 166:5 |
| **part** 178:16,23 | 218:8 219:2,3 | **petty** 228:9 | 167:5 168:3 |
| 187:11 198:19 | **penalty** 277:1,4 | **ph.d.** 166:14 | 174:21 175:21 |
| 203:11,12 | 279:16 280:5 | 167:18 171:4,9 | 195:7 230:13 |
| 222:20 244:17 | **people** 207:8 | 171:15,24 | 231:12 240:25 |
| 264:6 270:11 | 241:15 | 172:2 173:10 | **plane** 247:17 |
| **participants** | **percent** 177:14 | 175:1 276:21 | 247:18 |
| 173:6 | 178:3 193:24 | 277:3,17 279:5 | **plant** 197:21 |
| **particle** 176:22 | 205:20,21 | 281:2 | 199:20,22 |
| 181:24 220:11 | 223:15,17,23 | **photo** 234:24 | 202:6,6,14 |
| 248:9 249:11 | 223:23,25 | **photograph** | **plaster** 190:25 |
| 255:9,11 | 237:15 | 234:18 256:20 | 191:13,22 |
| 256:13,16,24 | **percentage** | 257:11 | **plasters** 193:19 |
| 257:2 262:24 | 223:11 | **photographed** | 193:21 194:6 |
| 263:13 | **perform** 208:1 | 234:23 | 194:11 |
| **particles** 206:5 | **period** 185:3,15 | **photographs** | **plate** 246:10,14 |
| 206:5 240:8,15 | 279:18 280:7 | 234:4,20 | 246:25 247:1 |
| 240:17,18 | | | 247:17,17,18 |

Aiken Welch, A Veritext Company
510-451-1580

**[plate - problem]**

247:24 248:3,4
248:11,22
249:14,18,20
251:12 252:12
252:13 253:7
254:9,12,15
255:7 256:16
**plates** 214:9
246:9 248:1
249:13 250:20
250:22 251:3
251:11 253:20
253:25 254:2,5
254:6,7,19,22
254:25 255:2
255:20 256:1
260:1,20,25
261:12,16
262:7,10
264:23,25
265:7
**platy** 187:23
**play** 232:21
**played** 232:18
**playing** 232:19
**please** 173:24
174:3,23
215:21
**plenty** 182:18
**plm** 172:10
243:7 249:12
252:24 254:10
257:23 259:4
265:17 266:5
267:10 273:12

274:2
**plms** 257:17
**plywood** 191:2
**point** 176:5
177:8 183:7
189:10 196:2
240:12 257:12
**points** 188:2
249:22
**polar** 265:9
**polars** 265:10
**polsinelli** 170:4
**polsinelli.com**
170:9
**population**
221:13
**portion** 203:13
**portions**
234:17
**position** 253:14
253:16,16
274:14
**positively**
220:22
**possession**
233:13,21
**possibilities**
195:13
**possible** 202:10
202:11
**possibly** 176:20
176:23 177:22
177:25
**potassium**
218:8 219:3

**potential**
187:22 192:11
197:19 198:8
201:9
**potentially**
254:15
**pounds** 266:4
**powder** 184:8
184:24 188:2
205:22 214:11
222:21,23,24
223:5,12 224:3
224:14,25
225:11 226:21
229:16,17
231:18 232:2,3
232:12,14
233:13 235:13
236:20,22
237:2,23,25
238:8,11 239:6
239:7,11,11,13
239:15,16,17
**powerpoint**
260:10
**poye** 250:3
**poye's** 252:16
252:18
**precise** 177:12
177:16
**preferred**
226:17 227:3,7
228:6
**preliminary**
242:2

**preparation**
231:8
**prepared** 190:4
231:10
**presence**
213:25
**present** 170:17
173:21
**presenting**
261:25
**presumably**
226:14 233:12
**pretty** 180:22
209:10 215:13
251:13,16
264:8 272:17
**price** 226:14,16
**primarily**
262:10 264:20
**primary**
202:12,13
217:9 223:9
**printing** 234:25
**prior** 175:13
192:7 231:6
236:13 265:15
278:7
**probably** 213:9
249:16 255:16
255:18 259:16
264:16
**problem**
180:15 210:4
212:6 218:16
218:17 241:18

Page 24

**[problem - really]**

259:24
**procedure**
279:19,20
**proceeding**
173:24
**proceedings**
278:5,7,9,15
**process** 230:15
240:19 242:19
**processed**
205:19 243:25
**produce** 260:4
274:12
**produced**
251:7
**produces** 262:4
**product** 180:7
180:8,13,17,20
185:11 197:3
204:5 216:22
219:19 226:17
258:8
**products**
184:11 188:7
190:22 192:18
194:14 207:14
208:10 217:14
221:6 222:22
222:25 223:11
223:12,23
226:13 227:21
231:18 232:2,4
241:8 261:19
**proficiency**
275:23 276:9

**project** 171:22
274:2,22,22
275:3
**properly**
220:12 243:4
**protection**
208:24
**provide** 215:21
216:4
**provided** 172:8
230:8,13,19
279:19 280:8
**provides** 261:1
**published**
206:11,12
243:19,22,22
249:13
**pull** 213:10,17
222:17 229:5
**pulled** 191:24
**pulling** 174:19
**purchase** 224:4
**purchased**
224:2,11,24
226:20 227:7
265:24
**purple** 267:20
**purplish**
254:21 272:16
**purporting**
216:10
**purpose** 187:12
237:25
**purposes** 256:4
264:4,12

**put** 193:5,24
194:4 231:25
232:5 238:10
242:14,15,24
272:8
**puts** 235:14
**putting** 236:20
236:21,22,23
237:4,5,10,11
237:12,24,25
238:2,9,11
239:4,5,10
272:4

**q**

**quantitative**
182:14
**question**
183:23 184:20
187:14 198:21
199:1,4 201:7
218:4 220:2,9
239:16,18
247:16
**questioning**
262:18
**quick** 241:14
**quicker** 214:21
**quit** 242:12,13
**quite** 195:3
**quote** 193:12
197:4 269:24
272:23

**r**

**r** 169:6 265:19
281:3,3
**r&s** 280:1,9
**rahman** 169:16
**raised** 195:10
**range** 245:7,11
245:15 246:23
247:11,16,19
247:20,23
248:1 267:21
267:22 272:15
272:21
**ranges** 178:6
243:20 249:13
261:17 270:12
**rarely** 239:1
**rather** 239:6,11
**ratio** 177:5,8
177:21 178:11
178:12,20
179:2
**rcac** 266:3
**read** 196:17,20
198:3 199:10
200:10 203:17
235:1 244:16
277:4
**readily** 182:25
**reading** 279:23
280:9
**ready** 209:13
**really** 183:5,18
191:3 214:3
218:22 242:9

Page 25

**[really - request]**

256:18 258:25
260:5
**reason** 203:11
261:15 262:6
273:2 281:6,9
281:12,15,18
281:21
**reasonable**
184:10
**recall** 178:22
183:4 187:25
195:3 199:14
199:15,24
200:1,2,17
201:6 206:15
216:24 227:19
228:25 230:5
230:11,14
232:16 238:6
239:3,9 240:9
240:11 243:23
258:24
**received**
196:11
**recess** 215:3
241:21
**recognize**
266:14
**recognized**
267:3
**record** 173:5,8
173:22 175:15
175:19 215:1,4
225:25 241:19
241:22 248:1

272:4 276:19
278:8,11
**recorded**
173:10
**recording**
173:7
**red** 247:11
254:6,7,20,21
254:21 255:4
256:10,15
257:2,6,6
264:17
**refer** 239:6
**reference** 240:8
268:4
**referenced**
279:6
**references**
196:14,18,19
196:21,24
**referred** 179:15
267:5
**referring** 239:9
**reflect** 228:15
**refraction**
246:2
**refractive**
242:7,16
243:11,19
246:10 247:12
247:16,19,24
249:14 250:14
250:16 251:1
254:25 255:10
256:4 264:15

267:13 268:21
269:6,21,25
271:24
**refractory**
268:18
**refresh** 259:1
**regarding**
196:14,24
203:18
**regular** 180:24
**regulated**
183:5
**related** 173:18
174:5,7,9
231:8 275:24
**relative** 278:18
**released** 279:21
**rely** 204:15
**relying** 216:9
**remaining**
234:4
**remember**
178:14,16
195:5 225:5
258:21
**remind** 252:15
256:8
**remodeling**
190:2,4 191:16
**remotely** 173:6
**renovation**
192:7
**repeat** 187:19
**replaced**
191:25

**report** 171:13
171:22 195:4,6
195:18 196:8
196:13,24
197:11 198:3,6
198:17 199:10
199:25 209:18
210:5,8 211:6
211:22,22,25
212:1,8 213:9
213:11 215:9
215:21,24
216:3,7,10,15
234:5 240:10
250:2 252:4,6
255:10 258:7
261:24 263:1,8
268:6,9,18
270:3,6 273:21
274:8,25
275:18,20
**reported**
166:21 176:16
215:8,10
216:21,23
268:21 271:24
**reporter**
167:21 172:8
173:18 174:23
265:18 278:4
**reporter's**
278:1
**reports** 234:22
**request** 195:24
204:14,22

Page 26

**[request - satterley]**

| | | | |
|---|---|---|---|
| 205:3 234:1,6 | reviewed | 212:16 213:13 | routinely 207:6 |
| 273:25 | 195:17 198:19 | 213:16 214:23 | rpr 166:22 |
| requested | revisit 179:8 | 215:7 217:23 | 278:25 |
| 175:12,16,21 | rg144 265:24 | 218:15 219:16 | rt 171:24 258:8 |
| 214:17 243:16 | 266:1 | 219:24 222:6 | 258:20 |
| 278:16 280:1,9 | ri 245:5,9 253:9 | 224:3,12 | rules 280:8 |
| 280:10 | 264:5,12 | 226:14 228:19 | |
| requesting | richterite | 229:25 234:19 | **s** |
| 175:17,20 | 171:14 197:4 | 235:15 236:23 | s 170:5 266:21 |
| 196:4 231:7 | 202:9,10,21,22 | 236:24 238:22 | 266:21,21 |
| require 181:19 | 203:10 205:11 | 239:17,23 | 281:3 |
| 181:19 | 205:16,18 | 241:12,25 | safeway 168:11 |
| required | 206:2,8 209:20 | 242:8 244:8 | 171:16 174:11 |
| 181:23 | 209:21,23 | 245:16 246:7 | 217:7 222:24 |
| research | 211:3,17 | 247:2 251:2 | 223:5 224:9 |
| 171:23 274:11 | 212:11,21 | 253:1,23 | 226:21 229:17 |
| resembled | 213:20 214:1,5 | 254:20 256:2 | 232:4 |
| 197:7 | 214:9 215:9,10 | 256:24 257:7 | sale 224:6 |
| resolution | 215:23 216:11 | 257:14 258:4 | sample 217:17 |
| 254:11 257:1 | 216:20,23 | 259:2 260:12 | 219:4,8 |
| resolve 256:19 | 217:1,16 218:1 | 260:23 261:5 | samples 171:23 |
| respect 259:9 | 218:6,22 219:1 | 261:13 262:3,5 | 199:15,15 |
| rest 196:1 | 219:15,24,25 | 267:6,25 | 215:16 243:25 |
| resulting 245:7 | 221:10,21 | 269:16 270:17 | 251:18 252:1 |
| resumed 176:1 | right 175:5,22 | 272:3 273:19 | 267:6 273:18 |
| retained | 177:11 181:4 | 274:16 275:8 | 275:11,22 |
| 276:22 | 184:22 186:1 | 276:17 | sanchez 175:13 |
| return 279:17 | 187:5,11 | rising 168:14 | 175:16,21 |
| 280:6 | 189:23 201:2 | 174:10,10 | 179:1 209:9 |
| review 172:9 | 201:10,19,25 | risks 171:20 | 246:17 269:19 |
| 195:4 198:17 | 202:11,18 | rod 240:22 | sanchez's 195:6 |
| 204:16 278:15 | 203:6 205:7,10 | rotate 252:7 | satterley 168:4 |
| 279:8,10,13 | 206:14 207:21 | 253:18 263:11 | 168:5 174:16 |
| 280:2 | 208:3 210:23 | rounded | 174:20,20 |
| | 211:24 212:11 | 252:11 253:19 | 180:1,10 |
| | | | 181:13,25 |

Aiken Welch, A Veritext Company
510-451-1580

**[satterley - sense]**

| | | | |
|---|---|---|---|
| 183:12 184:1 | **saw** 196:16 | **scroll** 244:11 | 261:7,18 |
| 184:14 185:17 | 200:7,8,17 | 263:22,24 | 262:16 264:7 |
| 185:22 186:2 | 210:16 259:8 | 264:10 | 264:18 267:4,9 |
| 186:12 188:16 | 276:11 | **sdiwan** 169:22 | 267:12 269:18 |
| 189:11,15,18 | **saying** 185:8 | **sealed** 201:25 | 269:18 273:21 |
| 189:22 195:19 | 186:11 191:23 | **search** 272:9 | 274:24 275:3 |
| 197:22 198:11 | 192:15 193:17 | 274:18 | **seeing** 219:11 |
| 198:15,22 | 201:24 206:10 | **searchable** | 229:1 240:9 |
| 199:2,7 206:25 | 209:22,23 | 275:8 | 243:5 263:18 |
| 208:4,18,21 | 210:6 211:2,18 | **second** 178:1 | 264:20 268:22 |
| 209:3,12 210:5 | 212:10 216:25 | 203:16 210:3 | 269:7,12 |
| 210:8 211:4,21 | 217:11,21,25 | 210:10 211:5 | **seem** 205:23 |
| 212:1,3,12,24 | 218:1,6,19 | 212:12 227:2 | **seems** 183:19 |
| 214:13,16 | 219:15,22 | 237:21 265:14 | **seen** 188:22 |
| 216:1 220:5,8 | 224:10 235:14 | 271:11 | 189:1 198:10 |
| 220:18 221:7 | 236:9,14,15 | **see** 179:23 | 198:14 200:12 |
| 221:22,25 | 237:13,18 | 182:25 183:7 | 206:15 228:23 |
| 222:12 225:4 | 239:10 249:20 | 189:9 191:15 | 238:14,18,19 |
| 226:2 227:24 | 253:11 256:21 | 196:15 197:2 | 243:22 247:9 |
| 229:6 234:11 | 273:2,6,8 | 197:14,16 | 248:24,25 |
| 236:12 241:4 | **says** 212:12 | 199:18 203:23 | 249:17 250:4 |
| 244:15 250:7 | 222:21 230:7 | 204:23 206:22 | 273:13 276:8,9 |
| 251:20,23 | 231:11 243:15 | 212:15 213:12 | 276:11 |
| 252:3 258:1,11 | 244:17 245:5 | 215:13 220:7 | **selective** |
| 258:15,22 | 246:3 247:25 | 223:1 225:1 | 260:23,24 |
| 260:13 263:4 | 249:17 268:18 | 227:1,17 | **selectively** |
| 266:19 268:5 | **scale** 175:20 | 228:14 231:16 | 262:7 |
| 268:10,16 | **schedule** | 235:2 237:2 | **sem** 210:9,16 |
| 270:21,25 | 279:10 | 240:7,9 245:20 | 210:22 217:17 |
| 271:4,14,20,25 | **scientific** | 246:6,19 251:3 | 217:21 218:9 |
| 272:5,7 274:4 | 184:10 | 253:9 254:6,7 | 218:18 219:4,5 |
| 274:10,17 | **scope** 175:11 | 254:13,19,20 | 219:12 |
| 279:1 | 175:20 252:18 | 256:9,12,14 | **sense** 185:6,9 |
| **save** 168:11 | **scratch** 230:20 | 257:9 258:22 | 192:2 234:3 |
| 227:9 | 231:3 | 259:17,19 | |

Page 28

**[sent - someplace]**

sent  195:19,20
    195:20,21,22
    195:23
september
    252:5
series  177:7
    196:13 218:25
    219:14
set  194:22
    222:10 278:6
sg210  273:23
shades  249:24
shaila  174:8
shaira  169:16
shake  237:1,13
sharing  271:25
sharp  266:7
ship  186:19
shipyard
    176:10 186:1
    186:11,19,22
shipyards
    176:14 185:14
    186:16
shoe  236:23
    237:5,17,21,21
    237:22 238:11
    239:10
shoes  236:20
    236:22 237:12
    237:25 238:3
    238:15,16
    239:5
shopped  225:2

shopping
    224:19,24
    225:3,11,16,18
    225:19 226:13
shops  227:22
short  197:17
    269:9,15,17
shorthand
    167:21 278:3,9
show  219:8
    229:2 251:6
    254:12 255:20
    265:7
showed  196:1
    251:15 269:22
    270:22
shower  250:3,3
showing  211:7
    272:23 273:3,4
shown  213:25
    251:9
shows  171:14
    197:6 205:12
    215:23
shu  172:9
side  263:17
sides  234:4,23
sign  279:16
    280:5
signature
    278:23 279:21
    279:23,23
    280:9
significance
    218:17

significant
    203:9 205:25
    206:4,5 207:5
    208:12
silica  178:20
    179:3,4
silicates  183:21
    188:1
silicon  177:6
    178:4,11 179:2
    179:10
similar  253:22
    253:24,25
    255:17
simon  215:19
single  256:17
    265:9
sir  192:16,24
    233:22
sit  177:11
    214:19
sitting  248:25
six  249:22
sizable  219:2
size  219:5
    269:18,20
    272:24
skip  262:21
slash  183:18
    219:25,25
slide  172:4,7
    272:11,19
slides  268:3
slightly  256:2

slip  194:8
small  219:5
    221:13 253:13
    254:16 256:18
smelling
    238:16,17
snow  169:4
    174:14
sock  236:21
    238:10,12
sodium  217:20
    218:8 219:2,11
software  242:6
    242:9,19
    243:10
sold  221:11
solid  177:7
    207:4 218:24
    219:13
solution  177:7
    218:24 219:14
solutions
    173:17 276:23
    279:7
somebody
    186:8 187:7
    188:4 200:25
    203:25 204:10
    205:23,24
    212:6 230:23
    267:9 275:14
somebody's
    205:16
someplace
    240:10

Aiken Welch, A Veritext Company
510-451-1580

**[somewhat - summaries]**

**somewhat**
  218:5
**sorry**  176:12
  184:7 187:13
  189:14,14
  200:6 208:19
  209:17,18
  211:16 222:13
  228:16 239:8
  258:12 263:8
  269:10 270:5
  271:2
**sort**  184:20
  191:5 197:1
  201:18 242:6
  253:3,3 256:14
  261:2 264:6
  266:7
**source**  206:7
  224:22 241:2,6
  248:8,11
  269:25
**sources**  259:20
**south**  170:13
  187:20
**spalding**
  169:13
**specifically**
  219:7
**spectra**  182:19
**speculating**
  182:3,5
**speculation**
  180:2 182:1
  183:13 184:2

185:18 186:13
188:17 197:23
198:12 202:8
222:1 241:5
**spend**  189:7
**sports**  238:15
**spot**  219:5
**spray**  193:24
  193:25 194:9
**sprayed**  194:11
**spreadsheet**
  242:14 243:12
  243:13
**staining**  243:7
  249:12 254:17
  261:17 270:24
**standard**  266:7
  270:9
**standards**
  182:23,25
**start**  175:5
  218:23 230:20
  255:19 269:7
  276:15
**started**  175:22
  194:2,6,7
  223:20,20,22
  226:18,22
  228:16,20,24
  232:19
**starting**  229:24
  230:1
**state**  173:14,21
  173:24 174:3
  186:22 249:4

277:11 278:4
279:9,12
**stated**  179:1
  199:9 223:6,19
  226:17,20
  231:21,22
  232:5 236:7
  238:6 246:17
  251:15 276:11
  276:12
**states**  246:8
  247:3
**stating**  246:19
**stay**  206:13
  207:20 250:23
**step**  182:13
  243:4
**stick**  273:23
**stipulation**
  279:20
**stop**  199:8
  232:13
**stopped**  223:4
  232:11,14,17
  232:18 233:4,6
  236:10
**store**  224:8
  226:23
**stores**  168:11
  226:22
**straight**  251:24
**street**  168:7
  169:7 170:13
**stretch**  241:16

**strike**  265:25
**structure**
  209:16,19
  210:1 211:9,12
  211:14,19,19
  211:23 212:13
  212:14,23
  213:4,6,7,10
  251:10 252:11
  253:23 264:3
  265:6
**structures**
  208:16 253:20
**stubs**  208:17,18
**studies**  179:14
  203:18 265:23
**study**  200:2
**stuff**  193:23
  224:5,5,7
**su**  269:3 271:6
  271:15,16
**su's**  172:9
  243:1 270:19
  270:23 272:2,3
**subscribed**
  278:21
**substituted**
  178:10
**substitution**
  178:10
**suffice**  231:10
**suite**  168:7,15
  169:7 170:6
**summaries**
  276:9

Page 30

**[summary - teaspoons]**

**summary**  171:16,17

**super**  266:9,11
266:12,23
267:2 270:3

**superior**  166:1
167:1 173:13

**support**  248:20

**sure**  175:19
176:8 177:12
183:17 187:14
191:17 192:16
192:21 195:13
202:16 208:15
209:8,8,10,24
210:2 211:20
212:15,23
213:4 214:19
215:13 216:8
222:4,8 225:15
226:10 229:3
245:4 247:3
248:14 258:25
262:11,23
266:4,13
267:23

**surface**  191:3

**suwanee**
166:15 167:19
173:1

**swan**  170:3

**swear**  174:23

**symptoms**
232:20

**system**  201:15
201:18,23

**t**

**t**  266:21 281:3
281:3

**tab**  222:10,15
222:16 250:6
252:2 258:10
258:12,13,15
260:10 263:2,9

**tables**  271:16
271:22

**take**  173:7
182:9,13 183:9
183:24 192:22
214:21,23
232:6 235:2
240:1 241:13
241:14 242:3
251:17 255:7
255:16 256:1
256:16 265:20
272:22 273:10
275:23

**taken**  167:18
173:11 174:1
181:24 191:6
191:25 199:16
215:3 241:21
262:2 278:5

**talc**  171:23
175:13 183:20
184:16 187:23
187:24 188:15
194:16,18

206:5,5 207:13
211:17 213:23
214:1,7,9,10
215:9,10
216:22 217:2,4
217:5 220:24
221:4 222:7
236:3 238:8
239:20 244:13
244:18 245:3,7
245:14,14,21
245:21,23
246:2,6,9,10,13
246:20,24
247:1,6,17,17
247:18,24
248:2,3,4,11,21
249:12,14,18
249:20 250:13
250:15,20,21
250:22,24
251:3,4,10,14
252:11,12,13
253:7,9,11,20
253:25 254:5,9
254:12,14,15
254:19,21,25
255:2,7,20
256:1 259:5,10
260:20,25
261:12,16
262:7,10,15
264:23,25
265:7,16 273:3
273:4

**talcs**  206:2
214:11,11

**talcum**  184:8
184:24 188:2
205:22 223:12
224:2 225:11
226:17 232:12
232:14 233:13
236:20,22
237:2,23
238:11 239:6
239:11,15

**talk**  190:2
192:20 194:21
201:2 213:16
213:17 216:15
222:6 224:15
224:16 234:14
236:19 244:13
245:2 246:24
248:19 260:17

**talked**  176:9
262:24

**talking**  185:19
185:21,24
210:25 211:19
211:22 245:6
246:2 269:14
275:17,19

**teaspoon**
235:22,23
237:14,15,16
237:16,23

**teaspoons**
235:15,17,18

Aiken Welch, A Veritext Company
510-451-1580

**[teaspoons - times]**

| | | | |
|---|---|---|---|
| 235:21,23 | **testified**  175:3 | 246:15,16 | 195:12 217:5 |
| 237:3,5,11,12 | 185:23 186:2 | 256:22 259:22 | 220:19 222:21 |
| **technically** | 186:15 191:10 | 262:22 271:9 | 232:2 276:22 |
| 232:13 | 198:16 242:5 | 274:22 | **throw**  209:6 |
| **technique** | **testify**  203:7 | **think**  175:6 | **thumbprint** |
| 270:24 | **testifying**  278:8 | 176:19 178:24 | 255:14 |
| **tell**  177:23 | **testimony** | 180:8,24 | **tile**  190:17,17 |
| 181:18 182:6 | 178:18 184:25 | 182:17 186:9 | 192:2 254:6,7 |
| 182:11 193:18 | 185:1 188:11 | 190:10,18 | **tiles**  191:6,8,24 |
| 196:10 205:10 | 225:1 227:17 | 191:9 194:2,5 | 192:3,11,12,15 |
| 214:4 218:19 | 230:2,9,10 | 194:17 195:20 | **tim**  198:20 |
| 218:21 230:15 | 231:24 236:2 | 197:6,11 206:3 | **time**  173:24 |
| 238:18 252:3 | 236:11,13,16 | 206:9 210:9 | 181:20 183:6 |
| 253:5 | 238:25 239:3 | 214:22 216:23 | 185:3,15 189:6 |
| **telling**  257:4 | 276:20 277:5,7 | 224:17 228:9 | 189:7,17,18,20 |
| 258:13 269:2 | 278:12 | 229:4,8 239:12 | 189:21 191:10 |
| 271:18 | **testing**  180:7 | 239:14 242:23 | 191:21 194:12 |
| **tem**  217:17,21 | 181:8 220:16 | 243:3,21 250:4 | 196:4 199:1 |
| 217:23 218:13 | 270:3,6 275:24 | 256:21 259:16 | 205:8 207:21 |
| 219:5 | **texas**  169:8 | 263:14 265:23 | 214:21 223:16 |
| **temperature** | **thank**  174:22 | 266:2 271:17 | 227:5,5 229:20 |
| 268:15 269:3 | 214:25 241:17 | 274:21 275:14 | 229:22 230:3 |
| 270:14 272:14 | 250:9 251:25 | 275:21 276:1 | 240:6,12 258:2 |
| 273:11 | 268:10 272:7 | **thornburg** | 258:8 270:18 |
| **tend**  219:6,6 | **thing**  174:1 | 168:13 | 273:2,11,14 |
| 260:3 | 207:12 242:25 | **thought**  186:15 | 276:14,15,24 |
| **tennessee**  170:3 | 247:12,22 | 208:21 229:20 | 277:7 278:6 |
| 174:13 | 248:18 251:15 | 229:22 230:3 | 279:10,18,24 |
| **tennis**  232:18 | 251:15 252:13 | 238:5 260:5 | 280:7 |
| 232:19 | 265:2,2 | 266:6,23 | **times**  179:7,21 |
| **terms**  223:8 | **things**  174:19 | 268:14 271:2 | 181:14 215:12 |
| **test**  192:22,23 | 187:2 203:22 | **thousands** | 220:19 225:7 |
| 276:9 | 207:2 218:10 | 221:12,12,12 | 225:13 237:7 |
| **tested**  180:17 | 224:17 231:3 | **three**  179:7 | 238:14 247:10 |
| 233:8 236:3 | 240:3 242:2,4 | 189:12 195:7 | 249:4,20 |

Page 32

**[times - understand]**

| | | | |
|---|---|---|---|
| 275:25 | **tons**  221:13 | 200:9,23 | 233:8,16 236:2 |
| **tip**  177:9 | **took**  191:11 | 202:22 203:9 | 261:4 |
| **tissue**  176:17 | 227:4 235:25 | 205:16 206:2,8 | **type**  188:12,13 |
| 179:14,16,22 | **top**  243:24 | 206:18,23,24 | 193:7,21 |
| 180:23 183:9 | 247:19 258:22 | 207:7,15 208:2 | 201:15 204:10 |
| 183:20,24 | 268:17 | 208:11 214:9 | 205:14 209:21 |
| 184:6 187:10 | **topic**  176:7 | 214:10 218:24 | 218:25 240:8 |
| 187:18 188:14 | 213:14 | 219:12 | 240:15,17,18 |
| 197:8 202:11 | **total**  237:19 | **tricky**  219:14 | 241:1 243:13 |
| 203:19,24 | 276:21 | **true**  277:6 | 248:15 252:18 |
| 204:4,11 | **totality**  221:11 | 278:11 | 253:12 269:9 |
| 205:11 206:4 | **totally**  249:23 | **trust**  209:5 | 273:5 |
| 206:13,20 | 249:23 270:3 | **try**  241:14 | **types**  176:11,12 |
| 207:21 208:8 | **trade**  177:1 | 252:6 273:20 | 193:21 |
| 213:21 217:2 | 183:15 187:20 | 274:19 | **typical**  191:14 |
| 217:17 218:1,9 | **transcribed** | **trying**  184:21 | 193:14 238:8 |
| 218:22 219:4,8 | 278:10 | 218:15 227:20 | 246:9 248:1 |
| 219:17 220:11 | **transcript** | 237:9 251:23 | **typically** |
| 220:12,15 | 278:11,14,16 | 254:18 | 201:13,14,18 |
| 221:21 240:16 | 279:6,8,10,13 | **tungsten** | 201:20 224:7 |
| 241:1 | 279:13,21 | 252:20 253:2 | 231:25 240:20 |
| **today**  189:7 | 280:2,2 | 257:14,18,20 | 245:14 246:11 |
| 205:2 241:13 | **transcription** | 257:22 259:13 | 248:1,6 249:19 |
| 242:1 259:2 | 277:6 | 260:19 262:4,6 | 250:23 256:15 |
| 271:7 | **transferred** | **turn**  240:2 | 265:7 268:23 |
| **today's**  276:20 | 243:6 | 246:13 247:21 | |
| **together**  225:2 | **transformation** | 248:16 | **u** |
| 225:16,18 | 181:17 | **turned**  215:15 | **u.s.**  176:14 |
| **told**  179:7 | **transmitted** | 259:23 | **uh**  238:20 |
| 189:11 195:6 | 231:5 | **twenties**  192:3 | **under**  277:1,4 |
| 195:13 198:20 | **tree**  200:3,9,21 | **twice**  221:8 | 278:10 |
| 219:21 224:20 | 200:24 | 258:4 | **understand** |
| 224:23 231:12 | **tremolite** | **two**  175:7 | 175:10 176:9 |
| 232:16 242:12 | 183:20 187:24 | 179:7 203:12 | 191:17 202:16 |
| 247:5 256:22 | 188:23 197:4,4 | 209:6 223:24 | 206:12 208:15 |
| | | | 225:6 226:11 |

Aiken Welch, A Veritext Company
510-451-1580

**[understand - wall]**

229:15 230:7
238:9 242:5
243:15 252:10
257:5,13
259:14 262:23
269:13 273:1
274:14
**understanding**
193:10 225:15
244:1
**understands**
271:17
**understood**
185:8 225:7
**union** 266:2
267:5,5 273:18
275:11,12
**unit** 173:9
**units** 276:21
**universal** 249:9
**unusual** 191:1
**update** 243:14
243:16
**use** 181:3,11
188:2 195:1
214:11 222:7
223:11 228:7
228:21 232:8
232:17 235:7,7
236:19 238:21
238:21 242:10
265:12
**used** 176:13
180:21 187:3
190:14 192:18

194:2,11 214:2
216:3 222:22
223:8,13 228:4
229:16 231:17
232:23 235:18
238:15 239:21
242:6 260:14
271:23 276:22
**using** 188:7
202:18 204:5
219:21 223:5
223:20,21
232:11,13
233:6 235:10
236:10,25
237:2 238:8
242:18 243:9
243:11 249:11
249:25 252:19
252:24 259:13
265:3 270:2,5
270:8 278:9
**usually** 193:24
251:13 272:17

**v**

**v** 171:24
266:21
**vague** 180:11
184:20
**valadez** 260:14
261:24 263:1,8
**vanderbilt**
171:24 258:8
258:20 259:15
260:4

**various** 257:17
**verifies** 188:10
**veritext** 173:16
276:22 279:7,9
279:11
**vermiculite**
197:8 202:5,18
202:20,24
203:11,19,20
203:23 204:1,2
204:4,5 205:17
206:13 215:17
215:18 221:20
**vermont** 184:9
214:1 215:18
**versus** 173:12
177:14 183:2
186:20 191:22
217:10,17,21
218:8,14
219:15 223:12
225:22 228:8
246:22 249:5,6
250:21,24,25
253:6,14
255:18 258:20
273:12,24
**vibrational**
262:5
**video** 173:7,10
**videoconfere...**
166:13 167:17
**videographer**
170:18 173:4
173:17 174:22

215:1,4 241:19
241:22 276:19
**videotaped**
166:13 167:17
**view** 257:5
**vinyl** 192:1,2
**visbestos** 266:9
266:10,12,12
266:20 267:2,2
267:3 270:3,6
**visited** 190:9
**vol** 279:5 281:2
**volume** 166:17
167:18 171:4
173:9
**vs** 166:6 167:6
279:4 281:1

**w**

**w.r.** 194:21,23
195:1 196:14
196:24 197:3
197:20 198:3,9
199:13,22
200:15,20
201:8 202:5,14
202:17 205:13
216:3
**wait** 203:15
211:5 212:12
**waived** 279:23
279:23
**waiving** 279:20
**wall** 190:18
191:11 193:21
194:6,11

Aiken Welch, A Veritext Company
510-451-1580

[wallboard - yeah]

**wallboard**
191:11,13
**walls**  190:24
**want**  175:15,19
176:7 189:25
190:2 192:21
205:1 209:24
212:17 213:16
216:8,11 222:6
222:20 224:16
225:15 226:10
240:11,12
244:4,13 245:2
246:24 250:1
252:10 255:16
255:23 256:12
256:15 257:16
257:24 259:2
260:17 261:9
261:15,20,21
263:3 273:1
**wanted**  192:16
238:4 242:1
273:19
**waste**  240:12
**wasting**  199:1
242:13
**wavelength**
243:6 264:14
**wavelengths**
242:16,24
255:17 259:18
259:19 262:5
**way**  186:23,23
228:8 231:13

236:5 238:8
**ways**  196:23
239:12,13
**we've**  180:17
192:21 204:9
209:12 214:6
215:12 216:23
241:12 243:16
247:9 250:13
264:14 265:21
266:16 268:13
**wearing**  238:12
**week**  235:11
**weeks**  237:7
**welding**  240:8
240:15,17,18
240:19,22
241:1,8,10
**went**  200:25
224:14 225:2,6
225:11,13,14
225:22 255:15
**west**  194:3
**whereof**  278:20
**white**  172:4
**width**  269:21
**wife**  224:17,18
227:7 239:1
**william**  166:14
167:18 171:4,9
171:15,24
172:2 173:10
175:1 276:21
277:3,17 279:5
281:2

**winchite**  197:5
202:10,11,21
202:22 203:10
205:11,16,18
206:2,8 209:23
211:3,16
212:10,21
213:20,25
214:5,9 216:20
216:21,24
217:1,12,13,16
218:3,7,22,25
219:15,17,25
220:13,14,15
220:23 221:20
**windows**  201:5
**wisely**  189:8
**wish**  176:4
**witness**  171:3
174:23 180:3
180:12 181:14
182:2 183:14
184:19 186:14
188:18 189:14
195:25 197:24
199:6,9 207:2
208:6,22,24
210:6 211:11
212:15 214:15
214:18,25
220:21 221:9
222:2 225:5
236:14 241:6
244:19 265:21
266:22 268:22

274:5 277:3
278:20 279:13
279:16 280:2,5
281:24
**witnesses**  278:7
**wood**  191:4,4
**word**  209:11
**words**  187:7
207:20
**work**  175:14
176:10 186:19
186:19 255:23
265:17
**worked**  185:14
186:1,10,16
188:5 199:20
207:4,13,14
**write**  228:20
229:19 231:2
**writing**  230:16
231:6
**wrong**  211:22
212:7 231:13
**wrote**  266:1
**wylie**  178:25
**wylie's**  177:20

**x**

**x**  171:1 279:12

**y**

**yeah**  206:15
208:23 210:20
211:11,12
224:23 238:5
242:9,22

Aiken Welch, A Veritext Company
510-451-1580

**[yeah - zussman]**

| | |
|---|---|
| 245:11 255:14 | **z** |
| 258:17 263:11 | |
| 268:8,20 271:4 | **zero**   234:25 |
| 275:25 | **zone**   197:19 |
| **year**   223:21 | 198:6 |
| **years**   179:23 | **zussman** |
| 200:20 204:12 | 177:19 |
| 228:7 235:7,11 | |
| 237:7 239:25 | |
| 274:18 275:19 | |
| 275:20 | |
| **yellow**   245:8,15 | |
| 246:7 247:1,8 | |
| 247:9,9 248:7 | |
| 248:7,15,23 | |
| 249:5,6,7,18 | |
| 253:4 255:5 | |
| 256:11,14 | |
| 259:8,21 260:2 | |
| 261:11 262:2,5 | |
| 262:8,13 | |
| 264:20,21 | |
| 269:4,6 | |
| **yellower** | |
| 260:19 | |
| **yellowish** | |
| 248:16 249:2 | |
| **yellows**   247:7 | |
| 248:13 252:21 | |
| **yep**   189:22 | |
| **york**   169:18,18 | |
| 189:4 | |

Aiken Welch, A Veritext Company
510-451-1580

California Code of Civil Procedure

Article 5. Transcript or Recording

Section 2025.520

(a)  If the deposition testimony is
stenographically recorded, the deposition officer
shall send written notice to the deponent and to
all parties attending the deposition when the
Original transcript of the testimony for each
session of the deposition is available for reading,
correcting, and signing, unless the deponent and
the attending parties agree on the record that the
reading, correcting, and signing of the transcript
of the testimony will be waived or that the
reading, correcting, and signing of a transcript of
the testimony will take place after the entire
deposition has been concluded or at some other
specific time.

(b)  For 30 days following each notice under
subdivision (a), unless the attending parties and
the deponent agree on the record or otherwise in
writing to a longer or shorter time period, the
deponent may change the form or the substance of
the answer to a question, and may either approve
the transcript of the deposition by signing it, or

refuse to approve the transcript by not signing it.

(c) Alternatively, within this same period, the deponent may change the form or the substance of the answer to any question and may approve or refuse to approve the transcript by means of a letter to the deposition officer signed by the deponent which is mailed by certified or registered mail with return receipt requested. A copy of that letter shall be sent by first-class mail to all parties attending the deposition.

(d) For good cause shown, the court may shorten the 30-day period for making changes, approving, or refusing to approve the transcript.

(e) The deposition officer shall indicate on the original of the transcript, if the deponent has not already done so at the office of the deposition officer, any action taken by the deponent and indicate on the original of the transcript, the deponent's approval of, or failure or refusal to approve, the transcript. The deposition officer shall also notify in writing the parties attending the deposition of any changes which the deponent timely made in person.

(f) If the deponent fails or refuses to approve the transcript within the allotted period, the

deposition shall be given the same effect as though
it had been approved, subject to any changes timely
made by the deponent.

(g) Notwithstanding subdivision (f), on a
seasonable motion to suppress the deposition,
accompanied by a meet and confer declaration under
Section 2016.040, the court may determine that the
reasons given for the failure or refusal to approve
the transcript require rejection of the deposition
in whole or in part.

(h) The court shall impose a monetary sanction
under Chapter 7 (commencing with Section 2023.010)
against any party, person, or attorney who
unsuccessfully makes or opposes a motion to
suppress a deposition under this section, unless
the court finds that the one subject to the
sanction acted with substantial justification or
that other circumstances make the imposition of the
sanction unjust.


DISCLAIMER: THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019. PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the deposition officer. Veritext
Legal Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the deposition officer
and/or attorneys in relation to this deposition and
that the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in SSAE 16 certified facilities.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of deposition services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.